NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

3G AMERICAS LLC
CHRIS PEARSON
1750-112TH AVE. NE #B220
BELLEVUE, WA 98004

Claim Number: 1308-01
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,035.72 |

3G AMERICAS LLC
CHRIS PEARSON
1750-112TH AVE. NE #B220
BELLEVUE, WA 98004

Claim Number: 1308-02
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| | | |
|---|---|---|
| UNSECURED | Claimed: | $618.13 |

485 LEXINGTON OWNER LLC
STEMPEL BENNETT ET AL
675 THRID AVE - 31ST FLOOR
NEW YORK, NY 10017

Claim Number: 4855
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 6762 (11/14/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $58,075.71 |
| UNSECURED | Claimed: | $62,433.55 |
| TOTAL | Claimed: | $62,433.55 |

485 LEXINGTON OWNER LLC
STEMPEL BENNETT ET AL
675 THIRD AVE - 31ST FLOOR
NEW YORK, NY 10017

Claim Number: 6980-01
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6762 (11/14/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | Allowed: | $64,583.66 |
| UNSECURED | Claimed: | $620,994.59 | Allowed: | $341,050.68 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| 485 LEXINGTON OWNER LLC<br>STEMPEL BENNETT ET AL<br>675 THIRD AVE - 31ST FLOOR<br>NEW YORK, NY 10017 | Claim Number: 6980-02<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6762 (11/14/2011)<br>Amends Claim 4855 | | | |
|---|---|---|---|---|
| SECURED         Claimed:<br>UNSECURED | $1,648,625.00 | | Allowed:<br>Allowed: | $1,648,625.00<br>$122,625.00 |

---

| A TELECOM TELEINFORMATICA LTDA<br>SCS Q 07 BLOCO A<br>SALA 822<br>ED PATIO SAU PEDRO, RJ 70307-902<br>BRAZIL | Claim Number: 2664<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|
| UNSECURED       Claimed: | $6,960.00 | Scheduled: | $6,960.00 | Allowed:        $6,960.00 |

---

| A-1 TELECOMMUNICATIONS LLC<br>PO BOX 366<br>LIBERTYTOWN, MD 21762 | Claim Number: 97<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED       Claimed: | $4,743.50 | Scheduled: | $615.00 |

---

| A-1 TELECOMMUNICATIONS LLC<br>PO BOX 366<br>LIBERTYTOWN, MD 21762 | Claim Number: 212<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED       Claimed: | $432.50 |

---

| A-1 TELECOMMUNICATIONS LLC<br>PO BOX 366<br>LIBERTYTOWN, MD 21762 | Claim Number: 1670<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED       Claimed: | $8,230.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

A.T. KEARNEY, INC.
ATTN: TRISH BRIM, OFFICE MANAGER
16000 N. DALLAS PARKWAY, STE 850
DALLAS, TX 75248

Claim Number: 1843
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $369,996.00 | Scheduled: | $369,996.00 |
|---|---|---|---|---|

AAA SOUND SERVICE LTD
295 MT READ BLVD
ROCHESTER, NY 14611

Claim Number: 2370
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $450.00 | Scheduled: | $540.00 |
|---|---|---|---|---|

AASTRA TELECOM INC
155 SNOW BLVD
CONCORD, ON L4K 4N9
CANADA

Claim Number: 2400
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $2,544.60 |
|---|---|---|

AASTRA TELECOM INC
155 SNOW BOULEVARD
CONCORD, ON L4K 4N9
CANADA

Claim Number: 2402
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $2,523.26 | Scheduled: | $2,329.50 |
|---|---|---|---|---|

AASTRA TELECOM U.S., INC.
155 SNOW BLVD.
CONCORD, ON L4K 4N9
CANADA

Claim Number: 2401
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $2,370.99 | | | Allowed: | $2,370.99 |
|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| AASTRA TELECOM U.S., INC.<br>155 SNOW BLVD.<br>CONCORD, ON L4K 4N9<br>CANADA | Claim Number: 2403<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $2,523.26 |
|---|---|---|

| AAVID THERMALLOY, LLC<br>70 COMMERCIAL STREET<br>CONCORD, NH 03301 | Claim Number: 6049<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,300.00 |
|---|---|---|

| ABBOTT, HARVEY F.<br>10 ALMA ROAD<br>BURLINGTON, MA 01803 | Claim Number: 7823<br>Claim Date: 07/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7659 |
|---|---|

| UNSECURED | Claimed: | $26,027.64 |
|---|---|---|

| ABEDI, BEHZAD S.<br>114 PINNACLE RIDGE<br>DANVILLE, CA 94506 | Claim Number: 8136<br>Claim Date: 01/04/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $67,776.04 |
|---|---|---|

| ABELLA, OSCAR I.<br>1513 HARRINGTON DR.<br>PLANO, TX 75075 | Claim Number: 4714<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $56,459.20 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

ABELLA, TONI C.
1513 HARRINGTON DR.
PLANO, TX 75075

Claim Number: 4720
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $60,028.80 |

---

ABERNATHY, COLLEEN C.
2946 PARKWOOD RD
SNELLVILLE, GA 30039-4412

Claim Number: 1893
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $54,876.00 |

---

ABIDI, SALMAN
6208 SUMMERWOOD LN
ALPHARETTA, GA 30005-3502

Claim Number: 2314
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $33,848.78 |

---

ABIDI, SALMAN
3060 BENT CREEK TER
ALPHARETTA, GA 30005-8703

Claim Number: 2315
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,535.58 |

---

ABO-MAHMOOD, MOHAMMED
1811 BAKER RIDGE RD
SHERMAN, TX 75090

Claim Number: 2600
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $19,223.09 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| ABO-MAHMOOD, MOHAMMED<br>1811 BAKER RIDGE RD<br>SHERMAN, TX 75090 | Claim Number: 2601<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $7,177.45 |
|---|---|---|
| UNSECURED | Claimed: | $12,045.64 |

---

| ABORO, PEREARI<br>430 BUCKINGHAM RD APT 1224<br>RICHARDSON, TX 75081-5762 | Claim Number: 3523<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $4,807.70 |
|---|---|---|

---

| ABULGUBEIN, KHAMIS<br>4109 FURNEAUX LN<br>CARROLLTON, TX 75007-1524 | Claim Number: 967<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $7,169.14 |
|---|---|---|

---

| ACCELINK TECHNOLOGIES CO LTD<br>88 YOUKEYUAN ROAD, HONGSHAN DISTRICT<br>WUHAN, 430074<br>CHINA | Claim Number: 5993<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |
|---|---|

| UNSECURED | Claimed: | $15,908.00 | Scheduled: | $4,815.00 |
|---|---|---|---|---|

---

| ACCELINK TECHNOLOGIES CO LTD<br>88 YOUKEYUAN ROAD HONGSHAN DISTRICT<br>WUHAN, 430074<br>CHINA | Claim Number: 5994<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $15,908.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

ACCESSOTRONIK
9305 TRANS CANADA HIGHWAY
ST LAURENT, QC H4S 1V3
CANADA

Claim Number: 3089
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $8,780.62 |
|---|---|---|

---

ACCTON TECHNOLOGY CORPORATION
NO. 1 CREATION ROAD III
SCIENCE-BASED INDUSTRIAL PARK
HSINCHU, 30077
TAIWAN, R.O.C.

Claim Number: 728
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $372,690.70 | Scheduled: | $354,975.08 DISP |
|---|---|---|---|---|

ACCULOGIC INC
175 RIVIERA DR
MARKHAM, ON L3R 5J6
CANADA

Claim Number: 2394
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $998.68 | | Allowed: | $998.68 |
|---|---|---|---|---|---|

ACCULOGIC INC
175 RIVIERA DR
MARKHAM, ON L3R 5J6
CANADA

Claim Number: 2873
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $39,986.00 |
|---|---|---|

ACCULOGIC INC.
175 RIVIERA DRIVE
MARKHAM, ON L3R 5J6
CANADA

Claim Number: 2395
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $18,487.68 |
|---|---|---|

NORTEL NETWORKS INC.                                                                                          Date: 03/07/2012
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| ACCULOGIC, INC.<br>175 RIVIERA DRIVE<br>MARKHAM, ON L3R 5J6<br>CANADA | Claim Number: 657<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |

| UNSECURED | Claimed: | $40,984.68 | Scheduled: | $40,984.68 DISP | Allowed: | $40,984.68 |
|---|---|---|---|---|---|---|

| ACCURATE SCREW MACHINE CORP.<br>10 AUDREY PLACE<br>FAIRFIELD, NJ 07004 | Claim Number: 211<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |

| UNSECURED | Claimed: | $2,793.00 |
|---|---|---|

| ACE AMERICAN INSURANCE COMPANY AND OTHER<br>MEMBERS OF THE ACE GROUP OF COMPANIES<br>436 WALNUT STREET WA02J<br>PHILADELPHIA, PA 19106 | Claim Number: 4001<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| ACE AMERICAN INSURANCE COMPANY AND OTHER<br>MEMBERS OF THE ACE GROUP OF COMPANIES<br>436 WALNUT STREET WA02J<br>PHILADELPHIA, PA 19106 | Claim Number: 6513<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY AND OTHER<br>MEMBERS OF THE ACE GROUP OF COMPANIES<br>436 WALNUT STREET WA02J<br>PHILADELPHIA, PA 19106 | | Claim Number: 7056<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4001 & 6513 | | | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | | | |
| SECURED | Claimed: | $0.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | | |
| ACE TECHNOLOGIES CORP<br>156 BL 6L 727-4, KOJANDONG<br>INCHEON, 405-310<br>KOREA | | Claim Number: 3558<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | | | |
| UNSECURED | Claimed: | $5,300.00 | | Scheduled: | | $0.00 UNLIQ | |
| ACE TECHNOLOGIES CORP<br>156BL 6L 727-4, KOJANDONG<br>INCHEON, 405-310<br>KOREA | | Claim Number: 3563<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $5,300.00 | | | | | |
| ACE TECHNOLOGIES CORP<br>156B 5L 727-4, KONJAN-DONG,<br>INCHEON, 405-310<br>KOREA | | Claim Number: 3564<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | | | |
| UNSECURED | Claimed: | $5,300.00 | | | | | |
| ACS CABLE SYSTEMS, INC<br>ASHBY & GEDDES, P.A.<br>GREGORY A. TAYLOR/ BENJAMIN W. KEENAN<br>500 DELWARE AVE, 8TH FL P.O. BOX 1150<br>WILMINGTON, DE 19899 | | Claim Number: 7207<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5889 (07/06/2011) | | | | | |
| ADMINISTRATIVE | Claimed: | $1,105,055.50 | | | | Allowed: | $300,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| AD, YOUSSEF<br>1324 KENTSHIRE CIR<br>PLANO, TX 75025 | | Claim Number: 7304<br>Claim Date: 06/18/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $33,663.84 | | | |
| ADAMS, DEBRA K.<br>5225 HICKORY RIDGE RD.<br>LEBANON, TN 37087 | | Claim Number: 7438<br>Claim Date: 09/27/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ | | | |
| TOTAL | Claimed: | $9,927.30   UNLIQ | | | |
| ADC TELECOMMUNICATIONS INC<br>PO BOX 1101<br>MINNEAPOLIS, MN 55440-1101 | | Claim Number: 5556<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5239 (04/11/2011) | | | |
| UNSECURED | Claimed: | $55,175.12 | Scheduled: | $51,616.52 | |
| ADCOX, SARA<br>100 CROSSWIND DRIVE<br>CARY, NC 27513 | | Claim Number: 8097<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $50,682.09 | | | |
| ADEPTRON TECHNOLOGIES CORPORATION<br>1402 STARTOP ROAD<br>OTTAWA, ON K1B 4V7<br>CANADA | | Claim Number: 5936<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $28,690.00 | Scheduled: | $28,690.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| ADEPTRON TECHNOLOGIES CORPORATION<br>ATTN: SUDESH MEHTA<br>96 STEELCASE ROAD WEST<br>MARKHAM, ON L3R 3J9<br>CANADA | Claim Number: 5937<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |

| ADMINISTRATIVE | Claimed: | $28,690.00 |

---

| ADEX CORPORATION<br>MARC D. FREEDMAN, ESQ.<br>FREEDMAN & GERSTEN, LLP<br>777 TERRACE AVENUE, 5TH FLOOR<br>HASBROUCK HEIGHTS, NJ 07604 | Claim Number: 5350<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |

| UNSECURED | Claimed: | $718,475.43 |

---

| ADOM, PRINCE F.<br>3651 SMOKE TREE TRL<br>EULESS, TX 76040 | Claim Number: 1581<br>Claim Date: 07/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |

| UNSECURED | Claimed: | $86,813.07 |

---

| ADP NATIONAL ACCT SERVICES<br>PRO BUSINESS, INC.<br>MONETTE DAY<br>4125 HOPYARD RD<br>PLEASANTON, CA 94588 | Claim Number: 695<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $116,398.69 |

---

| ADVANTECH CORP<br>38 TESLA SUITE 100<br>IRVINE, CA 92618 | Claim Number: 2495<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $26,343.48 | Scheduled: | $18,760.10 DISP |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

ADVANTECH CORPORATION
ATTN PETER KIM
38 TESLA
STE 100
IRVINE, CA 92618

Claim Number: 2496
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $26,343.48 |
|---|---|---|

AFFILIATES OF VERIZON COMMUNICATIONS INC
DARRYL S. LADDIN, ESQ.
ARNALL GOLDEN GREGORY LLP
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031

Claim Number: 5521
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $11,207,760.90 |
|---|---|---|

AHTEN, TRACY
1409 GLASTONBURY DR.
PLANO, TX 75075

Claim Number: 4742
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $7,408.56 |
|---|---|---|

AHTEN, TRACY S.
1409 GLASTONBURY DR
PLANO, TX 75075

Claim Number: 4743
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $7,408.56 |
|---|---|---|

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY COLLECTIONS
MICHELLE A. LEVITT, AUTHORIZED REP.
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 3931
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3032 (05/21/2010)

| SECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| AIKEN, JERRY L. | | Claim Number: 3788 |
| 8536 CARRIAGE WOODS LN. | | Claim Date: 09/25/2009 |
| ROUGEMONT, NC 27572 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $224,863.14 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| AIRSPAN NETWORKS INC. | | Claim Number: 404 |
| 777 YAMATO RD., SUITE 310 | | Claim Date: 02/25/2009 |
| BOCA RATON, FL 33431 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2563 (02/26/2010) |

| UNSECURED | Claimed: | $1,916,683.21 |
|---|---|---|

| AIRSPAN NETWORKS INC. | | Claim Number: 1575 |
| 777 YAMATO RD., SUITE 310 | | Claim Date: 07/21/2009 |
| BOCA RATON, FL 33431 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2563 (02/26/2010) |

| ADMINISTRATIVE | Claimed: | $149,958.68 |
| UNSECURED | Claimed: | $1,712,278.81 |

| AIRSPAN NETWORKS, INC. | | Claim Number: 1569 |
| 777 YAMATO ROAD, SUITE 310 | | Claim Date: 07/20/2009 |
| BOCA RATON, FL 33431 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2563 (02/26/2010) |

| ADMINISTRATIVE | Claimed: | $149,958.68 |
| UNSECURED | Claimed: | $1,712,278.81 |

| AIRSPAN NETWORKS, INC. | | Claim Number: 4083 |
| 777 YAMATO ROAD SUITE 310 | | Claim Date: 09/28/2009 |
| BOCA RATON, FL 33431 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2563 (02/26/2010) |

| ADMINISTRATIVE | Claimed: | $147,488.48 |
| UNSECURED | Claimed: | $1,684,090.25 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| AIRVANA, INC. | Claim Number: 3719 |
| CHRISTOPHER J. PANOS, ESQ. | Claim Date: 09/24/2009 |
| CRAIG & MACAULEY PC | Debtor: NORTEL NETWORKS INC. |
| FEDERAL RESERVE BLDG, 600 ATLANTIC AVE. | Comments: WITHDRAWN |
| BOSTON, MA 02210 | DOCKET: 3042 (05/24/2010) |

| UNSECURED | Claimed: | $38,248,461.01 |

---

| AJILON LLC | Claim Number: 829 |
| 175 BROADHOLLOW ROAD | Claim Date: 03/31/2009 |
| MELVILLE, NY 11747 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $562,573.75 |

---

| AJILON LLC | Claim Number: 830 |
| 175 BROADHOLLOW ROAD | Claim Date: 03/31/2009 |
| MELVILLE, NY 11747 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $42,240.00 |

---

| AKAI, CARL | Claim Number: 1842 |
| 1040 LUCY LANE | Claim Date: 08/20/2009 |
| ALLEN, TX 75013 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $51,480.00 |

---

| AKIN, MARJORIE | Claim Number: 5745 |
| 4436 EDMONDSON AVE | Claim Date: 10/01/2009 |
| DALLAS, TX 75205 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 7232 (02/21/2012) |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $32,353.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| AL-DAYAA, HANI<br>72 OLD STAGE ROAD<br>CHELMSFORD, MA 01824 | | Claim Number: 1281<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $31,852.25 |
| AL-DAYAA, HANI<br>72 OLD STAGE ROAD<br>CHELMSFORD, MA 01824 | | Claim Number: 2206<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $31,852.25 |
| ALDHIZER, WILLIAM R.<br>1619 OLD HUNDRED ROAD<br>MIDLOTHIAN, VA 23114 | | Claim Number: 3085<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $14,072.76 |
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX 77032 | | Claim Number: 921<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4475 (12/03/2010) |
| SECURED | Claimed: | $2,050.87   UNLIQ |
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX 77032 | | Claim Number: 971<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| SECURED | Claimed: | $2,050.87   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| ALDINE INDEPENDENT SCHOOL DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX 77032 | | Claim Number: 2858<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|
| SECURED | Claimed: | $2,050.87 |

---

| ALEJO, LUCINDA M.<br>1604 TRINITY ST.<br>MISSION, TX 78572 | | Claim Number: 8117<br>Claim Date: 12/19/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $18,843.75 |

---

| ALFORD, MARIANNE P.<br>1520 BROKEN BOW TRAIL<br>CARROLLTON, TX 75007 | | Claim Number: 7677<br>Claim Date: 04/01/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $11,167.00   UNLIQ |
| UNSECURED | Claimed: | $1,015.88   UNLIQ |

---

| ALIMOGLU, FEVZI<br>40 BRATTLE ST APT 5<br>ARLINGTON, MA 02476-4349 | | Claim Number: 5618<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $28,161.79 |

---

| ALLAN, JAY WALTER<br>21912 BARBADOS<br>MISSION VIEJO, CA 92692 | | Claim Number: 62<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $5,076.71 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| ALLEN SYSTEMS GROUP INC | | |
|---|---|---|
| 1333 THIRD AVENUE SOUTH | Claim Number: 2007 | |
| NAPLES, FL 34102 | Claim Date: 08/21/2009 | |
| | Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $361.69 |
|---|---|---|

ALLEN, JOHN B.
3190 ALSTON CHAPEL RD
PITTSBORO, NC 27312

Claim Number: 7938
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $80,766.00   UNLIQ |

ALMS, MICHAEL
4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

Claim Number: 3784
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $79,638.00 |
|---|---|---|

ALMS, MICHAEL
4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

Claim Number: 3785
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $107,648.83 |
|---|---|---|

ALMS, MICHAEL
4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

Claim Number: 6110
Claim Date: 11/09/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $443,167.20 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| ALPEROVICH, ZHANNA<br>3109 PRESTON MEADOW DR<br>PLANO, TX 75093 | Claim Number: 7300<br>Claim Date: 06/17/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $72,636.04 |
|---|---|---|

---

| ALPHA NETWORKS INC.<br>C/O JOON M. KHANG, ESQ.<br>KHANG & KHANG LLP<br>1901 AVENUE OF THE STARS, #200<br>LOS ANGELES, CA 90067 | Claim Number: 4473-01<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $107,844.16 | | Allowed: | $107,844.16 |
|---|---|---|---|---|---|

| ALPHA NETWORKS INC.<br>C/O JOON M. KHANG, ESQ.<br>KHANG & KHANG LLP<br>1901 AVENUE OF THE STARS, #200<br>LOS ANGELES, CA 90067 | Claim Number: 4473-02<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| UNSECURED | Claimed: | $52,330.30 | | Allowed: | $52,330.30 |
|---|---|---|---|---|---|

| ALSHABOUT, NADIM<br>1431 GARDENIA ST.<br>IRVING, TX 75063 | Claim Number: 1092<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $123,360.59 |
|---|---|---|

| ALSHABOUT, NADIM<br>1431 GARDENIA ST.<br>IRVING, TX 75063 | Claim Number: 1106<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $56,408.73 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| ALSTON, VIOLET L<br>PO BOX 1442<br>PITTSBORO, NC 27312 | Claim Number: 5943<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $12,850.73   UNLIQ | |
| ALSTON, VIOLET L.<br>P.O. BOX 1442<br>PITTSBORO, NC 27312 | Claim Number: 2563<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $46,808.04 | |
| ALTERNATE COMMUNICATIONS INTERNATIONAL<br>LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB T1V 2C2<br>CANADA | Claim Number: 180<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| UNSECURED          Claimed: | $153,151.75 | |
| ALTERNATE COMMUNICATIONS INTERNATIONAL<br>LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB T1V 2C2<br>CANADA | Claim Number: 265<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |
| UNSECURED          Claimed: | $123,140.09 | |
| ALTERNATE COMMUNICATIONS INTERNATIONAL<br>LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB T1V 2C2<br>CANADA | Claim Number: 1274<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | |
| UNSECURED          Claimed: | $123,140.09 | Allowed:          $123,140.09 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ALTMAN, RICHARD SCOTT
9612 POST MILL PLACE
RALEIGH, NC 27615

Claim Number: 6122
Claim Date: 11/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $102,773.36 |
|-----------|----------|-------------|

ALVAREZ, CARLOS
10122 SAGEROYAL LANE
HOUSTON, TX 77089

Claim Number: 3003
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,633.60 |
|-----------|----------|------------|

AMATO, DEBRA A.
9053 GRASSEY CREEK ROAD
BULLOCK, NC 27507

Claim Number: 7870
Claim Date: 07/25/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

AMERICAN FURUKAWA, INC.
ATTN: DAVID NOBLE
47677 GALLEON DRIVE
PLYMOUTH, MI 48170

Claim Number: 4543
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3589 (07/13/2010)

| ADMINISTRATIVE | Claimed: | $117,300.00 |
|----------------|----------|-------------|

AMERICANS FOR TAX REFORM
C/O JANE FRAZER
722 12TH ST NW 4TH FLOOR
WASHINGTON, DC 20005

Claim Number: 5831
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $30,000.00 |
|----------------|----------|------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| AMERSHEK, THOMAS D. | Claim Number: 981 |
| 15 W. HYLAND DR. | Claim Date: 04/20/2009 |
| NEW RINGGOLD, PA 17960 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $40,538.47 |

---

| AMOSS, GEORGE B | Claim Number: 4458 |
| P.O. BOX 13 | Claim Date: 09/29/2009 |
| MENDEN HALL, PA 19357 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $457,710.65 | Scheduled: | $0.00 UNLIQ |

---

| AMPHENOL | Claim Number: 2930 |
| AMPHENOL PRINTED CIRCUITS | Claim Date: 09/14/2009 |
| 91 NORTHEASTERN BLVD | Debtor: NORTEL NETWORKS INC. |
| NASHUA, NH 03062-3141 | Comments: EXPUNGED |
| | DOCKET: 2324 (01/21/2010) |

| UNSECURED | Claimed: | $5,828.74 |

---

| AMPHENOL CORPORATION | Claim Number: 5499 |
| C/O MOSES & SINGER LLP | Claim Date: 09/30/2009 |
| ATTN: ALAN KOLOD | Debtor: NORTEL NETWORKS INC. |
| THE CHRYSLER BLDG, 405 LEXINGTON AVENUE | |
| NEW YORK, NY 10174-1299 | |

| ADMINISTRATIVE | Claimed: | $84,061.54 UNLIQ |
| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $1,174,975.42 UNLIQ |

---

| AMPHENOL CORPORATION | Claim Number: 5500 |
| C/O MOSES & SINGER LLP | Claim Date: 09/30/2009 |
| ATTN: ALAN KOLOD | Debtor: NORTEL NETWORKS INC. |
| THE CHRYSLER BLDG, 405 LEXINGTON AVENUE | Comments: DOCKET: 4163 (10/14/2010) |
| NEW YORK, NY 10174-1299 | |

| ADMINISTRATIVE | Claimed: | $64,009.49 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

AMPHENOL CORPORATION
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5501
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $84,061.54 |
| --- | --- | --- |

---

AMPHENOL CORPORATION
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5503
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $64,009.49 | UNLIQ |
| --- | --- | --- | --- |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $141,163.05 | UNLIQ |

---

AMPHENOL INTERCONNECT PRODUCTS CORP
C/O MOSES & SINGER LLP
ATTN ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5506
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $50,283.39 | UNLIQ |
| --- | --- | --- | --- |

---

AMPHENOL PRINTED CIRCUITS
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5504
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4163 (10/14/2010)
Amends claim 2930

| UNSECURED | Claimed: | $5,828.74 | UNLIQ |
| --- | --- | --- | --- |

---

AMPHENOL TECHNICAL PRODUCTS INT'L
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5502
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $84,061.54 | UNLIQ |
| --- | --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

AMPHENOL TECHNICAL PRODUCTS INT'L
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5505
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $84,061.54 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,118,863.29 UNLIQ | | |

AMREP VENDOR INSPECTION SERVICE PTE
10031 PINES BOULEVARD, SUITE 213
PEMBROKE PINES, FL 33024

Claim Number: 6197
Claim Date: 12/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,260.00 | Allowed: | $3,260.00 |

AMREP VENDOR INSPECTION SERVICE PTE LTD.
10031 PINES BOULEVARD
STE. 213
PEMBROKE PINES, FL 33024

Claim Number: 6199
Claim Date: 12/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $3,260.00 |
|---|---|---|

ANDERS, DEBORAH
2025 EAKLE DRIVE
ROCK HILL, SC 29732

Claim Number: 1920
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $17,307.69 |
|---|---|---|

ANDERSON GORECKI & MANARAS LLP
PO BOX 553
CARLISLE, MA 01741

Claim Number: 2818
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $31,161.53 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| ANDERSON GORECKI & MANARAS LLP<br>33 NAGOG PARK<br>ACTON, MA 01720-3421 | Claim Number: 2819<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $47,896.77 | Allowed: | $47,896.77 |

| ANDERSON, DEBRA<br>102 BELTON DRIVE<br>HICKORY CREEK, TX 75065 | Claim Number: 2499<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|
| PRIORITY          Claimed: | $3,305.43 |

| ANDERSON, DEBRA J.<br>102 BELTON DRIVE<br>HICKORY CREEK, TX 75065 | Claim Number: 2500<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $0.00 |

| ANDERSON, JOHN P., JR.<br>107 DEERWOOD CT<br>CHAPEL HILL, NC 27517 | Claim Number: 1530<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $28,167.36 |

| ANDERSON, JULIE<br>212 BOG HILL LN<br>CARY, NC 27519 | Claim Number: 7500<br>Claim Date: 11/16/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY          Claimed: | $10,950.00   UNLIQ |
| UNSECURED          Claimed: | $36,050.00   UNLIQ |

---

NORTEL NETWORKS INC.                                                                                  Date: 03/07/2012
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| ANDERSON, KELLY | Claim Number: 1755 |
| 1514 MANHATTAN AVE | Claim Date: 08/17/2009 |
| HERMOSA BEACH, CA 90254 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Amends claim 514 |

| UNSECURED | Claimed: | $76,907.79 | Scheduled: | $0.00 UNLIQ |

---

| ANDERSON, RONALD H. | Claim Number: 3313 |
| 1606 NAVARRO CT | Claim Date: 09/21/2009 |
| ALLEN, TX 75013 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $90,990.72 |

---

| ANDERSON, STUART | Claim Number: 888 |
| 225 CROSS ST | Claim Date: 04/09/2009 |
| BELMONT, MA 02478 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $182,486.00 |

---

| ANDERSON, STUART | Claim Number: 7690 |
| 225 CROSS ST | Claim Date: 04/06/2011 |
| BELMONT, MA 02478 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $119,147.51 |

---

| ANDEVICES INC | Claim Number: 766 |
| 2933 BAYVIEW DRIVE | Claim Date: 03/30/2009 |
| FREMONT, CA 94538-6520 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 3799 (08/18/2010) |

| UNSECURED | Claimed: | $36,800.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | |
|---|---|---|---|---|---|
| ANDRASSY, FRANK<br>1529 SHADOWOOD LANE<br>RALEIGH, NC 27612 | | Claim Number: 7170<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $96,920.00 | | | |
| ANDUX, ALBERT<br>9304 MIRANDA DR.<br>RALEIGH, NC 27617 | | Claim Number: 533<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $89,468.60 | | | |
| ANDUX, ALBERT<br>9304 MIRANDA DR<br>RALEIGH, NC 27617 | | Claim Number: 534<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>No Signature | | | |
| UNSECURED | Claimed: | $5,200.00 | | | |
| ANDUX, ALBERT<br>9304 MIRANDA DR<br>RALEIGH, NC 27617 | | Claim Number: 535<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>No Signature | | | |
| UNSECURED | Claimed: | $251,558.64 | | | |
| ANGOSS SOFTWARE<br>111 GEORGE STREET SUITE 200<br>TORONTO, ON M5A 2N4<br>CANADA | | Claim Number: 5905<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $6,000.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | | |
|---|---|---|---|---|---|---|
| ANIXTER INC<br>ATTN: STEVE BALK, VP GLOBAL SHARED SRVCS<br>2301 PATRIOT BOULEVARD<br>MAIL STOP 2N<br>GLENVIEW, IL 60026 | | Claim Number: 7915<br>Claim Date: 08/24/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 754 (05/14/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $279,615.74 | | | Allowed: | $279,615.74 |
| ANSELMO, LORENA<br>606 CANDLEWOOD TRAIL<br>MURPHY, TX 75094 | | Claim Number: 1311<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $35,251.50 | | | | |
| AON CONSULTING<br>WILLIAM GRUBBS<br>1100 REYNOLDS BLVD.<br>WINSTON SALEM, NC 27105 | | Claim Number: 1387<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | |
| UNSECURED | Claimed: | $8,390.00 | Scheduled: | $1,000.00 | Allowed: | $5,890.00 |
| APANI NETWORKS<br>1800 E IMPERIAL HIGHWAY, SUITE 210<br>BREA, CA 92821 | | Claim Number: 3589<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $5,683.33 | | | Allowed: | $5,683.33 |
| APANI NETWORKS<br>1800 EAST IMPERIAL HIGHWAY<br>SUITE 210<br>BREA, CA 92821 | | Claim Number: 3590<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4049 (09/30/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $5,683.33 | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

APOLLO TELECOM (PVT) LTD
C/O HEAD OFFICE--MAJ. SYED ATAULLAH SHAH
PLOT # 44, ST. # 11
SECTOR 1-9/2
ISLAMABAD,
PAKISTAN

Claim Number: 4623
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $2,300,000.00 |
|---|---|---|

---

APPELL, MARTIN
12002 BROWNING LN
DALLAS, TX 75230

Claim Number: 5930
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 2762

| UNSECURED | Claimed: | $71,827.72 |
|---|---|---|

---

APPLIED SIMULATION TECHNOLOGY INC
2025 GATEWAY PLACE, SUITE 318
SAN JOSE, CA 95110-1008

Claim Number: 2452
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $3,097.50 |
|---|---|---|

---

APRIMO, INC.
ATTN: GEORGE LAWRENCE
900 EAST 96TH STREET
SUITE 400
INDIANAPOLIS, IN 46240

Claim Number: 3108
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $4,785.33 | | Allowed: | $4,785.33 |
|---|---|---|---|---|---|

---

AR GRAY & ASSOCIATES
265 HYMUS BOULEVARD
POINT CLARE, QC H9R 1G6
CANADA

Claim Number: 7572
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,850.00 | Scheduled: | $6,850.00 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| AR GRAY & ASSOCIATES | Claim Number: 7573 |
| 29 HANSEN | Claim Date: 01/18/2011 |
| BEACONSFIELD | Debtor: NORTEL NETWORKS INC. |
| BEACONSFIELD, QC H9W 5P4 | Comments: DOCKET: 7183 (02/07/2012) |
| CANADA | |

---

| ADMINISTRATIVE | Claimed: | $6,850.00 |

---

| ARAMARK UNIFORM AND CAREER | Claim Number: 5380 |
| APPAREL, LLC (MEANS SERVICES, INC.) | Claim Date: 09/30/2009 |
| ATTN : KURT ZIMMERMAN | Debtor: NORTEL NETWORKS INC. |
| 115 NORTH 1ST STREET, SUITE 201 | Comments: WITHDRAWN |
| BURBANK, CA 91502 | DOCKET: 4762 (01/26/2011) |

---

| UNSECURED | Claimed: | $0.00   UNDET |

---

| ARELLANO, ALICIA | Claim Number: 7434 |
| 6206 FIREFLY DRIVE | Claim Date: 09/27/2010 |
| SAN JOSE, CA 95120 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $8,033.85 |

---

| ARGO PARTNERS | Claim Number: 149 |
| TRANSFEROR: ROCKNESS EDUCATION SERVICES | Claim Date: 02/12/2009 |
| 12 WEST 37TH ST, 9TH FLOOR | Debtor: NORTEL NETWORKS INC. |
| NEW YORK, NY 10018 | |

---

| UNSECURED | Claimed: | $5,595.66 | Scheduled: | $5,595.66 |

---

| ARGO PARTNERS, INC. | Claim Number: 2997 |
| TRANSFEROR: LYNX PHOTO NETWORKS | Claim Date: 09/14/2009 |
| 12 WEST 37TH ST, 9TH FLOOR | Debtor: NORTEL NETWORKS INC. |
| NEW YORK, NY 10018 | |

---

| UNSECURED | Claimed: | $2,165.00 | Scheduled: | $1,082.50 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | | |
|---|---|---|---|---|---|---|
| ARGO PARTNERS, INC.<br>TRANSFEROR: DUARTE DESIGN INC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 4389<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $141,833.00 | Scheduled: | $141,833.00 | | |
| ARGO PARTNERS, INC.<br>TRANSFEROR: ANIXTER INC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 4639<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6445 (09/21/2011) | | | | |
| UNSECURED | Claimed: | $4,042,609.64 | | | Allowed: | $3,400,000.00 |
| ARICENT TECHNOLOGIES HOLDINGS LTD<br>ATTN: SHAWN M. SODERBERG<br>660 THIRD STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94107 | | Claim Number: 8200<br>Claim Date: 02/21/2012<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $50,000.00 | | | | |
| ARKANSAS AUDITOR OF STATE<br>ATTN: ROB SCOTT, ADMINISTRATOR<br>UNCLAIMED PROPERTY DIVISION<br>1401 WEST CAPITOL AVENUE, SUITE 325<br>LITTLE ROCK, AR 72201 | | Claim Number: 2886<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $0.00 | | | Allowed: | $100.00 |
| ARMOUDIAN, ANTRANIK G.<br>P.O. BOX 938<br>MOUNDS, OK 74047 | | Claim Number: 7278<br>Claim Date: 06/07/2010<br>Debtor: NORTEL NETWORKS INC. | | | | |
| ADMINISTRATIVE | Claimed: | $101,313.75 | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| ARNOLD, JEFFREY<br>20903 W. 48TH ST<br>SHAWNEE, KS 66218 | | Claim Number: 7859<br>Claim Date: 07/22/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2232 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,765.00 | | | |
| ARNOLD, JEFFREY J.<br>20903 W. 48TH ST<br>SHAWNEE, KS 66218 | | Claim Number: 7860<br>Claim Date: 07/22/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>May amend 2233 | | | |
| UNSECURED | Claimed: | $67,307.70 | | | |
| ARNOLD-BERRY, LINDA L<br>18 THE FAIRWAY<br>WOODSTOCK, GA 30188 | | Claim Number: 4598<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $133,554.95 | | | |
| ARNOLD-BERRY, LINDA L.<br>18 THE FAIRWAY<br>WOODSTOCK, GA 30188-2200 | | Claim Number: 158<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| PRIORITY | Claimed: | $332,662.34 | | | |
| ARNOLD-BERRY, LINDA L.<br>18 THE FAIRWAY<br>WOODSTOCK, GA 30188 | | Claim Number: 4597<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 158. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $133,554.95 | Scheduled: | $47,692.30 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ARTZER-OWENS, GAIL
711 SHERMAN STREET
GOODLAND, KS 67735

Claim Number: 5893
Claim Date: 10/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

ADMINISTRATIVE          Claimed:          $276,553.60

ASEMOTA, CHARLES
1606 WAGON WHEEL DRIVE
ALLEN, TX 75002

Claim Number: 978
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $48,538.00

ASHBY, ROBERT L.
11985 HWY. 641 SOUTH
HOLLADAY, TN 38341

Claim Number: 1066
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:          $91,134.56

ASHCRAFT, RICHARD D.
6417 ROSEBUD DR.
ROWLETT, TX 75089

Claim Number: 7312
Claim Date: 06/24/2010
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $27,280.88

ASHRAFI, BASHIR
7 AUTUMN LEAF DR # 9
NASHUA, NH 03060

Claim Number: 5622
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $25,322.04

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | | |
|---|---|---|---|---|---|---|
| ASIRI, ADBDUL-JABBAR & GUYLUINE LAVOIE<br>37 CHIMO DR.<br>KANATA, ON K2L 1A3<br>CANADA | | Claim Number: 2852<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $81,174.23 | | | | |
| ASM CAPITAL<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1559<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $15,333.00 | | | Allowed: | $15,333.00 |
| ASM CAPITAL AS PURCHASER OF DAITO<br>PRECISION, INC.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3835<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $66,762.00 | Scheduled: | $66,132.00 | Allowed: | $66,762.00 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: MERCURY COMPUTER SYSTEMS INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 110<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | | |
| UNSECURED | Claimed: | $369,600.00 | Scheduled: | $369,600.00 | Allowed: | $184,800.00 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: SIPERA SYSTEMS, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 220<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $80,567.00 | Scheduled: | $80,567.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

ASM CAPITAL III, L.P.
TRANSFEROR: LAYNE COMMUNICATIONS
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 339
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $180,479.26 | Scheduled: | $153,239.26 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: CALL, JENSEN & FERRELL
ASM CAPITAL
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 396
Claim Date: 02/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $151,055.13 |
|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: GLOBAL IP SOLUTIONS, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 415
Claim Date: 02/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $80,000.00 |
|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: GLOBAL IP SOLUTIONS, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 468
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $411,928.30 |
|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: BERRYMAN TRANSFER & STORAGE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 618
Claim Date: 03/04/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $71,364.91 | Scheduled: | $85,235.69 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

ASM CAPITAL III, L.P.
TRANSFEROR: SEAL CONSULTING, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 744
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,053,631.49 | | |

ASM CAPITAL III, L.P.
TRANSFEROR: TELCORDIA TECHNOLOGIES, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 764
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $514,154.45 | Allowed: | $514,154.45 |

ASM CAPITAL III, L.P.
TRANSFEROR: TELCORDIA TECHNOLOGIES, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 950
Claim Date: 04/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $65,525.00 | Allowed: | $65,525.00 |

ASM CAPITAL III, L.P.
TRANSFEROR: IAN MARTIN LIMITED AND IAN
MARTIN TECHNOLOGY STAFFING INC
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1055
Claim Date: 04/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $969,679.55 | | |

ASM CAPITAL III, L.P.
TRANSFEROR: CALIFORNIA SOFTWARE LABORATO
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1356
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $992,155.46 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ASM CAPITAL III, L.P.
TRANSFEROR: CARLSON MARKETING CANADA LTD
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1359
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

| UNSECURED | Claimed: | $617,237.04 |
|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: MERCURY COMPUTER SYSTEMS INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1378
Claim Date: 06/17/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $184,800.00 |
|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: PITNEY BOWES MGMT SERVICES
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1393
Claim Date: 06/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $137,646.80 | Scheduled: | $56,045.37 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: STRENGTH TEK FITNESS &
WELLNESS
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1835
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $123,676.34 |
|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: DAITO PRECISION INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3836
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| UNSECURED | Claimed: | $27,750.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | | |
|---|---|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: AMERICAN FURUKAWA, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4531<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| ADMINISTRATIVE | Claimed: | $117,300.00 | | | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: DEKA IMMOBILIEN INVESTMENT<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4819<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5453 (05/20/2011) | | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | | Allowed: | $817.48 |
| UNSECURED | Claimed: | $2,442,150.80 | | | Allowed: | $2,400,076.00 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: EION INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5660<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $427,281.25 | | | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: WESTON SOLUTIONS, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5829<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Amends claim 2689 | | | | |
| UNSECURED | Claimed: | $410,139.09 | Scheduled: | $351,698.50 | Allowed: | $410,139.09 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ASP TECHNOLOGIES, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 91<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $10,186.13 | Scheduled: | $10,186.13 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ASM CAPITAL, L.P.
TRANSFEROR: ASP TECHNOLOGIES, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 176
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,849.32 | | | |
|---|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: ACCESSIBLE SYSTEMS
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 213
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,803.35 | Scheduled: | $20,803.35 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: GOOGLE, INC.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 453
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $220,721.84 | Scheduled: | $59,292.35 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: ARBOR INDUSTRIES U.S.A., INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 478
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,664.59 | Scheduled: | $2,664.59 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: AVATECH SOLUTIONS, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 481
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $3,365.00 | Scheduled: | $3,365.00 | Allowed: | $3,365.00 |
|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

ASM CAPITAL, L.P.
TRANSFEROR: KAISER ASSOCIATES INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 516
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $59,091.49 | Scheduled: | $56,044.00 | Allowed: | $59,091.49 |
|---|---|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: NETFORMX, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 561
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| UNSECURED | Claimed: | $32,266.74 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: HARRIS INTERACTIVE
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 678-01
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $93,200.00 | Scheduled: | $93,150.00 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: HARRIS INTERACTIVE
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 678-02
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $31,000.00 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: TAKE ONE PRODUCTIONS, LTD.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 887
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $46,762.19 | Scheduled: | $46,727.19 | Allowed: | $46,762.19 |
|---|---|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| ASM CAPITAL, L.P.<br>TRANSFEROR: TELOGY, LLC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 904<br>Claim Date: 04/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $2,805.62 | Scheduled: | $2,672.00 | Allowed: | $2,805.62 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: FORD & HARRISON LLP<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 905<br>Claim Date: 04/07/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| UNSECURED | Claimed: | $36,674.66 | Scheduled: | $25,293.65 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: QUASAR INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 968<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | | | |
| UNSECURED | Claimed: | $81,180.00 | | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: QUASAR, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1009<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| UNSECURED | Claimed: | $85,500.00 | Scheduled: | $36,720.00 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: WELLS FARGO BANK, N.A.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1082<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3798 (08/18/2010) | | | | | |
| UNSECURED | Claimed: | $380,121.95 | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | | |
|---|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: WELLS FARGO BANK, N.A.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1518<br>Claim Date: 07/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5624 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $380,121.95 | | | Allowed: | $366,201.35 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: SILICON MECHANICS, INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1661<br>Claim Date: 07/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | |
| UNSECURED | Claimed: | $67,440.00 | | | Allowed: | $65,631.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: QUARRY INTEGRATED<br>COMMUNICAT<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1734<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $35,450.00 | | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: QUARRY INTEGRATED<br>COMMUNICAT<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1735<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | | |
| UNSECURED | Claimed: | $35,450.00 | Scheduled: | $35,450.00 | Allowed: | $35,450.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KEYTECH USA, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1821<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $8,015.00 | Scheduled: | $8,015.00 | Allowed: | $8,015.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: KEYTECH USA, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1822<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| ADMINISTRATIVE          Claimed: | $8,015.00 | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KIRK CONSULTING GROUP INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1829<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $2,500.00 | Scheduled: | $2,500.00 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ACADEMIC BENCHMARKS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1991<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | |
| ADMINISTRATIVE          Claimed: | $8,000.00 | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ACADEMIC BENCHMARKS INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1992<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $8,000.00 | Scheduled: | $8,000.00 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: PRIMO MICROPHONES, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2074<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | |
| ADMINISTRATIVE          Claimed: | $6,274.80 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

ASM CAPITAL, L.P.
TRANSFEROR: NETFORMX, INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2198
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE UNSECURED | Claimed: | $32,266.74 | Scheduled: | $32,266.74 DISP |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: NEWBURY NETWORKS, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2429
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $60,375.00 | Scheduled: | $63,393.75 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: DANNEMANN SIEMSEN BIGLER & I
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3157
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $4,310.88 | Scheduled: | $3,348.45 | Allowed: | $3,348.45 |
|---|---|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: WMS VISION INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3573
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $31,374.13 | Scheduled: | $15,360.00 | Allowed: | $31,374.13 |
|---|---|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: PARAGON COMMUNICATIONS
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3845
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,571.07 | Scheduled: | $12,571.07 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | | |
|---|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: ACME PACKET INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4455<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) | | | | |
| UNSECURED | Claimed: | $472,812.00 | | | Allowed: | $390,006.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: AMERICAN FURUKAWA, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4544<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $51,000.00 | | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: TTI<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5044<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $574,660.04 | Scheduled: | $59,700.00 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KK TECHNOLOGIES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5601<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | | | |
| UNSECURED | Claimed: | $100,632.00 | Scheduled: | $133,392.00 | Allowed: | $100,632.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KK TECHNOLOGIES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5602<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | | | |
| ADMINISTRATIVE | Claimed: | $32,760.00 | | | Allowed: | $32,760.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

ASM CAPITAL, L.P.
TRANSFEROR: FREEDOM CAD SERVICES INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7114
Claim Date: 02/22/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $92,180.00 | | |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: ADEX CORPORATION
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7149
Claim Date: 03/15/2010
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

---

| UNSECURED | Claimed: | $305,181.93 | Scheduled: | $294,126.18 |
|---|---|---|---|---|

ASM CAPITAL, SUCCESSOR BY ASSIGNMENT TO
CARLSON MARKETING CANADA LTD.
ATTN: ADAM MOSKOWITZ, MANAGING GEN PRTNR
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7819
Claim Date: 06/20/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)
Amends claim 1359

---

| UNSECURED | Claimed: | $556,172.57 |
|---|---|---|

ASM SIP, L.P.
TRANSFEROR: OCLARO TECH.PLC F/K/A BOOKHA
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4684
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6869 (11/28/2011)

---

| ADMINISTRATIVE | Claimed: | $769,328.00 | Allowed: | $425,000.00 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $99,084.00 | | |

ASM SIP, L.P.
TRANSFEROR: OCLARO (NORTH AMERICA), INC.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4685
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6869 (11/28/2011)

---

| UNSECURED | Claimed: | $177,805.00 | Allowed: | $175,000.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| ASSUMPTION PARISH | | Claim Number: 1833 | | |
| SALES AND USE TAX DEPARTMENT | | Claim Date: 08/20/2009 | | |
| P.O. DRAWER 920 | | Debtor: NORTEL NETWORKS INC. | | |
| NAPOLEONVILLE, LA 70390 | | Comments: WITHDRAWN | | |

| PRIORITY | Claimed: | $10,000.00 | Scheduled: | $0.00 UNLIQ |

| ASSURANCE TECHNOLOGY CORP | | Claim Number: 2069 | | |
| 303 LITTLETON ROAD | | Claim Date: 08/24/2009 | | |
| CHELMSFORD, MA 01824-3311 | | Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $10,000.00 | | |

| ASTEC AMERICA INC | | Claim Number: 3555 | | |
| VON BRIESEN & ROPER | | Claim Date: 09/24/2009 | | |
| C/O RANDALL CROCKER | | Debtor: NORTEL NETWORKS INC. | | |
| 411 E. WISCONSIN AVE., SUITE 700 | | Comments: EXPUNGED | | |
| MILWAUKEE, WI 53202 | | DOCKET: 6295 (09/02/2011) | | |

| ADMINISTRATIVE | Claimed: | $8,542.31 | | |

| ASTOR, MARK B | | Claim Number: 4406 | | |
| 1318 YOUNG AVE. | | Claim Date: 09/28/2009 | | |
| MARYVILLE, TN 37801 | | Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $27,410.65 | Scheduled: | $0.00 UNLIQ |

| AT&T | | Claim Number: 6057 | | |
| ATTN: JAMES GRUDUS, ESQ. | | Claim Date: 10/26/2009 | | |
| AT&T INC. | | Debtor: NORTEL NETWORKS INC. | | |
| ONE AT&T WAY, ROOM 3A218 | | Comments: | | |
| BEDMINSTER, NJ 07921 | | Amends claim 539 | | |

| UNSECURED | Claimed: | $17,047.15 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

AT&T CORP, ET AL
ATTN: JAMES W. GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 5351
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,125.25   UNLIQ |
|---|---|---|

AT&T CORP.
ATTORNEY: JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 384
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,287.45 |
|---|---|---|

AT&T CORP.
ATTORNEY: JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 7620
Claim Date: 02/28/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,781.56 |
|---|---|---|

AT&T INC.
AT&T ATTORNEY: JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 539
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6057

| UNSECURED | Claimed: | $16,988.55 |
|---|---|---|

AT4 WIRELESS, S.A.
MS. LAURA LUQUE CABEZAS
PTA. C/. SEVERO OCHOA, 2.
CAMPANILLAS, MALAGA, 29590
SPAIN

Claim Number: 1015
Claim Date: 04/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $33,631.50 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| AT4 WIRELESS, S.A.<br>ATTN: MS. LAURA LUQUE CABEZAS<br>PTA. C./SEVERO OCHOA 2<br>CAMPANILLAS<br>MALAGA, 29590<br>SPAIN | Claim Number: 3075<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $33,631.50 |
|---|---|---|

---

| ATDI, INC.<br>1420 BEVERLY ROAD<br>STE 140<br>MCLEAN, VA 22101 | Claim Number: 2461<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $10,680.60 |
|---|---|---|

---

| ATMOS ENERGY/MID-TEX DIVISION<br>ATTN: BANKRUPTCY GROUP<br>ATMOS ENERGY CORPORATION<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 189<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $155.00 |
|---|---|---|

---

| ATT MOBILITY LLC<br>C/O B-LINE, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | Claim Number: 6146<br>Claim Date: 11/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $13.91 |
|---|---|---|

---

| ATWOOD, LISA<br>4631 BARNARD ST<br>SIMI VALLEY, CA 93063 | Claim Number: 2363<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $94,429.98 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| AUCOIN, CAROL<br>6 MAPLEWOOD ROAD<br>MEDFIELD, MA 02052 | Claim Number: 5957<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

---

| UNSECURED | Claimed: | $11,664.80 | | |
|---|---|---|---|---|

| AUDIOCODES, LTD<br>AUDIOCODES, INC., SUCCESSOR BY MERGER TO<br>NUREA, INC., MOSHE GELLER VP FINANCE<br>AUDIOCODES INC, 27 WORLD'S FAIR DR<br>SOMERSET, NJ 08873 | Claim Number: 5589<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

---

| UNSECURED | Claimed: | $606,770.76   UNLIQ | | |
|---|---|---|---|---|

| AURITAS LLC<br>4907 INTERNATIONAL PKWY, SUITE 1051<br>SANFORD, FL 32771 | Claim Number: 614<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|

---

| PRIORITY | Claimed: | $21,000.00 | | Allowed: | $21,000.00 |
|---|---|---|---|---|---|

| AUTOMOTIVE RENTALS INC.<br>ATTN: R. MOYER<br>9000 MIDLANTIC DRIVE, PO BOX 5039<br>MT. LAUREL, NJ 08054 | Claim Number: 3936<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5047 (03/02/2011) | | | |
|---|---|---|---|---|

---

| UNSECURED | Claimed: | $294,336.23 | Scheduled: | $104,639.48 |
|---|---|---|---|---|

| AUTOMOTIVE RENTALS, INC.<br>C/O JOHN V. FIORELLA, ESQUIRE<br>ARCHER & GREINER, PC<br>ONE CENTENNIAL SQUARE<br>HADDONFIELD, NJ 08033 | Claim Number: 552<br>Claim Date: 03/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | | |
|---|---|---|---|---|

---

| ADMINISTRATIVE | Claimed: | $74,366.82 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | |
|---|---|---|---|---|---|
| AUTOMOTIVE RENTALS, INC.<br>ATTN: RICH MOYER<br>9000 MIDLANTIC DRIVE<br>MT. LAUREL, NJ 08054 | | Claim Number: 4669<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5048 (03/02/2011) | | | |

| ADMINISTRATIVE | Claimed: | $74,366.82 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| AUTOMOTIVE RENTALS, INC.<br>ATTN: RICHARD E. MOYER<br>4001 LEADENHALL ROAD,<br>PO BOX 5039<br>MOUNT LAUREL, NJ 08054-7555 | | Claim Number: 7605<br>Claim Date: 02/21/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5128 (03/21/2011) | | | |

| UNSECURED | Claimed: | $101,988.12 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| AUTOMOTIVE RENTALS, INC.<br>ATTN: RICHARD MOYER<br>4001 LEADENHALL RD.,<br>MOUNT LAUREL, NJ 08054 | | Claim Number: 7606<br>Claim Date: 02/21/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5129 (03/21/2011) | | | |

| ADMINISTRATIVE | Claimed: | $12,516.30 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| AV METRO INC.<br>5401 ETTA BURKE CT.<br>RALEIGH, NC 27606 | | Claim Number: 173<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $26,555.00 | Scheduled: | $26,555.00 | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| AVANEX CORPORATION<br>WINSTON & STRAWN LLP<br>DAVID A HONIG - BRAIAN Y LEE<br>101 CALIFORNIA STREET<br>SAN FRANCISCO, CA 94111 | | Claim Number: 629<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 670 (04/27/2009) | | | |

| ADMINISTRATIVE | Claimed: | $34,112.00 | | | |
|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | | |
|---|---|---|---|---|---|---|
| AVCON, INC.<br>PO BOX 4793<br>CARY, NC 27519 | | Claim Number: 2134<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $414.13 | | | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 89<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $28,410.00 | Scheduled: | $23,070.00 | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 241<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | |
| UNSECURED | Claimed: | $3,826.43 | | | Allowed: | $2,949.43 |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 320<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $4,350.00 | Scheduled: | $4,350.00 | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 454<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | | | |
| UNSECURED | Claimed: | $2,995.00 | | | Allowed: | $2,995.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID A. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 489
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $41,568.75 | Scheduled: | $41,568.75 | | |
|---|---|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: EXCELIGHT COMMUNICATIONS INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 628
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 565 (04/06/2009)

| ADMINISTRATIVE | Claimed: | $13,663.30 | | | Allowed: | $13,663.30 |
|---|---|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 738
Claim Date: 03/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6633 (10/17/2011)

| UNSECURED | Claimed: | $3,336,230.97 | | | Allowed: | $2,596,267.97 |
|---|---|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 804
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $93,427.13 | Scheduled: | $61,845.00 | Allowed: | $61,845.00 |
|---|---|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: EXCELIGHT COMMUNICATIONS INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 811
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $158,494.30 | | | Allowed: | $126,861.00 |
|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1229
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $50,000.00 | | | Allowed: | $50,000.00 |
|---|---|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1249
Claim Date: 05/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $467,078.44 | Scheduled: | $117.52 | Allowed: | $126,388.67 |
|---|---|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1404
Claim Date: 06/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $11,844.75 | Scheduled: | $9,549.75 | Allowed: | $9,549.75 |
|---|---|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1593
Claim Date: 07/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $615,914.25 | Scheduled: | $324,090.00 | Allowed: | $587,693.25 |
|---|---|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 2525
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $49,342.80 | Scheduled: | $20,000.00 | | |
|---|---|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 2591<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $12,995.00 | |
|---|---|---|---|---|---|

| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 2800<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $32,078.85 | Scheduled: | $32,078.85 | Allowed: | $32,078.85 |
|---|---|---|---|---|---|---|

| AVENUE TC FUND, L.P.<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 3030<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $696,886.69 | | | Allowed: | $596,000.00 |
|---|---|---|---|---|---|---|

| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 3109<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $10,927.50 | Scheduled: | $4,650.00 | |
|---|---|---|---|---|---|

| AVENUE TC FUND, L.P.<br>TRANSFEROR: LONGACRE INSTITUTIONAL OPPOR<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 3974<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $1,255,824.00 | | | Allowed: | $1,242,824.00 |
|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | | |
|---|---|---|---|---|---|---|
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 5781<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,050.00 | Scheduled: | $1,050.00 | Allowed: | $1,050.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP, LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 6381<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2020 | | | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,187.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| AVENUE TC FUND, L.P.<br>TRANSFEROR: DUN & BRADSTREET<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 7406<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6108 (08/09/2011) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $131,477.97 | | Allowed: | $105,000.00 |
| UNSECURED | Claimed: | $42,469.21 | | Allowed: | $43,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP, LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 7590<br>Claim Date: 02/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 943 | | | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,812.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| AVENUE TC FUND, L.P.<br>TRANSFEROR: MCKINSEY & COMPANY, INC.<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 7916<br>Claim Date: 07/22/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6019 (07/22/2011) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,680,000.00 | | Allowed: | $1,680,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| AVERY, BARBARA A<br>411 PLAZA DR<br>GARNER, NC 27529 | | Claim Number: 1914<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |

| AVERY, CINDI K<br>2526 BUSINESS CENTER DR APT 1114<br>PEARLAND, TX 77584-2437 | | Claim Number: 4318<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |

| AVERY, KAREN<br>4945 CHATSWORTH LN<br>SUWANEE, GA 30024-1384 | | Claim Number: 7117<br>Claim Date: 02/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7851 | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $27,983.50 | | |

| AVERY, KAREN L.<br>4945 CHATSWORTH LANE<br>SUWANEE, GA 30024-1384 | | Claim Number: 7851<br>Claim Date: 07/19/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7117 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,043.09 | | |

| AVNET, INC.<br>5400 PRAIRIE STONE PKWY<br>HOFFMAN EST, IL 60192-3721 | | Claim Number: 503<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,984.77 | Allowed: | $9,163.77 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

AZIZ, FOUAD
110 CITADEL CREST CIRCLE NW
CALGARY, AB T3G 4G3
CANADA

Claim Number: 2666
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $24.34  UNLIQ |
| --- | --- | --- |

BABB, LISA I
8425 CATSKILL CT
PLANO, TX 75025-4212

Claim Number: 1452
Claim Date: 06/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $37,173.46 |
| --- | --- | --- |

BABU, AMBILI
3276 BRITTANY CT
SAN JOSE, CA 95135-1062

Claim Number: 1070
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

---

| UNSECURED | Claimed: | $18,408.00 |
| --- | --- | --- |

BABU, AMBILI
3276 BRITTANY CT
SAN JOSE, CA 95135-1062

Claim Number: 3333
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $18,408.00 |
| --- | --- | --- |

BABU, AMBILI
3276 BRITTANY CT
SAN JOSE, CA 95135-1062

Claim Number: 3334
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $7,458.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BACCHIOCHI, GERRY
120 MEADOWSTONE CIRCLE
RINGGOLD, GA 30736

Claim Number: 3625
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $20,321.59 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

BACKSHALL, DONALD
10200 ROADSTEAD WAY W
RALEIGH, NC 27613

Claim Number: 3023
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| UNSECURED | Claimed: | $63,398.02 |
|---|---|---|

BAGETAKOS, GEORGE
143 E CORNELL AVE
FRESNO, CA 93704-5203

Claim Number: 1884
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $715,134.69 |
|---|---|---|

BAGETAKOS, GEORGE
1971 COLVIN RUN DRIVE
HENDERSON, NV 89052

Claim Number: 1885
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $715,134.69 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

BAGETAKOS, GEORGE
1971 COLVIN RUN DRIVE
HENDERSON, NV 89052

Claim Number: 4436
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $87,167.99 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| BAGETAKOS, GEORGE<br>143 E CORNELL AVE<br>FRESNO, CA 93704-5203 | | Claim Number: 4437<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $87,167.99 | | | |
| BAGETAKOS, GEORGE T.<br>143 E CORNELL AVE<br>FRESNO, CA 93704-5203 | | Claim Number: 25<br>Claim Date: 01/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| UNSECURED | Claimed: | $715,134.69 | | | |
| BAGLEY, JAMES<br>41 BRENTON ST.<br>REVERE, MA 02151 | | Claim Number: 1504<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | | | |
| UNSECURED | Claimed: | $15,843.00 | | | |
| BAILEY, JOEL S<br>2020 RUBICON LANE<br>WAKE FOREST, NC 27587 | | Claim Number: 3637<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $161,088.88  UNLIQ | Scheduled: | $0.00  UNLIQ | |
| BAILEY, JOEL SIDNEY<br>2020 RUBICON LANE<br>WAKE FOREST, NC 27587 | | Claim Number: 3638<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $161,088.88  UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | |
|---|---|---|---|---|---|
| BAILS, RICHARD<br>3317 CHANTILLY DR<br>PLANO, TX 75025 | | Claim Number: 1372<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $31,000.00 | | | |
| TOTAL | Claimed: | $31,000.00 | | | |
| BAKER, DAVID<br>1729 FALMOUTH DR.<br>PLANO, TX 75025 | | Claim Number: 5476<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $52,341.83 | | | |
| BAKER, DEBRA L.<br>2816 DUNNOTTAR AVE<br>HENDESON, NV 89044-0245 | | Claim Number: 289<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $108,365.89 | | | |
| BAKER, DONELSON, BEARMAN, CALDWELL &<br>BERKOWITZ, P.C.<br>BLAIR B. EVANS<br>165 MADISON AVENUE, STE 2000<br>MEMPHIS, TN 38103 | | Claim Number: 1168<br>Claim Date: 05/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | |
| UNSECURED | Claimed: | $21,138.48 | Scheduled: | $5,985.63 | |
| BAKER, DONELSON, BEARMAN, CALDWELL &<br>BERKOWITZ, P.C.<br>ATTN: BLAIR B. EVANS<br>165 MADISON AVENUE, STE 2000<br>MEMPHIS, TN 38103 | | Claim Number: 1181<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| UNSECURED | Claimed: | $21,138.48 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

BAKER, MELINDA P.
701 BENNINGTON DRIVE
RALEIGH, NC 27615

Claim Number: 7593
Claim Date: 02/07/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $97,552.58 |
|---|---|---|

BAKER, RICHARD T.
1030 KENDALL FARMS DRIVE
HENDERSONVILLE, TN 37075

Claim Number: 7437
Claim Date: 09/27/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $22,650.00 | UNLIQ |

BAKER, VINCENT J.
204 FORKS OF BUFFALO DR.
AMHERST, VA 24521

Claim Number: 5625
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $18,175.20 |
|---|---|---|

BALDWIN FB
ATTN DAVID BALDWIN
2420 SUNNYSTONE WAY
RALEIGH, NC 27613-6082

Claim Number: 2463
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $191,850.00 |
|---|---|---|

BALDWIN, ROBERT SHAW
970 VILLAGE GREEN DR APT 424
ALLEN, TX 75013-3751

Claim Number: 1907
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $18,923.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BALL, MARTIN A
5713 CLOVERWOOD DR
BRENTWOOD, TN 37027

Claim Number: 3808
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $252,104.15 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

BANDROWCZAK, STEVEN
6 LOCH LN
GREENWICH, CT 06830-3024

Claim Number: 2686
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

BANDROWCZAK, STEVEN
4001 E. CHAPEL HILL-NELSON HWY
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 2687
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $9,315.49 UNLIQ |
|---|---|---|---|---|

BANDROWCZAK, STEVEN
4001 E. CHAPEL HILL-NELSON HYW
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 2688
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $83,484.00 | Scheduled: | $35,890.43 UNLIQ |
|---|---|---|---|---|

BANK OF AMERICA
100 FEDERAL ST. , MAILCODE M15-100-09-04
BOSTON, MA 02110

Claim Number: 5378
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $14,416.66 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BANK OF NEW YORK MELLON, THE, AS<br>INDENTURE TRUSTEE<br>ATTN: MICHAEL J. RIELA, LATHAM &<br>WATKINS LLP. 885 THIRD AVENUE<br>NEW YORK, NY 10022 | Claim Number: 3971<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,155,508,420.14  UNLIQ | | |
| BANK OF NEW YORK MELLON, THE, AS<br>INDENTURE TRUSTEE, LATHAM & WATKINS LLP<br>ATTN ROBERT J ROSENBERG, MICHAEL J RIELA<br>885 THIRD AVENUE<br>NEW YORK, NY 10022 | Claim Number: 3972<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $2,785,241,840.28  UNLIQ | | |
| BANK OF THE WEST<br>TRANSFEROR: CIT TECHNOLOGY FINANCING<br>C/O WELTMAN, WEINBERG & REIS, CO., L/PA<br>175 SOUTH 3RD ST.<br>COLUMBUS, OH 43215 | Claim Number: 107<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | | |
| UNSECURED | Claimed: | $799,270.29 | Allowed: | $799,270.29 |
| BANKS, ROSLYN<br>2730 OAK TRL<br>CARROLLTON, TX 75007 | Claim Number: 5474<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012)<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $437.64 | | |
| UNSECURED | Claimed: | $27,734.83 | | |
| TOTAL | Claimed: | $27,734.83 | | |
| BANKS, ROSLYN<br>2730 OAK TRAIL<br>CARROLLTON, TX 75007 | Claim Number: 5910<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $27,734.83 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BARANANO, ILDEFONSO
4118 MONTGOMERY ST
OAKLAND, CA 94611

Claim Number: 2534
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,765.57 | Scheduled: | $4,765.57 UNLIQ |
|---|---|---|---|---|

BARBER-MOYE, DARNELL
8715 CRESTGATE CIRCLE
ORLANDO, FL 32819

Claim Number: 4166
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $212,135.06 | Scheduled: | $212,135.06 UNLIQ |
|---|---|---|---|---|

BARBER-MOYE, DARNELL
8715 CRESTGATE CIRCLE
ORLANDO, FL 32819

Claim Number: 4167
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,552.40 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

BARHAM, RHONDA
5128 LINKSLAND DRIVE
HOLLY SPRINGS, NC 27540

Claim Number: 4186
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $5,729.83 |
|---|---|---|
| UNSECURED | Claimed: | $15,104.60 |

BARHAM, RHONDA
5128 LINKSLAND DR
HOLLY SPRINGS, NC 27540

Claim Number: 4187
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $20,834.43 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BARIAHTARIS, ROBERT<br>3344 POTTHAST CT<br>RALEIGH, NC 27616 | Claim Number: 7699<br>Claim Date: 04/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7899 |
|---|---|

| PRIORITY | Claimed: | $10,950.00   CONT |
|---|---|---|

---

| BARIAMTARIS, ROBERT<br>3344 POTTHAST CT<br>RALEIGH, NC 27616 | Claim Number: 7651<br>Claim Date: 03/18/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00   CONT |
|---|---|---|

---

| BARIL, NOEL F<br>PO BOX 5321<br>MASSENA, NY 136625321 | Claim Number: 2568<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $377,711.10 |
|---|---|---|

---

| BARIL, NOEL F.<br>PO BOX 5321<br>MESSENA, NY 136625321 | Claim Number: 2567<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $377,711.11 |
|---|---|---|

---

| BARKEL, THOMAS J.<br>360 E SOUTH WATER ST APT 3811<br>CHICAGO, IL 60601-4149 | Claim Number: 4811<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $38,458.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BARKER, BRYCE M. JR.<br>1323 RIDGE RD<br>RALEIGH, NC 27607 | Claim Number: 7480<br>Claim Date: 11/01/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28,000.00   UNLIQ |
|---|---|---|

| BARLOW, CATHERINE<br>4 CRAIGLEITH CRT<br>COLLINGWOOD, ON<br>CANADA | Claim Number: 3011<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| BARNES & THORNBURG LLP<br>ATTN: JENNIFER A. KIMBALL<br>ONE N. WACKER DRIVE<br>SUITE 4400<br>CHICAGO, IL 60606 | Claim Number: 5326<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |
|---|---|

| UNSECURED | Claimed: | $67,470.94 |
|---|---|---|

| BARNES, DEBBIE<br>425 W. WEST STREET<br>SOUTHPORT, NC 28461 | Claim Number: 29<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| PRIORITY | Claimed: | $204,240.88 |
|---|---|---|

| BARNES, DEBBIE<br>425 W WEST STREET<br>SOUTHPORT, NC 28461 | Claim Number: 4147<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 23. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $207,039.82 | Scheduled: | $126,692.36 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| BARNES, DEBBIE<br>425 W. WEST STREET<br>SOUTHPORT, NC 28461 | | Claim Number: 4148<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $207,039.82 | | | |
| BARNES, WILLIAM<br>5765 BOZEMAN DR APT 2114<br>PLANO, TX 75024-5618 | | Claim Number: 4159<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $106,893.09 | | | |
| UNSECURED | | | Scheduled: | $106,893.09  UNLIQ | |
| BARNETT, CAROL<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | | Claim Number: 300<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| BARNETT, WILLARD<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | | Claim Number: 305<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| BARNHILL, SHERRIL A.<br>108 CAYMUS COURT<br>CARY, NC 27519 | | Claim Number: 2183<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| BARNHILL, SHERRIL, A.<br>108 CAYMUS CT<br>CARY, NC 27519 | | Claim Number: 2184<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $8,014.77 | | |
| UNSECURED | Claimed: | $2,182.36 | | |
| BARRAN, DANIEL<br>2616 N. E. 27TH TERRACE<br>FT. LAUDERDALE, FL 33306 | | Claim Number: 5385<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $20,178.04 | | |
| UNSECURED | Claimed: | $48,418.17 | Scheduled: | $28,240.13  UNLIQ |
| BARTON, ALLISON<br>230 WOODCREST<br>RICHARDSON, TX 75080 | | Claim Number: 8134<br>Claim Date: 01/03/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| BARTON, WILLIAM C.<br>2135 N. FRONTIER LN.<br>FRANKTOWN, CO 80116 | | Claim Number: 944<br>Claim Date: 04/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $238,669.00 | | |
| BARTOSZEWICZ, JAMES<br>5606 ESTATE LANE<br>PLANO, TX 75094 | | Claim Number: 3824<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $184,726.83 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BASU, KALYAN
3605 SAGE BRUSH TRL
PLANO, TX 75023

Claim Number: 4435
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $16,605.50 | Scheduled: | $16,605.56 UNLIQ |
|---|---|---|---|---|

BATTACC LIMITEE (LTEE)
139 DEVON ROAD, UNIT 8
BRAMPTON, ON L6T 5L8
CANADA

Claim Number: 4549
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

---

| ADMINISTRATIVE | Claimed: | $1,401.55 |
|---|---|---|

BAUTISTA, MARC
7813 AQUA VISTA DRIVE
PLANO, TX 75025

Claim Number: 1624
Claim Date: 07/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $47,509.20 |
|---|---|---|

BAXTER, TIMOTHY
404 WHISPERWOOD DR
CARY, NC 27518

Claim Number: 3208
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $4,798.87 |
|---|---|---|

BAYNO, FRANK
3509 LA COSTA WAY
RALEIGH, NC 27610

Claim Number: 1941
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $10,566.90 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BAYNO, FRANK
3509 LACOSTA WAY
RALEIGH, NC 27610

Claim Number: 1942
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,575.63 | Scheduled: | $8,575.63 UNLIQ |
|---|---|---|---|---|

BCE, INC.
ATTN: MR. LYNTON RONALD WILSON
OXFORD TOWER
130 ADELAIDE STREET WEST, SUITE 2212
TORONTO, ON M5H 3P5
CANADA

Claim Number: 3739
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

BDO SEIDMAN, LLP
ATTN: LAURENCE W. GOLDBERG
4035 PREMIER DR., SUITE 333
HIGH POINT, NC 27265-8143

Claim Number: 1254
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,980.24 | Scheduled: | $2,980.24 |
|---|---|---|---|---|

BEACH, ELIZABETH
4 THOREAU DR
CHELMSFORD, MA 01824

Claim Number: 3754
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| UNSECURED | Claimed: | $38,813.35 |
|---|---|---|

BEACH, ELIZABETH
4 THOREAU DR
CHELMSFORD, MA 01824

Claim Number: 3755
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $38,813.35 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | |
|---|---|---|
| BEACH, ELIZABETH<br>4 THOREAU DR<br>CHELMSFORD, MA 01824 | | Claim Number: 3756<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |

| UNSECURED | Claimed: | $38,813.35 |
|---|---|---|

| | | |
|---|---|---|
| BEACH, ELIZABETH<br>4 THOREAU DR<br>CHELMSFORD, MA 01824 | | Claim Number: 3757<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |

| UNSECURED | Claimed: | $38,813.35 |
|---|---|---|

| | | |
|---|---|---|
| BEAL BANK NEVADA<br>C/O JESSE MOORE & GREG HESSE<br>1445 ROSS AVE. STE. 3700<br>DALLAS, TX 75202 | | Claim Number: 5354<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |

| SECURED | Claimed: | $55,300,276.47 |
|---|---|---|

| | | |
|---|---|---|
| BECKHAM, DALE R.<br>2194 JOHNSON RD<br>CANYON LAKE, TX 78133-3187 | | Claim Number: 652<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|

| | | |
|---|---|---|
| BEELINE.COM, INC.<br>ATTN: JENNY LEE<br>1 INDEPENDENT DRIVE<br>SUITE 2500<br>JACKSONVILLE, FL 32202 | | Claim Number: 5659<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $3,495,814.11 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | |
|---|---|---|---|---|---|
| BELANGER, MICHAEL<br>2549 GREEN OAK DRIVE<br>CARROLLTON, TX 75010 | | Claim Number: 6728<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $84,201.88 | | | |
|---|---|---|---|---|---|

---

| BELL ALIANT REGIONAL COMMUNICATIONS, LTD<br>TRANSFEROR: INNOVATIA INC<br>ATTN: EVAN J. KIPNES<br>1505 BARRINGTON STREET, 6 SOUTH<br>HALIFAX, NS B3J 2W3<br>CANADA | | Claim Number: 4288<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $506,235.56 | Scheduled: | $0.00 UNLIQ | |

---

| BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ROBERT S MCWHORTER ESQ<br>NOSSAMAN LLP<br>915 L STREET SUITE 1000<br>SACRAMENTO, CA 95814 | | Claim Number: 3615<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $61,290.00 | | | |

---

| BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ROBERT S MCWHORTER, ESQ<br>NOSSAMAN LLP<br>915 L STREET, SUITE 1000<br>SACRAMENTO, CA 95814 | | Claim Number: 3617<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $61,290.00 | | | |
| UNSECURED | Claimed: | $608,614.19 | | | |

---

| BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ATTN: ROBERT S. MCWHORTER, ESQ.<br>NOSSAMAN LLP<br>915 L STREET, SUITE 1000<br>SACRAMENTO, CA 95814 | | Claim Number: 5467<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7177 (02/07/2012) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $61,290.00 | | | |
| UNSECURED | Claimed: | $608,614.19 | | Allowed: | $232,796.20 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BELL MICROPRODUCTS CANADA-TENEX DATA ULC | Claim Number: 5468 |
| ATTN : ROBERT S. MCWHORTER, ESQ. | Claim Date: 09/30/2009 |
| NOSSAMAN LLP | Debtor: NORTEL NETWORKS INC. |
| 915 L STREET, SUITE 1000 | Comments: ALLOWED |
| SACRAMENTO, CA 95814 | DOCKET: 7177 (02/07/2012) |

| ADMINISTRATIVE | Claimed: | $61,290.00 | | Allowed: | $61,290.00 |

| BELL MICROPRODUCTS CANADA-TENEX DATA ULC | Claim Number: 7206 |
| C/O ROBERT S MCWHORTER, ESQ | Claim Date: 04/14/2010 |
| NOSSAMAN LLP | Debtor: NORTEL NETWORKS INC. |
| 915 L STREET, SUITE 1000 | Comments: ALLOWED |
| SACRAMENTO, CA 95814 | DOCKET: 7177 (02/07/2012) |

| UNSECURED | Claimed: | $331,065.09 | | Allowed: | $331,065.09 |

| BELL MICROPRODUCTS, INC. | Claim Number: 1432 |
| ROBERT S. MCWHORTER, ESQ. | Claim Date: 06/29/2009 |
| NOSSAMAN LLP | Debtor: NORTEL NETWORKS INC. |
| 915 L STREET, SUITE 1000 | Comments: EXPUNGED |
| SACRAMENTO, CA 95814 | DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $61,290.00 |
| UNSECURED | Claimed: | $528,809.98 |

| BELL MICROPRODUCTS, INC. | Claim Number: 1433 |
| ROBERT S. MCWHORTER, ESQ. | Claim Date: 06/29/2009 |
| NOSSAMAN LLP | Debtor: NORTEL NETWORKS INC. |
| 915 L STREET, SUITE 1000 | Comments: EXPUNGED |
| SACRAMENTO, CA 95814 | DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $61,290.00 |

| BELLAMY, DEBRA | Claim Number: 7383 |
| 1721 SAGAMORE CT | Claim Date: 08/16/2010 |
| RALEIGH, NC 27604 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $23,088.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BELLOWS, RAY
2502 LARKIN DR.
SUN CITY CENTER, FL 33573

Claim Number: 3667
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,364.17 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

BELMARES, NANCY J.
1816 BOSCOBEL ST
NASHVILLE, TN 37206

Claim Number: 7436
Claim Date: 09/27/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $820.80   UNLIQ |

BENFIELD, KEITH R.
10012 KILNSTONE LANE
RALEIGH, NC 27613

Claim Number: 2375
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $45,125.00 |
|---|---|---|

BENNEFELD, BRIAN
4705 W. ELGIN ST.
BROKEN ARROW, OK 74012

Claim Number: 7249
Claim Date: 05/04/2010
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $49,210.73 |
|---|---|---|

BENNETT, PATRICIA
57 FERNWOOD AVE.
OAKDALE, NY 11769

Claim Number: 6173
Claim Date: 12/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $15,552.01 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| BENNETT, PATRICIA<br>57 FERNWOOD AVE.<br>OAKDALE, NY 11769 | | Claim Number: 6178<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $15,552.01 |
|---|---|---|

| BENNETT, STEVEN E.<br>37052 CHESTNUT ST.<br>NEWARK, CA 94560 | | Claim Number: 7580<br>Claim Date: 01/24/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $398,313.97 |
|---|---|---|

| BENNETT, SUZAN<br>142 CASTLE HILL RD<br>WINDHAM, NH 03087 | | Claim Number: 4516<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,614.00 |

| BENNETT, SUZAN<br>142 CASTLE HILL RD<br>WINDHAM, NH 03087 | | Claim Number: 4517<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $18,564.00 |
|---|---|---|

| BENSON, ALBERT W.<br>195 GALLUP ROAD<br>SPENCERPORT, NY 14559 | | Claim Number: 28<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $59,926.02 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

BENTIVEGNA, KAREN U.
17 IVY LEAGUE LANE
STONY BROOK, NY 11790

Claim Number: 7003
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:                $68,400.00

BENTON COUNY TAX COLLECTOR
215 E CENTRAL ROOM 101
BENTONVILLE, AR 72712

Claim Number: 2494
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

---

PRIORITY          Claimed:                $35.88

BERG, KEN
5925 178TH STREET SE
SNOHOMISH, WA 98296

Claim Number: 7201
Claim Date: 04/12/2010
Debtor: NORTEL NETWORKS INC.

---

UNSECURED         Claimed:                $47,539.42

BERGLUND, JOSEPH
1121 GORDON OAKS DR
PLANO, TX 75023-2038

Claim Number: 3461
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED         Claimed:                $6,683.04

BERKEMEYER ATTORNEYS & COUNSELORS
EDIFICIO JACARANDA 4TO PISO
BENJAMIN CONSTANT 835
ASUNCION,
PARAGUAY

Claim Number: 5775-01
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

UNSECURED         Claimed:                $1,702.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BERKEMEYER ATTORNEYS & COUNSELORS
EDIFICIO JACARANDA 4TO PISO
BENJAMIN CONSTANT 835
ASUNCION,
PARAGUAY

Claim Number: 5775-02
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $518.00 |
|---|---|---|

---

BERKEMEYER ATTORNEYS & COUNSELORS
BENJAMIN CONSTAT 835 JACARANDA BLDG
ASUNCION,
PARAGUAY

Claim Number: 5776
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $2,220.00 |
|---|---|---|

---

BERLANGA, MIGUEL
529 ROTHSCHILD LN
MURPHY, TX 75094

Claim Number: 7903
Claim Date: 08/09/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $15,360.00 |
|---|---|---|

---

BERLANGA, MIGUEL
529 ROTHSCHILD LN
MURPHY, TX 75094

Claim Number: 7991
Claim Date: 09/19/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $22,320.00 |
|---|---|---|

---

BERNAL, ERNIE
3124 SHETLAND CT.
FAIRFIELD, CA 94533

Claim Number: 2749
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,813.82 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| BERRY, BIRGIT<br>165 SLY FOX WAY<br>SEDALIA, CO 80135 | | Claim Number: 3979<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |

---

| UNSECURED | Claimed: | $39,288.10 |
|---|---|---|

| BERRY, JOYCE<br>PO BOX 2784<br>LEBANON, TN 37088 | | Claim Number: 7672<br>Claim Date: 03/29/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

---

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $45,946.91   UNLIQ |

| BERTEAU, KAREN J<br>8328 BARBER OAK DR<br>PLANO, TX 75025 | | Claim Number: 2530<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

---

| UNSECURED | Claimed: | $1,595.62 |
|---|---|---|

| BERTEIG CONSULTING INC<br>14774 WOODBINE AVE<br>GORMLEY, ON L0H 1G0<br>CANADA | | Claim Number: 4716<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|---|

---

| UNSECURED | Claimed: | $37,523.41 |
|---|---|---|

| BESSE, MARK ALDEN<br>2210 MORNING GLORY DR.<br>RICHARDSON, TX 75082 | | Claim Number: 380<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|---|

---

| UNSECURED | Claimed: | $43,892.30 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BETTA, CARL
50 EAST ROAD
UNIT 7E
DELRAY BEACH, FL 33483

Claim Number: 3069
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $734.21 | | |
| UNSECURED | | | Scheduled: | $734.21  UNLIQ |

---

BEXAR COUNTY
C/O DAVID G. AELVOET
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 NAVARRO, SUITE 300
SAN ANTONIO, TX 78205

Claim Number: 184
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 2642 (03/05/2010)

| SECURED | Claimed: | $4,650.34  UNLIQ |

---

BHAT, SUNIL
8236, NOVARO DR.
PLANO, TX 75025

Claim Number: 353
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $4,320.13 |

---

BHAT, SUNIL
8236, NOVARO DR.
PLANO, TX 75025

Claim Number: 590
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| UNSECURED | Claimed: | $5,706.83 |

---

BIARD, JAMES
3525 MT. PROSPECT CIRCLE
RALEIGH, NC 27614

Claim Number: 4188
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $570,381.32 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | |
|---|---|---|---|---|---|
| BIARD, JAMES<br>3525 MOUNT PROSPECT CIRCLE<br>RALEIGH, NC 27614 | | Claim Number: 4191<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,806.13 | | | |
| UNSECURED | | | Scheduled: | $3,806.13 UNLIQ | |

| | | | | | |
|---|---|---|---|---|---|
| BIARD, JAMES A.<br>3525 MOUNT PROSPECT CIR<br>RALEIGH, NC 27614 | | Claim Number: 4190<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $450.00 | |
| UNSECURED | Claimed: | $306,843.31 | Scheduled: | $317,793.31 | |

| | | | | | |
|---|---|---|---|---|---|
| BICKHAM, JEFF D<br>3560 COUNTY ROAD 2338<br>DOUGLASSVIL, TX 75560 | | Claim Number: 4056<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $8,368.67 | | | |

| | | | | | |
|---|---|---|---|---|---|
| BICKHAM, JEFF D.<br>3560 CR 2338<br>DOUGLASSVILLE, TX 75560 | | Claim Number: 202<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,835.40 | | | |

| | | | | | |
|---|---|---|---|---|---|
| BIEGHLER, BRET<br>3329 SAN PATRICIO DRIVE<br>PLANO, TX 75025 | | Claim Number: 3579<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BIERSBACH, MELISSA<br>6901 DELAMATER RD.<br>DERBY, NY 14047 | Claim Number: 6207<br>Claim Date: 12/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $24,712.00 |
|---|---|---|

| BIG TIME<br>BIG TIME AUDIO<br>170 MULBERRY BEND<br>JONESBOROUGH, TN 37659 | Claim Number: 3158<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

---

| UNSECURED | Claimed: | $1,170.00 | | | Allowed: | $1,170.00 |
|---|---|---|---|---|---|---|

| BIG TIME AUDIO<br>170 MULBERRY BEND<br>JONESBOROUGH, TN 37659 | Claim Number: 3159<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $770.00 | Scheduled: | $1,170.00 |
|---|---|---|---|---|

| BIGGERS, TRACY<br>1779 MT ZION RD<br>ASHLAND CITY, TN 37015 | Claim Number: 7465<br>Claim Date: 10/12/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $11.52   UNLIQ |

| BIGHAM, KENNETH<br>1310 KILMORY DR<br>CARY, NC 27511 | Claim Number: 1178<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $29,091.90 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BILL, LAWRENCE M.
4816 ST SIMONS TER
WAXHAW, NC 28173-6823

Claim Number: 1316
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $62,979.24 |
|---|---|---|

BILL, LAWRENCE M.
4816 ST SIMONS TER
WAXHAW, NC 28173-6823

Claim Number: 2032
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $62,979.24 |
|---|---|---|

BILL, LAWRENCE M.
4816 ST SIMONS TER
WAXHAW, NC 28173-6823

Claim Number: 2033
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $62,979.24 |
|---|---|---|

BINGAMAN, PETER
47 INDIAN HILL ROAD
WILTON, CT 06897

Claim Number: 4205
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,823.90 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $88,038.41 |

BINNER, SCOTT E.
2505 JAKIN WAY
SUWANEE, GA 30024

Claim Number: 5481
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 2320 (01/21/2010)

---

| PRIORITY | Claimed: | $100,814.47 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BINNER, SCOTT E. | | Claim Number: 5482 | | |
| 2505 JAKIN WAY NW | | Claim Date: 09/30/2009 | | |
| SUWANEE, GA 30024 | | Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $100,814.47 | | |
| UNSECURED | | | Scheduled: | $86,060.80 |

---

| BIRD, THOMAS | | Claim Number: 1068 | | |
| 1325 INDIAN WOOD DR. | | Claim Date: 05/01/2009 | | |
| BROOKFIELD, WI 53005 | | Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $14,856.80 | | |

---

| BISCHOFF, MANFRED, DR. | | Claim Number: 2138 | | |
| PRINZENWEG 7 | | Claim Date: 08/24/2009 | | |
| STARNBERG, 82319 | | Debtor: NORTEL NETWORKS INC. | | |
| GERMANY | | Comments: EXPUNGED | | |
| | | DOCKET: 2626 (03/03/2010) | | |

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |

---

| BISCHOFF, MANFRED, DR. | | Claim Number: 3422 | | |
| PRINZENWEG 7 | | Claim Date: 09/22/2009 | | |
| STARNBERG, 82319 | | Debtor: NORTEL NETWORKS INC. | | |
| GERMANY | | Comments: DOCKET: 6288 (09/01/2011) | | |

| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| BISHOP, CORDELL M | | Claim Number: 7416 | | |
| 836 ALTAIRE WALK | | Claim Date: 09/13/2010 | | |
| PALO ALTO, CA 94303 | | Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $0.00  UNDET | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BISSLAND, RICHARD G. | Claim Number: 5970 |
| 77 CRANBERRY RUN | Claim Date: 10/13/2009 |
| SOUTHAMPTON, NJ 08088 | Debtor: NORTEL NETWORKS INC. |

---

| ADMINISTRATIVE | Claimed: | $100,000.00 |

| BLACKLEY, BETSY R. | Claim Number: 2171 |
| 1666 SUITT'S STORE ROAD | Claim Date: 08/24/2009 |
| FRANKLINTON, NC 27525 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2626 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $14,422.28 |

| BLACKLEY, KAREN | Claim Number: 6307 |
| 3165 TOM HUNT RD. | Claim Date: 12/18/2009 |
| OXFORD, NC 27565 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $51,694.82 |

| BLAIR PLEASANT DBA COMMFUSION | Claim Number: 2592 |
| 1510 MISTY CLOUD PLACE | Claim Date: 09/03/2009 |
| SANTA ROSA, CA 95409 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4779 (01/31/2011) |

---

| ADMINISTRATIVE | Claimed: | $10,000.00 |

| BLAIR PLEASANT DBA COMMFUSION | Claim Number: 2594 |
| 1510 MISTY CLOUD PLACE | Claim Date: 09/03/2009 |
| SANTA ROSA, CA 95409 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4779 (01/31/2011) |

---

| ADMINISTRATIVE | Claimed: | $2,995.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| BLAIR, LAWERNCE<br>2495 AQUASANTA<br>TUSTIN, CA 92782 | | Claim Number: 4334<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,954.12 | Scheduled: | $496.61  UNLIQ |
| BLAIR, LAWERNCE<br>2495 AQUASANTA<br>TUSTIN, CA 92782 | | Claim Number: 4333<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $16,954.12 | | |
| BLANCHARD, JAMES J<br>500 EIGHTH STREET, NW<br>WASHINGTON, DC 20004 | | Claim Number: 3964<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| BLANK, JOSEPH JOHN III<br>6018 SHERWOOD COURT<br>NASHVILLE, TN 37215 | | Claim Number: 7501<br>Claim Date: 11/22/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $40,965.53 | | |
| BLANK, JOSEPH JOHN III<br>6018 SHERWOOD COURT<br>NASHVILLE, TN 37215 | | Claim Number: 7660<br>Claim Date: 03/22/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $48,089.97 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| BLANKENSHIP, CURTIS<br>15611 TRAILS END DR<br>DALLAS, TX 75248 | | Claim Number: 2150<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $20,179.94   UNDET |
| BLANKENSHIP, CURTIS<br>15611 TRAILS END DR<br>DALLAS, TX 75248 | | Claim Number: 2151<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $20,179.74 |
| BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX 75248 | | Claim Number: 1180<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $20,179.74 |
| BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX 75248 | | Claim Number: 2952<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $20,179.74 |
| BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX 75248 | | Claim Number: 2954<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $20,179.74 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BLANKENSHIP, RICHARD L.
1841 BEARBERRY CIR APT 202
LUTZ, FL 33559-8774

Claim Number: 7285
Claim Date: 06/03/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $37,050.01 |

---

BLANKENSHIP, STEPHANIE
1530 VIA CAMPO AUREO
SAN JOSE, CA 95120

Claim Number: 6310
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,529.40 |

---

BLANKENSHIP, STEPHANIE
1530 VIA CAMPO AUREO
SAN JOSE, CA 95120

Claim Number: 6311
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,529.40 |

---

BLANKENSHIP, STEPHANIE
1530 VIA CAMPO AUREO
SAN JOSE, CA 95120

Claim Number: 7081
Claim Date: 02/08/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,432.37 |

---

BLASIAK, MARK
115 WOODCREST PL
VENETIA, PA 15367

Claim Number: 1425
Claim Date: 06/26/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $49,107.69 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| BLISS, RALPH F.<br>249 ASTLE STREET<br>TEWKSBURY, MA 01876 | | Claim Number: 6619<br>Claim Date: 01/07/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $2,057.90 | | |
| UNSECURED | Claimed: | $28,810.60 | | |

| BODDIE, ROBIN<br>9415 PANTHER CREEK PKWY APT 818<br>FRISCO, TX 75035-1114 | | Claim Number: 733<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $24,739.78 | | |

| BODEN, JOHN<br>1000 S. WELLINGTON POINT RD.<br>MCKINNEY, TX 75070 | | Claim Number: 4553<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $55,461.88 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

| BODEN, JOHN<br>1000 S. WELLINGTON PT. ROAD<br>MCKINNEY, TX 75070 | | Claim Number: 4554<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |

| ADMINISTRATIVE | Claimed: | $55,461.88 | | |

| BOGGESS, ANITA F.<br>4214 GREENPOINT ST.<br>LAS VEGAS, NV 89147 | | Claim Number: 671<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $45,602.50 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | | | |
|---|---|---|---|---|---|
| BOISVERT, DAVID<br>18824 PARK GROVE LN.<br>DALLAS, TX 75287 | | Claim Number: 302<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| UNSECURED | Claimed: | $44,942.00 | | | |
| BOISVERT, DAVID<br>18824 APRK GROVE LN<br>DALLAS, TX 75287 | | Claim Number: 3409<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | | |
| UNSECURED | Claimed: | $48,391.00 | | | |
| BOLAND, ROBERT D<br>1237 IROQUOIS DR<br>BATAVIA, IL 60510 | | Claim Number: 4776<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $348,695.00 | Scheduled: | $0.00 UNLIQ | |
| BOLAND, ROBERT D.<br>1237 IROQUOIS DR.<br>BATAVIA, IL 60510 | | Claim Number: 487<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| PRIORITY | Claimed: | $348,695.00 | | | |
| BOLAND, THOMAS L<br>11651 SOUTHWEST 140TH LOOP<br>DUNNELLON, FL 34432 | | Claim Number: 1916<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,831.52 | Scheduled: | $0.00 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| BOLAND, THOMAS L.<br>11651 SW 140TH LOOP<br>DUNNELLON, FL 34432 | | Claim Number: 1915<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,831.52 |
| BOLING, EDWARD<br>7312 MIDCREST CT<br>MCKINNEY, TX 75070 | | Claim Number: 1327<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $41,793.23 |
| BOLING, EDWARD<br>7312 MIDCREST CT<br>MCKINNEY, TX 75070 | | Claim Number: 3415<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 1327. |
| UNSECURED | Claimed: | $41,793.23 |
| BOLING, EDWARD D.<br>7312 MIDCREST COURT<br>MCKINNEY, TX 75070 | | Claim Number: 7394<br>Claim Date: 08/27/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 3415<br>Amends claim 1327 |
| PRIORITY | Claimed: | $41,793.23 |
| BOLING, LAYLA<br>1908 EASTSIDE AVE<br>NASHVILLE, TN 37206 | | Claim Number: 7906<br>Claim Date: 08/12/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $20,616.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | | | |
|---|---|---|---|---|---|
| BOLLI, HANS<br>65 LATOUR WAY<br>GREER, SC 29650-4553 | | Claim Number: 3458<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $79,588.25 | Scheduled: | $0.00 UNLIQ | |
|---|---|---|---|---|---|
| BONAMI, MARIO<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | | Claim Number: 3539<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 | | | |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $8,487.74 |

---

| | | | |
|---|---|---|---|
| BORIS, RICHARD A.<br>5208 BARTONS ENCLAVE LN.<br>RALEIGH, NC 27613 | | Claim Number: 7240<br>Claim Date: 04/30/2010<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $10,950.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $45,050.00 UNLIQ |

---

| | | | |
|---|---|---|---|
| BORISON, KENNETH<br>100 TABSCOTT LN<br>CHAPEL HILL, NC 27514 | | Claim Number: 3876<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $59,711.89 |
|---|---|---|

---

| | | | |
|---|---|---|---|
| BORQUE, NORMAND<br>BRIAN ANDERSON, ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>ST. LOUIS, MO 63105 | | Claim Number: 3531<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 | |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $67,864.81 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BORSTOCK, JAMES
3295 FIFTH ST
OCEANSIDE, NY 11572

Claim Number: 1836
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $54,958.82 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

BOSCH, ROBERT & DONNA
N77 W16219 COUNTRYSIDE DRIVE
MENOMONEE FALLS, WI 53051

Claim Number: 398
Claim Date: 02/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7234 (02/21/2012)

| UNSECURED | Claimed: | $93,585.57 |
|---|---|---|

BOSTELMANN, ORLYN
1209 OAKMONT
RICHARDSON, TX 75081

Claim Number: 3215
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $47,626.86 |

BOSWELLMANN, WENDY
2114 CLARET LANE
MORRISVILLE, NC 27560

Claim Number: 7885
Claim Date: 08/02/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $458,898.13 |
|---|---|---|

BOTHWELL, GW
7171 EAST PARADISE CANYON RD
PARADISE VALLEY, AZ 85253

Claim Number: 3499
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $166,761.24 | Scheduled: | $17,615.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BOUDREAU, WILLIAM R.
8149 STOCKHOLM ST.
BROOKSVILLE, FL 34613

Claim Number: 4805
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $59,000.00 |

BOULDER LOGIC LLC
ATTENTION: PRESIDENT
4678 LEE HILL DR.
BOULDER, CO 80302

Claim Number: 2060
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,502.28 |

BOURGEOIS, GEORGE H. JR.
8713 SILVERTHORNE DR.
RALEIGH, NC 27612

Claim Number: 7792
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $16,121.04 |
| UNSECURED | Claimed: | $17,192.40 |

BOURLAND, DEBORAH
1806 MEADOWCOVE DRIVE
RICHARDSON, TX 75081

Claim Number: 2417
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $108,451.73 | | |
| UNSECURED | Claimed: | $108,451.73 | Scheduled: | $0.00 UNLIQ |
| TOTAL | Claimed: | $108,451.73 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| BOURLAND, DEBORAH ANN<br>1806 MEADOWCOVE<br>RICHARDSON, TX 75081 | | Claim Number: 2418<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $108,451.73 |
| BOVENIZER, WILLIAM<br>11 BOLLAND CRESCENT<br>AJAX, ONTARIO, L1S 3G8<br>CANADA | | Claim Number: 311<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $321,090.00 |
| BOVENIZER, WILLIAM<br>11 BOLLAND CRESCENT<br>AJAX, ON L1S 3G8<br>CANADA | | Claim Number: 4005<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $6,939.00 |
| BOVENIZER, WILLIAM<br>11 BOLLAND CRESCENT<br>AJAX, ON L1S 3G8<br>CANADA | | Claim Number: 4006<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $27,000.88 |
| BOVINETTE, JOHN D.<br>15 S. LAKEWOOD CT.<br>SOUTH ELGIN, IL 60177 | | Claim Number: 4562<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $30,270.80 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BOWBEER, TERI<br>65 GREG CT<br>ALAMO, CA 94507-2841 | Claim Number: 2933<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

| BOWYER, KEVIN E<br>2900 MCKINNON ST APT 2301<br>DALLAS, TX 75201-1082 | Claim Number: 2482<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $246,584.32 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| BOYD CORPORATION<br>ATTN: ANJELA NAND<br>600 SOUTH MCCLURE ROAD<br>MODESTO, CA 95357 | Claim Number: 1736<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $63,422.40 |
|---|---|---|

---

| BOYD, ELIZABETH<br>1706 WOODOAK DR<br>RICHARDSON, TX 75082 | Claim Number: 3373<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $53,287.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| BOYD, JUDY L.<br>2032 LUCILLE ST.<br>LEBANON, TN 37087 | Claim Number: 7417<br>Claim Date: 09/14/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1,065.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| BOYD, MELVIN E.<br>8205 N CREEK RUN<br>RALEIGH, NC 27613 | | Claim Number: 7657<br>Claim Date: 03/21/2011<br>Debtor: NORTEL NETWORKS INC. | |

| ADMINISTRATIVE | Claimed: | $272,703.21 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| BRACKIN, DIANN<br>217 STEAMBOAT DRIVE<br>COPPELL, TX 75019 | | Claim Number: 304<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | |

| UNSECURED | Claimed: | $15,899.56 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| BRACKIN, DIANN<br>217 STEAMBOAT DRIVE<br>COPPELL, TX 75019 | | Claim Number: 4180<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |

| UNSECURED | Claimed: | $15,899.56 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| BRADEE, WILLIAM F.<br>4605 SUNDANCE DR<br>PLANO, TX 75024-3888 | | Claim Number: 465<br>Claim Date: 03/04/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $2,309.31 | |
|---|---|---|---|
| UNSECURED | Claimed: | $43,876.79 | |

| | | | |
|---|---|---|---|
| BRADFORD, WANDA<br>8132 GRAND CANYON DRIVE<br>PLANO, TX 75025 | | Claim Number: 3882<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $9,462.46 | |
|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BRADLEY, JOYCE | Claim Number: 7556 |
| 3306 TOLER RD | Claim Date: 01/10/2011 |
| ROWLETT, TX 75089 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $89,071.86 |

---

| BRADSHAW, CHARLES W., JR. | Claim Number: 1644 |
| 3319 MEADOW WOOD DRIVE | Claim Date: 08/06/2009 |
| RICHARDSON, TX 75082 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Claim out of balance |

| PRIORITY | Claimed: | $18,052.93 |
| UNSECURED | Claimed: | $87,160.21 |
| TOTAL | Claimed: | $87,160.21 |

---

| BRAHMANANDAM, SHRIRAM | Claim Number: 5382 |
| 1231, REMBRANDT DRIVE | Claim Date: 09/30/2009 |
| SUNNYVALE, CA 94087 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $14,033.65 |

---

| BRANDON, PAUL | Claim Number: 2157 |
| 5 HORATIO LANE | Claim Date: 08/24/2009 |
| GATES, NY 14624 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Claim out of balance |

| PRIORITY | Claimed: | $21,440.07 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $10,490.07 |
| TOTAL | Claimed: | $10,950.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BRANDON, PAUL M. | Claim Number: 2156 |
| 5 HORATIO LANE | Claim Date: 08/24/2009 |
| ROCHESTER, NY 14624 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2619 (03/03/2010) |

ADMINISTRATIVE        Claimed:              $0.00   UNDET

---

| BRANDT, KENNETH R. | Claim Number: 694 |
| 10262 HALAWA DRIVE | Claim Date: 03/23/2009 |
| HUNTINGTON BEACH, CA 92646 | Debtor: NORTEL NETWORKS INC. |

UNSECURED        Claimed:           $26,115.65

---

| BRANT, H. PAUL | Claim Number: 3748 |
| 4919 SHALLOWBROOK TRAIL | Claim Date: 09/25/2009 |
| RALEIGH, NC 27616-7838 | Debtor: NORTEL NETWORKS INC. |

UNSECURED        Claimed:          $585,128.91        Scheduled:        $0.00 UNLIQ

---

| BRE/ONE BOSTON L.L.C | Claim Number: 1337 |
| C/O DOUGLAS B. ROSNER, ESQ. | Claim Date: 06/12/2009 |
| GOULSTON & STORRS, P.C. | Debtor: NORTEL NETWORKS INC. |
| 400 ATLANTIC AVENUE | Comments: ALLOWED |
| BOSTON, MA 02110-3333 | DOCKET: 6878 (11/28/2011) |

UNSECURED        Claimed:        $1,898,213.16                    Allowed:        $1,845,117.96

---

| BREAKFIELD, CHARLES | Claim Number: 4595 |
| 5610 CLIFF HAVEN DRIVE | Claim Date: 09/29/2009 |
| DALLAS, TX 75236 | Debtor: NORTEL NETWORKS INC. |

UNSECURED        Claimed:           $39,314.45

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BREAKFIELD, CHARLES
5610 CLIFF HAVEN DRIVE
DALLAS, TX 75236

Claim Number: 4596
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $39,314.45 |
|---|---|---|

BRENNION, JAMES
533 BIGELOW STREET
MARLBOROUGH, MA 01752

Claim Number: 7104
Claim Date: 02/16/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $55,534.82 |
|---|---|---|

BRENNTAG GREAT LAKES, LLC
C/O RICHARD FERRELL
TAFT STETTINIUS & HOLLISTER LLP
425 WALNUT STREET, SUITE 1800
CINCINNATI, OH 45202

Claim Number: 4605
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3033 (05/21/2010)

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

BRENT, RAYMOND A.
170 BARROW DOWNS
ALPHARETTA, GA 30004

Claim Number: 4257
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $128,679.01 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

BREWER, DAVID J.
9075 OLD KEITH BRIDGE RD
GAINESVILLE, GA 30506

Claim Number: 113
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $56,892.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

BRIARD, ERNIE
5 PROMENADE AVE
OTTAWA, ON K2E-DX4
CANADA

Claim Number: 4713
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $40,493.42 |
|---|---|---|

BRIDENSTINE, ANN
5924 CROSSPOINT LN
BRENTWOOD, TN 37027

Claim Number: 3977
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $16,521.97 |
|---|---|---|
| UNSECURED | Claimed: | $72,977.34 |

BRIDENSTINE, ANN M
5924 CROSS POINTE LN
BRENTWOOD, TN 37027

Claim Number: 3976
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $16,954.42 |
|---|---|---|
| UNSECURED | Claimed: | $72,977.34 |

BRIDGES, CHARLES ROGERS
5408 HUNTER HOLLOW DRIVE
RALEIGH, NC 27606

Claim Number: 15
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $40,565.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | | | |
|---|---|---|---|---|---|
| BRIDGEWATER SYSTEMS INC<br>303 TERRY FOX DRIVE, SUITE 500<br>KANATA, ON K2K 3J1<br>CANADA | | Claim Number: 3908<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |

| UNSECURED | Claimed: | $451,751.00 | | Allowed: | $421,751.00 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| BRIDGEWATER, BENNYFER<br>18625 MIDWAY ROAD, # 1416A<br>DALLAS, TX 75287 | | Claim Number: 1317<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $15,708.64 |
|---|---|---|

| | | | |
|---|---|---|---|
| BRISTOL, SHARMILA<br>104 HORNE CREEK COURT<br>CARY, NC 27519 | | Claim Number: 1441<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $41,952.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| BROADCOM CORPORATION<br>5300 CALIFORNIA AVENUE<br>IRVINE, CA 92617 | | Claim Number: 1381<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $39,376.92 |
|---|---|---|

| | | | |
|---|---|---|---|
| BROCKMANN & COMPANY<br>C/O PETER BROCKMANN<br>11 LIBERTY DR<br>NORTHBOROUGH, MA 01532 | | Claim Number: 111<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $12,500.00 | Scheduled: | $12,500.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BRODY, GEORGE<br>204 HIGH CANYON CRT<br>RICHARDSON, TX 75080 | Claim Number: 3659<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $176,913.30 | Scheduled: | $0.00 UNLIQ |

---

| BROGDEN, JAMES EDWARD JR.<br>2530 SAM MOSS HAYES RD.<br>CREEDMOOR, NC 27522-9334 | Claim Number: 8198<br>Claim Date: 02/16/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $25,801.48 |

---

| BROOKS, KELLY<br>1200 CHIPPER LANE<br>WAKE FOREST, NC 27587 | Claim Number: 4606<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $54,366.90 |

---

| BROOKS, SUSAN W.<br>31 WINSLOW AVE., #2<br>SOMERVILLE, MA 02144 | Claim Number: 169<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |

| UNSECURED | Claimed: | $7,599.90 |

---

| BROOM, JAMES<br>807 NORTHAMPTON DR<br>CARY, NC 27513 | Claim Number: 3691<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $41,262.30 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BROUGH, CHARLES L.<br>1220 N. WEST ST.<br>NAPERVILLE, IL 60563 | | Claim Number: 587<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

| PRIORITY | Claimed: | $23,575.98 | |
|---|---|---|---|

| BROWER, KOLLEN<br>1206 MORROW LANE<br>ALLEN, TX 75002 | | Claim Number: 325<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

| PRIORITY | Claimed: | $97,168.53 | |
|---|---|---|---|

| BROWER, KOLLEN<br>1206 MORROW LANE<br>ALLEN, TX 75002 | | Claim Number: 418<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

| PRIORITY | Claimed: | $57,053.56 | |
|---|---|---|---|

| BROWN, ARTHUR<br>NORTEL EMPLOYEE # 1555528<br>395 MACMILLER RD<br>MORRISVILLE, VT 05661 | | Claim Number: 7392<br>Claim Date: 08/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7315 | |
|---|---|---|---|

| UNSECURED | Claimed: | $67,056.99 | |
|---|---|---|---|

| BROWN, BRIAN<br>1241 NEW JERSEY AVE N.W.<br>WASHINGTON, DC 20001 | | Claim Number: 2440<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $822.79 | Scheduled: | $822.79  UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BROWN, BRIAN R.
1241 NEW JERSEY AVE NW
WASHINGTON, DC 20001

Claim Number: 2439
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

BROWN, JUSTIN
451 JUNIPERO ST
PLEASANTON, CA 945667619

Claim Number: 3372
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

---

BROWN, LARRY
2635 HIGHLAND PASS
ALPHARETTA, GA 30004

Claim Number: 3146
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

BROWN, MICHAEL
1146 GLENBROOK DRIVE
FRANKLIN, TN 37064

Claim Number: 3769
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $2,493.52 |
|---|---|---|

---

BROWN, PAMELA
17550 SUNTIME ST
P C BEACH, FL 32413-2022

Claim Number: 4253
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $379,926.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| BROWN, ROBERT ELLIS<br>CAE, INC.<br>8585 COTE-DE-LIESSE<br>SAINT-LAURENT, QC H4T 1G6<br>CANADA | Claim Number: 3914<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) | |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | | |
|---|---|---|
| BROWN, SANDRA<br>4655 LOWER RIVER ROAD<br>LEWISTON, NY 14092 | Claim Number: 7960<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $105,896.69 |
|---|---|---|

| | | |
|---|---|---|
| BROWN, SHELIA A.<br>2003 CARNATION DRIVE<br>DURHAM, NC 27703 | Claim Number: 7451<br>Claim Date: 10/04/2010<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $41,894.96 |
|---|---|---|

| | | |
|---|---|---|
| BROWN, TIM<br>1637 PRESCOTT CIRCLE<br>FLOWER MOUND, TX 75028 | Claim Number: 5935<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $11,203.85 |
|---|---|---|

| | | |
|---|---|---|
| BROWN, WALTER J.<br>3600 IRONSTONE DR.<br>PLANO, TX 75074 | Claim Number: 148<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | |

| PRIORITY | Claimed: | $3,500.75 |
|---|---|---|
| UNSECURED | Claimed: | $63,876.95 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| BROWNE, STEPHEN V<br>4823 SPYGLASS DR<br>DALLAS, TX 75287 | | Claim Number: 2449<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $178,119.90 | Scheduled: | $0.00 UNLIQ | |
| BROWNE, STEPHEN V<br>4823 SPYGLASS DR<br>DALLAS, TX 75287 | | Claim Number: 2450<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $178,119.90 | | | |
| BROWNE, STEPHEN V.<br>4823 SPYGLASS DRIVE<br>DALLAS, TX 75287 | | Claim Number: 3886<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $139,502.23 | | | |
| BRUNER, JOHN<br>3401 HORSESHOE BEND<br>RALEIGH, NC 27613 | | Claim Number: 6219<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $47,094.01 | | | |
| BRYAN, PAUL<br>1221 NEWBERRY DRIVE<br>ALLEN, TX 75013 | | Claim Number: 4430<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $26,195.26 | Scheduled: | $0.00 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | | | | |
|---|---|---|---|---|---|---|
| BRYAN, STEVE<br>406 KINSEY STREET<br>RALEIGH, NC 27603 | | Claim Number: 525<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,803.52 | | | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| BRYANT, ALAN<br>262 N 7TH ST<br>SURF CITY, NJ 08008-5205 | | Claim Number: 3248<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,222.46 | | | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| BRYANT, ALAN<br>11417 DUNLEITH DRIVE<br>RALEIGH, NC 27614 | | Claim Number: 3309<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $123,106.18 | Scheduled: | $134,056.18 | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| BSI SUB, INC<br>C/O BLUESOCKET INC<br>10 NORTH AVENUE<br>BURLINGTON, MA 01803 | | Claim Number: 5047<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4698 (01/11/2011) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | Allowed: | $325,000.00 |
| UNSECURED | Claimed: | $4,050,000.00   UNLIQ | | | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| BT AMERICAS, INC<br>2160 EAST GRAND AVENUE<br>ATTN: NEIL HOBBS<br>EL SEGUNDO, CA 90245 | | Claim Number: 3006<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,192.61 | Scheduled: | $7,980.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BT AMERICAS, INC.<br>2160 EAST GRAND AVENUE<br>ATTN: NEIL HOBBS<br>EL SEGUNDO, CA 90245 | Claim Number: 3007<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6107 (08/09/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| ADMINISTRATIVE | Claimed: | $75,254.55 | | |
|---|---|---|---|---|

| BUBEL, GLENN A<br>904 TABITHA LANE<br>OLD HICKORY, TN 37138 | Claim Number: 1826<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $145,181.12 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| BUBEL, GLENN A.<br>904 TABITHA LN<br>OLD HICKORY, TN 37138-2359 | Claim Number: 1827<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| BUCKSER, RENAE<br>2530 CANYON LAKES DR<br>SAN RAMON, CA 94582-4931 | Claim Number: 6475<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $78,662.50 | | |
|---|---|---|---|---|

| BUDIHARDJO, PETER<br>103 LOCHFIELD DRIVE<br>CARY, NC 27518 | Claim Number: 3673<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $136,224.14 | Scheduled: | $99,525.75 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

BUDIHARDJO, PETER S
103 LOCHFIELD DRIVE
CARY, NC 27518

Claim Number: 3675
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $114,230.74 | Scheduled: | $114,230.74 |
|---|---|---|---|---|

BUDIHARDJO, PETER S.
103 LOCHFIELD DRIVE
CARY, NC 27518

Claim Number: 341
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $101,821.38 |
|---|---|---|

BUENAVENTURA, YVELISSE
2056 SHERRY LYNNE DR
GARNER, NC 27529

Claim Number: 5799
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

BULENGO, RAYMOND C.
748 HERITAGE WAY
WESTON, FL 33326

Claim Number: 66
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7574
Claim out of balance

| PRIORITY | Claimed: | $483,866.70 |
|---|---|---|
| SECURED | Claimed: | $483,866.70 |
| TOTAL | Claimed: | $483,866.70 |

BUONOCORE, DOMINIC J.
290 CITIZENS AVE
WATERBURY, CT 06704

Claim Number: 1423
Claim Date: 06/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $34,223.10 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3120<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $34,223.10 |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3121<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| PRIORITY | Claimed: | $34,223.10 |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3122<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| PRIORITY | Claimed: | $34,223.10 |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3123<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $34,223.10 |
| BURKE, ROBERT<br>1003 WINDSOR DRIVE<br>MCKINNEY, TX 75070 | | Claim Number: 3700<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $333,010.14 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| BURKE, ROBERT E.<br>1003 WINDSOR DRIVE<br>MCKINNEY, TX 75070 | Claim Number: 457<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $443,138.70  UNLIQ | | |

| BURKERT, WILLIAM K<br>104 KHALSA CT.<br>DURHAM, NC 27713 | Claim Number: 3283<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00  UNLIQ |

| BURKERT, WILLIAM K<br>104 KHALSA CT.<br>DURHAM, NC 27713 | Claim Number: 3284<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |

| ADMINISTRATIVE | Claimed: | $100,000.00 | | |

| BURKEY, MARTHA<br>104 MEADOWSTONE CT.<br>CARY, NC 27513 | Claim Number: 217<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $60,662.27 | | |

| BURNS, BILLY<br>PO BOX 892682<br>OKLAHOMA CITY, OK 73189-2682 | Claim Number: 2426<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $49,772.16 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| BURWELL, SCOTT A<br>8633 BAYBRIDGE WYND<br>RALEIGH, NC 27613 | | Claim Number: 4034<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $4,056.30 | | | |
| BURWELL, SCOTT A.<br>8633 BAYBRIDGE WYND<br>RALEIGH, NC 27613 | | Claim Number: 1391<br>Claim Date: 06/19/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $73,256.83 | | | |
| BUSCH, JAMES<br>3713 MULBERRY LN<br>BEDFORD, TX 76021 | | Claim Number: 4496<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $100,600.87 | Scheduled: | $0.00 UNLIQ | |
| BUSHNELL, ROGER<br>101 MAYBANK COURT<br>DURHAM, NC 27713 | | Claim Number: 3633<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $73,200.79 | Scheduled: | $65,886.70 UNLIQ | |
| BUSTILLO, ADAM D<br>611 LONE RIDGE WAY<br>MURPHY, TX 75094 | | Claim Number: 4281<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | | |
| PRIORITY | Claimed: | $12,949.08 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

C-MARK CORP
10515 MARKISON ROAD
DALLAS, TX 75238

Claim Number: 1373
Claim Date: 06/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $992,966.00 |
|---|---|---|

C. MARK CORP.
10515 MARKISON ROAD
DALLAS, TX 75238

Claim Number: 3733
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $95,030.00 |
|---|---|---|

CABIBI, FRANCIS J.
160 FISHER CT
CALIMESA, CA 92320-1216

Claim Number: 3131
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $36,037.76 |
|---|---|---|

CABIBI, FRANCIS J.
160 FISHER CT
CALIMESA, CA 92320-1216

Claim Number: 3132
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $36,037.76 |
|---|---|---|

CABLEVISION LIGHTPATH INC
PO BOX 360111
PITTSBURGH, PA 15251-6111

Claim Number: 6143
Claim Date: 11/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,187.24 | Scheduled: | $2,622.40 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| CABOT, GERRY<br>5452 GOLDEN CURRANT WAY<br>PARKER, CO 80134 | | Claim Number: 377<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $2,997.69 | |
| CABRAL, ROBERT<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7154<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 3140 | |
| PRIORITY | Claimed: | $147,179.77 | |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 464<br>Claim Date: 03/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| UNSECURED | Claimed: | $147,179.77   UNLIQ | |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 5984<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 713 | |
| PRIORITY | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $38,363.04 | |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7155<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 3139 | |
| PRIORITY | Claimed: | $38,363.04 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7156<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7156<br>Amends Claim 713 | |
|---|---|---|---|
| PRIORITY | Claimed: | $38,363.04 | |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7157<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Asserts amending claim no. 464 filed on 3/4/2009 | |
| PRIORITY | Claimed: | $147,179.77 | |
| CAFFREY, RAYMOND F.<br>791 NONAVILLE RD<br>MT JULIET, TN 37122 | | Claim Number: 7621<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $60,329.34 | |
| CAFFRY, ANNABELLE, INDIVIDUALLY AND AS<br>TRUSTEE OF THE JOHN W. CAFFREY TRUST<br>C/O PATRICIA ANTONELLI, PARTRIDGE SNOW<br>180 SOUTH MAIN STREET<br>PROVIDENCE, RI 02903 | | Claim Number: 7922<br>Claim Date: 08/31/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4507 | |
| SECURED | Claimed: | $868,467.46 | |
| CAFFRY, JOHN W<br>PO BOX 1139<br>BRISTOL, RI 02809-0903 | | Claim Number: 4507<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7922 | |
| UNSECURED | Claimed: | $663,387.38 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CAGIANNOS, ELIAS
87 WOODLAND RD
MADISON, NJ 07940

Claim Number: 44
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $273,191.56 |
| --- | --- | --- |

CAIN-MURPHY, MARY
8320 LAKEWOOD DR
RALEIGH, NC 27613

Claim Number: 7548
Claim Date: 12/30/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $33,050.00   UNLIQ |

CALHOUN, RANDY
3420 FM 1461
MCKINNEY, TX 75071

Claim Number: 7642
Claim Date: 03/14/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $118,546.82 |
| --- | --- | --- |

CALHOUN, RANDY
3420 FM 1461
MCKINNEY, TX 75071

Claim Number: 7643
Claim Date: 03/14/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $88,892.94 |

CALHOUN, RANDY
3420 FM 1461
MCKINNEY, TX 75071

Claim Number: 7647
Claim Date: 03/15/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,355.06 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| CALIAN TECHNOLOGY SERVICES<br>2 BEAVERBROOK ROAD<br>KANATA, ON K2K 1L1<br>CANADA | Claim Number: 3008-01<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Additional amt CDN$16,773.33 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $84,858.43 | Scheduled: | $62,536.33 |

---

| CALIAN TECHNOLOGY SERVICES<br>2 BEAVERBROOK ROAD<br>KANATA, ON K2K 1L1<br>CANADA | Claim Number: 3008-02<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Additional amt CDN$16,773.33 |
|---|---|
| UNSECURED | Claimed: | $13,422.02 |

---

CALKINS, DAVID E.
300 NORTHVIEW DR
RICHARDSON, TX 75080

Claim Number: 41
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,810.21 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,628.00 | Scheduled: | $14,186.96 |

---

CALLANAN, RICHARD P
29 SYCAMORE LN
RIDGEFIELD, CT 06877

Claim Number: 3384
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $49,565.24 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

CALLANAN, RICHARD P.
29 SYCAMORE LANE
RIDGEFIELD, CT 06877

Claim Number: 330
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $35,607.64 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CAMIANT, INC.<br>200 NICKERSON ROAD, 2ND FLOOR<br>MARLBOROUGH, MA 01752 | Claim Number: 1691<br>Claim Date: 08/13/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $9,943.22 | Scheduled: | $9,943.22 |

---

| CAMPBELL CREEK, LTD.<br>TIMOTHY R. DUNN, CFO<br>5601 GRANITE PARKWAY, SUITE 800<br>DALLAS, TX 75024 | Claim Number: 1936<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $431,414.60 |

---

| CAMPBELL, MICHAEL<br>10200 INDEPENDENCE PKWY APT 1922<br>PLANO, TX 75025-8243 | Claim Number: 6038<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2775 |

| UNSECURED | Claimed: | $85,588.86 |

---

| CAMPBELL, STEPHEN<br>12805 OAK FALLS DR<br>ALPHARETTA, GA 30009 | Claim Number: 2178<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,896.16 |

---

| CAMPBELL, TERRENCE S<br>9417 KOUPELA DRIVE<br>RALEIGH, NC 27615 | Claim Number: 3711<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $26,345.24 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| CANADIAN RED CROSS<br>170 METCALFE STREET<br>OTTAWA, ON K2P 2P2<br>CANADA | Claim Number: 7357<br>Claim Date: 07/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>CLAIM AMOUNT IS 29,000 IN CANADIAN CURRENCY. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,205.80 | Scheduled: | $29,000.00 |

| CANAL VIEW PROPERTIES III, LLC<br>WOODS OVIATT GILMAN LLP<br>ATTN: PAUL S. GROSCHADL, ESQ.<br>700 CROSSROADS BLD.; 2 STATE STREET<br>ROCHESTER, NY 14614 | Claim Number: 1694<br>Claim Date: 08/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,129.33 |
| UNSECURED | Claimed: | $276,378.99 |

| CANTWELL SR, JAMES J<br>2524 HEATH PL<br>RESTON, VA 20191 | Claim Number: 5965<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

| CANTWELL, JR, JAMES J<br>2524 HEATH PL<br>RESTON, VA 20191 | Claim Number: 5968<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| CAO, NHAN T.<br>93 OAK STREET<br>DEER PARK, NY 11729 | Claim Number: 5624<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $34,185.60 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

CAO, TIMOTHY
1472 MIWOK PL.
MORGAN HILL, CA 95037

Claim Number: 303
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| UNSECURED | Claimed: | $11,783.70 |
|---|---|---|

CAPITOL SOLUTIONS GOV'T RELATIONS
1455 PENNSYLVANIA AVE NW STE 400
WASHINGTON, DC 200041017

Claim Number: 262
Claim Date: 02/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

---

| UNSECURED | Claimed: | $33,750.00 |
|---|---|---|

CAPITOL SOLUTIONS GOV'T RELATIONS
CONSULTANTS LLC
1455 PENNSYLVANIA AVE. #400
WASHINGTON, DC 20004

Claim Number: 5470
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claims 262 and 1860

---

| UNSECURED | Claimed: | $33,750.00 | Scheduled: | $33,750.00 |
|---|---|---|---|---|

CAPORUSSO, DEBRA-JANE
4 FIELDHOUSE AVE
EAST SETAUKET, NY 11733

Claim Number: 7047
Claim Date: 02/02/2010
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $60,380.32 |
|---|---|---|

CARDO, MARY-BETH
113 SYCAMORE RIDGE LANE
HOLLY SPRINGS, NC 27540

Claim Number: 7658
Claim Date: 03/21/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $15,312.61 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| CAREY, DENNIS<br>1179 ROSEWOOD DRIVE<br>ATLANTA, GA 30306 | Claim Number: 5534<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8094 |
|---|---|

---

| UNSECURED | Claimed: | $1,151,730.00   UNLIQ |
|---|---|---|

| CAREY, DENNIS<br>1179 ROSEWOOD DRIVE<br>ATLANTA, GA 30306 | Claim Number: 8094<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 5534 |
|---|---|

---

| UNSECURED | Claimed: | $1,151,730.00   UNLIQ |
|---|---|---|

| CAREY, RAYMOND J.<br>820 HEDGCOXE RD<br>PLANO, TX 75025 | Claim Number: 7674<br>Claim Date: 03/31/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $40,309.92 |
|---|---|---|

| CARLIN, SONJA<br>11706 DARLINGTON AVE APT 402<br>LOS ANGELES, CA 90049-5517 | Claim Number: 47<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $167,889.90 |

| CARLSON, MICHAEL<br>5540 RIVERWOOD LN<br>SAVAGE, MN 55378-4401 | Claim Number: 3781<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $60,367.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| CARLSON, MICHAEL A.<br>5540 RIVERWOOD LANE<br>SAVAGE, MN 55378-4401 | Claim Number: 3780<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $0.00  UNDET | | | |
| CAROLINA TELEPHONE AND TELEGRAPH<br>COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 844<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| UNSECURED          Claimed: | $131.08 | | | |
| CAROLINA TELEPHONE AND TELEGRAPH<br>COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 1089<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| SECURED          Claimed: | $131.08 | | | |
| CAROLINA TELEPHONE AND TELEGRAPH<br>COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5704<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) | | | |
| UNSECURED          Claimed: | $131.08 | | Allowed: | $131.08 |
| CAROLINA TELEPHONE AND TELEGRAPH<br>COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5731<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
| UNSECURED          Claimed: | $131.08  UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

CARPENTER, DAVID
4 HAGWAGON CIR
WESTFORD, MA 01886

Claim Number: 7160
Claim Date: 03/22/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $30,097.29 |

---

CARPENTER, EARL EDWARD III
2028 BAPTIST ROAD
DURHAM, NC 27703

Claim Number: 7354
Claim Date: 07/22/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $71,670.64 |

---

CARR LLP
670 FOUNDERS SQUARE
900 JACKSON STREET
DALLAS, TX 75202

Claim Number: 2748
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,837.30 |

---

CARR, STEVEN M.
37 BRAMS HILL DR.
MAHWAH, NJ 07430

Claim Number: 1516
Claim Date: 07/10/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $43,160.76 |

---

CARRILLO, OMAR
1430 COMANCHE DR
ALLEN, TX 75013

Claim Number: 1449
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CARRION, MARIBEL | | Claim Number: 281 |
|---|---|---|
| 302 HIGHGROVE DR. | | Claim Date: 02/13/2009 |
| CHAPEL HILL, NC 27516 | | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $15,195.32 |
|---|---|---|

| CARROLL, CHARLES | | Claim Number: 2222 |
|---|---|---|
| 36 KAILEYS WAY | | Claim Date: 08/26/2009 |
| GROTON, MA 01450 | | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $32,511.20 |
|---|---|---|

| CARROLL, CHARLES | | Claim Number: 2223 |
|---|---|---|
| 36 KAILEYS WAY | | Claim Date: 08/26/2009 |
| GROTON, MA 01450 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2563 (02/26/2010) |

---

| UNSECURED | Claimed: | $32,511.20 |
|---|---|---|

| CARROLL, CHARLES | | Claim Number: 2224 |
|---|---|---|
| 36 KAILEYS WAY | | Claim Date: 08/26/2009 |
| GROTON, MA 01450 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2563 (02/26/2010) |

---

| UNSECURED | Claimed: | $32,511.20 |
|---|---|---|

| CARROLL, CHARLES | | Claim Number: 2225 |
|---|---|---|
| 36 KAILEYS WAY | | Claim Date: 08/26/2009 |
| GROTON, MA 01450 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2563 (02/26/2010) |

---

| UNSECURED | Claimed: | $32,511.20 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| CARROLL, CHARLES N.<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 207<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $36,921.20 |
| CARROLL, CHARLES N.<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 2221<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $32,511.20 |
| CARROLL, RODNEY<br>363 PREAKNESS PLACE<br>VAN ALSTYNE, TX 75495 | | Claim Number: 4016<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $68,900.00 |
| CARTER, JULIE<br>1495 23RD STREET SW<br>NAPLES, FL 34117 | | Claim Number: 1848<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| UNSECURED | Claimed: | $32,598.08 |
| CARTER, JULIE<br>1495 23 ST SW<br>NAPLES, FL 34117 | | Claim Number: 1849<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $32,598.08 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| CARTER, KIMBERLY<br>5812 LEWIS STREET<br>DALLAS, TX 75206 | Claim Number: 6099<br>Claim Date: 11/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $48,181.14 |
|---|---|---|

| CARTER-MAGUIRE, MELANIE<br>PO BOX 1068<br>WHITE STONE, VA 22578 | Claim Number: 4561<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $97,020.00 |
|---|---|---|

| CASEY, JAMES<br>2617 SODA SPRINGS DRIVE<br>MCKINNEY, TX 75071 | Claim Number: 2833<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $7,396.56 |
|---|---|---|
| UNSECURED | Claimed: | $5,310.45 |

| CASON, TAMMY L.<br>10442 COLLINGHAM DR.<br>FAIRFAX, VA 22032 | Claim Number: 6131<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $30,049.26 |
|---|---|---|

| CASSIDY, PETER<br>6206 BELLE RIVE DRIV<br>BRENTWOOD, TN 37027 | Claim Number: 3270<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $16,681.49 | Scheduled: | $16,681.49 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CASSIDY, PETER A<br>6206 BELLE RIVE DRIV<br>BRENTWOOD, TN 37027 | Claim Number: 3269<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $47,482.08 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| CASTAGNOLI, MARISA<br>515 GRAPE ST<br>DENVER, CO 80220 | Claim Number: 4007<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| CASTAGNOLI, MARISA<br>515 GRAPE ST<br>DENVER, CO 80220 | Claim Number: 4013<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $74,638.35 |
|---|---|---|

| CATER TIME VENDING & DISTRIBUTING, INC.<br>430 E US HWY 69<br>CLAYCOMO, MO 64119 | Claim Number: 1952<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $33.14 |
|---|---|---|
| UNSECURED | Claimed: | $587.61 |

| CATERPILLAR INC.<br>BRIAN K. LEWALLEN, CORPORATE COUNSEL<br>100 N.E. ADAMS STREET<br>PEORIA, IL 61629-6485 | Claim Number: 4797<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2993 (05/13/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

CATES, MARK R.
3101 STONEHURST CT
EL DORADO HILLS, CA 95762

Claim Number: 2926
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $46,511.96 |
|---|---|---|

CAVASSO, BLAINE
3704 ARBOR VISTA DR.
PLANO, TX 75093

Claim Number: 1122
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $51,064.42 |
|---|---|---|

CAVASSO, DANA
3704 ARBOR VISTA DR.
PLANO, TX 75093

Claim Number: 476
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

---

| PRIORITY | Claimed: | $89,846.56 |
|---|---|---|

CAVASSO, DANA
3704 ARBOR VISTA DR.
PLANO, TX 75093

Claim Number: 1121
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $89,846.56 |
|---|---|---|

CBL DATA RECOVERY TECHNOLOGIES INC.
590 ALDEN ROAD, UNIT 105
MARKHAM, ON L3R 8N2
CANADA

Claim Number: 1832
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

---

| ADMINISTRATIVE | Claimed: | $1,320.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.                                                    Date: 03/07/2012
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CCPIT PATENT AND TRADEMARK LAW          Claim Number: 2605
10 F OCEAN PLAZA                        Claim Date: 09/04/2009
BEIJING, 100031                         Debtor: NORTEL NETWORKS INC.
CHINA

| UNSECURED | Claimed: | $2,118.33 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

CDS DATACOMM INC.                       Claim Number: 84
1100 PROFESSIONAL DR. STE 100           Claim Date: 01/29/2009
PLANO, TX 75074                         Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $45,693.31 | Scheduled: | $45,308.81 |
|---|---|---|---|---|

CDS DATACOMM INC.                       Claim Number: 6076
1100 PROFESSIONAL DR. STE 100           Claim Date: 10/30/2009
PLANO, TX 75074                         Debtor: NORTEL NETWORKS INC.
                                        Comments: EXPUNGED
                                        DOCKET: 3218 (06/24/2010)

| UNSECURED | Claimed: | $45,693.31 |
|---|---|---|

CDS DATACOMM INC.                       Claim Number: 6077
1100 PROFESSIONAL DR. STE 100           Claim Date: 10/30/2009
PLANO, TX 75074                         Debtor: NORTEL NETWORKS INC.
                                        Comments: EXPUNGED
                                        DOCKET: 3218 (06/24/2010)

| UNSECURED | Claimed: | $45,693.31 |
|---|---|---|

CDW                                     Claim Number: 188
ATTN VIDA KRUG                          Claim Date: 01/30/2009
200 N. MILWAUKEE AVE                    Debtor: NORTEL NETWORKS INC.
VERNON HILLS, IL 60061                  Comments: WITHDRAWN

| PRIORITY | Claimed: | $2,732.70 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,373.71 | Scheduled: | $52,533.05 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| CENTRAL TELEPHONE COMPANY - NORTH CAROLINA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5689<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 843<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| UNSECURED          Claimed: | $4,197.93 | |
| CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5706<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | |
| UNSECURED          Claimed: | $4,197.93  UNLIQ | |
| CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5733<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $4,197.93  UNLIQ | |
| CENTRAL TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5695<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| CENTRAL TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5722<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5697<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5724<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| CENTRAL TELEPHONE COMPANY-NORTH CAROLINA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5716<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| CHADWICK, STEPHEN A.<br>2400 E PRAIRIE CREEK DR<br>RICHARDSON, TX 75080 | Claim Number: 1027<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE          Claimed: | $89,000.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CHALEMELA, DEEPIKA
2916 WATERFORD DR
IRVING, TX 75063-3192

Claim Number: 4712
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $39,090.87 |
|-----------|----------|------------|

CHAMBERS, JOSEPH T
8637 OVERLAND DR
FT WORTH, TX 76179

Claim Number: 3431
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $55,000.00   UNLIQ |
|----------------|----------|---------------------|

CHAMBERS, JOSEPH T.
8637 OVERLAND DR.
FORT WORTH, TX 76179

Claim Number: 6007
Claim Date: 10/19/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 3430.

| PRIORITY | Claimed: | $55,000.00   UNLIQ |
|----------|----------|---------------------|

CHAN, KA WAI
311 SHADY VALLEY COURT
SAN RAMON, CA 94582

Claim Number: 1711
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $31,809.12 |
|----------|----------|------------|

CHAN, KA WAI
311 SHADY VALLEY COURT
SAN RAMON, CA 94582

Claim Number: 1762
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $31,809.12 |
|----------------|----------|------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| CHAN, KWEI SAN | Claim Number: 2256 |
| 1845 FEDERAL AVE., APT. 303 | Claim Date: 08/27/2009 |
| LOS ANGELES, CA 90025 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $59,775.90 |

---

| CHAN, KWEI SAN | Claim Number: 2706 |
| 1845 FEDERAL AVE., APT. 303 | Claim Date: 09/08/2009 |
| LOS ANGELES, CA 90025 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $78,593.93 |

---

| CHAN, KWEI SAN | Claim Number: 2707 |
| 1845 FEDERAL AVE., APT. 303 | Claim Date: 09/08/2009 |
| LOS ANGELES, CA 90025 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $123,169.76 |

---

| CHAN, KWEI SAN | Claim Number: 3849 |
| 1845 FEDERAL AVE., APT. 303 | Claim Date: 09/25/2009 |
| LOS ANGELES, CA 90025 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Amends claim 2341. |

| PRIORITY | Claimed: | $11,373.22 |

---

| CHAN, KWEISAN | Claim Number: 2341 |
| 1845 FEDERAL AVE APT 303 | Claim Date: 08/28/2009 |
| LOS ANGELES, CA 90025-6089 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2563 (02/26/2010) |

| UNSECURED | Claimed: | $11,373.22 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| CHANDLER, MELANIE L.<br>801 HOLT GROVE CT.<br>NASHVILLE, TN 37211 | | Claim Number: 7445<br>Claim Date: 10/01/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,384.90 |

| CHANDRAMOULI, DEVAKI<br>2729 RASPBERRY CT<br>PLANO, TX 75074 | | Claim Number: 1247<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 1333 |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $25,425.00 |

| CHANDRAMOULI, DEVAKI<br>2729 RASPBERRY ST<br>PLANO, TX 75074 | | Claim Number: 1333<br>Claim Date: 06/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $25,425.00 |

| CHANDRAN, CLARENCE J<br>JOHN D. BURNS, ESQ.<br>WILLIAMS MULLEN<br>P.O. BOX 1000<br>RALEIGH, NC 27602-1000 | | Claim Number: 5653<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6291 |
|---|---|---|
| UNSECURED | Claimed: | $3,602,489.52 |

| CHANDRAN, CLARENCE J<br># 4998 10TH LINE ERIN<br>RR # 5<br>GEORGETOWN, ON L7G 4S8<br>CANADA | | Claim Number: 6291<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 5653 |
|---|---|---|
| UNSECURED | Claimed: | $5,153,641.53 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CHANG, DAI PENG | Claim Number: 170 |
| 660 OAKDALE DR. | Claim Date: 02/05/2009 |
| PLANO, TX 75025 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $31,730.77 |

---

| CHANG, KUO-LI | Claim Number: 3317 |
| 41049 PAJARO DRIVE | Claim Date: 09/21/2009 |
| FREMONT, CA 94539 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $15,711.64 |

---

| CHANG, RAYMOND | Claim Number: 5770 |
| 2201 BLACKBERRY DRIVE | Claim Date: 10/01/2009 |
| RICHARDSON, TX 75082 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $19,646.01 |

---

| CHANG, TONY | Claim Number: 2829 |
| 621 WATER OAK | Claim Date: 09/11/2009 |
| PLANO, TX 75025 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $41,824.63 | | |
| UNSECURED | | | Scheduled: | $41,824.63 UNLIQ |

---

| CHANG, WEN-JEN | Claim Number: 584 |
| 2813 VALLEY SPRING DRIVE | Claim Date: 03/16/2009 |
| PLANO, TX 75025 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 7233 (02/21/2012) |

| PRIORITY | Claimed: | $26,153.29 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CHANG, YUAN-SHEN<br>4340 PHYLLIS LN<br>PLANO, TX 75074 | | Claim Number: 1176<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $2,234.11 |
|---|---|---|
| UNSECURED | Claimed: | $37,979.96 |

| CHAPMAN, JAMES L<br>PO BOX 1111<br>CREEDMOOR, NC 27522 | | Claim Number: 2727<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $149,000.00 |
|---|---|---|

| CHAPPELL, TOMMA<br>575 ELLESMERE WAY<br>BUFORD, GA 30518 | | Claim Number: 5319<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|---|

| UNSECURED | Claimed: | $64,200.93 |
|---|---|---|

| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | | Claim Number: 1580<br>Claim Date: 07/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 4814 |
|---|---|---|

| PRIORITY | Claimed: | $71,267.23 |
|---|---|---|

| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | | Claim Number: 1870<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $71,267.23 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | | Claim Number: 2625<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $71,267.23 |
|---|---|---|

| | | |
|---|---|---|
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | | Claim Number: 3763<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |

| UNSECURED | Claimed: | $71,267.23 |
|---|---|---|

| | | |
|---|---|---|
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>BUFORD, GA 30518 | | Claim Number: 4814<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $64,200.93 |
|---|---|---|

| | | |
|---|---|---|
| CHARLOTTE MECKLENBURG COUNTY NC TAX<br>COLLECTOR<br>MECKLENBURG COUNTY GOVERNMENT<br>700 EAST STONEWALL ST. PO BOX 31457<br>CHARLOTTE, NC 28231 | | Claim Number: 6023-01<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3502 (07/09/2010) |

| ADMINISTRATIVE | Claimed: | $476.97 |
|---|---|---|

| | | |
|---|---|---|
| CHARLOTTE MECKLENBURG COUNTY NC TAX<br>COLLECTOR<br>MECKLENBURG COUNTY GOVERNMENT<br>700 EAST STONEWALL ST. PO BOX 31457<br>CHARLOTTE, NC 28231 | | Claim Number: 6023-02<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4128 (10/11/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| CHARLOTTE MECKLENBURG COUNTY NC TAX COLLECTOR<br>MECKLENBURG COUNTY GOVERNMENT<br>700 EAST STONEWALL ST. PO BOX 31457<br>CHARLOTTE, NC 28231 | | Claim Number: 7360<br>Claim Date: 07/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4128 (10/11/2010) |
| ADMINISTRATIVE | Claimed: | $27.64 |
| CHAU, JOSEPH<br>4 CAMELOT RD<br>WINDHAM, NH 03087 | | Claim Number: 92<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| UNSECURED | Claimed: | $42,116.56 |
| CHAVEZ, AURELIA<br>4204 LAVACA DRIVE<br>PLANO, TX 75074 | | Claim Number: 95<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $63,004.67 |
| CHAWLA, TEJMOHAN<br>405 JASLIE DR<br>CARY, NC 27518 | | Claim Number: 6047<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $39,506.00 |
| CHEN, JIANYONG<br>4649 CHAPEL CREEK DR.<br>PLANO, TX 75024 | | Claim Number: 1067<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $53,572.26 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| CHEN, WAN<br>4124 SILVERTHORNE STREET<br>RICHARDSON, TX 75082 | | Claim Number: 3867<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $20,368.76 |
| CHEN, XIAOPING<br>3312 GRAND MESA DRIVE<br>PLANO, TX 75025 | | Claim Number: 3884<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| PRIORITY | Claimed: | $15,265.25 |
| CHENEY, FRANKLIN K., JR.<br>3716 KOOMEN LN<br>RALEIGH, NC 27606 | | Claim Number: 5644<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $65,625.00 |
| CHENG, SHU-ERDIANA<br>2313 PRIMROSE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 756<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| PRIORITY | Claimed: | $22,916.80 |
| CHEUNG, PAULINUS<br>6605 MISTY HOLLOW DR<br>PLANO, TX 75024 | | Claim Number: 6390<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $103,607.96 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

CHIAMVIMONVAT, PATRA
815 RIVERSIDE DRIVE
LOS ALTOS, CA 94024

Claim Number: 6303
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED        Claimed:              $72,271.20

---

CHILDERS, RUSSELL
5296 UNION CR
FLOWERY BRANCH, GA 30542

Claim Number: 3496
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim amount is 231.01 per month

---

PRIORITY         Claimed:              $0.00   UNLIQ

---

CHILDERS, RUSSELL
5296 UNION CR
FLOWERY BRANCH, GA 30542

Claim Number: 3551
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

---

PRIORITY         Claimed:              $0.00   UNLIQ

---

CHILDRESS, ROBERT
110 CAVE STREET
LURAY, VA 22835

Claim Number: 5802
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED        Claimed:              $64,000.00

---

CHILDS, MICHAEL & JEFFREY MARTINEZ
2644 MARSTON HTS
COLORADO SPGS, CO 80920-5115

Claim Number: 5848
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED        Claimed:         $5,000.00        Scheduled:         $0.00 UNLIQ

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CHILDS, MIKE & MARTINEZ, JEFFREY
2644 MARSTON HTS
COLORADO SPGS, CO 80920-5115

Claim Number: 5847
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,000.00 | | |

CHIMA, MANMOHAN
4041 LASER LANE
PLANO, TX 75023

Claim Number: 4247
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $262,927.15 | Scheduled: | $145,541.04 UNLIQ |
| TOTAL | Claimed: | $145,541.04 | | |

CHIMA, MANMOHAN
4041 LASER LANE
PLANO, TX 75023

Claim Number: 4358
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
$569.42 per month.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $569.42  UNLIQ | Scheduled: | $0.00 UNLIQ |

CHIMA, MANMOHAN S.
4041 LASER LANE
PLANO, TX 75023

Claim Number: 4248
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |

CHINA PATENT AGENT (H.K.) LTD.
22/F, GREAT EAGLE CENTRE
23 HARBOUR ROAD
WANCHAI,
HONG KONG

Claim Number: 1112
Claim Date: 05/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,454.30 | Scheduled: | $73.30 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| CHINA PATENT AGENT (H.K.) LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI,<br>HONG KONG | Claim Number: 7091<br>Claim Date: 02/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | | |
| ADMINISTRATIVE       Claimed: | $36,400.30 | | | |
| CHINA PATENT AGENT H K LTD<br>22/F GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI<br>HONG KONG,<br>CHINA | Claim Number: 2624<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | |
| ADMINISTRATIVE       Claimed: | $36,400.30 | | | |
| CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE, 23 HARBOUR RD<br>WANCHAI<br>HONG KONG,<br>CHINA | Claim Number: 2623<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | |
| UNSECURED       Claimed: | $36,400.30 | Scheduled: | $0.00 UNLIQ | |
| CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI,<br>HONG KONG | Claim Number: 6609<br>Claim Date: 01/06/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | | |
| ADMINISTRATIVE       Claimed: | $36,400.30 | | | |
| CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI,<br>HONG KONG | Claim Number: 6610<br>Claim Date: 01/06/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | | |
| UNSECURED       Claimed: | $36,400.30 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR RD<br>WANCHAI,<br>HONG KONG | | Claim Number: 7090<br>Claim Date: 02/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |

| UNSECURED | Claimed: | $36,400.30 |
|---|---|---|

---

| CHINA TELECOM (AMERICAS) CORPORATION<br>SUITE 201, 607 HERNDON PARKWAY<br>HERNDON, VA 20170 | | Claim Number: 582<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $14,957.72 |
|---|---|---|

---

| CHIRACHANCHAI, SUVANEE<br>2921 SHASTA DR.<br>PLANO, TX 75025 | | Claim Number: 790<br>Claim Date: 04/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $51,775.08 |
|---|---|---|

---

| CHIRACHANCHAI, SUVANEE<br>2921 SHASTA DR.<br>PLANO, TX 75025 | | Claim Number: 989<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $18,754.00 |
|---|---|---|

---

| CHIRACHANCHAI, SUVANEE<br>2921 SHASTA DR.<br>PLANO, TX 75025 | | Claim Number: 6766<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $28,697.79 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| CHIRACHANCHAI, SUVANEE | Claim Number: 6775 |
| 2921 SHASTA DR. | Claim Date: 01/19/2010 |
| PLANO, TX 75025 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $10,197.00 |

---

| CHISHOLM, ELAINE | Claim Number: 7034 |
| 3370 NE 190TH ST | Claim Date: 01/29/2010 |
| # 1012 | Debtor: NORTEL NETWORKS INC. |
| AVENTURA, FL 33180 | |

| UNSECURED | Claimed: | $55,033.00   CONT |

---

| CHIU, YEI-FANG | Claim Number: 3163 |
| 6820 PENTRIDGE DRIVE | Claim Date: 09/17/2009 |
| PLANO, TX 75024 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Claim out of balance |

| PRIORITY | Claimed: | $311.17 |
| SECURED | Claimed: | $311.17 |
| UNSECURED | Claimed: | $25,558.07 |
| TOTAL | Claimed: | $25,869.24 |

---

| CHOI, SEUNGCHUL | Claim Number: 7939 |
| 202 CAVISTON WAY | Claim Date: 09/12/2011 |
| CARY, NC 27519 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | amends claim 3464 |

| UNSECURED | Claimed: | $424,948.05 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3795<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3797<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3799<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3801<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| CHOPRA, MAYANK<br>2733 CAMERON BAY DRIVE<br>LEWISVILLE, TX 75056 | | Claim Number: 3318<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $32,561.28 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

CHOPRA, MOHIT
1113 BRIDGEWAY LANE
ALLEN, TX 75013

Claim Number: 2783
Claim Date: 09/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $32,391.66 |
|---|---|---|

CHRISTENSEN, STEPHEN
6745 RIDGEFIELD DR
ALPHARETTA, GA 30005

Claim Number: 7900
Claim Date: 08/08/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $200,000.00 |
|---|---|---|

CHRISTENSEN, STEPHEN
6745 RIDGEFIELD DR
ALPHARETTA, GA 30005

Claim Number: 7901
Claim Date: 08/08/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $76,847.52 |
|---|---|---|

CHRISTIAN, PAUL LESLIE
3233 WOODVIEW COURT
THOUSAND OAKS, CA 91362

Claim Number: 4385
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $254,208.17 |
|---|---|---|

CHRISTMANN, DUSTIN
1805 CLOVER CREEK DR
LONGMONT, CO 80503-7579

Claim Number: 3612
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $22,493.42 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | |
|---|---|---|---|---|---|
| CHRISTNER, TIMOTHY A.<br>355 JUNCTION TRACK<br>ROSWELL, GA 30075 | | Claim Number: 7791<br>Claim Date: 06/13/2011<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $61,511.02 | | | |

| CHRISTOPHER, RAYMOND O.<br>118 BUTLER AVENUE<br>WAKEFIELD, MA 01880 | | Claim Number: 565<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $26,527.00 | | | |

| CHRONOWIC, PETER<br>323 HOGANS VALLEY WAY<br>CARY, NC 27513 | | Claim Number: 5792<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $298,505.00 | | | |

| CHUBB INSURANCE CO OF CANADA<br>C/O EDWARD C DOLAN<br>HOGAN & HARTSON, LLP<br>555 13TH STREET NW<br>WASHINGTON, DC 20004 | | Claim Number: 5043<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6423 (09/20/2011) | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $529,046.55   UNLIQ | | Allowed: | $3,383,554.13 |

| CHUCK DRAKE OF PWCS EDU<br>8217 SUNSET DRIVE<br>MANASSAS, VA 20110-3813 | | Claim Number: 6941<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | | Allowed: | $500.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| CHUNG, KAM-YEE<br>726 INVERNESS WAY<br>SUNNYVALE, CA 94087 | Claim Number: 2244<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $21,561.41 |
|---|---|---|

---

| CHWEDCZUK, DAREK<br>10890 KIMBALL CREST DRIVE<br>ALPHARETTA, GA 30022 | Claim Number: 7549<br>Claim Date: 01/03/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $28,555.40 |

---

| CICCARELLI, LAWRENCE<br>4000 VETERANS MEMORIAL HIGHWAY<br>BOHEMIA, NY 11716 | Claim Number: 2182<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $20,224.23 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $20,224.23  UNLIQ |

---

| CINCINNATI BELL TELEPHONE<br>221 E. 4TH STREET<br>ML347-200<br>CINCINNATI, OH 45202 | Claim Number: 425<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $614.24 |
|---|---|---|

---

| CINCINNATI BELL WIRELESS<br>221 E. 4TH SRREET<br>ML347-200<br>CINCINNATI, OH 45202 | Claim Number: 491<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28.28 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| CIRCUITS CMR LTD<br>850 SELKIRK<br>POINTE-CLAIRE, QC N9R 3S3<br>CANADA | Claim Number: 5839<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

ADMINISTRATIVE          Claimed:          $1,144.50

---

| CIRILLO, ROBERT<br>216 JAMES MADISON PL<br>HILLSBOROUGH, NC 27278 | Claim Number: 2559<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED          Claimed:          $51,854.24

---

| CITRIX SYSTEMS INC.<br>C/O LUIS GRULLON<br>851 W. CYPRESS CREEK RD.<br>FORT LAUDERDALE, FL 33309 | Claim Number: 743<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

UNSECURED          Claimed:          $45,087.00

---

| CITRIX SYSTEMS, INC.<br>ATTN: CORPORATE COUNSEL<br>4988 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | Claim Number: 6772<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED          Claimed:          $427,253.40  UNLIQ          Scheduled:          $31,111.00

---

| CITY AND COUNTY OF DENVER/ TREASURY<br>ATTN: KAREN KATROS, BANKRUPTCY ANALYST<br>MCNICHOLS CIVIC CENTER BUILDING<br>144 W COLFAX AVE, ROOM 384<br>DENVER, CO 80202-5391 | Claim Number: 1528<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5109 (03/14/2011) |
|---|---|

PRIORITY          Claimed:          $67,296.30
SECURED           Claimed:          $48,050.08
TOTAL             Claimed:          $67,296.30

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| CITY AND COUNTY OF DENVER/ TREASURY<br>ATTN: KAREN KATROS, BANKRUPTCY ANALYST<br>201 W. COLFAX AVENUE, DEPARTMENT 1001<br>DENVER, CO 80202 | Claim Number: 7562<br>Claim Date: 01/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $4,238.11 | | |
| SECURED | Claimed: | $4,238.11 | | |
| TOTAL | Claimed: | $4,238.11 | | |
| CITY CHEMICAL PRP GROUP (WINTER PARK FL)<br>C/O ROGER W. SIMS, ESQ.<br>GROUP LEGAL COUNSEL<br>PO BOX 1526<br>ORLANDO, FL 32812 | Claim Number: 5946<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |
| SECURED | Claimed: | $150,000.00  UNLIQ | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Allowed: | $125,000.00 |
| CITY OF COLORADO SPRINGS SALES TAX<br>DIVISION, COLORADO SPRINGS CITY<br>ATTORNEY'S OFFICE, KENNETH HODGES, ESQ.<br>30 S. NEVADA, STE 501<br>COLORADO SPRINGS, CO 80903 | Claim Number: 7298<br>Claim Date: 06/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 6042 | | | |
| PRIORITY | Claimed: | $2,286.47 | | |
| CITY OF COLORADO SPRINGS SALES TAX DIV<br>EMILY WILSON, ESQ<br>COLORADO SPRINGS CITY ATTORNEY'S OFFICE<br>30 S. NEVADA, STE 501<br>COLORADO SPRINGS, CO 80903 | Claim Number: 1697<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3860 (09/02/2010) | | | |
| PRIORITY | Claimed: | $66,715.80 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| CITY OF COLORADO SPRINGS SALES TAX DIV<br>ATTN: EMILY WILSON, ESQ.<br>COLORADO SPRINGS CITY ATTORNEY'S OFFICE<br>30 S NEVADA STE 501<br>COLORADO SPRINGS, CO 80903 | Claim Number: 6042<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3860 (09/02/2010) | |
| PRIORITY          Claimed: | $6,822.35 | |
| CITY OF GRAPEVINE<br>ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 7403<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4657 (12/28/2010) | |
| SECURED          Claimed: | $152.42 | |
| CITY OF KANSAS CITY, MISSOURI<br>REVENUE DIVISION<br>MARK RHUEMS<br>414 EAST 12TH STREET, SUITE 201W<br>KANSAS CITY, MO 64106 | Claim Number: 667<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $19,735.44 | |
| CITY OF KANSAS CITY, MISSOURI<br>REVENUE DIVISION<br>MARK RHUEMS<br>414 EAST 12TH STREET, SUITE 201W<br>KANSAS CITY, MO 64106 | Claim Number: 747<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $0.00<br>$19,735.44 | |
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 1002<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) | |
| PRIORITY          Claimed: | $275,330.00  UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CITY OF RICHARDSON<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 124<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4697 (01/11/2011) |
|---|---|

| SECURED | Claimed: | $1,736,847.18  UNLIQ |
|---|---|---|

| CITY OF RICHARDSON<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 1059<br>Claim Date: 04/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4697 (01/11/2011) |
|---|---|

| SECURED | Claimed: | $868,423.59  UNLIQ |
|---|---|---|

| CITY OF SANTA CLARA<br>MUNICIPAL SERVICES<br>1500 WARBURTON AVE<br>SANTA CLARA, CA 95050 | Claim Number: 490<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $347,982.20 |
|---|---|---|

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: MOSS, DONALD<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 5866<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8115<br>DOCKET: 7232 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $52,988.55 | Scheduled: | $59,230.80 |
|---|---|---|---|---|

| CLARK, CALVIN C.<br>11061 MORGAN DRIVE<br>LAVON, TX 75166 | Claim Number: 1091<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $52,886.80 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| CLARK, DOUGLAS G. | Claim Number: 474 |
| APT. 1904, 330 SPADINA RD. | Claim Date: 03/05/2009 |
| TORONTO, ON M5R 2V9 | Debtor: NORTEL NETWORKS INC. |
| CANADA | Comments: WITHDRAWN |
| | DOCKET: 2809 (03/29/2010) |

---

| PRIORITY | Claimed: | $131,000.00  UNLIQ |
|---|---|---|

| CLARK, DOUGLAS G. | Claim Number: 3731 |
| 1529 ELLIS HOLLOW ROAD | Claim Date: 09/25/2009 |
| ITHACA, NY 14850 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $632,338.38 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| CLARK-SELLERS, KATHRYN | Claim Number: 3441 |
| 3005 LATTYES LANE | Claim Date: 09/22/2009 |
| RALEIGH, NC 27613 | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $88,632.10 |

| CLARK-SELLERS, KATHRYN LEE | Claim Number: 3435 |
| 3005 LATTYES LANE | Claim Date: 09/22/2009 |
| RALEIGH, NC 27613 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2626 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $134,606.97 |
|---|---|---|

| CLARK-SELLERS, KATHRYN LEE | Claim Number: 3440 |
| 3005 LATTYES LANE | Claim Date: 09/22/2009 |
| RALEIGH, NC 27613 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2626 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $99,582.10 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| CLARY, CRAIG
701 LEGACY DRIVE APT # 2214
PLANO, TX 75023 | | Claim Number: 3953
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $6,285.70 | |
| CLARY, CRAIG
701 LEGACY DR APT 2214
PLANO, TX 75023 | | Claim Number: 3954
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $6,285.70 | |
| UNSECURED | | | Scheduled: $6,285.70 UNLIQ |
| CLAUSEN, LISA J.
6719 ST JOHNS CT.
RALEIGH, NC 27616 | | Claim Number: 7391
Claim Date: 08/23/2010
Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $14,261.54 | |
| CLAUSSENIUS, RANDALL
4860 PROCTOR ROAD
CASTRO VALLEY, CA 94546 | | Claim Number: 4499
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $78,752.00 | |
| CLEGHORN, JOHN
31ST FLOOR, SUITE 3115, SOUTH TOWER
ROYAL BANK PLAZA
200 BAY STREET
TORONTO, ON M5J 2J5
CANADA | | Claim Number: 4758
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011) | |
| UNSECURED | Claimed: | $0.00  UNDET | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CLEMENS, DAVID H. | Claim Number: 906 |
|---|---|
| 2958 ROCKY RIDGE LOOP | Claim Date: 04/07/2009 |
| CANYON LAKE, TX 78133 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 7233 (02/21/2012) |

| UNSECURED | Claimed: | $30,992.78 |
|---|---|---|

---

| CLEMONS, THOMAS S. | Claim Number: 1171 |
|---|---|
| 3808 WALWORTH ROAD | Claim Date: 05/15/2009 |
| MARION, NY 14505 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Claim out of balance |

| PRIORITY | Claimed: | $24,120.00 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,170.00 |
| TOTAL | Claimed: | $10,950.00 |

---

| CLEMONS, THOMAS S. | Claim Number: 1172 |
|---|---|
| 3808 WALWORTH ROAD | Claim Date: 05/15/2009 |
| MARION, NY 14505 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

| CLICK COMMERCE INC | Claim Number: 3485 |
|---|---|
| DBA REQUISITE TECHNOLOGY, INC. | Claim Date: 09/23/2009 |
| C/O MIK GIBLIN OR D LIVINGSTON | Debtor: NORTEL NETWORKS INC. |
| 3600 W. LAKE AVENUE | |
| GLENVIEW, IL 60026 | |

| UNSECURED | Claimed: | $77,475.00 | Scheduled: | $1,350.00 DISP |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| CLICK COMMERCE, INC<br>C/O MIKE GIBLIN<br>3600 W. LAKE AVENUE<br>ATLANTA, GA 30339-8426 | | Claim Number: 3484<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |

---

| ADMINISTRATIVE | Claimed: | $77,475.00 |
|---|---|---|

| | | |
|---|---|---|
| CLIFTON, CRAIG<br>4517 W 140TH ST<br>LEAWOOD, KS 66224 | | Claim Number: 4136<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $52,278.00 |
|---|---|---|

| | | |
|---|---|---|
| CLINE, BARRY<br>2440 SW CARY PARKWAY #134<br>CARY, NC 27513 | | Claim Number: 166<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $57,389.25 |
|---|---|---|

| | | |
|---|---|---|
| CLINE, BARRY<br>2440 SW CARY PARKWAY #134<br>CARY, NC 27513 | | Claim Number: 167<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $3,634.00 |
|---|---|---|

| | | |
|---|---|---|
| CLINE, GLEN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3640<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| CLINE, GLEN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3650<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3639<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $36,501.58 | |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3647<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| UNSECURED | Claimed: | $36,501.58 | |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3648<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | |
| CLINE, GLENN B.<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3649<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| UNSECURED | Claimed: | $36,501.58 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| CLINGER, LINDA C<br>3918 RAVINES DR.<br>ALLENDALE, MI 49401 | | Claim Number: 37<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | |
| PRIORITY | Claimed: | $1,404.00 | | |
| UNSECURED | Claimed: | $14,880.00 | | |
| CLINKARD, JUDITH<br>1909 KINGS ISLE DR<br>PLANO, TX 75093 | | Claim Number: 4002<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $495,036.88 | | |
| CLINKARD, JUDITH M<br>1909 KINGS ISLE DR.<br>PLANO, TX 75093 | | Claim Number: 4008<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $495,036.88 | Scheduled: | $0.00 UNLIQ |
| CLOUSE, GARY<br>250 PIT ROAD<br>CORDOVA, AL 35550 | | Claim Number: 6847<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4126 | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $39,787.26 | | |
| CLOUSE, GARY<br>250 PIT ROAD<br>CORDOVA, AL 35550 | | Claim Number: 6848<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4132 | | |
| PRIORITY | Claimed: | $6,347.60 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| CLUNAN, PATRICK H.<br>1607 SHELBY TRACE<br>MOUNT JULIET, TN 37122 | Claim Number: 7889<br>Claim Date: 08/04/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,616.16   UNLIQ | | |

| CMP AMS<br>90 BEVIER ST<br>BINGHAMTON, NY 13904-1020 | Claim Number: 6708<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $41,632.50 | Allowed: | $41,632.50 |
|---|---|---|---|---|

| COAKLEY, BILLY W. SR.<br>573 VERONICA ROAD<br>GEORGETOWN, SC 29440 | Claim Number: 2884<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $7,666.00 | | |
|---|---|---|---|---|

| COAKLEY, BILLY W. SR.<br>301 OXFORD STREET<br>GEORGETOWN, SC 29440 | Claim Number: 2885<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|

| PRIORITY | Claimed: | $7,666.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,666.00 | | |
| TOTAL | Claimed: | $7,666.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

COBB, KERRI S.
2721 DUNBAR DRIVE
MCKINNEY, TX 75070

Claim Number: 7541
Claim Date: 12/28/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $43,349.35 |
|---|---|---|

COCA-COLA COMPANY, THE
ATTN: JOE JOHNSON, NAT 2008
P.O. BOX 1734
ATLANTA, GA 30313

Claim Number: 1334
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4401 (11/23/2010)

| UNSECURED | Claimed: | $90,200.00 | | Allowed: | $75,000.00 |
|---|---|---|---|---|---|

COLE, JAMES
C/O BELDEN, INC.
ATTN: BRIAN ANDERSON, CORPORATE ATTORNEY
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3530
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $13,379.15 |

COLE, JAMES W.
1148 MIDWAY DRIVE
RICHARDSON, TX 75081

Claim Number: 4468
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $103,416.96 |
|---|---|---|

COLE, JANIE W.
11000 EAGLEROCK DR
RALEIGH, NC 27613

Claim Number: 7547
Claim Date: 12/30/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $47,776.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| COLE, JANIE W.<br>12400 WHARTONS WAY<br>RALEIGH, NC 27613 | Claim Number: 8187<br>Claim Date: 01/30/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $47,776.00 |
|---|---|---|

| COLEMAN, STEPHEN M.<br>7000 KRISTI DRIVE<br>GARNER, NC 27529 | Claim Number: 7281<br>Claim Date: 06/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $63,808.18 |
|---|---|---|

| COLLA, SERGIO<br>310 OAKBERRY WAY<br>SAN JOSE, CA 95123-5122 | Claim Number: 2290<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $27,649.41 |
|---|---|---|

| COLLA, SERGIO<br>310 OAKBERRY WAY<br>SAN JOSE, CA 95123-5122 | Claim Number: 2291<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $27,649.41 |
|---|---|---|

| COLLEVECCHIO ENTERPRISES, INC.<br>DBA CREATIVE ASSOCIATES<br>8540 COLONNADE CENTER DR. S # 106<br>RALEIGH, NC 27615 | Claim Number: 2<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $245,536.30 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

COLLINS, ROBBIE D
2432 GEORGETOWN DRIVE
CARROLLTON, TX 75006

Claim Number: 3205
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $32,335.99 |
|---|---|---|

COLLINS, TOMEKA
113 VISTA BROOKE DRIVE
MORRISVILLE, NC 27560

Claim Number: 7255
Claim Date: 05/13/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $34,374.00 |
|---|---|---|

COLON, MARIA
2958 FAVERSHAM PL
RALEIGH, NC 27604

Claim Number: 4218
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $23,837.17 |
|---|---|---|

COLONIAL GAS COMPANY D/B/A KEYSPAN
ENERGY DELIVERY NEW ENGLAND
ELISA M. PUGLIESE, ESQ.
175 E. OLD COUNTRY ROAD
HICKSVILLE, NY 11801

Claim Number: 616
Claim Date: 02/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,043.48 |
|---|---|---|

COLONTONIO, MARY ELLEN
POB 603, FAIRY ISLAND
MAHOPAC, NY 10541

Claim Number: 246
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $88,419.72 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| COLTON, JAY<br>U.S. EQUAL EMPLOYMENT OPPOR. COMMISSION<br>33 WHITEHALL STREET, 5TH FL<br>NEW YORK, NY 10004 | Claim Number: 1139<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2855 (04/08/2010) | |

PRIORITY          Claimed:                    $0.00  UNLIQ

| | | |
|---|---|---|
| COLTON, JAY<br>90 BROOKDALE PLACE<br>NEWTOWN, PA 18940 | Claim Number: 2619<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | |

UNSECURED        Claimed:              $28,270.10        Scheduled:          $0.00 UNLIQ

| | | |
|---|---|---|
| COLTON, JAY<br>90 BROOKDALE OL.<br>NEWTOWN, PA 18940 | Claim Number: 2620<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |

ADMINISTRATIVE    Claimed:              $28,270.10

| | | |
|---|---|---|
| COMBAT NETWORKS INC.<br>236 WESTBROOK ROAD<br>OTTAWA, ON K0A 1L0<br>CANADA | Claim Number: 1888<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | |

UNSECURED        Claimed:               $2,184.45

| | | |
|---|---|---|
| COMED<br>ATTN: BANKRUPTCY SECTION/REVENUE MGMT<br>2100 SWIFT DRIVE<br>OAK BROOK, IL 60523 | Claim Number: 116<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) | |

UNSECURED        Claimed:                 $884.11

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| COMMERCIAL ENERGY OF MONTANA, INC.<br>C/ O FRED JACKSON<br>7767 OAKPORT STREET, SUITE 525<br>OAKLAND, CA 94621 | Claim Number: 3864<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED        Claimed: | $16,340.77 | |
| COMMODITY COMPONENTS INTERNATIONAL INC.<br>TAMMY WILE<br>100 SUMMIT ST.<br>PEABODY, MA 01960 | Claim Number: 1816<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE        Claimed: | $1,362.71 | |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 1136<br>Claim Date: 05/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| PRIORITY        Claimed: | $25,000.00 | |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 1685<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| PRIORITY        Claimed: | $10,000.00 | |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 3027<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| PRIORITY        Claimed:<br>UNSECURED        Claimed: | $50,173.47<br>$10,054.68 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 6306<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $39,209.50 | | | |
| UNSECURED | Claimed: | $10,054.68 | | | |

| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 7237<br>Claim Date: 04/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6542 (10/03/2011) | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,441.09 | | | |
| UNSECURED | Claimed: | $7,283.05 | Scheduled: | $260.00 | |

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 8007<br>Claim Date: 09/28/2011<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,836,290.00 | | | |

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 8165<br>Claim Date: 01/13/2012<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $922,253.00 | | | |

| COMPASS<br>COMPASS LEXECON<br>332 SOUTH MICHIGAN AVE<br>CHICAGO, IL 60604-4397 | Claim Number: 5045<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5624 (06/07/2011) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $52,496.40 | | Allowed: | $52,496.40 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| COMPTON, BARRY<br>13105 POWELL RD<br>WAKE FOREST, NC 27587 | | Claim Number: 3628<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |
| UNSECURED | Claimed: | $5,796.81 | | | |
| COMPTON, BARRY<br>13105 POWELL RD<br>WAKE FOREST, NC 27587 | | Claim Number: 3629<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |
| UNSECURED | Claimed: | $49,111.02 | | | |
| COMPTROLLER OF MARYLAND<br>301  WEST PRESTON ST. ROOM 410<br>BALTIMORE, MD 21201 | | Claim Number: 1081<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3050 (05/24/2010) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $3,374.00<br>$517.00 | | | |
| COMPUTER ASSOCIATES INTERNATIONAL, INC<br>ATTENTION: ROBERT AUSTEN, 5TH FLOOR<br>ONE COMPUTER ASSOCIATES PLAZA<br>ISLANDIA, NY 11749 | | Claim Number: 1954<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $6,845.00 | | Allowed: | $6,845.00 |
| COMPUTER SCIENCES CORPORATION<br>C/ O DLA PIPER LLP (US)<br>ATTN: RICHARD M. KREMEN<br>6225 SMITH AVENUE<br>BALTIMORE, MD 21209 | | Claim Number: 3944<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,568,658.99 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| COMPUWARE CORPORATION<br>ATTN: ELLEN JUDD<br>ONE CAMPUS MARTIUS<br>DETROIT, MI 48226 | Claim Number: 536<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $1,770.59 | Scheduled: | $1,770.59 |
|---|---|---|---|---|

| COMSTOCK, DOUGLAS R.<br>9401 N MANOR DR<br>ZEBULON, NC 27597 | Claim Number: 2034<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| PRIORITY | Claimed: | $5,876.93 |
|---|---|---|

| CONCENTRIX CORP<br>3750 MONROE AVE<br>PITTSFORD, NY 14534 | Claim Number: 331<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $39,000.00 | Scheduled: | $52,225.56 |
|---|---|---|---|---|

| CONDUCTIVE CIRCUITS INC<br>360 STATE ST<br>GARNER, IA 504381237 | Claim Number: 2708<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $14,270.00 | Scheduled: | $14,270.00 |
|---|---|---|---|---|

| CONDUCTIVE CIRCUITS, INC<br>360 STATE STREET<br>GARNER, IA 50438 | Claim Number: 2709<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3781 (08/12/2010) |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $14,270.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| CONKLIN, JOHN<br>1104 NW SPRUCE RIDGE DR<br>STUART, FL 349949516 | Claim Number: 7270<br>Claim Date: 06/01/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $61,850.10 |
|---|---|---|

---

| CONLEY ROSE, P.C.<br>ATTN: RODNEY B. CARROLL<br>5601 GRANITE PARKWAY, SUITE 750<br>PLANO, TX 75024 | Claim Number: 1571<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |
|---|---|

| UNSECURED | Claimed: | $43,626.00 |
|---|---|---|

---

| CONLEY, DOUGLAS<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | Claim Number: 3538<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,651.34 |

---

| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | Claim Number: 1636<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $2,089.65 |
|---|---|---|

---

| CONNOLLY, JAMES<br>353 ABBOTT ST<br>NORTH ANDOVER, MA 01845 | Claim Number: 7811<br>Claim Date: 07/05/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $59,782.86 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| CONNOR, DANIEL J.<br>13282 TORRINGTON DRIVE<br>FRISCO, TX 75035 | Claim Number: 7714<br>Claim Date: 04/21/2011<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY            Claimed: | $365,284.32 | |
| CONNOR, DANIEL J.<br>13282 TORRINGTON DRIVE<br>FRISCO, TX 75035 | Claim Number: 7840<br>Claim Date: 07/15/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1198 | |
| PRIORITY            Claimed: | $685,771.22 | |
| CONNOR, DAVID<br>5035 CHOWEN AVENUE SOUTH<br>MINNEAPOLIS, MN 55410 | Claim Number: 3301<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE        Claimed: | $0.00  UNDET | |
| CONOLY, STEVE F.<br>5410 THAYER DRIVE<br>RALEIGH, NC 27612 | Claim Number: 3053<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY            Claimed: | $57,002.93 | |
| CONTEXT CAPTIAL GROUP<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim Number: 5532<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED            Claimed: | $164,485.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| CONTINENTAL RESOURCES INC<br>175 MIDDLESEX TPKE, PO BOX 9137<br>BEDFORD, MA 01730-9137 | Claim Number: 1743<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,641.90 | | Allowed: | $14,641.00 |
| CONTINUOUS COMPUTING CORPORATION<br>C/O ROBERT L. EISENBACH III<br>COOLEY LLP<br>101 CALIFORNIA STREET, 5TH FLOOR<br>SAN FRANCISCO, CA 94111-5800 | Claim Number: 7964<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $41,000.00 | | Allowed: | $41,000.00 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: SYMMETRICOM INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 35<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | | |
| UNSECURED | Claimed: | $549,547.50 | Scheduled: $469,513.32 | Allowed: | $469,513.32 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: DANET GMBH<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 424<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $56,813.06 | | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: SVA-BIZSPHERE<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 555<br>Claim Date: 03/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | | |
| UNSECURED | Claimed: | $136,267.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: SVA BIZSPHERE ENTWICKLUNGS U
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2487
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $136,267.00 | Scheduled: | $136,267.00 | | |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: SQUIRE SANDERS & DEMPSEY LLP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3303
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

---

| UNSECURED | Claimed: | $192,602.87 | | | Allowed: | $142,500.00 |
|---|---|---|---|---|---|---|

CONTRERAS, KARLA
3809 SAN JACINTO
UNIT #C
DALLAS, TX 75204

Claim Number: 5774
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

---

| PRIORITY | Claimed: | $4,307.69 | | | | |
|---|---|---|---|---|---|---|

COOK, CASEY
3709 FAULKNER DRIVE
ROWLETT, TX 75088

Claim Number: 2823
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $26,817.84 | | | | |
|---|---|---|---|---|---|---|

COOK, JAMES
4009 GREENFIELD DR
RICHARDSON, TX 75082

Claim Number: 3841
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $30,423.47 | | | | |
|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

COOK, JASON
408 CREPE MYRTLE LANE
PLANO, TX 75094

Claim Number: 1093
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $77,270.36 |

COOK, JERRY ALLEN
212 OVERLOOK DRIVE
WOODSTOCK, GA 30188

Claim Number: 7635
Claim Date: 03/10/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,767.32 |

COOK, WAYNA MICHELLE
118 JUDSON DRIVE
HENDERSONVILLE, TN 37075

Claim Number: 7413
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $12,739.00 | UNLIQ |

COOMANS, JEFF
7012 HAWAII KAI DR. UNIT 1304
HONOLULU, HI 96825

Claim Number: 1163
Claim Date: 05/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $16,516.93 |

COOPER, DONNA L.
5133 GRANDALE DRIVE
DURHAM, NC 27713

Claim Number: 7493
Claim Date: 11/15/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8133

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37,128.96 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| COOPER, DONNA L.<br>5133 GRANDALE DRIVE<br>DURHAM, NC 27713 | | Claim Number: 8133<br>Claim Date: 01/03/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7493 |
|---|---|---|

| UNSECURED | Claimed: | $40,223.04 |
|---|---|---|

| COPELAND, JEFFERY<br>4436 GOODMAN ROAD<br>ADAMS, TN 37010 | | Claim Number: 6055<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $61,312.41 |
|---|---|---|

| COPELAND, JEFFERY<br>4436 GOODMAN ROAD<br>ADAMS, TN 37010 | | Claim Number: 7722<br>Claim Date: 05/02/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $87,323.61 |
|---|---|---|

| COPELAND, JEFFERY<br>4436 GOODMAN ROAD<br>ADAMS, TN 37010 | | Claim Number: 8189<br>Claim Date: 01/30/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $112,244.41 |
|---|---|---|

| COPPOCK, JEFFREY S<br>2133 BLUFFS DRIVE<br>LIVERMORE, CA 94551 | | Claim Number: 2767<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $4,311.85 |
|---|---|---|
| UNSECURED | Claimed: | $21,590.44 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

COQUELIN, VALERIE
9422 ERIE CT
DALLAS, TX 75218

Claim Number: 4580
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $19,734.29 |

---

CORDARO, THERESE
24 BRUNSWICK RD
CEDAR GROVE, NJ 07009

Claim Number: 910
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $32,000.00 |
| UNSECURED | Claimed: | $32,000.00 |
| TOTAL | Claimed: | $32,000.00 |

---

CORE BROOKFIELD LAKES, LLC
18000 WEST SARAH LANE, STE 250
BROOKFIELD, WI 53045

Claim Number: 5868
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 2349

| | | |
|---|---|---|
| UNSECURED | Claimed: | $86,653.06 |

---

CORN, DAVID H.
3514 CANNADY MILL RD
KITTRELL, NC 27544

Claim Number: 5764
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $85,280.00 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

CORNING INCORPORATED
PO BOX 75122
CHARLOTTE, NC 28275-0122

Claim Number: 880
Claim Date: 04/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6200 (08/23/2011)

| UNSECURED | Claimed: | $124,867.31 | Allowed: | $107,798.25 |
|---|---|---|---|---|

CORONA, RONALD
2714 TOWNBLUFF DR.
PLANO, TX 75075

Claim Number: 237
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $18,406.30 |
|---|---|---|

CORPENING, STEPHEN K.
1102 JENNIES CREEK RD.
KERMIT, WV 25674

Claim Number: 1034
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $57,438.66 |
|---|---|---|

CORRE OPPORTUNITIES FUND LP
AS ASSIGNEE OF SASKEN COMMUNICATION
1370 AVENUE OF THE AMERICAS 29TH FL
NEW YORK, NY 10019

Claim Number: 7454
Claim Date: 10/07/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $17,200.00 |
|---|---|---|
| UNSECURED | Claimed: | $8,600.00 |

CORRE OPPORTUNITIES FUND LP
AS ASSIGNEE OF SASKEN COMMUNICATION
1370 AVENUE OF THE AMERICAS 29TH FL
NEW YORK, NY 10019

Claim Number: 7455
Claim Date: 10/07/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5623 (06/07/2011)

| ADMINISTRATIVE | Claimed: | $17,200.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | | | |
|---|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: DEGREE CONTROLS, INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 153<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $3,735.00 | Scheduled: | $3,735.00 | |
|---|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MINDWAVE RESEARCH, INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 724<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | |

---

| UNSECURED | Claimed: | $42,760.00 | Scheduled: | $25,400.00 | |
|---|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PARADIGM WORKS, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 765<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $273,500.00 | Scheduled: | $133,000.00 | |
|---|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ACTUA<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 1141<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim amount is CAD $50,000.00 | | | |

---

| UNSECURED | Claimed: | $40,010.00 | Scheduled: | $50,000.00 | |
|---|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GENBAND USA LLC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 1637<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | |

---

| UNSECURED | Claimed: | $332,382.64 | | | |
|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 1910 |
| TRANSFEROR: NEW HORIZONS | Claim Date: 08/20/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: NORTEL NETWORKS INC. |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | Comments: ALLOWED |
| NEW YORK, NY 10019 | DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $3,254.14 | | | Allowed: | $2,000.00 |

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 2745 |
| TRANSFEROR: BLUE HERON MICRO OPPORTUNITI | Claim Date: 09/08/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: NORTEL NETWORKS INC. |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $38,919.00 | Scheduled: | $0.00 UNLIQ |

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 2793 |
| TRANSFEROR: SASKEN COMMUNICATION | Claim Date: 09/09/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: NORTEL NETWORKS INC. |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | Comments: POSSIBLY AMENDED BY 7454 |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $27,339.00 | Scheduled: | $25,800.00 |

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 3156 |
| TRANSFEROR: PATTON BOGGS LLP | Claim Date: 09/17/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: NORTEL NETWORKS INC. |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | Comments: ALLOWED |
| NEW YORK, NY 10019 | DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $23,925.78 | | | Allowed: | $23,925.78 |

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 3848 |
| TRANSFEROR: THIRD WAY | Claim Date: 09/25/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: NORTEL NETWORKS INC. |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $50,000.00 | Scheduled: | $50,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CELLSITE INDUSTRIES,INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4852
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $30,211.59 | Scheduled: | $13,298.59 | | |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JOHNSON CONTROLS, INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5508
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7113 (01/20/2012)

| UNSECURED | Claimed: | $1,300,030.75 | | | Allowed: | $1,219,443.99 |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GLOBALWARE SOLUTIONS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5740
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $118,757.33 | | | | |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GLOBALWARE SOLUTIONS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5811
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,047.53 | Scheduled: | $32,251.17  DISP | | |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GARLICK, HARRISON & MARKISON
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5884
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $45,462.65 | | | Allowed: | $45,462.65 |
|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ANDREW, LLC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5904
Claim Date: 10/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 793 (05/28/2009)

| ADMINISTRATIVE | Claimed: | $80,171.60 | | Allowed: | $80,171.60 |
|---|---|---|---|---|---|

CORREIA, FRANK
21 SACHEM ROAD
BRISTOL, RI 02809

Claim Number: 2443
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $17,556.60 |
|---|---|---|

CORREIA, FRANK
21 SACHEM RD
BRISTOL, RI 02809

Claim Number: 2444
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,556.60 | Scheduled: | $13,951.76 UNLIQ |
|---|---|---|---|---|

COTE, GERARD
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3537
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $9,262.32 |

COTTON, RODNEY
18500 VON KARMAN 11TH FLOOR
IRVINE, CA 92612

Claim Number: 3262
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $38,309.95 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $38,309.95 UNLIQ |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| COUCH, SHARLENE SUITT<br>6525 BATTLEFORD DRIVE<br>RALEIGH, NC 27613 | | Claim Number: 716<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| PRIORITY | Claimed: | $83,113.60 |
| COUCH, SHARLENE SUITT<br>6525 BATTLEFORD DRIVE<br>RALEIGH, NC 27613 | | Claim Number: 717<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| PRIORITY | Claimed: | $8,182.54 |
| COUNTY OF FAIRFAX<br>OFFICE OF THE COUNTY ATTORNEY<br>12000 GOVERNMENT CENTER PARKWAY<br>SUITE 549<br>FAIRFAX, VA 22035 | | Claim Number: 1510<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>Claim out of balance |
| PRIORITY | Claimed: | $15,113.05 |
| SECURED | Claimed: | $15,113.05 |
| TOTAL | Claimed: | $15,113.05 |
| COUNTY OF FAIRFAX<br>FAIRFAX COUNTY<br>OFFICE OF THE COUNTY ATTORNEY<br>12000 GOVERNMENT CENTER PARKWAY, STE 549<br>FAIRFAX, VA 22035 | | Claim Number: 6100<br>Claim Date: 11/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>Amends claim 1510 |
| UNSECURED | Claimed: | $0.00 |
| COUNTY OF SANTA CLARA<br>TAX COLLECTOR - TAX COLLECTIONS DIVISION<br>COUNTY GOVT CENTER, EAST WING<br>70 WEST HEDDING STREET<br>SAN JOSE, CA 95110 | | Claim Number: 1409<br>Claim Date: 06/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4808 (02/03/2011) |
| PRIORITY | Claimed: | $449,059.96 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | |
|---|---|---|---|---|---|
| COURRIER SLR (9010-8523QC INC)<br>3095 DAGENAIS O.<br>LAVAL, QC H7P 1T8<br>CANADA | | Claim Number: 3137<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $379.00 | | | |
| COUTURE, DENNIS L<br>7104 RIVER BIRCH DR<br>RALEIGH, NC 27613 | | Claim Number: 4181<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $5,312.42 | Scheduled: | $5,312.42 | |
| UNSECURED | Claimed: | $154,206.91 | Scheduled: | $64,791.91 | |
| COVEY, NIEL<br>333 108TH AVENUE<br>NETOWER 333, SUITE 2000<br>BELLEVUE, WA 98004 | | Claim Number: 2308<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $487,223.32 | Scheduled: | $366,757.26 UNLIQ | |
| COVEY, NIEL<br>333 108TH AVENUE<br>NETOWER 333, SUITE 2000<br>BELLEVUE, WA 98004 | | Claim Number: 2309<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $2,268.93 | Scheduled: | $1,896.52 UNLIQ | |
| COVEY, NIEL A.<br>23314 SE 13 CT<br>SAMMAMISH, WA 98075 | | Claim Number: 26<br>Claim Date: 01/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $371,524.91 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

COVEY, NIEL A.
23314 SE 13 CT
SAMMAMISH, WA 98075

Claim Number: 945
Claim Date: 04/15/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $168,857.07   UNLIQ |
|---|---|---|

COVEY, NIEL A.
23314 SE 13 CT
SAMMAMISH, WA 98075

Claim Number: 7172
Claim Date: 03/29/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $461,000.00   UNLIQ |
|---|---|---|

COWEN, JAMES D.
3851 OLD WEAVER TRAIL
CREEDMOOR, NC 27522

Claim Number: 3036
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $75,692.31 |
|---|---|---|

COWIE, GRAEME
10235 S. KLEINBROOK WAY
HIGHLANDS RANCH, CO 80126

Claim Number: 80
Claim Date: 01/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7234 (02/21/2012)

| PRIORITY | Claimed: | $1,069.40 |
|---|---|---|

COX BUSINESS
ATTN: TISHA WILES
401 N 117TH ST
OMAHA, NE 68154

Claim Number: 382
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $103.51 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| COX, JEFFREY<br>45 WEST PINE STREET<br>AUBURNDALE, MA 02466 | | Claim Number: 7364<br>Claim Date: 07/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2910 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $56,690.00 | | |
| COZART, STEVEN<br>P O BOX 830058<br>RICHARDSON, TX 75083 | | Claim Number: 6797<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $219,336.78 | | |
| COZART, WILLIAM DAVID<br>108 COMBS COURT<br>WENDELL, NC 27591 | | Claim Number: 7378<br>Claim Date: 08/09/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $43,159.54 | | |
| COZYN, MARTIN A.<br>2104 COUNTRY HILL LN<br>LOS ANGELES, CA 900496822 | | Claim Number: 405<br>Claim Date: 02/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $996,372.40 | Scheduled: | $168,346.20 |
| CRAIG, J A<br>111 ECHO DRIVE<br>APT 502<br>OTTAWA, K1S5K8<br>CANADA | | Claim Number: 4308<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $946,457.21 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| CRAMER, CARL R<br>106 PITCHSTONE CV<br>GEORGETOWN, TX 786286939 | | Claim Number: 1840<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| PRIORITY | Claimed: | $72,820.36 |
| CRAMER, CARL R.<br>106 PITCH STONE COVE<br>GEORGETOWN, TX 78628 | | Claim Number: 1839<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $72,820.36 |
| CRAMER, CARL R.<br>106 PITCH STONE COVE<br>GEORGETOWN, TX 78628 | | Claim Number: 1841<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $72,820.36 |
| CRANE, MICHAEL<br>1728 CALLANDALE AVE.<br>CARY, NC 27518 | | Claim Number: 7600<br>Claim Date: 02/10/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$9,829.86 |
| CRAWFORD, BLAKE<br>1231 RIDGEWAY DR.<br>RICHARDSON, TX 75080 | | Claim Number: 7039<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$32,210.74 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| CREAMER, BOYCE HARRY, JR.<br>27 GATE 11<br>CALABASH, NC 284672621 | Claim Number: 1175<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC. | |

| ADMINISTRATIVE | Claimed: | $81,268.35 |
|---|---|---|

| | | |
|---|---|---|
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: APTO SOLUTIONS INC<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | Claim Number: 1140<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |

| SECURED | Claimed: | $1,264.00 |
|---|---|---|

| | | |
|---|---|---|
| CRISLER, CHARLA<br>3 WOODY CREST CIRCLE<br>FAIRVIEW, TX 75069 | Claim Number: 434<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |

| PRIORITY | Claimed: | $341,333.87 |
|---|---|---|

| | | |
|---|---|---|
| CRISLER, CHARLA<br>#3 WOODY CREST CIRCLE<br>FAIRVIEW, TX 75069 | Claim Number: 4071<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 434. | |

| PRIORITY<br>UNSECURED | Claimed: | $341,334.90 | Scheduled: | $341,334.90 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| CRITICAL PATH STRATEGIES, INC.<br>MIKE MORTON, PRESIDENT<br>33 FM 474, PO BOX 2066<br>BOEME, TX 78006 | Claim Number: 7806<br>Claim Date: 06/29/2011<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $48,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| CROSS, MARY | Claim Number: 5460 |
| P.O. BOX 24871 | Claim Date: 09/30/2009 |
| NASHVILLE, TN 37202-4871 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $97,786.88 | Scheduled: | $0.00 UNLIQ |

---

| CROSSON, KEN | Claim Number: 4409 |
| 10605 EVERGREEN CHASE WAY | Claim Date: 09/28/2009 |
| RALEIGH, NC 27613 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $179,029.94 |

---

| CROUSE, CIMARRON | Claim Number: 3575 |
| 15 HIGHLAND RD | Claim Date: 09/24/2009 |
| WESTPORT, CT 06880 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $11,754.17 |

---

| CROWELL & MORING LLP | Claim Number: 3490 |
| C/O JAMES J. REGAN, ESQ. | Claim Date: 09/23/2009 |
| 1001 PENNSYLVANIA AVENUE, N.W. | Debtor: NORTEL NETWORKS INC. |
| WASHINGTON, DC 20004-2595 | |

| UNSECURED | Claimed: | $1,033,082.11 | Scheduled: | $87,521.26 |

---

| CROWL, JOHN | Claim Number: 2841 |
| 10851 MASTIN DRIVE SUITE 800 | Claim Date: 09/11/2009 |
| OVERLAND PARK, KS 66210 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $59,770.91 | | |
| UNSECURED | | | Scheduled: | $59,770.91 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CROWL, JOHN C.
13921 GARNETT ST
OVERLAND PARK, KS 66221

Claim Number: 2840
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $25,265.82 | | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | | |

---

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: UNITED STATES DEBT RECOVERY
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Claim Number: 1472-01
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $204,771.22 | | | | |

---

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: UNITED STATES DEBT RECOVERY
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Claim Number: 2140
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,500.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $22,780.00 |

---

CT LIEN SOLUTIONS
PO BOX 200824
HOUSTON, TX 77216

Claim Number: 518
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | | | |

---

CTS ELECTRONIC COMPONENTS, INC.
2375 CABOT DR
LISLE, IL 60532-3631

Claim Number: 998
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,185.00 | Scheduled: | $2,300.00 | Allowed: | $2,300.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| CULOTTI, PETER L.<br>44225 BRISTOW CIRCLE<br>ASHBURN, VA 20147 | Claim Number: 256<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $58,562.50 |

| | | |
|---|---|---|
| CULVER, JOHN K.<br>3007 BROWNSBORO VISTA DRIVE<br>LOUISVILLE, KY 40242 | Claim Number: 277<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $38,476.14 |

| | | |
|---|---|---|
| CUMBERLAND COUNTY HOSPITAL SYSTEM<br>PO BOX 788<br>FAYETTEVILLE, NC 28302 | Claim Number: 5328<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75,238.27 | Scheduled: | $0.00 UNLIQ |

| | | |
|---|---|---|
| CUMBERLAND COUNTY HOSPITAL SYSTEM<br>PO BOX 788<br>FAYETTEVILLE, NC 28302 | Claim Number: 5950<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75,238.27 |

| | | |
|---|---|---|
| CUMBERLAND COUNTY HOSPITAL SYSTEM, INC.<br>ATTN: LEGAL SERVICES<br>PO BOX 2000<br>FAYETTEVILLE, NC 28302 | Claim Number: 6041<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $75,238.27 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

CUMBERLAND COUNTY HOSPITAL SYSTEM,INC
ATTN: LEGAL SERVICES
PO BOX 2000
FAYETTEVILLE, NC 28302

Claim Number: 5327
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

---

| ADMINISTRATIVE | Claimed: | $75,238.27 |
|---|---|---|

CUMMING, CARMAN DANIEL (DAN)
407 MISTY MEADOW DR.
ALLEN, TX 75013

Claim Number: 813
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $75,246.63 |
|---|---|---|

CUMMINGS, CHAPPELLE
113 SANDERS DR
HUNTSVILLE, AL 35811

Claim Number: 2019
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $12,963.20 |
|---|---|---|

CUMMINGS, JOSEPH
35 CRYSTAL PLACE
LEVITTOWN, PA 19057

Claim Number: 3786
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $18,000.00 |
|---|---|---|

CURLEY, DONNA
216 RANGEWAY ROAD # 173
NORTH BILLERICA, MA 01862

Claim Number: 3004
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| UNSECURED | Claimed: | $48,750.91 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| CURMON, JACQUELYN N<br>7584 SILVER VIEW LANE<br>RALEIGH, NC 27613 | | Claim Number: 6044<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |
| PRIORITY | Claimed: | $2,128.60 | | | |
| UNSECURED | Claimed: | $24,456.20 | | | |
| CURMON, JACQUELYN N<br>7584 SILVER VIEW LANE<br>RALEIGH, NC 27613 | | Claim Number: 6045<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |
| CURRLIN, GEORGE<br>37 PINE RIDGE DRIVE<br>SMITHTOWN, NY 11787 | | Claim Number: 7177<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $13,074.52 | | | |
| CURTIS STRAUSS LLC<br>527 GREAT ROAD<br>LITTLETON, MA 01460-1208 | | Claim Number: 6887<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $42,067.50 | Scheduled: | $42,067.50 | |
| CURTIS, CHRIS L.<br>4113 ENGLISH IVY DR.<br>MCKINNEY, TX 75070 | | Claim Number: 1062<br>Claim Date: 04/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $11,216.66 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

CURTIS, DENNIS
13501 E 92ND ST. N
OWASSO, OK 74055

Claim Number: 4090
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $39,946.44 | | |
|---|---|---|---|---|

CUYAHOGA COUNTY TREASURER
1219 ONTARIO ST., ROOM 112
CLEVELAND, OH 44113-1697

Claim Number: 6645
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

CVJETKOVIC, MAURICIO
19701 E COUNTRY CLUB DR #5
106
AVENTURA, FL 33180

Claim Number: 2802
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $19,073.10 | Scheduled: | $19,073.10 UNLIQ |
|---|---|---|---|---|

D SCOTT HEMINGWAY
HEMINGWAY & HANSEN LLP
BANK ONE CENTER SUITE 2500
DALLAS, TX 75201

Claim Number: 2240
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $37,077.68 | | |
|---|---|---|---|---|

D'AMICO, SUSAN BETH
101 BIRCH GLEN CT.
CARY, NC 27513

Claim Number: 4120
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

D'AMOUR, BARRY
1001 KELTON COTTAGE WAY
MORRISVILLE, NC 27560

Claim Number: 2927
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $340,273.83 | Scheduled: | $340,273.83 UNLIQ |
|---|---|---|---|---|

D'AMOUR, BARRY L
1001 KELTON COTTAGE WAY
MORRISVILLE, NC 27560

Claim Number: 5330
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $484,713.94 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

D'SOUZA, RUSSEL
425 GRANT AVE.
APT 32
PALO ALTO, CA 94306

Claim Number: 6134
Claim Date: 11/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $11,948.67 |
|---|---|---|

DABIR, GEETHA
20590 MANOR DR
SARATOGA, CA 95070

Claim Number: 2769
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,519.54 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,675.00 | Scheduled: | $1,519.54 UNLIQ |

DABRAL, AJAY
7009 CLOVERHAVEN WAY
PLANO, TX 75074

Claim Number: 102
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $20,249.09 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | | |
|---|---|---|---|---|---|---|
| DABRAL, AJAY<br>7009 CLOVERHAVEN WAY<br>PLANO, TX 75074 | | Claim Number: 283<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | | | |
| UNSECURED | Claimed: | $23,624.00 | | | | |
| DACA 2010L, LP<br>TRANSFEROR: FDR FORENSIC DATA RECOVERY<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 2397<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $32,394.95 | | | Allowed: | $32,394.95 |
| DACA 2010L, LP<br>TRANSFEROR: NEXTHOP TECHNOLOGIES INC<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 6643<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $19,675.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $19,675.00 |
| DACA V, LLC<br>TRANSFEROR: CBL DATA RECOVERY TECH.<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 1831<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $1,320.00 | Scheduled: | $1,320.00 | | |
| DAGG, DAVID A. - PATENT ATTORNE<br>44 CHAPIN RD<br>NEWTON CENTRE, MA 02459 | | Claim Number: 5376<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | | |
| UNSECURED | Claimed: | $7,709.00 | Scheduled: | $1,500.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| DAHAN, BARUK<br>6 CHURCH MOUNT<br>LONDON, N2-ORP<br>UK | Claim Number: 3345<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $250,000.00 |
|---|---|---|

---

| DAHAN, BARUK<br>6 CHURCH MOUNT<br>HAMPSTEAD GARDEN SUBURB<br>LONDON, N2ORP<br>UNITED KINGDOM | Claim Number: 3346<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $250,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| DAI, DIANA<br>2604 LOFTSMOOR LN<br>PLANO, TX 75025 | Claim Number: 3024<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $9,306.00 |

| DALEY, JANE E.<br>7717 E. SOARING EAGLE WAY<br>SCOTTSDALE, AZ 85266 | Claim Number: 1465<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| PRIORITY | Claimed: | $9,911.01 |
|---|---|---|

| DALEY, JANE E.<br>7717 E. SOARING EAGLE WAY<br>SCOTTSDALE, AZ 85266 | Claim Number: 1484<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $41,420.82 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 122<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| SECURED | Claimed: | $1,824,444.38   UNLIQ |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 509<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3592 (07/14/2010) |
| SECURED | Claimed: | $1,412,298.36   UNLIQ |
| DALTON, JENNIFER<br>7270 MAXWELL RD<br>SODUS, NY 14551-9352 | | Claim Number: 3737<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $10,800.00 |
| DANE, EUGENE<br>1505 ELM ST<br>#1101<br>DALLAS, TX 75201 | | Claim Number: 6221<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $75,073.58 |
| DANFORTH, JEFFREY H<br>25132 FORTITUDE TER<br>CHANTILLY, VA 201526052 | | Claim Number: 4036<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $48,719.27 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

DANG, HUNG
1410 NORMANDY LANE
ALLEN, TX 75002

Claim Number: 2369
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $31,555.74 |
| --- | --- | --- |

DANIEL, BOBBY
2045 ENGLEWOOD DR.
APEX, NC 27539

Claim Number: 225
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

---

| PRIORITY | Claimed: | $3,805.54 |
| --- | --- | --- |

DANIEL, DAVID D.
11928 SINGING BROOK RD.
FRISCO, TX 75081

Claim Number: 7898
Claim Date: 08/08/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $36,018.84 |
| --- | --- | --- |

DANIEL, RICHARD
P.O. BOX 4276
CARY, NC 27519

Claim Number: 27
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $44,700.24 |
| --- | --- | --- |

DANIEL, RICHARD A.
P.O. BOX 4276
CARY, NC 27519

Claim Number: 31
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $9,017.48 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| DANIELS, TANYA<br>2676 BERMAN ROAD<br>NORTH AURORA, IL 60542 | | Claim Number: 2821<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| DAO, TUYEN T.<br>6545 WESTWAY DR<br>THE COLONY, TX 75056 | | Claim Number: 4348<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $20,032.22 |

| DAO, TUYEN T.<br>6545 WESTWAY DR<br>THE COLONY, TX 75056 | | Claim Number: 4349<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $46,586.56 |

| DARDEN, KAREN<br>2705 RIDGEVIEW LN<br>GARLAND, TX 75044 | | Claim Number: 119<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|---|
| UNSECURED | Claimed: | $20,977.44 |

| DARTE, SUZANNE<br>3613 DOWNING CIR<br>DEER PARK, TX 77536 | | Claim Number: 2531<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $35,495.36 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

DAS, JAYA V
11712 BROADFIELD CT.
RALEIGH, NC 27617

Claim Number: 7725
Claim Date: 05/02/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $20,002.51 | | |
|---|---|---|---|---|

DAS, PRABIR
6307 WIND RIDER WAY
COLUMBIA, MD 21045

Claim Number: 4366
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

---

| UNSECURED | Claimed: | $195,571.50 | Scheduled: | $133,287.04 UNLIQ |
|---|---|---|---|---|
| TOTAL | Claimed: | $133,287.04 | | |

DAS, PRABIR
6307 WIND RIDER WAY
COLUMBIA, MD 21045

Claim Number: 4367
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $195,571.50 | | |
|---|---|---|---|---|

DASILVA, MARIA IZABEL
200 LESLIE DR APT 601
HALLANDALE, FL 33009

Claim Number: 4019
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7234 (02/21/2012)

---

| PRIORITY | Claimed: | $5,463.81 UNLIQ | | |
|---|---|---|---|---|

DASSANI, JAGDISH D.
5317 WOOD VALLEY DRIVE
RALEIGH, NC 27613

Claim Number: 144
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $154,398.12 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| DATA CONNECTION LTD<br>BROOKER, D<br>100 CHURCH ST.<br>ENFIELD, EN2 6BQ<br>UNITED KINGDOM | Claim Number: 900<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,000.00 | | |
| DATA CONNECTION LTD<br>BROOKER, D<br>100 CHURCH ST.<br>ENFIELD, EN2 6BQ<br>UNITED KINGDOM | Claim Number: 902<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $11,250.00 | | |
| DATA GROUP OF COMPANIES, THE<br>9195 TORBRAM ROAD<br>BRAMPTON, ON L6S 6H2<br>CANADA | Claim Number: 4347<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,339.84 | Scheduled: | $1,339.84 |
| DATA GROUP OF COMPANIES, THE<br>80 AMBASSADOR DR<br>MISSISSAUGA, ON L5T 2Y9<br>CANADA | Claim Number: 4387<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | |
| ADMINISTRATIVE | Claimed: | $3,602.22 | | |
| DATA GROUP OF COMPANIES, THE<br>80 AMBASSADOR DR<br>MISSISSAUGA, ON L5T 2Y9<br>CANADA | Claim Number: 4388<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | |
| ADMINISTRATIVE | Claimed: | $1,339.84 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| DATA-COM TELECOMMUNICATIONS<br>354 ROUTE 206 SOUTH<br>FLANDERS, NJ 07836 | Claim Number: 172<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | | |
| UNSECURED          Claimed: | $9,687.50 | | | | |
| DATA-COM TELECOMMUNICATIONS<br>354 ROUTE 206 SOUTH<br>FLANDERS, NJ 07836 | Claim Number: 1456<br>Claim Date: 07/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | |
| UNSECURED          Claimed: | $9,687.50 | | Allowed: | | $8,687.50 |
| DAUTENHAHN, DAVID<br>13913 HAYES<br>OVERLAND PARK, KS 66221 | Claim Number: 665<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| PRIORITY          Claimed: | $780,116.59 | | | | |
| DAVIES, GORDON ALLAN<br>1039 CEDAR ROAD BLVD<br>OAKVILLE, ON L6J 2C2<br>CANADA | Claim Number: 6286<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED          Claimed: | $0.00   UNDET | | | | |
| DAVIES, J.D.M<br>942 BEST CIRCLE<br>NEW MARKET, ON L3X 2K9<br>CANADA | Claim Number: 4744<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED          Claimed: | $93,199.08 | Scheduled: | $93,199.08 UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

DAVIES, J.D.M
942 BEST CIRCLE
NEW MARKET, ON L3X 2K9
CANADA

Claim Number: 4745
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $547,290.30 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

DAVILA, PRISCILLA C.
2302 TUCKER ROAD
HARLINGEN, TX 78552

Claim Number: 7524
Claim Date: 12/20/2010
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $25,076.93 | | |
|---|---|---|---|---|

DAVIS, ANDREA
7003 CHARDONAY CT
SMYRNA, TN 37167

Claim Number: 7577
Claim Date: 01/24/2011
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,455.05  UNLIQ | | |

DAVIS, BRIAN P
101 ATLANTIC AVE
SPRING LAKE, NJ 07762

Claim Number: 4842
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $1,463,331.43 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

DAVIS, BRIAN P
101 ATLANTIC AVE
SPRING LAKE, NJ 07762

Claim Number: 4843
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $1,413,331.43 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

DAVIS, JAMES
1213 BALMIRAL DR
CARY, NC 27511

Claim Number: 4763
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| UNSECURED | Claimed: | $28,486.14 |
|---|---|---|

DAVIS, JOYCE G.
501 ORCHID LIGHTS CT
GRIFFIN, GA 302237264

Claim Number: 53
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $26,231.34 |

DAVIS, MARK
4760 HAMPTONS DR
ALPHARETTA, GA 30004

Claim Number: 5497
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $649.61  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $649.61  UNLIQ |

DAVIS, PATRICK
4010 EAST CHAPEL HILL- NELSON HWY.
RESEARCH TRIANGLE PARK, NC 27709

Claim Number: 3869
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $92,606.28 | Scheduled: | $78,383.83  UNLIQ |
|---|---|---|---|---|

DAVIS, RAYMOND A.
15 SKYLARK COURT
NEW BRITAIN, CT 06053

Claim Number: 1368
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $106,500.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

DAVIS, ROBERT
1032 FEDERAL HOUSE AVE
WAKE FOREST, NC 24587

Claim Number: 1700
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $82,024.00 |
|---|---|---|

---

DAVISON, JANE C
138 STELLA CT.
MORRISVILLE, NC 27560

Claim Number: 7317
Claim Date: 06/29/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $72,514.00  UNLIQ |

---

DAVY, ERRINGTON
1501 NW 108 AVE APT 329
PLANTATION, FL 33322

Claim Number: 4794
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLE DUPLICATE OF 7513

| PRIORITY | Claimed: | $32,586.55 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $32,586.55  UNLIQ |

---

DAVY, ERRINGTON
1501 NW 108 AVE APT 329
PLANTATION, FL 33322

Claim Number: 4795
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLE DUPLICATE OF 7514

| UNSECURED | Claimed: | $195,866.90 | Scheduled: | $192,545.43  UNLIQ |
|---|---|---|---|---|

---

DAWBER, CHRISTOPHER
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3536
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $6,494.22 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| DAWDA, KIRIT D<br>173 FAIRMEADOW WAY<br>MILPITAS, CA 95035 | Claim Number: 5048<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $12,165.08 |
|---|---|---|

---

| DAY, BEVERLY S.<br>54 FLAT RIVER CHURCH RD.<br>ROXBORO, NC 27574 | Claim Number: 3115<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $7,553.80 |
|---|---|---|
| UNSECURED | Claimed: | $22,987.76 |

---

| DC TECHNOLOGY, INC.<br>PO BOX 240994<br>CHARLOTTE, NC 28224 | Claim Number: 106<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) |
|---|---|

| UNSECURED | Claimed: | $37,671.18 | Scheduled: | $37,457.00 | Allowed: | $37,457.00 |
|---|---|---|---|---|---|---|

---

| DE ALMEIDA, HYACINTH G.<br>1428 WESTMONT DR<br>ALLEN, TX 75013 | Claim Number: 7703<br>Claim Date: 04/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $102,699.00 |

---

| DE ALMEIDA, HYACINTH G.<br>1428 WESTMONT DR<br>ALLEN, TX 75013 | Claim Number: 7704<br>Claim Date: 04/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $300,000.00   UNLIQ |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| DE LOS ANGELES<br>867 BLOSSOM DR<br>SANTA CLARA, CA 95050 | | Claim Number: 3169<br>Claim Date: 09/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| DEALMEIDA, HYACINTH<br>1428 WESTMONT DR<br>ALLEN, TX 75013 | | Claim Number: 7663<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7670<br>Amends claim 7670 |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $107,942.00 |

| DEALMEIDA, HYACINTH<br>1428 WESTMONT DR<br>ALLEN, TX 75013 | | Claim Number: 7670<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 0 |
|---|---|---|

| UNSECURED | Claimed: | $1,000,000.00   UNLIQ |
|---|---|---|

| DEAN, BILL<br>9090 BARON WAY<br>SALINE, MI 48176 | | Claim Number: 2608<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| DEAN, JACKIE S.<br>1510 NORTHSIDE ROAD<br>CREEDMOOR, NC 27522 | | Claim Number: 7879<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7790 |
|---|---|---|

| PRIORITY | Claimed: | $35,779.45 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| DEAN, WILLIAM<br>6516 ELKHURST DRIVE<br>PLANO, TX 75023 | Claim Number: 3015<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $16,859.92 |

| DEBOER, DONALD<br>1701 LANDON LN<br>MCKINNEY, TX 75071-7662 | Claim Number: 3113<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $45,889.16 |
|---|---|---|

| DEBORD, DENNIS<br>13000 BELLFORD CT<br>RALEIGH, NC 27614 | Claim Number: 2868<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $60,000.00 |
|---|---|---|

| DEBOURG-BROWN, DEBORAH J.<br>2110 BUCK QUARTER FARM RD<br>HILLSBOROUGH, NC 27278 | Claim Number: 8016<br>Claim Date: 10/04/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7449 |
|---|---|

| UNSECURED | Claimed: | $32,602.00 |
|---|---|---|

| DEBRUN, THOMAS E<br>516 PARISHGATE CIR<br>FUQUAY-VARINA, NC 27526 | Claim Number: 3619<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $129,717.73 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: CRITICAL POWER RESOURCE LLC<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 3457<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $495.16 | Scheduled: | $495.16 |
|---|---|---|---|---|

| DECKER, JAMES D III<br>2332 INVERNESS CIRCLE<br>JAMISON, PA 18929 | Claim Number: 42<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $192,684.78 |
|---|---|---|

| DECKER, STEVEN<br>6608 MISSION RIDGE<br>MCKINNEY, TX 75071 | Claim Number: 7196<br>Claim Date: 04/09/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $57,427.97 |
|---|---|---|

| DEES COMMUNICATIONS CORPORATION<br>1800 NE 44TH ST STE 240<br>RENTON, WA 98056-1697 | Claim Number: 781<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $5,972.80 | Scheduled: | $5,972.80 |
|---|---|---|---|---|

| DEL PRIORE, ROBERT P<br>10110 AVENT RIDGE DR.<br>COLLIERVILLE, TN 38017 | Claim Number: 3651<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $87,727.47 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | |
|---|---|---|
| DELISSIO, ANTHONY<br>15 GRACE DRIVE<br>OLD BRIDGE, NJ 08857 | Claim Number: 4023<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $28,807.12 |

| | | |
|---|---|---|
| DELL MARKETING, L.P.<br>811 BARTON SPRINGS RD STE 811<br>AUSTIN, TX 78704-1166 | Claim Number: 834<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $32,343.17 |
| UNSECURED | Claimed: | $89,950.53 |

| | | |
|---|---|---|
| DELL MARKETING, L.P.<br>811 BARTON SPRINGS RD STE 811<br>AUSTIN, TX 78704-1166 | Claim Number: 899<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $32,343.17 |
| UNSECURED | Claimed: | $89,950.53 |

| | | |
|---|---|---|
| DELL MARKETING, L.P.<br>811 BARTON SPRINGS RD STE 811<br>AUSTIN, TX 78704-1166 | Claim Number: 1583<br>Claim Date: 07/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012)<br>Amends claim 899. | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,684.54 |
| UNSECURED | Claimed: | $86,874.35 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| DELLER, JILL J.<br>2303 LAKESIDE DRIVE<br>ARLINGTON, TX 76013 | Claim Number: 260<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012)<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $2,674.00 |
| SECURED | Claimed: | $44,594.00 |
| TOTAL | Claimed: | $44,594.00 |

---

| DELOITTE & TOUCHE LLP<br>2200 ROSS AVE., SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 975<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 1793 (10/30/2009) |
|---|---|

| UNSECURED | Claimed: | $10,478.00 |

---

| DELORENZI, ALBERT<br>4412 CREEKMEADOW DR<br>DALLAS, TX 752876809 | Claim Number: 5913<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $614,141.68 | Scheduled: | $0.00 UNLIQ |

---

| DELTA ENERGY SYSTEMS (SWEDEN) AB<br>BOX 3096<br>VAXJO, SE-350 33<br>SWEDEN | Claim Number: 1434<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $6,136.00 | Allowed: | $6,136.00 |

---

| DELTA NETWORKS INC.<br>DELTA PRODUCTS CORP. FREMONT OFFICE<br>YAO CHOU/SENIOR VICE PRESIDENT<br>4405 CUSHING PARKWAY<br>FREMONT, CA 94538 | Claim Number: 1035<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,227.28 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| DELTA NETWORKS INC.<br>DELTA PRODUCTS CORP. FREMONT OFFICE<br>YAO CHOU/SENIOR VICE PRESIDENT<br>4405 CUSHING PARKWAY<br>FREMONT, CA 94538 | | Claim Number: 1065<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | |
| ADMINISTRATIVE | Claimed: | $5,227.28 | |
| DELTA NETWORKS INTERNATIONAL LTD-MACAO<br>COMMERCIAL OFFSHORE - VICTOR CHENG/PRES.<br>FLAT Q, 17/F., EDIFICIO CENTRO COM.<br>CHENG FENG, 336-342 ALAMEDA DR.<br>CARLOS D'ASSUMPCAO,<br>MACAO | | Claim Number: 269<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $28,512.40 | |
| DELTA NETWORKS, INC.<br>VICTOR CHENG / PRESIDENT<br>186 RUEY KUANG ROAD<br>NEIHU<br>TAIPEI, 11491<br>TAIWAN, R.O.C. | | Claim Number: 270<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $52,993.76 | |
| DELTA PRODUCTS CORP<br>4405 CUSHING PARKWAY<br>FREMONT, CA 94538-6475 | | Claim Number: 5457<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | |
| UNSECURED | Claimed: | $21,680.00 | |
| DELTA PRODUCTS CORP<br>ATTN: CHARLENE TING<br>4405 CUSHING PARKWAY<br>FREMONT, CA 94538 | | Claim Number: 5458<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE | Claimed: | $21,680.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| DELTRAP, CHRISTINE<br>3274 W SHADOWLAWN AVE NE<br>ATLANTA, GA 30305 | | Claim Number: 7905<br>Claim Date: 08/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 851 |
|---|---|---|
| PRIORITY | Claimed: | $135,652.41 |

---

| DELUCCA, JAMES<br>7700 SWEETGATE LN<br>DENTON, TX 76208-7631 | | Claim Number: 4037<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $26,289.31 |

---

| DELUCCA, JAMES<br>7700 SWEETGATE LANE<br>DENTON, TX 76208 | | Claim Number: 4044<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $26,289.31 |

---

| DELZER, MARCI<br>5016 VILLAGE LAWN DR<br>RALEIGH, NC 27613 | | Claim Number: 7470<br>Claim Date: 10/19/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $26,550.00   UNLIQ |

---

| DEMANTY, JOY<br>428 AVENIDA ABETOS<br>SAN JOSE, CA 95123 | | Claim Number: 1712<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $46,689.32 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

DEMANTY, JOY
428 AVENIDA ABETOS
SAN JOSE, CA 95123

Claim Number: 1713
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $46,689.32 | | |
|---|---|---|---|---|

---

DEMEL, ERNEST
SOUTH BROOKLYN LEGAL SERVICES
ATTN: GARY STONE
105 COURT STREET, 3RD FLOOR
BROOKLYN, NY 11201

Claim Number: 4643
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4160 (10/14/2010)

| UNSECURED | Claimed: | $1,924,557.70 | Allowed: | $125,000.00 |
|---|---|---|---|---|

---

DEMOTSES, KAREN
95 SUMMER STREET
NORTH ANDOVER, MA 01845

Claim Number: 7920
Claim Date: 08/26/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $67,447.90 | | |
|---|---|---|---|---|

---

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 352422593

Claim Number: 361
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $117,879.12 | | |
|---|---|---|---|---|

---

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 1961
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $101,041.28 | Scheduled: | $101,041.28 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| DENEEN, JEFFREY<br>7514 KINGS MOUNTAIN RD<br>VESTAVIA HLS, AL 35242-2593 | | Claim Number: 1962<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $18,114.86 UNLIQ |
| DENEEN, JEFFREY<br>7514 KINGS MOUNTAIN RD<br>VESTAVIA HLS, AL 35242-2593 | | Claim Number: 1963<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $101,041.28 | | |
| DENEEN, JEFFREY<br>7514 KINGS MOUNTAIN RD<br>VESTAVIA HLS, AL 35242-2593 | | Claim Number: 1964<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $18,114.86 | | |
| DENG, HUI<br>1820 RICE CT.<br>ALLEN, TX 75013 | | Claim Number: 351<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | |
| PRIORITY | Claimed: | $11,021.89 | | |
| DENG, HUI<br>1820 RICE CT.<br>ALLEN, TX 75013 | | Claim Number: 8168<br>Claim Date: 01/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | |
| PRIORITY | Claimed: | $11,021.89 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| DENNING, LINDA<br>6 CROSSWINDS EST DR<br>PITTSBORO, NC 27312 | Claim Number: 4647<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $74,034.84 |

| | | |
|---|---|---|
| DENNIS, LOUISE<br>13927 E QUAIL TRACK RD<br>SCOTTSDALE, AZ 85262 | Claim Number: 7827<br>Claim Date: 07/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 6693 | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $38,150.78 |

| | | |
|---|---|---|
| DENT, ANDREW<br>5033 NW 121 DR<br>CORAL SPRINGS, FL 33076 | Claim Number: 7355<br>Claim Date: 07/26/2010<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $85,334.51 |

| | | |
|---|---|---|
| DEPARTMENT OF REVENUE<br>STATE OF MISSOURI<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 751<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,386.96 |
| UNSECURED | Claimed: | $22,788.67 |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 250<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2322 (01/21/2010) | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $15,032,552.67 | UNDET |
| UNSECURED | Claimed: | $10,000.00 | UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 1226<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2322 (01/21/2010) |

| PRIORITY | Claimed: | $35,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $136,918.00 |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 1935<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2322 (01/21/2010) |

| PRIORITY | Claimed: | $2,967,386,218.82 |
|---|---|---|
| UNSECURED | Claimed: | $49,264,612.00 |

| | | |
|---|---|---|
| DEPEW, BRUCE<br>516 NANTAHALA DR<br>DURHAM, NC 27713 | | Claim Number: 2633<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |

| PRIORITY | Claimed: | $7,051.10 |
|---|---|---|
| UNSECURED | Claimed: | $20,591.95 |

| | | |
|---|---|---|
| DEROSAS, RAMON<br>146 TRAINCROFT NW<br>MEDFORD, MA 02155 | | Claim Number: 996<br>Claim Date: 04/22/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $25,601.40 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

DERRY, LEE
1144 GILBERT
DOWNERS GROVE, IL 60515

Claim Number: 3904
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,779.85 | | | | | |

DERRY, LEE
1144 GILBERT
DOWNERS GROVE, IL 60515

Claim Number: 3905
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,779.85 | Scheduled: | $0.00 UNLIQ | |

DEUTSCHE BANK SECURITIES INC.
TRANSFEROR: INTL BUSINESS MACHINES CORP
ATTN: JEFFREY OLINSKY
60 WALL STREET, 3RD FLOOR
NEW YORK, NY 10005

Claim Number: 7897
Claim Date: 08/08/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6977 (12/14/2011)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $30,005,119.45 | | Allowed: | $16,049,760.74 |

DEUTSCHE BANK SECURITIES, INC.
TRANSFEROR: WIPRO LIMITED
ATTN: MATT WEINSTEIN
60 WALL STREET, 3RD FLOOR
NEW YORK, NY 10005

Claim Number: 5333
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,089,788.00 |

DEVLIN, TERENCE
790 REGISTRY LANE
ATLANTA, GA 30342

Claim Number: 3429
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,573.95 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

DEWART, JOHN
17 BYRSONIMA CT
SOUTH
HOMOSASSA, FL 34446

Claim Number: 3210
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $507,285.00 |

---

DHOKIA, ANILA
10613 RIVER FOREST DRIVE
RALEIGH, NC 27614

Claim Number: 4607
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $56,748.42 |

---

DHOKIA, ANILA
10613 RIVER FOREST DR
RALEIGH, NC 27614

Claim Number: 8043
Claim Date: 11/10/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $69,675.00 | UNLIQ |

---

DHONDT, LUC
GROENSTRAAT 11
9820 MERELBEKE,
BELGIUM

Claim Number: 1331
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $120,858.71 |

---

DHONDT, LUC
GROENSTRAAT 11
9820 MERELBEKE,
BELGIUM

Claim Number: 5932
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $61,538.10 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

DIAMOND, JEFF
6517 25TH AVE NE, UNIT #D
SEATTLE, WA 98115

Claim Number: 5424
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $2,910.35 |
| --- | --- | --- |

DIBURRO, LAWRENCE
9 GLENWOOD CIRCLE
HAVERHILL, MA 01830

Claim Number: 3185
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $80,632.00 |
| --- | --- | --- |

DIBURRO, LAWRENCE
600 TECHNOLOGY PARK
BILLERICA, MA 01821

Claim Number: 3186
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $80,632.00 | Scheduled: | $61,509.18 UNLIQ |
| --- | --- | --- | --- | --- |

DIETZ, JEFFREY B.
10 ORCHARD PARK DRIVE
READING, MA 01867

Claim Number: 1541
Claim Date: 07/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,653.50 |
| --- | --- | --- |

DIGI KEY CORP
701 BROOKS AVENUE SOUTH
THIEF RIVER FALLS, MN 56701-0677

Claim Number: 2376
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $580.72 | Scheduled: | $4,011.09 |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| DIGI-KEY CORPORATION | Claim Number: 2377 |
| PO BOX 677 | Claim Date: 08/31/2009 |
| THIEF RIVER FALLS, MN 56701 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 4758 (01/25/2011) |

---

| UNSECURED | Claimed: | $703.52 |

| DIGICOM, INC | Claim Number: 261 |
| 829 TOWLSTON RD | Claim Date: 02/11/2009 |
| MC LEAN, VA 22102 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4053 (09/30/2010) |

---

| UNSECURED | Claimed: | $8,703.98 |

| DIGIKEY | Claim Number: 2378 |
| DIGI KEY CORP | Claim Date: 08/31/2009 |
| PO BOX 250 | Debtor: NORTEL NETWORKS INC. |
| THIEF RIVER FALLS, MN 56701-0250 | Comments: ALLOWED |
| | DOCKET: 4256 (11/08/2010) |

---

| UNSECURED | Claimed: | $5,201.44 | Allowed: | $1,816.43 |

| DIMILLO, LYNETTE | Claim Number: 1609 |
| 7765 SILVER CREEK RD. | Claim Date: 07/27/2009 |
| DAWSONVILLE, GA 30534 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $40,865.00 |

| DIMILLO, STEVEN | Claim Number: 8195 |
| 7765 SILVER CREEK RD | Claim Date: 02/14/2012 |
| DAWSONVILLE, GA 30534 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $60,456.75 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

DINH, HA K.
517 WYOMING DR
MURPHY, TX 75094

Claim Number: 983
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $27,542.31 |
|---|---|---|

DISANTO, DONALD A.
3017 REEVES RD
WILLOUGHBY, OH 44094

Claim Number: 7063
Claim Date: 02/01/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 5846. Claim is for 10,304.40 per year priority.

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

DISE, ROGER
6909 WEDGESTONE DR.
PLANO, TX 75023

Claim Number: 7950
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,458.00 |
|---|---|---|

DISNEY, JESSICA
1032 SOUZA DRIVE
EL DORADO HILLS, CA 95762

Claim Number: 2235
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

DJOKO, SURNJANI
5411 LINCOLNSHIRE DR.
RICHARDSON, TX 75082

Claim Number: 1246
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $17,415.62 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| DLA PIPER LLP (US)<br>C/O RICHARD M KREMEN<br>THE MARBURY BUILDING<br>6225 SMITH AVENUE<br>BALTIMORE, MD 21209-3600 | | Claim Number: 3468<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $14,463.14 | |
| DOAN, THUY<br>10709 SPYGLASS HILL<br>ROWLETT, TX 75089 | | Claim Number: 6069<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | |
| PRIORITY | Claimed: | $45,073.49 | |
| UNSECURED | Claimed: | $45,073.49 | |
| TOTAL | Claimed: | $45,073.49 | |
| DOBBINS, RICHARD<br>21 MOUNTAIN VIEW RD<br>LAKE TOXAWAY, NC 28747 | | Claim Number: 1032<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | |
| UNSECURED | Claimed: | $18,269.25 | |
| DOBYNS, NORMAN<br>PO BOX 47<br>WEEMS, VA 22576 | | Claim Number: 2457<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $0.00  UNDET  Scheduled: | $85,269.00  UNLIQ |
| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | | Claim Number: 823<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $0.00  UNDET | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | | Claim Number: 2458<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | | Claim Number: 2459<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $85,269.00 |

---

| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | | Claim Number: 2460<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $85,269.00 |

---

| DOCULINK INTERNATIONAL INC<br>120 HERZBERG ROAD<br>OTTAWA, ON K2K-3B7<br>CANADA | | Claim Number: 4650<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5565 (06/02/2011) |
|---|---|---|
| UNSECURED | Claimed: | $402,504.25 |

---

| DOCULINK INTERNATIONAL INC.<br>120 HERZBERG RD<br>OTTAWA, ON K2K 3B7<br>CANADA | | Claim Number: 4518<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5565 (06/02/2011) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,885.57 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

DOCULINK INTERNATIONAL INC.
120 HERZBERG RD
OTTAWA, ON K2K 3B7
CANADA

Claim Number: 4784
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,215.21 |
|---|---|---|

DOCULINK INTERNATIONAL INC.
120 HERZBERG RD
OTTAWA, ON K2K 3B7
CANADA

Claim Number: 4785
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $7,299.29 |
|---|---|---|

DOCULINK INTERNATIONAL INC.
120 HERZBERG RD
OTTAWA, ON K2K 3B7
CANADA

Claim Number: 4786
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5565 (06/02/2011)

| ADMINISTRATIVE | Claimed: | $7,291.79 |
|---|---|---|

DOCULINK INTERNATIONAL INC.
120 HERZBERG RD
OTTAWA, ON K2K 3B7
CANADA

Claim Number: 4787
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5565 (06/02/2011)

| ADMINISTRATIVE | Claimed: | $3,644.87 |
|---|---|---|

DODD, ANNA
1310 CORELAND DR. APT 219
MADISON, TN 37115

Claim Number: 6162
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $35,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| DODD, RANDY<br>14009 HAYES<br>OVERLAND PARK, KS 66221 | Claim Number: 3<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| PRIORITY | Claimed: | $375,120.39 |
|---|---|---|

| DOERK, MICHAEL<br>15922 WINDY MEADOW DR<br>DALLAS, TX 75248 | Claim Number: 2763<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012)<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $50,008.88 |
| TOTAL | Claimed: | $50,008.88 |

| DOHNER, ROY F<br>33711 BRIGANTINE DR<br>MONARCH BEACH, CA 92629 | Claim Number: 3424<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| DOHNER, ROY F<br>33711 BRIGANTINE DR<br>DANA POINT, CA 92629 | Claim Number: 3426<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $181,904.93 |
|---|---|---|

| DOMINO, ANTHONY<br>4124 STAGWOOD DRIVE<br>RALEIGH, NC 27613 | Claim Number: 199<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $15,165.38 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

DONATO, RICHARD
308 ROSE PETAL RUN
WAKE FOREST, NC 27587

Claim Number: 7813
Claim Date: 07/05/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $121,225.00 |
|---|---|---|

DONDERO, A. MICHAEL
213 WASHINGTON ST.
LEOMINSTER, MA 01453

Claim Number: 1339
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6124

| UNSECURED | Claimed: | $25,439.71 |
|---|---|---|

DONDERO, A. MICHAEL
213 WASHINGTON ST.
LEOMINSTER, MA 01453

Claim Number: 1340
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,665.98 |
|---|---|---|

DONNELLY, DANIEL
675 WOOD VALLEY TRACE
ROSWELL, GA 30076

Claim Number: 3397
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,544.08 |
|---|---|---|

DONNELLY, DORIS
1001 SUTERLAND RD
CARY, NC 27511

Claim Number: 6629
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $100,363.90 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| DONOGHUE, ADRIAN<br>119 MOSSGROVE TRAIL<br>WILLOWDALE, ON M2L 2W4<br>CANADA | | Claim Number: 2968<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |
| DONOGHUE, ADRIAN<br>119 MOSSGROVE TRAIL<br>WILLOWDALE, ON M2L2W4<br>CANADA | | Claim Number: 2970<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $111,637.89 | Scheduled: | $0.00 UNLIQ |
| DONOGHUE, ADRIAN<br>119 MOSSGROVE TRAIL<br>WILLOWDALE, ON M2L 2W4<br>CANADA | | Claim Number: 2971<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |
| DOOLEY, KEVIN<br>6 LINDEN ST<br>CHELMSFORD, MA 01824 | | Claim Number: 7136<br>Claim Date: 03/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3141 | | |
| UNSECURED | Claimed: | $34,708.08 | | |
| DOOLEY, KEVIN WALTER<br>6 LINDEN ST<br>CHELMSFORD, MA 01824 | | Claim Number: 3142<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $34,708.08 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

DOOLITTLE, JOHN
1284 FIELDCREST LANE
OAKVILLE, ON L6M2L7
CANADA

Claim Number: 8086
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

DORR, ALAN M
2603 WOODSIDE CIRCLE
MCKINNEY, TX 75070

Claim Number: 1948
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7234 (02/21/2012)

---

| | | |
|---|---|---|
| UNSECURED | Claimed: | $168,088.80 |

DORR, ALAN M.
2603 WOODSIDE CIRCLE
MCKINNEY, TX 75070

Claim Number: 1947
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $168,088.80 |

DOTY, MICHAEL
182 STARK LN.
SHERMAN, TX 75090

Claim Number: 7527
Claim Date: 12/20/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $16,515.00 | UNLIQ |

DOVER MASTER FUND II, L.P.
TRANSFEROR: GILMORE GLOBAL LOGISTICS
C/O LONGACRE MANAGEMENT, LLC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3721
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

---

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $589,872.29 | Allowed: | $464,872.29 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | |
|---|---|---|---|---|
| DOVER MASTER FUND II, L.P.<br>TRANSFEROR: GILMORE GLOBAL LOGISTICS SER<br>C/O LONGACRE MANAGEMENT, LLC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3722<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $3,502.19 | Allowed: | $3,502.19 |
| DOVER MASTER FUND II, L.P.<br>TRANSFEROR: ACS CABLE SYSTEMS, INC.<br>C/O LONGACRE MANAGEMENT, LLC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6135<br>Claim Date: 11/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5087 (03/09/2011) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $8,410,111.00  UNLIQ | Allowed: | $1,750,000.00 |
| DOWDY, JILL<br>445 B HALLTOWN ROAD<br>PORTLAND, TN 37148 | Claim Number: 8095<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $63,916.06 | | |
| DOWNER, J A HANSEN<br>119 GOODMAN DRIVE<br>KANATA, ON K2W IC7<br>CANADA | Claim Number: 2125<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |
| DOWNING, DAVID<br>PO BOX 13010<br>4001 E. CHAPEL HILL-NELSON HWY<br>RESEARCH TRIANGLE PARK, NC 27709-3010 | Claim Number: 4618<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $4,470.22 | Scheduled: | $3,776.27  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

DOWNING, DAVID
PO BOX 13010
4001 E. CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 4619
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $24,543.21 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $19,417.55 UNLIQ | |

---

DOXEY, EVELYN N
741 GENERAL GEORGE PATTON RD
NASHVILLE, TN 37221

Claim Number: 5454
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $103,451.93   CONT

---

DOXEY, EVELYN N.
741 GENERAL GEORGE PATTON RD.
NASHVILLE, TN 37221

Claim Number: 7402
Claim Date: 09/07/2010
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $103,451.93

---

DOYLE, DANIEL
88 FRANCIS WYMAN RD
BURLINGTON, MA 01803

Claim Number: 7989
Claim Date: 09/19/2011
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $35,521.00

---

DOYLE, RICHARD F
531 FOX CHASE RD.
WIRTZ, VA 24184

Claim Number: 2356
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,998.58 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| DRAKAGE, MARK<br>1321 APACHE LN<br>APEX, NC 27502 | Claim Number: 937<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $90,375.52 |
|---|---|---|

| DRAWBRIDGE SPECIAL OPP. FUND LTD.<br>TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR<br>C/O FORTRESS INVESTMENT GROUP<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 4547-05<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $4,359.43 |
|---|---|---|

| DRAWBRIDGE SPECIAL OPP. FUND LTD.<br>TRANSFEROR: WISTRON CORPORATION<br>C/O FORTRESS INVESTMENT GROUP<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5633-05<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |
|---|---|

| UNSECURED | Claimed: | $158,486.38 |
|---|---|---|

| DRAWBRIDGE SPECIAL OPP. FUND LTD.<br>TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY<br>C/O FORTRESS INVESTMENT GROUP<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5636-05<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $450,046.41 |
|---|---|---|

| DRAWBRIDGE SPECIAL OPP. FUND LTD.<br>TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY<br>C/O FORTRESS INVESTMENT GROUP<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5638-05<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $515,779.88 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP<br>TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR<br>C/O FORTRESS INVESTMENT GROUP LLC<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 4547-04<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $16,347.87 | |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP<br>TRANSFEROR: WISTRON CORPORATION<br>C/O FORTRESS INVESTMENT GROUP LLC<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5633-04<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | |
| UNSECURED          Claimed: | $594,323.92 | |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP<br>TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY<br>C/O FORTRESS INVESTMENT GROUP LLC<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5636-04<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $1,687,674.03 | |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP<br>TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY<br>C/O FORTRESS INVESTMENT GROUP LLC<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5638-04<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE          Claimed: | $1,934,174.54 | |
| DTEL NETWORK SOLUTIONS INC<br>10-1642 EAST GEORGIA ST<br>VANCOUVER, BC V5L 2B2<br>CANADA | Claim Number: 2141<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| ADMINISTRATIVE          Claimed: | $25,500.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| DUBAL, PRAVINA K.<br>113 FROHLICH DR.<br>CARY, NC 27513 | Claim Number: 7816<br>Claim Date: 07/05/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $9,665.28 |
|---|---|---|

---

| DUESENBERG INVESTMENT COMPANY<br>LOCKBOX 8318, PO BOX 511318<br>LOS ANGELES, CA 90051-7873 | Claim Number: 4261<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $66,268.24 | Scheduled: | $0.00 UNLIQ | Allowed: | $44,996.58 |
|---|---|---|---|---|---|---|

| DUFFY, BRIAN J.<br>3613 WATERWAY BLVD<br>ISLE OF PALMS, SC 29451 | Claim Number: 239<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $9,847.32 |
|---|---|---|
| UNSECURED | Claimed: | $4,923.66 |

| DUKE ENERGY CAROLINAS<br>P.O. BOX 1006<br>EC03T<br>CHARLOTTE, NC 28201 | Claim Number: 185<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 211 (02/03/2009) |
|---|---|

| UNSECURED | Claimed: | $200,395.33 |
|---|---|---|

| DUKE REALTY OHIO<br>C/O DUKE REALTY CORPORATION<br>ATTN: LISA STARCEVICH<br>6133 N. RIVER ROAD, SUITE 200<br>ROSEMONT, IL 60018 | Claim Number: 1488<br>Claim Date: 07/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $56,422.44 | | Allowed: | $46,420.44 |
|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| DUKE REALTY OHIO<br>C/O DUKE REALTY CORPORATION<br>ATTN: LISA STARCEVICH<br>6133 N. RIVER ROAD, SUITE 200<br>ROSEMONT, IL 60018 | Claim Number: 1490<br>Claim Date: 07/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | | | |

| UNSECURED | Claimed: | $52,415.34 | | | |

---

| DUN & BRADSTREET<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 505<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6108 (08/09/2011) | | | | |

| UNSECURED | Claimed: | $152,895.18 | Scheduled: | $115,500.00 | Allowed: | $136,822.00 |

---

| DUNN, MICHAEL H.<br>916 POINTVIEW CIRCLE<br>MOUNT JULIET, TN 37122 | Claim Number: 2294<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |

---

| DUONG, ANDREW<br>300 11TH AVE APT 207<br>SEATTLE, WA 98122-5315 | Claim Number: 218<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |

| UNSECURED | Claimed: | $21,829.25 | | | |

---

| DUONG, ANDREW<br>506 STRETFORD LANE<br>ALLEN, TX 75002 | Claim Number: 3102<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | | |

| ADMINISTRATIVE | Claimed: | $15,625.15 | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| DUONG, ANDREW<br>506 STRETFORD LANE<br>ALLEN, TX 75002 | | Claim Number: 3103<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $21,829.25 | | |
| DUONG, SON K<br>383 SAN MARINO<br>IRVINE, CA 926140217 | | Claim Number: 3379<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>claim amount is 463.31/month | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| DURAMOULD PLASTICS INC.<br>1950 BOUNDARY RD<br>WHITBY, ON L1N 8P8<br>CANADA | | Claim Number: 3635<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| ADMINISTRATIVE | Claimed: | $73,000.00 | | |
| DURHAM COUNTY TAX COLLECTOR<br>PO BOX 3397<br>DURHAM, NC 27702 | | Claim Number: 2093<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| PRIORITY | Claimed: | $323,544.62 | Scheduled: | $0.00 UNLIQ |
| DURKEE, MR. PETER<br>24251 S CENTRAL POINT RD<br>CANBY, OR 97013 | | Claim Number: 919<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $28,019.29 | | |
| TOTAL | Claimed: | $28,019.29 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| DV DIE CUTTING INC<br>45 PRINCE STREET<br>DANVERS, MA 01923-1437 | Claim Number: 2373<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $565.00 | Scheduled: | $565.00 |
|---|---|---|---|---|

| DYER, F R<br>5 FOXGLOVE PLACE<br>OTTAWA, ON K2R 1B2<br>CANADA | Claim Number: 4422<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|

| DYER, TIMOTHY<br>35846 OSPREY LN<br>EUSTIS, FL 32736 | Claim Number: 5496<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $40,000.00 |
|---|---|---|

| DYKSTRA, JOHN W.<br>725 TIMBER LANE<br>SHOREVIEW, MN 55126 | Claim Number: 567<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $7,892.00 |
|---|---|---|
| UNSECURED | Claimed: | $48,000.00 |

| DYNATOOL INDUSTRIES INC<br>3540 ST PATRICK<br>MONTREAL, QC H4E 1A2<br>CANADA | Claim Number: 1946<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $13,020.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| DYNDIKOVA, YULIA<br>253 VINEYARD DR<br>SAN JOSE, CA 95119 | Claim Number: 5054<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $26,383.28 |
|---|---|---|

---

| E.I. DU PONT DE NEMOURS & COMPANY<br>ATTN: SUSAN F. HERR<br>DUPONT LEGAL, D-8052-2<br>1007 MARKET STREET<br>WILMINGTON, DE 19898 | Claim Number: 5514<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3937 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| EAST CAMELBACK ROAD, INC.<br>C/O ROBERT N. BRIER, ESQ.<br>2400 EAST ARIZONA BILTMORE CIRCLE,<br>SUITE 1300<br>PHOENIX, AZ 85016-2115 | Claim Number: 2059<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $244,203.60 |
|---|---|---|

---

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1056<br>Claim Date: 04/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $910.00 | Allowed: | $530.00 |
|---|---|---|---|---|

---

| EATON CORPORATION<br>ATTN: GLOBAL TRADE CREDIT<br>1111 SUPERIOR AVENUE<br>CLEVELAND, OH 44114 | Claim Number: 3491<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $8,826.38 | Scheduled: | $8,485.76 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| EATON, THOMAS<br>9208 TOWN GATE LANE<br>BETHESDA, MD 20817 | | Claim Number: 2273<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |

| ECHARD JR., ALFRED<br>2923 GLEN ECHO CT<br>HIGH POINT, NC 27265 | | Claim Number: 3907<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | | | |

---

| PRIORITY | Claimed: | $24,530.00 | | | |

| ECHARD, JR., ALFRED A.<br>2923 GLEN ECHO COURT<br>HIGH POINT, NC 27265 | | Claim Number: 3906<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |

---

| ADMINISTRATIVE | Claimed: | $24,530.00 | | | |

| EDHOLM, PHILIP<br>9921 LONGVIEW LANE<br>PLEASANTON, CA 94588 | | Claim Number: 4114<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| PRIORITY<br>UNSECURED | Claimed: | $249,763.44 | Scheduled: | $0.00 UNLIQ | |

| EDHOLM, PHILIP K.<br>9921 LONGVIEW LANE<br>PLEASANTON, CA 94538 | | Claim Number: 4113<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |

---

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

EDWARDS II, CLYDE L.
5241 LAKE EDGE DR
HOLLY SPRIN, NC 27540

Claim Number: 4076
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $69,276.30 |
|---|---|---|

EDWARDS, A CHRIS
2033 W MCDERMOTT DR STE 320
ALLEN, TX 75013-4675

Claim Number: 5605
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $76,800.00 |
|---|---|---|

EDWARDS, CLYDE LEE
5241 LAKE EDGE DR.
HOLLY SPRINGS, NC 27540

Claim Number: 342
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $73,681.82 |
|---|---|---|

EDWIN, FADI
6011 LYTHAM DRIVE
DALLAS, TX 75252

Claim Number: 1900
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $100,000.00 |
|---|---|---|

EGERMAN, KEVIN A.
2905 DEAN PARKWAY # 102
MINNEAPOLIS, MN 55416

Claim Number: 2576
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| EION INC<br>320 MARCH ROAD<br>SUITE 500<br>OTTAWA, ON K2K 2E3<br>CANADA | | Claim Number: 5661<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $427,281.25 | | |
| EION INC<br>320 MARCH ROAD<br>OTTAWA, ON K2K 2E3<br>CANADA | | Claim Number: 5662<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
| UNSECURED | Claimed: | $427,281.25 | | |
| EION INC<br>320 MARCH ROAD SUITE 500<br>OTTAWA, ON K2K 2E3<br>CANADA | | Claim Number: 5663<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
| ADMINISTRATIVE | Claimed: | $427,281.25 | | |
| EION INC<br>320 MARCH ROAD<br>SUITE 500<br>OTTAWA, ON K2K 2E3<br>CANADA | | Claim Number: 5783<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
| ADMINISTRATIVE | Claimed: | $427,281.25 | | |
| EION INC<br>320 MARCH ROAD<br>OTTAWA, ON K2K 2E3<br>CANADA | | Claim Number: 5784<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
| UNSECURED | Claimed: | $427,281.25 | Scheduled: | $417,660.42 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | | |
|---|---|---|---|---|---|---|
| EISLER, MARK<br>1413 BEAVER RUN RD<br>GREENSBURG, PA 15601 | | Claim Number: 233<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $114,426.29 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| EISLER, MARK<br>1413 BEAVER RUN RD<br>GREENSBURG, PA 15601 | | Claim Number: 3761<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,301.37 | Scheduled: | $0.00 UNLIQ | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ELECTRO RENT CORPORATION<br>C/O JEFFREY KURTZMAN, ESQUIRE<br>KLEHR HARRISON HARVEY BRANZBURG & ELLERS<br>260 S BROAD STREET<br>PHILADELPHIA, PA 19102 | | Claim Number: 159<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4403 (11/23/2010) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $36,235.00 | | | Allowed: | $8,237.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ELECTRONIC ENVIRONMENTS CORPORATION<br>C/O JANICE RONAN<br>410 FOREST STREET<br>MARLBOROUGH, MA 01752 | | Claim Number: 1804<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,240.61 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ELECTRONIC ENVIRONMENTS CORPORATION<br>410 FOREST STREET<br>MARLBOROUGH, MA 01752 | | Claim Number: 1805-01<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $222.27 | Scheduled: | $0.00 UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

ELECTRONIC ENVIRONMENTS CORPORATION
410 FOREST STREET
MARLBOROUGH, MA 01752

Claim Number: 1805-02
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $6,018.34 |
|---|---|---|

ELLERMAN, MARK
505 QUAIL CREEK BLVD
WYLIE, TX 75098

Claim Number: 1406
Claim Date: 06/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $33,750.00 |
|---|---|---|

ELLIOTT, GILBERT O
3376 SE FAIRWAY OAKS TRAIL
STUART, FL 34997

Claim Number: 4841
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $52,986.65 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

ELLIS, STEVEN
705 HACKBERRY RIDGE DR
MCKINNEY, TX 75070

Claim Number: 2357
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $81,103.32 |
|---|---|---|

ELTEK VALERE, INC.
CHRISTOPHER J. HORVAY/GOULD & RATNER LLP
222 N. LASALLE ST., SUITE 800
CHICAGO, IL 60601

Claim Number: 7516
Claim Date: 12/16/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $150,383.53 | | Allowed: | $97,000.00 |
|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| ELY, RICHARD J.<br>9 MINUTEMAN LANE<br>SUDBURY, MA 01776 | Claim Number: 1250<br>Claim Date: 05/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY          Claimed: | $43,229.95 | | |
| EMBARQ COMMUNICATIONS, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5698<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | | |
| UNSECURED          Claimed: | $0.00   UNLIQ | | |
| EMBARQ FLORIDA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5705<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) | | |
| UNSECURED          Claimed: | $1,195.20 | Allowed: | $1,195.20 |
| EMBARQ FLORIDA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5732<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | | |
| UNSECURED          Claimed: | $1,195.20   UNLIQ | | |
| EMBARQ FLORIDA, INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 841<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED          Claimed: | $1,195.20 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | |
|---|---|---|
| EMBARQ FLORIDA, INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 1088<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |

| SECURED | Claimed: | $1,195.20 |
|---|---|---|

| | | |
|---|---|---|
| EMBARQ MANAGEMENT COMPANY<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5681<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3792 (08/17/2010) | |

| UNSECURED | Claimed: | $292,301.92   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| EMBARQ MID-ATLANTIC MANAGEMENT SERVICES<br>CO.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5699<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| EMBARQ MIDWEST MANAGEMENT SERVICES CO<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5700<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| EMBARQ MINNESOTA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5685<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| EMBARQ MISSOURI, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5686<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| EMBARQ PAYPHONE SERVICES, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5701<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| EMBARQ PRODUCTS, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5702<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| EMBRY, SHARON V.<br>1538 HICKORY ST.<br>NICEVILLE, FL 32578 | Claim Number: 7495<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $24,605.92  UNLIQ |

| EMBRY, SHARON V.<br>1538 HICKORY ST.<br>NICEVILLE, FL 32578 | Claim Number: 7886<br>Claim Date: 08/03/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $27,150.21 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| EMBURY, JEFFERY D.<br>625 TRAIL LAKE DR.<br>RICHARDSON, TX 75081 | | Claim Number: 179<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $6,467.00 |
| UNSECURED | Claimed: | $21,020.00 |

| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 617<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 1078 |
|---|---|---|
| PRIORITY | Claimed: | $42,225.28 |
| UNSECURED | Claimed: | $427,399.28 |

| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 4396<br>TIMONIUM, MD 21094 | | Claim Number: 1078<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7251<br>also amended by 7254 |
|---|---|---|
| PRIORITY | Claimed: | $128,355.02 |
| UNSECURED | Claimed: | $270,709.54 |

| EMC CORPORATION<br>C/O RMS<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1079<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $70,560.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

EMC CORPORATION
C/O RMS BANKRUPTCY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 6949
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $667,547.12 | |

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 7251
Claim Date: 05/04/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends Claim 1078

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $53,484.90 | | |
| UNSECURED | Claimed: | $275,170.21 | Scheduled: | $142,956.38 |

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 7254
Claim Date: 05/13/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLE DUPLICATE OF 7251
Amends claim no. 1078

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $53,484.90 | |
| UNSECURED | Claimed: | $275,170.21 | |

EMERY, SEAN
4742 GREENWOOD DR
ALLISON PARK, PA 15101

Claim Number: 7078
Claim Date: 02/05/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $38,423.09 | |

EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 94280-0001

Claim Number: 1560
Claim Date: 07/10/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $372,789.28 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 94280-0001

Claim Number: 1561
Claim Date: 07/10/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $372,789.28 |
|---|---|---|

EMPOWERED NETWORKS INC
1315 PICKERING PARKWAY
SUITE 200
PICKERING, ON L1V 7G5
CANADA

Claim Number: 4641
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $5,903.12 |
|---|---|---|

ENGWER, DARWIN
5417 NW 150TH PL
PORTLAND, OR 97229

Claim Number: 1476
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $45,654.30 |

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
CARSON L. OWEN, SENIOR TRIAL ATTORNEY
1407 UNION AVENUE, SUITE 901
MEMPHIS, TN 38104

Claim Number: 1299
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3086 (05/28/2010)

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

EQUAL EMPLOYMENT OPPURTUNITY COMMISSION
ATTN: MALI KIGASARI, INVESTIGATOR
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CA 94105

Claim Number: 6702
Claim Date: 01/13/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3847 (08/27/2010)

| UNSECURED | Claimed: | $547,954.60 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| EQUIPTO ELECTRONICS CORP<br>351 WOODLAWN AVE<br>AURORA, IL 60506-9988 | Claim Number: 2638<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,184.06 | Scheduled: | $61.96 |
|---|---|---|---|---|

---

| ERKEL, ENIS<br>TURK TELEKOM, AKATLAR MAHALLESI<br>CEBECI CAD. NO: 10<br>ETILER<br>ISTANBUL, 34335<br>TURKEY | Claim Number: 627<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6091 |
|---|---|

| PRIORITY | Claimed: | $441,080.12 |
|---|---|---|

---

| ERKEL, ENIS<br>TURK TELEKOM, AKATLAR MAHALLESI<br>CEBECI CAD. NO: 10<br>ETILER<br>ISTANBUL, 34335<br>TURKEY | Claim Number: 2478<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6092 |
|---|---|

| PRIORITY | Claimed: | $53,124.39 |
|---|---|---|

---

| ERKEL, ENIS<br>TURK TELEKOM, AKATLAR MAHALLESI<br>CEBECI CAD. NO: 10<br>ETILER<br>ISTANBUL, 34335<br>TURKEY | Claim Number: 6091<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7676<br>Amends claim 627 |
|---|---|

| PRIORITY | Claimed: | $588,822.48 |
|---|---|---|

---

| ERKEL, ENIS<br>TURK TELEKOM, AKATLAR MAHALLESI<br>CEBECI CAD. NO: 10<br>ETILER<br>ISTANBUL, 34335<br>TURKEY | Claim Number: 6092<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2478 |
|---|---|

| PRIORITY | Claimed: | $336,812.34 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

ERKEL, ENIS
FATMAKADIN SOK. MARMARA
APT. NO: 14/29
SUADIYE
ISTANBUL,
TURKEY

Claim Number: 7676
Claim Date: 03/31/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 627 and 6091

| PRIORITY | Claimed: | $668,221.43 |
|---|---|---|

---

ESTATE OF JOHN DEREK MANSELL DAVIES
C/O GERALD K. GIMMEL, PERSONAL REP.
4 PROFESSIONAL DR., SUITE 145
GAITHERSBURG, MD 20879

Claim Number: 7720
Claim Date: 04/28/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $248,000.00 |
|---|---|---|

---

ESTRADA, SARA S
7831 GLORIA LAKE AVE
SAN DIEGO, CA 92119

Claim Number: 2808
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $35,000.00 |
|---|---|---|

---

ESTRIDGE, WINSTON S.
5620 TEMPLIN WAY
PLANO, TX 75093

Claim Number: 4134
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,204,634.13 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

ETELEMETRY, INC.
1475 N SCOTTSDALE RD STE 200
SCOTTSDALE, AZ 85257-3538

Claim Number: 253
Claim Date: 02/10/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,246.87 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

EUBANKS, GAYLA
1193 ADAMS MOUNTAIN RD
STEM, NC 27581

Claim Number: 2587
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

EVANS, DANIEL B.
11908 FAIRLIE PLACE
RALEIGH, NC 27613

Claim Number: 7793
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $88,256.66 |

EVANS, DEBORAH J.
5919 WESTMINSTER
BENTON, AR 72019

Claim Number: 3610
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $53,589.95 |
| --- | --- | --- |

EVANS, TERRY
16104 XANDER STREET
ACCOKEEK, MD 20607

Claim Number: 2334
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $8,354.90 |
| --- | --- | --- |
| UNSECURED | Claimed: | $4,873.71 |

EVERETT, EDWARD E. JR.
4505 MANOR CREEK DRIVE
CUMMING, GA 30040

Claim Number: 7824
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $143,016.00 UNLIQ |
| --- | --- | --- |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

EVERHART, DONNA
303 WEST PEARSALL STREET
DUNN, NC 28334

Claim Number: 8201
Claim Date: 02/27/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $60,737.65 | | |
|---|---|---|---|---|

EVERSMEYER, CLAUDIA
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 750684403

Claim Number: 4368
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $62,213.87 | Scheduled: | $62,213.87 UNLIQ |
|---|---|---|---|---|

EVERSMEYER, CLAUDIA
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 750684403

Claim Number: 4370
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $4,187.53 | Scheduled: | $4,187.53 UNLIQ |
|---|---|---|---|---|

EVERSMEYER. CLAUDIA
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 75068-4403

Claim Number: 4369
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $62,213.87 | | |
|---|---|---|---|---|

EXCELIGHT COMMUNICATIONS, INC.
MICHAEL G. WILSON-HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074

Claim Number: 661
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

---

| ADMINISTRATIVE | Claimed: | $13,663.30 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

EXPORT DEVELOPMENT CANADA
ATTN: STÉPHANE LUPIEN
151 O'CONNOR STREET
OTTAWA, ON K1A 1K3
CANADA

Claim Number: 3948
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $98,957,440.74  UNLIQ |
|---|---|---|---|---|

FABER, RUSSELL
7-26 RICHARD STREET
FAIR LAWN, NJ 07410

Claim Number: 4459
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $11,453.88 |

FABRICIO, PATRICIA LARA
14884 SW 36TH STREET
DAVIE, FL 33331

Claim Number: 7878
Claim Date: 08/01/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $17,666.13 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ROBINSON, JACQUELINE B.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 40
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 74
DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $84,551.45 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ROBINSON, JACQUELINE B.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 74
Claim Date: 01/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $42,275.73 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | | |
|---|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ETHINGTON, ALVIN M.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 234<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | | |
| UNSECURED | Claimed: | $24,769.20 | Scheduled: | $25,016.89 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: STR SOFTWARE COMPANY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 318<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $1,725.00 | Scheduled: | $1,725.00 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: KONTRON MODULAR COMPUTERS<br>GM<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 710<br>Claim Date: 03/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
| PRIORITY | Claimed: | $85,467.00 | | | Allowed: | $85,467.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: KONET CORP.(2)<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 742-01<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $33,415.20 | | | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: KONET CORP.(2)<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 742-02<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | | | |
| UNSECURED | Claimed: | $50,122.80 | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SMITH, GREGORY A.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 835
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $18,664.00 | | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BOULDER LOGIC LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1218
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,502.28 | | Allowed: | $7,502.28 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PANGEA3 LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1603
Claim Date: 07/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $4,050.00 | | Allowed: | $4,050.00 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: AVCON
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2135
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $414.13 | | Allowed: | $414.13 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ROBINSON, JACQUELINE
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2670
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8140
DOCKET: 7232 (02/21/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $31,325.73 | Scheduled: | $45,776.44 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SMITH, DARRYL D
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2683
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8139
DOCKET: 7232 (02/21/2012)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $7,089.01 | | | |
| UNSECURED | Claimed: | $16,441.55 | Scheduled: | $26,117.81 | |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: YOUNG, RONALD
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2739
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,312.44 |
| TOTAL | Claimed: | $42,262.44 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: LOWE, TONYA
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3259
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $396,500.94 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BECKER MEISEL LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3937
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,096.23 | | Allowed: | $2,096.23 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: GOLF GEORGIA
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4317
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $2,062.57 | | | Allowed: | $776.68 |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HON HAI PRECISION INDUSTRY C
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4721-01
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $178,566.99 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: THOMSON FINANCIAL LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4759
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $62,782.63 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: INJENTEK INJECT ENGINEERING
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6813
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $5,420.14 | Scheduled: | $5,420.14 | Allowed: | $5,420.14 |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC AS
ASSIGNEE OF DARRYL SMITH
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8139
Claim Date: 01/06/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 2683

| UNSECURED | Claimed: | $26,117.81 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF JACQUELINE ROBINSON PO BOX 237037 NEW YORK, NY 10023 | Claim Number: 8140 Claim Date: 01/06/2012 Debtor: NORTEL NETWORKS INC. Comments: amends claim 2670 | |
| UNSECURED          Claimed: | $45,776.44 | |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF KHAI VO PO BOX 237037 NEW YORK, NY 10023 | Claim Number: 8141 Claim Date: 01/06/2012 Debtor: NORTEL NETWORKS INC. Comments: amends claim 397 | |
| PRIORITY          Claimed: UNSECURED          Claimed: | $1,663.62 $29,801.87 | |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF LINDA CHMIELESKI PO BOX 237037 NEW YORK, NY 10023 | Claim Number: 8142 Claim Date: 01/06/2012 Debtor: NORTEL NETWORKS INC. Comments: amends claim 2072 | |
| PRIORITY          Claimed: UNSECURED          Claimed: | $7,294.07 $11,912.39 | |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF BRUCE PAWELK (GID 191069) PO BOX 237037 NEW YORK, NY 10023 | Claim Number: 8202 Claim Date: 02/27/2012 Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE          Claimed: | $48,716.00 | |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF JOANNA ZHOU (GID 0532561) PO BOX 237037 NEW YORK, NY 10023 | Claim Number: 8203 Claim Date: 02/27/2012 Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE          Claimed: | $21,936.66 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| FANNIN CAD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 121<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3591 (07/14/2010) |
| SECURED | Claimed: | $6,195.06   UNLIQ |
| FANNIN CAD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 1058<br>Claim Date: 04/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3590 (07/14/2010) |
| SECURED | Claimed: | $4,296.80   UNLIQ |
| FARAG, MOUNIR E<br>3125 STONECREST DR<br>CUMMING, GA 300411142 | | Claim Number: 4047<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $9,839.17 |
| FARMER, ANGELIQUE<br>5601 FLOWERWOOD LANE<br>MCKINNEY, TX 75070 | | Claim Number: 3692<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $24,659.11 |
| FARMER, CECIL GREGORY<br>621 A ST., N.E.<br>WASHINGTON, DC 20002 | | Claim Number: 1118<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $723,054.69 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| FARMER, RUSSELL E. | Claim Number: 734 |
| 5716 HENRY COOK BLVD APT 11307 | Claim Date: 03/27/2009 |
| PLANO, TX 75024-4563 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $42,770.56 |

---

| FARRANTO, PETER | Claim Number: 5607 |
| 1716 WITHMERE WAY | Claim Date: 09/30/2009 |
| ATLANTA, GA 30338 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Amends claim 383 |

| PRIORITY | Claimed: | $89,491.12 |
| UNSECURED | | | Scheduled: | $63,620.02 UNLIQ |

---

| FAUROTE, JOSEPH H. | Claim Number: 1160 |
| 1802 DREW LN | Claim Date: 05/12/2009 |
| RICHARDSON, TX 75082-4822 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $47,343.75 |

---

| FAWCETT, ERIC | Claim Number: 108 |
| 102 CHAPARRAL COURT | Claim Date: 01/30/2009 |
| CARY, NC 27513 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 7233 (02/21/2012) |

| PRIORITY | Claimed: | $6,426.14 |
| UNSECURED | Claimed: | $0.02 |

---

| FAWCETT, ERIC | Claim Number: 109 |
| 102 CHAPARRAL COURT | Claim Date: 01/30/2009 |
| CARY, NC 27513 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 7233 (02/21/2012) |

| UNSECURED | Claimed: | $44,116.10 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

FAWN, JANIS L
213 HARBOR DRIVE SOUTH
VENICE, FL 34285

Claim Number: 5941
Claim Date: 10/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,121.87 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

FAWN, JANIS L
213 HARBOR DRIVE SOUTH
VENICE, FL 34285

Claim Number: 5942
Claim Date: 10/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $12,121.87 |
|---|---|---|

FCS NORTH AMERICA, INC
1430 GLENCOE DRIVE
ARCADIA, CA 91006

Claim Number: 1217
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $142,615.74 | Scheduled: | $19,750.00 |
|---|---|---|---|---|

FDR FORENSIC DATA RECOVERY INC
612 VIEW STREET
SUITE 410
VICTORIA, BC V8W 1J5
CANADA

Claim Number: 2412
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $32,394.95 |
|---|---|---|

FEDEX FREIGHT INC. FKA
FEDEX FREIGHT EAST & FEDEX FREIGHT WEST
PO BOX 840
HARRISON, AR 72602-0840

Claim Number: 1601
Claim Date: 07/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $885.28 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| FELFE, SIDNEY J.<br>1045 WOODHAVEN CIR.<br>ROCKWALL, TX 75087 | | Claim Number: 511<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012)<br>No Signature |
|---|---|---|
| UNSECURED | Claimed: | $12,529.52 |

| FELIX, AVONDA<br>6510 ROSEBUD DR<br>ROWLETT, TX 75089 | | Claim Number: 1179<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $25,778.63 |

| FELLI, PHILIPPE<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | | Claim Number: 3535<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $36,034.03 |

| FENTRESS, BRANDON<br>1004 WESTWOOD DR.<br>RALEIGH, NC 27607 | | Claim Number: 4704<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $43,074.96 |

| FENTRESS, BRANDON DUKE<br>1004 WESTWOOD DR.<br>RALEIGH, NC 27607 | | Claim Number: 4715<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| FERNANDES, DEAN<br>76 ALEXANDRIA DR<br>MANALAPAN, NJ 07726 | | Claim Number: 3507<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $50,000.00 |
| FERNANDES, DEAN<br>76 ALEXANDRIA DR<br>MANALAPAN, NJ 07726 | | Claim Number: 3508<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $89,579.29 |
| FERNANDES, DEAN<br>76 ALEXANDRIA DRIVE<br>ENGLISHTOWN, NJ 07726 | | Claim Number: 3509<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $78,629.29 |
| FERNANDES, DEAN<br>76 ALEXANDRIA DR<br>MANALAPAN, NJ 07726 | | Claim Number: 3516<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $39,050.00 |
| FERRELA, CHRISTOPHER J.<br>2 CREEK ROAD<br>WHITEHOUSE STATION, NJ 08889 | | Claim Number: 7682<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $7,497.25 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| FETTERMAN, ROGER L<br>415 REX AVENUE<br>JACKSON, CA 95642 | Claim Number: 2327<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $522.08   UNLIQ |
|---|---|---|

| FETTERMAN, ROGER L.<br>233 WALNUT ST APT 2<br>JACKSON, CA 95642-2200 | Claim Number: 2326<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $522.08   UNLIQ |
|---|---|---|

| FIELDS, O'DELL M.<br>19342 GRAND COLONY CT<br>KATY, TX 77449-4565 | Claim Number: 140<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $65,000.00 |
|---|---|---|

| FILLMORE RILEY BARRISTERS<br>SOLICITORS & TRADE-MARK AGENTS<br>ATTN: PETER DAVEY<br>1700 COMMODITY EXCHANGE TOWER<br>WINNIPEG, MB R3C 3Z3<br>CANADA | Claim Number: 4411<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $641.81 |
|---|---|---|

| FINCH, ALBERT F<br>2309 PEMBROKE ST.<br>GARLAND, TX 75040 | Claim Number: 1902<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $60,807.74 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| FINCH, ALBERT F.<br>2154 VILLAGE CREST DR<br>GARLAND, TX 75044-7138 | Claim Number: 210<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| --- | --- |

| UNSECURED | Claimed: | $37,140.60  UNLIQ |
| --- | --- | --- |

| FINERTY, EDMUND<br>417 NORTHSIDE DR<br>CHAPEL HILL, NC 27516 | Claim Number: 3520<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| UNSECURED | Claimed: | $52,617.07 |
| --- | --- | --- |

| FINISAR CORPORATION<br>1389 MOFFETT PARK DRIVE<br>SUNNYVALE, CA 94089 | Claim Number: 6181<br>Claim Date: 11/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) |
| --- | --- |

| UNSECURED | Claimed: | $167,016.00 | Scheduled: | $85,664.00 | Allowed: | $85,644.00 |
| --- | --- | --- | --- | --- | --- | --- |

| FINK, BRAD<br>25129 NE 47 CT<br>REDMOND, WA 98053 | Claim Number: 757<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | Claimed: | $1,623.75 |
| --- | --- | --- |
| UNSECURED | Claimed: | $56,831.25 |

| FINK, BRAD<br>25129 NE 47 CT<br>REDMOND, WA 98053 | Claim Number: 758<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | Claimed: | $28,578.00 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

FINK, BRAD
25129 NE 47 CT
REDMOND, WA 98053

Claim Number: 759
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $15,951.31 |
|---|---|---|

FINK, BRAD
25129 NE 47 CT
REDMOND, WA 98053

Claim Number: 760
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,633.80 |
|---|---|---|

FINNEGAN HENDERSON FARABOW GARRETT
901 NEW YORK AVE NW
WASHINGTON, DC 20001-4413

Claim Number: 2070
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

| UNSECURED | Claimed: | $27,702.83 | Scheduled: | $3,855.68 |
|---|---|---|---|---|

FINNEGAN LLP
901 NEW YORK AVE NW
WASHINGTON, DC 20001-4413

Claim Number: 1563
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $27,702.83 |
|---|---|---|

FISCHER & COMPANY
ATTN: CHRIS JOYNER, EXEC V.P.
TWO GALLERIA TOWER
13455 NOEL R., STE 1900
DALLAS, TX 75240

Claim Number: 3492
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $155,994.21 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| FISCHER, TIM<br>27005 COUNTY ROAD S<br>ELIZABETH, CO 80107 | | Claim Number: 8148<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 551 |
| --- | --- | --- |
| UNSECURED | Claimed: | $42,464.00 |

---

| FISCHER, TIM<br>27005 COUNTY ROAD S<br>ELIZABETH, CO 80107 | | Claim Number: 8149<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 551 |
| --- | --- | --- |
| UNSECURED | Claimed: | $20,383.00 |

---

| FISHBEIN, SHELDON<br>20226 STAGG ST.<br>WINNETKA, CA 91306-2515 | | Claim Number: 249<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| --- | --- | --- |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $11,578.20 |

---

| FISHMAN, ROBERT<br>5270 SYCAMORE AVENUE<br>BRONX, NY 10471 | | Claim Number: 6138<br>Claim Date: 11/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7717<br>Amends claim 1680 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $2,000,000.00  UNLIQ | Scheduled: | $0.00  UNLIQ |

---

| FISHMAN, ROBERT L.<br>5270 SYCAMORE AVE.<br>BRONX, NY 10471 | | Claim Number: 1680<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6138 |
| --- | --- | --- |
| UNSECURED | Claimed: | $430,128.47 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| FISHMAN, ROBERT L.<br>PO BOX 4<br>PLYMOUTH, VT 05056 | | Claim Number: 7717<br>Claim Date: 04/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7748 | | |
| UNSECURED | Claimed: | $2,000,000.00  UNLIQ | | |
| FISHMAN, ROBERT L.<br>P.O. BOX 4<br>PLYMOUTH, VT 05056 | | Claim Number: 7748<br>Claim Date: 06/02/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7717 | | |
| UNSECURED | Claimed: | $1,150,038.23 | | |
| FITZGERALD, DAVID A.<br>8216 INVERSTONE LN.<br>RALEIGH, NC 27606 | | Claim Number: 7482<br>Claim Date: 11/05/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00  UNLIQ<br>$18,050.00  UNLIQ | | |
| FITZGERALD, EDMUND<br>3434 WOODMONT BLVD<br>NASHVILLE, TN 37215 | | Claim Number: 4748<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $2,681,085.00 | | |
| FITZGERALD, EDMUND<br>3434 WOODMONT BLVD<br>NASHVILLE, TN 37215 | | Claim Number: 5641<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $3,041,751.00 | Scheduled: | $374,787.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | |
|---|---|---|---|---|---|
| FITZGERALD, LISA<br>C/O SOREN E. GISLESON, ESQ.<br>HERMAN, HERMAN, KATZ & COTLAR<br>820 O'KEEFE AVENUE<br>NEW ORLEANS, LA 70130 | | Claim Number: 1341<br>Claim Date: 06/12/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $500,000.00 | | Allowed: | $400,000.00 |
| FITZPATRICK, JAMES<br>304 FORSYTHE LN<br>DEKALB, IL 60115-2342 | | Claim Number: 4377<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |
| PRIORITY | Claimed: | $77,947.65 | | | |
| FITZPATRICK, JAMES HARRY<br>304 FORSYTHE LN<br>DEKALB, IL 60115-2342 | | Claim Number: 4376<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |
| FLAGLER DEVELOPMENT COMPANY<br>4601 TOUCHTON RD E STE 3200<br>JACKSONVILLE, FL 32246-4485 | | Claim Number: 3417<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $92,908.44 | Scheduled: | $0.00 UNLIQ | |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6275<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $1,217,483.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

FLANAGAN, MAUREEN
1330 2ND STREET
WEST BABYLON, NY 11704

Claim Number: 4718
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $24,301.22 |
|---|---|---|

FLANAGAN, THOMAS P
56 HAINAULT RD
FOXROCK
DUBLIN, 18
IRELAND

Claim Number: 2973
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $43,435.00 |
|---|---|---|

FLANAGAN, THOMAS P
56 HAINAULT RD
FOXROCK
DUBLIN IRELAND, 18
IRELAND

Claim Number: 2974
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $123.97 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

FLANAGAN, THOMAS P
56 HAINAULT RD
FOXROCK
DUBLIN IRELAND, 18
IRL

Claim Number: 2975
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $123.97 |
|---|---|---|

FLESCHER, JAMES T.
5505 13TH AVENUE SOUTH
MINNEAPOLIS, MN 55417

Claim Number: 2913
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $356.85   UNLIQ |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| FLESHER, CHRIS<br>3100 VICENTE ST #302<br>SAN FRANCISCO, CA 94116 | Claim Number: 3153<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE        Claimed: | $9,443.94 | |
| FLEXTRONICS AMERICA LLC<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4869<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE        Claimed: | $11,918,347.00 | |
| FLEXTRONICS AMERICA LLC<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4883<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE        Claimed:<br>UNSECURED        Claimed: | $191,709,400.00   UNLIQ<br>$157,716,451.00   UNLIQ | |
| FLEXTRONICS CORPORATION<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN : MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4859<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE        Claimed: | $24,795,601.00 | |
| FLEXTRONICS CORPORATION<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN : MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4873<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE        Claimed:<br>UNSECURED        Claimed: | $204,586,654.00   UNLIQ<br>$403,613,812.00   UNLIQ | |

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| FLEXTRONICS EMS CANADA INC.<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4886<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
| ADMINISTRATIVE | Claimed: | $179,791,053.00   UNLIQ |
| UNSECURED | Claimed: | $122,980,316.00   UNLIQ |
| FLEXTRONICS INTERNATIONAL EUROPE B.V.<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4868<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
| ADMINISTRATIVE | Claimed: | $10,663,450.00 |
| FLEXTRONICS INTERNATIONAL EUROPE B.V.<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4882<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
| ADMINISTRATIVE | Claimed: | $190,454,503.00   UNLIQ |
| UNSECURED | Claimed: | $143,847,696.00   UNLIQ |
| FLEXTRONICS INTERNATIONAL LATIN AMERICA<br>(L) LTD C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4864<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
| ADMINISTRATIVE | Claimed: | $637,596.00 |
| FLEXTRONICS INTERNATIONAL USA INC<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4866<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
| ADMINISTRATIVE | Claimed: | $9,427.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| FLEXTRONICS INTERNATIONAL USA INC<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4880<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $179,791,053.00  UNLIQ | |
| UNSECURED | Claimed: | $122,988,273.00  UNLIQ | |
| FLEXTRONICS INTN'L LATIN AMERICA (L) LTD<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4881<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $180,428,649.00  UNLIQ | |
| UNSECURED | Claimed: | $132,270,048.00  UNLIQ | |
| FLEXTRONICS LOGISTICS USA INC<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4875<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $1,195,872.00 | |
| FLEXTRONICS LOGISTICS USA INC<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4877<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $180,986,925.00  UNLIQ | |
| UNSECURED | Claimed: | $124,653,356.00  UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| FLEXTRONICS SALES & MARKETING NORTH ASIA (L) LTD, C/O FLEXTRONICS INTERNATIONAL ATTN: MARIO MENARD 171 BEAUCHEMIN ILE BIZARD, QC H9C 2X6 CANADA | Claim Number: 4862 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $331,437.00 |
| FLEXTRONICS SALES & MRKTG N.ASIA (L) LTD C/O FLEXRONICS INTERNATIONAL ATTN: MARIO MENARD 171 BEAUCHEMIN ILE BIZARD, QC H9C 2X6 CANADA | Claim Number: 4876 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $180,122,490.00  UNLIQ |
| UNSECURED | Claimed: | $123,615,872.00  UNLIQ |
| FLEXTRONICS TECHNOLOGY (PENANG) SDN BHD C/O FLEXTRONICS INTERNATIONAL ATTN: MARIO MENARD 171 BEAUCHEMIN ILE BIZARD, QC H9C 2X6 CANADA | Claim Number: 4863 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $46,351.00 |
| FLEXTRONICS TECHNOLOGY(PENANG)SDN BHD C/O FLEXRONICS INTERNATIONAL ATTN: MARIO MENARD 171 BEAUCHEMIN ILE BIZARD, QC H9C 2X6 CANADA | Claim Number: 4878 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $179,837,404.00  UNLIQ |
| UNSECURED | Claimed: | $123,746,125.00  UNLIQ |
| FLEXTRONICS TELECOM SYSTEMS LTD C/O FLEXTRONICS INTERNATIONAL ATTN: MARIO MENARD 171 BEAUCHEMIN ILE BIZARD, QC H9C 2X6 CANADA | Claim Number: 4860 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $204,586,654.00  UNLIQ |
| UNSECURED | Claimed: | $403,613,812.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| FLEXTRONICS TELECOM SYSTEMS LTD<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4871<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|
| ADMINISTRATIVE          Claimed: | $24,795,601.00 |

---

| FLORES, GERARDO<br>1141 BROOKHILL WAY<br>CARY, NC 27519 | Claim Number: 1631<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $39,448.00 |

---

| FLORES, GERARDO<br>1141 BROOKHILL WAY<br>GID # 5040031<br>CARY, NC 27519 | Claim Number: 1862<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $47,335.87 |

---

| FLORIDA POWER & LIGHT COMPANY<br>C/O RACHEL BUDKE, ESQ.<br>700 UNIVERSE BLVD.<br>JUNO BEACH, FL 33408 | Claim Number: 4528<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| FLORY, JOHN<br>6345 CORDING CT<br>COLORADO SPGS, CO 80922-2145 | Claim Number: 2042<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $47,966.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | |
|---|---|---|---|---|---|
| FLYNN, HAROLD<br>8430 CANYON CROSSING<br>LANTANA, TX 76226 | | Claim Number: 3174<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $67,470.14 | Scheduled: | $0.00 UNLIQ | |

| | | |
|---|---|---|
| FLYNN, HAROLD DIXON<br>8430 CANYON XING<br>ARGYLE, TX 76226 | | Claim Number: 3173<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

| | | |
|---|---|---|
| FLYNN, LAWRENCE M.<br>909 WATERCRESS DRIVE<br>NAPERVILLE, IL 60540 | | Claim Number: 4363<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $198,214.03 |

| | | |
|---|---|---|
| FOCHT, RONALD D.<br>7700 HOLLY HEIGHT LN<br>RALEIGH, NC 27615 | | Claim Number: 2027<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $25,000.00 |

| | | |
|---|---|---|
| FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX 75048 | | Claim Number: 4709<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $26,039.39 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

FONTAINE, MICHEL J
BOX 2636
N. HATLEY, ON J0B2C0
CANADA

Claim Number: 2365
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $36,622.94 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

FORBIS, STANLEY
309 YARROW CT
GRAND PRAIRIE, TX 75052

Claim Number: 607
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

FORBIS, STANLEY
309 YARROW CT
GRAND PRAIRIE, TX 75052

Claim Number: 608
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $14,500.00 |
|---|---|---|

FORD, CATHY
3289 LEAH CT
LEBANON, TN 37087

Claim Number: 7429
Claim Date: 09/21/2010
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $6,229.00 UNLIQ |

FOREST NETWORKS LLC
217 PARK STREET
WEST ROXBURY, MA 02132

Claim Number: 63
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $36,780.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| FORFELLOW, HENRY J.<br>99 MARTIN ST<br>KING CITY, ON L7B 1J3<br>CANADA | | Claim Number: 1966<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | |
| FORTIER, L. YVES<br>OGILVY RENAULT<br>SUITE 500-1 PLACE VILLE MARIE<br>MONTREAL, QC H3B 1R1<br>CANADA | | Claim Number: 5392<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) | |
| UNSECURED | Claimed: | $0.00  UNDET | |
| FORTUNE, ANTHONY W.<br>900 WILLIE RD.<br>MONTICELLO, FL 32344 | | Claim Number: 1256<br>Claim Date: 06/01/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $23,452.80 | |
| FOULOIS, MARA<br>10910 BELMONT BLVD<br>LORTON, VA 22079 | | Claim Number: 4199<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 400. | |
| PRIORITY<br>UNSECURED | Claimed: | $151,716.31<br>Scheduled: | $0.00 UNLIQ |
| FOULOIS, MARA E.<br>10910 BELMONT BLVD.<br>MASON NECK, VA 22079 | | Claim Number: 4195<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| FOULOIS, MARA E. | Claim Number: 4198 |
| 10910 BELMONT BLVD. | Claim Date: 09/28/2009 |
| MASON NECK, VA 22079 | Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

| FOUNDATION CSSSSL | Claim Number: 2657 |
| 911 MONTEEDES PIONNIERS | Claim Date: 09/08/2009 |
| TERREBONNE, QC J6V 2H2 | Debtor: NORTEL NETWORKS INC. |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 4053 (09/30/2010) |

| ADMINISTRATIVE | Claimed: | $30,000.00 |

---

| FOXCONN | Claim Number: 7384 |
| ATTN: ANDY BURNS | Claim Date: 08/16/2010 |
| PRAHA CITY CENTRE, KLIMENTSKA - 46 | Debtor: NORTEL NETWORKS INC. |
| 110 02 PRAHA 1 | |
| CZECH REPUBLIC | |

| UNSECURED | Claimed: | $8,290.23 |

---

| FPL FIBERNET LLC | Claim Number: 4529 |
| C/O RACHEL BUDKE, ESQ. | Claim Date: 09/29/2009 |
| 700 UNIVERSE BLVD. | Debtor: NORTEL NETWORKS INC. |
| JUNO BEACH, FL 33408 | Comments: EXPUNGED |
| | DOCKET: 4163 (10/14/2010) |

| UNSECURED | Claimed: | $0.00 UNDET |

---

| FRADETTE, MAURICE | Claim Number: 3442 |
| 36 GLENWOOD RD | Claim Date: 09/22/2009 |
| WEST HARTFORD, CT 06107 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $4,398.10 | Scheduled: | $4,398.10 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

FRADETTE, MAURICE J
36 GLENWOOD RD
WEST HARTFORD, CT 06107

Claim Number: 3443
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED        Claimed:              $117,057.11          Scheduled:              $0.00  UNLIQ

FRADETTE, MAURICE J.
36 GLENWOOD ROAD
WEST HARTFORD, CT 06107

Claim Number: 21
Claim Date: 01/21/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED        Claimed:              $3,694.52

FRADETTE, MAURICE J.
36 GLENWOOD ROAD
WEST HARTFORD, CT 06107

Claim Number: 264
Claim Date: 02/11/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY         Claimed:              $103,833.59

FRAME, DAVID
633 RAFORD HILL LN
RICHARDSON, TX 75081

Claim Number: 20
Claim Date: 01/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

---

UNSECURED        Claimed:              $125,353.10

FRAME, DAVID
633 RAFORD HILL LN
RICHARDSON, TX 75081

Claim Number: 4600
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED        Claimed:              $21,674.51

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| FRAME, DAVID<br>633 RAFORD HILL LN<br>RICHARDSON, TX 75081 | | Claim Number: 7049<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4601 | | |
| UNSECURED | Claimed: | $15,748.94 | | |
| FRAME, DAVID J<br>633 RAFORD HILL LANE<br>RICHARDSON, TX 75081 | | Claim Number: 4599<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 20. | | |
| UNSECURED | Claimed: | $114,805.44 | Scheduled: | $114,805.44 |
| FRAME, ROBERT MG<br>1527 KINGS CROSSING<br>ST MOUNTAIN, GA 30087 | | Claim Number: 3826<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $1,029,899.15 | Scheduled: | $0.00 UNLIQ |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 4292<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7529 | | |
| PRIORITY | Claimed: | $120,845,854.00 | | |
| SECURED | Claimed: | $113,955.89 | | |
| UNSECURED | Claimed: | $16,046,205.11 | | |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 7529<br>Claim Date: 12/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4292 | | |
| SECURED | Claimed: | $437,866.52 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| FRANCIS, PATRICIA P<br>8218 SUMMER PLACE DRIVE<br>AUSTIN, TX 78759 | Claim Number: 1974<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $1,040.50 |
|---|---|---|

| FRANCIS, PATRICIA P.<br>8218 SUMMER PLACE DRIVE<br>AUSTIN, TX 78759 | Claim Number: 1981<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,040.50 |
|---|---|---|

| FRAZIER, SHANNON<br>1017 SHANNON COURT<br>RALEIGH, NC 27603 | Claim Number: 5645<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $35,624.00 |
|---|---|---|
| UNSECURED | Claimed: | $35,624.00 |
| TOTAL | Claimed: | $35,624.00 |

| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1282<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $14,872.50 |
|---|---|---|

| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1284<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $11,450.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1285<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $32,175.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1286<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $21,195.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1287<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $2,080.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1288<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $22,400.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1289<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $5,020.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1290<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $6,000.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1291<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $16,280.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1292<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $400.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1293<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $6,700.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1294<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $1,460.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

FREEDOM CAD SERVICES, INC
20 COTTON ROAD, SUITE 201
NASHUA, NH 03063

Claim Number: 1295
Claim Date: 06/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

FREEDOM CAD SERVICES, INC
20 COTTON ROAD, SUITE 201
NASHUA, NH 03063

Claim Number: 1296
Claim Date: 06/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $1,035.00 |
|---|---|---|

FREEDOM CAD SERVICES, INC
20 COTTON ROAD, SUITE 201
NASHUA, NH 03063

Claim Number: 1297
Claim Date: 06/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $3,880.00 |
|---|---|---|

FREEDOM CAD SERVICES, INC.
20 COTTON ROAD, SUITE 201
NASHUA, NH 03063

Claim Number: 1283
Claim Date: 06/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $2,452.00 |
|---|---|---|

FREEMAN DECORATING SERVICES, INC.
ATTN: MARY OSWALD
1600 VICEROY; SUITE 100
DALLAS, TX 75235

Claim Number: 828
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $195.19 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| FREEMAN, TERRANCE<br>26 CONCORD DRIVE<br>HOLTSVILLE, NY 11742 | | Claim Number: 187<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300,000.00 | Allowed: | $34,656.92 |

| FRENCH, CARRIE<br>2 CAMBRIDGE CT<br>FAIRHOPE, AL 36532 | | Claim Number: 7596<br>Claim Date: 02/08/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $78,302.78 |

| FRETTE, LEE B.<br>3692 SHEARMAN RD.<br>PERRY, NY 14530 | | Claim Number: 8180<br>Claim Date: 01/25/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $34,462.89 |

| FREY, MICHAEL SCOTT<br>107 THORESBY COURT<br>CARY, NC 27519 | | Claim Number: 7667<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7683<br>amends claim 7603 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,612.00 |

| FREY, MICHAEL SCOTT<br>107 THORESBY COURT<br>CARY, NC 27519 | | Claim Number: 7683<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,765.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

FRIEDBERG, MAREK
7808 ALDERWOOD
PLANO, TX 75025

Claim Number: 5818
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $3,725.22 | Scheduled: | $0.00 UNLIQ |

---

FROST, INGGIT
4817 MONTEVISTA LN
MCKINNEY, TX 75070

Claim Number: 226
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $46,825.80 |

---

FRY'S ELECTRONICS, INC.
ATTN: LEGAL DEPT
600 EAST BROKAW ROAD
SAN JOSE, CA 95112

Claim Number: 2880
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,181.52 | | |
| UNSECURED | Claimed: | $1,706.44 | Scheduled: | $3,887.96 |

---

FRYDACH, RONALD J
101 FOX BRIAR LANE
CARY, NC 27518

Claim Number: 2583
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,306.10 |

---

FRYDACH, RONALD J
101 FOX BRIAR LANE
CARY, NC 27518

Claim Number: 2584
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $49,306.10 |
| UNSECURED | Claimed: | $49,306.10 |
| TOTAL | Claimed: | $49,306.10 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | |
|---|---|---|---|---|---|
| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: RICHARDSON, PAMELA<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | | Claim Number: 494<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4553 (12/07/2010) | | | |
| UNSECURED | Claimed: | $1,095,970.00 | | Allowed: | $325,000.00 |
| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: JAMES R LONG<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | | Claim Number: 3528<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $497,851.37 | Scheduled: | $497,851.37 UNLIQ | |
| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: STANDEL, JR., RICHARD<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | | Claim Number: 3606<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $676,950.08 | Scheduled: | $676,950.08 UNLIQ | |
| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: STANDEL JR, RICHARD<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | | Claim Number: 3820<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $676,950.08 | | | |
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | | Claim Number: 428<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3822 (08/24/2010) | | | |
| PRIORITY | Claimed: | $13,692.16  UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| FURMANIAK, DARIUSZ<br>131 LONGCHAMP LN<br>CARY, NC 27519 | | Claim Number: 4033<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| UNSECURED | Claimed: | $41,400.00 |
| FURNESS, REBECCA<br>REBECCA (FURNESS) BOYCE<br>6116 FAIRLONG RUN<br>ACWORTH, GA 30101 | | Claim Number: 5973<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $29,414.15 |
| FURNESS, REBECCA<br>6116 FAIRLONG RUN<br>ACWORTH, GA 30101 | | Claim Number: 5975<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $29,414.15 |
| FURNESS, REBECCA<br>6116 FAIRLONG RUN<br>ACWORTH, GA 30101 | | Claim Number: 5977<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $29,414.15 |
| FURNESS, REBECCA<br>6116 FAIR LONG RUN<br>ACWORTH, GA 30101 | | Claim Number: 5979<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $29,414.15 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| FUSION TRADE, INC.<br>206 ANDOVER STREET<br>ANDOVER, MA 01810 | | Claim Number: 326<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |

| UNSECURED | Claimed: | $33,696.00 | | | |

---

| FUTURE TELECOM, INC.<br>PO BOX 852728<br>MESQUITE, TX 75185 | | Claim Number: 6148<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | | |

| ADMINISTRATIVE | Claimed: | $10,864.57 | | | |

---

| FUTURESIGHT PIER INC<br>335 APPLEBROOK DR<br>CHAGRIN FALLS, OH 44022-2529 | | Claim Number: 1795<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $14,250.00 | Scheduled: | $0.00 UNLIQ |

---

| GADSDEN, PHILIP<br>4452 TREETOPS CIRCLE<br>MANLIUS, NY 13104 | | Claim Number: 5590<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $16,466.83 | Scheduled: | $16,466.83 UNLIQ |

---

| GAGLIONE, SEBASTIAN F.<br>22 OLDE WOODE ROAD<br>SALEM, NH 03079 | | Claim Number: 1807<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |

| UNSECURED | Claimed: | $0.00   UNDET | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| GAGNON, JEAN PAUL<br>934 PARADIS<br>QUEBEC, QC G1V 2T6<br>CANADA | | Claim Number: 3668<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
| GAGNON, JEAN PAUL<br>2292 AVENUE CHAUVEAU, APT. 17<br>QUEBEC, QC G2C 0J9<br>CANADA | | Claim Number: 3669<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $195,557.00 | Scheduled: | $195,557.00 UNLIQ |
| GAGNON, JEAN PAUL<br>934 PARADIS<br>QUEBEC, QC G1V 2T6<br>CANADA | | Claim Number: 3670<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
| GAGNON, JEAN PAUL<br>2292 AVENUE CHAUVEAU, APT. 17<br>QUEBEC, QC G2C 0J9<br>CANADA | | Claim Number: 3671<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $36,090.45 | | |
| GALLAGHER, DAVID<br>3809 BOSTWYCK DR<br>FUQUAY VARINA, NC 27526 | | Claim Number: 6231<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | |
| UNSECURED | Claimed: | $23,545.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| GALLARDO, FRANK<br>8405 E HAMPDEN AVENUE APRTME<br>DENVER, CO 80231 | Claim Number: 3290<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $9,614.00 |
| GALLARDO, FRANK<br>8405 E HAMPDEN AVENUE APRTME<br>DENVER, CO 80231 | Claim Number: 3291<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| PRIORITY | Claimed: | $9,614.00 |
| UNSECURED | Claimed: | $9,614.00 |
| TOTAL | Claimed: | $9,614.00 |
| GALLARDO, FRANK<br>8205 S. POPULAR WAY APT 103<br>CENTENNIAL, CO 80112 | Claim Number: 3292<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| PRIORITY | Claimed: | $9,614.00 |
| UNSECURED | Claimed: | $9,614.00 |
| TOTAL | Claimed: | $9,614.00 |
| GALLARDO, FRANK<br>8205 POPLAR WAY # 103<br>CENTENNIAL, CO 80112 | Claim Number: 3437<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $9,614.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| GALLARDO, FRANK<br>1034 MARGATE CT #C<br>STERLING, VA 20164-5209 | Claim Number: 3438<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5499 (05/27/2011) |
|---|---|

| PRIORITY | Claimed: | $9,614.00 |
|---|---|---|
| UNSECURED | Claimed: | $9,614.00 |
| TOTAL | Claimed: | $9,614.00 |

| GALLARDO, FRANK<br>8405 E HAMPDEN AVENUE APRTME<br>DENVER, CO 80231 | Claim Number: 3439<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $9,614.00 |
|---|---|---|
| UNSECURED | Claimed: | $9,614.00 |
| TOTAL | Claimed: | $9,614.00 |

| GALLARDO, WILFRIDO<br>166 W. PLUM ST.<br>BRENTWOOD, NY 11717 | Claim Number: 242<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $11,019.96 |
|---|---|---|

| GAMACHE, YVAN<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | Claim Number: 3534<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $8,301.42 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| GAMEWAY, JOHN<br>1057 COUNTY LINE CHURCH RD<br>WHITESBORO, TX 76273-7117 | Claim Number: 2888<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| GANAPATHIRAMAN, SUJATHA<br>8114 SUMMERHOUSE DRIVE WEST<br>DUBLIN, OH 43016 | Claim Number: 7351<br>Claim Date: 07/19/2010<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $12,307.68 |
| GANAPATHY, AKILA<br>903 NORTH YORK CT.<br>APEX, NC 27502 | Claim Number: 5809<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $52,469.12 |
| GANGULY, SUPRIYA<br>2122 HANEY LANE<br>VIENNA, VA 22182 | Claim Number: 5736<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $80,761.34 |
| GANNON, CELESTE<br>4 GARY ST.,<br>ERVING, MA 01344 | Claim Number: 7496<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $20,254.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| GANNON, MATT<br>4232 GLEN SUMMIT CT<br>APEX, NC 27539-7950 | | Claim Number: 2383<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| PRIORITY | Claimed: | $42,000.00 | | |

| GAO, LANYUN<br>4405 BELVEDERE DR.<br>PLANO, TX 75093 | | Claim Number: 2573<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| PRIORITY | Claimed: | $35,510.28 | | |

| GAO, LANYUN<br>4405 BELVEDERE DR.<br>PLANO, TX 75093-698 | | Claim Number: 2574<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |

---

| ADMINISTRATIVE | Claimed: | $35,510.28 | | |

| GARBIS, FRANK<br>18295 CANFIELD PLACE<br>SAN DIEGO, CA 92128 | | Claim Number: 3252<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| UNSECURED | Claimed: | $16,950.24 | Scheduled: | $16,950.24 UNLIQ |

| GARBIS, MARINO F<br>18295 CANFIELD PL<br>SAN DIEGO, CA 92128 | | Claim Number: 3253<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| UNSECURED | Claimed: | $128,831.39 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

GARCIA-MALDONADO, ROSA C.
6656 LURAIS DR.
LAKE WORTH, FL 33463

Claim Number: 1126
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $40,711.18 |
|---|---|---|

GARDENER, WILLIAM KENNETH
15 ENNISMORE MEWS
LONDON, SW7 1AP
UNITED KINGDOM

Claim Number: 5359
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $3,401,143.00 |
|---|---|---|

GARITO, NICOLA
19164 NE 44TH COURT
SAMMAMISH, WA 98074

Claim Number: 3299
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $11,765.32   UNLIQ |
|---|---|---|

GARITO, NICOLA
19164 NE 44TH COURT
SAMMAMISH, WA 98074

Claim Number: 3300
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $11,765.32 | Scheduled: | $11,765.32  UNLIQ |
|---|---|---|---|---|

GARNER, CHRISTOPHER
155 WEDGEWOOD DRIVE
HAUPPAUGE, NY 11788

Claim Number: 3383
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $25,000.04 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

GARNER, JAMIE
880 STARK LN
SHERMAN, TX 75090

Claim Number: 7560
Claim Date: 01/10/2011
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $6,923.08   UNLIQ |
|---|---|---|

GARNICA, KEVIN THOMAS
120 LINCOLNSHIRE LANE
SPRINGBORO, OH 45066

Claim Number: 32
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $169,508.46 |
|---|---|---|

GAROS, JOHAN K.
6708 TOWN BLUFF DRIVE
DALLAS, TX 75248

Claim Number: 340
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $10,878.48 |

GARRAMONE, MICHAEL ALBERT
6404 OTHELLO PLACE
DALLAS, TX 75252

Claim Number: 214
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

---

| UNSECURED | Claimed: | $16,231.59 |
|---|---|---|

GARRETT, JUDITH
32 1/2 WEST PINE ST
PLAISTOW, NH 03865

Claim Number: 200
Claim Date: 02/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| UNSECURED | Claimed: | $15,123.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| GARRICK, LYNN J.<br>32535 GREEN BEND CT<br>MAGNOLIA, TX 77354-6858 | | Claim Number: 198<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $32,292.71 | | |
| GARRISON, JOHN E.<br>5828 MORNING GLORY LANE<br>PLANO, TX 75093 | | Claim Number: 615<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $35,950.95 | | |
| GASIKOWSKI, WILLIAM<br>2112 BRABANT DR.<br>PLANO, TX 75025 | | Claim Number: 594<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $70,204.01 | | |
| GATEWAY ASSOCIATES, LTD.<br>C/O THE BOYER COMPANY<br>90 SOUTH 400 WEST, SUITE 200<br>SALT LAKE CITY, UT 84101 | | Claim Number: 1507<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $51,101.82 | Allowed: | $41,516.82 |
| GATLA, SRIMANI<br>48988 MANNA GRASS TER<br>FREMONT, CA 94539-8414 | | Claim Number: 3561<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012)<br>Claim out of balance | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| SECURED | Claimed: | $7,495.35 | | |
| UNSECURED | Claimed: | $9,512.35 | | |
| TOTAL | Claimed: | $17,007.70 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

GATLA, SRIMANI REDDY
48988 MANNA GRASS TER
FREMONT, CA 945398414

Claim Number: 354
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7234 (02/21/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $18,472.84 |

---

GATLA, SRIMANI REDDY
48988 MANNA GRASS TER
FREMONT, CA 94539-8414

Claim Number: 3641
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7234 (02/21/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,057.70 |

---

GATLIN-WILSON, ASHLEY
413 WHISPERFIELD
MURPHY, TX 75094

Claim Number: 14
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,720.92 |
| UNSECURED | Claimed: | $21,506.70 |

---

GE FANUC INTELLIGENT PLATFORMS
ATTN: NATHAN B. SMITH, ESQ.
2500 AUSTIN DRIVE
CHARLOTTESVILLE, VA 22911

Claim Number: 5356
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $235,980.00 |

---

GE FANUC INTELLIGENT PLATFORMS
ATTN: NATHAN B. SMITH, ESQ.
2500 AUSTIN DRIVE
CHARLOTTESVILLE, VA 22911

Claim Number: 7077
Claim Date: 02/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4256 (11/08/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $548,496.64 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| GEARHART, KYLE<br>34 TYLER TRAIL<br>HILTON, NY 14468 | | Claim Number: 4291<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21,468.80 |

| | | |
|---|---|---|
| GELL, NANCY F.<br>102 ROCK SPRING COURT<br>CARRBORO, NC 27510 | | Claim Number: 7544<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $55,367.15 |

| | | |
|---|---|---|
| GELL, NANCY F.<br>102 ROCK SPRING COURT<br>CARRBORO, NC 27510 | | Claim Number: 8196<br>Claim Date: 02/16/2012<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $60,771.74 |

| | | |
|---|---|---|
| GELO, DONALD<br>1956 WILTON CIRCLE<br>RALEIGH, NC 27615 | | Claim Number: 291<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $37,442.32 |

| | | |
|---|---|---|
| GENCARELLI, LOUIS A. JR.<br>6 STRATTON DRIVE<br>WESTBOROUGH, MA 01581 | | Claim Number: 3393<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $26,221.86 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| GENERAL ELECTRIC CAPITAL CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Claim Number: 624<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $33,289.08   CONT |
|---|---|---|

| GENERAL ELECTRIC CAPITAL CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Claim Number: 625<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,472.60   CONT |
|---|---|---|

| GENESIS BUILDING LTD<br>BEACON PLACE 6055 ROCKSIDE WOODS<br>INDEPENDENCE, OH 44131 | Claim Number: 2817<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $71,523.41 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| GENTLEMAN, JEANNINE<br>3 PRINCETON ST.<br>PEABODY, MA 01960 | Claim Number: 333<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $23,731.02 |
|---|---|---|

| GEOFFROY<br>ATTN: MARTIN GEOFFROY<br>877 ANDRE MATHIEU<br>BOUCHERVILLE, QC J4B 8N9<br>CANADA | Claim Number: 4217<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| GEOMANT KFT.<br>F.A.O. ROBERT SIMON<br>MARTANVOLGY UT 17<br>BUDAPEST, 1124<br>HUNGARY | | Claim Number: 1166<br>Claim Date: 05/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,466.00 | Allowed: | $2,848.00 |

| GEPPI, LEIGH ANNE<br>132 BLUE RIBBON TRAIL<br>CHRISTIANA, TN 37037 | | Claim Number: 7557<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $324.35   UNLIQ |

| GERAGHTY, JAMES<br>19 HICKORY DR<br>AMHERST, NH 03031 | | Claim Number: 6009<br>Claim Date: 10/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $21,876.03 |

| GERBEC, FRANK<br>260 GUELPH ST.<br>POB 74062<br>GEORGETOWN, ON L7G 5L1<br>CANADA | | Claim Number: 1379<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6097 |
|---|---|---|
| PRIORITY | Claimed: | $45,856.00 |
| UNSECURED | Claimed: | $11,743.00 |

| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | | Claim Number: 1873<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) |
|---|---|---|
| PRIORITY | Claimed: | $4,001.42 |
| UNSECURED | Claimed: | $10,713.02 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | | Claim Number: 1874<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | |
| PRIORITY | Claimed: | $4,001.42 | |
| UNSECURED | Claimed: | $10,713.02 | |
| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | | Claim Number: 1876<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | |
| PRIORITY | Claimed: | $4,001.42 | |
| UNSECURED | Claimed: | $10,713.02 | |
| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | | Claim Number: 1877<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | |
| PRIORITY | Claimed: | $4,001.42 | |
| UNSECURED | Claimed: | $10,713.02 | |
| GERVITZ, GARY ALAN<br>36 CYPRESS COURT<br>TROPHY CLUB, TX 76262 | | Claim Number: 43<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| UNSECURED | Claimed: | $14,714.44 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| GERVITZ, GARY ALAN<br>36 CYPRESS COURT<br>TROPHY CLUB, TX 76262 | Claim Number: 1875<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $4,001.42 |
| UNSECURED | Claimed: | $10,713.02 |

| GFI, A DIVISION OF THOMAS & BETTS<br>MANUFACTURING INC.<br>C/O BRETT D FALLON ESQ, MORRIS JAMES LLP<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 | Claim Number: 3830<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $40,951.30 |
| UNSECURED | Claimed: | $1,050,439.37 |

| GFI, A DIVISION OF THOMAS & BETTS<br>MANUFACTURING INC.<br>C/O BRETT D FALLON ESQ, MORRIS JAMES LLP<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 | Claim Number: 3834-01<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $35,162.30 |

| GFI, A DIVISION OF THOMAS & BETTS<br>MANUFACTURING INC.<br>C/O BRETT D FALLON ESQ, MORRIS JAMES LLP<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 | Claim Number: 3834-02<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,789.00 |

| GHODGAONKAR, KIRAN<br>199 ANAHEIM TERRACE<br>SUNNYVALE, CA 94086 | Claim Number: 5921<br>Claim Date: 10/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $42,547.07 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

GIANI, ANITA M
129 ELVA AVE
PASS CHRISTIAN, MS 395714809

Claim Number: 1891
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $403.65   UNLIQ |
| --- | --- | --- |

GIANI, ANITA M.
129 ELVA DRIVE
PASS CHRISTIAN, MS 39571

Claim Number: 1890
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $403.65   UNLIQ |
| --- | --- | --- |

GIBSON TECHNOLOGIES
3100 WOODCREEK DR
DOWNERS GROVE, IL 60515-5427

Claim Number: 3608
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $45,325.00 | Scheduled: | $45,325.00 |
| --- | --- | --- | --- | --- |

GIBSON, ROBERT JOHN
308 HALLS MILL DRIVE
CARY, NC 27519

Claim Number: 5852
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $53,295.74 |
| --- | --- | --- |

GIGA TRON ASSOC LTD
968 ST LAURENT BLVD
OTTAWA, ON K1K 3B3
CANADA

Claim Number: 3343
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $4,016.25 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | |
|---|---|---|---|
| GILBERTSON, WAYNE<br>34 WEDGEWOOD DRIVE<br>HAWTHORN WOODS, IL 60047-7552 | | Claim Number: 1025<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $34,709.00 | |
| GILBERTSON, WAYNE<br>34 WEDGEWOOD DRIVE<br>HAWTHORN WOODS, IL 60047-7552 | | Claim Number: 1072<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $34,709.00 | |
| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR.<br>WHITSETT, NC 27377 | | Claim Number: 2649<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $96,400.69 | |
| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR.<br>WHITSETT, NC 27377 | | Claim Number: 2650<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $96,400.69 | |
| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR<br>WHITSETT, NC 27377 | | Claim Number: 2651<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $96,400.69 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| GILL, GUY D. | Claim Number: 132 |
| 1015 LONSDALE COURT | Claim Date: 02/02/2009 |
| ALPHARETTA, GA 30022 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $118,192.28 |
|---|---|---|

| GILL, GUY D. | Claim Number: 4263 |
| 1015 LONSDALE COURT | Claim Date: 09/28/2009 |
| ALPHARETTA, GA 30022 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $124,243.86 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| GILLESPIE, DONALD L | Claim Number: 3016 |
| PO BOX 293 | Claim Date: 09/15/2009 |
| CARTHAGE, MO 64836 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $397,257.53 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| GILLIS, PATRICIA | Claim Number: 3654 |
| 38 OAK STREET | Claim Date: 09/24/2009 |
| HUDSON, MA 01749 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $23,414.40 |
|---|---|---|

| GILLIS, PATRICIA | Claim Number: 3655 |
| 38 OAK STREET | Claim Date: 09/24/2009 |
| HUDSON, MA 01749 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2320 (01/21/2010) |

| PRIORITY | Claimed: | $23,414.40 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| GILLIS, PATRICIA<br>38 OAK STREET<br>HUDSON, MA 01749 | | Claim Number: 3656<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $23,414.40 |
| GILLIS, PATRICIA<br>38 OAK STREET<br>HUDSON, MA 01749 | | Claim Number: 3657<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $23,414.40 |
| GILLIS, PATRICIA<br>38 OAK STREET<br>HUDSON, MA 01749 | | Claim Number: 3658<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $20,791.92 |
| GINTEL<br>1601 N PALM AVE SUITE 304 D<br>PEMBROKE PINES, FL 33026 | | Claim Number: 5939<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| ADMINISTRATIVE | Claimed: | $17,200.00 |
| GLASS, DAVID J.<br>2313 LACEWOOD DRIVE<br>GARLAND, TX 75044-5527 | | Claim Number: 7563<br>Claim Date: 01/13/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8119 |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $46,999.70 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| GLASS, DAVID J.<br>2313 LACEWOOD DRIVE<br>GARLAND, TX 75044-5527 | | Claim Number: 8119<br>Claim Date: 12/19/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7563 | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $55,513.02 | | | |

---

| GLEASON, STEVEN<br>6 KINGS CROSSING CT<br>SAINT LOUIS, MO 63129 | | Claim Number: 2752<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $158,096.75 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

---

| GLEASON, STEVEN<br>6 KINGS CROSSING CT<br>ST LOUIS, MO 63129 | | Claim Number: 4149<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $8,601.52 | | | |

---

| GLEASON, STEVEN P<br>6 KINGS CROSSING COURT<br>ST LOUIS, MO 63129 | | Claim Number: 1687<br>Claim Date: 08/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $137,767.32 | | | |

---

| GLOBAL CROSSING CONFERENCING<br>DEPARTMENT 518<br>DENVER, CO 80291-0518 | | Claim Number: 2671<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $42,161.97 | Scheduled: | $11,773.78 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| GLOBAL CROSSING CONFERENCING<br>DEPT 518<br>DENVER, CO 80291-0518 | | Claim Number: 2672<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $823.64 | | |
| GLOBAL ELECTRIC<br>GLOBAL ELECTRIC ELECTRONICS<br>2710 WECK DRIVE<br>DURHAM, NC 27713 | | Claim Number: 5432<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $39,555.15 | Scheduled: | $388,290.37 |
| GLOBAL IP SOLUTIONS, INC.<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW, CA 94043-1351 | | Claim Number: 1336<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $411,928.30 | | |
| GLOBALWARE SOLUTIONS<br>200 WARD HILL AVENUE<br>HAVERHILL, MA 01835 | | Claim Number: 5810<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $35,047.53 | | |
| GLYMPH, STEVEN W<br>1401 DIXIE TRAIL<br>RALEIGH, NC 27607 | | Claim Number: 3263<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $8,562.54 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| GNB INDUSTRIAL POWER - A DIVISION OF<br>EXIDE TECHNOLOGIES<br>3950 SUSSEX AVENUE<br>AURORA, IL 60504-7932 | | Claim Number: 267<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED | Claimed: | $67,992.00 | | Allowed: | $62,992.00 |
| GOFORTH, OONA M<br>700 N MAIN ST, PO BOX 234<br>FARMLAND, IN 47340 | | Claim Number: 3587<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |
| UNSECURED | Claimed: | $0.00   UNDET   Scheduled:   $0.00 UNLIQ | | Allowed: | $3,191.00 |
| GOINS, PETRA<br>2982 MARLOW LANE<br>RICHARDSON, TX 75082 | | Claim Number: 2690<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $15,749.41 | | | |
| UNSECURED | Claimed: | $2,388.08 | | | |
| GOINS, PETRA B.<br>2982 MARLOW LANE<br>RICHARDSON, TX 75082 | | Claim Number: 51<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $7,505.38 | | | |
| UNSECURED | Claimed: | $25,245.37 | | | |
| GOLDER<br>GOLDER ASSOCIATES INC<br>3730 CHAMBLEE TUCKER ROAD<br>ATLANTA, GA 30341 | | Claim Number: 3264<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $23,043.65   Scheduled:   $11,315.39 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

GOLF CLUB OF GEORGIA, INC.
1 GOLF CLUB DRIVE
ALPHARETTA, GA 30005-7426

Claim Number: 4316
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $2,062.57 |
|---|---|---|

GOMBOS, IMRE M
6830 LANCASTER CR
CUMMING, GA 30040

Claim Number: 3510
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $56,488.14 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

GOOCH, SHARON
3621 PAGE RD
MORRISVILLE, NC 27560

Claim Number: 2343
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,542.00 |
|---|---|---|

GOODBAR, ROBERT L JR.
2809 BUTNER ST
DURHAM, NC 27704

Claim Number: 2227
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $198.27 UNLIQ |
|---|---|---|

GOODIN, VICKIE
104 POLLY PLACE
CLAYTON, NC 27520

Claim Number: 7744
Claim Date: 05/31/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,386.86 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| GOODMAN-PROCKNOW, DEBRA<br>3185 STONEHURST DRIVE<br>EL DORADO HILLS, CA 95762 | Claim Number: 7424<br>Claim Date: 09/20/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $43,008.00 |
|---|---|---|

---

| GOODWIN, DREW<br>2552 BLUEBONNET DRIVE<br>RICHARDSON, TX 75082 | Claim Number: 5597<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $5,240.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

| GOOSE, KEVIN N.<br>2500 SILVER SPUR CT<br>HERNDON, VA 20171-2927 | Claim Number: 3708<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $154,722.84 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX 75075 | Claim Number: 2104<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX 75075 | Claim Number: 2106<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

GORDON, DOUGLAS S.
3904 SADDLEHEAD DRIVE
PLANO, TX 75075

Claim Number: 2108
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

ADMINISTRATIVE       Claimed:              $0.00  UNDET

---

GORHUM, JAMES WAYNE
2752 BANEBERRY CT.
HIGHLANDS RANCH, CO 80129

Claim Number: 7235
Claim Date: 04/26/2010
Debtor: NORTEL NETWORKS INC.

---

UNSECURED            Claimed:           $71,918.00

---

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4534
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

ADMINISTRATIVE       Claimed:          $334,560.00

---

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4535
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

ADMINISTRATIVE       Claimed:           $10,968.25

---

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4537
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED            Claimed:             $159.10      Scheduled:          $159.10  UNLIQ

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4538
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY UNSECURED | Claimed: | $30,000.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4539
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4541
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4542
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

GOTTWALD, JOHN
25 AUTUMN LANE
READING, MA 01867

Claim Number: 7128
Claim Date: 02/25/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY UNSECURED | Claimed: | $23,201.72 | Scheduled: | $16,569.15 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| GOUDSMIT, JAC<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim Number: 5529<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $395.00 |

---

| GOULET, ROY<br>25 LAKEHURST COURT<br>DURHAM, NC 27713 | Claim Number: 439<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |

| PRIORITY | Claimed: | $8,874.65 |
| UNSECURED | Claimed: | $38,840.00 |

---

| GOULET, ROY<br>25 LAKEHURST COURT<br>DURHAM, NC 27713 | Claim Number: 4602<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |

| PRIORITY | Claimed: | $8,874.65 |
| UNSECURED | Claimed: | $38,840.00 |

---

| GOULET, ROY<br>25 LAKEHURST COURT<br>DURHAM, NC 27713 | Claim Number: 4603<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $47,714.65 |

---

| GOWIN, VINOD<br>8208 MANATEE CT<br>RALEIGH, NC 27616 | Claim Number: 5813<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. |

| SECURED | Claimed: | $50,908.19 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| GOWIN, VINOD<br>8208 MANATEE CT.<br>RALEIGH, NC 27616 | | Claim Number: 5815<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| SECURED | Claimed: | $50,908.19 |
| GOWIN, VINOD N.<br>8208 MANATEE CT<br>RALEIGH, NC 27616 | | Claim Number: 5814<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| SECURED | Claimed: | $50,908.19 |
| GOYETTE, PATRICIA C<br>351 GARDNER LANE<br>DOVER, AR 72837 | | Claim Number: 4467<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,339.89 | Scheduled: | $0.00 UNLIQ |

| | | |
|---|---|---|
| GRABOWSKI, EDWARD<br>516 LYNDENBURY DR<br>APEX, NC 27502 | | Claim Number: 2691<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $516.85 |
| GRABOWSKI, EDWARD<br>516 LYNDENBURY DR<br>APEX, NC 27502 | | Claim Number: 2692<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $72,358.50 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

GRACE, SAMUEL J.
2964 COVE TRACE
CHARLOTTESVILLE, VA 22911

Claim Number: 1556
Claim Date: 07/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $146,199.69 | | |
|---|---|---|---|---|

GRAHAM, ROBERT
PO BOX 9096
RANCHO SANTA FE, CA 92067

Claim Number: 4355
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim for 1,571.25 monthly.

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

GRAHAM, ROBERT
PO BOX 9096
RANCHO SANTA FE, CA 92067

Claim Number: 4360
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $132,570.08 | Scheduled: | $132,570.08 UNLIQ |
|---|---|---|---|---|

GRAHAM, ROBERT M.
P.O. BOX 9096
RANCHO SANTA FE, CA 92067

Claim Number: 4354
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim for 1,158.47 monthly.

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

GRAINGER, BRIAN
6648 S MARION ST
CENTENNIAL, CO 80121

Claim Number: 690
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $44,118.00 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| GRAINGER, BRIAN<br>6648 S MARION ST<br>CENTENNIAL, CO 80121 | | Claim Number: 4567<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $44,118.00 | | |
| GRAINGER, BRIAN<br>6648 S. MARION STREET<br>CENTENNIAL, CO 80121 | | Claim Number: 4568<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 690. | | |
| UNSECURED | Claimed: | $47,511.44 | Scheduled: | $47,511.44 |
| GRAINGER, WESLEY<br>28119 CARMEL VALLEY<br>BOERNE, TX 78015-4858 | | Claim Number: 3226<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $49,996.76 | | |
| GRAMAN, ROGER A.<br>204 FAISON RD.<br>CHAPEL HILL, NC 27517 | | Claim Number: 7425<br>Claim Date: 09/20/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $68,425.00 | | |
| GRAMMER, WANDA R.<br>204 CROOKED CREEK LANE<br>HENDERSONVILLE, TN 37075 | | Claim Number: 7868<br>Claim Date: 07/26/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7601 | | |
| UNSECURED | Claimed: | $68,983.84 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

GRANDMONT CONSULTING INC
1350 ERINDALE CRESCENT
LONDON, ON N5X 1V9
CANADA

Claim Number: 4139
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| UNSECURED | Claimed: | $10,320.00 | | |
|---|---|---|---|---|

GRANGER, KATHERINE
1201 CHICKERING WAY LN.
KNOXVILLE, TN 37923

Claim Number: 7655
Claim Date: 03/21/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $25,897.64 | | |
|---|---|---|---|---|

GRANT, DAVID
205 REEDHAM WAY
RALEIGH, NC 27615

Claim Number: 3986
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $330,868.72 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

GRANT, DAVID
205 REEDHAM WAY
RALEIGH, NC 27615

Claim Number: 3987
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $315,868.47 | Scheduled: | $315,868.47 UNLIQ |
|---|---|---|---|---|

GRANT, SIDNEY BEAUSOLEIL
2720 SYLVAN WAY
MCKINNEY, TX 75070

Claim Number: 7361
Claim Date: 07/27/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $90,588.00  UNLIQ |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT - ATTN: ELIZABETH BANDA CALVO PERDUE, BRANDON, FIELDER, COLLINS & MOTT P.O. BOX 13430 ARLINGTON, TX 76094-0430 | Claim Number: 7404 Claim Date: 09/07/2010 Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $4,750.74 |
|---|---|---|

| GRASBY, ROBERT 3077 HILARY DR SAN JOSE, CA 95124 | Claim Number: 1374 Claim Date: 06/17/2009 Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $27,136.30 |
|---|---|---|

| GRASBY, ROBERT 3077 HILARY DR SAN JOSE, CA 95124 | Claim Number: 1375 Claim Date: 06/17/2009 Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $8,134.30 |
|---|---|---|

| GRASBY, ROBERT 3077 HILARY DR SAN JOSE, CA 95124 | Claim Number: 1376 Claim Date: 06/17/2009 Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $50,486.14 |
|---|---|---|

| GRASBY, ROBERT 3077 HILARY DR SAN JOSE, CA 95124 | Claim Number: 1377 Claim Date: 06/17/2009 Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $3,447.30 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| GRAY, MICHAEL S.<br>6583 DECLARATION CT.<br>BEALETON, VA 22712 | | Claim Number: 7842<br>Claim Date: 07/15/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1428 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $24,316.43 |

---

| GRAY, STEVEN J.<br>317-411 W. MORGAN ST.<br>RALEIGH, NC 27601 | | Claim Number: 7578<br>Claim Date: 01/24/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>To be determined but not less than $33,500 based on expected terminatio |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $22,550.00   UNLIQ |

---

| GRAY-PRESTON, CARROLL<br>101 HALLEY'S CT<br>MORRISVILLE, NC 27560 | | Claim Number: 77<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $77,177.25 |

---

| GRAY-PRESTON, CARROLL<br>101 HALLEY'S CT<br>MORRISVILLE, NC 27560 | | Claim Number: 78<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $141,908.54 |

---

| GRAYBAR<br>JULES KRIEGER<br>FINANCIAL MANAGER<br>425 CAYUGA ROAD, SUITE 100<br>CHEEKTOWAGA, NY 14225 | | Claim Number: 1911<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,802.12 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| GRAYBAR ELECTRIC<br>4601 CAMBRIDGE ROAD<br>FORT WORTH, TX 76155 | Claim Number: 3165<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $54,609.20 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $28,682.49 DISP |

---

| GRAYBAR ELECTRIC CO INC<br>425 CAYUGA ROAD<br>CHEEKTOWAGA, NY 14225-1946 | Claim Number: 1912<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,802.12 | Scheduled: | $1,750.53 DISP |
|---|---|---|---|---|

---

| GRAYBAR ELECTRIC COMPANY, INC.<br>STEVENS & LEE, P.C. - JOHN D. DEMMY<br>1105 NORTH MARKET STREET, 7TH FLOOR<br>WILMINGTON, DE 19801 | Claim Number: 2270<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 1545 (09/24/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,815.37 | | | Allowed: | $839.63 |
|---|---|---|---|---|---|---|

---

| GREEN, JAMES A.<br>PO BOX 1470<br>JEFFERSON, NC 28640 | Claim Number: 7306<br>Claim Date: 06/21/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $84,441.58 |
|---|---|---|

---

| GREEN, ROBERT J<br>3016 LAKESIDE VIEW COURT<br>CARY, NC 27513 | Claim Number: 3152<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| GREEN, STEPHANIE<br>1274 COUNTY ROAD 4205<br>BONHAM, TX 75418 | Claim Number: 7269<br>Claim Date: 05/28/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $33,802.10 | |
|---|---|---|---|

| GREEN, WILLIAM & MARILYN<br>1106 BOSTON HOLLOW RD<br>ASHLAND CITY, TN 37015 | Claim Number: 7338<br>Claim Date: 07/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

| GREENBERG TURNER<br>401 BAY STREET, SUITE 3000<br>TORONTO, ON M5H 2Y4<br>CANADA | Claim Number: 5546<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $11,609.17 |
|---|---|---|

| GREENBERG TURNER<br>401 BAY STREET, SUITE 3000<br>TORONTO, ON M5H 2Y4<br>CANADA | Claim Number: 7295<br>Claim Date: 06/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $6,981.98 |
|---|---|---|

| GREENE, STUART<br>14678 VILLAGE GLEN CIRCLE<br>TAMPA, FL 33618 | Claim Number: 4306<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $148,839.39 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

GREER, DEBORAH A.
1609 WRENWOOD WAY
MOUNT JULIET, TN 37122

Claim Number: 7626
Claim Date: 03/03/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 UNLIQ | |
| UNSECURED | Claimed: | $41,928.00 UNLIQ | |

GRELCK, KENNETH
117 TARKINGTON CT.
MORRISVILLE, NC 27560

Claim Number: 698
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $501,018.61 | |

GRELCK, KENNETH
117 TARKINGTON CT.
MORRISVILLE, NC 27560

Claim Number: 2658
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $50,365.06 | |

GRELCK, KENNETH
117 TARKINGTON CT.
MORRISVILLE, NC 27560

Claim Number: 2659
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $463,792.20 | Scheduled: | $474,742.40 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| GRELCK, KENNETH<br>117 TARKINGTON CT.<br>MORRISVILLE, NC 27560 | | Claim Number: 2660<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $10,402.75  UNLIQ |
| GRELCK, KENNETH<br>117 TARKINGTON CT.<br>MORRISVILLE, NC 27560 | | Claim Number: 2661<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $22,305.46  UNLIQ |
| GRELCK, KENNETH<br>117 TARKINGTON CT<br>MORRISVILLE, NC 27560 | | Claim Number: 2662<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $28,005.87 | | |
| GRELCK, KENNETH<br>117 TARKINGTON CT.<br>MORRISVILLE, NC 27560 | | Claim Number: 2663<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $72,422.09 | | |
| GREVE, DANIEL<br>2221 LAKESIDE BLVD<br>RICHARDSON, TX 75082-4305 | | Claim Number: 2923<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $6,155.11 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

GRIFFIN, JIM L.
112 CROSSWIND DR.
CARY, NC 27513

Claim Number: 7520
Claim Date: 12/20/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $6,050.00   UNLIQ |

GRIFFIN, KIMBERLY
8701 DONNINGTON DR.
RALEIGH, NC 27615

Claim Number: 574
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $48,794.00 |

GRIFFIN, KIMBERLY
8701 DONNINGTON DR.
RALEIGH, NC 27615

Claim Number: 575
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,796.89 |

GRIFFIN, KIMBERLY
8701 DONNINGTON DR.
RALEIGH, NC 27615

Claim Number: 576
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $118,373.44 |

GRIFFIN, KIMBERLY
8701 DONNINGTON DR.
RALEIGH, NC 27615

Claim Number: 577
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,365.00 |

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

GRIFFIN, KIMBERLY
8701 DONNINGTON DR.
RALEIGH, NC 27615

Claim Number: 3577
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 574.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $49,129.58 |

---

GRIFFIN, LARNA E.
8212 MUIRFIELD DRIVE
FUQUAY VARINA, NC 27526

Claim Number: 581
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $457.03 |

---

GRIGG, THOMAS JR
3724 WOODLAWN CT
BUFORD, GA 30519-4616

Claim Number: 6285
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $18,665.03 |

---

GRISHAM, KIMBERLEE
309 JENNIFER LANE
ROSELLE, IL 60172

Claim Number: 3335
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET |

---

GRONWALL, TERYL
5853 JOE BEAR DRIVE
HONEOYE, NY 14471

Claim Number: 3517
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74,351.91 | Scheduled: | $74,351.91  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

GRONWALL, TERYL R
5853 JOE BEAR DRIVE
HONEOYE, NY 14471-9523

Claim Number: 3519
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $157,510.86 | Scheduled: | $0.00 UNLIQ | |

GROOT INDUSTRIES, INC.
C/O CHRISTOPHER COMBEST, ATTORNEY
QUARLES & BRADY LLP
300 N. LASALLE STREET, SUITE 4000
CHICAGO, IL 60654

Claim Number: 4526
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | | Allowed: | $600.00 |

GROSSO, STEPHEN
44 HUCKLEBERRY RD
HOPKINTON, MA 01748

Claim Number: 4525
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,866.57 | Scheduled: | $2,866.57 UNLIQ |

GROTE, CHARLES R
5627 S. QUATAR CT.
CENTENNIAL, CO 80015

Claim Number: 8
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $36,718.08 |

GROTE, CHARLES R
5627 S. QUATAR CT.
CENTENNIAL, CO 80015

Claim Number: 9
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,939.36 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

GROTE, CHARLES R
5627 S. QUATAR CT.
CENTENNIAL, CO 80015

Claim Number: 10
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,944.68 |
|----------|----------|-----------|

GROTE, CHARLES R.
5627 S. QUATAR CT.
CENTENNIAL, CO 80015

Claim Number: 93
Claim Date: 01/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,574.80 |
|----------|----------|-----------|

GROTE, CHARLES R.
5627 S. QUATAR CT.
CENTENNIAL, CO 80015

Claim Number: 278
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,904.94 |
|----------|----------|-----------|

GROTH, LOUISE
1127 LINCOLN COURT
SAN JOSE, CA 95125

Claim Number: 1524
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $10,950.00 |
|-----------|----------|------------|
| UNSECURED | Claimed: | $20,764.00 |

GTCI
701 MAPLE CREEK DR
FAIRVIEW, TX 750690140

Claim Number: 101
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $27,757.24 | | |
|-----------|----------|------------|------------|------------|
| UNSECURED | | | Scheduled: | $27,757.24 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| GU, JIONG<br>601 COMANCHE DR<br>ALLEN, TX 75013 | | Claim Number: 275<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $28,016.46 |
| GU, JIONG<br>601 COMANCHE DR<br>ALLEN, TX 75013 | | Claim Number: 389<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $17,066.46 |
| GUANGDONG NORTEL TELECOMM. EQUIP. CO.LTD<br>ATTN: MAY CAI, IN-HOUSE COUNSEL<br>RONGLI INDUSTRIAL PARK, LIUHENG ROAD,<br>RONGGUI, SHUNDE DISTRICT<br>GUANGDONG, 528306<br>CHINA | | Claim Number: 3545<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $3,927,622.44 |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD<br>ATN : MAY CAI, IN-HOUSE COUNSEL<br>RONGLI INDUSTRIAL PARK, LIUHENG ROAD,<br>RONGGUI SHUNDE DISTRICT<br>FOSHAN CITY, GUANGDONG, 528306<br>CHINA | | Claim Number: 3962<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $3,927,622.44 |
| UNSECURED | Claimed: | $8,533,449.86 |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD<br>ATN : MAY CAI, IN-HOUSE COUNSEL<br>RONGLI INDUSTRIAL PARK, LIUHENG ROAD,<br>RONGGUI SHUNDE DISTRICT<br>FOSHAN CITY, GUANGDONG, 528306<br>CHINA | | Claim Number: 3963<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $10,057,644.05 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| GUANGDONG NORTEL TELECOMMUNICATIONS EQUIPMENT CO., LTD. C/O ANNA VENTRESCA, GENERAL COUNSEL 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | Claim Number: 8060 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $12,036,479.75  UNLIQ |

---

| GUENDEL, HERBERT W. 1319 DEANS DR. HUNTSVILLE, AL 35802 | Claim Number: 4573 Claim Date: 09/29/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |

---

| GUERIN GUERIN & RODRIGUEZ LLP 5 MOUNT ROYAL AVE MARLBOROUGH, MA 01752 | Claim Number: 2992 Claim Date: 09/14/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2320 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $87,498.63 |

---

| GUERIN & RODRIGUEZ LLP 5 MT ROYAL AVE MARLBORO, MA 01752 | Claim Number: 2979 Claim Date: 09/14/2009 Debtor: NORTEL NETWORKS INC. Comments: DOCKET: 7183 (02/07/2012) |
|---|---|

| UNSECURED | Claimed: | $87,498.63 |

---

| GUERIN & RODRIGUEZ LLP 5 MOUNT ROYAL AVE MARLBOROUGH, MA 01752 | Claim Number: 3005 Claim Date: 09/14/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2320 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $87,498.63 | Scheduled: | $30,052.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

GUETING, JAN BERND
VON-HOLTE-STRASSE 75
MUENSTER, D-48167
GERMANY

Claim Number: 2507
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| PRIORITY | Claimed: | $104,754.00 |
|---|---|---|

GUNDECHA, CHAND
11309 RIDGEGATE DRIVE
RALEIGH, NC 27617

Claim Number: 2629
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $24,296.87 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,296.87 | Scheduled: | $19,832.58 UNLIQ |
| TOTAL | Claimed: | $24,296.87 | | |

GUNDECHA, CHANDRAKANT (CHAND)
11309 RIDGEGATE DR
RALEIGH, NC 27617

Claim Number: 133
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $18,244.26 |
|---|---|---|
| SECURED | Claimed: | $36,000.00 |
| TOTAL | Claimed: | $18,244.26 |

GUNDUZHAN, EMRE
5212 ACACIA AVE
BETHESDA, MD 20814

Claim Number: 1272
Claim Date: 06/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $13,339.00 |
|---|---|---|
| UNSECURED | Claimed: | $21,412.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| GUREVITCH, MORRIS<br>17890 ABERDEEN WAY<br>BOCA RATON, FL 33496 | Claim Number: 1483<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $199,687.02 |

---

| GUREVITCH, MORRIS<br>17890 ABERDEEN WAY<br>BOCA RATON, FL 33496 | Claim Number: 4131<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $235,000.00 |

---

| GUTIERREZ, JORGE<br>6309 KIT CREEK RD.<br>MORRISVILLE, NC 27560 | Claim Number: 644<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |

| UNSECURED | Claimed: | $21,914.40 |

---

| GUTTSCHALK-POWER, LORI<br>108 LOCKFIELD DRIVE<br>CLAYTON, NC 27520 | Claim Number: 8124<br>Claim Date: 12/27/2011<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
| UNSECURED | Claimed: | $52,050.00  UNLIQ |

---

| HACKER, COLLEEN<br>3024 WYNTREE COURT<br>MATTHEWS, NC 28104 | Claim Number: 7395<br>Claim Date: 08/30/2010<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
| UNSECURED | Claimed: | $19,672.75  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

HACKNEY, JOEL
315 MEADOWMONT LANE
CHAPEL HILL, NC 27517

Claim Number: 4278
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $55,388.55 |
|---|---|---|

HADDOCK, DONALD D.
1424 OPAL CT
RALEIGH, NC 27615

Claim Number: 2467
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $170,794.80 |
|---|---|---|

HADFIELD, BRIAN
859 N SILVER FOX DR
GRANTSVILLE, UT 840298052

Claim Number: 3887
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $19,375.00 |
|---|---|---|

HAFEEZ, IMRAN
604 SAINT GEORGE
RICHARDSON, TX 75081

Claim Number: 4405
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $51,329.19 |
|---|---|---|

HAGEMEYER NORTH AMERICA INC
PO BOX 404753
ATLANTA, GA 30384-4753

Claim Number: 5987
Claim Date: 10/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $20,365.85 | Allowed: | $20,365.85 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| HAGGARD, CARY<br>601 EAST 20TH ST.<br>APT. 6E<br>NEW YORK, NY 10010 | | Claim Number: 2889<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $31,849.99 | | | |
| HAGGBLADE, TED<br>3812 PILOT DR<br>PLANO, TX 75025 | | Claim Number: 3221<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $190,801.87 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 293<br>Claim Date: 02/16/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $608,549.21 | | | |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: THORPE, MACK, JR.<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 831<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4552 (12/07/2010) | | | |
| UNSECURED | Claimed: | $1,441,417.90 | | Allowed: | $115,000.00 |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: WEBSLINGERZ, INC.<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 1080<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $85,000.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
301 ROUTE 17, 7TH FLOOR
ATTN: GANNA LIBERCHUK
RUTHERFORD, NJ 07070

Claim Number: 1950
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $747,603.76 | | | | |

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: TESTING HOUSE DE MEXICO S DE
301 ROUTE 17, 7TH FLOOR
ATTN: GANNA LIBERCHUK
RUTHERFORD, NJ 07070

Claim Number: 2268
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 1199 (07/28/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $66,390.00 | | | Allowed: | $66,390.00 |

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: TESTING HOUSE DE MEXICO S DE
301 ROUTE 17, 7TH FLOOR
ATTN: GANNA LIBERCHUK
RUTHERFORD, NJ 07070

Claim Number: 2269
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 1199 (07/28/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $171,080.00 | Scheduled: | $168,430.00 | Allowed: | $171,080.00 |

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: BALDWIN FB
301 ROUTE 17, 7TH FLOOR
ATTN: GANNA LIBERCHUK
RUTHERFORD, NJ 07070

Claim Number: 2464
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $191,850.00 | Scheduled: | $191,850.00 | | |

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AIRSPAN NETWORKS INC.
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 3470
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7182 (02/07/2012)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $147,488.48 | | | | |
| UNSECURED | Claimed: | $1,684,090.25 | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: CALLIDUS SOFTWARE<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 4098<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
| ADMINISTRATIVE          Claimed: | $400,528.64 | | | |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: SYSELOG SA<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 4902<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4554 (12/07/2010) | | | |
| UNSECURED          Claimed: | $4,291,036.92 | | Allowed: | $750,000.00 |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: INDUSPAC RTP<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 335<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $41,529.86 | | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: INDUSPAC RTP<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 336<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $9,040.84 | | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: INDUSPAC RTP<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 337<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | |
| UNSECURED          Claimed: | $8,979.42 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: INDUSPAC RTP<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 338<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |
|---|---|

| UNSECURED | Claimed: | $306,714.03 |
|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: M1 PROFESSIONAL SERVICES INC<br>ATTN: RACHEL YAMNIK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2380<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $50,271.95 | Scheduled: | $44,458.06 |
|---|---|---|---|---|

---

| HALE, DAVID<br>3104 PRESTONWOOD DR<br>PLANO, TX 750938855 | Claim Number: 7142<br>Claim Date: 03/10/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4174 |
|---|---|

| PRIORITY | Claimed: | $6,248.06 |
|---|---|---|
| UNSECURED | Claimed: | $39,088.22 |

---

| HALE, JR., ROBERT LEE<br>174 MONTIBELLO DRIVE<br>MOORESVILLE, NC 28117 | Claim Number: 4060<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $3,371.38 |
|---|---|---|

---

| HALE, MITCHELL E.<br>34 LISA BETH CIRCLE<br>DOVER, NH 03820 | Claim Number: 7199<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $43,853.44 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| HALKETT, PHILIP<br>1939 BOWKER PLACE<br>VICTORIA, BC V8R 6N1<br>CANADA | | Claim Number: 2854<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,782.70 | | |

| HALKETT, PHILIP<br>1939 BOWKER PLACE<br>VICTORIA, BC V8R 6N1<br>CANADA | | Claim Number: 2855<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,688.67 | | |

| HALL, SCOTT A.<br>606 O'PHELAN LN<br>GARLAND, TX 75044 | | Claim Number: 1858<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,362.50 | | |
| UNSECURED | Claimed: | $518.78 | | |

| HALLORAN, ROBERT J.<br>PO BOX 876<br>SALEM, NH 03079-0876 | | Claim Number: 2202<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

| HAMILTON COUNTY TREASURER<br>33 N. 9TH STREET, STE. 112<br>NOBLESVILLE, IN 46060 | | Claim Number: 2005<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4467 (12/03/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,255.32 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| HAMILTON, CHARLES<br>2005 SUNDAY SILENCE<br>GREENBRIER, TN 37073 | | Claim Number: 7538<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $6,232.09 | | |
| TOTAL | Claimed: | $17,182.09 | | |
| HAMILTON, MARK<br>2201 LAKESIDE BLVD<br>RICHARDSON, TX 75082-4399 | | Claim Number: 4137<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $2,894.80 | | |
| UNSECURED | | | Scheduled: | $2,894.80  UNLIQ |
| HAMOUDA, JOSEPH<br>10636 E ACACIA DR<br>SCOTTSDALE, AZ 85255 | | Claim Number: 1782<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $34,692.00 | | |
| HAMRICK, EILEEN C.<br>4125 LASSITER ROAD<br>WAKE FOREST, NC 27587-8478 | | Claim Number: 7739<br>Claim Date: 05/23/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7928 | | |
| PRIORITY | Claimed: | $1,978.00 | | |
| UNSECURED | Claimed: | $29,035.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| HAMRICK, EILEEN C.<br>4125 LASSITER ROAD<br>WAKE FOREST, NC 27587-8478 | | Claim Number: 7928<br>Claim Date: 09/06/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7739 | | | |
| PRIORITY | Claimed: | $1,978.00  UNLIQ | | | |
| UNSECURED | Claimed: | $29,035.00  UNLIQ | | | |
| HANIG, HARMON<br>PO BOX 1103<br>LAFAYETTE, CA 94549-1103 | | Claim Number: 3376<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $6,553.94 | | | |
| HANIG, HARMON L.<br>PO BOX 1103<br>LAFAYETTE, CA 94549 | | Claim Number: 1733<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| UNSECURED | Claimed: | $6,553.94 | | | |
| HANKEL, MARK<br>600 TECHNOLOGY PARK<br>BILLERICA, MA 01821 | | Claim Number: 3315<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $196,830.00 | | | |
| UNSECURED | | | Scheduled: | $22,225.18 UNLIQ | |
| HANKEL, MARK<br>600 TECHNOLOGY PARK<br>BILLERICA, MA 01821 | | Claim Number: 4806<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| PRIORITY | Claimed: | $196,830.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HANKEL, MARK C
8 FOX HOLLOW
PLAISTOW, NH 03865

Claim Number: 3314
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $22,225.18 |
|---|---|---|

HANKEL, MARK C.
8 FOX HOLLOW LANE
PLAISTOW, NH 03865

Claim Number: 4807
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

---

| PRIORITY | Claimed: | $22,225.18 |
|---|---|---|

HANLON, BRION R.
2728 WELBORN ST # 316
DALLAS, TX 75219

Claim Number: 7137
Claim Date: 03/08/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $35,613.04 |
|---|---|---|

HANNAH, DAVID C
405 SKULLEY DR
ALPHARETTA, GA 30004

Claim Number: 4398
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $796,026.52 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

HANSEN, KRISTEN
2658 LONG POINTE
ROSWELL, GA 30076

Claim Number: 7832
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $32,729.93 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| HANSEN, MARK<br>1400 OUSLEY DRIVE<br>GILROY, CA 95020 | | Claim Number: 1270<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $80,555.00 |
| HANSEN, MARK J.<br>1400 OUSLEY DRIVE<br>GILROY, CA 95020-3727 | | Claim Number: 1800<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $80,555.16 |
| HANSON, RICHARD I.<br>10786 PORTER LN<br>SAN JOSE, CA 95127 | | Claim Number: 484<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| PRIORITY | Claimed: | $12,000.00 |
| HANSON, RICHARD I.<br>10786 PORTER LN<br>SAN JOSE, CA 95127 | | Claim Number: 486<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| UNSECURED | Claimed: | $38,596.60 |
| HARBISON, SANDRA<br>5816 STRATFORD LANE<br>THE COLONY, TX 75056 | | Claim Number: 2067<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $2,022.44 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| HARBISON, SANDRA<br>5816 STRATFORD LANE<br>THE COLONY, TX 75056 | | Claim Number: 2068<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| PRIORITY | Claimed: | $2,022.44 |
| HARDEN, III, JAMES E.<br>1460 CHINOOK COURT<br>LILBURN, GA 30047-7437 | | Claim Number: 723<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $105,669.55 |
| HARDEN, JAMES E., III<br>1460 CHINOOK COURT<br>LILBURN, GA 30047-7437 | | Claim Number: 1396<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $105,699.55 |
| TOTAL | Claimed: | $105,669.55 |
| HARDEN, JAMES III<br>1460 CHINOOK CT<br>LILBURN, GA 30047-7437 | | Claim Number: 4212<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $8,445.05 |
| UNSECURED | | Scheduled: $0.00 UNLIQ |
| HARDY, BRIAN<br>10935 PARKER VISTA PLACE<br>PARKER, CO 80138 | | Claim Number: 7721<br>Claim Date: 04/28/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00  UNLIQ |
| UNSECURED | Claimed: | $21,983.94  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| HARDY, SHARON H.<br>1006 GWENDOLYN DR<br>LEBANON, TN 37087-8478 | Claim Number: 7499<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $7,250.00  UNLIQ |

| HARKER, KENNETH R. JR<br>4111 MORRISON ROAD<br>NASHVILLE, IN 47448 | Claim Number: 4267<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $385,045.08 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| HARPER, JAMES JR<br>101 CHERTSEY CT<br>CARY, NC 27519 | Claim Number: 2732<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $1,197.53 UNLIQ |
|---|---|---|---|---|

| HARPER, KERRIE<br>9312 CUTRIGHT DR<br>RALEIGH, NC 27617 | Claim Number: 6783<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $45,575.75 |
|---|---|---|

| HARPER, WILLIAM D. JR.<br>4017 BROWN PL<br>RALEIGH, NC 27604 | Claim Number: 7400<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $52,238.01 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| HARR, ROSHAN M.<br>14341 MIRANDA WAY<br>LOS ALTOS HILLS, CA 94022 | Claim Number: 4447<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | | | |

---

| ADMINISTRATIVE | Claimed: | $34,909.56 | | | | |

---

| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 135<br>Claim Date: 02/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | | | | |

---

| SECURED | Claimed: | $4,395.96  UNLIQ | | | | |

---

| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 206<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | | | |

---

| SECURED | Claimed: | $4,395.96  UNLIQ | | | | |

---

| HARRIS STRATEX NETWORKS OPERATING CORP.<br>HARRIS STRATEX NETWORKS, INC.<br>ATTN: LEGAL DEPARTMENT<br>637 DAVIS DRIVE<br>MORRISVILLE, NC 27560 | Claim Number: 991<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | | | | |

---

| UNSECURED | Claimed: | $413,055.21 | | | | |

---

| HARRIS STRATEX NETWORKS OPERATING CORP.<br>ATTN: LEGAL DEPARTMENT<br>HARRIS STRATEX NETWORKS, INC.<br>637 DAVIS DRIVE<br>MORRISVILLE, NC 27560 | Claim Number: 2631<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | | | |

---

| UNSECURED | Claimed: | $421,395.21 | Scheduled: | $59,862.60 | Allowed: | $397,795.21 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| HARRIS, KAREN<br>157 BEAVERBROOK CT<br>DANVILLE, VA 24541 | | Claim Number: 3912<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $22,644.00 |
| HARRIS, KAREN K.<br>157 BEAVERBROOK CT.<br>DANVILLE, VA 24541 | | Claim Number: 3913<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $22,644.00 |
| HARRIS, TIMOTHY<br>308 PINE NUT LANE<br>APEX, NC 27502 | | Claim Number: 4407<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $45,173.60 |
| HART, CHERYL<br>5806 COX FARM ESTATE<br>PARKER, TX 75002 | | Claim Number: 6487<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $42,000.00 |
| HART, RICHARD<br>35 RIDGE BROOK DRIVE<br>STAMFORD, CT 06903 | | Claim Number: 1802<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $14,611.81 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| HART, RICHARD D.<br>35 RIDGE BROOK DRIVE<br>STAMFORD, CT 06903 | Claim Number: 99<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $14,610.94 |
|---|---|---|

---

| HARTE-HANKS MARKET INTELLIGENCE INC<br>9980 HUENNEKENS STREET SUITE 100<br>SAN DIEGO, CA 92121 | Claim Number: 1768<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $37,000.00 | Scheduled: | $1,500.00 |
|---|---|---|---|---|

---

| HARTMAN, JAMES<br>18627 ROBLEDA CT<br>SAN DIEGO, CA 92128 | Claim Number: 2703<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,000.00 |
|---|---|---|

---

| HARTMAN, PAUL L.<br>106 N 4TH AVE # 201<br>ANN ARBOR, MI 48104-1402 | Claim Number: 1191<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $703.86 |

---

| HARTSHORN, TEFFIE<br>1311 PENNYROYAL CT.<br>PATTERSON, CA 95363 | Claim Number: 8004<br>Claim Date: 09/26/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $16,249.24 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

HARTTER, WILLIAM
11 NEWCOMB DR
HILTON, NY 14468

Claim Number: 2862
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $21,159.00 |
|---|---|---|

---

HARTTER, WILLIAM
11 NEWCOMB DR
HILTON, NY 14468

Claim Number: 7546
Claim Date: 12/29/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 2861

| UNSECURED | Claimed: | $21,159.00 |
|---|---|---|

---

HASKINS, RANDY
4008 FIESTA ROAD
DURHAM, NC 27703

Claim Number: 7189
Claim Date: 04/05/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $93,405.00 |
|---|---|---|

---

HAUGHEY, KAREN D.
3024 OAKSIDE CIR.
ALPHARETTA, GA 30004

Claim Number: 7628
Claim Date: 03/04/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $11,695.95 |

---

HAVERKAMP, LAWRENCE C
PO BOX 2497
OREGON CITY, OR 97045-0211

Claim Number: 2143
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,641.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HAVERKAMP, LAWRENCE C.
PO BOX 2497
OREGON CITY, OR 97045

Claim Number: 2112
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $3,641.00   UNLIQ |
|---|---|---|

HAVERKAMP, LAWRENCE C.
PO BOX 2497
OREGON CITY, OR 97045

Claim Number: 2142
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $3,641.00   UNLIQ |
|---|---|---|

HAVERKAMP, LAWRENCE C.
PO BOX 2497
OREGON CITY, OR 97045

Claim Number: 2145
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $3,641.00   UNLIQ |
|---|---|---|

HAWKEN, DONALD
88 MAGNOLIA LANE
WELLAND, ON L3B 6H9
CANADA

Claim Number: 3448
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

HAWKEN, DONALD
88 MAGNOLIA LANE
WELLAND, ON L3B 6H9
CANADA

Claim Number: 3449
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $94,571.97 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| HAWKINS, CHETLEY<br>65 BLUE JAY<br>IRVINE, CA 92604 | | Claim Number: 5756<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $90,370.33 |
|---|---|---|

| | | |
|---|---|---|
| HAWKINS, JOHN<br>1088 GEORGE BOYD ROAD<br>ASHLAND CITY, TN 37015 | | Claim Number: 7619<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7937 |

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $46,634.91  UNLIQ |

| | | |
|---|---|---|
| HAWKINS, JOHN<br>1088 GEORGE BOYD ROAD<br>ASHLAND CITY, TN 37015 | | Claim Number: 8123<br>Claim Date: 12/27/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7937 |

| UNSECURED | Claimed: | $67,248.83 |
|---|---|---|

| | | |
|---|---|---|
| HAY, JENNIFER<br>3205 FANNIN LANE<br>SOUTHLAKE, TX 76092 | | Claim Number: 4799<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |

| PRIORITY | Claimed: | $11,262.61 |
|---|---|---|
| UNSECURED | Claimed: | $26,426.91 |

| | | |
|---|---|---|
| HAYDOCK, JOSEPH<br>613 ARCHIE PL<br>SYCAMORE, IL 60178-1626 | | Claim Number: 2187<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $60,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HAYES, MICHAEL P.
128 AMESBURY LANE
CARY, NC 27511

Claim Number: 7180
Claim Date: 04/01/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7318

---

UNSECURED          Claimed:            $86,731.78

---

HAYES, MICHAEL P.
128 AMESBURY LANE
CARY, NC 27511

Claim Number: 7318
Claim Date: 07/01/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7180

---

UNSECURED          Claimed:            $67,250.36

---

HAYES, MONSON
13500 N RANCHO VISTOSO BLVD APT 522
TUCSON, AZ 857555967

Claim Number: 3493
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:            $101,907.00          Scheduled:          $101,907.00 UNLIQ

---

HAYNES AND BOONE, LLP
ATTN: STEPHEN M. PEZANOSKY, PARTNER
2323 VICTORY AVENUE, SUITE 700
DALLAS, TX 75219

Claim Number: 391
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:            $41,880.54          Scheduled:          $472.50

---

HAYNES, JOSEPH
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 323
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:            $117,402.61

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HAYNES, JOSEPH
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4143
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY UNSECURED | Claimed: | $116,403.29  UNLIQ | | | |
|---|---|---|---|---|---|
| | | | Scheduled: | $0.00 UNLIQ | |

HAYNES, JOSEPH
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4233
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $116,403.29  UNLIQ |
|---|---|---|

HAYNES, JOSEPH
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4482
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $122,728.16  UNLIQ |
|---|---|---|

HAYNES, JOSEPH G. JR
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4483
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $122,728.16  UNLIQ |
|---|---|---|

HAYNES, MICHELLE J
5921 WHITE PINE DR
MCKINNEY, TX 75070

Claim Number: 2149
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $40,105.37 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| HAYNES, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | | Claim Number: 2165<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $40,105.37 |
| HAYNES, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | | Claim Number: 2168<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $40,105.37 |
| HAYNES, STEPHEN<br>10709 CAHILL RD<br>RALEIGH, NC 27614 | | Claim Number: 2169<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED        Claimed:           $0.00   UNDET        Scheduled:           $0.00 UNLIQ

| | | |
|---|---|---|
| HAYNES, WENDY<br>1350 PARKER ROAD<br>WYLIE, TX 75098 | | Claim Number: 4386<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $24,903.90 |
| HAYWARD, DONALD<br>41 SANTA ROSA CIRCLE<br>WYLIE, TX 75098 | | Claim Number: 1566<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $48,876.66 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| HEALD JR., RICHARD D. | Claim Number: 7970 |
| 109 CLYDESDALE CT. | Claim Date: 09/13/2011 |
| CARY, NC 27513 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $47,676.89 |

---

| HEARN, JOHN MARK | Claim Number: 3483 |
| 1556 WATERSIDE CT | Claim Date: 09/23/2009 |
| DALLAS, TX 75218 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $18,846.00 |

---

| HEARN, JOHN MARK | Claim Number: 5377 |
| 1556 WATERSIDE CT | Claim Date: 09/30/2009 |
| DALLAS, TX 75218 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2320 (01/21/2010) |

| PRIORITY | Claimed: | $18,846.00 |

---

| HEARN, TERRY W. | Claim Number: 272 |
| 695 CONSTELLATION CT. | Claim Date: 02/13/2009 |
| DAVIDSONVILLE, MD 21035 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $59,148.09 |

---

| HEDRICH, NORMAN | Claim Number: 762 |
| 4901 EAST VIEW COURT | Claim Date: 03/30/2009 |
| MCKINNEY, TX 75070 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $59,494.84 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| HEDRICK, RANDY R.<br>201 WHITE SPRINGS CIRCLE<br>RALEIGH, NC 27615 | Claim Number: 203<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $258,440.00 | |
|---|---|---|---|

| HEIGHT, JOY<br>4200 MOUNTAIN BRANCH DRIVE<br>WAKE FOREST, NC 27587 | Claim Number: 7452<br>Claim Date: 10/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7568 | | |
|---|---|---|---|

| UNSECURED | Claimed: | $14,699.23 | |
|---|---|---|---|

| HEIGHT, JOY<br>4200 MOUNTAIN BRANCH DRIVE<br>WAKE FOREST, NC 27587 | Claim Number: 7568<br>Claim Date: 01/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7452 | | |
|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,826.08 | |

| HELEIN & MARASHLIAN, LLC<br>1420 SPRING HILL RD STE 205<br>MCLEAN, VA 22102-3038 | Claim Number: 1796<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $28,309.39 | Allowed: | $28,309.39 |
|---|---|---|---|---|

| HELEIN & MARASHLIAN, LLC<br>1420 SPRINGHILL RD., STE. 205<br>MCLEAN, VA 22102 | Claim Number: 1797<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $28,309.39 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,609.51 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HELLER, ROBERT
916 WESTMORELAND BLVD
KNOXVILLE, TN 37919

Claim Number: 2447
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $100,000.00 |
| --- | --- | --- |

HELLMAN, JEANNE
1003 NAPA PL
APEX, NC 27502

Claim Number: 2718
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

HELLMAN, JEANNE
1003 NAPA PL
APEX, NC 27502

Claim Number: 2720
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

HELMS, DAVID J.
312 RAVENWOOD LN APT C
LAFAYETTE, IN 47909-0809

Claim Number: 2288
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $3,950.07 |
| --- | --- | --- |

HELMS, JAMES
5018 WINEBERRY DR
DURHAM, NC 27713

Claim Number: 6322
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $46,950.00 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| HELMSMAN MANAGEMENT SERVICES, LLC<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | Claim Number: 5664<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) | | | | |

| SECURED | Claimed: | $0.00  UNLIQ | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |

---

| HEMINGWAY & HANSEN LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX 75201 | Claim Number: 2239<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |

| UNSECURED | Claimed: | $27,593.18 | Scheduled: | $12,216.78 | Allowed: | $27,593.18 |

---

| HEMINGWAY & HANSEN LLP<br>1717 MAIN STREET, SUITE 2500<br>DALLAS, TX 75201 | Claim Number: 2242<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |

| UNSECURED | Claimed: | $37,077.68  UNLIQ | Scheduled: | $0.00 UNLIQ |

---

| HEMINGWAY & HANSEN, LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER, SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX 75201 | Claim Number: 2241<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |

| UNSECURED | Claimed: | $37,077.68 |

---

| HEMINGWAY, D. SCOTT<br>HEMINGWAY & HANSEN, LLP<br>COMERICA BANK TOWER, STE. 2500<br>1717 MAIN ST.<br>DALLAS, TX 75201 | Claim Number: 2238<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |

| ADMINISTRATIVE | Claimed: | $37,077.68 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| HEMMERLE, LISA<br>205 ARVO LANE<br>CARY, NC 27513 | | Claim Number: 6112<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| UNSECURED | Claimed: | $80,969.97 | | |

| HEMPEL, KAREN<br>10851 MASTIN DRIVE<br>SUITE 800<br>OVERLAND PARK, KS 66210 | | Claim Number: 5785<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| UNSECURED | Claimed: | $25,302.92 | Scheduled: | $25,302.92 UNLIQ |

| HENDERSON ELECTRIC INC<br>18427 W MCNICHOLS<br>DETROIT, MI 48219-4113 | | Claim Number: 2857<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | |

---

| UNSECURED | Claimed: | $373,668.69 | Scheduled: | $121,529.02 |

| HENDERSON, MARGARET<br>1416 BERKLEY ROAD<br>ALLEN, TX 75002 | | Claim Number: 3594<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $24,851.09 | | |

| HENDERSON, NEAL<br>312 BURGWIN WRIGHT WAY<br>CARY, NC 27519 | | Claim Number: 1437<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| PRIORITY | Claimed: | $108,782.26 | | |
| UNSECURED | Claimed: | $119,007.99 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| HENDERSON, NEAL<br>312 BURGWIN WRIGHT WAY<br>CARY, NC 27519 | | Claim Number: 1532<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $119,007.99 |
|---|---|---|

| HENINGTON, MARK<br>7015 HELSEM WAY<br>DALLAS, TX 75230 | | Claim Number: 362<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|---|

| UNSECURED | Claimed: | $76,143.41 |
|---|---|---|

| HENNEBERGER, JOSEPH M.<br>236 SHADY HILL DR.<br>RICHARDSON, TX 75080 | | Claim Number: 1236<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $70,017.85 |

| HENNESSY, AILEEN<br>3520 NEIMAN ROAD<br>PLANO, TX 75025 | | Claim Number: 7152<br>Claim Date: 03/18/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $42,384.59 |
|---|---|---|

| HENRICKSON, ANDREW B<br>27A COLONIAL PKWY<br>PITTSFORD, NY 14534 | | Claim Number: 2842<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) |
|---|---|---|

| UNSECURED | Claimed: | $65,494.61 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HEO, JOON
1409 CALLAWAY DR.
PLANO, TX 75075

Claim Number: 7325
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,490.00 |
|---|---|---|

HERBISON, DANIEL A.
284 OLD HWY 47
CHARLOTTE, TN 37036

Claim Number: 7640
Claim Date: 03/14/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $16,024.65 UNLIQ |

HERMAN, RON
7308 BECKINGTON DR.
FRISCO, TX 75035

Claim Number: 1243
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $52,612.50 |
|---|---|---|

HERNANDEZ, THOMAS G.
2859 SHADY GROVE RD.
SUNSET, SC 29685

Claim Number: 2919
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,169.33 |
|---|---|---|

HERR, CHRIS
3527 32ND WAY NW
OLYMPIA, WA 98502

Claim Number: 2547
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,356.70 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

HERR, SCOTT A.
2413 PRIMROSE DR
RICHARDSON, TX 75082

Claim Number: 4224
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| UNSECURED | Claimed: | $40,458.24 |
|---|---|---|

HERRAGE, JOSEPH
4302 SPRINGHILL
ESTATES DRIVE
PARKER, TX 75002

Claim Number: 4408
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $289,343.25 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

HERRAGE, ROBERT
110 N. CARRIAGE HOUSE WAY
WYLIE, TX 75098

Claim Number: 2420
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $68,240.16 |
|---|---|---|

HERRAGE, ROBERT
110 N. CARRIAGE HOUSE WAY
WYLIE, TX 75098

Claim Number: 2421
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $115,194.44 |
|---|---|---|

HERRICK, WILLIAM
307 KING CHARLES CIRCLE
SUMMERVILLE, SC 29485

Claim Number: 1853
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $16,309.15 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HERZOG, JANET
2000 CASTLEBURG DRIVE
APEX, NC 27523

Claim Number: 4809
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $69,730.85 |
|---|---|---|

HESCH, DR. MORITZ, ATTORNEY-AT-LAW
FRESHFIELDS BRUCKHAUS DERINGER
ALSTERARKADEN 27
HOHE BLEICHEN 7
HAMBURG, D-20354
GERMANY

Claim Number: 1681
Claim Date: 08/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

| UNSECURED | Claimed: | $236,750.00 |
|---|---|---|

HESLOP, MICHAEL
8404 W. 127TH CIR
OVERLAND PARK, KS 66213

Claim Number: 19
Claim Date: 01/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $77,363.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.11 |

HESLOP, MICHAEL
8404 W. 127TH CIR
OVERLAND PARK, KS 66213

Claim Number: 7233
Claim Date: 04/26/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 2542

| PRIORITY | Claimed: | $132,074.13 |
|---|---|---|

HETZEL, BRADLEY D.
1017 STALLINGS GLEN RD.
RALEIGH, NC 27603

Claim Number: 46
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $245,587.62 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

HEWITT ASSOCIATES LLC
100 HALF DAY RD
LINCOLNSHIRE, IL 60069-3242

Claim Number: 2518
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $405,559.00 | Scheduled: | $365,621.00 | Allowed: | $365,621.00 |
|---|---|---|---|---|---|---|

HEWITT, EARL S
208 FOX BRIAR LN
CARY, NC 27511

Claim Number: 4077
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $59,129.64 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

HEWLETT PACKARD COMPANY
RAMONA S NEAL, SR COUNSEL, HP COMPANY
11307 CHINDEN BLVD
MS 314
BOISE, ID 83714

Claim Number: 1050
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Address changed per Counsel's request on 7/24/09

| ADMINISTRATIVE | Claimed: | $316,346.72 |
|---|---|---|

HEWLETT PACKARD FINANCIAL SERV
ATTN: LAWRENCE KOVACS
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974

Claim Number: 4264
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $120,072.46 |
|---|---|---|

HEWLETT PACKARD FINANCIAL SERVICES CO
ATTN: LAWRENCE KOVACS
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974

Claim Number: 4169
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3798 (08/18/2010)

| UNSECURED | Claimed: | $120,072.46 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

HEWLETT-PACKARD COMPANY
12610 PARK PLAZA DR #100
CERRITOS, CA 90703-9361

Claim Number: 1597
Claim Date: 07/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3798 (08/18/2010)

| UNSECURED | Claimed: | $1,693,274.98 |
|---|---|---|

HEWLETT-PACKARD COMPANY
ATTN: KEN HIGMAN
2125 E KATELLA AVENUE # 400
ANAHEIM, CA 92806

Claim Number: 2264
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3798 (08/18/2010)

| UNSECURED | Claimed: | $1,284,946.31 |
|---|---|---|

HEWLETT-PACKARD COMPANY
ATTN: KEN HIGMAN
2125 E KATELLA AVENUE # 400
ANAHEIM, CA 92806

Claim Number: 5928
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1597

| UNSECURED | Claimed: | $1,284,946.31 |
|---|---|---|

HICE, JAN
6215 WILLIAM EDGAR DRIVE
ALEXANDRIA, VA 22310

Claim Number: 730
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $12,041.05 |
|---|---|---|

HICKERSON, TAMI
531 BLUFF VIEW DRIVE
PEGRAM, TN 37143

Claim Number: 7554
Claim Date: 01/07/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $15,130.17   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| HICKEY, KENNETH<br>5 WARD FARM CIRCLE<br>FRAMINGHAM, MA 01701 | Claim Number: 2360<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $71,834.00 |

---

| HICKS, TONY M.<br>1331 EDMONTON DR.<br>LEWISVILLE, TX 75077 | Claim Number: 48<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $107,117.04 |

---

| HIFN, INC.<br>48720 KATO RD<br>FREMONT, CA 945387312 | Claim Number: 1230<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $50,000.00 |
|---|---|---|

---

| HIGGINS, MORRIS W.<br>600 TALIA CIRCLE<br>FAIRVIEW, TX 75069 | Claim Number: 308<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $561,600.00 |
|---|---|---|

---

| HIGHWOODS REALTY LIMITED PARTNERSHIP<br>FKA HIGHWOODS FORSYTH LP<br>2200 CENTURY PARKWAY, SUITE 800<br>ATLANTA, GA 30345 | Claim Number: 4608<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $59,447.37 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| HILBIG, DAVID<br>1420 FARINGDON DR.<br>PLANO, TX 75075 | Claim Number: 808<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $16,694.99 |
|---|---|---|
| UNSECURED | Claimed: | $256,032.34 |

---

| HILL, ROOSEVELT<br>2617 CHADBOURNE DRIVE<br>PLANO, TX 75023 | Claim Number: 4611<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $32,424.92 |
|---|---|---|

---

| HILLIS JENKINS, RUTH<br>1811 BLAIR BLVD<br>NASHVILLE, TN 37212 | Claim Number: 3775<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $74,209.59   CONT |
|---|---|---|

---

| HINDLE, JOHN J<br>35 ETON COURT<br>ETON AVE<br>LONDON, NW33HJ<br>UNITED KINGDOM | Claim Number: 3935<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $164,473.98 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| HINES RIVERFRONT PLAZA LP<br>C/O HUNTON & WILLIAMS<br>ATTN TARA L. ELGIE<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | Claim Number: 3202<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $16,569.91 | Allowed: | $9,369.91 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| HINES RIVERFRONT PLAZA LP<br>C/O HUNTON & WILLIAMS<br>ATTN TARA L ELGIE<br>951 EAST BYRD ST<br>RICHMOND, VA 23219-4052 | Claim Number: 3203<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $129,332.94 | Allowed: | $129,332.94 |

| HINSON, NANCY C.<br>192 BRODIE PRIVETTE ROAD<br>ZEBULON, NC 27597 | Claim Number: 7389<br>Claim Date: 08/20/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ | |
| UNSECURED | Claimed: | $14,665.00  UNLIQ | |

| HINZ, LORNE<br>7309 LOUGHEED PLAZA<br>PLANO, TX 75025 | Claim Number: 3957<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $133,008.31 | Scheduled: | $0.00 UNLIQ |

| HINZ, LORNE<br>7309 LOUGHEED PLAZA<br>PLANO, TX 75025 | Claim Number: 3959<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6012 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $63,264.52 | Scheduled: | $51,090.54 UNLIQ |

| HINZ, LORNE<br>7309 LOUGHEED PLAZA<br>PLANO, TX 75025 | Claim Number: 6012<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3959. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $51,090.54  UNDET | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

HINZ, LORNE C
7309 LOUGHEED PLAZA
PLANO, TX 75025

Claim Number: 3956
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,799.93 | Scheduled: | $42,799.93 |
|---|---|---|---|---|

HINZ, LORNE C.
7309 LOUGHEED PLAZA
PLANO, TX 75025

Claim Number: 6011
Claim Date: 10/19/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 3958.

| UNSECURED | Claimed: | $1,162.96 |
|---|---|---|

HIRSCH, DUANE
130 OAK CURVE
BURNSVILLE, MN 55306-5515

Claim Number: 1970
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $184,411.02 |
|---|---|---|

HIRSCH, DUANE J.
130 OAK CURVE
BURNSVILLE, MN 55306

Claim Number: 1969
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $32,939.20 |
|---|---|---|

HISCOCK & BARCLAY LLP
ONE PARK PLACE
300 S STATE STREET
SYRACUSE, NY 13202

Claim Number: 3547
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,145.27 | Scheduled: | $1,341.27 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

HISCOE, DAVID
3448 BRADLEY PLACE
RALEIGH, NC 27607

Claim Number: 4048
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $79,742.88 | | |
|---|---|---|---|---|

HIX, JAMES G.
2709 SAFARI CIR
PLANO, TX 75025

Claim Number: 3505
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $135,377.88 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

HIX, JAMES G.
2709 SAFARI CIR
PLANO, TX 75025

Claim Number: 4803
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $135,377.88 | | |
|---|---|---|---|---|

HOADLEY, JOHN
4413 GLENSHIRE COURT
MCKINNEY, TX 75070

Claim Number: 1075
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $220,000.00 | | |
|---|---|---|---|---|

HOADLEY, JOHN
4413 GLENSHIRE COURT
MCKINNEY, TX 75070

Claim Number: 1096
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $54,328.00 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| HOADLEY, JOHN<br>4413 GLENSHIRE COURT<br>MCKINNEY, TX 75070 | Claim Number: 1649<br>Claim Date: 08/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $34,539.49 | | |
|---|---|---|---|---|

| HOADLEY, JOHN<br>4413 GLENSHIRE COURT<br>MCKINNEY, TX 75070 | Claim Number: 5823<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $507.96 | Scheduled: | $503.73 UNLIQ |
|---|---|---|---|---|

| HOANG, VINH<br>2200 STACIA CT<br>PLANO, TX 75025 | Claim Number: 3187<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $51,756.68 UNDET |
|---|---|---|

| HOBBY, LAURIE A.<br>521 DES MOINES DR<br>HERMITAGE, TN 37076 | Claim Number: 7487<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $12,644.25 UNLIQ |

| HODGES, JOSEPH T. JR.<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | Claim Number: 2471<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $861.24 UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

HODGES, JOSEPH T. JR.
4415 HEIDI PLACE
MIDLOTHIAN, VA 23112

Claim Number: 2473
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $26,293.44   UNLIQ |
|---|---|---|

HODGES, JOSEPH T. JR.
4415 HEIDI PLACE
MIDLOTHIAN, VA 23112

Claim Number: 2474
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $26,293.44   UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

HODGES, WANDA B.
922 WOODRUFF ROAD
SELMA, NC 27576

Claim Number: 7370
Claim Date: 08/02/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $37,550.00   UNLIQ |

HOFF, RONALD
405 KELLY RIDGE DR
APEX, NC 27502

Claim Number: 5983
Claim Date: 10/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $43,080.90 |
|---|---|---|

HOFF, RONALD
405 KELLY RIDGE DR
APEX, NC 27502

Claim Number: 6083
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $43,080.90 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HOFFMAN, JASON
10828 SCAMADELLA ST.
LAS VEGAS, NV 89141

Claim Number: 1187
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $21,799.62 |
|---|---|---|

HOFFMAN, WILLIAM A JR
340 ROCK RIDGE PL
ESCONDIDO, CA 92027

Claim Number: 1453
Claim Date: 06/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $26,608.40 |
|---|---|---|

HOFFMEISTER, JEFFREY M.
900 THORNBERRY DR.
MCKINNEY, TX 75071

Claim Number: 889
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $31,615.98 |
|---|---|---|

HOGAN, BRIAN
YUKON LANE
CHAPEL HILL, NC 27514

Claim Number: 4350
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

HOHNHOLT, RICHARD
624 BRIARGLEN DR.
COPPELL, TX 75019

Claim Number: 7829
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $59,884.65 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HOLLIDAY-MOSLEY, ANNETTE
5121 LONG NECK COURT
RALEIGH, NC 27604

Claim Number: 7204
Claim Date: 04/13/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $31,361.47 |

---

HOLLIMAN, CHARA E.
3520 ROUNDWOOD FOREST DRIVE
ANTIOCH, TN 37013

Claim Number: 7566
Claim Date: 01/14/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $12,032.54 | UNLIQ |

---

HOLLOMAN, BESSIE J.
473 EWING DRIVE
NASHVILLE, TN 37207

Claim Number: 7460
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $1,490.00 | UNLIQ |

---

HOLLOWELL, GAY
312  19TH ST.
BUTNER, NC 27509

Claim Number: 7936
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7475

| | | |
|---|---|---|
| UNSECURED | Claimed: | $46,340.89 |

---

HOLMES, KIM
2765 73RD AVE SE
MERCER ISLAND, WA 98040-2629

Claim Number: 6031
Claim Date: 10/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

HOLMES, KIM
106 HUDGINS RD
EVA, AL 35621-9143

Claim Number: 6114
Claim Date: 10/16/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $58,330.00 |
| --- | --- | --- |

HOLMES, MARY
2765 73RD AVE SE
MERCER ISLAND, WA 98040-2629

Claim Number: 6034
Claim Date: 10/21/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

HOLT, MICHAEL
8236 CLARKS BRANCH DRIVE
RALEIGH, NC 27613

Claim Number: 7365
Claim Date: 07/30/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $32,873.94 |
| --- | --- | --- |

HOLTON, RACHELLE
1070 DOAK DRIVE
PEGRAM, TN 37143

Claim Number: 7411
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $199.00   UNLIQ |

HOLTZ, CLIFF
5851 S COLORADO BLVD
GREENWOOD VLG, CO 80121-1903

Claim Number: 2627
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $775,551.44 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | |
|---|---|---|---|---|---|
| HOLTZ, CLIFF<br>5851 S COLORADO BLVD<br>GREENWOOD VLG, CO 80121-1903 | | Claim Number: 2628<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $775,551.44 | | | |
| UNSECURED | | | Scheduled: | $703,365.83 | |
| HOMAYOUN, FEREIDOUN<br>2805 COVEY PLACE<br>PLANO, TX 75093 | | Claim Number: 3504<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $192,612.57 | Scheduled: | $0.00 UNLIQ | |
| HOME INSURANCE COMPANY IN LIQUIDATION,<br>THE - KAREN TISDELL<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | | Claim Number: 1305<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| HOMMES, HERBERT<br>SIEFEN 17<br>BERGISCH<br>GLADBACH, 51467<br>GERMANY | | Claim Number: 4778<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
| HON HAI PRECISION INDUSTRY CO<br>1688 RICHARD AVE<br>SANTA CLARA, CA 95050 | | Claim Number: 4721<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | |
| UNSECURED | Claimed: | $209,440.64 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HOOD, MARY M.
114 MALDON DR.
CARY, NC 27513

Claim Number: 1665
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $104,259.43 |

HOOPER, WAYNE
1530 LAKE KOINONIA DRIVE
WOODSTOCK, GA 30189

Claim Number: 7570
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $64,479.58 |

HOPF, BRIAN
1081 SILVERLEAF DR.
YOUNGSVILLE, NC 27596

Claim Number: 3482
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 245.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $60,689.69 |

HOPF, BRIAN A
1081 SILVER LEAF DR.
YOUNGSVILLE, NC 27596

Claim Number: 245
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $69,083.94 |

HORNE, ROBERT
10015 HIGH FALLS POINTE
ALPHARETTA, GA 30022

Claim Number: 138
Claim Date: 02/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 3486

| | | |
|---|---|---|
| PRIORITY | Claimed: | $181,043.02 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| HORNE, ROBERT<br>10015 HIGH FALLS POINTE<br>ALPHARETTA, GA 30022 | | Claim Number: 3486<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 138. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $184,723.14 | Scheduled: | $181,123.14 UNLIQ |
| HORNE, ROBERT<br>10015 HIGH FALLS POINTE<br>ALPHARETTA, GA 30022 | | Claim Number: 3487<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $184,723.14 | | |
| HORNE, ROBERT<br>10015 HIGH FALLS POINTE<br>ALPHARETTA, GA 30022 | | Claim Number: 3488<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $95,416.24 | | |
| HORNE, ROBERT<br>10015 HIGH FALLS POINTE<br>ALPHARETTA, GA 30022 | | Claim Number: 3511<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $95,416.24 | Scheduled: | $0.00 UNLIQ |
| HOROWITZ, STEVEN<br>5908 ST. AGNES DRIVE<br>PLANO, TX 75093 | | Claim Number: 3526<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $107,546.33 | Scheduled: | $114,730.82 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | |
|---|---|---|---|---|---|
| HOROWITZ, STEVEN<br>5908 ST. AGNES DRIVE<br>PLANO, TX 75093 | | Claim Number: 3527<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $99,167.60  UNLIQ | Scheduled: | $71,457.58  UNLIQ |

| | | |
|---|---|---|
| HOROWITZ, STEVEN<br>5908 ST AGNES DR<br>PLANO, TX 75093 | | Claim Number: 4286<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $106,670.95 | Scheduled: | $0.00  UNLIQ |

| | | |
|---|---|---|
| HORWATH, SHARON<br>211 BRANDYWINE DR.<br>OLD HICKORY, TN 37138 | | Claim Number: 2477<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET |

| | | |
|---|---|---|
| HOSKINS, GEORGE B.<br>204 CHESTER STEPHENS RD.<br>FRANKLIN, TN 37067 | | Claim Number: 7505<br>Claim Date: 11/29/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ |
| UNSECURED | Claimed: | $36,799.00  UNLIQ |

| | | |
|---|---|---|
| HOU, SREY<br>13306 CARTHAGE LANE<br>DALLAS, TX 75243 | | Claim Number: 5461<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,769.23 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| HOUGHTON, JOSEPH W<br>11 CHEMIN ALBERT<br>VAL DES MONTS<br>QUEBEC, J8N5H5<br>CANADA | | Claim Number: 3569<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $22,182.94 | Scheduled: | $0.00 UNLIQ | |
| HOUSE, PAUL<br>237 RELEASE CIRCLE<br>RALEIGH, NC 27615 | | Claim Number: 3096<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $332,307.72 | Scheduled: | $0.00 UNLIQ | |
| HOUSE, PAUL<br>237 RELEASE CIRCLE<br>RALEIGH, NC 27615 | | Claim Number: 4491<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,689.60 | Scheduled: | $1,689.60 UNLIQ | |
| HOUSE, PAUL<br>237 RELEASE CIRCLE<br>RALEIGH, NC 27615 | | Claim Number: 4510<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $36,923.07 | Scheduled: | $36,923.07 | |
| HOWARD-SHANKS, STACY<br>2002 DRAKE<br>RICHARDSON, TX 75081 | | Claim Number: 3241<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012)<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $12,354.40 | | | |
| UNSECURED | Claimed: | $26,225.40 | | | |
| TOTAL | Claimed: | $26,225.40 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| HOWELL, MICHAEL J.<br>1205 W. YAKIMA AVE<br>SELAH, WA 98942 | Claim Number: 127<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $360,721.11 |

---

| HOWELL, MICHAEL J.<br>1205 W. YAKIMA AVE<br>SELAH, WA 98942 | Claim Number: 128<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $257,478.39 |

---

| HOY, GREGORY J.<br>430 HIGHLAND OAKS CIRCLE<br>SOUTHLAKE, TX 76092 | Claim Number: 541<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $28,575.25 |

---

| HRUSKA, ROBERT<br>9116 DOUBLEBIT DR.<br>RALEIGH, NC 27615 | Claim Number: 1628<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |

| UNSECURED | Claimed: | $49,915.35 |

---

| HSIEH, PEN<br>4 ATWOOD LANE<br>ANDOVER, MA 01810-6404 | Claim Number: 5477<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $52,326.38 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

HUANG, JOHNNY
16189 LOFTY TRAIL DRIVE
SAN DIEGO, CA 92127-2046

Claim Number: 2175
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

HUANG, XIAOYAN
2 HIGATE ROAD
CHELMSFORD, MA 01824

Claim Number: 4073
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $32,695.28 |
|---|---|---|

HUB PROPERTIES TRUST
255 WASHINGTON ST STE 300
NEWTON, MA 02458-1634

Claim Number: 6834
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

---

| SECURED | Claimed: | $75,000.00 | Allowed: | $75,000.00 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $685,381.46 | Allowed: | $685,381.46 |

HUBER SUHNER
HUBER & SUHNER INC
19 THOMPSON DRIVE
ESSEX JUNCTION, VT 05452-3408

Claim Number: 2486
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

---

| UNSECURED | Claimed: | $17,969.75 | Allowed: | $580.24 |
|---|---|---|---|---|

HUBERT SUHNER, INC.
SEAN THOMAS
19 THOMPSON DR.
ESSEX JUNCTION, VT 05452

Claim Number: 2485
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

---

| ADMINISTRATIVE | Claimed: | $17,969.75 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| HUBOI, PETER<br>522 S. 13TH ST.<br>SAN JOSE, CA 95112 | Claim Number: 4519<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1592. |
|---|---|

| PRIORITY | Claimed: | $2,068.97 |
| UNSECURED | Claimed: | $81,662.25 |

---

| HUDDLESTON BOLEN, LLP<br>ATTN: JANET SMITH HOLBROOK<br>P.O. BOX 2185<br>HUNTINGTON, WV 25722 | Claim Number: 3080<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $1,987.50 |

---

| HUDDLESTON BOLEN, LLP<br>ATTN: JANET SMITH HOLBROOK<br>P.O. BOX 2185<br>HUNTINGTON, WV 25722 | Claim Number: 4552<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,987.50 | Scheduled: | $1,325.00 |

---

| HUDSON, DESMOND F<br>82 BLACKHILL ROAD<br>PLAINFIELD, NH 03781 | Claim Number: 3817<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,011,300.12 | Scheduled: | $0.00 UNLIQ |

---

| HUGHES, DEAN W<br>1335 WEST 13TH AVE<br>BROOMFIELD, CO 80020 | Claim Number: 2544<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $8,110.40 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | |
|---|---|---|
| HUGHES, DEAN W.<br>1335 W. 13TH AVE.<br>BROOMFIELD, CO 80020 | | Claim Number: 1164<br>Claim Date: 05/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| PRIORITY | Claimed: | $7,603.50 |

| | | |
|---|---|---|
| HUGHES, PAUL<br>66 LUDLOW ST.<br>STATEN ISLAND, NY 10312 | | Claim Number: 1988<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| HUGHES, PAUL<br>66 LUDLOW ST.<br>STATEN ISLAND, NY 10312 | | Claim Number: 1990<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| TOTAL | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| HUGHES, ROB<br>521 SUNCREEK DR<br>ALLEN, TX 75013 | | Claim Number: 1588<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7231<br>DOCKET: 7232 (02/21/2012) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $41,788.82 |

| | | |
|---|---|---|
| HUGHES, ROB<br>AKA ROBIN SCOTT HUGHES<br>521 SUNCREEK DR.<br>ALLEN, TX 75013 | | Claim Number: 7231<br>Claim Date: 04/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012)<br>amends claim 1588 |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $41,788.82 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| HULL, GREGORY<br>815 NW GAME CREEK<br>LEES SUMMIT, MO 64081 | Claim Number: 4746<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $23,856.00 |
|---|---|---|

| HUMPHRESS, JOHN W.<br>956 MOSSVINE DR<br>PLANO, TX 75023 | Claim Number: 6111<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $65,000.00 |
|---|---|---|

| HUNSBERGER, ROBERT H<br>5829 155TH AVE. SE<br>BELLEVUE, WA 98006 | Claim Number: 5456<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $39,779.18 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| HUNT, SHIRLEY<br>427 MASSACHUSETTS AVE<br>ST. CLOUD, FL 34769 | Claim Number: 6145<br>Claim Date: 11/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $9,807.69 |
|---|---|---|

| HUNT, STEPHEN<br>5880 HERSHINGER CLOSE<br>DULUTH, GA 30097 | Claim Number: 3632<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $301,238.28 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| HUNTON & WILLIAMS LLP<br>ATTN: LINDSAY K. BIGGS, ESQ<br>RIVERFRONT PLAZA, EAST TOWER<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | Claim Number: 4793<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5782 (06/21/2011) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $65,530.59 | Scheduled: | $3,718.74 | Allowed: | $17,775.66 |

| HURLBERT, ROYDELL S<br>2387 AMES ROAD<br>CORTLAND, NY 13045 | Claim Number: 4524<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $92,759.33 | |

| HURST, SHAWN<br>13038 COBBLE STONE<br>AUBREY, TX 76227 | Claim Number: 7183<br>Claim Date: 04/02/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $30,577.90 | |

| HYDRO ONE TELECOM INC.<br>65 KELFIELD STREET<br>REXDALE, ON M9W 5A3<br>CANADA | Claim Number: 6147<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,829.34 | |

| I&G DIRECT REAL ESTATE 18, LP<br>ROBERT L. STRILER, ESQ.<br>MCCARTHY, LEONARD & KAEMMERER, LC<br>400 S. WOODS MILL RD, SUITE 250<br>CHESTERFIELD, MO 63017 | Claim Number: 1416<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET | |
| PRIORITY | Claimed: | $155,928.50 | UNDET | |
| UNSECURED | | | | Allowed: | $155,928.50 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ 07940 | | Claim Number: 1<br>Claim Date: 01/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $241,334.62 | | | | | |
| UNSECURED | Claimed: | $241,334.62 | | | | | |
| TOTAL | Claimed: | $241,334.62 | | | | | |

| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ 07940 | | Claim Number: 1633<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7581 | | | | | |

| PRIORITY | Claimed: | $241,334.62 | | | | | |

| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ 07940 | | Claim Number: 1634<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |

| PRIORITY | Claimed: | $14,691.88 | | | | | |

| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ 07940 | | Claim Number: 7581<br>Claim Date: 01/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1633 | | | | | |

| PRIORITY | Claimed: | $380,961.67 | | | | | |

| IBISKA TELECOM INC<br>130 ALBERT STREET<br>OTTAWA, ON K1P 5G4<br>CANADA | | Claim Number: 2999<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $51,191.61 | Scheduled: | $51,191.61 | Allowed: | $45,491.61 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | |
|---|---|---|---|
| IBM CANADA LIMITED<br>ATTN: PAUL E. FIRESTONE<br>1800 STELES AVENUE EAST<br>MARKHAM, ON L3R 9Z7<br>CANADA | | Claim Number: 7894-01<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6977 (12/14/2011) | |
| SECURED | Claimed: | $576,343.04  UNLIQ | |
| IBM CANADA LIMITED<br>ATTN: PAUL E. FIRESTONE<br>1800 STELES AVENUE EAST<br>MARKHAM, ON L3R 9Z7<br>CANADA | | Claim Number: 7894-02<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6977 (12/14/2011) | |
| SECURED | Claimed: | $1,821,078.24 | |
| IBM CANADA LTD<br>ATTN: PARUL E. FIRESTONE<br>3600 STEELERS AVENUE EAST<br>MARKHAM, ON L3R 9Z7<br>CANADA | | Claim Number: 5419-01<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6999 (12/15/2011) | |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $0.00  UNLIQ<br>$576,343.04  UNLIQ | |
| IBM CANADA LTD<br>ATTN: PARUL E. FIRESTONE<br>3600 STEELERS AVENUE EAST<br>MARKHAM, ON L3R 9Z7<br>CANADA | | Claim Number: 5419-02<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6999 (12/15/2011) | |
| UNSECURED | Claimed: | $12,558,022.54 | |
| IBM CORPORATION<br>C/O B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | | Claim Number: 192<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3952 (09/16/2010) | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $96,688.50<br>$5,532,811.81 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| IBM CREDIT<br>C/O B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | Claim Number: 191<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6999 (12/15/2011) |
|---|---|

| PRIORITY | Claimed: | $9,961.60 |
|---|---|---|
| UNSECURED | Claimed: | $78,267.60 |

| IBM CREDIT, LLC<br>ATTN: B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | Claim Number: 7896<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6977 (12/14/2011) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $13,411.80 |

| IBM GLOBAL SERVICES (CHINA) CO. LTD<br>ATTN: R.S. STAHEL<br>1503 LBJ FREEWAY, 3RD FLOOR<br>DALLAS, TX 75234 | Claim Number: 5418<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6999 (12/15/2011) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $979,260.91   UNLIQ |

| IBM GLOBAL SERVICES (CHINA) CO., LTD.<br>ATTN: R.S. STAHEL<br>1503 LBJ FREEWAY, 3RD FLOOR<br>DALLAS, TX 75234 | Claim Number: 7895<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6977 (12/14/2011) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $485,751.28 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

IBRAHIM, TAREK F.
224 HUDSON ST., # 4B
HOBOKEN, NJ 07030

Claim Number: 1554
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY            Claimed:            $250,468.46

IBRAHIM, TAREK F.
224 HUDSON ST., # 4B
HOBOKEN, NJ 07030

Claim Number: 1555
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY            Claimed:            $418,699.74

IDRISSI, YAHYA
2501 WINDSOR PLACE
PLANO, TX 75075

Claim Number: 3851
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED           Claimed:            $37,364.00

IEEE
445 HOES LANE
PISCATAWAY, NJ 08854

Claim Number: 1602
Claim Date: 07/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

---

UNSECURED           Claimed:            $6,600.00                                    Allowed:            $6,600.00

IJAMES, EUGENIA PARHAM
1020 LAKE SHORE DR
WENDELL, NC 27591

Claim Number: 2153
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

ADMINISTRATIVE      Claimed:            $0.00   UNDET

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

IL ENVIRONMENTAL PROTECTION AGENCY
DIVISION OF LEGAL COUNSEL # 21
1021 NORTH GRAND AVE. EAST
SPRINGFIELD, IL 62794

Claim Number: 4265
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,959.88 |
|---|---|---|

ILLINOIS DEPARTMENT OF REVENUE
100 WEST RANDOLPH STREET, LEVEL 7-425
CHICAGO, IL 60601

Claim Number: 832
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $8,968.00 |
|---|---|---|

ILUSHIN, VLADIMIR F.
5904 MOSSBROOK TRL
DALLAS, TX 75252-3206

Claim Number: 147
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $43,000.00 |
|---|---|---|

ILX GROUP PLC
GEORGE HOUSE, PRINCES COURT
BEAM HEATH WAY, NANTWICH
CHESHIRE, CW5 6GD
UNITED KINGDOM

Claim Number: 1474
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,395.99 |
|---|---|---|

IMA CONSULTING
3 CHRISTY DR STE 100
CHADDS FORD, PA 19317-9663

Claim Number: 1235
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $18,484.29 | Allowed: | $18,484.29 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| INFORMA SUPPORT SERVICES, INC.<br>101 ARTHUR ANDERSEN PARKWAY, SUITE 100<br>SARASOTA, FL 34232 | Claim Number: 7106<br>Claim Date: 02/16/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |
|---|---|

UNSECURED          Claimed:                    $1,000.00

| INFOSYS TECHNOLOGIES LTD.<br>PLOT NO 45 & 46 ELECTRONICS<br>CITY HOSUR ROAD<br>BANGALORE, KA 560100<br>INDIA | Claim Number: 3072<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED          Claimed:                   $4,317,330.39

| INGATE SYSTEMS INC.<br>7 FARLEY ROAD<br>HOLLIS, NH 03049-5916 | Claim Number: 1872<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

ADMINISTRATIVE          Claimed:                    $20,514.00

| INGATE SYSTEMS, INC<br>7 FARLEY ROAD<br>HOLLIS, NH 03049 | Claim Number: 65<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

UNSECURED          Claimed:                    $19,064.00

| INGRAM MICRO CHILE S.A.<br>AV. EL ROSAL 4765<br>HUECHURABA<br>SANTIAGO,<br>CHILE | Claim Number: 6123<br>Claim Date: 11/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

ADMINISTRATIVE          Claimed:                    $11,443.16

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

INGRAM, ROBERT ALEXANDER
GLAXOSMITHKLINE PLCC
5 MOORE DRIVE, MAIL DROP #50.2032
RESEARCH TRIANGLE PARK, NC 27709

Claim Number: 5894
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

INMAN, BECKY
5523 MORNINGSIDE AVE
DALLAS, TX 75206

Claim Number: 3219
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $30,432.00 |
|---|---|---|

INNINGS TELECOM EUROPE LTD
ITEL HOUSE, SANDPIPER COURT
CHESTER BUSINESS PARK
CHESTER, CH4 9QU
UNITED KINGDOM

Claim Number: 4449
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| ADMINISTRATIVE | Claimed: | $33,308.54 |
|---|---|---|

INNINGS TELECOM EUROPE LTD
ITEL HOUSE, SANDPIPER COURT
CHESTER BUSINESS PARK
CHESTER, CH4 9QU
UNITED KINGDOM

Claim Number: 4451
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| ADMINISTRATIVE | Claimed: | $432.00 |
|---|---|---|

INNINGS TELECOM EUROPE LTD
ITEL HOUSE, SANDPIPER COURT
CHESTER BUSINESS PARK
CHESTER, CH4 9QU
UK

Claim Number: 4453
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| ADMINISTRATIVE | Claimed: | $6,174.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| INNODATA ISOGEN INC<br>3 UNIVERSITY PLZ<br>HACKENSACK, NJ 07601-6208 | Claim Number: 2784<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $325,420.43 | Scheduled: | $0.00 UNLIQ |

---

| INNOVATIONAL IP SOLUTIONS, LLC<br>19328 89TH AVE NE<br>BOTHELL, WA 98011 | Claim Number: 130<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $7,523.75 |

---

| INNOVATIONAL IP SOLUTIONS, LLC<br>DAVE DEUTSCHMAN<br>19328 89TH AVE NE<br>BOTHELL, WA 98011 | Claim Number: 1764<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,905.00 |

---

| INNOVATIVE SYSTEMS LLC<br>1000 INNOVATIVE DRIVE<br>MITCHELL, SD 57301 | Claim Number: 444<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) |
|---|---|

| UNSECURED | Claimed: | $360,160.00 | | Allowed: | $360,160.00 |

---

| INROADS, INC<br>ATTN: JILL HATCH<br>10 SOUTH BROADWAY SUITE 300<br>SAINT LOUIS, MO 63102 | Claim Number: 1010<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $75,200.00 | | Allowed: | $75,200.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

INSIGHT
ATTN: CREDIT DEPT.
3480 LOTUS DR
PLANO, TX 75075

Claim Number: 3832
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $183,436.15 | | |
|---|---|---|---|---|

INTECH GROUP, INC., THE
305 EXTON COMMONS
EXTON, PA 19341

Claim Number: 6982
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

---

| UNSECURED | Claimed: | $32,475.00 | Allowed: | $32,475.00 |
|---|---|---|---|---|

INTEL AMERICAS, INC.
ATTN: ROBERT PACILEO, ESQ.
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95054

Claim Number: 7805
Claim Date: 06/27/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $450,000.00 | | |
|---|---|---|---|---|

INTELLIGRAPHICS, INC
1401 N. CENTRAL EXPRESSWAY # 320
RICHARDSON, TX 75080

Claim Number: 980
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $1,625.00 | | |
|---|---|---|---|---|

INTERNATIONAL BUSINESS MACHINES CORP
ATTN: B.H. SHIDELER
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL 60181

Claim Number: 5420
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 6999 (12/15/2011)

---

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $51,609,381.14 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| INTERNATIONAL TELECOMMUNICATION UNION<br>PLACE DES NATIONS<br>GENEVA 20, 1211<br>SWITZERLAND | | Claim Number: 2087<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $26,703.06 | | | | | |
| INTERSYSTEMS<br>INTERSYSTEMS HOUSE<br>WINDSOR, SL4 6BB<br>UNITED KINGDOM | | Claim Number: 1949<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) | | | | | |
| UNSECURED | Claimed: | $33,229.88 | Scheduled: | $0.00 UNLIQ | Allowed: | $31,680.00 | |
| INTOTO INC<br>C/O KELL C. MERCER<br>BROWN MCCARROLL, LLP<br>111 CONGRESS AVENUE, SUITE 1400<br>AUSTIN, TX 78701 | | Claim Number: 5441<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | | | |
| UNSECURED | Claimed: | $200,507.93 | Scheduled: | $0.00 UNLIQ | Allowed: | $83,147.93 | |
| INTRANSIT TECHNOLOGIES CORP<br>PO BOX 3020<br>SAN CLEMENTE, CA 92674-3020 | | Claim Number: 2606<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | | | |
| UNSECURED | Claimed: | $2,949.43 | Scheduled: | $2,949.43 | | | |
| IRISH, DIANNA<br>235 ATRIUM CT<br>WARNER ROBINS, GA 31088-5600 | | Claim Number: 5555<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| PRIORITY | Claimed: | $6,290.40 | | | | | |
| UNSECURED | Claimed: | $82,694.40 | | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| IRISH, DIANNA L<br>235 ATRIUM CT<br>WARNER ROBINS, GA 31088-5600 | Claim Number: 5552<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $242.19 |
| UNSECURED | Claimed: | $11,811.13 |
| IRISH, DIANNA L<br>5600 BABCOCK RD - 6103<br>SAN ANTONIO, TX 78240 | Claim Number: 5553<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $1,738.36 |
| UNSECURED | Claimed: | $116,469.70 |
| IRISH, DIANNA L<br>5600 BABCOCK RD - 6103<br>SAN ANTONIO, TX 78240 | Claim Number: 5554<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $840.00 |
| UNSECURED | Claimed: | $8,240.32 |
| IRISH, DIANNA L.<br>5600 BABCOCK RD - 6103<br>SAN ANTONIO, TX 78240 | Claim Number: 5551<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $13.76 |
| UNSECURED | Claimed: | $845.93 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | Claim Number: 5428 | |
| JOSEPH P CORRIGAN, ESQ | Claim Date: 09/30/2009 | |
| 745 ATLANTIC AVENUE 10TH FLOOR | Debtor: NORTEL NETWORKS INC. | |
| BOSTON, MA 02111 | Comments: DOCKET: 7183 (02/07/2012) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $47,125.00 |
| UNSECURED | Claimed: | $85,093.05 |

| | | |
|---|---|---|
| IRVINE COMPANY LLC, THE | Claim Number: 6365 | |
| FINLAYSON & WILLIAMS LLP | Claim Date: 12/22/2009 | |
| 15615 ALTON PARKWAY, SUITE 250 | Debtor: NORTEL NETWORKS INC. | |
| IRVINE, CA 92618 | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $587,436.37 |

| | | |
|---|---|---|
| IRVING ISD | Claim Number: 123 | |
| ELIZABETH WELLER | Claim Date: 02/02/2009 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: NORTEL NETWORKS INC. | |
| 2323 BRYAN STREET SUITE 1600 | Comments: WITHDRAWN | |
| DALLAS, TX 75201 | DOCKET: 3593 (07/14/2010) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $275.42  UNLIQ |

| | | |
|---|---|---|
| IRVING ISD | Claim Number: 508 | |
| ELIZABETH WELLER | Claim Date: 03/03/2009 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: NORTHERN TELECOM INTERNATIONAL INC. | |
| 2323 BRYAN STREET, SUITE 1600 | Comments: WITHDRAWN | |
| DALLAS, TX 75201 | DOCKET: 5 (07/14/2010) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $48.00  UNLIQ |

| | | |
|---|---|---|
| ISHEE, VICTORIA L. | Claim Number: 1783 | |
| 4903 TWIN BRANCHES W | Claim Date: 08/18/2009 | |
| ATLANTA, GA 30338 | Debtor: NORTEL NETWORKS INC. | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $127,860.95 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| ISTAR CTL NORTH GLENVILLE RICHARDSON LLC<br>350 N. SAINT PAUL ST.<br>DALLAS, TX 75201-4240 | Claim Number: 5334<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| ITAAS, INC<br>SONJUI L KUMAR, ESQ<br>1117 PERIMETER CENTER WEST, # W311<br>ATLANTA, GA 30338 | Claim Number: 3466<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |
| ADMINISTRATIVE          Claimed: | $18,330.00 | |
| ITAAS, INC.<br>C/O SONJUI L. KUMAR<br>KUMAR PATHAK, LLC<br>1117 PERIMETER CENTER WEST, SUITE W311<br>ATLANTA, GA 30338 | Claim Number: 1479<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |
| PRIORITY          Claimed: | $18,330.00 | |
| ITC NETWORKS SRL<br>VAL MANDEL, P.C.<br>80 WALL STREET, SUITE 1115<br>NEW YORK, NY 10005 | Claim Number: 427<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| UNSECURED          Claimed: | $6,322,787.20 | |
| ITEL HOUSE (INNINGS TELECOM EUROPE LTD)<br>SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER, CH4 9QU<br>UNITED KINGDOM | Claim Number: 4392<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $447,543.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | | Claim Number: 4393 |
| SANDPIPER COURT | | Claim Date: 09/28/2009 |
| CHESTER BUSINESS PARK | | Debtor: NORTEL NETWORKS INC. |
| CHESTER, CH4 9QU | | |
| UNITED KINGDOM | | |

| UNSECURED | Claimed: | $9,369.00 |
|---|---|---|

| | | |
|---|---|---|
| ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | | Claim Number: 4394 |
| SANDPIPER COURT | | Claim Date: 09/28/2009 |
| CHESTER BUSINESS PARK | | Debtor: NORTEL NETWORKS INC. |
| CHESTER, CH4 9QU | | |
| UNITED KINGDOM | | |

| UNSECURED | Claimed: | $352,565.80 |
|---|---|---|

| | | |
|---|---|---|
| ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | | Claim Number: 4448 |
| SANDPIPER COURT | | Claim Date: 09/28/2009 |
| CHESTER BUSINESS PARK | | Debtor: NORTEL NETWORKS INC. |
| CHESTER, CH4 9QU | | |
| UNITED KINGDOM | | |

| UNSECURED | Claimed: | $33,308.54 |
|---|---|---|

| | | |
|---|---|---|
| ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | | Claim Number: 4450 |
| SANDPIPER COURT | | Claim Date: 09/28/2009 |
| CHESTER BUSINESS PARK | | Debtor: NORTEL NETWORKS INC. |
| CHESTER, CH4 9QU | | |
| UNITED KINGDOM | | |

| UNSECURED | Claimed: | $432.00 |
|---|---|---|

| | | |
|---|---|---|
| ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | | Claim Number: 4452 |
| SANDPIPER COURT | | Claim Date: 09/28/2009 |
| CHESTER BUSINESS PARK | | Debtor: NORTEL NETWORKS INC. |
| CHESTER, CH4 9QU | | |
| UNITED KINGDOM | | |

| UNSECURED | Claimed: | $6,174.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| ITOH INTERNATIONAL PATENT OFFICE<br>32ND FL YEBISU GARDEN PL TOWER<br>20-3 EBISU 4-CHOME, SHIBUYA-KU<br>TOKYO, 150-6032<br>JAPAN | Claim Number: 2678<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claimed Amount is JPY 422,500 | |
| UNSECURED          Claimed: | $4,743.41 | |
| ITOH INTERNATIONAL PATENT OFFICE<br>32ND FL. YEBISU GARDEN PLACE TOWER<br>20-3 EBISU, 4-CHOME<br>SHIBUYA-KU<br>TOKYO, 150-6032<br>JAPAN | Claim Number: 2679<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |
| ADMINISTRATIVE          Claimed: | $4,743.41 | |
| IVEY, DONALD M.<br>1203 PINKERTON LANE<br>ALLEN, TX 75002 | Claim Number: 359<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | |
| UNSECURED          Claimed: | $7,701.92 | |
| IZONGATE, INC.<br>PO BOX 240<br>113 FAIRFIELD WAY, SUITE 206<br>BLOOMINGDALE, IL 60108-0240 | Claim Number: 1273<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $67,000.00          Scheduled: | $67,000.00 |
| JABIL CIRCUIT<br>C/O HOLLAND & KNIGHT<br>ATTN: KEITH S. SHOTZBERGER<br>100 NORTH TAMPA STREET, SUITE 4100<br>TAMPA, FL 33602 | Claim Number: 4532<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Pursuant to Docket no. 5088 claim satisfied and released in full | |
| UNSECURED          Claimed: | $13,735,295.53 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| JABIL CIRCUIT<br>C/O HOLLAND & KNIGHT<br>ATTN: KEITH S. SHOTZBERGER, ESQ.<br>100 NORTH TAMPA STREET, SUITE 4100<br>TAMPA, FL 33602 | | Claim Number: 7373<br>Claim Date: 08/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Pursuant to Docket no. 5088 claim satisfied and released in full | | |
| UNSECURED | Claimed: | $3,704,182.36 | | |
| JACKSON LEWIS LLP<br>ATTN: ANNE KRUPMAN<br>ONE NORTH BROADWAY<br>WHITE PLAINS, NY 10601 | | Claim Number: 3200<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $138,108.57 | Allowed: | $129,916.09 |
| JACKSON, JONATHAN S.<br>822 2ND ST NW<br>HICKORY, NC 28601 | | Claim Number: 7687<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $44,485.81 | | |
| JACKSON, TOM<br>8817 FALCON CREST DR<br>MCKINNEY, TX 75070 | | Claim Number: 3183<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $35,765.14 | | |
| JACOTA, OANA<br>800 RONI COURT<br>CARY, NC 27519 | | Claim Number: 7814<br>Claim Date: 07/05/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $9,464.00 | | |
| UNSECURED | Claimed: | $3,000.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | | Claim Number: 6185<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| ADMINISTRATIVE | Claimed: | $10,000.00 |
|---|---|---|
| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | | Claim Number: 6187<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| ADMINISTRATIVE | Claimed: | $125,000.00 |
|---|---|---|
| JAIN, SANJAY<br>73 PEABODY ST.<br>MIDDLETON, MA 01949 | | Claim Number: 13<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |

---

| PRIORITY | Claimed: | $43,500.00 |
|---|---|---|
| JAMES, LAWRENCE<br>832 WIGGINGTON RD<br>LYNCHBURG, VA 24502-4634 | | Claim Number: 2830<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| PRIORITY | Claimed: | $21,900.00 |
|---|---|---|
| UNSECURED | Claimed: | $111,380.08 |

| JAMES, LAWRENCE<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX 76671 | | Claim Number: 2831<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $21,900.00 |
|---|---|---|
| UNSECURED | Claimed: | $111,380.08 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| JAMES, LAWRENCE<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX 76671 | | Claim Number: 2967<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $21,900.00 |
| UNSECURED | Claimed: | $111,380.08 |

---

| | | |
|---|---|---|
| JAMES, LAWRENCE J.<br>832 WIGGINGTON RD<br>LYNCHBURG, VA 24502-4634 | | Claim Number: 151<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| PRIORITY | Claimed: | $24,920.95 |
| UNSECURED | Claimed: | $70,483.35 |

---

| | | |
|---|---|---|
| JAMES, LAWRENCE J.<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX 76671 | | Claim Number: 2832<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $21,900.00 |
| UNSECURED | Claimed: | $111,380.08 |

---

| | | |
|---|---|---|
| JAMES, LAWRENCE J.<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX 76671 | | Claim Number: 2938<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $21,900.00 |
| UNSECURED | Claimed: | $111,380.08 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

JAMES, WILLIAM
4095 OBERLIN WAY
ADDISON, TX 75001

Claim Number: 1710
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $35,653.85 | | |

JAMOUSSI, BILEL
7 JARED CIRCLE
NASHUA, NH 03063

Claim Number: 2433
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $71,478.06 | Scheduled: | $0.00 UNLIQ |

JAMOUSSI, BILEL
7 JARED CIRCLE
NASHUA, NH 03063

Claim Number: 2434
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $68,327.00 | | |

JAMOUSSI, BILEL
7 JARED CIRCLE
NASHUA, NH 03063

Claim Number: 2435
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $68,327.00 | | |

JAMOUSSI, BILEL
7 JARED CIRCLE
NASHUA, NH 03063

Claim Number: 2502
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $74,462.45 | Scheduled: | $74,462.45 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| JAMOUSSI, BILEL<br>7 JARED CIRCLE<br>NASHUA, NH 03063 | | Claim Number: 2503<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $74,462.45 |
| JAMOUSSI, BILEL<br>7 JARED CIRCLE<br>NASHUA, NH 03063 | | Claim Number: 2504<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $71,478.06 |
| JANECZEK, ANTHONY<br>1 INDIGO LANE<br>WESTFORD, MA 01886 | | Claim Number: 4123<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $42,802.73 |
| JANKOWSKY, DEBRA<br>11 ROSEWOOD CT.<br>EPPING, NH 03042 | | Claim Number: 7893<br>Claim Date: 08/05/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $16,864.96 |
| JANUSIS, CHARLES<br>247 WESTFORD RD<br>TYNGSBORO, MA 01879-2504 | | Claim Number: 7308<br>Claim Date: 06/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 3853 |
| PRIORITY | Claimed: | $56,834.61 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

JAVA, LAWRENCE ALERRE
204 HARDWOOD RIDGE COURT
CLAYTON, NC 27520-9405

Claim Number: 3603
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY            Claimed:              $95,211.20

JAY, WILLIAM E.
5308 MANORWOOD DRIVE
SARASOTA, FL 34235

Claim Number: 3331
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

ADMINISTRATIVE      Claimed:              $0.00   UNDET

JDS UNIPHASE CORPORATION
430 N MCCARTHY BLVD
MILPITAS, CA 95035

Claim Number: 5548
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED           Claimed:              $653,932.00

JDS UNIPHASE CORPORATION
430 N MCCARTHY BLVD
MILPITAS, CA 95035

Claim Number: 5549
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED           Claimed:              $3,009,690.00

JDS UNIPHASE CORPORATION
430 N MCCARTHY BLVD
SAN FRANCISCO, CA 95035

Claim Number: 5550
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

ADMINISTRATIVE      Claimed:              $9,330.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| JENNINGS, JEAN<br>410 BROOKHAVEN TRIAL<br>SMYRNA, TN 37167 | Claim Number: 7302<br>Claim Date: 06/18/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7652 | |
| UNSECURED | Claimed: | $67,652.17 |
| JENNINGS, JEAN<br>410 BROOKHAVEN TRAIL<br>SMYRNA, TN 37167 | Claim Number: 7652<br>Claim Date: 03/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7302 | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $56,702.17 |
| JERSEY CENTRAL POWER & LIGHT<br>A FIRSTENERGY COMPANY<br>331 NEWMAN SPRINGS RD<br>BUILDING THREE<br>RED BANK, NJ 07701 | Claim Number: 182<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $2,659.44 |
| JESIONEK, ANDRZEJ<br>8140 STONE RIDGE DR<br>PLANO, TX 75025 | Claim Number: 1170<br>Claim Date: 05/14/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $39,835.32 |
| JIANG, XUEMING<br>4308 HELSTON RD<br>PLANO, TX 75024 | Claim Number: 5849<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| PRIORITY | Claimed: | $38,753.00 |
| UNSECURED | Claimed: | $37,716.83 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

JOANNOU, DION
2839 NE 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3567
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $240,000.00 | | | | |

JOANNOU, DION
2839 NE 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3568
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $229,050.00 | Scheduled: | $0.00 UNLIQ | |

JOANNOU, DION
2839 NE 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3723
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $58,550.00 | Scheduled: | $69,500.00 | |

JOANNOU, DION
2839 N. E. 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3724
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $69,500.00 |

JOHN, PHILIP
1705 CRYSTAL WAY
PLANO, TX 75074

Claim Number: 8132
Claim Date: 12/30/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7442

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,285.45 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| JOHNE-MANTHEY, BIRGITT<br>FORMER MANTHEY, W.<br>PUCKLERSTR. 21A<br>BERLIN, 14195<br>GERMANY | Claim Number: 3772<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| JOHNSON, DONALD<br>2512 DANDELION LN<br>ROWLETT, TX 75089 | Claim Number: 7335<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $48,746.82 | |
| JOHNSON, EDDIE S. JR.<br>349 JUNIPER CH. RD.<br>FOUR OAKS, NC 27524 | Claim Number: 7310<br>Claim Date: 06/18/2010<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $53,302.24 | |
| JOHNSON, GLENDA F.<br>1103 DOVE BROOK DRIVE<br>ALLEN, TX 75002 | Claim Number: 1515<br>Claim Date: 07/10/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $43,151.50 | |
| JOHNSON, JACK<br>7123 AZALEA LN<br>DALLAS, TX 75230 | Claim Number: 2051<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY<br>UNSECURED          Claimed: | $224,673.79  UNLIQ<br>Scheduled:          $0.00 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| JOHNSON, KEITH<br>2230 BENT CREEK MANOR<br>ALPHARETTA, GA 30005 | Claim Number: 3879<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $23,100.00 |
| UNSECURED | Claimed: | $134,883.00 |

---

| JOHNSON, KENNETH<br>14425 MAPLE<br>OVERLAND PARK, KS 66223 | Claim Number: 2306<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $245,839.14 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

| JOHNSON, KENNETH<br>10851 MASTIN DRIVE, SUITE 800<br>OVERLAND PARK, KS 66210 | Claim Number: 2307<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $377,940.42 | | |
| UNSECURED | | | Scheduled: | $377,940.42 UNLIQ |

---

| JOHNSON, LINDA M<br>5210 REDWOOD RD<br>DURHAM, NC 27704 | Claim Number: 7016<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| SECURED | Claimed: | $0.00  UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | |
|---|---|---|---|
| JOHNSON, MONTE E<br>64 GATEWAY DR<br>POOLER, GA 31322 | | Claim Number: 2158<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $416.25   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| JOHNSON, ROBERT<br>808 E. CONCORD LN.<br>ALLEN, TX 75002 | | Claim Number: 1314<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $21,850.00 |
|---|---|---|

| | | |
|---|---|---|
| JOHNSON, RONNIE<br>568 CRANBORN CT.<br>PICKERINGTON, OH 43147 | | Claim Number: 1389<br>Claim Date: 06/19/2009<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $10,880.00 |
|---|---|---|

| | | |
|---|---|---|
| JOHNSON, STEVEN M.<br>313 FOGGY BOTTOM<br>SANFORD, NC 27330 | | Claim Number: 1508<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |

| UNSECURED | Claimed: | $63,450.00 |
|---|---|---|

| | | |
|---|---|---|
| JOLLY, GEORGE A.<br>38 ROSS RD<br>OGDENSBURG, NY 13669-3162 | | Claim Number: 87<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $19,080.06 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| JONES, ANN J.<br>PO BOX 294<br>BIG ISLAND, VA 24526 | | Claim Number: 1517<br>Claim Date: 07/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $30,000.00 |
|---|---|---|

| JONES, ANN J.<br>PO BOX 294<br>BIG ISLAND, VA 24526 | | Claim Number: 3794<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| JONES, DONNA<br>101 CUPOLA CHASE WAY<br>CARY, NC 27519 | | Claim Number: 4302<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|---|

| PRIORITY | Claimed: | $843.70 |
|---|---|---|
| UNSECURED | Claimed: | $49,591.30 |

| JONES, EUGENE W.<br>405 PLEASANT VALLEY RD.<br>ALFRED STATION, NY 14803 | | Claim Number: 1565<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $26,319.06 |
|---|---|---|

| JONES, LAWRENCE D.<br>1659 HONFLEUR DRIVE<br>SUNNYVALE, CA 94087 | | Claim Number: 4351<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $561.32   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| JONES, LOUIS JR.<br>3504 'MALLEY CT.<br>PLANO, TX 75023 | | Claim Number: 3574<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $120,193.17 | Scheduled: | $0.00 UNLIQ |

| JONES, MAIJA<br>1501 NOBLE CREEK LANE<br>RALEIGH, NC 27610 | | Claim Number: 5762<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $19,200.00 |

| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 5974<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|---|
| PRIORITY | Claimed: | $29,414.15 |

| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 5976<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|---|
| PRIORITY | Claimed: | $29,414.15 |

| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 5978<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|---|
| PRIORITY | Claimed: | $29,414.15 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| JONES, TINITA | | Claim Number: 2815 |
| 102 BARRINGTON OVERLOOK DR | | Claim Date: 09/10/2009 |
| DURHAM, NC 27703 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: |
| | | This claim amends previously filed claim 669. |

| UNSECURED | Claimed: | $17,571.82 |

---

| JONES, TINITA | | Claim Number: 2816 |
| 102 BARRINGTON OVERLOOK DR | | Claim Date: 09/10/2009 |
| DURHAM, NC 27703 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $1,710.00 |

---

| JONES, TINITA M | | Claim Number: 2814 |
| 102 BARRINGTON OVERLOOK DR. | | Claim Date: 09/10/2009 |
| DURHAM, NC 27703 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: |
| | | This claim amends previously filed claim 1338. |

| PRIORITY | Claimed: | $19,279.00 |

---

| JONES, VIRGINIA M. | | Claim Number: 276 |
| 3050 CROOKED STICK DR. | | Claim Date: 02/13/2009 |
| CUMMING, GA 30041 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: DOCKET: 7233 (02/21/2012) |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,998.58 |

---

| JONESS, REBECCA | | Claim Number: 5972 |
| 4225 MABRY ROAD | | Claim Date: 10/13/2009 |
| ROSWELL, GA 30075 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: DOCKET: 7233 (02/21/2012) |

| PRIORITY | Claimed: | $29,414.15 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| JONNADA, NAVEEN<br>4016 HEARTHLIGHT CT<br>PLANO, TX 75024 | | Claim Number: 6367<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| PRIORITY | Claimed: | $21,992.38 | | |

---

| JORDAN, WILLIAM D.<br>1608 STONEY CREEK DR.<br>FREDERICKSBURG, VA 22407 | | Claim Number: 7856<br>Claim Date: 07/20/2011<br>Debtor: NORTEL NETWORKS INC. | | |

---

| PRIORITY | Claimed: | $8,556.80 | | |
| UNSECURED | Claimed: | $19,252.00 | | |

---

| JOSEPH, SONIA<br>2232 HOMESTEAD LN<br>PLANO, TX 75025-5524 | | Claim Number: 319<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | |

---

| PRIORITY | Claimed: | $20,451.60 | | |

---

| JOY, DANIEL<br>15 STEARNS AVE<br>MEDFORD, MA 02155 | | Claim Number: 6108<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1052 | | |

---

| PRIORITY | Claimed: | $1,634.62 | | |
| UNSECURED | Claimed: | $9,807.69 | | |

---

| JPMORGAN CHASE VASTERA PROFESSIONAL<br>SERVICES, INC., ATTN: DAVID J WARAGER<br>VP & ASST. GN COUNSEL<br>1 CHASE MANHATTAN PLAZA, 25TH FLOOR<br>NEW YORK, NY 10005-1401 | | Claim Number: 5566<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5624 (06/07/2011) | | |

---

| UNSECURED | Claimed: | $450,000.00   UNLIQ | Allowed: | $503,386.78 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

JUDAH, WILLIAM A.
1733 TAKELA FOREST SE
FAIRMOUNT, GA 30139-2379

Claim Number: 7258
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $16,258.26 |
|---|---|---|

JULIANO, FRANK
2829 SOMBRERO CR
SAN RAMON, CA 94583

Claim Number: 4833
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

JUNG, ERIKA F.
4311 NE 20TH AV
OAKLAND PARK, FL 33308

Claim Number: 360
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $32,399.16 |
|---|---|---|

JUNIEL, LINDA M.
770 EMERALD SOUND BLVD.
OAK POINT, TX 75068

Claim Number: 7521
Claim Date: 12/20/2010
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $5,627.62 |

JUNIEL, LINDA M.
770 EMERALD SOUND BLVD.
OAK POINT, TX 75068

Claim Number: 8193
Claim Date: 02/06/2012
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $11,844.22 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| JUNOR, ROBERT MARK<br>38 MALTBY CRT<br>BRAMPTON, ON L6P 1A5<br>CANADA | | Claim Number: 7849<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $16,872.27 | |
| JUST, TERESA<br>719 NO. 4OO W.<br>CENTERVILLE, UT 84014 | | Claim Number: 284<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $7,649.86 | |
| KAAWALOA, SAMUEL K<br>PO BOX 433<br>ELIZABETH, CO 80107 | | Claim Number: 3181<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | |
| KADI, SERGIO<br>17211 FRONT BEACH RD.<br>PANAMA CITY BEACH, FL 32413 | | Claim Number: 4252<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $16,867.00 | |
| UNSECURED | | | Scheduled: $0.00 UNLIQ |
| KADI, SERGIO<br>17211 FRONT BEACH RD.<br>PANAMA CITY BEACH, FL 32413 | | Claim Number: 7144<br>Claim Date: 03/11/2010<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $49,565.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| KAEPPLEIN, MARK<br>11 PALMER STREET<br>ARLINGTON, MA 02474 | | Claim Number: 4508<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $3,131.54 |
| KAEPPLEIN, MARK<br>11 PALMER STREET<br>ARLINGTON, MA 02474 | | Claim Number: 4509<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $1,263.18 |
| UNSECURED | Claimed: | $100.00 |
| KAFAEI, NAVID<br>14862 DANEWAY<br>FRISCO, TX 75035 | | Claim Number: 2062<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| UNSECURED | Claimed: | $7,140.26 |
| KAISER, PATRICK<br>1900 NEW HAVEN ROAD<br>GRAPEVINE, TX 76051 | | Claim Number: 2950<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $14,318.79 |
| UNSECURED | Claimed: | $47,682.20 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| KAISER, PATRICK<br>1900 NEW HAVEN ROAD<br>GRAPEVINE, TX 76051 | | Claim Number: 2988<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $14,318.79 |
| UNSECURED | Claimed: | $47,682.20 |
| KAISER, PATRICK A<br>1900 NEW HAVEN RD<br>GRAPEVINE, TX 76051 | | Claim Number: 2951<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $62,000.99 |
| KAISER, PATRICK A.<br>1900 NEW HAVEN RD<br>GRAPEVINE, TX 76051 | | Claim Number: 2987<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $62,000.99 |
| KAKADIA, VIJAY<br>600 S ABEL ST UNIT 318<br>MILPITAS, CA 95035-8691 | | Claim Number: 2540<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $16,124.05 |
| KAKOU, JACOB T<br>302 AFFINITY LANE<br>CARY, NC 27519 | | Claim Number: 7303<br>Claim Date: 06/18/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7275 |
| UNSECURED | Claimed: | $58,070.81 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| KALFA, JOHN<br>75 JOHNSON PL.<br>WOODMERE, NY 11598 | Claim Number: 3073<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $21,408.74 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| KALFA, JOHN P.<br>75 JOHNSON PL<br>WOODMERE, NY 11598 | Claim Number: 257<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $173,032.26 |
|---|---|---|

| KALLAM, MICHELLE L.<br>12416 VILLAGE PINES LANE<br>RALEIGH, NC 276148893 | Claim Number: 449<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

---

| UNSECURED | Claimed: | $12,076.40 |
|---|---|---|

| KALSEY, DAVID<br>7270 LYNE BAY DR.<br>ROSEVILLE, CA 95747 | Claim Number: 922<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $52,199.00 |
|---|---|---|

| KALSEY, DAVID<br>7270 LYNE BAY DR.<br>ROSEVILLE, CA 95747 | Claim Number: 923<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $2,505.55 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| KALSI, VISHAL<br>4387 LAIRD CIRCLE<br>SANTA CLARA, CA 95054 | | Claim Number: 1486<br>Claim Date: 07/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $25,143.90 | | |

| KAMER, BRADLEY S.<br>3051 EASY GOER LN<br>GREENBRIER, TN 37073 | | Claim Number: 7408<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ | | |
| UNSECURED | Claimed: | $5,510.50  UNLIQ | | |

| KAMO, RAMNIK<br>4004 E. CHAPEL-HILL NELSON HWY<br>DAVIS DRIVE<br>RESEARCH TRIANGLE PARK, NC 27709 | | Claim Number: 4512<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $96,936.24  CONT | | |
| UNSECURED | Claimed: | $57,738.42  CONT | Scheduled: | $76.94  UNLIQ |

| KAMO, RAMNIK<br>217 WALCOTT WAY<br>CARY, NC 27519 | | Claim Number: 4513<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $154,674.66  CONT | | |

| KANATEK TECHNOLOGIES<br>KTI KANATEK TECHNOLOGIES INC<br>535 LEGGET DRIVE SUITE 400<br>KANATA, ON K2K 3B8<br>CANADA | | Claim Number: 4747<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,585.47 | Scheduled: | $11,113.00 |

NORTEL NETWORKS INC.                                                                                          Date: 03/07/2012
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

KAO, FRANK                              Claim Number: 2275
4849 FRANKFORD RD APT 433               Claim Date: 08/28/2009
DALLAS, TX 75287                        Debtor: NORTEL NETWORKS INC.
                                        Comments: EXPUNGED
                                        DOCKET: 2626 (03/03/2010)

---

ADMINISTRATIVE        Claimed:              $11,236.86

---

KAO, FRANK                              Claim Number: 2276
4219 LAVACA TRL                         Claim Date: 08/28/2009
CARROLLTON, TX 75010                    Debtor: NORTEL NETWORKS INC.

---

UNSECURED             Claimed:              $11,236.86

---

KAO, IUE-FANG H                         Claim Number: 5436
19785 VIEWRIDGE DRIVE                   Claim Date: 09/28/2009
SARATOGA, CA 95070                      Debtor: NORTEL NETWORKS INC.
                                        Comments: EXPUNGED
                                        DOCKET: 2320 (01/21/2010)

---

UNSECURED             Claimed:              $39,516.93

---

KAO, IUE-FANG H.                        Claim Number: 4093
19785 VIEWRIDGE DR.                     Claim Date: 09/28/2009
SARATOGA, CA 95070                      Debtor: NORTEL NETWORKS INC.

---

UNSECURED             Claimed:              $39,516.93

---

KAPIL, HARI                             Claim Number: 3276
232 HERITAGE ISLE                       Claim Date: 09/21/2009
DE WINTON, AB T0L 0X0                   Debtor: NORTEL NETWORKS INC.
CANADA                                  Comments: EXPUNGED
                                        DOCKET: 3219 (06/24/2010)

---

UNSECURED             Claimed:              $7,160.75

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| KAPIL, VIVEK<br>2712 MERLIN DRIVE<br>LEWISVILLE, TX 75056 | | Claim Number: 4443<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,283.00 | | |
| SECURED | Claimed: | $2,283.00 | | |
| UNSECURED | | | Scheduled: | $171,928.02 UNLIQ |
| TOTAL | Claimed: | $2,153.60 | | |

| KAPLAN, JULIE GRAFFAM<br>10 FLETCHER RD.<br>WINDHAM, NH 03087 | | Claim Number: 8010<br>Claim Date: 10/03/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $78,176.65 | | |

| KARIA, ARVINDKUMAR J<br>3517 LAKEBROOK DR<br>PLANO, TX 75093 | | Claim Number: 4834<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,358.95 | Scheduled: | $3,358.95 |
| UNSECURED | Claimed: | $41,918.71 | Scheduled: | $41,918.71 |

| KASHANIAN, ALI<br>3909 - NEVADA CT<br>MCKINNEY, TX 75070 | | Claim Number: 6471<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,048.08 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| KASHUL, WILLIAM N<br>701 NORTH DEE ROAD<br>PARK RIDGE, IL 60068 | Claim Number: 5479<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $164,457.03 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| KASPER, JAMES E. (0206746)<br>219 REMINGTON AVE<br>GALLATIN, TN 37066 | Claim Number: 7327<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $47,176.80 |
|---|---|---|

---

| KASPER, JOHN<br>305 HIGHLANDS BLUFF<br>CARY, NC 27518 | Claim Number: 3683<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $36,974.00 |
|---|---|---|

---

| KASPER, KENNETH W.<br>20927 N SANSOM DR<br>MARICOPA, AZ 85138 | Claim Number: 2215<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $30,290.00 |
|---|---|---|

---

| KAUFMAN, AMY<br>6228 FOXFIELD CT<br>WINDERMERE, FL 34786-5319 | Claim Number: 7551<br>Claim Date: 01/03/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,162.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

KAY STONE, LISA S.
1810 LAKE TAWAKONI
ALLEN, TX 75002

Claim Number: 8190
Claim Date: 01/31/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $26,159.78 |
|---|---|---|

KAYE, DOUGLAS J.
631 BELMONT CREST DR.
MARIETTA, GA 30067

Claim Number: 2089
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $408,748.37 |
|---|---|---|

KAZIMIERSKI, WLODZIMIERZ
7782 GEORGETOWN CHASE
ROSWELL, GA 30075

Claim Number: 7226
Claim Date: 04/22/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $76,908.32 |
|---|---|---|

KAZIMIERSKI, WLODZIMIERZ
7782 GEORGETOWN CHASE
ROSWELL, GA 30075

Claim Number: 7228
Claim Date: 04/22/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $360,773.26 |
|---|---|---|

KEANE, NOEL
7 ASHBROOK
BALLYMOE
COUNTY GALWAY,
IRELAND

Claim Number: 1808
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $108,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| KEANE, NOEL<br>7 ASHBROOK<br>BALLYMOE<br>COUNTY GALWAY,<br>IRELAND | | Claim Number: 1809<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $108,000.00 |
| KEARLEY, DEREK<br>18 ORDWAY LN<br>KINGSTON, NH 03848-3574 | | Claim Number: 4506<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $35,193.56 |
| KEARNEY, GARY<br>3304 SAN SIMEON WAY<br>PLANO, TX 75023 | | Claim Number: 4185<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $4,292.70 |
| KEATES, ROB<br>10519 138 ST NW<br>EDMONTON, AB T5N 2J5<br>CANADA | | Claim Number: 137<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7629 |
| UNSECURED | Claimed: | $104,779.50 |
| KEATES, ROB<br>10519 138 ST NW<br>EDMONTON, AB, T5N 2J5<br>CANADA | | Claim Number: 7629<br>Claim Date: 03/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 137 |
| PRIORITY | Claimed: | $205,092.33 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| KEEGAN, SUSAN M.<br>8 QUAIL RIDGE DRIVE<br>FLEMINGTON, NJ 08822 | | Claim Number: 4515<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
| KEEGAN, SUSAN M.<br>8 QUAIL RIDGE DRIVE<br>FLEMINGTON, NJ 08822 | | Claim Number: 7085<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $74,355.77 |
| KEELAN, WILLIAM M.<br>3105 BUCKINGHAM ROAD<br>DURHAM, NC 27707 | | Claim Number: 1477<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| UNSECURED | Claimed: | $73,771.88 |
| KELLEY, MATT<br>106 WILD BROOK COURT<br>CARY, NC 27519 | | Claim Number: 2484<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $55,308.93<br>$55,308.93<br>$55,308.93 |
| KELLY JR, WILLIAM M<br>5217 TROUTMAN LANE<br>RALEIGH, NC 27613 | | Claim Number: 3009<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$43,966.08 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

KELLY SERVICES, INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 623
Claim Date: 03/10/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $7,319.20 | Scheduled: | $3,680.00 |
|---|---|---|---|---|

KELLY, HAROLD
6428 BRANDYWINE RD
RALEIGH, NC 27607

Claim Number: 1241
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $79,524.99 |
|---|---|---|

KELLY, MICHAEL F.
204 GLEN ABBEY DRIVE
CARY, NC 27513

Claim Number: 3753
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,498.00  UNLIQ | Scheduled: | $0.00 UNLIQ |

KELLY, WILLIAM P
14 COHASSET LANE
CHERRY HILL, NJ 08003

Claim Number: 3399
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6064
claim amount is 234.32/month

---

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

KELLY, WILLIAM P
14 COHASSET LANE
CHERRY HILL, NJ 08003

Claim Number: 6064
Claim Date: 10/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 3399

---

| UNSECURED | Claimed: | $35,966.35 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

KEMPFFER, MARY B.
309 BURNT PINE CT
APEX, NC 27502

Claim Number: 1731
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $680.78 UNLIQ |
| --- | --- | --- |

KENEDI, ROBERT
11726 NIGHT HERON DR
NAPLES, FL 34119-8888

Claim Number: 3837
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $102,157.96 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

KENNEDY, LOUISE
3512 SCENIC CT.
DENVILLE, NJ 07834

Claim Number: 2621
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

KENNEDY, SCOTT
13523 W. SOLA DRIVE
SUN CITY WEST, AZ 85375

Claim Number: 470
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| UNSECURED | Claimed: | $35,215.87 |
| --- | --- | --- |

KENNEDY, SCOTT
13523 W SOLA DRIVE
SUN CITY WEST, AZ 85375

Claim Number: 2243
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $5,962.91 |
| --- | --- | --- |
| UNSECURED | Claimed: | $27,826.90 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

KENNEY, KAREN B.
3229 ALPHAWOOD DR
APEX, NC 27539-6814

Claim Number: 3525
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $43,761.22 |
|---|---|---|

KENT, SHANNON E.
32170 CALLE BALAREZA
TEMECULA, CA 92592

Claim Number: 348
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $34,912.00 |

KETSLER, JOSEPH
7617 WAASLAND DRIVE
PLANO, TX 75025

Claim Number: 3451
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $58,818.72 |
|---|---|---|

KETTERER, DAVID
101 BAYWOOD PLACE
CHAPEL HILL, NC 27516

Claim Number: 2071
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $81,429.56 |
|---|---|---|

KEYLOR, STEPHEN W.
19 HILLSIDE AVE
STONEHAM, MA 02180

Claim Number: 951
Claim Date: 04/15/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $43,860.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| KEYSPAN GAS EAST CORP DBA NATIONAL GRID | Claim Number: 663 |
| ELISA M. PUGLIESE, ESQ. | Claim Date: 03/03/2009 |
| 175 E. OLD COUNTRY ROAD | Debtor: NORTEL NETWORKS INC. |
| HICKSVILLE, NY 11801 | |

| UNSECURED | Claimed: | $4,131.64 |

---

KGP LOGISTICS, INC. AS SUCCESSOR-IN-
INTEREST TO EMBARQ LOGISTICS
ATTN: ANTHONY J. CARUSO
3305 HIGHWAY 60 W.
FARIBAULT, MN 55021

Claim Number: 1596
Claim Date: 07/24/2009
Debtor: NORTEL NETWORKS INC.

ADMINISTRATIVE          Claimed:          $35,876.19

---

KHAN, AMNA
2 BAYFIELD
IRVINE, CA 92614-7907

Claim Number: 709
Claim Date: 03/25/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $5,780.00   UNLIQ

---

KHAN, AMNA
2 BAYFIELD
IRVINE, CA 92614-7907

Claim Number: 1174
Claim Date: 05/15/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $2,890.00   UNLIQ

---

KHAN, JAWAD
6413 STILWELL RD.
PLANO, TX 75023

Claim Number: 7966
Claim Date: 09/13/2011
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $33,724.88

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| KHAN, MUHAMMAD<br>804 LOTUS DR<br>RICHARDSON, TX 75081-5196 | Claim Number: 2419<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $23,123.98 |
|---|---|---|

| KHANNA, BAKUL<br>58 BLAKE ROAD<br>LEXINGTON, MA 02420 | Claim Number: 7907<br>Claim Date: 08/16/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $170,370.88 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $109,862.46  UNLIQ |

| KHAWAR, ABDUL<br>11103 EMPIRE LAKES DRIVE<br>RALEIGH, NC 27617 | Claim Number: 4258<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $793,591.85 |
|---|---|---|

| KHAWAR, ABDUL<br>11103 EMPIRE LAKES DRIVE<br>RALEIGH, NC 27617 | Claim Number: 4815<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4258 |
|---|---|

| UNSECURED | Claimed: | $798,414.64 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| KIEU, KIM<br>4108 RYAN LN<br>RICHARDSON, TX 75082 | Claim Number: 280<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $11,465.25 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| KILLION, MARY<br>42 FAWN CT<br>LUMBERTON, NJ 08048-4286 | Claim Number: 3900<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $5,907.96 |
|---|---|---|
| UNSECURED | Claimed: | $10,010.52 |

| | | |
|---|---|---|
| KILLION, MARY L.<br>42 FAWN CT<br>LUMBERTON, NJ 08048-4286 | Claim Number: 155<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $16,183.75 |
|---|---|---|

| | | |
|---|---|---|
| KILLION, MARY L.<br>5813 CRESTWOOD CIRCLE W.<br>NORTH RICHLAND HILLS, TX 76180 | Claim Number: 3888<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $15,918.48 |
|---|---|---|

| | | |
|---|---|---|
| KILLION, MARY L.<br>5813 CRESTWOOD CIR W.<br>NORTH RICHLAND HILLS, TX 76180 | Claim Number: 3889<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $802.76 |
|---|---|---|

| | | |
|---|---|---|
| KIM, ETHAN K.<br>2102 CASTLEBURG DR.<br>APEX, NC 27523 | Claim Number: 7307<br>Claim Date: 06/21/2010<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $18,238.43 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

KINAMON, ROBERT
21515 N E 143RD PL
WOODINVILLE, WA 98072

Claim Number: 1825
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $150,908.52 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

KING COUNTY TREASURY OPERATIONS
KING COUNTY ADMINISTRATION BLDG
500 FOURTH AVENUE, ROOM #600
SEATTLE, WA 98104-2387

Claim Number: 810
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| SECURED | Claimed: | $2,852.30 UNLIQ |
|---|---|---|

KING, BARBARA
9809 LA CIENEGA STREET
LAS VEGAS, NV 89183

Claim Number: 3592
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY UNSECURED | Claimed: | $95,377.74 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

KING, BARBARA J.
9809 LA CIENEGA ST.
LAS VEGAS, NV 89183

Claim Number: 343
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $510,353.81 |
|---|---|---|

KING, BARBARA J.
9809 LA CIENEGA STREET
LAS VEGAS, NV 89183

Claim Number: 3593
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY UNSECURED | Claimed: | $39,963.08 | Scheduled: | $3,162.00 |
| | | | Scheduled: | $23,933.90 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

KING, CANDICE
4807 PIN OAK PARK APT 82
HOUSTON, TX 770812213

Claim Number: 175
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $53,000.00 |
|-----------|----------|------------|

KING, JAMES R. JR.
4133 SETTLEMENT DR.
DURHAM, NC 27713-9153

Claim Number: 7668
Claim Date: 03/28/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $73,309.62 |
|-----------|----------|------------|

KING, KATRINA
7435 BENT TRAIL
MANSFIELD, TX 76063

Claim Number: 103
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $1,436.92 |
|----------|----------|-----------|
| UNSECURED | Claimed: | $30,893.78 |

KING, RAYMOND L
795 MARLIN
BAYOU VISTA, TX 77563-2611

Claim Number: 1714
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $132,000.00 |
|----------|----------|-------------|

KING, RAYMOND LOUIS
795 MARLIN ST.
BAYOU VISTA, TX 77563-2611

Claim Number: 1715
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $132,000.00 |
|----------------|----------|-------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| KING, VIRGINIA N<br>9517 HIGHLAND VIEW DRIVE<br>DALLAS, TX 75238 | Claim Number: 2712<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| KINGSBURY, DANIEL E<br>221 SADDLEBROOK<br>GARLAND, TX 75044-4642 | Claim Number: 2101<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |

| PRIORITY | Claimed: | $6,548.40 |
| UNSECURED | Claimed: | $31,245.96 |

---

| KINGSLEY, SUSAN E.<br>507 MONTEREY BLVD.<br>HERMOSA BEACH, CA 90254 | Claim Number: 7420<br>Claim Date: 09/16/2010<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $18,500.00   UNLIQ |

---

| KINNEBREW, BILLY E.<br>988 DENNIS CIRCLE<br>IDAHO FALLS, ID 83401 | Claim Number: 16<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |

| UNSECURED | Claimed: | $809.20 |

---

| KINNEY, JAMES B<br>PO BOX 3165<br>INUVIK, NT X0E 0T0<br>CANADA | Claim Number: 3238<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $236,854.41 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| KINNEY, JAMES B.<br>PO BOX 3165<br>INUVIK, NT XOE OTO<br>CANADA | | Claim Number: 3237<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $334,022.24 | | | |
| KIRCHNER, KAREN<br>530 FOXFIELD LANE<br>MATTHEWS, NC 28105 | | Claim Number: 2943<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | | | |
| ADMINISTRATIVE | Claimed: | $20,000.00 | | | |
| KIRK, CAROLYN S<br>411 OCEANVIEW AVE<br>PALM HARBOR, FL 34683 | | Claim Number: 3634<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $52,904.08 | Scheduled: | $0.00 UNLIQ | |
| KIRN, JOHN<br>17 KENNY CIRCLE<br>BARRIE, ON L4N 6C7<br>CANADA | | Claim Number: 2090<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |
| UNSECURED | Claimed: | $80,750.32 | | | |
| KIRN, JOHN<br>1063 WARBY TRAIL<br>NEWMARKET, ON L3X 3H6<br>CANADA | | Claim Number: 2091<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $80,750.32 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

KITCHENS, MICHELLE
6626 S. CROCKER WAY
LITTLETON, CO 80120

Claim Number: 5452
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $35,769.23 |
|---|---|---|

KLAMMER, DALE N.
11044 TERRACE RD. NE
MINNEAPOLIS, MN 55434

Claim Number: 2698
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

KLEBSCH, MICHAEL B
350 TAYLOR AVE B-12
CAPE CANAVERAL, FL 32920

Claim Number: 5332
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $159,829.52 |
|---|---|---|

KLEBSCH, MICHAEL B
350 TAYLOR AVE B-12
CAPE CANAVERAL, FL 32920

Claim Number: 5435
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $27,984.88 |
|---|---|---|

KNAPP, WILLIAM
506 DEKEMONT LANE
BRENTWOOD, TN 37027

Claim Number: 4475
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8031

---

| UNSECURED | Claimed: | $21,782.60  UNLIQ | Scheduled: | $16,697.40 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| KNIGHT, DANNY L.<br>3204 GREYFIELD WAY<br>MONROE, GA 306566451 | | Claim Number: 49<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $27,405.15 | | |
| KNIGHT, PAUL<br>39 NORTH HANCOCK ST.<br>LEXINGTON, MA 02420 | | Claim Number: 735<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $41,956.34 | | |
| KNIGHT, STACY R.<br>4505 SUDBURY COURT<br>SUWANEE, GA 30024 | | Claim Number: 7612<br>Claim Date: 02/22/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $82,494.00 | | |
| KNUDSEN, PAUL<br>801 SADDLEBROOK DRIVE<br>LUCAS, TX 75002 | | Claim Number: 3194<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $264,712.87 | | |
| UNSECURED | | | Scheduled: | $264,712.87 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| KNUDSEN, PAUL<br>801 SADDLEBROOK DRIVE<br>LUCAS, TX 75002 | Claim Number: 3197<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $500,000.00  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA 30022 | Claim Number: 3116<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $37,408.40 |
|---|---|---|

| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA 30022 | Claim Number: 3117<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $37,408.40 |
|---|---|---|

| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA 30022 | Claim Number: 3118<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $4,009.88 | Scheduled: | $29,419.46 UNLIQ |
|---|---|---|---|---|

| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA 30022 | Claim Number: 3119<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4,009.88 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

KOCH, STEPHEN
1404 JUNIPER STREET
POINT PLEASANT, NJ 08742

Claim Number: 4724
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,691.87 |

---

KOEHLER, DONALD E
158 BEAR HILL ROAD, UNIT 103
CUMBERLAND, RI 02864

Claim Number: 1177
Claim Date: 05/15/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $93,596.15 |
| UNSECURED | Claimed: | $93,596.15 |
| TOTAL | Claimed: | $93,596.15 |

---

KOERNER, FLOYD
212 VICTORY LN
ERWIN, NC 28339

Claim Number: 7949
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $72,093.42 |

---

KOHLMAN, TARALYN
5800 NW 83RD TERRACE
PARKLAND, FL 33067

Claim Number: 8028
Claim Date: 10/18/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 3013

| | | |
|---|---|---|
| UNSECURED | Claimed: | $47,273.05 |

---

KOHNHORST, BART
5724 CEDAR GROVE CIRCLE
PLANO, TX 75093

Claim Number: 794
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $47,207.43 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| KOLMAN, ELIZABETH<br>2907 FOXCREEK DR<br>RICHARDSON, TX 75082 | | Claim Number: 5796<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,277.00 |
| KONET CORP.<br>PO BOX 366243<br>SAN JUAN, PR 00936 | | Claim Number: 1462<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
| UNSECURED | Claimed: | $33,415.20 |
| KOOK, FERNGENE<br>3183 NW 85TH AVE<br>CORAL SPRINGS, FL 33065 | | Claim Number: 5393<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| UNSECURED | Claimed: | $23,000.00 |
| KOREST, PHILIP<br>5223 INVERNESS DR<br>DURHAM, NC 27712 | | Claim Number: 4419<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $68,625.30 |
| KOREST, PHILIP J<br>5223 INVERNESS DR<br>DURHAM, NC 27712 | | Claim Number: 4420<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| PRIORITY | Claimed: | $256.70 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

KOREST, PHILIP J.
5223 INVERNESS DRIVE
DURHAM, NC 27712

Claim Number: 4418
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

UNSECURED          Claimed:              $3,751.59

KOTHARI, PRIYADARSHINI
1438 PEBBLE CREEK DR.
COPPELL, TX 75019

Claim Number: 524
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $5,576.92

KOTLIAR, MICHAEL
205 GLENMORE ROAD
CHAPEL HILL, NC 27516

Claim Number: 1100
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $48,265.56

KOUNG, CHING-CHUN
3058 BLACKFIELD DRIVE
RICHARDSON, TX 75082

Claim Number: 2110
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

ADMINISTRATIVE     Claimed:              $38,209.00

KOUNG, CHING-CHUN
3058 BLACKFIELD DRIVE
RICHARDSON, TX 75082

Claim Number: 2111
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $38,209.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| KRAFT FOODS GLOBAL INC<br>JOHN J VERSCAJ<br>THREE LAKES DRIVE (NF594)<br>NORTHFIELD, IL 60093 | | Claim Number: 3980<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3824 (08/24/2010) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| KREIGER, JERRY L.<br>318 MINT SPRING CIRCLE<br>BRENTWOOD, TN 37027 | | Claim Number: 3857<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $172,300.24 | Scheduled: | $0.00 UNLIQ |
| KRIGER, SIDNEY A.<br>25 LARCH RD<br>NEWTON, MA 02468 | | Claim Number: 5340<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $70,632.66 | | |
| KRIGER, SIDNEY A.<br>25 LARCH RD<br>NEWTON, MA 02468 | | Claim Number: 5341<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $2,338.74<br>$985.20 | | |
| KROL, EDWARD J.<br>2 TORONTO<br>ALISO VIEJO, CA 92656 | | Claim Number: 935<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $846.46 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

KROL, EDWARD J.
2 TORONTO
ALISO VIEJO, CA 92656

Claim Number: 940
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $25,393.92 | | | | | |

KROLL ONTRACK INC.
ATTN: TAMMY DUNLAP
9023 COLUMBINE ROAD
EDEN PRAIRIE, MN 55347

Claim Number: 6141
Claim Date: 11/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

---

| UNSECURED | Claimed: | $53,660.45 | Scheduled: | $30,215.45 | Allowed: | $53,660.45 |

KROPUENSKE, GARY
569 CIRCLE DRIVE
FAIRMOUNT, IN 46928

Claim Number: 942
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $31,640.00 | | | | | |

KUBINA, GREG
38750 ADCOCK DR.
FREMONT, CA 94536

Claim Number: 7227
Claim Date: 04/22/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $66,458.00 | | | | | |

KUBITSCHEK, LEO
10070 TIMBERSTONE RD.
ALPHARETTA, GA 30022

Claim Number: 4798
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1551

---

| UNSECURED | Claimed: | $79,486.22 | | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| KUCZYNSKI, ROBERT<br>150 BAYVIEW DR<br>NORTH HERO, VT 05474 | | Claim Number: 632<br>Claim Date: 03/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $11,201.00   UNLIQ |
| KUEHNE & NAGEL, INC.<br>10205 NW 108TH AVENUE<br>SUITE 11<br>MEDLEY, FL 33178 | | Claim Number: 3945<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5813 (06/27/2011) |
| ADMINISTRATIVE | Claimed: | $51,904.25 |
| UNSECURED | Claimed: | $51,904.25 |
| TOTAL | Claimed: | $51,904.25 |
| KUHN, MATTHEW<br>11 PINEY POINT<br>WHISPERING PINES, NC 28327 | | Claim Number: 5494<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $50,000.00 |
| KUMARAN SYSTEMS, INC.<br>701 EVANS AVENUE<br>SUITE 509<br>TORONTO, ON M9C 1A3<br>CANADA | | Claim Number: 3044<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $142,044.00 |
| KUO, CATHY<br>1509 ANGLEBLUFF LANE<br>PLANO, TX 75093 | | Claim Number: 3803<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $35,261.37 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| KUO, CATHY<br>1509 ANGLEBLUFF LANE<br>PLANO, TX 75093 | | Claim Number: 8145<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance; amends claim 920 |
|---|---|---|
| PRIORITY | Claimed: | $35,261.37 |
| SECURED | Claimed: | $35,261.37 |
| TOTAL | Claimed: | $35,261.37 |
| KUO, CATHY L<br>1509 ANGLEBLUFF LN<br>PLANO, TX 75093 | | Claim Number: 3804<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $35,261.37 |
| SECURED | Claimed: | $35,261.37 |
| TOTAL | Claimed: | $35,261.37 |
| KUO, JILL HSIU-CHING<br>3512 MATAGORDA SPRINGS DR.<br>PLANO, TX 75025 | | Claim Number: 1781<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $16,648.06 |
| KURTZ, DAVID L. JR.<br>3202 WAXHAW-MARVIN ROAD<br>WAXHAW, NC 28173 | | Claim Number: 6962<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $76,549.32 |
| UNSECURED | Claimed: | $76,549.32 |
| TOTAL | Claimed: | $76,549.32 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| KURZAWSKI, BETTYE<br>PO BOX 41<br>JAMESTOWN, CA 95327 | | Claim Number: 5858<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| KUTAC, GARY E.<br>1552 SAN SABA DR.<br>DALLAS, TX 75218 | | Claim Number: 168<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |

| PRIORITY | Claimed: | $10,000.00 | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,274.71 | |

| | | | |
|---|---|---|---|
| KUTAC, GARY E.<br>1552 SAN SABA DR.<br>DALLAS, TX 75218 | | Claim Number: 3843<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 168. | |

| PRIORITY | Claimed: | $10,950.00 | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,478.09 | |

| | | | |
|---|---|---|---|
| KWON, NAURRY<br>3629B  36TH AVE S<br>SEATTLE, WA 98144 | | Claim Number: 5620<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $1,285.58 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| KWON, NAURRY<br>3629B  36TH AVE S<br>SEATTLE, WA 98144 | | Claim Number: 5621<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $10,950.00 | |
|---|---|---|---|
| UNSECURED | Claimed: | $20,188.49 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 1325<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4398 (11/23/2010) |
|---|---|

| PRIORITY | Claimed: | $39,939.88 |
|---|---|---|

---

| LA CHAPELLE, DONNA<br>23 SIROS<br>LAGUNA NIGUEL, CA 92677 | Claim Number: 5422<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $304,517.00 |
|---|---|---|

---

| LA CHAPELLE, DONNA<br>23 SIROS<br>LAGUNA NIGUEL, CA 92677 | Claim Number: 5423<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $304,517.00 |
|---|---|---|

---

| LABADAN, RENATO<br>7800 SEVEN LOCKS RD<br>BETHESDA, MD 20817 | Claim Number: 6696<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $32,324.66 | Scheduled: | $32,324.66 UNLIQ |
|---|---|---|---|---|

---

| LABADAN, RENATO<br>PSC 502, BOX 1<br>DPO, AP 96515 | Claim Number: 6697<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $32,324.66 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| LABORE, RICHARD H.<br>15775 KNAPP SHORE<br>KENT, NY 14477 | | Claim Number: 3792<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $46,858.47 | | | |
| LAFARGUE, PATRICK<br>5307 HARBURY COVE<br>SUWANEE, GA 30024 | | Claim Number: 3712<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $75,762.03 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |
| LAFAURIE, CESAR<br>101 WILLOWCREEK BLVD<br>SWEETWATER, TN 37874 | | Claim Number: 4403<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $50,826.40 | Scheduled: | $50,826.40 UNLIQ | |
| LAFAURIE, CESAR<br>101 WILLOWCREEK BLVD<br>SWEETWATER, TN 37874 | | Claim Number: 4404<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $124,287.75 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |
| LAFLEUR, STEPHEN PAUL<br>11119 PAGEWYNNE DR<br>FRISCO, TX 75035 | | Claim Number: 2063<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |
| PRIORITY | Claimed: | $10,950.00 UNLIQ | | | |
| UNSECURED | Claimed: | $19,286.47 UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| LAFLEUR, STEPHEN PAUL<br>11119 PAGEWYNNE DR<br>FRISCO, TX 75035 | | Claim Number: 2064<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $30,236.47 | | |

---

| LAGIOS, GREGORY<br>22 DEER RUN DRIVE<br>FREEDOM, NH 03836 | | Claim Number: 2292<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $31,654.29 | Scheduled: | $31,654.29 UNLIQ |

---

| LAGIOS, GREGORY<br>22 DEER RUN DRIVE<br>FREEDOM, NH 03836 | | Claim Number: 2293<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $388,127.60 | Scheduled: | $388,127.60 UNLIQ |

---

| LAGIOS, GREGORY S.<br>22 DEER RUN DRIVE<br>FREEDOM, NH 03836 | | Claim Number: 296<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $381,192.80 | |

---

| LAGIOS, GREGORY S.<br>22 DEER RUN DRIVE<br>FREEDOM, NH 03836 | | Claim Number: 1390<br>Claim Date: 06/19/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $35,118.05 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| LAKSHMINARAYAN, SANKARAN | | Claim Number: 3770 |
| 9815 AUTRY FALLS DR | | Claim Date: 09/25/2009 |
| ALPHARETTA, GA 30022 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $120,913.89 |
|---|---|---|

---

| LAM, IGNATIUS | | Claim Number: 1671 |
| 14708 SW BEARD RD APT 127 | | Claim Date: 08/10/2009 |
| BEAVERTON, OR 97007-6226 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: DOCKET: 7233 (02/21/2012) |

| UNSECURED | Claimed: | $73,336.16 |
|---|---|---|

---

| LAMARQUE, JESSIE | | Claim Number: 2014 |
| 15607 FOX MEADOW LANE | | Claim Date: 08/21/2009 |
| FRISCO, TX 75035 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: DOCKET: 7232 (02/21/2012) |

| PRIORITY | Claimed: | $35,941.50 |
|---|---|---|

---

| LAMBERT, BOBBIE | | Claim Number: 2096 |
| 320 FOLEY DRIVE | | Claim Date: 08/24/2009 |
| GARNER, NC 27529 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: DOCKET: 7232 (02/21/2012) |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $58,646.25 |

---

| LAMBERT, DAVID A | | Claim Number: 3630 |
| P.O. BOX 549 | | Claim Date: 09/24/2009 |
| ARROYO SECO, NM 87514 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $385,769.87 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| LANCASTER, KENNETH F | Claim Number: 7374 |
| 4116 BATTLE FIELD DRIVE | Claim Date: 08/09/2010 |
| GARNER, NC 27529 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $23,184.26 |

| LANCASTER, TERRI L | Claim Number: 4244 |
| 4101 WILL ROGERS DRIVE | Claim Date: 09/28/2009 |
| SAN JOSE, CA 95117 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 7232 (02/21/2012) |

---

| PRIORITY | Claimed: | $7,297.49 |
| UNSECURED | Claimed: | $23,736.92 |

| LANDRY, ROSARIO | Claim Number: 7359 |
| 103 TRAILVIEW DRIVE | Claim Date: 07/26/2010 |
| CARY, NC 27513 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $317,903.72 |

| LANE, W.M. | Claim Number: 881 |
| 9375 HAMILTON CIR | Claim Date: 04/09/2009 |
| WASHINGTON, MI 48094-3947 | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $56,719.52 |

| LANE, W.M. | Claim Number: 882 |
| 9375 HAMILTON CIR | Claim Date: 04/09/2009 |
| WASHINGTON, MI 48094-3947 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $47,267.82 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

LANGEN, WILLIAM F.
21 CHERRY ST.
LEOMINSTER, MA 01453

Claim Number: 7271
Claim Date: 06/01/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $25,945.78 |
|---|---|---|

LANNOM, ANGELA
320 WATERS AVENUE
WATERTOWN, TN 37184

Claim Number: 7595
Claim Date: 02/08/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $47,583.19  UNLIQ |
|---|---|---|

LARA, ENRIQUE
17042 WESTGROVE DR.
ADDISON, TX 75001

Claim Number: 1221
Claim Date: 05/22/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $27,500.00 |
|---|---|---|

LARKIN, WILLIAM T.
2410 PRIMOSE DR.
RICHARDSON, TX 75082

Claim Number: 7632
Claim Date: 03/07/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $113,470.87 |
|---|---|---|

LASALLE, WILLIAM
4001 E. CHAPEL HILL-NELSON HWY
PO BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 4249
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $357.31 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $304.66  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| LASALLE, WILLIAM<br>109 TRELLINGWOOD DRIVE<br>MORRISVILLE, NC 27560 | Claim Number: 5840<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $449,702.00 |
|---|---|---|

---

| LASITTER, CAROL M<br>204 CRESTLEIGH ST<br>ROLESVILLE, NC 27571 | Claim Number: 2957<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $8,484.41 |
|---|---|---|
| UNSECURED | Claimed: | $2,849.99 |

---

| LASKIN, LEE<br>863 NEVADA AVE<br>SAN JOSE, CA 95125 | Claim Number: 4130<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $139,563.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $112,677.80 UNLIQ |

---

| LAU, ROSS B<br>76 CEDAR ST<br>APT 402<br>SEATTLE, WA 98121 | Claim Number: 3432<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $356,814.55 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| LAU, STEPHEN<br>982 SANDALRIDGE CT<br>MILPITAS, CA 95035 | Claim Number: 3363<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $131,931.72 | Scheduled: | $131,931.72 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LAUZON, ROBERT
2600 WOODSIDE CIRCLE
MCKINNEY, TX 75070

Claim Number: 86
Claim Date: 01/29/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $40,235.00

---

LAVIOLA, GINA M.
108 SUNSET PLACE
HENDERSONVILLE, TN 37075

Claim Number: 7502
Claim Date: 11/22/2010
Debtor: NORTEL NETWORKS INC.

---

PRIORITY           Claimed:              $3,820.80   UNLIQ

---

LAWRENCE, JOHN M
1809 JASMINE TRAIL
SAVANNAH, TX 76227

Claim Number: 3282
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

ADMINISTRATIVE     Claimed:              $36,019.89

---

LAYNE, SAMUEL
9317 W. 139TH ST
OVERLAND PARK, KS 66221

Claim Number: 4469
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY           Claimed:              $15,644.66
UNSECURED                                             Scheduled:        $15,644.66  UNLIQ

---

LAYNE, SAMUEL
9317 W. 139TH ST
OVERLAND PARK, KS 66221

Claim Number: 4470
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $133,495.26

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| LAYNE, SAMUEL<br>9317 W 139TH STREET<br>OVERLAND PARK, KS 66221 | Claim Number: 4471<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $63,389.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| LAZCANO, SANTIAGO<br>716 WOODED CREEK LN<br>MCKINNEY, TX 75071 | Claim Number: 1865<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $23,227.44 |
|---|---|---|

| LE, DANIEL N.<br>3452 BRIARGROVE LANE<br>DALLAS, TX 75287-6000 | Claim Number: 2845<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $18,436.06 |
|---|---|---|

| LE, JOHN Q.<br>4417 KELLY DR.<br>RICHARDSON, TX 75082 | Claim Number: 3782<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| LEAFE, BRIAN<br>7 ASHBROOK DRIVE<br>HAMPTON, NH 03842-1002 | Claim Number: 2915<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| LEE, CATHY<br>2001 RED OAK LN<br>CLAYTON, NC 27520 | | Claim Number: 5632<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|---|

---

| ADMINISTRATIVE | Claimed: | $30,877.83 | | | |
|---|---|---|---|---|---|
| LEE, CATHY L<br>2001 RED OAK LN<br>CLAYTON, NC 27520 | | Claim Number: 5631<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |

---

| PRIORITY | Claimed: | $30,877.83 | | | |
|---|---|---|---|---|---|
| LEE, CHARLES H JR<br>1103 CR 3470<br>HAWKINS, TX 75765 | | Claim Number: 3578<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $156,723.00 | Scheduled: | $0.00 UNLIQ | |
|---|---|---|---|---|---|
| LEE, GREG<br>2221 ALL SAINTS LANE<br>PLANO, TX 75025 | | Claim Number: 221<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | | |

---

| PRIORITY | Claimed: | $17,000.00 | | | |
|---|---|---|---|---|---|
| LEE, KENNETH G.<br>3904 OLD COACH ROAD<br>RALEIGH, NC 27616 | | Claim Number: 7343<br>Claim Date: 07/12/2010<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $9,105.76 | | | |
|---|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| LEE, LAUREN<br>3332 LANGSTON DR.<br>PLANO, TX 75025 | | Claim Number: 1161<br>Claim Date: 05/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $81,258.46 |

---

| LEE, ROBERT C<br>27870 MOUNT RAINIER<br>WAY<br>YORBA LINDA, CA 92887 | | Claim Number: 5629<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

---

| LEE, ROBERT CHARLES<br>27870 MT. RAINIER WAY<br>YORBA LINDA, CA 92887 | | Claim Number: 5630<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| LEE, TIMOTHY<br>710 WAKEHURST DR<br>CARY, NC 27519 | | Claim Number: 6158<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $69,262.00 |

---

| LEE, YOWCHYI A<br>6821 MYRTLE BEACH<br>PLANO, TX 75093 | | Claim Number: 3162<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|---|
| PRIORITY | Claimed: | $7,759.42 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| LEE, YU-TEN<br>949 MARLINTON COURT<br>SAN JOSE, CA 95120 | Claim Number: 4027<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |

| ADMINISTRATIVE | Claimed: | $56,624.00 |
|---|---|---|

| | | |
|---|---|---|
| LEFFERT, PAUL E.<br>14651 S BOND ST<br>OLATHE, KS 66062 | Claim Number: 4206<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $2,600.00  UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| LEGASPY, AMERICA<br>3010 COUNTY ROAD 2639<br>CADDO MILLS, TX 75135-7467 | Claim Number: 3164<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | |

| PRIORITY | Claimed: | $4,454.53 |
|---|---|---|
| UNSECURED | Claimed: | $12,161.80 |

| | | |
|---|---|---|
| LEGER, ANTHONY<br>9409 STONE MOUNTAIN ROAD<br>RALEIGH, NC 27613 | Claim Number: 6682<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $81,282.95 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $53,466.86  UNLIQ |

| | | |
|---|---|---|
| LEGER, ANTHONY M<br>9409 STONE MOUNTAIN ROAD<br>RALEIGH, NC 27613 | Claim Number: 1041<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $55,266.06 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| LEGGETT, TERRY<br>5320 WEST HARBOR<br>VILLAGE DR. UNIT 402<br>VERO BEACH, FL 32967 | Claim Number: 4364<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $1,130,362.97 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| LEGGETT, TERRY<br>5320 WEST HARBOR<br>VILLAGE DR. UNIT 402<br>VERO BEACH, FL 32967 | Claim Number: 6052<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $535,000.00 |
|---|---|---|

| LEGGETT, TERRY J.<br>5320 WEST HARBOR VILLAGE DRIVE<br>UNIT 402<br>VERO BEACH, FL 32967 | Claim Number: 4365<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| LEGNANTE, KRISTI<br>1153 MOORES POND ROAD<br>YOUNGSVILLE, NC 27596 | Claim Number: 7309<br>Claim Date: 06/22/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $29,095.00 |
|---|---|---|

| LENZ, JAMES D.<br>1728 FOXFIELD DR.<br>CASTLE ROCK, CO 80104 | Claim Number: 3046<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| PRIORITY | Claimed: | $7,425.60 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| LENZ, JAMES D.<br>1728 FOXFIELD DR.<br>CASTLE ROCK, CO 80104 | | Claim Number: 3047<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $50,122.80 |
|---|---|---|

---

| | | |
|---|---|---|
| LEONARD, BRIAN ALAN<br>1030 CHASEWOOD TRAIL<br>ALPHARETTA, GA 30005 | | Claim Number: 288<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $115,117.68 |
|---|---|---|

---

| | | |
|---|---|---|
| LEONARD, RUSSELL<br>818 POTOSI ST APT 1<br>FARMINGTON, MO 63640-3332 | | Claim Number: 6136<br>Claim Date: 11/17/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $19,260.22 |
|---|---|---|

---

| | | |
|---|---|---|
| LEONPACHER, PATRICK<br>324 GRAND OAKS DR.<br>NICEVILLE, FL 32578 | | Claim Number: 6214<br>Claim Date: 12/11/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $25,629.69 |
|---|---|---|

---

| | | |
|---|---|---|
| LEU, YUH L<br>1624 BROADMOOR DRIVE<br>ALLEN, TX 75002 | | Claim Number: 7055<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $28,093.60 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | | |
|---|---|---|---|---|
| LEUTERITZ, MARK<br>14 BUCKTHORN<br>IRVINE, CA 92604 | | Claim Number: 2348<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $41,104.00 | | |

---

| | | | | |
|---|---|---|---|---|
| LEVEL 3 COMMUNICATIONS LLC<br>ATTN: KIM BARTLETT<br>1025 ELDORADO BLVD.<br>BROOMFIELD, CO 80021 | | Claim Number: 1652<br>Claim Date: 08/07/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $16,361.11 | | |

---

| | | | | |
|---|---|---|---|---|
| LEVEL 3 ENHANCED SERVICES, LLC<br>LEVEL 3 COMMUNICATIONS, LLC<br>ATTN: KIM BARLETT<br>1025 ELDORADO BLVD.<br>BROOMFIELD, CO 80021 | | Claim Number: 1653<br>Claim Date: 08/07/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $16,057.66 | | |

---

| | | | | |
|---|---|---|---|---|
| LEVY<br>LEVY RESTAURANTS<br>7994 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 2635<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $7,182.43 | Allowed: | $7,182.43 |

---

| | | | | |
|---|---|---|---|---|
| LEWIS, JONATHAN<br>35 ALMA AVE<br>BELMONT, MA 02478 | | Claim Number: 6014<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| LEWIS, PATRICK B.<br>7009 S. NETHERLAND WAY<br>AURORA, CO 80016 | Claim Number: 67<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $75,036.00 |
|---|---|---|

---

| LEXIS NEXIS CANADA INC<br>123 COMMERCE VALLEY DRIVE EAST<br>SUITE 700<br>MARKHAM, ON L3T 7W8<br>CANADA | Claim Number: 7083<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,396.28 |
|---|---|---|

---

| LEXISNEXIS A DIVISION OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 745<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $13,186.04 |
|---|---|---|

---

| LEXISNEXIS A DIVISION OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 746-01<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $1,772.30 |
|---|---|---|

---

| LEXISNEXIS A DIVISION OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 746-02<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| UNSECURED | Claimed: | $768.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| LG-NORTEL CO. LTD.<br>C/O DAVID SOON YOUB KWON<br>7TH, 8TH FLOOR, GS TOWER 679<br>YOKSAM-DONG, KANGNAM-GU<br>SEOUL, 135-985<br>KOREA | | Claim Number: 3473<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $69,696.00 | | |
| LG-NORTEL CO. LTD.<br>C/O DAVID SOON YOUB KWON<br>7TH, 8TH FLOOR, GS TOWER 679<br>YOKSAM-DONG, KANGNAM-GU<br>SEOUL, 135-985<br>KOREA | | Claim Number: 3474<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $57,180.00 | | |
| LG-NORTEL CO. LTD.<br>C/O DAVID SOON YOUB KWON<br>7TH, 8TH FLOOR, GS TOWER 679<br>YOKSAM-DONG, KANGNAM-GU<br>SEOUL, 135-985<br>KOREA | | Claim Number: 3475<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $2,150.46 | | |
| LG-NORTEL CO. LTD.<br>C/O DAVID SOON YOUB KWON<br>7TH, 8TH FLOOR, GS TOWER 679<br>YOKSAM-DONG, KANGNAM-GU<br>SEOUL, 135-985<br>KOREA | | Claim Number: 3476<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $129,026.46 | | |
| UNSECURED | Claimed: | $924,173.06 | Scheduled: | $1,053,199.52 DISP |
| LI, BIN<br>4751 SAN LUCAS WAY<br>SAN JOSE, CA 95135 | | Claim Number: 5832<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | |
| PRIORITY | Claimed: | $0.00  UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | |
|---|---|---|---|
| LI, BIN<br>4751 SAN LUCAS WAY<br>SAN JOSE, CA 95135 | | Claim Number: 5833<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

ADMINISTRATIVE        Claimed:              $0.00   UNDET

---

| | |
|---|---|
| LI, HAIYAN<br>1022 CORVETTE DR<br>SAN JOSE, CA 95129-2903 | Claim Number: 4094<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |

PRIORITY            Claimed:              $4,224.48

---

| | |
|---|---|
| LI, JENNY Z<br>1750 HALFORD AVE # 204<br>SANTA CLARA, CA 95051 | Claim Number: 5041<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY            Claimed:              $10,950.00

---

| | |
|---|---|
| LI, JENNY Z.<br>1750 HALFORD AVE # 204<br>SANTA CLARA, CA 95051 | Claim Number: 5841<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY            Claimed:              $10,950.00
UNSECURED          Claimed:              $41,005.62

---

| | |
|---|---|
| LI, RICHARD<br>32 NORMAN RD.<br>SOUTH HAMILTON, MA 01982 | Claim Number: 8182<br>Claim Date: 01/26/2012<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:              $43,653.44

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| LI, WUJUN<br>15 HAZELNUT ST<br>ACTON, MA 01720-4149 | Claim Number: 5469<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $27,730.00 |
|---|---|---|

| LI, XUEWEN<br>102 MANOR GARDEN WAY<br>CARY, NC 27513 | Claim Number: 205<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $11,111.83 |
|---|---|---|

| LIAO, TUAN<br>209 GLENMORE RD<br>CHAPEL HILL, NC 27516 | Claim Number: 4108<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $62,582.04 |
|---|---|---|

| LIAW, JERJIANN<br>10610 PINEWALK FOREST CIRCLE<br>ALPHARETTA, GA 30022 | Claim Number: 656<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $34,892.32 |
|---|---|---|

| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | Claim Number: 5665<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) |
|---|---|

| SECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| LIGHT READING/HEAVY READING | Claim Number: 572 |
| 240 W 35TH ST FL 8 | Claim Date: 03/13/2009 |
| NEW YORK, NY 10001-2506 | Debtor: NORTEL NETWORKS INC. |
| | Comments: POSSIBLY AMENDED BY 7732 |

---

| UNSECURED | Claimed: | $69,262.50 | Scheduled: | $69,262.50 |

---

| LIGON, KEITH D | Claim Number: 5438 |
| 1313 COVEY RISE LANE | Claim Date: 09/30/2009 |
| FUQUAY VARINA, NC 27526 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2625 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $48,910.92 |

---

| LIGON, KEITH D | Claim Number: 5440 |
| 1313 COVEY RISE LANE | Claim Date: 09/30/2009 |
| FUQUAY VARINA, NC 27526 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2625 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $48,910.92 |

---

| LILLARD, CARLA A. | Claim Number: 7494 |
| P.O. BOX 1727 | Claim Date: 11/15/2010 |
| MADISON, TN 37116-1727 | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
| UNSECURED | Claimed: | $4,965.30  UNLIQ |

---

| LIMERICK, CURTIS P. | Claim Number: 7583 |
| 508 SAGINAW COURT | Claim Date: 01/28/2011 |
| ALLEN, TX 75013 | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $57,507.36 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LINCOLN, AGNES V
206 HAWK LANE
OAKTOWN, IN 47561

Claim Number: 5434
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
| --- | --- | --- |

LIND, DAVID
140 CALADO AVE.
CAMPBELL, CA 95008

Claim Number: 222
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| UNSECURED | Claimed: | $58,670.02 |
| --- | --- | --- |

LINEAGE POWER CORPORATION
601 SHILOH ROAD
PLANO, TX 75074

Claim Number: 2305
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $31,199.48 | Scheduled: | $2,429.60 UNLIQ | Allowed: | $21,845.40 |
| --- | --- | --- | --- | --- | --- | --- |

LINEX TECHNOLOGIES, INC.
C/O KENNETH R. HARTMANN, ESQ.
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 PONCE DE LEON, 9TH FLOOR
CORAL GABLES, FL 33134

Claim Number: 5517
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6137

| UNSECURED | Claimed: | $3,500,000.00  UNLIQ |
| --- | --- | --- |

LINEX TECHNOLOGIES, INC.
C/O KENNETH R. HARTMANN, ESQ.
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 PONCE DE LEON, 9TH FLOOR
CORAL GABLES, FL 33134

Claim Number: 6137
Claim Date: 11/18/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 5517

| UNSECURED | Claimed: | $3,500,000.00  UNLIQ |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| LINGEN, RICHARD A.<br>473 HARRISON AVE<br>MILLER PLACE, NY 11764 | | Claim Number: 7839<br>Claim Date: 07/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 845 | | |
| UNSECURED | Claimed: | $75,358.06 | | |
| LINVILL, ELAINE N<br>C/O EDGAR B. LINVILL III<br>1720 BURNT MILL RD<br>CHERRY HILL, NJ 08003-3535 | | Claim Number: 4479<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $79,391.90 | | |
| LIONBRIDGE<br>1050 WINTER ST<br>WALTHAM, MA 02451 | | Claim Number: 1223<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $700.35 | | |
| LIONBRIDGE<br>1050 WINTER ST<br>WALTHAM, MA 02451 | | Claim Number: 1224<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $18,330.00 | | |
| LIPSCHUTZ, JOYCE S<br>7209 MANOR OAKS DR<br>RALEIGH, NC 27615 | | Claim Number: 3666<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $312,858.97 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF<br>EDGAR MURPHY III<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8102<br>Claim Date: 11/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 286 | | | |
| PRIORITY | Claimed: | $6,302.02 | | | |
| UNSECURED | Claimed: | $72,175.83 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MARSHALL, KEITH<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 73<br>Claim Date: 01/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8160<br>DOCKET: 7232 (02/21/2012) | | | |
| SECURED | Claimed: | $36,224.00 | | | |
| UNSECURED | | | Scheduled: | $37,000.04 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: COWIE, GRAEME<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 81<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | | | |
| UNSECURED | Claimed: | $21,051.05 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MARPLE, LYNN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 83<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $19,600.78 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: EXHIBIT SURVEYS INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 96<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $155,577.00 | Scheduled: | $64,507.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SANKS, YVONNE M.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 174<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8138<br>DOCKET: 7232 (02/21/2012) | | |
| UNSECURED | Claimed: | $84,999.46 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROWAN, JAMES W.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 243<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8152<br>DOCKET: 7232 (02/21/2012) | | |
| UNSECURED | Claimed: | $36,336.40 | Scheduled: | $38,521.80 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROETEN, GREGG<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 271<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | |
| UNSECURED | Claimed: | $20,952.00 | Scheduled: | $14,412.71 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BARTLETT, ELLEN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 282<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $17,882.36 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MURPHY III, EDGAR<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 286<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8102 | | | |

| PRIORITY | Claimed: | $74,142.21 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SYMON COMMUNICATIONS INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 294<br>Claim Date: 02/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |

| UNSECURED | Claimed: | $261,688.56 | Allowed: | $204,162.16 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: STANLEY, CHRISTOPHER N.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 515<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7808<br>DOCKET: 7232 (02/21/2012) | | | |

| PRIORITY | Claimed: | $60,576.93 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HOLLAND, ANTHONY E.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 593<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8153<br>DOCKET: 7233 (02/21/2012) | | | |

| PRIORITY | Claimed: | $27,752.48 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: JONES, STEPHEN G.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 638<br>Claim Date: 03/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $454,147.41 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TRAMMELL, DAVID
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 817
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $43,601.68 | | | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SANT CORPORATION, THE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 956
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $22,350.00 | | | Allowed: | $22,350.00 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BUTTERMORE, THOMAS N., JR.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1265
Claim Date: 06/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $110,885.11 | Scheduled: | $120,962.31 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GIGLIOTTI, THOMAS A.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1471
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 71

| PRIORITY | Claimed: | $44,127.53 | | | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CALIFORNIA STATE TEACHERS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1487
Claim Date: 07/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $103,656.34 | | | Allowed: | $56,783.00 |
|---|---|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GANNON, MATT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1599<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | Claimed: | $15,120.15 |
| --- | --- | --- |
| UNSECURED | Claimed: | $35,020.75 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: METROPOLITAN TULSA<br>INVESTMENTS LLC<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1632<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| UNSECURED | Claimed: | $56,502.75 |
| --- | --- | --- |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: VIRTUAL CONSOLE, LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1773<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $2,149.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $949.00 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: EAST CAMELBACK ROAD, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1812<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
| --- | --- |

| UNSECURED | Claimed: | $244,203.60 | Allowed: | $220,020.86 |
| --- | --- | --- | --- | --- |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CRAMER, CARL<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1838<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | Claimed: | $72,820.36 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: INGATE SYSTEMS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1871
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $17,904.00 | Scheduled: | $17,904.00 | Allowed: | $17,904.00 |
|-----------|----------|------------|------------|------------|-----------|-------------|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: FINCH, ALBERT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1901
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | | | Scheduled: | $1,435.79 | | |
|-----------|----------|------------|------------|------------|-----------|-------------|
| UNSECURED | Claimed: | $60,807.74 | Scheduled: | $61,804.45 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PUCAN TRADING
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1921
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $856.00 | Scheduled: | $0.00 UNLIQ | | |
|-----------|----------|---------|------------|-------------|-----------|-------------|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PUCAN TRADING
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1922
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $856.00 | | | | |
|----------------|----------|---------|------------|-------------|-----------|-------------|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LACERTE, RICHARD
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2180
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | | | | |
|-----------|----------|------------|------------|-------------------|-----------|-------------|
| UNSECURED | Claimed: | $9,467.58 | Scheduled: | $20,417.58 UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LACERTE, RICHARD<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2181<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $55,728.98 | Scheduled: | $66,678.98 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WARNICK, JON P.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2281<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $167,907.73  UNLIQ | Scheduled: | $0.00  UNLIQ | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HARPER, JAMES JR<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2731<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $333,121.32 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BRIDGES, CHARLES R.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2929<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8161<br>DOCKET: 7232 (02/21/2012) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $41,477.31 | Scheduled: | $56,005.17 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LUCENTE, EDWARD<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2955<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $260,000.00 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TRAN, THU-ANH T<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3148<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8159 |

| PRIORITY | Claimed: | $7,858.43 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHANG, KUO-LI<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3316<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |

| PRIORITY | Claimed: | $6,387.21 |
| UNSECURED | Claimed: | $9,324.43 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DOAN, VINCENT T.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3861<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3861 |

| PRIORITY | Claimed: | $7,237.20 | | |
| UNSECURED | Claimed: | $2,410.99 | Scheduled: | $10,255.22 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LAMBERT, MICHAEL K.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3895
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $608,020.75 | Scheduled: | $0.00 UNLIQ |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DARDEN, KAREN
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4054
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8156
DOCKET: 7232 (02/21/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,191.79 | Scheduled: | $36,361.75 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TWYNHAM, ANDREW S
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4101
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $48,400.00 | | |
| UNSECURED | Claimed: | $141,307.78 | Scheduled: | $182,718.40 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TWYNHAM, ANDREW
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4102
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $76,708.78 | Scheduled: | $59,835.80 UNLIQ |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BEHRINGER HARVARD TIC MGMT.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4223
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $140,257.57 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PARISH, SAUNDERS D<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4305<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $47,250.47 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FLYNN, LAWRENCE M.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4362<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $198,214.03 | Scheduled: | $0.00 UNLIQ |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROBSON, ROBERT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4401<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 461 | | | |
| UNSECURED | Claimed: | $146,023.30 | Scheduled: | $0.00 UNLIQ |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROGERS, STEVEN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4796<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $97,539.28 | Scheduled: | $0.00 UNLIQ |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ARVINDKUMAR, KARIA<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4835<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $106,722.37 | Scheduled: | $98,967.87 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DAWDA, KIRIT D
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5048-02
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,262.92 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: RICCITELLI, ROBERT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5349
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $577,978.05 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LAMBERT, MICHAEL K
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5738
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $602,469.23 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: NGUYEN, LINH T
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5860
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8158

| PRIORITY | Claimed: | $7,432.33 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ALVAREZ, EDUARDO E.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6202
Claim Date: 12/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LERNER, MARK S
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6204
Claim Date: 12/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $68,580.04 |
|-----------|----------|------------|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COOPER, CHARLES ALLEN
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6227
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $97,167.84 |
|----------------|----------|------------|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GREEN, QUEENA S
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6591
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $10,269.02 |
|----------|----------|------------|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TWYNHAM, ANDREW
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6990
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 4100

| PRIORITY | Claimed: | $48,400.00 |
|-----------|----------|------------|
| UNSECURED | Claimed: | $119,318.40 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DONOVAN, WILLIAM
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7075
Claim Date: 02/05/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $390,000.00 |
|-----------|----------|-------------|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KAZIMIERSKI, WLODZIMIERZ<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 7119<br>Claim Date: 02/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7102 | |
| UNSECURED          Claimed: | $87,746.00 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GIGLIOTTI, THOMAS A<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 7188<br>Claim Date: 04/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7615<br>Revises claim no. 1471 | |
| PRIORITY          Claimed: | $63,060.21 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GIGLIOTTI, THOMAS A.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 7615<br>Claim Date: 02/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7188 | |
| UNSECURED          Claimed: | $73,371.77 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: STANLEY, CHRISTOPHER N.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 7808<br>Claim Date: 07/05/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012)<br>Amends claim 515 | |
| PRIORITY          Claimed: | $60,576.93 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LARJ, MICHAEL G.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 7883<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 879 | |
| UNSECURED          Claimed: | $54,931.54 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
ANDY N. VO
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 7926
Claim Date: 09/06/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)
amends claims 6331 and 6332

| | | |
|---|---|---|
| PRIORITY | Claimed: | $450.00 |
| UNSECURED | Claimed: | $23,300.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: VANISH, GEORGE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7927
Claim Date: 09/06/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 6972

| | | |
|---|---|---|
| UNSECURED | Claimed: | $81,521.13 |

---

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
KUO-LI CHANG
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 7929
Claim Date: 09/06/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)
amends claims 7095,7096,7097, & 7098

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,387.21 |
| UNSECURED | Claimed: | $9,324.43 |

---

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
JON P. WARNICK
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 7930
Claim Date: 09/06/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claims 6559 and 6560

| | | |
|---|---|---|
| UNSECURED | Claimed: | $167,907.73 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ROOTS, RONALD
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 8023
Claim Date: 10/14/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $65,838.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>DENNIS DEBORD<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8137<br>Claim Date: 01/05/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2867 | |

| PRIORITY | Claimed: | $60,000.00 |
|---|---|---|

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>YVONNE M. SANKS AKA GID 0187231<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8138<br>Claim Date: 01/05/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 174 | |

| PRIORITY | Claimed: | $6,084.72 |
|---|---|---|
| UNSECURED | Claimed: | $84,602.68 |

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>JAMES W. ROWAN<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8152<br>Claim Date: 01/10/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 243 | |

| UNSECURED | Claimed: | $38,521.80 |
|---|---|---|

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>ANTHONY E HOLLAND<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8153<br>Claim Date: 01/10/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 593 | |

| UNSECURED | Claimed: | $31,785.72 |
|---|---|---|

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>ALBERT FINCH<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8154<br>Claim Date: 01/10/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | |

| UNSECURED | Claimed: | $63,240.25 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>EDUARDO ALVAREZ<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8155<br>Claim Date: 01/10/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 6203 |
|---|---|
| UNSECURED          Claimed: | $44,195.67 |
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>KAREN DARDEN<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8156<br>Claim Date: 01/10/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4054 |
| UNSECURED          Claimed: | $36,361.75 |
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>VINCENT T. DOAN<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8157<br>Claim Date: 01/10/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 3861 |
| UNSECURED          Claimed: | $10,255.22 |
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>LINH T. NGUYEN<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8158<br>Claim Date: 01/10/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 5860 |
| UNSECURED          Claimed: | $17,784.26 |
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>THU-ANH T. TRAN<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8159<br>Claim Date: 01/10/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 3148 |
| UNSECURED          Claimed: | $8,276.36 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>KEITH MARSHALL<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8160<br>Claim Date: 01/10/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 73 | | |
| UNSECURED        Claimed: | $37,000.04 | | |
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>CHARLES R. BRIDGES<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8161<br>Claim Date: 01/10/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2929 | | |
| UNSECURED        Claimed: | $56,005.17 | | |
| LITSAS, JOHN N<br>1000 RAVENSCAR DRIVE<br>RALEIGH, NC 27615 | Claim Number: 2782<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | |
| PRIORITY        Claimed:<br>UNSECURED        Claimed: | $6,814.99<br>$12,177.70 | | |
| LIU, WEIHUA<br>26 CLARENDON ST # 2L<br>MALDEN, MA 02148 | Claim Number: 7636<br>Claim Date: 03/11/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED        Claimed: | $30,028.00 | | |
| LIZAK, EDWARD A.<br>18311 MOSSY GLEN COURT<br>FORT MYERS, FL 33908 | Claim Number: 3546<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED        Claimed: | $79,923.28 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LJUBICICH, ANTHONY
22 SNIFFEN ROAD
ARMONK, NY 10504

Claim Number: 4220
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $82,984.66 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

LLANES, RODOLFO
7961 NW 113 PLACE
ISLAND OF DORAL
MIAMI, FL 33178

Claim Number: 5445
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $83,848.26 |
|---|---|---|

LLOYD, BARRY
39 CLOVER HILL CIRCLE
TYNGSBOROUGH, MA 01879

Claim Number: 347
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| UNSECURED | Claimed: | $30,813.56 |
|---|---|---|

LLOYD, JESSICA A.
48 BRINDLEY CIRCLE
CLAYTON, NC 27520

Claim Number: 7815
Claim Date: 07/05/2011
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $20,746.15 |
|---|---|---|

LLOYD, MARK W.
291 FIRE TOWER DR.
ROUGEMONT, NC 27572

Claim Number: 6124
Claim Date: 11/16/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $59,400.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

LO, DIANA
1513 ADOLFO DRIVE
SAN JOSE, CA 95131

Claim Number: 3688
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $12,867.62

LOBRUTTO, ROSS
1164 EAGLES WATCH TRAIL
WINTER SPRINGS, FL 32708

Claim Number: 5413
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:          $12,809.57   UNLIQ

LOCKHART, LEWIS
4001 E CHAPEL HILL-NELSON HWY
PO BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 3970
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

---

PRIORITY          Claimed:          $91,623.78

LOCKHART, LEWIS
4001 E. CHAPEL HILL - NELSON HWY
PO BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 4556
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:          $91,623.78
UNSECURED                                              Scheduled:          $91,623.78  UNLIQ

LOCKHART, LEWIS
1600 LIATRIS LANE
RALEIGH, NC 27613

Claim Number: 7818
Claim Date: 07/07/2011
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $426,000.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

LOCKLEAR, DANIEL
1020 BRIARDALE COURT
FAIRVIEW, TX 75069

Claim Number: 1651
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $88,725.31 |

---

LOCKWOOD, MICHAEL D
5501 STONEHENGE DRIVE
RICHARDSON, TX 75082

Claim Number: 1481
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $243,147.97 |

---

LOCKWOOD, MICHAEL D.
5501 STONEHENGE DR.
RICHARDSON, TX 75082

Claim Number: 550
Claim Date: 03/10/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $53,070.00 |

---

LOEN, ERIK
1105 273RD PLACE SE
SAMMAMISH, WA 98075

Claim Number: 2255
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6415
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,873.80 | | |
| UNSECURED | | | Scheduled: | $8,347.85 UNLIQ |
| TOTAL | Claimed: | $8,161.21 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LOEN, ERIK R.
1105 273RD PL SE
SAMMAMISH, WA 98075

Claim Number: 6416
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 332 and 2255

| ADMINISTRATIVE | Claimed: | $10,229.62 |
|---|---|---|

LOFTIN-HAYES, MARY GRACE
4309 HORSESHOE BEND
MATTHEWS, NC 28104

Claim Number: 870
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $127,251.21 |
|---|---|---|

LOG ME IN, INC.
ATTN: PATRICK MURPHY
500 UNICORN PARK DRIVE
WOBURN, MA 01801

Claim Number: 5992
Claim Date: 10/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $10,931.51 |
|---|---|---|

LONG ISLAND LIGHTING COMPANY DBA LIPA
ELISA M PUGLIESE, ESQ.
175 E. OLD COUNTRY ROAD
HICKSVILLE, NY 11801

Claim Number: 504
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

| UNSECURED | Claimed: | $81,915.51 |
|---|---|---|

LONG, ANDREW
1104 BAYFIELD DRIVE
RALEIGH, NC 27606

Claim Number: 2532
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7313

| UNSECURED | Claimed: | $114,929.93 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LONG, ANDREW<br>1104 BAYFIELD DRIVE<br>RALEIGH, NC 27606 | | Claim Number: 7313<br>Claim Date: 06/24/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2532 | | | | | |
| UNSECURED | Claimed: | $163,853.06 | | | | | |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: ALFRED WILLIAMS & CO<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 530<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | | |
| UNSECURED | Claimed: | $54,133.57 | Scheduled: | $54,133.57 | Allowed: | | $54,133.57 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: SHEEHAN PHINNEY BASS + GREEN<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 3548<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Amends claim 826. | | | | | |
| UNSECURED | Claimed: | $290,309.75 | | | Allowed: | | $101,520.00 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: ASTEC AMERICA INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 3552<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6295 (09/02/2011) | | | | | |
| SECURED<br>UNSECURED | Claimed: | $132,939.52 | Scheduled: | $84,567.98 | Allowed: | | $157,939.52 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: EMERSON NETWORK POWER<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 3553<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6295 (09/02/2011) | | | | | |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $245,546.64<br>$1,438,904.86 | | | Allowed: | | $621,084.50 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: EMERSON NETWORK POWER<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3554<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6295 (09/02/2011) | | | | |
| UNSECURED | Claimed: | $355,196.38 | | Allowed: | $348,710.73 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: EMERSON NETWORK POWER<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3556<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6295 (09/02/2011) | | | | |
| ADMINISTRATIVE | Claimed: | $222,220.15 | | Allowed: | $43,073.15 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: EMERSON NETWORK POWER<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3557<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6295 (09/02/2011) | | | | |
| ADMINISTRATIVE | Claimed: | $29,837.25 | | Allowed: | $4,033.50 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: BWCS, LTD.<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8121<br>Claim Date: 12/22/2011<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $40,000.00 | | | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: PHOENIX TELECOM SOLUTIONS, I<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 76-01<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5625 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $57,451.39 | | Allowed: | $57,451.39 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: PHOENIX TELECOM SOLUTIONS
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 76-02
Claim Date: 01/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,900.00 | | Allowed: | $11,900.00 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: SECURITAS SECURITY SERVICES
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 999
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 5928 (07/11/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $824,348.53 | Scheduled: | $174,624.94 | Allowed: | $797,648.75 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: HARTE HANKS INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 1769
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,000.00 | Scheduled: | $37,000.00 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: FAIR HARBOR CAPITAL, LLC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 2993
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74,244.98 | | Allowed: | $74,244.98 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: IMPULSE TECHNOLOGIES
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3591
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $105,569.92 | | Allowed: | $105,569.92 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| LONGACRE OPPORTUNITY FUND, L.P. | Claim Number: 4140 |
| TRANSFEROR: GRANDMONT CONSULTING INC | Claim Date: 09/28/2009 |
| ATTN: VLADIMIR JELISAVCIC | Debtor: NORTEL NETWORKS INC. |
| 810 SEVENTH AVENUE, 33RD FLOOR | Comments: DOCKET 4758 (01/25/2011) |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $14,620.00 | Scheduled: | $14,620.00 | | |
|---|---|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P. | Claim Number: 5917 |
| TRANSFEROR: ASCENTIUM CORPORATION | Claim Date: 10/07/2009 |
| 810 SEVENTH AVENUE, 33RD FLOOR | Debtor: NORTEL NETWORKS INC. |
| ATTN: VLADIMIR JELISAVCIC | Comments: ALLOWED |
| NEW YORK, NY 10019 | DOCKET: 4163 (10/14/2010) |

| UNSECURED | Claimed: | $19,172.00 | Scheduled: | $15,556.00 | Allowed: | $15,556.00 |
|---|---|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P. | Claim Number: 6947 |
| TRANSFEROR: HARTE-HANKS, INC. AND ITS AF | Claim Date: 01/25/2010 |
| ATTN: VLADIMIR JELISAVCIC | Debtor: NORTEL NETWORKS INC. |
| 810 SEVENTH AVENUE, 33RD FLOOR | Comments: ALLOWED |
| NEW YORK, NY 10019 | DOCKET: 4779 (01/31/2011) |

| UNSECURED | Claimed: | $39,270.76 | | | Allowed: | $39,270.76 |
|---|---|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P. | Claim Number: 7148 |
| TRANSFEROR: COLLEVECCHIO ENTERPRISES, IN | Claim Date: 03/12/2010 |
| 810 SEVENTH AVENUE, 33RD FLOOR | Debtor: NORTEL NETWORKS INC. |
| ATTN: VLADIMIR JELISAVCIC | Comments: ALLOWED |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $248,942.30 | Scheduled: | $209,073.80 | Allowed: | $216,186.05 |
|---|---|---|---|---|---|---|

| LONGAKER, DAVID | Claim Number: 4045 |
| 1446 Q ST NW | Claim Date: 09/28/2009 |
| WASHINGTON, DC 20009 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $6,408.93 | | | | |
|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| LONGAKER, DAVID J<br>1446 Q ST. NW<br>WASHINGTON, DC 20009 | Claim Number: 4046<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $202,393.52 |
|---|---|---|

| LONGAKER, DAVID J.<br>1446 Q ST. NW<br>WASHINGTON, DC 20009 | Claim Number: 248<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $135,003.25 |
|---|---|---|

| LOONEY, ROBERT J<br>3600 HOODS HILL RD<br>NASHVILLE, TN 37215-2023 | Claim Number: 5426<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $129,334.50 |
|---|---|---|

| LOONEY, ROBERT J<br>3429 BENHAM AVE<br>NASHVILLE, TN 37215 | Claim Number: 5560<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $129,334.50 |
|---|---|---|

| LOPEZ, RICARDO<br>C5 CALLE 6<br>BAYAMON, PR 00959-8140 | Claim Number: 2299<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $43,290.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

LOPEZ, ROBERTO
919 CEDARVALE CT
DALLAS, TX 75217

Claim Number: 5537
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $160,978.36 |
|---|---|---|

LORENZO, CHRISTOPHE
3502 NORWOOD CIRCLE
RICHARDSON, TX 75082

Claim Number: 3854
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $72,702.98 |
|---|---|---|

LOS ANGELES COUNTY TREASURER & TAX
COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

Claim Number: 7450
Claim Date: 10/06/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1325

---

| SECURED | Claimed: | $5,540.30 |
|---|---|---|

LOTOCHINSKI, EUGENE B
879 CURTISWOOD LANE
NASHVILLE, TN 37204

Claim Number: 3662
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $356,747.02 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

LOUISVILLE METRO REVENUE COMMISSION
PO BOX 35410
617 W JEFFERSON ST
LOUISVILLE, KY 40232-5410

Claim Number: 609
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $450.42 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| LOUISVILLE METRO REVENUE COMMISSION<br>PO BOX 35410<br>617 W JEFFERSON ST<br>LOUISVILLE, KY 40232-5410 | Claim Number: 692<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
|---|---|---|---|---|
| **PRIORITY** | Claimed: | $450.42 | | |
| LOVING, LEONIE J.<br>695 SAINT IVES DRIVE<br>ATHENS, GA 30606 | Claim Number: 6008<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| **ADMINISTRATIVE** | Claimed: | $0.00  UNDET | | |
| LOWE MARTIN GROUP<br>PO BOX 9702, TERMINAL<br>OTTAWA, ON K1G 4E9<br>CANADA | Claim Number: 8019<br>Claim Date: 10/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim amount is CAD $64,721.00 | | | |
| **UNSECURED** | Claimed: | $51,783.27 | | |
| LOWE, NEVILLE P<br>3003 CAMBRIDGE HILL DRIVE<br>DACULA, GA 30019 | Claim Number: 4025<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| **UNSECURED** | Claimed: | $155,019.69 | Scheduled: | $0.00  UNLIQ |
| LOWE, RICHARD<br>2221 LAKESIDE BLVD<br>RICHARDSON, TX 75082-4399 | Claim Number: 3388<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| **PRIORITY**<br>**UNSECURED** | Claimed: | $676,406.79 | Scheduled: | $4,661.24  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LU, HONGFENG
3429 DANBURY LN
PLANO, TX 75074

Claim Number: 356
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

---

SECURED          Claimed:          $24,230.78

LU, HONGFENG
3429 DANBURY LN
PLANO, TX 75074

Claim Number: 357
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:          $79,823.04

LUCENTE, EDWARD
2029 BRENT PL
PALM HARBOR, FL 346832801

Claim Number: 2956
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE          Claimed:          $260,000.00

LUCKINBILL, CHARLES R
25371 SOUTH 676 RD
GROVE, OK 74344

Claim Number: 2425
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY
UNSECURED          Claimed:          $211,751.97                    Scheduled:          $0.00 UNLIQ

LUCKINBILL, CHARLES R.
25371 S. 676 ROAD
GROVE, OK 74344

Claim Number: 707
Claim Date: 03/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

---

PRIORITY          Claimed:          $211,751.97

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | |
|---|---|---|---|---|---|
| LUGAR, BRENDA W.<br>2105 LITTLE ROGERS ROAD<br>DURHAM, NC 27704 | | Claim Number: 455<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |
| PRIORITY | Claimed: | $1,139.65 | | | |
| UNSECURED | Claimed: | $41,873.68 | | | |
| LUKAS, YVONNE<br>6909 SHORECREST DR.<br>ROWLETT, TX 75089 | | Claim Number: 1132<br>Claim Date: 05/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $23,070.44 | | | |
| LUKER, OLIVER<br>BARIO SAN ROMANO<br>VILLANUEVA DE SANTO ADRIANO<br>ASTURIAS, 33115<br>SPAIN | | Claim Number: 7644<br>Claim Date: 03/14/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $67,640.99 | | | |
| LUO, JIANJUN<br>2813 LAKEFIELD DR.<br>WYLIE, TX 75098 | | Claim Number: 712<br>Claim Date: 03/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |
| UNSECURED | Claimed: | $41,897.60 | | | |
| LUTHI & CO LAW OFFICES<br>AMERICA HOUSE PO BOX 33113<br>35 SHAUL HAMELECH BLVD<br>TEL AVIV, 64927<br>ISRAEL | | Claim Number: 5844<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $4,858.03 | | Allowed: | $4,858.03 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| LUTHI & CO LAW OFFICES<br>AMERICA HOUSE PO BOX 33113<br>35 SHAUL HAMELECH BLVD<br>TEL AVIV, 64927<br>ISRAEL | | Claim Number: 5845<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
| ADMINISTRATIVE | Claimed: | $4,858.03 |

---

| | | |
|---|---|---|
| LUTZ, PAUL M.<br>4738 JOBE TRAIL<br>NOLENSVILLE, TN 37135 | | Claim Number: 719<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| UNSECURED | Claimed: | $25,532.76 |

---

| | | |
|---|---|---|
| LYELL, MIKE<br>2034 GLENDWICK LN<br>GARLAND, TX 75040 | | Claim Number: 3503<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $33,672.06 |

---

| | | |
|---|---|---|
| LYNCH, MICHAEL J.<br>108 BRENTWOOD COURT<br>ALLEN, TX 75013 | | Claim Number: 1482<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $48,623.20 |

---

| | | |
|---|---|---|
| LYNX UK LIMITED<br>UNIT 1, TOWERGATE INDUSTRIAL PARK<br>COLEBROOK WAY<br>ANDOVER HANTS, SP10 3BB<br>GREAT BRITAIN | | Claim Number: 2995<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| ADMINISTRATIVE | Claimed: | $14,618.75 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| M. SCOTT JOHNSON & ASSOCIATES<br>D/B/A WEST VIRGINIA INSURANCE AGENCY<br>130 BROOKSHIRE LANE<br>BECKLEY, WV 25801 | Claim Number: 5339<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED          Claimed: | $48,092.36 | Allowed: | $20,000.00 |

| M1 PROFESSIONAL SERVICES INC<br>PO BOX 1032<br>COOKSTOWN, ON L0L 1L0<br>CANADA | Claim Number: 2381<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $50,271.95 |

| MA, CHEN CHEN<br>7921 CONSTITUTION DR.<br>PLANO, TX 75025 | Claim Number: 442<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|
| UNSECURED          Claimed: | $52,673.25 |

| MA, CHEN-CHEN<br>7921 CONSTITUTION DR<br>PLANO, TX 75025 | Claim Number: 4424<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $11,230.10<br>$41,443.15 |

| MACAPULAY, SALLY<br>1736 SEVILLE WAY<br>MILPITAS, CA 95036 | Claim Number: 7443<br>Claim Date: 09/28/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $24,249.55 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MACAPULAY, SALLY Y.
1736 SEVILLE WAY
SAN JOSE, CA 95131

Claim Number: 7440
Claim Date: 09/27/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $24,249.55 | | |

MACDONALD, JOHN
C/O TERRY V. MACDONALD
6025 WELLESLEY WAY
BRENTWOOD, TN 37027

Claim Number: 4574
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $98,407.22 | Scheduled: | $0.00 UNLIQ |

MACDONALD, JOHN
C/O TERRY V. MACDONALD
6025 WELLESLEY WAY
BRENTWOOD, TN 37027

Claim Number: 4576
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $98,407.22 | Scheduled: | $0.00 UNLIQ |

MACDONALD, TERRY V.
6025 WELLESLEY WAY
BRENTWOOD, TN 37027

Claim Number: 4575
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |

MACDONALD, TERRY V.
6025 WELLESLEY WAY
BRENTWOOD, TN 37027

Claim Number: 4577
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

MACKEY, DANIEL
41 TRUMAN DRIVE
RANDOLPH, MA 02368

Claim Number: 3351
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

MACKEY, SUSAN
565 FREESTONE DRIVE
ALLEN, TX 75002-4119

Claim Number: 4754
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $52,878.49 |
|---|---|---|

MACLAREN, PETER
1496 WEST HILL ROAD
WARREN, VT 05674

Claim Number: 4431
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $88,362.91 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

MACLAREN, PETER
1496 WEST HILL ROAD
WARREN, VT 05674

Claim Number: 4432
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $775,979.96 | Scheduled: | $775,979.96 UNLIQ |
|---|---|---|---|---|

MADI, HAMID
4605 SPRINGERLY LN
RALEIGH, NC 27612-4923

Claim Number: 3265
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| PRIORITY | Claimed: | $11,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $11,000.00 |
| TOTAL | Claimed: | $11,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| MADI, HAMID<br>4605 SPRINGERLY LANE<br>RALEIGH, NC 27612 | Claim Number: 7385<br>Claim Date: 08/18/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $11,500.00 |
|---|---|---|

| MADSEN, CLINT<br>2212 MAUMELLE DRIVE<br>PLANO, TX 75023 | Claim Number: 3370<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $26,365.02 |

| MAGERS, DEBORAH LYNN<br>142 WESTCHESTER WAY<br>BATTLE CREEK, MI 49015 | Claim Number: 2589<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| MAGINLEY, RONALD<br>621 JOHN CLOSE<br>MURPHY, TX 75094 | Claim Number: 3328<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | | | Scheduled: | $4,471.99 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,521.97 | Scheduled: | $28,501.51 |

| MAHONEY, JOHN A<br>822 LAKE EVALYN DRIVE<br>CELEBRATION, FL 34747 | Claim Number: 5806<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,945.82 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| MAHONEY, JOHN A.<br>822 LAKE EVALYN DR<br>PO BOX 470218<br>CELEBRATION, FL 34747-0218 | | Claim Number: 5805<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $8,945.82 | Scheduled: | $0.00 UNLIQ | |
| MAHONEY, SUZANNE C.<br>62 CRYSTAL ST<br>HAVERHILL, MA 01832 | | Claim Number: 2086<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $272.99 UNLIQ | | | |
| MAJUMDAR, ABHIJIT<br>2600 E RENNER RD APT 290<br>RICHARDSON, TX 75082-3494 | | Claim Number: 3515<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $10,000.00 | | | |
| MALCOLM, BARRY L<br>1140 LONE OAK LN SW<br>ORONOCO, MN 55960 | | Claim Number: 387<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $1,542.85 UNLIQ | | | |
| MALZAHN, MARK J.<br>1013 TIMBERLINE LN<br>ALLEN, TX 75002 | | Claim Number: 2008<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $94,861.20 | | | |

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| MANARAS, JOHN<br>99 COLBOURNE CRESCENT<br>BROOKLINE, MA 02445-4571 | Claim Number: 1859<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $6,837.46 | Scheduled: | $6,837.46 UNLIQ |

| MAND, M G<br>618 BERWICK ROAD<br>WILMINGTON, DE 19803-2204 | Claim Number: 4158<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $828,013.47 | Scheduled: | $0.00 UNLIQ |

| MAND, M G<br>618 BERWICK ROAD<br>WILMINGTON, DE 19803-2204 | Claim Number: 7074<br>Claim Date: 02/05/2010<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $0.00 UNLIQ |

| MANGUM, DAVID<br>3088 WALTERS RD<br>CREEDMOOR, NC 27522 | Claim Number: 3627<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

| MANGUM, DAVID R<br>3088 WALTERS RD<br>CREEDMOOR, NC 27522 | Claim Number: 3626<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012)<br>Claim out of balance |

---

| PRIORITY | Claimed: | $13,840.00 |
| UNSECURED | Claimed: | $13,840.00 |
| TOTAL | Claimed: | $13,840.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| MANITIUS, JERZY<br>12412 SHALLOWFORD DR<br>RALEIGH, NC 27614 | Claim Number: 3416<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $113,072.89 |
|---|---|---|

| MANITIUS, JERZY<br>12412 SHALLOWFORD DR<br>RALEIGH, NC 27614 | Claim Number: 4609<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $56,609.50 |
|---|---|---|

| MANLEY, JAMES P.<br>851 GREENSIDE DR APT 4116<br>RICHARDSON, TX 75080-1160 | Claim Number: 39<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $61,174.88 |

| MANLEY, JOHN P<br>2290 BOWMAN ROAD<br>OTTAWA, ON K1H 6V6<br>CANADA | Claim Number: 5331<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MANN, CHARLES R<br>329 KYFIELDS<br>WEAVERVILLE, NC 28787 | Claim Number: 3955<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $86,567.25 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MANN, WENDY B.<br>2114 CLARET LN<br>MORRISVILLE, NC 27560-6892 | | Claim Number: 5387<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | | | |

| ADMINISTRATIVE | Claimed: | $80,753.40 | | | | | |
|---|---|---|---|---|---|---|---|

---

| MANNO, MICHAEL A.<br>325 CHICORY LN<br>BUFFALO GROVE, IL 60089-1836 | | Claim Number: 994<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
|---|---|---|---|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $38,585.17 | | | | | |

---

| MAR, JUNG<br>355 ALDENSHIRE PL<br>ATLANTA, GA 30350 | | Claim Number: 5767<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
|---|---|---|---|---|---|---|---|

| UNSECURED | Claimed: | $120,000.00 | Scheduled: | $0.00 UNLIQ | | | |
|---|---|---|---|---|---|---|---|

---

| MARBLEGATE SPECIAL OPP. MASTER FUND LP<br>TRANSFEROR: COX COMMUNICATIONS, INC.<br>ATTN: MARK E. ZOLDAN<br>80 FIELD POINT ROAD<br>GREENWICH, CT 06830 | | Claim Number: 4642<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7072 (01/06/2012) | | | | | |
|---|---|---|---|---|---|---|---|

| UNSECURED | Claimed: | $7,977,892.36 | | | | Allowed: | $2,400,000.00 |
|---|---|---|---|---|---|---|---|

---

| MARBLEGATE SPECIAL OPP. MASTER FUND LP<br>TRANSFEROR: DEUTSCHE BANK SECURITIES INC<br>ATTN: MARK E. ZOLDAN<br>80 FIELD POINT ROAD<br>GREENWICH, CT 06830 | | Claim Number: 7897-01<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6977 (12/14/2011) | | | | | |
|---|---|---|---|---|---|---|---|

| UNSECURED | Claimed: | $3,000,000.00 | | | | Allowed: | $3,000,000.00 |
|---|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| MARCANO, PEDRO<br>51 MASSACHUSSETTS AV<br>WALPOLE, MA 02081 | Claim Number: 4254<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $62,346.50 |
|---|---|---|

| MARCANTI, LARRY<br>16 MONROE CT<br>ALLEN, TX 75002 | Claim Number: 4780<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $75,418.24 |
|---|---|---|

| MARDIROSIAN, PAUL<br>600 TECHNOLOGY PARK<br>BILLERICA, MA 01821 | Claim Number: 5863<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $10,334.86 UNLIQ |
|---|---|---|---|---|

| MARGHOOB, SHAMAHRUKH B.<br>25394 SEQUOIAWOOD WAY<br>LAKE FOREST, CA 92630-6478 | Claim Number: 3765<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $9,516.77 |
|---|---|---|

| MARGHOOB, SHAMAHRUKH B.<br>25394 SEQUOIAWOOD WAY<br>LAKE FOREST, CA 92630-6478 | Claim Number: 3767<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $9,516.77 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| MARITZ CANADA INC<br>6900 MARITZ DRIVE<br>MISSISSAUGA, ONTARIO, L5W 1L8<br>CANADA | Claim Number: 268<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED            Claimed: | $133,500.00 | |
| MARITZ CANADA INC<br>6900 MARITZ DRIVE<br>MISSISSAUGA, ONTARIO, L5W 1L8<br>CANADA | Claim Number: 379<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| UNSECURED            Claimed: | $133,500.00 | |
| MARK, RAYMOND<br>1 RIVER PL APT 1406<br>NEW YORK, NY 10036-4370 | Claim Number: 1173<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| PRIORITY            Claimed: | $113,160.07 | |
| MARK, RAYMOND<br>1 RIVER PLACE, APT 1406<br>NEW YORK, NY 10036 | Claim Number: 5903<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7565<br>Amends claims 1173 and 2516. | |
| PRIORITY            Claimed: | $120,697.42 | |
| MARK, RAYMOND<br>1 RIVER PLACE APT. 1406<br>NEW YORK, NY 10036 | Claim Number: 7565<br>Claim Date: 01/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 5903 | |
| PRIORITY            Claimed: | $137,268.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| MARKETSOURCE, INC.<br>ATTN: JESSICA SEARS<br>11700 GREAT OAKS WAY<br>ALPHARETTA, GA 30041 | | Claim Number: 1369<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| UNSECURED | Claimed: | $1,966,984.39 | | | |
| MARKETSOURCE, INC.<br>950 17TH ST STE 2400<br>DENVER, CO 80202-2822 | | Claim Number: 5443<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7074 (01/06/2012) | | | |
| UNSECURED | Claimed: | $1,966,984.39 | | Allowed: | $1,959,220.81 |
| MARKOWSKI, PHYLLIS<br>33 IVY HILL ROAD<br>OAKDALE, NY 11769 | | Claim Number: 4558<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $29,461.00 | | | |
| MAROULIS, EFSTATHIOS<br>2430 VICTORY PARK LN APT 2701<br>DALLAS, TX 75219-7608 | | Claim Number: 5450<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012)<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $34,298.84 | | | |
| TOTAL | Claimed: | $34,298.84 | | | |
| MAROULIS, EFSTATHIOS<br>9686 AVALON DRIVE<br>FRISCO, TX 75035 | | Claim Number: 5451<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $34,298.84 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| MARSONIA, RAJPRIYA<br>400 CAPELLAN ST.<br>WAKE FOREST, NC 27587 | Claim Number: 6115<br>Claim Date: 11/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,076.96 |
|---|---|---|

| MARTIN, CHRISTOPHER<br>1220 HUNTSMAN DR.<br>DURHAM, NC 27713 | Claim Number: 3580<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $72,886.82 |
|---|---|---|

| MARTIN, CHRISTOPHER D.<br>1220 HUNTSMAN DRIVE<br>DURHAM, NC 27713 | Claim Number: 3570<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $6,035.40 |
|---|---|---|

| MARTIN, DOUGLAS<br>480 SILVER SPRING RD<br>RIDGEFIELD, CT 06877 | Claim Number: 33<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $6,852.76  UNLIQ |
|---|---|---|

| MARTIN, DOUGLAS G<br>480 SILVER SPRING RD<br>RIDGEFIELD, CT 06877 | Claim Number: 3827<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $894,911.77 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| MARTIN, EDLENE<br>8005 CHADBOURNE CT<br>RALEIGH, NC 27613 | | Claim Number: 4259<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 18. |
| UNSECURED | Claimed: | $69,267.21 |
| MARTIN, EDLENE PASS<br>8005 CHADBOURNE CT<br>RALEIGH, NC 27613 | | Claim Number: 18<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $68,808.00 |
| UNSECURED | Claimed: | $18,000.00 |
| MARTIN, GAY L.<br>293 BLACKSTONE BLVD.<br>PROVIDENCE, RI 02906 | | Claim Number: 8205<br>Claim Date: 02/29/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $8,443.09 |
| MARTIN, JACQUELINE<br>15737 STONEBRIDGE DRIVE<br>FRISCO, TX 75035 | | Claim Number: 4088<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| SECURED | Claimed: | $22,733.08 |
| MARTIN, JOHN<br>12 HARDENBERGH STREET<br>SOMERSET, NJ 08873 | | Claim Number: 7837<br>Claim Date: 07/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1639 |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $298,269.92 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| MARTIN, ROBERT H<br>6301 WESTWIND DR<br>GREENSBORO, NC 22410 | | Claim Number: 3020<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| MARTIN, WADE<br>4058 BARBER MILL RD<br>CLAYTON, NC 27520 | | Claim Number: 3454<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |
| UNSECURED | Claimed: | $55,005.57 | | | |
| MARTINGALE ROAD LLC<br>TRANSFEROR: WOODFIELD HOLDINGS PT LLC<br>C/O KELLEY DRYE & WARREN LLP<br>333 WEST WACKER DRIVE, SUITE 2600<br>CHICAGO, IL 60606 | | Claim Number: 6983<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |
| UNSECURED | Claimed: | $537,823.01 | | Allowed: | $413,819.68 |
| MARYAK, JENIFER<br>10720 DUNHILL TER<br>RALEIGH, NC 27615 | | Claim Number: 1983<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $4,026.26 | | | |
| UNSECURED | Claimed: | $96,530.03 | Scheduled: | $100,556.29 | |
| MARYAK, JENIFER<br>10720 DUNHILL TER<br>RALEIGH, NC 27615 | | Claim Number: 1985<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $53,098.76 | Scheduled: | $53,098.76 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MASON, TIINA
2 CAROL ANN LN
AMHERST, NH 03031

Claim Number: 7810
Claim Date: 07/05/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $70,834.00 | | | |
|---|---|---|---|---|---|

MASSACHUSETTS MATERIALS RESEARCH
1500 CENTURY DRIVE
WEST BOYLSTON, MA 01583-2115

Claim Number: 1738
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $5,087.50 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

MASSACHUSETTS MATERIALS RESEARCH INC
1500 CENTURY DRIVE
WEST BOYLSTON, MA 01583-2115

Claim Number: 1737
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $5,087.50 |
|---|---|---|

MASSENGILL, TERRY
126 KERRI DR
GARNER, NC 27529

Claim Number: 7576
Claim Date: 01/24/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $263,092.00 |
|---|---|---|

MATHENY, SCOTT
155 BAY DR.
HENDERSONVILLE, TN 37075

Claim Number: 803
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $14,809.84 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| MATHENY, SCOTT<br>155 BAY DR<br>HENDERSONVILLE, TN 37075 | | Claim Number: 1955<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $18,613.49 | | |
| UNSECURED | | | Scheduled: | $15,140.91  UNLIQ |
| MATHENY, SCOTT<br>155 BAY DR.<br>HENDERSONVILLE, TN 37075 | | Claim Number: 1956<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $18,613.49 | | |
| MATHENY, SCOTT<br>155 BAY DR.<br>HENDERSONVILLE, TN 37075 | | Claim Number: 1957<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $58,273.60 | | |
| MATHENY, SCOTT<br>155 BAY DR<br>HENDERSONVILLE, TN 37075 | | Claim Number: 1958<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $58,273.60 | | |
| UNSECURED | | | Scheduled: | $57,496.60 UNLIQ |
| MATHIEU, RUDY<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | | Claim Number: 5524<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $575,168.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| MATHUR, RITESH
9610 CLIFFSIDE DRIVE
IRVING, TX 75063 | | Claim Number: 3975
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012) |

| PRIORITY | Claimed: | $450.00 |
| UNSECURED | Claimed: | $23,434.89 |

---

| MAUNG, ZAW
4012 DUCLAIR DRIVE
MCKINNEY, TX 75070 | | Claim Number: 1457
Claim Date: 07/02/2009
Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $17,271.92 |

---

| MAY, JENNIFER
1326 HOOVER ST #10
MENLO PARK, CA 94025 | | Claim Number: 5749
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $15,174.26 |

---

| MAY, JENNIFER
1326 HOOVER ST #10
MENLO PARK, CA 94025 | | Claim Number: 5750
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $15,174.26 | Scheduled: | $15,174.26 UNLIQ |

---

| MAY, THOMAS O.
14034 CROSSTOWN BLVD. NW
ANDOVER, MN 55304 | | Claim Number: 314
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $388.72   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MAYE, CLEVON J
1106 MAPLE AVE
APEX, NC 27502

Claim Number: 6986
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $600,000.00 |
|---|---|---|

MAYE, CLEVON J
1106 MAPLE AVE
APEX, NC 27502

Claim Number: 6987
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.

---

| SECURED | Claimed: | $600,000.00 |
|---|---|---|

MBA SOLLICITORS R/S VIRGINIE BOUET
4 AVENUE VAN DYCK
PARIS, 75008
FRANCE

Claim Number: 5449
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $3,472.00 |
|---|---|---|

MBA SOLLICITORS R/S VIRGINIE BOUET
4 AVENUE VAN DYCK
PARIS, 75008
FRANCE

Claim Number: 5803
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

---

| UNSECURED | Claimed: | $3,472.00 |
|---|---|---|

MCARTHUR, BRANT
11500 AUTUMN OAKS LANE
RALEIGH, NC 27614

Claim Number: 8013
Claim Date: 10/03/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $75,279.65 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| MCCAAN ERICKSON PUERTORICO<br>JOSE E. COLON SANTANA<br>315 COLL & TOSTE<br>SAN JUAN, PR 00918<br>PUERTO RICO | Claim Number: 1698<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |
|---|---|

| UNSECURED | Claimed: | $10,279.70 |
|---|---|---|

| MCCABE, KATHLEEN D<br>2868 COUNTRY LN<br>ELLICOTT CITY, MD 21042 | Claim Number: 4817<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $235,233.00 |
|---|---|---|

| MCCABE, KATHLEEN D<br>2868 COUNTRY LN<br>ELLICOTT CITY, MD 21042 | Claim Number: 4818<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $235,233.00 |
|---|---|---|

| MCCABE, ROBERT A<br>2009 MISSION RD<br>EDMOND, OK 73034 | Claim Number: 4820<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $49,233.62 |
|---|---|---|

| MCCABE, ROBERT A.<br>2009 MISSION RD<br>EDMOND, OK 73034 | Claim Number: 605<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $68,923.08 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MCCABE, ROBERT A.
2009 MISSION RD
EDMOND, OK 73034

Claim Number: 606
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,172.00 |
|---|---|---|

MCCALLUM, RUSSELL L.
103 CEDARPOST DRIVE
CARY, NC 27513

Claim Number: 129
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $66,733.81 |
|---|---|---|

MCCALLUM, RUSSELL L.
103 CEDARPOST DRIVE
CARY, NC 27513

Claim Number: 161
Claim Date: 02/04/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $237,772.42 |
|---|---|---|

MCCANN-ERICKSON
ATTN: MIKE CORDOVA
600 BATTERY STREET
SAN FRANCISCO, CA 94111

Claim Number: 3718
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,058,790.95 |
|---|---|---|

MCCARTY, MONTY
43 N ASHLYN DR
CLAYTON, NC 27527

Claim Number: 5958
Claim Date: 10/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,164.92 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| MCCAULEY, JOEL SR.<br>12 ST. ANDREWS CT.<br>DURHAM, NC 27707 | | Claim Number: 8176<br>Claim Date: 01/23/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $72,369.23 |
|---|---|---|

---

| | | |
|---|---|---|
| MCCLELLAND, BRUCE<br>2010 LAKE SHORE LANDING<br>ALPHARETTA, GA 30005 | | Claim Number: 3347<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $1,175.23 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,037.74  UNLIQ |

---

| | | |
|---|---|---|
| MCCLELLAND, BRUCE<br>2010 LAKE SHORE LANDING<br>ALPHARETTA, GA 30005 | | Claim Number: 3348<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $1,175.23 |
|---|---|---|

---

| | | |
|---|---|---|
| MCCLURE, GARY C.<br>9213 HUNTERBORO DR<br>BRENTWOOD, TN 37027 | | Claim Number: 2455<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| MCCORMICK, RICHARD D.<br>2045 EAST ALAMEDA AVENUE<br>DENVER, CO 80209 | | Claim Number: 3720<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| MCCORMICK, STANFORD<br>PO BOX 954<br>JOHNSONVILLE, SC 29555-0954 | | Claim Number: 4502<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $101,641.61 |
| MCCOY, ALTON<br>144 ROAN DRIVE<br>GARNER, NC 27529 | | Claim Number: 4500<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| UNSECURED | Claimed: | $2,797.70 |
| MCCOY, ALTON<br>144 ROAN DRIVE<br>GARNER, NC 27529 | | Claim Number: 4501<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| UNSECURED | Claimed: | $38,595.59 |
| MCCOY, GEORGE<br>1977 SLEEPYHOLLOW<br>OLATHE, KS 66062 | | Claim Number: 1197<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $41,811.89 |
| MCCOY, GEORGE<br>1977 SLEEPYHOLLOW<br>OLATHE, KS 66062 | | Claim Number: 1239<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $41,811.89 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MCCOY, LAWRENCE W.
321 CHAPARRAL DRIVE
RICHARDSON, TX 75080

Claim Number: 349
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $46,584.22 |
|---|---|---|

---

MCCOY, LAWRENCE W.
321 CHAPARRAL DRIVE
RICHARDSON, TX 75080

Claim Number: 654
Claim Date: 03/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 349

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $35,634.22 |

---

MCCOY, LEONARD D
4218 HIGH STAR LANE
DALLAS, TX 75287

Claim Number: 4227
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $317,285.12 |
|---|---|---|

---

MCCOY, LEONARD D.
4218 HIGH STAR LANE
DALLAS, TX 75287

Claim Number: 3749
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $317,285.12 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

MCCRANEY, STEVEN
106 TRELLINGWOOD DRIVE
MORRISVILLE, NC 27560

Claim Number: 2991
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $117,100.37 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MCCRAY, MICHAEL
40080 E. 88TH AVENUE
BENNETT, CO 80102

Claim Number: 6200
Claim Date: 12/07/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

MCCULLOUGH, JEFFREY D.
2904 WHITEHART LANE
RALEIGH, NC 27606

Claim Number: 1016
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $43,318.37 |

MCCUNE, BRIAN
1638 MATTHEWS AVE
VANCOUVER, BC V6J 2T2
CANADA

Claim Number: 2685
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $21,081.38 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $21,081.38 UNLIQ |

MCCUNE, BRIAN W.
1638 MATTHEWS AVE
VANCOUVER, BC V6J 2T2
CANADA

Claim Number: 2684
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $21,081.38 |
|---|---|---|

MCDANAL, JOHN D.
3512 NAPOLEON CT
PLANO, TX 75023

Claim Number: 7379
Claim Date: 08/09/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $25,564.49 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| MCDONALD COUNTY TELEPHONE COMPANY<br>PO BOX 207<br>PINEVILLE, MO 64856-0207 | | Claim Number: 7232<br>Claim Date: 04/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $99.01 | Allowed: | $99.01 |
| MCDONALD, NORA<br>2318 CRESTVIEW LN<br>ROWLETT, TX 75088 | | Claim Number: 3952<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | |
| PRIORITY | Claimed: | $4,986.32 | | |
| UNSECURED | Claimed: | $9,581.36 | | |
| MCDOUGALL, RON<br>11 ROYAL TROON CRES.<br>MARKHAM, ON L6C 2A6<br>CANADA | | Claim Number: 2416<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $120,590.94 | | |
| MCDOUGALL, RON<br>11 ROYAL TROON CRES.<br>MARKHAM, ON L6C 2A6<br>CANADA | | Claim Number: 2522<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $120,590.94 | | |
| MCEVILLA, KATIE<br>3019 MONROE<br>BELLWOOD, IL 60104 | | Claim Number: 2480<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

MCFARLAND, DANA
7026 APEX BARBECUE ROAD
APEX, NC 27502

Claim Number: 1033
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $328,826.57 |
|---|---|---|

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2891
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $55.34  UNLIQ |
|---|---|---|

MCGEE-SMITH ANALYTICS
87 HORACE GREELEY RD
AMHERST, NH 30311612

Claim Number: 230
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| PRIORITY | Claimed: | $2,200.00 |
|---|---|---|

MCGEE-SMITH ANALYTICS, LLC
87 HORACE GREELEY RD
AMHERST, NH 30311612

Claim Number: 1740
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

---

| UNSECURED | Claimed: | $2,200.00 | Allowed: | $2,200.00 |
|---|---|---|---|---|

MCGONAGLE, NANCY S
35 LIP LIP LANE
NORDLAND, WA 98358

Claim Number: 4320
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| MCGONAGLE, NANCY S<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | Claim Number: 4322<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| --- | --- | --- | --- |

| | Claimed: | | |
| --- | --- | --- | --- |
| PRIORITY | Claimed: | $51,225.72 | |
| UNSECURED | Claimed: | $51,225.72 | |
| TOTAL | Claimed: | $51,225.72 | |

---

| MCGONAGLE, NANCY S<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | Claim Number: 4323<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| --- | --- | --- |

| PRIORITY | Claimed: | $48,412.00 |
| --- | --- | --- |

---

| MCGOVERN, JAMES<br>3505 MAPLELEAF LANE<br>RICHARDSON, TX 75082 | Claim Number: 4015<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| --- | --- | --- |

| UNSECURED | Claimed: | $31,617.45 |
| --- | --- | --- |

---

| MCGRATH RENT CORP DBA TRS-RENTELCO<br>PO BOX 619260<br>1830 WEST AIRFIELD DR<br>DFW AIRPORT, TX 75261 | Claim Number: 3170<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| --- | --- | --- | --- |

| UNSECURED | Claimed: | $58,229.42 | Scheduled: | $25,704.77 |
| --- | --- | --- | --- | --- |

---

| MCGREGOR, DOUGLAS<br>2083 COUNTY ROAD 13<br>PICTON, ON K0K 2T0<br>CANADA | Claim Number: 4734<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| --- | --- | --- | --- |

| UNSECURED | Claimed: | $39,674.19 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| MCGREGOR, DOUGLAS<br>2083 COUNTY ROAD 13<br>PICTON, ON K0K 2T0<br>CANADA | Claim Number: 5635<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $39,674.19 |
|---|---|---|

---

| MCGRIL, JAMES P.<br>775 GATEWAY DR SE APT 916<br>LEESBURG, VA 20175-4041 | Claim Number: 6189<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

---

| MCHAN, BARRY<br>224 E. 52ND ST. APT 15<br>NEW YORK, NY 10022 | Claim Number: 2345<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $124,395.60 |
|---|---|---|

---

| MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET NW, SUITE 100<br>WASHINGTON, DC 20006 | Claim Number: 4722<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $17,640.74  UNLIQ | Scheduled: | $55,077.14 |
|---|---|---|---|---|

---

| MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET NW, SUITE 100<br>WASHINGTON, DC 20006 | Claim Number: 4723<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4185 (10/22/2010) |
|---|---|

| UNSECURED | Claimed: | $75,526.10  UNLIQ |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MCKENZY, STEVEN
414 SO. SEMINOLE AVE
FORT MEADE, FL 33841

Claim Number: 1925
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE          Claimed:              $0.00   UNDET

---

MCKEVITT, THOMAS J., JR.
11104 E. CAROL AVE.
SCOTTSDALE, AZ 85259

Claim Number: 3039
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE          Claimed:          $33,014.00

---

MCKEVITT, TOM, JR.
11104 E CAROL AVE
SCOTTSDALE, AZ 85259

Claim Number: 480
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

UNSECURED               Claimed:          $33,014.00

---

MCKINNEY, KIMBERLY
639 W. 110TH STREET
LOS ANGELES, CA 90044

Claim Number: 3042
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE          Claimed:           $4,747.20

---

MCKINZIE, PHYLLIS A.
2306 HONEYSUCKLE DR
RICHARDSON, TX 75082-4399

Claim Number: 6788
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS INC.

---

UNSECURED               Claimed:          $27,826.56

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| MCKISSACK, ROCHELLE<br>1205 ROSEBANK AVE<br>NASHVILLE, TN 37206 | Claim Number: 7423<br>Claim Date: 09/17/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $2,316.40 UNLIQ |

---

| MCLARENS CANADA<br>600 ALDEN RD., SUITE 600<br>MARKHAM, ON L3R 0E7<br>CANADA | Claim Number: 7290<br>Claim Date: 06/14/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,710.20 |
|---|---|---|

---

| MCLAUGHLIN, JAMES<br>3198 PARKWOOD BLVD APT 14054<br>FRISCO, TX 75034-9536 | Claim Number: 2636<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $6,894.42 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| MCLAUGHLIN, JAMES<br>7815 MCCALLUM BLVD APT 18104<br>DALLAS, TX 75252 | Claim Number: 2776<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $8,665.92 |
|---|---|---|

---

| MCLAUGHLIN, ROBERT<br>602 WILMES DRIVE<br>AUSTIN, TX 78752 | Claim Number: 2230<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $32,562.28 | Scheduled: | $32,477.05 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MCLAUGHLIN, ROBERT
602 WILMES DR.
AUSTIN, TX 78752

Claim Number: 2231
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $32,562.28 |
|---|---|---|

MCLAUGHLIN, ROBERT C.
602 WILMES DR.
AUSTIN, TX 78752

Claim Number: 788
Claim Date: 03/31/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $32,462.69 |
|---|---|---|
| UNSECURED | Claimed: | $32,462.69 |
| TOTAL | Claimed: | $32,462.69 |

MCLEAN, LORI
3100 CORNWALL ROAD
DURHAM, NC 27707

Claim Number: 5542
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $18,656.76  UNLIQ |
|---|---|---|---|---|

MCLEAN, LORI SUSAN
3100 CORNWALL ROAD
DURHAM, NC 27707

Claim Number: 5543
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $18,656.76 |
|---|---|---|

MCMAHAN, KEVIN
931 KINGWOOD CIRCLE
HIGHLAND VILLAGE, TX 75077

Claim Number: 4456
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $2,367.70 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

MCMAHON, GAYLE
2020 GRAND PRIX DRIVE
ATLANTA, GA 30345

Claim Number: 1627
Claim Date: 07/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,285.80 | | |
|---|---|---|---|---|

MCMAHON, LAURIE
281 STONEWOOD AVE
GREECE, NY 14616

Claim Number: 2453
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

MCMANIS FAULKNER, A PROFESSIONAL CORP.
50 W. SAN FERNANDO STREET, 10TH FLOOR
SAN JOSE, CA 95113

Claim Number: 355
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $528.50 | Scheduled: | $528.50 |
|---|---|---|---|---|

MCMANUS, THOMAS K
710 ASH CREEK CT
ROSWELL, GA 30075

Claim Number: 3572
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $207,881.08 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

MCMANUS, THOMAS K
710 ASH CREEK CT
ROSWELL, GA 30075

Claim Number: 5778
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $207,881.08 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| MCMASTER CARR<br>MCMASTER CARR SUPPLY CO<br>PO BOX 740100<br>ATLANTA, GA 30374-0100 | Claim Number: 3278<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $5,169.02 | Allowed: | $5,169.02 |
|---|---|---|---|---|

| MCNITT, STEVE<br>3441 SUNDANCE DR<br>GAINESVILLE, GA 30506 | Claim Number: 274<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 72 |
|---|---|

| PRIORITY | Claimed: | $254,261.26 |
|---|---|---|

| MCPHERSON, GEOFFREY L.<br>541 CAROLYN LANE<br>GALLATIN, TN 37066 | Claim Number: 1148<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $20,308.80 |
|---|---|---|

| MCPHERSON, MICHAEL D.<br>14111 VANCE JACKSON RD APT 9201<br>SAN ANTONIO, TX 78249-1998 | Claim Number: 848<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $59,543.42 |
|---|---|---|

| MCPHERSON, RODERICK<br>406 PASEO DE LA CONCHA<br>REDONDO BEACH, CA 90277-6285 | Claim Number: 3501<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $589,928.61 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MCPHERSON, RODERICK
406 PASEO DE LA CONCHA
REDONDO BEACH, CA 90277

Claim Number: 4564
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $788,333.06 | | |

MCRITCHIE, MICHAEL J.
109 FALCON CREEK DR.
MCKINNEY, TX 75070

Claim Number: 7555
Claim Date: 01/10/2011
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $70,239.07 | | |

MCWALTERS, MICHAEL
POB 338
ALVISO, CA 95002

Claim Number: 7348
Claim Date: 07/15/2010
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $865,458.00 | | |

MEAD, JOHN
4655 GREAT AMERICA PARKWAY
SANTA CLARA, CA 95054

Claim Number: 4230
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $249,361.68  UNLIQ | | |
| UNSECURED | | | Scheduled: | $249,361.68  UNLIQ |

MEADOW BROOK OFFICE, LLC
SAGE M. SIGLER, ESQ., ALSTON & BIRD, LLP
1201 W. PEACHTREE STREET
ATLANTA, GA 30309-3424

Claim Number: 1674
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $152,369.28  UNLIQ | Allowed: | $152,369.28 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| MEADOWS, BARBARA L.<br>1436 NORWOOD CREST CT.<br>RALEIGH, NC 27614 | Claim Number: 120<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $48,249.72 | Scheduled: | $5,394.26 |
| SECURED | Claimed: | $48,249.72 | | |
| UNSECURED | | | Scheduled: | $23,604.09 |
| TOTAL | Claimed: | $48,249.72 | | |

---

| MEADWESTVACO CORP.<br>C/O THOMPSON HINE LLP<br>ATTN: JONATHAN S. HAWKINS, ESQ.<br>P.O. BOX 8801<br>DAYTON, OH 45401-8801 | Claim Number: 5518<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3848 (08/27/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

---

| MECHATRONIC LTD<br>88 DIGENI AKRITA AVENUE<br>NICOSIA, CY 1061<br>CYPRUS | Claim Number: 6155<br>Claim Date: 11/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $37,800.00 | |

---

| MEDIATEC PUBLISHING, INC.<br>ATTN: VINCE CZARNOWSKI<br>111 E. WACKER DRIVE, SUITE 1290<br>CHICAGO, IL 60601 | Claim Number: 423<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,750.00 | Scheduled: | $3,750.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| MEDLIN, RANDY W.<br>5711 THOM RD<br>MEBANE, NC 27302-9267 | Claim Number: 495<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $162.59  UNLIQ |
|---|---|---|

---

| MEDLIN, RANDY W.<br>4406 BRACADA DRIVE<br>DURHAM, NC 27705 | Claim Number: 2200<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| ADMINISTRATIVE | Claimed: | $162.59  UNLIQ |
|---|---|---|

---

| MEDLIN, RANDY W.<br>5711 THOM RD<br>MEBANE, NC 27302-9267 | Claim Number: 2237<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $162.59  UNLIQ |
|---|---|---|

---

| MEDNAX SERVICES, INC.<br>F/K/A PEDIATRIX MEDICAL GROUP, INC.<br>C/O CHARLES W. THROCKMORTON, ESQ.<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES, FL 33134 | Claim Number: 5520<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $166,020.00 |
|---|---|---|

---

| MEDNAX SERVICES, INC.<br>F/K/A PEDIATRIX MEDICAL GROUP, INC.<br>C/O CHARLES W. THROCKMORTON, ESQ.<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLE, FL 33134 | Claim Number: 6096<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MEEHAN, BRIAN W.
8841 BRAEBURN LOOP
YAKIMA, WA 98903

Claim Number: 2947
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $39,810.92 | Scheduled: | $0.00 UNLIQ |

---

MEHROTRA, ASHISH
4316 CUTTER SPRINGS CT.
PLANO, TX 75024

Claim Number: 422
Claim Date: 02/27/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $5,640.30 |
|---|---|---|
| UNSECURED | Claimed: | $40,337.46 |

---

MEHROTRA, PRASHANT
215 QUEENS LN
MOUNTAINSIDE, NJ 07092

Claim Number: 6486
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $18,691.12 | Scheduled: | $14,490.16 UNLIQ |

---

MEI, HELENA
4462 TERRA BRAVA PLACE
SAN JOSE, CA 95121

Claim Number: 2811
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

MELANSON, LEO
53 ADAMS ST.
WESTBOROUGH, MA 01581

Claim Number: 2296
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $50,769.12 |
| --- | --- | --- |

MELANSON, LEO
53 ADAMS ST.
WESTBOROUGH, MA 01581

Claim Number: 2297
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| --- | --- | --- |

MENARD, INC.
ATTN. THERON BERG - CORP. COUNSEL
5101 MENARD DRIVE
EAU CLAIRE, WI 54703

Claim Number: 4555
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $140,000.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $95,000.00 |
| --- | --- | --- | --- | --- | --- | --- |

MENDEZ, GERARDO
APARTADO 368
ALAJUELA,
COSTA RICA

Claim Number: 3890
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $14,805.00   UNLIQ | | |
| --- | --- | --- | --- | --- |
| SECURED | Claimed: | $14,805.00   UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |
| TOTAL | Claimed: | $14,805.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MENDEZ, GERARDO
APARTADO # 368- 4050
ALAJUELA,
COSTA RICA

Claim Number: 3891
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $14,805.00  UNLIQ |

---

MENDEZ, ROSITA
30479 EXPLORER'S TRAIL
DE SOTO, KS 66018

Claim Number: 4495
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $7,138.00 |

---

MENDONCA, TIMOTHY
490 FOREST PARK RD
OLDSMAR, FL 34677

Claim Number: 4068
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $24,000.00 | | |
| UNSECURED | | | Scheduled: | $23,689.44  UNLIQ |

---

MENDONCA, TIMOTHY
490 FOREST PART RD
OLDSMAR, FL 34677

Claim Number: 4069
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $47,000.00 | Scheduled: | $0.00  UNLIQ |

---

MENESES, KAREN
10850 FOX GLEND DRIVE
BOCA RATON, FL 33428

Claim Number: 1127
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| UNSECURED | Claimed: | $19,631.73 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| MERA NETWORKS INC.<br>15 WERTHEIM CRT SUITE 303<br>RICHMOND HILL, ON L4B 3H7<br>CANADA | Claim Number: 545<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $43,707.92 |
|---|---|---|

| MERA NN<br>12 SOVETSKY STREET<br>NIZHNY NOVGOROD, 603086<br>RUSSIA | Claim Number: 544<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $466,345.11 |
|---|---|---|

| MERA NN<br>13 DELOVAYA ST.<br>NIZHNY NOVGOROD, 603163<br>RUSSIA | Claim Number: 8197<br>Claim Date: 02/16/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $489,123.25 |
|---|---|---|

| MERCURE, JIM<br>210 CELLARS WAY<br>WALLAE, NC 284662360 | Claim Number: 2118<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $4,262.53 | Scheduled: | $4,184.33  UNLIQ |
|---|---|---|---|---|

| MERCURE, JIM<br>210 CELLARS WAY<br>WALLACE, NC 28466 | Claim Number: 2119<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| MERCURE, JIM<br>210 CELLARS WAY<br>WALLACE, NC 28466 | | Claim Number: 2173<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
| MERCURE, JIM<br>210 CELLARS WAY<br>WALLACE, NC 284662360 | | Claim Number: 2174<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $24,789.90 | Scheduled: | $24,187.66 UNLIQ |
| MERRILL COMMUNICATIONS<br>BROOKFIELD PLACE<br>161 BAY STREET, 24TH FLOOR<br>PO BOX 506<br>TORONTO, ON M5J 2S1<br>CANADA | | Claim Number: 1732<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $19,622.82 | | |
| MERRILL III, ALBERT<br>316 PONFIELD ROAD WEST<br>FORREST HILL, MD 21050 | | Claim Number: 2990<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $7,259.39 | Scheduled: | $3,787.81 UNLIQ |
| MERRILL, ALBERT III (DECEASED)<br>JOANNE MERRILL<br>316 PONFIELD RD W<br>FOREST HILL, MD 20150 | | Claim Number: 1431<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $3,787.81 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | | | |
|---|---|---|---|---|---|
| MERRILL, ALBERT III (DECEASED)<br>JOANNE MERRILL<br>316 PONFIELD RD W<br>FOREST HILL, MD 20150 | | Claim Number: 2989<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $7,259.39 | | | |
|---|---|---|---|---|---|
| MERRILL, DANA<br>11421 PACESFERRY DR.<br>RALEIGH, NC 27614 | | Claim Number: 5794<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | | |

---

| UNSECURED | Claimed: | $51,669.44 | | | |
|---|---|---|---|---|---|
| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC 27517 | | Claim Number: 171<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |

---

| PRIORITY | Claimed: | $180,000.00   UNLIQ | | | |
|---|---|---|---|---|---|
| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC 27517 | | Claim Number: 527<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $180,000.00   UNLIQ | | | |
|---|---|---|---|---|---|
| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC 27517 | | Claim Number: 3736<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $705,588.94 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| MERRITT, CLARENCE<br>3551 WYNTERSET DRIVE<br>SNELLVILLE, GA 30039 | Claim Number: 3311<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $43,307.69 |
|---|---|---|

| MERRITT, CLARENCE S.<br>3551 WYNTERSET DRIVE<br>SNELLVILLE, GA 30039 | Claim Number: 3312<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| MERRITT, GREGORY S.<br>2711 CREEK RUN COURT<br>CHAPEL HILL, NC 27514 | Claim Number: 134<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $20,284.98 |
|---|---|---|

| MERTELY, MELISSA<br>1110 GLENMONT CT.<br>ALLEN, TX 75013 | Claim Number: 7678<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $29,192.35 |

| MESSER, KRYSTN<br>80 DOE COURT<br>APEX, NC 27523-8400 | Claim Number: 3522<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $47,457.68 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| METCALF, BRANDON<br>PO BOX 2941<br>WIMBERLEY, TX 78676-7841 | Claim Number: 3293<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $36,384.61 |
|---|---|---|

| METCALF, BRANDON<br>PO BOX 2941<br>WIMBERLEY, TX 78676-7841 | Claim Number: 3294<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $36,384.61 |
|---|---|---|

| METIA SOLUTIONS INC<br>10220 NE POINTS DR STE 200<br>KIRKLAND, WA 980337864 | Claim Number: 1823<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $19,043.00 |
|---|---|---|

| METROPOLITAN GOVERNMENT TRUSTEE<br>METROPOLITAN DEPARTMENT OF LAW<br>POST OFFICE BOX 196300<br>NASHVILLE, TN 37219-6300 | Claim Number: 6593<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $3,255.10 |
|---|---|---|
| SECURED | Claimed: | $3,255.10 |
| TOTAL | Claimed: | $3,255.10 |

| MIAMI-DADE COUNTY TAX COLLECTOR<br>MIAMI-DADE COUNTY BANKRUPTCY UNIT<br>140 WEST FLAGLER STREET, SUITE 1403<br>MIAMI, FL 33130 | Claim Number: 1298<br>Claim Date: 06/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $267.01 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

MICHAEL, CHRISTINA
4372 PACES POINT CIR SE
SMYRNA, GA 30080

Claim Number: 6192
Claim Date: 12/07/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $24,132.45 |

MICHAELS, TESA
2333 WELSH TAVERN WAY
WAKE FOREST, NC 27587

Claim Number: 697
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

---

| PRIORITY | Claimed: | $52,800.00 |

MICHAILOV, SERGEI
6056 WILLOW WOOD LANE
DALLAS, TX 75252

Claim Number: 1138
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| UNSECURED | Claimed: | $72,495.19 |

MICHIGAN DEPARTMENT OF TREASURY
MICHAEL A. COX, ATTORNEY GENERAL
DEBORAH B WALDMEIR, ASST. ATTY. GENERAL
3030 W GRAND BLVD-CADILLAC PL STE 10-200
DETROIT, MI 48202

Claim Number: 863
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3803 (08/19/2010)

---

| PRIORITY | Claimed: | $2,752.00 |

MICKENS, DELBERT J.
1985 SHILOH DR.
CASTLE ROCK, CO 80104

Claim Number: 1546
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $95,252.94 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| MICRON OPTICS INC<br>1852 CENTURY PLACE NE<br>ATLANTA, GA 30345-4305 | | Claim Number: 2792<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |

| UNSECURED | Claimed: | $11,220.00 |
|---|---|---|

| MIKAYELYAN, VAGHARSHAK<br>22484 RIVERSIDE DR #2<br>CUPERTINO, CA 95014 | | Claim Number: 4511<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $33,020.00 |
|---|---|---|

| MILFORD, JOHN S<br>4516 SPYGLASS DR<br>LITTLE RIVER, SC 29566 | | Claim Number: 2154<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|---|

| UNSECURED | Claimed: | $50,890.00 |
|---|---|---|

| MILFORD, JOHN S<br>4516 SPYGLASS DR<br>LITTLE RIVER, SC 29566 | | Claim Number: 2155<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $41,495.33 |
|---|---|---|

| MILLER, CLYDE<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | | Claim Number: 4124<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $18,823.86 | Scheduled: | $18,823.86 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

MILLER, CLYDE E
1680 CENTER GROVE CHURCH RD
MONCURE, NC 27559

Claim Number: 4032
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $481,284.84 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

MILLER, CLYDE E.
1680 CENTER GROVE CHURCH ROAD
MONCURE, NC 27559

Claim Number: 98
Claim Date: 01/29/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY        Claimed:        $18,594.67

---

MILLER, CLYDE E.
1680 CENTER GROVE CHURCH ROAD
MONCURE, NC 27559

Claim Number: 592
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY        Claimed:        $770,140.00

---

MILLER, CLYDE E.
1680 CENTER GROVE CHURCH ROAD
MONCURE, NC 27559

Claim Number: 4121
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY        Claimed:        $135,000.00

---

MILLER, JAMES E.
1208 W. CRESCENT AVE
REDLANDS, CA 92373

Claim Number: 1757
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

PRIORITY        Claimed:        $11,520.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MILLER, JANET
19278 PARKVIEW RD.
CASTRO VALLEY, CA 94546

Claim Number: 292
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $40,818.78 |
|----------|----------|------------|

MILLER, JASON
1107 OCEAN PARK BLVD
APT. D
SANTA MONICA, CA 90405

Claim Number: 1234
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $27,692.29 |
|-----------|----------|------------|

MILLER, KAREN
11924 SYCAMORE GROVE LN.
RALEIGH, NC 27614

Claim Number: 240
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $33,744.00 |
|----------|----------|------------|

MILLER, KYLE
P.O. BOX 702921
DALLAS, TX 75370

Claim Number: 2549
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $7,360.00 |
|----------------|----------|-----------|

MILLER, LOIS
1800 SNOW WIND DRIVE
RALEIGH, NC 27615-2613

Claim Number: 4014
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $63,229.57 |
|-----------|----------|------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MILLER, LOIS S.
1800 SNOW WIND DRIVE
RALEIGH, NC 27615-2613

Claim Number: 345
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

---

| UNSECURED | Claimed: | $66,087.82 |
|-----------|----------|------------|

MILLER, ROBERT ANDREW
23611 N VALLEY RD
LAKE ZURICH, IL 60047

Claim Number: 2185
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $32,183.68 |
|----------------|----------|------------|

MILLER, TERRENCE
38565 PIGGOTT BOTTOM RD
HAMILTON, VA 20158-9463

Claim Number: 6910
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $0.00 |
|----------|----------|-------|
| SECURED | Claimed: | $309,500.00 |
| UNSECURED | Claimed: | $327,769.00 |

MILLIGAN, PATRICK
2609 PELICAN BAY DR.
PLANO, TX 75093

Claim Number: 4118
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $61,115.38 |
|-----------|----------|------------|

MILLIGAN, PATRICK
2609 PELICAN BAY DR.
PLANO, TX 75093

Claim Number: 4226
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $201,874.81 |
|----------|----------|-------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| MILLS, ALINA<br>352 INDIAN BRANCH DR<br>MORRISVILLE, NC 27560 | | Claim Number: 7519<br>Claim Date: 12/17/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00  UNLIQ | | | |
| UNSECURED | Claimed: | $4,750.00  UNLIQ | | | |
| MILLS, CLEAYTON<br>942 CR 2100<br>IVANHOE, TX 75447 | | Claim Number: 5463<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ | |
| MILLS, CLEAYTON J.<br>942 CR 2100<br>IVANHOE, TX 75447 | | Claim Number: 5464<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $150,000.00 | | | |
| MILLS-NICHOLS, LISA<br>676 MONROE TPKE<br>MONROE, CT 06468-2308 | | Claim Number: 3199<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $300.02  UNLIQ | | | |
| MILTON, DONNA CHRISTINE<br>227 PROSPECTORS LANE<br>BILLINGS, MT 59105 | | Claim Number: 316<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | | | |
| PRIORITY | Claimed: | $18,000.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| MINI-CIRCUITS<br>PO BOX 350165<br>BROOKLYN, NY 11235-0003 | | Claim Number: 1886<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $388.05 | Allowed: | $388.05 |
| MINI-CIRCUITS<br>13 NEPTUNE AVE.<br>BROOKLYN, NY 11235-0003 | | Claim Number: 1887<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
| ADMINISTRATIVE | Claimed: | $388.05 | | |
| MIR3 INC<br>3398 CARMEL MTN RD, SUITE 120<br>SAN DIEGO, CA 92121-1044 | | Claim Number: 7489<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $1,432.50 | Allowed: | $1,432.50 |
| MIR3 INC<br>3398 CARMEL MOUNTAIN ROAD, SUITE 120<br>SAN DIEGO, CA 92121 | | Claim Number: 7490<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) | | |
| ADMINISTRATIVE | Claimed: | $1,432.50 | | |
| MIR3 INC<br>3398 CARMEL MTN RD, SUITE 120<br>SAN DIEGO, CA 92121-1044 | | Claim Number: 7491<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $1,424.69 | Allowed: | $1,424.69 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| MIR3 INC<br>3398 CARMEL MOUNTAIN ROAD, STE 120<br>SAN DIEGO, CA 92121 | Claim Number: 7492<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |

| ADMINISTRATIVE | Claimed: | $1,424.69 |

---

| MIRABAL, ROSANNA<br>9103 NW 81ST CT<br>TAMARAC, FL 33321-1505 | Claim Number: 5927<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| MISIAK, TOM<br>1227 NIGHTINGALE RD<br>WAXHAW, NC 28173-6948 | Claim Number: 5612<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $46,662.50 |

---

| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA 30127 | Claim Number: 11<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $103,436.00 |

---

| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA 30127 | Claim Number: 105<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

| UNSECURED | Claimed: | $103,436.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

MISSINI, DENNIS
616 RUSSETWOOD LANE
POWDER SPRINGS, GA 30127

Claim Number: 2746
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $132,726.65 | | $132,726.65  UNLIQ |

---

MITA, SADAHISA
2934 CUSTER DR.
SAN JOSE, CA 95124

Claim Number: 2396
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

MITA, SADAHISA
2934 CUSTER DR.
SAN JOSE, CA 95124

Claim Number: 2413
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,608.62 |

---

MITA, SADAHISA
2934 CUSTER DR.
SAN JOSE, CA 95124

Claim Number: 2414
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,608.62 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | | Claim Number: 2415<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $7,608.62 | |
| MIZERK, THOMAS<br>1220 FOXDALE DR.<br>ADDISON, IL 60101 | | Claim Number: 7040<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $50,000.00 | |
| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | | Claim Number: 2136<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $57,403.64 | |
| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | | Claim Number: 7044<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
| MLCOCH, SANDRA<br>416 RIDGEVIEW TRAIL<br>MCKINNEY, TX 75071 | | Claim Number: 90<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $9,435.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| MOBILE COUNTY LICENSE COMMISSIONER<br>ATTN: MISSTY C. GRAY, ESQ.<br>P.O. BOX 210<br>MOBILE, AL 36601 | | Claim Number: 1233<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3943 (09/15/2010) | | |
| PRIORITY | Claimed: | $249.29 | | |
| MOBILENET SERVICES, INC<br>ATTN: RICHARD GRANT<br>18 MORGAN, SUITE 200<br>IRVINE, CA 92614 | | Claim Number: 1594<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $614,914.25 | | |
| MOFFITT, GARY<br>630 CANYON COURT<br>WESTMINSTER, MD 21158 | | Claim Number: 1309<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $35,495.16 | | |
| MOLDREM, JILL P.<br>123 STANWICK DRIVE<br>FRANKLIN, TN 37067 | | Claim Number: 7537<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ | | |
| UNSECURED | Claimed: | $21,801.06   UNLIQ | | |
| MOLEX<br>ATTN : MIKE FRITZ<br>2222 WELLINGTON COURT<br>LISLE, IL 60532 | | Claim Number: 5465<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1675 | | |
| ADMINISTRATIVE | Claimed: | $11,967.84 | | |
| UNSECURED | Claimed: | $1,600.00 | Scheduled: | $10,890.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

MOLEX INC
ATTN: MIKE FRITZ
2222 WELLINGTON COURT
LISLE, IL 60532

Claim Number: 1766
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $11,967.84 |
|---|---|---|

---

MOLLOY, JOHN
1491 SEQUOIA AVE
SAN BRUNO, CA 94066-2646

Claim Number: 3524
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $29,286.00 |
|---|---|---|

---

MONAHAN, MARY
7 1/2 CONDICT ST.
MORRIS PLAINS, NJ 07950

Claim Number: 7121
Claim Date: 02/23/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,880.00 |
|---|---|---|

---

MONARCH MASTER FUNDING LTD
TRANSFEROR: RIVERSIDE CLAIMS LLC
C/O MONARCH ALTERNATIVE CAPITAL LP
535 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Claim Number: 392
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

| UNSECURED | Claimed: | $479,290.00 |
|---|---|---|

---

MONARCH MASTER FUNDING LTD
TRANSFEROR: RIVERSIDE CLAIMS LLC
C/O MONARCH ALTERNATIVE CAPITAL LP
535 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Claim Number: 7076
Claim Date: 02/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)
Replaces claim 6820 and Amends claim 392

| ADMINISTRATIVE | Claimed: | $479,290.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | | |
|---|---|---|---|---|---|---|
| MONDOR, DAN<br>3650 NEWPORT BAY DRIVE<br>ALPHARETTA, GA 30005 | | Claim Number: 152<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | | |
| PRIORITY | Claimed: | $33,139.85 | | | | |
| MONDOR, DAN<br>3650 NEWPORT BAY DRIVE<br>ALPHARETTA, GA 30005 | | Claim Number: 3663<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 152. | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $33,153.91 | Scheduled: | $33,153.91  UNLIQ | | |
| MONETTE, MADELEINE<br>2 CHARLTON ST # 11K<br>NEW YORK, NY 10014 | | Claim Number: 2126<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $520.00 | | | | |
| MONETTE, MADELEINE<br>2 CHARLTON STREET, APT 11K<br>NEW YORK, NY 10014 | | Claim Number: 2127<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $520.00 | | | Allowed: | $520.00 |
| MONGA, INDERMOHAN<br>1211 PARKINSON AVE<br>PALO ALTO, CA 94301-3451 | | Claim Number: 3337<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $54,363.82 | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| MONGA, INDERMOHAN<br>239 SEALE AVE<br>PALO ALTO, CA 94301-3732 | Claim Number: 3338<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $54,363.82 |
| MONGA, INDERMOHAN<br>239 SEALE AVE<br>PALO ALTO, CA 94301-3732 | Claim Number: 3339<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $61,676.00 |
| MONGA, INDERMOHAN S<br>239 SEALE AVE<br>PALO ALTO, CA 94301-3732 | Claim Number: 3340<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $61,676.00 |
| MONGA, INDERMOHAN S.<br>239 SEALE AVE<br>PALO ALTO, CA 94301-3732 | Claim Number: 941<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $52,608.00 |
| MONGOLD, MARGOT DAVIS<br>12530 HIALEAH WAY<br>NORTH POTOMAC, MD 20878 | Claim Number: 6419<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | |
|---|---|---|---|---|---|
| MONK, APRIL J<br>449 ASHLEY PL<br>MURPHY, TX 75094 | | Claim Number: 7200<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $39,865.84 | | | |
| MONOTYPE IMAGING INC<br>500 UNICORN PARK DRIVE<br>WOBURN, MA 01801 | | Claim Number: 2265<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $39,580.50 | Scheduled: | $0.00 UNLIQ | |
| MONTELONGO, ROY<br>2836 MILO WAY<br>LAS VEGAS, NV 89102 | | Claim Number: 3099<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $15,779.20 | | | |
| MONTGOMERY, GEORGE<br>9808 ST ANNES DR<br>PLANO, TX 75025 | | Claim Number: 4283<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $353,964.19 | Scheduled: | $353,964.19 UNLIQ | |
| MONTGOMERY, GEORGE G<br>9808 ST ANNES DRIVE<br>PLANO, TX 75025 | | Claim Number: 157<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| PRIORITY | Claimed: | $11,774.48 | | | |
| UNSECURED | Claimed: | $715,488.57 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| MONTGOMERY, GEORGE G<br>9808 ST ANNES DR<br>PLANO, TX 75025 | | Claim Number: 4273<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 157 | |
| PRIORITY | | | Scheduled: | $2,212.36 |
| UNSECURED | Claimed: | $278,858.42 | Scheduled: | $42,253.74 |

| | | |
|---|---|---|
| MONTGOMERY, KISHA<br>12817 DOVE FIELD LN<br>BALCH SPRINGS, TX 75180 | | Claim Number: 64<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| UNSECURED | Claimed: | $9,004.02 |

| | | |
|---|---|---|
| MONTGOMERY, KISHA<br>12817 DOVE FIELD LN<br>BALCH SPRIN, TX 75180 | | Claim Number: 2445<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| PRIORITY | Claimed: | $6,549.21 |
| UNSECURED | Claimed: | $5,047.76 |

| | | |
|---|---|---|
| MONTGOMERY, KISHA<br>12817 DOVE FIELD LN<br>BALCH SPRINGS, TX 75180 | | Claim Number: 2446<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $11,596.98 |

| | | |
|---|---|---|
| MOORE III, JAMES V.<br>5609 N. HAWTHORNE WAY<br>RALEIGH, NC 27613 | | Claim Number: 7965<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $35,694.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | |
|---|---|---|---|---|
| MOORE, BROOKE D<br>10 CHAMBERS LANE<br>OAKLAND, CA 94611 | | Claim Number: 3500<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|
| MOORE, CARL<br>1909 KINGS ISLE DR.<br>PLANO, TX 75093 | | Claim Number: 4009<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $27,371.09 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| MOORE, CARL L<br>1909 KINGS ISLE DR<br>PLANO, TX 75093 | | Claim Number: 4003<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |

| ADMINISTRATIVE | Claimed: | $27,371.09 | | |
|---|---|---|---|---|
| MOORE, JOSEPHINE<br>1700 BOARDMAN AVE<br>WEST PALM BEACH, FL 33407 | | Claim Number: 5912<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|
| MOORE, KERRY<br>7304 EDGEWOOD DRIVE<br>PLANO, TX 75025 | | Claim Number: 4465<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |

| ADMINISTRATIVE | Claimed: | $78,244.00 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

MOORE, VICKI S
5 BUNKER HILL
RICHARDSON, TX 75080

Claim Number: 3743
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,673.03 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

MOORE, VICKI S.
5 BUNKER HILL
RICHARDSON, TX 75080

Claim Number: 3742
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $2,673.03 |
|---|---|---|

MOORE, WENDELL C.
170 WESTBURY LANE
ALPHARETTA, GA 30005

Claim Number: 5473
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $78,026.58 |
|---|---|---|

MOPPIN, MARK
28078 N. AZ HWY 188 #29
ROOSEVELT, AZ 85545

Claim Number: 4162
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,510.00 |
|---|---|---|

MORAN, GAYLE
2347 ASHLEY PARK BLVD.
PLANO, TX 75074

Claim Number: 2615
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,845.91 |
|---|---|---|
| UNSECURED | Claimed: | $16,923.30 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD.<br>PLANO, TX 75074 | Claim Number: 2616<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,845.91 |
| UNSECURED | Claimed: | $16,923.30 |

| | | |
|---|---|---|
| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD.<br>PLANO, TX 75074 | Claim Number: 2634<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,845.91 |
| UNSECURED | Claimed: | $16,923.30 |

| | | |
|---|---|---|
| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD,<br>PLANO, TX 75074 | Claim Number: 2641<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,845.91 |
| UNSECURED | Claimed: | $16,923.30 |

| | | |
|---|---|---|
| MORDECAI, WILLIAM S.<br>33563 S. SPRING BAY ROAD<br>DE TOUR VILLAGE, MI 49725 | Claim Number: 7340<br>Claim Date: 07/08/2010<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $120,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| MOREE, MONTESCUE D.<br>3112 MILLS LAKE WYND<br>HOLLY SPRINGS, NC 27540 | Claim Number: 7645<br>Claim Date: 03/15/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $109,995.00 |
|---|---|---|

| MORENO, LETICIA<br>428 MCGINNIS RD<br>COWPENS, SC 29341 | Claim Number: 193<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $6,030.25 |
|---|---|---|

| MORENO, RICHARD<br>910 CENTURY PARK<br>GARLAND, TX 75040 | Claim Number: 3870<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $33,779.82 |
|---|---|---|

| MORFE, CLAUDIO<br>112 NEWBRIDGE ROAD<br>SUDBURY, MA 01776 | Claim Number: 4560<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $13,892.14 |
|---|---|---|

| MORFE, CLAUDIO<br>112 NEWBRIDGE ROAD<br>SUDBURY, MA 01776 | Claim Number: 4732<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $2,593.04 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MORGAN, MELINDA L.
21 GREEN VIEW CIRCLE
RICHARDSON, TX 75081

Claim Number: 737
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $26,587.68 |
|---|---|---|

MORRIS, DON
1609 RICHLAND DR
RICHARDSON, TX 75081

Claim Number: 8011
Claim Date: 10/03/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $106,825.72 |
|---|---|---|

MORRIS, STEVEN
13045 TOWNFIELD DRIVE
RALEIGH, NC 27614

Claim Number: 4335
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7726

---

| UNSECURED | Claimed: | $40,086.87 |
|---|---|---|

MORRIS, STEVEN
13045 TOWNFIELD DR
RALEIGH, NC 27614

Claim Number: 4336
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

---

| UNSECURED | Claimed: | $40,086.87 |
|---|---|---|

MORRIS, STEVEN
13045 TOWNFIELD DR
RALEIGH, NC 27614

Claim Number: 7726
Claim Date: 05/04/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 4335

---

| UNSECURED | Claimed: | $31,922.02 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| MORRIS, TIMOTHY B.<br>2126 ESTES PARK DRIVE<br>ALLEN, TX 75013 | Claim Number: 2824<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $15,459.43 |

---

| MORRISETTE PAPER CO INC<br>PO BOX 651591<br>CHARLOTTE, NC 28265-1591 | Claim Number: 5649<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $951.40 | Scheduled: | $951.40 |

---

| MORRISON, MARION<br>1221 SPRUCE DRIVE<br>ZEBULON, NC 27597 | Claim Number: 522<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $104.56 |
| SECURED | Claimed: | $0.00 |

---

| MORRISON, PAUL<br>C/O DAVID PLUFKA<br>KEEFE & GRIFFITHS, P.C.<br>10 SOUTH BROADWAY, STE 500<br>ST. LOUIS, MO 63012 | Claim Number: 5867<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| MORRISON, PAUL E.<br>2241 COLLEGE AVE.<br>QUINCY, IL 62301-3231 | Claim Number: 7862<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $1,309,310.84   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| MORRISON, ROBERT<br>300 MAYODAN DRIVE<br>CARY, NC 27511 | | Claim Number: 873<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $26,025.00 |
| MORSE, JOHN<br>5438 HUNTER RD<br>OOLTEWAH, TN 37363 | | Claim Number: 8033<br>Claim Date: 10/28/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $72,720.00 |
| MORSE, JOHN C.<br>5438 HUNTER RD.<br>OOLTEWAH, TN 37363 | | Claim Number: 8040<br>Claim Date: 11/07/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $72,732.00 |
| MORSE, JOHN C.<br>5438 HUNTER RD.<br>OOLTEWAH, TN 37363 | | Claim Number: 8042<br>Claim Date: 11/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 0 |
| UNSECURED | Claimed: | $72,732.00 |
| MOSCA, MICHELE<br>115 CHATHAM FOREST DRIVE<br>PITTSBORO, NC 27312 | | Claim Number: 6472<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1038 |
| PRIORITY | Claimed: | $1,923.06 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| MOSCA, MICHELE<br>115 CHATHAM FOREST DRIVE<br>PITTSBORO, NC 27312 | | Claim Number: 8173<br>Claim Date: 01/20/2012<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $1,923.06 | |
| UNSECURED | Claimed: | $396.58 | |
| MOSELEY, ROBERT J.<br>PO BOX 600278<br>DALLAS, TX 75360-0278 | | Claim Number: 954<br>Claim Date: 04/16/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $68,273.56 | |
| MOSS, CAROLYN H<br>4631 MEADOW CLUB DR.<br>SUWANEE, GA 30024 | | Claim Number: 6287<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE | Claimed: | $6,904.73 | |
| MOSS, JOHN<br>945 CROFTER PASS<br>ALPHARETTA, GA 30022 | | Claim Number: 3394<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $45,107.68 | |
| MOSS, WANDA G.<br>P.O. BOX 2343<br>SMYRNA, TN 37167 | | Claim Number: 7481<br>Claim Date: 11/04/2010<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $390.42 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| MOSTYN III, WILLIAM T.<br>555 INDIAN CREEK DRIVE<br>TROHPY CLUB, TX 76262-5655 | | Claim Number: 4183<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $33,860.21 |
| MOSTYN III, WILLIAM T.<br>555 INDIAN CREEK DRIVE<br>TROPHY CLUB, TX 76262-5655 | | Claim Number: 5923<br>Claim Date: 10/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $33,860.21 |
| MOSTYN, WILLIAM<br>555 INDIAN CREEK DR<br>TROPHY CLUB, TX 76262 | | Claim Number: 4184<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| UNSECURED | Claimed: | $33,860.21 |
| MOSTYN, WILLIAM<br>555 INDIAN CREEK DR<br>TROPHY CLUB, TX 76262 | | Claim Number: 5922<br>Claim Date: 10/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $33,860.21 |
| MOTON, GARY L.<br>3319 HILLPARK LANE<br>CARROLLTON, TX 75007 | | Claim Number: 815<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $9,168.41 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| MOTOR CITY ELECTRIC TECHNOLOGIES, INC.<br>9440 GRINNELL ST.<br>DETROIT, MI 48213-1151 | Claim Number: 622<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $373,668.69 |
|---|---|---|

---

| MOTOROLA, INC.<br>WILMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 5395<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5155 (03/23/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| MOTT, ROBERT<br>5113 OLDE SOUTH RD<br>RALEIGH, NC 27606 | Claim Number: 5874<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $63,609.00 |
|---|---|---|

---

| MOULTON, ROBERT F<br>592 7TH ST.<br>LAKE OSWEGO, OR 97034 | Claim Number: 4241<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $55,130.13 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| MOUNT, JOE<br>1500 KINDER WAY<br>ROCKWALL, TX 75032 | | Claim Number: 573<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $96,022.62 | | | | |

---

| MOURSY, WANDA M.<br>5217 TRACKWAY DR.<br>KNIGHTDALE, NC 27545 | | Claim Number: 7641<br>Claim Date: 03/14/2011<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $38,438.00 | | | | |

---

| MOVING SOLUTIONS<br>MOVING SOLUTIONS INC<br>927 WRIGLEY WAY<br>MILPITAS, CA 95035-5407 | | Claim Number: 4332<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,859.91 | | | Allowed: | $3,859.91 |
| UNSECURED | | | Scheduled: | $7,719.82 | | |

---

| MOVING SOLUTIONS, INC.<br>927 WRIGLEY WAY<br>SANTA CLARA, CA 95053 | | Claim Number: 4379<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,859.91 | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

MOYANO, VICENTE
988 NW 110TH AVENUE
CORAL SPRINGS, FL 33071

Claim Number: 5329
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $108,800.81 | Scheduled: | $0.00 UNLIQ | | |
|---|---|---|---|---|---|---|

MOYSE, PETER
234 CHERRY LANE
FLORAL PARK, NY 11001

Claim Number: 1114
Claim Date: 05/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $81,850.74 | | | | |
|---|---|---|---|---|---|---|

MRV COMMUNICATIONS, INC.
20415 NORDHOFF STREET
CHATSWORTH, CA 91311-6112

Claim Number: 3049-01
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $7,307.91 | | | Allowed: | $7,307.91 |
|---|---|---|---|---|---|---|

MRV COMMUNICATIONS, INC.
20415 NORDHOFF STREET
CHATSWORTH, CA 91311-6112

Claim Number: 3049-02
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $1,797.00 | | | Allowed: | $1,797.00 |
|---|---|---|---|---|---|---|

MRV COMMUNICATIONS, INC.
20415 NORDHOFF STREET
CHATSWORTH, CA 91311-6112

Claim Number: 3051
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,069.00 | Scheduled: | $14,069.00 | | |
|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| MTS ALLSTREAM INC<br>200 WELLINGTON STREET W<br>SUITE 1200<br>TORONTO, ON M5V 3G2<br>CANADA | Claim Number: 3418<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $6,191.16 |
|---|---|---|

| MTS ALLSTREAM INC<br>1730 MCGILLIVRAY BLVD<br>BOX 6666 BW100R<br>WINNIPEG, MB R3C 3V6<br>CANADA | Claim Number: 3419<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $140,493.25 |
|---|---|---|

| MULANGU, FABRICE<br>3708 WILLOW CREEK TRL<br>MCKINNEY, TX 75071 | Claim Number: 4769<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| MULLANEY, KEVIN<br>214 TRIMBLE AVE<br>CARY, NC 27511 | Claim Number: 1595<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $63,861.79 |
|---|---|---|

| MUNCK CARTER LLP<br>600 BANNER PLACE<br>12770 COIT ROAD<br>DALLAS, TX 75251 | Claim Number: 7472<br>Claim Date: 10/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012)<br>Amends claim 2432 |
|---|---|

| UNSECURED | Claimed: | $130,268.07 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | |
|---|---|---|---|
| MUNIZ, RUEBEN<br>5200 N MEADOW RIDGE CIRCLE<br>MCKINNEY, TX 75070 | Claim Number: 7865<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC. | | |

UNSECURED          Claimed:          $78,031.25

---

| | | | |
|---|---|---|---|
| MUNSON, GEORGE<br>4000 VETERANS MEMORIAL HIGHWAY<br>BOHEMIA, NY 11716 | Claim Number: 2322<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |

PRIORITY          Claimed:          $7,643.50
UNSECURED                                        Scheduled:          $7,643.50  UNLIQ

---

| | | | |
|---|---|---|---|
| MURASH, BARRY<br>PMB 16788<br>2885 SANFORD AVE SW # 16788<br>GRANDVILLE, MI 49418-1342 | Claim Number: 4279<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7552<br>amends 802 | | |

PRIORITY          Claimed:          $192,892.61

---

| | | | |
|---|---|---|---|
| MURASHIGE, DAVID<br>2221 LAKESIDE BLVD<br>RICHARDSON, TX 75082-4399 | Claim Number: 4839<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |

PRIORITY          Claimed:          $4,967.21
UNSECURED                                        Scheduled:          $4,893.77  UNLIQ

---

| | | | |
|---|---|---|---|
| MURASHIGE, DAVID<br>2221 LAKESIDE BLVD.<br>RICHARDSON, TX 75082-4339 | Claim Number: 4840<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |

PRIORITY          Claimed:          $14,290.65
UNSECURED                                        Scheduled:          $11,352.34  UNLIQ

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| MURPHY, EDGAR III<br>204 BARRINGTON OVERLOOK DR<br>DURHAM, NC 27703 | | Claim Number: 145<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $279,404.86  UNLIQ | | |
| MURPHY, EDGAR III<br>204 BARRINGTON OVERLOOK DR<br>DURHAM, NC 27703 | | Claim Number: 146<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $63,192.21 | | |
| MURPHY, JOHN<br>3518 KINGBARD<br>SAN ANTONIO, TX 78230 | | Claim Number: 2364<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $331.11 | | |
| UNSECURED | | | Scheduled: | $331.11  UNLIQ |
| MURPHY, PETER<br>5555 GROVE POINT RD<br>ALPHARETTA, GA 30022 | | Claim Number: 34<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $109,005.50 | | |
| MURUGESAN, HAMSA<br>13144 THORNTON DR<br>FRISCO, TX 75035 | | Claim Number: 2469<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $14,423.10 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| MUSEUM OF NATURE AND SCIENCE<br>PO BOX 151469<br>DALLAS, TX 75315 | | Claim Number: 869<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $5,000.00 | Allowed: | $5,000.00 |
| MUSKIEWICZ, STEPHEN<br>4 BEAN RD.<br>MERRIMACK, NH 03054-3049 | | Claim Number: 7276<br>Claim Date: 06/07/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $30,670.68 | | |
| MUSTANG TECHNOLOGIES INC<br>4030 COTE VERTU, SUITE 100<br>ST-LAURENT, QB H4R 1V4<br>CANADA | | Claim Number: 2585<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| ADMINISTRATIVE | Claimed: | $7,148.94 | | |
| MUTS, SERGE<br>3722 FRASER ST., NE<br>ROCKFORD, MI 49341 | | Claim Number: 3076<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| MYCOM INTERNATIONAL<br>4TH FLOOR THAMES CENTRAL<br>90 HATFIELD ROAD<br>SLOUGH, SL1 1QE<br>UNITED KINGDOM | | Claim Number: 1864<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $1,179.84 | Allowed: | $1,179.84 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

NAGARAJ, KESAVAMURTHY
4201 WARMINSTER DRIVE
PLANO, TX 75093

Claim Number: 3729-01
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $13,500.00 |
|---|---|---|

NAGARAJ, KESAVAMURTHY
4201 WARMINSTER DRIVE
PLANO, TX 75093

Claim Number: 3729-02
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

NAKAMURA, TETSUYUKI
100 ROSE VALLEY WOODS DR
CARY, NC 27513-2737

Claim Number: 258
Claim Date: 02/11/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $12,357.82 |

NAKAMURA, TETSUYUKI
105 SANDY HOOK WAY
CARY, NC 27513

Claim Number: 259
Claim Date: 02/11/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $2,242.35 |
|---|---|---|

NAKKALA, VENKATESH
1415 FAIRFAX WOODS DR
APEX, NC 27502

Claim Number: 1519
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,718.90 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| NAM, HYEJIN<br>1709 COVENTRY LN<br>ALLEN, TX 75002 | | Claim Number: 7650<br>Claim Date: 03/17/2011<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $5,405.77 | |
| NANCE, JIM<br>1204 DAME SUSAN LANE<br>LEWISVILLE, TX 75056 | | Claim Number: 5804<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $29,368.24 | |
| NANCE, JIM<br>1204 DAME SUSAN LANE<br>LEWISVILLE, TX 75056 | | Claim Number: 6082<br>Claim Date: 11/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1531 | |
| UNSECURED | Claimed: | $29,368.24 | |
| NANCE, MANLY<br>182 WOODBERRY RD SW<br>MEADOWS DAN, VA 24120-3682 | | Claim Number: 3566<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $63,388.93 | |
| NANCE, MANLY S.<br>182 WOODBERRY RD SW<br>MEADOWS DAN, VA 24120-3682 | | Claim Number: 52<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $63,388.92 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| NANCE, MANLY S.<br>182 WOODBERRY RD SW<br>MEADOWS DAN, VA 24120-3682 | Claim Number: 3565<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $63,388.92 | |
|---|---|---|---|

| NAPIER-WILSON, DIANNE<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | Claim Number: 4571<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $941,642.21 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| NAPIER-WILSON, DIANNE<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | Claim Number: 5909<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $941,642.21 |
|---|---|---|

| NAPIER-WILSON, DIANNE<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | Claim Number: 6637<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|

| UNSECURED | Claimed: | $941,642.21 |
|---|---|---|

| NAPIER-WILSON, DIANNE<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | Claim Number: 6638<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $941,642.21 |
|---|---|---|

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| NAPOLITANO, ORNELLA<br>1938 35TH STREET, NW<br>WASHINGTON, DC, DC 20007 | Claim Number: 3172<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $104,692.84 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

| NAQVI, JAFFAR<br>2909 BENCHMARK DR<br>PLANO, TX 75023 | Claim Number: 2366<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $24,751.72 |
|---|---|---|

---

| NARAYANAN, RAVI KUMAR<br>2912 MONTELL CT<br>PLANO, TX 75025 | Claim Number: 4018<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $34,404.53 |

---

| NASH, DALE<br>600 TECHNOLOGY PARK<br>BILLERICA, MA 01821 | Claim Number: 4299<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $15,076.87 |
|---|---|---|

---

| NATARAJAN, GOVINDARAJAN T<br>7416 ANGEL FIRE DR<br>PLANO, TX 75025 | Claim Number: 7386<br>Claim Date: 08/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 6095 |
|---|---|

| PRIORITY | Claimed: | $60,728.84 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

NATHANSON
NATHANSON AND COMPANY
10 MINUTE MAN HILL
WESTPORT, CT 06880

Claim Number: 2801
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6632 (10/17/2011)

| UNSECURED | Claimed: | $419,832.00 | | Allowed: | $273,693.00 |

---

NATIONAL ENVELOPE CORPORATION
ATTN: VALERIE SKRIVANEK
3211 INTERNET BLVD, STE 200
FRISCO, TX 75034

Claim Number: 812
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $7,059.93 | | Allowed: | $3,128.40 |

---

NATIONAL GRID-MASSACHUSETTS
PO BOX 1005
WOBURN, MA 01807-0005

Claim Number: 2346
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

| UNSECURED | Claimed: | $214,646.39 |

---

NATIONAL INTEGRATED SYSTEMS INC.
47676 GALLEON DR
PLYMOUTH, MI 48170-2467

Claim Number: 181
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,269.10 | Scheduled: | $4,707.00 |

---

NATIUK, EDWARD
6143 NW 124 DR
CORAL SPRINGS, FL 33076

Claim Number: 3329
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $14,530.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

NATIUK, EDWARD
6143 NW 124TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 3330
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,530.00 | Scheduled: | $11,299.29 UNLIQ |
|---|---|---|---|---|

NATIVIDAD, EMILIO, JR.
3508 ASH LANE
MCKINNEY, TX 75070

Claim Number: 669
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $34,975.20 |
|---|---|---|

NAVARRO, DOLORES P.
5068 ALUM ROCK AVENUE
SAN JOSE, CA 95127

Claim Number: 2406
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

NAZARETH, DESIRE
823 TERRASTONE PLACE
CARY, NC 27519

Claim Number: 6029
Claim Date: 10/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $26,390.00 |
|---|---|---|

NEAL & HARWELL PLC
150 FOURTH AVE NORTH
NASHVILLE, TN 37219-2498

Claim Number: 2082
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $4,975.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $4,975.00 |
|---|---|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

NEAL & HARWELL, PLC
GERALD D. NEENAN, ESQ.
150 FOURTH AVENUE NORTH, SUITE 200
NASHVILLE, TN 37219

Claim Number: 2046
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5623 (06/07/2011)

---

| ADMINISTRATIVE | Claimed: | $355.00 |

---

NEBRASKA DEPARTMENT OF REVENUE
P.O. BOX 94818
ATTN: BANKRUPTCY UNIT
LINCOLN, NE 68509-4818

Claim Number: 1760
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

---

| PRIORITY | Claimed: | $1,896,734.00 |
| UNSECURED | Claimed: | $168,140.00 |

---

NEBRASKA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
PO BOX 94818
LINCOLN, NE 68509-4818

Claim Number: 2358
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

---

| PRIORITY | Claimed: | $13,848.12 |

---

NEBRASKA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
PO BOX 94818
LINCOLN, NE 68509-4818

Claim Number: 2359
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4158 (10/14/2010)

---

| PRIORITY | Claimed: | $184.20 |
| UNSECURED | Claimed: | $27.69 |

---

NEBRASKA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
PO BOX 94818
LINCOLN, NE 68509-4818

Claim Number: 2825
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

---

| PRIORITY | Claimed: | $11,126,483.84 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

NEC ELECTRONICS AMERICA, INC.
ATTN: ALISON LEE
2880 SCOTT BLVD. M/S SC1401
SANTA CLARA, CA 95050

Claim Number: 3933
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,847.50 |
|---|---|---|

NEFF, WENDELL ALLEN
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5525
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $178,669.00 |
|---|---|---|

NEI
3501 E. PLANO PARKWAY
PLANO, TX 75074

Claim Number: 1463
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,765.00 |
|---|---|---|

NELSON, BILL
24 WESTCOTT DRIVE
HOPKINTON, MA 01748

Claim Number: 2647
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $450.00 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $809,813.30 | Scheduled: | $809,819.30 |

NELSON, CLEO F
10313 YORK LANE
BLOOMINGTON, MN 55431

Claim Number: 3601
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $185,376.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| NELSON, WILLIAM<br>24 WESTCOTT DRIVE<br>HOPKINTON, MA 01748 | Claim Number: 2693<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $809,813.30 | Scheduled: | $4,600.95  UNLIQ |

| NELSON, WILLIAM K.<br>24 WESCOTT DRIVE<br>HOPKINTON, MA 01748 | Claim Number: 537<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $809,000.00 |

| NEMERTES RESEARCH<br>19225 BLACKHAWK PARKWAY<br>MOKENA, IL 60448 | Claim Number: 61<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |
|---|---|---|
| UNSECURED | Claimed: | $1,200.73 |

| NEMKO USA INC<br>802 NORTH KEALY<br>LEWISVILLE, TX 75057-6469 | Claim Number: 2501<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,750.00 | Scheduled: | $0.00  UNLIQ |

| NEOPHOTONICS CORPORATION<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: CARREN SHULMAN<br>30 ROCKEFELLER PLAZA, 24TH FLOOR<br>NEW YORK, NY 10112 | Claim Number: 1157<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6645 (10/17/2011) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $179,840.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

NETIQ CORP
1233 WEST LOOP SOUTH, SUITE 810
ATTN: CREDIT DEPT
HOUSTON, TX 77027

Claim Number: 1702
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

---

| UNSECURED | Claimed: | $441,288.52 | | | Allowed: | $391,288.52 |
|---|---|---|---|---|---|---|

NETIQ CORPORATION
1233 WEST LOOP SOUTH, SUITE 810
ATTN: CREDIT DEPARTMENT
HOUSTON, TX 77027

Claim Number: 297
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| UNSECURED | Claimed: | $528,354.94 |
|---|---|---|

NETWORK ENGINEERING
NETWORK ENGINEERING
3010 LBJ FREEWAY SUITE 350
DALLAS, TX 75234-2714

Claim Number: 3831
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $625,152.95 | Scheduled: | $5,416.00 |
|---|---|---|---|---|

NETWORK EQUIPMENT TECHNOLOGIES, INC.
6900 PASEO PADRE PARKWAY
FREMONT, CA 94555

Claim Number: 1695
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

---

| UNSECURED | Claimed: | $13,987.31 | | | Allowed: | $8,632.92 |
|---|---|---|---|---|---|---|

NEUMEISTER JR., ROBERT M.
2729 SILVER CLOUD DR.
PARK CITY, UT 84060

Claim Number: 1659
Claim Date: 07/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $229.54  UNLIQ |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

NEUMEISTER, ROBERT M
2729 SILVER CLOUD DR
PARK CITY, UT 84060

Claim Number: 3179
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NEW BOSTON 175 CAPITAL LLC
60 STATE STREET, SUITE 1500
BOSTON, MA 02109-1803

Claim Number: 3665
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,224.73 |
|---|---|---|

NEW HORIZONS
5400 S. MIAMI BLVD
SUITE 140
DURHAM, NC 27703-8465

Claim Number: 1909
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $3,254.14 |
|---|---|---|

NEW HORIZONS
901 COPE INDUSTRIAL WAY
PALMER, AK 99645-6739

Claim Number: 3481
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $78,212.82 |
|---|---|---|

NEW HORIZONS TELECOM INC
901 COPE INDUSTRIAL WAY
PALMER, AK 99645-6739

Claim Number: 3478
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $78,212.82 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPCTY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 1662<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2915 (04/22/2010) |
|---|---|

| PRIORITY | Claimed: | $526.54 |
|---|---|---|
| UNSECURED | Claimed: | $306.34 |

---

| NEWFIELD WIRELESS, INC<br>2855  TELEGRAPH AVENUE STE 600<br>BERKELEY, CA 94705 | Claim Number: 2441<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,572.25 |
|---|---|---|

---

| NEWMAN, ROBERT M.<br>4816 W. 162ND ST.<br>STILWELL, KS 66085 | Claim Number: 7288<br>Claim Date: 06/10/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $54,935.76 |
|---|---|---|

---

| NEWTON JR, PERCY M<br>3940 THREE CHIMNEYS LANE<br>CUMMING, GA 30041-6998 | Claim Number: 4307<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $208,377.96 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| NFORMI, SULE<br>1833 MOUNTAIN LAUREL LANE<br>ALLEN, TX 75002 | Claim Number: 926<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $3,855.00 |
|---|---|---|
| UNSECURED | Claimed: | $26,637.00 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| NFUSION GROUP, LLC | Claim Number: 5353 |
| CARMENT HENDERSON, CONTROLLER | Claim Date: 09/30/2009 |
| 5000 PLAZA ON THE LAKE | Debtor: NORTEL NETWORKS INC. |
| SUITE 200 | Comments: DOCKET: 7183 (02/07/2012) |
| AUSTIN, TX 78746 | |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $112,404.00 | UNLIQ |

---

| NG, ALEXANDER | Claim Number: 682 |
| 5739 DESERET TRAIL | Claim Date: 03/23/2009 |
| DALLAS, TX 75252 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $48,807.68 |

---

| NG, ALEXANDER | Claim Number: 1905 |
| 5739 DESERET TRAIL | Claim Date: 08/20/2009 |
| DALLAS, TX 75252 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2315 (01/21/2010) |

| PRIORITY | Claimed: | $48,807.68 |

---

| NG, ALEXANDER | Claim Number: 1906 |
| 5739 DESERET TRAIL | Claim Date: 08/20/2009 |
| DALLAS, TX 75252 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $48,807.68 |

---

| NG, ALEXANDER | Claim Number: 1917 |
| 5739 DESERET TRAIL | Claim Date: 08/20/2009 |
| DALLAS, TX 75252 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $48,807.68 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1918<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| PRIORITY | Claimed: | $48,807.68 |
| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1927<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| PRIORITY | Claimed: | $48,807.68 |
| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1928<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $48,807.68 |
| NG, CHI CHIU<br>22 F, HENG TIEN MANSION<br>2, TAI FUNG AVE<br>TAIKOO SHING,<br>HONG KONG, SAR | | Claim Number: 770<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,733.55 |
| NG, KENNY W.<br>52 BRIARWOOD DRIVE<br>HUNTINGTON, NY 11743 | | Claim Number: 846<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $32,785.45 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| NG, MAN-FAI<br>3713 MOUNT PLEASANT LN<br>PLANO, TX 75025 | | Claim Number: 4324<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $28,789.47 | Scheduled: | $30,421.62  UNLIQ |
| NG, SCARLETTE<br>2100 COOLIDGE DRIVE<br>SANTA CLARA, CA 95051 | | Claim Number: 4095<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $31,981.80 | | |
| NGO, MANH<br>1742 GRAND TETON DR.<br>MILPITAS, CA 95035 | | Claim Number: 3385<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $44,263.51 | | |
| NGUYEN, CANH TAN<br>2026 CAMPERDOWN WAY<br>SAN JOSE, CA 95121 | | Claim Number: 6193<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $34,929.00 | | |
| NGUYEN, DOUG<br>7117 SHARPS DRIVE<br>PLANO, TX 75025 | | Claim Number: 1104<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | |
| UNSECURED | Claimed: | $32,692.31 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

NGUYEN, HOANG-NGA
829 BABOCK CT
RALEIGH, NC 27609

Claim Number: 2754
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $49,197.80 |
|---|---|---|

NGUYEN, KHOA VAN
5840 NEW CASTLE DRIVE
RICHARDSON, TX 75082

Claim Number: 2694
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| UNSECURED | Claimed: | $26,646.03 |
|---|---|---|

NGUYEN, LAN
563 MAPLE AVE
MILPITAS, CA 95035

Claim Number: 6399
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,120.00 |
|---|---|---|

NGUYEN, LINH T
5240 KATHRYN DR
GRAND PRAIRIE, TX 75052

Claim Number: 5861
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

NGUYEN, LONG
2961 CRYSTAL SPRINGS LN
RICHARDSON, TX 75082

Claim Number: 5760
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $100,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

NGUYEN, LONG
2961 CRYSTAL SPRINGS LANE
RICHARDSON, TX 75082

Claim Number: 5761
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $100,000.00 |
|---|---|---|

NGUYEN, LY T
322 GOODWIN ROAD
DURHAM, NC 27712

Claim Number: 8030
Claim Date: 10/24/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,624.99 |
|---|---|---|

NGUYEN, NGA B.
8406 TRAIL LAKE DR.
ROWLETT, TX 75088

Claim Number: 7585
Claim Date: 01/31/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $44,965.53 |

NGUYEN, TAN
3809 HIBBS ST
PLANO, TX 75025

Claim Number: 6174
Claim Date: 12/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| ADMINISTRATIVE | Claimed: | $10,871.00 |
|---|---|---|

NGUYEN, TAN
3809 HIBBS STREET
PLANO, TX 75025

Claim Number: 6175
Claim Date: 12/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $10,871.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| NGUYEN, THUY<br>5337 OLVER AVE S<br>MINNEAPOLIS, MN 554191054 | Claim Number: 3613<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012)<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $16,362.82 |
| TOTAL | Claimed: | $16,362.82 |

---

| NIBBY, CHESTER JR.<br>183 BRIDGE ST<br>BEVERLY, MA 01915 | Claim Number: 2843<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $82.52 |
| UNSECURED | Claimed: | $31,282.98 |

| NICHOLS, JOHN W.<br>11825 N. EXETER WAY<br>RALEIGH, NC 27613 | Claim Number: 7484<br>Claim Date: 11/05/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $57,076.92 |

---

| NICKLIS, STEPHEN G<br>101 RUSHING BREEZE CT<br>APEX, NC 27502 | Claim Number: 5050<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $9,807.62 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD 57106 | | Claim Number: 4313<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $375,154.02 |
|---|---|---|

| NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD 57106 | | Claim Number: 4314<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $205,480.27 |
|---|---|---|

| NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD 57106 | | Claim Number: 4315<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $1,176.62 |
|---|---|---|

| NIESHALLA, MARK<br>8521 HARBOR DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 7863<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $19,169.17 |
|---|---|---|

| NIESHALLA, MARK<br>8521 HARBOR DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 7890<br>Claim Date: 08/05/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $53,062.61 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

NIESHALLA, MARK
8521 HARBOR DRIVE
RALEIGH, NC 27615

Claim Number: 8035
Claim Date: 11/01/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $8,798.05 |
|---|---|---|

NIMMALA, PREETI
4016 HEARTLIGHT CT
PLANO, TX 75024

Claim Number: 6366
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $25,913.46 |
|---|---|---|

NISKALA, KEITH
4 SHELLEY DR
LONDONDERRY, NH 03053

Claim Number: 3643
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $29,359.35 |
|---|---|---|

NISKALA, KEITH
4 SHELLEY DRIVE
LONDONDERRY, NH 03053

Claim Number: 3644
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $29,359.35 |
|---|---|---|

NITHYANANDAN, VANGAL
312 W MEADOWS LN
DANVILLE, CA 94506-1335

Claim Number: 4290
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $25,921.28 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| NOBLE, AMBER<br>2114 COLEY FOREST PL.<br>RALEIGH, NC 27607 | | Claim Number: 7828<br>Claim Date: 07/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7731 |
|---|---|---|
| PRIORITY | Claimed: | $10,695.19 |
| UNSECURED | Claimed: | $5,020.19 |

---

| NORBURY, THOMAS<br>59 THUNDER RD<br>MILLER PLACE, NY 11764 | | Claim Number: 8162<br>Claim Date: 01/11/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012)<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $110,464.04 |
| TOTAL | Claimed: | $110,464.04 |

---

| NORMAN, GLEN<br>40425 CHAPEL WAY, # 307<br>FREMONT, CA 94538 | | Claim Number: 7584<br>Claim Date: 01/28/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $52,050.00   UNLIQ |

---

| NORTEL DE MEXICO, S. DE R.L. DE C.V.<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 8071<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $5,783,321.78   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5137
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7778
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL GMBH, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7778
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $5,341,266.56 | UNLIQ |

NORTEL NETORKS S.R.O., ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7782
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,814,052.63 | UNLIQ |

NORTEL NETWORK BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5059
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7780
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| NORTEL NETWORKS (ASIA) LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8046<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $1,850,427.45 | UNLIQ |

---

| NORTEL NETWORKS (AUSTRIA) GMBH ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4996<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7755<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS (AUSTRIA) GMBH, ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7755<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,812,693.88 | UNLIQ |

---

| NORTEL NETWORKS (CHINA) LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8058<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $2,540,277.97 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| NORTEL NETWORKS (INDIA) PRIVATE LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8052<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $6,869,622.18 | UNLIQ |
| NORTEL NETWORKS (IRELAND) LIMITED<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7774<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $291,169,949.90 | UNLIQ |
| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5089<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7774<br>DOCKET: 5402 (05/10/2011) | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS (THAILAND) LTD<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8056<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $857,139.67 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4970
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7779
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS AB, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7779
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $1,500,000.00 UNLIQ |

---

NORTEL NETWORKS AG, ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE/KEVIN LLOYD
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 7752
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $5,600,000.00 UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5273
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7752
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| NORTEL NETWORKS AS, ET AL<br>ATTN: STEPHEN GALE/KEVIN LLOYD<br>HERBERT SMITH LLP, EXCHANGE HOUSE<br>PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 7762<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $614,231.00 UNLIQ |

---

| NORTEL NETWORKS AS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5258<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7762<br>DOCKET: 5402 (05/10/2011) | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS AUSTRALIA PTY. LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8053<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $634,988.76 UNLIQ |

---

| NORTEL NETWORKS BV, ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 7780<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $24,670,097.67 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| NORTEL NETWORKS CHILE S.A. | Claim Number: 8063 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS INC. |
| 5945 AIRPORT ROAD | |
| MISSISSAUGA, ON L4V 1R9 | |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $20,221.54 UNLIQ |

| NORTEL NETWORKS DE ARGENTINA S.A. | Claim Number: 8062 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS INC. |
| 5945 AIRPORT ROAD | |
| MISSISSAUGA, ON L4V 1R9 | |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $424,731.58 UNLIQ |

| NORTEL NETWORKS DE MEXICO, S.A. DE C.V. | Claim Number: 8070 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS INC. |
| 5945 AIRPORT ROAD | |
| MISSISSAUGA, ON L4V 1R9 | |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $308,341.55 UNLIQ |

| NORTEL NETWORKS DEL ECUADOR S.A. | Claim Number: 8066 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS INC. |
| 5945 AIRPORT ROAD | |
| MISSISSAUGA, ON L4V 1R9 | |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $654,421.05 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| NORTEL NETWORKS ENGINEERING SVC KFT<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5191<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7756<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS ENGINEERING SVC KFT,ETAL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7756<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $1,100,000.00 UNLIQ |

---

| NORTEL NETWORKS FRANCE S.A.S, ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7765<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $673,116.78 UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5074<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7765<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5020
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7787
DOCKET: 5402 (05/10/2011)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA, S.A., ETAL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7787
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $33,303,067.63 | UNLIQ |

---

NORTEL NETWORKS INTERNATIONAL INC.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7776
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $389,997,164.67 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5161
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7776
DOCKET: 5402 (05/10/2011)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | |
|---|---|---|---|
| NORTEL NETWORKS KOREA LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 8050<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $4,915,009.99 | UNLIQ |
| NORTEL NETWORKS MALAYSIA SDN. BHD.<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 8049<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,105,232.78 | UNLIQ |
| NORTEL NETWORKS NETAS<br>TELEKOMUNIKASYON A.S.<br>ALEMDAG CADDESI NO. 171<br>UMRANIYE<br>ISTANBUL, 34768<br>TURKEY | | Claim Number: 2875<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE | Claimed: | $87,760.50 | |
| NORTEL NETWORKS NETAS<br>TELEKOMUNIKASYON A.S.<br>ALEMDAG CADDESI NO. 171<br>UMRANIYE<br>ISTANBUL, 34768<br>TURKEY | | Claim Number: 2877<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE | Claimed: | $14,261,663.01 | |
| NORTEL NETWORKS NEW ZEALAND LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 8048<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $18,014.95 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| NORTEL NETWORKS NV, ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7781<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $11,763,470.58 | UNLIQ |

| NORTEL NETWORKS NV, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5176<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7781<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS OPTICAL<br>COMPONENTS LTD, ET AL.<br>MAIDENHEAD OFFICE PARK, WESTACOTT WAY<br>MAIDENHEAD<br>BERKSHIRE, SL6 3QH<br>UNITED KINGDOM | Claim Number: 5318<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7772<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS OPTICAL COMPONENTS LTD<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE / KVIN LLOYD<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 7772<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNDET |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

NORTEL NETWORKS OY ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4948
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7753
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OY, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL- BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7753
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $67,946.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4930
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7754
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7754
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $9,700,000.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

NORTEL NETWORKS PORTUGAL S.A., ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7751
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $4,626,914.08 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5005
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7751
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST ST 17TH FL THE BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 5206
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7783
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 7783
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $127,000.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | |
|---|---|---|---|
| NORTEL NETWORKS SA (FRENCH LIQUIDATORS)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7784<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $473,400,776.91 | UNLIQ |
| NORTEL NETWORKS SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4923<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7785<br>DOCKET: 5402 (05/10/2011) | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS SA, ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7785<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $473,400,776.91 | UNLIQ |
| NORTEL NETWORKS SINGAPORE PTE. LIMITED<br>ACTING THROUGH ITS PHILIPINES BRANCH<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8054<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $28,768.41 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| NORTEL NETWORKS SINGAPORE PTE. LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 8055<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $267,714.38 | UNLIQ |
| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 5035<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7750<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | | Claim Number: 7750<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,100,000.00 | UNLIQ |
| NORTEL NETWORKS SO. AFRICA (PROPRIETARY)<br>LIMITED, ET AL<br>HERBERT SMITH-STEPHEN GALE / KEVIN LLOYD<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 7773<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) | |
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | |
|---|---|---|---|
| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | | Claim Number: 5288 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: POSSIBLY AMENDED BY 7773 DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| SECURED | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |
| NORTEL NETWORKS SPA ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | | Claim Number: 4981 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: POSSIBLY AMENDED BY 7775 DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| SECURED | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |
| NORTEL NETWORKS SPA, ET AL. YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | | Claim Number: 7775 Claim Date: 06/03/2011 Debtor: NORTEL NETWORKS INC. Comments: DOCKET: 5588 (06/03/2011) | |
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| SECURED | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $42,895,855.09  UNLIQ | |
| NORTEL NETWORKS SRO ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | | Claim Number: 5101 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: POSSIBLY AMENDED BY 7782 DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| SECURED | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT ( SHANGHAI ) CO., LTD C/O ANNA VENTRESCA, GENERAL COUNSEL 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | Claim Number: 8059 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $21,440.30 | UNLIQ |

---

| NORTEL NETWORKS UK LIMITED ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | Claim Number: 5122 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: DOCKET: 5970 (07/15/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS UK LTD YOUNG CONAWAY STARGATT & TAYLOR, LLP ATTN: EDWIN J. HARRON 1000 WEST ST., 17TH FL - BRANDYWINE BLDG WILMINGTON, DE 19801 | Claim Number: 7786 Claim Date: 06/03/2011 Debtor: NORTEL NETWORKS INC. Comments: DOCKET: 5970 (07/15/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $2,470,352,582.31 | UNLIQ |

---

| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5573 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| NORTEL NETWORKS(ASIA) LIMITED (ACTING THROUGH ITS TAIWAN BRANCH) C/O ANNA VENTRESCA, GENERAL COUNSEL 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | Claim Number: 8045 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. | |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $2,452,022.56 UNLIQ |
| NORTEL NETWORKS(ASIA) LIMITED (ACTING THROUGH ITS PAKISTAN BRANCH) C/O ANNA VENTRESCA, GENERAL COUNSEL 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | Claim Number: 8047 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. | |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $25,803.09 UNLIQ |
| NORTEL TELECOM INTERNATIONAL LTD ET AL HERBERT SMITH LLP ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | Claim Number: 5303 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: POSSIBLY AMENDED BY 7771 DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |
| NORTEL VIETNAM LIMITED C/O ANNA VENTRESCA, GENERAL COUNSEL CORPORATE AND CORPORATE SECRETARY 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | Claim Number: 8057 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. | |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $75,469.40 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| NORTH CAROLINA DEPARTMENT OF REVENUE<br>ANGELA C. FOUNTAIN BANKRUPTCY MANAGER<br>COLLECTIONS EXAMINATION DIVISION<br>PO BOX 1168<br>RALEIGH, NC 27602-1168 | Claim Number: 5949<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,165.42 |

| NORTHERN TELECOM FRANCE SA, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5228<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7777<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTHERN TELECOM FRANCE SA, ET AL.<br>FTPA<br>ATTN: RAJEEV SHARMA FOKKER/EDOUARD FABRE<br>1 BIS AVENUE FOCH<br>PARIS, 75116<br>FRANCE | Claim Number: 7777<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNDET |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

| NORTHERN TELECOM PCN LIMITED, ET AL<br>HERBERT SMITH LLP / KEVIN LLOYD<br>EXCHANGE HOUSE<br>PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 7771<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $17,964.73 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

NORTHERN TRUST COMPANY
C/O CLARKE GAGLIARDI
50 SOUTH LA SALLE ST.
CHICAGO, IL 60603

Claim Number: 7825
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $28,913.18 |
|---|---|---|

NORTHWESTERN UNIVERSITY
ATTN: SUSAN WUORINEN ESQ
C/O OFFICE OF GENERAL COUNSEL
633 CLARK ST
EVANSTON, IL 60208

Claim Number: 4026
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3138 (06/04/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

NOVATIONS GROUP, INC
10 GUEST ST. SUITE 300
BOSTON, MA 02135

Claim Number: 1192
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $3,610.00 |
|---|---|---|

NOY, ANA
10202 SW 158TH CT
MIAMI, FL 33196

Claim Number: 1845
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $27,306.15 |
|---|---|---|

NOY, ANA
10202 SW 158TH CT
MIAMI, FL 33196

Claim Number: 1994
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $8,980.04 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $8,980.04  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| NOY, ANA M<br>10202 SW 158 CT<br>MIAMI, FL 33196 | | Claim Number: 1846<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $27,306.15 | | | |
| NOY, ANA M.<br>10202 SW 158 CT<br>MIAMI, FL 33196 | | Claim Number: 1995<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $9,027.77 | | | |
| NUANCE COMMUNICATIONS, INC<br>TIM STEVENSON<br>ONE WAYSIDE RD<br>BURLINGTON, MA 01803-4609 | | Claim Number: 3266<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | | |
| UNSECURED | Claimed: | $961,637.94 | | Allowed: | $961,637.94 |
| NUANCE COMMUNICATIONS, INC.<br>ATTN: TIM STEVENSON<br>ONE WAYSIDE ROAD<br>BURLINGTON, MA 01803 | | Claim Number: 3308<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $143,523.60 | | | |
| NUI SOLUTIONS<br>18N269 NORTHWIND LANE<br>DUNDEE, IL 60118 | | Claim Number: 1525<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $42,060.31 | Scheduled: | $42,060.31 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| NUI SOLUTIONS<br>18N269 NORTHWIND LANE<br>DUNDEE, IL 60118 | Claim Number: 1526<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $42,060.31 |
|---|---|---|

| NUNN, RANDALL H.<br>601 NW 7TH AVE<br>MINERAL WELLS, TX 76067 | Claim Number: 3695<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $2,200.36 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | Claim Number: 1345<br>Claim Date: 04/21/2009<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
|---|---|

| PRIORITY | Claimed: | $275,330.00  UNLIQ |
|---|---|---|

| O'BOYLE, MICHAEL J.<br>408 TIRRELL HILL ROAD<br>GOFFSTOWN, NH 03045 | Claim Number: 117<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $46,800.90 |
|---|---|---|

| O'CONNELL, DAVID<br>PO BOX 460334<br>GARLAND, TX 75046-0334 | Claim Number: 1445<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $19,200.00  UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

O'CONNELL, DAVID
PO BOX 461263
GARLAND, TX 75046-1263

Claim Number: 2958
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $77,000.00   UNLIQ |
| --- | --- | --- |

O'HARA, ROBERT J.
11316 DUNLEITH DRIVE
RALEIGH, NC 27614

Claim Number: 1629
Claim Date: 07/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $52,836.24 |

O'HARA, ROBERT J.
11316 DUNLEITH DRIVE
RALEIGH, NC 27614

Claim Number: 4178
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $14,144.84 |
| --- | --- | --- |

O'LEARY, BRENT
4054 HANNA WAY
ROYSE CITY, TX 75189

Claim Number: 238
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $9,654.00 |
| --- | --- | --- |

O'TOOL, ANDREW PAUL
1130 CALISTOGA WAY
SAN MARCOS, CA 92078

Claim Number: 7287
Claim Date: 06/10/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $51,923.08 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| O.O.O. NORTEL NETWORKS, ET AL. | | Claim Number: 5243 | | |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 | | |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS INC. | | |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED | | |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) | | |
| UNITED KINGDOM | | | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | |
| SECURED | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

---

| OBENAUS, SABINE | | Claim Number: 5999 | | |
| AUGUST-BEBEL-STR. 69 | | Claim Date: 09/25/2009 | | |
| ELSTERWERDA, 04910 | | Debtor: NORTEL NETWORKS INC. | | |
| GERMANY | | Comments: EXPUNGED | | |
| | | DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

---

| OBJECTIVITY INC | | Claim Number: 3472 | | |
| 640 WEST CALIFORNIA AVE | | Claim Date: 09/22/2009 | | |
| SUNNYVALE, CA 94086-2486 | | Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $40,867.20 | Scheduled: | $0.00 UNLIQ |

---

| OBRYON & SCHNABEL | | Claim Number: 4028 | | |
| 6221 S CLAIBORNE AVE #631 | | Claim Date: 09/28/2009 | | |
| NEW ORLEANS, LA 701254142 | | Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $208.50 | Scheduled: | $0.00 UNLIQ |

---

| OCKELMANN, GREGORY | | Claim Number: 1276 | | |
| 1203 LAKE VISTA LN | | Claim Date: 06/05/2009 | | |
| RICHARDSON, TX 75080 | | Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $36,861.92 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | | |
|---|---|---|---|---|
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4653<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6584 (10/12/2011) | | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $769,328.00 | | |

---

| | | | | |
|---|---|---|---|---|
| OFS FITEL DENMARK APS<br>C/ O FITEL, LLC<br>ATTN: JANA KAPLAN<br>2000 NORTHEAST EXPRESSWAY, SUITE 2H02<br>NORCROSS, GA 30071 | Claim Number: 3949<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010) | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,272.00 | Scheduled: | $35,700.00 |

---

| | | | | |
|---|---|---|---|---|
| OFS FITEL, LLC<br>ATTN: JANA KAPLAN<br>2000 NORTHEAST EXPRESSWAY SUITE 2H 02<br>NORCROSS, GA 30071 | Claim Number: 3950<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5624 (06/07/2011) | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $98,572.12 | Allowed: | $98,138.41 |

---

| | | | | |
|---|---|---|---|---|
| OFS FITEL, LLC<br>ATTN: JANA KAPLAN<br>2000 NORTHEAST EXPRESSWAY SUITE 2H 02<br>NORCROSS, GA 30071 | Claim Number: 3951<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $57,904.62 | | |

---

| | | | | |
|---|---|---|---|---|
| OGLETREE DEAKINS<br>ATTN: MARSHA PHILLIPS<br>P.O. BOX 167<br>GREENVILLE, SC 29602 | Claim Number: 3243<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,562.50 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | | |
|---|---|---|---|---|---|---|
| OLDFATHER, DAVID<br>7216 SAGE MEADOW WAY<br>PLANO, TX 75024 | | Claim Number: 3133<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | | |

| ADMINISTRATIVE | Claimed: | $29,440.00 | | | | |
|---|---|---|---|---|---|---|

| OLSON, ERIC<br>2060 BOONE CIRCLE<br>FRISCO, TX 75033 | | Claim Number: 7858<br>Claim Date: 07/21/2011<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|---|

| UNSECURED | Claimed: | $38,374.95 | | | | |
|---|---|---|---|---|---|---|

| OLSON, MICHAEL J<br>10584 PRAIRIE LAKES DR<br>EDEN PRAIRIE, MN 55344 | | Claim Number: 6021<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 755. | | | | |
|---|---|---|---|---|---|---|

| UNSECURED | Claimed: | $155,312.26 | | | | |
|---|---|---|---|---|---|---|

| OMEGA CORPORATECENTER L.P.<br>ELEVEN PARKWAY CENTER, SUITE 300<br>PITTSBURGH, PA 15520 | | Claim Number: 3267<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|---|

| UNSECURED | Claimed: | $110,802.50 | Scheduled: | $0.00 UNLIQ | Allowed: | $83,503.20 |
|---|---|---|---|---|---|---|

| OMEGA CORPORATECENTER L.P.<br>ELEVEN PARKWAY CENTER, SUITE 300<br>PITTSBURGH, PA 15520 | | Claim Number: 3268<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Claim out of balance | | | | |
|---|---|---|---|---|---|---|

| PRIORITY | Claimed: | $24,302.99 | | | Allowed: | $24,302.99 |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,302.99 | | | | |
| TOTAL | Claimed: | $24,302.99 | | | | $0.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| OMERAGIC, MERIMA<br>18 MIDDLESEX RD<br>MERRIMACK, NH 03054 | | Claim Number: 5885<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $8,908.17 |

---

| | | |
|---|---|---|
| OMNITURE, INC.<br>BRENT D. WRIDE<br>RAY QUINNEY & NEBEKER PC<br>PO BOX 45385<br>SALT LAKE CITY, UT 84145-0385 | | Claim Number: 1252<br>Claim Date: 05/25/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $47,042.19 |

---

| | | |
|---|---|---|
| ONE CAPITAL MALL INVESTORS, L.P.<br>HEFNER, STARK & MAROIS, LLP<br>ATTN: THOMAS P. GRIFFIN, JR.<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA 95833 | | Claim Number: 1440<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7872 |
| PRIORITY | Claimed: | $7,747.43 |
| UNSECURED | Claimed: | $27,234.21 |

---

| | | |
|---|---|---|
| ONE CAPITAL MALL INVESTORS, L.P.<br>THOMAS P. GRIFFIN, JR.<br>HEFNER, STARK & MAROIS, LLP<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA 95833 | | Claim Number: 7872<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1440 |
| UNSECURED | Claimed: | $41,510.40 |

---

| | | |
|---|---|---|
| ONE CAPITAL MALL INVESTORS, L.P.<br>THOMAS P. GRIFFIN, JR.<br>HEFNER, STARK & MAROIS, LLP<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA 95833 | | Claim Number: 7913<br>Claim Date: 08/19/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $44,443.20 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

OPEN TERRACE ASSOCIATES LLC
2851 CHARLEVOIX DRIVE
SE, SUITE 325
GRAND RAPIDS, MI 49546-7092

Claim Number: 2959
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,995.20 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

OPERATIV INC.
331 SOMERSET ST. W. SUITE 3
OTTAWA, ON K2P 0J8
CANADA

Claim Number: 4494
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $12,836.24 |
|---|---|---|

OPSWAT, INC.
640 2ND ST, 2ND FL
SAN FRANCISCO, CA 94107

Claim Number: 1355
Claim Date: 06/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,375.00 |
|---|---|---|

OPTIME CONSULTING INC
2225 N COMMERCE PARKWAY
SUITE # 5
WESTON, FL 33326

Claim Number: 1600
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $10,590.00 | Scheduled: | $590.00 | Allowed: | $590.00 |
|---|---|---|---|---|---|---|

ORACLE USA, INC.
C/O BUCHALTER NEMER, P. C.
ATTN: SHAWN CHRISTIANSON, ESQ.
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

Claim Number: 3947-01
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $162,814.97 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| ORACLE USA, INC.<br>C/ O BUCHALTER NEMER, P. C.<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>55 SECOND STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 | | Claim Number: 3947-02<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | | |
| UNSECURED | Claimed: | $20,764.80 | | | |
| ORANGE COUNTY TREASURER<br>TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92703 | | Claim Number: 626<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6299 (09/02/2011) | | | |
| PRIORITY | Claimed: | $137.07 | | | |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>CHRISS W. STREET<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92702-1438 | | Claim Number: 7405<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4656 (12/28/2010) | | | |
| ADMINISTRATIVE | Claimed: | $2,117.18  UNLIQ | | | |
| ORDER, KIM<br>15 DANE CIRCLE<br>TYNGSBORO, MA 01879 | | Claim Number: 232<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $89,172.41 | | | |
| UNSECURED | | | Scheduled: | $64,654.46 | |
| ORDONEZ, JR., TEO<br>10 ELIOT CIRCLE<br>SALINAS, CA 93906 | | Claim Number: 5906<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $27,285.02 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

ORGAN, WALTER
11 HARBOR COVE
SLIDELL, LA 70458

Claim Number: 2700
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $26,344.32 UNLIQ |

ORGAN, WALTER
11 HARBOR COVE
SLIDELL, LA 70458

Claim Number: 2701
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $26,344.32 UNLIQ |

ORTT, ROBERT
10912 QUEBEC AVENUE N.
CHAMPLIN, MN 55316

Claim Number: 3897
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $96,037.63 |

OSTASZEWSKI, JOHN
1933 CAMBORNE CRESCENT
OTTAWA, ON K1H 7B6
CANADA

Claim Number: 958
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $14,390.00 |

OTIS, KIRK
PO BOX 25-1193
PLANO, TX 75025-1193

Claim Number: 7680
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $47,010.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | |
|---|---|---|---|
| OTTAWA DRAGON BOAT RACE FESTIVAL<br>34 407 LAURIER AVENUE WEST<br>OTTAWA, ON K1R 7Y7<br>CANADA | Claim Number: 4341<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED         Claimed: | $30,000.00 | | |
| OTTAWA DRAGON BOAT RACE FESTIVAL<br>34 407 LAURIER AVENUE WEST<br>OTTAWA, ON K1R 7Y7<br>CANADA | Claim Number: 4382<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| ADMINISTRATIVE         Claimed: | $30,000.00 | | |
| OULLETTE, PAUL<br>55 ROBINHOOD RD<br>NASHUA, NH 03062 | Claim Number: 7712<br>Claim Date: 04/19/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED         Claimed: | $61,040.94 | | |
| OVERCASH, LISA D.<br>5001 DEER LAKE TRAIL<br>WAKE FOREST, NC 27587 | Claim Number: 419<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | |
| PRIORITY         Claimed: | $25,033.14 | | |
| OWEN, ARLENE<br>4001 E. CHAPEL HILL-NELSON HWY<br>P.O. BOX 13010<br>RESEARCH TRIANGLE PARK, NC 27709-3010 | Claim Number: 5483<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY         Claimed: | $13,291.85 | | |
| UNSECURED         Claimed: | $17,376.09 | Scheduled:         $30,667.94 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| OWENS, WILLIAM A<br>C/O EDWIN K SATO<br>BUCKNELL STEHLIK SATO & STUBNER, LLP<br>2003 WESTERN AVENUE, SUITE 400<br>SEATTLE, WA 98121 | | Claim Number: 5600<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| OWENS, WILLIAM A.<br>C/O EDWIN K. SATO<br>BUCKNELL STEHLIK SATO & STUBNER, LLP<br>2003 WESTERN AVENUE, #400<br>SEATTLE, WA 98121 | | Claim Number: 703<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,179,606.00 | | |
| OWENS, WILLIAM A.<br>C/O EDWIN K. SATO<br>BUCKNELL STEHLIK SATO & STUBNER, LLP<br>2003 WESTERN AVENUE, # 400<br>SEATTLE, WA 98121 | | Claim Number: 2506<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,278,679.00 | | |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3255<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6856 | | |
| UNSECURED | Claimed: | $367,500.00 | Scheduled: | $367,500.00 |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3256<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $367,500.00 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3382<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,881.49 | Scheduled: | $3,881.49 UNLIQ | |

---

| OWINGS, JOHN R.<br>8237 TREEMONT PLACE<br>FRISCO, TX 75034 | | Claim Number: 513<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $312,500.00 | | |

---

| OWINGS, JOHN R.<br>8237 TREEMONT PLACE<br>FRISCO, TX 75034 | | Claim Number: 6856<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 3255 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $367,500.00 | | |

---

| PACIFIC CARRIAGE LIMITED<br>NIKKI SHONE<br>GENERAL COUNSEL/COMMERCIAL DIRECTOR<br>PO BOX 5340<br>WELLINGTON,<br>NEW ZEALAND | | Claim Number: 2654<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2948 (05/04/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

| PACIFIC ELECTRICAL<br>PACIFIC ELECTRICAL CONTRACTORS<br>PO BOX 1430<br>MEDFORD, OR 97501 | | Claim Number: 1753<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $632.31 | Allowed: | $632.31 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: BARBARA DAMLOS, ESQ.
LAW DEPT.
PO BOX 7442
SAN FRANCISCO, CA 94120-7442

Claim Number: 2837
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

PAFILIS, VASSILIS
4511 AVEBURY DRIVE
PLANO, TX 75024

Claim Number: 2780
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $41,018.56 |
|---|---|---|

PAGORIA, RICHARD
1325 ROSEWOOD CT.
WINSTON SALEM, NC 27103

Claim Number: 2285
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $431.79  UNLIQ |
|---|---|---|

PAIGE, MICHAEL
6521 OLD STONE FENCE ROAD
FAIRFAX STATION, VA 22039

Claim Number: 2041
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $16,974.96  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

PAILA, CHAKRAVARTHY
116 GLEN RIDGE DR
MURPHY, TX 75094

Claim Number: 5475
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $29,232.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| PALANIVELU, VENKATASUBRAMANIAM<br>3848 KIMBROUGH LN<br>PLANO, TX 75025-3868 | | Claim Number: 1439<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $36,888.00 | | |
| TOTAL | Claimed: | $47,838.00 | | |
| PALANIVELU, VENKATASUBRAMANIAM<br>3848 KIMBROUGH LN<br>PLANO, TX 75025-3868 | | Claim Number: 1705<br>Claim Date: 08/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1439 | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $65,172.00 | | |
| PALMER, CAROLYN<br>3171 WINDING LAKE DR<br>GAINESVILLE, GA 30504 | | Claim Number: 2097<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3604 | | |
| UNSECURED | Claimed: | $14,138.17 | | |
| PALMER, CAROLYN G<br>3171 WINDING LAKE DR<br>GAINESVILLE, GA 30504 | | Claim Number: 2099<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $215,477.09 | Scheduled: | $0.00 UNLIQ |

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| PALMER, CAROLYN G. | Claim Number: 390 |
| 3171 WINDING LAKE DRIVE | Claim Date: 02/23/2009 |
| GAINESVILLE, GA 30504 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Claim out of balance |

| PRIORITY | Claimed: | $1,696.67 | UNLIQ |
| TOTAL | Claimed: | $226,181.61 | UNLIQ |

---

| PALMER, GARY | Claim Number: 2098 |
| 3131 WINDING LAKE DR | Claim Date: 08/24/2009 |
| GAINESVILLE, GA 30504 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $75,101.12 | Scheduled: | $0.00 UNLIQ |

---

| PALMER, GARY | Claim Number: 4256 |
| 3131 WINDING LAKE DR | Claim Date: 09/28/2009 |
| GAINESVILLE, GA 30504 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Amends claim 315. |

| UNSECURED | Claimed: | $127,473.87 |

---

| PALMER, GARY S. | Claim Number: 315 |
| 3171 WINDING LAKE DRIVE | Claim Date: 02/17/2009 |
| GAINESVILLE, GA 30504 | Debtor: NORTEL NETWORKS INC. |
| | Comments: POSSIBLY AMENDED BY 4256 |

| PRIORITY | Claimed: | $1,014.88 | UNLIQ |
| UNSECURED | Claimed: | $78,145.76 | UNLIQ |

---

| PALOS, JOE | Claim Number: 7257 |
| 3204 WESTGATE LANE | Claim Date: 05/17/2010 |
| RICHARDSON, TX 75082 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $45,052.21 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| PANDYA, VAISHALI<br>3037 SUMMER HILL CT<br>SAN JOSE, CA 95148 | | Claim Number: 251<br>Claim Date: 02/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | | |
| UNSECURED | Claimed: | $48,000.00 | | | |
| PANDYA, VAISHALI<br>3037 SUMMERHILL CT<br>SAN JOSE, CA 95148 | | Claim Number: 2760<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | | |
| UNSECURED | Claimed: | $48,557.73 | | | |
| PANGAIA PARTNERS, LLC<br>C/O FORMAN HOLT ELAIDES & RAVIN LLC<br>80 ROUTE 4 EAST, SUITE 290<br>PARAMUS, NJ 07652 | | Claim Number: 5355<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $122,256.25 | Scheduled: | $76,904.00 | |
| PANGIA, MICHAEL<br>2210 BLACK HEATH TRACE<br>ALPHARETTA, GA 30005 | | Claim Number: 4058<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $100,384.05 | Scheduled: | $0.00 UNLIQ | |
| PANGIA, MICHAEL<br>2210 BLACK HEATH TRACE<br>ALPHARETTA, GA 30005 | | Claim Number: 4072<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $8,142.70 | Scheduled: | $8,500.27 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

PANKO, JOHN S.
3623 COURTLAND DRIVE
DURHAM, NC 27707

Claim Number: 7798
Claim Date: 06/20/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7736

| PRIORITY | Claimed: | $58,440.00 |
|---|---|---|

---

PANNALA, NAVEEN REDDY
800 W RENNER RD APT 218
RICHARDSON, TX 75080-1030

Claim Number: 6531
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,335.20 |
|---|---|---|

---

PAOLETTI, MICHAEL
9211 CALABRIA DR
# 119
RALEIGH, NC 27617

Claim Number: 7569
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7673

| PRIORITY | Claimed: | $107,692.27 |
|---|---|---|

---

PAOLETTI, MICHAEL
9211 CALABRIA DR UNIT 119
RALEIGH, NC 27617

Claim Number: 7673
Claim Date: 03/30/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7569

| PRIORITY | Claimed: | $107,692.27 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

PAPANTONIS, BASIL
515 BIRCHINGTON CLOSE
ALPHARETTA, GA 30022

Claim Number: 819
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $122,703.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| PAPANTONIS, BASIL<br>515 BIRCHINGTON CLOSE<br>ALPHARETTA, GA 30022 | | Claim Number: 821<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $239,668.00 |
| PAPANTONIS, BASIL<br>515 BIRCHINGTON CLOSE<br>ALPHARETTA, GA 30022 | | Claim Number: 4779<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7571 |
| PRIORITY | Claimed: | $333,214.00 |
| PAPANTONIS, BASIL<br>515 BIRCHINGTON CLOSE<br>ALPHARETTA, GA 30022 | | Claim Number: 7571<br>Claim Date: 01/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4779 |
| PRIORITY | Claimed: | $430,256.73 |
| PAPPAS, NICHOLAS<br>21 LISAND DRIVE<br>FAIRPORT, NY 14450 | | Claim Number: 7746<br>Claim Date: 06/01/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00   UNLIQ<br>$63,872.00   UNLIQ |
| PAPROCKI, GERALD<br>110 SILVER FOX CT<br>CARY, NC 27511 | | Claim Number: 6156<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$13,973.10 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| PARISH, SAUNDERS D<br>532 WOODSIDE DRIVE<br>HIDEAWAY, TX 75771 | Claim Number: 2704<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $382.74   UNLIQ |
|---|---|---|

| PARISH, SAUNDERS D<br>532 WOODSIDE DR<br>LINDALE, TX 75771 | Claim Number: 2705<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $45,928.80 | Scheduled: | $0.00  UNLIQ |

| PARISH, SAUNDERS D<br>532 WOODSIDE DRIVE<br>HIDEAWAY, TX 75771 | Claim Number: 4304<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| PARK, EDWARD N. III<br>817 WATER HICKORY DR.<br>CARY, NC 27519 | Claim Number: 139<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $35,052.30 |
|---|---|---|

| PARK, EDWARD N. III<br>817 WATER HICKORY DR.<br>CARY, NC 27519 | Claim Number: 141<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $1,494.30 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD.<br>CLEVELAND, OH 44124 | | Claim Number: 1110<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | |
| PRIORITY | Claimed: | $1,840.00 | | |
| UNSECURED | Claimed: | $8,858.60 | | |
| PARKER, JOHN KEVIN<br>903 SPRING BROOK DR<br>ALLEN, TX 75002-2304 | | Claim Number: 1240<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $49,521.45 | | |
| PARKER, KATHERINE<br>1111 SUNRISE DR<br>ALLEN, TX 75002 | | Claim Number: 6677<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $39,996.00 | | |
| PARKER, LARUE T.<br>349 ALPINE DRIVE<br>MONCURE, NC 27559 | | Claim Number: 1040<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6682 | | |
| UNSECURED | Claimed: | $46,824.00 | | |
| PARKER, TIMOTHY<br>730 SUGAR PINE RD<br>SCOTTS VALLEY, CA 95066 | | Claim Number: 2283<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $15,081.29 | Scheduled: | $15,081.29 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| PARKER, TIMOTHY<br>730 SUGAR PINE RD.<br>SCOTTS VALLEY, CA 95066 | | Claim Number: 2284<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:                    $42,411.66

| | | |
|---|---|---|
| PARL, JOYCE<br>390 WAVERLY DR.<br>MUNDELEIN, IL 60060 | | Claim Number: 5493<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

ADMINISTRATIVE          Claimed:                    $0.00   UNDET

| | | |
|---|---|---|
| PARRI, SAM<br>4613 DALROCK DR.<br>PLANO, TX 75204 | | Claim Number: 6152<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY          Claimed:                    $40,000.00

| | | |
|---|---|---|
| PARSONS, PAUL A.<br>539 HESWELL COURT<br>ROLESVILLE, NC 27571 | | Claim Number: 8041<br>Claim Date: 11/07/2011<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:                    $64,884.00

| | | |
|---|---|---|
| PATEL, GIRISHKUMAR<br>3905 JEFFERSON CIRCLE<br>PLANO, TX 75023 | | Claim Number: 334<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY          Claimed:                    $83,788.26

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| PATEL, GIRISHKUMAR<br>3905 JEFFERSON CIR<br>PLANO, TX 75023 | Claim Number: 3681<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $83,787.15 | Scheduled: | $83,787.15  UNLIQ |

---

| PATEL, JAGDISH<br>4413 LAIRD CIRCLE<br>SANTA CLARA, CA 95054 | Claim Number: 7236<br>Claim Date: 04/27/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $24,035.14 | Scheduled: | $23,659.70  UNLIQ |

---

| PATEL, KIRITKUMAR<br>2329 WOOTEN PLACE<br>CUSTER CREEK ESTATES<br>PLANO, TX 75025 | Claim Number: 441<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $38,251.00 | |

---

| PATEL, KIRITKUMAR<br>2329 WOOTEN PLACE<br>CUSTER CREEK ESTATES<br>PLANO, TX 75025 | Claim Number: 2483<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $14,232.00 |
| UNSECURED | Claimed: | $24,408.00 |

---

NORTEL NETWORKS INC.                                                              Date: 03/07/2012
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| PATEL, KIRITKUMAR | Claim Number: 2517 |
| 2329 WOOTEN PLACE | Claim Date: 09/02/2009 |
| CUSTER CREEK ESTATES | Debtor: NORTEL NETWORKS INC. |
| PLANO, TX 75025 | |

| PRIORITY | Claimed: | $14,232.00 |
| UNSECURED | Claimed: | $24,408.00 |

---

| PATEL, KISHOR A | Claim Number: 3717 |
| 2918 OAK POINT DR | Claim Date: 09/24/2009 |
| GARLAND, TX 75044 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 7232 (02/21/2012) |

| UNSECURED | Claimed: | $15,948.99 |

---

| PATEL, KISHOR A. | Claim Number: 388 |
| 2918 OAK POINT DR. | Claim Date: 02/23/2009 |
| GARLAND, TX 75044-7814 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 7232 (02/21/2012) |

| UNSECURED | Claimed: | $13,969.00 |

---

| PATEL, SAURIN | Claim Number: 3423 |
| 2613 SAGEHILL DR | Claim Date: 09/22/2009 |
| FT WORTH, TX 76123 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Claim out of balance |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,134.01 |
| TOTAL | Claimed: | $31,134.01 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

PATNER, JAMES R.
166 MEADOW FLOWER CIRCLE
BELLEFONTE, PA 16823

Claim Number: 3768
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $779,991.21 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

PATTEN, STEPHANIE C.
158 ELAM CT.
NEW HILL, NC 27562

Claim Number: 1329
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $23,082.34 |
| --- | --- | --- |

PATTERSON, CARROL
2616 ALEXA CT
PLANO, TX 75075

Claim Number: 1514
Claim Date: 07/10/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $49,091.52 |
| --- | --- | --- |

PATTERSON, MAUREEN T.
111 ISLE OF VENICE DR
FORT LAUDERDALE, FL 33301

Claim Number: 1103
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $267,231.80 |
| --- | --- | --- |

PATTON, NANCY N.
21 KIRKLAND DR.
STOW, MA 01775

Claim Number: 2319
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $76,356.00 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| PAUL, CLINTON<br>174 HILLCREST DR<br>BARRINGTON, IL 60010 | Claim Number: 1012<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $63,442.51 |
|---|---|---|

| PAUL, KAREN<br>273 ASTOR DRIVE<br>SAYVILLE, NY 11782 | Claim Number: 5478<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $38,328.16 |
|---|---|---|

| PAULK, PATRICIA<br>PO BOX 801433<br>SANTA CLARITA, CA 91380-1433 | Claim Number: 6816<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $12,525.38 |
|---|---|---|

| PAULUS, PATRICK<br>107 AVALON CT<br>KINGSLAND, GA 31548 | Claim Number: 3273<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 38. |
|---|---|

| UNSECURED | Claimed: | $99,588.38 |
|---|---|---|

| PAULUS, PATRICK J<br>107 AVALON CT<br>KINGSLAND, GA 31548 | Claim Number: 38<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $120,170.24 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

PAVLIC, TERESA
813 GENFORD COURT
RALEIGH, NC 27609

Claim Number: 56
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $35,000.00 |
|---|---|---|

PAVLIC, TERESA
813 GENFORD COURT
RALEIGH, NC 27609

Claim Number: 183
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $35,000.00 |
|---|---|---|

PAVLIC, TERESA
813 GENFORD COURT
RALEIGH, NC 27609

Claim Number: 2121
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $36,125.00 |
|---|---|---|

PAVLIC, TERESA H
813 GENFORD COURT
RALEIGH, NC 27609

Claim Number: 2120
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)
Claim out of balance

| SECURED | Claimed: | $8,075.00 |
|---|---|---|
| UNSECURED | Claimed: | $28,125.00 |
| TOTAL | Claimed: | $36,125.00 |

PAVLIS, PETER J.
101 CRANBORN PLACE
HILLSBOROUGH, NC 27278

Claim Number: 1537
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $41,062.87 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

PAWELK, BRUCE
10 SW 4TH ST
YOUNG AMERICA, MN 55397

Claim Number: 4844
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $48,716.00 |

PAYLOR, TONYA
615 OXFORD DRIVE
WYLIE, TX 75098

Claim Number: 7685
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $3,006.64 |

PAYNE, BARBARA N
5006 REDVINE WAY
CHATTANOONA, TN 37343

Claim Number: 7381
Claim Date: 08/16/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ |
| UNSECURED | Claimed: | $49,050.00  UNLIQ |

PAYNE, PAUL S
4911 CHATHAM WALK
GAINESVILLE, GA 30504

Claim Number: 3961
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $166,018.76 | Scheduled: | $0.00  UNLIQ |

PDX, INC
101 JIM WRIGHT FREEWAY
SUITE 200
FORT WORTH, TX 76108-2253

Claim Number: 2598
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | Allowed: | $10,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| PDX, INC<br>101 JIM WRIGHT FREEWAY<br>SUITE 200<br>FORT WORTH, TX 76108-2253 | Claim Number: 2599<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $10,000.00 |
|---|---|---|

---

| PEARSON, CLARK<br>2308 GLASGOW DR<br>CERES, CA 95307 | Claim Number: 1426<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $8,304.08 |
|---|---|---|

---

| PEARSON, HARRIET E.<br>11108 COACHMAN'S WAY<br>RALEIGH, NC 27614 | Claim Number: 8120<br>Claim Date: 12/20/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $3,887.90 | UNLIQ |

---

| PEAVEY, WILLIAM L., JR.<br>1521 W. RALEIGH STREET<br>SILER CITY, NC 27344 | Claim Number: 1323<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $53,571.35 |
|---|---|---|

---

| PEDDI, RAJYALAKSHMI<br>3480 GRANADA AVE APT 145<br>SANTA CLARA, CA 95051-3414 | Claim Number: 5751<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,038.45 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| PEDDI, RAJYALAKSHMI<br>1000 ESCALON AVE APT A1002<br>SUNNYVALE, CA 940855105 | | Claim Number: 5752<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012)<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $5,177.52 |
| UNSECURED | Claimed: | $88.45 |
| TOTAL | Claimed: | $11,038.45 |
| PEDDI, RAJYALAKSHMI<br>1000 ESCALON AVE APT #A1002<br>SUNNYVALE, CA 94085 | | Claim Number: 5753<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $11,038.45 |
| PEDRAZA, RAUL<br>4960 SW 5 CT<br>MARGATE, FL 33068 | | Claim Number: 7399<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $12,550.00   UNLIQ |
| PEIRETTI, DANIEL<br>1475 KITE CT<br>WESTON, FL 33327 | | Claim Number: 5786<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| PELL, SHELIA A.<br>301 FOREST RETREAT RD<br>HENDERSONVILLE, TN 37075 | Claim Number: 7464<br>Claim Date: 10/12/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
| UNSECURED | Claimed: | $40,602.68  UNLIQ |

---

| PELLEGRINI, GINA<br>100 LOCKE WOODS ROAD<br>RALEIGH, NC 27603 | Claim Number: 1022<br>Claim Date: 04/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $21,398.93 |

---

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 827<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $379,989.62 |
| UNSECURED | Claimed: | $3,687.75 |

---

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 1676<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4751 (01/25/2011) |
|---|---|

| PRIORITY | Claimed: | $151,747.62 |
| UNSECURED | Claimed: | $626.16 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 1696<br>Claim Date: 08/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| PRIORITY | Claimed: | $151,747.62 |
| UNSECURED | Claimed: | $626.16 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7453<br>Claim Date: 10/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4751 (01/25/2011) |
| PRIORITY | Claimed: | $5,624.62 |
| UNSECURED | Claimed: | $454.87 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7518<br>Claim Date: 12/17/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4751 (01/25/2011) |
| PRIORITY | Claimed: | $918,501.62 |
| UNSECURED | Claimed: | $17,146.87 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7535<br>Claim Date: 12/23/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4904 (02/08/2011) |
| PRIORITY | Claimed: | $912,896.62 |
| UNSECURED | Claimed: | $8,301.87 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | |
|---|---|---|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | | Claim Number: 7558 Claim Date: 01/10/2011 Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $912,896.62 | | | |
| UNSECURED | Claimed: | $8,301.87 | | | |
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | | Claim Number: 7559 Claim Date: 01/10/2011 Debtor: NORTEL NETWORKS INC. Comments: WITHDRAWN DOCKET: 4904 (02/08/2011) | | | |
| PRIORITY | Claimed: | $918,501.62 | | | |
| UNSECURED | Claimed: | $17,146.87 | | | |
| PENNY, BRETT 1020 THREE RIVERS DRIVE PROSPER, TX 75078 | | Claim Number: 2164 Claim Date: 08/24/2009 Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $22,566.14 | | | |
| PENSION BENEFIT GUARANTY CORPORATION ATTN: VICENTE MATIAS MURRELL, ATTORNEY OFFICE OF THE CHIEF COUNSEL 1200 K STREET, N.W., SUITE 340 WASHINGTON, DC 20005-4026 | | Claim Number: 4735-01 Claim Date: 09/29/2009 Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ | | | |
| PEOPLECLICK, INC. TWO HANNOVER SQ 7TH FL RALEIGH, NC 27601 | | Claim Number: 1063 Claim Date: 04/30/2009 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $69,923.00 | | Allowed: | $69,923.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| PEREZ, MARK J.<br>1239 CASA MARCIA PLACE<br>FREMONT, CA 94539-3635 | Claim Number: 1324<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $30,009.33 |

---

| PEROT SYSTEMS CORPORATION<br>ATTN: VICKI TROGDON<br>PETROT SYSTEMS, LEGAL DEPARTMENT<br>2300 WEST PLANO PARKWAY<br>PLANO, TX 75075 | Claim Number: 5394<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $656,093.62   UNLIQ | | |
| UNSECURED | | | Scheduled: | $294,997.93 |

---

| PERRINO, NICHOLAS J.<br>1165 BANYON COURT<br>NAPERVILLE, IL 60540 | Claim Number: 761<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $21,923.00 |

---

| PERRY, MARY<br>1019 SOUTH MAIN ST<br>FUQUAY VARI, NC 27526 | Claim Number: 3357<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| PERRY, MARY ELLEN<br>1019 S. MAIN STREET<br>FUQUAY VARINA, NC 27526 | Claim Number: 635<br>Claim Date: 03/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $269,227.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| PERRY, SHIHDAR<br>129 ROSEWALL LN<br>CARY, NC 27511 | | Claim Number: 5596<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2115. |
| UNSECURED | Claimed: | $86,050.00 |
| PERRY, SHIHDAR LIU<br>129 ROSEWALL LANE<br>CARY, NC 27511 | | Claim Number: 643<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $40,769.25 |
| PERRY, SHIHDAR LIU<br>129 ROSEWALL LANE<br>CARY, NC 27511 | | Claim Number: 2114<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $86,050.00 |
| PERSECHINO, DINO<br>5 HAWTHORNE ROAD<br>SHREWSBURY, MA 01545 | | Claim Number: 6389<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 718 |
| UNSECURED | Claimed: | $81,980.77 |
| PERSHWITZ, EDWARD<br>2421 TROPHY DR<br>PLANO, TX 75025 | | Claim Number: 6952<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $44,430.64 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

PERVASIVE SOFTWARE
12365-B RIATA TRACE PARKWAY
AUSTIN, TX 78727

Claim Number: 413
Claim Date: 02/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $24,960.00 | | Allowed: | $24,960.00 |

PERVASIVE SOFTWARE INC
12365-B RIATA TRACE PARKWAY
AUSTIN, TX 78727

Claim Number: 1574
Claim Date: 07/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $2,400.00 | | Allowed: | $2,400.00 |

PESTANA, HENRY
695 SPINNAKER
WESTON, FL 33326

Claim Number: 17
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $49,645.85 |

PETERS, MICHAEL ALFRED
7201 NORTHERN LIGHTS COURT
PLANO, TX 75074

Claim Number: 7689
Claim Date: 04/05/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $43,492.33 |

PETERS, NORMAN
3513 ENCLAVE TRL
PLANO, TX 75074

Claim Number: 3506
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $218,915.55 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| PETERS, NORMAN
3513 ENCLAVE TRL
PLANO, TX 75074 | | Claim Number: 4590
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ | |
| PETERS, NORMAN
3513 ENCLAVE TRL
PLANO, TX 75074 | | Claim Number: 6070
Claim Date: 10/29/2009
Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $218,915.55 | | | |
| PETERS, SCOTT C.
5520 CLAIRE ROSE LN NW
ATLANTA, GA 30327-4829 | | Claim Number: 2191
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $14,100.00 | | | |
| UNSECURED | Claimed: | $811,660.00 | | | |
| PETERSON, DONALD K
6962 VERDE WAY
NAPLES, FL 34108 | | Claim Number: 1923
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ | |
| PETERSON, JEFFREY
7 SCOTCH PINE LAKE
EAST SETAUKET, NY 11733 | | Claim Number: 1589
Claim Date: 07/23/2009
Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $65,190.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| PETERSON, JEFFREY<br>7 SCOTCH PINE LAKE<br>EAST SETAUKET, NY 11733 | | Claim Number: 1590<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $65,190.00 | |
| PETERSON, JEFFREY<br>7 SCOTCH PINE LANE<br>EAST SETAUKET, NY 11733 | | Claim Number: 2303<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $7,036.00 | |
| PETERSON, JEFFREY<br>7 SCOTCH PINES LANE<br>E. SETAUKET, NY 11733 | | Claim Number: 2304<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $7,036.00 | |
| PETERSON, KAREN C.<br>335 HADLEY DRIVE<br>TRUMBULL, CT 06611 | | Claim Number: 1643<br>Claim Date: 08/05/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $38,308.98 | |
| PETERSON, MENDEL L<br>11489 OBERLAND RD<br>SANDY, UT 84092-7142 | | Claim Number: 3822<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $884,778.39 | Scheduled: $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

PETTY, MELISSA J.
417 CANDLER TRAIL
CANTON, GA 30115

Claim Number: 7979
Claim Date: 09/14/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,114.20 |

PEZZULLO, WILLIAM
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 5
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15,024.50 |
| UNSECURED | Claimed: | $63,304.21 |

PEZZULLO, WILLIAM
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 3413
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,500.00 |

PEZZULLO, WILLIAM
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 8178
Claim Date: 01/23/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $18,911.76 |
| UNSECURED | Claimed: | $65,104.21 |

PEZZULLO, WILLIAM V.
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 3404
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,506.82 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

PHAM, JOHN
1509 WEATHERED WOOD LN
GARLAND, TX 75040

Claim Number: 2279
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $33,000.00 |
|---|---|---|

PHAM, KEVIN
1011 WELLINGTON LN
MURPHY, TX 75094

Claim Number: 1932
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $42,000.00 |
|---|---|---|

PHAM, TAM P.
1903 BARCLAY PLACE
RICHARDSON, TX 75081

Claim Number: 3716
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,340.34 |
|---|---|---|

PHAN, DUONG
15 DEL PRADO DR
CAMPBELL, CA 95008-1820

Claim Number: 298
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| UNSECURED | Claimed: | $8,802.00 |
|---|---|---|

PHELPS, BILLIE G.
160 MOLLY'S PLACE RD
ROXBORO, NC 27574

Claim Number: 8105
Claim Date: 11/21/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $14,954.70 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

PHIFER, MARK P.
5421 DEN HEIDER WAY
RALEIGH, NC 27606

Claim Number: 3045
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $95,600.24 |
|---|---|---|

PHILLIPS, ALLAN
861 HILL ST.
WHITINSVILLE, MA 01588

Claim Number: 672
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $57,545.69 |
|---|---|---|

PHILLIPS, DOUGLASS M
6200 WYCKHURST CT.
RALEIGH, NC 27609

Claim Number: 1320
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $296,353.80 |
|---|---|---|

PHILLIPS, ERIC C.
609 SARAH LAWRENCE CT
RALEIGH, NC 27609

Claim Number: 1648
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $83,550.32 |
|---|---|---|

PHILLIPS, JESSICA
1013 ANDIRON LN
RALEIGH, NC 27614

Claim Number: 3621
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $53,633.69 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

PHILLIPS, JESSICA
1013 ANDIRON LN
RALEIGH, NC 27614

Claim Number: 3622
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $2,013.18 |
|---|---|---|

PHILLIPS, JOANNE H.
1648 LAKESTONE VILLAGE LANE
FUQUAY VARINA, NC 27526

Claim Number: 22
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $44,799.61 |
|---|---|---|

PHILLIPS, LILLIAN
5127 CHALET LANE
DALLAS, TX 75232

Claim Number: 3279
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

PIASENTIN, RICHARD
345 RED OSIER RD
WATERLOO, ON N2V2V8
CANADA

Claim Number: 1152
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $275,000.00 |
|---|---|---|

PIATT, JEFFERY W.
816 HOLT GROVE CT.
NASHVILLE, TN 37211

Claim Number: 7422
Claim Date: 09/17/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $11,818.85   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

PICCARRETO, JOSEPH A
12 BRENTFIELD CIRCLE
ROCHESTER, NY 14617

Claim Number: 2228
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $46,440.00 |
|---|---|---|

---

PICCARRETO, JOSEPH A
12 BRENTFIELD CIRCLE
ROCHESTER, NY 14617

Claim Number: 2229
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $46,440.00 |
|---|---|---|

---

PIERANNUNZI, KEN
2285 PRICKLY PEAR WALK
LAWRENCEVILLE, GA 30043-6344

Claim Number: 55
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $11,819.70 |
|---|---|---|

---

PIERANNUNZI, KEN
2285 PRICKLY PEAR WALK
LAWRENCEVILLE, GA 30043

Claim Number: 3702
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

PIERCE, LINDA
11054 COUNTY RD. 2464
TERRELL, TX 75160

Claim Number: 7
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,125.72 |
|---|---|---|
| UNSECURED | Claimed: | $40,365.72 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

PIERCE, MATTHEW
153 EAST 43RD ST
APT 4B
NEW YORK, NY 10017

Claim Number: 3829
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,576.93 | | |

PIETRZAK, ANDREW
6 PECONIC LANE
SELDEN, NY 11784

Claim Number: 6975
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,456.12 | | |

PILCH, DONNA
BOX 4616
CARY, NC 27519

Claim Number: 580
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,267.65 | | |

PILLMAN, EDWARD J
5203 STONE ARBOR CT.
DALLAS, TX 75287

Claim Number: 3571
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,017,917.33 | Scheduled: | $0.00 UNLIQ |

PILLOW, TIMOTHY
575 LOVE HENRY COURT
SOUTHLAKE, TX 76092

Claim Number: 4327
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $254,664.64 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

PILLOW, TIMOTHY
575 LOVE HENRY COURT
SOUTHLAKE, TX 76092

Claim Number: 4328
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $124,953.15 | Scheduled: | $84,913.69 UNLIQ |
|---|---|---|---|---|

PILSWORTH, JANE
E13934 COMPTON RD.
LA FARGE, WI 54639

Claim Number: 1195
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $25,784.32 |
|---|---|---|

PINEVIEW ASSOCIATES
C/O CIMINELLI DEVELOPMENT CO., INC.
350 ESSJAY ROAD, SUITE 101
WILLIAMSVILLE, NY 14221

Claim Number: 1562
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

---

| UNSECURED | Claimed: | $43,655.01 | | Allowed: | $25,034.97 |
|---|---|---|---|---|---|

PINO, JOSEPH A., SR.
3 CHERYL ANN CT
BERLIN, NJ 08009

Claim Number: 3177
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $91,520.00 |
|---|---|---|

PINO, JOSEPH A., SR.
3 CHERYL ANN CT
BERLIN, NJ 08009

Claim Number: 3178
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $91,520.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | | | |
|---|---|---|---|---|---|
| PIPER, ROBERT M.<br>116 EDEN GLEN DRIVE<br>HOLLY SPRINGS, NC 27540 | | Claim Number: 1614<br>Claim Date: 07/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $66,809.42 | | | |
|---|---|---|---|---|---|
| PIRACHA, ANWAR A.<br>2001 LUNENBURG DRIVE<br>ALLEN, TX 75013 | | Claim Number: 4168<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | | | |

---

| SECURED | Claimed: | $6,826.75 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,062.11 | | | |
| PIRIH, ANTHONY M.<br>900 ANDERSON DRIVE<br>GREEN OAKS, IL 60048 | | Claim Number: 12<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| PRIORITY | Claimed: | $349,213.03 | Scheduled: | $565.38 | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $222,703.85 | |
| PISKE, GREGORY<br>1112 SEMINOLE<br>RICHARDSON, TX 75080 | | Claim Number: 3518<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | | |

---

| PRIORITY | Claimed: | $10,950.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $70,017.85 | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

PLASTINA, FRANCO
306 POND BLUFF WAY
CARY, NC 27513

Claim Number: 7219
Claim Date: 04/19/2010
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY UNSECURED | | $10,065.63 | | $10,065.63 UNLIQ |

PLATT, DANIEL
112 MISTY RIDGE RD
DURHAM, NC 27712-9299

Claim Number: 7401
Claim Date: 09/07/2010
Debtor: NORTEL NETWORKS INC.

---

| | Claimed: | |
|---|---|---|
| UNSECURED | | $49,510.25 |

PLOPPER, DAVE
21 FAIRWOOD DRIVE
HILTON, NY 14468-1003

Claim Number: 1810
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $0.00 UNDET |

PLOPPER, DAVID
21 FAIRWOOD DR
HILTON, NY 14468

Claim Number: 1811
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $35,996.92 |
| SECURED | Claimed: | $8,829.51 |
| UNSECURED | Claimed: | $27,167.41 |
| TOTAL | Claimed: | $35,996.92 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| POINDEXTER, SARAH<br>8620 ANCHOR ON LANIER CT<br>GAINESVILLE, GA 30506-6785 | Claim Number: 327<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $7,793.62 |
|---|---|---|

| | | |
|---|---|---|
| POINDEXTER, SARAH<br>8620 ANCHOR ON LANIER CT<br>GAINESVILLE, GA 30506-6785 | Claim Number: 2197<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $7,817.07 |
|---|---|---|

| | | |
|---|---|---|
| POINDEXTER, SARAH J.<br>8620 ANCHOR ON LANIER CT<br>GAINESVILLE, GA 30506-6785 | Claim Number: 2196<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $7,817.07 |
|---|---|---|

| | | |
|---|---|---|
| POLITZ, JOHN B.<br>211 HILL ST.<br>FARMERSVILLE, TX 75442 | Claim Number: 6748<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. | |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| POLYCOM, INC.<br>C/O BIALSON, BERGEN & SCWAB<br>ATTN: PATRICK COSTELLO<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA 94306 | Claim Number: 1154<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. | |

| ADMINISTRATIVE | Claimed: | $1,203,597.46 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| POLYCOM, INC.<br>C/O BIALSON, BERGEN & SCWAB<br>ATTN: PATRICK COSTELLO<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA 94306 | Claim Number: 1155<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,203,597.46 |
| UNSECURED | Claimed: | $397,827.38 |

---

| PONNUSAMY, SHANMUGASUNDARA<br>28 COUNTRY CLUB DR APT-H<br>CORAM, NY 11727 | Claim Number: 7175<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $31,049.98 |

---

| POORMON, MELISSA<br>8321 TIMBER CREST DR., APT. # 301<br>RALEIGH, NC 27617 | Claim Number: 7794<br>Claim Date: 06/13/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7807 |
|---|---|

| UNSECURED | Claimed: | $19,141.05 |

---

| POORMON, MELISSA<br>8341 TIMBER CREST DR., APT. # 101<br>RALEIGH, NC 27617 | Claim Number: 7807<br>Claim Date: 07/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7794 |
|---|---|

| UNSECURED | Claimed: | $19,141.05 |

---

| POPE, VALERIE<br>416 HILL RD<br>NASHVILLE, TN 37220 | Claim Number: 7508<br>Claim Date: 12/03/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $14,624.85 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

PORTER, HUI
17319 CALLA DRIVE
DALLAS, TX 75252

Claim Number: 8022
Claim Date: 10/11/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $61,087.52 |
|---|---|---|

POST, LYNDA
2616 MOSSVINE DR
CARROLLTON, TX 75007

Claim Number: 2644
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $37,780.00 |
|---|---|---|

POTEET, MICHAEL
12839 PARAPET WAY
OAK HILL, VA 20171

Claim Number: 6715
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,860.06 |
|---|---|---|

POTTS, KELLIE
953 BAY DR.
OLD HICKORY, TN 37138

Claim Number: 7414
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,680.00 |
|---|---|---|

POUGH, KEVIN
36272 CONGRESS ROAD
FARMINGTON HILLS, MI 48335

Claim Number: 6642
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $12,519.23 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| POUSSARD, LEONARD<br>567 TREMONT STREET<br># 23<br>BOSTON, MA 02118 | | Claim Number: 2321<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012)<br>Amends claim 586. |
| UNSECURED | Claimed: | $44,805.99 |
| POUSSON, BART P.<br>1413 STARPOINT LANE<br>WYLIE, TX 75098 | | Claim Number: 3576<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $31,230.78 |
| POWELL, WILLIAM<br>1106 HUNTSMAN DR<br>DURHAM, NC 27713 | | Claim Number: 4214<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $4,777.63 |
| UNSECURED | Claimed: | $49,518.98 |
| POWER, RUSSELL<br>108 LOCKFIELD DRIVE<br>CLAYTON, NC 27520 | | Claim Number: 8125<br>Claim Date: 12/27/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $19,850.00   UNLIQ |
| POWERSOURCE 21 LLC<br>P.O. BOX 248<br>PITTSBORO, NC 27312 | | Claim Number: 585<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $2,900.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| POWERSOURCE 21 LLC<br>P.O. BOX 248<br>PITTSBORO, NC 27312 | | Claim Number: 604<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,436.00 | Scheduled: | $4,336.00 | |
| PRAKASH, MYSORE<br>5212 LAKECREEK CT<br>PLANO, TX 75093 | | Claim Number: 197<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $88,598.56 | | | |
| PRAKASH, MYSORE<br>5212 LAKECREEK CT<br>PLANO, TX 75093 | | Claim Number: 2398<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $6,109.75 | | | |
| PRAKASH, MYSORE<br>5212 LAKE CREEK CT<br>PLANO, TX 75093 | | Claim Number: 2399<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $104,398.82 | Scheduled: | $0.00 UNLIQ | |
| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 344<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 4826 | | | |
| PRIORITY | Claimed: | $264,000.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | |
|---|---|---|---|---|---|
| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4824<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $2,799.56 | Scheduled: | $2,799.56 UNLIQ | |

---

PRASAD, RUCHI
4213 ROCKINGHAM WAY
PLANO, TX 75093

Claim Number: 4825
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

ADMINISTRATIVE    Claimed:    $2,799.56

---

PRASAD, RUCHI
4213 ROCKINGHAM WAY
PLANO, TX 75093

Claim Number: 4826
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $239,423.16 | Scheduled:<br>Scheduled: | $1,334.70<br>$238,088.46 |

---

PRASAD, RUCHI
4213 ROCKINGHAM WAY
PLANO, TX 75093

Claim Number: 4827
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

ADMINISTRATIVE    Claimed:    $239,423.16

---

PRASAD, RUCHI
4213 ROCKINGHAM WAY
PLANO, TX 75093

Claim Number: 4828
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY    Claimed:    $4,906.06

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| PRASAD, RUCHI | | Claim Number: 4829 |
|---|---|---|
| 4213 ROCKINGHAM WAY | | Claim Date: 09/29/2009 |
| PLANO, TX 75093 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $4,906.06 |
|---|---|---|

| PRASAD, RUCHI | | Claim Number: 4830 |
|---|---|---|
| 4213 ROCKINGHAM WAY | | Claim Date: 09/29/2009 |
| PLANO, TX 75093 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $5,233.42 |
|---|---|---|

| PRASAD, RUCHI | | Claim Number: 4831 |
|---|---|---|
| 4213 ROCKINGHAM WAY | | Claim Date: 09/29/2009 |
| PLANO, TX 75093 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $5,233.42 |
|---|---|---|

| PRAYSNER, PAT | | Claim Number: 3811 |
|---|---|---|
| 1405 SALADO DR | | Claim Date: 09/25/2009 |
| ALLEN, TX 750131120 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $129,482.69 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| PRECISION COMMUNICATION SERVICES CORP. | | Claim Number: 4908 |
|---|---|---|
| C/O VEDDER PRICE P.C. | | Claim Date: 09/29/2009 |
| ATTN: MICHAEL L. SCHEIN, ESQ. | | Debtor: NORTEL NETWORKS INC. |
| 1633 BROADWAY, 47TH FLOOR | | Comments: WITHDRAWN |
| NEW YORK, NY 10019 | | DOCKET: 6424 (09/20/2011) |

| SECURED | Claimed: | $176,162.40 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| PRECISION COMMUNICATION SERVICES, INC.<br>C/O VEDDER PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 4909<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 9424 (09/20/2011) |
| SECURED | Claimed: | $172,941.88 |
| PREO, DAVID W. JR.<br>6500 PLEASANT HILL CHURCH RD.<br>SILER CITY, NC 27344 | | Claim Number: 8122<br>Claim Date: 12/23/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7646 |
| UNSECURED | Claimed: | $78,297.21 |
| PRESNELL, KRISTIN<br>6925 BANYON DRIVE<br>PLANO, TX 75023 | | Claim Number: 3902<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $15,347.50 |
| PRESNELL, KRISTIN<br>6925 BANYON DRIVE<br>PLANO, TX 75023 | | Claim Number: 3903<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $15,347.50 |
| PRESTON, ANDREW<br>101 HALLEYS COURT<br>MORRISVILLE, NC 27560 | | Claim Number: 321<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| UNSECURED | Claimed: | $26,896.14 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

PRICEWATERHOUSECOOPERS LLP
ATTN: LISA MILLMAN
PO BOX 182
ROYAL TRUST TOWER, SUITE 3000
TORONTO, ON M5K 1G8
CANADA

Claim Number: 5384
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claimed amount is CAD 14,500.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,602.90 | Scheduled: | $14,500.00 |

---

PRICKETT, CARL A
6121 BATTLEFORD DR
RALEIGH, NC 27612

Claim Number: 5522
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $138,539.28 |

---

PRIEST, MARK
9541 BELLS VALLEY DRIVE
RALEIGH, NC 27617

Claim Number: 420
Claim Date: 02/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,005.60 |
| UNSECURED | Claimed: | $45,756.96 |

---

PRIMO MICROPHONES INC
1805 COUCH DRIVE
MCKINNEY, TX 75069

Claim Number: 2077
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,274.80 |

---

PRIMO MICROPHONES INC
PO BOX 1570
MCKINNEY, TX 75070

Claim Number: 2079
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,274.80 | Scheduled: | $3,915.80 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

PRIMO MICROPHONES, INC.
PO BOX 1570
MCKINNEY, TX 75070

Claim Number: 2076
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

---

| ADMINISTRATIVE | Claimed: | $6,274.80 |
|---|---|---|

PRIMO MICROPHONES, INC.
PO BOX 1570
MCKINNEY, TX 75070

Claim Number: 2078
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

---

| ADMINISTRATIVE | Claimed: | $6,274.80 |
|---|---|---|

PRIMO MICROPHONES, INC.
PO BOX 1570
MCKINNEY, TX 75070

Claim Number: 2080
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

---

| ADMINISTRATIVE | Claimed: | $6,274.80 |
|---|---|---|

PRITCHARD, ALAN W.
1423 LUCKENBACH DRIVE
ALLEN, TX 75013

Claim Number: 1610
Claim Date: 07/27/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $285,916.00 |
|---|---|---|

PRO CONNECT
PO BOX 852764
RICHARDSON, TX 75085

Claim Number: 2094
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

---

| ADMINISTRATIVE | Claimed: | $5,373.88 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| PRO CONNECT<br>PO BOX 852764<br>RICHARDSON, TX 75085 | Claim Number: 2249<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,373.88 | |

| PRO CONNECT TECHNOLOGY<br>1700 CAPITOL AVE.<br>PLANO, TX 75074 | Claim Number: 2065<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7182 (02/07/2012) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,373.88 | |

| PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX 750852764 | Claim Number: 2250<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $5,373.88 | Scheduled: $5,373.88 |

| PROCTOR, VICKI L.<br>1165 ADAMSON BRANCH RD<br>LIBERTY, TN 37095-4336 | Claim Number: 2863<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

| PROMAX CONSULTING SERVICES, INC.<br>PO BOX 121503<br>WEST MELBOURNE, FL 32912-1503 | Claim Number: 156<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,000.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| PROTIVITI<br>2613 CAMINO RAMON # 3<br>SAN RAMON, CA 94583-9128 | Claim Number: 621<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED          Claimed: | $23,064.23 | |
| PROVOST, CURTIS M.<br>3608 MCCREARY ROAD<br>PARKER, TX 75002-6906 | Claim Number: 1468<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $38,038.46 | |
| PRUNEDA, FERNANDO<br>2905 CLEARMEADOW DR.<br>MESQUITE, TX 75181 | Claim Number: 7943<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $31,364.59 | |
| PT NORTEL NETWORKS INDONESIA<br>C/O ANNA VENTRESCA , GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8051<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | |
| SECURED          Claimed:<br>UNSECURED          Claimed: | $0.00   UNLIQ<br>$24,973.76   UNLIQ | |
| PUBLIC SERVICE COMPANY OF N.CAROLINA INC<br>D/B/A PSNC ENERGY - M/C C-222 BANKRUPTCY<br>220 OPERATION WAY<br>CAYCE, SC 29033-3701 | Claim Number: 3494<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $31,837.61 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| PULASKI COUNTY TREASURER<br>PO BOX 8101<br>LITTLE ROCK, AR 72203-8101 | Claim Number: 2387<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $400.79 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| PULASKI COUNTY TREASURER<br>PO BOX 430<br>LITTLE ROCK, AR 72203-8101 | Claim Number: 7135<br>Claim Date: 03/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3954 (09/16/2010) |
|---|---|

| PRIORITY | Claimed: | $400.80 |
|---|---|---|

| PULLEY, BETTE J<br>24 LONGVIEW TERRACE<br>KENNEBUNK, ME 04043 | Claim Number: 5918<br>Claim Date: 10/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claimant asserts a claim amount of $2,737.08 per year |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| PULLEY, BETTE J<br>24 LONGVIEW TERRACE<br>KENNEBUNK, ME 04043 | Claim Number: 5919<br>Claim Date: 10/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| PULLIAM, KIMBELY M.<br>PO BOX 317<br>CREEDMOOR, NC 27522 | Claim Number: 8017<br>Claim Date: 10/07/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $21,499.40 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| PULLIN, FRED<br>2906 YORKSHIRE CT<br>SOUTHLAKE, TX 76092 | | Claim Number: 5961<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $33,099.95 |
|---|---|---|

| PUND, CAROLYN B<br>3255 TREBOL LN<br>SAN JOSE, CA 95148 | | Claim Number: 3623<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $3,105.00 |
|---|---|---|

| PUND, CAROLYN B.<br>3255 TREBOL LN<br>SAN JOSE, CA 95148 | | Claim Number: 5855<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $48,076.25 |
|---|---|---|

| PUND, CAROLYN BAJARIN<br>3255 TREBOL LN<br>SAN JOSE, CA 95148 | | Claim Number: 3624<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 5854 |
|---|---|---|

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

| PUND, CAROLYN BAJARIN<br>3255 TREBOL LN<br>SAN JOSE, CA 95148 | | Claim Number: 5854<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $48,076.25 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| PUTNAM, KENNETH<br>39 WYMAN TRAIL<br>MOULTONBOROUGH, NH 03254 | Claim Number: 5931<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 721 | |
| UNSECURED | Claimed: | $38,164.32 |
| PYLE, MARK<br>3918 COMPTON DR<br>RICHARDSON, TX 75082 | Claim Number: 6177<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $104,551.67 |
| PYLON ELECTRONICS INC<br>147 COLONNADE RD<br>OTTAWA, ON K2E 7L9<br>CANADA | Claim Number: 2128<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE | Claimed: | $3,473.74 |
| QUASAR INC.<br>108 WILEY HILLS TRAIL<br>WOODSTOCK, GA 30188 | Claim Number: 45<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| UNSECURED | Claimed: | $92,134.25 |
| QUEENS BALLPARK COMPANY, L.L.C.<br>ATTN: GENERAL COUNSEL<br>CITI FIELD<br>FLUSHING, NY 11368 | Claim Number: 6673<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE | Claimed: | $536,874.96 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| QUEENS BALLPARK COMPANY, L.L.C.<br>ATTN: GENERAL COUNSEL<br>CITI FIELD<br>FLUSHING, NY 11368 | Claim Number: 6709<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $6,898,294.20 |
|---|---|---|

---

| QUESTIONMARK CORPORATION<br>535 CONNECTICUT AVE, SUITE 100<br>NORWALK, CT 06854 | Claim Number: 740<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $800.00 | Scheduled: | $600.00 |
|---|---|---|---|---|

---

| QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 | Claim Number: 229<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $2,990.48 |
|---|---|---|
| UNSECURED | Claimed: | $25,419.08 |
| TOTAL | Claimed: | $25,419.08 |

---

| QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 | Claim Number: 2839<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $2,990.48 |
|---|---|---|
| UNSECURED | Claimed: | $22,428.60 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

QUICK, JOHN
11103 MAPLE STREET
CLEVELAND, TX 77328-6847

Claim Number: 2838
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,982.87 |
| UNSECURED | Claimed: | $22,371.53 |

---

QUICK, JOHN T.
11103 MAPLE ST.
CLEVELAND, TX 77328

Claim Number: 231
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,982.87 |
| UNSECURED | Claimed: | $25,354.40 |
| TOTAL | Claimed: | $25,354.40 |

---

QUIHUIS, ANTHONY PHILIP
10100 LOGSDON LANE
RALEIGH, NC 27615

Claim Number: 7649
Claim Date: 03/17/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $58,903.00   UNLIQ |

---

QUON, JULIE
310 COMMANDER LANE
REDWOOD CITY, CA 94065

Claim Number: 7511
Claim Date: 12/13/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $47,050.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

QWEST COMMUNICATION COMPANY, LLC
C/O KURT F. GWYNNE & J.C. FALGOWSKI, ESQ
REED SMITH LLP
1201 N. MARKET ST., SUITE 1500
WILMINGTON, DE 19801

Claim Number: 4789
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

SECURED             Claimed:                    $0.00  UNLIQ

---

QWEST COMMUNICATIONS COMPANY, LLC
ATTN: JANE FREY
1801 CALIFORNIA ST RM 900
DENVER, CO 80202-2658

Claim Number: 75
Claim Date: 02/06/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED           Claimed:                $20,110.84

---

QWEST COMMUNICATIONS INTERNATIONAL, INC.
C/O KURT F GWYNNE & J.C. FALGOWSKI, ESK
REED SMITH LLP
1201 N. MARKET STREET, SUITE 1500
WILMINGTON,, DE 19801

Claim Number: 4791
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

SECURED             Claimed:                    $0.00  UNLIQ

---

QWEST CORPORATION
ATTN: JANE FREY
1801 CALIFORNIA ST RM 900
DENVER, CO 80202-2658

Claim Number: 85
Claim Date: 01/29/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED           Claimed:                 $9,165.71

---

QWEST CORPORATION
C/O KURT F GWYNNE & J.C. FALGOWSKI, ESQ.
REED SMITH LLP
1201 N. MARKET ST. SUITE 1500
WILMINGTON, DE 19801

Claim Number: 4788
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

SECURED             Claimed:                    $0.00  UNLIQ

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

QWEST GOVERNMENT SERVICES, INC.
C/O KURT F GWYNNE & J.C. FALGOWSKI, ESK
REED SMITH LLP
1201 N. MARKET STREET, SUITE 1500
WILMINGTON,, DE 19801

Claim Number: 4792
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| SECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

QWEST SERVICES CORPORATION
C/O KURT F. GWYNNE & J.C. FALGOWSKI, ESQ
REED SMITH LLP
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 4790
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| SECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

R.I. DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

Claim Number: 741
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4339 (11/16/2010)

| PRIORITY | Claimed: | $500.00 |
|---|---|---|

---

RABON, LYNN
1226 MELISSA DRIVE
ROANOKE, TX 76262

Claim Number: 7934
Claim Date: 09/06/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)
amends claim 3325 and 3326

| PRIORITY | Claimed: | $24,516.00 |
|---|---|---|

---

RABON, LYNN M
1226 MELISSA DRIVE
ROANOKE, TX 76262

Claim Number: 3325
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7934
DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $24,516.00 |
|---|---|---|
| UNSECURED | Claimed: | $24,516.00 |
| TOTAL | Claimed: | $24,516.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

RACZYNSKI, MARK
5590 TOURNAMENT DRIVE
HAYMARKET, VA 20169

Claim Number: 4172
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $48,353.00 | Scheduled: | $33,440.02 UNLIQ |
|---|---|---|---|---|

RADIO FREQUENCY SYSTEMS
200 PONDVIEW DR
MERIDEN, CT 06450

Claim Number: 112
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| UNSECURED | Claimed: | $99,957.49 |
|---|---|---|

RADIO FREQUENCY SYSTEMS
PETER HOLEWINSKI, GLOBAL CREDIT HEAD
ALCATEL-LUCENT
600 MOUNTAIN AVENUE 6E210
MURRAY HILL, NJ 07974

Claim Number: 3776
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| UNSECURED | Claimed: | $1,482,259.49 |
|---|---|---|

RADIO FREQUENCY SYSTEMS
ATTN: PETER HOLEWINSKI, GLOBAL HEAD OF
CREDIT, ALCATEL LUCENT
600 MOUNTAIN AVE
MURRAY HILL, NJ 07974

Claim Number: 4135
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| UNSECURED | Claimed: | $7,800.00 |
|---|---|---|

RADISYS CORPORATION
PO BOX 952420
SAINT LOUIS, MO 63195

Claim Number: 3735
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $264,589.40 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| RADISYS CORPORATION<br>P.O. BOX 952420<br>ST. LOUIS, MO 63195 | | Claim Number: 7194<br>Claim Date: 04/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Amends claim no. 3735 | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $214,058.43 | | Allowed:<br>Allowed: | $2,768.00<br>$146,428.43 |
| RAFAEL CAMPO ASOCIADOS LTDA<br>INDUSTRIAL PROPERTY<br>CALLE 113 NO-7-21 TORRE A OF. 508<br>BOGOTA,<br>COLOMBIA | | Claim Number: 964<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,185.00 | | | |
| RAFAEL, ROSE R<br>3390 BROOKFIELD DR.<br>LAS VEGAS, NV 89120 | | Claim Number: 2131<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $80,000.00 | | | |
| RAGSDALE, JAMES S<br>70 W. CYPRESS ROAD<br>LAKE WORTH, FL 33467 | | Claim Number: 2717<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $64,000.00 | | | |
| RAHA, DWIJADAS<br>4112 CITY OF OAKS WYND<br>RALEIGH, NC 27612 | | Claim Number: 3710<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $93,704.76 | Scheduled: | $0.00 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| RAHEVAR, RAVINDRASINH<br>555 E WASHINGTON AVENUE, APT # 2007W<br>SUNNYVALE, CA 94086 | Claim Number: 4589<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |

| UNSECURED | Claimed: | $25,325.16 |

| RAILEY, CHRISTOPHER<br>5490 LANDSEER WAY<br>CUMMING, GA 30040 | Claim Number: 255<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |

| UNSECURED | Claimed: | $48,937.62 |

| RALEIGH RADIOLOGY ASSOCIATES<br>PO BOX 12408<br>ROANOKE, VA 24025-2408 | Claim Number: 1619<br>Claim Date: 07/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $2,650.00 | Scheduled: | $2,650.00 |

| RAMAMURTHY, VENKATRAMAN<br>1711 ADDISON LN<br>JOHNS CREEK, GA 30005-5000 | Claim Number: 5466<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $2,383.33 |

| RAMOS, LETICIA C<br>2800 PLAZA DEL AMO UNIT # 478<br>TORRANCE, CA 90503 | Claim Number: 6585<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $14,044.80 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| RANADE, MILIND<br>3908 CELADINE DRIVE<br>PLANO, TX 75093 | Claim Number: 1557<br>Claim Date: 07/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED    Claimed: | $36,740.11 | | | |
| RAND TECHNOLOGY INC<br>15225 ALTON PARKWAY, SUITE 100<br>IRVINE, CA 92618-2351 | Claim Number: 3559<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | | |
| UNSECURED    Claimed: | $38,591.00 | | Allowed: | $38,591.00 |
| RAND TECHNOLOGY INC<br>15225 ALTON PARKWAY #100<br>IRVINE, CA 92618-2351 | Claim Number: 3560<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| ADMINISTRATIVE    Claimed: | $38,591.00 | | | |
| RANKIN, THOMAS<br>2005 STERLING SILVER DR.<br>APEX, NC 27502 | Claim Number: 131<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY    Claimed: | $70,208.19 | | | |
| RASMUSON, SCOTT<br>702 WINTERWOOD CT<br>GARLAND, TX 75044 | Claim Number: 3584<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| SECURED    Claimed:<br>UNSECURED | $25,194.23 | Scheduled: | $1,656.77  UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

RAU, MARK W.
5408 ESTATE LANE
PLANO, TX 75094

Claim Number: 2931
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $137,504.00 | Scheduled: | $0.00 UNLIQ |

RAUBOLT, TONY
26824 KOERBER
SAINT CLAIR SHORES, MI 48081

Claim Number: 3778
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $50,300.00 |

RAUBOLT, TONY
26824 KOERBER
SAINT CLAIR SHORES, MI 48081

Claim Number: 3965
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $105,246.43 | Scheduled: | $0.00 UNLIQ |

RAUBOLT, TONY
26824 KOERBER
SAINT CLAIR SHORES, MI 48081

Claim Number: 3983
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $57,050.00 |

RAUBOLT, TONY
26824 KOERBER
SAINT CLAIR SHORES, MI 48081

Claim Number: 3984
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $57,050.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| RAVENSWOOD SYSTEMS INC.<br>35 LEXINGTON ST.<br>BURLINGTON, MA 01803 | | Claim Number: 1031<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $38,989.04 | Scheduled: | $10,500.00 | |
| RAY, DANIEL G.<br>4401 GLENDALE SQUARE<br>NASHVILLE, TN 37204 | | Claim Number: 7853<br>Claim Date: 07/19/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $75,901.40 | | | |
| RAYBARMAN, BAPPADITYA (ROBERT)<br>3208 TEAROSE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 1039<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $13,615.40 | | | |
| RAYMOND, ROBERT<br>PO BOX 3312<br>WEST MCLEAN, VA 22103 | | Claim Number: 3818<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $45,042.05 | Scheduled: | $0.00 UNLIQ | |
| RAYMOND, ROBERT<br>PO BOX 3312<br>WEST MCLEAN, VA 22103 | | Claim Number: 3819<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $45,042.05 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

RAYNOR, CECIL
1508 BRIARWOOD PL.
RALEIGH, NC 27614

Claim Number: 3868
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $157,681.12 | Scheduled: | $157,681.12 UNLIQ |
|---|---|---|---|---|

RAYNOR, CECIL D.
1508 BRIARWOOD PL.
RALEIGH, NC 27614

Claim Number: 3877
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $301,683.25 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

RAZZAQUE, MD
374 WINDING RIVER CIR APT 104
MEMPHIS, TN 38120-2905

Claim Number: 4486
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,102.53 |
|---|---|---|

RAZZAQUE, MD
1101 EASTVIEW CIRCLE
RICHARDSON, TX 75081

Claim Number: 4487
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $20,102.53 |
|---|---|---|

RCOMM RADIO INC.
6560 HWY #34
VANKLEEK HILL, ON K0B 1R0
CANADA

Claim Number: 1386
Claim Date: 06/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $43,497.72 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

RCOMM RADIO INC.
6560 HWY #34
VANKLEEK HILL, ON K0B 1R0
CANADA

Claim Number: 1934
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $43,497.72 | | | |
|---|---|---|---|---|---|

REA, JEFFERY
1808 LORRAINE AVENUE
ALLEN, TX 75002

Claim Number: 4337
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,126.77 | Scheduled: | $0.00 UNLIQ | |
|---|---|---|---|---|---|

REA, JEFFERY
1808 LORRAINE AVENUE
ALLEN, TX 75002

Claim Number: 4380
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $36,126.77 | | | |
|---|---|---|---|---|---|

REAL TIME MONITORS
REAL TIME MONITORS INC
711 S CARSON, SUITE 4
CARSON CITY, NV 89701-5292

Claim Number: 2869
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $144,000.00 | | Allowed: | $144,000.00 |
|---|---|---|---|---|---|

REAL TIME MONITORS, INC.
711 S CARSON STE 4
CARSON CITY, NV 89701

Claim Number: 2870
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $140,000.00 | | | |
|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| REAVES, JAMES E.<br>8909 WELLSLEY WAY<br>RALEIGH, NC 27613 | | Claim Number: 820<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $53,269.20 | | |
| REBELSKY, RENATE<br>KNIEBISWEG 2<br>NUFRINGEN, D-71154<br>GERMANY | | Claim Number: 4412<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $15,052.80 | | |
| RECKSON OPERATING PARTNERSHIP L.P.<br>C/O STEMPEL BENNETT, ET AL<br>675 THIRD AVENUE - 31ST FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 5040<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $3,652.57 | | |
| RECKSON OPERATING PARTNERSHIP L.P.<br>C/O STEMPEL BENNETT, ET AL<br>675 THIRD AVENUE - 31ST FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 6981<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Amends claim 5040 | | |
| UNSECURED | Claimed: | $360,789.72 | Allowed: | $360,789.72 |
| RECLAIM CANADA<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON M5J 2M4<br>CANADA | | Claim Number: 1801<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| ADMINISTRATIVE | Claimed: | $14,823.70 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | |
|---|---|---|
| RECTOR, JENNIFER COX<br>8208 WEST CHASE COURT<br>NASHVILLE, TN 37221 | Claim Number: 154<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $37,000.00 |
|---|---|---|

| | | |
|---|---|---|
| RECTOR, JENNIFER COX<br>8208 WEST CHASE COURT<br>NASHVILLE, TN 37221 | Claim Number: 8135<br>Claim Date: 01/04/2012<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $25,146.00 |

| | | |
|---|---|---|
| RED HAT, INC.<br>ATTN: P. WATROUS<br>1801 VARSITY DRIVE<br>RALEIGH, NC 27606 | Claim Number: 3942<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4256 (11/08/2010) | |

| UNSECURED | Claimed: | $19,792.59 | Scheduled: | $207.29 |
|---|---|---|---|---|

| | | |
|---|---|---|
| REDAPT SYSTEMS, INC.<br>12226 134TH CT NE BLDG D<br>REDMOND, WA 98052 | Claim Number: 1064<br>Claim Date: 04/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | |

| UNSECURED | Claimed: | $17,300.17 | Scheduled: | $9,345.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| REDDISH, RICHARD<br>2126 PALERMO COURT<br>ORANGE, CA 92867 | Claim Number: 201<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $17,819.48 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| REDDISH, RICHARD<br>2126 PALERMO COURT<br>ORANGE, CA 92867 | | Claim Number: 215<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $588.85 | | |
| REDDISH, RICHARD<br>2126 PALERMO COURT<br>ORANGE, CA 92867 | | Claim Number: 517<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| PRIORITY | Claimed: | $17,819.48 | | |
| REDISH, PAUL<br>4511 OUTLOOK DRIVE<br>MARIETTA, GA 30066 | | Claim Number: 1144<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$112,481.52 | | |
| REECE, BRADLEY V.<br>1023 BALL PARK RD<br>THOMASVILLE, NC 27360 | | Claim Number: 7617<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00   UNLIQ<br>$37,304.65   UNLIQ | | |
| REED SMITH LLP<br>225 5TH AVE STE 1200<br>PITTSBURGH, PA 152222716 | | Claim Number: 370<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $2,060.10 | Allowed: | $2,060.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| REED, CHRISTOPHER<br>2608 N. MAIN STE B #146<br>BELTON, TX 76513 | | Claim Number: 6279<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $5,121.91 | | |
| REEVES-HALL, ANDREW<br>THE CROW'S NEST<br>19 LYNCH HILL PARK<br>WHITCHURCH<br>HAMPSHIRE, RG28 7NF<br>UNITED KINGDOM | | Claim Number: 3092<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>The amount is 8679.04 UK. | | |
| UNSECURED | Claimed: | $12,676.61 | Scheduled: | $0.00  UNLIQ |
| REEVES-HALL, ANDREW<br>THE CROW'S NEST<br>19 LYNCH HILL PARK<br>WHITCHURCH<br>HAMPSHIRE, RG28 7NF<br>UNITED KINGDOM | | Claim Number: 3093<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>The claim amount is 8679.04 UK pounds. | | |
| ADMINISTRATIVE | Claimed: | $12,676.61 | | |
| REGAN, PHILIP & RITA<br>719 SOUTHWINDS DR.<br>BRYN MAWR, PA 19010-2069 | | Claim Number: 3598<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $15,853.00 | | |
| REID, ALAN B.<br>2900 SHADYWOOD LANE<br>PLANO, TX 75023 | | Claim Number: 1017<br>Claim Date: 04/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $14,971.22 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

REID, DOUGLAS M
C/O JAMES J TANCREDI, ESQ
DAY PITNEY LLP
242 TRUMBULL STREET
HARTFORD, CT 06103

Claim Number: 5427
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $312,578.73 | | |
|---|---|---|---|---|

REID, RICHARD G
12601 BELLSTONE LANE
RALEIGH, NC 27614

Claim Number: 4610
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $996,905.17 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

REIDELBERGER, FRANKLIN P.
2404 HIGHLAND DR.
PALATINE, IL 60067

Claim Number: 3055
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7234 (02/21/2012)

---

| UNSECURED | Claimed: | $17,082.45 | | |
|---|---|---|---|---|

REIFF, CRAIG A.
36 APRIL DRIVE
LITCHFIELD, NH 03052

Claim Number: 346
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $41,680.03 | | |
|---|---|---|---|---|

REINKE, KARL
1665 EBERHARD STREET
SANTA CLARA, CA 95050-4013

Claim Number: 933
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $51,974.01 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| REINKE, KARL<br>1665 EBERHARD STREET<br>SANTA CLARA, CA 95050-4013 | | Claim Number: 1820<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
| UNSECURED | Claimed: | $51,974.01 | | | |
| REIST, LARRY<br>5948 CARNEGIE LANE<br>PLANO, TX 75093 | | Claim Number: 3090<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $248,538.00 | Scheduled: | $0.00 UNLIQ | |
| REIST, LARRY<br>5948 CARNEGIE LANE<br>PLANO, TX 75093 | | Claim Number: 3091<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $248,538.00 | | | |
| REL COMM INC<br>250 CUMBERLAND ST<br>STE 214<br>ROCHESTER, NY 14605-2801 | | Claim Number: 2061<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $4,064.00 | | | |
| REMFRY & SAGAR<br>ATTORNEYS AT LAW<br>REMFRY HOUSE AT THE MILLENNIUM PLAZA<br>SECTOR - 27, GURGAON - 122 002<br>NEW DELHI,<br>INDIA | | Claim Number: 6153<br>Claim Date: 11/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $1,729.00 | | Allowed: | $1,729.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

RENBARGER, STEVEN
1421 SPENCER ST
GRINNELL, IA 50112

Claim Number: 1303
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $35,343.23 |
|---|---|---|

RENBARGER, STEVEN
1421 SPENCER ST
GRINNELL, IA 50112

Claim Number: 1770
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

RENUART, JACQUELINE
1621 MEADSTON DR
DURHAM, NC 27712

Claim Number: 4255
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $2,068.38 |
|---|---|---|
| UNSECURED | Claimed: | $28,115.53 |

REPASS, KATHLEEN AGNES
60 LOCUST AVENUE
SAN RAFAEL, CA 94901

Claim Number: 2529
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

REPPE, GREGORY OLE
664 BALDRIDGE LN
BURLESON, TX 76028

Claim Number: 7866
Claim Date: 07/25/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,477.20 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | | |
|---|---|---|---|---|---|---|
| RERATE LIMITED INC.<br>3340 N.E. 190 ST., #909<br>MIAMI, FL 33180 | | Claim Number: 3083<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $59,500.00 | | | | |
| RESSNER, MICHAEL P<br>5909 APPLEGARTH LANE<br>RALEIGH, NC 27614 | | Claim Number: 2744<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $583,306.08  UNLIQ | | | | |
| RESTORATION HOLDINGS LTD<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | | Claim Number: 5985<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $1,195.45 | Scheduled: | $1,191.45 | Allowed: | $1,195.45 |
| REVELWOOD INC<br>14 WALSH DR<br>PARSIPPANY, NJ 07054 | | Claim Number: 2603-01<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5625 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $10,710.24 | | | Allowed: | $10,710.24 |
| REVELWOOD INC<br>14 WALSH DR<br>PARSIPPANY, NJ 07054 | | Claim Number: 2603-02<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | | | |
| UNSECURED | Claimed: | $3,570.08 | | | Allowed: | $3,570.08 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| REVELWOOD INCORPORATED<br>14 WALSH DR. STE 303<br>PARSIPPANY, NJ 07054 | | Claim Number: 2604<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,280.32 |

---

| REVIERE, LESA R.<br>204 IRONWOODS DRIVE<br>CHAPEL HILL, NC 27516 | | Claim Number: 7504<br>Claim Date: 11/22/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ |
| UNSECURED | Claimed: | $9,050.00  UNLIQ |

---

| REXROAD, MICHAEL<br>5244 LINWICK DR.<br>FUQUAY VARINA, NC 27526 | | Claim Number: 7329<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $62,884.61 |

---

| REXROAD, MICHAEL<br>5244 LINWICK DR.<br>FUQUAY VARINA, NC 27526 | | Claim Number: 7330<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $188,535.00 |

---

| REYES, JORGE M.<br>1408 TIMARRON LN.<br>MCKINNEY, TX 75070 | | Claim Number: 1904<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $210,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

REYNOLDS, JACK Q
25064 HATTON ROAD
CARMEL, CA 93923-8365

Claim Number: 4330
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

RFMW LTD
90 GREAT OAKS BLVD
SUITE 107
SAN JOSE, CA 95119-1314

Claim Number: 2311
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $1,333.36 |
|---|---|---|

RFMW, LTD.
90 GREAT OAKS BLVD, STE 107
SAN JOSE, CA 95119

Claim Number: 2310
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $1,333.36 |
|---|---|---|

RHEA, STEPHANIE
1701 W. BRIDLE DR.
ROGERS, AR 72758

Claim Number: 7461
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $6,050.00   UNLIQ |

RHODES, BONNIE J.
19 FERNVILLE RD.
MORRIS PLAINS, NJ 07950

Claim Number: 2513
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8702 | Claim Number: 3124<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $304,972.22 | |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8702 | Claim Number: 3125<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $304,972.22 | |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8702 | Claim Number: 3128<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $304,972.22 | Scheduled: $0.00 UNLIQ |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8072 | Claim Number: 3129<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $304,972.22 | |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8072 | Claim Number: 3130<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $304,972.22 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

RHYNES, VINCENT E.
513 W 159TH ST
GARDENA, CA 90248-2411

Claim Number: 901
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

RICCITELLI, ROBERT
3678 DEER TRAIL DRIVE
DANVILLE, CA 94506
UNITED STATES

Claim Number: 2189
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $577,978.05 | Scheduled: | $0.00 UNLIQ |

RICE, ALAN J.
1469 KITE CT.
WESTON, FL 33327

Claim Number: 2351
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $48,549.99 |

RICHARD BLAND COLLEGE
11301 JOHNSON ROAD
PETERSBURG, VA 23805-7100

Claim Number: 2024
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,729.38 | Allowed: | $1,729.38 |

RICHARDS, CHRISTINA
3935 WYCLIFF AVE
DALLAS, TX 75219

Claim Number: 6160
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS &MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 186<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $4,301,878.41 |

| | | |
|---|---|---|
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS &MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 1660<br>Claim Date: 07/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4291 (11/09/2010) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $2,770,713.70 |

| | | |
|---|---|---|
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 5995<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3002 (05/17/2010) | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
| SECURED | Claimed: | $2,266,344.14 | | |

| | | |
|---|---|---|
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>P.O. BOX 13430<br>ARLINGTON, TX 76094 | Claim Number: 7211<br>Claim Date: 04/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5122 (03/18/2011) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,492,978.54 |
| SECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| RICHARDSON, JACK E.<br>7405 BRADFORD PEAR DRIVE<br>IRVING, TX 75063 | Claim Number: 597<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $78,615.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

RICHARDSON, ROBERT J
5081 GALLATREE LN
NORCROSS, GA 30092

Claim Number: 4727
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $233,364.80 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

RICHARDSON, STELLA
6137 S. RIVERBEND DR.
NASHVILLE, TN 37221

Claim Number: 7218
Claim Date: 04/19/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $52,411.64 |
|---|---|---|

RICKS, RICHARD C.
2751 MARSHALL LAKE DR.
OAKTON, VA 22124

Claim Number: 1023
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $422,173.43 |
|---|---|---|

RIGHT MANAGEMENT INC
ATTN: HENRY J JAFFE & JAMES C CARIGNAN
PEPPER HAMILTON LLP
1313 N MARKET ST, STE 5100 PO BOX 1709
WILMINGTON, DE 19899-1709

Claim Number: 1543
Claim Date: 07/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

---

| UNSECURED | Claimed: | $1,376,654.00 |
|---|---|---|

RIGHT MANAGEMENT INC.
HENRY JAFFE, ESQ.
PEPPER HAMILTON LLP
HERCULES PLAZA, STE 5100
WILMINGTON, DE 19899-1709

Claim Number: 3201-01
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7075 (01/06/2012)

---

| UNSECURED | Claimed: | $1,270,900.00 UNLIQ | | | Allowed: | $1,270,900.00 |
|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| RIGHT MANAGEMENT, INC. | Claim Number: 1248 |
| C/O PEPPER HAMILTON LLP | Claim Date: 05/28/2009 |
| ATTN: HENRY J. JAFFE & JAMES C. CARIGNAN | Debtor: NORTEL NETWORKS INC. |
| 1311 N. MARKET ST., SUITE 5100 | Comments: EXPUNGED |
| WILMINGTON, DE 19899-1709 | DOCKET: 2324 (01/21/2010) |

| UNSECURED | Claimed: | $1,376,654.00 |

---

| RIGHTMIRE, JAMES | Claim Number: 2569 |
| 620 DOGWOOD RD | Claim Date: 09/03/2009 |
| WEST PALM BEACH, FL 33409 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $226.38  UNLIQ |

---

| RIKER, DANZIG, SCHERER, HYLAND & | Claim Number: 5510 |
| PERRETTI LLP | Claim Date: 09/30/2009 |
| ATTN: J. ALEK KRESS | Debtor: NORTEL NETWORKS INC. |
| ONE SPEEDWELL AVENUE | |
| MORRISTOWN, NJ 07962-1981 | |

| ADMINISTRATIVE | Claimed: | $2,915.32 |
| UNSECURED | Claimed: | $22,972.67 |

---

| RIKHI, KUSHAL V | Claim Number: 3411 |
| 3474 BUTCHER DR | Claim Date: 09/21/2009 |
| SANTA CLARA, CA 95051 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $28,652.48 |

---

| RIMAGE CORP | Claim Number: 3645 |
| 7725 WASHINGTON AVE S | Claim Date: 09/24/2009 |
| MINNEAPOLIS, MN 55439 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $5,548.87 | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

RIMAGE CORPORATION
7725 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MN 55439

Claim Number: 3646
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $5,548.87 |
|---|---|---|

RING, BRIAN
910 NORWOOD LANE
APEX, NC 27502

Claim Number: 7347
Claim Date: 07/15/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $53,707.28 |
|---|---|---|

RISNER, RENEA L.
1063 FAWN TRAIL
KINGSTON SPRINGS, TN 37082

Claim Number: 7415
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $23,050.00   UNLIQ |

RITCHIE, ROBERT FRASER
328 NOAH TRL
ALLEN, TX 75013-6415

Claim Number: 3707
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $87,179.15 |
|---|---|---|

RITSON, ROBERT A.
9709 SPRING DRIVE
FRISCO, TX 75035

Claim Number: 82
Claim Date: 01/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,547.08 |
|---|---|---|
| UNSECURED | Claimed: | $23,198.50 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| RITZ, CHARLES<br>9501 HANGING ROCK RD.<br>RALEIGH, NC 27613 | | Claim Number: 1744<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $36,405.80 |

| | | |
|---|---|---|
| RIVERA, DAVID R.<br>34 GENESEE ST<br>HICKSVILLE, NY 11801 | | Claim Number: 1722<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $22,800.18 |

| | | |
|---|---|---|
| RIVERA, DAVID R.<br>34 GENESEE STREET<br>HICKSVILLE, NY 11801-4642 | | Claim Number: 1723<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $448.80 |
| UNSECURED | Claimed: | $22,351.38 |
| TOTAL | Claimed: | $22,800.18 |

| | | |
|---|---|---|
| RIZO, NELSON E.<br>319 DACIAN AVE.<br>DURHAM, NC 27701 | | Claim Number: 7284<br>Claim Date: 06/02/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $51,573.76 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

RIZOPOULOS, MELANIE
51 PAULS PATH
CORAM, NY 11727

Claim Number: 776
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $28,236.00 |
|---|---|---|

ROBBINS, ARLENE
1917 TRAVIS ST
GARLAND, TX 75042-5085

Claim Number: 7867
Claim Date: 07/25/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 938

---

| PRIORITY | Claimed: | $29,879.10 |
|---|---|---|

ROBERT, LYNN
225 HIGHLAND RD
RYE, NY 10580-1833

Claim Number: 4887
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $213,741.88 |
|---|---|---|

ROBERT, LYNN
2 EVE LN
RYE, NY 105804114

Claim Number: 4888
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $213,741.88 |
|---|---|---|

ROBERTS, CRAIG
505 W SHORE DR
RICHARDSON, TX 75080-5008

Claim Number: 196
Claim Date: 02/06/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $131,588.14 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| ROBERTS, DWAYNE<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | | Claim Number: 5530<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $395.00 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| ROBINSON, JACQUELINE B.<br>3933 LOST CREEK DR.<br>PLANO, TX 75074 | | Claim Number: 2669<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $42,275.73 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| ROBINSON, JACQUELINE B.<br>3933 LOST CREEK DR.<br>PLANO, TX 75074 | | Claim Number: 8131<br>Claim Date: 12/30/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | |

| PRIORITY | Claimed: | $7,264.72 | |
|---|---|---|---|
| UNSECURED | Claimed: | $42,643.38 | |

| | | | |
|---|---|---|---|
| ROBINSON, ROBERT J. III<br>625 OCCONEECHEE DRIVE<br>FUQUAY VARINA, NC 27526 | | Claim Number: 8151<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $66,000.00 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| ROBITAILLE, STANLEY L.<br>4835 OXFORD DRIVE<br>SARASOTA, FL 34242 | | Claim Number: 2204<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7332 | |

| UNSECURED | Claimed: | $319,176.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| ROC SOFTWARE LP<br>3305 NORTHLAND DR<br>AUSTIN, TX 78731 | | Claim Number: 1837<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $1,614.00 | Scheduled: | $1,614.00 DISP |
| ROCHESTER INSTITUTE OF TECHNOLOGY<br>SPONSORED PROGRAMS ACCOUNTING<br>7 LOMB MEMORIAL DR<br>ROCHESTER, NY 14623 | | Claim Number: 1190<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $5,000.00 |
| ROCK, HELEN<br>108 CHADMORE DR<br>CARY, NC 27518 | | Claim Number: 7266<br>Claim Date: 05/24/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $12,119.39<br>$44,337.33 | | |
| RODELY, JOSEPH E.<br>3109 FELBRIGG DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 7187<br>Claim Date: 04/05/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $59,736.67 | | |
| RODENFELS, CHARLES T<br>2 CADILLAC PLACE<br>PALM COAST, FL 32137 | | Claim Number: 3406<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $10,524.00 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| RODRIGUEZ, ABELARDO<br>2221 MOUNTAIN MIST CT. #201<br>RALEIGH, NC 27603 | Claim Number: 2336<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | |
| PRIORITY            Claimed: | $50,447.00 | |
| RODRIGUEZ, ABELARDO B.<br>113 RETON CT<br>CARY, NC 27513 | Claim Number: 219<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| PRIORITY            Claimed: | $50,447.00 | |
| RODRIGUEZ, JOSEPH<br>1734 MAPLE LEAF DRIVE<br>WYLIE, TX 75098 | Claim Number: 1220<br>Claim Date: 05/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY            Claimed:<br>UNSECURED        Claimed: | $2,930.96<br>$19,051.24 | |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | Claim Number: 6258<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY            Claimed:<br>UNSECURED        Claimed: | $10,950.00<br>$1,236,195.60 | |
| ROGERS, BERTHA<br>203 BATHGATE LANE<br>CARY, NC 27513 | Claim Number: 306<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | |
| SECURED            Claimed: | $80,000.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ROGNLIE, ERIC L
151 NORTH BAY DR
BULLARD, TX 75757

Claim Number: 3460
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,686.89 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

ROLLINGS, LINDA K.
4545 RED BARK CT.
ANTIOCH, TN 37013

Claim Number: 7432
Claim Date: 09/23/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $14,050.00 UNLIQ |

ROMAN, PETE
329 MADISON AVE
HASBROUCK HEIGHTS, NJ 07604

Claim Number: 2579
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

ROOT, KAREN E.
14 UPSTONE DRIVE
NASHUA, NH 03063

Claim Number: 7396
Claim Date: 08/30/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $16,844.68 UNLIQ |

ROSE, MICHAEL
2615 MERLIN DRIVE
LEWISVILLE, TX 75056

Claim Number: 2602
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $39,373.35 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| ROSE, RICHARD M.<br>17 THERESA BLVD.<br>WAPPINGERS FALLS, NY 12590 | Claim Number: 227<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7587 | |
| PRIORITY          Claimed: | $11,429.22 | |
| ROSE, RICHARD M.<br>17 THERESA BLVD.<br>WAPPINGERS FALLS, NY 12590 | Claim Number: 228<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY          Claimed: | $83,920.72 | |
| ROSE, RICHARD M.<br>17 THERESA BLVD.<br>WAPPINGERS FALLS, NY 12590 | Claim Number: 7587<br>Claim Date: 02/02/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7633<br>amends claim 227 | |
| PRIORITY          Claimed: | $147,735.63 | |
| ROSE, RICHARD M.<br>17 THERESA BLVD.<br>WAPPINGERS FALLS, NY 12590 | Claim Number: 7633<br>Claim Date: 03/09/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7587 | |
| PRIORITY          Claimed: | $163,194.84 | |
| ROSS, ERIC<br>508 THARPS LANE<br>RALEIGH, NC 27614 | Claim Number: 3713<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $1,740,462.94          Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| ROSSI, RYAN<br>109 APPLEWOOD LN<br>SLIPPERY ROCK, PA 16057-2901 | Claim Number: 5431<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $235,885.50 |

| ROTH, JOHN A.<br>993673 MONO-ADJALA TOWN LINE<br>ORANGEVILLE, ON L9W 2Z2<br>CANADA | Claim Number: 6172<br>Claim Date: 12/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |
|---|---|

| UNSECURED | Claimed: | $1,000,000,000.00   UNLIQ |

| ROTHFARB, ALLAN<br>15624 BERNARDO CENTER DR APT 3602<br>SAN DIEGO, CA 92127-1866 | Claim Number: 4520<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $23,468.94 |

| ROVIRA, ALBA<br>10553 MENDOCINO LN<br>BOCA RATON, FL 33428-1209 | Claim Number: 1505<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $20,272.00 |

| ROVIRA, ALBA<br>1604 SE SHELBURNIE WAY<br>PORT ST LUCIE, FL 34952-6054 | Claim Number: 1506<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $20,272.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ROVIRA, ALBA
1604 SE SHELBURNIE WAY
PORT ST LUCIE, FL 349526054

Claim Number: 2730
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $20,272.00 |
| --- | --- | --- |

ROWAN, LYNN P.
25 WESTVIEW RD.
BROOKLINE, NH 03033

Claim Number: 7707
Claim Date: 04/15/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $55,384.56 |
| --- | --- | --- |

ROWAN, LYNN P.
25 WESTVIEW RD.
BROOKLINE, NH 03033

Claim Number: 7888
Claim Date: 08/03/2011
Debtor: NORTEL NETWORKS INC.
Comments:
May amend claim 7679

| UNSECURED | Claimed: | $55,384.56 |
| --- | --- | --- |

ROWE, CHARLES
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5526
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $219,556.00 |
| --- | --- | --- |

ROWEN, AMELIA A
4073 TRINIDAD WAY
NAPLES, FL 34119

Claim Number: 2710
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| ROYAL, MARK<br>5610 EXETER DR<br>RICHARDSON, TX 75082 | | Claim Number: 381<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $17,450.00 |

| | | |
|---|---|---|
| ROYER, MARTHA<br>11022 FERNALD AVE<br>DALLAS, TX 75218 | | Claim Number: 1938<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,173.90 |

| | | |
|---|---|---|
| ROYER, MARTHA<br>11022 FERNALD AVE<br>DALLAS, TX 75218 | | Claim Number: 1940<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,173.90 |

| | | |
|---|---|---|
| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | | Claim Number: 1937<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,123.90 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | | Claim Number: 1939<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,123.90 |

| RUFF, GEOFFREY E<br>1029 RED BRICK ROAD<br>GARNER, NC 27529 | | Claim Number: 6973<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $47,572.60 |

| RUSSO PECK, MARIANNE<br>31 BAY 38TH STREET<br>BROOKLYN, NY 11214 | | Claim Number: 4904<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $14,959.92 |

| RYAN, RONALD D<br>7609 CALCUTTA RUN DR<br>LEANDER, TX 78645-4564 | | Claim Number: 6503<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $70,837.52 |

| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | | Claim Number: 739<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| PRIORITY | Claimed: | $77.01 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | Claim Number: 2267<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2708 (03/15/2010) |
|---|---|

| PRIORITY | Claimed: | $92.82 |
|---|---|---|

---

| SAENZ, DANIEL R<br>10006 ASHEBORO ST<br>FRISCO, TX 75035 | Claim Number: 7168<br>Claim Date: 03/26/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $36,637.47 |
|---|---|---|

---

| SAFE RECORDS CENTER LLC D/B/A<br>ARCHIVES USA<br>JENNIFER R. HOOVER, ESQ.<br>222 DELAWARE AVENUE, SUITE 801<br>WILMINGTON, DE 19801 | Claim Number: 1253<br>Claim Date: 05/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 1722 (10/26/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $31,754.62  UNLIQ |
|---|---|---|

---

| SAFFELL, CHARLES<br>39897 CHARLES TOWN PIKE<br>HAMILTON, VA 20158 | Claim Number: 2510<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28,041.32 | Scheduled: | $25,276.36  UNLIQ |
|---|---|---|---|---|

---

| SAIFEE, BENAZEER<br>99 MEROKE LN<br>EAST ISLIP, NY 11730 | Claim Number: 7099<br>Claim Date: 02/11/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $23,675.47 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | |
|---|---|---|---|---|
| SAKHONKO, MALTI<br>7200 WELSHMAN DRIVE<br>FORT WORTH, TX 76137 | | Claim Number: 8194<br>Claim Date: 02/08/2012<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ | |
| UNSECURED | Claimed: | $11,923.69  UNLIQ | |

---

| | | |
|---|---|---|
| SALB, RALPH<br>4216 249TH CT SE<br>ISSAQUAH, WA 98029 | | Claim Number: 104<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $77,929.45 |

---

| | | |
|---|---|---|
| SALB, RALPH<br>4216 249TH COURT SE<br>ISSAQUAH, WA 98029 | | Claim Number: 4439<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,842.76 | Scheduled: | $80,316.52 UNLIQ |

---

| | | |
|---|---|---|
| SALB, RALPH<br>4216 249TH COURT SE<br>ISSAQUAH, WA 98029 | | Claim Number: 4441<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,032.98 | Scheduled: | $248.56 UNLIQ |

---

| | | |
|---|---|---|
| SALEH, OSSAMA A.<br>6617 BATTLEFORD DR<br>RALEIGH, NC 27613 | | Claim Number: 1778<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,620.80 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| SALIBI, CAMILLE<br>6811 N WOODRIDGE DR<br>PARKLAND, FL 33067 | | Claim Number: 2132<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| SALIBI, CAMILLE<br>6811 N WOODRIDGE DR<br>PARKLAND, FL 33067 | | Claim Number: 2133<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $358,803.12 | | |
| UNSECURED | Claimed: | $358,803.12 | Scheduled: | $0.00   UNLIQ |
| TOTAL | Claimed: | $358,803.12 | | |
| SALLESE, CATHERINE<br>95 KENWOOD ROAD<br>METHUEN, MA 01844 | | Claim Number: 7945<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $39,689.46 | | |
| SALTSMAN, ALTON<br>5205 THE DYKE<br>RALEIGH, NC 27606 | | Claim Number: 7197<br>Claim Date: 04/09/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $68,388.00 | | |
| SAMARRAIE, MOHAMED AL<br>PO BOX 45030<br>LAVAL, QC H7Y 2H2<br>CANADA | | Claim Number: 165<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $233.75 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SAMPER, DONNA
1512 LIATRIS LN
RALEIGH, NC 27613

Claim Number: 6502
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $76,681.66 | | |

SAMUEL, JOSEPH
102 BATHGATE LANE
CARY, NC 27513

Claim Number: 1165
Claim Date: 05/13/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $269,670.98 | | |

SAMUEL, JOSEPH
102 BATHGATE LANE
CARY, NC 27513

Claim Number: 3304
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $198,510.44 | Scheduled: | $0.00 UNLIQ |

SANDERS, JEFFREY W.
4902 CLAY DR.
ROWLETT, TX 75088

Claim Number: 2613
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |

SANDERSON, GARY
9004 OLD HICKORY ROAD
TYLER, TX 75703

Claim Number: 2978
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $233,080.87 UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| SANDERSON, GARY LYNN<br>9004 OLD HICKORY RD<br>TYLER, TX 75703 | Claim Number: 2977<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $233,080.87   UNLIQ |
|---|---|---|

---

| SANDILANDS, PHILLIP EDWARD<br>1002 REDBUD DRIVE<br>ALLEN, TX 75002 | Claim Number: 6019<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $22,965.82 |

---

| SANMINA - SCI CORPORATION AND ITS AFF.<br>C/O KLEE TUCHIN BOGDANOFF & STERN LLP<br>ATTN DAVID FIDLER<br>1999 AVENUE OF THE STARS, 39TH FL<br>LOS ANGELES, CA 90067 | Claim Number: 4454<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,606,176.81   UNDET |
|---|---|---|

---

| SANMINA-SCI CORPORATION<br>AND ITS AFFILIATES, ATTN: DAVID A FIDLER<br>C/O KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067 | Claim Number: 4644<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,606,176.81 |
|---|---|---|
| SECURED | Claimed: | $2,300,000.00 |
| UNSECURED | Claimed: | $15,818,764.87 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| SANT CORPORATION, THE<br>ATTN: MARK CLAVER<br>10260 ALLIANCE ROAD<br>CINCINNATI, OH 45242 | | Claim Number: 957<br>Claim Date: 04/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,368.75 | | Allowed: | $23,368.75 |

| | | |
|---|---|---|
| SAP AMERICA, INC.<br>C/O BROWN & CONNERY, LLP<br>ATTN: DONALD K. LUDMAN, ESQUIRE<br>6 N. BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | | Claim Number: 5650<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $138,967.28 |

| | | |
|---|---|---|
| SAP BUSINESS OBJECTS<br>C/O BROWN & CONNERY LLP<br>ATTN: DONALD K. LUDMAN, ESQUIRE<br>6 N. BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | | Claim Number: 5651<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $161,586.00 |

| | | |
|---|---|---|
| SARMIENTO, CLAUDIA<br>4947 EVERGLADE COURT<br>SANTA ROSA, CA 95409 | | Claim Number: 7598<br>Claim Date: 02/09/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $32,000.00 |

| | | |
|---|---|---|
| SAS INSTITUTE INC<br>ATTN: HOWARD BROWNE<br>SAS CAMPUS DRIVE<br>CARY, NC 27512-8000 | | Claim Number: 2803<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $89,700.00 | Scheduled: | $51,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| SASKEN COMMUNICATION TECHNOLOGIES LTD<br>139/25 DOMLUR RING ROAD<br>BANGALORE, 560071<br>INDIA | | Claim Number: 2874<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| ADMINISTRATIVE | Claimed: | $27,339.00 |
| SATTAR, AAMIR<br>PO BOX 4104<br>SANTA CLARA, CA 95056 | | Claim Number: 6056<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4579 |
| UNSECURED | Claimed: | $91,938.47 |
| SAUCIER, MADAME GUYLAINE<br>1000 DE LA GAUCHETIERE STREET WEST<br>SUITE 2500<br>MONTREAL, QC H3B 0A2<br>CANADA | | Claim Number: 5414<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |
| SAVAGE, RICHIE<br>909 KNOTTS HILL PLACE<br>KNIGHTDALE, NC 27545 | | Claim Number: 3425<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $55,000.00 |
| SAVAGE, RUSSELL III<br>4007 NUNN ROAD<br>HUNTSVILLE, AL 35802 | | Claim Number: 3321<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) |
| PRIORITY | Claimed: | $18,750.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| SAVARESE, PATRICK<br>2705 VILLAGE DR<br>BREWSTER, NY 10509-1326 | | Claim Number: 591<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $17,160.75 |
|---|---|---|

| SAWYER, NICOLE<br>4536 COTTENDALE DR.<br>DURHAM, NC 27703 | | Claim Number: 7363<br>Claim Date: 07/29/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $13,046.17 |
|---|---|---|

| SAYWELL, JOHN G.<br>1716 HARVEST GLEN DRIVE<br>ALLEN, TX 75002 | | Claim Number: 1898<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $57,166.00 |
|---|---|---|

| SBC GLOBAL SERVICES<br>JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 71<br>Claim Date: 01/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $132,375.81 |
|---|---|---|

| SBC INTERNET SERVICES, INC<br>JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 69<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2889 (04/15/2010) |
|---|---|---|

| UNSECURED | Claimed: | $4,370.63 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| SBC LONG DISTANCE, LLC<br>JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 70<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $4.13 | | |
| SCHAUER, SCOTT<br>1337 FOUR WINDS DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 1469<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $6,127.99 | | |
| SCHAUER, SCOTT<br>1337 FOUR WINDS DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 1470<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $91,323.14 | | |
| SCHAUER, SCOTT<br>1337 FOUR WINDS DR<br>RALEIGH, NC 27615 | | Claim Number: 3048<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $109,964.17 | | |
| SCHECTER, ROGER<br>3 BLACKBERRY RD<br>NASHVILLE, TN 37215 | | Claim Number: 3746<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $77,111.43 | Scheduled: | $77,111.43 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SCHECTER, ROGER A.
3 BLACKBERRY RD
NASHVILLE, TN 37215

Claim Number: 3744
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $451,314.36 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

SCHEER, JOHN
5736 CHADWICK LN
BRENTWOOD, TN 37027

Claim Number: 352
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $31,101.35 | | |
|---|---|---|---|---|

SCHEER, JOHN
5736 CHADWICK LN
BRENTWOOD, TN 37027

Claim Number: 3444
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $30,583.55 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $30,583.55 UNLIQ |

SCHERFF, MELANIE
4713 EDINBURGH DR
CARLSBAD, CA 92010

Claim Number: 5827
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $29,035.00 | | |
|---|---|---|---|---|

SCHILLING, STEVEN L.
6324 WAKE FALLS DR
WAKE FOREST, NC 27587

Claim Number: 3477
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,026,473.71 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SCHILTZ, ROBERT A. JR.
8 PETERS LN
BEDFORD, NY 10506

Claim Number: 5627
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE        Claimed:              $4,156.94

SCHLESSEL, KAREN H.
15 CAMEO COURT
CHERRY HILL, NJ 08003

Claim Number: 5342
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED        Claimed:              $69,959.62

SCHMAL, KAREN L.
26 MONTROSE AVE
WAKEFIELD, MA 01880

Claim Number: 7742
Claim Date: 05/31/2011
Debtor: NORTEL NETWORKS INC.

---

ADMINISTRATIVE        Claimed:              $22,707.68

SCHMAL, KAREN L.
26 MONTROSE AVE
WAKEFIELD, MA 01880

Claim Number: 7743
Claim Date: 05/31/2011
Debtor: NORTEL NETWORKS INC.

---

UNSECURED        Claimed:              $22,708.00

SCHMEHL, EDWARD
515 RUSSELL PARK
SAN ANTONIO, TX 78260

Claim Number: 5953
Claim Date: 10/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE        Claimed:              $13,286.00

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| SCHMELZEL, JOHN<br>2607 OLD MILL LANE<br>ROLLING MEADOWS, IL 60008 | | Claim Number: 6046<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $209,393.43 |
| SCHMIDT, FRANZA<br>2010 LAKE SHORE LANDING<br>ALPHARETTA, GA 30005 | | Claim Number: 3349<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $18,530.45 |
| SCHNEIDER, PATRICIA<br>5634 CHARLESTOWN DRIVE<br>DALLAS, TX 75230 | | Claim Number: 447<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| PRIORITY | Claimed: | $5,229.93 |
| UNSECURED | Claimed: | $47,833.90 |
| SCHOFIELD, BONNIE G.<br>4588 TANGLEWOOD DR.<br>PEGRAM, TN 37143 | | Claim Number: 7410<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,296.00   UNLIQ |
| SCHOFIELD, BRUCE<br>15 FARWELL ROAD<br>TYNGSBORO, MA 01879 | | Claim Number: 378<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $34,672.56 |
| UNSECURED | Claimed: | $16,860.98 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| SCHOLNICK, DAVID<br>4 PICKWICK ROAD<br>MARBLEHEAD, MA 01945 | | Claim Number: 6191<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $20,000.00 |
| SCHOOLEY, RUSSELL<br>1603 CLEARMEADOW DRIVE<br>ALLEN, TX 75002 | | Claim Number: 4175<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3320. |
| PRIORITY | Claimed: | $14,018.13 |
| UNSECURED | Claimed: | $46,247.17 |
| SCHUDDE, THOMAS<br>5897 PADDOCK COURT<br>CANANDAIGUA, NY 14424 | | Claim Number: 7241<br>Claim Date: 05/03/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) |
| UNSECURED | Claimed: | $91,784.16 |
| SCHUSTER, JAC<br>2804 DUNBAR DRIVE<br>MCKINNEY, TX 75070 | | Claim Number: 7272<br>Claim Date: 06/01/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $25,665.42 |
| SCHWANTES, ROGER A.<br>C/O HARWELL, HOWARD, HYNE, GABBERT &<br>MANNER, P. C., ATTN: TRACY M. LUJAN<br>315 DEADERICK STREET, SUITE 1800<br>NASHVILLE, TN 37238 | | Claim Number: 3940<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $413,508.17 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SCHWARTZ, JEAN-LUC
ALLMENDWEG 4
ZELL, 77736
GERMANY

Claim Number: 2556
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SCHWARTZ, SUSAN FOX
6726 SAWMILL ROAD
DALLAS, TX 75252

Claim Number: 6028
Claim Date: 10/20/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claims 1591 and 2193

| UNSECURED | Claimed: | $30,212.00 |
|---|---|---|

SCHWEM, KURT
1350 BENEDICT CT.
PLEASANTON, CA 94566

Claim Number: 3078
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $55,266.78 |
|---|---|---|

SCHWEM, KURT
18910 CARLTON AVE.
CASTRO VALLEY, CA 94546

Claim Number: 3079
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| UNSECURED | Claimed: | $55,266.78 |
|---|---|---|

SCOTT, FLOY E.
13297 MINK LANE
CARMEL, IN 46074

Claim Number: 7613
Claim Date: 02/22/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,711.90 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| SCOTT, FRED<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim Number: 5528<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $9,889.00 |
|---|---|---|

| SCOTT, JEFFREY<br>123 MOONLIGHT DR.<br>MURPHY, TX 75094 | Claim Number: 1300<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $40,573.74 |
|---|---|---|

| SCOTT, JEFFREY<br>123 MOONLIGHT DR.<br>MURPHY, TX 75094 | Claim Number: 1301<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $40,573.74 |
|---|---|---|

| SCOTT, MARLENE L<br>2759 GALE AVE<br>LONG BEACH, CA 90810 | Claim Number: 3805<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $57,451.50 |
|---|---|---|

| SEAMAN, HAROLD<br>118 W CODA CIR<br>DELRAY BEACH, FL 33444-3630 | Claim Number: 3967<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8005 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $43,513.02 | Scheduled: | $54,463.02 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | |
|---|---|---|---|---|---|
| SEAMAN, HAROLD<br>118 W CODA CIR<br>DELRAY BEACH, FL 33444-3630 | | Claim Number: 3978<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY<br>UNSECURED | Claimed: | $11,549.61 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| SEAMAN, HAROLD E<br>118 W CODA CIR<br>DELRAY BEACH, FL 33444-3630 | | Claim Number: 6<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $139,081.79 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| SEARLES, STEVE<br>19119 STREAM CROSSING C<br>LEESBURG, VA 20176 | | Claim Number: 4164<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $450.00 | Scheduled: | $450.00 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $247,546.22 | Scheduled: | $247,546.22 |

| | | | | | |
|---|---|---|---|---|---|
| SEARLES, STEVE<br>19119 STREAM CROSSING CT.<br>LEESBURG, VA 20176 | | Claim Number: 4165<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $83,055.34 | Scheduled: | $83,055.34 UNLIQ |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| SEARLES, STEVE<br>19119 STREAM CROSSING CT.<br>LEESBURG, VA 20176 | | Claim Number: 4289<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $1,998.23 | Scheduled: | $1,998.23 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| SEARS, RANDOLPH R.<br>4204 SCOTTSDALE ST<br>DURHAM, NC 27712 | | Claim Number: 1271<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |

| UNSECURED | Claimed: | $96,888.87 |
|---|---|---|

| | | |
|---|---|---|
| SEDIN, S.A.<br>PO BOX 6211<br>GENEVA 6, CH 1211<br>SWITZERLAND | | Claim Number: 2409<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |

| ADMINISTRATIVE | Claimed: | $710.69 |
|---|---|---|

| | | |
|---|---|---|
| SEID, GUY A.<br>1420 W. MCDERMOTT DRIVE<br>APT 938<br>ALLEN, TX 75013 | | Claim Number: 892<br>Claim Date: 04/10/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $49,943.00 |
|---|---|---|

| | | |
|---|---|---|
| SEITZ, DENNIS W<br>5200 LINNADINE WAY<br>NORCROSS, GA 30092 | | Claim Number: 5446<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $276,480.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| SELBREDE, KENT<br>4716 ANGEL FIRE DR<br>RICHARDSON, TX 75082 | | Claim Number: 806<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $1,293.92 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| SELIGSON, JOHN<br>2901 CAPETANIOS DRIVE<br>EL DORADO HILLS, CA 95762 | | Claim Number: 4282<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1060 | | | |
| UNSECURED | Claimed: | $157,031.55 | Scheduled: | $157,031.55 UNLIQ | |
| SELISKER, MARK R<br>4620 WHITE CHAPEL WAY<br>RALEIGH, NC 27615 | | Claim Number: 3495<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $231,163.04 | Scheduled: | $0.00 UNLIQ | |
| SEMET, ROBERT J<br>209 ASBURY RD<br>EGG HARBOR TOWNSH, NJ 08234 | | Claim Number: 1719<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| SEMET, ROBERT J.<br>209 ASBURY ROAD<br>EGG HARBOR TWP, NJ 08234 | | Claim Number: 1718<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |
| SENA TECHNOLOGIES INC<br>3150 ALMADEN EXPY STE 233<br>SAN JOSE, CA 95118-1250 | | Claim Number: 2492<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED | Claimed: | $4,082.81 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SENA TECHNOLOGIES, INC.
3150 ALMADEN EXPY
SUITE 238
SAN JOSE, CA 95118-1250

Claim Number: 2491
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

---

ADMINISTRATIVE         Claimed:            $4,082.81

SENNA, STEVEN A.
29 WESTRIDGE DR.
BOLTON, CT 06043

Claim Number: 789
Claim Date: 04/01/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY               Claimed:            $27,490.97

SEPULVEDA (CIRILO), ELLEN
1045 E GREEN STREET
PASADENA, CA 91106

Claim Number: 2116
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

---

ADMINISTRATIVE         Claimed:            $0.00   UNDET

SERAFINI, EDUARDO ACOSTA
60 TADMUCK RD
WESTFORD, MA 01886

Claim Number: 1523
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7234 (02/21/2012)

---

PRIORITY               Claimed:            $16,276.68

SEZER, ORAL
3724 SWAN LAKE FM RD
APEX, NC 27539

Claim Number: 1729
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE         Claimed:            $100,000.00

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| SEZER, ORAL T | Claim Number: 1728 |
| 3724 SUNLAKE FARMS RD | Claim Date: 08/17/2009 |
| APEX, NC 27539 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00 UNLIQ |

---

| SEZER, ORAL T. | Claim Number: 2272 |
| 3424 SUNLAKE FARMS RD. | Claim Date: 08/28/2009 |
| APEX, NC 27539 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $150,121.00 |

---

| SGROI, PAUL | Claim Number: 3816 |
| 4663 PINECREST TER | Claim Date: 09/25/2009 |
| EDEN, NY 14057 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $23,971.04 |

---

| SHABOUT, AZMEENA VIRANI | Claim Number: 1105 |
| 1431 GARDENIA ST. | Claim Date: 05/04/2009 |
| IRVING, TX 75063 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 7234 (02/21/2012) |

| PRIORITY | Claimed: | $82,897.10 |

---

| SHACT, NEAL | Claim Number: 5527 |
| C/O JEFFREY B. ROSE | Claim Date: 09/30/2009 |
| TISHLER & WALD, LTD. | Debtor: NORTEL NETWORKS INC. |
| 200 SOUTH WACKER DRIVE, SUITE 3000 | |
| CHICAGO, IL 60606 | |

| UNSECURED | Claimed: | $592,950.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | |
|---|---|---|
| SHAH, KETAN<br>108 NATCHEZ CT<br>CARY, NC 27519-9535 | | Claim Number: 3217<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $3,166.47 |
|---|---|---|

---

| | | |
|---|---|---|
| SHAH, KETAN<br>108 NATCHEZ CT<br>CARY, NC 27519-9535 | | Claim Number: 3391<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $42,337.09 |

---

| | | |
|---|---|---|
| SHAH, RAJIV<br>2308 HIGH COUNTRY WY<br>PLANO, TX 75025 | | Claim Number: 4591<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $14,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $17,527.40 |

---

| | | |
|---|---|---|
| SHAIKH, RAOUF A.<br>22756 HIGHCREST CIR<br>ASHBURN, VA 201486952 | | Claim Number: 849<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $51,398.00 |
|---|---|---|
| UNSECURED | Claimed: | $19,615.83 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| SHANBHAG, RAJ<br>639 LONSDALE AVE<br>FREMONT, CA 96539 | | Claim Number: 367<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| UNSECURED | Claimed: | $58,749.65 |
| SHANBHAG, RAJ<br>639 LONSDALE AVE<br>FREMONT, CA 94539 | | Claim Number: 2213<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| UNSECURED | Claimed: | $58,749.65 |
| SHANBHAG, RAJ<br>639 LONSDALE AVE<br>FREMONT, CA 96539 | | Claim Number: 2214<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $58,749.65 |
| SHANK, EDWARD<br>8769 W. TUCKEY LN.<br>GLENDALE, AZ 85305 | | Claim Number: 3489<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $38,316.00 |
| SHANKS, JAMES<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | | Claim Number: 3533<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,721.68 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SHAPPELL, MICHAEL J
5785 SEVEN OAKS PKWY
ALPHARETTA, GA 30005

Claim Number: 3018
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $869.99 | | | | |

SHAPPELL, MICHAEL J.
5785 SEVEN OAKS PKWY
ALPHARETTA, GA 30005

Claim Number: 1146
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $85,176.61 | | | | |

SHARED TECHNOLOGIES INC
580 VIRGINIA DR STE 141
FT WASHINGTON, PA 19034-2723

Claim Number: 6687
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,158.37 | Scheduled: | $0.00 UNLIQ | Allowed: | $19,158.37 |

SHARED TECHNOLOGIES INC.
2425 GATEWAY DR
IRVING, TX 75063-2753

Claim Number: 2431
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $33,411.78 | | | Allowed: | $33,411.78 |

SHAREE JOPLIN
1253 VZ COUNTY ROAD 1412
VAN, TX 75790-3177

Claim Number: 7745
Claim Date: 05/31/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 4461

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $51,907.83 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | |
|---|---|---|---|---|---|
| SHARMA, JAG MOHAN<br>113 COUNCIL GAP COURT<br>CARY, NC 27513 | | Claim Number: 4311<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $100,000.00 UNLIQ | Scheduled: | $0.00 UNLIQ | |
|---|---|---|---|---|---|
| SHARMA, JAG MOHAN<br>113 COUNCIL GAP COURT<br>CARY, NC 27513 | | Claim Number: 4312<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $179,633.05 | Scheduled: | $174,479.11 UNLIQ | |
|---|---|---|---|---|---|
| SHARP, JAMES E.<br>3215 STONY CREEK CT<br>LEWIS CENTER, OH 43035 | | Claim Number: 2865<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |

| ADMINISTRATIVE | Claimed: | $5,438.78 | | | |
|---|---|---|---|---|---|
| SHAVER, ALLEN DAVID<br>5939 MARTIN HILLS LN<br>HILLSBOROUGH, NC 27278 | | Claim Number: 7341<br>Claim Date: 07/09/2010<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $73,796.18 | | | |
|---|---|---|---|---|---|
| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | | Claim Number: 1071<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $53,416.58 | | | |
|---|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | | Claim Number: 4079<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $53,416.58 | | |
| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | | Claim Number: 4110<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | | Claim Number: 4434<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $53,416.58 | | |
| SHEA, JOHN L. III<br>5203 TWIGHT DR<br>FRISCO, TX 75035-7007 | | Claim Number: 4<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | |
| PRIORITY | Claimed: | $1,545.82 | | |
| UNSECURED | Claimed: | $12,772.73 | | |
| SHEARMAN & STERLING LLP<br>ATTN: WILLIAM J.F. ROLL, III ESQ. &<br>SOLOMON J. NOH, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 | | Claim Number: 3111<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $1,361.93 | Scheduled: | $9,512.22 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| SHEEHAN, FLOR B.<br>1302 NORTHPARK DRIVE<br>RICHARDSON, TX 75081 | | Claim Number: 7800<br>Claim Date: 06/21/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $20,480.77 |

| | | |
|---|---|---|
| SHEFFEY, RICKIE A.<br>1923 THORNBERRY DR.<br>MELISSA, TX 75454-3021 | | Claim Number: 7299<br>Claim Date: 06/17/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $59,875.64 |

| | | |
|---|---|---|
| SHEKOKAR, PRAVEEN<br>3521 WILLETT PL.<br>SANTA CLARA, CA 95051 | | Claim Number: 2353<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $43,200.00 |

| | | |
|---|---|---|
| SHELBY COUNTY PROPERTY TAX COMMISSIONER<br>ATTN: DON ARMSTRONG<br>PO BOX 1298<br>COLUMBIANA, AL 35051 | | Claim Number: 1699<br>Claim Date: 08/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3944 (09/15/2010) |
| PRIORITY | Claimed: | $444.22 |
| SECURED | Claimed: | $444.22 |
| TOTAL | Claimed: | $444.22 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| SHEPHERD, FRANK J.<br>2426-1 SHIPS MECHANIC ROW<br>GALVESTON, TX 77550 | Claim Number: 2029<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $41,597.38 |
| UNSECURED | Claimed: | $12,643.60 |

---

| SHEPHERD, FRANK J.<br>2426-1 SHIPS MECHANIC ROW<br>GALVESTON, TX 77550 | Claim Number: 5491<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $515,719.24 |

---

| SHEPPARD, JOHN E.<br>4808 WOOD VALLEY DRIVE<br>RALEIGH, NC 27613-6334 | Claim Number: 619<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| PRIORITY | Claimed: | $70,424.62 |
| UNSECURED | Claimed: | $3,570.93 |

---

| SHEPPARD, JOHN E.<br>4808 WOOD VALLEY DRIVE<br>RALEIGH, NC 27613-6334 | Claim Number: 620<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $39,105.53 |

---

| SHEPPARD, JOHN E.<br>4808 WOOD VALLEY DRIVE<br>RALEIGH, NC 27613-6334 | Claim Number: 3106<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $39,105.53 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| SHEPPARD, JOHN E.<br>4808 WOOD VALLEY DRIVE<br>RALEIGH, NC 27613-6334 | Claim Number: 3107<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $70,424.62 | | |
| UNSECURED | Claimed: | $1,889.98 | Scheduled: | $72,314.60 UNLIQ |

| SHERALI, RAY<br>72 WISTERIA LANE<br>APEX, NC 27523 | Claim Number: 1310<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $149,748.43 |

| SHI, ZHIMIN<br>10 VALLEY RD<br>LEXINGTON, MA 02421 | Claim Number: 5591<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $41,227.58 |

| SHIELDS, BRIAN<br>1800 PARK RIDGE WAY<br>RALEIGH, NC 27614-9040 | Claim Number: 1422<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $56,667.12 |

| SHIELDS, CAROLYN M.<br>11461 PURPLE BEECH DRIVE<br>RESTON, VA 20191 | Claim Number: 7238<br>Claim Date: 04/29/2010<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 UNLIQ |
| UNSECURED | Claimed: | $39,170.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SHIH, YUHSIANG
3262 ORLANDO RD.
PASADENA, CA 91107

Claim Number: 1137
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $36,898.00 |
|---|---|---|

SHIPE, DAVID
104 HARDAWAY PT
CLAYTON, NC 27527

Claim Number: 8177
Claim Date: 01/23/2012
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $50,859.20 |
|---|---|---|

SHIRALLIE, KAMYAR
5350 PEBBLETREE WAY
SAN JOSE, CA 95111

Claim Number: 4127
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $19,400.00 |
|---|---|---|

SHORE, KEVIN
8222 CRABTREE DRIVE
AUSTIN, TX 78750

Claim Number: 647
Claim Date: 03/19/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $17,354.61 |
|---|---|---|

SHORT, BRIAN
215 JULIET CR
CARY, NC 27513

Claim Number: 7733
Claim Date: 05/10/2011
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $17,788.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SHORT, BRIAN
215 JULIET CR
CARY, NC 27513

Claim Number: 7734
Claim Date: 05/10/2011
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $7,403.00 |
|---|---|---|

SHREWSBURY, MARK C.
166 LAURIE DR.
ORMOND BEACH, FL 32176

Claim Number: 595
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $34,300.00 |
|---|---|---|

SICILIANO, ROBERT A
3 LINK COURT
NEW CITY, NY 10956

Claim Number: 5925
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $70,000.00 |
|---|---|---|

SICOTTE, LUC P
1933 PEMBROKE LANE
MCKINNEY, TX 75070

Claim Number: 4074
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $132,813.01 |
|---|---|---|

SICOTTE, LUC P.
1933 PEMBROKE LANE
MCKINNEY, TX 75070

Claim Number: 1076
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $129,179.50 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SIEGEL, GARY
621 TAYLOR TR.
MURPHY, TX 75094

Claim Number: 7925
Claim Date: 09/06/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 914 and 6022

| UNSECURED | Claimed: | $49,551.24 |
|---|---|---|

SIEMENS ENTERPRISE COMMUNICATIONS, INC.
5500 BROKEN SOUND BLVD
BOCA RATON, FL 33487-3502

Claim Number: 2557
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $117,719.78 |
|---|---|---|

SIEMENS, WAYNE
941 LAUREN LANE
MURPHY, TX 75094

Claim Number: 725
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $76,537.89 |
|---|---|---|

SIERRA LIQUIDITY FUND, LLC
ASSIGNEE & ATTORNEY-IN-FACT FOR
WHITNEY BLAKE CO., ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 402
Claim Date: 02/24/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $870.00 |
|---|---|---|

SIGARTO, SAMUEL
1509 LIATRIS LANE
RALEIGH, NC 27613

Claim Number: 2581
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,958.42 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3,779.32 UNLIQ |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIGARTO, SAMUEL<br>1509 LIATRIS LANE<br>RALEIGH, NC 27613 | | Claim Number: 2582<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $3,958.42 | | | | | |
| SIGLER, RICHARD W.<br>212 TRAILVIEW DRIVE<br>CARY, NC 27513 | | Claim Number: 7162<br>Claim Date: 03/23/2010<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| UNSECURED | Claimed: | $46,575.90 | | | | | |
| SIGNIANT CORP<br>515 LEGGET DRIVE<br>OTTAWA, ON K2K 3G4<br>CANADA | | Claim Number: 2328<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | | |
| UNSECURED | Claimed: | $66,810.87 | Scheduled: | $25,372.32 | Allowed: | $64,290.87 | |
| SIKDAR, ASIR<br>634 CAYUGA CT.<br>SAN JOSE, CA 95123 | | Claim Number: 929<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET 7233 (02/21/2012) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | | |
| UNSECURED | Claimed: | $17,094.14 | | | | | |
| SILVERNALE, ROBERT<br>94 ELM STREET<br>GOFFSTOWN, NH 03045 | | Claim Number: 1018<br>Claim Date: 04/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| PRIORITY | Claimed: | $11,430.00 | | | | | |
| UNSECURED | Claimed: | $51,045.00 | | | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SILVERNALE, ROBERT
94 ELM STREET
GOFFSTOWN, NH 03045

Claim Number: 2652
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,139.10 | Scheduled: | $49,139.10 |

---

SILVERNALE, ROBERT
94 ELM STREET
GOFFSTOWN, NH 03045

Claim Number: 2653
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,430.76 | | |
| UNSECURED | Claimed: | $11,430.76 | Scheduled: | $11,430.76 UNLIQ |
| TOTAL | Claimed: | $11,430.76 | | |

---

SIMBOL TEST SYSTEMS
616 RUE AUGUSTE MONDOUX
GATINEAU, QC, J9J 3K3
CANADA

Claim Number: 350
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $88,250.00 |

---

SIMCLAR INTERCONNECT TECHNOLOGIES
1784 STANLEY AVE
DAYTON, OH 45404

Claim Number: 6944
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $54,972.00 |

---

SIMCO ELECTRONICS
1178 BORDEAUX DR
SUNNYVALE, CA 94089

Claim Number: 1183
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,856.00 | Scheduled: | $8,856.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SIMCOE, MITCHELL
1085 TIMBERLINE PLACE
ALPHARETTA, GA 30005

Claim Number: 5646
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $5,002.18 | | | | | |
|----------|----------|-----------|--|--|--|--|--|

SIMMONS, EDGAR B.
218 S BAY DRIVE
BULLARD, TX 75757-8939

Claim Number: 3682
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $107,217.83 | Scheduled: | $0.00 UNLIQ | | | |
|-----------|----------|-------------|------------|-------------|--|--|--|

SIMPLESOFT, INC.
257 CASTRO STREET, SUITE 220
MOUNTAIN VIEW, CA 94041

Claim Number: 729
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $36,573.13 | Scheduled: | $32,373.13 | Allowed: | $32,373.13 |
|-----------|----------|------------|------------|------------|----------|------------|

SIMPSON, JA'NELLE
163 SOMERSET DR
REIDSVILLE, NC 273208050

Claim Number: 2626
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $6,611.54 |
|----------|----------|-----------|
| UNSECURED | Claimed: | $2,803.83 |

SIMS, MARK C
2161 APPLETON CIR
LAWRENCEVILLE, GA 30043

Claim Number: 2030
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7234 (02/21/2012)

| PRIORITY | Claimed: | $34,402.30  UNLIQ |
|----------|----------|-------------------|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SINGER, DONNA
218 FAIRFIELD DRIVE EAST
HOLBROOK, NY 11741

Claim Number: 6078
Claim Date: 10/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $616.00 | Allowed: | $616.00 |

SINGH, INDERPAL
5406 WELLINGTON DR
RICHARDSON, TX 75082

Claim Number: 5795
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,826.94 |

SINNETT, WILLIAM G
139 KENTEAGA ROAD
TODD, NC 28684

Claim Number: 4416
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $256,413.82 |

SINNETT, WILLIAM G
139 KENTEAGA RD.
TODD, NC 28684

Claim Number: 4417
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,707.34 | Scheduled: | $4,707.34 |
| UNSECURED | Claimed: | $63,831.10 | Scheduled: | $63,831.10 |

SINYOR, ELLIS
3571 N 55 AVENUE
HOLLYWOOD, FL 33021

Claim Number: 3838
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $244,033.95 | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SKILLSOFT CORPORATION
ATTN: GREG PORTO
107 NORTHEASTERN BLVD.
NASHUA, NH 03062

Claim Number: 4522
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

---

| ADMINISTRATIVE | Claimed: | $21,438.90 |
| --- | --- | --- |

SKINNER, GREGORY A.
4018 PALM PLACE
WESTON, FL 33331

Claim Number: 4750
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $145,961.53 |
| --- | --- | --- |

SKINNER, JOHN R.
4156 LAKE WILSON RD
WILSON, NC 27896

Claim Number: 7088
Claim Date: 02/08/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $237,124.80 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

SKIPPER, THEODORE
1133 SECRETARIAT DR
GRAND PRAIRIE, TX 75052

Claim Number: 4488
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $22,331.20 |
| --- | --- | --- |

SKIPPER, THEODORE
1133 SECRETARIAT DR
GRAND PRAIRIE, TX 75052

Claim Number: 4490
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

---

| UNSECURED | Claimed: | $22,331.20 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SKIPPER, THEODORE J
1133 SECRETARIAT DR
GRAND PRAIRIE, TX 75052

Claim Number: 4489
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $22,331.20 | | |
|---|---|---|---|---|

SLATER & MATSIL LLP
17950 PRESTON RD SUITE 1000
DALLAS, TX 75252

Claim Number: 2630
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,319.04 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

SLEDGE, KAREN
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

Claim Number: 4837
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $4,585.44 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3,920.88 UNLIQ |

SMART, BRADLY R.
3309 LORRAINE ST.
ANN ARBOR, MI 48108-1969

Claim Number: 7967
Claim Date: 09/13/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $63,311.55 | | |
|---|---|---|---|---|

SMEENK, HARRY G.
808 LAKEWOOD DRIVE
MCKINNEY, TX 75070

Claim Number: 4565
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $10,197.55 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SMILEY, KATHLEEN
159 GIFFIN ROAD
LOS ALTOS, CA 94022

Claim Number: 3966
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

---

| PRIORITY | Claimed: | $2,945.00 |
|---|---|---|

SMILEY, KATHLEEN
159 GIFFIN ROAD
LOS ALTOS, CA 94022

Claim Number: 3968
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $19,403.00 |

SMITH III, ADRIAN D.
PO BOX 325
NEW HILL, NC 27562

Claim Number: 6104
Claim Date: 11/09/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $59,115.26 |
|---|---|---|

SMITH III, ADRIAN D.
PO BOX 325
NEW HILL, NC 27562

Claim Number: 6105
Claim Date: 11/09/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $59,115.26 |
|---|---|---|

SMITH, ALDEN W.
4 MOUNTAIN AVENUE
AYER, MA 01432

Claim Number: 3844
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $53,820.52 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 2009
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $18,144.24 |
|---|---|---|

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 2010
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,144.24 |
|---|---|---|

SMITH, DARRYL
7414 SAND PINE DR
ROWLETT, TX 75089

Claim Number: 2682
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $23,530.56 |
|---|---|---|

SMITH, DEBRA A
124 WEST 112TH ST
APT#4A
NEW YORK, NY 10026

Claim Number: 2146
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

SMITH, JAMES E.
2285 BRIARWOOD TRAIL
CUMMING, GA 30041

Claim Number: 7664
Claim Date: 03/28/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $107,153.60 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| SMITH, JAMES R.<br>P.O. BOX 487<br>MURPHYS, CA 95247-0487 | | Claim Number: 307<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| PRIORITY | Claimed: | $13,938.00 |
| SMITH, LISA L.<br>1 GLORIA TERRACE<br>DERRY, NH 03038 | | Claim Number: 5888<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $10,816.88 |
| SMITH, LISA L.<br>1 GLORIA TERRACE<br>DERRY, NH 03038 | | Claim Number: 5889<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $10,816.88 |
| SMITH, MELINDA A.<br>2390 KITTYHAWK DR.<br>FRISCO, TX 75034 | | Claim Number: 4771<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| SMITH, PATRICIA MUMLEY<br>42792 SYKES TERRACE<br>SOUTH RIDING, VA 20152 | | Claim Number: 7176<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $40,323.27 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SMITH, ROBERT PAUL
3408 STALLION CT
RALEIGH, NC 27613

Claim Number: 4062
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $78,989.20 |

---

SMITH, ROBIN L.
3226 PARKHURST LN.
RICHARDSON, TX 75082

Claim Number: 885
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $89,563.66 |

---

SNIDER, KRISTI
213 LIBERTY DR
WYLIE, TX 75098

Claim Number: 309
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,153.00 |

---

SNMP RESEARCH INTERNATIONAL INC
C/O CIARDI CIARDI & ASTIN
ATTN: CARL D. NETT
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 7471
Claim Date: 10/19/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7740
Amends claim 4625

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,517,038.00  UNLIQ |

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4625
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7471
DOCKET: 3799 (08/18/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $22,281.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SNMP RESEARCH INTERNATIONAL, INC.
CIARDI CIARDI & ASTIN
ATTN: JOSEPH MCMAHON, ESQ.
919 N. MARKET STREET, STE. 700
WILMINGTON, DE 19801

Claim Number: 7740
Claim Date: 05/26/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7923
amends claim 7471

| UNSECURED | Claimed: | $5,370,594.00 |
|---|---|---|

SNMP RESEARCH INTERNATIONAL, INC.
ATTN: JOHN L. WOOD, ESQ.
EGERTON MCAFEE ARMISTEAD & DAVIS PC
900 S. GAY STREET, STE 1400
KNOXVILLE, TN 37902

Claim Number: 7923
Claim Date: 09/02/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7740

| UNSECURED | Claimed: | $7,549,323.00  UNLIQ |
|---|---|---|

SOBRATO ORGANIZATION, THE
10600 NORTH DE ANZA BOULEVARD, NO. 200
CUPERTINO, CA 95014

Claim Number: 1461
Claim Date: 06/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,944,113.75 |
|---|---|---|

SODEXHO INC. & AFFILIATES
4880 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 5558
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5624 (06/07/2011)

| UNSECURED | Claimed: | $21,208.79 | Scheduled: | $7,973.91 | Allowed: | $16,790.24 |
|---|---|---|---|---|---|---|

SODEXO CANADA LTD.
3350 SOUTH SERVICES ROAD
BURLINGTON, ON L7N 3H6
CANADA

Claim Number: 5744
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5624 (06/07/2011)

| ADMINISTRATIVE | Claimed: | $8,538.78 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| SOFTWARE IMPRESSIONS LLC<br>51 SAWYER ROAD<br>SUITE 510<br>WALTHAM, MA 02453 | Claim Number: 6075<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE        Claimed: | $49,795.00 | | | |

| SOLUTION SOURCES PROGRAMMING, INC.<br>1600 N 4TH ST<br>SAN JOSE, CA 95112 | Claim Number: 1279<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|
| UNSECURED        Claimed: | $26,000.00 | | Allowed: | $26,000.00 |

| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: SEAPORT V LLC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 4910<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6635 (10/17/2011) | | | |
|---|---|---|---|---|
| UNSECURED        Claimed: | $599,600.00 | | Allowed: | $300,000.00 |

| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: FUTURE TELECOM INC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 6149<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|
| UNSECURED        Claimed: | $10,864.57 | | Allowed: | $10,864.57 |

| SONAR CREDIT PARTNERS, LLC<br>TRANSFEROR: CERTIFICATION CONSULTING<br>ATTN: MICHAEL GOLDBERG<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 142<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED        Claimed: | $3,167.50 | Scheduled: | $1,975.00 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | | | |
|---|---|---|---|---|---|
| SONAR CREDIT PARTNERS, LLC<br>TRANSFEROR: ONPROCESS TECHNOLOGY, INC.<br>ATTN: MICHAEL GOLDBERG<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | | Claim Number: 254<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $188,004.58 | Scheduled: | $79,124.00 | |

| | | | | | |
|---|---|---|---|---|---|
| SOOGOOR, UMAKANTH<br>1119 WATERFORD WAY<br>ALLEN, TX 75013 | | Claim Number: 3512<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $26,000.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| SORENSEN, CRAIG<br>3203 WATERPARK DR.<br>WYLIE, TX 75098 | | Claim Number: 7622<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ | | | |
| UNSECURED | Claimed: | $39,767.24  UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| SOROKA, STEPHEN<br>9 MARGARET LANE<br>BILLERICA, MA 01821 | | Claim Number: 6325<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $59,012.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| SOURCEDIRECT<br>4555 EXCEL PARKWAY<br>ADDISON, TX 75001 | | Claim Number: 3934<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,634.96 | Scheduled: | $0.00  UNLIQ | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SOWARDS, ALAN
103 LINDENTHAL CT
CARY, NC 27513

Claim Number: 235
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 72

| PRIORITY | Claimed: | $136,000.00 |
|----------|----------|-------------|

SOWARDS, ALAN
103 LINDENTHAL CT
CARY, NC 27513

Claim Number: 7253
Claim Date: 05/10/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim no. 235

| PRIORITY | Claimed: | $203,844.06 |
|----------|----------|-------------|

SOWLES, JOHN W
520 SUMMIT ROAD
WATSONVILLE, CA 95076

Claim Number: 5608
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $6,496.76 |
|----------|----------|-----------|
| UNSECURED | Claimed: | $40,169.38 |

SOWLES, JOHN W
520 SUMMIT ROAD
WATSONVILLE, CA 95076

Claim Number: 5609
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|----------------|----------|---------------|

SPARKLE POWER INC
1000 ROCK AVE
SAN JOSE, CA 95131-1610

Claim Number: 1883
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $5,880.00 | Scheduled: | $5,880.00 |
|-----------|----------|-----------|------------|-----------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SPARKLE POWER INC.<br>1000 ROCK AVE.<br>SAN JOSE, CA 95131-1610 | | Claim Number: 1882<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,880.00 | | | | | |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SPEAR 1 PRODUCTION INC<br>14881 QUORUM DRIVE<br>DALLAS, TX 75254 | | Claim Number: 2980<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $68,565.18 | Scheduled: | $38,362.75 | Allowed: | $56,454.34 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SPEARS, EVA M.<br>326 TERESA DR.<br>ROLESVILLE, NC 27571 | | Claim Number: 984<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,782.90 | | | | | |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SPILLANE, DONALD<br>106 PURPLE SAGE CT.<br>CARY, NC 27513 | | Claim Number: 6965<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $69,038.25 | | | | | |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SPIRIDE, ANDREEA<br>3408 HORSESHOE DR<br>PLANO, TX 75074 | | Claim Number: 3689<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,650.00 | | | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| SPIRIDE, GHEORGHE<br>3408 HORSESHOE DR.<br>PLANO, TX 75074 | | Claim Number: 6316<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $28,649.00 | | | |
| SPRADLEY, SUSAN<br>2 DORSET PLACE<br>DALLAS, TX 75229 | | Claim Number: 4527<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $67,011.67 | | | |
| UNSECURED | | | Scheduled: | $67,011.67 UNLIQ | |
| SPRINGWELL CAPITAL PARTNERS LLC<br>SIX LANDMARK SQUARE<br>4TH FLOOR<br>STAMFORD, CT 06901-2701 | | Claim Number: 5899<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4703 (01/11/2011) | | | |
| UNSECURED | Claimed: | $2,292.14 | | | |
| SPRINT NEXTEL<br>SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 634<br>Claim Date: 03/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $394,266.38 | | | |
| SPRINT NEXTEL<br>SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 714<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $403,783.96 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SPRINT NEXTEL
SPRINT NEXTEL - CORRESPONDENCE
ATTN: BANKRUPTCY DEPT.
PO BOX 7949
OVERLAND PARK, KS 66207-0949

Claim Number: 898
Claim Date: 04/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $404,224.97 |
|---|---|---|

SPRINT NEXTEL
SPRINT NEXTEL - CORRESPONDENCE
ATTN: BANKRUPTCY DEPT.
PO BOX 7949
OVERLAND PARK, KS 66207-0949

Claim Number: 1087
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $406,692.95 | Allowed: | $398,250.00 |
|---|---|---|---|---|

SPRINT NEXTEL CORPORATION
ATTN: JULIETTE MORROW CAMPBELL
10002 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 7010
Claim Date: 01/27/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5067 (03/04/2011)

| ADMINISTRATIVE | Claimed: | $25,139.91   UNLIQ | Allowed: | $25,139.91 |
|---|---|---|---|---|

SRIDARAN, JAYANTHI
6924 THREE BRIDGES CIRCLE
RALEIGH, NC 27613

Claim Number: 7486
Claim Date: 11/12/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $44,050.00   UNLIQ |

SRIMANI, GATLA
48988 MANNA GRASS TERRACE
FREMONT, CA 94539

Claim Number: 3642
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $17,007.70 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| SRINIVASAN, SEKAR<br>1809 EAGLE GLEN DR<br>ROSEVILLE, CA 95661-4025 | | Claim Number: 3582<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 546. | | |
| PRIORITY | Claimed: | $5,328.48 | | |
| UNSECURED | Claimed: | $28,584.62 | | |
| SS8 NETWORKS<br>SS8 NETWORKS INC<br>750 TASMAN DRIVE<br>MILPITAS, CA 95035 | | Claim Number: 5883<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $104,316.26 | Allowed: | $104,316.26 |
| SS8, NETWORKS INC.<br>ATTN: DAVID GUTIERREZ<br>750 TASMAN DR<br>MILPITAS, CA 95035 | | Claim Number: 5882<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $104,316.26 | | |
| ST LOUIS COUNTY<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 393<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| PRIORITY | Claimed: | $409.43 | | |
| ST. PAUL PROPERTIES, INC.<br>C/O JOSEPH M. VANLEUVEN<br>DAVIS WRIGHT TREMAINE LLP<br>1300 SW 5TH AVENUE, SUITE 2300<br>PORTLAND, OR 97232 | | Claim Number: 1788<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $89,252.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| STACY, MARK<br>475 N. MARTINGALE ROAD<br>SCHAUMBURG, IL 60173 | | Claim Number: 5484<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $5,269.00 | Scheduled: | $3,979.81 UNLIQ |

---

| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5485<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $5,269.00 | Scheduled: | $0.00 UNLIQ |

---

| STACY, MARK<br>895 E. SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5486<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,269.00 | | |

---

| STACY, MARK<br>895 E. SCHINNA DR.<br>PALATINE, IL 60174 | | Claim Number: 5487<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $14,437.87 | Scheduled: | $10,858.41 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5489<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $14,437.87 | | | |
| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5567<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $13,311.03 | | | |
| STANDEL JR, RICHARD R<br>8231 BAY COLONY DR  APT. 303<br>NAPLES, FL 34108 | | Claim Number: 3821<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $734,079.07 | Scheduled: | $0.00 UNLIQ | |
| STANDEL JR., RICHARD R.<br>8231 BAY COLONY DR<br>APT. 303<br>NAPLES, FL 34108 | | Claim Number: 3607<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $683,190.05 | Scheduled: | $0.00 UNLIQ | |
| STANELLE, RALPH J.<br>244 HOLLYBERRY CT<br>ROSWELL, GA 30076-1213 | | Claim Number: 948<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $115,689.79  UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | |
|---|---|---|---|---|---|
| STANLEY SUPPLY & SERVICES<br>335 WILLOW STREET<br>NORTH ANDOVER, MA 01845 | | Claim Number: 2012<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,103.65 | Scheduled: | $0.00 UNLIQ | |
| STANULIS, ROBERT<br>2312 WARRINGTON AVE.<br>FLOWER MOUND, TX 75028 | | Claim Number: 8021<br>Claim Date: 10/11/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $100,442.88 | | | |
| STAPLES INC & SUBSIDIARIES<br>STAPLES CONTRACT AND COMMERCIAL<br>ATTN: LATONYA BLACKWELL<br>300 ARBOR LAKE DRIVE<br>COLUMBIA, SC 29223 | | Claim Number: 451<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |
| UNSECURED | Claimed: | $55,206.90 | | Allowed: | $46,153.24 |
| STARLING, LARRY E<br>1030 ALICE SPRINGS CIR<br>SPRING HILL, TN 371748548 | | Claim Number: 2996<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) | | | |
| PRIORITY | Claimed: | $68,079.00 | | | |
| STATE BOARD OF EQUALIZATION<br>SPECIAL OPERATIONS BRANCH, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | | Claim Number: 1641<br>Claim Date: 08/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4399 (11/23/2010) | | | |
| PRIORITY | Claimed: | $2,020,878.41 | | | |
| UNSECURED | Claimed: | $312,865.35 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| STATE BOARD OF EQUALIZATION<br>ENVIRONMENTAL FEE DIVISION<br>SPECIAL OPERATIONS BRANCH, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279 | Claim Number: 7448<br>Claim Date: 10/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1641 |
|---|---|

| PRIORITY | Claimed: | $1,673,720.96 |
|---|---|---|
| UNSECURED | Claimed: | $180,763.48 |

| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 1511<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
|---|---|

| PRIORITY | Claimed: | $239.34 |
|---|---|---|

| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 7132<br>Claim Date: 03/02/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012)<br>Amends Claim 1511. |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| STATE OF HAWAII, DEPARTMENT OF TAXATION<br>HAWAII STATE TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT (EL)<br>PO BOX 259<br>HONOLULU, HI 96809 | Claim Number: 1430<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4176 (10/19/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| STATE OF IOWA<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 10471<br>DES MOINES, IA 50306 | Claim Number: 7602<br>Claim Date: 02/17/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4910 (02/09/2011) | |
| PRIORITY          Claimed: | $31,317.25 | |
| UNSECURED         Claimed: | $288.00 | |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>C/O DEBORAH B. WALDMEIR ASST. ATTY. GEN.<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | Claim Number: 7242<br>Claim Date: 05/03/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3771 (08/11/2010) | |
| ADMINISTRATIVE      Claimed: | $77,974.87   UNLIQ | |
| STATE OF MICHIGAN, DEPT. OF TREASURY<br>DEBORAH B. WALDMEIR<br>CADILLAC PLACE, STE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | Claim Number: 995<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3803 (08/19/2010) | |
| UNSECURED         Claimed: | $15,199.17 | |
| STATE OF MICHIGAN, DEPT. OF TREASURY<br>BILL SCHUETTE, ATTORNEY GENERAL<br>CADILLAC PLACE, STE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | Claim Number: 7719<br>Claim Date: 04/27/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5190 (03/31/2011) | |
| PRIORITY          Claimed: | $1,486,114.81 | |
| STATE OF MINNESOTA DEPARTMENT OF REVENUE<br>COLLECTION DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 64447 - BKY<br>SAINT PAUL, MN 55164-0447 | Claim Number: 8183<br>Claim Date: 01/24/2012<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY          Claimed: | $35,399.43 | |
| UNSECURED         Claimed: | $26,774.25 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

STATE OF MINNESOTA DEPARTMENT OF REVENUE  Claim Number: 8184
COLLECTION DIVISION                       Claim Date: 01/26/2012
BANKRUPTCY SECTION                        Debtor: NORTEL NETWORKS INC.
PO BOX 64447 - BKY
SAINT PAUL, MN 55164-0447

---

ADMINISTRATIVE          Claimed:              $4,921.28

STATE OF NEW JERSEY           Claim Number: 1084
DIVISION OF TAXATION          Claim Date: 04/27/2009
COMPLIANCE ACTIVITY           Debtor: NORTEL NETWORKS INC.
PO BOX 245                    Comments: WITHDRAWN
TRENTON, NJ 08695             DOCKET: 7149 (02/01/2012)

---

PRIORITY                Claimed:            $171,000.00   UNLIQ

STATE OF NEW JERSEY           Claim Number: 1085
DIVISION OF TAXATION          Claim Date: 04/27/2009
COMPLIANCE ACTIVITY           Debtor: NORTEL NETWORKS INC.
PO BOX 245                    Comments: WITHDRAWN
TRENTON, NJ 08695             DOCKET: 7149 (02/01/2012)

---

UNSECURED               Claimed:             $25,000.00   UNLIQ

STATE OF NEW JERSEY           Claim Number: 1228
DIVISION OF TAXATION          Claim Date: 04/29/2009
COMPLIANCE ACTIVITY           Debtor: NORTEL NETWORKS INC.
PO BOX 245                    Comments: WITHDRAWN
TRENTON, NJ 08695             DOCKET: 7149 (02/01/2012)

---

ADMINISTRATIVE          Claimed:             $31,307.23

STATE OF NEW JERSEY           Claim Number: 8170
DIVISION OF TAXATION          Claim Date: 01/17/2012
COMPLIANCE ACTIVITY           Debtor: NORTEL NETWORKS INC.
PO BOX 245                    Comments: WITHDRAWN
TRENTON, NJ 08695             DOCKET: 7150 (02/02/2012)

---

ADMINISTRATIVE          Claimed:                  $0.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695 | | Claim Number: 8171<br>Claim Date: 01/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7150 (02/02/2012) |
| UNSECURED | Claimed: | $0.00 |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695 | | Claim Number: 8172<br>Claim Date: 01/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7150 (02/02/2012) |
| PRIORITY | Claimed: | $0.00 |
| STATE OF NEW JERSEY, THE<br>DIVISION OF EMPLOYER ACCOUNTS<br>PO BOX 379<br>TRENTON, NJ 08625-0379 | | Claim Number: 7048<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4400 (11/23/2010) |
| ADMINISTRATIVE | Claimed: | $2,250.00 |
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W. AVERELL HARRIMAN STATE OFC BLDG<br>CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | | Claim Number: 7909<br>Claim Date: 08/16/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6543 (10/03/2011) |
| ADMINISTRATIVE | Claimed: | $9,281.30 |
| STATE STREET BANK & TRUST COMPANY<br>ATTN: PAUL DESHARNAIS / BRIAN PORT<br>1776 HERITAGE DRIVE<br>NO. QUINCY, MA 02171 | | Claim Number: 4847<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| ADMINISTRATIVE | Claimed: | $46,832.57 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| STAUDAHER, STEVEN<br>10 LORING WAY<br>STERLING, MA 01564 | | Claim Number: 2774<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |

| UNSECURED | Claimed: | $42,519.00 |
|---|---|---|

| | | |
|---|---|---|
| STEIN, CRAIG F.<br>312 LORI DRIVE<br>BENICIA, CA 94510 | | Claim Number: 1814<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $39,803.67 |
|---|---|---|

| | | |
|---|---|---|
| STEINMAN, JEFFREY<br>2721 HALIFAX CT.<br>MCKINNEY, TX 75070 | | Claim Number: 3390<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $6,012.45 | Scheduled: | $4,933.55 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| STEINMAN, JEFFREY<br>2721 HALIFAX CT<br>MCKINNEY, TX 75070 | | Claim Number: 3395<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $90,804.45 |
|---|---|---|

| | | |
|---|---|---|
| STEINMETZ, GEORGE J., III<br>7506 WOODBRIDGE PLACE<br>GARLAND, TX 75044 | | Claim Number: 982<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $70,625.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

STEPHEN GOULD CORP
45541 NORTHPORT LOOP WEST
FREMONT, CA 94538-6458

Claim Number: 2778
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $495.34 | Scheduled: | $495.34 |
|---|---|---|---|---|

STEPHEN GOULD CORPORATION
35 S JEFFERSON ROAD
WHIPPANY, NJ 07981

Claim Number: 2777
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $495.34 |
|---|---|---|

STEPHENS, BARRY G
2064 WILLSUITT RD
CREEDMOOR, NC 27522

Claim Number: 3298
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $5,490.21 |
|---|---|---|

STEPHENS, MICHAEL
5611 NOB HILL RD
DURHAM, NC 27704

Claim Number: 2324
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1621.

| UNSECURED | Claimed: | $97,981.35 |
|---|---|---|

STEPHENS, MICHAEL AVERY
5611 NOB HILL RD
DURHAM, NC 27704

Claim Number: 1621
Claim Date: 07/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $72,600.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

STEPHENSON, ANGELA
1300 CHAMPION FOREST CT.
WHEATON, IL 60187

Claim Number: 3883
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $2,015.73 | | |
| UNSECURED | | | Scheduled: | $2,015.73  UNLIQ |

STEPLER, PAUL
1816 COTTON MILL DRIVE
MCKINNEY, TX 75070

Claim Number: 8036
Claim Date: 11/02/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $133,484.88 |

STEPP, FLOYD
1126 COUNTRY CLUB LN
ZEBULON, NC 27597

Claim Number: 2337
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 290.

---

| UNSECURED | Claimed: | $59,891.19 |

STEPP, FLOYD P
1126 COUNTRY CLUB LANE
ZEBULON, NC 27597

Claim Number: 290
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

---

| UNSECURED | Claimed: | $59,968.95 |

STERN, DAVID W
1510 OREGON STREET
BERKELEY, CA 94703

Claim Number: 1973
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $42,000.00 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| STERN, DAVID W.<br>1510 OREGON ST<br>BERKELEY, CA 94703 | | Claim Number: 1972<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $42,000.00 |
| STERNS, BRENDA<br>16200 W. 76TH AVE<br>ARVADA, CO 80007 | | Claim Number: 7213<br>Claim Date: 04/16/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $46,498.83 |
| STIGLITZ, ANTHONY<br>856 SHADYLAWN RD<br>CHAPEL HILL, NC 27514 | | Claim Number: 3459<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $62,233.12 |
| STMICROELECTRONICS, INC.<br>2501 N HARWOOD ST STE 1800<br>DALLAS, TX 75201-1613 | | Claim Number: 5557<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $8,905,079.00 |
| STOKES, DEBORAH R.<br>400 SMITH ROAD<br>MAYSVILLE, NC 28555 | | Claim Number: 4477<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $7,059.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

STONE, GEORGE
41 LOUISE DR.
HOLLIS, NH 03049

Claim Number: 3059
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,452.39 |
|---|---|---|

STORR, GARY
11416 JOHN ALLEN ROAD
RALEIGH, NC 27614

Claim Number: 8006
Claim Date: 09/27/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7809

| UNSECURED | Claimed: | $92,217.67 |
|---|---|---|

STOUT, DALE T.
638 WHITNEY DRIVE
SLIDELL, LA 70461

Claim Number: 395
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7234 (02/21/2012)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $14,673.09 |

STRANGE, GRAHAM P
4960 BRIDGEHAMPTON BLVD
SARASOTA, FL 34238

Claim Number: 3427
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $237,891.32 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

STRASSBURGER, RAYMOND
2805 PINE HOLLOW RD
OAKTON, VA 22124

Claim Number: 3392
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $68,213.34 | Scheduled: | $68,213.34 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| STRASSBURGER, RAYMOND L.<br>2805 PINE HOLLOW RD<br>OAKTON, VA 22124 | Claim Number: 3541<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $19,351.72  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| STRAYHORN, ROY<br>4004 CAPUL ST.<br>DURHAM, NC 27703 | Claim Number: 7485<br>Claim Date: 11/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $56,812.50 |
|---|---|---|

| STRENGTH TEK FITNESS & WELLNESS<br>CONSULTANTS<br>707 HIGHLAND AVENUE<br>OTTAWA, ON K2A 2K5<br>CANADA | Claim Number: 1834<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $123,676.34 |
|---|---|---|

| STRICKLAND, SCOTT<br>3421 CHERRY LANE<br>RALEIGH, NC 27607 | Claim Number: 160<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $136,556.50 |
| TOTAL | Claimed: | $136,556.50 |

| STROMMENGER, HOLLY<br>503 E 6TH<br>LA CROSSE, KS 67548 | Claim Number: 3789<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $53,449.98 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

STRONG, CHRISTINA
3912 OAK PARK RD
RALEIGH, NC 27612

Claim Number: 6215
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $14,519.64 |
|---|---|---|

STUDEBAKER, LAUREN
208 WOODS DRIVE
PLYMOUTH MEETING, PA 19462

Claim Number: 5343
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

STUDEBAKER, LAUREN
208 WOODS DRIVE
PLYMOUTH MEETING, PA 19462

Claim Number: 5346
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

STUDEBAKER, LAUREN
208 WOODS DRIVE
PLYMOUTH MEETING, PA 19462

Claim Number: 5347
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $78,779.64 |
|---|---|---|

STUKEL, MARK A.
14601 HOWE DR
LEAWOOD, KS 66224

Claim Number: 1277
Claim Date: 06/05/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $37,203.92 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

STUMPF, TERRY L.
4421 WOODMILL RUN
APEX, NC 27539

Claim Number: 410
Claim Date: 02/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

---

| PRIORITY | Claimed: | $70,153.92 |
|---|---|---|

SULLIVAN, PATRICK
29664 57TH PL. SO.
AUBURN, WA 98001

Claim Number: 807
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $23,000.00 |
|---|---|---|

SULLIVAN, TIMOTHY P.
170 RED HILL RD
MIDDLETOWN, NJ 07748

Claim Number: 4911
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $95,340.32 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

SUMETHASORN, NATEE
5305 COACHMAN COURT
PLANO, TX 75023

Claim Number: 4751
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $33,453.97 |
|---|---|---|

SUN MICROSYSTEMS INC
BIALSON, BERGEN & SCHWAB
ATTN: LAWRENCE SCHWAB/THOMAS M GAA
2600 EL CAMINO REAL SUITE 300
PALO ALTO, CA 94306

Claim Number: 5425
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $903,722.44 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $18,035,538.27 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| SUN MICROSYSTEMS OF CANADA INC<br>C/O BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M. GAA<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA 94306 | Claim Number: 5515<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |

| ADMINISTRATIVE | Claimed: | $903,722.44  UNLIQ |
| UNSECURED | Claimed: | $18,035,538.27  UNLIQ |

| | | |
|---|---|---|
| SUN MICROSYSTEMS, INC<br>C/O BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 5046<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |

| ADMINISTRATIVE | Claimed: | $903,722.44 |

| | | |
|---|---|---|
| SUN MICROSYSTEMS, INC<br>C/O BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 5430<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |

| ADMINISTRATIVE | Claimed: | $903,722.44 |

| | | |
|---|---|---|
| SUN, YUMIN<br>3952 KIMBROUGH LANE<br>PLANO, TX 75025 | Claim Number: 223<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |

| PRIORITY | Claimed: | $27,284.59 |

| | | |
|---|---|---|
| SUN, YUMIN<br>3952 KIMBROUGH LN<br>PLANO, TX 75025 | Claim Number: 4423<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | |

| PRIORITY | Claimed: | $27,284.59 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| SUNRISE CONTRACTING SERVICES, LLC<br>4603 HILLSBOROUGH RD STE H<br>DURHAM, NC 27705 | Claim Number: 596<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|
| UNSECURED    Claimed: | $38,414.17 | | Allowed: | $38,414.17 |

| SUNSET LAND CO., LLC<br>C/O EDWARD J. TREDINNICK, ESQ.<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH<br>LLP., FOUR EMBARCADERO CENTER, 40TH FL<br>SAN FRANCISCO, CA 94111 | Claim Number: 6289<br>Claim Date: 12/16/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY    Claimed: | $11,570.99 | |
| UNSECURED    Claimed: | $1,074,454.00 | |

| SUPERCLICK NETWORK INC<br>10222 BOUL ST-MICHEL SUITE 300<br>MONTREAL-NORD, QC H1H 5H1<br>CANADA | Claim Number: 2006<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED    Claimed: | $22,062.50 | Scheduled: | $22,062.50 |

| SURA, PIYUSH, N.<br>5229 LEVERING MILL ROAD<br>APEX, NC 27539 | Claim Number: 6675<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED    Claimed: | $88,176.16 |

| SURTI, BHAWNA<br>6658 LEWEY DRIVE<br>CARY, NC 27519 | Claim Number: 4145<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
|---|---|
| UNSECURED    Claimed: | $14,443.63 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | |
|---|---|---|---|---|
| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | | Claim Number: 1036<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $127,057.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | | Claim Number: 1083<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $127,057.00 | | |

| | | | | |
|---|---|---|---|---|
| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | | Claim Number: 7202<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>Amends Claims 1036 and 1083 | | |
| UNSECURED | Claimed: | $124,124.00 | | |

| | | | | |
|---|---|---|---|---|
| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | | Claim Number: 7210<br>Claim Date: 04/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Amends claim nos. 1036 and 1083 | | |
| UNSECURED | Claimed: | $124,124.00 | Allowed: | $83,258.00 |

| | | | | |
|---|---|---|---|---|
| SWANSON, THOMAS H.<br>8820 FOGGY BOTTOM DRIVE<br>RALEIGH, NC 27613 | | Claim Number: 7735<br>Claim Date: 05/17/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $27,649.54 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

SWANSON, WILLIAM C
12046 RIDGEVIEW LN
PARKER, CO 801387141

Claim Number: 4040
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $65,339.47 | Scheduled: | $0.00 UNLIQ |

---

SWANSON, WILLIAM C.
12046 RIDGEVIEW LANE
PARKER, CO 80138

Claim Number: 1550
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 421.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $231,209.63 |

---

SWIFT, KAREN S.
822 HAWTHORNE DRIVE
ALLEN, TX 75002

Claim Number: 2920
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,393.00 |

---

SYBASE INC.
561 VIRGINIA ROAD
CONCORD, MA 01742

Claim Number: 7122
Claim Date: 02/24/2010
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)
Amends Claim 6819

| | | |
|---|---|---|
| UNSECURED | Claimed: | $115,136.10 |

---

SYMMETRICOM INC
2300 ORCHARD PARKWAY
SAN JOSE, CA 95131

Claim Number: 36
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,182.60 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| SYNROD, STEPHEN A. | Claim Number: 7079 |
| 1222 LOCHNESS LN. | Claim Date: 02/05/2010 |
| GARLAND, TX 75044 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $34,957.53 |
|---|---|---|

| SYSTEMS & SOFTWARE SERVICES | Claim Number: 2261 |
| 522 SOUTH NORTHWEST HIGHWAY | Claim Date: 08/27/2009 |
| BARRINGTON, IL 60011 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $1,377.80 | Allowed: | $1,377.80 |
|---|---|---|---|---|

| SZAFRANSKI, KENNETH | Claim Number: 1689 |
| 2429 W CHESTNUT RD | Claim Date: 08/13/2009 |
| MEQUON, WI 53092-3107 | Debtor: NORTEL NETWORKS INC. |
| | Comments: POSSIBLY AMENDED BY 7265 |

| UNSECURED | Claimed: | $47,539.92 |
|---|---|---|

| SZAFRANSKI, KENNETH | Claim Number: 7265 |
| 2429 W CHESTNUT RD | Claim Date: 05/24/2010 |
| MEQUON, WI 53092-3107 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Amends claim no. 1689 |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $36,864.66 |

| SZASZ, DAVID | Claim Number: 1427 |
| 14 LAURIE LN. | Claim Date: 06/26/2009 |
| DEDHAM, MA 02026 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $5,576.92 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| T-METRICS, INC.<br>4430 STUART ANDREW BLVD<br>CHARLOTTE, NC 28217 | | Claim Number: 936<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,038.00 | Scheduled: | $12,038.00 | Allowed: | $12,038.00 |
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 496<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $296.03 | | | | |
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 497<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $941.08 | | | | |
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 498<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $250.77 | | | | |
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 499<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $764.90 | | | | |

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 500<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $57.14 |

| | | |
|---|---|---|
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 501<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $401.01 |

| | | |
|---|---|---|
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 502<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $223.25 |

| | | |
|---|---|---|
| T-SYSTEMS NORTH AMERICA, INC.<br>P.O. BOX 13392<br>NEWARK, NJ 07101-3392 | | Claim Number: 3104<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,135.48 |

| | | |
|---|---|---|
| T3 ENERGY SERVICES,INC.<br>ATTN : RICHARD SAFIER<br>7135 ARDMORE ST.<br>HOUSTON, TX 77054 | | Claim Number: 5462<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3936 (09/13/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| TA, QUAN<br>112 PRINCE WILLIAM LANE<br>CARY, NC 27511 | | Claim Number: 5908<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7388 | | |
| UNSECURED | Claimed: | $55,000.00 | | |
| TA, QUAN<br>112 PRINCE WILLIAM LANE<br>CARY, NC 27511 | | Claim Number: 7388<br>Claim Date: 08/20/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $15,505.48 | | |
| TA, QUAN<br>112 PRINCE WILLIAM LANE<br>CARY, NC 27511 | | Claim Number: 7801<br>Claim Date: 06/24/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7388 | | |
| UNSECURED | Claimed: | $45,230.14 | | |
| TALX CORPORATION<br>11432 LACKLAND RD<br>SAINT LOUIS, MO 63146 | | Claim Number: 506-01<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | |
| UNSECURED | Claimed: | $4,785.02 | Scheduled: | $4,999.98 |
| TALX CORPORATION<br>11432 LACKLAND RD<br>SAINT LOUIS, MO 63146 | | Claim Number: 506-02<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | |
| UNSECURED | Claimed: | $967.74 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| TAN, DANIEL SHUSEN<br>1333 W CAMPBELL RD # 264<br>RICHARDSON, TX 75080-2815 | Claim Number: 3685<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $20,677.63 |
|---|---|---|

| TAN-ATICHAT, EDDIE<br>46879 CRAWFORD ST<br>FREMONT, CA 94539 | Claim Number: 7561<br>Claim Date: 01/11/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $65,702.69 |
|---|---|---|

| TANDBERG CANADA, INC.<br>C/O SHANNON E. HOFF, ESQ<br>POYNER SPRUILL LLP<br>301 SOUTH COLLEGE STREET, SUITE 2300<br>CHARLOTTE, NC 28202 | Claim Number: 5324<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $96,366.39 |
|---|---|---|

| TANDBERG, INC.<br>C/O SHANNON E. HOFF, ESQ.<br>POYNER SPRUILL LLP<br>301 S. COLLEGE ST, SUITE 2300<br>CHARLOTTE, NC 28202 | Claim Number: 1646<br>Claim Date: 08/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $297,650.76 |
|---|---|---|

| TANDBERG, INC.<br>C/O SHANNON E. HOFF, ESQ<br>POYNER SPRUILL LLP<br>301 SOUTH COLLEGE STREET, SUITE 2300<br>CHARLOTTE, NC 28202 | Claim Number: 5325<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $297,650.76 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| TANG, RONG<br>3612 BRIARCLIFF DR.<br>PLANO, TX 75025 | | Claim Number: 2911<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $3,793.98 | | |
| UNSECURED | Claimed: | $30,779.57 | | |
| TANNOR PARTNERS CREDIT FUND II, LP<br>TRANSFEROR: THEBIGWORD<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | | Claim Number: 897<br>Claim Date: 04/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $2,717.97 | Allowed: | $2,039.23 |
| TANNOR PARTNERS CREDIT FUND II, LP AS<br>ASSIGNEE OF " THE BIG WORD "<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY 10504 | | Claim Number: 7466<br>Claim Date: 10/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $2,717.97 | | |
| TANNOR PARTNERS CREDIT FUND II, LP AS<br>ASSIGNEE OF "TELESOFT "<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | | Claim Number: 7467<br>Claim Date: 10/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3428 | | |
| UNSECURED | Claimed: | $17,517.00 | | |
| TARDIFF, THOMAS D.<br>5133 NORTH LARIAT DRIVE<br>CASTLE ROCK, CO 80108-9326 | | Claim Number: 1520<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $9,832.84 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| TARDIFF, THOMAS D. | Claim Number: 1521 |
|---|---|
| 5133 NORTH LARIAT DRIVE | Claim Date: 07/13/2009 |
| CASTLE ROCK, CO 80108-9326 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $61,455.25 | | |
|---|---|---|---|---|

| TARIQ, MASOOD | Claim Number: 5647 |
|---|---|
| 12325 RICHMOND RUN DRIVE | Claim Date: 09/30/2009 |
| RALEIGH, NC 27614 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $507,601.98 | Scheduled: | $507,601.98 UNLIQ |
|---|---|---|---|---|

| TARIQ, MASOOD | Claim Number: 5648 |
|---|---|
| 12325 RICHMOND RUN DRIVE | Claim Date: 09/30/2009 |
| RALEIGH, NC 27614-6413 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $1,921,389.10 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| TARLAMIS, ALEXANDER | Claim Number: 263 |
|---|---|
| 1030 NW 126TH AVE | Claim Date: 02/11/2009 |
| SUNRISE, FL 333236305 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $231,661.94 | | |
|---|---|---|---|---|

| TARLAMIS, ALEXANDER | Claim Number: 2218 |
|---|---|
| 1030 126TH AVE | Claim Date: 08/26/2009 |
| SUNRISE, FL 33233 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $231,661.94 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| TARLAMIS, ALEXANDER<br>1030 126TH AVE<br>SUNRISE, FL 33323 | Claim Number: 3859<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $231,661.94 |
| TASKER, HAROLD<br>1950 ELM TREE ROAD<br>ELM GROVE, WI 53122 | Claim Number: 473<br>Claim Date: 03/05/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $7,197.07 |
| UNSECURED | Claimed: | $42,724.14 |
| TATA CONSULTANCY SERVICES LIMITED<br>ATTN: SATYA S HEGDE, ESQ<br>101 PARK AVENUE, 26TH FLOOR<br>NEW YORK, NY 10178 | Claim Number: 3973<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $3,507,825.44 |
| TAVARES, ANTONIO CESAR<br>2329 FELICIA DR.<br>PLANO, TX 75074 | Claim Number: 477<br>Claim Date: 03/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $18,588.46 |
| TAYLOE, GORDON B.<br>C/O W. GREER MCCREEDY, II, ESQ.<br>403 BOUSH STREET, SUITE 300<br>NORFOLK, VA 23510 | Claim Number: 7662<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3938 | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $20,715.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| TAYLOR, AUDREY<br>4333 ANGELINA DR<br>PLANO, TX 75074 | | Claim Number: 2514<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,235.38 |
| UNSECURED | Claimed: | $14,880.39 |

| | | |
|---|---|---|
| TAYLOR, AUDREY<br>4333 ANGELINA DR<br>PLANO, TX 75074 | | Claim Number: 8130<br>Claim Date: 12/29/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,235.38 |
| SECURED | Claimed: | $6,235.38 |
| UNSECURED | Claimed: | $14,880.39 |
| TOTAL | Claimed: | $21,115.77 |

| | | |
|---|---|---|
| TAYLOR, BRIAN P.<br>16 PINESTRAW WAY<br>DURHAM, NC 27713 | | Claim Number: 7324<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,903.89 |

| | | |
|---|---|---|
| TAYLOR, INA C.<br>106 WILLOWCROFT COURT<br>GARNER, NC 27529 | | Claim Number: 7715<br>Claim Date: 04/21/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $82,287.50 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| TAYLOR, KENNETH<br>9401 SHADOW OAK WAY<br>RALEIGH, NC 27615 | Claim Number: 3463<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $62,426.29 | Scheduled: | $62,426.29 UNLIQ | |

| TAYLOR, KEVIN<br>2456 NE 27TH AVE<br>FT. LAUDERDALE, FL 33305 | Claim Number: 2058<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $13,751.97 | Scheduled: | $13,751.97 UNLIQ | |

| TBG INSURANCE SERVICES, INC.<br>ATTN: MICHAEL GLICKMAN<br>100 N. SEPULVEDA BLVD. SUITE 500<br>EL SEGUNDO, CA 90245 | Claim Number: 4523<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $42,930.15 | | Allowed: | $42,930.15 |

| TEASLEY, CLIFF<br>6815 WILEY MANGUM RD<br>BAHAMA, NC 27503 | Claim Number: 2122<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |

| TECHNISCHE UNIVERSITAT ILMENAU<br>OLIVER AWEY RECHTSAINT<br>EHIANBURGSTRAPE 29<br>ILMENAU, D-98693<br>GERMANY | Claim Number: 2609<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $40,000.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| TECHNOLOGY CENTER ASSOCIATES, L.P.<br>C/O DOUGLAS J. HANNOY<br>FEIWELL & HANNOY, P.C.<br>251 N. ILLINOIS STREET, SUITE 1700<br>INDIANAPOLIS, IN 46204 | Claim Number: 1951<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
|---|---|---|---|
| SECURED          Claimed: | $55,426.30 | | |
| UNSECURED | | Allowed: | $55,426.30 |
| TECHNOLOGY PARK V LIMITED PARTNERSHIP<br>JENNIFER V. DORAN, ESQ.<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 STATE STREET<br>BOSTON, MA 02109-1775 | Claim Number: 649<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED          Claimed: | $2,764,873.26 | | |
| TECHNOLOGY PROPERTIES LIMITED LLC<br>20883 STEVENS CREEK BLVD STE 100<br>CUPERTINO, CA 95014-2196 | Claim Number: 5519<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2924 (04/28/2010) | | |
| UNSECURED          Claimed: | $0.00   UNLIQ | | |
| TEKNOWLOGIC DOMINICANA C POR A<br>AV. 27 DE FEBRERO, ESQ., ABRAHAM LINCOLN<br>UNICENTRO PLAZA SUITE 25B<br>SANTO DOMINGO DN, 10127<br>DOMINICAN REPUBLIC | Claim Number: 7277<br>Claim Date: 06/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | |
| UNSECURED          Claimed: | $24,360.00 | | |
| TEKSYSTEMS, INC<br>ATTN: MATT HUDSON<br>7437 RACE ROAD<br>HANOVER, MD 21076 | Claim Number: 4612<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7074 (01/06/2012) | | |
| PRIORITY          Claimed: | $880,398.15 | | |
| UNSECURED          Claimed: | $868,663.66 | Allowed: | $1,470,680.06 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| TEKSYSTEMS, INC.<br>ATTN: MATT HUDSON<br>7437 RACE RD.<br>HANOVER, MD 21076 | Claim Number: 1158<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| UNSECURED            Claimed: | $1,738,599.07 | |
| TEKVIZION LABS<br>275 W CAMPBELL RD STE 215<br>RICHARDSON, TX 75080-8001 | Claim Number: 446<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED            Claimed: | $35,900.00 | |
| TELE COMMUNICATION CONTRACTOR S A<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA,<br>PANAMA | Claim Number: 6167<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE            Claimed: | $4,866.00 | |
| TELE COMMUNICATION CONTRACTOR S A<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA,<br>PANAMA | Claim Number: 6169<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE            Claimed: | $7,211.19 | |
| TELE COMMUNICATION CONTRACTOR S A<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA,<br>PANAMA | Claim Number: 6171<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE            Claimed: | $1,020.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TELEFONICA USA, INC<br>1111 BRICKELL AVE<br>10TH FLOOR<br>MIAMI, FL 33131 | | Claim Number: 2216<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| UNSECURED | Claimed: | $231,704.21 | Scheduled: | $100,380.50 | | | |
| TELEFONICA USA, INC.<br>ATTNETION: JOANNA ROMANO<br>1111 BRICKELL AVENUE - 10TH FLOOR<br>MIAMI, FL 33131 | | Claim Number: 407<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | | | |
| UNSECURED | Claimed: | $145,713.65 | | | | | |
| TELEFONICA USA, INC.<br>ATTENTION: JOANNA ROMANO<br>1111 BRICKELL AVENUE - 10TH FLOOR<br>MIAMI, FL 33131 | | Claim Number: 1863<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | | | |
| UNSECURED | Claimed: | $231,704.21 | | | | | |
| TELEMATIC COMMUNICATIONS PTY LTD<br>T/AS ADVATEL<br>133 MORAY STREET<br>SOUTH MELBOURNE<br>VICTORIA, 3205<br>AUSTRALIA | | Claim Number: 462<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | | |
| UNSECURED | Claimed: | $3,896.00 | | | | Allowed: | $1,342.00 |
| TELLABS NORTH AMERICA<br>F/K/A/ TELLABS OPERATIONS INC.<br>1415 DIEHL ROAD<br>NAPERVILLE, IL 60563 | | Claim Number: 4726<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | | |
| SECURED | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $47,169.60 | | | | Allowed: | $47,169.60 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

TELLEZ, RAUL
6927 TREERIDGE DRIVE
CINCINNATI, OH 45244

Claim Number: 3398
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,418.67 | | | | |
| UNSECURED | | | Scheduled: | $1,418.67 UNLIQ | | |

---

TELSTRAT
ATTN: JENNIFER SLACK
6900 K AVENUE
PLANO, TX 75074

Claim Number: 4396
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

ADMINISTRATIVE    Claimed:    $5,434.00

---

TELTRONICS, INC.
2511 CORPORATE WAY
PALMETTO, FL 342218478

Claim Number: 417
Claim Date: 02/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,636.33 | Allowed: | $1,636.33 |

---

TEMPLETON, MIKE A.
6405 FIELD CREST
SACHSE, TX 75048

Claim Number: 521
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED    Claimed:    $59,503.44

---

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 1000
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

PRIORITY    Claimed:    $512,855.00
TOTAL       Claimed:    $812,855.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | |
|---|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 1086<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4326 (11/15/2010) | | |
| PRIORITY            Claimed: | $512,855.00 | | |
| TENNESSEE DEPARTMENT OF REVENUE<br>WILBUR E. HOOKS, DELEGATE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 5895<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4324 (11/15/2010) | | |
| ADMINISTRATIVE      Claimed: | $512,855.00 | | |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 7203<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY            Claimed: | $61,640.37 | | |
| TENNESSEE DEPT. OF REVENUE<br>ATTN WILBUR E. HOOKS, DIRECTOR<br>C/O ATTORNERY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 6072<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4332 (11/15/2010) | | |
| ADMINISTRATIVE      Claimed: | $513,355.00 | | |
| TENNESSEE DEPT. OF REVENUE<br>ATTN WILBUR E. HOOKS, DIRECTOR<br>C/O ATTORNERY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 6073<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4329 (11/15/2010) | | |
| PRIORITY            Claimed: | $670,154.73 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| TENNETI, SURYA PRAKASH<br>97 ORION RD<br>PISCATAWAY, NJ 08854-5412 | Claim Number: 3176<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $54,500.00 |
|---|---|---|

| | | |
|---|---|---|
| TENNETI, SURYA PRAKASH<br>828 PRIMROSE CT<br>BELLE MEAD, NJ 08502-6436 | Claim Number: 3296<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $27,250.00 |
|---|---|---|

| | | |
|---|---|---|
| TERNEUS, MARINA<br>1429 FAIRWAY RIDGE DRIVE<br>RALEIGH, NC 27606 | Claim Number: 4070<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $100,428.00 |
|---|---|---|

| | | |
|---|---|---|
| TERREMARK WORLDWIDE<br>C/O DIANE KATSULIS<br>DIRECTOR OF LEGAL AFFAIRS<br>222 W. LAS COLINAS BLVD<br>IRVING, TX 75039 | Claim Number: 3909<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | |

| ADMINISTRATIVE | Claimed: | $217,026.54 |
|---|---|---|
| UNSECURED | Claimed: | $222,773.63 |

| | | |
|---|---|---|
| TESSY, LEITH<br>7/F & 8/F GS KANGNAM TOWER 679<br>YOKSAM-DONG, KANGNAM-KU<br>SEOUL, GYEONGGI-DO, 135-985<br>KOREA | Claim Number: 4755<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7294 | |

| PRIORITY | Claimed: | $7,835.25  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $6,710.35  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

TESSY, LEITH
8/F GS KANGNAM TOWER 679
YOKSAM-DONG, KANGNAM-G4
SEOUL, 135-985
KOREA

Claim Number: 4756
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE          Claimed:          $7,835.25

---

TESTFORCE SYSTEMS INC.
9450 TRANSCANADA HWY.
ST. LAURENT, QUEBEC, H4S 1R7
CANADA

Claim Number: 285
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

---

UNSECURED          Claimed:          $72,942.87

---

TESTFORCE SYSTEMS INC.
9450 TRANSCANADA HWY.
ST. LAURENT, QUEBEC, H4S 1R7
CANADA

Claim Number: 2786
Claim Date: 09/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

---

ADMINISTRATIVE          Claimed:          $72,942.87

---

TESTFORCE SYSTEMS INC.
9450 TRANSCANADA HWY.
ST. LAURENT, QUEBEC, H4S 1R7
CANADA

Claim Number: 2788
Claim Date: 09/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

---

ADMINISTRATIVE          Claimed:          $72,942.87

---

TESTFORCE SYSTEMS INC.
9450 TRANSCANADA HWY.
ST. LAURENT, QUEBEC, H4S 1R7
CANADA

Claim Number: 2791
Claim Date: 09/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

---

ADMINISTRATIVE          Claimed:          $72,942.87

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIVISION - BANKRUPTCY SECTION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 7702<br>Claim Date: 04/13/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7202 (02/10/2012) | |
| ADMINISTRATIVE        Claimed: | $141,369.93 | |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 1572<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| PRIORITY        Claimed: | $1,309,300.61 | |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 1578<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6763 (11/14/2011) | |
| PRIORITY        Claimed: | $1,309,300.61 | |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 7113<br>Claim Date: 02/19/2010<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE        Claimed: | $277,192.08 | |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 7147<br>Claim Date: 03/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6763 (11/14/2011) | |
| PRIORITY        Claimed: | $5,838,967.02 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIVISION - BANKRUPTCY SECTION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 7705<br>Claim Date: 04/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>May amend claim 7113 | | |
| ADMINISTRATIVE      Claimed: | $2,193,167.64 | | |
| TEXAS STADIUM CORPORATION<br>1 COWBOYS PKWY<br>IRVING, TX 75063-4924 | Claim Number: 456<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED      Claimed: | $54,952.27 | Allowed: | $39,570.91 |
| TEXAS WORKFORCE COMMISSION<br>JOHN MOORE<br>REGULATORY INTEGRITY DIVISION<br>101 E 15TH STREET ROOM 556<br>AUSTIN, TX 78778-0001 | Claim Number: 7301<br>Claim Date: 06/18/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4358 (11/19/2010) | | |
| ADMINISTRATIVE      Claimed: | $1,105.30   UNLIQ | | |
| THELOOSEN, HENDRIKUS<br>162 WATERTON<br>WILLIAMSBURG, VA 23188 | Claim Number: 3705<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED      Claimed: | $5,324.04 | Scheduled: | $0.00 UNLIQ |
| THERMOTRON<br>291 KOLLEN PARK DRIVE<br>HOLLAND, MI 49423 | Claim Number: 2695<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED      Claimed: | $8,332.32 | Scheduled: | $8,332.32 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| THERMOTRON INDUSTRIES<br>291 KOLLEN PARK DRIVE<br>HOLLAND, MI 49423 | Claim Number: 2747<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $8,332.32 |
|---|---|---|

---

| THIBODEAUX, DAVID<br>504 LADDINGFORD LN.<br>LEAGUE CITY, TX 77573 | Claim Number: 2028<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|

| UNSECURED | Claimed: | $24,999.98 |
|---|---|---|

---

| THILBERG, RONALD<br>101 LEATHER LEAF LN<br>LEBANON, OH 45036 | Claim Number: 4091<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|

| UNSECURED | Claimed: | $38,222.21 |
|---|---|---|

---

| THIN FILM TECHNOLOGY<br>1980 COMMERCE DRIVE<br>NORTH MANKATO, MN 56003 | Claim Number: 313<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
|---|---|---|

| UNSECURED | Claimed: | $1,100.00 |
|---|---|---|

---

| THINKNET INC<br>703 EVANS AVE<br>ETOBICOKE, ON M9C 5E9<br>CANADA | Claim Number: 5877<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|

| UNSECURED | Claimed: | $13,680.00 | Scheduled: | $13,680.00 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

THOMAS JR, JOHN A.
103 DEVINE WAY
CARY, NC 27511

Claim Number: 4144
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $190,672.43 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

THOMAS, CISIRA
1915 BERKNER DRIVE
RICHARDSON, TX 75081

Claim Number: 6730
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $199,536.14 |
|---|---|---|

THOMAS, CISIRA L
1915 BERKNER DRIVE
RICHARDSON, TX 75081

Claim Number: 6729
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $199,536.14 |
|---|---|---|

THOMAS, DAVID
7831 COACH HOUSE LN
RALEIGH, NC 27615

Claim Number: 3699
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $108,879.18 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

THOMAS, JACQUELINE
9137 SILCHESTER COURT
BURKE, VA 22015

Claim Number: 5323
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $25,000.00 |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

THOMAS, JAMES P.
9315 GLENASHLEY DRIVE
CORNELIUS, NC 28031

Claim Number: 2696
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $52,660.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $10,490.00 |
| TOTAL | Claimed: | $52,660.00 |

THOMAS, JAMES P.
9315 GLENASHLEY DR.
CORNELIUS, NC 28031

Claim Number: 2697
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

THOMAS, JOHN G.
3101 PECAN MEADOW DR.
GARLAND, TX 75040

Claim Number: 6164
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $55,350.91 |

THOMPSON, CHRISTOPHER CLAY
10812 FOX HEDGE RD
MATTHEWS, NC 28105

Claim Number: 5603
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,999.38 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

THOMPSON, GEOFFREY O
158 PASEO CT
MOUNTAIN VIEW, CA 94043-5286

Claim Number: 1454
Claim Date: 07/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,425.00 |
|---|---|---|

THOMPSON, JAMES L.
20822 QUIET BROOK PLACE
STERLING, VA 20165

Claim Number: 162
Claim Date: 02/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| UNSECURED | Claimed: | $36,135.45 |
|---|---|---|

THOMPSON, JEFF
7 N 224 WHISPERING TRAIL
SAINT CHARLES, IL 60175

Claim Number: 3916
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

THOMPSON, JEFF
7 N 224 WHISPERING TRAIL
SAINT CHARLES, IL 60175

Claim Number: 6630
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $32,752.00 |
|---|---|---|

THOMPSON, RAYMOND R.
4326 NEW BROAD ST. # 205
ORLANDO, FL 32814-6657

Claim Number: 7029
Claim Date: 01/28/2010
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $35,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| THOMPSON, TED<br>PO BOX 300150<br>OKLAHOMA CITY, OK 73140-0150 | | Claim Number: 732<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. |
| SECURED | Claimed: | $32,000.00 |
| THOMPSON, VERNON J.<br>1012 CHASE LN<br>DENTON, TX 76209-3504 | | Claim Number: 2050<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $37,000.00 |
| THOMSON, FREDERICK<br>5971 PORTO ALEGRE DR.<br>SAN JOSE, CA 95120 | | Claim Number: 4179<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $158,105.05 |
| THORNTON, SABRINA L<br>956 DICKENS RD<br>LILBURN, GA 30047 | | Claim Number: 4480<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| PRIORITY | Claimed: | $4,923.07 |
| THORNTON, SABRINA L<br>956 DICKENS RD<br>LILBURN, GA 30047 | | Claim Number: 4481<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $4,923.07 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

THOTTUVELIL, MARY
14762 BEDIVERE COURT
DALLAS, TX 75254

Claim Number: 177
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| UNSECURED | Claimed: | $25,460.78 |
|---|---|---|

THURMAN, MARIAN L
239 TAFT
YPSILANTI, MI 48197

Claim Number: 4245
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

THURMAN, MARIAN L.
239 TAFT AVE
YPSILANTI, MI 48197

Claim Number: 4246
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

TIERNEY, MARK
2300 CROCKETT CT
MCKINNEY, TX 75070

Claim Number: 204
Claim Date: 02/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

---

| UNSECURED | Claimed: | $4,955.77 |
|---|---|---|

TIERNEY, MARK D
2300 CROCKETT CT
MCKINNEY, TX 75070

Claim Number: 2385
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

---

| PRIORITY | Claimed: | $5,451.33 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

TILL, CHARLES
7516 CHIPPENHAM CT
RALEIGH, NC 27613

Claim Number: 7331
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $96,851.11 | | |
|---|---|---|---|---|

TIMLER, PAUL
14306 JUNIPER STREET
LEAWOOD, KS 66224

Claim Number: 1576
Claim Date: 07/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $129,999.86 | | |
|---|---|---|---|---|

TIMMONS, JAY S.
1411 ANDOVER STREET
TEWKSBURY, MA 01876

Claim Number: 3031
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $16,000.00 | | |
|---|---|---|---|---|

TIMMONS, JAY S.
1411 ANDOVER STREET
TEWKSBURY, MA 01876

Claim Number: 3032
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $16,000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $16,568.40 UNLIQ |

TIMOTHY F DEMPSEY
PO BOX 8193
OCEAN ISLE BEACH, NC 28469

Claim Number: 3521
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $153,599.59 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| TIMPERIO, TAMI<br>40200 VILLAGE RD APT 925<br>TEMECULA, CA 925913513 | | Claim Number: 4204<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012)<br>Claim out of balance | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $57,738.46 | | |
| TOTAL | Claimed: | $57,738.46 | | |
| TIMSON, WAYNE<br>675 TOBIAS ST SE<br>PALM BAY, FL 32909-8705 | | Claim Number: 1242<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | | |
| UNSECURED | Claimed: | $10,822.14 | | |
| TIN INC. D/B/A TEMPLE-INLAND<br>LEGAL DEPT. - DANNY MCDONALD<br>1300 S. MOPAC, 3RD FLOOR<br>AUSTIN, TX 78746-6933 | | Claim Number: 1847<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) | | |
| ADMINISTRATIVE | Claimed: | $2,873.41 | Allowed: | $2,873.41 |
| TIN INC., D/B/A TEMPLE - INLAND<br>ATTN: LEGAL DEPT. - DANNY MCDONALD<br>1300 S MOPAC, 3RD FLOOR<br>AUSTIN, TX 78746-6933 | | Claim Number: 492<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $37,703.73 | Allowed: | $37,703.73 |
| TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL SALVADOR 1082 NACIONES<br>UNIDAS EDIF.<br>MANSION BLANCA P5<br>QUITO,<br>ECUADOR | | Claim Number: 5843<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| ADMINISTRATIVE | Claimed: | $6,720.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL SALVADOR 108<br>QUITO,<br>ECUADOR | Claim Number: 6828<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |
| PRIORITY            Claimed: | $6,720.00 | |
| TO, PAUL<br>904 THERESA CT.<br>MENLO PARK, CA 94025 | Claim Number: 4521<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY            Claimed: | $37,256.87 | |
| TODARO, THOMAS<br>3209 VIRGINIA CREEPER LN<br>WILLOW SPRING, NC 27592-9241 | Claim Number: 6120<br>Claim Date: 11/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1692 and 1642 | |
| PRIORITY            Claimed: | $44,861.76 | |
| TOLER, KATHLEEN<br>2802 MOCKINGBIRD LN<br>ARKADELPHIA, AR 71923-5348 | Claim Number: 4464<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) | |
| UNSECURED            Claimed: | $14,981.40 | |
| TOLLY GROUP INC.<br>PO BOX 812333<br>BOCA RATON, FL 33481 | Claim Number: 6107<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| ADMINISTRATIVE            Claimed: | $51,250.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| TOLLY GROUP INCORPORATED<br>PO BOX 812333<br>BOCA RATON, FL 33481 | | Claim Number: 6106<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,300.00 | Scheduled: | $51,250.00 |

| TONTIRUTTANANON, CHANNARONG<br>280 W RENNER RD<br>APT 4324<br>RICHARDSON, TX 75080 | | Claim Number: 6225<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

| UNSECURED | Claimed: | $28,799.34   UNLIQ | |
|---|---|---|---|

| TOOKE, RICHARD<br>2612 KINLAWTON PL<br>RALEIGH, NC 27614 | | Claim Number: 7221<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $32,308.00 | |
|---|---|---|---|

| TOP GUN VENTURES, LLC<br>ATTN: PETER DONOVAN<br>15305 DALLAS PARKWAY, SUITE 300<br>ADDISON, TX 75001 | | Claim Number: 578<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $4,489.63 | Scheduled: | $4,489.63 |
|---|---|---|---|---|

| TORRES, LOIS W<br>7240 GEORGE AVE<br>NEWARK, CA 94560 | | Claim Number: 2872<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $46,243.49 | |
|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| TOWERS PERRIN FORSTER & CROSBY INC. | Claim Number: 1677 | | | |
|---|---|---|---|---|
| DBA TOWERS PERRIN | Claim Date: 08/11/2009 | | | |
| 1500 MARKET STREET, CENTRE SQUARE EAST | Debtor: NORTEL NETWORKS INC. | | | |
| PHILADELPHIA, PA 19102-4790 | Comments: ALLOWED | | | |
| | DOCKET: 5089 (03/09/2011) | | | |

| UNSECURED | Claimed: | $377,224.00 | Allowed: | $377,224.00 |
|---|---|---|---|---|

| TOWNSEND, JACKSON N., III | Claim Number: 611 |
|---|---|
| 139 DAN MOODY TRAIL | Claim Date: 03/17/2009 |
| GEORGETOWN, TX 78633 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $125,325.90 |
|---|---|---|

| TOWNSEND, SCOTT | Claim Number: 727 |
|---|---|
| 1500 STACY ROAD | Claim Date: 03/27/2009 |
| FAIRVIEW, TX 75069 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 7232 (02/21/2012) |

| UNSECURED | Claimed: | $25,916.93 |
|---|---|---|

| TRAEGDE, BRUCE & PATRICIA; CONSERVATORS | Claim Number: 5051 |
|---|---|
| & GUARDIANS OF THE MINORS E. DURGAN & | Claim Date: 09/30/2009 |
| A. DURGAN AND ESTATE OF JAMES DURGAN | Debtor: NORTEL NETWORKS INC. |
| 230 SHADOW LANE - ATTN: JAMES DURGAN | Comments: ALLOWED |
| RIDGWAY, CO 81432 | |

| UNSECURED | Claimed: | $217,000.00   UNLIQ | Allowed: | $35,000.00 |
|---|---|---|---|---|

| TRAEGDE, BRUCE & PATRICIA; CONSERVATORS | Claim Number: 5052 |
|---|---|
| & GUARDIANS OF THE MINORS E. DURGAN & | Claim Date: 09/30/2009 |
| A. DURGAN AND ESTATE OF JAMES DURGAN | Debtor: NORTEL NETWORKS INC. |
| 230 SHADOW LANE - ATTN: JAMES DURGAN | Comments: EXPUNGED |
| RIDGWAY, CO 81432 | DOCKET: 2315 (01/21/2010) |

| UNSECURED | Claimed: | $217,000.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| TRAILBLAZER STUDIOS NC, INC. | Claim Number: 126 |
| 1610 MIDTOWN PLACE | Claim Date: 02/02/2009 |
| RALEIGH, NC 27609 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $20,360.00 | Scheduled: | $20,360.00 |

---

| TRAMMELL, DAVID | Claim Number: 1959 |
| 1409 SASSAFRASS DRIVE | Claim Date: 08/21/2009 |
| PLANO, TX 75023 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2315 (01/21/2010) |

| PRIORITY | Claimed: | $43,601.68 |

---

| TRAMMELL, DAVID W. | Claim Number: 1960 |
| 1409 SASSAFRAS DRIVE | Claim Date: 08/21/2009 |
| PLANO, TX 75023 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $43,601.68 |

---

| TRAN, HON | Claim Number: 1417 |
| 402 OAK ISLAND DR | Claim Date: 06/26/2009 |
| CARY, NC 27513 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $32,180.76 |

---

| TRAN, THU-ANH | Claim Number: 3149 |
| 2510 APPALACHIA DR | Claim Date: 09/17/2009 |
| GARLAND, TX 75044 | Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| TRAN-LEE, ANN N.<br>4421 BRINKER COURT<br>PLANO, TX 75024 | Claim Number: 7525<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $10,868.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.11 | | |

| TRAPEZE NETWORKS<br>ATTN: SUE BRENT<br>5753 W. LAS POSITAS BLVD.<br>PLEASANTON, CA 94588 | Claim Number: 974<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
|---|---|---|---|

| UNSECURED | Claimed: | $624,809.82 | Allowed: | $472,118.27 |
|---|---|---|---|---|

| TRATE, MICHAEL<br>2962 BELT LINE RD<br>APT. 1313<br>GARLAND, TX 75044 | Claim Number: 7861<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $17,555.00 | | |
|---|---|---|---|---|

| TRAVELERS INDEMNITY COMPANY ET AL, THE<br>ATTN: CHANTEL PINNOCK<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5513<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|
| SECURED | Claimed: | $181,303.00   UNLIQ | | |

| TRAVERS, JOHN<br>2821 LA NEVASCA LANE<br>CARLSBAD, CA 92009 | Claim Number: 2668<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $71,095.00 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| TRAVIS COUNTY<br>C/O KARON Y. WRIGHT<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | Claim Number: 883<br>Claim Date: 04/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4733 (01/21/2011) | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $1,658.78  UNLIQ | | | |
| TRAVIS COUNTY<br>C/O KARON Y. WRIGHT<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | Claim Number: 7545<br>Claim Date: 12/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 883 | | | | |
| SECURED | Claimed: | $447.60 | | | |
| TRC MASTER FUND LLC<br>TRANSFEROR: INVENTORY MANAGEMENT<br>PARTNER<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 560<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $68,955.00 | Scheduled: | $68,955.00 | |
| TRC MASTER FUND LLC<br>TRANSFEROR: TELENET MARKETING SOLUTIONS<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 1392<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $73,050.00 | Scheduled: | $73,050.00 | |
| TRC MASTER FUND LLC<br>TRANSFEROR: BLAIR CONSULTING<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 1549<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $13,699.00 | Scheduled: | $13,699.00 | Allowed: $13,699.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

TRC MASTER FUND LLC
TRANSFEROR: AMERICANS FOR TAX REFORM
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 5830
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $30,000.00 | |

TRC MASTER FUND LLC
TRANSFEROR: AXXION GROUP CORPORATION
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 7799
Claim Date: 06/21/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $57,000.00 | |

TRIBUNE MEDIA SERVICES
40 MEDIA DRIVE
QUEENSBURY, NY 12804

Claim Number: 2246
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $8,559.59 | |

TRIBUNE MEDIA SERVICES INC
40 MEDIA DRIVE
QUEENSBURY, NY 12804

Claim Number: 2247
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,559.59 | Scheduled: | $40.00 DISP |

TRIMBLE NAVIGATION
510 DEGUIGNE DRIVE
SUNNYVALE, CA 94085

Claim Number: 2248
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,450.00 | Scheduled: | $12,800.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

TRIMBLE, DANIEL
333 108TH AVENUE NETOWER 333, SUITE 2000
BELLEVUE, WA 98004

Claim Number: 6098
Claim Date: 11/05/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,455.28 | | |
| UNSECURED | | | Scheduled: | $10,455.28 UNLIQ |

TRISKO, KRISTEN W
8 ELIZABETH LN
DANVILLE, CA 94526

Claim Number: 3355
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

ADMINISTRATIVE        Claimed:           $0.00   UNDET

---

TROSCLAIR, TERRY
2507 SAGE RIDGE DRIVE
FRISCO, TX 75034

Claim Number: 3412
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED        Claimed:           $23,920.00

---

TROUT, PAUL
210 WARWICK FURNACE RD
ELVERSON, PA 19520

Claim Number: 3874
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED        Claimed:           $51,058.56

---

TROUTMAN SANDERS LLP
600 PEACHTREE STREET, NE, STE 5200
ATLANTA, GA 30308

Claim Number: 429
Claim Date: 02/24/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED        Claimed:           $23,530.46

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | | Claim Number: 1976<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | | Claim Number: 1978<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>N BILLERICA, MA 01862 | | Claim Number: 1980<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TROY, CATHERINE E.<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | | Claim Number: 1944<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TRUONG, DUNG<br>2976 MARLOW LN<br>RICHARDSON, TX 75082 | | Claim Number: 1612<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $40,080.82 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

TRYLOVICH, KAREN
221 SPALDING GATE DR
ATLANTA, GA 30328

Claim Number: 2084
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47,578.52 | Scheduled: | $43,358.76 UNLIQ |

TRYLOVICH, KAREN W
221 SPALDING GATE DR
ATLANTA, GA 30328

Claim Number: 2083
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $187,487.66 | Scheduled: | $187,487.66 |

TSC INC.
JOANNE MCLEAN
18 ALPHONSE CRES.
MISSISSAUGA, ON L5M 1A5
CANADA

Claim Number: 2909
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,095.00 |

TSENG, HSU-DOUNG
214 LONG CANYON COURT
RICHARDSON, TX 75080

Claim Number: 962
Claim Date: 04/17/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $159,924.51 |

TUCKER, JAMES E
2612 MILITARY PKWY
MESQUITE, TX 75149

Claim Number: 3222
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $18,295.85 |
| UNSECURED | Claimed: | $1,479.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| TUCKER, JAMES E.<br>2612 MILITARY PKWY<br>MESQUITE, TX 75149 | | Claim Number: 1759<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $8,824.81 |
| TUCKER, PAMELA H.<br>6600 PENNY ROAD<br>RALEIGH, NC 27606 | | Claim Number: 7974<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $229,377.76 |
| TULLO, JOHN<br>3520 MOONLIGHT DRIVE<br>CHAPEL HILL, NC 27516 | | Claim Number: 4182<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1443. |
| PRIORITY | Claimed: | $6,482.00 |
| UNSECURED | Claimed: | $75,938.00 |
| TULLO, JOHN<br>3520 MOONLIGHT DRIVE<br>CHAPEL HILL, NC 27516 | | Claim Number: 6018<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1443. |
| PRIORITY | Claimed: | $6,482.00 |
| UNSECURED | Claimed: | $75,938.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| TULLO, JOHN A.<br>3520 MOONLIGHT DRIVE<br>CHAPEL HILL, NC 27516 | | Claim Number: 6088<br>Claim Date: 11/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1443 |
| PRIORITY | Claimed: | $6,482.00 |
| UNSECURED | Claimed: | $75,938.00 |
| TULLY, JAMES R<br>1314 EASTWOOD LANE<br>MC HENRY, IL 60050 | | Claim Number: 3026<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $35,852.29 |
| TULSA COUNTY TREASURER<br>J. DENNIS SEMLER<br>500 S. DENVER<br>TULSA, OK 74103 | | Claim Number: 6880<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2673 (03/09/2010) |
| PRIORITY | Claimed: | $1,810.00 |
| TULSA COUNTY TREASURER<br>J. DENNIS SEMLER<br>500 S DENVER<br>TULSA, OK 74103 | | Claim Number: 7045<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
| PRIORITY | Claimed: | $1,810.00 |
| TUMMALA, RAMBABU<br>4324 GIOVANNI DR<br>PLANO, TX 75024 | | Claim Number: 1237<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $42,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| TUONG MINH PROJECT MGMT. AGENCY (TMA)<br>111 NGUYEN DINH CHINH STREET,<br>PHU NHUAN DISTRICT<br>HO CHI MINH CITY,<br>VIETNAM | | Claim Number: 358<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $292,544.00 | | |
| TUONG MINH PROJECT MGMT. AGENCY (TMA)<br>111 NGUYEN DINH CHINH STREET,<br>PHU NHUAN DISTRICT<br>HO CHI MINH CITY,<br>VIETNAM | | Claim Number: 406<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $256,592.75 | Scheduled: | $217,807.08 |
| TURNER, BENOIT<br>C/O BELDEN, INC.<br>ATTN: BRIAN ANDERSON, CORPORATE ATTORNEY<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | | Claim Number: 3529<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $34,806.63 | | |
| TURNER, JAMES C.<br>726 UNION CHAPEL RD.<br>LOUISVILLE, MS 39339 | | Claim Number: 2313<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| TURNER, MARGARET<br>2306, MARCHURST ROAD<br>KANATA, ON K2K 1X7<br>CANADA | | Claim Number: 965<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $53,425.37 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| TURNER, SIDNEY<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>ST. LOUIS, MO 63105 | | Claim Number: 3532<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $14,891.24 | | |
| TURRAVILLE, TERESA L<br>912 ARBOR CREST BLVD<br>ANTIOCH, TN 37013 | | Claim Number: 7983<br>Claim Date: 09/15/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $7,040.00   UNLIQ | | |
| TUV RHEINLAND OF N.A INC.<br>12 COMMERCE ROAD<br>NEWTOWN, CT 06470 | | Claim Number: 194<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | |
| UNSECURED | Claimed: | $84,335.61 | Scheduled: | $62,229.34 |
| TUV RHEINLAND OF N.A. INC.<br>12 COMMERCE ROAD<br>NEWTOWN, CT 06470 | | Claim Number: 1881<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | |
| ADMINISTRATIVE | Claimed: | $84,135.61 | | |
| TUV RHEINLAND OF NORTH AMERICA<br>PO BOX 33222<br>HARTFORD, CT 06150-3222 | | Claim Number: 1879<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | |
| UNSECURED | Claimed: | $84,135.61 | Scheduled: | $1,750.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| TUV RHEINLAND OF NORTH AMERICA<br>PO BOX 33222<br>HARTFORD, CT 06150-3222 | Claim Number: 1880<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | |
|---|---|---|---|---|
| UNSECURED          Claimed: | $84,135.61 | Scheduled: | $1,429.68 | |
| TVSNET TECHNOLOGIES LIMITED<br>7TH FLOOR MPL SILICON TOWERS<br>NO. 23/1, VELACHERY TAMBARAM ROAD<br>PALLIKARANAI<br>CHENNAI-600100,<br>INDIA | Claim Number: 4390-01<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Amends claim 236 | | | |
| UNSECURED          Claimed: | $847.16 | Scheduled: | $3,595.52 | |
| TVSNET TECHNOLOGIES LIMITED<br>7TH FLOOR MPL SILICON TOWERS<br>NO. 23/1, VELACHERY TAMBARAM ROAD<br>PALLIKARANAI<br>CHENNAI-600100,<br>INDIA | Claim Number: 4390-02<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | | |
| UNSECURED          Claimed: | $2,748.36 | | | |
| TVSNET TECHNOLOGIES LIMITED<br>7TH FLOOR MPL SILICON TOWERS<br>NO. 23/1 VELACHERY TAMBARAM ROAD<br>PALLIKARANAI<br>CHENNAI-600100,<br>INDIA | Claim Number: 4391<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| ADMINISTRATIVE          Claimed: | $3,595.52 | | | |
| TW TELECOM INC. FKA TIME WARNER TELECOM<br>INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 432<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5392 (05/06/2011) | | | |
| SECURED          Claimed: | $110,490.98 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| TWEEDY, JOHN<br>16527 GRAPPERHALL DR<br>HUNTERSVILLE, NC 28078 | Claim Number: 3260<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $72,126.92 |

---

| TWEEDY, JOHN<br>16527 GRAPPERHALL DR<br>HUNTERSVILLE, NC 28078 | Claim Number: 3261<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $72,126.92 |

---

| TWO TOWNE SQUARE LLC<br>C/O JAFFE RAITT HEUER & WEISS, P.C.<br>ALICIA SCHEHR, ESQ.<br>27777 FRANKLIN ROAD, SUITE 2500<br>SOUTHFIELD, MI 48034 | Claim Number: 1306<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,254.43 |
|---|---|---|

---

| TWO TOWNE SQUARE LLC<br>C/O JAFFE RAITT HEUER & WEISS, P.C.<br>ALICIA SCHEHR, ESQ.<br>27777 FRANKLIN ROAD, SUITE 2500<br>SOUTHFIELD, MI 48034 | Claim Number: 2836<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $227,575.64 |
|---|---|---|

---

| TWYMAN, STEVEN<br>3328 DAINGERFIELD DR<br>RALEIGH, NC 27616 | Claim Number: 7654<br>Claim Date: 03/21/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $13,536.52 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | |
|---|---|---|---|---|
| TWYMAN, WILLIAM G.<br>12 LOCHDON CT<br>PINEHURST, NC 28374 | | Claim Number: 3866<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $84,515.25 | Scheduled: | $0.00 UNLIQ |

| | | | | |
|---|---|---|---|---|
| TWYVER, DAVID A<br>PO BOX 2447<br>FRIDAY HARBOUR, WA 98250 | | Claim Number: 3369<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $90,503.00 | Scheduled: | $0.00 UNLIQ |

| | | | | |
|---|---|---|---|---|
| TYRRELL, SHELDON C<br>46 SPRING ISLAN DR<br>OKATIE, SC 29909 | | Claim Number: 3751<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $180,735.84 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| | | | | |
|---|---|---|---|---|
| TZANETEAS, GEORGE<br>1033 NE 17TH WAY UNIT 1505<br>FT LAUDERDALE, FL 33304 | | Claim Number: 2798<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $70,883.14 | | |

| | | | | |
|---|---|---|---|---|
| TZANETEAS, GEORGE<br>1033 NE 17TH WAY UNIT 1505<br>FT LAUDERDALE, FL 33304 | | Claim Number: 2799<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $167,021.38 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| TZANETEAS, GEORGE<br>1033 NE 17TH WAY UNIT 1505<br>FT LAUDERDALE, FL 33304 | Claim Number: 3847<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $167,021.38 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | Claim Number: 4163<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6094 |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,243.00 |
|---|---|---|

| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | Claim Number: 6094<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6297<br>Amends claim 4163 |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,243.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,721,212.93 |

| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | Claim Number: 6296<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6401<br>Amends claim 6093 |
|---|---|

| ADMINISTRATIVE | Claimed: | $778,707.77 |
|---|---|---|
| UNSECURED | Claimed: | $4,480,804.80 |

| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | Claim Number: 6297<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6402<br>Amends claim 6094 |
|---|---|

| ADMINISTRATIVE | Claimed: | $778,707.77 |
|---|---|---|
| UNSECURED | Claimed: | $4,480,804.80 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | Claim Number: 6402<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 6297 |
|---|---|

| ADMINISTRATIVE | Claimed: | $778,707.77 |
|---|---|---|
| UNSECURED | Claimed: | $4,169,155.29 |

| U4EA TECHNOLOGIES INC<br>136 MILMAR WAY<br>LOS GATOS, CA 95032-3843 | Claim Number: 4030<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $37,500.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| U4EA TECHNOLOGIES, INC<br>136 MILMAR WAY<br>LOS GATOS, CA 950323843 | Claim Number: 4041<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $37,500.00 |
|---|---|---|

| UBS REALTY INVESTORS, LLC<br>DAVID L. POLLACK, ESQ.<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 2519<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $762,802.68 |
|---|---|---|

| UBS REALTY INVESTORS, LLC<br>DAVID L. POLLACK, ESQ.<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 2520<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $7,445.91 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

UCM/SREP-CORP WOODS, LLC
C/O STEPHEN LEWIS, ESQ.
STOLTZ MANAGEMENT OF DELAWARE, INC.
725 CONSHOHOCKEN STATE ROAD
BALA CYNWYD, PA 19004

Claim Number: 3058
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

UNDERWRITERS LABORATORIES INC.
C/O LEGAL DEPT.
333 PFINGSTEN RD.
NORTHBROOK, IL 60062

Claim Number: 952
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $42,811.23 |
|---|---|---|

---

UNDERWRITERS LABORATORIESOF CANADA
C/O UNDERWRITERS LABORATORIES INC.
ATTN: LEGAL DEPT.
333 PFINGSTEN RD.
NORTHBROOK, IL 60062

Claim Number: 953
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $48,658.01 |
|---|---|---|

---

UNGAR, JAMES
137 DEAN ROAD
STOUGHTON, MA 02072

Claim Number: 4821
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,933.85 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $15,277.42 UNLIQ |

---

UNISYS CORPORATION
123 S BROAD ST STE 2100
PHILADELPHIA, PA 19109-1042

Claim Number: 3939
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $623,275.71 | Scheduled: | $42,180.18 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

UNISYS DE MEXICO S.A. DE C.V.
123 S BROAD ST STE 2100
PHILADELPHIA, PA 19109-1042

Claim Number: 1358
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 937 (06/23/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $367,014.17 | | |

---

UNISYSTEMS SA (USD)
24 STR. SYNDESMOU
ATHENS, 10673
GREECE

Claim Number: 3421
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $120,224.01 | | |

---

UNITED BUSINESS MEDIA LLC
D/A TECHWEB AND EVERYTHING CHANNEL
600 COMMUNITY DRIVE, 3RD FLOOR
MANHASSET, NY 11030

Claim Number: 547
Claim Date: 03/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5343 (04/28/2011)
Paid and not entitled to any additional voting right or distribution

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $132,675.00 | Allowed: | $128,675.00 |

---

UNITED BUSINESS MEDIA LLC
DBA UBM TECHWEB,
LIGHT READING/ HEAVEY READING
P.O. BOX 9064
NEW YORK, NY 10087-9064

Claim Number: 7732
Claim Date: 05/10/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)
amends claim 572

| | | |
|---|---|---|
| UNSECURED | Claimed: | $77,262.50 |

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: BRENNAN CONSULTING SERVICE
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 163
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $19,500.00 | Scheduled: | $19,500.00 |
| TOTAL | Claimed: | $19,500.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MACADAMIAN TECHNOLOGIES INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1162<br>Claim Date: 05/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) | | | | | |
| UNSECURED        Claimed: | $1,291,998.00 | | | Allowed: | | $762,469.26 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: TELRAD NETWORKS LTD<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2560<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| UNSECURED        Claimed: | $2,857,588.17 | | | | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MRV COMMUNICATIONS, INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3050<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| UNSECURED        Claimed: | $10,845.00 | Scheduled: | $10,845.00 | | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CONNECTANDSELL INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4484<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | | | |
| UNSECURED        Claimed: | $38,280.00 | Scheduled: | $38,280.00 | | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CONNECTANDSELL, INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4485<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | | | |
| ADMINISTRATIVE        Claimed: | $38,280.00 | | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: TELFUSION, INC.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1119<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $2,400.00 | Scheduled: | $2,400.00 | | |
|---|---|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: SOAPSTONE NETWORKS INC.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 583<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $11,264.00 | | Allowed: | $11,264.00 |
|---|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ELEAD CORP, LLC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1269<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $75,000.00 | | Allowed: | $75,000.00 |
|---|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: GN CLAIM SUB, LLC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1472<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |
|---|---|

| UNSECURED | Claimed: | $3,037,028.59 | | |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1489<br>Claim Date: 07/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $52,969.67 | | Allowed: | $52,969.67 |
|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: STREAMLINE CIRCUITS CORP.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1777<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,737.64 | Scheduled: | $2,737.64 | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2386<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $17,898.86 | Scheduled: | $17,998.82 | Allowed: | $17,898.86 |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CUSTOMERSAT COM<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2758<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $36,352.50 | Scheduled: | $36,352.50 | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3631<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $394,258.47 | Scheduled: | $386,059.67 | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4853<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | | |
| UNSECURED | Claimed: | $24,893.05 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4854<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $648,684.56 | | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 6125<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4854 | | |
| UNSECURED          Claimed: | $648,684.56 | | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 6128<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4853 | | |
| UNSECURED          Claimed: | $24,893.05 | | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: UCM/SREP - CORPORATE WOODS<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 6300<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| UNSECURED          Claimed: | $619,250.55 | Allowed: | $607,108.40 |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ADEX CORPORATION<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 7150<br>Claim Date: 03/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
| UNSECURED          Claimed: | $413,293.50 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ADEX CORPORATION<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 7283<br>Claim Date: 06/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 7150 |
|---|---|
| UNSECURED          Claimed: | $387,503.42 |
| UNITED STATES DEBT RECOVERY VIII, L.P.<br>ASSIGNEE OF HELLMUTH, OBATA & KASSABAUM<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 7616<br>Claim Date: 02/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 4783 |
| UNSECURED          Claimed: | $527,168.64 |
| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: SLASH SUPPORT, INC.<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 403<br>Claim Date: 02/25/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED          Claimed: | $1,045,970.29 |
| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: US DEBT RECOVERY V, LP<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1472-03<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |
| UNSECURED          Claimed: | $282,661.82 |
| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: KURTZ, DAVID<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4300<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| UNSECURED          Claimed: | $7,565.48 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: KURTZ, DAVID<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4301<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,134.11 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55,958.74 | Scheduled: | $70,339.01 |

---

| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: HELLMUTH, OBATA & KASSABAUM,<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4783<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $507,103.18 |
|---|---|---|

---

| UNITED STATES DEBT RECOVERY X, L.P.<br>ASSIGNEE OF KHADBAI, AZIZ<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 8026<br>Claim Date: 10/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4219 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $390,034.09 |

---

| UNITED STATES DEBT RECOVERY X, LP<br>TRANSFEROR: MONDOR, DAN<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3664<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 767. |
|---|---|

| PRIORITY | Claimed: | $294,127.43 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| UNITED STATES DEBT RECOVERY X, LP<br>TRANSFEROR: KHADBAI, AZIZ<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4232<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 833. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $452,647.17 | Scheduled: | $0.00 UNLIQ |

| UNITED STATES DEBT RECOVERY X, LP<br>TRANSFEROR: LECHNER, KIM<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4816<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 452 | | |
|---|---|---|---|
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $342,172.39<br>$87,622.21 | | |

| UNITED TELEPHONE COMPANY OF EASTERN<br>KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 842<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $29.17 | | |

| UNITED TELEPHONE COMPANY OF EASTERN<br>KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5707<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $29.17 | Allowed: | $29.17 |

| UNITED TELEPHONE COMPANY OF EASTERN<br>KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5734<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $29.17  UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| UNITED TELEPHONE COMPANY OF INDIANA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5682<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| UNITED TELEPHONE COMPANY OF INDIANA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5709<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| UNITED TELEPHONE COMPANY OF KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5683<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| UNITED TELEPHONE COMPANY OF KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5710<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| UNITED TELEPHONE COMPANY OF NEW JERSEY<br>INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5688<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF NEW JERSEY INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5715<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF OHIO<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5690<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF OHIO<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5717<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF PENNSYLVANIA LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5692<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF PENNSYLVANIA LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5719<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

UNSECURED          Claimed:                    $0.00   UNLIQ

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| UNITED TELEPHONE COMPANY OF SOUTHCENTRAL KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5684<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| UNITED TELEPHONE COMPANY OF SOUTHCENTRAL KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5711<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| UNITED TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5696<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| UNITED TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5723<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| UNITED TELEPHONE COMPANY OF THE NORTHWEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5691<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED | Claimed: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

UNITED TELEPHONE COMPANY OF THE
CAROLINAS LLC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5693
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

UNITED TELEPHONE COMPANY OF THE
NORTHWEST
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5718
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

UNITED TELEPHONE COMPANY OF THE
CAROLINAS LLC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5720
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

UNITED TELEPHONE COMPANY OF THE WEST
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5687
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

UNITED TELEPHONE COMPANY OF THE WEST
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5714
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| UNITED TELEPHONE SOUTHEAST LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5694<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

---

| UNITED TELEPHONE SOUTHEAST LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5721<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

---

| UNITED TELESERVICES INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5703<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

---

| UNITED TELESERVICES INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5730<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

---

| UNIVERSAL SERVICE ADMINISTRATIVE CO.<br>ATTN: STEFFANI WATTERSON, ASST GEN COUNS<br>OFFICE OF THE GENERAL COUNSEL<br>2000 L STREET NW, SUITE 200<br>WASHINGTON, DC 20036 | Claim Number: 1231<br>Claim Date: 05/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7220 (02/16/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| UNIVERSAL SERVICE ADMINISTRATIVE CO.<br>ATTN: STEFFANI WATTERSON, ASST GEN COUNS<br>OFFICE OF THE GENERAL COUNSEL<br>2000 L STREET NW, SUITE 200<br>WASHINGTON, DC 20036 | Claim Number: 1232<br>Claim Date: 05/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7219 (02/16/2012) | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed: | $0.00  UNDET | | |
| UNSECURED    Claimed: | $0.00  UNDET | | |

| US CUSTOMS SERVICE<br>1300 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20229 | Claim Number: 4711<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7912 | | |
|---|---|---|---|
| PRIORITY    Claimed: | $0.00  UNLIQ | | |

| US CUSTOMS SERVICE<br>ATTN: REVENUE DIVISION, BANKRUPTCY TEAM<br>6650 TELECOM DR., SUITE 100<br>INDIANAPOLIS, IN 46278 | Claim Number: 7912<br>Claim Date: 08/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4711 | | |
|---|---|---|---|
| PRIORITY    Claimed: | $0.00  UNLIQ | | |

| USAA STRATUM EXEC. CENTER JOINT VENTURE<br>STEVE A PEIRCE, FULBRIGHT & JAWORSKI LLP<br>300 CONVENT STREET, SUITE 2200<br>SAN ANTONIO, TX 78205-3792 | Claim Number: 1512<br>Claim Date: 07/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|
| SECURED    Claimed: | $5,221.60 | | |
| UNSECURED    Claimed: | $30,082.81 | Allowed: | $30,082.81 |

| USX FEDERAL CREDIT UNION<br>PO BOX 1728<br>CRANBERRY TWP, PA 16066 | Claim Number: 2162<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed: | $12,700.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| VACA, DANIEL<br>4122 TRAVIS ST UNIT 19<br>DALLAS, TX 75204-1865 | | Claim Number: 4822<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $1,304.67 | |
| UNSECURED | Claimed: | $40,422.27 | |
| VAGG, JERI LYNN<br>1694 POPPLETON DR<br>W BLOOMFIELD, MI 48324 | | Claim Number: 2497<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $15,675.00 | |
| VAGG, JERI LYNN<br>1694 POPPLETON DR<br>W BLOOMFIELD, MI 48324 | | Claim Number: 2498<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $26,625.00 | |
| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA 91436 | | Claim Number: 299<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $29,538.00 | |
| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA 91436 | | Claim Number: 2344<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| PRIORITY | Claimed: | $42,456.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

VALDEZ, JR., CIRIACO
13208 W. 129TH TERRACE
OVERLAND PARK, KS 66213

Claim Number: 59
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $40,921.57 | | |
|---|---|---|---|---|

---

VALENTINE, JOHN
719 QUARTERSTAFF ROAD
WINSTON SALEM, NC 27104

Claim Number: 1851
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,188.87 | Scheduled: | $35,188.87 UNLIQ |
|---|---|---|---|---|

---

VALENTINE, JOHN W.
719 QUARTERSTAFF RD
WINSTON SALEM, NC 27104

Claim Number: 54
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,820.52 | | |
|---|---|---|---|---|

---

VAN LIEW, CATHERINE
8917 WEAVER CROSSING ROAD
APEX, NC 27502

Claim Number: 1262
Claim Date: 06/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $102,334.00 | | |
|---|---|---|---|---|

---

VAN NGUYEN, KHOA
2505 APPALACHIA DRIVE
GARLAND, TX 75044

Claim Number: 88
Claim Date: 01/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $19,826.00 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

VAN TASSEL, DIANE
PO BOX 1249
PITTSBORO, NC 27312-1249

Claim Number: 6206
Claim Date: 12/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,486.76 | |
| UNSECURED | Claimed: | $49,216.16 | |

---

VANBENSCHOTEN, GWENDOLYNN E.
7024 ZITHER LANE
LA VERGNE, TN 37086-5261

Claim Number: 7459
Claim Date: 10/08/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $8,000.00   UNLIQ | |

---

VANDYKE CAREY, DELIA M.
2067 SANDERS RD.
STEM, NC 27581

Claim Number: 2617
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $8,110.19 | |

---

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE #101
ALBUQUERQUE, NM 87111

Claim Number: 2673
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $149.00 | |

---

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE, SUITE 101
ALBUQUERQUE, NM 87111

Claim Number: 2674-01
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5625 (06/07/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15.62 | | Allowed: | $15.62 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE, SUITE 101
ALBUQUERQUE, NM 87111

Claim Number: 2674-02
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $174.38 | | |

---

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE #101
ALBUQUERQUE, NM 87111

Claim Number: 2675
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,245.00 | | |
| UNSECURED | | | Scheduled: | $1,435.00 |

---

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE, SUITE 101
ALBUQUERQUE, NM 87111

Claim Number: 2676-01
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5625 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13.64 | Allowed: | $13.64 |

---

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE, SUITE 101
ALBUQUERQUE, NM 87111

Claim Number: 2676-02
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,231.36 |

---

VANLEEUWEN, NICK
210 OXCROFT STREET
CARY, NC 27519

Claim Number: 7999
Claim Date: 09/22/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $33,294.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

VARGO, ROBERT M.
1516 NORTH GLENEAGLE DRIVE
GARNER, NC 27529-4303

Claim Number: 562
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $34,397.10 |
|---|---|---|

VARMA, ANJALI
6035 MARQUITA AVE
DALLAS, TX 75206

Claim Number: 3000
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $38,365.38 |
|---|---|---|

VARMA, ANJALI
6035 MARQUITA AVE
DALLAS, TX 75206

Claim Number: 7030
Claim Date: 01/28/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $16,692.05 |
|---|---|---|
| UNSECURED | Claimed: | $38,740.73 |

VASERFIRER, ANATOLY
1426 LUCKENBACH DR
ALLEN, TX 75013

Claim Number: 4325
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,259.36 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

VAUGHAN, DEBORAH
237 HERBEA HILL DRIVE
TIMBERLAKE, NC 27583

Claim Number: 7802
Claim Date: 06/24/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8167

| UNSECURED | Claimed: | $7,400.00 |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| VAUGHAN, DEBORAH<br>237 HERBET HILL DRIVE<br>TIMBERLAKE, NC 27583 | | Claim Number: 8167<br>Claim Date: 01/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7802 |
| UNSECURED | Claimed: | $7,400.00 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4269<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1499 |
| UNSECURED | Claimed: | $530,465.01 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4270<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1498 |
| UNSECURED | Claimed: | $31,695.46 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4271<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1497 |
| UNSECURED | Claimed: | $21,142.59 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4274<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1494 |
| UNSECURED | Claimed: | $7,407.75 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | Claim Number: 4275<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1496 | |
| UNSECURED          Claimed: | $97,005.32 | |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | Claim Number: 4276<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1495 | |
| UNSECURED          Claimed: | $26,456.04 | |
| VECTRON INTERNATIONAL<br>267 LOWELL RD<br>HUDSON, NH 03051-4916 | Claim Number: 5948<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED          Claimed: | $5,660.00 | |
| VEGA, MARIA A<br>549 NW 130 WAY<br>PEMBROKE PINES, FL 33028 | Claim Number: 1444<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $12,983.26 | |
| VENTURA COUNTY TAX COLLECTOR<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | Claim Number: 6063<br>Claim Date: 10/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4752 (01/25/2011) | |
| PRIORITY          Claimed: | $38,936.05          Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | |
|---|---|---|---|
| VENTURA, JAYNE L<br>1514 MANHATTAN AVE<br>HERMOSA BEACH, CA 90254 | Claim Number: 1682<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |

| ADMINISTRATIVE | Claimed: | $223,774.00 |
|---|---|---|

| | |
|---|---|
| VENTURA, JAYNE L.<br>229 24TH STREET<br>MANHATTAN BEACH, CA 90266 | Claim Number: 7052<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $418,182.00 |
|---|---|---|

| | |
|---|---|
| VENTURINO, STEPHEN<br>1212 JOHNSON RD<br>PALMYRA, NY 14522 | Claim Number: 7110<br>Claim Date: 02/18/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 2907 |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $64,712.72 |

| | |
|---|---|
| VERGEL, NELSON A.<br>2124 CEDARCREST DR<br>CARROLLTON, TX 75007 | Claim Number: 3402<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $22,344.81 |
|---|---|---|

| | |
|---|---|
| VERINT AMERICAS INC<br>ATTN: PAIGE HONEYCUTT OR DAN BERTOLINO<br>300 COLONIAL CENTER PARKWAY SUITE 600<br>ROSWELL, GA 30076 | Claim Number: 4668<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $175,682.94 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| VERIZON WIRELESS SOUTH<br>VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | | Claim Number: 903<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $25,849.89 |
| VETIL, JACQUES<br>213 PARKMEADOW DR<br>CARY, NC 27519 | | Claim Number: 3446<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $40,697.00 |
| VEZZA, BRIAN<br>803 RAINIER CT<br>ALLEN, TX 75002 | | Claim Number: 2722<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $59,874.07 |
| VEZZA, BRIAN<br>803 RAINIER COURT<br>ALLEN, TX 75002 | | Claim Number: 2723<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $6,240.41 |
| UNSECURED | Claimed: | $53,633.66 |
| VIA, RICHARD A.<br>8805 LINDLEY MILL ROAD<br>SNOW CAMP, NC 27349 | | Claim Number: 4583<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $144,138.59 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| VIEIRO, JORGE<br>3900 KIMBROUGH LN<br>PLANO, TX 75025 | | Claim Number: 4042<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $80,731.59 |
| VIEIRO, JORGE E<br>3900 KIMBROUGH LN<br>PLANO, TX 75025 | | Claim Number: 3452<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim amount of 34,774.45 (CDN) |
| UNSECURED | Claimed: | $27,826.51 |
| VIEIRO, JORGE E<br>3900 KIMBROUGH LN<br>PLANO, TX 75025 | | Claim Number: 3453<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $80,307.69 |
| VIGREUX, GILBERT<br>3479 FERN RIDGE EAST DR NE<br>CONYERS, GA 30013 | | Claim Number: 6897<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 3098 |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $42,661.12 |
| VILLESCAS, DOMINIC A<br>6606 VALLEY VIEW LN<br>SACHSE, TX 75048 | | Claim Number: 1658<br>Claim Date: 08/07/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $22,071.65 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| VINAIXA, TANIA<br>16345 SW 9TH ST<br>PEMBROKE PNES, FL 33027 | Claim Number: 2036<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| TOTAL | Claimed: | $0.00   UNDET | |
| --- | --- | --- | --- |

| VINAIXA, TANIA<br>16345 SW 9TH ST<br>PEMBROKE PINES, FL 33027 | Claim Number: 2037<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |

---

| PRIORITY | Claimed: | $5,875.47 | |
| --- | --- | --- | --- |
| UNSECURED | Claimed: | $11,480.05 | |

| VINAIXA, TANIA<br>16345 SW 9TH ST<br>PEMBROKE PNES, FL 33027 | Claim Number: 5390<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>May amend claim 2037. | | |

---

| UNSECURED | Claimed: | $17,355.52 | |
| --- | --- | --- | --- |

| VINAIXA, TANIA<br>16345 SW 9TH STREET<br>PEMBROKE PINES, FL 33027 | Claim Number: 5391<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>May amend claim 2036. | | |

---

| SECURED | Claimed: | $0.00   UNLIQ | |
| --- | --- | --- | --- |

| VIRGINIA<br>VIRGINIA DEPARTMENT OF THE TREASURY<br>DIVISION OF UNCLAIMED PROPERTY<br>P.O. BOX 2478<br>RICHMOND, VA 23218-2478 | Claim Number: 3599<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |

---

| UNSECURED | Claimed: | $96.05 | Allowed: | $96.05 |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| VIRGINIA DEPARTMENT OF TAXATION<br>TAXING AUTHORITY CONSULTING SERVICES, PC<br>BANKRUPTCY COUNSEL<br>PO BOX 2156<br>RICHMOND, VA 23218-2156 | Claim Number: 641<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4256 (11/08/2010) | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $1,404,048.56 | | |
|---|---|---|---|---|

| VOGT, VANCE V<br>475 CRESTONE CT<br>LOVELAND, CO 80537 | Claim Number: 3166<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $300.47   UNLIQ | | |
|---|---|---|---|---|

| VOLT DELTA RESOURCES, LLC<br>ATTN: COLLECTIONS<br>1600 STEWART AVENUE - SUITE 305<br>WESTBURY, NY 11590 | Claim Number: 1343<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $5,681.50 | Scheduled: | $5,681.50 |
|---|---|---|---|---|

| VONDERHAAR, MICHAEL<br>3525 LAKE BREEZE LANE<br>GAINESVILLE, GA 30506 | Claim Number: 2917<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $346,418.17 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| VONDERHAAR, MICHAEL<br>3525 LAKE BREEZE LANE<br>GAINESVILLE, GA 30506 | Claim Number: 2918<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
|---|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $346,418.17 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

VOSBURG, WILLIAM
3232 NEUSE BANK CT
WAKE FOREST, NC 27587

Claim Number: 3661
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $52,540.86 | |

---

VOSBURG, WILLIAM E
3232 NEUSE BANK CT
WAKE FOREST, NC 27587

Claim Number: 3660
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,418.84 | |

---

VOXIFY INC
1151 MARINA VILLAGE PKWY
ALAMEDA, CA 94501

Claim Number: 2044
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $709.64 | Scheduled: | $0.00 UNLIQ |

---

VRABEL JR., JOHN P.
315 HAWKS VIEW DR
O FALLON, MO 63368-7673

Claim Number: 312
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,624.85 |
| UNSECURED | Claimed: | $37,663.56 |

---

VRABEL, JOHN P.
315 HAWKS VIEW DR
O FALLON, MO 63368-7673

Claim Number: 2552
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,288.41 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

VRABEL,JR., JOHN P.
315 HAWKS VIEW DR
O FALLON, MO 63368-7673

Claim Number: 2550
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $49,288.41 |
|---|---|---|

VRABEL,JR., JOHN P.
10 ROYALLMANOR CT
O'FALLON, MO 63368

Claim Number: 2551
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $11,624.85 |
|---|---|---|
| UNSECURED | Claimed: | $37,663.56 |

VRABEL,JR., JOHN P.
10 ROYALLMANOR CT.
O'FALLON, MO 63368

Claim Number: 2553
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $11,624.85 |
|---|---|---|
| UNSECURED | Claimed: | $37,663.56 |

VU, JESSICA
1472 MINOK PL
MORGAN HILL, CA 95037

Claim Number: 7599
Claim Date: 02/09/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7830

| PRIORITY | Claimed: | $24,751.35 |
|---|---|---|

W B GALT
1109 MEADOW LANE
SACHSE, TX 75048

Claim Number: 3760
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $621,142.74 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| WACHOVIA BANK, N.A. AS SUCCESSOR BY MERGER TO FIRST UNION NATIONAL BANK ET AL, ALSTON & BIRD LLP, C/O JASON H WATSON, 1201 WEST PEACHTREE STREET ATLANTA, GA 30309-3424 | Claim Number: 5599 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $0.00   UNLIQ DISP | | | |
| WACHOVIA BANK, N.A., AS SUCCESSOR TO FIRST UNION NATIONAL BANK C/O JASON H. WATSON - ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA, GA 30309-3424 | Claim Number: 5652 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 3798 (08/18/2010) | | | |
| UNSECURED          Claimed: | $0.00   UNLIQ | | | |
| WADE, GWYNNE 8 SNUFFYS LN LEBANON, NJ 08833 | Claim Number: 1726 Claim Date: 08/17/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE    Claimed: | $7,316.93 | | | |
| WADE, GWYNNE 8 SNUFFYS LANE LEBANON, NJ 08833 | Claim Number: 1727 Claim Date: 08/17/2009 Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $7,316.93 | Scheduled: | $7,316.93 UNLIQ | |
| WADLOW, JERRY PO BOX 79 WEWOKA, OK 74884-0079 | Claim Number: 7512 Claim Date: 12/15/2010 Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $604,252.93   UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | |
|---|---|---|---|---|---|
| WADLOW, JERRY<br>921 CRESTVIEW ST<br>ADA, OK 74820 | | Claim Number: 7523<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 7512 | | | |
| UNSECURED | Claimed: | $604,252.93   UNLIQ | | | |
| WADLOW, JERRY<br>P.O. BOX 79<br>WEWOKA, OK 74884 | | Claim Number: 7850<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $662,144.72   UNLIQ | | | |
| WAHEED, SHAHID<br>5204 SAINT CROIX CT.<br>RICHARDSON, TX 75082 | | Claim Number: 438<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $53,987.31 | | | |
| WAINHOUSE RESEARCH LLC<br>34 DUCK HILL TERRACE<br>DUXBURY, MA 02332 | | Claim Number: 3358<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $15,000.00 | Scheduled: | $15,000.00 | |
| WAINHOUSE RESEARCH, LLC<br>ATTN: MARC BEATTIE<br>34 DUCK HILL TERRACE<br>DUXBURY, MA 02332 | | Claim Number: 3359<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| ADMINISTRATIVE | Claimed: | $15,000.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| WAITE, LORI K.<br>156 EQUESTRIAN DR<br>ROCKWALL, TX 75032 | | Claim Number: 7526<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $7,686.00 |
|---|---|---|

| WALDHAUER, ROBERT B.<br>5039 RIVER ROCK WAY<br>WOODSTOCK, GA 30188 | | Claim Number: 1669<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $52,499.20 |
|---|---|---|

| WALDRON, DON<br>1847 SAN LEANNA DR.<br>ALLEN, TX 75013 | | Claim Number: 4594<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $172,075.71 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| WALKER, D CARLISLE<br>5150 NUNNALLY TRAIL<br>GAINESVILLE, GA 30506 | | Claim Number: 3240<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012)<br>Claim out of balance |
|---|---|---|

| PRIORITY | Claimed: | $10,015.84 |
|---|---|---|
| TOTAL | Claimed: | $95,150.48 |

| WALKER, EILEEN A<br>1659 NE DAPHNE CT.<br>BEND, OR 97701 | | Claim Number: 6368<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012)<br>Amends claim 2643 |
|---|---|---|

| UNSECURED | Claimed: | $81,640.44 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| WALKER, JAMIE L.<br>1542 MARLY DRIVE<br>DURHAM, NC 27703 | | Claim Number: 7728<br>Claim Date: 05/05/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $19,819.20 |
| WALKER, JUDITH F.<br>106 ASHMONT LANE<br>DURHAM, NC 27713 | | Claim Number: 8008<br>Claim Date: 09/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7639 |
| UNSECURED | Claimed: | $24,700.67 |
| WALROD, DANIEL G.<br>206 RIGGSBEE FARM DR.<br>CARY, NC 27519 | | Claim Number: 7377<br>Claim Date: 08/09/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $52,462.84 |
| WALROD, DANIEL G.<br>206 RIGGSBEE FARM DR.<br>CARY, NC 27519 | | Claim Number: 8192<br>Claim Date: 02/06/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $61,199.09 |
| WALSER, DONNA P.<br>7323 APPLE MILL RD<br>EFLAND, NC 27243 | | Claim Number: 8098<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $9,557.82 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

WALSH, GERARD
4305 BRADY DRIVE
PLANO, TX 75024

Claim Number: 4426
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $68,954.63 | Scheduled: | $68,954.63 |
|---|---|---|---|---|

WALSH, GERARD
4305 BRADY DRIVE
PLANO, TX 75024

Claim Number: 4427
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $151,521.75 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

WALSH, GERARD K.
4305 BRADY DRIVE
PLANO, TX 75024

Claim Number: 4425
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $68,954.63 |
|---|---|---|

WALSH, GERARD K.
4305 BRADY DRIVE
PLANO, TX 75024

Claim Number: 4428
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $151,521.75 |
|---|---|---|

WALSH, GLORIA
13580 NW 7TH PLACE
PEMBROKE PINES, FL 33028

Claim Number: 5788
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $25,904.16 |
| TOTAL | Claimed: | $25,904.16 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

WALSH, JOHN R.
316 LILLY LANE
MURFREESBORO, TN 37128

Claim Number: 7412
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $3,963.45   UNLIQ |

---

WALTON, EDWARD
700 MARINER CIRCLE
WEBSTER, NY 14580

Claim Number: 7173
Claim Date: 03/29/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim no. 3855

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $74,039.95 | Scheduled: | $0.00  UNLIQ |

---

WALTON, PATRICIA B.
4078 OLD NC 75
STEM, NC 27581

Claim Number: 8032
Claim Date: 10/24/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,877.61 |

---

WANDERLICK, JEFFREY
4 WHISPERING PINES LANE
MERRIMACK, NH 03054

Claim Number: 1128
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $26,084.19 |

---

WANG, CHIH-WEI
4325 WONDERLAND DR
PLANO, TX 75093

Claim Number: 2488
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $38,360.80 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| WANG, CHIH-WEI<br>4325 WONDERLAND DR<br>PLANO, TX 75093 | | Claim Number: 2489<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $38,368.80 |

| | | |
|---|---|---|
| WANG, JIN<br>23110 TURTLE ROCK TERRACE<br>CLARKSBURG, MD 20871 | | Claim Number: 2577<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $20,000.00 |

| | | |
|---|---|---|
| WANG, LILY HOH<br>4325 WONDERLAND DR.<br>PLANO, TX 75093 | | Claim Number: 236<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $663.03 |
| UNSECURED | Claimed: | $35,346.93 |

| | | |
|---|---|---|
| WANG, LILY HOH<br>4325 WONDERLAND DR<br>PLANO, TX 75093 | | Claim Number: 4309<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012)<br>might amend claim 236 |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,613.03 |
| UNSECURED | Claimed: | $24,396.93 |

| | | |
|---|---|---|
| WANG, LIPING<br>3429 DANBURY LN<br>PLANO, TX 75074 | | Claim Number: 372<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $141,208.15 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

WANG, XIN
139 CORNELL DR.
COMMACK, NY 11725

Claim Number: 3235
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $7,738.57 |
|---|---|---|

WANG, YUN
102 MANOR GARDEN WAY
CARY, NC 27513

Claim Number: 7133
Claim Date: 03/08/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,608.67 |
|---|---|---|

WANG, YUN
102 MANOR GARDEN WAY
CARY, NC 27513

Claim Number: 7134
Claim Date: 03/08/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,123.26 |
|---|---|---|

WANG, YUN
102 MANOR GARDEN WAY
CARY, NC 27513

Claim Number: 7138
Claim Date: 03/09/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,912.15 |
|---|---|---|

WANLAND & ASSOCIATES, INC. ET. AL
C/O NYRAN ROSE PEARSON, ESQ.
CAFFERTY FAUCHER LLP
30 N LASALLE STREET STE 3200
CHICAGO, IL 60602

Claim Number: 3911
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $360,000,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| WARD, ANDREW D.<br>1804 HIGHLAND PARK RD.<br>DENTON, TX 76205 | Claim Number: 125<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,591.05 |
| UNSECURED | Claimed: | $25,306.38 |

| | | |
|---|---|---|
| WARD, ANDREW D.<br>1804 HIGHLAND PARK RD.<br>DENTON, TX 76205 | Claim Number: 401<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,591.05 |
| UNSECURED | Claimed: | $19,748.72 |

| | | |
|---|---|---|
| WARD, DENNIS<br>4604 SPRING CREST COURT<br>FUQUAY VARINA, NC 27526 | Claim Number: 1150<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $61,034.83 |

| | | |
|---|---|---|
| WARD, WENDY<br>555 STALLION DR.<br>LUCAS, TX 75002 | Claim Number: 7698<br>Claim Date: 04/11/2011<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $12,086.48 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

WARING, JAMES
41 SHALLOW STREAM ROAD
CARMEL, NY 10512

Claim Number: 6183
Claim Date: 12/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $15,194.22 |
|---|---|---|

WARING, JAMES R
41 SHALLOW STREAM ROAD
CARMEL, NY 10512

Claim Number: 6182
Claim Date: 12/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

WARNER, DAVID L.
209 HARDWOOD RIDGE CT.
CLAYTON, NC 27520

Claim Number: 328
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $2,763.08 |
|---|---|---|

WARNER, DAVID L.
209 HARDWOOD RIDGE CT.
CLAYTON, NC 27520

Claim Number: 329
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $17,217.60 |

WARNER, DUSTIN
961 CASTLEWOOD CANYON ROAD
FRANKTOWN, CO 80116

Claim Number: 8188
Claim Date: 01/30/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $57,525.82 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| WARNICK, JON P.<br>28 INDIAN PAINBRUSH<br>CARBONDALE, CO 81623 | Claim Number: 2282<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $167,907.73 |
|---|---|---|

| | | |
|---|---|---|
| WASHINGTON RESOURCE ASSOCIATES, INC.<br>8201 GREENSBORO DR STE 708<br>MCLEAN, VA 22102-3818 | Claim Number: 1720<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |

| ADMINISTRATIVE | Claimed: | $25,310.50 |
|---|---|---|

| | | |
|---|---|---|
| WASHINGTON RESOURCES<br>8201 GREENSBORO DR STE 708<br>MCLEAN, VA 22102-3818 | Claim Number: 1721<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $25,000.00 | Scheduled: | $25,000.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| WATSON, DALE L.<br>342 WOODLAND PATH<br>DALLAS, GA 30132 | Claim Number: 4586<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $9,675.89 |
|---|---|---|

| | | |
|---|---|---|
| WATSON, JOHN P. JR<br>4638 COLONIAL AVENUE<br>JACKSONVILLE, FL 32210 | Claim Number: 3288<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $23,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| WATSON, RICHARD<br>2504 BROWN DR<br>FLOWER MOUND, TX 75022 | Claim Number: 5415<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $22,981.77 |
| TOTAL | Claimed: | $33,931.77 |

| | | |
|---|---|---|
| WATSON, RICHARD<br>2504 BROWN DR<br>FLOWER MOUND, TX 75022 | Claim Number: 5416<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $23,409.65 UNLIQ |

| | | |
|---|---|---|
| WATSON, RICHARD<br>2504 BROWN DR<br>FLOWER MOUND, TX 75022 | Claim Number: 5417<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $33,931.77 |

| | | |
|---|---|---|
| WATSON, ROBERT<br>2900 TRAMWAY ROAD<br>SANFORD, NC 27332 | Claim Number: 4400<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $57,204.82 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

WEATHERLY, JEWELL HILL
215 MELROSE DRIVE
PINEHURST, NC 28374

Claim Number: 5850
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $187,289.60 |
|---|---|---|

WEAVER, PHILIP
3128 CARROLL CR
PLANO, TX 75023

Claim Number: 3581
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $24,503.12 |
|---|---|---|

WEAVER, PHILIP A
3128 CARROLL CR
PLANO, TX 75023

Claim Number: 3596
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $56,988.50 |
|---|---|---|

WEBSTER, DONNA
716 DUTCH HILL RD
OAKDALE, PA 15071

Claim Number: 2194
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

WEEKS, THOMAS B.
1566 POPE RD. PO BOX 587
CREEDMOOR, NC 27522

Claim Number: 7972
Claim Date: 09/13/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $98,002.40 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

WEHN, TIM
2116 COBBLESTONE ST
SPRINGDALE, AR 72762-5896

Claim Number: 4731
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7232 (02/21/2012)

---

| UNSECURED | Claimed: | $77,560.41 |
|---|---|---|

WEIDNER, WILLIAM
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5531
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $395.00 |
|---|---|---|

WEIGLER, SEAN
1301 CHICKASAW DRIVE
RICHARDSON, TX 75080

Claim Number: 6786
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $7,846.14 |
|---|---|---|

WEIL, NELSON
16651 CLEARY CIRCLE
DALLAS, TX 75248

Claim Number: 773
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $70,420.00 |
|---|---|---|

WEINER, KEITH
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5523
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $3,867,935.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| WEISS, HOWARD ERIC<br>828 POTOMAC RD<br>ATLANTA, GA 303386974 | | Claim Number: 2367<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $1,715.97 |
| UNSECURED | Claimed: | $27,448.35 |

---

| WEISS, MR. HOWARD ERIC<br>828 POTOMAC RD<br>ATLANTA, GA 303386974 | | Claim Number: 118<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| PRIORITY | Claimed: | $6,993.94 |
| UNSECURED | Claimed: | $24,626.40 |

---

| WELCH, WARD<br>707 NORTH COLUMBIA STREET<br>CHAPEL HILL, NC 27516 | | Claim Number: 100<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $19,647.10 |

---

| WELDON, MARK<br>833 RUNNYMEDE RD<br>RALEIGH, NC 27607-3105 | | Claim Number: 3155<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $97,434.00 |

---

| WELLER, BURTON<br>2264 REMINGTON CT NE<br>MARIETTA, GA 30066-2151 | | Claim Number: 876<br>Claim Date: 04/07/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $60,820.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| WELLS FARGO BANK AS SUCCESSOR BY MERGER<br>ALSTON & BIRD LLP<br>C/O JASON H. WATSON<br>1201 WEST PEACHTREE STREET<br>ATLANTA, GA 30309-3424 | Claim Number: 7179<br>Claim Date: 03/31/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim no. 5652 |

UNSECURED          Claimed:                    $0.00   UNLIQ DISP

---

| WELLS, ERICA<br>3107 KINGSBROOK DR.<br>WYLIE, TX 75098 | Claim Number: 6282<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY          Claimed:                    $30,325.13

---

| WELLS, ERICA L<br>3107 KINGSBROOK DR<br>WYLIE, TX 75098 | Claim Number: 6283<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. |

ADMINISTRATIVE          Claimed:                    $30,325.13

---

| WELSH, KELLY<br>32 VICTORIA RD<br>NORTH BABYLON, NY 11703 | Claim Number: 6278<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY          Claimed:                    $26,296.94   UNLIQ

---

| WELSH, SUSAN C.<br>13501 MARR LODGE LN<br>BRISTOW, VA 20136 | Claim Number: 6770<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7234 (02/21/2012) |

ADMINISTRATIVE          Claimed:                    $15,521.63   UNLIQ

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 6247
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,407,676.58 |

---

WENHAM, TERENCE
136 CARDINAL DRIVE
ROSWELL, GA 30075

Claim Number: 3323
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $73,000.00 |
|---|---|---|

---

WENZEL, DANIEL
1890 AZTEC CIRCLE
CORONA, CA 92879

Claim Number: 2924
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $53,078.74 |
|---|---|---|

---

WERKOFF, DIDIER
5301 MISSION ST., APT. #4
SAN FRANCISCO, CA 94112

Claim Number: 1536
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $84,487.13 |
|---|---|---|

---

WESBELL ASSET RECOVERY CENTER
WESBELL GROUP OF COMPANIES INC
2365 MATHESON BLVD EAST
MISSISSAUGA, ON L4W 5C2
CANADA

Claim Number: 5535
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $441,841.30 | Allowed: | $441,841.30 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| WESBELL ASSET RECOVERY CENTER<br>WESBELL GROUP OF COMPANIES INC.<br>50 DEVON ROAD<br>BRAMPTON, ON L6T 5B5<br>CANADA | Claim Number: 5536<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|
| ADMINISTRATIVE        Claimed: | $441,841.30 |

---

| WEST COLONY OFFICE ASSOCIATES, LP<br>330 GARFIELD ST<br>SANTA FE, NM 87501 | Claim Number: 1371<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED        Claimed: | $31,230.03 |

---

| WEST VIRGINIA STATE TREASURER'S OFFICE<br>UNCLAIMED PROPERTY DIVISION<br>ONE PLAYERS CLUB DRIVE<br>CHARLESTON, WV 25311-1639 | Claim Number: 538<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED        Claimed: | $150.00 |

---

| WEST, KARIN<br>3121 PARKSIDE DRIVE<br>PLANO, TX 75075 | Claim Number: 3898<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED        Claimed: | $63,530.88 |

---

| WEST, KARIN AILEEN<br>3121 PARKSIDE DRIVE<br>PLANO, TX 75075 | Claim Number: 3899<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|
| ADMINISTRATIVE        Claimed: | $63,530.88 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | |
|---|---|---|
| WEST, KENNETH LEON<br>9025 MEADOWKNOLL DR<br>DALLAS, TX 75243 | | Claim Number: 1538<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,000.00 |

| | | |
|---|---|---|
| WESTMAN, MARK A.<br>312 STROMER DRIVE<br>CARY, NC 27513 | | Claim Number: 7540<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNDET |
| UNSECURED | Claimed: | $44,050.00   UNDET |

| | | |
|---|---|---|
| WEYL, JOHN<br>42 WEST BUFFALO ST.<br>CHURCHVILLE, NY 14428 | | Claim Number: 394<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $75,000.00 |

| | | |
|---|---|---|
| WHITE, CARRIE S.<br>6301 WIDGEON DRIVE<br>PLANO, TX 75024 | | Claim Number: 7522<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $25,602.00   UNLIQ |

| | | |
|---|---|---|
| WHITE, ELISA D.<br>4122 TRAVIS ST. # 19<br>DALLAS, TX 75204 | | Claim Number: 681<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,100.80 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

WHITE, IAIN ROBERT
8530 MCKEE ROAD
ROUGEMONT, NC 27572

Claim Number: 273
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $33,494.73 |
|---|---|---|

WHITE, JOHN STERLING
36 ENGLISH TURN DR.
NEW ORLEANS, LA 70131

Claim Number: 1125
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $255,130.00 |
|---|---|---|

WHITE, NANCY J
127 WHITE FARM RD
LAFAYETTE, TN 37083-3131

Claim Number: 4237
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $471,609.35 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

WHITEHURST, ANN
107 PARKLANE DRIVE
MORRISVILLE, NC 27560

Claim Number: 7634
Claim Date: 03/10/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $7,963.07 |
|---|---|---|

WHITEHURST, JAY
1512  CONSETT COURT
RALEIGH, NC 27613

Claim Number: 3310
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $240,421.95 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| WHITEHURST, MICHAEL<br>801 SILVER POINT RD<br>CHAPIN, SC 29036 | | Claim Number: 2804<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $6,255.17 | | |
| WHITEHURST, MICHAEL<br>801 SILVERPOINT ROAD<br>CHAPIN, SC 29036 | | Claim Number: 2805<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $6,255.17 | | |
| UNSECURED | | | Scheduled: | $6,255.17 UNLIQ |
| WHITEHURST, MICHAEL<br>801 SILVERPOINT ROAD<br>CHAPIN, SC 29036 | | Claim Number: 2806<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $59,460.80 | Scheduled: | $64,532.96 UNLIQ |
| WHITEHURST, MICHAEL<br>801 SILVERPOINT ROAD<br>CHAPIN, SC 29036 | | Claim Number: 2807<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $70,410.80  UNLIQ | | |
| WHITFIELD, JAMES THOMAS, JR.<br>PO BOX 175<br>TIMBERLAKE, NC 27583 | | Claim Number: 7582<br>Claim Date: 01/28/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $85,889.06 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

WHITFIELD, JAMES THOMAS, JR.
PO BOX 175
TIMBERLAKE, NC 27583

Claim Number: 7586
Claim Date: 01/31/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $11,439.68 |
|---|---|---|

WHITFIELD, VIVIAN
901 TOWN CENTRE BLVD. STE.235
CLAYTON, NC 27520

Claim Number: 3678
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $6,736.47 |
|---|---|---|
| UNSECURED | Claimed: | $12,599.65 |

WHITFIELD, VIVIAN
901 TOWN CENTRE BLVD.
STE 235
CLAYTON, NC 27520

Claim Number: 3679
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $6,736.47 |
|---|---|---|
| UNSECURED | Claimed: | $12,599.65 |

WHITFIELD, VIVIAN
901 TOWN CENTRE BLVD.
STE. 235
CLAYTON, NC 27520

Claim Number: 3680
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

| PRIORITY | Claimed: | $6,736.47 |
|---|---|---|
| UNSECURED | Claimed: | $12,599.65 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WHITFILL, MARK<br>3822 RAINTREE DRIVER<br>FLOWER MOUND, TX 75022 | | Claim Number: 3823<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |

| UNSECURED | Claimed: | $101,670.88 | Scheduled: | $0.00 UNLIQ | | | |
|---|---|---|---|---|---|---|---|
| WHITFILL, MARK E<br>3822 RAINTREE DR<br>FLOWER MOUND, TX 75022 | | Claim Number: 3825<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | | | |

| UNSECURED | Claimed: | $101,670.88 | Scheduled: | $0.00 UNLIQ | | | |
|---|---|---|---|---|---|---|---|
| WHITLOCK<br>WHITLOCK GROUP, THE<br>3900 GASKINS ROAD<br>RICHMOND, VA 23233 | | Claim Number: 2515<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | | |

| UNSECURED | Claimed: | $11,377.82 | | | | Allowed: | $11,377.82 |
|---|---|---|---|---|---|---|---|
| WHITTED BRASWELL, TASHA<br>2810 THOREAU DR<br>DURHAM, NC 27703 | | Claim Number: 7474<br>Claim Date: 10/22/2010<br>Debtor: NORTEL NETWORKS INC. | | | | | |

| UNSECURED | Claimed: | $18,415.10 | | | | | |
|---|---|---|---|---|---|---|---|
| WHITTON, MARK<br>19206 MILL SITE PL.<br>LEESBURG, VA 20176 | | Claim Number: 216<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |

| UNSECURED | Claimed: | $86,800.15 | | | | | |
|---|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

WHITTON, MARK
19206 MILL SITE PLACE
LEESBURG, VA 20176

Claim Number: 2812
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $86,800.15 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

WHITTON, MARK
19206 MILLE SITE PL.
LEESBURG, VA 20176

Claim Number: 2813
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $86,800.15 |
|---|---|---|

WI-FI ALLIANCE
10900 STONELAKE BLVD STE B-126
AUSTIN, TX 78759-5828

Claim Number: 2465
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| UNSECURED | Claimed: | $575.34 |
|---|---|---|

WILCOX, REGINALD
22 EWING COURT
LUCAS, TX 75002

Claim Number: 4284
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $82,152.39 | Scheduled: | $82,152.39 UNLIQ |
|---|---|---|---|---|

WILDER, ROBERT A.
955 RIVER OVERLOOK CT.
ATLANTA, GA 30328

Claim Number: 2860
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $146,617.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | |
|---|---|---|
| WILKINS, REGINALD L.<br>317 CLARENDON CRESCENT<br>RALEIGH, NC 27610 | | Claim Number: 7589<br>Claim Date: 02/04/2011<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $17,100.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| WILLARD T. ANDERSON PROPERTIES<br>C/O JOHN D. RODGERS, ESQ.<br>DEILY MOONEY & GLASTETER, LLP<br>8 THURLOW TERRACE<br>ALBANY, NY 12203 | | Claim Number: 3389<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |

| SECURED | Claimed: | $53,350.00 |
|---|---|---|
| UNSECURED | Claimed: | $33,327.56 |

| | | |
|---|---|---|
| WILLIAMS AARON D.<br>14533 GRANT ST<br>OVERLAND PARK, KS 66221 | | Claim Number: 1143<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $46,151.00 |
|---|---|---|

| | | |
|---|---|---|
| WILLIAMS, BRENT N<br>11805 PEMBRIDGE LN<br>RALEIGH, NC 27613 | | Claim Number: 5812<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012)<br>Claim out of balance |

| PRIORITY | Claimed: | $4,655.86 |
|---|---|---|
| SECURED | Claimed: | $4,655.86 |
| UNSECURED | Claimed: | $5,395.40 |
| TOTAL | Claimed: | $10,051.26 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | | |
|---|---|---|---|---|---|
| WILLIAMS, BRENT N<br>11805 PEMBRIDGE LN<br>RALEIGH, NC 27613 | | Claim Number: 5816<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |
| WILLIAMS, MARGARET<br>4358 RIVERVIEW AVENUE<br>WEST LINN, OR 97068 | | Claim Number: 3286<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $49,280.00 | | | |
| WILLIAMS, MARGARET L<br>4358 RIVERVIEW AVENUE<br>WEST LINN, OR 97068 | | Claim Number: 3287<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $49,280.00 | | | |
| WILLIAMS, PATRICK H<br>1040 BRANCH ROAD<br>CANTON, GA 30115 | | Claim Number: 4604<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $98,804.51 | Scheduled: | $0.00  UNLIQ | |
| WILLIAMS, PAUL JR.<br>5509 PINE DR<br>RALEIGH, NC 27606 | | Claim Number: 7082<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $4,974.81 | | | |
| UNSECURED | Claimed: | $52,581.42 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | |
|---|---|---|
| WILLIAMS, SHARON<br>6632 JOHNSON MILL RD.<br>DURHAM, NC 27712 | | Claim Number: 1982<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| WILLIAMS, TRACY A.<br>3220 W INA RD APT 12207<br>TUCSON, AZ 857412168 | | Claim Number: 150<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |

---

| UNSECURED | Claimed: | $15,969.20 |
|---|---|---|

| | | |
|---|---|---|
| WILLIAMS, WILLIAM G.<br>5110 HIGHCROFT DRIVE<br>CARY, NC 27519 | | Claim Number: 7057<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $70,720.00 |
|---|---|---|

| | | |
|---|---|---|
| WILLIAMSON, PAMELA J.<br>908 NEEDHAM DR.<br>SMYRNA, TN 37167 | | Claim Number: 7483<br>Claim Date: 11/05/2010<br>Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $10,212.67   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| WILLIFORD, CURTIS<br>1013 VINSON CT<br>CLAYTON, NC 27520 | | Claim Number: 4757<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $35,485.20 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| WILLIS, KENNETH A.<br>1875 GREENMEADOW DR.<br>WALLED LAKE, MI 48390 | Claim Number: 7932<br>Claim Date: 09/06/2011<br>Debtor: NORTEL NETWORKS INC. | |
| --- | --- | --- |

| PRIORITY | Claimed: | $10,950.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $19,754.64 | | |

---

| WILMER CUTLER PICKERING HALE AND DORR<br>LLP<br>WILMERHALE LLP C/O CRAIG GOLDBLATT<br>1875 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20006 | Claim Number: 3828<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | |
| --- | --- | --- |

| UNSECURED | Claimed: | $16,827.97 | Allowed: | $16,827.97 |
| --- | --- | --- | --- | --- |

---

| WILSON, BOBBY<br>BOBBY WILSON ELECTRIC CO INC.<br>2 HIGHCROSS COURT<br>RALEIGH, NC 27613 | Claim Number: 6320<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | |
| --- | --- | --- |

| UNSECURED | Claimed: | $1,479.00 | Allowed: | $1,479.00 |
| --- | --- | --- | --- | --- |

---

| WILSON, CHRISTOPHER<br>9428 MACON ROAD<br>RALEIGH, NC 27613 | Claim Number: 4303<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| --- | --- | --- |

| UNSECURED | Claimed: | $81,488.93 | | |
| --- | --- | --- | --- | --- |

---

| WILSON, JASON L.<br>165 DONEGAL DRIVE<br>TYRONE, GA 30290 | Claim Number: 7457<br>Claim Date: 10/08/2010<br>Debtor: NORTEL NETWORKS INC. | |
| --- | --- | --- |

| PRIORITY | Claimed: | $10,950.00 | UNLIQ | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $2,434.62 | UNLIQ | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

WILSON, JOHN B.
14538 WOOD ROAD
ALPHARETTA, GA 30004

Claim Number: 6640
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $131,069.81 |
| --- | --- | --- |

WILSON, JOHN B., VICE PRESIDENT
14538 WOOD ROAD
ALPHARETTA, GA 30004

Claim Number: 4570
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $131,069.81 |
| --- | --- | --- |

WILTEL COMMUNICATIONS LLC
LEVEL 3 COMMUNICATIONS, LLC
ATTN: KIM BARLETT
1025 ELDORADO BLVD
BROOMFIELD, CO 80021

Claim Number: 1654
Claim Date: 08/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $5,194.30 |
| --- | --- | --- |

WIMAX COM BROADBAND SOLUTIONS INC
PO BOX 29107
AUSTIN, TX 78755

Claim Number: 2779
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $6,000.00 |
| --- | --- | --- | --- | --- |

WIND RIVER SYSTEMS, INC.
ATTN: ACCOUNTS RECEIVABLE
500 WIND RIVER WAY
ALAMEDA, CA 94501

Claim Number: 3941
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $381,339.74 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

WINGO, GARY L.
9340 STONEY RIDGE LANE
ALPHARETTA, GA 30022

Claim Number: 559
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $304,665.90 |
|---|---|---|

WINJE, NORA
678 COOLEDGE AVE
ATLANTA, GA 30306

Claim Number: 2981
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $320,558.60 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

WINJE, NORA
678 COOLEDGE AVE
ATLANTA, GA 30306

Claim Number: 2984
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $107,981.09 | Scheduled: | $108,038.64 UNLIQ |
|---|---|---|---|---|

WINN, KEVIN J.
113 S.E. QUOIA DR.
TYNGSBORO, MA 01879

Claim Number: 7835
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $26,680.82 |
|---|---|---|

WIRELESS (TX) LP
C/O W.P. CAREY & CO., LLC
ATTN: DARREN POSTEL
50 ROCKEFELLER PLAZA
NEW YORK, NY 10020

Claim Number: 785
Claim Date: 03/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5624 (06/07/2011)

---

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,923,764.91  UNLIQ | Allowed: | $3,737,392.31 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| WIRELESS INTEGRATED NETWORKS INC.<br>NINOS HEROES 134 PTE. COL. CENTRO<br>HERMOSILLO<br>SONORA MEXICO, CP 83000<br>MEXICO | Claim Number: 1679<br>Claim Date: 08/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| UNSECURED          Claimed: | $103,706.00 | | | |
| WIREWERKS<br>WIREWERKS INC<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, H8T 1A3<br>CANADA | Claim Number: 1792<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED          Claimed: | $35,428.20 | | Allowed: | $35,428.20 |
| WIREWERKS INC<br>10280 CH DE LA COTE-DE-LIESSE<br>LACHINE, QC H8T 1A3<br>CANADA | Claim Number: 1793<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | | |
| ADMINISTRATIVE          Claimed: | $33,949.49 | | | |
| WIREWERKS INC<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC H8T 1A3<br>CANADA | Claim Number: 1794<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012)<br>42,426.25 CAD | | | |
| UNSECURED          Claimed: | $33,949.49 | Scheduled: | $3,508.20 | |
| WIREWERKS INC.<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC H8T 1A3<br>CANADA | Claim Number: 1789<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | | |
| ADMINISTRATIVE          Claimed: | $327.10 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

WIREWERKS INC.
10280 CHEMIN DE LA COTE-DE-LIESSE
LACHINE, QC H8T 1A3
CANADA

Claim Number: 1791
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

---

ADMINISTRATIVE          Claimed:            $35,428.20

WISLOCKI, BOGDAN
115 HAYWARD ST
YONKERS, NY 10704-1854

Claim Number: 5352
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED               Claimed:            $333,153.61

WISTRON CORPORATION
21F, NO 88, SECTION 1, HSIN-TAI-WU ROAD,
HSI-CHIH
TAIPEI HSIEN, 221
TAIWAN, R.O.C.

Claim Number: 4155
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7185 (02/07/2012)

---

ADMINISTRATIVE          Claimed:            $106,765.44

WISTRON CORPORATION
21F, NO 88, SECTION 1, HSIN-TAI-WU ROAD,
HSI-CHIH
TAIPEI HSIEN, 221
TAIWAN, R.O.C.

Claim Number: 4156
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

---

UNSECURED               Claimed:            $805,995.24

WISTRON CORPORATION
21F, 88, SEC. 1, HSIN TAI WU RD.,
HSICHIH, TAIPEI
LEGAL OFFICE
HSIEN, 221
TAIWAN, R.O.C.

Claim Number: 5637
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

ADMINISTRATIVE          Claimed:            $93,696.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| WISTRON INFOCOMM TECHNOLOGY AMERICA CORP<br>P.O. BOX 370307<br>EL PASO, TX 79937 | Claim Number: 4153<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| UNSECURED | Claimed: | $2,250,232.04 | | |
| WISTRON INFOCOMM TECHNOLOGY CORP<br>21F, 88, SEC. 1, HSIN TAI WU RD<br>HSICHIH<br>TAIPEI HSIEN, 221<br>TAIWAN R.O.C. | Claim Number: 4154<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | | | |
| ADMINISTRATIVE | Claimed: | $2,578,899.38 | | |
| WITEC, LLC<br>TRANSFEROR: CORPORATE BUSINESS GROUP INC<br>1221 BRICKELL AVENUE<br>9TH FLOOR<br>MIAMI, FL 33131 | Claim Number: 771<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $28,400.00 | Scheduled: | $28,400.00 |
| WITLOCK GROUP, THE<br>12820 WEST CREEK PKWY STE M<br>HENRICO, VA 23238-1111 | Claim Number: 2475<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7182 (02/07/2012) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $11,377.82 | Scheduled: | $11,377.82 |
| WJF TELECOM LLC<br>9410 DESOTO AVE # E<br>CHATSWORTH, CA 91311 | Claim Number: 23-01<br>Claim Date: 01/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | | |
| UNSECURED | Claimed: | $18,170.00 | Scheduled: | $14,390.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| WJF TELECOM LLC<br>9410 DESOTO AVE # E<br>CHATSWORTH, CA 91311 | | Claim Number: 23-02<br>Claim Date: 01/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | |
| UNSECURED | Claimed: | $1,730.00 | | |
| WOHLFORD, ROBERT<br>30 ALEXANDER PLACE<br>PITTSBURGH, PA 15243 | | Claim Number: 4343<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $30,925.82 | | |
| UNSECURED | Claimed: | $30,925.83 | Scheduled: | $52,371.96 UNLIQ |
| WOHLFORD, ROBERT<br>30 ALEXANDER PLACE<br>PITTSBURGH, PA 15243 | | Claim Number: 4383<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |
| WOHLFORD, ROBERT<br>30 ALEXANDER PLACE<br>PITTSBURGH, PA 15243 | | Claim Number: 4384<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $61,851.65 | | |
| WOHLFORD, ROBERT E.<br>30 ALEXANDER PLACE<br>PITTSBURGH, PA 15243 | | Claim Number: 4342<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $60,299.23 | | |
| UNSECURED | Claimed: | $60,299.23 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| WOINSKY, MELVIN N<br>300 OCEAN AVE N APT 4B<br>LONG BRANCH, NJ 07740 | Claim Number: 4004<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| WOLF, JAMES<br>7709 CHERRY CREEK DR<br>PLANO, TX 75025 | Claim Number: 4414<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $40,770.32 |
|---|---|---|

---

| WOLFE, CORTLAND<br>1186 S CLAYTON ST<br>DENVER, CO 80210-2013 | Claim Number: 178<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $133,334.00 |
|---|---|---|

---

| WOLFE, RICHARD N.<br>5917 RUSTIC WOOD LN<br>DURHAM, NC 27717 | Claim Number: 6994<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $41,682.68 |
|---|---|---|

---

| WONG, CHO L<br>FLAT A1, 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>CHINA | Claim Number: 4235<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $36,531.77 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

WONG, CHO LUN
FLAT A1 3/F SUMMIT COURT
144 TIN HAU TEMPLE ROAD
NORTH POINT,
HONG KONG

Claim Number: 1455
Claim Date: 07/01/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $114,152.00 |
|---|---|---|

WONG, CHO LUN
FLAT A1 3/F SUMMIT COURT
144 TIN HAU TEMPLE ROAD
NORTH POINT,
HONG KONG

Claim Number: 4150
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $114,152.00 |
|---|---|---|

WONG, CHO LUN
FLAT A1 3/F SUMMIT COURT
144 TIN HAU TEMPLE ROAD
NORTH POINT,
HONG KONG

Claim Number: 4151
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

WONG, CHO LUN
FLAT A1, 3/F SUMMIT COURT
144 TIN HAU TEMPLE ROAD
NORTH POINT,
HONG KONG

Claim Number: 4234
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

WONG, SHARON
4400 CUTTER SPRINGS COURT
PLANO, TX 75024

Claim Number: 909
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| UNSECURED | Claimed: | $26,602.42 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| WONG, TRACY<br>3700 BARON COOPER PASS UNIT 101<br>RALEIGH, NC 27612-4195 | Claim Number: 279<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $11,560.11 |
|---|---|---|

| WONG, TRACY<br>4600 HENLEY PARK COURT<br>RALEIGH, NC 27612 | Claim Number: 2201<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,487.35 |
|---|---|---|

| WONG, TRACY<br>4600 HENLEY PARK COURT<br>RALEIGH, NC 27612 | Claim Number: 2287<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
|---|---|

| UNSECURED | Claimed: | $11,487.35 |
|---|---|---|

| WONG, WING<br>3016 BONSAI DR.<br>PLANO, TX 75093 | Claim Number: 1895<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $14,006.64 | Scheduled: | $13,650.85  UNLIQ |
|---|---|---|---|---|

| WONG, WING VICTOR<br>3016 BONSAI DR<br>PLANO, TX 75093 | Claim Number: 1896<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $14,006.64 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| WONG, YOUNG<br>36 SEAONS LANE<br>LONDONDERRY, NH 03053 | | Claim Number: 1361<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $31,018.00 |
|---|---|---|

| WOOD, JEFFREY T.<br>248 STAR MAGNOLIA DR.<br>MORRISVILLE, NC 27560 | | Claim Number: 7789<br>Claim Date: 06/06/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $26,352.68 |
|---|---|---|

| WOOD, PATRICK<br>8500 KEMPTON ROAD<br>RALEIGH, NC 27615 | | Claim Number: 7217<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7369 |
|---|---|---|

| UNSECURED | Claimed: | $74,938.05 |
|---|---|---|

| WOOD, PATRICK<br>8500 KEMPTON ROAD<br>RALEIGH, NC 27615 | | Claim Number: 7369<br>Claim Date: 08/02/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7217 |
|---|---|---|

| UNSECURED | Claimed: | $54,279.80 |
|---|---|---|

| WOOD, PIERCE G<br>255 ELLIOT CIRCLE<br>WATKINSVILLE, GA 30677 | | Claim Number: 2611<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $254,384.48 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | | | |
|---|---|---|---|---|
| WOOD, PIERCE G<br>255 ELLIOT CIRCLE<br>WATKINSVILLE, GA 30677 | | Claim Number: 2612<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $254,384.48 | | |
| WOOD, PIERCE G<br>255 ELLIOT CIRCLE<br>WATKINSVILLE, GA 30677 | | Claim Number: 3387<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $254,384.48 | Scheduled: | $0.00 UNLIQ |
| WOOD, ROBERT G.<br>9 HORACE COURT<br>NEPEAN, ON K2J 3C6<br>CANADA | | Claim Number: 6230<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $112,052.11 | | |
| WOODLIEF, DARLENE C.<br>9100 WOODLIEF RD<br>WAKE FOREST, NC 27587 | | Claim Number: 7515<br>Claim Date: 12/16/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00  UNLIQ | | |
| UNSECURED | Claimed: | $20,281.00  UNLIQ | | |
| WOODS, JOHN L<br>600 CANTEGRAL STREET<br>DALLAS, TX 75204 | | Claim Number: 4078<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $15,127.85 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

WOODS, WILLIAM
30903 CATARINA DRIVE
WESTLAKE VILLAGE, CA 91362

Claim Number: 2160
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,257.44 | | |
| UNSECURED | Claimed: | $8,257.44 | Scheduled: | $8,257.44 UNLIQ |
| TOTAL | Claimed: | $8,257.44 | | |

---

WOODS, WILLIAM P
30903 CATARINA DRIVE
WESTLAKE VILLAGE, CA 91362

Claim Number: 2161
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

ADMINISTRATIVE     Claimed:          $0.00   UNDET

---

WOOTEN, JODI
904 CHESTNUT CT
MURPHY, TX 75094

Claim Number: 7191
Claim Date: 04/05/2010
Debtor: NORTEL NETWORKS INC.

ADMINISTRATIVE     Claimed:          $25,846.10

---

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 4547
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED     Claimed:          $1,089.86

---

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5633
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7183 (02/07/2012)

UNSECURED     Claimed:          $39,621.59

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5636
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $112,511.60 |
|-----------|----------|-------------|

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5638
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $128,944.96 |
|----------------|----------|-------------|

WORSLEY, PETER J
PO BOX 1495 509 SIMCOE ST
NIAGARA ON THE LAKE, ON L0S1J-0
CANADA

Claim Number: 5611
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $620,428.59 | Scheduled: | $0.00 UNLIQ |
|-----------|----------|-------------|------------|-------------|

WORTHY,THOMAS R.
1740 SW MONARCH CLUB DRIVE
PALM CITY, FL 34990

Claim Number: 3725
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $523,317.33 | Scheduled: | $0.00 UNLIQ |
|-----------|----------|-------------|------------|-------------|

WRIGHT, RANDY
2409 ELLIS CT
PLANO, TX 75075

Claim Number: 4592
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $73,702.34 |
|-----------|----------|-------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| WRITING MACHINE<br>19 CITY BUSINESS CENTRE, HYDE STREET<br>WINCHESTER, SO23 7TA<br>UNITED KINGDOM | Claim Number: 2856<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim is for 5726.51 CAD. | |
| UNSECURED          Claimed: | $5,726.51 | |
| WYRICK, WENDY<br>3505 BRENDEN COURT<br>WYLIE, TX 75098 | Claim Number: 3715<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $36,646.00 | |
| XETA TECHNOLOGIES, INC.<br>1814 WEST TACOMA STREET<br>BROKEN ARROW, OK 74012-1406 | Claim Number: 4645<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) | |
| UNSECURED          Claimed: | $687,574.89 | |
| XETA TECHNOLOGIES, INC.<br>814 W. TACOMA<br>BROKEN ARROW, OK 74012 | Claim Number: 7222<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012)<br>Amends Claim 7222 | |
| UNSECURED          Claimed: | $716,939.74 | |
| XIANG, JING<br>100 CANTERBURY HILL RD<br>ACTON, MA 01720 | Claim Number: 5592<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $37,359.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| XIN, GENG<br>3617 MASON DR.<br>PLANO, TX 75025 | | Claim Number: 136<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |
| UNSECURED | Claimed: | $5,024.67 |
| XIN, GENG<br>3617 MASON DRIVE<br>PLANO, TX 75025 | | Claim Number: 3842<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 136<br>DOCKET: 7233 (02/21/2012) |
| UNSECURED | Claimed: | $5,024.67 |
| XIONG, RUI<br>4316 BELVEDERE DR<br>PLANO, TX 75093 | | Claim Number: 3471<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $24,565.00 |
| XO COMMUNICATIONS, INC.<br>ATTN: BRAD LEE<br>105 MOLLOY STREET, SUITE 300<br>NASHVILLE, TN 37201 | | Claim Number: 115<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $102,726.92 |
| XO COMMUNICATIONS, INC.<br>ATTN: BRAD LEE<br>105 MOLLOY STREET, SUITE 300<br>NASHVILLE, TN 37201 | | Claim Number: 426<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) |
| UNSECURED | Claimed: | $102,089.99 | Allowed: | $102,089.99 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

| | | |
|---|---|---|
| XU, LI<br>23 KENMAR DR APT 27<br>BILLERICA, MA 01821 | | Claim Number: 4310<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $20,186.40 |
|---|---|---|

| | | |
|---|---|---|
| XU, SUSAN<br>14818 FARMCOTE DR.<br>FRISCO, TX 75035 | | Claim Number: 2038<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $14,414.77 |
|---|---|---|

| | | |
|---|---|---|
| XU, SUSAN<br>14818 FARMCOTE DR.<br>FRISCO, TX 75035 | | Claim Number: 4053<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012)<br>Claim out of balance |

| PRIORITY | Claimed: | $7,346.30 |
|---|---|---|
| UNSECURED | Claimed: | $14,414.77 |
| TOTAL | Claimed: | $14,414.77 |

| | | |
|---|---|---|
| XU, YUE<br>1415 BERKLEY RD.<br>ALLEN, TX 75002 | | Claim Number: 310<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $2,363.12 |
|---|---|---|
| UNSECURED | Claimed: | $22,023.63 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

YANG, STEVE
9 N. LONDON DR.
NASHUA, NH 03062

Claim Number: 6784
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $15,680.00 |
|---|---|---|

YANG, WENDY
3961 KERN CT
PLEASANTON, CA 945884427

Claim Number: 57
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $32,715.00 |
|---|---|---|

YANG, YOW-HSIUNG
1504 WINDING HOLLOW LANE
PLANO, TX 75093

Claim Number: 317
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| PRIORITY | Claimed: | $61,900.80 |
|---|---|---|

YANKEE GROUP RESEARCH, INC.
1 LIBERTY SQ STE 7
BOSTON, MA 21094868

Claim Number: 1186
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

---

| UNSECURED | Claimed: | $42,300.00 |
|---|---|---|

YE, BEIXING
2612 VAN BUREN DR
PLANO, TX 75074

Claim Number: 448
Claim Date: 03/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| PRIORITY | Claimed: | $9,981.20 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| YEE & ASSOCIATES PC<br>PO BOX 802333<br>DALLAS, TX 75380 | | Claim Number: 2953<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,560.00 | Scheduled: | $2,560.00 |

| | | |
|---|---|---|
| YEE, MENG F.<br>1506 SOMERSET PLACE<br>RICHARDSON, TX 75081 | | Claim Number: 6085<br>Claim Date: 11/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1586 |
| PRIORITY | Claimed: | $20,764.59 |

| | | |
|---|---|---|
| YEE, MENG F.<br>1506 SOMERSET PLACE<br>RICHARDSON, TX 75081 | | Claim Number: 6119<br>Claim Date: 11/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1586 |
| PRIORITY | Claimed: | $26,263.60 |

| | | |
|---|---|---|
| YEEBO LCD LTD<br>7/F ON DAK INDUSTRIAL BUILDING<br>2 6 WAH SING STREET<br>KWAI CHUNG, 1<br>HONG KONG | | Claim Number: 4782<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| ADMINISTRATIVE | Claimed: | $10,000.00 |

| | | |
|---|---|---|
| YEH, RAE-LING<br>2143 CHANNEL ISLANDS DR.<br>ALLEN, TX 75013 | | Claim Number: 1326<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| UNSECURED | Claimed: | $17,707.43 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

YERONICK, MARY FRAN
3212 STONEYFORD CT
RALEIGH, NC 27603

Claim Number: 5881
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $46,280.78 |
|---|---|---|

YOAKUM, JOHN
1704 KILARNEY DRIVE
CARY, NC 27511

Claim Number: 3732
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $545,841.00 |
|---|---|---|

YOHE-GANEY, VICKI L
5912 STEUBEN COURT
DALLAS, TX 75248

Claim Number: 4280
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $922,376.32 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

YOUNG, CHARLES M.
1616 DYE PLACE
WILMINGTON, NC 28405

Claim Number: 3543
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $25,254.95 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

YOUNG, MATHILDE
1885 SHADY LN
LUCAS, TX 75002

Claim Number: 6620
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $70,632.73 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

YOUNG, ROBERT
313, PROMENADE SOUTH
MONTGOMERY, TX 77356

Claim Number: 58
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $25,019.71 |
|---|---|---|

YOUNG, ROBERT
313 PROMENADE SOUTH
MONTGOMERY, TX 77356

Claim Number: 1761
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $24,566.23 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $24,566.23  UNLIQ |

YOUNG, RONALD
348 CREEKSIDE TRAIL
ARGYLE, TX 76226

Claim Number: 287
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,312.44 |
| TOTAL | Claimed: | $42,262.44 |

YOUNG, RONALD
348 CREEKSIDE TRAIL
ARGYLE, TX 76226

Claim Number: 2734
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $42,262.44 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | |
|---|---|---|
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2736<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $42,262.44 |
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2738<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $42,262.44 |
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2740<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $42,262.44 |
| YOUNG, TINA L.<br>670 W. WALCOTT STREET<br>PILOT POINT, TX 76258 | | Claim Number: 3728<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $1,000,000.00 |
| YOUNGBLOOD, ERIC W<br>1442 ROGERS COURT<br>ALLEN, TX 75013 | | Claim Number: 3455<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $43,036.54 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

| | | |
|---|---|---|
| YU, GUISHENG<br>3725 MASON DR<br>PLANO, TX 75025 | | Claim Number: 247<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

---

| PRIORITY | Claimed: | $17,970.41 |
|---|---|---|
| YU, GUISHENG<br>3725 MASON DR<br>PLANO, TX 75025 | | Claim Number: 2565<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $17,970.41 |
|---|---|---|
| YU, KIN<br>481214 LEIGH STREET<br>FREMONT, CA 94539 | | Claim Number: 2331<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |

---

| UNSECURED | Claimed: | $45,607.71 |
|---|---|---|
| YU, KIN<br>481214 LEIGH STREET<br>FREMONT, CA 94539 | | Claim Number: 2750<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $88,186.97 |
|---|---|---|
| YU,GUISHENG<br>3725 MASON DR<br>PLANO, TX 75025 | | Claim Number: 2566<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) |

---

| PRIORITY | Claimed: | $17,970.41 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ZABELNY, JAN M.
198 BAYWAY DRIVE
WEBSTER, NY 14580

Claim Number: 68
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $51,280.80

ZACCHILLI, DENISE M.
107 CLINTON STREET
MARLBORO, MA 01752

Claim Number: 7749
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $29,481.00

ZAFARANO, MICHAEL J. JR., CAROL FELTS, &
JAMES KAUFFMAN  -  C/O RON KILGARD, ESQ
KELLER ROHRBACK, PLC
3101 N CENTRAL AVE, SUITE 1400
PHOENIX, AZ 85012

Claim Number: 5509
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

---

UNSECURED          Claimed:          $100,000,000.00   UNLIQ

ZAFIROVSKI, MIKE
1291 N. GREEN BAY ROAD
LAKE FOREST, IL 60045

Claim Number: 5533
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8044
DOCKET: 6288 (09/01/2011)

---

UNSECURED          Claimed:           $12,250,543.48   UNLIQ

ZAFIROVSKI, MIKE
1291 N. GREEN BAY ROAD
LAKE FOREST, IL 60045

Claim Number: 8044
Claim Date: 11/11/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 5533

---

UNSECURED          Claimed:           $12,250,543.48   UNLIQ

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

---

ZAIDI, SYED M.
4517 CRYSTAL MOUNTAIN DR.
RICHARDSON, TX 75082

Claim Number: 1255
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $57,426.74 |
|---|---|---|

ZAR, SHAKEEL
1101 S. BOWSER ROAD
RICHARDSON, TX 75081

Claim Number: 6969
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| UNSECURED | Claimed: | $30,410.00 |
|---|---|---|

ZENG, HELEN
3216 TEAROSE DR.
RICHARDSON, TX 75082

Claim Number: 24
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| PRIORITY | Claimed: | $27,261.87 |
|---|---|---|

ZENG, HELEN
3216 TEAROSE DR.
RICHARDSON, TX 75082

Claim Number: 3232
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7233 (02/21/2012)

---

| PRIORITY | Claimed: | $27,261.87 |
|---|---|---|

ZENG, HELEN
3216 TEAROSE DR.
RICHARDSON, TX 75082

Claim Number: 3233
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $27,261.87 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| ZENG, HELEN JOANNA<br>3216 TEAROSE DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 3231<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| PRIORITY | Claimed: | $27,261.87 |

---

| | | |
|---|---|---|
| ZENG, HELEN JOANNA<br>3216 TEAROSE DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 3234<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| PRIORITY | Claimed: | $27,261.87 |

---

| | | |
|---|---|---|
| ZHANG, HUI<br>4109 CARMICHAEL DRIVE<br>PLANO, TX 75024 | | Claim Number: 2921<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| PRIORITY | Claimed: | $7,454.23 |
| UNSECURED | Claimed: | $1,285.17 |

---

| | | |
|---|---|---|
| ZHANG, LI<br>2524 CIMA HILL DR<br>PLANO, TX 75025 | | Claim Number: 1418<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| PRIORITY | Claimed: | $34,744.92 |

---

| | | |
|---|---|---|
| ZHANG, ZHIQIANG<br>3332 LANGSTON DR.<br>PLANO, TX 75025 | | Claim Number: 1159<br>Claim Date: 05/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7232 (02/21/2012) |
| PRIORITY | Claimed: | $7,819.98 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ZHAO, KAI
3912 COMPTON DR
RICHARDSON, TX 75082

Claim Number: 3408
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:              $34,982.03

ZHOU, SHUN HUA
16227 SHADYBANK DR
DALLAS, TX 75248-2958

Claim Number: 324
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:              $64,124.82

ZIMMERLI, GARY
3110 SW 70TH AVE
PORTLAND, OR 97225

Claim Number: 5448
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

ADMINISTRATIVE    Claimed:              $0.00  UNDET

ZOHO CORPORATION
4900 HOPYARD ROAD
STE 310
PLEASANTON, CA 94588-7100

Claim Number: 5929
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 5846

---

ADMINISTRATIVE    Claimed:              $156,270.00

ZOMAX, INC.
KOHNER MANN & KAILAS, S.C.
WASHINGTON BUILDING, BARNABAS BUSINESS
CENTER, 4650 N. PORT WASHINGTON ROAD
MILWAUKEE, WI 53212-1059

Claim Number: 3087
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

---

ADMINISTRATIVE    Claimed:              $1,944.60

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| ZOU, GUANYUN<br>2900 MONTELL CT<br>PLANO, TX 75025 | | Claim Number: 3342<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $51,314.29 | |
| ZOUNON, LISETTE Z.<br>7421 FRANKFORD ROAD<br>APT. 1035<br>DALLAS, TX 75252 | | Claim Number: 2935<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7233 (02/21/2012) | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $116.53 | |
| ZOUNON, LISETTE Z.<br>7421 FRANKFORD ROAD<br>APT. 1035<br>DALLAS, TX 75252 | | Claim Number: 2936<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $11,066.53 | |
| ZUKAS, JAMES<br>10900 QUIMBY POINT LANE<br>RESTON, VA 20191-5006 | | Claim Number: 1216<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| PRIORITY | Claimed: | $182,735.28 | |
| ZUKAS, JAMES<br>10900 QUIMBY POINT LANE<br>RESTON, VA 20191-5006 | | Claim Number: 4173<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1216. | |
| PRIORITY | Claimed: | $216,665.02 | |
| UNSECURED | | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| ZYXEL COMMUNICATIONS INC.<br>1130 N. MILLER ST.<br>ANAHEIM, CA 92806-2001 | Claim Number: 164<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $256,526.25 |
|---|---|---|

| ZYXEL COMMUNICATIONS, INC.<br>1130 N. MILLER ST.<br>ANAHEIM, CA 92806-2001 | Claim Number: 295<br>Claim Date: 02/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7183 (02/07/2012) |
|---|---|

| UNSECURED | Claimed: | $259,466.25 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 03/07/2012

## Summary Page

Total Number of Filed Claims:          5548

| | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | ******************* | $1,728,019.38 |
| Priority: | ******************* | $240,245.90 |
| Secured: | ******************* | $1,723,625.00 |
| Unsecured: | ******************* | $74,870,909.90 |
| Total: | ******************* | $78,562,800.18 |