# EXHIBIT A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Margaret S. Curran | Associate | 4.3 Hrs | $138/hr | $ 591.25 |
| C. Liana Shaw | Paralegal | 18.9 Hrs | $225/hr | $ 4,252.50 |
| Theresa M. Snow | Paralegal | 17.0 Hrs | $225/hr | $ 3,825.00 |
| Debbie Simon | Associate | 6.6 Hrs | $260/hr | $ 1,716.00 |
| Margaret S. Curran | Associate | 22.4 Hrs | $275/hr | $ 6,160.00 |
| Rafael X. Zahralddin | Shareholder | 5.3 Hrs | $305/hr | $ 1,616.50 |
| Jonathan M. Stemerman | Associate | .2 Hrs | $375/hr | $ 75.00 |
| Shelley A. Kinsella | Counsel | 49.9 Hrs | $420/hr | $20,958.00 |
| Rafael X. Zahralddin | Shareholder | 47.9 Hrs | $610/hr | $29,219.00 |

**Total:** 172.5 Hrs    $68,413.25

**Blended Rate:** $396.60/hour