# EXHIBIT B

# Elliott Greenleaf

www.elliottgreenleaf.com

**ELLIOTT GREENLEAF**
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Attn: Accounts Payable
Nortel Networks
PO Box 13010
Suite 300

RTP NC 27709

March 22, 2012
Bill Number 107592
File Number 60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re:  In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through  February 29, 2012

    <u>Case Administration</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/12 | CLS | [B110-] Update fee application chart memorandum (.3); update critical dates memorandum (.3); calendar all newly filed motions to attorney calendar (.3) | 0.90 Hrs | |
| 02/13/12 | CLS | [B110-] Preparation of service distribution for upcoming filing (.4); review and proof service list for duplicates, address errors and updates (.3); make corrections and revise accordingly (.3) | 1.00 Hrs | |
| 02/17/12 | CLS | [B110-] Prepare labels and supervise preparation of distribution to 2002 for upcoming service | 0.30 Hrs | |
| | | Totals | 2.20 Hrs | $495.00 |
| | | Case Administration Totals | 2.20 Hrs | $495.00 |

    <u>Meetings of and Communications with Creditors</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/02/12 | SAK | [B150-] Analyze multiple emails regarding discovery issues and update analysis chart accordingly | 0.70 Hrs |
| 02/06/12 | TMS | [B150-] Emails to/from C. Soriano regarding website registration and related documents | 0.10 Hrs |
| 02/08/12 | TMS | [B150-] Emails to/from B. Gallagher regarding NY meeting with Debtors and submit request for payment of airfare | 0.10 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 02/09/12 | TMS | [B150-] Emails and telephone conferences with W. Mann regarding travel to NYC for meeting with Debtors and scheduling trip | 0.40 Hrs | |
|---|---|---|---|---|
| 02/10/12 | TMS | [B150-] Emails to/from M. Curran and Fay regarding miscellaneous documents | 0.10 Hrs | |
| 02/13/12 | TMS | [B150-] Arrange M. Stutts travel to NYC and conferences and emails with M. Stutts regarding same | 0.40 Hrs | |
| 02/14/12 | SAK | [B150-] Analyze multiple emails from LTD Participants; update analysis chart | 0.50 Hrs | |
| 02/14/12 | SAK | [B150-] Email from D. Irish and update analysis chart | 0.10 Hrs | |
| 02/14/12 | SAK | [B150-] Analyze email from M. Day and B.Gallagher's response; update analysis table | 0.20 Hrs | |
| 02/16/12 | SAK | [B150-] Multiple emails from LTD Participants; update analysis chart | 0.30 Hrs | |
| 02/16/12 | SAK | [B150-] Email from M. Loftus; update analysis chart and email from R. Zahralddin re same | 0.20 Hrs | |
| 02/17/12 | SAK | [B150-] Email from B. Gallagher re M. Loftus status | 0.10 Hrs | |
| 02/17/12 | TMS | [B150-] Numerous emails regarding stipulation (.3); review docket and file regarding same (.3); supplement stipulation (.2) | 0.80 Hrs | |
| 02/23/12 | SAK | [B150-] Prepare for upcoming Committee call | 0.80 Hrs | |
| 02/23/12 | SAK | [B150-] Committee conference call re upcoming meeting with Debtors | 1.70 Hrs | |
| 02/23/12 | SAK | [B150-] Email exchange with R. Zahralddin and co-counsel re upcoming committee calls | 0.20 Hrs | |
| 02/23/12 | TMS | [B150-] Email from D. Greer forwarding actuarial analysis and review of same (.1) attend conference call with Committee Professionals, LTD Committee, D. Greer and R. Winters regarding upcoming meeting with Debtors counsel (1.4) | 1.50 Hrs | |
| 02/24/12 | SAK | [B150-] Telephone conference with Committee re upcoming meeting with Debtors | 0.60 Hrs | |
| 02/24/12 | TMS | [B150-] Attend conference call with LTD Committee and S. Kinsella regarding meeting with Debtors counsel (.5); email to Cleary's office regarding attendees (.1) and email regarding coordination of telephonic appearance of meeting with Debtors' counsel (.1) | 0.70 Hrs | |
| 02/24/12 | TMS | [B150-] Conference with S. Kinsella, email with D. Irish and email to M. Fleming regarding attendees on behalf of Debtors | 0.10 Hrs | |
| 02/27/12 | TMS | [B150-] Emails to/from numerous LTD Participants regarding website registration and documents and update chart regarding same | 0.30 Hrs | |
| 02/28/12 | RXZ | [B150-] Committee conference call | 0.50 Hrs | |
| | | Totals | 10.40 Hrs | $3,585.50 |
| | | Meetings of and Communications with Creditors Totals | 10.40 Hrs | $3,585.50 |

