# EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012

| Expense Category | Total Expenses |
|---|---|
| Copying[1] | $ 504.60 |
| Delivery/Courier | $ 652.50 |
| Dockets | $ 129.44 |
| Postage | $ 316.00 |
| Telephone | $ 166.79 |
| Travel/Airline | $1,139.68 |
| **TOTAL THIS BILL:** | **$2,909.01** |

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. Detailed copy charges are listed in Exhibit B.

2