Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 29, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/02/12 | EH | Review notice of rescheduled 4/04/12 hearing date; track rescheduled hearing date | 0.10 |
| 02/07/12 | EH | Review agenda for 2/09/12 hearing | 0.10 |
| 02/17/12 | EH | Review agenda for 2/23/12 hearing | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.30 | $72.00 |
| | | | 0.30 | $72.00 |
| | | TOTAL: | 0.30 | $72.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 29, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/01/12 | LMS | Respond to email from Debtor regarding deadline for January fee estimates | 0.10 |
| 02/01/12 | LMS | Telephone call regarding inability to deliver documents to Debtor | 0.10 |
| 02/01/12 | LMS | Review recently filed documents relative to new service address for Debtor | 0.10 |
| 02/05/12 | RHL | Edit time for fee application | 0.10 |
| 02/06/12 | LMS | Email to M. Cook regarding BFCA estimated accruals for January 2012 | 0.10 |
| 02/09/12 | LMS | Review omnibus order regarding fee application hearing dates | 0.10 |
| 02/09/12 | LMS | Preparation of BFCA monthly fee application for January 2012 | 1.00 |
| 02/09/12 | EH | Review ECF notices and download order setting omnibus and fee application hearing dates through December 2012; email to L. Behra and track hearing dates | 0.30 |
| 02/10/12 | JRH | Review various Nortel emails and respond to L. Behra with regard to various fee issues. | 0.30 |
| 02/10/12 | RHL | Review fee application before filing same | 0.20 |
| 02/10/12 | RHL | Review e-mail regarding next fee application hearing date | 0.10 |
| 02/13/12 | JRH | E-mails with L. Behra regarding preparation of fee applications | 0.10 |
| 02/13/12 | LMS | Preparation of BFCA monthly fee application for January 2012 | 0.30 |
| 02/13/12 | LMS | Docket objection deadline regarding monthly fee statement | 0.10 |
| 02/13/12 | LMS | File BFCA monthly fee application for January 2012 | 0.20 |
| 02/13/12 | EH | Review ECF notices and download BFCA January 2012 monthly fee application | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/16/12 | LMS | Calendar omnibus hearing dates regarding quarterly fee applications | 0.10 |
| 02/16/12 | LMS | Preparation of BFCA Sixth Quarterly Fee Application | 0.70 |
| 02/21/12 | RHL | Review and edit fee application | 0.20 |
| 02/22/12 | LMS | Prepare and file Sixth Quarterly Fee Application for the period November 1, 2011 through January 31, 2012 | 0.30 |
| 02/22/12 | LMS | Docket hearing date regarding Sixth Quarterly Fee Application | 0.10 |
| 02/24/12 | LMS | Review docket regarding objections to BFCA monthly fee application for December 2011 | 0.10 |
| 02/24/12 | LMS | Prepare CNO regarding BFCA monthly fee application for December 2011 | 0.20 |
| 02/24/12 | LMS | File CNO regarding BFCA monthly fee application for December 2011 | 0.10 |
| 02/27/12 | EH | Review ECF notices and download CNO to BFCA December 2011 monthly fee application | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.40 | $158.00 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.60 | $375.00 |
| | | | 1.00 | $533.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $200.00 | 3.70 | $740.00 |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.50 | $120.00 |
| | | | 4.20 | $860.00 |
| | | TOTAL: | 5.20 | $1,393.00 |

General Claims Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 29, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/01/12 | RHL | Review e-mail from J. Philbrick regarding additional claims for next omnibus objection; J. Hoover response to me and respond to J. Philbrick | 0.20 |
| 02/01/12 | RHL | Review further e-mails from J. Philbrick regarding claims' objections and respond | 0.20 |
| 02/01/12 | RHL | Review e-mail from J. Philbrick regarding claims against NJ Department of Taxation and Ace Insurance and respond | 0.20 |
| 02/01/12 | RHL | Review e-mail regarding Deutsch Bank matter and respond; review information regarding claim | 0.30 |
| 02/03/12 | JRH | Follow up regarding Nortel claims issues | 0.50 |
| 02/05/12 | RHL | Review 21st omnibus objection (substantive); motion to deem satisfied; all exhibits to each | 0.70 |
| 02/06/12 | RHL | Review revised exhibits for 21st and 22nd omnibus and motion to deem claims paid | 0.20 |
| 02/07/12 | RHL | Review email from A. Cardo regarding changes to hearing time for 21st omnibus and motion to deem satisfied | 0.10 |
| 02/07/12 | RHL | Review e-mail to J. Ray regarding 21st and 22nd omnibus objections and motion to deem satisfied | 0.10 |
| 02/07/12 | RHL | Review 21st omnibus and motion to deem satisfied on exhibits in final | 0.20 |
| 02/09/12 | EH | Review ECF notices and download debtors' twenty-second omnibus objection to claims; identify claims being handled by R. Lemisch as conflicts counsel and track hearing date and objection deadline | 0.30 |
| 02/09/12 | EH | Discuss R. Lemisch involvement as conflict counsel regarding debtors' twenty-second omnibus claims objection with J. Hoover | 0.10 |

