# EXHIBIT A

EXPENSES FOR THE RETIREE COMMITTEE MEMBER MICHAEL P. RESSNER



**Record Locator: HRHBVP**

### Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| American Airlines | 4519 | RALEIGH DURHAM | MON 27FEB 8:35 AM | NEW YORK LGA | 10:20 AM | S |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | Michael Ressner | FF#: C796510 PLT | Economy | Seat 9B | Food For Purchase | |
| American Airlines | 4415 | NEW YORK LGA | TUE 28FEB 5:30 PM | RALEIGH DURHAM | 7:15 PM | S |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | Michael Ressner | FF#: C796510 PLT | Economy | Seat 9B | Food For Purchase | |

### Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAX/FEE/CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| MICHAEL RESSNER | 0012303717710 | 187.90 | 35.70 | 223.60 |

Payment Type: Master Card XXXXXXXXXXXX6614                    Total: $223.60

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply.  To view carry-on baggage restrictions for American Airlines or American Eagle, please visit,** Carry-On luggage **. Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit** INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag.  For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag.  For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag.  For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free.  For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free.  For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free.  For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free.  For a second bag, the charge is 30.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit** INTERLINE PARTNER BAG CHARGES **for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

# Executive Transportation

"Serving All US Cities" P.O. Box 721 Franklinton,
NC 27525
United States of America
Tel: (919) 728-8418
Email: info@executivetransportationnc.com

**PAID IN FULL**

| | |
|---|---|
| **Invoice:** | 2042 |
| **Invoice Date:** | 02/28/2012 |
| **Terms:** | DUE ON RECEIPT |
| **Due By:** | DUE ON RECEIPT |

**Bill To:**

MICHAEL RESSNER
5909 APPLEGARTH RD.
RALEIGH, NC 27614
(919) 866-0046

**PO/Reference #**

N/A

| Conf# | Date & Times | Passenger | Client # | Routing Information | Trip Total | Total Due |
|---|---|---|---|---|---|---|
| 14947 | 02/27/2012 07:00 AM | Ressner, Michael | | PU: :, 5909 Applegarth Rd. Raleigh, NC 27614 (US) DO: : RDU , American Airlines | 70.80 | 0.00 |
| 14948 | 02/28/2012 07:15 PM | Ressner, Michael | | PU: : RDU , American Airlines, Flt# 4415 DO: :, 5909 Applegarth Rd. Raleigh, NC 27614 (US) | 70.80 | 0.00 |

**Total:** 141.60

**Discount:** 0.00

**Finance Charge:** 0.00

**Payments:** 141.60

**Total Due ($):** 0.00

New York, NY 10022
212-755-1200 / 212-319-8344
http://www.starwoodhotels.com/whotels/prop
erty/overview/index.html?propertyID=97502



# W

## HOTELS

| | | | | | |
|---|---|---|---|---|---|
| Mr. Ressner, Michael | Page Number | 1 | Invoice Nbr | 1000035807 |
| 5909 Applegarth Lane | Guest Number | 4687794 | Arrive Date | 02-27-2012 |
| Raleigh, NC 27614 | Folio ID | A | Depart Date | 02-28-2012 |
| | No. Of Guest | 1 | | |
| | Room Number | 920 | | |
| | Club Account | SPG - C42334565372 | | |
| | Time | 02-28-2012 03:00 | | |

### Information Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 02-27-2012 | RT920 | Room Chrg Comm Retail | $329.00 | |
| 02-27-2012 | RT920 | State Tax | $29.20 | |
| 02-27-2012 | RT920 | Occupancy/Tourism Tax | $2.00 | |
| 02-27-2012 | RT920 | NYS Javits Ctr Tax | $1.50 | |
| 02-27-2012 | RT920 | Room Tax | $19.33 | |
| 02-28-2012 | MC | Mastercard | | $-381.03 |
| | | ** Total | $381.03 | $-381.03 |
| | | ** Balance | $0.00 | |

