# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., *et al.*, | : | Case No. 09-10138 (KG) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re Dkt Nos. 5752, 5822, 5825 & 5943** |
| | : | |
| In re: | : | Chapter 15 |
| | : | |
| NORTEL NETWORKS LTD., *et al.*, | : | Case No. 09-10164 (KG) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re Dkt No. 426, 427 and 434** |

## ORDER RE MEDIATOR'S ADVISORS

The Court hereby amends its Order Directing Mediation entered June 17, 2011 (D.I. 5752 & Adv. D.I. 427), as amended on June 29, 2011, and thereafter supplemented by Corrected Supplemental Order, dated July 12, 2012 (D.I. 5943 & Adv. D.I. 434).

1. The Court appointed The Honorable Warren K. Winkler, Chief Justice of Ontario, to serve as the Mediator (the "Mediator"). The Mediator was authorized to select an advisor of his choosing, with the reasonable fees and expenses of the Advisor to be reimbursed by the U.S. Debtors, the Canadian Debtors and the EMEA Debtors.

2. The Mediator has selected as his advisors Davis Polk & Wardell, LLP and Rueter Scarcall Bennett L.L.P. (the "Advisors"). To the extent necessary, the Court hereby approves their retentions. The Advisors shall be paid, *nunc pro tunc* to the dates they commenced work for the Mediator, their reasonable fees and expenses.

3. The Advisors shall submit to the Court and Office of the United States Trustee, itemized fee statements. The U.S. Debtors, the Canadian Debtors the EMEA Debtors and any other party to the mediation shall receive only non-itemized invoices to protect the confidentiality of the Mediator's work. In addition, and to avoid confusion, the Court's Local Rules 2016-1 and 2016-2 shall not apply.

4. The Advisors shall be entitled to the same protections and confidentiality as afforded to the Mediator.

Dated: March 23, 2012

_____
KEVIN GROSS, U.S.B.J.