# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**February 1, 2012 - February 29, 2012**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | February 2012 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 18.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 4.0 |
| 6 | Committee Matters and Creditor Meetings | 69.0 |
| 7 | Claims Administration and Analysis | 17.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 124.0 |
| 15 | Travel | 24.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 256.0 |

**Summary of Services Rendered by Professional**

| Name | February 2012 Hours |
|---|---|
| Matthew Rosenberg, Member | 101.0 |
| Michael Kennedy, Member | 155.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | - |
| **TOTAL** | 256.0 |

**Nortel Networks, Inc**
February 1, 2012 - February 29, 2012 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | February 2012 Hours | Code |
|---|---|---|---|
| 2/1/2012 | Calls and analysis re mediation, case management , allocation, claims & prepare for meeting with creditors | 5.0 | 6 |
| 2/2/2012 | Calls and analysis re mediation, case management , allocation, claims & prepare for meeting with creditors | 8.0 | 6 |
| 2/3/2012 | Calls and analysis re mediation, case management , allocation, claims & prepare for meeting with creditors | 7.0 | 6 |
| 2/6/2012 | Travel to NYC | 4.0 | 15 |
| 2/7/2012 | Calls and analysis re mediation, allocation & prepare for creditor meeetings | 6.0 | 6 |
| 2/8/2012 | Meetings and analysis w/ Debtor, creditors, advisors re case management, allocation, mediation, claims and fianacials | 10.0 | 6 |
| 2/9/2012 | Calls, analysis and meetings re case management, allocation, mediation | 6.0 | 14 |
| 2/9/2012 | Travel to Chicago | 4.0 | 15 |
| 2/10/2012 | Calls and analysis re claims, allocation | 3.0 | 14 |
| 2/13/2012 | Calls and analysis re allocation, claims, mediation and case management | 5.0 | 14 |
| 2/14/2012 | Calls and analysis re mediation and allocaiton | 4.0 | 14 |
| 2/15/2012 | Calls and analysis re mediation and allocaiton | 6.0 | 14 |
| 2/16/2012 | Review materials re financial data, mediation and allocation | 2.0 | 14 |
| 2/21/2012 | Calls and analysis re claims, case management, creditor materials, financial materials, allocation and mediation | 5.0 | 14 |
| 2/22/2012 | Calls and analysis re claims, case management, creditor materials, financial materials, allocation and mediation | 8.0 | 14 |
| 2/23/2012 | Review materials re financial data, creditor materials and allocation | 3.0 | 14 |
| 2/27/2012 | Calls and analysis re claims, mediation, allocation and case management | 5.0 | 14 |
| 2/28/2012 | Calls and analysis re claims, mediation, allocation and case management | 6.0 | 14 |
| 2/29/2012 | Calls and analysis re claims, mediation, allocation and case management | 4.0 | 14 |

