# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2012 through February 29, 2012

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Rolando Capinpin | 1/17/12-1/20/12 | Flight to Raleigh, NC | $ 938.60 |
| Rolando Capinpin | 1/17/12-1/20/12 | Hotel (two nights) | $ 489.86 |
| Rolando Capinpin | 1/17/12-1/20/12 | Ground transportation | $ 158.00 |
| Rolando Capinpin | 1/17/12-1/20/12 | Meals | $ 88.87 |
| Matt Rosenberg | 2/6/12-2/9/12 | Flight to New York, NY (Airpass) | $ 481.17 |
| Matt Rosenberg | 2/6/12-2/9/12 | Hotel (two nights) | $ 1,154.50 |
| Matt Rosenberg | 2/6/12-2/9/12 | Ground transportation | $ 203.33 |
| Matt Rosenberg | 2/6/12-2/9/12 | Meals | $ 200.00 |
| Mike Kennedy | 2/7/12-2/9/12 | Flight to New York, NY | $ 875.60 |
| Mike Kennedy | 2/7/12-2/9/12 | Hotel (two nights) | $ 1,039.76 |
| Mike Kennedy | 2/7/12-2/9/12 | Ground transportation | $ 111.00 |
| Mike Kennedy | 2/7/12-2/9/12 | Meals | $ 397.32 |
| Mike Kennedy | 2/26/12-2/28/12 | Flight to New York, NY | $ 902.60 |
| Mike Kennedy | 2/26/12-2/28/12 | Hotel (two nights) | $ 1,147.50 |
| Mike Kennedy | 2/26/12-2/28/12 | Ground transportation | $ 116.00 |
| Mike Kennedy | 2/26/12-2/28/12 | Meals | $ 156.02 |
| Chilmark | various | Conference calls | $ 49.45 |
| **Total Expenses** | | | **$ 8,509.58** |