<u>**CERTIFICATE OF SERVICE**</u>

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses** was caused to be made on March 23, 2012, in the manner indicated upon the entities identified below.

Date:  March 23, 2012

*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

<u>**VIA HAND DELIVERY**</u>

Thomas Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

<u>**VIA FIRST CLASS MAIL**</u>

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

4549858.5