B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re   Nortel Networks Inc., *et al,*              Case No. 09-10138 (KG)
       Debtors                                      (Jointly Administered)


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


Avenue TC Fund, L.P.                                 Radio Frequency Systems, Inc.
     Name of Transferee                              Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 1109
should be sent:                                      Amount of Claim: $1,393,585.20 (as allowed)
                                                     Date Claim Filed: 5/4/2009
399 Park Avenue, 6th Floor
New York, NY  10022
Attn: David S. Leinwand


Phone: (212) 878-3500
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):




Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: /s/ David S. Leinwand                            Date:   3/22/2012
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.