# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>          Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks, Inc., *et. al.* v. Beeline.com, Inc. | Adv. Pro. No. 10-55165 |
| Nortel Networks, Inc. v. Dell Services Corp. f/k/a Perot Systems Corp. | 10-55934 |
| Nortel Networks, Inc. v. Maritz Canada Inc. | 10-53187 |
| Nortel Networks, Inc. v. Opnext Subsytems, Inc. f/k/a StrataLight Communications, Inc., *et. al.* | 10-53177 |
| Nortel Networks, Inc. v. SBA Network Services, Inc. | 10-55187 |
| Nortel Networks, Inc. v. SCI Brockville Corp. d/b/a BreconRidge Corporation | 11-50195 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE

In accordance with the Court's Chambers' Procedures and the Scheduling Order dated February 9, 2011 entered with respect to the above-captioned adversary proceedings, the Court's request for a status update in Nortel Networks Inc. v. SCI Brockville Corp. d/b/a BreconRidge Corporation dated March 21, 2012, and Court's request for a status update in Nortel Networks Inc. v. Dell Services Corp. f/k/a Perot Systems Corp. dated March 8, 2012,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

plaintiff, Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

Dated: March 26, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Chad A. Fights*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53187 | Maritz Canada Inc. | Plaintiff filed an amended complaint on June 3, 2011. The Pretrial Conference is currently scheduled to take place on May 24, 2012. |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53177 | Opnext Subsytems, Inc. f/k/a StrataLight Communications, *et. al.* | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019 was filed in connection with the proposed settlement on March 1, 2012. An Order Approving the Stipulation of Settlement was entered on March 20, 2012. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55165 | Beeline.com, Inc. | Certain Parties have reached an agreement in principle to settle this matter. Discovery will be proceeding with the other Parties in accordance with the Amended Scheduling Order dated October 21, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55934 | Dell Services Corp. f/k/a Perot Systems Corp. | Court order appointing Ian Connor Bifferato as mediator entered. Mediation date to be confirmed as the parties are currently in settlement negotiations. |
| 10-55187 | SBA Network Services, Inc. | Stipulation Regarding Appointment of Mediator filed on July 5, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on July 6, 2011. Pursuant to the Amended Scheduling Order dated January 20, 2012, mediation to be completed by April 23, 2012. |
| 11-50195 | SCI Brockville Corp. d/b/a BreconRidge Corporation | Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on November 4, 2011. The parties are currently working with the mediator appointed to this adversary proceeding to schedule a date for mediation. |