**CERTIFICATE OF SERVICE**

      I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross, Chief Judge** was caused to be made on March 26, 2012, in the manner indicated upon the entities identified on the attached service list.

| | |
|---|---|
| Date: March 26, 2012<br>Wilmington, Delaware | */s/ Chad A. Fights*<br>Chad A. Fights (No. 5006) |

5827121