# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2012 through February 29, 2012

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 4.4 | $2,931.50 |
| Employee Matters | 0.0 | - |
| Fee and Employment Applications | 17.4 | $8,214.00 |
| Analysis of Canadian Law | 7.2 | $5,722.00 |
| Intercompany Analysis | 44.2 | $39,245.00 |
| Canadian CCAA Proceedings/Matters | 33.4 | $28,307.50 |
| Canadian Sec. 18.6 Proceedings/Matters | 0.0 | - |
| Asset Dispositions | 0.0 | - |
| **TOTAL** | 106.6 | $84,420.00 |

13453932.2

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 14/02/2012 | conference call amongst representatives of the UCC and U.S. debtor, and review of media reports; | 2.5 | 2,437.50 | 11040350 |
| Ralph | Dianne | 13/02/2012 | review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11061797 |
| Ralph | Dianne | 27/02/2012 | review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11061809 |
| Ralph | Dianne | 06/02/2012 | Review of court docket (.1); court calendar due dates and deadlines (.2); | 0.3 | 78.00 | 11068130 |
| Ralph | Dianne | 27/02/2012 | court calendar hearings and deadlines (.2); email to attorneys regarding same (.1) | 0.3 | 78.00 | 11074503 |
| Ralph | Dianne | 23/02/2012 | review of court docket (.3); retrieving pleadings from bankruptcy court docket (.5); email to W. Gray regarding same (.1) | 0.9 | 234.00 | 11080379 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 14/02/2012 | Work on fee application | 0.7 | 612.50 | 11043571 |
| Gray | William | 16/02/2012 | Work on monthly fee application | 0.6 | 525.00 | 11046757 |
| Gray | William | 17/02/2012 | Nortel Fee application | 0.5 | 437.50 | 11046942 |
| Gray | William | 21/02/2012 | Work on Nortel fee application | 1.0 | 875.00 | 11050544 |
| Gray | William | 22/02/2012 | Work on revisions in monthly and quarterly fee applications | 1.2 | 1,050.00 | 11051109 |
| Gray | William | 24/02/2012 | Prepare quarterly fee application | 1.3 | 1,137.50 | 11056943 |
| Gray | William | 28/02/2012 | Work on quarterly fee application | 0.7 | 612.50 | 11063665 |
| Ralph | Dianne | 13/02/2012 | Receipt and review of January time entries | 1.3 | 338.00 | 11043809 |
| Ralph | Dianne | 16/02/2012 | conference with W. Gray regarding January time entries (.2); email to J. Wong regarding January time entry changes (.2); update January fee application (.7) | 1.1 | 286.00 | 11046201 |
| Ralph | Dianne | 22/02/2012 | Revisions to January time entries (1.8); conference with W. Gray regarding same (.2); update and finalize January fee application (.9); email to A. Cordo regarding fee application filing (.1) | 3.0 | 780.00 | 11055705 |
| Ralph | Dianne | 17/02/2012 | conference with W. Gray regarding fee application (.2); revise January time entries (.6); email fee application to local counsel (0.2) | 1.0 | 260.00 | 11055803 |
| Ralph | Dianne | 14/02/2012 | review and revise January time entries (1.5); conference with W. Gray regarding Nortel January time entries (.4) | 1.9 | 494.00 | 11069843 |
| Ralph | Dianne | 15/02/2012 | email and telephone conference with L. Simpson regarding January time entries | 0.3 | 78.00 | 11070959 |
| Ralph | Dianne | 15/02/2012 | Revisions to fee application | 0.9 | 234.00 | 11072873 |
| Ralph | Dianne | 24/02/2012 | prepare fifth quarterly fee application (.8); conference with W. Gray regarding same (.3); email to A. Cordo regarding filing (.2) | 1.3 | 338.00 | 11073170 |
| Ralph | Dianne | 23/02/2012 | draft quarterly fee application | 0.6 | 156.00 | 11080704 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/02/2012 | research regarding Canadian legal issues; | 1.1 | 891.00 | 11023107 |
| Bomhof | Scott A. | 03/02/2012 | reviewing draft mediation brief; | 1.0 | 810.00 | 11025260 |
| Bomhof | Scott A. | 06/02/2012 | research regarding Canadian legal issues; | 2.0 | 1,620.00 | 11026139 |
| Bomhof | Scott A. | 24/02/2012 | telephone call with R. Baik of Cleary and reviewing claim and prepare memo regarding overview of law regarding same in Ontario; | 2.0 | 1,620.00 | 11054773 |
| Gray | Andrew | 01/02/2012 | reviewing memorandum on Canadian legal issues; | 0.7 | 497.00 | 11021190 |
| Gray | Andrew | 06/02/2012 | meeting with Scott Bomhof to discuss CCAA proceedings and related matters; | 0.4 | 284.00 | 11026342 |

