# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2012 through February 29, 2012

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|:---:|---:|
| Computer Research | Quicklaw / Westlaw | - |
| Duplicating/Printing | 903 pgs @ .10 per pg | $90.30 |
| Miscellaneous | | - |
| Courier | | - |
| Taxi & Travel | | - |
| Meals | | $43.78 |
| Library Costs | | - |
| Court Searches | PACER Service Fees | $90.30 |
| Word Processing | | - |
| Telephone | Long Distance | - |
| **Grand Total Expenses** | | **$193.76** |

13453932.2

**Date**

| | | | |
|---|---|---|---|
| 16/02/2012 | $ | 43.78 | Meals- Lunch (2) Jan 12, S. Bomhof (M. Baguette) |

| Date | Amount | Description |
|---|---|---|
| 06/02/2012 | 7.10 | Laser Printing |
| 07/02/2012 | 0.20 | Laser Printing |
| 09/02/2012 | 0.10 | Laser Printing |
| 10/02/2012 | 1.90 | Laser Printing |
| 13/02/2012 | 13.40 | Laser Printing |
| 14/02/2012 | 1.10 | Laser Printing |
| 15/02/2012 | 8.60 | Laser Printing |
| 17/02/2012 | 4.90 | Laser Printing |
| 22/02/2012 | 2.60 | Laser Printing |
| 23/02/2012 | 10.40 | Laser Printing |
| 24/02/2012 | 2.50 | Laser Printing |
| 27/02/2012 | 7.20 | Laser Printing |
| 29/02/2012 | 7.90 | Laser Printing |
| 03/02/2012 | 3.90 | Laser Printing |
| 13/02/2012 | 0.80 | Laser Printing |
| 13/02/2012 | 0.20 | Laser Printing |
| 16/02/2012 | 0.80 | Laser Printing |
| 17/02/2012 | 0.10 | Laser Printing |
| 17/02/2012 | 0.10 | Laser Printing |
| 17/02/2012 | 0.20 | Laser Printing |
| 17/02/2012 | 0.30 | Laser Printing |
| 17/02/2012 | 0.90 | Laser Printing |
| 17/02/2012 | 0.10 | Laser Printing |
| 17/02/2012 | 0.10 | Laser Printing |
| 17/02/2012 | 0.10 | Laser Printing |
| 17/02/2012 | 1.40 | Laser Printing |
| 17/02/2012 | 0.20 | Laser Printing |
| 17/02/2012 | 0.30 | Laser Printing |
| 17/02/2012 | 1.40 | Laser Printing |
| 22/02/2012 | 1.10 | Laser Printing |
| 22/02/2012 | 1.20 | Laser Printing |
| 22/02/2012 | 1.00 | Laser Printing |
| 22/02/2012 | 0.30 | Laser Printing |
| 22/02/2012 | 1.40 | Laser Printing |
| 23/02/2012 | 0.40 | Laser Printing |
| 23/02/2012 | 0.20 | Laser Printing |
| 23/02/2012 | 0.20 | Laser Printing |
| 23/02/2012 | 0.20 | Laser Printing |
| 23/02/2012 | 0.90 | Laser Printing |
| 24/02/2012 | 0.80 | Laser Printing |
| 24/02/2012 | 0.30 | Laser Printing |
| 24/02/2012 | 0.30 | Laser Printing |
| 24/02/2012 | 0.30 | Laser Printing |
| 24/02/2012 | 0.80 | Laser Printing |
| 24/02/2012 | 0.80 | Laser Printing |
| 24/02/2012 | 0.90 | Laser Printing |
| 24/02/2012 | 0.20 | Laser Printing |
| 24/02/2012 | 0.10 | Laser Printing |
| 24/02/2012 | 0.10 | Laser Printing |
| | **$ 90.30** | |

| | | | |
|---|---|---|---|
| 29/02/2012 | $ | 59.68 | Computerized Court Searches - - VENDOR: PACER SERVICE CENTER |

**TOTAL $ 193.76**