## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 2/1/2012 through 2/29/2012

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $795 | 19.80 | $15,741.00 |
| J. Borow | Executive Director | $795 | 47.80 | $38,001.00 |
| J. Hyland | Executive Director | $610 | 191.00 | $116,510.00 |
| T. Morilla | Director | $360 | 155.60 | $56,016.00 |
| M. Haverkamp | Paraprofessional | $120 | 7.50 | $900.00 |
| **For the Period 2/1/2012 through 2/29/2012** | | | **421.70** | **$227,168.00** |

Capstone Advisory Group, LLC
Invoice for the 2/1/2012-2/29/2012 Fee Statement