# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 2/1/2012 through 2/29/2012**

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 63.10 | $35,360.00 |
| 05. Professional Retention/Fee Application Preparation | 18.50 | $5,635.00 |
| 07. Interaction/Mtgs w Debtors/Counsel | 5.40 | $4,108.00 |
| 08. Interaction/Mtgs w Creditors | 45.70 | $33,686.00 |
| 09. Employee Issues/KEIP | 45.30 | $25,627.00 |
| 10. Recovery/SubCon/Lien Analysis | 99.00 | $49,396.00 |
| 11. Claim Analysis/Accounting | 47.00 | $24,466.00 |
| 13. Intercompany Transactions/Balances | 0.90 | $324.00 |
| 18. Operating and Other Reports | 37.70 | $17,100.50 |
| 19. Cash Flow/Cash Management Liquidity | 35.40 | $17,059.50 |
| 22. Pref/Avoidance Actions | 6.40 | $3,779.00 |
| 33. Intellectual Property | 17.30 | $10,627.00 |
| **For the Period 2/1/2012 through 2/29/2012** | **421.70** | **$227,168.00** |

Capstone Advisory Group, LLC
Invoice for the 2/1/2012-2/29/2012 Fee Statement