# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 2/1/2012 through 2/29/2012**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 2/1/2012 | J. Hyland | 1.40 | Reviewed mediation statement assumptions. |
| 2/1/2012 | T. Morilla | 1.90 | Continued to work on the proposal comparison document. |
| 2/1/2012 | J. Hyland | 2.80 | Reviewed proceeds allocation. |
| 2/3/2012 | J. Hyland | 1.90 | Analyzed proceeds allocation assumptions. |
| 2/3/2012 | J. Hyland | 2.70 | Continued reviewing 4th Estate agreement and supporting calculations. |
| 2/3/2012 | J. Hyland | 2.80 | Reviewed 4th Estate agreement and supporting calculations. |
| 2/6/2012 | J. Hyland | 1.30 | Analyzed asset and liability listings. |
| 2/8/2012 | T. Morilla | 2.70 | Prepared U.S. estate-owned assets reconciliation. |
| 2/8/2012 | J. Hyland | 2.90 | Analyzed proceeds allocation scenario. |
| 2/9/2012 | J. Hyland | 2.40 | Reviewed April 2011 mediation proposals. |
| 2/9/2012 | T. Morilla | 2.60 | Reviewed and analyzed estate's previous proposals. |
| 2/9/2012 | J. Hyland | 2.70 | Continued preparing proceeds allocation scenario analysis. |
| 2/9/2012 | J. Hyland | 2.90 | Prepared allocation scenario analysis. |
| 2/10/2012 | C. Kearns | 0.30 | Reviewed status of scenario analysis. |
| 2/10/2012 | T. Morilla | 1.20 | Reviewed and analyzed additional allocation scenarios. |
| 2/10/2012 | J. Hyland | 2.70 | Prepared allocation scenario calculations. |
| 2/13/2012 | J. Hyland | 0.40 | Conducted call with M. Sandberg re: proceeds allocation assets and claims. |
| 2/14/2012 | C. Kearns | 0.50 | Reviewed latest allocation scenarios. |
| 2/14/2012 | J. Hyland | 2.00 | Continued analyzing proceeds allocation scenario calculations. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/14/2012 | J. Hyland | 2.90 | Analyzed proceeds allocation scenario calculations. |
| 2/15/2012 | T. Morilla | 1.30 | Reviewed and analyzed the US Debtors' estate-owned assets. |
| 2/20/2012 | C. Kearns | 0.50 | Reviewed revised analysis requested by counsel re: allocation. |
| 2/21/2012 | J. Hyland | 0.30 | Conducted call with M. Kennedy re: proceeds allocation. |
| 2/21/2012 | C. Kearns | 0.50 | Continued review of scenario models re: allocation. |
| 2/21/2012 | J. Hyland | 1.30 | Analyzed information for proceeds allocation. |
| 2/21/2012 | J. Hyland | 2.80 | Reviewed prior mediation statements. |
| 2/21/2012 | J. Hyland | 2.90 | Reviewed proceeds allocation models. |
| 2/22/2012 | J. Hyland | 1.00 | Conducted call with A. Qureshi re: proceeds allocations. |
| 2/22/2012 | J. Hyland | 2.90 | Reviewed scenarios for proceeds allocations. |
| 2/23/2012 | J. Hyland | 0.50 | Reviewed documents for the sale of a Nortel asset and summarized. |
| 2/23/2012 | J. Hyland | 2.00 | Prepared summary of an asset and related analysis for UCC. |
| 2/27/2012 | C. Kearns | 0.30 | Outlined additional allocation scenarios for review/analysis by ad hocs. |
| 2/27/2012 | T. Morilla | 1.30 | Reviewed and analyzed the U.S. estate-owned assets. |
| 2/28/2012 | C. Kearns | 0.30 | Reviewed latest allocation scenarios. |
| 2/28/2012 | J. Hyland | 0.90 | Participated in portion of call with M. Kennedy and M. Sandberg re: proceed allocation calculations. |
| 2/28/2012 | T. Morilla | 1.40 | Reviewed and analyzed the estate-owned assets. |
| 2/29/2012 | T. Morilla | 1.90 | Reviewed the estate-owned assets. |
| Subtotal | | 63.10 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/2/2012 | M. Haverkamp | 1.20 | Prepared December 2011 fee application. |
| 2/2/2012 | T. Morilla | 2.60 | Continued aggregating and preparing professional fee report. |
