**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 2/1/2012 through 2/29/2012**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Meals** | | | |
| 2/29/2012 | T. Morilla | Meal due to working late. | $14.00 |
| **Subtotal - Meals** | | | **$14.00** |
| **Telecom** | | | |
| 2/10/2012 | CAG Direct | Long distance calls for Nortel. | $484.56 |
| 2/16/2012 | J. Hyland | Long distance calls to Canada. | $5.39 |
| 2/17/2012 | J. Hyland | Long distance telephone to Canada. | $46.88 |
| **Subtotal - Telecom** | | | **$536.83** |
| **For the Period 2/1/2012 through 2/29/2012** | | | **$550.83** |

Capstone Advisory Group, LLC
Invoice for the 2/1/2012-2/29/2012 Fee Statement

Page 1 of 1