IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 7408** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 21, 2012, I caused to be served the "Order Granting Debtors' Twenty-Third Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, and No-Basis 503(B)(9) Claims).," dated March 20, 2012 [Docket No. 7408], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

Sworn to before me this
26th day of March, 2012

/s/ Notary Public
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\23rd Omni Ord_DI 7408_AFF_3-21-12.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT TITLEIST & FOOTJOY, PO BOX 965 FAIRHAVEN MA 02719 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ. ONE BRYANT PARK NEW YORK NY 10036 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ. 1221 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL 358 HALL AVENUE WALLINGFORD CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO 420 SOUTH ORANGE AVENUE, 6TH FL ORLANDO FL 32801 |
| ARCHER & GREINER PC | ATTN: JOHN V. FIORELLA ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARCHER & GREINER PC | ATTN: CHARLES J. BROWN III ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARDENT LAW GROUP, P.C. | ATTN: HUBERT H. KUO ESQ. 2600 MICHELSON DRIVE, SUITE 1700 IRVINE CA 92612 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. 171 17TH ST NW, STE 2100 ATLANTA GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P BOWDEN ESQ 500 DELAWARE AVE, 8TH FL WILMINGTON DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. 500 DELAWARE AVE WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | GREGORY A. TAYLOR, ESQ.; BENJAMIN W. KEENAN 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. P.O. BOX 20207 NASHVILLE TN 37202 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE DALLAS TX 75201 |
| BALLARD SPAHR | ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN ESQ. 919 MARKET ST, 12TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ. 51ST FL MELLON BANK CTR, 1735 MARKET ST PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 919 N. MARKET STREET, 12TH FLOOR WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. 155 FEDERAL ST, 9TH FL BOSTON MA 02110 |
| BAYARD P.A. | ATTN: CHARLENE D DAVIS ESQ,DANIEL A O'BRIEN ESQ 222 DELAWARE AVE, STE 900 WILMINGTON DE 19801 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ.; JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ. PATRICK M. COSTELLO ESQ. 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO,KEVIN G. COLLINS 800 N. KING STREET, FIRST FLOOR WILMINGTON DE 19801 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; KEVIN G. COLLINS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H. LISTER 1155 CONNECTICUT AVENUE NW SUITE 1200 WASHINGTON DC 20036 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER 2400 CHASE SQUARE ROCHESTER NY 14604 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER 1251 AVENUE OF THE AMERICAS 49TH FL NEW YORK NY 10020-1104 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. 6 NORTH BROAD ST, STE 1000 WOODBURY NJ 08096 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN MCCARROLL LLP | KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX |

| Claim Name | Address Information |
|---|---|
| BROWN MCCARROLL LLP | 78701 |
| BROWN STONE NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQ. COUNSEL TO MICROSOFT CORPORATION 901 N. MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. 161 N CLARK ST, STE 4300 CHICAGO IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. 211 N BROADWAY, STE 3600 ST. LOUIS MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. 55 SECOND STREET, 17TH FL SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ. 1105 NORTH MARKET STREET, SUITE 1900 WILMINGTON DE 19801-1228 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR 500 DELAWARE AVE, SUITE 1410 WILMINGTON DE 19801 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN OFFICE OF THE ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ. THE NEMOURS BUILDING, 1007 N ORANGE ST WILMINGTON DE 19801 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| COWLES & THOMPSON, PC | ATTN: STEPHEN C. STAPLETON COUNSEL TO GTCI 901 MAIN STREET, SUITE 3900 DALLAS TX 75202 |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR P.O. BOX 1380 WILMINGTON DE 19899-1380 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ. 101 PARK AVENUE NEW YORK NY 10178-0061 |
| DAVIS & KUELTHAU, S.C. | ATTN: RUSSELL S. LONG, ESQ. COUNSEL TO CORE BROOKFIELD LAKES, LLC 111 E. KILBOURN AVENUE, SUITE 1400 MILWAUKEE WI 53202 |
| DEWEY & LEBOEUF LLP | LAWRENCE E. MILLER 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6092 |
| DEWEY & LEBOEUF, LLP | MOSHIN N. KHAMBATI, ESQ. TWO PRUDENTIAL PLAZA 180 NORTH STETSON AVENUE, SUITE 3700 CHICAGO IL 60601-6710 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ. 6225 SMITH AVENUE BALTIMORE MD 21209 |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ. COUNSEL TO GENBAND INC. 222 DELAWARE AVENUE SUITE 1600 WILMINGTON DE 19801-1659 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA; SHELLY A. KINSELLA COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS 1105 N. MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FLEXTRONICS INTERNATIONAL | ATTN: TERRY ZALE 305 INTERLOCKEN PKWY BROOMFIELD CO 80021 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ. 1111 3RD AVE, STE 3400 SEATTLE WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FRANCHISE TAX | ATTN: SECRETARY OF STATE DIVISION OF CORPORATIONS P.O. BOX 7040 DOVER DE 19903 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ ALEX L. MACFARLANE 1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST WEST TORONTO ON M5X 1B2 CANADA |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ.,DEVON J. EGGERT ESQ. 311 SOUTH WACKER DR, STE 3000 CHICAGO IL 60606 |
| FREEBORN & PETERS LLP | ATTN: DEVON J. EGGERT, ESQ. COUNSEL TO MERCER (US) INC. 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. 666 5TH AVE NEW YORK NY 10103-3198 |

