**EXHIBIT A**

**Debtors' Twelfth Ordinary Course Professional Quarterly Statement for October 1, 2011 – December 31, 2011**

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $516.60[1] | $0.00 | **$516.60** |
| Ford & Harrison LLP | Labor and employment legal services, including representation before administrative agencies and in state and federal courts | $122.00 | $0.00 | $0.00 | $0.00 | $30.50 | $0.00 | $0.00 | $0.00 | **$152.50** |
| KPMG LLP | 401k, VEBA and Retirement Income Plan | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40,079.00[2] | $1,725.00 | **$40,079.00** |

---

[1]   Baker Donelson Bearman Caldwell & Berkowitz incurred $516.60 in fees for professional services provided to the Debtors during September 2011.

[2]   KPMG LLP incurred $40,079.00 in fees for professional services provided to the Debtors during September 2011 and $1,725.00 in disbursements and expenses for professional services provided to the Debtors during September 2011.

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Waller Lansden Dortch & Davis | General labor and employment legal services, including representation in employment and employee benefits matters before administrative agencies and federal and state courts | $0.00 | $0.00 | $192.00 | $0.00 | $192.00 | $0.00 | $144.00[3] | $0.00 | **$528.00** |
| Willcox & Savage | Assistance and advice in filing pleadings related to sales and use tax in the Richmond, Virginia Circuit Court | $272.00 | $0.59 | $0.00 | $0.00 | $0.00 | $0.00 | $3,195.00[4] | $359.27 | **$3,467.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $283.50 | $0.00 | $2,047.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$2,331.00** |

---

[3]  Waller Lansden Dortch & Davis incurred $144.00 in fees for professional services provided to the Debtors during September 2011.

[4]  Willcox & Savage incurred $3,195.00 in fees for professional services provided to the Debtors during August 2011 and $359.27 in disbursements and expenses for professional services provided to the Debtors during August 2011.