Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



Interim (S)

VAT Invoice Date: **26 March 2012**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **325724**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 13,598.50 |
| For the period to 29 February 2012. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 21.24 |
| **Disbursements:** (NT) | | | |
| Fares | 0.00 | 0.00 | 10.10 |
| | 0.00 | | 13,629.84 |
| | | VAT | 0.00 |
| | | Total | 13,629.84 |
| | | **Balance Due** | **13,629.84** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 325724 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN
PAPUA NEW GUINEA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or their respective affiliates has an office in each of the places listed above.



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 29/02/2012

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.50 | 345.00 | (C0031) |
|  |  | **0.50** | **345.00** |  |
| Partner: | Angela Pearson | 0.90 | 594.00 | (C0012) |
|  |  | 0.50 | 330.00 | (C0031) |
|  |  | **1.40** | **924.00** |  |
| Associate | Antonia Croke | 1.20 | 510.00 | (C0007) |
|  |  | 12.30 | 5,227.50 | (C0012) |
|  |  | 6.60 | 2,805.00 | (C0031) |
|  |  | **20.10** | **8,542.50** |  |
| Junior Associate | Lindsey Roberts | 6.70 | 1,943.00 | (C0003) |
|  |  | 1.40 | 406.00 | (C0007) |
|  |  | 0.50 | 145.00 | (C0012) |
|  |  | 2.80 | 812.00 | (C0031) |
|  |  | **11.40** | **3,306.00** |  |
| Trainee: | Tim Cant | 1.00 | 185.00 | (C0007) |
|  |  | 0.60 | 111.00 | (C0012) |
|  |  | 1.00 | 185.00 | (C0031) |
|  |  | **2.60** | **481.00** |  |
|  | **Total** | **36.00** | **13,598.50** |  |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 29/02/2012

## Matter: CCN01.00001 - BANKRUPTCY

### C0003    Ashurst Fee Application/Monthly Billing Reports

| | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|
| **Junior Associate** | | | |
| LROBER    Lindsey Roberts | 6.70 | 290.00 | 1,943.00 |
| | | Total | 1,943.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2012 | Lindsey Roberts | LETT | Emails re: fee estimate | 0.40 | 290.00 | 116.00 |
| 16/02/2012 | Lindsey Roberts | MISC | Monthly fee application | 0.60 | 290.00 | 174.00 |
| 20/02/2012 | Lindsey Roberts | MISC | Monthly fee application and interim fee application | 2.90 | 290.00 | 841.00 |
| 21/02/2012 | Lindsey Roberts | LETT | Emails re: monthly fee application | 0.10 | 290.00 | 29.00 |
| 21/02/2012 | Lindsey Roberts | MISC | Finalising invoice for monthly fee application | 0.40 | 290.00 | 116.00 |
| 22/02/2012 | Lindsey Roberts | MISC | Amends to monthly fee application | 0.70 | 290.00 | 203.00 |
| 23/02/2012 | Lindsey Roberts | DRFT | Finalising monthly fee application and email to B Kahn | 0.90 | 290.00 | 261.00 |
| 27/02/2012 | Lindsey Roberts | MISC | Finalising interim fee application and email to B Kahn re same | 0.70 | 290.00 | 203.00 |

