Exhibit C

DISBURSEMENT SUMMARY
FEBRUARY 01, 2012 THROUGH FEBRUARY 29, 2012

| Document Production | £21.24 |
|---|---|
| Travel – Ground Transportation | £10.10 |
| TOTAL | £31.34 |