Exhibit D

**Disbursements Detailed Breakdown**

**Document Production** 21.24

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| 01/02/2012 | PAYEE: Petty Cash; REQUEST#: 472895; DATE: 01/02/2012. – Txi from court interim hearing | 10.10 |
|---|---|---|
| | | 31.34 |