Exhibit E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
FEBRUARY 01, 2012 THROUGH FEBRUARY 29, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 11 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £690 | 0.50 | 345.00 |
| Angela Pearson | Partner for 6 years; Admitted in 1991 in England and Wales; Litigation Group, London | £660 | 1.40 | 924.00 |
| Antonia Croke | Associate for 5 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £425 | 20.10 | 8,542.50 |
| Lindsey Roberts | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | 11.40 | 3,306.00 |
| Tim Cant | Trainee Solicitor; Litigation Group, London | £185 | 2.60 | 481.00 |
| TOTAL | | | 36.00 | 13,598.50 |

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 01, 2012 THROUGH FEBRUARY 29, 2012

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 6.70 | 1,943.00 |
| Creditors Committee Meetings | 3.60 | 1,101.00 |
| General Claims Analysis | 14.30 | 6,077.50 |
| European Proceedings / Matters | 11.40 | 4,477.00 |
| TOTAL | 36.00 | 13,598.50 |