IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2012 MAR 27 AM 11:00
CLERK
US BANKRUPTCY C...
DISTRICT OF DE...

---------------------------------------X
In re                                    :   Chapter 11
                                         :
Nortel Networks Inc., *et al.*,[1]       :   Case No. 09-10138 (KG)
                                         :
                Debtors.                 :   Jointly Administered
                                         :
---------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

George A. Riedel hereby withdraws his proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 7924).

Dated: Weston, MA
       February 27, 2012

                                George A. Riedel
                                _____
                                1 Meadowbrook Road
                                Weston, MA 02493
                                Tel. 617-894-6857
                                g.riedel@comcast.net

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.