## **Exhibit B**

## **List of Foreign Professionals**

| Jurisdiction | Foreign Professional | Role |
|---|---|---|
| Egypt | Shalakany Law Office | lawyer |
| | BDO Khaled & Co. | accountants |
| Tunisia | Ferchiou & Associés | lawyer |
| | BDO Tunisie | accountants |
| | Abdelly & Associes Law Firm | potential liquidator (not yet retained) |
| Dubai | Clyde & Co. LLP | lawyer |
| | BDO UAE | accountants |
| Trinidad & Tobago | LEX Caribbean | lawyer |
| | PricewaterhouseCoopers | tax advisor |
| | PricewaterhouseCoopers Advisory Services Limited (Trinidad) | potential liquidator (not yet retained) |
| Puerto Rico | Jiménez, Graffam & Lausell | lawyer |
| | Ernst & Young Puerto Rico LLP | accountants |
| Uruguay | Jiménez de Aréchage, Viana & Brause | lawyer |
| | PricewaterhouseCoopers | accountants |
| | Jiménez de Aréchage, Viana & Brause | potential liquidator (not yet retained) |