**CERTIFICATE OF SERVICE**

       I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Objection To The Motion Of The Official Committee Of Long-Term Disability Participants For An Order Lifting Or, In The Alternative, Increasing The Limits On Fees For LTD Committee Counsel** was caused to be made on March 28, 2012, in the manner indicated upon the entities identified below.

Date: March 28, 2012　　　　　　　　　　　*/s/ Ann C. Cordo*
　　　　　　　　　　　　　　　　　　　　Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
*(Trustee)*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
*(Counsel for Official Committee
Of Unsecured Creditors)*

Rafael X. Zahralddin-Aravena, Esq.
Shelley A. Kinsella, Esq.
Elliott Greenleaf
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
*(Counsel to the Official Committee of
Long Term Disability Participants)*

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang
919 N. Market St., 17th Floor
Wilmington, DE 19899-8705
*(Counsel to Bonds)*

Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street, Suite 1900
Wilmington, DE 19801-1228
*(Counsel to the Monitor)*

Willilam F. Taylor, Jr., Esq.
McCarter & English LLP
405 N. King Street, 8th Floor
Renaissance Centre
Wilmington, DE 19801
*(Counsel to Retiree Committee)*

**VIA FIRST CLASS MAIL**

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
*(Counsel for Official Committee
Of Unsecured Creditors)*

Dennis Dunne, Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413
*(Counsel to Bonds)*

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY  10020
*(Counsel to the Monitor)*

Albert Togut, Esq.
Neil Berger, Esq.
Togut Segal & Segal LLP
5834013.1

One Penn Plaza
New York, NY 10119
*(Counsel to Retiree Committee)*