IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
In re : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
Debtors. : Jointly Administered
: 
---------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 2, 2012 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTINUED MATTER**

1. Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

    Objection Deadline: October 25, 2010 at 4:00 p.m. (ET). Extended for GE Fanuc to April 4, 2012 at 4:00 p.m. (ET).

    Remaining Responses Received:

    (a) Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10).

Related Pleadings:

(a) Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b) First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

Status:  The hearing with respect to the Objection to Claim No. 7077 filed by GE Fanuc and the response filed by the Commonwealth of Virginia, Department of Taxation have been adjourned to the hearing scheduled for April 18, 2012 at 10:00 a.m. (ET).

2. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

Objection Deadline:  February 23, 2012 at 4:00 p.m. (ET).  Extended for Xeta Technologies, Inc., Coface North America Insurance Company, Monarch Master Funding LTD, and Terremark Worldwide to April 4, 2012 at 4:00 p.m. (ET).  Extended for the Debtors with respect to the Response filed by Barnes & Thornburg LLP to April 13, 2012 at 4:00 p.m. (ET).  Extended for the Debtors with respect to the Response filed by Jaco Electronics, Inc. to April 25, 2012 at 4:00 p.m. (ET).  Extended for ASM Capital, regarding Claim No. 7819 to May 10, 2012 at 4:00 p.m. (ET).  Extended for the Debtors with respect to the Response filed by Kelly Services to August 13, 2012 at 4:00 p.m. (ET).

Remaining Responses Received:

(a) Response to Debtors' Objection to Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims). Filed by Telefonica International, S.A.U. (D.I. 7244, Filed 2/22/12);

(b) Response to Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims,

(b)     Wrong Debtor Claims and No-Basis 503(b)(9) Claims. Filed by Kelly Services (D.I. 7245, Filed 2/21/12);

(c)     Barnes & Thornburg's Response to Debtors' Objection to Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7252, Filed 2/23/12);

(d)     Informal Response of ASM Capital Regarding Claim No. 7819;

(e)     Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076;

(f)     Informal Response of Terremark Worldwide Regarding Claim No. 3909; and

(g)     Informal Response of Xeta Technologies, Inc. Regarding Claim No. 7222.

Related Pleading:

(a)     Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Filed 3/8/12); and

(b)     First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Filed 3/22/12).

Status: The hearing on the Objections has been adjourned with respect to responses (a), (c), (f) and (g) above to the omnibus hearing scheduled in these cases for April 18, 2012 at 10:00 a.m. (ET). The hearing on the Objections has been adjourned with respect to response (e) above to the omnibus hearing scheduled in these cases for May 9, 2012 at 10:00 a.m. (ET). The hearing on the Objections has been adjourned with respect to response (d) above to the omnibus hearing scheduled in these cases for May 24, 2012 at 10:00 a.m. (ET). The hearing on the Objections has been adjourned with respect to response (b) above to the omnibus hearing scheduled in these cases for August 22, 2012 at 10:00 a.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

3. Application of the Official Committee of Unsecured Creditors for an Order Approving an Amendment to Terms of Retention of Jefferies & Company, Inc. as Investment Banker to the Official Committee of Unsecured Creditors (D.I. 7375, Filed 3/13/12).

   Objection Deadline: March 26, 2012 at 4:00 p.m. (ET)

   Responses Received: None

   Related Pleadings:

   (a) Certificate of No Objection (D.I. 7461, Filed 3/28/12);

   (b) Proposed Form of Order.

   Status: There were no objections and a CNO has been filed.

**CONTESTED MATTERS GOING FORWARD**

None.

Dated: March 29, 2012          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                 James L. Bromley (admitted *pro hac vice*)
                               Lisa M. Schweitzer (admitted *pro hac vice*)
                               One Liberty Plaza
                               New York, New York 10006
                               Telephone: (212) 225-2000
                               Facsimile: (212) 225-3999

                               - and -

                               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                   */s/ Chad A. Fights*
                               Derek C. Abbott (No. 3376)
                               Eric D. Schwartz (No. 3134)
                               Ann C. Cordo (No. 4817)
                               Chad A. Fights (No. 5006)
                               1201 North Market Street, 18th Floor
                               Wilmington, DE 19899-1347
                               Telephone: (302) 658-9200
                               Facsimile: (302) 425-4663

                               *Counsel for the Debtors and Debtors in Possession*