**Exhibit 1**

**<u>Updated Connections Check</u>**

4842-1846-8110.2

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Other Professionals | Addrex Inc. | x | | |
| Debtors Other Professionals | Benesch Friedlander Coplan & Aronoff LLP | | x | |
| Debtors Other Professionals | Cassidy Turley CPS | x | | |
| Debtors Other Professionals | CB Richard Ellis, Inc. | | | x |
| Debtors Other Professionals | Chilmark Partners, LLC | | x | |
| Debtors Other Professionals | Crowell & Moring LLP | | x | |
| Debtors Other Professionals | Eugene F. Collins | x | | |
| Debtors Other Professionals | Global IP Law Group, LLC | x | | |
| Debtors Other Professionals | Grant Thornton LLP | | | x |
| Debtors Other Professionals | Jackson Lewis LLP | x | | |
| Debtors Other Professionals | Linklaters LLP | x | | |
| Debtors Other Professionals | Morris, Nichols, Arsht & Tunnell LLP | | x | |
| Debtors Other Professionals | Palisades Capital Advisors LLC | x | | |
| Debtors Other Professionals | Punter Southall | x | | |
| Debtors Other Professionals | RLKS Executive Solutions LLC | | | x |
| Debtors Other Professionals | Special Counsel Inc. | x | | |
| Debtors Other Professionals | Torys LLP | | | x |
| Debtors Affiliates Attorney | Allen & Overy LLP | x | | |
| Debtors Affiliates Attorney | Ogilvy Renault LLP | | x | |
| Debtors Officers/Directors | A. Aziz Khadbai | x | | |
| Debtors Officers/Directors | Alain Papineau | x | | |
| Debtors Officers/Directors | Alan W. Pritchard | x | | |
| Debtors Officers/Directors | Allan Bifield | x | | |
| Debtors Officers/Directors | Allan K. Stout | x | | |
| Debtors Officers/Directors | Allen Keith Stout | x | | |
| Debtors Officers/Directors | Alvio Silvio Barrios | x | | |
| Debtors Officers/Directors | Andrew Harrison | x | | |
| Debtors Officers/Directors | Anna Ventresca | x | | |
| Debtors Officers/Directors | Anthony G. MacDonald | x | | |
| Debtors Officers/Directors | Anthony Jones | x | | |
| Debtors Officers/Directors | April A. Pennisi | x | | |
| Debtors Officers/Directors | Bill Thompson | x | | |
| Debtors Officers/Directors | Biran Lindsay | x | | |
| Debtors Officers/Directors | Camille Issa | x | | |
| Debtors Officers/Directors | Charles R. Raphun | x | | |
| Debtors Officers/Directors | Christian Kittlitz | x | | |
| Debtors Officers/Directors | Christopher Hogg | x | | |
| Debtors Officers/Directors | Christopher Ricaurte | x | | |
| Debtors Officers/Directors | Christopher Simon Ricaurte | x | | |
| Debtors Officers/Directors | Clare A. Barbieri | x | | |
| Debtors Officers/Directors | Clarke Glaspell | x | | |
| Debtors Officers/Directors | Claudio Morfe Jr. | x | | |
| Debtors Officers/Directors | Courtland Wolfe | x | | |
| Debtors Officers/Directors | Craig Telke | x | | |
| Debtors Officers/Directors | Cristina Gomez | x | | |
| Debtors Officers/Directors | Dany Sylvain | x | | |
| Debtors Officers/Directors | David Price | x | | |
| Debtors Officers/Directors | Dennis Carey | x | | |
| Debtors Officers/Directors | Dennis Lloyd | x | | |
| Debtors Officers/Directors | Dennis R. X. Thibault | x | | |
| Debtors Officers/Directors | Dharmaraja Rajan | x | | |
| Debtors Officers/Directors | Donald Powers | x | | |
| Debtors Officers/Directors | Donna Samper | x | | |
| Debtors Officers/Directors | Duncan Gillibrand | x | | |
| Debtors Officers/Directors | Eduardo Santoyo | x | | |
| Debtors Officers/Directors | Elaine Smiles | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Emre Erkol | x | | |
| Debtors Officers/Directors | Eric L. Smith | x | | |
| Debtors Officers/Directors | Ernest R. Higginbotham | x | | |
| Debtors Officers/Directors | Eugene McClain | x | | |
| Debtors Officers/Directors | Fabiola Leva | x | | |
| Debtors Officers/Directors | Felipe Gonzales | x | | |
| Debtors Officers/Directors | Francois Audet | x | | |
| Debtors Officers/Directors | Francois Burton | x | | |
| Debtors Officers/Directors | Glenn Brownridge | x | | |
| Debtors Officers/Directors | Gordon A. Davies | x | | |
| Debtors Officers/Directors | Gordon Allen Davis | x | | |
| Debtors Officers/Directors | Graeme Currie | x | | |
| Debtors Officers/Directors | Greg Thor | x | | |
| Debtors Officers/Directors | Gregor W. Larson | x | | |
