**Exhibit 2**

**Professionals That Are Or Have Provided Services**

1. CB Richard Ellis, Inc. has in the past and is currently providing services to EY LLP.

2. Torys LLP has provided services to EY LLP in the past.

3. Milbank Tweed LLP has provided services to EY LLP in the past.

4. Allen & Overy LLP has provided services to EY LLP in the past.

5. Cleary, Gottlieb, Steen & Hamilton LLP has provided services to EY LLP in the past.

6. Crowell & Moring LLP has in the past and is currently providing services to EY LLP.

7. Grant Thornton LLP has provided services to EY LLP in the past.

8. Jackson Lewis LLP has provided services to EY LLP in the past.

9. Mercer (US) Inc. has provided services to EY LLP in the past.

10. Morris, Nichols, Arsht & Tunnell LLP has provided services to EY LLP in the past.

11. Shearman & Sterling LLP has provided services to EY LLP in the past.

12. Special Counsel Inc. has provided services to EY LLP in the past.

13. Akin Gump Strauss Hauer & Feld LLP has provided in the past and is currently providing services to EY LLP.

14. Richards, Layton & Finger have provided services to EY LLP in the past.