**Exhibit 3**

**Litigation**

1. Fidelity Management Trust Company and Fidelity Capital Markets Services are a co-defendants with, among others, EY LLP in a litigation pending in the United States District Court for the Southern District of New York (Civ. No. 1:10-cv-8631, Case No. 1:08-cv-5523).

2. Edward D. Jones & Co., LP is a co-defendant with, among others, EY LLP in an action pending in the United States District Court for the Southern District of New York (Case Nos. 09-6041 and 08-cv-5523).

3. Jefferies & Company, Inc. is a co-defendant with, among others, EY LLP in a litigation pending in the State of New Mexico County of Santa Fe First Judicial District Court (No: D-101-CV-2008-01895).

4. Lehman Brothers, where officers & directors are named defendants, is a co-defendant with, among others, EY LLP in a litigation pending in the (a) United States District Court for the Southern District of New York (1:11cv2039, 1:11cv3552, 1:09-cv-01238, Civ. No: 10-CV-5201, 1:10-cv-8631, 11 CIV 3745, 121 CIV 4278, 1:09-cv-2363, 1:09-cv-3474, 1:09-cv-3475, Civ. No: 09-07878, 1:09-cv-3478, 1:09-cv-3467, 1:09-cv-1946, 1:09-cv-3476, 1:09-cv-6652, Civ. No: 09-07877, 1:09-cv-3468, Civ. No: 10-5617, Civ. No: 10 CV 6077, Civ. No: 1:11cv-384, Civ. No: 10-cv-6185, 1:09-cv-1944, Civ. No: 10-cv-2926, 1:09-cv-6040, 1:09-cv-6041, Civ. No: 1:08cv5523, Civ. No: 11 cv 5112); and (b) United States District Court Central District of California (Civ. No: 1:09-cv-01239).

5. Lehman Brothers Income Funds For Lehman, Lehman Brothers High Yield Bond Fund LLC, Lehman Brothers First Trust Income Oppor, Lehman Brothers Alpha Funds Plc For Lehman are plaintiffs in a litigation pending in the Superior Court of California, Los Angeles County Case No: 2:08-cv-03491 (BC389785).

6. Merrill Lynch, Pierce, Fenner & Smith Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated are a co-defendants with, among others, EY LLP in a litigation pending in (a) the United States District Court for the Northern District of Georgia (Case No: 1-09-CV-01185); (b) the United States District Court for the Southern District of New York (Civ. No. 09-2363, Case No: 1:08-cv-5523); (c) the State of New Mexico County of Santa Fe First Judicial District Court (No: D-101-CV-2008-01895).

7. Oppenheimer & Co. Inc. and Oppenheimer Acquisition Corporation are co-defendants with, among others, EY LLP in an action pending in the United States District Court for the Southern District of New York (Case Nos. 1:11cv1283, 1:11cv1284 and 08 Civ. 11117).

8. Richards, Layton and Finger, PA is a co-defendant with, among others, EY LLP in a litigation pending in the State of New Mexico County of Santa Fe First Judicial District Court (No: D-101-CV-2008-01895)

9. Ridge Clearing & Outsourcing Solutions Inc. is a co-defendant with, among others, EY LLP in a litigation pending in the United States District Court for the Southern District of New York (Civ. No. 09-2363).