Exhibit A
EXPENSE SUMMARY

Nortel Networks, Inc. *et al.*
(Case No. 09-10138)

**David Dan**
**Expense Summary**
**February 1, 2012 through February 29, 2012**

| EXPENSE CATAGORY | SERVICE PROVIDER (if applicable) | TOTAL EXPENSES |
|---|---|---|
| Airfare, Baggage, Hotel | US Airways/American Airlines | $668.88 |
| Ground Travel (Taxis) |  | $24.00 |
| Airport Parking | American Eagle | $34.00 |
| Meals |  | $32.06 |
|  |  | **$758.94** |

**Michael Stutts**
**Expense Summary**
**February 1, 2012 through February 29, 2012**

| EXPENSE CATAGORY | SERVICE PROVIDER (if applicable) | TOTAL EXPENSES |
|---|---|---|
| Ground Travel (Taxis) |  | $60.00 |
| Meals | Federal Cafe | $25.64 |
|  |  | **$85.64** |

**Barbara Gallagher**
**Expense Summary**
**February 1, 2012 through February 29, 2012**

| EXPENSE CATAGORY | SERVICE PROVIDER (if applicable) | TOTAL EXPENSES |
|---|---|---|
| Airfare, Baggage, Hotel | Holiday Inn/American Airlines | $208.41 |
| Ground Travel (Taxis) |  | $19.20 |
| Meals | Federal Cafe | $25.64 |
|  |  | **$227.61** |

Statement number:

# Expense Statement

| | | | | | period | |
|---|---|---|---|---|---|---|
| Name | Daniel D David | Department | Nortel LTD committee | | From | 2/26/2012 |
| Employee ID | 903957 | Manager | | | To | 2/28/2012 |
| Position | LTD committee member | | | | | |

| Date | Account | Description | Hotel | Transport | Fuel | Meals | Phone | Entertain. | Misc. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/26/2012 | | air/hotel/airport shuttle | 618.88 | | | | | | | 618.88 |
| 2/26/2012 | | baggage fee | | | | | | | 25.00 | 25.00 |
| 2/26/2012 | | dinner | | | | 25.00 | | | | 25.00 |
| 2/26/2012 | | taxi /tip | | 5.40 | | | | | 2.60 | 8.00 |
| 2/27/2012 | | taxi /tip | | 12.90 | | | | | 3.10 | 16.00 |
| 2/28/2012 | | lunch | | | | 7.06 | | | | 7.06 |
| 2/28/2012 | | airportparking 2/26-2/28 | | | | | | | 34.00 | 34.00 |
| 2/28/2012 | | baggage fee | | | | | | | 25.00 | 25.00 |
| | | | | | | | | | | 0.00 |
| | | | | | | | | | | 0.00 |
| | | | 618.88 | 18.30 | 0.00 | 32.06 | 0.00 | 0.00 | 89.70 | |
| | | | | | | | | | Subtotal | 758.94 |
| | | | | | | | | | Advances | |
| | | | | | | | | | TOTAL | 758.94 |

**Approved by**

**Notes**
travel expenses to NY city
from Wake Forest, NC for
Nortel LTD committee meeting

*2105 possum trot rd, wake forest, NC 27587*
Phone: 919-554-9291

**dan david**

From: "American Express Travel Customer Support" <service@americanexpress-travel.com>
To: <DDAVID4@NC RR.COM>
Sent: Thursday, February 09, 2012 10:14 AM
Subject: [Norton AntiSpam] American Express Travel Reservation - New York, NY

TRAVEL

Daniel,

Thank you for booking your travel with American Express Travel

You can view your Trip Details by logging onto
[link]

Share:

Your American Express Travel Trip ID is:

Your phone number for this trip
919-554-9291

► This is an e-ticket, so no paper ticket will be sent. What is an e-ticket?
Please note: Seat requests are not guaranteed and may be changed by the airline. In addition, flight times may be changed by the airline.

Round-Trip Ticket

All flight times are local to each city

**Sun, Feb 26, 2012**

Depart: 01:25 pm          Raleigh/Durham NC (RDU)
Arrive: 02:59 pm          New York, NY (LGA)

code: DXHWPT
US Airways, Flight 3765
Operated by
US AIRWAYS EXPRESS AIR WISCONSIN
Non-stop

Travel time: 1 hr 34 mins
Seat request: 5F

**Tue, Feb 28, 2012**

Depart: 01:20 pm          New York, NY (LGA)
Arrive: 03:00 pm          Raleigh/Durham NC (RDU)

code: LXCUIM
American Airlines, Flight 4431
Operated by
AMERICAN EAGLE
Non-stop

Travel time: 1 hr 40 mins
Seat request: 6C

2/9/2012

There are baggage fees/rules for US Airways US AIRWAYS EXPRESS-AIR WISCONSIN , American Airlines and AMERICAN EAGLE that apply to this itinerary and may be accessed by visiting the Airline Fees page

| | |
|---|---|
| **Passengers**<br>Daniel David | **Frequent Flyer Information**<br>Add your number at the airport |

