# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  In re: <u>Nortel Networks Inc.</u>     Case No. <u>09-10138</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone: <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

<u>MUNCK CARTER</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim:   USD<u>$13,939.50</u>
Date Claim Filed:  <u>N/A</u>

Phone: <u>972-628-3600</u>
Last four digits of Acct.#:  <u>N/A</u>

Name and Current Address of Transferor:

MUNCK CARTER
600 Banner Place Tower
12770 Coit Road
Dallas, TX 75251

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                      Date: <u>April 2, 2012</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

 Exhibit A to Assignment of Claim 

TO:           United States Bankruptcy Court ("Bankruptcy Court")
              District of Delaware
              824 North Market Street, 3rd Floor
              Wilmington, DE 19801-3024
              Attention: Clerk


AND TO:       NORTEL NETWORKS INC.     ("Debtor")
              Case No. 09-10138


Claim # N/A

**MUNCK CARTER**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$13,939.50** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.
IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30th DAY OF MARCH , 2012.


ASSIGNOR: MUNCK CARTER                        ASSIGNEE: TRC MASTER FUND LLC

_____               _____
(Signature)                                   (Signature)

_TED Andsvoron_____                     Terrel Ross_____
(Print Name)                                  (Print Name)

_____CFO_____               Managing Member_____
(Title)                                       (Title)

In re  **NORTEL NETWORKS INC.**
                                                        Case No.  09-10138

                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  467999 <br> MUNCK CARTER <br> 600 BANNER PLACE <br> DALLAS, TX  75251 | | | TRADE PAYABLE | | | | $13,939.50 |
| ACCOUNT NO.  453542 <br> MYCOM INTERNATIONAL <br> PO BOX 546 <br> ST-HELIER JERSEY  JE4 8XY <br> JERSEY | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO.  445842 <br> MYSQL INCORPORATED <br> PO BOX 951549 <br> DALLAS, TX  75395-1549 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. <br> N MEML MED CTR MAMMOGRAP <br> 3300 OAKDALE N AVE <br> MINNEAPOLIS, MN  55422 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. <br> NANCY J WHITE <br> 5738 PARK LANE <br> FRISCO, TX  75034 | | | RESTORATION PLAN | | X | | UNKNOWN |
| ACCOUNT NO. <br> NANCY S MCGONAGLE <br> 35 LIP LIP LANE <br> NORDLAND, WA  98358 | | | RESTORATION PLAN | | X | | UNKNOWN |
| ACCOUNT NO.  465218 <br> NAP OF THE AMERICA <br> 2601 S BAYSHORE DRIVE <br> COCONUT GROVE, FL  33133 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. <br> NASH & COMPANY <br> 666 BURRARD STREET, SUITE 800 <br> VANCOUVER, BC  V6C 3P3 <br> CANADA | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. <br> NASIR MALIK <br> 1172 PARK WILLOW CT <br> MILPITAS, CA  95035 | | | LTIP RESTORATION PLAN | X | X | | $692.09 |
| ACCOUNT NO.  437532 <br> NASTD <br> 2760 RESEARCH PARK DR <br> LEXINGTON, KY  40578 | | | TRADE PAYABLE | X | X | X | UNKNOWN |

Sheet no. 386 of 527 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal     $14,631.59