## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Monthly Operating Report (Reporting Period January 1, 2012 Through January 31, 2012)** was caused to be made on April 2, 2012, in the manner indicated upon the entities identified below.

Date: April 2, 2012                           _/s/ Ann C. Cordo_____
Wilmington, DE                                Ann C. Cordo (No. 4817)


**VIA HAND DELIVERY**                    **VIA FIRST CLASS MAIL**

Thomas P. Tinker, Esq.                       Fred S.  Hodara, Esq.
Office of the U.S. Trustee                    Akin Gump Strauss Hauer & Feld LLP
844 King Street                               One Bryant Park
Suite 2207, Lockbox 35                        New York, NY  10036
Wilmington, DE  19801-3519                    (Counsel for Official Committee
(Trustee)                                     Of Unsecured Creditors)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

4167932.4