

March 26, 2012

U.S. Bankruptcy Court for the District of Delaware
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5075
New York, N.Y. 10150-5075

Re: Nortel Networks inc., et al. Case number 09-10138, Claim Numbers 4207, 3540

Sir:

By letter dated August 15, 2011 (copy attached), I notified Epiq Bankruptcy Solutions that the referenced claims should show Nortel Networks Inc. as the debtor and the case number as 09-10138(KG). Despite this request for correction, these claims continue to be listed as showing no case number and no debtor.

Please amend these proofs of claim to show the debtor and case number as described above.

Thank you for your attention to this matter.

Respectfully submitted,

Raymond L. Strassburger
2805 Pine Hollow Road
Oakton, VA 22124

Attachment

Copy:
Clerk, U.S. Bankruptcy Court for the District of Delaware
824 North Market Street
3rd Floor
Wilmington, Delaware 19810

August 15, 2011

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5075
New York, N.Y. 10150-5075

RE: Case Number 09-10138; Claim Numbers 4207, 3540

Sir:

Please amend the referenced claims (4207, 3540) in the referenced case to show the debtor as Nortel Networks Inc. and the case number as 09-10138.

The claims are currently listed as showing no debtor and no case number.

Thank you.

Respectfully submitted,

/s/

Raymond L. Strassburger
2805 Pine Hollow Road
Oakton, VA 22124