IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Algo Communication Products Ltd. | Adv. Pro. No. 10-55913 |
| Nortel Networks Inc. v. Revonet, Inc. | Adv. Pro. No. 10-55182 |

**STATUS REPORT ON AVOIDANCE ACTIONS
ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE**

        In accordance with the Court's Chambers' Procedures and the Scheduling Order dated April 12, 2011 entered with respect to the above-captioned adversary proceedings and pursuant to the Court's February 2, 2012 Notice and Order of Request for Status Report, plaintiff, Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

                                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                              James L. Bromley (admitted *pro hac vice*)
                                              Lisa M. Schweitzer (admitted *pro hac vice*)
                                              Neil P. Forrest (admitted *pro hac vice*)
                                              Nora K. Abularach (admitted *pro hac vice*)
                                              One Liberty Plaza
                                              New York, New York 10006
                                              Telephone:  (212) 225-2000

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Chad A. Fights
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*

Dated:  April 5, 2012
Wilmington, Delaware

## STATUS F

### DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55913 | Algo Communication Products, Ltd. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated October 25, 2011. |

## STATUS J

### STAYED BY DEFENDANT'S FILING OF ITS OWN BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55182 | Revonet, Inc. | Suggestion of Bankruptcy was filed by Nortel Networks Inc. on January 11, 2011. |