**CERTIFICATE OF SERVICE**

       I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross, Chief Judge** was caused to be made on April 5, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: April 5, 2012                                 */s/ Chad A. Fights*
Wilmington, Delaware                     Chad A. Fights (No. 5006)

5827121