## Nortel Wave 4 Service List

**Via Hand Delivery**

**Counsel for Algo Communication Products**
Morris James LLP
Jeffrey Waxman
500 Delaware Ave, Ste 1500
Wilmington, DE 19801

**Via First Class Mail**

Revonet, Inc.
125 Elm Street
New Canaan, CT 06840

4273379.1