# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Re: D.I. 7401 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc. v. Beeline.com, Inc., *et al.* | Adv. Proc. No. 10-55165 (KG)<br><br>Re: D.I. 107 |
| Nortel Networks Inc. v. Ian Martin Limited and Ian Martin Technology Staffing, Inc. | Adv. Proc. No. 10-55929 (KG)<br><br>Re: D.I. 59 |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE STIPULATION OF SETTLEMENT OF AVOIDANCE CLAIMS BY AND BETWEEN NORTEL NETWORKS INC. AND NORTEL NETWORKS (CALA) INC. AND IAN MARTIN LIMITED AND IAN MARTIN INC. (f/k/a IAN MARTIN TECHNOLOGY STAFFING, INC.)**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order**

---

[1] In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

**Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Nortel Networks (CALA) Inc. and Ian Martin Limited and Ian Martin Inc. (f/k/a Ian Martin Technology Staffing, Inc.)** (the "Motion") filed on March 19, 2012.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in theses cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Motion, objections were to be filed and served no later than 4:00 p.m. (Eastern Time) on April 2, 2012.

WHEREFORE, the Debtors respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: April 5, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
(212) 225-2000

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*/s/ Chad A. Fights*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (D.I. 4187)
Chad A. Fights (No. 5006)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
(302) 658-9200

*Counsel for the Debtors
and Debtors in Possession*

4054234.1