IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 7445, 7451, 7453, 7462, 7472 and 7474** |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT　）
　　　　　　　　　　　　） ss.:
COUNTY OF HARTFORD　　）

TIM CONKLIN, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Senior Case Manager by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On April 5, 2012, I caused to be served personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), samples of which are annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　／s／ Tim Conklin
　　　　　　　　　　　　　　　　　　　Tim Conklin

Sworn to before me this
5th day of April, 2012

／s／ Amy Lewis
Amy Lewis
Notary Public, State of Connecticut

AMY E. LEWIS
NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 2012

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     Radio Frequency Systems, Inc.
        200 Pondview Drive
        Meriden, CT 06450

Your claim, in the amount of **$1,393,585.20** has been transferred, unless previously expunged by Court Order, to:

   Avenue TC Fund, L.P.
   399 Park Avenue, 6th Floor
   New York, NY 10022
   Attn: David S. Leinwand

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number #7445 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By     /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 5, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     **Nance, Manly**
**182 Woodberry Rd SW**
**Meadows Dan, VA 24120-3682**

Your claim, in the amount of **$63,388.93** has been transferred, unless previously expunged by Court Order, to:

**Liquidity Solutions, Inc.**
**One University Plaza, Suite 312**
**Hackensack, NJ  07601**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#7451** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By     /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 5, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:　　BRE/One Boston L.L.C
　　　　c/o Douglas B. Rosner, Esq.
　　　　Goulston & Storrs, P.C.
　　　　400 Atlantic Avenue
　　　　Boston, MA 02110-3333

Your claim, in the amount of **$1,845,117.96** has been transferred, unless previously expunged by Court Order, to:

　　　　ASM Capital IV, L.P.
　　　　ASM Capital
　　　　7600 Jericho Turnpike, Suite 302
　　　　Woodbury, NY 11797

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#7453** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By　　/s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 5, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     **Allan Phillips**
        **861 Hill Street**
        **Whitinsville, MA 01588**

Your claim, in the amount of **$57,545.69** has been transferred, unless previously expunged by Court Order, to:

**Liquidity Solutions, Inc.**
**One University Plaza, Suite 312**
**Hackensack, NJ  07601**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#7462** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By     /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 5, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     **DEREK PEPER**
**1227 GREENWAY DRIVE**
**ALLEN, TX 75013**

Your claim, in the amount of **$92,935.38** has been transferred, unless previously expunged by Court Order, to:

**Liquidity Solutions, Inc.**
**One University Plaza, Suite 312**
**Hackensack, NJ  07601**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#7472** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By     /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 5, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To: **OGLETREE DEAKINS**
**PO BOX 167**
**GREENVILLE, SC 29602**

Your claim, in the amount of **$36,562.50** has been transferred, unless previously expunged by Court Order, to:

**Liquidity Solutions, Inc.**
**One University Plaza, Suite 312**
**Hackensack, NJ  07601**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#7474** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By   /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 5, 2012

**EXHIBIT B**

Cleary Gottlieb Steen & Hamilton LLP
Attn: James Bromley
One Liberty Plaza
New York, NY 10006

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

ASM Capital IV, L.P.
ASM Capital
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Avenue TC Fund, L.P.
399 Park Avenue, 6th Floor
New York, NY 10022
Attn: David S. Leinwand

Radio Frequency Systems, Inc.
200 Pondview Drive
Meriden, CT 06450

Nance, Manly
182 Woodberry Rd SW
Meadows Dan, VA 24120-3682

BRE/One Boston L.L.C
c/o Douglas B. Rosner, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Allan Phillips
861 Hill Street
Whitinsville, MA 01588

DEREK PEPER
1227 GREENWAY DRIVE
ALLEN, TX 75013

OGLETREE DEAKINS
PO BOX 167
GREENVILLE, SC 29602