# UNITED STATES BANKRUPTCY COURT

__FOR THE__    District Of __DELAWARE__

In re __NORTEL NETWORKS INC.et al__ )

)  Case No. __09-10138(KG)__

)

)  Chapter ___11___

## OBJECTION TO DEBTORS
## MOTION TO APPOINTING
## A
## MEDIATOR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(A). Vincent E. Rhynes on Behalf of Himself & Warehouse Holding (546) , General Beneficial Lp Object to the Debtors Motion to Appoint A Mediator on the Grounds that the Official Committees hold the duties deemed proper in respect of 'REIMBURSEMENTS' due us through sell transactions that fall short in respect of the Debtors "Financial Statements & 10 Qs/Ks" Otherwise A 'Proper Committee' should be appointed. (-_-_-_ )

(B). "REQUEST FOR PAYMENT" once again is also hereby given under section 503(b) of the Bankruptcy Code. See docket # 6453 filed 09-22-2011 etc.

(C ). Note: The Debtors simply 'Flat Lined' & 'Interest holders would have needed to  trigger out' to capture  flat line in violation Of  10Qs/10ks. See capacitor reaction rise & fall time.

(D). The parties in (A) above seek to use proper committees
With respect to there rights to recover 'Reimbursements' on
Fall short sell transactions.

-RELIEF REQUESTED-
That (A)(B&D) above be Upheld & Granted.

-BASIS FOR RELIEF-
Section 503 of the bankruptcy code.
Section 1102 (a) 2&4
Section 1103 (c) & (d).
Section 105(a) of the Bankruptcy Code.

Dated: 04-02-2012

Vincent E. Rhynes (Pro Se)
513 w. 159th street Gardena CALI F.
90248        (310)329-4254

**ORIGINAL**

# EXHIBIT A

United States Trustee
844 king street, Room # 2207
Wilmington, DE 19801

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
ATTN: James L. Bromley