# UNITED STATES BANKRUPTCY COURT

FOR THE **DISTRICT OF** DELAWARE

In re NORTEL NETWORKS INC. **Case NO.** 09-10138(KG)
et al.,

**Chapter** 11

***

## CERTIFICATE OF SERVICE

I, Vincent Rhynes, hereby certify under penalty of perjury that:

I am over the age of Eighteen years of age and reside in Los Angeles, County, CALIF.

On 04-02-2012, I caused to be served a true and correct Copy of the objection of Vincent Rhynes etc. To Be Sent by first class mail upon the parties Listed in Exhibit A attach hereto.

Date: 04-02-2012

Vincent Rhynes (310)329-4254
513 W. 159th Street Gardena CALIF, 90248