United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Nortel Networks Inc. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| Debtor | } Amount **$9,634.15** |

*AS SET FORTH ON SCHEDULE E*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

JOSE PAULINO
892 MICHAEL DR #3
CAMPBELL, CA 95008

The transfer of your claim as shown above in the amount of **$9,634.15** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/JEFFREY CARESS
    Liquidity Solutions Inc
    (201) 968-0001

3265935

In re **NORTEL NETWORKS INC.**                                     Case No. 09-10138
                    Debtor                                                   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JOHN S MILFORD<br>4516 SPYGLASS DR<br>LITTLE RIVE, SC 29566 | | | SEVERANCE | | | | $41,495.33 | $7,004.86 | $34,490.47 |
| ACCOUNT NO.<br>JOHN W SOWLES<br>520 SUMMIT ROAD<br>WATSONVILLE, CA 95076 | | | SEVERANCE | | | | $46,666.14 | $6,496.76 | $40,169.38 |
| ACCOUNT NO.<br>JOHNSON COUNTY TREASURER<br>PO BOX 2902<br>SHAWNEE MISSION, KS 66201-1302 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>JORGE GUTIERREZ<br>6309 KIT CREEK RD.<br>MORRISVILLE, NC 27560 | | | SEVERANCE | | | | $22,433.13 | $3,132.66 | $19,300.47 |
| ACCOUNT NO.<br>JORGE RODRIGUEZ<br>153 LAFAYETTE PL<br>LYNDHURST, NJ 07071 | | | SEVERANCE | | | | $28,102.21 | $6,316.70 | $21,785.51 |
| ACCOUNT NO.<br>==JOSE PAULINO==<br>==892 MICHAEL DR #3==<br>==CAMPBELL, CA 95008== | | | ==SEVERANCE== | | | | ==$9,634.15== | ==$8,166.77== | ==$1,467.38== |
| ACCOUNT NO.<br>JUDITH A GARRETT<br>32 1/2 W PINE ST<br>PLAISTOW, NH 03865 | | | SEVERANCE | | | | $10,721.17 | $6,628.44 | $4,092.73 |
| ACCOUNT NO.<br>KANAWHA COUNTY SHERIFF<br>409 VIRGINIA ST E RM 120<br>CHARLESTON, WV 25301-2595 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>KANLI M SHEN-CHOU<br>3307 MORNING GLORY WAY<br>RICHARDSON, TX 75082 | | | SEVERANCE | | | | $14,483.22 | $6,902.28 | $7,580.94 |

Sheet no. 77 of 124 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | $173,535.35 | $44,648.47 | $128,886.88

## TRANSFER NOTICE

Jose Paulino ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Nortel Networks Inc.** (the "Debtor"), in the aggregate amount of **$9,634.15**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the 4 day of April, 2012

Jose Paulino

(Signature)

Jose Paulino
(Print Name and Title)

Liquidity Solutions, Inc.
JEFF CARLSS

Nortel Networks Inc.
Jose Paulino


3319570