## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING OF EIGHTY-SECOND REPORT OF THE
## MONITOR OF THE CANADIAN NORTEL COMPANIES
## IN THE CANADIAN PROCEEDINGS

**PLEASE TAKE NOTICE** that on April 6, 2012, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), by its undersigned counsel, filed, in the above-captioned cases, a copy of the Eighty-Second Report of the Monitor (the "**Eighty-Second Report**"), dated February 24, 2012.  A copy of the Eighty-Second Report is annexed hereto as <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Eighty-Second Report is also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel

Dated: April 6, 2012
      Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Mary F. Caloway
Mary F. Caloway (No. 3059)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
T: (302) 552-4200
F: (302) 552-4295
mary.caloway@bipc.com

- and -

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

Ken Coleman
Lisa Kraidin
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, New York  10020
T: (212) 610-6300
F: (212) 610-6399
ken.coleman@allenovery.com
lisa.kraidin@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian Nortel Group*