# **EXHIBIT A**

**No-Basis Claims**

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5359<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5360<br>9/30/09<br>09-10139<br>Nortel Networks<br>Capital Corporation | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5361<br>9/30/09<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 1 of 7*

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5362<br>9/30/09<br>09-10141<br>Alteon WebSystems<br>International, Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5363<br>9/30/09<br>09-10142<br>Xros, Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5364<br>9/30/09<br>09-10143<br>Sonoma Systems | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 2 of 7*

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5365<br>9/30/09<br>09-10144<br>Qtera Corporation | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5366<br>9/30/09<br>09-10145<br>CoreTek, Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5367<br>9/30/09<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5368<br>9/30/09<br>09-10147<br>Nortel Networks Optical Components Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5369<br>9/30/09<br>09-10150<br>Nortel Networks International Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5370<br>9/30/09<br>09-10148<br>Nortel Networks HPOCS Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 4 of 7*

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5371<br>9/30/09<br>09-10149<br>Architel Systems<br>(U.S.) Corporation | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5372<br>9/30/09<br>09-10152<br>Nortel Networks<br>Cable Solutions Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5373<br>9/30/09<br>09-10151<br>Northern Telecom<br>International Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5374<br>9/30/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 6796<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 6798<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | The claim asserts a special retirement benefit in respect of service with STC plc, a UK telecommunications company that was purchased by Nortel in 1991. Such benefits appear to have been historically paid by Northern Telecom Europe Limited, a predecessor in interest to Nortel Networks Optical Components Limited, a subsidiary of Nortel Networks UK Limited. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including the supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| **Totals:** | **18 Claims** | - (S)<br>- (A)<br>- (P)<br>$57,819,431.00 (U)<br>$57,819,431.00 (T) | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed