# EXHIBIT C

## No-Basis Pension Claims

# Exhibit C

## No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| ARMBRUSTER, ROBIN C<br>4325 SHOREVIEW LN<br>WHITMORE LAKE, MI  48189-9394 | 2822<br>9/11/09<br>NO DEBTOR | - (S)<br>- (A)<br>$330.37 (P)<br>- (U)<br>$330.37 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BALASA, LEONARD J<br>204 W BEECH DR<br>SCHAUMBURG, IL  60193 | 7167<br>3/26/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | $19,000.00 (S)<br>- (A)<br>$19,000.00 (P)<br>- (U)<br>$19,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BALASA, LEONARD J.<br>204 W. BEECH DR<br>SCHAUMBURG, IL  60193 | 7166<br>3/26/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$19,000.00 (A)<br>- (P)<br>- (U)<br>$19,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BAWEK, KATHRYN A<br>10629 WYOMING CIRCLE<br>BLOOMINGTON, MN  55438 | 5817<br>10/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$84,821.00 (U)<br>$84,821.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BAWEK, KATHRYN A<br>10629 WYOMING CIRCLE<br>BLOOMINGTON, MN  55438 | 5952<br>10/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$84,831.00 (U)<br>$84,831.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BODFORD, JOHN P<br>250 FOX RIDGE CIR<br>LEWISVILLE, NC  27023 | 6597<br>1/5/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$8,078.41 (P)<br>- (U)<br>$8,078.41 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BODFORD, JOHN PAUL, JR.<br>250 FOX RIDGE CIRCLE<br>LEWISVILLE, NC  27023 | 6596<br>1/5/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$8,078.41 (A)<br>- (P)<br>- (U)<br>$8,078.41 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit C**

**No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| CALLAIR, VICKIE<br>2217 RAINY LAKE STREET<br>WAKE FOREST, NC  27587 | 6592<br>1/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$30,232.85 (P)<br>- (U)<br>$30,232.85 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| CHILDERS, RUSSELL<br>5296 UNION CR<br>FLOWERY BRANCH, GA  30542 | 3496<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| CLINE, MARY P<br>4232 MT. ZION ROAD<br>SPRINGFIELD, TN  37172 | 6684<br>1/11/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| CONNOR, DAVID G<br>5035 CHOWEN AVE S<br>MINNEAPOLIS, MN  55410 | 3302<br>9/21/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| CRAFT, JERRY L<br>52 CHESTNUT DR<br>CHELSEA, MI  48118 | 2332<br>8/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$88,833.00 (U)<br>$88,833.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| CRAPCO JR., LEE W.<br>2975 HUNTER BRANCH ROAD<br>APT A130<br>FAIRFAX, VA  22031 | 4119<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>$94,814.00 (P)<br>- (U)<br>$94,814.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| CUMMINGS, JOSEPH M<br>35 CRYSTAL PLACE<br>LEVITTOWN, PA  19057 | 3787<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$18,000.00 (U)<br>$18,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit C**

