# EXHIBIT A

### CUMULATIVE COMPENSATION BY PROJECT CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

March 1, 2012 through March 31, 2012

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** | John Ray

|  | Start Date | End Date |
| --- | --- | --- |
| **Working Dates:** | **3/1/2012** | **3/30/2012** |
| **Enter Billing Rate/Hr:** | **515.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
| --- | --- | --- | --- | --- |
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | | | |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 161.8 | $515.00 | $83,327.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 22.1 | $515.00 | $11,381.50 |
| 5 | Fee Applications | 4.9 | $515.00 | $2,523.50 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 9.0 | $257.50 | $2,317.50 |
| | **Hours/Billing Amount for Period:** | **197.8** | | **$99,549.50** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 3/1/2012 | Claims review and summaries update | 3 | 1.3 |
| 3/1/2012 | Tax matters re North Carolina | 3 | 1.0 |
| 3/1/2012 | Employee claims work FLO | 3 | 1.5 |
| 3/1/2012 | Call re mediation | 3 | 1.0 |
| 3/1/2012 | Claims matters: research re claim | 3 | 1.1 |
| 3/1/2012 | Review terms of professional fee and credits | 3 | 1.0 |
| 3/1/2012 | State of Michigan tax matter | 3 | 1.5 |
| 3/1/2012 | Prepare materials for UCC meeting | 4 | 2.0 |
| 3/1/2012 | TSA escrow matter | 3 | 1.0 |
| 3/1/2012 | Claims review re severance post petition | 3 | 1.0 |
| 3/2/2012 | 401k plan | 3 | 0.8 |
| 3/2/2012 | Call with Akin | 4 | 1.0 |
| 3/2/2012 | IT matter | 3 | 1.3 |
| 3/2/2012 | VEBA matter | 3 | 2.0 |
| 3/2/2012 | Budget update | 3 | 1.0 |
| 3/2/2012 | 4th estate | 3 | 2.0 |
| 3/5/2012 | Cross border claims | 3 | 1.5 |
| 3/5/2012 | EMEA allocation matter | 3 | 1.0 |
| 3/5/2012 | Further cross border claims analysis | 3 | 1.0 |
| 3/5/2012 | Santa Clara tax matter | 3 | 1.2 |
| 3/5/2012 | UCC material preparation for 3.13 | 4 | 2.0 |
| 3/5/2012 | Weekly staff call | 3 | 0.6 |
| 3/5/2012 | Weekly case management call | 3 | 1.2 |
| 3/5/2012 | Escrow matters and status | 3 | 1.0 |
| 3/5/2012 | Data retention | 3 | 1.0 |
| 3/5/2012 | SERP matters | 3 | 1.3 |
| 3/5/2012 | UK pension trustee question | 3 | 1.0 |
| 3/6/2012 | Cross border claims | 3 | 1.5 |
| 3/6/2012 | UCC call | 4 | 2.0 |
| 3/6/2012 | Lease claims | 3 | 1.0 |
| 3/6/2012 | 4th estate | 3 | 1.2 |
| 3/6/2012 | Data retention | 3 | 1.0 |
| 3/6/2012 | Escrow matters update | 3 | 1.0 |
| 3/6/2012 | SERP matter | 3 | 1.3 |
| 3/6/2012 | Retiree committee correspondence | 3 | 1.0 |
| 3/6/2012 | Deferred comp scheduling order | 3 | 1.0 |
| 3/7/2012 | Allocation matter | 3 | 1.5 |
| 3/7/2012 | Data retention follow up | 3 | 1.0 |
| 3/7/2012 | Cross border claims | 3 | 1.0 |
| 3/7/2012 | Update WFP | 3 | 0.5 |
