**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

March 1, 2012 through March 31, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $      473.79 |
| Travel – Lodging | | 1,211.86 |
| Travel – Meals | | 109.23 |
| Travel – Car Service | | 200.00 |
| Travel – Parking | | 48.00 |
| Office supplies, shipping, and other office related expenses | | 84.95 |
| PACER | | - |
| TOTAL | | $    2,127.83 |

# Nortel Expense Report

**PERIOD:** March 1, 2012 through March 31, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|------|-------------|-----|-------|-------|----------------|---------|------------------|-------|
| 3/11/2012 | New York Trip - Air | $ 473.79 | | | | | | |
| 3/11/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 3/12/2012 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 3/12/2012 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 3/12/2012 | New York Trip - Meal | | | $ 27.69 | | | | |
| 3/13/2012 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 3/13/2012 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 3/13/2012 | New York Trip - Meal | | | $ 46.84 | | | | |
| 3/14/2012 | New York Trip - Meal | | | $ 34.70 | | | | |
| 3/14/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 3/14/2012 | New York Trip - Parking | | | | | $ 48.00 | | |
| 3/31/2012 | Aircell | | | | | | $ 34.95 | |
| 3/31/2012 | WiFi | | | | | | $ 50.00 | |