## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc. et al.,[1] | ) | Case No. 09-10138 (KG) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |
|  | ) |  |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                          :  SS.
NEW CASTLE COUNTY  :

        Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 3rd day of April, 2012, she caused a copy of the following to be served via hand delivery and via first class mail on the attached list:

***Response of The Official Committee of Unsecured Creditors to Motion of the Official Committee of Long-Term Disability Participants for an Order Lifting or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel [Docket No. 7485]***

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

_Barbara J. Witters_

Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 4th day of April, 2012.

_Lesley A. Morris_
Notary Public

LESLEY A. MORRIS
MY COMMISSION
EXPIRES
MARCH 22, 2013
NOTARY PUBLIC
STATE OF DELAWARE

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**

<u>**Via Hand Delivery**</u>

(United States Trustee)
Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

(Counsel to the Official Committee of
Long-Term Disability Participants)
Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Jonathan M. Stemerman
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801

(Counsel to Bonds)
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to the Monitor)
Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street, Suite 1900
Wilmington, DE  19801

(Counsel to Retiree Committee)
William F. Taylor, Jr.
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801

<u>**Via First Class Mail**</u>

(Counsel to the Official Committee of
Unsecured Creditors)
Lisa G. Beckerman
Brad M. Kahn
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

(Counsel to Bonds)
Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

(Counsel to the Monitor)
Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY  10020

(Counsel to Retiree Committee)
Albert Togut
Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119