# EXHIBIT B



# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1414330 |
| Invoice Date | 03/26/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 17.80 | $15,104.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 9.60 | $5,307.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 5.20 | $2,705.00 |
| 0006 | Retention of Professionals | 2.80 | $2,197.50 |
| 0007 | Creditors Committee Meetings | 81.30 | $61,081.00 |
| 0008 | Court Hearings | 4.80 | $3,673.50 |
| 0012 | General Claims Analysis/Claims Objections | 5.30 | $4,099.50 |
| 0014 | Canadian Proceedings/Matters | 0.70 | $735.00 |
| 0017 | General Adversary Proceedings | 11.00 | $8,758.50 |
| 0018 | Tax Issues | 11.90 | $8,698.00 |
| 0019 | Labor Issues/Employee Benefits | 19.10 | $15,013.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 11.90 | $7,988.00 |
| 0026 | Avoidance Actions | 2.00 | $1,245.00 |
| 0028 | Non-Debtor Affiliates | 0.30 | $220.00 |
| 0029 | Intercompany Analysis | 39.10 | $33,172.50 |
| 0031 | European Proceedings/Matters | 0.80 | $840.00 |
| 0032 | Intellectual Property | 40.20 | $25,928.00 |
| | TOTAL | 263.80 | $196,766.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/01/12 | DHB | 0002 | Telephone call with L. Miller re Ray call (.2); follow-up with F. Hodara re same (.1); telephone call with J. Bromley re same (.4). | 0.70 |
| 02/06/12 | SLS | 0002 | Participate in advisors' call regarding case status. | 0.80 |
| 02/06/12 | FSH | 0002 | Weekly call with NNI (.8). Communicate w/Milbank re meeting (.1). | 0.90 |
| 02/06/12 | DHB | 0002 | Prepare for (.2) and attend (.8) Ray call. | 1.00 |
| 02/09/12 | FSH | 0002 | Respond to call of creditor re status (.3). Confer w/DB re case issues (.2). | 0.50 |
| 02/09/12 | BMK | 0002 | Respond to creditor inquiry | 0.10 |
| 02/10/12 | BMK | 0002 | TC with M. Riela re: case issues (0.1); follow up to same (0.3) | 0.40 |
| 02/14/12 | FSH | 0002 | Call with Company re pending issues (.9). Confer with DB, AQ and BK re same (.4). Review materials for call with Company (.3). | 1.60 |
| 02/14/12 | AQ | 0002 | Weekly status call with Debtors. | 1.10 |
| 02/14/12 | AQ | 0002 | Confer with F. Hodara, D. Botter and B. Kahn re case status. | 0.30 |
| 02/14/12 | DHB | 0002 | Attend portions of Ray call. | 0.60 |
| 02/14/12 | BMK | 0002 | Participate in update call with Debtors (portion) (0.7) and follow-up to same (0.1) | 0.80 |
| 02/15/12 | FSH | 0002 | Review pending case issues. | 0.50 |
| 02/16/12 | DHB | 0002 | Telephone call with J. Bromley re meeting request (.2); emails re same (.1). | 0.30 |
| 02/17/12 | FSH | 0002 | Communications with Cleary re pending matters. | 0.20 |
| 02/17/12 | DHB | 0002 | Telephone call with Fraser team re staffing issues and emails re same. | 0.30 |
| 02/17/12 | BMK | 0002 | Emails with Debtors re: scheduling upcoming meetings | 0.30 |
| 02/21/12 | SLS | 0002 | Participate in advisors' call. | 0.30 |
| 02/21/12 | FSH | 0002 | Review materials for call w/NNI (.1). Participate in same (.3). Follow up with working group (.3). | 0.70 |
| 02/21/12 | BMK | 0002 | Participate in update call with Debtors (.3); follow-up to same (.2). | 0.50 |
| 02/21/12 | JYS | 0002 | T/C w. creditor re case status (0.3). | 0.10 |
| 02/21/12 | SLB | 0002 | Attention to case admin. issues. | 0.20 |
| 02/22/12 | LGB | 0002 | Review letters re [REDACTED] (0.2). | 0.20 |
| 02/22/12 | FSH | 0002 | Respond to call of creditor. | 0.20 |
| 02/23/12 | BMK | 0002 | Emails with F. Hodara and D. Botter re: case status (0.4); tc and email with J. Hyland re: same (0.3) | 0.70 |
| 02/24/12 | FSH | 0002 | Communicate w/Cleary re pending matters. | 0.10 |
| 02/24/12 | SLB | 0002 | Monitor docket and corr. w/ B. Kahn re: same. | 0.10 |
| 02/27/12 | SLS | 0002 | Participate in J. Ray call (.2)(partial) and follow-up working group call (.5) regarding case status. | 0.70 |
| 02/27/12 | AQ | 0002 | Weekly status call with Debtors. | 1.10 |
| 02/27/12 | DHB | 0002 | Prepare for (.1) and attend (1.1) John Ray call. | 1.20 |
| 02/27/12 | BMK | 0002 | Participate in update call with Debtors | 1.10 |
| 02/29/12 | SLB | 0002 | Attention to case admin. issues. | 0.20 |
| 02/03/12 | SLS | 0003 | Review December fee application (.3); communication to B. Kahn regarding same (.1) | 0.40 |
| 02/03/12 | BMK | 0003 | Revise/edit December fee application and exhibits | 0.60 |
| 02/06/12 | FSH | 0003 | Work on December fee app. | 0.40 |
| 02/07/12 | BMK | 0003 | Finalize December fee app for filing | 0.30 |
| 02/14/12 | BMK | 0003 | Review January invoice | 0.90 |
| 02/17/12 | PJS | 0003 | Review and prepare documents re fee application. | 0.90 |
