# EXHIBIT C

## DISBURSEMENT SUMMARY
## FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,866.26 |
| Conference Call /Telephone/Video Conferencing | $4,118.50 |
| Duplicating | $114.30 |
| Meals/Committee Meeting Expenses | $1,235.25 |
| Travel Expenses – Airfare | $832.40 |
| Travel Expenses – Ground Transportation | $195.18 |
| **TOTAL** | **$8,361.89** |

103015463 v1