# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1414330 |
| Invoice Date | 03/26/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/12 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 11/02/11 | Travel - Ground Transportation Cab ride from One Bryant Park to 50 Franklin Street.; Gurnam Mathon Taxi Cab | $11.10 |
| 11/23/11 | Travel - Airfare Travel agent fee for flight; Travel agent fee; Delta Airlines | $37.00 |
| 11/28/11 | Travel - Airfare Travel New Yok to Washington DC for meeting; Travel New York to Washington; Delta Airlines | $505.60 |
| 12/02/11 | Travel - Airfare Train from Washington to New York from meeting with potential expert for case.; Travel DC to New York; Delta Airlines Receipt | $252.80 |
| 12/02/11 | Travel - Airfare Travel agent fee for trip from DC to New York for meeting.; Travel agent fee; Delta Airlines | $37.00 |
| 12/24/11 | Audio and Web Conference Services Monthly recurring charges for voice services; activity through 12/24/11 - acct.# 0205134736 | $73.91 |
| 01/01/12 | Telephone - Video Conferencing Multi office bridging charges VENDOR: PROVIDEA INC; INVOICE#: 0071037-IN; DATE: 1/1/2012 | $768.00 |
| 01/03/12 | Travel - Ground Transportation Taxi home (working late on case).; NYC Taxi Receipt | $12.30 |
| 01/18/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1092770 DATE: 1/22/2012 Sturm Joshua - Abigaels on Broadway - | $34.03 |

| Date | Description | Amount |
|---|---|---|
| 01/19/12 | 01/18/2012 Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1092770 DATE: 1/22/2012 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 01/19/2012 | $31.06 |
| 01/19/12 | Meals (100%) 1/19/12 P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800172; DATE: 1/19/2012 | $64.51 |
| 01/19/12 | Meals (100%) 1/19/12 C Irving - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800172; DATE: 1/19/2012 | $264.29 |
| 01/19/12 | Document Production - In House REQUESTOR: S BRAUNER; DESCRIPTION: COLOR COPIES; QUANTITY: 345; DATE ORDERED: 1/19/12 | $34.50 |
| 01/20/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1092770 DATE: 1/22/2012 Catering Akin Gump - Mendy's Kosher Restaurant - 01/20/2012 | $30.08 |
| 01/20/12 | Document Production - In House REQUESTOR: S BRAUNER; DESCRIPTION: COLOR COPIES; QUANTITY: 126; DATE ORDERED: 1/20/12 | $12.60 |
| 01/20/12 | Document Production - In House REQUESTOR: S BRAUNER; DESCRIPTION: COLOR COPIES; QUANTITY: 126; DATE ORDERED: 1/20/12 | $12.60 |
| 01/20/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1094220 DATE: 1/29/2012 Catering Akin Gump - Mendy's Kosher Restaurant - 01/20/2012 | $30.08 |
| 01/25/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1094220 DATE: 1/29/2012 Catering Akin Gump - Mendy's at Rock Center - 01/25/2012 | $21.76 |
| 01/26/12 | Meals (100%) 1/20/12 S Brauner - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800173; DATE: 1/26/2012 | $358.47 |
| 01/26/12 | Meals (100%) 1/23/12 B Kahn - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800173; DATE: 1/26/2012 | $195.98 |
| 01/26/12 | Meals (100%) 1/26/12 P Sanchez - Team meeting working meal (6 people) | $34.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1414330

Page 3  
March 26, 2012

| Date | Description | Amount |
|---|---|---|
| | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800173; DATE: 1/26/2012 | |
| 02/01/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1105655 DATE: 2/5/2012 Catering Akin Gump - Mendy's at Rock Center - 02/01/2012 | $22.85 |
| 02/05/12 | Audio and Web Conference Services January 2012 VENDOR: TELCONF LLC; INVOICE#: 02001-01001-12; DATE: 2/5/2012 | $3,276.59 |
| 02/06/12 | Computerized Legal Research - Westlaw User: RUBIN,JASON Date: 2/6/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $158.28 |
| 02/06/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 02/06/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: SEARCHES; Quantity: 3.0 | $380.70 |
| 02/06/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 29.0 | $391.50 |
| 02/06/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: BECKERMAN  LISA; Charge Type: LEGAL CITATION SERVICES; Quantity: 8.0 | $55.80 |
| 02/07/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: DOCUMENT PRINTING; Quantity: 7.0 | $94.50 |
| 02/07/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: SEARCHES; Quantity: 1.0 | $126.90 |
| 02/07/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 15.0 | $202.50 |
| 02/07/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: BECKERMAN  LISA; Charge Type: LEGAL CITATION SERVICES; Quantity: 5.0 | $34.88 |
| 02/07/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1136444 DATE: 2/22/2012 Vendor: Dial Car Voucher #: | $35.80 |

| Date | Description | Amount |
|---|---|---|
| 02/09/12 | DLA3641683 Date: 02/07/2012 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3641683 Date: 02/07/2012 Name: David Botter Meals (100%) 2/9/12   P Sanchez - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800175; DATE: 2/9/2012 | $82.75 |
| 02/13/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.00 |
| 02/13/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SEARCHES; Quantity: 3.0 | $380.70 |
| 02/14/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 683161 DATE: 2/23/2012  Vendor: Executive Royal Voucher #: 313329 Date: 02/14/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 313329 Date: 02/14/2012 Name: Lisa Beckerman | $67.99 |
| 02/15/12 | Duplication - In House  Photocopy - Kahn, Brad, NY, 252 page(s) | $25.20 |
| 02/15/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1111792 DATE: 2/19/2012  Catering Akin Gump - Mendy's at Rock Center - 02/15/2012 | $32.20 |
| 02/15/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1111792 DATE: 2/19/2012  Kahn Brad - Â¡Whym! Restaurant - 02/15/2012 | $32.79 |
| 02/17/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 683161 DATE: 2/23/2012  Vendor: Executive Royal Voucher #: 329330 Date: 02/17/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 329330 Date: 02/17/2012 Name: Lisa Beckerman | $67.99 |
| 02/23/12 | Duplication - In House  Photocopy - Brauner, Sara, NY, 294 page(s) | $29.40 |

Current Expenses                                                                $8,361.89