# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 13 years; Admitted in 1989; Financial Restructuring Department | $995 | 11.60 | $11,542.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $975 | 21.70 | $21,157.50 |
| Fred S. Hodara | Partner for 23 years; Admitted in 1982; Financial Restructuring Department | $1,050 | 40.40 | $42,420.00 |
| Karol A. Kepchar | Partner for 11 years; Admitted in 1992; Intellectual Property Department | $715 | 1.80 | $1,287.00 |
| Stephen B. Kuhn | Partner for 12 years; Admitted in 1991; Corporate Department | $825 | 10.50 | $8,662.50 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $825 | 14.90 | $12,292.50 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $775 | 12.80 | $9,920.00 |
| Bruce E. Simonetti | Partner for 8 years; Admitted in 1995; Tax Department | $810 | 7.00 | $5,670.00 |
| Austin S. Lilling | Senior Counsel for 2 years; Admitted n 2001; Tax Department | $625 | 1.20 | $750.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $705 | 15.90 | $11,209.50 |
| Renuka S. Drummond | Counsel for 1 year; Admitted in 2005; Corporate Department | $600 | 5.60 | $3,360.00 |
| Tony D. Feuerstein | Counsel for 4 years; Admitted in 2003; Corporate Department | $630 | 4.80 | $3,024.00 |

103015463 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Alana S. Martell | Counsel for 3 years; Admitted in 2004; Corporate Department | $630 | 10.40 | $6,552.00 |
| Jason P. Rubin | Counsel for 1 year; Admitted in 2005; Financial Restructuring Department | $600 | 5.30 | $3,180.00 |
| David C. Vondle | Counsel for 3 years; Admitted in 2002; Intellectual Property Department | $580 | 15.10 | $8,758.00 |
| Graeme D. Bell | International Law Advisor for 4 years; Admitted in 2003; Financial Restructuring Department | $630 | 7.80 | $4,914.00 |
| Sara L. Brauner | Associate for 2 years; Admitted in 2011; Financial Restructuring Department | $425 | 10.60 | $4,505.00 |
| Brad M. Kahn | Associate for 5 years; Admitted in 2008; Financial Restructuring Department | $575 | 46.00 | $26,450.00 |
| Adam S. Krotman | Associate for 3 years; Admitted in 2010; Tax Department | $475 | 1.10 | $522.50 |
| Joshua Y. Sturm | Associate for 6 years; Admitted in 2007; Financial Restructuring Department | $600 | 16.30 | $9,780.00 |
| Peter J. Sprofera | Legal Assistant for 36 years; Financial Restructuring Department | $270 | 3.00 | $810.00 |

Total Amount of Fees:     $196,766.50
Total Number of Hours:   263.80
Blended Hourly Rate:      $745.89

103015463 v1