# **<u>EXHIBIT 1</u>**

ME1 13253589v.1

*CGSH Draft 3.27.2012*
*Confidential*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------X
                                                         :
                                                         :   Chapter 11
                                                         :
In re                                                    :
                                                         :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                           :
                                                         :   Jointly Administered
                  Debtors.                               :
                                                         :
                                                         :   RE: D.I. _____
                                                         :
                                                         :
---------------------------------------------------------X
```

**ORDER (I) APPOINTING A NEUTRAL MEDIATOR CONCERNING THE MODIFICATION OR TERMINATION OF THE NORTEL RETIREE WELFARE PLANS AND THE NORTEL LONG-TERM DISABILITY PLANS; (II) AUTHORIZING THE DEBTORS TO PAY THE COSTS OF ENGAGEMENT; AND (III) GRANTING RELATED RELIEF**

Upon the motion dated [•], 2012 (the "Motion"),[2] of Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order, as more fully described in the Motion, (i) appointing a neutral mediator acceptable to the Retiree Committee and the LTD Committee concerning the modification or termination of the Nortel Retiree Welfare Plans and the Nortel LTD Plans; (ii) authorizing the Debtors to pay the costs of engagement; and (iii) granting them such other and further relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

ME1 13268875v.1

*CGSH Draft 3.27.2012*
*Privileged and Confidential*

the Court deems just and proper and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. <u>Upon consent of the Retiree Committee and the LTD Committee,</u> _____ is appointed neutral mediator (the "<u>Mediator</u>") in connection with the modification or termination of the Nortel Retiree Welfare Plans and the Nortel LTD Plans subject to Local Bankruptcy Rules 9019-2, 9019-3 and 9019-5, provided that the Mediator may modify deadlines set forth in those rules.

3. For the purposes of Local Bankruptcy Rule 9019-2 and this Order, the mediation parties are (a) the Debtors; (b) the Retiree Committee; (c) the LTD Committee; (d) the UCC; and (e) the Bondholder Group (the "<u>Mediation Parties</u>").

4. Notwithstanding the Local Bankruptcy Rules, the Mediator may conduct the mediation as the Mediator sees fit, establish rules of the mediation <u>and location of the mediation sessions</u>, and consider and take appropriate action on any matters the Mediator deems appropriate which may assist the Mediation Parties in resolving disputes.

*CGSH Draft 3.27.2012*
*Privileged and Confidential*

5. The Debtors are authorized and directed to the pay the reasonable fees and costs related to the services of the Mediator.

6. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

7. The Debtor may not take any steps to seek to modify or terminate benefits under the Nortel Retiree Welfare Plans and the Nortel LTD Plans while the mediation is being conducted.

<del>6.</del>8. Nothing contained herein constitutes a finding or a determination whether the parties have conferred in good faith in attempting to reach mutually satisfactory modifications of benefits under the Nortel Retiree Welfare Plans and the Nortel LTD Plans or have otherwise satisfied any of the provisions of Bankruptcy Code section 1114.

<del>7.</del>9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2012
      Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

**Formatted:** Bullets and Numbering

*CGSH Draft 3.27.2012*
*Confidential*

NEWYORK:2536844.1
ME1 13268875v.1