**CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Rescheduled Hearing Date** was caused to be made on April 12, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: April 12, 2012               */s/ Chad A. Fights*
Wilmington, DE                     Chad A. Fights (No. 5006)

4235288.2