**CERTIFICATE OF SERVICE**

  I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Estates of Nortel Networks Inc., Nortel Altsystems Inc., and Nortel Networks (CALA) Inc. Hold a Substantial or Controlling Interest** was caused to be made on April 12, 2012, in the manner indicated upon the entities identified on the attached service list.

| | |
|---|---|
| Date: April 12, 2012<br>Wilmington, DE | */s/ Ann C. Cordo*<br>Ann C. Cordo (No. 4817) |