# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2012 Through February 29, 2012

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Costs | | $353.00 |
| Transcripts | | 562.65 |
| Photos/Art/ Spec Duplicating | Out of Office | 1,827.94 |
| Meals | | 5.57 |
| Messenger Service | | 150.00 |
| Courier/Delivery Service | | 269.51 |
| Computer Research | Westlaw | 29.79 |
| In House Duplicating | | 424.70 |
| Postage | | 50.00 |
| Facsimile | | 1,375.50 |
| Pacer | | 1.68 |
| Conference Calls | | 185.00 |
| **Grand Total Expenses** | | **$5,235.34** |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/11/12 10:41:21

Case 09-10138-MFW    Doc 7521-3    Filed 04/12/12    Page 2 of 5

PROFORMA   292652                AS OF 02/29/12

INVOICE# ******

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 938330 | 02/10/12 | B | 293.00 | Court Costs - AMERICAN EXPRESS` COURTS/USBC-DE - 02/10/2012 | 503 | 000 | 186531 |
| 938347 | 02/23/12 | B | 60.00 | Court Costs - AMERICAN EXPRESS` COURTS/USBC-DE - COURT FEES - 02/23/2012 | 503 | 904 | 186531 |
| 931983 | 02/10/12 | B | 157.30 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 02/10/2012 | 506 | 904 | 185752 |
| 931984 | 02/10/12 | B | 278.30 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 02/10/2012 | 506 | 904 | 185753 |
| 933790 | 02/21/12 | B | 127.05 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 02/21/2012 | 506 | 904 | 186008 |
| 932000 | 02/08/12 | B | 609.91 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 02/08/2012 | 510 | 546 | 185770 |
| 932928 | 02/13/12 | B | 297.90 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 02/13/2012 | 510 | 684 | 185867 |
| 934553 | 02/23/12 | B | 108.40 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 02/23/2012 | 510 | 684 | 186098 |
| 935845 | 02/29/12 | B | 811.73 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 02/29/2012 | 510 | 684 | 186241 |
| 935884 | 01/31/12 | B | 5.57 | Meals - PETTY CASH` A. CORDO - BREAKFAST FROM TRIP TO NY - 01/31/2012 | 512 | 904 | 186277 |
| 935165 | 01/30/12 | B | 3.00 | Messenger Service | 513S | 684 | |
| 935180 | 01/31/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935207 | 01/31/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935222 | 02/01/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935223 | 02/01/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935288 | 02/06/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935295 | 02/07/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935314 | 02/07/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935326 | 02/07/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 935329 | 02/08/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935333 | 02/08/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935343 | 02/09/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935350 | 02/09/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935365 | 02/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935366 | 02/10/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 935391 | 02/13/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935395 | 02/13/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935396 | 02/14/12 | B | 3.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 04/11/12 10:41:21

