<u>**CERTIFICATE OF SERVICE**</u>

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Thirty-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012** was caused to be made on April 12, 2012, in the manner indicated upon the entities identified below:

Date:  April 12, 2012                                         */s/ Ann C. Cordo*
Wilmington, DE                                                Ann C. Cordo (No. 4817

<u>**VIA HAND DELIVERY**</u>                     <u>**VIA FIRST CLASS MAIL**</u>

Thomas P. Tinker, Esq.                          Nortel Networks, Inc.
Office of the U.S. Trustee                      Attn: Accounts Payable
844 King Street                                 P.O. Box 13010
Suite 2207, Lockbox 35                          RTP, NC 27709
Wilmington, DE  19801-3519                      (Debtor)
(Trustee)

                                                Fred S. Hodara, Esq.
Mark D. Collins, Esq.                           Akin Gump Strauss Hauer & Feld LLP
Christopher M. Samis, Esq.                      One Bryant Park
Richards Layton & Finger                        New York, NY  10036
One Rodney Square                               (Counsel for Official Committee
920 N King St                                   Of Unsecured Creditors)
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

4089920.2