IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-10138(KG) |
| | ) | |
| NORTEL NETWORKS, INC., | ) | Chapter 11 |
| et al., | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | Courtroom 3 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | March 22, 2012 |
| | ) | 10:00 a.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:           Morris, Nichols, Arsht & Tunnell
                           BY: DEREK ABBOTT, ESQ.
                           BY: CHAD FIGHTS, ESQ.
                           1201 North Market Street
                           18th Floor
                           Wilmington, DE 19899-1347
                           (302) 351-9459

                           Cleary, Gottlieb, Steen & Hamilton
                           BY: JAMES CROFT, ESQ.
                           BY: JANE KIM, ESQ.
                           BY: TAMARA BRITT, ESQ.
                           One Liberty Plaza
                           New York, NY 10006
                           (212) 225-2629

ECRO:                      GINGER MACE

Transcription Service:     DIAZ DATA SERVICES
                           331 Schuylkill Street
                           Harrisburg, Pennsylvania 17110
                           (717) 233-6664
                           www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)


For the Committee:          Richards Layton & Finger
                            BY: CHRIS SAMIS, ESQ.
                            One Rodney Square
                            920 North King Street
                            Wilmington, DE  19801
                            (302) 651-7531


For EMEA Debtors:           Young Conaway Stargatt & Taylor
                            BY: JOHN DORSEY, ESQ.
                            Rodney Square
                            1000 North King Street
                            Wilmington, DE 19801
                            (302) 571-6703


For Retirees:               McCarter & English
                            BY: WILLIAM TAYLOR, ESQ.
                            Renaissance Centre
                            405 N. King St., 8th Floor
                            Wilmington, DE  19801
                            (302) 984-6300


For LTD Committee:          Elliott Greenleaf
                            BY: SHELLEY A. KINSELLA, ESQ.
                            1105 Market Street, Ste. 1700
                            Wilmington, DE  19801
                            (302) 384-9400

TELEPHONIC APPEARANCES:

For Official Committee      Togul Segal & Segal, LLP
to the Retirees:            BY: NEIL BERGER, ESQ.
                            (212) 594-5000

For Barclay's Capital, Inc.:  Barclays Capital, Inc.
                            BY: OLIVIA MAURO
                            (212) 412-6773

For CITI:                   BY: REBECCA SONG, ESQ.
                            (212) 569-9933

For CRT Capital Group:      BY: KEVIN STARKE, ESQ.
                            (203) 569-6421

For Nomura Securities:      Nomura Securities
                            BY: ROBERT HSU
                            (212) 667-1055

TELEPHONIC APPEARANCES:
(Continued)

For Debtor:                     Cleary Gottlieb Steen &
                                Hamilton
                                BY: ROBIN BAIK, ESQ.
                                BY: JEFFREY ROSENTHAL, ESQ.
                                BY: INNA ROZENBERG, ESQ.
                                BY: LISA M. SCHWEITZER, ESQ.
                                (212) 225-2000

For Aurelius:                   Kramer Levin Naftalis &
                                Frankel, LLP
                                BY: DAVID E. BLABEY, JR.
                                (212) 715-9100

                                Aurelius Capital Management
                                BY: MATTHEW ZLOTO, ESQ.
                                (646) 445-6518

For Official Committee of
Unsecured Creditors:            Akin Gump Strauss Hauer & Feld
                                BY: DAVID BOTTER, ESQ.
                                (212) 872-1055
                                BY: BRAD KAHN, ESQ.
                                (212) 872-8121

For Creditor, Mercer:           Freeborn & Peters, LLP
                                BY: THOMAS R. FAWKES, ESQ.
                                (312) 360-6000

For CitiGroup:                  CitiGroup
                                BY: ERIC GELLER, ESQ.
                                (212) 723-1489

For Alvarez & Marsal:           Alvarez & Marsal Healthcare
                                Industry
                                BY: DOUG GREER, ESQ.
                                (914) 391-6269

For Tibita P. Kaneene:          DebtWire
                                BY: TIBITA P. KANEENE
                                (212) 500-1383

For Monitor, Ernst
& Young:                        Allen & Overy, LLP
                                BY: LISA KRAIDIN, ESQ.
                                (212) 610-7300

For Financial Advisor
Ernst & Young:                  Foley & Lardner, LLP
                                BY: JOANNE LEE, ESQ.
                                (312) 832-4557

TELEPHONIC APPEARANCES:
(Continued)

For Avenue Capital:              Avenue Capital
                                 BY: AMIT P. PATEL
                                 (212) 850-7585

For Nortel Networks &
ERISA Class Actions:             Jackson Lewis (New Orleans)
                                 BY: JASON STEIN, ESQ.
                                 (504) 208-5835
                                 BY: RENE E. THORNE, ESQ.
                                 (504) 208-5831

For Creditor:                    Xin Wang, In Pro Per
                                 (631) 981-0780

For Fraser Milner & Casgrain: Fraser Milner & Casgrain
                                 BY: MICHAEL J. WUNDER, ESQ.
                                 (416) 863-4715

1

1    WILMINGTON, DELAWARE, THURSDAY, MARCH 22, 2012, 10:06 A.M.

2              THE CLERK:  Please rise.

3              THE COURT:  Good morning, everyone.  Thank you

4    and please be seated.  It's good to see you all.  Mr.

5    Abbott, good morning.

6              MR. ABBOTT:  Good morning, Your Honor.  Derek

7    Abbott here for the debtors.

8              THE COURT:  Yes.

9              MR. ABBOTT:  Your Honor, I made an announcement

10   before Your Honor came in to the folks on the phone.  I

11   think we have a number of professionals who are here for the

12   fee apps.

13             THE COURT:  Yes.

14             MR. ABBOTT:  Because that order had been entered,

15   I alerted folks that they didn't need to be here and we

16   wouldn't address it today.  And I just --

17             THE COURT:  Wonderful.

18             MR. ABBOTT:  Some folks might not have dialed in

19   or turned their phones on until just now.  So I wanted to

20   repeat that announcement --

21             THE COURT:  Excellent.

22             MR. ABBOTT:  -- for clarity.

23             THE COURT:  That's helpful.  Thank you, Mr.

24   Abbott.

25             MR. ABBOTT:  Your Honor, there are some other

 1  folks on the phone, including some pro se folks.  And so

 2  what we thought we would do, Your Honor, is take the agenda

 3  a little bit out of order and start with No. 9, if that's

 4  acceptable to the Court.

 5          THE COURT:  That will be fine, sure.

 6          MR. ABBOTT:  And with that, Your Honor, I will

 7  cede the podium to Ms. Kim.

 8          THE COURT:  Ms. Kim, good morning.

 9          MS. KIM:  Good morning, Your Honor.  For the

10  record, Jane Kim from Cleary, Gottlieb, Steen & Hamilton on

11  behalf of the debtors.

12          Your Honor, before we get to the agenda, I've

13  been deputized by my colleagues to let Your Honor know how

14  much the debtors and the professionals appreciated the time

15  and effort that the Court put into rendering the decision

16  that we got earlier this week.

17          THE COURT:  Oh, better late than never.

18          MS. KIM:  Not at all, Your Honor.  It's clear

19  that the Court took a great deal of care in considering the

20  arguments and in rendering it's decision.

21          THE COURT:  Thank you.

22          MS. KIM:  And I know that my colleagues who

23  worked hard on the arguments and the briefing, very much

24  appreciated it.

25          THE COURT:  Now it's off to mediation, I hope.

1          MS. KIM:  Exactly.  And we hope that in due

2    course, we will have good news to report on the progress of

3    that mediation.

4          THE COURT:  Excellent, thank you.

5          MS. KIM:  So --

6          MR. BOTTER:  And, Your Honor, on behalf of the

7    U.S. creditors' committee, David Botter, for the record, we,

8    of course, also appreciate all of your efforts.

9          THE COURT:  Thank you, Mr. Botter.  It's good to

10   hear from you.

11         MR. BOTTER:  Good to hear from you, sir.

12         MS. KIM:  So, Your Honor, my colleagues are going

13   to present the Twenty-Fourth and the Twenty Fifth Omnibus

14   Objections.

15         THE COURT:  Yes.

16         MS. KIM:  But before we got to the substance of

17   those objections, I wanted to -- I thought I might take a

18   little time to give a little bit of context and background

19   as to where we are in terms of the process in resolving and

20   reconciling employee claims.

21         THE COURT:  Yes.

22         MS. KIM:  As Your Honor knows, we're in the

23   middle of negotiations with the 1114 retiree committee and

24   the long-term disabled committee.  And we also are involved

25   in the litigation involving the Deferred Compensation Plan.

1  But this is the first time that any objections with respect

2  to claims filed by employees are before the Court.  And so I

3  thought it might be helpful to give a little bit of

4  explanation to the Court about how we got to this point.

5          THE COURT:  Sure, thank you, Ms. Kim.  That will

6  be obviously, very helpful.

7          MS. KIM:  We -- there have been many, many claims

8  filed by employees.  And we believe that a special level of

9  care and sensitivity was appropriate in dealing with claims

10  filed by individual employees.  And so rather than deal with

11  them the same way that we've been dealing with the trade

12  claims that have been before this Court for the last couple

13  years, we took a little bit more time with those claims.

14          And the first thing that we did this past fall

15  was we amended the debtors' schedules with respect to the

16  severance claims.

17          THE COURT:  Yes.

18          MS. KIM:  Specifically, the pre-petition

19  severance claims.  And what that did was it gave each

20  employee who had a pre-petition severance claim, a clear

21  answer as to what the debtors believed that their claim was

22  and -- their severance claim was.  And then also gave each

23  employee whether or not they had filed previously a proof of

24  claim under the original Bar Date Order, a new opportunity

25  to file a Proof of Claim if they disagreed with the way that

1   their scheduled claim had been amended.

2           And then after that process, and giving time to

3   file new Proofs of Claim, we then filed -- reviewed those

4   proofs of claim and filed these, the Twenty-Third to the

5   Twenty-Fifth Omnibus Objections to effectively cleanup the

6   claims, to get rid of duplicate claims, to make sure that

7   the claims were filed against the appropriate debtors, and

8   to match the claim amounts to the debtors' books and records

9   which were reflected in the recently amended schedules.

10          THE COURT:  It's an enormous task, I know.  It

11  has been very, very, I think, ably dealt with.

12          MS. KIM:  Thank you, Your Honor.  And throughout,

13  we've been sensitive to the risk of confusion in reviewing

14  legal documents by people who are often not represented by

15  counsel in this matter.  And so we tried to, the debtors

16  tried to make communications as clear as possible under the

17  circumstances.  And we hope that the fact that of the nearly

18  500 employee claims that were in the Twenty-Third through

19  the Twenty-Fifth Omnibus Objections, only two formal

20  responses have been received, indicates that the debtors

21  have -- efforts have paid off --

22          THE COURT:  Yes.

23          MS. KIM:  -- to some degree so.  And we are,

24  obviously, going to continue with those efforts, but wanted

25  to let Your Honor know that this is the hopefully, the start

1  of a good process.

2          THE COURT:  Wonderful.  Thank you, Ms. Kim.

3          MS. KIM:  And with that, I wanted to introduce,

4  Your Honor, to my colleagues, Tamara Britt, who's going to

5  be presenting the Twenty-Fourth Omnibus Objection, and James

6  Croft, who is going to be presenting the Twenty-Fifth

7  Omnibus Objection.

8          THE COURT:  All right.

9          MS. KIM:  And I'll cede the podium to Ms. Britt.

10          THE COURT:  Thank you.  Thank you, Ms. Kim.

11          MS. KIM:  Thank you, Your Honor.

12          THE COURT:  Good morning, Ms. Britt.  It's a

13  pleasure to have you here.

14          MS. BRITT:  Good morning, Judge Gross.  It's an

15  honor to be in front of you for the first time.

16          THE COURT:  It's my pleasure, thank you.

17          MS. BRITT:  So for the record, Tamara Britt,

18  Cleary, Gottlieb, Steen & Hamilton, counsel for the debtors.

19          THE COURT:  Yes.

20          MS. BRITT:  So I'm here today to present the

21  debtors' Omnibus Objection Twenty-Four.  The debtors as Ms.

22  Kim noted, received one response to the Twenty-Fourth

23  Omnibus Objection from Ms. Wang.  And I understand we have

24  Ms. Wang on the call with us today and I'd like to

25  acknowledge her presence.

1          THE COURT:  Ms. Wang are you on the telephone?

2          MS. WANG:  Yes, I am.

3          THE COURT:  Wonderful.  Good morning to you.

4          MS. WANG:  Good morning.

5          THE COURT:  This is Judge Gross speaking.  And

6    obviously, we're hearing now from Ms. Britt for the debtors.

7          MS. WANG:  Yes.

8          THE COURT:  Okay.

9          MS. BRITT:  Okay.  This Court has already kindly

10   entered the Twenty-Third -- the Order for the Twenty-Third

11   Omnibus Objection.

12          THE COURT:  Yes.

13          MS. BRITT:  And we are basically, asking for the

14   same relief in the Twenty-Fourth Omnibus Objection.  And in

15   the Twenty-Fourth Omnibus Objection, just as we did in the

16   Twenty-Third, the debtors objected to certain claims filed

17   with respect to severance and termination related benefits.

18   The debtors ask that these claims be modified, reclassified,

19   or disallowed based on the grounds outlined in our objection

20   and in Exhibit A to that objection.

21          With respect to the one response the debtors

22   received to the Twenty-Fourth Omni, Ms. Wang, who was

23   employed by the debtors from January 2, 2001, until November

24   29, 2008, shortly before we filed for bankruptcy, Ms. Wang

25   filed a claim asserting severance in the amount of

1   $7,738.57.  Ms. Wang says that her severance award was

2   earned at termination and that she was terminated within 180

3   days prior to the -- to NNI's petition date.  And,

4   therefore, the entire amount of her claim should be entitled

5   to priority under Section 507(a)(4).

6           The debtors, as indicated in Omni Twenty-Four, do

7   not disagree with the amount asserted in Ms. Wang's claim.

8   Our disagreement basically lies with respect to the claim.

9   The fact that the claim is a general unsecured claim.

10  That's what we believe.

11          THE COURT:  Yes, I understand.

12          MS. BRITT:  And just a little background.  The

13  Nortel Networks Severance Plan was a plan that paid

14  severance benefits at termination based on length of

15  service.  And this included four weeks of benefits, plus an

16  additional week for every year that the employee was

17  employed.  And that severance accrued every year under the

18  plan.

19          So in the Third Circuit, the law's clear, Your

20  Honor.  Severance benefits are earned over the course of the

21  employee's tenure and not on the date that the employee was

22  terminated.  And, therefore, upon termination, benefits

23  should be apportioned between the priority period and the

24  remainder of the pre-petition period.

25          So, Judge Gross, I'm happy to provide case cites

1  if you like, but the law dates back to the 1947 *In Re:*

2  *Public Ledger* case in the Third Circuit and it hasn't

3  changed to date --

4            THE COURT:  Right.

5            MS. BRITT:  -- in the Third Circuit.  So if we

6  were in a different circuit, we might have some pause

7  because Courts have held that severance awards regarding

8  employees terminated in the 507(a)(4) priority period were

9  earned in their entirety during said priority period such as

10 in the Fourth Circuit.

11           THE COURT:  Yes.

12           MS. BRITT:  But we're in the Third Circuit.  And

13 the Third Circuit does not provide for the treatment that

14 Ms. Wang is asking for.  And consistent with the Third

15 Circuit authority, Ms. Wang's severance entitlement should

16 be apportioned between that pre-petition period and the

17 Section 507(a)(4) priority period of her employment.

18           Miss -- and oh, Judge Gross, we have a

19 demonstrative, if that might be helpful because we're about

20 to go over some of the numbers.

21           THE COURT:  All right.

22           MS. BRITT:  So may I approach?

23           THE COURT:  Yes, you may.  Thank you, Ms. Britt.

24 Thank you.  Good to see you here.

25           MS. WANG:  Your Honor, may I say something?

1           THE COURT:  Well, if you would, Ms. Wang, let's

2    wait until Ms. Britt has completed her presentation, unless

3    you're about to say --

4           MS. WANG:  Oh, sure, right.

5           THE COURT:  -- that you agree with their -- that

6    position.  But I take it you do not.

7           MS. WANG:  You are right.  I have a list of

8    disagreements with them.

9           THE COURT:  All right.  Let's wait then until Ms.

10   Britt has finished her presentation, Ms. Wang.  And then I

11   will give you whatever time you need.

12          MS. WANG:  Sure, thank you.

13          THE COURT:  All right.

14          MS. BRITT:  So with respect to the numbers --

15          THE COURT:  Yes.

16          MS. BRITT:  -- Your Honor, Ms. Wang was entitled

17   to $18,572.84 under the Nortel Network's severance allowance

18   plan.  As of the petition date, she had received $7,737.35.

19          THE COURT:  Yes.

20          MS. BRITT:  And was still owed $10,833.97 of

21   which, $3,096.62 was paid on January 16, 2009, consistent

22   with the Court's approval of the Employee Wage Motion.

23          THE COURT:  Right.

24          MS. BRITT:  That was two days after the petition

25   date.  Ms. Wang was then left with the remaining claim of

1  $7,738.57.  And again, this is something that the debtors

2  and Ms. Wang do not disagree about.  The disagreement is

3  really with respect to the priority.

4         So with respect to the calculation of Ms. Wang's

5  actual severance entitlement, the debtors assert that 4.7

6  percent of Ms. Wang's severance entitlement, so

7  approximately $509 was earned in the Section 507(a)(4)

8  priority period.

9         THE COURT:  Those 180 days.

10        MS. BRITT:  Right.

11        THE COURT:  Yes.

12        MS. BRITT:  Exactly.  And 95.3 percent was earned

13  in the pre-petition non-priority period.  So the payment

14  that Ms. Wang received following the petition date, that

15  January 16 payment that I referred to earlier, included the

16  full amount that Nortel calculated she was entitled to.  So

17  it included that $509.

18        THE COURT:  Okay.

19        MS. BRITT:  And accordingly, the full balance of

20  Ms. Wang's claim should be re-characterized as a general

21  unsecured claim.

22        So we recognize there are a lot of numbers that

23  we've been tossing about and just want to summarize as

24  follows.  Because Ms. Wang was employed for a little over

25  seven years, the vast majority of her 12 weeks of severance

1  benefits accrued during this pre-petition non-priority

2  period over eleven and -- I mean, over like six and a half

3  years of service.  And because she was terminated November

4  29, 2008, right before the petition date, a small percentage

5  of that severance accrual was actually earned during the

6  priority period.  And the priority portion of her

7  entitlement was paid post-petition January 16.  So,

8  therefore, the debtors reclassified her remaining severance

9  entitlement, that $7,700 and I don't want to quote it wrong,

10 but $7,738.57 was the general unsecured claim.