<u>EG Fee Applications</u>

| 02/08/12 | SAK | [B170-] Analyze and revise Exhibit for Elliott Greenleaf's January fee application | 0.80 Hrs |
|---|---|---|---|
| 02/08/12 | TMS | [B170-] Supplement fee application exhibits | 1.00 Hrs |
| 02/14/12 | TMS | [B170-] Prepare exhibits for EG January fee application | 0.50 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/21/12 | CLS | [B170-] Prepare EG's 6th Fee Application (.8); prepare Notice (.3); prepare COS (.3); prepare fee charts (.5); prep distribution for filing (.6) | 2.50 Hrs | |
| 02/22/12 | CLS | [B170-] Review and make edits to Sixth Monthly Fee Application (.2); serve on Notice parties and 2002 Service List (1.2) | 1.40 Hrs | |
| 02/22/12 | SAK | [B170-] Finalize Elliott Greenleaf's 6th Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to L. Shaw re revisions to same (.1) | 0.50 Hrs | |
| 02/29/12 | CLS | [B170-] Prepare Notice to 2nd Quarterly Fee Application of Elliott Greenleaf (.7); prepare COS to Fee Application (.2); prepare distribution lists (.2) | 1.10 Hrs | |
| 02/29/12 | CLS | [B170-] E-mail correspondence between R. Zahralddin and T. Snow regarding EG 2nd Quarterly Fee Application | 0.10 Hrs | |
| 02/29/12 | SAK | [B170-] Email exchange with L. Shaw and T. Snow re preparation of quarterly fee application for Elliott Greenleaf | 0.10 Hrs | |
| | | Totals | 8.00 Hrs | $2,073.00 |
| | | EG Fee Applications Totals | 8.00 Hrs | $2,073.00 |

Fee Objections EGS

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/14/12 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 5th Monthly Fee Application and Certificate of Service | 0.20 Hrs | |
| | | Totals | 0.20 Hrs | $84.00 |
| | | Fee Objections EGS Totals | 0.20 Hrs | $84.00 |

Fee Applications and Invoices - Other

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/16/12 | SAK | [B175-] Analyze draft of A&M's 4th Monthly Fee Application and email exchange with R. Zahralddin re same | 0.30 Hrs | |
| 02/17/12 | CLS | [B175-] Review and discuss with R. Zahralddin of A&M's Second, Third and Fourth Fee Applications | 0.20 Hrs | |
| 02/21/12 | CLS | [B175-] Review e-mails regarding A&M fee application deadlines and dates, respond | 0.10 Hrs | |
| 02/21/12 | RXZ | [B175-] E-mails from A&M re: fee apps and forward same to S. Kinsella and L. Shaw | 0.30 Hrs | |
| 02/23/12 | CLS | [B175-] Prepare Notice to Second, Third and Fourth Fee Application of Alvarez & Marsal (.7); receive, review, proof and revise and assemble fee applications to Second, Third and Fourth Monthly Fee Application of Alvarez & Marsal (1.8); prepare COS to Fee Applications with service lists (.6); file monthly applications with Court (.6) prepare 2nd Quarterly Fee Application with updated filing information (.2); revise COS (.2) file Quarterly fee application with Court (.3); forward copies to D. Greer (.2); serve all monthly and quarterly fee applications (2.5) | 7.10 Hrs | |
| 02/23/12 | SAK | [B175-] Finalize Alvarez & Marsal's 2nd Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to L. Shaw re revisions to same (.1) | 0.50 Hrs | |
| 02/23/12 | SAK | [B175-] Finalize Alvarez and Marsal's 1st Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to L. Shaw re revisions to same (.1) | 0.50 Hrs | |

Page 3

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/23/12 | SAK | [B175-] Finalize Alvarez & Marsal's 3rd Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to L. Shaw re revisions to same (.1) | 0.50 Hrs | |
| 02/23/12 | TMS | [B175-] Supplement Alvarez & Marsal 2nd monthly fee application (.4); supplement Alvarez & Marsal 3rd monthly fee application (.4); supplement Alvarez & Marsal 4th monthly fee application (.4); assist/effectuate service of Alvarez & Marsal 2nd, 3rd, 4th and 2nd quarterly fee applications (1.5) | 2.70 Hrs | |
| | | Totals | 12.20 Hrs | $3,211.50 |
| | | Fee Applications and Invoices - Other Totals | 12.20 Hrs | $3,211.50 |

Fee Objections - Others

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/24/12 | SAK | [B176-] Multiple emails from L. Shaw re upcoming fee application deadlines | 0.10 Hrs | |
| 02/24/12 | CLS | [B176-] Calendar fee application deadlines re: 2nd, 3rd and 4th Monthly and Second Quarterly of Alvarez & Marsal | 0.30 Hrs | |
| | | Totals | 0.40 Hrs | $109.50 |
| | | Fee Objections - Others Totals | 0.40 Hrs | $109.50 |