General Claims Matters

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.50 | $197.50 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 2.20 | $1,375.00 |
| | | | 2.70 | $1,572.50 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.40 | $96.00 |
| | | | 0.40 | $96.00 |
| | | TOTAL: | 3.10 | $1,668.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 29, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/02/12 | EH | Review 1/30/12 Sourcefire mediation status report | 0.10 |
| 02/03/12 | SRS | Correspond with former Nortel employee regarding adversary proceeding with Nokia and termination of litigation hold for former employees | 0.20 |
| 02/06/12 | JES | Review and respond to email from C. Brown regarding receipt of Prudential settlement payment (.2); review and respond to email from C. Brown regarding merger after discussing same with J. Hoover (.2); revise stipulation of voluntary dismissal in connection with Prudential Relocation adversary proceeding (.3); email J. Clasen and B. Sullivan regarding stipulation (.1); review and respond to email from B. Sullivan regarding Prudential stipulation (.2); finalize Prudential stipulation (.2); coordinate filing of Prudential stipulation with E. Hein (.1) | 1.30 |
| 02/06/12 | EH | Review email from J. Smith regarding dismissal of Prudential adversary | 0.10 |
| 02/06/12 | EH | File stipulation of dismissal of Prudential adversary | 0.10 |
| 02/07/12 | EH | Review amended agenda for 2/09/12 hearing | 0.10 |
| 02/07/12 | EH | Review ECF notices and download clerk's notice of closing Prudential adversary; close out pleading and discovery files | 0.20 |
| 02/09/12 | EH | Close out Nokia adversary pleading and discovery binders; review and analysis of documents for file organization | 0.30 |
| 02/17/12 | SRS | Correspond with former Nortel employees regarding termination of litigation hold and settlement with Nokia Siemens | 0.30 |
| 02/20/12 | SRS | Review and prepare redacted settlement to send to client contact for Nokia Siemens dispute | 0.20 |
| 02/28/12 | JES | Call with Cleary Gottlieb regarding status of Right management and Starent adversaries | 0.20 |
| 02/29/12 | JES | Review email from C. Fights regarding agenda (.1); review agenda (.1); email C. Fights regarding agenda (.1) | 0.30 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| ASSOCIATE | | | | |
| JENNIFER E. SMITH | (JES) | $265.00 | 1.80 | $477.00 |
| SARAH R. STAFFORD | (SRS) | $315.00 | 0.70 | $220.50 |
| | | | 2.50 | $697.50 |
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.90 | $216.00 |
| | | | 0.90 | $216.00 |
| | | TOTAL: | 3.40 | $913.50 |