Taxi   Hotel→Cleary        Airport→Hotel              Hotel→Airport

```
      I ♥ NEW YORK
HACK #:         00491104
MEDALLION         5B27
02/27/2012 10:50 - 11:09
TRIP# 3554 RATE#    1
STAND. CITY RATE
MILES R1          5.53
FARE R1       $   16.50
STATE SRCHG$      0.50
TOLLS $           0.00
GRAND TOTAL $    17.00
Contact TLC Dial 3-1-1
        TIP  3.00
        $20.00
```

```
   CREDIT RECEIPT
HACK #: 00460156
MED #:      7D99
02/27/12 10:14-10:38
RATE #: 1
STAND. CITY RATE
Miles R1: 10.13
TRIP #:    5696
FARE  : $24.90
TOLLS : $4.80
ST.SUR: $0.50
TIPS  : $6.22
Total : $36.42
CARDNUMBER: 6614
AUTHOR.: 12591P
Contact TLC DIAL 3-1-1
```

```
      I ♥ NEW YORK
HACK #:
MEDALLION        00498191
02/28/2012 13:51 - 14:06
TRIP# 5893 RATE#    1
STAND. CITY RATE
MILES R1         10.51
FARE R1       $   23.70
STATE SRCHG$      0.50
TOLLS $           4.80
GRAND TOTAL $    29.00
Contact TLC Dial 3-1-1
        TIP  5.00
        $24.00
```

EXHIBIT B

**EXPENSES FOR THE RETIREE COMMITTEE MEMBER SUSAN KANE**



**AmericanAirlines**
BOARDING PASS

KANE/SUSAN
AA  7875BBB                    ADV
TO  NEW YORK LGA
TO  NASHVILLE
AMERICAN EAGLE

AA 4484 N    27FEB730P

C 1        700P

10C
GROUP 4

PCS        UNCK WT.
BAGGAGE ID MK.
COUPON  AIRLINE  FORM SERIAL NO.        CK
4BE  / LGA



PASS        *American*Airlines*

BOARDING PASS
KANE/SUSAN
FROM:
NASHVILLE
TO:
NEW YORK LGA

FLIGHT        SEAT
AA4476  6C
GROUP  2
DATE      CLASS    DEPARTS
27FEB      V      800A



PASSENGER TICKET AND BAGGAGE CHECK  **MISCELLANEOUS SALES RECEIPT 5
**AmericanAirlines**    SUBJECT TO CONDITIONS OF CONTRACT    PURCHASER RECEIPT
                                        27FEB12  331U6724          UPS
KANE/SUSAN                                                          B
**NOT VALID FOR**        PSGR TICKET 00T2505886156
**TRANSPORTATION**
*******THIS IS YOUR RECEIPT*******
ORIGINAL ISSUE    01 CONFIRMED FLT CHANGE    75.00    BNA          AA 4476V  27FEB
                                                      LGA          AA 4484N  27FEB

USD    75.00
TAX/FEE/CHARGE    NA        FP BAXXXXXXXXXXXX3829 02732A
TAX/FEE/CHARGE    NA
USD    75 00    00116576941312    0 001 0632913473 0        NOT VALID FOR TRAVEL
                                                            COUPON  001 0632913473 0

**ALL MISCELLANEOUS**
**  CHARGES ARE  *
**  NON-REFUNDABLE *
*********************

XFINITY Connect

Record Locator: HIDFQO



## Itinerary

| Carrier | Flight Number | Departing | | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| American Airlines | 4476 | NASHVILLE | MON 27FEB 8:00 AM | NEW YORK LGA | 11:15 AM | V |
| | OPERATED BY AMERICAN EAGLE | | | | | | |
| | Susan Kane | | FF#: 7875B88 | Economy | Seat 6C | Food For Purchase |
| American Airlines | 4660 | NEW YORK LGA | MON 27FEB 9:20 PM | NASHVILLE | 10:45 PM | V |
| | OPERATED BY AMERICAN EAGLE | | | | | | |
| | Susan Kane | | FF#: 7875B88 | Economy | Seat 7D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| SUSAN KANE | 0012303886156 | 485.58 | 56.52 | 542.10 |

| Payment Type: Visa XXXXXXXXXXX3829 | Total: $542.10 |
|---|---|

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

# EXHIBIT C

**EXPENSES FOR THE RETIREE COMMITTEE MEMBER GARY DONAHEE**

## American Airlines - home page

**Thank you for making your reservation on AA.com!**

Please Note: This is not your receipt. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".