**February 2012 Total** **101.0**

**Nortel Networks, Inc**
February 1, 2012 - February 29, 2012 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | February 2012 Hours | Code |
|---|---|---|---|
| 2/1/2012 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 14 |
| 2/1/2012 | Calls w/ Cleary and other advisors re: intercompany claims and UK Pension Parties | 4.0 | 7 |
| 2/1/2012 | Calls w/ debtor and counsel re case management and allocation | 2.0 | 14 |
| 2/2/2012 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 14 |
| 2/2/2012 | Review Mexico and non-filed entity material | 1.0 | 1 |
| 2/2/2012 | Calls w/ Cleary re: ARA issues and Japan motions | 2.0 | 1 |
| 2/3/2012 | Prepare for meeting with consulting expert re: mediation issues | 2.0 | 14 |
| 2/3/2012 | Meeting with consulting expert re: mediation issues | 5.0 | 14 |
| 2/6/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 2/6/2012 | Call with UCC advisors | 1.0 | 6 |
| 2/6/2012 | Communications w/ Nortel management and Cleary re: non-filed entity claims | 2.0 | 7 |
| 2/6/2012 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 14 |
| 2/7/2012 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 14 |
| 2/7/2012 | Communications w/ creditors and UK advisors re: mediation issues | 1.0 | 14 |
| 2/7/2012 | Travel to NYC | 4.0 | 15 |
| 2/8/2012 | Meetings w/ Debtor, counsel and ad hoc advisors re: claims, case management, allocation and general business matters | 4.0 | 6 |
| 2/8/2012 | Meetings w/ debtor and counsel re case management and allocation | 6.0 | 14 |
| 2/9/2012 | Communications w/ Cleary re TRO and other case emanagement issues | 2.0 | 14 |
| 2/9/2012 | Prepare and review analysis re allocation, mediation and financial data | 2.0 | 14 |
| 2/9/2012 | Return travel to Chicago | 4.0 | 15 |
| 2/10/2012 | Review material re: asset sales | 2.0 | 1 |
| 2/10/2012 | Call w/ Cleary re: Mexico and other non-filed entities | 1.0 | 1 |
| 2/12/2012 | Communcations w/ Cleary and other Debtor professionals re: creditor communications | 2.0 | 6 |
| 2/13/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 2/13/2012 | Prepare cash forecast and review T Ross forecast material | 3.0 | 1 |
| 2/13/2012 | Commiunications w/ UCC advisors and ad hoc advisors | 1.0 | 6 |
| 2/14/2012 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 14 |
| 2/14/2012 | Call w/ Cleary re: Japan and other non-filed entities | 3.0 | 1 |
| 2/14/2012 | Call with UCC advisors | 1.0 | 6 |
| 2/15/2012 | Communications and calls with R Boris re: claims | 2.0 | 7 |
| 2/15/2012 | Prepare follow-up material for ad hoc committee member | 3.0 | 6 |
| 2/16/2012 | Call w/ Capstone re: mediations issues | 2.0 | 6 |
| 2/16/2012 | Communications and calls with R Boris re: claims | 2.0 | 7 |
| 2/16/2012 | Prepare and review analysis re allocation, mediation and financial data | 5.0 | 14 |
| 2/17/2012 | Review analysis and call w/ Nortel management re: intercompany claims | 2.0 | 7 |
| 2/17/2012 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 14 |
| 2/17/2012 | Revuiew cash position and budget performance | 1.0 | 1 |
| 2/21/2012 | Call with UCC advisors | 1.0 | 6 |
| 2/21/2012 | Prepare and discuss w/ Cleary and Ray materials for meetings with creditors | 3.0 | 6 |
| 2/21/2012 | Calls w/ debtor and counsel re case management and allocation | 4.0 | 14 |
| 2/22/2012 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 14 |
| 2/22/2012 | Communications and calls w/ Clearyre: mediation analysis and materials | 2.0 | 14 |
| 2/23/2012 | Calls and commuications with Cleary re: escorw changes and questions | 2.0 | 1 |
| 2/23/2012 | Communcations w/ Cleary and other Debtor professionals re: creditor communications | 3.0 | 6 |
| 2/24/2012 | Calls w/ debtor and counsel re case management and allocation | 4.0 | 14 |
| 2/26/2012 | Call w/ debtor re: case management | 2.0 | 6 |
| 2/26/2012 | Travel to NYC | 4.0 | 15 |
| 2/27/2012 | Meeting with Cleary, creditor advisors and committees | 5.0 | 6 |
| 2/27/2012 | Meeting with Cleary and J Ray re: claims | 5.0 | 7 |
| 2/28/2012 | Communications and conference calls w/ management re: forecast and costs | 2.0 | 1 |
| 2/28/2012 | Meeting with creditors advisors re: analysis and issues | 3.0 | 6 |
| 2/28/2012 | Meeting with creditors advisors re: analysis and issues | 4.0 | 15 |
| 2/29/2012 | Meeting with creditors advisors re: analysis and issues | 2.0 | 6 |
| 2/29/2012 | Meeting with creditors advisors re: analysis and issues | 1.0 | 1 |
| | | **155.0** | |