ANALYSIS OF CANADIAN LAW

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 06/02/2012 | review and consideration of legal issues and materials relating to prospective mediation; | 2.3 | 2,242.50 | 11026222 |
| DeMarinis | Tony | 08/02/2012 | consideration of Canadian law matters relating to inter-company allocation; | 1.5 | 1,462.50 | 11032300 |
| DeMarinis | Tony | 13/02/2012 | emails regarding pending EMEA claims decision in U.S. proceedings, and consideration of same; | 0.8 | 780.00 | 11038558 |
| DeMarinis | Tony | 23/02/2012 | analysis regarding inter-company entitlement issues; | 1.4 | 1,365.00 | 11052695 |
| DeMarinis | Tony | 28/02/2012 | consideration of timeline issues and alternatives, and review of claims status; | 1.7 | 1,657.50 | 11060188 |
| DeMarinis | Tony | 29/02/2012 | consideration of legal issues under Canadian law relating to Canadian legal issues and other issues; | 2.5 | 2,437.50 | 11062585 |
| Gray | William | 02/02/2012 | Review mediation brief | 2.7 | 2,362.50 | 11026509 |
| Gray | William | 03/02/2012 | Work on mediation brief | 1.7 | 1,487.50 | 11026736 |
| Gray | William | 01/02/2012 | Work on mediation brief | 1.8 | 1,575.00 | 11027248 |
| Gray | William | 06/02/2012 | Work on mediation brief comments | 1.7 | 1,487.50 | 11034951 |
| Gray | William | 08/02/2012 | Further work on mediation brief | 1.7 | 1,487.50 | 11036026 |
| Gray | William | 07/02/2012 | Work on mediation brief | 2.3 | 2,012.50 | 11036133 |
| Gray | William | 10/02/2012 | Work on mediation brief | 1.3 | 1,137.50 | 11039317 |
| Gray | William | 14/02/2012 | Work on legal issues regarding the mediation brief | 1.6 | 1,400.00 | 11043009 |
| Gray | William | 21/02/2012 | Work on Canadian law issues for mediation brief | 3.4 | 2,975.00 | 11051273 |
| Gray | William | 24/02/2012 | Review issues regarding treatment of interest claims (1.2); Review mediation brief (1.7) | 2.9 | 2,537.50 | 11056934 |
| Gray | William | 23/02/2012 | Work on intercompany claim issues | 2.7 | 2,362.50 | 11056960 |
| Gray | William | 27/02/2012 | Work on mediation brief (1.2); Review Canadian legal issues (2.5) | 3.7 | 3,237.50 | 11058945 |
| Gray | William | 28/02/2012 | Work on mediation brief (1.7); Work on Canadian legal issues, comparison of US and Canadian law (1.8) | 3.5 | 3,062.50 | 11063622 |
| Bauer | Alison D. | 06/02/2012 | Review mediation brief | 1.5 | 1,087.50 | 11027173 |
| Bauer | Alison D. | 07/02/2012 | Mediation brief review | 1.5 | 1,087.50 | 11032262 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/02/2012 | follow up on insurance issues and settlement (.5); reviewing court materials from criminal trial (.5); | 1.0 | 810.00 | 11022085 |
| Bomhof | Scott A. | 02/02/2012 | follow up on insurance discovery and hearing scheduling issues; | 0.5 | 405.00 | 11024889 |
| Bomhof | Scott A. | 06/02/2012 | reviewing e-mail from S. Dewart and replying to same regarding insurance issues (.4); attending status call with Cleary and J. Roy (1.0); attending status call with J. Roy, UCC and advisors (.9); telephone call with Frasers regarding mediation issues (.3); telephone call with D. Porter of McCarthys regarding criminal hearing (.3); | 2.9 | 2,349.00 | 11026807 |
| Bomhof | Scott A. | 07/02/2012 | telephone call with A. Merskey and e-mail S. Dewart regarding scheduling for insurance motion and Monitor comments on draft stipulation (.8); follow up on Nortel criminal trial brief issues (.2); | 1.0 | 810.00 | 11029396 |
| Bomhof | Scott A. | 10/02/2012 | Review motion record with respect to sale of IP addresses and discuss same with Cleary (0.6); review motion record with respect to misfiled Cross Border Claims and discuss same with Cleary (0.5); | 1.1 | 891.00 | 11039912 |
| Bomhof | Scott A. | 13/02/2012 | attend weekly status call (1.0); reviewing materials for IP address sale motion and discuss with L. Lipner of Cleary (1.0); | 2.0 | 1,620.00 | 11040551 |
| Bomhof | Scott A. | 14/02/2012 | reviewing motion records for residual IP assets for motions returnable February 17 and discussing same with Cleary (1.5); reviewing motion record for misfiled claims and discussing same with Cleary (.5); | 2.0 | 1,620.00 | 11044659 |
| Bomhof | Scott A. | 17/02/2012 | preparing for and attending motion before Morawetz J. regarding IP address sales and cross-border claims (3.5); meeting with I. Smith of Cleary and discussing cross-border claims reconciliation (.5); reporting to Cleary on EMEA objection to IP address sale motion and discussing same with L. Schwitzer (.5); | 4.5 | 3,645.00 | 11046746 |
| Bomhof | Scott A. | 16/02/2012 | reviewing proposed change to IP address vesting order and discussing same with Cleary (.6); prepare for February 17 motions regarding IP addresses and cross-border claims reconciliation (1.0); discussing insurance motion with Norton Rose and Cleary and reviewing Monitor's comments on stipulation (1.1); | 2.7 | 2,187.00 | 11046785 |
| Bomhof | Scott A. | 15/02/2012 | prepare for February 17 motions and discussing motions with Cleary; | 1.5 | 1,215.00 | 11046843 |
| Bomhof | Scott A. | 23/02/2012 | reviewing side letter regarding insurance policy; | 0.2 | 162.00 | 11052242 |
| Bomhof | Scott A. | 24/02/2012 | reviewing draft stipulation regarding insurance policy and contact insurance counsel and Monitor's counsel to discuss scheduling of May 30 hearing; | 1.0 | 810.00 | 11054689 |