| 2/3/2012 | M. Haverkamp | 1.60 | Prepared December 2011 fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/6/2012 | J. Hyland | 0.60 | Reviewed fee application. |
| 2/8/2012 | T. Morilla | 1.30 | Continued updating the professional fees report. |
| 2/23/2012 | T. Morilla | 1.50 | Continued preparing the January fee application. |
| 2/23/2012 | M. Haverkamp | 2.10 | Prepared January 2012 fee application. |
| 2/23/2012 | T. Morilla | 2.50 | Prepared the January fee application. |
| 2/24/2012 | M. Haverkamp | 0.90 | Prepared twelfth interim fee application. |
| 2/24/2012 | J. Hyland | 1.60 | Reviewed fee application. |
| 2/24/2012 | M. Haverkamp | 1.70 | Prepared January 2012 fee application. |
| 2/27/2012 | J. Hyland | 0.90 | Reviewed interim fee application. |
| Subtotal | | 18.50 | |

**07. Interaction/Mtgs w Debtors/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/14/2012 | C. Kearns | 1.00 | Participated in status call with counsel, Cleary and Ray and related follow up. |
| 2/14/2012 | J. Borow | 1.20 | Participated in discussion with U.S. Debtors' professionals re: status of matter and related mediation issues. |
| 2/27/2012 | C. Kearns | 0.90 | Participated in status call with counsel, Ray and CGSH and related follow up with counsel. |
| 2/27/2012 | J. Hyland | 1.00 | Prepared for (0.1) and participated in (0.9) call with U.S. Debtors, Cleary, Fraser, and counsel re: case matters. |
| 2/27/2012 | J. Borow | 1.20 | Prepared for (0.3) and participated in (0.9) meeting with U.S. Debtors' advisors. |
| 2/28/2012 | C. Kearns | 0.10 | Emailed with CGSH and counsel re: mediation planning next steps. |
| Subtotal | | 5.40 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/1/2012 | J. Hyland | 1.10 | Participated in weekly status call with UCC professionals. |
| 2/1/2012 | C. Kearns | 1.10 | Participated in weekly status call with UCC professionals. |
| 2/1/2012 | J. Borow | 1.90 | Participated in discussions with various creditors and other parties in interest re: status of matter. |

Capstone Advisory Group, LLC
Invoice for the 2/1/2012-2/29/2012 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/2/2012 | C. Kearns | 0.40 | Participated in status discussion with counsel. |
| 2/2/2012 | C. Kearns | 0.90 | Participated in weekly UCC call. |
| 2/2/2012 | J. Hyland | 0.90 | Participated in UCC call with UCC professionals. |
| 2/2/2012 | J. Borow | 1.70 | Prepared for (0.8) and participated (0.9) in meeting of UCC and advisors. |
| 2/2/2012 | J. Hyland | 1.80 | Prepared for UCC call. |
| 2/6/2012 | J. Hyland | 1.00 | Conducted call with M. Sandberg re: case matters. |
| 2/7/2012 | C. Kearns | 3.00 | Prepared for and met with counsel, Milbank, FTI and restricted ad hoc member. |
| 2/8/2012 | J. Borow | 1.60 | Participated in discussion with creditor re: status of matter. |
| 2/9/2012 | C. Kearns | 0.20 | Emailed with counsel re: NNSA proposal. |
| 2/9/2012 | J. Borow | 0.70 | Met with advisors to UCC to plan for meeting. |
| 2/9/2012 | J. Hyland | 1.00 | Participated in weekly status call with UCC professionals. |
| 2/10/2012 | J. Hyland | 0.70 | Participated in weekly UCC call with UCC professionals. |
| 2/10/2012 | J. Borow | 1.30 | Prepared for (0.6) and participated in (0.7) meeting with UCC and advisors to UCC. |
| 2/10/2012 | J. Borow | 1.90 | Participated in discussion with creditors re: status of matter. |
| 2/13/2012 | J. Hyland | 1.00 | Conducted call with M. Sandberg re: AIP, proceeds allocation, and intercompany claims. |
| 2/15/2012 | J. Hyland | 0.40 | Participated in weekly status call with UCC professionals. |
| 2/15/2012 | C. Kearns | 1.30 | Participated in status call with UCC professionals (0.4) and related follow-up (0.9). |