| Claim Name | Address Information |
|---|---|
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBSON DUNN | JANET WEISS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 200 PARK AVENUE NEW YORK NY 10166-0193 |
| GIBSON, DUNN & CRUTCHER LLP | 200 PARK AVENUE, 51ST FLOOR ATTN DAVID M FELDMAN, ESQ. MITCHELL A KARLAN, ESQ.; MATTHEW K KELSEY, ESQ. COUNSEL TO MICROSOFT CORPORATION NEW YORK NY 10166-0193 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| GOWLING LAFLEUR HENDERSON | ATTN: JENNIFER STAM; DERRICK TAY 1 FIRST CANADIAN PLACE 100 KING STREET WEST, SUITE 1600 TORONTO ON M5X 1G5 CANADA |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ. 200 PUBLIC SQUARE, STE 2800 CLEVELAND OH 44114 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E. GISLESON 820 O'KEEFE AVENUE NEW ORELANS LA 70113 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. 28 STATE ST BOSTON MA 02109 |
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | MINORU INAYOSHI, GEN MGR. OMORI BELLPORT D BLDG., 26-3 MINAMI OI 6-CHROME SHINAGAWA-KU 140-0013 TOKYO JAPAN |
| HOLLAND & KNIGHT LLP | ATTN: ROD ANDRERSON ESQ.,NOEL R. BOEKE ESQ. P.O. BOX 1288 TAMPA FL 33601-1288 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN 1445 ROSS AVE, ROUNTAIN PLACE STE 3700 DALLAS TX 75202-2799 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL 1503 LBJ FREEWAY, 3RD FL DALLAS TX 75234 |
| IBM CORPORATION | ATTN: BEVERLY H. SHIDELER BS8399 TWO LINCOLN CENTRE OAKBROOK TERRACE IL 60181 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800 HOUSTON TX 77010 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ. 1420 PEACHTREE ST NE, STE 800 ATLANTA GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ. 575 MADISON AVE NEW YORK NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. COUNSEL TO CYPRESS COMMUNICATIONS, INC.; TATA AMERICAN INTERNATIONAL CORP. 101 PARK AVENUE NEW YORK NY 10178 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. 1999 AVENUE OF THE STARS, 39TH FL LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. 919 MARKET ST, STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; J. LANDON ELLIS, ESQ. COUNSEL TO ASM CAPITAL III, L.P. 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LATHAM & WATKINS LLP | ATTN: DAVID S. ALLINSON; THOMAS MALONE; ALEXANDRA CROSWELL 885 THIRD AVENUE, SUITE 100 NEW YORK NY 10022 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. U.S. BANK TOWER 950 SEVENTEENTH STREET, SUITE 2400 DENVER CO 80202 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. 40 NORTH CENTRAL AVE, STE 1900 PHOENIX AZ 85004 |

| Claim Name | Address Information |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. 2323 BRYAN STREET, STE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. P.O. BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. TRAVIS BLDG SUITE 300, 711 NAVARRO SAN ANTONIO TX 78205 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD, ESQ.; IRA M. LEVEE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MAGNOZZI & KYE, LLP | ATTN: AMISH R. DOSHI, ESQ. COUNSEL TO ORACLE AMERICA, INC. 23 GREEN STREET, SUITE 302 HUNTINGTON NY 11743 |
| MALEK SCHIFFRIN LLP | JAVIER SCHIFFRIN, ESQ.; KEVIN MALEK, ESQ. COUSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP 340 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10173-1922 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.; AMIT K. TREHAN, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCCARTER & ENGLISH, LLP | ATTN: WILLIAM F. TAYLOR, JR., ESQ. RENAISSANCE CENTRE 405 NORTH KING STREET, 8TH FLOOR WILMINGTON DE 19801 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ. 1750 TYSONS BLVD, STE 1800 MCLEAN VA 22102-4215 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ. 44 MONTGOMERY STREET, STE 1010 SAN FRANCISCO CA 94104 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005-1413 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. P.O. BOX 475, BANKRUPTCY DIVISION JEFFERSON CITY MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN 535 MADISON AVE. NEW YORK NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD,CHRISTOPHER CARUSO,KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. 201 W. COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| NORTON ROSE | ATTN: TONY REYES ROYAL BANK PLAZA SOUTH TOWER 200 BAY ST., SUITE 3800 TORONTO ON M5J 2Z4 CANADA |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. 915 L ST, STE 1000 SACRAMENTO CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: KEVIN CALLAHAN 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ WESTON T. EGUCHI ESQ. 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A. MERTZ READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. 21 S 12TH ST, 3RD FL PHILADELPHIA PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. |