1,943.00

Matter: CCN01.00001 - BANKRUPTCY

| C0007 | Creditors Committee Meetings | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 1.20 | 425.00 | 510.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.40 | 290.00 | 406.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 1.00 | 185.00 | 185.00 |
| | | | Total | 1,101.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/02/2012 | Lindsey Roberts | PHON | UCC Weekly call | 0.90 | 290.00 | 261.00 |
| 02/02/2012 | Tim Cant | ATTD | UCC Weekly call | 1.00 | 185.00 | 185.00 |
| 10/02/2012 | Antonia Croke | ATTD | Attend UCC weekly call | 0.70 | 425.00 | 297.50 |
| 16/02/2012 | Lindsey Roberts | PHON | UCC Weekly call | 0.50 | 290.00 | 145.00 |
| 24/02/2012 | Antonia Croke | ATTD | Attend UCC weekly call | 0.50 | 425.00 | 212.50 |
| | | | | | | 1,101.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0012 | General Claims Analysis/Claims Objections | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Partner** | | | | |
| AMP | Angela Pearson | 0.90 | 660.00 | 594.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 12.30 | 425.00 | 5,227.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.50 | 290.00 | 145.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 0.60 | 185.00 | 111.00 |
| | | | Total | 6,077.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2012 | Lindsey Roberts | LETT | Email to AG Re: FSD/Secured Claims | 0.10 | 290.00 | 29.00 |
| 06/02/2012 | Antonia Croke | READ | Consider EU analysis of claims against NNI (continuing) | 3.90 | 425.00 | 1,657.50 |
| 07/02/2012 | Antonia Croke | READ | Consider EU advice | 1.50 | 425.00 | 637.50 |
| 08/02/2012 | Antonia Croke | READ | Consider EU analysis of claims memo (continuing) | 3.40 | 425.00 | 1,445.00 |
| 08/02/2012 | Lindsey Roberts | READ | Review of email re: emergency injunction | 0.10 | 290.00 | 29.00 |
| 09/02/2012 | Antonia Croke | READ | Consider update on emergency court conference and privilege | 0.40 | 425.00 | 170.00 |
| 09/02/2012 | Antonia Croke | DRFT | Consider case law and commentary on "undertakings"; draft email to AG with summary | 1.60 | 425.00 | 680.00 |
| 09/02/2012 | Antonia Croke | LETT | Email AMP re: undertakings | 0.20 | 425.00 | 85.00 |
| 09/02/2012 | Antonia Croke | INTD | Confer TCANT re: undertakings | 0.40 | 425.00 | 170.00 |
| 09/02/2012 | Tim Cant | RSCH | Research on undertakings | 0.20 | 185.00 | 37.00 |
| 10/02/2012 | Antonia Croke | LETT | Emails re: effect of undertaking in foreign jurisdiction | 0.30 | 425.00 | 127.50 |
| 10/02/2012 | Antonia Croke | INTD | Emails with AMP and TCANT re: undertakings | 0.40 | 425.00 | 170.00 |
| 10/02/2012 | Antonia Croke | DRFT | Draft amendments to Akin email re: "Undertakings" | 0.20 | 425.00 | 85.00 |
| 10/02/2012 | Angela Pearson | DRFT | Review/amends emails re undertakings | 0.50 | 660.00 | 330.00 |
| 10/02/2012 | Angela Pearson | INTD | Discussion with TCANT re undertakings | 0.20 | 660.00 | 132.00 |
| 10/02/2012 | Angela Pearson | INTD | Emails to ACROKE re undertakings | 0.20 | 660.00 | 132.00 |
| 10/02/2012 | Tim Cant | READ | Research on undertakings | 0.40 | 185.00 | 74.00 |
| 20/02/2012 | Lindsey Roberts | READ | Emails re: Leffell meeting | 0.20 | 290.00 | 58.00 |
| 21/02/2012 | Lindsey Roberts | READ | Email re: TRO update | 0.10 | 290.00 | 29.00 |
| | | | | | | 6,077.50 |

Matter: CCN01.00001 - BANKRUPTCY

### C0031 — European Proceedings/Matters

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.50 | 660.00 | 330.00 |
| GDB | Giles Boothman | 0.50 | 690.00 | 345.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 6.60 | 425.00 | 2,805.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.80 | 290.00 | 812.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 1.00 | 185.00 | 185.00 |
| | | | Total | 4,477.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0031     European Proceedings/Matters