| Debtors Officers/Directors | Gregory Hood | x | | |
| Debtors Officers/Directors | Guillaume Strub | x | | |
| Debtors Officers/Directors | Guy Lafontaine | x | | |
| Debtors Officers/Directors | Guy Vonderweidt | x | | |
| Debtors Officers/Directors | Hector Benjamin Viana | x | | |
| Debtors Officers/Directors | Henry Holland | x | | |
| Debtors Officers/Directors | Iain Sharp | x | | |
| Debtors Officers/Directors | Ian Scales | x | | |
| Debtors Officers/Directors | J. Erik Fako | x | | |
| Debtors Officers/Directors | Jacqueline C. Hea | x | | |
| Debtors Officers/Directors | James McEachern | x | | |
| Debtors Officers/Directors | James Ostrom | x | | |
| Debtors Officers/Directors | Jean-Pierre Fortin | x | | |
| Debtors Officers/Directors | Jeffrey Wood | x | | |
| Debtors Officers/Directors | Jeremy Fuller | x | | |
| Debtors Officers/Directors | Joel Joseph, Jr. | x | | |
| Debtors Officers/Directors | John D. Atkinson | x | | |
| Debtors Officers/Directors | John M. Doolittle | x | | |
| Debtors Officers/Directors | John R. McCready | x | | |
| Debtors Officers/Directors | Jorge Humberto Suarez | x | | |
| Debtors Officers/Directors | Joseph F. Dearing | x | | |
| Debtors Officers/Directors | Juan Jose Chico | x | | |
| Debtors Officers/Directors | Karen E. Sledge | x | | |
| Debtors Officers/Directors | Katharine B. Stevenson | x | | |
| Debtors Officers/Directors | Keith Landau | x | | |
| Debtors Officers/Directors | Ken Huntington | x | | |
| Debtors Officers/Directors | Kevin Boyle II | x | | |
| Debtors Officers/Directors | Kevin Sembrat | x | | |
| Debtors Officers/Directors | Kimberly P. Poe | x | | |
| Debtors Officers/Directors | Laurie A. Krebs | x | | |
| Debtors Officers/Directors | Lee B. Valerius | x | | |
| Debtors Officers/Directors | Louis LeVay | x | | |
| Debtors Officers/Directors | Lynn Cecelia Egan | x | | |
| Debtors Officers/Directors | Lynn Egan | x | | |
| Debtors Officers/Directors | Mario Brown | x | | |
| Debtors Officers/Directors | Mark J. Hamilton | x | | |
| Debtors Officers/Directors | Mark Kepke | x | | |
| Debtors Officers/Directors | Martha Helena Bejar | x | | |
| Debtors Officers/Directors | Mary Barnes | x | | |
| Debtors Officers/Directors | Matteo Candaten | x | | |
| Debtors Officers/Directors | Mehdi Sajasi | x | | |
| Debtors Officers/Directors | Michael Gawargy | x | | |
| Debtors Officers/Directors | Michael Leeder | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Michael W. McCorkle | x | | |
| Debtors Officers/Directors | Norberto Milan | x | | |
| Debtors Officers/Directors | Norman Caron | x | | |
| Debtors Officers/Directors | Oya Istemi | x | | |
| Debtors Officers/Directors | Parviz Rashidi | x | | |
| Debtors Officers/Directors | Paul Granville | x | | |
| Debtors Officers/Directors | Paul T. Knudsen | x | | |
| Debtors Officers/Directors | Paul W. Karr | x | | |
| Debtors Officers/Directors | Pete Streng | x | | |
| Debtors Officers/Directors | Peter Krautle | x | | |
| Debtors Officers/Directors | Peter Look | x | | |
| Debtors Officers/Directors | Raj Krishnan | x | | |
| Debtors Officers/Directors | Richard C. Taylor | x | | |
| Debtors Officers/Directors | Richard Willis | x | | |
| Debtors Officers/Directors | Ricky Kaura | x | | |
| Debtors Officers/Directors | Robert C. Pugh | x | | |
| Debtors Officers/Directors | Robert J. Looney | x | | |
| Debtors Officers/Directors | Robert Litalien | x | | |
| Debtors Officers/Directors | Robert Michael Kales | x | | |
| Debtors Officers/Directors | Robert Saunders | x | | |
| Debtors Officers/Directors | Robin Scott Hughes | x | | |
| Debtors Officers/Directors | Roger W. Britt | x | | |
| Debtors Officers/Directors | Ron Ryan | x | | |
| Debtors Officers/Directors | Russell Coffin | x | | |
| Debtors Officers/Directors | Serge Caron | x | | |
| Debtors Officers/Directors | Shelly Bracken | x | | |
| Debtors Officers/Directors | Sonia Garapaty | x | | |
| Debtors Officers/Directors | Stephan Radatus | x | | |
| Debtors Officers/Directors | Steve J. McKinnon | x | | |
| Debtors Officers/Directors | Steven Woods | x | | |
| Debtors Officers/Directors | Sudarshan Chitale | x | | |
| Debtors Officers/Directors | Swapan Nandi | x | | |
| Debtors Officers/Directors | Thomas A. Gigliotti | x | | |