1 Room 2 Nights

| | |
|---|---|
| Confirmation number: 10103634240 | Contact: DANIEL DAVID |
| 9 SOUTH WILLIAM STREET<br>New York, NY 10004<br>212 747 1500 | Check in: Sun, Feb 26, 2012<br>Check out: Tue, Feb 28, 2012<br>Room 1: 2 Doubles (1 adult) |

Attention - Hotel Front Desk
This is a pre-paid reservation. Please check your reservation system for payment information
Pre-paid amount may not include extra fees payable to the hotel at check out

| | |
|---|---|
| Confirmation number: 985987431 | Contact: DANIEL DAVID |
| SuperShuttle Airport Transfers, New York<br>Tue Feb 28<br>1 Traveler (ages 2+) | You must print the voucher and bring it with you on your trip |

| | |
|---|---|
| Confirmation number: 985987432 | Contact: DANIEL DAVID |
| SuperShuttle Airport Transfers, New York<br>Sun, Feb 26<br>1 Traveler (ages 2+) | You must print the voucher and bring it with you on your trip |

**Add a Car**
From compacts to SUVs, we've got cars well-suited for your time behind the wheel

Find a car

2/9/2012



American Express® Travelers Cheques - The Safety of Travelers Cheques

Travel Insurance - Feel secure knowing you are protected if plans change or the unexpected happens

| | |
|---|---|
| Flight + Hotel | $501.63 |
| | $85.19 |
| Flight + Hotel Total | $586.82 |
| SuperShuttle Airport Transfers, New York | $16.03 |
| SuperShuttle Airport Transfers, New York | $16.03 |
| Total: | $618.88 |

Additional baggage fees may apply

We charged a total of $618.88 to your American Express® Card xxxx-xxxx-xxxx-1009

Please reference your American Express Travel trip ID 8204 0806 4006 anytime you call. There may be a penalty and/or charges for reservation changes.

Customer Support
In the US                    1-800-297-2977           24 hours/7 days a week
Outside the US               1-210-582-2716           24 hours/7 days a week

Online Support

Travel Checklist

- Printed itinerary — Please print this information and take it with you on your trip
- Photo ID — Every air passenger must have a valid government-issued photo ID (e.g. driver's license or passport) The name on the photo ID must match the passenger name in the reservation. Once the ticket has been issued the name on the ticket cannot be changed
- TSA Secure Flight Information — Any information you provided has been added to your reservation. If you did not provide Transportation Security Administration (TSA) Secure Flight information for all travelers, be sure to contact the airline and give them this information before traveling
- Flight Information — Check for flight and gate updates prior to your departure. Some airlines allow you to print your boarding pass with an online check-in feature
- Schedule changes — The airline may change your flight itinerary at any time. If we are notified of any

2/9/2012

```
& & & 403 & & &
******** 85 WEST*********
407 MAXINE

CHK 8536  26FEB'12   6:38GST 1

  1 CHICKEN QUESDILL    14.00
  1 COFFEE               5.00
    Sub-Total:          19.00
    Tax                  1.69
 7:03 TOTAL DUE:  $20.69
PLEASE COMPLETE FOR ROOM CHARGES

GRATUITY _____  4 31

TOTAL _____  25 00

ROOM NUMBER ____

PRINT LAST NAME _____

SIGNATURE _____
```

```
FIVE GUYS
BURGERS AND FRIES
STORE # NY-1104
CENTRAL TERMINAL BUILDING, SPACE WF2
LAGUARDIA AIRPORT
FLUSHING, NY 11371
(P) 718-505-0565
(F) 718-505-0566
2/26/2012  11:39:55 AM
```