**No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| DESCHASTRES, TERRY E<br>24810 MOUNT AUBURN DR<br>KATY, TX  77494 | 2325<br>8/28/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DIEU, CHUNG T<br>7301 ALLANS RIDGE LANE<br>FAIRVIEW, TN  37062 | 6379<br>12/23/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DOGGETTE, KEVIN<br>6613 WESTBOROUGH DR<br>RALEIGH, NC  27612 | 6832<br>1/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DOGGETTE, KEVIN<br>6613 WESTBOROUGH DR<br>RALEIGH, NC  27612 | 6833<br>1/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | $84,044.62 (S)<br>- (A)<br>- (P)<br>- (U)<br>$84,044.62 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DOWNER, J A HANSEN<br>119 GOODMAN DRIVE<br>KANATA, ON  K2W IC7<br>CANADA | 2124<br>8/24/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DUKES, BEVERLY G<br>1405 WATTS ST<br>DURHAM, NC  27701 | 1745<br>8/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DUNN, MICHAEL H<br>916 POINTVIEW CIRCLE<br>MT JULIET, TN  37122 | 2295<br>8/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>$4,356.32 (P)<br>- (U)<br>$4,356.32 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| DUNN, MICHAEL H.<br>916 POINTVIEW CIRCLE<br>MOUNT JULIET, TN 37122 | 2294<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DYER, F R<br>5 FOXGLOVE PLACE<br>OTTAWA K2R 1B2<br>CANADA | 4421<br>9/28/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| EATON, THOMAS<br>9208 TOWN GATE LANE<br>BETHESDA, MD 20817 | 2273<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| EATON, THOMAS<br>108 QUINCY STREET<br>CHEVY CHASE, MD 20815 | 2274<br>8/28/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| EDEY, DAVID S T<br>1096 RIVER ROAD<br>MANOTICK K4M 1B4<br>CANADA | 2512<br>9/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$124.77 (U)<br>$124.77 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| EGERMAN, KEVIN A<br>2905 DEAN PKWY.<br>APT #102<br>MINNEAPOLIS, MN 55416 | 2575<br>9/3/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| ELDER, HOWARD H<br>6256 158TH ST WEST<br>APPLE VALLEY, MN 55124 | 2013<br>8/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$692.22 (U)<br>$692.22 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| ELDER, HOWARD H 6256 158TH ST W APPLE VALLEY, MN 55124 | 6532 12/31/09 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| ELDER, HOWARD H 6256 158TH ST WEST APPLE VALLEY, MN 55124 | 6533 12/31/09 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| ERDMANN, ERIC A 242 SAILWINDS RD MOORESVILLE, NC 28115 | 5945 9/29/09 NO DEBTOR | - (S) - (A) - (P) $66,490.78 (U) $66,490.78 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| FETTERMAN, ROGER L 415 REX AVENUE JACKSON, CA 95642 | 2327 8/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $522.08 (U) $522.08 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| FOSTER, KAREN D 9231 VINEWOOD DR DALLAS, TX 75228 | 3381 9/21/09 NO DEBTOR | - (S) - (A) $67,596.00 (P) - (U) $67,596.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| FRENK, LINDA J 2009 MALLARD LN WOODSTOCK, IL 60098-7414 | 5820 10/2/09 NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| GARINGER, GAIL 501 RINGLEAF COURT CARY, NC 27513 | 6223 12/14/09 NO DEBTOR | - (S) - (A) $270,085.00 (P) - (U) $270,085.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit C

## No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| GATES, STEVE 8699 DURHAM ROAD TIMBERLAKE, NC  27583 | 6587 1/4/10 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| GIANI, ANITA M 129 ELVA AVE PASS CHRISTIAN, MS  39571-4809 | 1891 8/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $403.65 (U) $403.65 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| GIPSON, MICHELLE R P O BOX 250504 ATLANTA, GA  30325 | 6964 1/25/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $30,000.00 (P) - (U) $30,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| GRISHAM, KIMBERLEE 309 JENNIFER LANE ROSELLE, IL  60172 | 3336 9/21/09 NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| GUSTLIN, MARK A 1257 COBBLESTONE DR CAMPBELL, CA  95008 | 3362 9/21/09 NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HANSEN, DEBRA A. N2802 SUMMERVILLE PARK DR LODI, WI  53555 | 2278 8/28/09 09-10151 Northern Telecom International Inc. | - (S) - (A) $34,507.37 (P) - (U) $34,507.37 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HANSON, KAY L 1025 CERRO VISTA DR P O BOX 127 APPLEGATE, CA  95703 | 6550 1/4/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $100,000.00 (P) - (U) $100,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit C