| 3/7/2012 | Deferred comp amended response to Rogs review and revise | 3 | 1.0 |
| 3/7/2012 | Claim settlement | 3 | 0.5 |
| 3/7/2012 | Ltd issues re former employees | 3 | 0.7 |
| 3/7/2012 | Retiree matters | 3 | 1.0 |
| 3/7/2012 | Cost allocations | 3 | 1.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 3/7/2012 | Tax matters | 3 | 1.0 |
| 3/7/2012 | Bondholder conf agreement | 4 | 0.7 |
| 3/8/2012 | Data retention | 3 | 0.7 |
| 3/8/2012 | Cross border claims | 3 | 1.0 |
| 3/8/2012 | Cross border call with UCC | 4 | 1.0 |
| 3/8/2012 | Data retention | 3 | 1.2 |
| 3/8/2012 | Employee settlement | 3 | 1.0 |
| 3/8/2012 | Ltd matter; call with Cleary re same | 3 | 1.3 |
| 3/8/2012 | Mediation matters | 3 | 4.0 |
| 3/9/2012 | Mercer engagement | 3 | 1.0 |
| 3/9/2012 | Prudential matters | 3 | 1.3 |
| 3/9/2012 | Retiree matters | 3 | 1.0 |
| 3/9/2012 | 4th estate | 3 | 1.0 |
| 3/9/2012 | Employee claims work flow | 3 | 1.0 |
| 3/10/2012 | Patent assignment matter | 3 | 1.0 |
| 3/10/2012 | Prepare February fee app | 5 | 4.4 |
| 3/12/2012 | Fly to NY for UCC and bonds meetings | 7 | 4.5 |
| 3/12/2012 | Mediation matters | 3 | 3.0 |
| 3/13/2012 | Meetings with bonds: meeting with UCC | 4 | 8.0 |
| 3/14/2012 | Flight from NY meetings | 7 | 4.5 |
| 3/14/2012 | Glitnir claims | 3 | 1.0 |
| 3/14/2012 | Hewitt report review | 3 | 1.0 |
| 3/14/2012 | Employee matters | 3 | 2.0 |
| 3/14/2012 | Agreement review | 3 | 1.0 |
| 3/14/2012 | Sub liquidation | 3 | 1.3 |
| 3/14/2012 | Data sharing matters | 3 | 1.0 |
| 3/14/2012 | MOR | 3 | 1.0 |
| 3/14/2012 | NNI PIC | 3 | 1.5 |
| 3/14/2012 | Mediation matters | 3 | 1.0 |
| 3/15/2012 | Set up court call | 5 | 0.3 |
| 3/15/2012 | Retiree matters | 3 | 2.2 |
| 3/15/2012 | NNI PIC | 3 | 1.0 |
| 3/15/2012 | Administrative maters | 3 | 1.0 |
| 3/15/2012 | Ltd questions | 3 | 0.7 |
| 3/15/2012 | Mediation matters review of material | 3 | 2.0 |
| 3/15/2012 | 4th estate | 3 | 1.0 |
| 3/15/2012 | Stipulation review | 3 | 0.3 |
| 3/15/2012 | Aetna material re retiree | 3 | 1.0 |
| 3/15/2012 | January MOR | 3 | 1.3 |
| 3/15/2012 | Escrow matters update | 3 | 0.3 |
| 3/15/2012 | Allocation material | 3 | 1.0 |
| 3/16/2012 | Preferences/settlements | 3 | 1.0 |
| 3/16/2012 | Data sharing | 3 | 1.3 |
| 3/16/2012 | Mediation matters | 3 | 1.0 |
| 3/16/2012 | Deferred comp | 3 | 1.2 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 3/16/2012 | Retiree and Ltd matters | 3 | 1.0 |
| 3/16/2012 | Ltd matter | 3 | 1.0 |
| 3/16/2012 | UK pension matters review of rulings | 3 | 1.2 |
| 3/19/2012 | Case management call | 3 | 1.0 |
| 3/19/2012 | Ltd litigation matters | 3 | 1.2 |
| 3/19/2012 | State tax matters | 3 | 1.0 |
| 3/19/2012 | Call re mediation | 3 | 1.0 |
| 3/19/2012 | Claims stips | 3 | 2.0 |
| 3/19/2012 | Cross border claims | 3 | 2.0 |