| 02/23/12 | SLS | 0003 | Review monthly invoice. | 0.50 |
| 02/23/12 | BMK | 0003 | Edit January invoice | 0.50 |
| 02/24/12 | BMK | 0003 | Draft January fee application (0.9); emails with S. Schultz re: same (0.1) | 1.00 |
| 02/28/12 | FSH | 0003 | Work on monthly fee app (.6). Confer with Committee advisors re fee apps (.1). | 0.70 |
| 02/28/12 | PJS | 0003 | Review and prepare documents re fee application. | 2.10 |
| 02/28/12 | BMK | 0003 | Finalize fee application for filing | 1.30 |
| 02/02/12 | BMK | 0004 | Analysis of professional fee issues | 0.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/07/12 | BMK | 0004 | TC with F. Hodara re: professional fee matters | 0.20 |
| 02/07/12 | SLB | 0004 | Confer w/ B. Kahn re: Cleary fee application (.1); begin to review the same (.4) | 0.50 |
| 02/08/12 | SLB | 0004 | Review Cleary December invoice (1.7); confer w/ B. Kahn re: same (.1) | 1.80 |
| 02/12/12 | SLB | 0004 | Review Cleary December invoice and prepare summary of the same. | 1.50 |
| 02/13/12 | FSH | 0004 | Review info re fee applications. | 0.20 |
| 02/13/12 | BMK | 0004 | Review of professional fee issues | 0.30 |
| 02/21/12 | FSH | 0004 | Examine fee apps. | 0.20 |
| 02/27/12 | FSH | 0004 | Review miscellaneous pleadings re: fees. | 0.20 |
| 02/01/12 | JYS | 0006 | Coordinating filing of Capstone declaration. | 0.30 |
| 02/02/12 | JYS | 0006 | Corr w. Capstone re filing of supplemental declaration. | 0.20 |
| 02/09/12 | DHB | 0006 | Email communications re Jefferies retention issues. | 0.20 |
| 02/10/12 | DHB | 0006 | Work re Jefferies retention issues (.1); telephone call with L. Slezinger re same (.1). | 0.20 |
| 02/14/12 | KMR | 0006 | Reviewed EY email on expansion of scope of work for Nortel. | 0.40 |
| 02/15/12 | KMR | 0006 | Reviewed EY tax analysis in light of new proposal for additional work. | 0.60 |
| 02/22/12 | FSH | 0006 | Confer with Jefferies re retention and follow-up communications re same. | 0.20 |
| 02/22/12 | BMK | 0006 | Finalize ethical wall memo | 0.30 |
| 02/29/12 | FSH | 0006 | Communications re investment banker engagement. | 0.40 |
| 02/01/12 | SLS | 0007 | Participate in professionals' pre-call. | 1.20 |
| 02/01/12 | FSH | 0007 | Work on agenda and other meeting issues (.3). Meet with working group to review pending items and to prepare for meeting of Committee (1.2). | 1.50 |
| 02/01/12 | AQ | 0007 | Attend Professionals' call. | 1.20 |
| 02/01/12 | DHB | 0007 | Revise agenda (.1); professionals pre-call and follow-up (1.2); emails as follow-up (.3). | 1.60 |
| 02/01/12 | BMK | 0007 | Prepare for professionals' call (0.2); participate in professionals' call (1.2); follow up with C. Samis re: same (0.1). | 1.50 |
| 02/01/12 | KMR | 0007 | Attended professionals meeting. | 1.20 |
| 02/01/12 | JYS | 0007 | Attend Professionals Call (1.2); follow up w. AG team (0.2); Review Jefferies IP Address and bond pricing presentation (0.2). | 1.60 |
| 02/01/12 | GDB | 0007 | Emails re professionals call and bond prices. | 0.10 |
| 02/01/12 | JPR | 0007 | Attend Professionals call in advance of committee call. | 1.20 |
| 02/02/12 | SLS | 0007 | Participate in Nortel UCC call (.8). | 0.80 |
| 02/02/12 | LGB | 0007 | Attend Committee call (0.8); Review NNSA claims materials for call (0.2). | 1.00 |
| 02/02/12 | FSH | 0007 | Final prep for Committee meeting (.2). Attend same (.8). | 1.00 |
| 02/02/12 | DHB | 0007 | Prepare for (.4) and attend Committee meeting and follow-up (.8); telephone call with S. Kelly re same (.1). | 1.30 |
| 02/02/12 | BMK | 0007 | Prepare for committee call (0.5); attend committee call (0.8); follow up to same (0.4) | 1.70 |
| 02/02/12 | KMR | 0007 | Attended creditors committee meeting. | 0.80 |
| 02/02/12 | JYS | 0007 | Attend Committee Call (0.8); follow up with Committee professionals (0.7). | 1.50 |
| 02/02/12 | GDB | 0007 | Attend UCC Call. | 0.80 |
| 02/02/12 | SLB | 0007 | Prepare materials for (.1) and attend Committee Call (.8) | 0.90 |
| 02/02/12 | SLB | 0007 | Attend post-call professionals' meeting. | 0.40 |
| 02/02/12 | JPR | 0007 | Attend Committee call (.8) and post call with Akin team (.7). | 1.50 |
| 02/06/12 | SLB | 0007 | Prepare minutes for Committee calls | 0.80 |
| 02/08/12 | BMK | 0007 | Emails with UCC professionals re: agenda items for upcoming call | 0.20 |
| 02/08/12 | BMK | 0007 | Review and comment on committee meeting minutes | 0.30 |
| 02/08/12 | GDB | 0007 | Emails re professionals call (0.1). | 0.10 |
| 02/08/12 | SLB | 0007 | Revise minutes from Committee calls (.2); confer w/ B. Kahn re: same (.1) | 0.30 |