PROFORMA  292652  AS OF 02/29/12  INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 935407 | 02/14/12 | B | 18.00 | Messenger Service | 513S | 000 | |
| 935467 | 02/17/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935470 | 02/17/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935477 | 02/21/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 935513 | 02/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935520 | 02/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935521 | 02/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935522 | 02/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935523 | 02/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935526 | 02/23/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935541 | 02/23/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935542 | 02/23/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935551 | 02/24/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935554 | 02/24/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935565 | 02/24/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935596 | 02/27/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 935608 | 02/28/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935609 | 02/28/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935629 | 02/28/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935644 | 02/29/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935652 | 02/29/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935653 | 02/29/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935654 | 02/29/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 924937 | 12/04/11 | B | (146.52) | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - CREDIT - 12/04/2011 | 514 | 594 | 185160 |
| 932972 | 12/29/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 12/29/2011 | 514 | 684 | 185894 |
| 931774 | 02/07/12 | B | 32.00 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 185686 |
| 930459 | 02/07/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 185660 |
| 930460 | 02/07/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 185660 |
| 930461 | 02/07/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 185660 |
| 930462 | 02/07/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 185660 |
| 930463 | 02/07/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 185660 |
| 930464 | 02/07/12 | B | 16.88 | Courier/Delivery Service | 514 | 322 | 185660 |
| 932955 | 02/10/12 | B | 31.85 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 185893 |
| 932123 | 02/10/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 185792 |
| 934716 | 02/13/12 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 186143 |
| 933388 | 02/17/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 185950 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 933389 | 02/17/12 | B | 16.88 | Courier/Delivery Service | 514 | 322 | 185950 |
| 933390 | 02/17/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 185950 |
| 933391 | 02/17/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 185950 |
| 933392 | 02/17/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 185950 |
| 933215 | 02/17/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 185927 |
| 933548 | 02/17/12 | B | 32.00 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 186004 |
| 938345 | 02/18/12 | B | 35.50 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 02/18/2012 | 514 | 000 | 186531 |
| 935852 | 02/20/12 | B | 41.40 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 186253 |
| 936070 | 02/28/12 | B | 34.50 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 186329 |
| 929935 | 02/01/12 | B | 29.79 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 929573 | 02/06/12 | B | 0.30 | In-House Duplicating | 519 | 203 | |
| 929574 | 02/06/12 | B | 9.60 | In-House Duplicating | 519 | 684 | |
| 929739 | 02/07/12 | B | 9.60 | In-House Duplicating | 519 | 684 | |
| 929740 | 02/07/12 | B | 16.60 | In-House Duplicating | 519 | 684 | |
| 930372 | 02/09/12 | B | 0.90 | In-House Duplicating | 519 | 546 | |
| 931669 | 02/10/12 | B | 5.70 | In-House Duplicating | 519 | 637 | |
| 932041 | 02/14/12 | B | 4.00 | In-House Duplicating | 519 | 684 | |
| 932633 | 02/17/12 | B | 15.10 | In-House Duplicating | 519 | 684 | |
| 933019 | 02/20/12 | B | 4.20 | In-House Duplicating | 519 | 684 | |
| 933323 | 02/22/12 | B | 1.60 | In-House Duplicating | 519 | 684 | |
| 933467 | 02/23/12 | B | 21.20 | In-House Duplicating | 519 | 546 | |
| 933856 | 02/24/12 | B | 8.00 | In-House Duplicating | 519 | 684 | |
| 934029 | 02/27/12 | B | 31.50 | In-House Duplicating | 519 | 684 | |
| 934030 | 02/27/12 | B | 1.00 | In-House Duplicating | 519 | 684 | |
| 934313 | 02/28/12 | B | 10.80 | In-House Duplicating | 519 | 684 | |
| 934314 | 02/28/12 | B | 4.00 | In-House Duplicating | 519 | 684 | |
| 934315 | 02/28/12 | B | 20.40 | In-House Duplicating | 519 | 684 | |
| 934590 | 02/29/12 | B | 3.20 | In-House Duplicating | 519 | 684 | |
| 934591 | 02/29/12 | B | 12.80 | In-House Duplicating | 519 | 684 | |
| 934592 | 02/29/12 | B | 28.50 | In-House Duplicating | 519 | 684 | |
| 935124 | 02/07/12 | B | 37.90 | Postage | 520 | 000 | |
| 935138 | 02/13/12 | B | 1.10 | Postage | 520 | 000 | |
| 935143 | 02/21/12 | B | 2.20 | Postage | 520 | 000 | |
| 935150 | 02/23/12 | B | 3.00 | Postage | 520 | 000 | |
| 935154 | 02/27/12 | B | 5.80 | Postage | 520 | 000 | |

```
Nortel Networks, Inc.                      PROFORMA  292652           AS OF 02/29/12                    INVOICE#  ******
63989-DIP
DATE: 04/11/12 10:41:21
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 931993 | 02/07/12 | B | 7.50 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX - 02/07/2012 | 522H | 684 | 185764 |
| 931994 | 02/07/12 | B | 684.00 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX - 02/07/2012 | 522H | 684 | 185765 |
| 934554 | 02/17/12 | B | 684.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 02/17/2012 | 522H | 684 | 186099 |
| 933718 | 01/31/12 | B | 1.68 | Pacer charges for the month of January | 529 | 000 | |
| 928980 | 02/01/12 | B | 1.45 | In-House Printing - black & white | 541 | 904 | |
| 929575 | 02/06/12 | B | 3.35 | In-House Printing - black & white | 541 | 684 | |
| 929741 | 02/07/12 | B | 8.30 | In-House Printing - black & white | 541 | 684 | |
| 930139 | 02/08/12 | B | 1.30 | In-House Printing - black & white | 541 | 900 | |
| 931687 | 02/10/12 | B | 1.55 | In-House Printing - black & white | 541 | 605 | |
| 931897 | 02/13/12 | B | 8.55 | In-House Printing - black & white | 541 | 684 | |
| 932042 | 02/14/12 | B | 2.25 | In-House Printing - black & white | 541 | 684 | |
| 933020 | 02/20/12 | B | 0.05 | In-House Printing - black & white | 541 | 684 | |
| 933128 | 02/21/12 | B | 18.85 | In-House Printing - black & white | 541 | 546 | |
| 933468 | 02/23/12 | B | 12.15 | In-House Printing - black & white | 541 | 546 | |
| 933857 | 02/23/12 | B | 43.45 | In-House Printing - black & white | 541 | 605 | |
| 933858 | 02/24/12 | B | 25.50 | In-House Printing - black & white | 541 | 684 | |
| 934031 | 02/27/12 | B | 58.25 | In-House Printing - black & white | 541 | 684 | |
| 934316 | 02/28/12 | B | 23.00 | In-House Printing - black & white | 541 | 684 | |
| 934593 | 02/29/12 | B | 7.70 | In-House Printing - black & white | 541 | 684 | |
| 938332 | 02/15/12 | B | 30.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 02/15/201 | 552H 2 | 000 | 186531 |
| 938333 | 02/15/12 | B | 44.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 02/15/201 | 552H 2 | 322 | 186531 |
| 938334 | 02/15/12 | B | 37.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 02/15/201 | 552H 2 | 322 | 186531 |
| 938336 | 02/15/12 | B | 44.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 02/15/201 | 552H 2 | 322 | 186531 |
| 938340 | 02/15/12 | B | 30.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 02/15/201 | 552H 2 | 322 | 186531 |

```
                           5,235.34
```