11           THE COURT:  Yes.

12           MS. BRITT:  And you see why we have the

13 demonstrative, right?  So --

14           THE COURT:  It was -- it's very helpful.

15           MS. BRITT:  Yes.  So with that, the debtors are

16 happy to entertain any questions you may have, Your Honor,

17 and also cede the microphone to Ms. Wang.

18           THE COURT:  All right, thank you, Ms. Britt.

19 Thank you very much.

20           MS. BRITT:  Thanks.

21           THE COURT:  Ms. Wang, it is now your opportunity

22 to be heard.

23           MS. WANG:  Yes, Your Honor.  Yeah, we agree that

24 we disagree with the rest of the amount at the priority

25 level.  I think my claim is entitled to priority treatment

1    according to the Section 507(a)(4) of Bankruptcy Code

2    because I think the debtors' package was earned at the

3    entirety at the moment like I was terminated that day,

4    right?  And also, based on her calculations, if you follow

5    her way of calculation, you will find out that the

6    terminated employee who worked many years longer at the

7    company will receive a much smaller percentage of the

8    severance package as a priority payment than will the

9    employees who worked there for only a short period of time.

10            And according to, you know -- I don't think, you

11   know, the Congress passed this, you know, rule to, you know,

12   intend to like give an inequitable result for like punishing

13   a long-term employee because they worked for long more time

14   period, right?

15            THE COURT:  Yes, I do.  I understand your

16   argument.  When I say, yes, by the way, Ms. Wang, that

17   doesn't necessarily mean that I'm agreeing with you, rather

18   I certainly do understand your argument.  And what it is

19   you're trying to convey to me.

20            MS. WANG:  Yeah.  I'm thinking that, you know,

21   the whole amount like $18,000 something that that lady gave

22   you the number is considered my severance package.  The

23   package was -- I earned that package because I was

24   terminated on that day.  And that day falls, you know, in

25   between -- within that 180 days.  So I'm thinking that the

1  treatment for the severance package should be like the same

2  thing, like to a priority level.

3           THE COURT:  Yes.

4           MS. WANG:  Yeah.

5           THE COURT:  All right.

6           MS. WANG:  But it's now like basing like a 5

7  percent for a 4 percent, even less than 5 percent like is

8  considered as priority and the others are unsecured.  What

9  if I worked 20 years longer?  I only get like 1 or 2 percent

10 as a priority level, but if people like work only three or

11 two years, then they get a higher percentage like for the

12 priority level.

13          THE COURT:  I certainly do understand your

14 argument.

15          MS. WANG:  Thank you.

16          THE COURT:  Ms. Britt, any response to that

17 argument?  Namely, that taking your position into account or

18 I should say the debtors' position into account, those

19 employees who work a longer period of time receive a smaller

20 percentage.  And it does work out that way, of course.

21          MS. BRITT:  It does.  And, Your Honor, the

22 debtors are sympathetic to Ms. Wang and anyone in Ms. Wang's

23 position, but, you know, the precedent is clear in the Third

24 Circuit with respect to, you know, the treatment of

25 severance claims and the priority of those claims.  And, you

1   know, basically, if someone is terminated in the pre -- in

2   whatever period they're terminated in, these -- the

3   severance is calculated, it's on a rolling basis over the

4   course of their employment.

5            THE COURT:  Right.

6            MS. BRITT:  And it is not deemed earned when

7   they're terminated.

8            THE COURT:  Yes.  All right.  Well, having read

9   the cases and familiar with this proposition, I know that it

10  seems an oddity, but some things in the law, frankly, and in

11  particularly in bankruptcy, it doesn't always make sense.

12  And the debtors' position here is the correct one.  Namely,

13  that the Third Circuit has determined and dictated to lower

14  Courts that we have to do an apportionment between the pre-

15  180 days and the 180 days covered by Section 507 in the

16  Code.  And I know that it may seem that there is a smaller

17  percentage.  In fact, there probably -- there is a smaller

18  percentage paid for longer term employees, but at the same

19  time, those employees get more dollars than the short-term

20  employees.  And for whatever reason, the Third Circuit has

21  dictated that this is the result.

22           And accordingly -- and Ms. Wang, I understand

23  your argument.  And it is a very well stated argument, but

24  under the circumstances, I am going to have to sustain the

25  debtors' position and overrule your objection to their

1  objection, if you will, and grant them the relief they've

2  requested.

3         MS. WANG:  Okay.  So they are treating all the

4  similar cases the way that they're treating me, like in all

5  the 500 cases for the severance package?  They are all

6  considered classified as like unsecured general?

7         THE COURT:  Yes, that is my understanding.  Ms.

8  Britt is that correct?

9         MS. BRITT:  That's --

10        THE COURT:  In other words, there has not been

11 any differentiation.  That this is the way --

12        MS. BRITT:  That is correct, Your Honor, yes.

13        THE COURT:  Yes, yes, Ms. Wang, this is the way

14 the debtors have treated all other severed employees.

15        MS. WANG:  Okay.  But I do want to make a point

16 because you are a lawyer, a Judge.  And will this be, you

17 know, one point that is not very fair to people who already

18 sacrificed their life, a long life to work for the company

19 and then the company filed bankruptcy and we got hurt more.

20 I'm not sure if you can, make some point later, maybe

21 somebody can raise this impression on, you know, the point

22 so that -- so they can make modifications to the cases.

23 Like I mean, it may happen to some other companies or some

24 other people.

25        THE COURT:  Well, among other things, Ms. Wang,

1  you could certainly write to your congressman and tell them

2  to reexamine the legislation.  And it may be that in -- at

3  some time in the future, the Third Circuit will reexamine

4  its holding and change the way they treat these kinds of

5  claims, but at the moment as a Lower Court, I am bound by

6  the Third Circuit's promulgation of what the law is.

7          MS. WANG:  Okay.  So may I have a question?

8          THE COURT:  You certainly may.

9          MS. WANG:  Right.  I don't quite understand what

10  the difference at the Third Circuit of Courts, their case

11  decisions.

12          THE COURT:  Well, the Federal Court System is

13  divided up into various circuits, depending upon where the

14  Court, the Lower Courts are.  For example, the Third Circuit

15  is comprised of the Courts of Delaware, Pennsylvania, and

16  New Jersey.

17          MS. WANG:  Oh.

18          THE COURT:  And then there are a number of other

19  circuits.  Where do you reside, Ms. Wang?

20          MS. WANG:  I live in New York.

21          THE COURT:  In New York, so that's the Second

22  Circuit.

23          MS. WANG:  Okay.

24          THE COURT:  And occasionally, those circuits

25  differ on the law, on what they believe the law to be.  And

1  in those situations, it is the United States Supreme Court

2  which decides the -- how the conflict should be resolved

3  among the various circuits.

4             MS. WANG:  Oh, okay.  Right, because I found

5  example from the internet and that's from the Fourth

6  Circuit.

7             THE COURT:  Yes.

8             MS. WANG:  They like consider that differently.

9             THE COURT:  Yes.  And I am not accountable to the

10  Fourth Circuit, but I am accountable to the Third Circuit.

11             MS. WANG:  Okay.

12             THE COURT:  And if I don't follow the law that

13  they have expressed, they will tell me in no uncertain terms

14  that I've done something wrong.  So I follow what the Third

15  Circuit dictates.

16             MS. WANG:  Okay, all right.  I understand.

17             THE COURT:  All right.  Well, thank you, Ms. Wang

18  for your thoughtful objection and I appreciate your time and

19  effort.

20             MS. WANG:  Okay, thank you.

21             THE COURT:  All right.  Thank you, Ms. Wang.

22             MS. WANG:  Thank you.

23             THE COURT:  Ms. Wang, you are welcome to stay on

24  the telephone at this point or to get off and go about your

25  business.

1           MS. WANG:  Okay.  I'll get off.

2           THE COURT:  All right, thank you.

3           MS. WANG:  Bye.

4           MS. BRITT:  Thank you, Your Honor.

5           THE COURT:  Yes, Ms. Britt.

6           MS. BRITT:  And we have the proposed order and

7    I'd love to approach, but just wanted to note for the

8    record, Your Honor.  There was a line added that just made

9    sure that we responded to the fact that the response was

10   overruled.

11          THE COURT:  Yes, very well.

12          MS. BRITT:  Okay, so, okay.

13          THE COURT:  Thank you for doing that.  Thank you.

14          MS. BRITT:  Okay.  Thank you.

15          THE COURT:  Please approach.  Thank you, Ms.

16   Britt.  I appreciate your making this such a clear

17   presentation.

18          MS. BRITT:  You're welcome.  Thank you.

19          THE COURT:  Thank you.

20          MS. BRITT:  And with that, I'd like to cede to my

21   colleague, James Croft who will talk about the debtors'

22   Omnibus Objection Twenty-Five.

23          THE COURT:  Thank you, Ms. Britt.

24          MS. BRITT:  Thank you.

25          THE COURT:  Mr. Croft, good morning, sir.

1          MR. CROFT:  Good morning, Your Honor.

2          THE COURT:  Good to have you here.

3          MR. CROFT:  Thanks for having me.  For the

4   record, James Croft, from Cleary, Gottlieb, Steen & Hamilton

5   for the debtors.  And I'm here to talk about the debtors'

6   Twenty-Fifth Omnibus Objections which is D.I. 7234, Item 10

7   on the agenda.

8          Your Honor, the debtors' Twenty-Fifth Omnibus

9   Objection deals with severance claims and claims of

10  participants in the Nortel Networks Retirement Income Plan.

11         THE COURT:  Yes.

12         MR. CROFT:  And everything that Ms. Britt said

13  about the severance claims in the Twenty-Forth Omnibus

14  Objection, applies equally with respect to the severance

15  claims listed on Exhibit A to the Twenty-Fifth Omnibus

16  Objection.  And I note for the Court that the debtors did

17  not receive any responses either formal or informal with

18  respect to the severance claims listed on Exhibit A to the

19  debtors' Twenty-Fifth Omnibus Objection.

20         THE COURT:  All right.  And --

21         MR. CROFT:  Your Honor --

22         THE COURT:  Yes.

23         MR. CROFT:  -- the objection was both filed and

24  served on February 21, 2012, and an Affidavit of Service

25  reporting this fact, which the affidavit also applies to the

1  Twenty-Third and Twenty-Fourth Omnibus Objections is at the

2  D.I. 7292.

3           The claims listed on Exhibit B of the debtors'

4  Omnibus -- the debtors' Twenty-Fifth Omnibus Objection are

5  claims of Nortel employees for benefits under the Nortel

6  Networks Retirement Income Plan, Tax Qualified Single

7  Employer defined Benefit and Pension Plan.

8           THE COURT:  Yes.

9           MR. CROFT:  Covered by Title IV of ERISA.  And,

10  Your Honor, this plan was terminated under Section 4042(c)

11  of ERISA, effective as of July 17, 2009, which is post-

12  petition pursuant to a Trusteeship Agreement between the

13  PBGC and the retirement plan committee as the plan

14  administrator.  And, Your Honor, pursuant to that

15  Trusteeship Agreement, the PBGC is now the statutory trustee

16  of the plan.

17           THE COURT:  Yes.

18           MR. CROFT:  Your Honor, this Trusteeship

19  Agreement has actually been before you before.  This Court

20  approved the debtors taking all necessary and appropriate

21  steps in furtherance of the Trusteeship Agreement in an

22  August 31, 2009 Order at D.I. 1406.

23           THE COURT:  All right.  All right.

24           MR. CROFT:  Your Honor, the debtors received two

25  formal responses with respect to the pension claims listed

1   on Exhibit B to the Twenty-Fifth Omnibus Objection.  One

2   filed by Mr. Steven Ruff at D.I. 7347 and one filed by Mr.

3   Lee Crapco at D.I. 7346.  And, Your Honor, I believe that

4   Mr. Ruff is joining us via CourtCall.

5               THE COURT:  Oh, okay.

6               MR. CROFT:  Your Honor, the debtors did not

7   actually object to Mr. Crapco's claim.  So his -- an

8   objection by the debtors to his claim is not presently

9   before this Court.

10              THE COURT:  All right.

11              MR. CROFT:  Your Honor, Mr. Ruff filed Claim 4410

12  against the debtors in the amount of $76,862.90 which Mr.

13  Ruff asserted was entitled to priority under Section

14  507(a)(5) of the Bankruptcy Code.  Mr. Ruff's claim actually

15  attaches the July 17, 2009 PBGC press release that indicates

16  that the PBGC was taking action to terminate the plan.  And

17  that press release indicates that the plan was 58 percent

18  funded.

19              If we look at Mr. Ruff's claim, the asserted

20  amount of his claim is actually 42 percent of his estimated

21  lump sum entitlement.  So we think what Mr. Ruff is really

22  asking for is a rough proxy of the delta between what he

23  believes he may be paid by the PBGC and what he was entitled

24  to under the plan.

25              THE COURT:  Yes.

1          MR. CROFT:  Your Honor, we believe that the law

2    is clear on this point.  That following the termination of a

3    tax qualified defined benefit pension plan, the PBGC is the

4    sole source of recovery for participants of such a plan and

5    that the PBCG is the sole entity entitled to recover

6    unfunded pension benefits directly from the plan sponsor.  I

7    have some law to point Your Honor in the direction

8    of --

9          THE COURT:  Yes, thank you.

10         MR. CROFT:  Specifically, the following sections

11   of ERISA, Section 1322, Section 1344, and 1362.  And the

12   following cases:  *United Steelworkers vs. United*

13   *Engineering*.

14         THE COURT:  Yes.

15         MR. CROFT:  Which is 52 F.3rd 1386 out of the

16   Sixth Circuit in 1995.  And *In Re: Adams Hard Facing at 129*

17   *BR 662* out of the Western District of Oklahoma in 1991.

18   Your Honor, that case law specifically holds that a plan

19   participant of a terminated tax qualified defined benefit

20   plan does not have a direct cause of action against a plan

21   sponsor for the difference between their guaranteed pension

22   benefits and what they would have been entitled to under the

23   plan or a direct cause of action against the sponsor for

24   non-guaranteed benefits.

25         THE COURT:  Right.

1          MR. CROFT:  And, Your Honor, just a quick

2    clarifying --

3          THE COURT:  Now I would expect that Mr. Ruff if

4    he follows on what Ms. Wang was concerned about, will ask --

5    well neither of the cases you cited are Third Circuit cases

6    and is there any law in the Third Circuit to the contrary?

7          MR. CROFT:  The main decisions on point are in

8    other circuits.

9          THE COURT:  Yes.

10         MR. CROFT:  And I note for the Court, I'm sure

11   the Court's aware of the *Murphy vs. Heppenstall* case under

12   the Third Circuit.

13         THE COURT:  Yes.

14         MR. CROFT:  But that's a 1980 case which is prior

15   to the 1986 and 1987 amendments to ERISA.  And just briefly,

16   for everyone's benefit, *Murphy v. Heppenstall* expressly

17   found a direct of cause of action against the plan sponsors

18   for non-guaranteed benefits, but that law or that decision

19   was based on the failure of ERISA to expressly address

20   provision of payments to participants for non-guaranteed

21   benefits.

22         And the cases that I cited to Your Honor in the

23   Sixth Circuit or Western District of Oklahoma, and I note

24   there are other cases in the Ninth Circuit and other

25   circuits that follow the same line of reasoning, point out

1   that in the 1986 and 1987 amendments to ERISA, Congress

2   specifically provided for the payment of non-guaranteed

3   benefits to plan participants to the extent that funds are

4   collected by the PBGC.

5           So we would take the position that the last time

6   there's been a Circuit level decision on point was prior to

7   the 1986 and 1987 amendments to ERISA which amendments

8   superseded that 1980 *Murphy* decision.  And we would further

9   note that we're aware that some of your fellow Judges in

10  this district have relying on *United Steelworkers and Hard*

11  *Facing* did come out the way we want you to which is to find

12  that there is no direct cause of action against a plan

13  sponsor for non-guaranteed benefits.  And I think the cases

14  that come to mind in this district where Bankruptcy Judges

15  have so held are *Penn Traffic* and *Visteon*.

16          THE COURT:  Yes.  I am aware of the *Visteon*

17  decision, certainly.  Thank you, Mr. Croft.

18          MR. CROFT:  Great.  And just one clarifying

19  point, I don't know if I actually mentioned before.  I threw

20  out the numbers 58 percent, 42 percent, because those are

21  the numbers in Mr. Ruff's response.

22          THE COURT:  Yes.

23          MR. CROFT:  But the debtors don't know what the

24  PBGC is doing with the claims.  I just wanted to state that

25  for the record.

1              THE COURT:  All right, that's -- thank you.

2    Thank you for that clarification.

3              MR. CROFT:  And then just one other point, Your

4    Honor.  Mr. Ruff's response to our objection to his claim

5    raises allegations of the debtors defrauding employees and

6    the general public about the funded status of the plan.  And

7    we just want to point out that those allegations were not in

8    his claim.  His claim is what is presently before the Court.

9    And the Court does not need to address those allegations to

10   disallow his claim against the debtors for a specified sum

11   of money.

12             And we also would not that aside from the

13   conclusory allegations in his response to our objection,

14   he's offered no evidence or cited no specific

15   misrepresentations that would lead anyone to believe that

16   there was actual fraud.

17             And that's all I have, Your Honor, but I note

18   that we had been told that Mr. Ruff was dialing in.  So if

19   he's on the phone, we'd like to cede to him.

20             THE COURT:  All right.  Thank you, Mr. Croft.

21   And I will ask you in more in a note than in a real question

22   that to the extent there were any -- there was any basis for

23   a fraud allegation, the PBGC could pursue that allegation of

24   course.

25             MR. CROFT:  I'm not disagreeing with you, Your

1   Honor, I just don't know.

2                       (Laughter)

3           THE COURT:  Okay.  All right.  Mr. Ruff, are you

4   on the telephone, sir?

5                   (No audible response.)

6           THE COURT:  I guess not.  Mr. Ruff or anyone

7   representing Mr. Ruff?

8                   (No audible response.)

9           THE COURT:  All right.  I am going to, of course,

10  overrule Mr. Ruff's objection here.  You stated the law very

11  well, Mr. Croft.  I appreciate that.  And your presentation

12  of the law is certainly in my understanding as well that at

13  this point, individuals do not have the right to pursue

14  direct actions, but rather, it is a determination by the

15  Pension Benefit Guarantee Corporation which has in effect

16  taken over the unfunded portion of the plan.  And has the

17  right to pursue causes of action that it believes are

18  appropriate, not individuals.  And accordingly, I will

19  sustain your objection to the claim.  And I appreciate the

20  excellence of your presentation.