Employee Benefits/Pensions

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/12 | SAK | [B220-] Email exchange with R. Zahralddin re negotiations with Debtors and 1114 issues; instructions from R. Zahralddin re same | 0.20 Hrs | |
| 02/01/12 | SAK | [B220-] Research re litigation issues | 3.20 Hrs | |
| 02/01/12 | SAK | [B220-] Email exchange with Committee members and M. Curran re PBGC issues | 0.20 Hrs | |
| 02/01/12 | TMS | [B220-] E-mail correspondence with V. Wilson regarding documents | 0.10 Hrs | |
| 02/01/12 | MSC | [B220-] Attend conference call with R. Zahralddin, LTD Committee member D. David and V. Murrell, attorney for PBGC assigned to Nortel plan | 0.80 Hrs | |
| 02/02/12 | SAK | [B220-] Research re benefits issues | 1.70 Hrs | |
| 02/02/12 | MSC | [B220-] Telephone call with R. Zahralddin regarding status of potential ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 Hrs | |
| 02/04/12 | MSC | [B220-] Read and analyze email from LTD Committee member regarding litigation theory (.1) and prepare response to LTD Committee regarding ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 Hrs | |
| 02/06/12 | RXZ | [B220-] Committee call (1.6) prepare for same (.7) | 2.30 Hrs | |
| 02/06/12 | SAK | [B220-] Analyze emails from Committee members re benefit issues and response from M. Curran re same | 0.20 Hrs | |
| 02/06/12 | SAK | [B220-] Email from Committee member re social security issues; review attachment re same | 0.20 Hrs | |
| 02/06/12 | SAK | [B220-] Analyze multiple emails and multiple documents from Committee members re benefit issues | 0.20 Hrs | |
| 02/06/12 | TMS | [B220-] Assist committee members with inquiries concerning documents forwarded by LTD plan participants and related preparation for planned meeting with Debtors | 1.20 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/06/12 | MSC | [B220-] Attend telephone conference call of meeting of LTD Committee | 1.10 Hrs |
| 02/07/12 | RXZ | [B220-] E-mails and related correspondence from Debtors counsel re: meeting with debtors to discuss term sheet and related issues and related research (.3) and prepare correspondence and suggestions for committee and committee professionals (.3) | 0.60 Hrs |
| 02/08/12 | SAK | [B220-] Email exchange with co-counsel and Committee members re benefits issues and upcoming meeting with Debtors | 0.40 Hrs |
| 02/08/12 | RXZ | [B220-] Calls to and with L. Schweitzer re: 1114 process | 0.50 Hrs |
| 02/08/12 | RXZ | [B220-] Multiple calls and e-mails from individuals committee members re: proposal from debtors | 1.70 Hrs |
| 02/09/12 | SAK | [B220-] Email from M. Curran re retiree issues and analyze documents re same | 0.20 Hrs |
| 02/09/12 | SAK | [B220-] Multiple email exchanges with Debtors, co-counsel and Committee members re insurance issues | 0.60 Hrs |
| 02/09/12 | SAK | [B220-] Telephone conference call with PBGC re benefit issues | 0.60 Hrs |
| 02/09/12 | TMS | [B220-] Numerous emails regarding conference call with V. Murrell | 0.10 Hrs |
| 02/09/12 | MSC | [B220-] Attend telephone conference call with Attorney V. Murrell of the PBGC, R. Zahralddin and S. Kinsella regarding disability retirement under Nortel's pension plan | 0.60 Hrs |
| 02/09/12 | RXZ | [B220-] Analyze issues related to claims after termination (.8) prepare e-mails to committee re: same (.2) call with PBGC re: disability insurance and pension payments (.5) | 1.50 Hrs |
| 02/09/12 | RXZ | [B220-] Calls and e-mails from multiple committee members re: proposal | 2.30 Hrs |
| 02/13/12 | CLS | [B220-] Respond to call from R. Zahralddin to set up conference call for Committee (.2); set call up and e-mailed Margaret Curran regarding same (.1) | 0.30 Hrs |
| 02/13/12 | MSC | [B220-] Attend telephone conference call of LTD Committee | 0.90 Hrs |
| 02/13/12 | RXZ | [B220-] Committee Conference Call | 3.00 Hrs |
| 02/13/12 | RXZ | [B220-] Prepare for committee conference call | 0.70 Hrs |
| 02/13/12 | RXZ | [B220-] E-mails to and from M. Fleming re: committee questions for Aetna | 0.20 Hrs |
| 02/13/12 | RXZ | [B220-] E-mails to and from M. Curran re: severance issues and related follow up | 0.30 Hrs |
| 02/14/12 | SAK | [B220-] Email from D. Greer re liability calculations | 0.20 Hrs |
| 02/14/12 | SAK | [B220-] Multiple emails from M. Curran re severance issues and email exchanges with co-counsel re same | 0.40 Hrs |
| 02/14/12 | SAK | [B220-] Analyze documents forwarded by Committee members re vesting | 0.20 Hrs |