Document Reproduction

| Date | User | Description | Amount |
|---|---|---|---:|
| 02/13/12 | LMS | Document Reproduction 156 copies | 15.60 |
| | | TOTAL: | $15.60 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 01/31/12 | LMS | Federal Express 01/31/12 Lisa Behra to Thomas P. Tinker E | 12.52 |
| 01/31/12 | LMS | Federal Express 01/31/12 Lisa Behra to Allen K. Stout | 12.52 |
| 01/31/12 | LMS | Federal Express 01/31/12 Lisa Behra to M. Collins/C. Sami | 12.52 |
| 01/31/12 | LMS | Federal Express 01/31/12 Lisa Behra to Fred S. Hodara | 12.52 |
| 01/31/12 | LMS | Federal Express 01/31/12 Lisa Behra to D. Abbot/E. Schwar | 12.52 |
| 02/13/12 | LMS | Federal Express 02/13/12 Lisa Behra to Thomas P. Tinker E | 12.35 |
| 02/13/12 | LMS | Federal Express 02/13/12 Lisa Behra to M. CollinsC. Samis | 12.35 |
| 02/13/12 | LMS | Federal Express 02/13/12 Lisa Behra to Fred S. Hodara | 12.35 |
| 02/13/12 | LMS | Federal Express 02/13/12 Lisa Behra to D. Abbot/E. Schwar | 12.35 |
| 02/22/12 | LMS | Federal Express 02/22/12 Lisa Behra to Thomas P. Tinker E | 12.35 |
| 02/22/12 | LMS | Federal Express 02/22/12 Lisa Behra to M. CollinsC. Samis | 12.35 |
| 02/22/12 | LMS | Federal Express 02/22/12 Lisa Behra to Fred S. Hodara | 12.35 |
| | | TOTAL: | $149.05 |

```
Computer Research
```

| Date | User | Description | | Amount |
|---|---|---|---|---|
| 01/11/12 | XXX | Computer Research - Pacer PACER 2012 30 PAGES | JANUARY | 2.40 |
| 01/19/12 | XXX | Computer Research - Pacer PACER 2012 3 PAGES | JANUARY | 0.24 |
| 01/19/12 | XXX | Computer Research - Pacer PACER 2012 1 PAGES | JANUARY | 0.08 |
| 01/19/12 | XXX | Computer Research - Pacer PACER 2012 18 PAGES | JANUARY | 1.44 |
| 02/01/12 | XXX | Computer Research - Pacer PACER 2012 15 PAGES | FEBRUARY | 1.20 |
| 02/01/12 | XXX | Computer Research - Pacer PACER 2012 1 PAGES | FEBRUARY | 0.08 |
| 02/01/12 | XXX | Computer Research - Pacer PACER 2012 2 PAGES | FEBRUARY | 0.16 |
| 02/09/12 | XXX | Computer Research - Pacer PACER 2012 13 PAGES | FEBRUARY | 1.04 |
| 02/09/12 | XXX | Computer Research - Pacer PACER 2012 12 PAGES | FEBRUARY | 0.96 |
| 02/09/12 | XXX | Computer Research - Pacer PACER 2012 2 PAGES | FEBRUARY | 0.16 |
| 02/09/12 | XXX | Computer Research - Pacer PACER 2012 4 PAGES | FEBRUARY | 0.32 |
| 02/09/12 | XXX | Computer Research - Pacer PACER 2012 6 PAGES | FEBRUARY | 0.48 |
| 02/09/12 | XXX | Computer Research - Pacer PACER 2012 3 PAGES | FEBRUARY | 0.24 |
| 02/09/12 | XXX | Computer Research - Pacer PACER 2012 20 PAGES | FEBRUARY | 1.60 |
| 02/09/12 | XXX | Computer Research - Pacer PACER 2012 10 PAGES | FEBRUARY | 0.80 |
| 02/09/12 | XXX | Computer Research - Pacer PACER 2012 21 PAGES | FEBRUARY | 1.68 |
| 02/09/12 | XXX | Computer Research - Pacer PACER 2012 7 PAGES | FEBRUARY | 0.56 |

```
02/09/12   XXX      Computer Research - Pacer PACER      FEBRUARY           0.88
                    2012 11 PAGES

02/09/12   XXX      Computer Research - Pacer PACER      FEBRUARY           1.20
                    2012 15 PAGES

02/09/12   XXX      Computer Research - Pacer PACER      FEBRUARY           0.08
                    2012 1 PAGES

02/16/12   XXX      Computer Research - Pacer PACER      FEBRUARY           1.20
                    2012 15 PAGES

02/24/12   XXX      Computer Research - Pacer PACER      FEBRUARY           0.96
                    2012 12 PAGES
                                                                       _____
                                      TOTAL:                               $17.76
```

**Local Counsel Fee**

| Date | User | Description | Amount |
|---|---|---|---|
| 02/16/12 | JRH | Local Counsel Fee - Vendor: Womble Carlyle Sandridge & Rice, LLP professional services rendered through 12/31/11 | 148.50 |
| | | TOTAL: | $148.50 |