# Dallas/ Fort Worth to New York
1 Adult
**Monday February 27, 2012 -- Tuesday February 28, 2012**

**Your Trip Cost:**
S1,020.60 USD

| Record Locator | Reservation Name |
|---|---|
| **JQIDUZ** | **DFW/LGA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: Purchased on Feb 09, 2012 |

## Flight Information

| Flight | Depart | Arrive | |
|---|---|---|---|
| AMERICAN AIRLINES **704** | Dallas/ Fort Worth (DFW) February 27, 2012 07:00 AM | New York (LGA) February 27, 2012 11:25 AM | **Average Fare** $999.00 |
| | Travel Time : 3 h 25 m Cabin Class : Economy Seat : 20F | Booking Code : V Plane Type : S80 | **Average Fare** Adult $999.00 **AAdvantage® Benefits** Preferred Seats $0.00 PriorityAAccessSM $0.00 Same-Day Standby $0.00 |
| Flight | Depart | Arrive | |
| AMERICAN AIRLINES **721** | New York (LGA) February 28, 2012 09:45 AM | Dallas/ Fort Worth (DFW) February 28, 2012 01:00 PM | **Taxes & Fees** Adult $21.60 |
| | Travel Time : 4 h 15 m Cabin Class : Economy Seat : 15A | Booking Code : V Plane Type : 738 | **Flight Subtotal** $1,020.60 |

My Cell : 214-9865443
- Send 1 hour prior to departure
- Connecting Flight Departure Status
- Gate changes

✓ Enabled
• Disable

Notify a Friend

Save time at the airport! Add your travel information below to check-in online.

| GARY DONAHEE | ⊘ No Further Information required to travel |
|---|---|

| Summary | Required | Optional |
|---|---|---|
| All information required for online check-in has been provided. Online check-in will be available 24 hours prior to your departure. | ✓ Secure Flight Information | Frequent Flyer Number Trip Contact Number |

[-] FEEDBACK

# 704    Depart: Dallas/ Fort Worth (DFW)
Arrive: New York (LGA)    500 Mile Upgrades:    Requested

W NEW YORK
541 Lexington Ave
New York, NY 10022
212-755-1200 / 212-319-8344
http://www.starwoodhotels.com/whotels/prop
erty/overview/index.html?propertyID=97502



# W
## HOTELS

| | | | | | |
|---|---|---|---|---|---|
| Donahee, Gary | Page Number | 1 | Invoice Nbr | 1000035812 |
| 5517 Saint Andrews Ct | Guest Number | 4688950 | Arrive Date | 02-27-2012 |
| Plano, TX 75093-4235 | Folio ID | A | Depart Date | 02-28-2012 |
| | No. Of Guest | 1 | | |
| | Room Number | 1235 | | |
| | Club Account | SPG - C1006941 | | |
| | Time | 02-28-2012 03:00 | | |

## Information Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 02-27-2012 | G670 | Internet Service In Room | $14.95 | |
| 02-27-2012 | RT1235 | Room Chrg Comm Retail | $369.00 | |
| 02-27-2012 | RT1235 | State Tax | $32.75 | |
| 02-27-2012 | RT1235 | Occupancy/Tourism Tax | $2.00 | |
| 02-27-2012 | RT1235 | NYS Javits Ctr Tax | $1.50 | |
| 02-27-2012 | RT1235 | Room Tax | $21.68 | |
| 02-28-2012 | AX | American Express | | $-441.88 |
| | | ** Total | $441.88 | $-441.88 |
| | | ** Balance | $0.00 | |

Continued on the next page

**Date** .................. 20 ......

## OFFICIAL
## TAXI RECEIPT

FROM ......... *W Hotel*

TO ......... *LGA*

FARE ... *29.40*   TIP *5.60*   TOLL ......   TOTAL *35.0*

SIGNATURE .................