CANADIAN CCAA PROCEEDINGS/MATTERS

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 27/02/2012 | attend weekly status call with J. Roy, Cleary and UCC advisors; | 1.4 | 1,134.00 | 11056651 |
| Bomhof | Scott A. | 28/02/2012 | reviewing A. Merskey comments on insurance issues and e-mail to Cleary regarding same (.4); reviewing materials for March 2 motion (.8); | 1.2 | 972.00 | 11061110 |
| Bomhof | Scott A. | 29/02/2012 | revising insurance motion and discussing with Cleary (.5); telephone call with FMC and Goodmans regarding March 2 motion (1.5); | 2.0 | 1,620.00 | 11061145 |
| Gray | Andrew | 10/02/2012 | reviewing Canadian court materials; | 0.5 | 355.00 | 11035468 |
| DeMarinis | Tony | 11/02/2012 | review motion record for February 17 misfiled claims hearing, and accompanying monitor's report (0.4); review related claims orders and materials (0.8); review CSC Holdings motion record and materials (0.5); | 1.7 | 1,657.50 | 11039509 |
| DeMarinis | Tony | 13/02/2012 | correspondence amongst U.S. debtor representatives on Cablevision motion; | 0.3 | 292.50 | 11039560 |
| DeMarinis | Tony | 14/02/2012 | review motion record in re Salesforce and Monitor's 81st report; | 0.4 | 390.00 | 11040519 |
| DeMarinis | Tony | 17/02/2012 | review today's issued and circulated orders; | 0.3 | 292.50 | 11047591 |
| DeMarinis | Tony | 24/02/2012 | review served motion record regarding proposed interim distribution, and background materials; | 0.8 | 780.00 | 11056452 |
| DeMarinis | Tony | 27/02/2012 | update and review of cumulative orders and materials in cross-border proceedings (2.0); file administration (1.0); | 3.0 | 2,925.00 | 11056979 |
| DeMarinis | Tony | 28/02/2012 | review information and materials relating to Canadian claims process; | 1.4 | 1,365.00 | 11060369 |