| 2/15/2012 | J. Borow | 1.80 | Participated in discussion with various creditors re: status of matter. |
| 2/16/2012 | J. Hyland | 0.40 | Participated in UCC call with UCC professionals. |
| 2/16/2012 | C. Kearns | 1.00 | Prepared for (0.6) and participated in (0.4) weekly UCC call and related follow up. |
| 2/16/2012 | J. Hyland | 1.90 | Prepared for UCC call. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/16/2012 | J. Borow | 2.10 | Prepared for (1.7) and participated in (0.4) meeting with UCC and professionals to UCC. |
| 2/17/2012 | J. Borow | 0.90 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 2/17/2012 | J. Borow | 2.10 | Participated in discussion with various creditors re: status of matter. |
| 2/20/2012 | J. Hyland | 0.70 | Conducted call with M. Sandberg re: AIP and case matters. |
| 2/23/2012 | C. Kearns | 0.60 | Participated in weekly status call with UCC professionals. |
| 2/23/2012 | J. Borow | 1.40 | Prepared for (0.8) and participated in (0.6) meeting with UCC advisors. |
| 2/24/2012 | J. Hyland | 0.10 | Participated in call with counsel re: UCC follow-up. |
| 2/24/2012 | J. Hyland | 0.50 | Participated in UCC call with UCC professionals. |
| 2/24/2012 | J. Hyland | 0.80 | Prepared for UCC call. |
| 2/24/2012 | J. Borow | 1.60 | Prepared for (1.1) and participated in (0.5) meeting with UCC and advisors to UCC. |
| 2/27/2012 | J. Hyland | 0.90 | Participated in call with counsel re: proceeds allocation and case matters. |
| 2/27/2012 | C. Kearns | 1.00 | Prepared for (0.1) and discussed (0.9) mediation status/strategy with counsel. |
| 2/29/2012 | J. Borow | 0.70 | Participated in a portion of the discussion with professionals to UCC re: UCC meeting agenda and related issues. |
| 2/29/2012 | C. Kearns | 1.10 | Participated in weekly status call with UCC professionals. |
| 2/29/2012 | J. Hyland | 1.10 | Participated in weekly status call with UCC advisors. |
| 2/29/2012 | J. Borow | 1.10 | Participated in discussion with various creditors and parties in interest re: status of matter. |
| Subtotal | | 45.70 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/9/2012 | T. Morilla | 2.40 | Reviewed and analyzed the AIP results. |
| 2/10/2012 | T. Morilla | 0.90 | Reviewed and analyzed the workforce plan results. |
| 2/13/2012 | J. Hyland | 1.40 | Analyzed headcount trends and compared to budgets. |
| 2/13/2012 | J. Hyland | 1.50 | Reviewed NNL and Asia AIP. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/13/2012 | J. Hyland | 1.50 | Prepared headcount trend report for UCC. |
| 2/14/2012 | J. Hyland | 1.50 | Analyzed headcount plan. |
| 2/14/2012 | J. Hyland | 2.00 | Prepared headcount report. |
| 2/15/2012 | J. Hyland | 1.00 | Updated headcount report and redistributed. |
| 2/15/2012 | T. Morilla | 1.10 | Continued to edit the headcount report. |
| 2/15/2012 | T. Morilla | 1.20 | Reviewed and edited the Corporate Group 2H AIP results report. |
| 2/15/2012 | J. Hyland | 1.40 | Reviewed NNL AIP metrics. |
| 2/15/2012 | J. Hyland | 1.80 | Reviewed 2H AIP results for NNL. |
| 2/15/2012 | J. Hyland | 2.00 | Prepared UCC report on NNL AIP. |
| 2/15/2012 | J. Hyland | 2.90 | Prepared NNL and Asia AIP report for UCC. |
| 2/21/2012 | T. Morilla | 1.90 | Reviewed and analyzed issues regarding LTD and retirees. |
| 2/21/2012 | J. Hyland | 2.00 | Reviewed LTD and retiree information. |
| 2/24/2012 | T. Morilla | 1.80 | Reviewed and analyzed the retiree and LTD obligations documents. |
| 2/24/2012 | T. Morilla | 2.00 | Continued reviewing issues regarding retiree and LTD issues. |