| Claim Name | Address Information |
|---|---|
| PACHULSKI STANG | WILMINGTON DE 19899-8705 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: PATRICIA ANTONELLI COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND ANNABELLE W. CAFFRY 180 SOUTH MAIN STREET PROVIDENCE RI 02903 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: LAUREN F. VERNI COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND 180 SOUTH MAIN STREET PROVIDENCE RI 02903 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 282034886 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: RICHARD CHESLEY COUNSEL TO IBM CORPORATION 191 N. WACKER DRIVE, 30TH FLOOR CHICAGO IL 60606 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ROBERT E. WINTER 875 15TH STREET, NW WASHINGTON DC 20005 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. STEPHEN D. SCHREIBER ESQ. 1200 K STREET NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | DAVID B. STRATTON, ESQ.; EVELYN J. MELTZER, ESQ. HERCULES PLAZA, SUITE 5100 1313 MARKET STREET PO BOX 1709 WILMINGTON DE 19899-1709 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. 4025 WOODLAND PARK BLVD, STE 300 ARLINGTON TX 76013 |
| PINCKNEY, HARRIS & WEIDINGER, LLC | ATTN: DONNA L. HARRIS, ESQ.; KEVIN M. CAPUZZI, ESQ COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP 1220 N. MARKET STREET, SUITE 950 WILMINGTON DE 19801 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ 222 DELAWARE AVENUE, STE 1101 WILMINGTON DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. 17 N 2ND ST, 12TH FL HARRISBURG PA 17101-1601 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF 301 S. COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| PRICKETT, JONES & ELLIOTT, P.A. | ATTN: BRUCE E. JAMESON, ESQ. 1310 KING STREET, BOX 1328 WILMINGTON DE 19899 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84145-0385 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ ONE RODNEY SQUARE, 920 N KING ST WILMINGTON DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. 1001 4TH AVE, STE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| ROPES & GRAY LLP | ATTN: MARK I. BANE,ANNE H. PAK 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ.; PATRICIA I. CHEN, ESQ. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH BANKRUPTCY DIV_STE 400 3 WORLD FINANCIAL CENTER NEW YORK NY 10281-1022 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECRETARY OF TREASURY | P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |

| Claim Name | Address Information |
|---|---|
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON ESQ. 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: SARAH E. PIERCE ONE RODNEY SQUARE, PO BOX 636 WILMINGTON DE 19899-0636 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. ANNA B. OSTERHOUT ESQ. P.O. BOX 2611 RALEIGH NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ. 800 DELAWARE AVE., 7TH FL WILMINGTON DE 19801 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ. 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. 675 THIRD AVE, 31ST FL NEW YORK NY 10017 |
| STEVENS & LEE P.C. | ATTN: MARIA APRILE SAWCZUK 1105 N MARKET ST, 7TH FL WILMINGTON DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. 901 N. MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 78 ALEXANDER DRIVE, PO BOX 13445 TRIANGLE PARK NC 27709 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ. 300 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA 1114 AVENUE OF THE AMERICAS, 19TH FLOOR NEW YORK NY 10036 |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TOGUT, SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT, ESQ.; NEIL BERGER, ESQ. ONE PENN PLAZA NEW YORK NY 10119 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK 1 TOWER SQUARE, 5MN HARTFORD CT 06183-4044 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR, STE 400 LITTLETON CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON DC 20036 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE 1007 N. ORANGE STREET WILMINGTON DE 19801 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ. 1633 BROADWAY, 47TH FL NEW YORK NY 10019 |
| VEDDER PRICE P.C. | COUNSEL TO MIKE ZAFIROVSKI ATTN: DOUGLAS J. LIPKE, ESQ.; ROBERT F. SIMON, ESQ 222 NORTH LASALLE STREET, SUITE 2600 CHICAGO IL 60601 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. 411 E WISCONSIN AVE, STE 700 MILWAUKEE WI 53202 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET COLUMBUS OH 43215 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 51 WEST 52ND STREET NEW YORK NY 10019 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 800 WILMINGTON DE 19801-4939 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. 300 DELAWARE AVE, 13TH FL WILMINGTON DE 19801 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. 787 7TH AVE NEW YORK NY 10019 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. 3 GANNETT DR WHITE PLAINS NY 10604 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| XETA TECHNOLOGIES, INC. | C/O JOE M. FEARS, ESQ. BARBER & BARTZ 800 PARK CENTRE 525 SOUTH MAIN STREET TULSA OK 74103-4511 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON,EDWIN J. HARRON THE BRANDYWINE BLDG 17TH FL. 1000 WEST |

| Claim Name | Address Information |
|---|---|
| YOUNG CONAWAY | STREET WILMINGTON DE 19801 |