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Std Rate (GBP/hour) | Amount |
|---|---|---|---|---|---|---|
| 01/02/2012 | Antonia Croke | INTD | Emails re: Professionals call; confer LROBER re: same | 0.50 | 425.00 | 212.50 |
| 01/02/2012 | Lindsey Roberts | PHON | Nortel Professionals' Call | 1.20 | 290.00 | 348.00 |
| 08/02/2012 | Antonia Croke | INTD | INTD with GDB re: update | 0.10 | 425.00 | 42.50 |
| 08/02/2012 | Angela Pearson | READ | Review emails | 0.30 | 660.00 | 198.00 |
| 09/02/2012 | Antonia Croke | PHON | Attend Professionals call | 1.00 | 425.00 | 425.00 |
| 09/02/2012 | Antonia Croke | READ | Consider emails re: Professionals call | 0.30 | 425.00 | 127.50 |
| 10/02/2012 | Antonia Croke | READ | Consider agenda for UCC call | 0.10 | 425.00 | 42.50 |
| 14/02/2012 | Antonia Croke | LETT | Email WSJ | 0.10 | 425.00 | 42.50 |
| 15/02/2012 | Antonia Croke | PHON | Attend Professionals call and review agenda | 0.50 | 425.00 | 212.50 |
| 15/02/2012 | Angela Pearson | READ | Review emails re UCC call | 0.20 | 660.00 | 132.00 |
| 16/02/2012 | Antonia Croke | READ | Consider UCC call agenda and confer with LROBER | 0.20 | 425.00 | 85.00 |
| 16/02/2012 | Tim Cant | ATTD | Nortel Professionals call | 0.50 | 185.00 | 92.50 |
| 20/02/2012 | Antonia Croke | LETT | Emails re: debtors meeting | 0.20 | 425.00 | 85.00 |
| 21/02/2012 | Antonia Croke | LETT | Emails re: debtor meeting | 0.40 | 425.00 | 170.00 |
| 21/02/2012 | Antonia Croke | LETT | Emails re: fee application; confer LROBER re: same | 0.10 | 425.00 | 42.50 |
| 21/02/2012 | Antonia Croke | READ | Consider WSJ article re: hacking | 0.40 | 425.00 | 170.00 |
| 21/02/2012 | Antonia Croke | READ | Consider emails re: TRO update | 0.20 | 425.00 | 85.00 |
| 22/02/2012 | Antonia Croke | LETT | Emails re: Professionals call | 0.10 | 425.00 | 42.50 |
| 23/02/2012 | Antonia Croke | LETT | Consider fee apportionment | 0.10 | 425.00 | 42.50 |
| 23/02/2012 | Antonia Croke | READ | Consider Agenda for profs call | 0.10 | 425.00 | 42.50 |
| 23/02/2012 | Antonia Croke | READ | Consider Trademark correspondence | 0.30 | 425.00 | 127.50 |
| 23/02/2012 | Antonia Croke | ATTD | Attend Professionals call | 0.50 | 425.00 | 212.50 |
| 23/02/2012 | Lindsey Roberts | READ | Review/consider trademark correspondence re NNI/NNL trademarks | 0.20 | 290.00 | 58.00 |
| 24/02/2012 | Antonia Croke | ATTD | Attend Nortel post UCC Professionals call | 0.20 | 425.00 | 85.00 |
| 24/02/2012 | Antonia Croke | READ | Consider materials and agenda for UCC call | 0.50 | 425.00 | 212.50 |
| 24/02/2012 | Tim Cant | ATTD | Nortel Professionals call | 0.50 | 185.00 | 92.50 |
| 27/02/2012 | Antonia Croke | LETT | Emails re: calls | 0.30 | 425.00 | 127.50 |
| 27/02/2012 | Antonia Croke | READ | Consider fees email | 0.10 | 425.00 | 42.50 |
| 27/02/2012 | Lindsey Roberts | READ | Consider CG's response to Akin's email | 0.10 | 290.00 | 29.00 |
| 28/02/2012 | Antonia Croke | LETT | Email re: Professionals call | 0.10 | 425.00 | 42.50 |
| 29/02/2012 | Antonia Croke | LETT | Emails re: calls; confer LROBER | 0.20 | 425.00 | 85.00 |
| 29/02/2012 | Giles Boothman | READ | Emails | 0.50 | 690.00 | 345.00 |
| 29/02/2012 | Lindsey Roberts | READ | Review of materials and agenda before Professional's call | 0.10 | 290.00 | 29.00 |
| 29/02/2012 | Lindsey Roberts | PHON | Nortel Professionals call | 1.20 | 290.00 | 348.00 |

4,477.00