| Debtors Officers/Directors | Tim Gaiser | x | | |
| Debtors Officers/Directors | Timothy C. Ross | x | | |
| Debtors Officers/Directors | Tom Buttermore | x | | |
| Debtors Officers/Directors | Tom P. Taylor | x | | |
| Debtors Officers/Directors | Waye Lyon | x | | |
| Debtors Officers/Directors | Wei Jen Yeh | x | | |
| Debtors Officers/Directors | William Gentry | x | | |
| Debtors Officers/Directors | William J. LaSalle | x | | |
| Debtors Officers/Directors | William Roy Ellis | x | | |
| All Secured Lenders including DIP lender | Fidelity Treasury Portfolio Fund | x | | |
| All Secured Lenders including DIP lender | Government Prime Cash Management Fund | x | | |
| All Secured Lenders including DIP lender | Reserve Primary Fund | x | | |
| All Substantial Unsecured Bondholder or Lender | Amalgated Bank | x | | |
| All Substantial Unsecured Bondholder or Lender | BNP/PPBC | | | x |
| All Substantial Unsecured Bondholder or Lender | Carolina Capital Markets, Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Cede & Co. | x | | |
| All Substantial Unsecured Bondholder or Lender | Citadel Derivatives Group, LLC or Citidel Trading Group, LLC | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | Clearview Correspondent Services, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Davidson (D.A.) & Co., Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Dresdner Kleinwort Securities LLC | | x | |
| All Substantial Unsecured Bondholder or Lender | Emmett Larkin Co., Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Fidelity Management & Research Co. | x | | |
| All Substantial Unsecured Bondholder or Lender | First Clearing, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | H.G. Wellington & Co, Inc | x | | |
| All Substantial Unsecured Bondholder or Lender | Hawthorne Securities, Corp | x | | |
| All Substantial Unsecured Bondholder or Lender | Ingalls & Snyder, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Interactive Brokers, LLC/Retail Clearance | x | | |
| All Substantial Unsecured Bondholder or Lender | Janney Montgomery Scott, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Laurential Bank of Canada | x | | |
| All Substantial Unsecured Bondholder or Lender | Lehman Brothers, Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Loomis Sayles & Company, L.P. | x | | |
| All Substantial Unsecured Bondholder or Lender | Mackay Sheilds LLC | | x | |
| All Substantial Unsecured Bondholder or Lender | Manufacturers & Trust Company | x | | |
| All Substantial Unsecured Bondholder or Lender | Marshall & Illsey Bank | | | x |
| All Substantial Unsecured Bondholder or Lender | McMillion Securities, Inc | x | | |
| All Substantial Unsecured Bondholder or Lender | Mellon Trust of New England, NA | x | | |
| All Substantial Unsecured Bondholder or Lender | Merrill Lynch Pierce Fenner & Smith Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | ML SFKPG | x | | |
| All Substantial Unsecured Bondholder or Lender | National Financial Services Corp. | x | | |
| All Substantial Unsecured Bondholder or Lender | NBCN Inc./CDS | x | | |
| All Substantial Unsecured Bondholder or Lender | Oppenheimer & Co., Inc. | | x | x |
| All Substantial Unsecured Bondholder or Lender | Ridge Clearing & Outsourcing Solutions, Inc | x | | |
| All Substantial Unsecured Bondholder or Lender | Sankaty Advisors LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Sterne, Agee & Leach, Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Stifel Nicholaus & Company | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|:---:|:---:|:---:|
| All Substantial Unsecured Bondholder or Lender | Sumi Trust | x | | |
| All Substantial Unsecured Bondholder or Lender | UMB Bank NA | x | | |
| All Substantial Unsecured Bondholder or Lender | Wilmington Trust Company | x | | |
| Official Statutory Committee Other Professional | Capstone Advisory Group, LLC | x | | |
| Official Statutory Committee Member Attorney | Akin Gump Strauss Hauer & Feld LLP | | x | |
| Official Statutory Committee Member Attorney | Ashurst LLP | x | | |
| Official Statutory Committee Member Attorney | Fraser Milner Casgrain LLP | x | | |
| Official Statutory Committee Member Attorney | Jefferies & Co., Inc. | | x | |
| Official Statutory Committee Member Attorney | Richards, Layton & Finger | x | | |