# FIVE GUYS
## 85

```
Order Number:  85

1 BLT                    4.59
    MAYO
1 Bottled Water          1.89

    Sub Total:          $6.48
    Tax:                $0.58
    Total:              $7.06

    Cash               $10.06
    Change              $3.00
Register: 1      Tran Seq No:32890585
Cashier: Joe L.
***********************************
Don't throw away your receipt!!!

Help Five Guys and you could Win!
```

```
    THANKS
 TO CONTACT TLC
   DIAL 3-1-1

MED#:      5G54
DRIVER: 5187960
02/26/12 TR 2512
START  END MILES
19:22 19:28  0.6
Regular Fare
RATE 1: $   4.90
SURCH: $    0.00
StSrch:$    0.50
TOTAL: $    5.40
    THANKS
 TO CONTACT TLC
   DIAL 3-1-1

AUTH:

Contact TLC ____
```

```
I ♥ NEW YORK
HACK #:         00497025
MEDALLION           8M84
02/27/2012 08:39 - 08:49
TRIP# 1369 RATE#       1
STAND. CITY RATE
MILES R1            0.94
FARE R1      $      6.50
STATE SRCHG$        0.50
TOLLS $             0.00
GRAND TOTAL $       7.00

Contact TLC Dial 3-

MED#        2490
DRIVER:  5013723
02 27 12 TR 8011
START  END MILES
21:59 22:04  0.6
Regular Fare
RATE 1:$    4.90
SURCH: $    0.50
StSrch:$    0.50
TOTAL: $    5.90
    THANKS
  CONTACT TLC
   DIAL 3-1-1
```

```
Paradies Shops - Raleigh
Raleigh International Airport
Raleigh, North Carolina

FIJI WATER 500 ML   13386316000
                          2 79 T
DORITOS COOL RANCH  49474033000
                          2 19 T

SUBTOTAL                   $4.98
TAX ON WATER               $0.19
TAX ON CONV                $0.15
TOTAL                      $5.32
CASH                       $5.32

ITEMS 2
02/26/12  12:00PM
0670 02 21506 JAMES              916

   Thank You for Shopping at
      The Paradies Shops
   Raleigh International Airport
  ELEBRATING 50 YEARS OF BUSINESS!!
```

# Raleigh - Durham

```
International Airport
1000 Trade Drive
NC 27623 Raleigh Durham
(919) 840-2140

Receipt 7073/5153/912  02/26/12 15:18:29

010100 Pay Parking Ticket  $   34.00
Entered: 02/26/12 10:36
Paid:    02/26/12 15:18
Length of stay: 2 Dy 4 Hr 42 Min
```

Total Amount         $ 34.00

```
    Accepted Total    $   40.00
    Change            $    5.00
***************************************
**          Thank you               **
***************************************
```

```
DWDSP8/US       26FEB12     BF368411       E-TICKET RECEIPT
DAVID/DANIELD                                        ARRIVAL
100A EXCESS BAG EBC    US   9957   Y    26FEB    1130A   FEE FEE


FP   AXXXXXXXXXXXX1009/XXXX/109420 /FC BAGGAGE FEE (1B) 01 0025 (2B) 00
0000 (3B) 00 0000 (4B) 00 0000 (OW) 00 0000 (OZ) 00 0000  (SE) 00 0000 (C
U) 00 0000 USD25 00END
```



```
FARE  USD   25.00     DOCUMENT NUMBER  0372462084120
TAX   US     0.00
TAX                   NO CASH VALUE               THANK YOU FOR FLYING
TOTAL USD   25.00     NOT VALID FOR TRAVEL          US AIRWAYS
```



**PASSENGER TICKET AND BAGGAGE CHECK**

AmericanAirlines    PASSENGER RECEIPT 1    AmericanAirlines
                    28FEB12  33106124      REFUNDABLE ONLY WITH
                    LGA 52T   /NEW YORK LGA  US RELATED FLIGHT CPN
DAVID/DANIEL D                              RETAIN THIS RECEIPT
**NOT VALID FOR**                           THROUGHOUT YOUR
**TRANSPORTATION**                          JOURNEY
              PSGR TICKET  0378743115895
                                   PNR CODE    FOR CONDITIONS OF
                                   LXCUIM/     CONTRACT - SEE
CHECKED BAGGAGE FEE    25.00                   PASSENGER TICKET AND
                                               BAGGAGE CHECK