## No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| HANSON, KAY LOUISE<br>PO BOX 127<br>1025 CERRO VISTA DRIVE<br>APPLEGATE, CA  95703 | 6549<br>1/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$100,000.00 (A)<br>- (P)<br>- (U)<br>$100,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HARTMAN, JAMES R<br>18627 ROBLEDA CT<br>SAN DIEGO, CA  92128 | 2702<br>9/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>$11,000.00 (P)<br>- (U)<br>$11,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HELLER, ROBERT<br>916 WESTMORELAND BLVD<br>KNOXVILLE, TN  37919 | 2447<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$100,000.00 (A)<br>- (P)<br>- (U)<br>$100,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HELLER, ROBERT<br>916 WESTMORELAND BLVD<br>KNOXVILLE, TN  37919 | 2448<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$371.14 (U)<br>$371.14 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HINES, ALLISON H<br>P.O. BOX 158030<br>NASHVILLE, TN  37215 | 3616<br>9/24/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HOELER, DONALD J. JR.<br>225 WHITE FALLS DRIVE<br>COLUMBIA, SC  29212 | 6876<br>1/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HORWATH, SHARON<br>211 BRANDYWINE DR.<br>OLD HICKORY, TN  37138 | 2477<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit C**

## No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| HOVIS, MARY ANN<br>2700 GREEN HOLLY<br>SPRINGS COURT<br>OAKTON, VA  22124 | 6899<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HOVIS, MARY ANN<br>2700 GREEN HOLLY<br>SPRINGS COURT<br>OAKTON, VA  22124 | 6900<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HUANG, JOHNNY C<br>16189 LOFTY TRAIL DR<br>SAN DIEGO, CA  92127-2046 | 2176<br>8/24/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HUTCHISON, PEGGY L<br>316 MAPLE ST<br>APPLE RIVER, IL  61001-9704 | 6476<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| IJAMES, EUGENIA S<br>1020 LAKE SHORE DR<br>WENDELL, NC  27591 | 2152<br>8/24/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| JAY, WILLIAM E<br>5321 11TH STREET CIR E<br>BRADENTON, FL  34203-6114 | 3332<br>9/21/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| JONES, BILLY G<br>3219 HWY 431<br>SPRING HILL, TN  37174 | 1828<br>8/20/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$279.02 (U)<br>$279.02 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| JONES, LAWRENCE D<br>1659 HONFLEUR DRIVE<br>SUNNYVALE, CA  94087 | 4375<br>9/28/09<br>09-10151<br>Northern Telecom<br>International Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| JONES, LAWRENCE D.<br>1659 HONFLEUR DRIVE<br>SUNNYVALE, CA  94087 | 4351<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$561.32 (A)<br>- (P)<br>- (U)<br>$561.32 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KING, VIRGINIA N<br>9517 HIGHLAND VIEW DRIVE<br>DALLAS, TX  75238 | 2713<br>9/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>$178.00 (P)<br>- (U)<br>$178.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KIRBY KEITH, JANICE<br>522 LANSING ST<br>RALEIGH, NC  27610 | 2320<br>8/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$46,452.00 (U)<br>$3,323.20 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KIRBY KEITH, JANICE<br>522 LANSING ST<br>RALEIGH, NC  27610 | 6666<br>1/11/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KIRBY KEITH, JANICE<br>522 LANSING ST<br>RALEIGH, NC  27610 | 6667<br>1/11/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LASSON, WAYNE<br>126 WASHINGTON CIRCLE<br>LAKE FOREST, IL  60045 | 2015<br>8/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,273.79 (U)<br>$2,273.79 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| LATTA, THOMAS 6545 CHESBRO CIRCLE RANCHO MURIETA, CA  95683 | 6451 12/28/09 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LATTA, THOMAS 6545 CHESBRO CIRCLE RANCHO MURIETA, CA  95683 | 6452 12/28/09 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LEAFE, BRIAN R. 7 ASHBROOK DRIVE HAMPTON, NH  03842-1002 | 2916 9/14/09 NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LEE, HENRY C 623 WYNDHURST DR UNIT 104 LYNCHBURG, VA  24502 | 3168 9/17/09 NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LEE, ROBERT C 27870 MOUNT RAINIER WAY YORBA LINDA, CA  92887 | 5629 9/30/09 09-10138 Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MAGERS, DEBORAH L 142 WESTCHESTER WAY BATTLE CREEK, MI  49015 | 2590 9/3/09 NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MAHONEY, SUZANNE C 62 CRYSTAL STREET HAVERHILL, MA  01832 | 2085 8/24/09 NO DEBTOR | - (S) - (A) - (P) $272.99 (U) $272.99 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| MARTIN, DAVID L<br>182 ROYCE DRIVE<br>BLOOMINGDALE, IL  60108 | 7165<br>3/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$48,800.00 (U)<br>$48,800.