| 3/19/2012 | MOR | 3 | 0.3 |
| 3/19/2012 | E&Y SOW | 3 | 0.3 |
| 3/19/2012 | Ltd matters and motion | 3 | 0.5 |
| 3/19/2012 | Property tax matters | 3 | 0.3 |
| 3/20/2012 | Call with Cleary re data matters | 3 | 1.0 |
| 3/20/2012 | G&A allocation review and follow up call | 3 | 2.0 |
| 3/20/2012 | Conf agreement matters | 3 | 1.2 |
| 3/20/2012 | Ltd questions | 3 | 1.3 |
| 3/20/2012 | Radware matter | 3 | 1.0 |
| 3/20/2012 | Deferred comp matter | 3 | 2.0 |
| 3/20/2012 | Glitnir call and document support for claim | 3 | 1.2 |
| 3/20/2012 | TSA matter | 3 | 1.0 |
| 3/20/2012 | Ltd committee matters | 3 | 0.5 |
| 3/21/2012 | Cancel court call | 5 | 0.2 |
| 3/21/2012 | Review of bk court decision | 3 | 2.5 |
| 3/21/2012 | Call with Marsh re coverages for property, general liability | 3 | 1.0 |
| 3/21/2012 | Conf agreement matters | 3 | 1.0 |
| 3/21/2012 | Santa Clara tax matter | 3 | 0.7 |
| 3/21/2012 | WPB site clean up | 3 | 0.5 |
| 3/22/2012 | Mediation matters | 3 | 2.0 |
| 3/21/2012 | Michigan notice | 3 | 1.0 |
| 3/22/2012 | Respond to bondholder call | 4 | 0.2 |
| 3/21/2012 | NNIII matters | 3 | 1.0 |
| 3/21/2012 | Retiree matters | 3 | 1.2 |
| 3/21/2012 | UCC call | 4 | 1.0 |
| 3/22/2012 | Conf agreement with bondholder | 3 | 1.3 |
| 3/22/2012 | NNIII | 3 | 1.0 |
| 3/22/2012 | Call re cross border and SERP claims | 3 | 1.3 |
| 3/23/2012 | Escrow update | 3 | 1.0 |
| 3/23/2012 | Data sharing matters | 3 | 1.3 |
| 3/23/2012 | Retiree committee matter | 3 | 1.3 |
| 3/23/2012 | Motion review | 3 | 1.0 |
| 3/23/2012 | Mediation matters | 3 | 1.2 |
| 3/26/2012 | Case management call | 3 | 1.0 |
| 3/26/2012 | Data retention | 3 | 0.3 |
| 3/26/2012 | 4th estate | 3 | 1.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|:---:|---:|
| 3/26/2012 | Non debtor receivable question | 3 | 1.0 |
| 3/26/2012 | Glitnir | 3 | 1.0 |
| 3/26/2012 | UCC call | 4 | 1.2 |
| 3/26/2012 | NETAS | 3 | 1.0 |
| 3/27/2012 | Ltd fee motion response | 3 | 1.0 |
| 3/27/2012 | Insurance renewals | 3 | 1.3 |
| 3/27/2012 | Ltd motion | 3 | 1.0 |
| 3/27/2012 | Deferred comp matter | 3 | 1.2 |
| 3/27/2012 | Wind down motion | 3 | 1.0 |
| 3/28/2012 | Data sharing work | 3 | 1.0 |
| 3/28/2012 | Asset and claims updates | 3 | 1.3 |
| 3/28/2012 | Call from bondholder re update | 4 | 1.0 |
| 3/28/2012 | Motion to appoint mediator | 3 | 1.0 |
| 3/28/2012 | Mediation briefing | 3 | 1.0 |
| 3/28/2012 | Claims matter | 3 | 1.2 |
| 3/29/2012 | UCC call | 4 | 2.0 |
| 3/29/2012 | Call re mediation | 3 | 2.0 |
| 3/29/2012 | 401k calculation notice review | 3 | 1.4 |
| 3/29/2012 | Conf agreement matters | 3 | 1.0 |
| 3/29/2012 | CIENA escrow matters | 3 | 1.0 |
| 3/30/2012 | Terminations and transition | 3 | 1.2 |
| 3/30/2012 | 401 k plan | 3 | 2.0 |
| 3/30/2012 | Insurance renewals | 3 | 0.5 |