| 02/09/12 | SLS | 0007 | Attend professionals' pre-call (1.1) | 1.10 |
| 02/09/12 | FSH | 0007 | Work on agenda (.3). Meet with advisors to review pending issues (1.1). | 1.40 |
| 02/09/12 | DHB | 0007 | Email communications re agenda (.3); professionals pre-meeting (1.1). | 1.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1414330

Page 4  
March 26, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 02/09/12 | SBK | 0007 | Emails to/from Rohan and Hyland re inclusion of IP address sale process in upcoming Committee call and professionals pre-call (.20); Attend professionals pre-call re prep for Committee call (1.1). | 1.30 |
| 02/09/12 | BMK | 0007 | Participate in professionals' call (1.1); follow up with F. Hodara and D. Botter (0.1) | 1.20 |
| 02/09/12 | KMR | 0007 | Attend creditors committee meeting. | 1.10 |
| 02/09/12 | JYS | 0007 | Attend Professionals Call. | 1.10 |
| 02/09/12 | GDB | 0007 | Attend Professionals call. | 1.10 |
| 02/09/12 | SLB | 0007 | Coordinate scheduling of Committee Call (.1); attend professionals' pre-call (1.1) | 1.20 |
| 02/09/12 | JPR | 0007 | Attend Professionals call in advance of committee call. | 1.10 |
| 02/10/12 | SLS | 0007 | Participate in UCC call (.7). | 0.70 |
| 02/10/12 | LGB | 0007 | Participate on Nortel Committee call. | 0.70 |
| 02/10/12 | FSH | 0007 | Communications with working group re meeting materials, info and prep for Committee call (.3). Attend same (.7). Scheduling of future meetings (.1). | 1.10 |
| 02/10/12 | AQ | 0007 | Attend Committee call. | 0.70 |
| 02/10/12 | DHB | 0007 | Email communications re conference call preparation (.1); prepare for same (.4); attend same (.7). | 1.20 |
| 02/10/12 | SBK | 0007 | Attend call w/Creditors Committee. | 0.70 |
| 02/10/12 | BMK | 0007 | Participate in portion of committee call | 0.20 |
| 02/10/12 | KMR | 0007 | Participated by telephone in part of creditors committee meeting. | 0.70 |
| 02/10/12 | JYS | 0007 | Attend Committee Call. | 0.70 |
| 02/10/12 | GDB | 0007 | Attend UCC call. | 0.70 |
| 02/10/12 | SLB | 0007 | Prepare for (.2) and attend Committee call (.7) | 0.90 |
| 02/13/12 | FSH | 0007 | Communications with NNI and working group re meeting. | 0.10 |
| 02/14/12 | BMK | 0007 | Review Capstone committee call presentation (0.3); emails re: professionals' call (0.1) | 0.40 |
| 02/14/12 | GDB | 0007 | Emails re professionals call (0.1) | 0.10 |
| 02/15/12 | SLS | 0007 | Review Capstone reports for committee call. | 0.30 |
| 02/15/12 | FSH | 0007 | Work on agenda and review materials for meeting of advisers (.3). Attend same (.4). | 0.70 |
| 02/15/12 | AQ | 0007 | Attend Professionals' call (.4); follow-up to same (.2). | 0.60 |
| 02/15/12 | DHB | 0007 | Professionals pre-call. | 0.40 |
| 02/15/12 | BMK | 0007 | Review and comment on Capstone materials for committee call (0.6); attend professionals' call (0.4); follow up to same (0.2); email to UCC re: upcoming committee call (0.2) | 1.40 |
| 02/15/12 | KMR | 0007 | Attended professionals meeting. | 0.40 |
| 02/15/12 | JYS | 0007 | Attend Professionals Call (.4); follow up to same (.2). | 0.60 |
| 02/15/12 | GDB | 0007 | Attend Professionals call (0.4); follow up to same (0.2). | 0.60 |
| 02/15/12 | SLB | 0007 | Coordinate scheduling of professionals' call and Committee call. | 0.20 |
| 02/16/12 | LGB | 0007 | Participate on committee call (0.5). | 0.50 |
| 02/16/12 | FSH | 0007 | Participate in Committee meeting. | 0.40 |
| 02/16/12 | AQ | 0007 | Attend Committee call (.4); follow up to same (.1). | 0.50 |
| 02/16/12 | DHB | 0007 | Prepare for Committee call (.3); attend same (.4) and follow-up (.2). | 0.90 |
| 02/16/12 | BMK | 0007 | Prepare for committee call (0.2); participate in committee call (0.4); follow up to same (0.2) | 0.80 |
| 02/16/12 | JYS | 0007 | Attend Committee Call (.4); follow up to same (.1). | 0.50 |
| 02/16/12 | GDB | 0007 | Attend UCC Call (0.4); follow up to same (.1). | 0.50 |
| 02/17/12 | FSH | 0007 | Communications re meeting w/NNI. | 0.20 |
| 02/21/12 | FSH | 0007 | Work on Committee meeting arrangements. | 0.20 |
| 02/21/12 | GDB | 0007 | Emails re UCC meetings (0.3) | 0.30 |
| 02/22/12 | BMK | 0007 | Draft agenda for upcoming committee call | 0.20 |
| 02/23/12 | SLS | 0007 | Participate in professionals' pre-call (.6). | 0.60 |
| 02/23/12 | LGB | 0007 | Participate in Nortel professionals call (0.6); follow up to same (.1). | 0.70 |
| 02/23/12 | FSH | 0007 | Meet w/working group re pending items (.6). Follow-up (.1). Outline issues for call w/Company (.2). Communications w/working group, NNI | 1.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1414330