21          MR. CROFT:  Thank you, Your Honor.  And I have an

22  order for Your Honor.  And as Ms. Britt did, I'd just note

23  that the one change in the version that was filed with the

24  motion is a line expressly overruling the responses we

25  received.

1          THE COURT:  That's appropriate.  Thank you, Mr.

2   Croft.

3          MR. CROFT:  May I approach?

4          THE COURT:  You sure may.  Thank you, sir.  Very

5   helpful, thank you.

6          MR. CROFT:  And I have nothing further, so I'll

7   cede the podium to my colleagues.

8          THE COURT:  Thank you.

9          MR. CROFT:  Thank you.

10         THE COURT:  If I had gold stars, I would give

11   them out to Mr. Croft and Ms. Britt this morning for really

12   making excellent presentations.

13         MR. CROFT:  Thank you, Your Honor.

14         MS. BRITT:  Thank you.

15         THE COURT:  Good morning.

16         MR. FIGHTS:  Good morning, Your Honor.  Chad

17   Fights from Morris, Nichols, Arsht & Tunnell here on behalf

18   of the debtors.

19         THE COURT:  Good to see you.

20         MR. FIGHTS:  Good to see you as well, Your Honor.

21   Your Honor, I believe I am present before the Court at the

22   moment to present four different orders that cleanup a few

23   of the claims with respect to the Fourteenth, Twenty-First,

24   Twenty-Second Omnibus Objections, and a Motion to Deem

25   Satisfied.

1          THE COURT:  Excellent.

2          MR. FIGHTS:  Your Honor, I believe the first item

3   is the Fourteenth Omnibus Objection which is Item No. 5 on

4   the agenda.

5          THE COURT:  Yes.

6          MR. FIGHTS:  Your Honor, with respect to that

7   particular item, an agreement has been reached with Unisys

8   Corporation and we have an order to present to the Court

9   which would deny their objection and grant the -- our

10  objection.

11         THE COURT:  Okay.

12                    (Laughter)

13         MR. FIGHTS:  With respect to that claim.

14         THE COURT:  Yes.  Yes.

15         MR. FIGHTS:  If I may approach, Your Honor?

16         THE COURT:  Please.

17         MR. FIGHTS:  Or would you prefer if I present all

18  four orders at the same time?

19         THE COURT:  Why don't we do that since I think

20  they're all going to be clearly --

21         MR. FIGHTS:  Straightforward.

22         THE COURT:  -- straightforward and uncontested

23  and it will save you a few trips up here.

24         MR. FIGHTS:  Thank you, Your Honor.

25         THE COURT:  Did anything happen, by the way, with

1  the Amphenol concerns?  I know that the objection deadline

2  was extended for them.  Oh, it's extended to May 22, forgive

3  me.

4          MR. FIGHTS:  Yeah.

5          THE COURT:  Yes, I've got it.

6          MR. FIGHTS:  No problem, Your Honor.  I have to

7  make sure I have these in the right order, Your Honor.

8          THE COURT:  Okay.

9          MR. FIGHTS:  May I approach?

10          THE COURT:  Yes.

11          MR. FIGHTS:  Thank you.

12          THE COURT:  Thank you.

13          MR. FIGHTS:  Sure.

14          THE COURT:  So we've now dealt with -- let me

15  make sure.

16          MR. FIGHTS:  Okay.

17          THE COURT:  We're on No. 5.

18          MR. FIGHTS:  Yes, Your Honor.

19          THE COURT:  Which is the Fourteenth Omnibus

20  Objection.  Okay.  Here it is.  And I will sign that order.

21          MR. FIGHTS:  Thank you very much, Your Honor.

22          THE COURT:  It's signed.

23          MR. FIGHTS:  Thank you, Your Honor.  Your Honor,

24  the Twenty-First Omnibus Objection which is Item No. 6 on

25  the agenda, the proposed order deals solely with the Pangaia

1 Partners Claim.

2          THE COURT:  Yes.

3          MR. FIGHTS:   Your Honor, an agreement has also

4 been reached in that perspective to allow the objection to

5 go forward as set forth in Exhibit A on the objection.  The

6 remaining two entities, Hain and Terremark are being

7 continued both to the April 18 hearing.

8          THE COURT:  Okay.  I should have asked before and

9 I'll ask with respect to this matter, if anyone wishes to be

10 heard either on the -- from the telephone or in Court.

11                (No audible response.)

12          THE COURT:  All right.  Hearing no one, I am

13 going to sign the order.

14          MR. FIGHTS:  Thank you very much, Your Honor.

15          THE COURT:  Let me just ask now belatedly as I

16 thought about it, does anyone wish to be heard with respect

17 to the Fourteenth Omnibus Objection to claims?

18                (No audible response.)

19          THE COURT:  Okay.  Hearing no one, I will now be

20 glad that I signed the order.

21                   (Laughter)

22          THE COURT:  Okay.

23          MR. FIGHTS:  Thank you, Your Honor.  The next

24 omnibus objection on the agenda, Item No. 7 is the Twenty-

25 Second Omnibus Objection.

1            THE COURT:  Yes.

2            MR. FIGHTS:  Your Honor will note that that is

3   the thick order I handed up.

4            THE COURT:  Yes.

5            MR. FIGHTS:  The reason for that is one of the

6   claims that we have settled through this injunction, the

7   parties actually entered into a stipulation and we found it

8   easiest just to set forth the terms of this, the settlement

9   in a separate document which is Exhibit 1 to the Proposed

10  Form of Order.

11           THE COURT:  Excellent.

12           MR. FIGHTS:  That stipulation, Your Honor, if I

13  may briefly refresh my memory, is with the United States

14  Debt Recovery entities.  One specific claim had been

15  fractured to three of their different entities and that

16  settlement is agreeable to all of the various relevant

17  parties.

18           THE COURT:  Excellent.  All right.  Let me just

19  ask if anyone wishes to be heard with respect to the Twenty-

20  Second Omnibus Objection?

21               (No audible response.)

22           THE COURT:  Hearing no one, I certainly am

23  prepared to sustain the debtors' position and positions, I

24  should say, and sign the order.

25           MR. FIGHTS:  Thank you very much, Your Honor.  If

1  I may note for the record as well that Claim No. 504 of Long

2  Island Lighting Company has been with -- the objection with

3  respect to that claim has been withdrawn without prejudice

4  as has their response.

5              THE COURT:  Okay.

6              MR. FIGHTS:  And the claims by Pangaia Partners,

7  JMock & Co., and ASM Capital have also been resolved through

8  this order.

9              THE COURT:  Excellent.  I take it you're involved

10 heavily in this claims process.

11             MR. FIGHTS:  I -- in a certain extent.

12             THE COURT:  It's a lot of work.

13             MR. FIGHTS:  There are those who are knee deep in

14 it --

15                     (Laughter)

16             MR. FIGHTS:  -- and I praise them for the efforts

17 that they're --

18             THE COURT:  Yes, likewise.  Okay.  And the next

19 matter is the first supplemental order or motion or request

20 to authorize the claims agent to reflect certain claims that

21 have been satisfied as paid.

22             MR. FIGHTS:  That is correct, Your Honor.  The

23 sole item that is being directly addressed by this for a

24 supplemental order is the JMock claim, Claim No. 2846 in

25 which the agreement has been reached that the motion may be

1  granted.

2              THE COURT:  Yes.  All right.

3              MR. FIGHTS:  Thank you, Your Honor.  All --

4              THE COURT:  Anyone wish to be heard on this?

5                  (No audible response.)

6              THE COURT:  All right.  I will sign the order

7  then.  Having reviewed the documents and the underlying

8  documents, I am satisfied that the order is in good order.

9              MR. FIGHTS:  Thank you very much, Your Honor.

10  Your Honor, with that, there is a status conference

11  remaining on the agenda.

12              THE COURT:  Yes.

13              MR. FIGHTS:  And I cede the lectern to Mr.

14  Abbott.

15              THE COURT:  I always get nervous when you take

16  things out of order. I assume we've covered now everything

17  else.  Is that right, Mr. Abbott?

18              MR. ABBOTT:  Your Honor, I think this is the last

19  thing.

20              THE COURT:  Yes.

21              MR. ABBOTT:  And, Your Honor, when we walked in

22  the courtroom today, we got a little bit of news that may

23  change precisely how we address this.  And I thought it

24  would be helpful, Your Honor, if we could take about a five

25  minute break.

1          THE COURT:  That would be fine.

2          MR. ABBOTT:  And come back because it may just

3    smooth things out or at least clarify things for us.

4          THE COURT:  Very well.

5          MR. ABBOTT:  If that would be acceptable to the

6    Court.

7          THE COURT:  All right.  Does -- let me just ask

8    first if anyone wishes to be heard with respect to any other

9    matters at this point?

10                    (No audible response.)

11          THE COURT:  All right.  Why don't we take that

12   recess, Mr. Abbott.  When you're ready, do you think five

13   minutes is good or do you want --

14          MR. ABBOTT:  Your Honor, I really think certainly

15   no more than ten, but my guess is -- why don't we just say

16   maybe five minutes before the hour.

17          THE COURT:  I'll be back here at five of.

18          MR. ABBOTT:  Thank you, Your Honor.

19          THE COURT:  All right, Counsels, thank you.

20   We'll stand in recess.

21            (Recess from 10:47 a.m. to 10:57 a.m.)

22          THE CLERK:  Please rise.

23          THE COURT:  You may be seated everyone, thank

24   you.  Ms. Kim?

25          MS. KIM:  Thank you, Your Honor, for giving us

1  that time --

2          THE COURT:  Absolutely.

3          MS. KIM:  -- which was needed to discuss some

4  things with our colleagues.  For the record again, Jane Kim

5  from Cleary, Gottlieb, Steen & Hamilton on behalf of the

6  debtors.

7          Your Honor, this is a status conference in

8  connection with the adversary proceeding that the debtors

9  filed against the joint administrators for the Nortel

10 Networks UK.

11         THE COURT:  Yes.

12         MS. KIM:  And it relates to the privileged -- the

13 U.S. debtors' assertion of privilege with respect to certain

14 documents that the joint administrators were going to be

15 turning over to the pensions regulator.  And as Your Honor

16 may recall, after entering a TRO with respect to that

17 matter, the joint administrators and the debtors were able

18 to reach an agreement as to the redaction of the documents

19 that were in question.  And the joint administrators then --

20 this Court lifted the TRO and the joint administrators

21 turned over the redacted documents to the TPR.

22         THE COURT:  Yes.

23         MS. KIM:  And at a status conference or a

24 chambers conference last month, this Court agreed with the

25 debtors that we should keep this action open, but stay the

1   proceedings in case the TPR would come back and challenge

2   the debtors' assertion of privilege in the manner in which

3   the documents were withheld or redacted.  The -- and the

4   Court agreed and then set today as the status conference.

5          THE COURT:  Yes.

6          MS. KIM:  So yesterday in anticipation of the

7   status conference, the debtors reached out to counsel to the

8   joint administrators to ask if they had heard anything from

9   the TPR.  And we're told that the TPR had not given any

10  commitment with respect to how they were going to be

11  treating the documents.  And so we were intending to come to

12  this Court to inform the Court as to that.  But we've heard

13  since which -- and the reason for the short break that we

14  took was that we have heard that the TPR has agreed with the

15  treatment of the documents that the joint administrators

16  have handed over to the TPR.  What we haven't seen, we just

17  got news of that, but it's --

18         THE COURT:  It's hot off the press.

19         MS. KIM:  Exactly.

20         THE COURT:  Yes.

21         MS. KIM:  And it's second or third hand.  And we

22  haven't actually seen anything in writing.  We've been told

23  that there probably is something in writing, but we haven't

24  seen it.  And so given where we are and the fact that we do

25  need a little bit of time to review and get a sense of where

1    things are, we would request that we keep things in status

2    quo for the time being.  And, if necessary, and if the

3    parties aren't able to resolve things amongst themselves,

4    then come to this Court perhaps at the omnibus hearing on

5    April 18 for a further status conference, although we are

6    hopeful that we are able to -- we will not need to do that,

7    but we don't know until we've seen what we have to see.

8              And perhaps with the decision that the Court just

9    entered earlier this week and the fact that mediation is

10   coming, that perhaps that will focus the parties more on the

11   documents as well.  So we'll see where we are, but we think

12   things are still in flux on a variety of different levels.

13   And so it would be appropriate for us to see how things

14   shake out before coming back to this Court, if needed.

15             THE COURT:  All right.

16             MS. KIM:  My colleagues, Jeff Rosenthal and Inna

17   Rozenberg are on the phone, but if you have -- if this Court

18   has specific questions.

19             THE COURT:  Well, why don't I hear from Mr.

20   Dorsey?  Thank you, Ms. Kim, that was helpful.  Good

21   morning, Mr. Dorsey.  How are you, sir?

22             MR. DORSEY:  Good morning, Your Honor.  For the

23   record, John Dorsey, Young, Conaway, Stargatt & Taylor on

24   behalf of the UK administrators.

25             THE COURT:  Yes.

1          MR. DORSEY:  We did just receive as I was coming

2   over here this morning, a letter that was forwarded to me by

3   our colleagues in London at Herbert Smith.  But for some

4   reason, the attachment didn't come through.  We're having

5   some technical difficulties, I guess.  But I have been

6   assured that we do have a letter from the TPR in the UK

7   indicating that they are not going to challenge the

8   redactions.  But they do say that they're going to reserve

9   their rights in case additional information surfaces later

10  on to indicate that maybe those redactions were

11  inappropriate.

12          So we would be asking, and it's understandable

13  that they want to see the writing before they take any

14  action, but we would be asking once they see that, that we

15  can dismiss the complaint without prejudice in case

16  something comes up again in the future they could re-file

17  it.

18          THE COURT:  All right.

19          MR. DORSEY:  But at this point, it seems like

20  there's not going to be an issue, Your Honor.

21          THE COURT:  Very well, thank you.

22          MR. DORSEY:  Thank you, Your Honor.

23          THE COURT:  Thank you, Mr. Dorsey.  Well, let's

24  do this.  I think that --

25          MR. BOTTER:  Your Honor, it's David Botter on

1  behalf of the creditors' committee.

2          THE COURT:  Oh, yes, Mr. Botter, please.

3          MR. BOTTER:  Yes, I'm sorry to interrupt.  Your

4  Honor, maybe the best way to proceed here is that based upon

5  counsel's prior statement just a moment ago, which indicated

6  that the TPR may be reserving its rights to change its

7  position if something else occurs, at least at this time

8  until we can all determine exactly what's going on, that we

9  certainly could keep the adversaries open.  Again, in case

10 the TPR decides that it needs to change position with

11 respect to the redactions.

12          THE COURT:  Mr. Dorsey, yes.

13          MR. DORSEY:  We would object to that, Your Honor.

14          THE COURT:  I understand.

15          MR. DORSEY:  I think it doesn't make sense.  I

16 mean, it's a reservation of rights that every lawyer in this

17 courtroom does constantly every day to say well, we're

18 reserving our rights.  But we all know it's a result issue

19 and there's no sense keeping something open on the Court's

20 docket constantly having to have status conferences.  The

21 administrators having to report that they've been sued in

22 the United States.  It wouldn't be an appropriate thing for

23 Your Honor.

24          THE COURT:  Well here's what I'll do.  In the

25 first instance, I'll allow the parties to discuss it.  If

1  there is agreement on a dismissal, obviously, that will

2  obviate your concerns, Mr. Dorsey.  Or I should say the

3  joint administrator's concerns and I understand them.  And I

4  don't think that a case should necessarily remain open just

5  in case so long as the dismissal was without prejudice.  So

6  I certainly would be, I think, leaning heavily toward the

7  position you're asserting.  But in the first instance, I

8  think if the parties discuss it, perhaps you can just at

9  least agree on the result.  And if not, then I certainly

10  would be pleased to hear from you either on April 18 or if

11  the joint administrators are concerned that that's not soon

12  enough, we'll find another time.

13          MR. DORSEY:  Thank you, Your Honor.

14          THE COURT:  Okay.  Thank you, Mr. Dorsey.  Mr.

15  Abbott?

16          MR. ABBOTT:  Thank you, Your Honor.  That

17  concludes the matters for today.  We appreciate the break

18  and the Court's time this morning, but we can now leave you

19  to the rest of your docket.

20          THE COURT:  I will get to it, too.  Thank you,

21  Mr. Abbott.

22          MR. ABBOTT:  Thank you, Your Honor.

23          THE COURT:  And thank you, everyone.  And I

24  appreciate very much the arguments and the assistance to the

25  Court and we will stand in recess.  Good day to all of you.

1    (Whereupon, at 11:04 a.m., the hearing was adjourned.)

2

3                          CERTIFICATION

4         I certify that the foregoing is a correct

5    transcript from the electronic sound recording of the

6    proceedings in the above-entitled matter.