| 02/14/12 | SAK | [B220-] Analyze email from D. Greer re status of analysis and related email exchanges | 0.30 Hrs |
| 02/14/12 | SAK | [B220-] Multiple email exchanges re ERISA issues | 0.20 Hrs |
| 02/14/12 | SAK | [B220-] Email exchange with Committee members re social security offset issues | 0.20 Hrs |
| 02/14/12 | SAK | [B220-] Analyze emails and attachment from M. Curran re retiree benefits | 0.20 Hrs |
| 02/14/12 | TMS | [B220-] Numerous emails from M. Curran, R. Zahralddin, M. Stutts, D. Jones regarding severance and claims issues | 0.20 Hrs |
| 02/14/12 | RXZ | [B220-] Call with D. Simon re: severance issues | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/14/12 | MSC | [B220-] Responded to request from LTD Committee regarding potential ADA claim (.4); reviewed email communications between litigation team regarding severance benefits (.4); legal research for ▮▮▮▮ and Third Circuit case law interpreting ▮▮▮▮ (.2) | 1.00 Hrs |
| 02/14/12 | RXZ | [B220-] Analyze severance issue (.7) analyze record and notes from M. Curran (.7) analyze D. Simon analysis of severance issue (.3) prepare e-mail to M. Curran and D. Simon re: same for update and distribution to committee (.3) | 2.00 Hrs |
| 02/14/12 | DHS | [B220-] Telephone conference concerning impact of severance issue and relationship between severance plan and termination ▮▮▮▮ (.40) and thereafter researching labor statutes for ▮▮▮▮ and preparing analysis of issue relating to claims to LTD participants (3.0) | 3.40 Hrs |
| 02/15/12 | SAK | [B220-] Email exchange with Committee members re severance issues | 0.20 Hrs |
| 02/15/12 | MSC | [B220-] Confer with D. Simon regarding termination notice sent by Nortel to LTD group in June 2010 about the severance allowance plan (.3); drafted email to M. Fleming requesting plan documents for severance allowance plan (.1) | 0.40 Hrs |
| 02/15/12 | DHS | [B220-] Researching ▮▮▮▮ | 3.20 Hrs |
| 02/16/12 | SAK | [B220-] Emails from D. David and M. Curran re benefit issues | 0.10 Hrs |
| 02/16/12 | MSC | [B220-] Attend telephone conference call with Alvarez & Marsal professions regarding Social Security offset as applied to LTD benefits | 0.80 Hrs |
| 02/16/12 | MSC | [B220-] Review and analyze documents provided by LTD participant A. Vennemann to determine relevance to ▮▮▮▮ | 0.70 Hrs |
| 02/16/12 | TMS | [B220-] Analyze and organize materials forwarded by LTD participants regarding benefits ▮▮▮▮ | 4.20 Hrs |
| 02/16/12 | TMS | [B220-] Analyze record and notes from R. Zahralddin and update stipulation for 1114 protections with information from analysis of record | 0.50 Hrs |
| 02/16/12 | RXZ | [B220-] Prepare outline for draft stipulation for procedures for LTD Committee participation in 1114 process (.7) update and analyze T. Snow drafts and provide instructions re: same (1.3) further analysis of provisions re: buffer for LTD Participants needing uninterrupted access to care (.8) | 2.80 Hrs |
| 02/16/12 | TMS | [B220-] Supplement stipulation and agreed order regarding participation and process for long term disability plan participants in 11 U.S.C. § 1114 and related review of docket | 0.30 Hrs |
| 02/17/12 | SAK | [B220-] Email exchanges with co-counsel and Committee re population issues | 0.10 Hrs |
| 02/17/12 | SAK | [B220-] Analyze document re social security issues | 0.20 Hrs |
| 02/17/12 | SAK | [B220-] Email exchange with co-counsel re tax issues | 0.20 Hrs |
| 02/17/12 | CLS | [B220-] Review and proof Stipulation and Agreed Order Regarding Participation and Process for Long Term Disability Plan Participants (.2) | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/17/12 | TMS | [B220-] Email from B. Gallagher regarding social security and LTD benefits (.1); analyze related record (.6) emails to Committee professionals regarding same (.1) | 0.80 Hrs |
| 02/20/12 | SAK | [B220-] Email exchange re social security issues | 0.30 Hrs |
| 02/20/12 | MSC | [B220-] Attend conference call with LTD Committee (1.0); reviewed SPDs from 1999 through 2010 to determine the effect of the Social Security family benefit as an offset to LTD benefits and prepared email communication to Alvarez & Marsal professionals regarding same, researched Social Security regulations to identify formula by which family benefit is calculated and prepared email communication to Alvarez & Marsal professionals regarding same (2.0); reviewed list of developed questions for Nortel and Aetna in advance of February 27, 2012 meeting and provided suggested supplementation of questions (.7) | 3.70 Hrs |