.................. # ......

```
MED#        1C50
DRIVER:  5327531
02/28/12 TR  617
START  END MILES
07:39 07:57 10.5
Regular Fare
RATE 1:$   24.10
SURCH: $    0.08
TriBB :$    4.80
STSRCH:$    0.50
TOTAL: $   29.40
THANKS
TO CONTACT TLC
DIAL 3-1-1
```

Resent-From: gdonahee@hotmail.com
From: FreedomPark Reservations
&lt;reservations@freedomparkdfw.
com&gt;
Subject: Airport Parking Receipt - Gary
Donahee 2/27-2/28
Date: February 29, 2012 1:07:51 AM
CST
Resent-To: gdonahee@me.com
To: Gary Donahee
&lt;gdonahee@hotmail.com&gt;



# Airport Parking Receipt

**FreedomPark**
AIRPORT VALET SERVICES
2001 - 2011
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1405403
Date: 2/26/2012
8:22:23 AM

SOLD   Gary Donahee
TO     214-986-5443
       gdonahee@hotmail.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|----------------|-------------|----------------|--------------|
| 1405403 | 2/27/2012 | 2/28/2012 | | $52.51 |

Charges for AMEX ending in 1000 - Corp

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 |

**Credit Card Total $52.51**

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

**EXHIBIT D**

EXPENSES FOR THE RETIREE COMMITTEE MEMBER MARK M. HAUPT, SR.

```
Jet Rock Bar and Grill
LaGuardia Airport
Central Terminal
CHECK:      776
TABLE:      107/1
SERVER:     186 MICHAL
DATE;       FEB27'12  7:13PM
CARD TYPE:  American Express
ACCT #:     XXXXXXXXXXX3001
EXP DATE:   XX/XX
AUTH CODE:  569602
            N HAUPT


TOTAL:          29.40

Tip_____  5.00

Total_____  34.40

X_____
          SIGNATURE
          THANK YOU
     SIGNED COPY - MERCHANT
     SECOND COPY - CUSTOMER
```

# Mark Haupt

**From:** American Airlines@aa.com <notify@aa.globalnotifications.com>
**Sent:** Thursday, February 09, 2012 9:51 AM
**To:** MARK@CONVERGEDUSA.COM
**Subject:** E-Ticket Confirmation-COHUPS  27FEB



eTicket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 09FEB12**

Mark Haupt:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator:** **COHUPS**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel     Book a car     Buy trip insurance



**Record Locator:** **COHUPS**



## Itinerary

| Carrier | Flight Number | Departing | | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | | City | Time | |
| | 4519 | RALEIGH DURHAM | MON 27FEB | | NEW YORK LGA | 10:20 AM | G |

| American Airlines | | | 8:35 AM | | | | |
|---|---|---|---|---|---|---|---|
| | OPERATED BY AMERICAN EAGLE | | | | | | |
| | Mark Haupt | | FF#: VH48960 GLD | | Economy | Seat 7C | Food For Purchase |
| American Airlines | 4456 | NEW YORK LGA | MON 27FEB 8:00 PM | RALEIGH DURHAM | 9:45 PM | | N |
| | OPERATED BY AMERICAN EAGLE | | | | | | |
| | Mark Haupt | | FF#: VH48960 GLD | | Economy | Seat 6C | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| MARK HAUPT | 0012303849349 | 187.91 | 35.69 | 223.60 |

| **Payment Type:** American Express XXXXXXXXXX3001 | | **Total: $223.60** |
|---|---|---|

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE.  Tickets with nonrestrictive fares are valid for one year from original date of issue.  If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location.  In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply.   To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag.   For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag.  For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag.  For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free.  For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free.  For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and  To/From/Via Europe and India, the first bag is free.  For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free.  For a second bag, the charge is 30.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate.  Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier

to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.