| 2/27/2012 | C. Kearns | 0.70 | Reviewed 1114 Committee's analysis and settlement proposal. |
| 2/27/2012 | T. Morilla | 2.20 | Participated in retiree and LTD settlement discussions. |
| 2/27/2012 | J. Hyland | 2.50 | Prepared for (0.3) and participated in (2.2) call with U.S. Debtors, Cleary, and other professionals re: retirees and LTD. |
| 2/27/2012 | J. Hyland | 2.90 | Reviewed information re: retirees and LTD. |
| 2/27/2012 | J. Borow | 4.10 | Prepared for (1.9) and participated in (2.2) meeting with retirees and disabled employees. |
| 2/28/2012 | C. Kearns | 0.20 | Debriefed in regard to status of negotiations with 1114 committee. |
| 2/28/2012 | J. Borow | 2.40 | Reviewed issues pertaining to retirees and long term disabled employees. |
| Subtotal | | 45.30 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/1/2012 | J. Borow | 0.40 | Reviewed recovery issues and presentations in mediation. |
| 2/1/2012 | J. Hyland | 2.70 | Analyzed recovery scenarios. |
| 2/2/2012 | J. Borow | 1.70 | Reviewed recovery issues and presentations in mediation. |
| 2/7/2012 | J. Borow | 2.40 | Reviewed issues relating to various scenarios for mediation presentations. |
| 2/7/2012 | T. Morilla | 2.70 | Continued preparing the additional recovery scenarios. |
| 2/7/2012 | T. Morilla | 2.90 | Began preparing additional recovery scenarios. |
| 2/8/2012 | C. Kearns | 0.40 | Reviewed recovery scenarios requested by counsel. |
| 2/8/2012 | T. Morilla | 1.20 | Continued preparing recovery scenarios based on revisions. |
| 2/8/2012 | J. Hyland | 2.00 | Calculated recoveries from allocation scenarios. |
| 2/8/2012 | T. Morilla | 2.80 | Continued preparing additional recovery scenarios. |
| 2/9/2012 | T. Morilla | 2.70 | Continued to prepare additional recovery scenarios. |
| 2/9/2012 | J. Borow | 2.80 | Reviewed issues relating to recovery analyses and presentations in mediation. |
| 2/10/2012 | J. Hyland | 2.00 | Analyzed recoveries based upon various scenarios. |
| 2/13/2012 | C. Kearns | 0.80 | Continued review of recovery scenarios in anticipation of mediation. |
| 2/13/2012 | T. Morilla | 1.00 | Reviewed requested recovery scenarios. |
| 2/13/2012 | J. Borow | 2.10 | Reviewed recovery scenarios and presentation to mediator and UCC. |
| 2/13/2012 | J. Hyland | 2.60 | Reviewed creditor recoveries. |
| 2/14/2012 | T. Morilla | 1.10 | Continued to review and analyze recovery scenarios. |
| 2/14/2012 | J. Borow | 2.50 | Reviewed recovery scenarios and presentation to mediator and UCC. |
| 2/14/2012 | T. Morilla | 2.80 | Reviewed and analyzed additional recovery scenarios. |
| 2/15/2012 | T. Morilla | 1.50 | Reviewed and analyzed additional recovery scenarios. |
| 2/15/2012 | T. Morilla | 2.30 | Prepared recovery scenarios based on certain estate's proposals. |
| 2/16/2012 | J. Hyland | 1.40 | Continued analyzing proceeds allocation recoveries and reviewing UCC report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/16/2012 | T. Morilla | 1.70 | Reviewed and analyzed additional recovery scenarios. |
| 2/16/2012 | T. Morilla | 2.70 | Continued preparing additional recovery scenarios. |
| 2/16/2012 | J. Hyland | 2.90 | Reviewed proceeds allocation scenarios recoveries. |
| 2/16/2012 | J. Hyland | 2.90 | Analyzed proceeds allocation recoveries and reviewed UCC report. |
| 2/17/2012 | T. Morilla | 2.40 | Continued to prepare additional recovery scenarios based on comments. |
| 2/17/2012 | J. Hyland | 2.70 | Reviewed recovery summary report. |
| 2/17/2012 | J. Hyland | 2.80 | Revised recovery report for UCC. |
| 2/20/2012 | T. Morilla | 1.60 | Revised the recovery summary comparing certain allocations. |