**Total Creditor count  199**

| Claim Name | Address Information |
|---|---|
| ABO-MAHMOOD, MOHAMMED | 1811 BAKER RIDGE RD SHERMAN TX 75090 |
| AHTEN, TRACY S. | 1409 GLASTONBURY DR PLANO TX 75075 |
| AKIN, MARJORIE | 4436 EDMONDSON AVE DALLAS TX 75205 |
| AKIN, MARJORIE | MARJORIE AKIN 4436 EDMONDSON AVE. DALLAS TX 75205 |
| ANDERSON, DEBRA | 102 BELTON DRIVE HICKORY CREEK TX 75065 |
| ANDERSON, DEBRA | DEBRA ANDERSON 102 BELTON DRIVE HICKORY CREEK TX 75065 |
| ARGENTO, BENNY J. JR. | 7820 FOXWOOD DR. RALEIGH NC 27615 |
| BARHAM, RHONDA | 5128 LINKSLAND DRIVE HOLLY SPRINGS NC 27540 |
| BARHAM, RHONDA | RHONDA BARHAM 5128 LINKSLAND DRIVE HOLLY SPRINGS NC 27540 |
| BECKMAN, CHARLES A. | 2316 COTTONTAIL DR. LEANDER TX 78641 |
| BICKHAM, JEFF D | 3560 COUNTY ROAD 2338 DOUGLASSVIL TX 75560 |
| BICKHAM, JEFF D | 3560 COUNTY ROAD 2338 DOUGLASSVILLE TX 75560 |
| BICKHAM, JEFF D. | 3560 CR 2338 DOUGLASSVILLE TX 75560 |
| BONACORDA, ANTHONY | 1246 CONNETQUOT AVE CENTRAL ISLIP NY 11722 |
| BOUBY, AMANDA | 310 LAKESIDE CT SUNRISE FL 33326 |
| BRIDGES, CHARLES R. | 5408 HUNTER HOLLOW DRIVE RALEIGH NC 27606 |
| BRIDGES, CHARLES ROGERS | 5408 HUNTER HOLLOW DRIVE RALEIGH NC 27606 |
| BROWN, MICHAEL | 1146 GLENBROOK DRIVE FRANKLIN TN 37064 |
| BROWN, WALTER J. | 3600 IRONSTONE DR. PLANO TX 75074 |
| CABIBI, FRANCIS | 160 FISHER CT CALIMESA CA 92320-1216 |
| CABIBI, FRANCIS J. | 160 FISHER CT CALIMESA CA 92320-1216 |
| CANNARELLA, ROBERT A | 17 REEVES STREET SMITHTOWN NY 11787 |
| CASEY, JAMES | 2617 SODA SPRINGS DRIVE MCKINNEY TX 75071 |
| CHALEMELA, DEEPIKA | 2916 WATERFORD DR IRVING TX 75063-3192 |
| CHALEMELA, DEEPIKA | DEEPIKA CHALEMELA 2916 WATERFORD DR IRVING TX 75063-3192 |
| CHRISTMANN, DUSTIN | 1805 CLOVER CREEK DR LONGMONT CO 80503-7579 |
| CHRISTMANN, DUSTIN | DUSTIN CHRISTMANN 1805 CLOVER CREEK DR LONGMONT CO 80503-7579 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: MOSS, DONALD 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP, LLC | AS ASSIGNEE OF: DONALD M. MOSS 92 UNION AVENUE CRESSKILL NJ 07626 |
| COLLINS, ROBBIE D | 2432 GEORGETOWN DRIVE CARROLLTON TX 75006 |
| COLSON, DAMON | 313 ROY ROGERS LANE MURHPY TX 75094 |
| COMPTON, BARRY | 13105 POWELL RD WAKE FOREST NC 27587 |
| CONTRERAS, KARLA | 3809 SAN JACINTO UNIT #C DALLAS TX 75204 |
| CORONA, RONALD | 2714 TOWNBLUFF DR. PLANO TX 75075 |
| COYNE, KRISTIN L. | 212 BAKER ST CHATTANOOGA TN 37405-4104 |
| CULVER, JOHN K. | 3007 BROWNSBORO VISTA DRIVE LOUISVILLE KY 40242 |
| CURMON, JACQUELYN N | 7584 SILVER VIEW LANE RALEIGH NC 27613 |
| CURTIS, DENNIS | 13501 E 92ND ST. N OWASSO OK 74055 |
| CURTIS, DENNIS | DENNIS CURTIS 13501 E 92ND ST N OWASSO OK 74055 |
| CUSACK, JOHN | 211 EAST MAIN ST APT 2 JOHNSTOWN NY 12095 |
| DANFORTH, JEFFREY | 25132 FORTITUDE TER CHANTILLY VA 02152-6052 |
| DANIEL, BOBBY | 2045 ENGLEWOOD DR. APEX NC 27539 |
| DARDEN, KAREN | 2705 RIDGEVIEW LN GARLAND TX 75044 |
| DAY, BEVERLY S. | 54 FLAT RIVER CHURCH RD. ROXBORO NC 27574 |
| DELLER, JILL J. | 2303 LAKESIDE DRIVE ARLINGTON TX 76013 |
| DENNING, GRADY WAYNE | 6 CROSSWINDS ESTATES DRIVE PITTSBORO NC 27312 |
| DEPEW, BRUCE | 516 NANTAHALA DR DURHAM NC 27713 |
| DYKSTRA, JOHN W. | 725 TIMBER LANE SHOREVIEW MN 55126 |
| EDWARDS II, CLYDE L. | 5241 LAKE EDGE DR HOLLY SPRIN NC 27540 |