| Other Significant Parties-in-Interest | Irell & Manella LLP | | x | |
| Other Significant Parties-in-Interest | Layn R. Phillips | x | | |
| Other Significant Parties-in-Interest | Warren K. Winkler | x | | |
| Other Significant Parties-in-Interest Material Litigation | BT Americas Inc | | x | |
| Other Significant Parties-in-Interest Material Litigation | China Telecom Americas Corp | x | | |
| Other Significant Parties-in-Interest Material Litigation | Ciena Corporation | | x | |
| Other Significant Parties-in-Interest Material Litigation | City of Durham | x | | |
| Other Significant Parties-in-Interest Material Litigation | City of Richardson | x | | |
| Other Significant Parties-in-Interest Material Litigation | City of Santa Clara | | x | |
| Other Significant Parties-in-Interest Material Litigation | City of Sunrise | x | | |
| Other Significant Parties-in-Interest Material Litigation | First Digital Telecom | x | | |
| Other Significant Parties-in-Interest Material Litigation | Foundry | x | | |
| Other Significant Parties-in-Interest Material Litigation | Frontier Communications | | x | |
| Other Significant Parties-in-Interest Material Litigation | Great Oaks Water Company | x | | |
| Other Significant Parties-in-Interest Material Litigation | Huawei | | | x |
| Other Significant Parties-in-Interest Material Litigation | JCP&L | x | | |
| Other Significant Parties-in-Interest Material Litigation | LIPA | x | | |
| Other Significant Parties-in-Interest Material Litigation | Masergy Communications, Inc | | x | |
| Other Significant Parties-in-Interest Material Litigation | McDonald County Telephone Co | x | | |
| Other Significant Parties-in-Interest Material Litigation | National Fuel | | x | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest Material Litigation | NEC Corporation | | x | |
| Other Significant Parties-in-Interest Material Litigation | PCCW Global Inc | x | | |
| Other Significant Parties-in-Interest Material Litigation | PG&E California | x | | |
| Other Significant Parties-in-Interest Material Litigation | PSNC Energy | x | | |
| Other Significant Parties-in-Interest Material Litigation | SRP | x | | |
| Other Significant Parties-in-Interest Material Litigation | Suez Energy Resources N.A. Inc. | x | | |
| Other Significant Parties-in-Interest Material Litigation | Town of Billerica | x | | |
| Other Significant Parties-in-Interest Material Litigation | ZTE | x | | |
| Parties to the Debtors Significant Executory Contracts | 10 Sylvan SPE LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | 101 Constitution Trust | x | | |
| Parties to the Debtors Significant Executory Contracts | 13560 Morris Road Office Investors, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | 7884 BR LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | A.W. Chesterton, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts | Accton Technolgies | x | | |
| Parties to the Debtors Significant Executory Contracts | Advanced Information Management | x | | |
| Parties to the Debtors Significant Executory Contracts | Airspan | x | | |
| Parties to the Debtors Significant Executory Contracts | Alanex Corporation | x | | |
| Parties to the Debtors Significant Executory Contracts | Aldine Independent School District | x | | |
| Parties to the Debtors Significant Executory Contracts | Alexander Lovgren | x | | |
| Parties to the Debtors Significant Executory Contracts | Allied World Assurance Company Ltd | | x | |
| Parties to the Debtors Significant Executory Contracts | Alpha Networks | x | | |
| Parties to the Debtors Significant Executory Contracts | American Home Assurance Company | x | | |
| Parties to the Debtors Significant Executory Contracts | American Home Assurance Company (National Union) | x | | |
| Parties to the Debtors Significant Executory Contracts | Arch Insurance Company | x | | |
| Parties to the Debtors Significant Executory Contracts | Arrowhead General Insurance Agency | x | | |
| Parties to the Debtors Significant Executory Contracts | Beazley Syndicate | x | | |
| Parties to the Debtors Significant Executory Contracts | Behringer Harvard TIC | x | | |