                                               NOT VALID FOR TRAVEL

USD  25.00    FP AXXXXXXXXXXXX1009 508056
      NA
      NA     00116576462991    0 001 0266194453 4
      NA
USD  25.00
```

**Subject:** Your Reservation Confirmation at Holiday Inn - Confirmation # 60923910
**From:** Holiday Inn (HolidayInn@reservations.ihg.com)
**To:** ballyglas@pobox.com;
**Date:** Wednesday, February 8, 2012 10:13 AM

Go to Mobile Website
Go to Holidayinn.com



Reservations | Locations | Customer Care | Priority Club Rewards

Your Reservation with Holiday Inn
**Your Confirmation Number is 60923910.**

Thank you for choosing Holiday Inn. We can't wait for you to experience our refreshing new look and feel. If there's anything we can do for you, please let us know.



### Get Rewarded

With Priority Club Rewards:
- Earn points at over 4,400 hotels
- Points never expire
- No black out dates

PriorityClub

**Reservation and Hotel Details**

| | |
|---|---|
| | BARBARA GALLAGHER |
| | 1 |
| | 1 KING BED LEISURE NONSMOKING |
| | Advance Purchase |
| | 2 adult(s) |
| | Sun 26 Feb 2012 03:00 PM |
| | Mon 27 Feb 2012 12:00 PM |
| | Take advantage of special savings when you book early. This rate is nonrefundable, requires full prepayment, and is charged to your credit card between time of booking and day of arrival. |
| | Nonsmoking |
| | Because of a disability I require a QUIET room. |
| | Must purchase at least 10 days in advance. A deposit for the entire stay is due at time of booking. Canceling your reservation or failing to arrive will result in forfeiture of your deposit. Taxes may apply. |



51 NASSAU STREET
NEW YORK CITY, NY 10038
001-212-2273007

Learn about things to see and do near your hotel.

Explore dining options at the hotel and in the nearby area.

| | Sun 26 Feb 2012 - Mon 27 Feb 2012 | $135.00 (USD) |
|---|---|---|
| | | 1 room(s) |
| | | $23.41 (USD) |
| | | $158.41 (USD) |

## Driving Directions to your Hotel

**FROM JFK: NE ON VAN WYCK EXPY ONTO I-678 N. EXIT 9 MERGE TO NY-25 W/QNS. BLVD. HEAD TO I-278 W. EXIT 29/TILLARY ST. RIGHT AT ADAMS ST. ONTO BKLYN BRIDGE. TAKE CENTRE ST N EXIT, FOLLOW SIGNS PARK ROW S/2. SIDE HWY, ONTO PARK ROW. LEFT AT BROADWAY. LEFT AT**

## Exclusive Deals & Updates

Sign up to receive email updates from Holiday Inn. Be the first to know about exclusive offers, sales and specials.



### Advance Purchase

Book 14 days in advance to save up to 20% on your room.



### Holiday Inn

### Our Best Prices

With our Best Price Guarantee, find our best prices or your first night is free.



You are subscribed as: ballyglass@pobox.com

You have received this email as a result of your recent transaction with Holiday Inn.

**Airlines** BAGGAGE CHARGE RECEIPT **Airlines**

PASSENGER NAME
GALLAGHER/BARBARA

Checked Bag Fee            1      25.00 USD

EWR ORD - AA ORD DFW - AA
Total with Applicable TFC           25.00 USD
Credit Card   MC XXXXXXXXXXXX9270

DATE
FEBRUARY __, 2012                          TFC=TAXES, FEES & CHARGES

Agent: EWR-SSM    001 0266241987    4

---

**AmericanAirlines** BAGGAGE CHARGE RECEIPT AmericanAirlines

PASSENGER NAME
GALLAGHER/BARBARA

Checked Bag Fee            1      25.00 USD

EWR ORD - AA ORD DFW - AA
Total with Applicable TFC           25.00 USD
Credit Card   MC XXXXXXXXXXXX9270

DATE
FEBRUARY 29, 2012                          TFC=TAXES, FEES & CHARGES

Agent: EWR-SSM    001 0266241987    4

[taxi meter receipt, illegible]



Date 2/27/12 20

**OFFICIAL TAXI RECEIPT**

FROM Holiday Inn Nassau

TO Marriott Financial Center

FARE PAID $15.00

SIGNATURE [signature]

```
Federal Cafe
51 Nassau Street
New York N.Y. 10038
212-227-3007

26 ROMANA A
-------------------------------
Tbl 5/1    Chk 2923      Gst 1
      Feb27'12 07:36AM
-------------------------------
 1 Best-4-Value      5.95
 1 Hot Tea           1.95
 1 OJ  Small         2.50

   Subtotal         10.40
   Tax               0.92
08:03AM Total Due  11.32


ROOM #_____

TIP_____1.50_____

TOTAL_____12.82_____

SIGNATURE_____[signature]__
```

```
Federal Cafe
51 Nassau Street
New York N.Y. 10038
212-227-3007
Date:        Feb28'12 08:38AM
Card Type:   mastercard
Acct #:      XXXXXXXXXXXX5328
Card Entry:  SWIPED
Trans Type:  PURCHASE
Exp Date:    XX/XX
Auth Code:   28842P
Check:       2991
Table:       14/1
Server:      26 ROMANA A

Subtotal:        11.32

TIP_____1.50_____

TOTAL_____12.82_____

SIGNATURE___[signature]___

Thank you for dining with us!

Customer Copy
```

```
    I ♥ NEW YORK
HACK #:         05176371
MEDALLION            9V54
02/26/2012 12:28 - 12:48
TRIP# 11148 RATE#       1
STAND. CITY RATE
MILES R1            12.26
FARE R1        $    27.30
STATE SRCHG$         0.50
TOLLS $              0.00
GRAND TOTAL $       27.80
Contact TLC Dial 3-1-1
         tip   2.20
         total 30.00
```

```
[faded receipt]
         tip  1.—
         total 30.—
```