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MARTIN, ROBERT H<br>6301 WESTWIND DRIVE<br>GREENSBORO, NC  27410 | 3021<br>9/15/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MAY, THOMAS O.<br>14034 CROSSTOWN BLVD. NW<br>ANDOVER, MN  55304 | 314<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$388.72 (U)<br>$388.72 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCCLURE, GARY C<br>9213 HUNTERBORO DR<br>BRENTWOOD, TN  37027 | 2456<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>$11,712.14 (P)<br>- (U)<br>$11,712.14 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCDANIEL, GLORETTA A<br>11211 PATTERSON DR<br>CLEARLAKE, CA  95422 | 2781<br>9/8/09<br>09-10151<br>Northern Telecom<br>International Inc. | - (S)<br>- (A)<br>$263.76 (P)<br>- (U)<br>$263.76 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCDANIEL, GLORETTA A<br>11211 PATTERSON DR<br>CLEARLAKE, CA  95422 | 6494<br>12/29/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCDANIEL, GLORETTA A<br>11211 PATTERSON DR<br>CLEARLAKE, CA  95422 | 6495<br>12/29/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| MCKENZY, STEVEN<br>414 SO SEMINOLE AVE<br>FORT MEADE, FL  33841 | 1926<br>8/20/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MILLS-NICHOLS, LISA A<br>676 MONROE TPKE<br>MONROE, CT  06468-2308 | 3198<br>9/18/09<br>NO DEBTOR | $300.02 (S)<br>- (A)<br>$300.02 (P)<br>- (U)<br>$300.02 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MINCK, GARY<br>84 RICE PLANTERS WAY<br>GEORGETOWN, SC  29440 | 6463<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MINCK, GARY<br>84 RICE PLANTERS WAY<br>GEORGETOWN, SC  29440 | 6464<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MOLDER, CHERI L<br>18005 252ND AVE. SE<br>MAPLE VALLEY, WA  98038 | 5541<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>$23,648.85 (P)<br>- (U)<br>$23,648.85 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MONGOLD, MARGOT<br>12530 HIALEAH WAY<br>NORTH POTOMAC, MD  20878 | 6420<br>12/24/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MONGOLD, MARGOT DAVIS<br>12530 HIALEAH WAY<br>NORTH POTOMAC, MD  20878 | 6419<br>12/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| MOORE, BROOKE D<br>10 CHAMBERS LANE<br>OAKLAND, CA  94611 | 3500<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MOORE, JOSEPHINE<br>1700 BOARDMAN AVE<br>WEST PALM BEACH, FL  33407 | 5801<br>10/1/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MOORE, WENDELL C<br>170 WESTBURY LANE<br>ALPHARETTA, GA  30005 | 5472<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$78,026.58 (U)<br>$78,026.58 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MORRISON, MARION<br>1221 SPRUCE DRIVE<br>ZEBULON, NC  27597 | 522<br>3/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$104.56 (P)<br>- (U)<br>$104.56 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| NEAL, ROGER F<br>117 TROTTERS RIDGE<br>DR<br>RALEIGH, NC  27614 | 6801<br>1/20/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$30,784.77 (U)<br>$30,784.77 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| NEAL, ROGER F.<br>117 TROTTERS RIDGE DRIVE<br>RALEIGH, NC  27614 | 2928<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$30,784.77 (U)<br>$30,784.77 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| NEAL, ROGER F.<br>117 TROTTERS RIDGE DRIVE<br>RALEIGH, NC  27614 | 6802<br>1/20/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$30,784.77 (U)<br>$30,784.77 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| NELSON, CLEO F<br>10313 YORK LANE<br>BLOOMINGTON, MN  55431 | 3601<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$185,376.00 (U)<br>$185,376.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| PAGORIA, RICHARD J<br>1325 ROSEWOOD CT<br>WINSTON SALEM, NC  27103-6093 | 2286<br>8/28/09<br>NO DEBTOR | $431.79 (S)<br>- (A)<br>- (P)<br>- (U)<br>$431.79 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| PARL, JOYCE A<br>390 WAVERLY DR<br>MUNDELEIN, IL  60060 | 5492<br>9/30/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| PEEBLES, GLORIA V<br>137 DEREHAM LN<br>GARNER, NC  27529-6769 | 7143<br>3/11/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| PHILLIPS, THERESA<br>326 KILEY DR<br>HOSCHTON, GA  30548 | 7026<br>1/28/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| PHILLIPS, THERESA L<br>326 KILEY DRIVE<br>HOSCHTON, GA  30548 | 7025<br>1/28/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| PROCTOR, VICKI L<br>332 NEW HOPE RD<br>ALEXANDRIA, TN  37012-3448 | 2864<br>9/11/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit C