Page 5  
March 26, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | re same (.2). Work on agenda (.1). | |
| 02/23/12 | AQ | 0007 | Attend Professional's pre-call. | 0.60 |
| 02/23/12 | DHB | 0007 | Professionals pre-call. | 0.60 |
| 02/23/12 | BMK | 0007 | Prepare for professionals' call (0.4); participate in professionals' call (0.6); review and email materials to Committee (0.5) | 1.50 |
| 02/23/12 | KMR | 0007 | Participated in professionals meeting. | 0.60 |
| 02/23/12 | JYS | 0007 | Attend Professionals Call. | 0.60 |
| 02/23/12 | GDB | 0007 | Attend Professionals call. | 0.60 |
| 02/23/12 | SLB | 0007 | Attend Nortel Professionals' Call | 0.60 |
| 02/23/12 | JPR | 0007 | Professionals call. | 0.60 |
| 02/24/12 | FSH | 0007 | Prep for Committee call (.2). Attend same (.5). Follow-up with advisors (.3). | 1.00 |
| 02/24/12 | AQ | 0007 | Attend Committee call (.5); prepare for same (.1). | 0.60 |
| 02/24/12 | AQ | 0007 | Professionals' post-call. | 0.30 |
| 02/24/12 | DHB | 0007 | Prepare for (.2) and attend Committee call (.5); follow-up re same (.3). | 1.00 |
| 02/24/12 | KMR | 0007 | Participated in internal call following the committee call (.4). | 0.40 |
| 02/24/12 | JYS | 0007 | Attend Committee Call. | 0.50 |
| 02/24/12 | GDB | 0007 | Attend UCC Call (0.5). Professionals post-call (0.2). | 0.70 |
| 02/24/12 | JPR | 0007 | Attend Committee call (.5); post call conf. w/Akin and advisors (.4) | 0.90 |
| 02/27/12 | FSH | 0007 | Scheduling communications with Committee and debtor. | 0.40 |
| 02/27/12 | GDB | 0007 | Emails re UCC meetings. | 0.20 |
| 02/27/12 | SLB | 0007 | Coordinate scheduling of upcoming Committee calls (.3); corr. w/ B. Kahn re: same (.1) | 0.40 |
| 02/29/12 | SLS | 0007 | Participate in UCC professionals' call (.7) (partial) | 0.70 |
| 02/29/12 | LGB | 0007 | Participate on Nortel professionals call. | 1.10 |
| 02/29/12 | FSH | 0007 | Review materials for advisors' meeting (.4). Attend same (1.1). | 1.50 |
| 02/29/12 | DHB | 0007 | Prepare for and attend professionals pre-call (1.1) and follow-up (.2). | 1.30 |
| 02/29/12 | SBK | 0007 | Attend professionals pre-call re prep for Thursday committee call (1.1); prepare for same (.1). | 1.20 |
| 02/29/12 | BMK | 0007 | Prepare for professionals' call (0.4); participate in professionals' call (1.1); follow up with Akin team re: same (0.1); edit and email agenda to Committee (0.2) | 1.80 |
| 02/29/12 | KMR | 0007 | Attended weekly professionals meeting. | 1.10 |
| 02/29/12 | JYS | 0007 | Attend Professionals Call (1.1); Follow up w. AG team (0.2). | 1.30 |
| 02/29/12 | GDB | 0007 | Attend Professionals call. | 1.10 |
| 02/07/12 | FSH | 0008 | Review court agenda and pleadings. | 0.40 |
| 02/07/12 | DHB | 0008 | Review agenda letter and emails re same. | 0.20 |
| 02/08/12 | BMK | 0008 | Participate in court conference re: same (0.9); follow up with D. Botter and F. Hodara re: same (0.1); email UCC re: same (0.3). | 1.30 |
| 02/08/12 | GDB | 0008 | Emails re emergency court conference (0.2). | 0.20 |
| 02/09/12 | SLS | 0008 | Participate in hearing regarding temporary restraining order. | 0.50 |
| 02/09/12 | FSH | 0008 | Telephonic hearing re UK document issue. | 0.50 |
| 02/10/12 | SLB | 0008 | Corr. w/ team re: upcoming omnibus hearings. | 0.60 |
| 02/17/12 | FSH | 0008 | Communications re upcoming hearings. | 0.20 |
| 02/21/12 | SLS | 0008 | Participate in status call with chambers. | 0.50 |
| 02/21/12 | FSH | 0008 | Participate in telephonic conference re documents. | 0.40 |
| 02/06/12 | FSH | 0012 | Attention to omnibus claims objections. | 0.20 |
| 02/08/12 | BMK | 0012 | TC with J. Hyland re: claims issues (0.5); tc with R. Baik re: same (0.1) | 0.60 |
| 02/13/12 | FSH | 0012 | Review misc. pleadings re: claims. | 0.20 |
| 02/14/12 | LGB | 0012 | Review draft employee claims objections (0.8); Email Kahn re same. | 0.90 |
| 02/14/12 | BMK | 0012 | Review of omnibus claims objection draft | 0.30 |
| 02/21/12 | BMK | 0012 | Review cross border claims information | 0.60 |
| 02/22/12 | LGB | 0012 | Review employee claims objection filed (0.7). | 0.70 |
| 02/22/12 | FSH | 0012 | Review claims update and confer with BK re same. | 0.20 |
| 02/22/12 | BMK | 0012 | Review and analyze responses to claims objections | 1.40 |
| 02/25/12 | FSH | 0012 | Review misc. pleadings re: claims. | 0.10 |
| 02/29/12 | FSH | 0012 | Communicate w/SB, BK re amendment to Schedules. | 0.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 6
Invoice Number: 1414330  March 26, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/03/12 | FSH | 0014 | Review Canadian documents. | 0.20 |