7

8

9    _____        22 March 2012

10   Traci L. Calaman, Transcriber              Date

11

| Word | Page:Line |
|---|---|
| **507(a)(4)(5)** | 12:5 13:8 13:17 15:7 17:1 |
| **507(a)(5)(1)** | 26:14 |
| **a.m(5)** | 1:15 5:1 39:21 39:21 46:1 |
| **abbott(24)** | 1:24 5:5 5:6 5:7 5:9 5:14 5:18 5:22 5:24 5:25 6:6 38:14 38:17 38:18 38:21 39:2 39:5 39:12 39:14 39:18 45:15 45:16 45:21 45:22 |
| **able(3)** | 40:17 42:3 42:6 |
| **ably(1)** | 9:11 |
| **about(13)** | 8:4 13:19 14:3 15:2 15:23 22:24 23:21 24:5 24:13 28:4 30:6 35:16 38:24 |
| **aboveentitled (1)** | 46:6 |
| **absolutely(1)** | 40:2 |
| **acceptable(2)** | 6:4 39:5 |
| **according(2)** | 17:1 17:10 |
| **accordingly(3)** | 15:19 19:22 31:18 |
| **account(2)** | 18:17 18:18 |
| **accountable(2)** | 22:9 22:10 |
| **accrual(1)** | 16:5 |
| **accrued(2)** | 12:17 16:1 |
| **acknowledge(1)** | 10:25 |
| **action(8)** | 26:16 27:20 27:23 28:17 29:12 31:17 40:25 43:14 |
| **actions(2)** | 4:9 31:14 |
| **actual(2)** | 15:5 30:16 |
| **actually(8)** | 16:5 25:19 26:7 26:14 26:20 29:19 36:7 41:22 |
| **adams(1)** | 27:16 |
| **added(1)** | 23:8 |
| **additional(2)** | 12:16 43:9 |
| **address(4)** | 5:16 28:19 30:9 38:23 |
| **addressed(1)** | 37:23 |
| **adjourned(1)** | 46:1 |
| **administered(1)** | 1:8 |
| **administrator(1)** | 25:14 |
| **administrator's(1)** | 45:3 |
| **administrators(10)** | 40:9 40:14 40:17 40:19 40:20 41:8 41:15 42:24 44:21 45:11 |
| **adversaries(1)** | 44:9 |
| **adversary(1)** | 40:8 |
| **advisor(1)** | 3:50 |
| **affidavit(2)** | 24:24 24:25 |
| **after(3)** | 9:2 14:24 40:16 |
| **again(4)** | 15:1 40:4 43:16 44:9 |
| **against(8)** | 9:7 26:12 27:20 27:23 28:17 29:12 30:10 40:9 |
| **agenda(7)** | 6:2 6:12 24:7 33:4 34:25 35:24 38:11 |
| **agent(1)** | 37:20 |
| **ago(1)** | 44:5 |
| **agree(3)** | 14:5 16:23 45:9 |
| **agreeable(1)** | 36:16 |
| **agreed(3)** | 40:24 41:4 41:14 |
| **agreeing(1)** | 17:17 |
| **agreement(9)** | 25:12 25:15 25:19 25:21 33:7 35:3 37:25 40:18 45:1 |
| **akin(1)** | 3:22 |
| **alerted(1)** | 5:15 |
| **all(44)** | 5:4 6:18 7:8 10:8 13:21 14:9 14:13 16:18 18:5 19:8 20:3 20:4 20:5 20:14 22:16 22:17 22:21 23:2 24:20 25:20 25:23 25:23 26:10 30:1 30:17 30:20 31:3 31:9 33:17 33:20 35:12 36:16 36:18 38:2 38:3 38:6 39:7 39:11 39:19 42:15 43:18 44:8 44:18 45:25 |
| **allegation(2)** | 30:23 30:23 |
| **allegations(4)** | 30:5 30:7 30:9 30:13 |
| **allen(1)** | 3:46 |
| **allow(2)** | 35:4 44:25 |
| **allowance(1)** | 14:17 |
| **already(2)** | 11:9 20:17 |
| **also(9)** | 7:8 7:24 8:22 16:17 17:4 24:25 30:12 35:3 37:7 |
| **although(1)** | 42:5 |
| **alvarez(2)** | 3:36 3:36 |
| **always(2)** | 19:11 38:15 |
| **amended(3)** | 8:15 9:1 9:9 |
| **amendments(4)** | 28:15 29:1 29:7 29:7 |
| **amit(1)** | 4:5 |
| **among(2)** | 20:25 22:3 |
| **amongst(1)** | 42:3 |
| **amount(6)** | 11:25 12:4 12:7 15:16 16:24 17:21 26:12 26:20 |
| **amounts(1)** | 9:8 |
| **amphenol(1)** | 34:1 |
| **and(220)** | 5:4 5:15 5:16 6:1 6:3 6:6 6:14 6:15 6:20 6:22 6:23 7:1 7:6 7:13 7:18 7:19 7:23 7:24 8:2 8:8 8:9 8:10 8:14 8:15 8:22 8:22 9:2 9:2 9:4 9:7 9:8 9:12 9:15 9:17 9:23 10:3 10:5 10:9 10:23 10:24 11:5 11:13 11:14 11:17 11:22 12:2 12:3 12:12 12:15 12:17 12:21 12:22 12:23 13:12 13:13 13:14 13:16 13:18 14:10 14:20 15:2 15:12 15:15 15:19 15:23 16:2 16:2 16:3 16:6 16:9 16:12 16:17 17:4 17:10 17:18 17:24 18:8 18:20 18:21 18:22 18:25 18:25 19:6 19:9 19:10 19:12 19:13 19:15 19:16 19:20 19:22 19:22 19:23 19:25 20:1 20:16 20:19 20:19 21:1 21:2 21:4 21:15 21:18 21:24 21:25 22:5 22:9 22:12 22:18 22:18 22:24 23:6 23:6 23:20 24:5 24:9 24:12 24:16 24:20 24:23 24:24 25:1 25:7 25:9 25:13 25:14 25:20 26:2 26:3 26:16 26:23 27:4 27:11 27:11 27:16 27:22 28:1 28:6 28:10 28:15 28:15 28:22 28:23 28:24 29:7 29:7 29:8 29:10 29:13 29:15 29:18 30:3 30:5 30:6 30:9 30:12 30:17 31:11 31:16 31:18 31:19 31:21 31:22 32:6 32:1 32:24 33:8 33:9 33:22 33:23 34:20 35:6 35:8 36:7 35:15 36:23 36:24 37:6 37:7 37:16 37:18 38:7 38:13 38:21 38:23 39:2 40:12 40:15 40:17 40:19 40:20 40:23 41:3 41:4 41:9 41:11 41:13 41:21 41:21 41:24 41:24 41:25 42:2 42:2 42:8 42:9 42:13 42:16 43:12 44:8 45:3 45:3 45:9 45:18 45:23 45:23 45:24 45:25 |
| **announcement(2)** | 5:9 5:20 |
| **another(1)** | 45:12 |
| **answer(1)** | 8:21 |
| **anticipation(1)** | 41:6 |
| **any(11)** | 8:1 16:16 18:16 20:11 24:17 28:6 30:22 30:22 39:8 41:9 43:13 |
| **anyone(4)** | 18:22 30:15 31:6 35:9 35:16 36:19 38:4 39:8 |
| **anything(3)** | 33:25 41:8 41:22 |
| **appearances(2)** | 2:32 3:1 4:1 |
| **applies(2)** | 24:14 24:25 |
| **apportioned(2)** | 12:23 13:16 |
| **apportionment(1)** | 19:14 |
| **appreciate(7)** | 7:8 22:18 23:16 31:11 31:19 45:17 45:24 |
| **appreciated(2)** | 6:14 6:24 |
| **approach(6)** | 13:22 23:7 23:15 32:3 33:15 34:9 |
| **appropriate(7)** | 8:9 9:7 25:20 31:18 32:1 42:13 44:22 |
| **approval(1)** | 14:22 |
| **approved(1)** | 15:20 |
| **approximately(1)** | 15:7 |
| **apps(1)** | 5:12 |
| **april(3)** | 35:7 42:5 45:10 |
| **are(44)** | 5:11 5:25 7:12 7:19 7:24 8:2 9:14 9:23 11:1 11:13 12:20 14:7 15:22 16:15 18:8 18:22 20:3 20:5 20:16 21:14 21:18 22:23 25:4 28:5 28:7 28:24 29:15 29:20 31:3 31:17 35:6 37:13 37:13 41:24 42:1 42:5 42:6 42:11 42:12 42:17 42:21 43:7 45:11 |
| **aren't(1)** | 42:3 |
| **argument(6)** | 17:16 17:18 18:14 18:17 19:23 19:23 |
| **arguments(3)** | 6:20 6:23 45:24 |
| **arsht(2)** | 1:23 32:17 |
| **aside(1)** | 30:12 |
| **ask(8)** | 11:18 28:4 30:21 35:9 35:15 36:19 39:7 41:8 |
| **asked(1)** | 35:8 |
| **asking(5)** | 11:13 13:14 26:22 43:12 43:14 |
| **asm(1)** | 37:7 |
| **assert(1)** | 15:5 |
| **asserted(3)** | 12:7 26:13 26:19 |
| **asserting(1)** | 11:25 45:7 |
| **assertion(2)** | 40:13 41:2 |
| **assistance(1)** | 45:24 |
| **assume(1)** | 38:16 |
| **assured(1)** | 43:6 |
| **attaches(1)** | 26:15 |
| **attachment(1)** | 43:4 |
| **audible(7)** | 31:5 31:8 35:11 35:18 36:21 38:5 39:10 |
| **august(1)** | 25:22 |
| **aurelius(2)** | 3:12 3:17 |
| **authority(1)** | 13:15 |
| **authorize(1)** | 37:20 |
| **avenue(2)** | 4:4 4:4 |
| **award(1)** | 12:1 |
| **awards(1)** | 13:7 |
| **aware(3)** | 28:11 29:9 29:16 |
| **back(5)** | 13:1 39:2 39:17 41:1 42:14 |
| **background(2)** | 7:18 12:12 |
| **baik(1)** | 3:6 |
| **balance(1)** | 15:19 |
| **bankruptcy(8)** | 1:1 1:19 11:24 17:1 19:11 20:19 26:14 29:14 |
| **bar(1)** | 8:24 |
| **barclays(1)** | 2:38 |
| **barclay's(1)** | 2:38 |
| **based(5)** | 11:19 12:14 17:4 28:19 44:4 |
| **basically(1)** | 11:13 12:8 19:1 |
| **basing(1)** | 18:4 |
| **basis(2)** | 19:3 30:22 |
| **because(12)** | 5:14 13:7 13:19 15:24 16:3 17:2 17:13 17:23 20:16 22:4 29:20 39:2 |
| **been(26)** | 5:14 6:13 8:7 8:11 8:12 9:1 9:11 9:13 9:20 15:23 20:10 25:19 27:22 29:6 30:18 33:7 35:4 36:14 37:2 37:3 37:21 37:25 41:22 43:5 44:21 |
| **before(18)** | 1:18 5:10 6:12 7:16 8:2 8:12 11:24 16:4 25:19 25:19 26:9 29:19 30:8 32:21 35:8 39:14 42:14 43:13 |
| **behalf(6)** | 6:11 7:6 32:17 40:5 42:24 44:1 |
| **being(3)** | 35:6 37:23 42:2 |
| **belatedly(1)** | 35:15 |
| **believe(8)** | 8:8 12:10 21:25 26:3 27:1 30:15 32:21 33:2 |
| **believed(1)** | 8:21 |
| **believes(2)** | 26:23 31:17 |
| **benefit(5)** | 25:7 27:3 27:19 28:16 31:15 |
| **benefits(14)** | 11:17 12:14 12:15 12:20 12:22 16:1 25:5 27:6 27:22 27:24 28:18 28:21 29:3 29:13 |
| **berger(1)** | 2:35 |
| **best(1)** | 44:4 |
| **better(1)** | 6:17 |
| **between(7)** | 12:23 13:16 17:25 19:14 25:12 26:22 27:21 |
| **bit(6)** | 6:3 7:18 8:3 8:13 38:22 41:25 |
| **blabey(1)** | 3:14 |
| **books(1)** | 9:8 |
| **both(2)** | 24:23 35:7 |
| **botter(9)** | 3:23 7:6 7:7 7:9 7:11 43:25 43:25 44:2 44:3 |
| **bound(1)** | 21:5 |
| **brad(1)** | 3:25 |
| **break(3)** | 38:25 41:13 45:17 |
| **briefing(1)** | 6:23 |
| **briefly(2)** | 28:15 36:13 |
| **britt(49)** | 1:34 10:4 10:9 10:12 10:14 10:17 10:17 10:20 11:6 11:9 11:13 12:12 13:5 13:12 13:22 13:23 14:2 14:10 14:14 14:16 14:20 14:24 15:10 15:12 15:19 16:12 16:15 16:16 18:3 18:8 18:16 18:21 19:6 20:8 20:9 20:12 23:4 23:5 23:6 23:12 23:14 23:16 23:18 23:20 23:23 23:24 24:12 31:22 32:11 32:14 |
| **business(1)** | 22:25 |
| **but(38)** | 7:16 8:1 9:24 13:1 13:12 14:6 16:10 18:16 18:10 18:23 19:10 19:18 19:23 20:15 21:5 22:10 23:7 28:14 28:18 29:2 30:17 31:14 39:15 40:25 41:12 41:17 41:23 42:7 42:11 42:17 43:3 43:5 43:8 43:14 43:19 44:18 45:7 45:18 |
| **bye(1)** | 23:3 |
| **calaman(1)** | 46:10 |
| **calculated(2)** | 15:16 19:3 |
| **calculation(2)** | 15:4 17:5 |
| **calculations(1)** | 17:4 |
| **call(1)** | 10:24 |
| **came(1)** | 5:10 |
| **can(7)** | 20:20 20:21 20:22 43:15 44:8 45:8 45:18 |
| **capital(7)** | 2:38 2:38 2:45 3:17 4:4 4:4 4:4 |
| **care(2)** | 6:19 8:9 |
| **case(13)** | 1:4 12:25 13:2 21:10 27:18 28:11 28:14 41:1 43:9 43:15 44:9 45:4 45:5 |
| **cases(10)** | 19:9 20:4 20:5 20:22 27:12 28:5 28:5 28:22 28:24 29:13 |
| **casgrain(2)** | 4:18 4:18 |
| **cause(4)** | 27:20 27:23 28:17 29:12 |
| **causes(1)** | 31:17 |
| **cede(7)** | 6:7 10:9 16:17 23:20 30:19 32:7 38:13 |
| **centre(1)** | 2:21 |
| **certain(4)** | 11:16 37:11 37:20 40:13 |
| **certainly(11)** | 17:18 18:13 21:1 21:8 29:17 31:12 36:22 39:14 44:9 45:6 45:9 |
| **certification(1)** | 46:3 |
| **certify(1)** | 46:4 |
| **chad(2)** | 1:25 32:16 |
| **challenge(2)** | 41:1 43:7 |
| **chambers(1)** | 40:24 |
| **change(5)** | 21:4 31:23 38:23 44:6 44:10 |
| **changed(1)** | 13:3 |
| **chapter(1)** | 1:6 |
| **chris(1)** | 2:6 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **circuit**(26) 12:19 13:2 13:5 13:6 13:10 13:12 13:13 13:15 18:14 19:13 19:20 21:10 21:14 21:22 22:6 22:10 22:10 22:15 27:16 28:5 28:6 28:12 28:23 28:24 29:6 | | **consistent**(2) 13:14 14:21 **constantly**(2) 44:17 44:20 **context**(1) 7:18 **continue**(1) 9:24 **continued**(4) 2:2 3:2 4:2 35:7 | | **debtors**(56) 1:12 1:23 2:12 5:7 6:11 6:14 8:15 8:21 9:7 9:8 9:15 9:20 10:18 10:21 10:21 11:6 11:16 11:18 11:21 11:23 12:6 15:1 15:5 16:6 18:10 18:20 18:22 19:12 19:25 20:14 23:21 24:5 24:5 24:8 24:16 24:19 25:3 25:4 25:20 25:24 26:6 | | **dorsey**(15) 2:13 42:20 42:21 42:22 42:23 43:1 43:19 43:22 43:23 44:12 44:13 44:15 45:2 45:13 45:14 **doug**(1) 3:38 **due**(1) 7:1 |
| **circuit's**(1) 21:6 **circuits**(6) 21:13 21:19 21:24 22:3 28:8 28:25 | | **contrary**(1) 28:6 **convey**(1) 17:19 **corporation**(2) 31:15 33:8 **correct**(5) 19:12 20:8 20:12 37:22 46:4 | | 26:8 26:12 29:23 30:5 30:10 32:18 36:23 40:6 40:8 40:13 40:17 40:25 41:2 41:7 **debtwire**(1) 3:41 | | **duplicate**(1) 9:6 **during**(3) 13:9 16:1 16:5 **each**(2) 8:19 8:22 |
| **circumstances**(2) 9:17 19:24 **cited**(3) 28:5 28:22 30:14 **cites**(1) 12:25 **citi**(1) 2:42 | | **could**(5) 21:1 30:23 38:24 43:16 44:9 **counsel**(3) 9:15 10:18 41:7 **counsel's**(1) 44:5 **counsels**(1) 39:19 | | **decides**(2) 22:2 44:10 **decision**(7) 6:15 6:20 28:18 29:6 29:8 29:17 42:8 | | **earlier**(3) 6:16 15:15 42:9 **earned**(9) 12:2 12:20 13:9 15:7 15:12 16:5 17:2 17:23 19:6 **easiest**(1) 36:8 |
| **citigroup**(2) 3:32 3:32 **claim**(38) 8:20 8:21 8:22 8:24 8:25 9:1 9:3 9:4 9:8 11:25 12:4 12:7 12:8 12:9 12:9 14:25 15:20 15:21 16:10 16:25 26:7 26:8 26:11 26:14 26:19 26:20 30:4 30:8 30:8 30:10 31:19 33:13 35:1 36:14 37:1 37:3 37:24 37:25 | | **couple**(1) 8:12 **course**(7) 7:2 7:8 12:20 18:20 19:4 30:24 31:9 **court**(203) 1:1 5:3 5:8 5:13 5:17 5:21 5:23 6:4 6:5 6:8 6:15 6:17 6:19 6:21 6:24 7:4 7:9 7:15 7:21 8:2 8:4 8:5 8:12 8:17 | | **decisions**(2) 21:11 28:7 **deem**(1) 32:24 **deemed**(1) 19:6 **deep**(1) 37:13 **deferred**(1) 7:25 | | **ecro**(1) 1:39 **effect**(1) 31:15 **effective**(1) 25:11 **effectively**(1) 9:5 **effort**(2) 6:15 22:19 |
| **claims**(33) 7:20 8:2 8:7 8:9 8:12 8:13 8:16 8:19 9:6 9:6 9:7 9:18 11:16 11:18 18:25 18:25 21:5 24:9 24:9 24:13 24:15 24:18 25:3 25:5 25:25 29:24 32:23 35:17 36:6 37:6 37:10 37:20 37:20 | | 9:10 9:22 10:2 10:8 10:10 10:12 10:16 10:19 11:1 11:3 11:5 11:8 11:9 11:12 12:11 13:4 13:11 13:21 13:23 14:1 14:5 14:9 14:13 14:15 14:19 14:23 15:9 15:11 15:16 15:16 16:14 16:18 16:21 17:15 18:5 18:8 18:13 18:16 19:5 19:8 20:7 20:10 | | **defined**(3) 25:7 27:3 27:19 **defrauding**(1) 30:5 **degree**(1) 9:23 **delaware**(4) 1:2 1:12 5:1 21:15 **delta**(1) 26:22 **demonstrativ**(2) 13:19 16:13 | | **efforts**(4) 7:8 9:21 9:24 37:16 **either**(3) 24:17 35:10 45:10 **electronic**(1) 1:48 46:5 **eleven**(1) 16:2 **elliott**(1) 2:26 |
| **clarification**(1) 30:2 **clarify**(1) 39:3 **clarifying**(2) 28:2 29:18 **clarity**(1) 5:22 | | 20:13 20:25 21:5 21:8 21:12 21:12 21:14 21:18 21:21 21:24 22:1 22:7 22:9 22:12 22:17 22:21 22:23 23:2 23:5 23:11 23:13 23:15 23:19 23:23 23:25 24:2 24:11 24:11 | | **deny**(1) 33:9 **depending**(1) 21:13 **deputized**(1) 6:13 **derek**(1) 1:24 5:6 **determination**(1) 31:14 | | **else**(2) 38:17 44:7 **emea**(1) 2:12 **employed**(1) 11:23 12:17 15:24 **employee**(9) 7:20 8:20 8:23 9:18 12:16 |
| **class**(1) 4:9 **classified**(1) 20:6 **clean**(1) 30:4 **clear**(7) 6:18 8:20 9:16 12:19 18:23 23:16 27:2 | | 24:20 24:22 25:8 25:17 25:19 25:23 26:5 26:9 26:10 26:25 27:9 27:14 27:25 28:3 28:9 28:10 28:13 29:16 29:22 30:1 30:8 30:9 30:10 31:3 31:6 31:9 32:1 32:4 32:8 | | **determine**(1) 44:8 **determined**(1) 19:13 **dialed**(1) 5:18 **dialing**(1) 30:18 **diaz**(1) 1:41 | | 12:21 12:21 17:6 17:13 **employee's**(1) 12:21 **employees**(12) 8:2 8:8 8:10 13:8 17:9 18:19 19:18 19:19 19:20 20:14 25:5 30:5 |
| **clearly**(1) 33:20 **cleary**(6) 1:31 3:4 6:10 10:18 24:4 40:5 **clerk**(2) 5:2 39:22 **code**(3) 17:1 19:16 26:14 | | 32:10 32:15 32:19 32:21 33:1 33:5 33:8 33:11 33:14 33:16 33:19 33:22 33:25 34: 34:8 34:10 34:12 34:14 34:17 34:19 34:22 35:2 35:6 36:1 36:14 36:22 37:5 37:9 37:12 37:18 38:2 38:4 38:6 38:12 38:15 | | **dictated**(2) 19:13 19:21 **dictates**(1) 22:15 **did**(9) 8:14 8:19 11:15 24:16 26:6 29:11 31:22 33:25 43:1 | | **employer**(1) 25:7 **employment**(2) 13:17 19:4 **engineering**(1) 27:13 **english**(1) 2:19 **enormous**(1) 9:10 |
| **colleague**(1) 23:21 **colleagues**(8) 6:13 6:22 7:12 10:4 32:7 40:4 42:16 43:3 | | 38:20 39:1 39:4 39:6 39:7 39:11 39:17 39:19 39:23 40:2 40:11 40:20 40:22 40:22 41:4 41:5 41:12 41:12 41:13 41:20 42:4 42:8 42:14 42:15 42:17 42:19 42:25 43:1 43:21 43:23 44:2 44:12 44:14 44:24 45:1 45:20 45:23 45:25 | | **didn't**(2) 5:15 43:4 **differ**(1) 21:25 **difference**(2) 21:10 27:21 **different**(4) 13:6 32:22 36:15 42:12 **differentiation**(1) 20:11 | | **enough**(1) 45:12 **entered**(5) 5:14 11:10 36:7 42:9 **entering**(1) 40:16 **entertain**(1) 16:16 **entire**(1) 12:4 |
| **collected**(1) 29:4 **come**(7) 29:11 29:14 39:2 41:1 41:11 42:4 43:4 | | **court's**(4) 14:22 28:11 44:19 45:18 **courtcall**(1) 26:4 **courtroom**(3) 1:10 38:22 44:17 **courts**(5) 13:7 19:14 21:10 21:14 21:15 | | **differently**(1) 22:8 **difficulties**(1) 43:5 **direct**(5) 27:20 27:23 28:17 29:12 31:14 **direction**(1) 27:7 | | **entirety**(2) 13:9 17:3 **entities**(3) 35:6 36:14 36:15 **entitled**(8) 12:4 14:16 15:16 16:25 26:13 26:23 27:5 27:22 |
| **comes**(1) 43:16 **coming**(3) 42:10 42:14 43:1 **commitment**(1) 41:10 **committee**(9) 2:5 2:26 2:34 3:21 7:7 7:23 7:24 25:13 44:1 | | **covered**(3) 19:15 25:9 38:16 **crapco**(1) 26:3 **crapco's**(1) 26:7 **creditor**(2) 3:28 4:15 **creditors**(3) 3:22 7:7 44:1 | | **directly**(2) 27:6 37:23 **disabled**(1) 7:24 **disagree**(3) 12:7 15:2 16:24 **disagreed**(1) 8:25 **disagreeing**(1) 30:25 | | **entitlement**(6) 13:15 15:5 15:6 16:7 16:9 26:21 **entity**(1) 27:5 **equally**(1) 42:14 **eric**(1) 3:33 |
| **communication**(1) 9:16 **companies**(1) 20:23 **company**(4) 17:7 20:18 20:19 37:2 | | **croft**(36) 1:32 10:6 23:21 23:25 24:1 24:3 24:4 24:12 24:21 24:23 25:9 25:18 25:24 26:6 26:11 27:1 27:10 27:15 28:1 28:7 28:10 28:14 29:17 29:18 29:23 30:3 30:2 | | **disagreement**(2) 12:8 15:2 **disagreements**(1) 14:8 **disallow**(1) 30:10 **disallowed**(1) 11:19 **discuss**(2) 40:3 44:25 45:8 | | **ernst**(2) 3:45 3:51 **esq**(27) 1:24 1:25 1:32 1:33 1:34 2:6 2:13 2:20 2:27 2:35 2:42 2:45 3:6 3:7 3:8 3:9 3:18 3:23 3:25 3:29 3:33 3:38 3:47 3:52 4:10 4:12 4:19 |
| **compensation**(1) 7:25 **complaint**(1) 43:15 **completed**(1) 14:2 **comprised**(1) 21:15 | | 30:25 31:11 31:21 32:2 32:3 32:6 32:9 32:11 32:13 | | **dismiss**(1) 43:15 **dismissal**(2) 45:1 45:5 **district**(5) 1:2 27:17 28:23 29:10 29:14 | | **estimated**(1) 26:20 **even**(1) 18:7 **every**(4) 12:16 12:17 44:16 44:17 |
| **conaway**(2) 2:12 42:23 **concerned**(2) 28:4 45:11 **concerns**(3) 34:1 45:2 45:3 | | **crt**(1) 2:45 **d.i.**(5) 24:6 25:2 25:22 26:2 26:3 **data**(1) 1:41 **date**(9) 8:24 12:3 12:21 13:3 14:18 14:25 15:14 16:4 46:10 | | **divided**(1) 21:13 **docket**(1) 44:20 45:19 **document**(1) 36:9 **documents**(10) 9:14 38:7 38:8 40:14 40:18 | | **everyone**(5) 5:3 39:23 45:23 **everyone's**(1) 38:16 **everything**(2) 24:12 38:16 **evidence**(1) 30:14 |
| **concludes**(1) 45:17 **conclusory**(1) 30:13 **conference**(7) 38:10 40:7 40:23 40:24 41:4 41:7 42:5 | | **dates**(1) 13:1 **david**(4) 3:14 3:23 7:7 43:25 **day**(5) 17:3 17:24 17:24 44:17 45:25 **days**(6) 12:3 14:24 15:9 17:25 19:15 19:15 | | 40:21 41:3 41:11 41:15 42:11 **does**(8) 13:13 18:20 18:21 27:20 30:9 35:16 39:7 44:17 | | **exactly**(4) 7:1 15:12 41:19 44:8 **example**(2) 21:14 22:5 **excellence**(1) 31:20 **excellent**(7) 5:21 7:4 32:12 33:1 36:11 36:18 37:9 |
| **conferences**(1) 44:20 **conflict**(1) 22:2 **confusion**(1) 9:13 **congress**(2) 17:11 29:1 **congressman**(1) 21:1 **connection**(1) 40:8 **consider**(1) 22:8 **considered**(3) 17:22 18:8 20:6 **considering**(1) 6:19 | | **deadline**(1) 34:1 **deal**(2) 6:19 8:10 **dealing**(2) 8:9 8:11 **deals**(2) 24:9 34:25 **dealt**(2) 9:11 34:14 **debt**(1) 36:14 **debtor**(1) 3:4 | | **doesn't**(3) 16:9 17:10 21:9 22:12 29:19 29:23 31:1 33:19 39:11 39:15 42:7 42:19 45:44 **doing**(2) 23:13 29:24 **dollars**(1) 19:1 **don't**(13) 16:9 17:10 21:9 22:12 29:19 29:23 31:1 33:19 39:11 39:15 42:7 42:19 45:44 **done**(1) 22:14 | | |