| 02/20/12 | RXZ | [B220-] Committee call (1.4) prepare for same (.6) edit drafts of questions from A&M and committee members and prepare final list of questions for AETNA and Nortel (1.4) | 3.40 Hrs |
| 02/20/12 | RXZ | [B220-] Analyze updated questions by A&M and Committee for Nortel and Aetna re: proposal and health plan (.5) prepare updated drafts of questions and edit same (.4) | 0.90 Hrs |
| 02/20/12 | RXZ | [B220-] Further feed back from D. Greer and M. Curran (.3) and update questions for Nortel and Aetna for proposal discussion (.6) | 0.90 Hrs |
| 02/21/12 | SAK | [B220-] Analyze email and memo from M. Curran re social security issues | 0.20 Hrs |
| 02/21/12 | SAK | [B220-] Analyze email from Debtors re Committee's questions and Aetna's participation in connection to upcoming meeting | 0.20 Hrs |
| 02/21/12 | MSC | [B220-] Review and analyze documents provided to LTD Committee by members of LTD beneficiaries group to determine whether any document supports potential ERISA litigation strategy | 0.80 Hrs |
| 02/21/12 | RXZ | [B220-] E-mails to and from opposing counsel re: Aetna and meeting (.3) follow up and calls with counsel to retiree committee (.3) meeting with EG team re: Aetna participation (.2) follow up call with N. Berger and e-mails to Aetna contact T. Lieb re: meeting and related questions from committee (.3) e-mail from N. Berger to T. Lieb with questions from Retiree Committee (.2) | 1.30 Hrs |
| 02/22/12 | SAK | [B220-] Email exchange with co-counsel re SAP documents and related matters | 0.20 Hrs |
| 02/22/12 | MSC | [B220-] Review and analyze emails from LTD Committee members regarding developing list of questions for Aetna and Nortel in preparation for 2/27/12 meeting | 0.40 Hrs |
| 02/23/12 | SAK | [B220-] Analyze actuarial analysis | 0.30 Hrs |
| 02/23/12 | SAK | [B220-] Email exchange re life insurance issues | 0.10 Hrs |
| 02/23/12 | SAK | [B220-] Email exchange re social security issues | 0.20 Hrs |
| 02/23/12 | MSC | [B220-] Attend telephone conference call with Official LTD Committee in preparation for 2/27/12 meeting with Nortel | 2.60 Hrs |
| 02/23/12 | RXZ | [B220-] Call with committee in preparation for 1114 meeting (1.7) prepare for same and analyze record on open issues (1.2) | 2.90 Hrs |
| 02/24/12 | SAK | [B220-] Analyze email from B. Gallagher re Canadian proceedings | 0.10 Hrs |
| 02/24/12 | SAK | [B220-] Analyze responses from Aetna | 0.20 Hrs |
| 02/24/12 | TMS | [B220-] E-mail from R. Zahralddin re: Aetna responses to committee, analyze same and forward to committee and committee professionals | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 02/27/12 | RXZ | [B220-] Meetings with LTD Committee members prior to negotiation with Debtors and Unsecured Creditors Committee | 3.30 Hrs |
| 02/27/12 | RXZ | [B220-] Meetings w/ Debtors and Unsecured Creditors Committee re: 1114 proposal and related follow up | 3.00 Hrs |
| 02/27/12 | RXZ | [B220-] Travel time to New York to meet with Debtors and UCC (2.5) from NY home (2.8) | 5.30 Hrs |
| 02/27/12 | SAK | [B220-] Attend meeting with Debtors telephonically | 2.60 Hrs |
| 02/27/12 | SAK | [B220-] Analyze letter to Retiree Committee from Debtors | 0.30 Hrs |
| 02/27/12 | SAK | [B220-] Analyze emails and attachments from Committee members re benefit issues | 0.30 Hrs |
| 02/27/12 | MSC | [B220-] Travel time from Philadelphia to New York for meeting with Nortel at Cleary Gottlieb (1.5); travel time from New York to Philadelphia (2.8) | 4.30 Hrs |
| 02/27/12 | MSC | [B220-] Meeting with LTD Committee members prior to scheduled meeting with Nortel to review issues for discussion (3.0); attend meeting with Nortel (3.5); meet and confer with S. Cannon from Aetna, meet and confer with LTD Committee and Alvarez & Marsal professionals, and Retiree Committee after group meeting (1.1) | 7.60 Hrs |
| 02/29/12 | SAK | [B220-] Email from D. Jones re benefit; review documents and email exchange with co-counsel re same | 0.30 Hrs |
| 02/29/12 | MSC | [B220-] Prepared communication to LTD Committee regarding nature of ▮▮▮▮ based on available plan documents as precipitated by information received by an LTD Committee member about ▮▮▮▮ available to LTD participants. | 0.40 Hrs |
| 02/29/12 | RXZ | [B220-] Calls and e-mails re: Trade Adjustment Assistance Act and relief for long term disabled | 0.40 Hrs |
| 02/29/12 | RXZ | [B220-] Multiple e-mails from M. Curran and committee members and related record analysis re: ▮▮▮▮ | 0.60 Hrs |