**Conditions Of Carriage**   **Special Assistance**   **Flight Check-In**   **Flight Status Notification**




This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 132548315629090849347880 0

**EXHIBIT "E"**

**EXPENSES FOR THE RETIREE COMMITTEE MEMBER, JOHN T. ZALOKAR**

**Auntie Anne's**
NY #165
LGA Airport CTB
Flushing, NY
718.457.1467

6842 nayeemah

---------------------------------
Check: 490                Guests: 1
    02/27/2012 06:08PM
---------------------------------

1    Cinnamon            $3.29
     Cash                $5.00

     Subtotal            $3.29
     Tax                 $0.29
     Payment             $3.58
Change Due             $~~1.42~~

----------- Check Closed
    02/27/2012 06:08:18PM   *K-0258 TOTAL*

TELL US HOW WE'RE DOING!
auntieannes.com/comment_form.aspx

---

THANK YOU
O'HARE INTERNATIONAL AIRPORT
PARKING FACILITY - LOT E
LANE 23
PO BOX 66179 CHICAGO, IL 60666-0179

Sale

ID: 004
Merchant ID: 000100014993
Bank ID: 1340
02/27/12
Batch#: 059004                    21:18:00
Retrieval Ref #: 70260103

AMEX                    Entry Method: Swiped
XXXXXXXXXXX1002
Appr Code: 542856            Inv #: 000133

Total:                $    19.00

Customer Copy

---

THANK YOU

O'Hare International Airport

Parking Facility - Lot E

P.O.Box 66179, Chicago, Il. 60666-0179

Tel: (773) 686-7532

TRANSIENT TICKET
TRANSACTION NUMBER              301024265
ENTRY TIME/DATE           06:11  02-27-12
PAYMENT TIME/DATE         21:18  02-27-12
PAY MACHINE               CE23 Booth 23
LICENSE:                  IL 313ZZZ
OPERATOR                  397
FEE                       $19.00
CREDIT CARD               $19.00
     Includes All Applicable Taxes





**Record Locator: JMRJMA**



## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---------|---------------|-----------|---|----------|---|--------------|
| | | City | Date & Time | City | Time | |
| **AA** American Airlines | 392 | CHICAGO OHARE | MON 27FEB 7:30 AM | NEW YORK LGA | 10:40 AM | N |
| | | John Zalokar | FF#: E870104 | Economy | Seat 14D | Food For Purchase |
| **AA** American Airlines | 371 | NEW YORK LGA | MON 27FEB 8:30 PM | CHICAGO OHARE | 10:10 PM | N |
| | | John Zalokar | FF#: E870104 | Economy | Seat 24B | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|-----------|---------------|----------|-----------------|--------------|
| JOHN ZALOKAR | 0012303829898 | 187.90 | 35.70 | 223.60 |

| Payment Type: American Express XXXXXXXXXXX1002 | Total: $223.60 |
|---|---|

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**



## Record Locator: JMRJMA

### Receipt

| PASSENGER | DOCUMENT NUMBER | FEE-USD | TAX | TRANS TOTAL |
|---|---|---|---|---|
| JOHN ZALOKAR | 0010632466972 | 22.33 | 1.67 | 24.00 |

| ADDITIONAL SERVICES | | CURRENCY | AMOUNT |
|---|---|---|---|
| Preferred Seats | | USD | 22.33 |

**Payment Type:** Miscellaneous, American Express XXXXXXXXXXX1002

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

| Conditions Of Carriage | Special Assistance | Flight Check-In | Flight Status Notification |

### Our Lowest Fare Guarantee Only at AA.com

member of one 

**We know why you fly**
**AmericanAirlines**
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please **Contact AA.**

NRID: 50235850231108213335778300