| 2/20/2012 | T. Morilla | 2.40 | Revised the recovery presentation based on comments. |
| 2/20/2012 | J. Hyland | 2.40 | Reviewed recovery analysis. |
| 2/20/2012 | T. Morilla | 2.70 | Continued to revise the recovery presentation based on comments. |
| 2/21/2012 | T. Morilla | 2.70 | Continued to revise the recovery analyses based on comments. |
| 2/22/2012 | C. Kearns | 0.50 | Updated recovery scenarios and emails on same with counsel. |
| 2/22/2012 | T. Morilla | 2.80 | Continued to revise the preliminary recovery analyses based on comments. |
| 2/24/2012 | T. Morilla | 1.40 | Reviewed and analyzed recovery issues. |
| 2/27/2012 | J. Borow | 1.20 | Reviewed various issues pertaining to recovery scenarios. |
| 2/27/2012 | J. Borow | 1.20 | Reviewed issues relating to recovery scenarios to ad hoc representatives. |
| 2/27/2012 | T. Morilla | 1.70 | Continued to review and analyze the recovery model in preparation for meeting with U.S. Debtors and bondholders. |
| 2/27/2012 | T. Morilla | 1.80 | Reviewed and analyzed the preliminary recovery issues. |
| 2/27/2012 | T. Morilla | 1.80 | Continued to review and analyze the recovery analyses. |
| 2/28/2012 | J. Borow | 1.60 | Reviewed issues pertaining to recovery analyses and potential mediation presentations. |
| 2/28/2012 | T. Morilla | 2.00 | Attended and participated in recovery model discussions with the U.S. Debtors and bondholder advisors. |

Capstone Advisory Group, LLC
Invoice for the 2/1/2012-2/29/2012 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/28/2012 | T. Morilla | 2.90 | Reviewed and analyzed the recovery model in preparation for the meeting with the U.S. Debtors and bondholders. |
| 2/29/2012 | T. Morilla | 2.50 | Continued to review and edit the recovery model for additional scenarios. |
| 2/29/2012 | T. Morilla | 2.90 | Reviewed and analyzed the recovery model. |
| Subtotal | | 99.00 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/1/2012 | T. Morilla | 2.10 | Reviewed and analyzed the cross-border claims. |
| 2/1/2012 | T. Morilla | 2.40 | Continued to review the cross-border claims. |
| 2/1/2012 | T. Morilla | 2.80 | Prepared EMEA entity claims reconciliation. |
| 2/2/2012 | C. Kearns | 0.30 | Reviewed updated NNSA "needs" analysis. |
| 2/2/2012 | T. Morilla | 2.10 | Continued preparing the EMEA entity claims reconciliation. |
| 2/2/2012 | J. Hyland | 2.40 | Continued reviewing cross-border and single-estate claims. |
| 2/2/2012 | J. Hyland | 2.90 | Reviewed cross-border and single-estate claims. |
| 2/3/2012 | J. Borow | 1.10 | Reviewed claims in foreign jurisdictions. |
| 2/6/2012 | T. Morilla | 2.30 | Continued to review the cross-border claims. |
| 2/6/2012 | J. Hyland | 2.80 | Reviewed claims analysis. |
| 2/6/2012 | J. Hyland | 2.90 | Analyzed cross-border claims. |
| 2/7/2012 | J. Hyland | 0.10 | Conducted call with M. Wunder re: cross-border claims. |
| 2/7/2012 | J. Hyland | 0.20 | Conducted call with B. Kahn re: Omnibus claims objections. |
| 2/7/2012 | J. Hyland | 0.40 | Conducted call with R. Boris re: Omnibus Objections 21 and 22. |
| 2/7/2012 | J. Hyland | 2.00 | Reviewed exhibits in Omnibus claims objections. |
| 2/7/2012 | J. Hyland | 2.00 | Analyzed cross-border claims for five claims. |
| 2/7/2012 | J. Hyland | 2.80 | Continued reviewing Omnibus claims. |
| 2/7/2012 | J. Hyland | 2.90 | Reviewed claims Omnibus objections. |

| Date | Professional | Hours | Detailed Time Description |
|------|------|------|------|
| 2/8/2012 | J. Hyland | 0.40 | Conducted call with B. Kahn re: Omnibus objections. |
| 2/16/2012 | T. Morilla | 1.30 | Reviewed and analyzed certain entity's claims. |