| Claim Name | Address Information |
|---|---|
| EDWARDS, CLYDE LEE | 5241 LAKE EDGE DR. HOLLY SPRINGS NC 27540 |
| ERICKSON, LEIGH | 2700 BUCK HILL DR. PLANO TX 75025 |
| ETHINGTON, ALVIN M. | 252 SHAWNEE RUN TAYLORSVILLE KY 40071 |
| EVANS, TERRY | 16104 XANDER STREET ACCOKEEK MD 20607 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: ROBINSON, JACQUELINE B. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: ETHINGTON, ALVIN M. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: SMITH, DARRYL D ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: ROBINSON, JACQUELINE ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: YOUNG, RONALD ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FEIOCK, GERALD | 88 GREEN RD. CHURCHVILLE NY 14428 |
| FIELDS, O'DELL M. | 19342 GRAND COLONY CT KATY TX 77449-4565 |
| FINCH, ALBERT | 2154 VILLAGE CREST DR GARLAND TX 75044-7138 |
| FINCH, ALBERT | ALBERT FINCH 2154 VILLAGE CREST DR GARLAND TX 75044-7138 |
| FISHBEIN, SHELDON | 20226 STAGG ST. WINNETKA CA 91306-2515 |
| FITZPATRICK, JAMES | 304 FORSYTHE LN DEKALB IL 60115-2342 |
| FITZPATRICK, JAMES | JAMES FITZPATRICK 304 FORSYTHE LN DEKALB IL 60115-2342 |
| FITZPATRICK, JAMES HARRY | 304 FORSYTHE LN DEKALB IL 60115-2342 |
| FOCHT, RONALD D. | 7700 HOLLY HEIGHT LN RALEIGH NC 27615 |
| FROST, INGGIT | 4817 MONTEVISTA LN MCKINNEY TX 75070 |
| GALLARDO, WILFRIDO | 166 W. PLUM ST. BRENTWOOD NY 11717 |
| GARRAMONE, MICHAEL ALBERT | 6404 OTHELLO PLACE DALLAS TX 75252 |
| GEARHART, KYLE | 34 TYLER TRAIL HILTON NY 14468 |
| GLYMPH, STEVEN W | 1401 DIXIE TRAIL RALEIGH NC 27607 |
| GOLDEN, JASON | 12815 FLEETWOOD DR SOUTH CARMEL IN 46032 |
| GREEN, ROBERT | 3016 LAKESIDE VIEW COURT CARY NC 27513 |
| GREEN, ROBERT J | 3016 LAKESIDE VIEW COURT CARY NC 27513 |
| GROTH, LOUISE | 1127 LINCOLN COURT SAN JOSE CA 95125 |
| HALL, SCOTT A. | 606 O'PHELAN LN GARLAND TX 75044 |
| HARBISON, SANDRA | 5816 STRATFORD LANE THE COLONY TX 75056 |
| HENINGTON, MARK | 7015 HELSEM WAY DALLAS TX 75230 |
| HISCOE, DAVID | 3448 BRADLEY PLACE RALEIGH NC 27607 |
| HISCOE, DAVID W. | 3448 BRADLEY PLACE RALEIGH NC 27607 |
| HOCURSCAK, SHARYN L. | 35 PIKES HILL ROAD STERLING MA 01564 |
| HUANG, JOCELYN | 4525 LONG TREE DRIVE PLANO TX 75093 |
| HUGHES, ROB | 521 SUNCREEK DR ALLEN TX 75013 |
| HUGHES, ROB | AKA ROBIN SCOTT HUGHES 521 SUNCREEK DR. ALLEN TX 75013 |
| ILUSHIN, VLADIMIR F. | 5904 MOSSBROOK TRL DALLAS TX 75252-3206 |
| JOHNSON, STEVEN M. | 313 FOGGY BOTTOM SANFORD NC 27330 |
| KASPER, KENNETH W. | 20927 N SANSOM DR MARICOPA AZ 85138 |
| KEELAN, WILLIAM M. | 3105 BUCKINGHAM ROAD DURHAM NC 27707 |
| KELLY JR, WILLIAM M | 5217 TROUTMAN LANE RALEIGH NC 27613 |
| KENT, SHANNON E. | 32170 CALLE BALAREZA TEMECULA CA 92592 |
| KING, CANDICE | 4807 PIN OAK PARK APT 82 HOUSTON TX 770812213 |
| KINGSBURY, DANIEL E | 221 SADDLEBROOK GARLAND TX 75044-4642 |
| KIRN, JOHN | JOHN KIRN 205 AUSTIN PAUL DRIVE NEWMARKET ON L3X 2-K4 CANADA |