| Parties to the Debtors Significant Executory Contracts | Biltmore Financial Center II | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts | Bonham Golf & Country Club, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts | Bookham Technology Ltd. | x | | |
| Parties to the Debtors Significant Executory Contracts | Brookfield Lakes Corporate Center | x | | |
| Parties to the Debtors Significant Executory Contracts | Brookfield Lepage Johnson | x | | |
| Parties to the Debtors Significant Executory Contracts | BSNL | x | | |
| Parties to the Debtors Significant Executory Contracts | California State Board of Equalization | x | | |
| Parties to the Debtors Significant Executory Contracts | California State Teachers Retierment | x | | |
| Parties to the Debtors Significant Executory Contracts | Campbell Creek Ltd. | x | | |
| Parties to the Debtors Significant Executory Contracts | Canal View Properties III, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | Carrasco | x | | |
| Parties to the Debtors Significant Executory Contracts | Catlin Canada Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts | Certain Tunable Laser Chips | x | | |
| Parties to the Debtors Significant Executory Contracts | China Mobility | x | | |
| Parties to the Debtors Significant Executory Contracts | Ciminelli Development Co. Inc. | | x | |
| Parties to the Debtors Significant Executory Contracts | City of Bonham | x | | |
| Parties to the Debtors Significant Executory Contracts | Coliseum Transfer Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts | Colliers Dickson Flake Partners Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts | Continental Casualty Company | | x | x |
| Parties to the Debtors Significant Executory Contracts | Crescent Peakview Tower LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | CTDI | x | | |
| Parties to the Debtors Significant Executory Contracts | Daeduck Electronics Company | x | | |
| Parties to the Debtors Significant Executory Contracts | Datatec Networking and Com. | x | | |
| Parties to the Debtors Significant Executory Contracts | Deka Immobilien Investment GMBH | | | x |
| Parties to the Debtors Significant Executory Contracts | Delta Networks Systems SA DE CV | x | | |
| Parties to the Debtors Significant Executory Contracts | Deutsche Telecom | x | | |
| Parties to the Debtors Significant Executory Contracts | Direct Touch Federal | x | | |
| Parties to the Debtors Significant Executory Contracts | Duesenberg Investment Company | x | | |
| Parties to the Debtors Significant Executory Contracts | Duke Realty Ohio | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|:---:|:---:|:---:|
| Parties to the Debtors Significant Executory Contracts | Empire Indemnity | x | | |
| Parties to the Debtors Significant Executory Contracts | Ernest Demel | x | | |
| Parties to the Debtors Significant Executory Contracts | Excelight Communications Inc. | | x | |
| Parties to the Debtors Significant Executory Contracts | Falvey Cargo Underwriting | x | | |
| Parties to the Debtors Significant Executory Contracts | France Telecom/Orange | | x | |
| Parties to the Debtors Significant Executory Contracts | Gail G. Anderson dba Willard T. Anderson Properties | x | | |
| Parties to the Debtors Significant Executory Contracts | Gateway Associates Ltd. | x | | |
| Parties to the Debtors Significant Executory Contracts | GCAN Insurance Company | x | | |
| Parties to the Debtors Significant Executory Contracts | Genesis Building LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | Green 485 Owner LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | Hanoi Telecom | x | | |
| Parties to the Debtors Significant Executory Contracts | Highpoint Telecommunications Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts | Hines Riverfront Plaza, LP | x | | |
| Parties to the Debtors Significant Executory Contracts | Hiscox Syndicate | x | | |
| Parties to the Debtors Significant Executory Contracts | HQ Global Workplaces Inc. | | x | |
| Parties to the Debtors Significant Executory Contracts | I & G Direct Real Estate 16, LP | x | | |
| Parties to the Debtors Significant Executory Contracts | IGD Properties Corp. | x | | |
| Parties to the Debtors Significant Executory Contracts | Insignia ESG, Inc. | | | x |