## No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| PULLEY, BETTE J<br>24 LONGVIEW TERRACE<br>KENNEBUNK, ME  04043 | 5918<br>10/7/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| PULLEY, BETTE J<br>24 LONGVIEW TERRACE<br>KENNEBUNK, ME  04043 | 6538<br>12/31/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| PULLEY, BETTE J<br>24 LONGVIEW TERRACE<br>KENNEBUNK, ME  04043 | 6539<br>12/31/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | $228.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$228.09 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| QUAMMEN, SANDRA K<br>814 9TH AVE SO<br>HOPKINS, MN  55343 | 3871<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>$48,000.00 (P)<br>- (U)<br>$48,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| RHODES, BONNIE<br>19 FERNCLIFF ROAD<br>MORRIS PLAINS, NJ  07950 | 2526<br>9/2/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| RIGHTMIRE, JAMES W<br>620 DOGWOOD RD<br>WEST PALM BEA, FL  33409 | 2570<br>9/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$226.38 (U)<br>$226.38 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| RIMICCI, LEONARD C<br>144 SURFSIDE STREET<br>SANTA CRUZ, CA  95060-5330 | 3223<br>9/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$144,000.00 (U)<br>$144,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| ROSE, MICHAEL 2615 MERLIN DRIVE LEWISVILLE, TX 75056 | 2602 9/3/09 09-10138 Nortel Networks Inc. | - (S) - (A) $39,373.35 (P) - (U) $39,373.35 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| ROWEN, AMELIA A 4073 TRINIDAD WAY NAPLES, FL 34119-7508 | 2711 9/8/09 NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| RUSSO, CHARLES J 1075 BAY RIDGE AVE BROOKLYN, NY 11219-6010 | 6484 12/29/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $338,000.00 (P) - (U) $338,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SCHWEITZER, TIM 6630 LANCASTER LANE MAPLE GROVE, MN 55369-6259 | 6165 11/30/09 NO DEBTOR | - (S) - (A) $45,917.00 (P) - (U) $45,917.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SEMET, ROBERT J 209 ASBURY RD EGG HARBOR TOWNSH, NJ 08234 | 1719 8/17/09 09-10138 Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SMITH, MELINDA A. 2390 KITTYHAWK DR FRISCO, TX 75034 | 4770 9/29/09 NO DEBTOR | - (S) - (A) $200,000.00 (P) - (U) $200,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SMOOK, GREGORY J 11517 AUTUMNWOOD WAY GLEN ALLEN, VA 23059 | 8111 12/6/11 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $200,000.00 (U) $200,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| SMOOK, GREGORY J<br>11517 AUTUMNWOOD WAY<br>GLEN ALLEN, VA  23059 | 8112<br>12/6/11<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| STEPHENS, BARRY G<br>2064 WILLSUITT RD<br>CREEDMOOR, NC  27522 | 3297<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>$5,490.21 (P)<br>- (U)<br>$5,490.21 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| STRASSBURG, PAMELA R<br>1499 ALMOND AVE<br>ST. PAUL, MN  55108 | 2016<br>8/24/09<br>09-10151<br>Northern Telecom<br>International Inc. | - (S)<br>- (A)<br>- (P)<br>$95,000.00 (U)<br>$95,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| TAYLOR, THERESA R.<br>5435 TAYLOR AVE.<br>PORT ORANGE, FL  32127 | 787<br>3/31/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| TEASLEY, CLIFFORD W<br>7322 STAGGSVILLE RD<br>BAHAMA, NC  27503 | 2123<br>8/24/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| TENG, YAO-HUA<br>200 CLARENCE WAY<br>FREMONT, CA  94539 | 1746<br>8/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>$58,855.20 (P)<br>- (U)<br>$58,855.20 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| THURMAN, MARIAN L<br>239 TAFT<br>YPSILANTI, MI  48197 | 4245<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| THURMAN, MARIAN L<br>239 TAFT AVE<br>YPSILANTI, MI  48197 | 6917<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| THURMAN, MARIAN L<br>239 TAFT AVE<br>YPSILANTI, MI  48197 | 6918<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| THURMAN, MARIAN L<br>239 TAFT AVE<br>YPSILANTI, MI  48197 | 6921<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| THURMAN, MARIAN L<br>239 TAFT AVE<br>YPSILANTI, MI  48197 | 6922<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| TRISKO, KRISTEN W<br>8 ELIZABETH LANE<br>DANVILLE, CA  94526 | 3356<br>9/21/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| TULLY, JAMES R<br>1314 EASTWOOD LANE<br>MC HENRY, IL  60050 | 3026<br>9/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$35,852.29 (U)<br>$35,852.29 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| TURNER, JAMES C<br>726 UNION CHAPEL ROAD<br>LOUISVILLE, MS  39339 | 2312<br>8/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>$372.22 (P)<br>- (U)<br>$372.22 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit C