| 02/10/12 | FSH | 0014 | Attention to Canadian IP address motion and communications re same. | 0.20 |
| 02/17/12 | FSH | 0014 | Confer with Frasers re Canadian case matters. | 0.20 |
| 02/19/12 | FSH | 0014 | Review report of Canadian motions. | 0.10 |
| 02/08/12 | FSH | 0017 | Confer with Cleary re UK document issue (.4). Emergency call with Court re same (.9). Follow-up (.2). | 1.50 |
| 02/08/12 | DHB | 0017 | Telephone call with Debtors re emergency hearing issues (.4); prepare for (.1) and attend (.9) same and follow-up. | 1.40 |
| 02/08/12 | BMK | 0017 | Participate in call with F. Hodara, D. Botter, S. Schultz and Cleary and Milbank re: TRO issue (0.3). | 0.30 |
| 02/09/12 | FSH | 0017 | Attention to Debtors' complaint and communications re same. | 0.20 |
| 02/09/12 | DHB | 0017 | Prepare for (.1) and attend (.5) telephonic hearing on TRO. | 0.60 |
| 02/09/12 | BMK | 0017 | Prepare for court conference re: TRO (0.4); attend same (0.5); follow up with R. Jacobs re: same (0.1) | 1.00 |
| 02/09/12 | JYS | 0017 | Correspondence with Akin Gump team re TRO. | 0.40 |
| 02/10/12 | FSH | 0017 | Communications with working group re TRO. | 0.10 |
| 02/10/12 | BMK | 0017 | Review transcripts from hearings on TRO | 0.40 |
| 02/13/12 | AQ | 0017 | Review and analyze TRO pleadings and hearing transcripts. | 1.70 |
| 02/13/12 | BMK | 0017 | Analysis of TRO related documents | 0.60 |
| 02/14/12 | AQ | 0017 | Confer with Debtors re status of TRO negotiations. | 0.20 |
| 02/15/12 | AQ | 0017 | Confer with Debtors and emails re TRO. | 0.20 |
| 02/21/12 | FSH | 0017 | Follow-up re TRO issues. | 0.20 |
| 02/21/12 | AQ | 0017 | Confer with Cleary and emails re status of TRO action. | 0.20 |
| 02/21/12 | DHB | 0017 | Email communications re next steps and TRO. | 0.20 |
| 02/21/12 | BMK | 0017 | Prepare for court conference re: TRO (0.2); attend telephonic court conference re: TRO (0.4); follow up with Akin team re: same (0.2); draft email to committee re: same (0.3); respond to creditor inquiry re: same (0.2) | 1.30 |
| 02/22/12 | GDB | 0017 | Emails re TRO. | 0.20 |
| 02/29/12 | JYS | 0017 | Research re potential litigation issues (0.3). | 0.30 |
| 02/01/12 | KMR | 0018 | Reviewed memo re: tax issues. | 0.40 |
| 02/22/12 | FSH | 0018 | Review tax analysis. | 0.80 |
| 02/23/12 | FSH | 0018 | Communicate w/K. Rowe re tax issues. | 0.10 |
| 02/28/12 | KMR | 0018 | Reviewed analysis of tax issues. | 1.50 |
| 02/29/12 | FSH | 0018 | Meet with working group re tax issue. | 0.80 |
| 02/29/12 | DHB | 0018 | Review tax memo in preparation for meeting (.6); attend same (.8). | 1.40 |
| 02/29/12 | BMK | 0018 | Review tax issue memo (1.7); participate in meeting with F. Hodara, D. Botter, K. Rowe and A. Krotman re: same (0.8); consider research issues re: same (0.6) | 3.10 |
| 02/29/12 | KMR | 0018 | Reviewed analysis of tax matters (1.5); discussion with B. McRae re: EY and general strategy on procedural issues (0.2); internal meeting re: taxes (1.0). | 2.70 |
| 02/29/12 | ASK | 0018 | Meet with F. Hodara, D. Botter, B. Kahn, and K. Rowe to discuss Nortel tax issues and procedures. | 1.10 |
| 02/01/12 | LGB | 0019 | Email Fleming re meeting with 1114 committee and LTD committee (0.1); Review response to same (0.1); Review mandated issued by 3rd Cir. (0.1). | 0.30 |
| 02/01/12 | JYS | 0019 | Review Third Circuit Mandate re UK Pension Appeal. | 0.20 |
| 02/05/12 | LGB | 0019 | Review email from Fleming re meeting with 1114 Committee/ LTD Committee. | 0.10 |
| 02/21/12 | LGB | 0019 | T/c with Fleming re meeting (0.1); Email Simonetti/ Lilling re same (0.1); Review response from Simonetti re same (0.1); Email Capstone re same (0.1); Review response from Hyland re same (0.1); Email Fleming re same (0.1); Email Capstone re LTD Committee/ 1114 Committee termsheets (0.1). | 0.70 |
| 02/21/12 | BES | 0019 | Review of retiree committee information. | 0.80 |
| 02/23/12 | LGB | 0019 | Email Fleming re meeting (0.1); T/c with Kahn re same (0.1); Review | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1414330  
Page 7  
March 26, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | presentation from 1114 committee (0.4). | |
| 02/23/12 | BES | 0019 | Review of retiree committee information. | 0.60 |
| 02/23/12 | BMK | 0019 | Review LTD and retiree issues | 1.20 |
| 02/23/12 | ASL | 0019 | Review retiree meeting materials. | 0.30 |
| 02/24/12 | BES | 0019 | Review of retiree committee information. | 0.70 |
| 02/24/12 | BMK | 0019 | Review materials for retiree and ltd committee meeting | 0.60 |