| Word | Page:Line |
| --- | --- |
| exhibit(7) 11:20 24:15 24:18 25:3 26:1 35:5 36:9 |  |
| expect(1) 28:3 |  |
| explanation(1) 8:4 |  |
| expressed(1) 22:13 |  |
| expressly(3) 28:16 28:19 31:24 |  |
| extended(2) 34:2 34:2 |  |
| extent(3) 29:3 30:22 37:11 |  |
| f.3rd(1) 27:15 |  |
| facing(2) 27:16 29:11 |  |
| fact(7) 9:17 12:9 19:17 23:9 24:25 41:24 42:9 |  |
| failure(1) 28:19 |  |
| fair(1) 20:17 |  |
| fall(1) 8:14 |  |
| falls(1) 17:24 |  |
| familiar(1) 19:9 |  |
| fawkes(1) 3:29 |  |
| february(1) 4:11 |  |
| federal(1) 21:12 |  |
| fee(1) 5:12 |  |
| feld(1) 3:22 |  |
| fellow(1) 29:9 |  |
| few(2) 32:22 33:23 |  |
| fifth(1) 7:13 |  |
| fights(35) 1:25 32:16 32:17 32:20 33:2 33:6 33:13 33:15 33:17 33:21 33:24 34:4 34:6 34:9 34:11 34:13 34:16 34:18 34:21 34:23 35:3 35:14 35:23 36:2 36:5 36:12 36:25 37:6 37:11 37:13 37:16 37:22 38:3 38:9 38:13 |  |
| file(2) 8:25 9:3 |  |
| filed(17) 8:2 8:8 8:10 8:23 9:3 9:4 9:7 11:16 11:24 11:25 20:19 24:23 26:2 26:7 26:11 31:23 40:9 |  |
| financial(1) 3:50 |  |
| find(3) 17:5 29:11 45:12 |  |
| fine(2) 6:5 39:1 |  |
| finger(1) 2:5 |  |
| finished(1) 14:10 |  |
| first(8) 8:1 8:14 10:15 33:2 37:19 39:8 44:25 45:7 |  |
| five(4) 38:24 39:12 39:16 39:17 |  |
| floor(2) 1:27 2:22 |  |
| flux(1) 42:12 |  |
| focus(1) 42:10 |  |
| foley(1) 3:51 |  |
| folks(5) 5:10 5:15 5:18 6:1 6:1 |  |
| follow(4) 17:4 22:12 22:14 28:25 |  |
| following(4) 15:14 27:12 27:10 27:12 |  |
| follows(1) 15:24 28:4 |  |
| for(93) 1:2 1:23 2:5 2:12 2:19 2:26 2:34 2:38 2:42 2:45 2:48 3:4 3:12 3:21 3:28 3:32 3:36 3:41 3:45 3:50 4:4 4:8 4:15 4:18 5:7 5:11 5:22 6:9 7:7 8:12 10:15 10:17 10:18 11:6 11:10 11:13 11:24 12:16 13:13 13:14 15:24 17:9 17:12 17:13 18:1 18:7 18:11 19:10 19:20 20:18 21:14 22:18 23:7 23:13 24:3 24:3 24:5 24:16 25:5 26:22 27:4 27:21 27:23 28:10 28:16 28:18 28:20 29:2 29:13 29:25 30:2 30:10 30:22 31:22 32:11 34:6 36:5 37:1 37:16 37:23 39:3 39:25 40:4 40:9 41:13 42:2 42:5 42:13 42:22 43:3 44:22 45:17 |  |
| foregoing(1) 46:4 |  |
| forgive(1) 34:2 |  |
| form(1) 36:10 |  |
| formal(3) 9:19 24:17 25:25 |  |
| forth(2) 35:5 36:8 |  |
| forward(1) 35:5 |  |
| forwarded(1) 43:2 |  |
| found(3) 22:4 28:17 36:7 |  |
| four(3) 12:15 32:22 33:18 |  |
| fourteenth(4) 32:23 33:3 34:19 35:17 |  |

| Word | Page:Line |
| --- | --- |
| fourth(3) 13:10 22:5 22:10 |  |
| fractured(1) 36:15 |  |
| frankel(1) 3:13 |  |
| frankly(1) 19:10 |  |
| fraser(2) 4:18 4:18 |  |
| fraud(2) 30:16 30:23 |  |
| freeborn(1) 3:28 |  |
| from(20) 6:10 7:10 7:11 10:23 11:6 11:23 22:5 22:5 24:4 27:6 30:12 32:17 35:10 39:21 40:5 41:8 42:19 43:6 45:10 46:5 |  |
| front(1) 10:15 |  |
| full(2) 15:16 15:19 |  |
| funded(2) 26:18 30:6 |  |
| funds(1) 29:3 |  |
| further(3) 29:8 32:6 42:5 |  |
| furtherance(1) 25:21 |  |
| future(2) 21:3 43:16 |  |
| gave(3) 8:19 8:22 17:21 |  |
| geller(1) 3:33 |  |
| general(5) 12:9 15:20 16:10 20:6 30:6 |  |
| get(10) 6:12 9:6 18:9 18:11 19:19 22:24 23:1 38:15 41:25 45:20 |  |
| ginger(1) 1:39 |  |
| give(5) 7:18 8:3 14:11 17:12 32:10 |  |
| given(2) 41:9 41:24 |  |
| giving(2) 9:2 39:25 |  |
| glad(1) 35:20 |  |
| going(14) 7:12 9:24 10:4 10:6 19:24 31:9 33:20 35:13 40:14 41:10 43:7 43:8 43:20 44:8 |  |
| gold(1) 32:10 |  |
| good(27) 5:3 5:4 5:5 5:6 6:8 6:9 7:2 7:9 7:11 10:1 10:12 10:14 11:3 11:4 13:24 23:25 24:1 24:2 32:15 32:16 32:19 32:20 38:8 39:13 42:20 42:22 45:25 |  |
| got(7) 6:16 7:16 8:4 20:19 34:5 38:22 41:17 |  |
| gottlieb(6) 1:31 3:4 6:10 10:18 24:4 40:5 |  |
| grant(2) 20:1 33:9 |  |
| granted(1) 38:1 |  |
| great(2) 6:19 29:18 |  |
| greenleaf(1) 2:26 |  |
| greer(1) 3:38 |  |
| gross(5) 1:18 10:14 11:5 12:25 13:18 |  |
| grounds(1) 11:19 |  |
| group(1) 2:45 |  |
| guarantee(1) 31:15 |  |
| guaranteed(1) 27:21 |  |
| guess(3) 31:6 39:15 43:5 |  |
| gump(1) 3:22 |  |
| had(10) 5:14 8:20 8:23 9:1 14:18 30:18 32:10 36:14 41:8 41:9 |  |
| hain(1) 35:6 |  |
| half(1) 16:2 |  |
| hamilton(6) 1:31 3:5 6:10 10:18 24:4 40:5 |  |
| hand(1) 41:21 |  |
| handed(2) 36:3 41:16 |  |
| happen(2) 20:23 33:25 |  |
| happy(2) 12:25 16:16 |  |
| hard(3) 6:23 27:16 29:10 |  |
| harrisburg(1) 1:43 |  |
| has(18) 9:11 11:9 14:2 14:10 19:13 19:20 20:10 25:19 31:15 31:16 33:7 35:3 37:2 37:3 37:4 37:25 41:14 42:18 |  |
| hasn't(1) 13:2 |  |
| hauer(1) 3:22 |  |

| Word | Page:Line |
| --- | --- |
| have(46) 5:11 5:18 7:2 8:7 8:12 9:20 9:21 9:21 10:13 10:23 13:6 13:7 13:18 14:7 16:12 16:16 19:14 19:24 20:14 21:7 22:15 23:6 24:2 27:7 27:20 27:22 29:10 29:15 30:17 31:13 31:21 32:6 33:8 34:6 34:7 35:8 36:6 37:7 37:21 41:14 41:16 42:7 42:17 43:5 43:6 44:20 |  |
| haven't(3) 41:16 41:22 41:23 |  |
| having(6) 19:8 24:3 38:7 43:4 44:20 44:21 |  |
| he's(2) 30:14 30:19 |  |
| healthcare(1) 3:36 |  |
| hear(4) 7:10 7:11 42:19 45:10 |  |
| heard(9) 16:22 35:10 35:16 36:19 38:4 39:8 41:8 41:12 41:14 |  |
| hearing(7) 11:6 35:7 35:12 35:19 36:22 42:4 46:1 |  |
| heavily(2) 37:10 45:6 |  |
| held(1) 13:7 29:15 |  |
| helpful(8) 5:23 8:3 8:6 13:19 16:14 32:5 38:24 42:20 |  |
| heppenstall(2) 28:11 28:16 |  |
| her(11) 10:25 12:1 12:4 13:17 14:2 14:10 15:25 16:6 16:8 17:4 17:5 |  |
| herbert(1) 43:3 |  |
| here(16) 5:7 5:11 5:15 10:13 10:20 13:24 19:12 24:2 24:5 31:10 32:17 33:23 34:20 39:17 43:2 44:4 |  |
| here's(1) 44:24 |  |
| higher(1) 18:11 |  |
| him(1) 30:19 |  |
| his(9) 26:7 26:8 26:20 26:20 30:4 30:8 30:8 30:10 30:13 |  |
| holding(1) 21:4 |  |
| holds(1) 27:18 |  |
| honor(89) 5:6 5:9 5:10 5:25 6:2 6:6 6:9 6:12 6:13 6:18 7:6 7:12 7:22 9:12 9:25 10:4 10:11 10:15 12:20 13:25 14:16 16:10 16:23 18:21 20:12 23:4 23:8 24:1 24:8 24:21 25:10 25:14 25:18 25:24 26:3 26:6 26:11 27:1 27:7 27:18 28:1 28:22 30:4 30:17 31:1 31:21 31:22 32:13 32:16 32:20 32:21 33:2 33:6 33:15 33:24 34:6 34:7 34:18 34:21 34:23 34:23 35:3 35:14 35:23 36:2 36:12 36:25 37:22 38:3 38:9 38:10 38:18 38:21 38:24 39:14 39:18 39:25 40:15 40:22 43:22 43:25 44:4 44:11 44:23 45:13 45:16 45:22 |  |
| honorable(1) 1:18 |  |
| hope(3) 6:25 7:1 9:17 |  |
| hopeful(1) 42:6 |  |
| hopefully(1) 9:25 |  |
| hot(1) 41:18 |  |
| hour(1) 39:16 |  |
| how(7) 6:13 8:4 22:2 38:23 41:10 42:13 42:21 |  |
| hsu(1) 2:49 |  |
| hurt(1) 20:19 |  |
| i'd(1) 30:24 23:7 23:20 |  |
| i'll(7) 10:9 23:1 32:6 35:9 39:17 44:24 44:25 |  |
| i'm(10) 10:20 12:25 17:17 17:20 17:25 20:20 24:5 28:10 30:25 44:3 |  |
| i've(3) 6:12 22:14 34:5 |  |
| impression(1) 20:21 |  |
| inappropriate(1) 43:11 |  |
| inc(3) 1:6 2:38 2:38 |  |
| included(3) 15:15 15:15 15:17 |  |
| including(1) 6:1 |  |
| income(2) 24:10 25:6 |  |