| | | |
|---|---|---|
| Totals | 97.30 Hrs | $39,788.75 |
| Employee Benefits/Pensions Totals | 97.30 Hrs | $39,788.75 |

Financing/Cash Collections

| | | | |
|---|---|---|---|
| 02/03/12 | TMS | [B230-] E-mails to and from M. Cook re: estimate on fees for budgets for DIP and preparation of same | 0.30 Hrs |

| | | |
|---|---|---|
| Totals | 0.30 Hrs | $67.50 |
| Financing/Cash Collections Totals | 0.30 Hrs | $67.50 |

Claims Administration and Objections

| | | | |
|---|---|---|---|
| 02/23/12 | SAK | [B310-] Analyze claim summary forwarded by Debtors | 0.20 Hrs |

| | | |
|---|---|---|
| Totals | 0.20 Hrs | $84.00 |
| Claims Administration and Objections Totals | 0.20 Hrs | $84.00 |

Court Hearings

Page 8

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/12 | CLS | [B430-] Update critical date memorandum, calendar all motions filed, deadlines, hearings and fee applications | 0.70 Hrs | |
| 02/07/12 | SAK | [B430-] Review Notice of Agenda for 02/09/12 hearing | 0.10 Hrs | |
| 02/07/12 | SAK | [B430-] Analyze Amended Notice of Agenda for 02/09/12 hearing | 0.10 Hrs | |
| 02/07/12 | RXZ | [B430-] Analyze various e-mails re: omnibus dates questions and forward to L. Shaw for handling | 0.20 Hrs | |
| 02/08/12 | CLS | [B430-] Receive, review and download Omnibus Hearing Dates for the 2012 year and calendar accordingly to all professionals (1.0); update critical dates memorandum (.6) | 1.60 Hrs | |
| 02/08/12 | SAK | [B430-] Multiple emails from L. Shaw re upcoming hearing deadlines | 0.10 Hrs | |
| 02/10/12 | CLS | [B430-] Update critical dates Fee Application Memorandum (.3); Delaware critical dates calendar (.3); | 0.60 Hrs | |
| 02/17/12 | CLS | [B430-] Receive, review, summarize and forward to Nortel professionals the Notice of hearing with the new objections deadlines with respect to certain parties and the new hearing date (.4) | 0.40 Hrs | |
| 02/17/12 | SAK | [B430-] Analyze Notice of Agenda for 02/23/12 hearing | 0.10 Hrs | |
| 02/24/12 | SAK | [B430-] Instructions to T. Snow re preparations for upcoming meeting | 0.20 Hrs | |
| | | Totals | 4.10 Hrs | $1,116.50 |
| | | Court Hearings Totals | 4.10 Hrs | $1,116.50 |

Litigation

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/02/12 | RXZ | [B600-] Call with M. Curran re: litigation memo for committee | 0.40 Hrs |
| 02/02/12 | SAK | [B600-] Research re litigation issues | 1.90 Hrs |
| 02/02/12 | SAK | [B600-] Analyze memo from M. Curran re potential litigation issues and email re same | 0.20 Hrs |
| 02/03/12 | SAK | [B600-] Continue research re potential litigation issues | 4.30 Hrs |
| 02/03/12 | SAK | [B600-] Emails from Committee members re potential litigation issues | 0.20 Hrs |
| 02/06/12 | SAK | [B600-] Email from T. Snow re discovery requests | 0.10 Hrs |
| 02/06/12 | SAK | [B600-] Analyze letter from L. Schweitzer re discovery dispute | 0.20 Hrs |
| 02/06/12 | SAK | [B600-] Conference with R. Zahralddin re additional litigation issues and instructions re same (.4); research (3.1) | 3.50 Hrs |
| 02/07/12 | SAK | [B600-] Email from M. Fleming re upcoming negotiations with Debtors | 0.10 Hrs |
| 02/07/12 | SAK | [B600-] Research regarding litigation issues | 4.40 Hrs |
| 02/07/12 | RXZ | [B600-] Analyze issues related to Debtors counsel letter that committee not formed or participating in 1114 process and review related research | 1.60 Hrs |
| 02/08/12 | SAK | [B600-] Conference with R. Zahralddin re upcoming negotiation meeting with Debtors and instructions re same | 0.20 Hrs |
| 02/08/12 | SAK | [B600-] Prepare materials re litigation research | 0.60 Hrs |
| 02/14/12 | SAK | [B600-] Multiple emails from Committee members re proposed questions for upcoming meeting with Debtors | 0.20 Hrs |
| 02/14/12 | SAK | [B600-] Multiple email exchanges re potential claim issues | 0.50 Hrs |
| 02/15/12 | RXZ | [B600-] Call with M. Curran re: ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ (.2) and related follow up (.2) | 0.40 Hrs |

Page 9

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/16/12 | SAK | [B600-] Prepare for upcoming meeting with Debtors and instructions to T. Snow re same | 1.80 Hrs |
| 02/16/12 | SAK | [B600-] Analyze letter from Debtors re discovery requests; instructions and email exchange with T. Snow re same | 0.20 Hrs |
| 02/16/12 | SAK | [B600-] Analyze Debtors' discovery responses | 0.40 Hrs |
| 02/16/12 | SAK | [B600-] Email from M. Fleming re discovery | 0.10 Hrs |
| 02/16/12 | SAK | [B600-] Instructions to T. Snow re received documents; email re same | 0.20 Hrs |
| 02/16/12 | SAK | [B600-] Review draft of 1114 stipulation and comments to R. Zahralddin re same | 0.40 Hrs |
| 02/16/12 | TMS | [B600-] Review spreadsheets with reclaim information for the LTD participants provided by Debtors' (M. Fleming) February 15, 2012 letter (.3) and email to M. Curran, D. Greer, and R. Winters regarding same (.1) | 0.30 Hrs |
| 02/20/12 | SAK | [B600-] Analyze and revise questions for Debtors related to upcoming meeting | 0.20 Hrs |
| 02/21/12 | SAK | [B600-] Research re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and email instructions from R. Zahralddin re same | 0.50 Hrs |
| 02/22/12 | SAK | [B600-] Prepare for upcoming meeting with Debtors pursuant to instructions from R. Zahralddin | 1.80 Hrs |
| 02/23/12 | SAK | [B600-] Analyze Debtors' partial responses to Committee questions | 0.20 Hrs |
| 02/24/12 | SAK | [B600-] Telephone conferences with R. Zahralddin re upcoming meeting | 0.20 Hrs |
| 02/24/12 | SAK | [B600-] Preparations for upcoming meeting with Debtors | 2.20 Hrs |
| 02/26/12 | RXZ | [B600-] Prepare for meeting with Debtors, analyze issues, and review related record, including memos and comments on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 9.50 Hrs |
| 02/28/12 | CLS | [B600-] Review status of litigation development in department meeting | 0.10 Hrs |
| 02/28/12 | SAK | [B600-] Email from M. Fleming re confidentiality issues | 0.10 Hrs |
| 02/28/12 | JXS | [B600-] Meeting with R. Zahralddin and S. Kinsella re: case status and strategy | 0.20 Hrs |

|  |  |  |
|---|---|---|
| Totals | 37.20 Hrs | $17,798.00 |
| Litigation Totals | 37.20 Hrs | $17,798.00 |
| TOTAL LEGAL SERVICES |  | $68,413.25 |

**LEGAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CURRAN, MARGARET S. | 4.30 Hrs | 138 /hr | $591.25 |
| Shaw, C. Liana | 18.90 Hrs | 225 /hr | $4,252.50 |
| Snow, Theresa M | 17.00 Hrs | 225 /hr | $3,825.00 |
| SIMON, DEBBIE H. | 6.60 Hrs | 260 /hr | $1,716.00 |
| CURRAN, MARGARET S. | 22.40 Hrs | 275 /hr | $6,160.00 |
| Zahralddin-Aravena, Rafael X. | 5.30 Hrs | 305 /hr | $1,616.50 |
| Stemerman, Jonathan M. | 0.20 Hrs | 375 /hr | $75.00 |
| Kinsella, Shelley A. | 49.90 Hrs | 420 /hr | $20,958.00 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| Zahralddin-Aravena, Rafael X. | 47.90 Hrs | 610 /hr | $29,219.00 |
| | 172.50 Hrs | | $68,413.25 |

**Reimbursement for out of pocket expenses**

COPYING

| | | |
|---|---|---|
| 02/14/12 | [] Device Cost | 12.00 |
| 02/14/12 | [] Device Cost | 16.40 |
| 02/14/12 | [] Device Cost | 10.50 |
| 02/14/12 | [] Device Cost | 0.20 |
| 02/22/12 | [] Device Cost | 6.20 |
| 02/22/12 | [] Device Cost | 33.30 |
| 02/22/12 | [] Device Cost | 29.00 |
| 02/23/12 | [] Device Cost | 25.90 |
| 02/23/12 | [] Device Cost | 62.10 |
| 02/23/12 | [] Device Cost | 8.30 |
| 02/23/12 | [] Device Cost | 159.60 |
| 02/23/12 | [] Device Cost | 132.40 |
| 02/29/12 | [] Device Cost | 8.70 |
| | | $504.60 |

DELIVERY/COURIER SERVICE

| | | |
|---|---|---|
| 02/08/12 | [] RELIABLE WILMINGTON---INV #WL031681 DTD 01/31/12: PROFESSIONAL SERVICE PERIOD: 01/16-01/31/12: 48 HD ON 1/19/12 FOR SAK | 360.00 |
| 02/22/12 | [] RELIABLE WILMINGTON---INV #WL032000 DTD 02/15/12: PROFESSIONAL SERVICE PERIOD: 02/01-02/15/12: 37 HD ON 2/14/12 FOR SAK | 277.50 |
| 02/22/12 | [] RELIABLE WILMINGTON---INV #WL032000 DTD 02/15/12: PROFESSIONAL SERVICE PERIOD: 02/01-02/15/12: 2 HD ON 2/15/12 FOR SAK | 15.00 |
| | | $652.50 |

DOCKETS

| | | |
|---|---|---|
| 02/06/12 | [] PACER SERVICE CENTER (DE)---INV # 10/01/11-12/31/11 DTD 01/04/12: DOCKET RETRIEVAL FOR THE PERIOD: 10/01/11-12/31/11 | 122.16 |
| 02/06/12 | [] PACER SERVICE CENTER (BB)---INV# 10/01/11-12/31/11 DTD 01/04/12: DOCKET RETRIEVAL FOR THE PERIOD: 10/01/11-12/31/11 | 7.28 |
| | | $129.44 |

POSTAGE

| | | |
|---|---|---|
| 02/14/12 | [] Postage | 158.00 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 02/22/12 | [] Postage | 158.00 | |
| | | | $316.00 |

**TELEPHONE**

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 02/22/12 | [] THE CONFERENCE GROUP, LLC---INV#134 - JAN 2012 DTD 02/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 01/01/12-01/31/12 CONFERENCE ON 01/13/12 | 18.09 | |
| 02/22/12 | [] THE CONFERENCE GROUP, LLC---INV#134 - JAN 2012 DTD 02/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 01/01/12-01/31/12 CONFERENCE ON 01/16/12 | 18.74 | |
| 02/22/12 | [] THE CONFERENCE GROUP, LLC---INV#134 - JAN 2012 DTD 02/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 01/01/12-01/31/12 CONFERENCE ON 01/23/12 | 5.10 | |
| 02/22/12 | [] THE CONFERENCE GROUP, LLC---INV#134 - JAN 2012 DTD 02/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 01/01/12-01/31/12 CONFERENCE ON 01/23/12 | 42.60 | |
| 02/22/12 | [] THE CONFERENCE GROUP, LLC---INV#134 - JAN 2012 DTD 02/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 01/01/12-01/31/12 CONFERENCE ON 01/30/12 | 82.26 | |
| | | | $166.79 |