| 2/20/2012 | T. Morilla | 1.50 | Reviewed and analyzed certain cross-border claims. |
| 2/22/2012 | J. Hyland | 2.70 | Analyzed claims recoveries. |
| 2/27/2012 | C. Kearns | 0.20 | Emailed with Counsel re: resolution of various claims. |
| 2/28/2012 | T. Morilla | 1.40 | Reviewed and analyzed the estate claims. |
| 2/28/2012 | J. Hyland | 2.90 | Reviewed claim recovery calculations. |
| 2/29/2012 | T. Morilla | 2.10 | Reviewed and analyzed the estate claims. |
| Subtotal | | 47.00 | |

**13. Intercompany Transactions/Balances**

| Date | Professional | Hours | Detailed Time Description |
|------|------|------|------|
| 2/13/2012 | T. Morilla | 0.90 | Reviewed cash distribution from APAC entity. |
| Subtotal | | 0.90 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|------|------|------|
| 2/1/2012 | T. Morilla | 0.40 | Reviewed bond pricing report. |
| 2/2/2012 | T. Morilla | 1.40 | Reviewed and analyzed a previous professional fee report. |
| 2/2/2012 | J. Hyland | 1.60 | Reviewed reporting for UCC. |
| 2/2/2012 | T. Morilla | 2.80 | Began aggregating and preparing a professional fee report. |
| 2/3/2012 | J. Hyland | 1.00 | Reviewed professional fee summary analysis. |
| 2/6/2012 | T. Morilla | 2.20 | Continued to review each estate's professional fees. |
| 2/7/2012 | T. Morilla | 1.20 | Continued preparing the professional fee report. |
| 2/7/2012 | T. Morilla | 2.50 | Continued aggregating and preparing the professional fees report. |
| 2/8/2012 | T. Morilla | 1.00 | Reviewed and analyzed certain estate's professional fees. |
| 2/8/2012 | J. Hyland | 2.80 | Reviewed professional fee schedule. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/10/2012 | C. Kearns | 0.20 | Debriefed from UCC call. |
| 2/10/2012 | T. Morilla | 1.60 | Reviewed and analyzed the agenda discussion items for the UCC call. |
| 2/13/2012 | J. Hyland | 0.30 | Prepared Japan talking points. |
| 2/14/2012 | T. Morilla | 0.40 | Reviewed WSJ article and related follow-up regarding potential security breach. |
| 2/14/2012 | T. Morilla | 1.30 | Reviewed and edited the headcount reprt. |
| 2/14/2012 | T. Morilla | 2.40 | Continued to update the professional fees report. |
| 2/15/2012 | T. Morilla | 1.70 | Reviewed and analyzed the preliminary issues list. |
| 2/16/2012 | J. Hyland | 0.90 | Reviewed articles on Nortel information systems. |
| 2/17/2012 | C. Kearns | 0.40 | Read latest monitor's report. |
| 2/17/2012 | J. Hyland | 0.40 | Conducted call with B. Kahn re: UCC reports. |
| 2/22/2012 | T. Morilla | 1.30 | Continued reviewing the EMEA Administrators' Progress reports. |
| 2/22/2012 | T. Morilla | 1.90 | Reviewed and analyzed the EMEA Administrators' Progress reports. |
| 2/24/2012 | T. Morilla | 1.90 | Reviewed and analyzed the UCC reports. |
| 2/24/2012 | J. Hyland | 2.30 | Continued reviewing Administrator's and Monitor's reports. |
| 2/24/2012 | J. Hyland | 2.90 | Reviewed Administrator's and Monitor's reports. |
| 2/29/2012 | T. Morilla | 0.40 | Reviewed and analyzed the bond pricing report. |
| 2/29/2012 | C. Kearns | 0.50 | Reviewed deck for upcoming discussion with ad hocs and Ray. |
| Subtotal | | 37.70 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/1/2012 | T. Morilla | 0.30 | Reviewed the January 27th cash flash. |
| 2/6/2012 | T. Morilla | 1.50 | Reviewed and analyzed the US cash balances. |
| 2/9/2012 | T. Morilla | 0.70 | Reviewed and analyzed the Business Unit escrow accounts. |
| 2/10/2012 | T. Morilla | 0.50 | Reviewed and analyzed the U.S. cash balances. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/10/2012 | J. Hyland | 2.30 | Analyzed cash balances. |