| Claim Name | Address Information |
|---|---|
| KIRN, JOHN | 17 KENNY CIRCLE BARRIE ON L4N 6C7 CANADA |
| KNIGHT, DANNY L. | 3204 GREYFIELD WAY MONROE GA 306566451 |
| KOOK, FERNGENE | 3183 NW 85TH AVE CORAL SPRINGS FL 33065 |
| KOOK, FERNGENE | FERNGENE KOOK 3183 NW 85TH AVE CORAL SPRINGS FL 33065 |
| KURTZ, DAVID | 4725 JOSEPH MICHAEL CT RALEIGH NC 27606 |
| LAFLEUR, STEPHEN PAUL | 11119 PAGEWYNNE DR FRISCO TX 75035 |
| LAMARQUE, JESSIE | 15607 FOX MEADOW LANE FRISCO TX 75035 |
| LAMARQUE, JESSIE | JESSIE LAMARQUE 15607 FOX MEADOW LANE FRISCO TX 75035 |
| LAMBERT, BOBBIE | 320 FOLEY DRIVE GARNER NC 27529 |
| LAMBERT, BOBBIE | BOBBIE LAMBERT 320 FOLEY DRIVE GARNER NC 27529 |
| LANCASTER, TERRI L | 4101 WILL ROGERS DRIVE SAN JOSE CA 95117 |
| LASITTER, CAROL M | 204 CRESTLEIGH ST ROLESVILLE NC 27571 |
| LE, DANIEL N. | 3452 BRIARGROVE LANE DALLAS TX 75287-6000 |
| LEE, CATHY L | 2001 RED OAK LN CLAYTON NC 27520 |
| LEE, YOWCHYI A | 6821 MYRTLE BEACH PLANO TX 75093 |
| LI, HAIYAN | 1022 CORVETTE DR SAN JOSE CA 95129-2903 |
| LIAW, JERJIANN | 10610 PINEWALK FOREST CIRCLE ALPHARETTA GA 30022 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: STANLEY, CHRISTOPHER N. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BRIDGES, CHARLES R. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ROWAN, JAMES W. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DARDEN, KAREN ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: MARSHALL, KEITH ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: FINCH, ALBERT ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: SANKS, YVONNE M. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | AS ASSIGNEE OF ALBERT FINCH ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LUGAR, BRENDA W. | 2105 LITTLE ROGERS ROAD DURHAM NC 27704 |
| LUO, JIANJUN | 2813 LAKEFIELD DR. WYLIE TX 75098 |
| LUTZ, PAUL M. | 4738 JOBE TRAIL NOLENSVILLE TN 37135 |
| MADSEN, CLINT | 2212 MAUMELLE DRIVE PLANO TX 75023 |
| MADSEN, CLINT | CLINT MADSEN 2212 MAUMELLE DR. PLANO TX 75023 |
| MANGUM, DAVID R | 3088 WALTERS RD CREEDMOOR NC 27522 |
| MAROULIS, EFSTATHIOS | 2430 VICTORY PARK LN APT 2701 DALLAS TX 75219-7608 |
| MARSHALL, KEITH | 1350 OLD LYSTRA RD CHAPEL HILL NC 27517-9170 |
| MARTIN, WADE | 4058 BARBER MILL RD CLAYTON NC 27520 |
| MCCOY, ALTON | 144 ROAN DRIVE GARNER NC 27529 |
| MCCOY, ALTON | ALTON MCCOY 144 ROAN DRIVE GARNER NC 27529 |
| MICHAELS, TESA | 2333 WELSH TAVERN WAY WAKE FOREST NC 27587 |
| MILFORD, JOHN S | 4516 SPYGLASS DR LITTLE RIVER SC 29566 |
| MILLER, JAMES E. | 1208 W. CRESCENT AVE REDLANDS CA 92373 |
| MILLER, JANET | 19278 PARKVIEW RD. CASTRO VALLEY CA 94546 |
| MILLER, JASON | 1107 OCEAN PARK BLVD APT. D SANTA MONICA CA 90405 |
| MILLER, KAREN | 11924 SYCAMORE GROVE LN. RALEIGH NC 27614 |
| MOSS, DONALD | PO BOX 537 CREEDMOOR NC 27522 |
| NARAYANAN, RAVI KUMAR | 2912 MONTELL CT PLANO TX 75025 |
| NICHOLAS, DANIEL J. | 5711 CARELL AVE AGOURA HILLS CA 91301 |
| NORBURY, THOMAS | 59 THUNDER RD MILLER PLACE NY 11764 |
| O'LEARY, BRENT | 4054 HANNA WAY ROYSE CITY TX 75189 |