| Parties to the Debtors Significant Executory Contracts | IPC Metrocenter LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | IStar Ctl. 1, L.P./Lehman Ali Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts | ITC | x | | |
| Parties to the Debtors Significant Executory Contracts | Itel House | x | | |
| Parties to the Debtors Significant Executory Contracts | Jay Colton | x | | |
| Parties to the Debtors Significant Executory Contracts | JDS Uniphase Corporation | | x | x |
| Parties to the Debtors Significant Executory Contracts | Jim and Elaine Wright | x | | |
| Parties to the Debtors Significant Executory Contracts | Johnson Controls Inc. | | x | x |
| Parties to the Debtors Significant Executory Contracts | Joseph Srygler | x | | |
| Parties to the Debtors Significant Executory Contracts | Korea Telecom Freetel | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts | Kuehne & Nagel International AG | x | | |
| Parties to the Debtors Significant Executory Contracts | LGT | x | | |
| Parties to the Debtors Significant Executory Contracts | Lisa Fitzgerald | x | | |
| Parties to the Debtors Significant Executory Contracts | Mack Thorpe, Jr. | x | | |
| Parties to the Debtors Significant Executory Contracts | Max Bermuda Ltd. | x | | |
| Parties to the Debtors Significant Executory Contracts | Meadow Brook Office LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | Mera | x | | |
| Parties to the Debtors Significant Executory Contracts | Metropark South LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | Metropolitan Tulsa Investments LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | Micron | x | | |
| Parties to the Debtors Significant Executory Contracts | Minerva Systems Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts | New Boston 175 Capital Boulevard LP | x | | |
| Parties to the Debtors Significant Executory Contracts | Omaha Plaza Investments c/o CBRE The Mega Group | x | | |
| Parties to the Debtors Significant Executory Contracts | Omega Corporate Center, LP | x | | |
| Parties to the Debtors Significant Executory Contracts | One Boston Place, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | One Capital Mall Investors LP | x | | |
| Parties to the Debtors Significant Executory Contracts | Open Terrace Associates LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | Pamela Richardson | x | | |
| Parties to the Debtors Significant Executory Contracts | Patricia Harmon | x | | |
| Parties to the Debtors Significant Executory Contracts | Pavel Molodetskiy | x | | |
| Parties to the Debtors Significant Executory Contracts | Polytronix | x | | |
| Parties to the Debtors Significant Executory Contracts | Princeton E&S | x | | |
| Parties to the Debtors Significant Executory Contracts | QBE Specialty | x | | |
| Parties to the Debtors Significant Executory Contracts | Reckson Operating Partnership | x | | |
| Parties to the Debtors Significant Executory Contracts | Riverdale Office Properties Partnership | x | | |
| Parties to the Debtors Significant Executory Contracts | Robert Buchwald | x | | |
| Parties to the Debtors Significant Executory Contracts | RP Sam Houston Plaza, L.P. | x | | |
| Parties to the Debtors Significant Executory Contracts | Sasken | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts | Scansoft | x | | |
| Parties to the Debtors Significant Executory Contracts | Scott M. Johnson | x | | |
| Parties to the Debtors Significant Executory Contracts | Sharon Tangney | x | | |
| Parties to the Debtors Significant Executory Contracts | SK Telecom | | x | |
| Parties to the Debtors Significant Executory Contracts | Sobrato Land Holdings | x | | |
| Parties to the Debtors Significant Executory Contracts | Spectra Link | x | | |
| Parties to the Debtors Significant Executory Contracts | Steven Domenikos | x | | |
| Parties to the Debtors Significant Executory Contracts | Sunset Land Company LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | Talcott II Alamo LP | x | | |
| Parties to the Debtors Significant Executory Contracts | Talcott III Ormsby LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | Tallahassee Corporate Center LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | TCIT Dallas Industrial, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts | TCS Consulting | x | | |