## No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| VASTINE, TIMOTHY 106 TEJAS TRAIL CRANDALL, TX 75114 | 4593 9/29/09 NO DEBTOR | - (S) - (A) $29,952.40 (P) - (U) $29,952.40 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| VOGEL, ELAINE E 25953 80TH AVE ST. CLOUD, MN 56301 | 2764 9/8/09 NO DEBTOR | - (S) - (A) $182.33 (P) - (U) $182.33 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WHITLOCK, CLARENCE 1473 MARYDALE DRIVE LILBURN, GA 30047 | 6896 1/25/10 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WRIGHT, NATASHA 3215 KIRBY STREET DURHAM, NC 27713 | 3549 9/15/09 NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WRIGHT, NATASHA 3215 KIRBY STREET DURHAM, NC 27713 | 6879 1/14/10 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| ZIMMERLI, GARY L 3110 SW 70TH AVE PORTLAND, OR 97225 | 5447 9/30/09 NO DEBTOR | - (S) - (A) $5,055.00 (P) $5,055.00 (U) $5,055.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit C**

**No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| **Totals:** | **132 Claims** | **$104,004.52 (S)**<br>**$227,639.73 (A)**<br>**$1,477,405.36 (P)**<br>**$1,559,446.72 (U)**<br>**$3,301,012.51 (T)** | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 20 of 20*