| 02/26/12 | LGB | 0019 | Review email from Kearns re retiree committee analysis (0.1); respond to same (0.1). | 0.20 |
| 02/27/12 | LGB | 0019 | Attend meeting with company, 1114 committee, LTD committee, ad hoc noteholders, Simonetti, Kahn and Capstone (2.8); Prepare for same (0.5); Email Kearns re claims issue (0.1). | 3.40 |
| 02/27/12 | BES | 0019 | Preparation for Retiree and LTD committee meeting (1.9); meeting with committees (4.0). | 4.90 |
| 02/27/12 | BMK | 0019 | Prepare for meeting with retiree and LTD committees (0.6); participate in meeting with retiree and LTD committees (2.8) | 3.40 |
| 02/27/12 | ASL | 0019 | Review emails and consider valuation issues re: retiree medical. | 0.20 |
| 02/28/12 | FSH | 0019 | Confer with BK re 1114 meeting, next steps. | 0.20 |
| 02/29/12 | ASL | 0019 | Pension diligence. | 0.70 |
| 02/08/12 | BMK | 0024 | Review email from S. Kuhn re: IP Address sale process | 0.10 |
| 02/09/12 | SBK | 0024 | Review/circulate latest monthly escrow account statements from sale transactions (.20) | 0.20 |
| 02/13/12 | FSH | 0024 | Review and analyze report re assets. | 0.30 |
| 02/14/12 | FSH | 0024 | Communications with working group re asset issues. | 0.30 |
| 02/16/12 | SBK | 0024 | Several emails to/from Jefco and Hyland re scheduling call re IPA sale process | 0.40 |
| 02/17/12 | SBK | 0024 | TC w/Jefco and Hyland re IPA sale process and next steps (.50); TC w/same and [REDACTED] (.60) | 1.10 |
| 02/28/12 | RSD | 0024 | Reviewed Avaya Purchase Agreement (1.2); Telephone conference with Akin team re: findings of review of purchase agreements (1.2); Email correspondence re the foregoing (0.1). | 2.50 |
| 02/28/12 | TDF | 0024 | Meeting with M&A team re: assets sale agreements (1.1); call with Cleary re: foregoing (0.3); reviewing asset sale agreements and discussing with Kuhn (0.4) | 1.80 |
| 02/29/12 | FSH | 0024 | Communications with working group re TSA analysis. | 0.10 |
| 02/29/12 | ASM | 0024 | Reviewing asset purchase agreements and transition services agreements (2.7), preparing issues list re same (.6) | 3.30 |
| 02/29/12 | RSD | 0024 | Drafted summary of Project Equinox APA findings for S. Kuhn and T. Feuerstein (0.3); Reviewed Ciena APA and drafted summary (1.3); Reviewed TSA for Avaya (0.2). | 1.80 |
| 02/01/12 | BMK | 0026 | Review preference settlements | 0.60 |
| 02/10/12 | BMK | 0026 | TC with Cleary re: preference settlement | 0.20 |
| 02/13/12 | FSH | 0026 | Meet with B. Kahn re preference claims. | 0.20 |
| 02/21/12 | BMK | 0026 | TC with Cleary re: preference settlements | 0.20 |
| 02/22/12 | BMK | 0026 | Attention to preference settlement issues | 0.40 |
| 02/29/12 | BMK | 0026 | Review preference settlement issues | 0.40 |
| 02/13/12 | FSH | 0028 | Review info re Japan distribution. | 0.10 |
| 02/13/12 | BMK | 0028 | Review emails re: Japan dividend | 0.20 |
| 02/01/12 | FSH | 0029 | Confer with RLF re mediation issues (.2). Confer with DB re same (.3). Communications with DB and Cleary re same (.3). | 0.80 |
| 02/01/12 | JYS | 0029 | Corr w. S. Schultz re [REDACTED] (0.3); Review same (0.6). | 0.90 |
| 02/02/12 | FSH | 0029 | Meet with Capstone re pending issues (.5). Same with Jefferies (.1). Communications w/DB and Cleary re next step (.3). Communications w/NNL and Monitor re same (.3). | 1.20 |
| 02/03/12 | FSH | 0029 | TC Goodmans re status (.3). Follow-up (.1). TC J. Bromley and L. Schweitzer re same (.3). Confer w/DB (.1). Confer w/BK (.1). | 0.90 |
| 02/07/12 | SLS | 0029 | Meeting with Akin and Milbank regarding next steps (1.6) | 1.60 |
| 02/07/12 | FSH | 0029 | Work on mediation issues and communicate with Capstone and BK re | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1414330

Page 8  
March 26, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/07/12 | FSH | 0029 | same. Consider issues for meeting with Ad Hoc (.3). Meet with Capstone re same (.5). Attend same (2.0). Follow-up with Committee advisors (.5). | 3.30 |
| 02/07/12 | BMK | 0029 | Review draft fourth estate settlement (0.3); tc with Cleary re: same (0.1); attend meeting with ad hoc professionals and representative re: allocation issues (2.3); follow up to same (0.4) | 3.10 |
| 02/09/12 | FSH | 0029 | Confer w/Frasers re pending issues. | 0.30 |
| 02/09/12 | DHB | 0029 | Email communications re French discussions (.3) and confis (.1). | 0.40 |
| 02/09/12 | KMR | 0029 | Reviewed potential Canadian arguments in mediation. | 0.80 |
| 02/10/12 | FSH | 0029 | Communications with US parties re allocation issues. | 0.10 |
| 02/12/12 | FSH | 0029 | Communications with Cleary, working group re pending issues. | 0.20 |