| Word | Page:Line |
| --- | --- |
| indicate(1) 43:10 |  |
| indicated(2) 12:6 44:5 |  |
| indicates(3) 9:20 26:15 26:17 |  |
| indicating(1) 43:7 |  |
| individual(1) 8:10 |  |
| individuals(2) 31:13 31:18 |  |
| industry(1) 3:37 |  |
| inequitable(1) 17:12 |  |
| inform(1) 41:12 |  |
| informal(1) 24:17 |  |
| information(1) 43:9 |  |
| injunction(1) 36:6 |  |
| inna(2) 3:8 42:16 |  |
| instance(2) 44:25 45:7 |  |
| intend(1) 17:12 |  |
| intending(1) 41:11 |  |
| internet(1) 22:5 |  |
| interrupt(1) 44:3 |  |
| into(5) 6:15 18:17 18:18 21:13 36:7 |  |
| introduce(1) 10:3 |  |
| involved(2) 7:24 37:9 |  |
| involving(1) 7:25 |  |
| island(1) 37:2 |  |
| issue(2) 43:20 44:18 |  |
| it's(22) 5:4 6:18 6:20 6:25 7:9 9:10 10:12 10:14 10:16 16:14 18:6 19:3 34:2 34:22 42:17 42:17 41:18 41:21 43:12 43:25 44:16 44:18 |  |
| item(7) 24:6 33:2 33:3 33:7 34:24 35:24 37:23 |  |
| its(3) 21:4 44:6 44:6 |  |
| i'd(1) 31:22 |  |
| jackson(1) 4:9 |  |
| james(1) 1:32 10:5 23:21 24:4 |  |
| jane(1) 1:33 6:10 40:4 |  |
| january(1) 11:23 14:21 15:15 16:7 |  |
| jason(1) 4:10 |  |
| jeff(1) 42:16 |  |
| jeffrey(1) 3:7 |  |
| jersey(1) 21:16 |  |
| jmock(2) 37:7 37:24 |  |
| joanne(1) 3:52 |  |
| john(2) 2:13 42:23 |  |
| joining(1) 26:4 |  |
| joint(9) 40:9 40:14 40:17 40:19 40:20 41:8 41:15 45:3 45:11 |  |
| jointly(1) 1:8 |  |
| judge(6) 1:19 10:14 11:5 12:25 13:18 |  |
| judges(2) 29:9 29:14 |  |
| july(2) 25:11 26:15 |  |
| just(27) 5:16 5:19 11:15 12:12 15:23 23:7 23:8 28:1 28:15 29:18 29:24 30:3 30:7 31:1 31:22 35:15 36:8 36:18 39:2 39:7 39:15 41:16 42:8 43:1 44:5 45:4 45:8 |  |
| kahn(1) 3:25 |  |
| kaneene(2) 3:41 3:42 |  |
| keep(3) 40:25 42:1 44:9 |  |
| keeping(1) 44:19 |  |
| kevin(2) 1:18 2:45 |  |
| kim(34) 1:33 6:7 6:8 6:9 6:10 6:18 6:22 7:1 7:5 7:12 7:16 7:22 8:5 8:7 8:18 9:12 9:23 10:2 10:3 10:9 10:10 10:11 10:22 39:24 39:25 40:3 40:4 40:12 40:23 41:6 41:19 41:21 42:16 42:20 |  |
| kindly(1) 11:9 |  |
| kinds(1) 21:4 |  |
| king(3) 2:8 2:15 2:22 |  |
| kinsella(1) 2:27 |  |
| knee(1) 37:13 |  |
| know(23) 6:13 6:22 9:10 9:25 17:10 17:11 17:11 17:11 17:20 17:24 18:23 18:24 19:1 19:9 19:16 20:17 20:21 29:19 29:23 31:11 34:1 42:7 44:18 |  |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| knows(1) 7:22 | | match(1) 9:8 | | not(31) 5:18 6:18 8:23 9:14 12:7 12:21 | | over(11) 12:20 13:20 15:24 16:2 16:2 19:3 |
| kraidin(1) 3:47 | | matter(5) 9:15 35:9 37:19 40:17 46:6 | | 13:13 14:6 15:2 19:6 20:10 20:17 20:22 | | 31:16 40:15 40:21 41:16 43:2 |
| kramer(1) 3:12 | | matters(2) 39:9 45:17 | | 22:9 24:17 26:6 26:8 27:20 30:7 30:9 | | |
| lady(1) 17:21 | | matthew(1) 3:18 | | 30:12 30:25 31:6 31:13 31:18 41:9 42:6 | | overrule(2) 19:25 31:10 |
| lardner(1) 3:51 | | mauro(1) 2:39 | | 43:7 43:20 45:9 45:11 | | overruled(1) 23:10 |
| last(4) 8:12 29:5 38:18 40:24 | | may(23) 13:22 13:23 13:25 16:16 19:16 | | | | overruling(1) 31:24 |
| late(1) 6:17 | | 20:23 21:2 21:7 21:8 26:23 32:3 32:4 | | note(10) 23:7 24:16 28:10 28:23 29:9 | | overy(1) 3:46 |
| later(2) 20:20 43:9 | | 33:15 34:2 34:9 36:13 37:1 37:25 38:22 | | 30:17 30:21 31:22 36:2 37:1 | | owed(1) 14:20 |
| laughter(4) 31:2 33:12 35:21 37:15 | | 39:2 39:23 40:16 44:6 | | | | package(7) 17:2 17:8 17:22 17:23 17:23 |
| law(13) 13:1 19:10 21:6 21:25 21:25 | | | | noted(1) 10:22 | | 18:1 20:5 |
| 22:12 27:1 27:7 27:18 28:6 28:18 31:10 | | maybe(4) 20:20 39:16 43:10 44:4 | | nothing(1) 32:6 | | |
| 31:12 | | mccarter(1) 2:19 | | november(2) 11:23 16:3 | | paid(7) 9:21 12:13 14:21 16:7 19:18 26:23 |
| law's(1) 12:19 | | mean(4) 16:2 17:17 20:23 44:16 | | now(12) 5:19 6:25 11:6 16:21 18:6 25:15 | | 37:21 |
| lawyer(2) 20:16 44:16 | | mediation(3) 6:25 7:3 42:9 | | 28:3 34:14 35:15 35:19 38:16 45:18 | | |
| layton(1) 2:5 | | memory(1) 36:13 | | | | pangaia(3) 34:25 37:6 |
| lead(1) 30:15 | | mentioned(1) 29:19 | | number(3) 5:11 17:22 21:18 | | participant(1) 27:19 |
| leaning(1) 45:6 | | mercer(1) 3:28 | | numbers(5) 13:20 14:14 15:22 29:20 29:21 | | participants(4) 24:10 27:4 28:20 29:3 |
| least(3) 39:3 44:7 45:9 | | michael(1) 4:19 | | object(2) 26:7 44:13 | | particular(1) 33:7 |
| leave(1) 45:18 | | microphone(1) 16:17 | | objected(1) 11:16 | | particularly(1) 19:11 |
| lectern(1) 38:13 | | middle(1) 7:23 | | objection(38) 10:5 10:7 10:21 10:23 11:11 | | parties(6) 36:7 36:17 42:3 42:10 44:25 |
| ledger(1) 13:2 | | might(5) 5:18 7:17 8:3 13:6 13:19 | | 11:14 11:15 11:19 11:20 19:25 20:1 22:1 | | partners(2) 35:1 37:6 |
| lee(2) 3:52 26:3 | | milner(2) 4:18 4:18 | | 23:22 24:9 24:14 24:16 24:19 24:23 25:4 | | passed(1) 17:11 |
| left(1) 14:25 | | mind(1) 29:14 | | 26:1 26:8 30:4 30:13 31:10 31:19 33:3 | | past(1) 8:14 |
| legal(1) 9:14 | | minute(1) 38:25 | | 33:9 33:10 34:1 34:20 34:24 35:4 35:5 | | patel(1) 4:5 |
| legislation(1) 21:2 | | minutes(2) 39:13 39:16 | | 35:17 35:24 35:25 36:20 37:2 | | pause(1) 13:6 |
| length(1) 12:14 | | misrepresentation(1) 30:15 | | | | payment(5) 15:13 15:15 17:8 29:2 |
| less(1) 18:7 | | miss(1) 13:18 | | objections(8) 7:14 7:17 8:1 9:5 9:19 24:6 | | payments(1) 28:20 |
| let(6) 6:13 9:25 34:14 35:15 36:18 39:7 | | modifications(1) 20:22 | | 25:1 32:24 | | pbcg(1) 27:5 |
| let's(3) 14:1 14:9 43:23 | | modified(1) 11:14 | | | | pbgc(9) 25:13 25:15 26:15 26:16 26:23 |
| letter(2) 43:2 43:6 | | moment(4) 17:3 21:5 32:22 44:5 | | obviate(1) 45:2 | | 27:3 29:4 29:24 30:23 |
| level(6) 8:8 16:25 18:2 18:10 18:12 29:6 | | money(1) 30:11 | | obviously(4) 8:6 9:24 11:6 45:1 | | |
| levels(1) 42:12 | | monitor(1) 3:45 | | occasionally(1) 21:24 | | penn(1) 29:15 |
| levin(1) 3:12 | | month(1) 40:24 | | occurs(1) 44:7 | | pennsylvania(2) 1:43 21:15 |
| lewis(1) 4:9 | | more(7) 8:13 17:3 19:19 20:19 30:21 | | oddity(1) 19:10 | | pension(6) 25:7 25:25 27:3 27:6 27:21 |
| liberty(1) 1:35 | | 39:15 42:10 | | off(5) 6:25 9:21 22:24 23:1 41:18 | | 31:15 |
| lies(1) 12:8 | | | | offered(1) 30:14 | | |
| life(2) 20:18 20:18 | | morning(18) 5:3 5:5 5:6 6:8 6:9 10:12 | | official(2) 2:34 3:21 | | pensions(1) 40:15 |
| lifted(1) 40:20 | | 10:14 11:3 11:4 23:25 24:1 32:11 32:15 | | often(1) 9:14 | | people(4) 9:14 18:10 20:17 20:24 |
| lighting(1) 37:2 | | 32:16 42:21 42:22 43:2 45:18 | | okay(27) 11:8 11:9 15:18 20:3 20:15 20:17 | | per(1) 4:15 |
| like(22) 10:24 13:1 16:2 17:3 17:12 17:12 | | | | 21:23 22:4 22:11 22:16 22:20 23:1 23:12 | | percent(12) 15:6 15:12 18:7 18:7 18:7 |
| 17:21 18:1 18:2 18:6 18:6 18:7 18:9 | | morris(2) 1:23 32:17 | | 23:12 23:14 26:5 31:3 33:11 34:8 34:16 | | 18:9 26:17 26:20 29:20 29:20 |
| 18:10 18:11 20:4 20:6 20:23 22:8 23:20 | | motion(5) 14:22 31:24 32:24 37:19 37:25 | | 34:20 35:8 35:19 35:22 37:5 37:18 45:14 | | |
| 30:19 43:19 | | much(9) 6:14 6:23 16:19 17:7 34:21 35:14 | | | | percentage(6) 16:4 17:7 18:11 18:20 19:17 |
| | | 36:25 38:9 45:24 | | oklahoma(2) 27:17 28:23 | | 19:18 |
| likewise(1) 37:18 | | | | olivia(1) 2:39 | | |
| line(3) 23:8 28:25 31:24 | | murphy(3) 28:11 28:16 29:8 | | omni(1) 11:22 12:6 | | perhaps(4) 42:4 42:8 42:10 45:8 |
| lisa(2) 3:9 3:47 | | naftalis(1) 3:12 | | omnibus(29) 7:13 9:5 9:19 10:5 10:7 | | period(14) 12:23 12:24 13:8 13:9 13:16 |
| list(1) 14:7 | | namely(2) 18:17 19:12 | | 10:21 10:23 11:11 11:14 11:15 23:22 24:6 | | 13:17 15:8 15:13 16:2 16:6 17:9 17:14 |
| listed(4) 24:15 24:18 25:3 25:25 | | nearly(1) 9:17 | | 24:8 24:13 24:15 24:19 25:1 25:4 25:4 | | 18:19 19:2 |
| litigation(1) 7:25 | | necessarily(2) 17:17 45:4 | | 26:1 32:24 33:3 34:19 34:24 35:17 35:24 | | |
| little(9) 6:3 7:18 7:18 8:3 8:13 12:12 | | necessary(2) 25:20 42:2 | | 35:25 36:20 42:4 | | perspective(1) 35:4 |
| 15:24 38:22 41:25 | | need(5) 5:15 14:11 30:9 41:25 42:6 | | | | peters(1) 3:28 |
| | | needed(2) 40:3 42:14 | | once(1) 43:14 | | petition(6) 12:3 14:18 14:24 15:14 16:4 |
| live(1) 21:20 | | needs(1) 44:10 | | one(16) 1:35 2:7 10:22 11:21 19:12 20:17 | | 25:12 |
| llp(5) 2:34 3:13 3:28 3:46 3:51 | | negotiations(1) 7:23 | | 26:1 26:2 29:18 30:3 31:23 35:12 35:19 | | |
| london(1) 43:3 | | neil(1) 2:35 | | 36:5 36:14 36:22 | | phone(4) 5:10 6:1 30:19 42:17 |
| long(4) 17:13 20:18 37:1 45:5 | | neither(1) 28:5 | | | | phones(1) 5:19 |
| long-term(2) 7:24 17:13 | | nervous(1) 38:15 | | only(4) 9:19 17:9 18:9 18:10 | | plan(27) 7:25 12:13 12:13 12:18 14:18 |
| longer(4) 17:6 18:9 18:19 19:18 | | network's(1) 14:17 | | open(4) 40:25 44:9 44:19 45:4 | | 24:10 25:9 25:10 25:13 25:13 25:16 |
| look(1) 26:19 | | networks(6) 1:6 4:8 12:13 14:17 15:16 24:10 25:6 | | opportunity(3) 8:24 16:21 | | 26:16 26:17 26:24 27:3 27:4 27:20 27:20 |
| lot(2) 15:22 37:12 | | never(1) 6:17 | | order(23) 5:14 6:3 8:24 11:10 23:6 25:22 | | 27:20 27:20 27:23 28:17 29:3 29:12 30:6 |
| love(1) 23:7 | | new(7) 1:36 4:9 8:24 9:3 21:16 21:20 | | 31:22 33:8 34:7 34:20 34:25 35:13 35:20 | | 31:16 |
| lower(3) 19:13 21:5 21:14 | | news(3) 7:2 38:22 41:17 | | 36:3 36:10 36:24 37:8 37:19 37:24 38:6 | | |
| ltd(1) 2:26 | | next(2) 35:23 37:18 | | 38:8 38:8 38:16 | | plaza(1) 1:35 |
| lump(1) 26:21 | | nichols(2) 1:23 32:17 | | | | please(6) 5:2 5:4 23:15 33:16 39:22 44:2 |
| mace(1) 1:39 | | ninth(1) 28:24 | | orders(2) 32:22 33:18 | | pleased(1) 45:10 |
| made(2) 5:9 23:8 | | nni's(1) 12:3 | | original(1) 8:24 | | pleasure(2) 10:13 10:16 |
| main(1) 28:7 | | nomura(2) 2:48 2:48 | | orleans(1) 4:9 | | plus(1) 12:15 |
| majority(1) 15:25 | | non-guaranteed(5) 27:24 28:18 28:20 29:2 | | other(12) 5:25 20:10 20:14 20:23 20:24 | | podium(3) 6:7 10:9 32:7 |
| make(9) 9:6 9:16 19:11 20:15 20:20 20:22 | | 29:13 | | 20:25 21:18 28:8 28:24 28:24 30:3 39:8 | | point(17) 8:20 20:15 20:17 20:20 20:21 |
| 34:7 34:15 44:15 44:15 | | | | | | 22:24 27:2 27:7 28:7 28:25 29:6 29:19 |
| | | non-priority(2) 15:13 16:1 | | others(1) 18:8 | | 30:3 30:7 31:13 39:9 43:19 |
| making(2) 23:16 32:12 | | nortel(10) 1:6 4:8 12:13 14:17 15:16 24:10 | | our(8) 11:19 12:8 30:4 30:13 33:9 40:4 | | |
| management(1) 3:17 | | 25:5 25:5 40:9 | | 43:3 44:18 | | portion(2) 16:6 31:16 |
| manner(1) 41:2 | | | | | | position(18) 14:6 18:14 18:18 18:23 19:12 |
| many(3) 8:7 8:7 17:6 | | north(3) 1:26 2:8 2:15 | | out(14) 6:3 17:5 18:20 27:15 27:17 28:25 | | 19:25 29:5 36:23 44:7 44:10 45:7 |
| march(1) 1:14 5:1 46:9 | | | | 29:11 29:20 30:7 32:11 38:16 39:3 41:7 | | |
| market(3) 1:11 1:26 2:28 | | | | 42:14 | | positions(1) 36:23 |
| marsal(2) 3:36 3:36 | | | | outlined(1) 11:19 | | possible(1) 9:16 |
| | | | | | | post(1) 25:11 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| post-petition(1) 16:7 | | received(7) 9:20 10:22 11:22 14:18 15:14 25:24 31:25 | | right(45) 10:8 13:4 13:21 13:21 14:4 14:7 14:9 14:13 14:23 15:10 16:4 16:13 16:18 17:4 17:14 18:5 19:5 19:8 21:9 22:4 22:16 22:17 22:21 23:2 24:20 25:23 25:23 26:10 27:25 30:1 30:20 31:3 31:9 31:13 31:17 34:7 35:12 36:18 38:2 38:6 38:17 39:7 39:11 39:19 42:15 43:18 | | signed(2) 34:22 35:20 |
| ppearances(2) 1:21 2:1 | | | | | | similar(1) 20:4 |
| praise(1) 37:16 | | recently(1) 9:9 | | | | since(2) 33:19 41:13 |
| pre(2) 19:1 19:14 | | recess(4) 39:12 39:20 39:21 45:25 | | | | single(1) 25:6 |
| pre-petition(6) 8:18 8:20 12:24 13:16 15:13 16:1 | | reclassified(2) 11:18 16:8 | | | | sir(5) 7:11 23:25 31:4 32:4 42:21 |
| | | recognize(1) 15:22 | | | | situations(1) 22:1 |
| | | reconciling(1) 7:2 | | | | six(1) 16:2 |
| | | record(9) 6:10 7:7 10:17 23:8 24:4 29:25 37:1 40:4 42:23 | | rights(4) 43:9 44:6 44:16 44:18 | | sixth(2) 27:16 28:23 |
| precedent(1) 18:23 | | | | rise(2) 5:2 39:22 | | small(1) 16:4 |
| precisely(1) 38:23 | | | | risk(1) 9:13 | | smaller(4) 17:7 18:19 19:16 19:17 |
| prefer(1) 33:17 | | recorded(1) 1:48 | | robert(1) 2:49 | | smith(1) 43:3 |
| prejudice(3) 37:3 43:15 45:5 | | recording(2) 1:48 46:5 | | robin(1) 3:6 | | smooth(1) 39:3 |
| prepared(1) 36:23 | | records(1) 9:8 | | rodney(2) 2:7 2:14 | | sole(3) 27:4 27:5 37:23 |
| presence(1) 10:25 | | recover(1) 27:5 | | rolling(1) 19:3 | | solely(1) 34:25 |
| present(6) 7:13 10:20 32:21 32:22 33:8 33:17 | | recovery(2) 27:4 36:14 | | rosenthal(2) 3:7 42:16 | | some(16) 5:18 5:25 6:1 9:23 13:6 13:20 19:10 20:20 20:23 21:3 27:7 29:9 40:3 43:3 43:5 |
| | | redacted(2) 40:21 41:3 | | rough(1) 26:22 | | |
| | | redaction(1) 40:18 | | rozenberg(2) 3:8 42:17 | | |
| presentation(5) 14:2 14:10 23:17 31:11 31:20 | | redactions(3) 43:8 43:10 44:11 | | ruff(10) 26:2 26:4 26:11 26:13 26:21 28:3 30:18 31:3 31:6 31:7 | | somebody(1) 20:21 |
| | | reexamine(1) 21:2 21:3 | | | | someone(1) 19:1 |
| | | referred(1) 15:15 | | | | something(8) 13:25 15:1 17:21 22:14 41:23 43:16 44:7 44:19 |
| presentations(1) 32:12 | | reflect(1) 37:20 | | ruff's(5) 26:14 26:19 29:21 30:4 31:10 | | |
| presenting(1) 10:5 10:6 | | reflected(1) 9:9 | | rule(1) 17:11 | | |
| presently(2) 26:8 30:8 | | refresh(1) 36:13 | | sacrificed(1) 20:18 | | song(1) 2:42 |
| press(3) 26:15 26:17 41:18 | | regarding(1) 13:7 | | said(2) 34:12 | | soon(1) 45:11 |
| previously(1) 8:23 | | regulator(1) 40:15 | | same(6) 8:11 11:14 18:1 19:18 28:25 | | sorry(1) 44:3 |
| prior(4) 12:3 28:14 29:6 44:5 | | related(1) 11:17 | | samis(1) 2:6 | | sound(2) 1:48 46:5 |
| priority(18) 12:5 12:23 13:8 13:9 13:17 15:3 15:8 16:6 16:6 16:24 16:25 17:8 18:2 18:8 18:10 18:12 18:25 26:13 | | relates(1) 40:12 | | satisfied(3) 32:25 37:21 38:8 | | source(1) 27:4 |
| | | release(2) 26:15 26:17 | | save(1) 33:23 | | speaking(1) 11:5 |
| | | relevant(1) 36:16 | | say(9) 13:25 14:3 17:16 18:18 36:24 39:15 43:8 44:17 45:2 | | special(1) 8:8 |
| | | relief(1) 11:14 20:11 | | | | specific(3) 30:14 36:14 42:18 |
| privilege(2) 40:13 41:2 | | relying(1) 29:10 | | | | specifically(4) 8:18 27:10 27:18 29:2 |
| privileged(1) 40:12 | | remain(1) 45:4 | | says(1) 12:1 | | specified(1) 30:10 |
| pro(2) 4:15 6:1 | | remainder(1) 12:24 | | scheduled(1) 9:1 | | sponsor(4) 27:6 27:21 27:23 29:13 |
| probably(2) 17:19 41:23 | | remaining(4) 14:25 16:8 35:6 38:11 | | schedules(2) 8:15 9:9 | | sponsors(1) 28:17 |
| problem(1) 34:6 | | renaissance(1) 2:21 | | schuylkill(1) 1:42 | | square(2) 2:7 2:14 |
| proceed(1) 44:4 | | rendering(2) 6:15 6:20 | | schweitzer(1) 3:9 | | stand(2) 39:20 45:25 |
| proceeding(1) 40:8 | | rene(1) 4:12 | | seated(2) 5:4 39:23 | | stargatt(2) 2:12 42:23 |
| proceedings(4) 1:17 1:48 41:1 46:6 | | repeat(1) 5:20 | | second(4) 21:21 35:25 36:20 41:21 | | starke(1) 2:45 |
| process(4) 7:19 9:2 10:1 37:10 | | report(2) 7:2 44:21 | | section(9) 12:5 13:17 15:7 17:1 19:15 25:10 26:13 27:11 27:11 | | stars(1) 32:10 |
| produced(1) 1:49 | | reporting(1) 24:25 | | | | start(2) 6:3 9:25 |
| professionals(2) 5:11 6:14 | | represented(1) 9:14 | | | | state(1) 29:24 |
| progress(1) 7:2 | | representing(1) 31:7 | | sections(1) 27:10 | | stated(2) 19:23 31:10 |
| promulgation(1) 21:6 | | request(2) 37:19 42:1 | | securities(2) 2:48 2:48 | | statement(1) 44:5 |
| proof(2) 8:23 8:25 | | requested(1) 20:2 | | see(10) 5:4 13:24 14:6 16:12 32:19 32:20 42:7 42:11 42:13 43:12 43:13 43:14 | | states(5) 1:1 1:19 22:1 36:13 44:22 |
| proofs(2) 9:3 9:4 | | reservation(1) 44:16 | | | | status(9) 30:6 38:10 40:7 40:23 41:4 41:7 42:1 42:5 44:20 |
| proposed(3) 23:6 34:25 36:9 | | reserve(1) 43:8 | | | | |
| proposition(1) 19:9 | | reserving(2) 44:6 44:18 | | seem(1) 19:16 | | |
| provide(2) 12:25 13:13 | | reside(1) 21:19 | | seems(2) 19:10 41:23 | | statutory(1) 25:15 |
| provided(1) 29:2 | | resolve(1) 42:3 | | seen(4) 41:16 41:22 41:24 42:7 | | stay(2) 22:23 40:25 |
| provision(1) 28:20 | | resolved(2) 22:2 37:7 | | segal(2) 2:34 2:34 | | ste(1) 2:28 |
| proxy(1) 26:22 | | resolving(1) 7:19 | | sense(4) 19:11 41:25 44:15 44:19 | | steelworkers(2) 27:12 29:10 |
| public(2) 13:2 30:6 | | respect(24) 8:1 8:15 11:17 11:21 12:8 14:14 15:3 15:4 18:24 24:14 24:18 25:25 32:23 33:6 33:13 35:9 35:16 36:19 37:3 39:8 40:13 40:16 41:10 44:11 | | sensitive(1) 9:13 | | steen(6) 1:31 3:4 6:10 10:18 24:4 40:5 |
| punishing(1) 17:12 | | | | sensitivity(1) 8:9 | | stein(1) 4:10 |
| pursuant(2) 25:12 25:14 | | | | separate(1) 36:9 | | steps(1) 25:21 |
| pursue(3) 30:23 31:13 31:17 | | | | served(1) 24:24 | | steven(1) 26:2 |
| put(1) 6:15 | | | | service(5) 1:41 1:49 12:15 16:3 24:24 | | still(2) 14:20 42:12 |
| | | responded(1) 23:9 | | services(1) 1:41 | | stipulation(2) 36:7 36:12 |
| qualified(3) 25:6 27:3 27:19 | | response(15) 10:22 11:21 18:16 23:9 29:21 30:4 30:13 31:5 31:8 35:11 35:18 36:21 37:4 38:5 39:10 | | set(3) 35:5 36:8 41:4 | | straightforward(2) 33:21 33:22 |
| question(1) 21:7 30:21 40:19 | | | | settled(1) 36:6 | | strauss(1) 3:22 |
| questions(2) 16:16 42:18 | | | | settlement(2) 36:8 36:16 | | street(6) 1:11 1:26 1:42 2:8 2:15 2:28 |
| quick(1) 28:1 | | | | seven(1) 15:25 | | substance(1) 7:16 |
| quite(1) 21:9 | | | | severance(29) 8:16 8:19 8:20 8:22 11:17 11:25 12:1 12:13 12:14 12:17 12:20 13:7 13:15 14:17 15:5 15:6 16:5 16:5 16:8 17:8 17:22 18:1 18:25 19:3 20:5 24:9 24:13 24:14 24:18 | | such(3) 13:9 23:16 27:4 |
| quo(1) 42:2 | | responses(4) 9:20 24:17 25:25 31:24 | | | | sued(1) 44:21 |
| quote(1) 16:9 | | rest(2) 16:24 45:19 | | | | sum(2) 26:21 30:10 |
| raise(1) 20:21 | | result(4) 17:12 19:21 44:18 45:9 | | | | summarize(1) 15:23 |
| raises(1) 30:5 | | retiree(1) 7:23 | | severed(1) 20:14 | | superseded(1) 29:8 |
| rather(3) 8:10 17:17 31:14 | | retirees(2) 2:19 2:35 | | shake(1) 42:14 | | supplemental(2) 37:19 37:24 |
| re-characterized(1) 15:20 | | retirement(3) 24:10 25:6 25:13 | | she(4) 12:2 14:18 15:16 16:3 | | supreme(1) 22:1 |
| re-file(1) 43:16 | | review(1) 41:25 | | shelley(1) 2:27 | | sure(12) 6:5 8:5 9:6 14:4 14:12 20:20 23:9 28:10 32:4 34:7 34:13 34:15 |
| reach(1) 40:18 | | reviewed(2) 9:3 38:7 | | short(2) 17:9 41:13 | | |
| reached(4) 33:7 35:4 37:25 41:7 | | reviewing(1) 9:13 | | short-term(1) 19:3 | | |
| read(1) 19:8 | | richards(1) 2:5 | | shortly(1) 11:24 | | surfaces(1) 43:9 |
| ready(1) 39:12 | | rid(1) 9:6 | | should(12) 12:4 12:12 12:23 13:15 15:20 18:1 18:18 22:2 35:8 36:24 40:25 45:2 45:4 | | sustain(3) 19:24 31:19 36:23 |
| real(1) 30:21 | | | | | | sympathetic(1) 18:22 |
| really(4) 15:3 16:21 32:11 39:14 | | | | | | system(1) 21:12 |
| reason(4) 19:20 36:5 41:13 43:4 | | | | | | take(9) 6:2 7:17 14:6 29:5 37:9 38:15 38:24 39:11 43:13 |
| reasoning(1) 28:25 | | | | sign(4) 34:20 35:13 36:24 38:6 | | |
| rebecca(1) 2:42 | | | | | | |
| recall(1) 40:16 | | | | | | |
| receive(4) 17:7 18:19 24:17 43:1 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**taken**(1) 31:16
**taking**(3) 18:17 25:20 26:16
**talk**(2) 23:21 24:5
**tamara**(3) 1:34 10:4 10:17
**task**(1) 9:10
**tax**(3) 25:6 27:3 27:19
**taylor**(3) 2:12 2:20 42:23
**technical**(1) 43:5
**telephone**(4) 11:1 22:24 31:4 35:10
**telephonic**(3) 2:32 3:1 4:1
**tell**(2) 21:1 22:13
**ten**(1) 39:15
**tenure**(1) 12:21
**term**(1) 19:18
**terminate**(1) 26:16
**terminated**(12) 12:2 12:22 13:8 16:3 17:3 17:6 17:24 19:1 19:2 19:7 25:10 27:19