**TRAVEL - AIRLINE**

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 02/09/12 | [] BUSINESS CARD (VISA--US AIRWAYS)---INV #02/20/12 DTD 02/20/12 MONTHLY EXPENSES FOR THE PERIOD: 01/21/12-02/20/12 PRICELINE.COM--AIRFARE FOR WENDY MANN TO TRAVEL TO NYC ON 02/27/12 TO ATTEND MEETING WITH DEBTORS | 490.48 | |
| | | | $490.48 |

**TRAVEL - AIRLINE**

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 02/22/12 | [] BARBARA GALLAGHER---INV #02/22-02/29/12 (60351-001) DTD 02/08/12 RE: WITNESS - AIRFARE TO NEW YORK FOR MEETING WITH DEBTORS PERIOD: 02/22-02/29/12 | 649.20 | |
| | | | $649.20 |

| | | |
|---|---:|---:|
| Total Reimbursement for out of pocket expenses | | $2,909.01 |
| TOTAL THIS BILL | | $71,322.26 |

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---:|
| 105234 | 12/07/11 | 9,834.50 |
| 106159 | 01/19/12 | 7,832.90 |
| 106827 | 02/21/12 | 66,715.00 |
| | | $84,382.40 |

| | |
|---|---:|
| GRAND TOTAL DUE | $155,704.66 |

(Nortel) Official Committee of Long Term Disability Plan Participants

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 105234 | 12/07/11 | 9,834.50 |
| 106159 | 01/19/12 | 7,832.90 |
| 106827 | 02/21/12 | 66,715.00 |
| | | $84,382.40 |

**TOTAL DUE**  $155,704.66

(Nortel) Official Committee of Long Term Disability Plan Participants

Task Billing Summary Page

Re: In re Nortel 09-10138(KG)

|  | Current Bill |
|---|---|
| **Case Administration** | |
|  | $495.00 |
| Subtotals | $495.00 |
| **Meetings of and Communications with Creditors** | |
|  | $3,585.50 |
| Subtotals | $3,585.50 |
| **EG Fee Applications** | |
|  | $2,073.00 |
| Subtotals | $2,073.00 |
| **Fee Objections EGS** | |
|  | $84.00 |
| Subtotals | $84.00 |
| **Fee Applications and Invoices - Other** | |
|  | $3,211.50 |
| Subtotals | $3,211.50 |
| **Fee Objections - Others** | |
|  | $109.50 |
| Subtotals | $109.50 |
| **Employee Benefits/Pensions** | |
|  | $39,788.75 |
| Subtotals | $39,788.75 |
| **Financing/Cash Collections** | |
|  | $67.50 |
| Subtotals | $67.50 |
| **Claims Administration and Objections** | |
|  | $84.00 |
| Subtotals | $84.00 |
| **Court Hearings** | |
|  | $1,116.50 |
| Subtotals | $1,116.50 |
| **Litigation** | |

Page 14

(Nortel) Official Committee of Long Term Disability Plan Participants

|  |  |
|---|---:|
|  | $17,798.00 |
| Subtotals | $17,798.00 |
| Totals | $68,413.25 |

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.

**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED
PLEASE CONTACT PAT ROONEY AT (215) 977-1014***

In re: Nortel Networks, Inc, et al.

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

|  | Previous Billed | Current Bill | Total |
|---|---|---|---|
| Asset Disposition | $ 104.50 | $0.00 | $104.50 |
| Case Administration | $ 257.50 | $495.00 | $752.50 |
| Meetings of and Communications with Cred. | $ 13,565.00 | $3,585.50 | $17,150.50 |
| EG Retention | $ 14,056.00 | $0.00 | $14,056.00 |
| Employment & Retention Application Other | $ 9,113.00 | $0.00 | $9,113.00 |
| EG Fee Applications | $ 8,828.00 | $2,073.00 | $10,901.00 |
| EG Fee Objections | $ 1,685.50 | $84.00 | $1,769.50 |
| Fee Applications – Others | $ 4,461.50 | $3,211.50 | $7,673.00 |
| Fee Objections - Others | $ 620.00 | $109.50 | $729.50 |
| Non-Working Travel | $ 0.00 | $0.00 | $0.00 |
| Business Operations | $ 427.00 | $0.00 | $427.00 |
| Employee Benefits/Pensions | $ 85,865.50 | $39,788.75 | $125,654.25 |
| Claims Administration | $ 328.00 | $84.00 | $412.00 |
| Plan and Disclosure Statement | $ 1,057.00 | $0.00 | $1,057.00 |
| Court Hearings | $ 5,689.00 | $1,116.50 | $6,805.50 |
| Litigation | $ 61,689.00 | $17,798.00 | $79,487.00 |
| Labor Issues | $ 104.50 | $0.00 | $104.50 |
| Research | $ 90.00 | $0.00 | $90.00 |
| Financing/Cash Collections | $ - | $67.50 | $67.50 |
| Total | $ 207,941.00 | $68,413.25 | $276,354.25 |