| 2/13/2012 | J. Borow | 1.10 | Reviewed cash and related asset positions. |
| 2/14/2012 | T. Morilla | 0.30 | Reviewed and analyzed the February 10th cash flash. |
| 2/17/2012 | T. Morilla | 1.00 | Reviewed and analyzed the U.S. Debtors' cash balances. |
| 2/17/2012 | J. Hyland | 1.40 | Reviewed cash reporting. |
| 2/17/2012 | T. Morilla | 1.80 | Continued to review the U.S. cash YTD results. |
| 2/17/2012 | T. Morilla | 2.20 | Reviewed the U.S. Debtors' YTD cash results. |
| 2/17/2012 | T. Morilla | 2.30 | Reviewed the global cash forecast. |
| 2/21/2012 | T. Morilla | 1.00 | Continued preparing the cash report. |
| 2/21/2012 | T. Morilla | 2.90 | Prepared the cash report. |
| 2/22/2012 | T. Morilla | 2.20 | Continued preparing the cash report. |
| 2/22/2012 | J. Hyland | 2.30 | Reviewed cash reporting from Corporate Group and NNI. |
| 2/23/2012 | C. Kearns | 0.20 | Reviewed draft cash report for UCC. |
| 2/23/2012 | J. Hyland | 1.30 | Prepared cash summary for UCC. |
| 2/23/2012 | J. Hyland | 2.00 | Finalized cash UCC report. |
| 2/23/2012 | T. Morilla | 2.10 | Continued preparing the cash report. |
| 2/23/2012 | J. Hyland | 2.10 | Analyzed cash positions with Canadian Debtors, EMEA, and APAC. |
| 2/23/2012 | J. Hyland | 2.40 | Reviewed and analyzed cash UCC report. |
| 2/28/2012 | T. Morilla | 0.30 | Reviewed and analyzed the February 24th cash flash. |
| 2/29/2012 | J. Hyland | 1.20 | Reviewed transaction escrow balances. |
| Subtotal | | 35.40 | |

**22. Pref/Avoidance Actions**

| | | | |
|------|--------------|-------|---------------------------|
| 2/13/2012 | J. Hyland | 0.20 | Conducted call with B. Kahn re: preference analysis. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/29/2012 | T. Morilla | 0.50 | Reviewed preference summary document. |
| 2/29/2012 | J. Hyland | 2.80 | Reviewed preference analysis from Huron. |
| 2/29/2012 | J. Hyland | 2.90 | Prepared preference report for UCC. |
| Subtotal | | 6.40 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/8/2012 | J. Hyland | 0.10 | Conducted call with A. Rohan re: IPA. |
| 2/8/2012 | J. Hyland | 0.40 | Participated in call with A. Rohan, R. Keenan, R. Tennenbaum, and S. Kuhn re: IPA. |
| 2/8/2012 | J. Hyland | 0.50 | Participated in call with A. Rohan re: IPA and follow-up. |
| 2/8/2012 | J. Hyland | 0.70 | Participated in call with A. Rohan and others re: IPA. |
| 2/9/2012 | J. Hyland | 0.40 | Conducted call with J. Ray re: IPA. |
| 2/10/2012 | J. Hyland | 0.20 | Conducted call with M. Wunder re: IPA motion. |
| 2/10/2012 | J. Hyland | 1.00 | Reviewed IPA status. |
| 2/11/2012 | J. Hyland | 1.00 | Reviewed IPA motion and corresponded with counsel. |
| 2/15/2012 | J. Hyland | 0.10 | Conducted calls with R. Keenan re: IPA. |
| 2/17/2012 | J. Hyland | 0.30 | Conducted call with A. Rohan re: IPA. |
| 2/17/2012 | J. Hyland | 0.70 | Participated in call with A. Rohan and S. Kuhn re: IPA status. |
| 2/20/2012 | J. Hyland | 2.50 | Reviewed IPA report. |
| 2/20/2012 | J. Hyland | 2.80 | Analyzed IPA status. |
| 2/24/2012 | C. Kearns | 0.20 | Analyzed status of trademark sale and related correspondence between counsel. |
| 2/28/2012 | J. Hyland | 1.80 | Participated in call and related follow-up with A. Rohan and R. Keenan re: IPA. |
| 2/28/2012 | J. Hyland | 2.80 | Reviewed IPA presentation. |
| 2/29/2012 | C. Kearns | 0.20 | Analyzed IP address sale status. |

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|---------------------------|
| 2/29/2012 | J. Hyland | 0.50 | Reviewed IPA analysis. |
| 2/29/2012 | J. Hyland | 1.10 | Conducted call with R. Keenan re: IPA and follow-up. |
| Subtotal | | 17.30 | |
| **Total Hours** | | **421.70** | |