| Claim Name | Address Information |
|---|---|
| OVERCASH, LISA D. | 5001 DEER LAKE TRAIL WAKE FOREST NC 27587 |
| PAPROCKI, GERALD | 110 SILVER FOX CT CARY NC 27511 |
| PATEL, KISHOR A | 2918 OAK POINT DR GARLAND TX 75044 |
| PATEL, KISHOR A. | 2918 OAK POINT DR. GARLAND TX 75044-7814 |
| PAVLIC, TERESA | 813 GENFORD COURT RALEIGH NC 27609 |
| PAVLIC, TERESA H | 813 GENFORD COURT RALEIGH NC 27609 |
| PERALTA, EDUARDO | 4768 GRAPEVINE WAY DAVIE FL 33331 |
| PHILLIPS, JESSICA | 1013 ANDIRON LN RALEIGH NC 27614 |
| PISKE, GREGORY | 1112 SEMINOLE RICHARDSON TX 75080 |
| PISKE, GREGORY | GREGORY PISKE 1112 SEMINOLE RICHARDSON TX 75080 |
| PLOPPER, DAVID | 21 FAIRWOOD DR HILTON NY 14468 |
| RAILEY, CHRISTOPHER | 5490 LANDSEER WAY CUMMING GA 30040 |
| REED, CHRISTOPHER | 2608 N. MAIN STE B #146 BELTON TX 76513 |
| RENUART, JACQUELINE | 1621 MEADSTON DR DURHAM NC 27712 |
| RENUART, JACQUELINE | JACQUELINE RENUART 1621 MEADSTON DR DURHAM NC 27712 |
| REPASS, KATHLEEN AGNES | 60 LOCUST AVENUE SAN RAFAEL CA 94901 |
| ROBINSON, JACQUELINE | 3933 LOST CREEK DR PLANO TX 75074 |
| ROBINSON, JACQUELINE B. | 3933 LOST CREEK DR. PLANO TX 75074 |
| ROTHFARB, ALLAN | 15624 BERNARDO CENTER DR APT 3602 SAN DIEGO CA 92127-1866 |
| ROTHFARB, ALLAN | ALLAN ROTHFARB 15624 BERNARDO CENTER DR APT 3602 SAN DIEGO CA 92127-1866 |
| ROWAN, JAMES W. | 2805 FOXCREEK DR. RICHARDSON TX 75082 |
| SALEH, OSSAMA A. | 6617 BATTLEFORD DR RALEIGH NC 27613 |
| SANKS, YVONNE M. | 105 WEST HWY 54, SUITE 265 DURHAM NC 27713 |
| SCHNEIDER, PATRICIA | 5634 CHARLESTOWN DRIVE DALLAS TX 75230 |
| SEARS, RANDOLPH R. | 4204 SCOTTSDALE ST DURHAM NC 27712 |
| SHEA, JOHN L. III | 5203 TWIGHT DR FRISCO TX 75035-7007 |
| SIEMENS, WAYNE | 941 LAUREN LANE MURPHY TX 75094 |
| SMILEY, KATHLEEN | 159 GIFFIN ROAD LOS ALTOS CA 94022 |
| SMITH, DARRYL D | 7414 SAND PINE DRIVE ROWLETT TX 75089 |
| SMITH, GREGORY A. | 818 VALLEY DRIVE CROWNSVILLE MD 21032 |
| SMITH, JAMES R. | P.O. BOX 487 MURPHYS CA 95247-0487 |
| SOWLES, JOHN | 520 SUMMIT ROAD WATSONVILLE CA 95076 |
| SOWLES, JOHN W | 520 SUMMIT ROAD WATSONVILLE CA 95076 |
| STANLEY, CHRISTOPHER N. | 9417 BRIMSTONE LANE RALEIGH NC 27613 |
| STEGMAN, KENNETH | 400 GREEN BROOK DR. ALLEN TX 75002 |
| STEWART, TONY | 804 BROOKWATER DRIVE MCKINNEY TX 75071 |
| STEWART, TONY | TONY STEWART 804 BROOKWATER DRIVE MCKINNEY TX 75071 |
| STUMPF, TERRY L. | 4421 WOODMILL RUN APEX NC 27539 |
| THORNTON, SABRINA L | 956 DICKENS RD LILBURN GA 30047 |
| TIERNEY, MARK | 2300 CROCKETT CT MCKINNEY TX 75070 |
| TIERNEY, MARK D | 2300 CROCKETT CT MCKINNEY TX 75070 |
| TIMPERIO, TAMI | 704 TRANQUIL SOUND DR. CARY NC 27591 |
| TIMSON, WAYNE | 675 TOBIAS ST SE PALM BAY FL 32909-8705 |
| TOLER, KATHLEEN | 2802 MOCKINGBIRD LN ARKADELPHIA AR 71923-5348 |
| TOWNSEND, SCOTT | 1500 STACY ROAD FAIRVIEW TX 75069 |
| UNITED STATES DEBT RECOVERY VIII, LP | TRANSFEROR: KURTZ, DAVID 940 SOUTHWOOD BLVD., SUITE 101 INCLINE VILLAGE NV 89451 |
| VAN TASSEL, DIANE | PO BOX 1249 PITTSBORO NC 27312-1249 |
| VOSBURG, WILLIAM | 3232 NEUSE BANK CT WAKE FOREST NC 27587 |