| Parties to the Debtors Significant Executory Contracts | Technology Center Associates LP | x | | |
| Parties to the Debtors Significant Executory Contracts | Technology Park V LP | x | | |
| Parties to the Debtors Significant Executory Contracts | Technology Park X LTD Partnership | x | | |
| Parties to the Debtors Significant Executory Contracts | Tejas | x | | |
| Parties to the Debtors Significant Executory Contracts | Teligent Services Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts | Temple Insurance Company | x | | |
| Parties to the Debtors Significant Executory Contracts | Terrence Freeman | x | | |
| Parties to the Debtors Significant Executory Contracts | The Plaza CP, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | Tomorrow 35 Century L.P. | x | | |
| Parties to the Debtors Significant Executory Contracts | Tower 333 LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | Two Towne Square LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | UCM/SREP-Corporate Woods, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | US Cellular | x | | |
| Parties to the Debtors Significant Executory Contracts | Wanland and Associates | x | | |
| Parties to the Debtors Significant Executory Contracts | West Colony Office Associates, LP | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts | Wipro | x | | |
| Parties to the Debtors Significant Executory Contracts | Wireless (TX) LP QRS 14 | x | | |
| Parties to the Debtors Significant Executory Contracts | Wistron | x | | |
| Parties to the Debtors Significant Executory Contracts | Witness Systems Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts | Woodfield Holdings Pt., LLC | x | | |
| Parties to the Debtors Significant Executory Contracts | Xilinx Inc. | | x | |
| Parties to the Debtors Significant Executory Contracts | Zurich Insurance Company | | | x |
| Thirty Largest Unsecured Creditors | Advanced Information Management | x | | |
| Thirty Largest Unsecured Creditors | Airspan Communications Ltd. | | x | |
| Thirty Largest Unsecured Creditors | Alvarion Ltd | | x | |
| Thirty Largest Unsecured Creditors | Beeline | x | | |
| Thirty Largest Unsecured Creditors | Central General Engineering and Maintenance Limited | x | | |
| Thirty Largest Unsecured Creditors | Coams Inc | x | | |
| Thirty Largest Unsecured Creditors | Communications Test Design Inc. | x | | |
| Thirty Largest Unsecured Creditors | Covergence Inc. | x | | |
| Thirty Largest Unsecured Creditors | GFI Inc. | x | | |
| Thirty Largest Unsecured Creditors | Glow Networks | | x | |
| Thirty Largest Unsecured Creditors | I and C SA | x | | |
| Thirty Largest Unsecured Creditors | Isbel SA | x | | |
| Thirty Largest Unsecured Creditors | ITC Networks | x | | |
| Thirty Largest Unsecured Creditors | J Mock & Co SA | x | | |
| Thirty Largest Unsecured Creditors | Konet PR | x | | |
| Thirty Largest Unsecured Creditors | Lederfyl SA | x | | |
| Thirty Largest Unsecured Creditors | Manning Global | x | | |
| Thirty Largest Unsecured Creditors | Mcomm Group Inc | x | | |
| Thirty Largest Unsecured Creditors | Mercury America USA Corp | x | | |
| Thirty Largest Unsecured Creditors | Newcomm 2000 | x | | |
| Thirty Largest Unsecured Creditors | Online 2000 Inc | x | | |
| Thirty Largest Unsecured Creditors | Optime Consulting Inc | x | | |
| Thirty Largest Unsecured Creditors | Pension Benefit Guaranty Corporation | | x | |
| Thirty Largest Unsecured Creditors | Rerate Limited Inc | x | | |
| Thirty Largest Unsecured Creditors | SEAL Consulting | x | | |
| Thirty Largest Unsecured Creditors | Siemens Enterprise Comm Inc | x | | |
| Thirty Largest Unsecured Creditors | Tata Consultancy Services | | x | |
| Thirty Largest Unsecured Creditors | TEKsystems Inc. | x | | |
| Thirty Largest Unsecured Creditors | Telmar Network Technology | | x | |
| Thirty Largest Unsecured Creditors | Telrad Networks Ltd. | x | | |
| Thirty Largest Unsecured Creditors | Verint Americas Inc | x | | |
| Thirty Largest Unsecured Creditors | Wipro Systems Ltd. | x | | |
| Thirty Largest Unsecured Creditors | Wipro Technologies | x | | |
| Thirty Largest Unsecured Creditors | Wireless Integrated Networks WIN | x | | |
| Thirty Largest Unsecured Creditors | Wistron InfoComm Technology Corp. | x | | |