| 02/13/12 | FSH | 0029 | TC FTI re next steps. | 0.30 |
| 02/14/12 | SLS | 0029 | Review and comment on [REDACTED] (1.0). | 1.00 |
| 02/15/12 | AQ | 0029 | Confer with Capstone re mediation statement. | 0.30 |
| 02/15/12 | AQ | 0029 | Review and analyze draft Capstone insert to mediation statement. | 0.60 |
| 02/16/12 | SLS | 0029 | Review revised [REDACTED]. | 0.20 |
| 02/16/12 | BMK | 0029 | Review allocation materials | 0.90 |
| 02/16/12 | KMR | 0029 | Reviewed Chillmark materials summarizing allocation issues. | 0.50 |
| 02/16/12 | JYS | 0029 | Revising [REDACTED]. | 0.80 |
| 02/17/12 | KMR | 0029 | Continued review of Chillmark summary of issues going into mediation. | 0.70 |
| 02/21/12 | FSH | 0029 | Communications with working group re Chilmark analysis. | 0.20 |
| 02/21/12 | AQ | 0029 | Review emails re mediation preparation and Chilmark materials. | 0.20 |
| 02/22/12 | FSH | 0029 | Communicate with Capstone re analyses (.2). Confer with AQ re same (.3). Analyze sale rep and warranty issue and confer with TF re same (.3). Review Capstone analysis (.3). Confer with Committee member re allocation issues (.4). | 1.50 |
| 02/22/12 | AQ | 0029 | Review and analyze draft Capstone analysis of mediation proposals and issues and recovery scenarios. | 1.80 |
| 02/22/12 | AQ | 0029 | Conference call with Capstone re mediation proposal analysis. | 0.80 |
| 02/22/12 | AQ | 0029 | Confer with F. Hodara regarding mediation strategy. | 0.30 |
| 02/23/12 | FSH | 0029 | Review Capstone analysis (.4) | 0.40 |
| 02/23/12 | JYS | 0029 | Review Capstone mediation analysis. | 0.30 |
| 02/24/12 | FSH | 0029 | Communications with working group re mediation (.3). Communications with NNI and Ad Hocs re same (.4). | 0.70 |
| 02/24/12 | DHB | 0029 | Email communications re mediation (.2); begin preparation for professionals meeting re same (.5). | 0.70 |
| 02/24/12 | KMR | 0029 | Reviewed Capstone materials relating to allocation (0.4). | 0.40 |
| 02/25/12 | FSH | 0029 | Conf. call w/Ad Hoc reps re mediation (.5). Follow up w/working group (.2). | 0.70 |
| 02/26/12 | FSH | 0029 | Communicate w/working group re mediation issues. | 0.10 |
| 02/27/12 | SLS | 0029 | Participate in working group call regarding next steps for allocation (.9). | 0.90 |
| 02/27/12 | LGB | 0029 | Review Capstone allocation analysis (0.5). | 0.50 |
| 02/27/12 | FSH | 0029 | Call w/NNI re allocation and related issues (1.0). Meet with working group re same (.9). Communications w/Ad Hocs and Debtor re next steps on allocation (.3). | 2.20 |
| 02/27/12 | AQ | 0029 | Team meeting re mediation issues. | 0.90 |
| 02/27/12 | AQ | 0029 | Review and analyze Capstone recovery scenarios. | 0.70 |
| 02/27/12 | DHB | 0029 | Prepare for mediation next steps meeting (1.0); attend same and follow-up (1.0). | 2.00 |
| 02/27/12 | BMK | 0029 | Review issues list re: allocation (0.3); participate in UCC professionals' call re: allocation issues and next steps (0.9) | 1.20 |
| 02/27/12 | KMR | 0029 | Participated in internal conference call re: allocation issues (0.9); began review of tax issues in connection with Wednesday meeting (0.7). | 1.60 |
| 02/27/12 | JYS | 0029 | O/C w. AG team re allocation issues. | 0.90 |
| 02/28/12 | FSH | 0029 | Communications with NNI, Ad Hocs re next steps in allocation. | 0.20 |
| 02/29/12 | FSH | 0029 | Confer with Committee member re process. | 0.30 |
| 02/29/12 | BMK | 0029 | Analysis of allocation next steps | 0.40 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 02/07/12 | FSH | 0031 | Attention to issue in fourth estate settlement. | 0.10 |
| 02/09/12 | FSH | 0031 | Analyze NNSA issues and communicate with working group and A. Tchekoff re same. | 0.70 |
| 02/08/12 | SBK | 0032 | TC w/Jefco & Hyland re IPA sale process alternatives (.40); Draft memo to Hodara & Botter re same (.50) | 0.90 |
| 02/14/12 | KAK | 0032 | Email from Fred Hodara re: Nortel hacking investigation (.2); email from S. Kuhn re: [REDACTED] (.2); review public information on hacking investigation (1.0). | 1.40 |
| 02/14/12 | SBK | 0032 | Emails to/from Hodara and FMC re hacking story and scheduling call on same (.60); Attend call w/Committee professionals, Cleary and John Ray re hacking story (.30) | 0.90 |
| 02/14/12 | BMK | 0032 | Review WSJ article re: security breach (0.2); email Committee re: same (0.2) | 0.40 |
| 02/14/12 | TDF | 0032 | Reviewing WSJ article and discussing exposure with S. Kuhn. | 0.80 |
| 02/14/12 | GDB | 0032 | Email re WSJ report, reading report (0.3) | 0.30 |
| 02/16/12 | BMK | 0032 | Analysis of security breach issues | 0.40 |
| 02/22/12 | DHB | 0032 | Correspondence re [REDACTED]. | 0.40 |