**termination**(5) 11:17 12:2 12:14 12:22
**terms**(3) 7:19 22:13 36:8
**terremark**(1) 35:6
**than**(7) 6:17 8:10 17:8 18:7 19:19 30:21 39:15

**thank**(69) 5:3 5:23 6:21 7:4 7:9 8:5 9:12 10:2 10:10 10:10 10:11 10:16 13:23 13:24 14:12 16:18 16:19 18:15 22:17 22:20 22:21 22:22 23:2 23:4 23:13 23:13 23:14 23:15 23:18 23:19 23:23 23:24 27:9 29:11 30:1 30:2 30:20 31:21 32:1 32:4 32:5 32:8 32:9 32:13 32:14 33:24 34:11 34:2 34:21 34:23 35:14 35:23 36:25 38:3 38:9 39:18 39:19 39:23 39:25 42:20 43:21 43:22 43:23 45:13 45:14 45:16 45:20 45:22 45:23

**thanks**(2) 16:20 24:3
**that**(206) 5:14 5:15 5:20 6:5 6:6 6:15 6:16 6:19 6:22 7:1 7:3 8:1 8:5 8:8 8:11 8:12 8:14 8:19 8:21 8:25 9:2 9:6 9:17 9:17 9:18 9:20 9:25 10:3 11:18 11:20 12:1 12:2 12:9 12:13 12:16 12:17 12:21 13:7 13:13 13:16 13:19 14:5 14:5 14:24 15:1 15:5 15:4 15:14 15:15 15:16 15:17 15:22 16:5 16:9 16:15 16:23 17:3 17:5 17:16 17:17 17:20 17:21 17:21 17:23 17:24 17:24 17:25 17:25 18:16 18:17 18:20 19:9 19:13 19:14 19:16 19:16 19:21 20:4 20:7 20:8 20:11 20:12 20:17 20:22 21:2 22:8 22:12 22:14 23:8 23:9 23:9 23:13 23:20 24:12 24:16 25:14 26:3 26:15 26:16 26:17 26:17 27:1 27:2 27:5 27:18 27:18 28:3 28:18 28:18 28:22 28:25 29:1 29:3 29:5 29:8 29:9 29:9 29:12 29:14 29:24 30:2 30:7 30:12 30:15 30:18 30:18 30:22 30:23 31:11 31:12 31:17 31:23 31:23 32:22 33:6 33:13 33:19 34:1 34:20 35:4 35:20 36:2 36:2 36:5 36:6 36:12 36:15 37:1 37:3 37:17 37:20 37:22 37:23 37:25 38:8 38:10 38:17 38:22 39:1 39:5 39:11 40:4 40:8 40:14 40:16 40:19 40:25 41:9 41:12 41:13 41:14 41:14 41:15 41:17 41:23 41:24 42:1 42:6 42:6 42:8 42:9 42:10 42:10 42:20 43:2 43:6 43:7 43:8 43:10 43:13 43:14 43:14 44:4 44:6 44:8 44:10 44:13 44:16 44:21 45:1 45:4 45:11 45:16 46:4

**that's**(10) 5:23 6:3 12:10 21:21 22:5 28:14 30:1 30:17 32:1 45:11

**that's**(1) 20:9

**the**(301) 1:1 1:2 1:18 1:23 1:23 2:5 2:35 5:2 5:3 5:7 5:8 5:10 5:10 5:11 5:13 5:17 5:22 5:23 6:1 6:2 6:4 6:5 6:7 6:8 6:9 6:11 6:12 6:14 6:14 6:14 6:15 6:15 6:17 6:19 6:19 6:21 6:23 6:23 6:25 7:2 7:4 7:6 7:7 7:9 7:13 7:13 7:15 7:16 7:19 7:21 7:22 7:23 7:24 7:25 7:25 8:1 8:2 8:4 8:5 8:11 8:11 8:12 8:14 8:15 8:15 8:17 8:18 8:21 8:24 8:25 9:4 9:4 9:5 9:7 9:7 9:8 9:8 9:9 9:10 9:13 9:15 9:16 9:17 9:17 9:18 9:18 9:19 9:20 9:22 9:25 9:25 10:2 10:5 10:6 10:8 10:9 10:10 10:12 10:15 10:16 10:17 10:18 10:19 10:20 10:21 10:22 10:24 11:1 11:1 11:3 11:5 11:6 11:8 11:10 11:10 11:10 11:12 11:13 11:14 11:15 11:15 11:16 11:18 11:19 11:21 11:21 11:22 11:23 11:25 12:3 12:4 12:6 12:7 12:8 12:9 12:9 12:11 12:12 12:16 12:17 12:19 12:19 12:20 12:20 12:21 12:21 12:23 12:23 12:24 13:1 13:1 13:2 13:4 13:5 13:8 13:10 13:11 13:12 13:13 13:13 13:14 13:16 13:20 13:21 13:23 14:1 14:5 14:9 14:13 14:14 14:15 14:17 14:18 14:19 14:22 14:22 14:23 14:24 14:25 15:1 15:2 15:3 15:4 15:5 15:7 15:9 15:11 15:13 15:13 15:14 15:15 15:18 15:19 15:25 16:4 16:5 16:6 16:8 16:10 16:11 16:12 16:14 16:15 16:17 16:18 16:21 16:24 16:24 16:24 17:1 17:2 17:2 17:3 17:5 17:16 17:22 17:22 17:25 18:1 18:1 18:3 18:5 18:8 18:11 18:13 18:16 18:18 18:21 18:23 18:23 18:24 18:25 19:1 19:2 19:3 19:5 19:8 19:9 19:10 19:12 19:12 19:13 19:14 19:15 19:15 19:18 19:19 19:20 19:21 19:24 19:24 20:1 20:3 20:4 20:5 20:5 20:7 20:10 20:11 20:13 20:13 20:14 20:18 20:19 20:21 20:22 20:25 21:2 21:3 21:3 21:4 21:5 21:6 21:6 21:8 21:10 21:10 21:12 21:12 21:13 21:14 21:14 21:15 21:18 21:21 21:21 21:24 21:25 21:25 22:2 22:2 22:3 22:5 22:5 22:7 22:9