| Claim Name | Address Information |
|---|---|
| VOSBURG, WILLIAM | WILLIAM VOSBURG 3232 NUESE BANK CT WAKE FOREST NC 27587 |
| VOSBURG, WILLIAM E | 3232 NEUSE BANK CT WAKE FOREST NC 27587 |
| WALKER, D CARLISLE | 5150 NUNNALLY TRAIL GAINESVILLE GA 30506 |
| WALKER, D CARLISLE | D CARLISLE WALKER 5150 NUNNALLY TRAIL GAINESVILLE GA 30506 |
| WANG, LILY HOH | 4325 WONDERLAND DR PLANO TX 75093 |
| WARING, JAMES | 41 SHALLOW STREAM ROAD CARMEL NY 10512 |
| WARING, JAMES R | 41 SHALLOW STREAM ROAD CARMEL NY 10512 |
| WARNER, DAVID L. | 209 HARDWOOD RIDGE CT. CLAYTON NC 27520 |
| WEHN, TIM | 2116 COBBLESTONE ST SPRINGDALE AR 72762-5896 |
| WEHN, TIM | TIM WEHN 2116 COBBLESTONE ST SPRINGDALE AR 72762-5896 |
| WHITING, MICHAEL | 8338 NW 37TH STREET SUNRISE FL 33351 |
| WILLIAMS, BRENT | 11805 PEMBRIDGE LN RALEIGH NC 27613 |
| WILLIAMS, BRENT N | 11805 PEMBRIDGE LN RALEIGH NC 27613 |
| WILLIAMS, TRACY A. | 3220 W INA RD APT 12207 TUCSON AZ 857412168 |
| WONG, TRACY | 3700 BARON COOPER PASS UNIT 101 RALEIGH NC 27612 |
| YEH, RAE-LING | 2143 CHANNEL ISLANDS DR. ALLEN TX 75013 |
| YOUNG, RONALD | 348 CREEKSIDE TRAIL ARGYLE TX 76226 |
| YOUNG, RONALD | RONALD YOUNG 348 CREEKSIDE TRAIL ARGYLE TX 76226 |
| ZHANG, HUI | 4109 CARMICHAEL DRIVE PLANO TX 75024 |
| ZHANG, LI | 2524 CIMA HILL DR PLANO TX 75025 |
| ZHANG, ZHIQIANG | 3332 LANGSTON DR. PLANO TX 75025 |

**Total Creditor count  210**