| 02/22/12 | BMK | 0032 | Review correspondence re: [REDACTED]. | 0.60 |
| 02/22/12 | SBK | 0032 | Emails to/from Hodara and Feuerstein re hacking/sale contract analysis | 0.40 |
| 02/23/12 | FSH | 0032 | Examine letters re [REDACTED]. | 0.20 |
| 02/24/12 | JYS | 0032 | Review corr re [REDACTED] (0.3) | 0.30 |
| 02/24/12 | GDB | 0032 | Emails re updates from the debtor and [REDACTED]. | 0.20 |
| 02/27/12 | SBK | 0032 | Emails to/from Akin team re hacking [REDACTED] | 0.30 |
| 02/27/12 | ASM | 0032 | Meeting with T. Feuerstein, D. Vondle and J. Sturm (.5), meeting with T. Feuerstein and R. Drummond (.9), reviewing Rockstar APA (2.2) | 3.60 |
| 02/27/12 | RSD | 0032 | Meeting with T. Feuerstein and A. Martell re: data security breach (0.8); Reviewed WSJ article (0.1); Email correspondence re: all of the foregoing (0.1); Reviewed transaction documents per T. Feuerstein (0.3). | 1.30 |
| 02/27/12 | DCV | 0032 | Communications with T. Feuerstein regarding data breach issues (.3); research regarding same (4.4). | 4.70 |
| 02/27/12 | JYS | 0032 | T/C re [REDACTED] w AG team (1.1); Prep for same (0.4). | 1.50 |
| 02/27/12 | TDF | 0032 | Reviewing [REDACTED] related to security breaches and coordinating effort of Akin team. | 1.50 |
| 02/28/12 | SBK | 0032 | Discussion w/Feuerstein re hacking/[REDACTED] (.50); Emails to/from Feuerstein and others re scheduling meeting re same (.10); Attend meeting w/Feuerstein and corporate team re hacking/[REDACTED] (1.0) | 1.60 |
| 02/28/12 | ASM | 0032 | Meeting with S. Kuhn, J. Sturm, T. Feuerstein and R. Drummond (1.1), [REDACTED] (2.4) | 3.50 |
| 02/28/12 | DCV | 0032 | Communications with T. Feuerstein regarding data breach issues (.1); research regarding same (5.7). | 5.80 |
| 02/28/12 | JYS | 0032 | Meeting w. Corporate group re [REDACTED] (1.1); Prep for same (0.6). | 1.70 |
| 02/29/12 | DCV | 0032 | Research regarding data breach issues and analyze materials regarding same. | 4.60 |
| 02/29/12 | TDF | 0032 | Reviewing deal summaries for security issue (0.4); attending meeting w/FR team to discuss (0.3). | 0.70 |
| 02/29/12 | DHB | 0032 | Review agenda and emails re same (.1); office conference with S. Kuhn re hacking issues (.1). | 0.20 |
| 02/29/12 | SBK | 0032 | TC w/Botter and discussion w/Feuerstein re hacking/[REDACTED] (.60); Several emails to/from Hodara and Feuerstein re same (.40); Review notes from Martell and Drummond (.30); Briefly discuss next steps w/Feuerstein (.10); Emails to/from Hyland re same (.10) | 1.50 |
| 02/29/12 | FSH | 0032 | Follow-up re IP asset. | 0.10 |
| 02/29/12 | KAK | 0032 | Meeting with D. Vondle re: possible IP claims. | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1414330

Page 10  
March 26, 2012

| Date | Tkpr | Task | | | Hours |
|------|------|------|---|---|-------|
| | | Total Hours | | | 263.80 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|---|-------|
| L G BECKERMAN | 11.60 | at | $995.00 | = | $11,542.00 |
| F S HODARA | 40.40 | at | $1050.00 | = | $42,420.00 |
| K A KEPCHAR | 1.80 | at | $715.00 | = | $1,287.00 |
| B E SIMONETTI | 7.00 | at | $810.00 | = | $5,670.00 |
| A QURESHI | 14.90 | at | $825.00 | = | $12,292.50 |
| D H BOTTER | 21.70 | at | $975.00 | = | $21,157.50 |
| S B KUHN | 10.50 | at | $825.00 | = | $8,662.50 |
| S L SCHULTZ | 12.80 | at | $775.00 | = | $9,920.00 |
| A S LILLING | 1.20 | at | $625.00 | = | $750.00 |
| K M ROWE | 15.90 | at | $705.00 | = | $11,209.50 |
| A S MARTELL | 10.40 | at | $630.00 | = | $6,552.00 |
| R S DRUMMOND | 5.60 | at | $600.00 | = | $3,360.00 |
| D C VONDLE | 15.10 | at | $580.00 | = | $8,758.00 |
| T D FEUERSTEIN | 4.80 | at | $630.00 | = | $3,024.00 |
| G D BELL | 7.80 | at | $630.00 | = | $4,914.00 |
| J P RUBIN | 5.30 | at | $600.00 | = | $3,180.00 |
| B M KAHN | 46.00 | at | $575.00 | = | $26,450.00 |
| J Y STURM | 16.30 | at | $600.00 | = | $9,780.00 |
| S L BRAUNER | 10.60 | at | $425.00 | = | $4,505.00 |
| A S KROTMAN | 1.10 | at | $475.00 | = | $522.50 |
| P J SPROFERA | 3.00 | at | $270.00 | = | $810.00 |

Current Fees — $196,766.50

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | |
|---|---|
| Computerized Legal Research - Lexis | $1,707.98 |
| Computerized Legal Research - Westlaw | $158.28 |
| Duplication - In House | $54.60 |
| Document Production - In House | $59.70 |
| Meals (100%) | $1,235.25 |
| Audio and Web Conference Services | $3,350.50 |
| Telephone - Video Conferencing | $768.00 |
| Travel - Airfare | $832.40 |
| Travel - Ground Transportation | $195.18 |

Current Expenses — $8,361.89

**Total Amount of This Invoice** — $205,128.39