**the**(89) 40:24 40:25 41:1 41:2 41:2 41:3 41:3 41:3 41:4 41:5 41:6 41:7 41:7 41:9 41:9 41:11 41:12 41:13 41:13 41:14 41:14 41:15 41:15 41:16 41:18 41:18 41:20 41:24 42:2 42:2 42:4 42:8 42:8 42:9 42:10 42:10 42:15 42:17 42:19 42:22 42:24 42:25 43:4 43:6 43:7 43:13 43:15 43:16 43:18 43:21 43:23 44:1 44:2 44:4 44:6 44:9 44:10 44:11 44:12 44:14 44:19 44:20 44:24 44:24 44:25 45:2 45:5 45:6 45:7 45:8 45:9 45:11 45:14 45:17 45:17 45:18 45:19 45:23 45:24 45:24 45:24 46:1 46:4 46:5 46:5 46:6

**their**(15) 5:19 8:21 8:22 9:1 13:9 14:5 19:4 19:25 20:18 21:10 27:21 33:9 36:15 37:4 43:9

**them**(8) 8:11 14:8 20:1 21:1 22:11 32:11 34:2 37:16 45:3

**themselves**(1) 42:3
**then**(15) 8:22 9:2 9:3 14:9 14:10 14:25 18:11 20:19 21:18 30:3 38:7 40:19 41:4 42:4 45:9

**there**(20) 5:25 8:7 15:22 17:9 19:16 19:17 19:17 20:10 21:18 23:8 28:6 28:24 29:12 30:16 30:22 30:22 37:13 38:10 41:23 45:

**there's**(3) 29:6 43:20 44:19
**therefore**(3) 12:4 12:22 16:8
**these**(5) 9:4 11:18 19:2 21:4 34:7

**the**(301) 22:9 22:10 22:12 22:12 22:14 22:17 22:21 22:23 22:24 23:2 23:5 23:6 23:7 23:20 23:23 23:25 24:2 24:3 24:5 24:5 24:7 24:8 24:10 24:11 24:13 24:13 24:14 24:15 24:16 24:16 24:18 24:18 24:20 24:22 24:23 24:25 24:25 25:1 25:3 25:3 25:4 25:5 25:8 25:12 25:13 25:13 25:15 25:15 25:16 25:17 25:20 25:21 25:23 25:24 25:25 26:1 26:5 26:6 26:8 26:10 26:12 26:12 26:14 26:15 26:16 26:16 26:17 26:19 26:22 26:23 26:24 26:25 27:1 27:2 27:3 27:4 27:6 27:7 27:9 27:10 27:11 27:14 27:15 27:17 27:21 27:22 27:23 27:25 28:5 28:6 28:6 28:7 28:9 28:10 28:11 28:11 28:12 28:13 28:15 28:17 28:19 28:22 28:22 28:24 28:25 29:1 29:2 29:3 29:4 29:5 29:5 29:7 29:11 29:13 29:16 29:20 29:20 29:22 29:23 29:24 29:25 30:1 30:5 30:6 30:6 30:6 30:8 30:9 30:10 30:12 30:19 30:20 30:22 30:23 31:3 31:4 31:6 31:9 31:10 31:12 31:13 31:14 31:16 31:16 31:16 31:19 31:19 31:23 31:23 31:23 31:24 32:1 32:4 32:7 32:8 32:10 32:15 32:18 32:19 32:21 32:21 32:23 32:23 32:23 33:3 33:3 33:4 33:5 33:8 33:9 33:11 33:14 33:16 33:18 33:19 33:22 33:25 33:25 34:1 34:1 34:5 34:7 34:8 34:10 34:12 34:14 34:17 34:19 34:19 34:22 34:24 34:25 34:25 35:2 35:4 35:5 35:5 35:7 35:8 35:10 35:10 35:12 35:13 35:15 35:17 35:19 35:20 35:22 35:23 35:24 35:24 36:1 36:3 36:4 36:9 36:9 36:11 36:13 36:16 36:18 36:19 36:22 36:23 36:24 37:1 37:2 37:5 37:6 37:9 37:12 37:16 37:18 37:18 37:19 37:20 37:22 37:24 37:25 37:25 38:1 38:12 38:13 38:15 38:18 38:20 38:22 39:4 39:5 39:7 39:7 39:9 39:16 39:17 39:19 39:22 39:23 40:2 40:4 40:8 40:8 40:9 40:9 40:11 40:12 40:12 40:14 40:15 40:17 40:17 40:18 40:18 40:19 40:20 40:20 40:21 40:22

**they**(22) 5:15 8:23 8:25 17:13 18:11 20:3 20:5 20:22 21:4 21:25 22:8 22:12 22:13 27:22 41:8 41:10 43:7 43:8 43:13 43:14 43:16

**they're**(6) 19:2 19:7 20:4 33:20 37:17 43:8
**they've**(2) 20:1 44:21
**thick**(1) 36:3
**thing**(4) 8:14 18:2 38:19 44:22
**things**(11) 19:10 20:25 38:16 39:3 39:3 40:4 42:1 42:1 42:3 42:12 42:13

**think**(17) 5:11 9:11 16:25 17:2 17:10 26:21 29:13 33:19 38:18 39:12 39:14 42:11 43:24 44:15 45:4 45:6 45:8

**thinking**(2) 17:20 17:25
**third**(19) 12:19 13:2 13:5 13:12 13:13 13:14 18:23 19:13 19:20 21:3 21:6 21:10 21:14 22:10 22:14 28:5 28:6 28:12 41:21

**this**(56) 6:16 8:1 8:4 8:12 8:14 9:15 9:25 19:21 20:11 20:13 20:16 20:21 22:24 23:16 24:25 25:10 25:18 25:19 26:9 27:2 29:10 29:14 31:13 32:11 35:9 36:6 36:8 37:8 37:10 37:23 38:4 38:18 38:23 39:9 40:7 40:20 40:24 40:25 41:12 42:4 42:9 42:14 42:17 43:2 43:19 43:24 44:7 44:16 45:18

**thomas**(1) 3:29
**thorne**(1) 4:12
**those**(15) 7:17 8:13 9:3 9:24 15:9 18:18 18:25 19:19 21:24 22:1 29:20 30:7 30:9 37:13 43:10

**thought**(5) 6:2 7:17 8:3 35:16 38:23
**thoughtful**(1) 22:18
**three**(2) 18:10 36:15
**threw**(1) 29:19
**through**(4) 9:18 36:6 37:7 43:4
**throughout**(1) 9:12
**thursday**(1) 5:1
**tibita**(2) 3:41 3:42
**time**(21) 6:14 7:18 8:1 8:13 9:2 10:15 14:11 17:9 17:13 18:19 19:19 21:3 22:18 29:5 33:18 40:1 41:25 42:2 44:7 45:12 45:18

**title**(1) 25:9
**today**(6) 5:16 10:20 10:24 38:22 41:4
**togul**(1) 2:34
**told**(3) 30:18 41:9 41:22
**too**(1) 45:20
**took**(3) 6:19 8:13 41:14
**tossing**(1) 15:23
**toward**(1) 45:6
**tpr**(9) 40:21 41:1 41:9 41:9 41:14 41:16 43:6 44:6 44:10

**traci**(1) 46:10
**trade**(1) 8:11
**traffic**(1) 29:15
**transcriber**(1) 46:10
**transcript**(3) 1:17 1:49 46:5
**transcription**(2) 1:41 1:49
**treat**(1) 21:4
**treated**(1) 20:14
**treating**(3) 20:3 20:4 41:11
**treatment**(5) 13:13 16:25 18:1 18:24 41:15
**tried**(2) 9:15 9:16
**trips**(1) 33:23
**tro**(2) 40:16 40:20
**trustee**(1) 25:15
**trusteeship**(4) 25:12 25:15 25:18 25:21
**trying**(1) 17:19
**tunnell**(2) 1:23 32:17
**turned**(2) 5:19 40:21
**turning**(1) 40:15
**twenty**(3) 7:13 35:24 36:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|

**twenty-fifth**(9) 9:5 9:19 10:6 24:6 24:8 24:15 24:19 25:4 26:1

**twenty-first**(2) 32:23 34:24
**twenty-five**(1) 23:22
**twenty-forth**(1) 24:13
**twenty-four**(2) 10:21 12:6
**twenty-fourth**(7) 7:13 10:5 10:22 11:14 11:15 11:22 25:1

**twenty-second**(1) 32:24
**twenty-third**(6) 9:4 9:18 11:10 11:10 11:16 25:1

**two**(5) 9:19 14:24 18:11 25:24 35:6
**u.s**(2) 7:7 40:13
**uncertain**(1) 22:13
**uncontested**(1) 33:22
**under**(12) 8:24 9:16 12:5 12:17 14:17 19:24 25:5 25:10 26:13 26:24 27:22 28:11

**underlying**(1) 38:7
**understand**(10) 10:23 12:11 17:15 17:18 18:13 19:22 21:9 22:16 44:14 45:3

**understandabl**(1) 43:12
**understanding**(2) 20:7 31:12
**unfunded**(2) 27:6 31:16
**unisys**(1) 33:7
**united**(8) 1:1 1:19 22:1 27:12 27:12 29:10 36:13 44:22

**unless**(1) 14:2
**unsecured**(6) 3:22 12:9 15:21 16:10 18:6 20:6

**until**(6) 5:19 11:23 14:2 14:9 42:7 44:8
**upon**(3) 12:22 21:13 44:4
**variety**(1) 42:12
**various**(3) 21:13 22:3 36:16
**vast**(1) 15:25
**version**(1) 31:23
**very**(18) 6:23 8:6 9:11 9:11 16:14 16:19 19:23 20:17 23:11 31:10 32:4 34:21 35:14 36:25 38:9 39:4 43:21 45:24

**via**(1) 26:4
**visteon**(2) 29:15 29:16
**wage**(1) 14:22
**wait**(2) 14:2 14:9
**walked**(1) 38:21
**wang**(54) 4:15 10:23 10:24 11:1 11:2 11:7 11:22 11:24 12:1 13:14 13:25 14:1 14:4 14:7 14:10 14:12 14:16 14:25 15:2 15:14 15:24 16:17 16:21 16:23 17:16 17:20 18:4 18:6 18:15 18:22 19:22 20:3 20:13 20:15 20:25 21:7 21:9 21:17 21:19 21:20 21:23 22:4 22:8 22:11 22:16 22:17 22:20 22:21 22:22 22:23 23:1 23:3 28:4

**wang's**(6) 12:7 13:15 15:4 15:6 15:20 15:24 16:9 20:15 29:11 30:7 39:13 43:13

**want**(7) 15:23 16:9 20:15 29:11 30:7 39:13 43:13

**wanted**(6) 5:19 7:17 9:24 10:3 23:7 29:24
**was**(52) 8:9 8:15 8:19 8:21 8:22 11:22 12:1 12:2 12:13 12:16 12:21 14:16 14:20 14:21 14:24 14:25 15:7 15:12 15:16 15:24 16:3 16:5 16:7 16:10 16:14 17:2 17:3 17:23 17:23 23:8 23:9 24:23 25:10 26:13 26:16 26:17 26:23 28:4 28:19 29:6 30:16 30:18 30:22 31:23 34:2 40:3 41:14 42:20 43:1 43:2 45:5 46:1

**way**(12) 8:11 8:25 17:5 17:16 18:20 20:4 20:11 20:13 21:4 29:11 33:25 44:4

**we'd**(1) 30:19
**we'll**(3) 39:20 42:11 45:12

**we're**(9) 7:22 11:6 13:12 13:19 29:9 34:17 41:9 43:4 44:17

**we've**(8) 8:11 9:13 15:23 34:14 38:16 41:12 41:22 42:7

**week**(3) 6:16 12:16 42:9
**weeks**(2) 12:15 15:25
**welcome**(2) 22:23 23:18
**well**(19) 14:1 19:8 19:23 20:25 21:12 22:17 23:11 28:5 31:11 31:12 32:20 37:1 39:4 42:11 42:19 43:21 43:23 44:17 44:24

**were**(14) 9:7 9:9 9:18 13:6 13:8 30:7 30:22 40:14 40:17 40:19 41:3 41:10 41:1 43:10

**western**(2) 27:17 28:23
**what**(20) 6:2 8:19 8:21 12:10 17:18 18:8 21:6 21:9 21:25 22:14 26:21 26:22 26:23 27:22 28:4 29:23 30:8 41:16 42:7 44:24

**what's**(1) 44:8
**whatever**(3) 34:11 19:2 19:20
**when**(5) 17:16 19:6 38:15 38:21 39:12
**where**(7) 7:19 21:13 21:19 29:14 41:24 41:25 42:11

**whereupon**(1) 46:1
**whether**(1) 8:23
**which**(22) 9:9 14:21 22:2 24:6 24:25 25:11 26:12 27:15 28:14 29:7 29:11 31:13 33:3 33:9 34:19 34:24 36:9 37:25 40:3 41:2 41:13 44:5

**who**(10) 5:11 6:22 8:20 9:14 10:6 11:22 17:6 17:9 18:19 20:17 23:21 37:13

**who's**(1) 10:4
**whole**(1) 17:21
**why**(5) 16:12 33:19 39:11 39:15 42:19
**will**(26) 6:5 6:6 7:2 8:5 14:11 17:5 17:7 17:8 20:1 20:16 21:3 22:13 23:21 28:4 30:21 31:18 33:23 34:20 35:19 36:2 38:6 42:6 42:10 45:1 45:20 45:25

**william**(1) 2:20
**wilmington**(7) 1:12 1:28 2:9 2:16 2:23 2:29 5:1

**wish**(2) 35:16 38:4
**wishes**(3) 35:9 36:19 39:8
**with**(63) 6:3 6:6 7:23 8:1 8:9 8:10 8:11 8:13 8:15 8:25 9:11 9:24 10:3 10:24 11:17 11:21 12:7 12:8 13:14 14:5 14:8 14:14 14:22 14:25 15:3 15:4 16:15 16:24 17:17 18:24 19:9 23:20 24:9 24:14 24:17 25:25 29:24 30:25 31:23 32:23 33:6 33:7 33:13 33:25 34:14 34:25 35:9 35:16 36:13 36:19 37:2 37:2 38:10 39:8 40:4 40:8 40:13 40:16 40:24 41:10 41:14 42:8 44:10

**withdrawn**(1) 37:3
**withheld**(1) 41:3
**within**(2) 12:2 17:25
**without**(3) 37:3 43:15 45:5
**wonderful**(3) 5:17 10:2 11:3
**words**(1) 20:10
**work**(5) 18:10 18:19 18:20 20:18 37:12
**worked**(5) 6:23 17:6 17:9 17:13 18:9
**would**(22) 6:2 14:1 27:22 28:3 29:5 29:8 30:12 32:10 32:10 33:9 33:17 38:24 39:1 39:5 41:1 42:1 42:13 43:12 43:14 44:13 45:6 45:10

**wouldn't**(2) 5:16 44:22
**write**(1) 21:1
**writing**(3) 41:22 41:23 43:13
**wrong**(2) 16:9 22:14
**wunder**(1) 4:19
**www.diazdata.com**(1) 1:45

**xin**(1) 4:15
**yeah**(4) 16:23 17:20 18:4 34:4
**year**(2) 12:16 12:17
**years**(6) 8:13 15:25 16:3 17:6 18:9 18:11
**yes**(63) 5:8 5:13 7:15 7:21 8:17 9:22 10:19 11:2 11:7 11:12 12:11 13:11 13:23 14:15 14:19 15:11 16:11 16:15 16:23 17:15 17:16 18:3 19:8 20:7 20:12 20:13 20:13 22:7 22:9 23:5 23:11 24:11 24:22 25:8 25:17 26:25 27:9 27:14 28:9 28:13 29:16 29:22 33:5 33:14 33:14 34:5 34:10 34:18 35:2 36:1 36:4 37:18 38:2 38:12 38:20 40:11 40:22 41:5 41:20 42:25 44:2 44:3 44:12

**yesterday**(1) 41:6

**york**(3) 1:36 21:20 21:21
**you**(132) 5:3 5:4 5:23 6:21 7:4 7:9 7:10 7:11 8:5 9:12 10:2 10:10 10:10 10:11 10:13 10:15 10:16 11:1 11:3 13:1 13:23 13:23 13:24 13:24 14:1 14:5 14:6 14:7 14:11 14:11 14:12 16:12 16:16 16:16 16:19 17:4 17:5 17:10 17:10 17:11 17:11 17:17 17:20 17:22 17:24 18:15 18:23 18:24 18:25 20:1 20:16 20:20 20:21 21:1 21:8 21:19 22:17 22:20 22:21 22:22 22:23 23:2 23:4 23:13 23:13 23:14 23:15 23:18 23:19 23:23 23:24 24:2 25:19 27:9 28:5 29:11 29:17 30:1 30:2 30:20 30:21 30:25 31:3 31:10 31:21 32:1 32:4 32:4 32:5 32:8 32:9 32:12 32:14 32:19 32:20 33:11 33:23 33:24 34:11 34:12 34:21 39:12 39:13 39:18 39:19 39:23 39:24 39:25 42:17 42:20 42:21 43:21 43:22 43:23 45:8 45:10 45:13 45:14 45:16 45:18 45:20 45:22 45:23 45:25

**you're**(6) 14:3 17:19 23:18 37:9 39:12
**young**(4) 2:12 3:46 3:51 42:23
**your**(107) 5:6 5:9 5:10 5:25 6:2 6:6 6:9 6:12 6:13 6:18 7:6 7:8 7:12 7:22 9:12 9:25 10:4 10:11 12:19 13:25 14:16 16:16 16:21 16:23 17:15 17:18 18:13 18:17 18:21 19:23 19:25 20:12 21:1 22:18 22:18 22:24 23:4 23:8 23:16 24:1 24:8 24:21 25:10 25:14 25:18 25:24 26:3 26:6 26:11 27:1 27:7 27:18 28:1 28:22 29:9 30:3 30:17 30:25 31:11 31:19 31:20 31:21 31:22 32:13 32:16 32:20 32:21 33:2 33:6 33:15 33:24 34:6 34:7 34:18 34:21 34:23 34:23 35:3 35:14 35:23 36:2 36:5 36:25 37:22 38:3 38:9 38:10 38:18 38:21 38:24 39:14 39:18 39:25 40:7 40:15 42:22 43:20 43:22 43:25 44:3 44:13 44:23 45:2 45:13 45:16 45:19 45:22

**zloto**(1) 3:18