# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD MARCH 1, 2012 THROUGH MARCH 31, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 3/1/2012 | Weekly employee claims call with T. Britt of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 3/8/2012 | Weekly employee claims call with T. Britt of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 3/15/2012 | Weekly employee claims calls with T. Britt of Cleary and M. Cilia of RLKS. | 1.50 | 420 | 630.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 3/20/2012 | Call with L. Bagarella of Cleary regarding employee claims. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 3/21/2012 | Call with M. Cilia of RLKS to discuss employee claim matters. | 0.70 | 420 | 294.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 3/27/2012 | Call with J. Croft of Cleary to discuss employee claim items. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 3/27/2012 | Call with M. Cilia of RLKS to discuss employee claim items. | 1.00 | 420 | 420.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 3/5/2012 | Reconciled schedule information and provided comments to J. Croft of Cleary. | 2.30 | 420 | 966.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 3/5/2012 | Reviewed schedule information provided by A. Tsai of Epiq. | 1.80 | 420 | 756.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 3/6/2012 | Worked with T. Britt and J. Croft of Cleary on schedule information. | 1.40 | 420 | 588.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 3/12/2012 | Investigated certain schedule items for Cleary and RLKS. | 1.90 | 420 | 798.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 3/13/2012 | Investigated certain schedule items for Cleary and RLKS. | 2.00 | 420 | 840.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 3/14/2012 | Investigated certain schedule items for Cleary and RLKS. | 2.50 | 420 | 1,050.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 3/20/2012 | Investigated schedule items and their correlation to filed claims with J. Croft of Cleary. | 2.10 | 420 | 882.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 3/26/2012 | Investigated scheduled items per request of J. Croft of Cleary. | 1.30 | 420 | 546.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 3/2/2012 | Nortel-reporting correspondence and follow-up. | 0.40 | 725 | 290.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 3/15/2012 | Nortel-review Jan MOR draft. | 0.70 | 725 | 507.50 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 3/26/2012 | Nortel-MOR review, correspondence on questions. | 0.30 | 725 | 217.50 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 3/29/2012 | Nortel-monthly reporting, update file. | 0.30 | 725 | 217.50 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 3/30/2012 | Nortel-form 26 review. | 1.00 | 725 | 725.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Matthew J. Fisher | 3/29/2012 | Review MOR's .4; status meeting with team to discuss claims, avoidance actions, and other. | 1.00 | 565 | 565.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 3/5/2012 | Corresponded with M. Cook of Nortel regarding fee estimate information. | 0.40 | 420 | 168.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 3/19/2012 | Updated the monthly fee application exhibits and details. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 3/19/2012 | Updated the monthly fee application documents and sent to Huron managing director for review. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | James Lukenda | 3/20/2012 | Nortel-review and sign-off monthly fee statement | 0.40 | 725 | 290.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/6/2012 | Corresponded with J. Galvin of Cleary regarding preference information. | 0.50 | 420 | 210.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/7/2012 | Investigated preference information for B. Gibbon of Cleary. | 1.00 | 420 | 420.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 3/20/2012 | Nortel-note to Huron manager regarding update on workstreams. | 0.10 | 725 | 72.50 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 3/29/2012 | Nortel-review and update file on status of avoidance actions, review schedule from Huron manager. call preparation. | 0.40 | 725 | 290.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/1/2012 | Reconciled employee claims analysis and provided to M. Cilia of RLKS. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/1/2012 | Prepared employee claims analysis and provided to M. Cilia of RLKS. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/1/2012 | Provided J. Uziel of Cleary with the employee claim information for omnibus action. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/1/2012 | Worked with R. Perubhatia of RLKS on employee claims database. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/2/2012 | Prepared employee claims analysis for J. Wood of E&Y. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/5/2012 | Updated employee claims analysis and provided results to Cleary. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/7/2012 | Reconciled employee claim information and documented comments. | 2.10 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/7/2012 | Investigated employee claim information per request of J. Croft of Cleary. | 0.40 | 420 | 168.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD MARCH 1, 2012 THROUGH MARCH 31, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/7/2012 | Worked with R. Perubhatia of RLKS on the employee claims database. | 0.60 | 420 | 252.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/9/2012 | Investigated employee claim issues per request of J. Croft of Cleary. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/12/2012 | Updated employee claims analysis and provided to Cleary for review. | 2.10 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/13/2012 | Updated employee claims analysis and provided to Cleary for review. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/14/2012 | Updated employee claims analysis and provided to Cleary for review. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/15/2012 | Updated employee claims analyses and sent to T. Britt of Cleary. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/19/2012 | Updated employee claims analysis and provided to Cleary for review. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/20/2012 | Updated employee claims analysis and provided to L. Bagarella of Cleary. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/20/2012 | Reviewed employee claims methodology with L. Bagarella of Cleary and prepared analyses. | 2.40 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/21/2012 | Updated employee claims analysis and provided to Cleary for review. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/26/2012 | Updated employee claims analysis and provided to Cleary for review. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/27/2012 | Updated employee claims analysis and provided to M. Cilia of RLKS. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/28/2012 | Updated employee claims analysis and provided to A. Tsai of Epiq. | 2.20 | 420 | 924.00 |
| 25 | Case Administration | Coley P. Brown | 3/29/2012 | Nortel update meeting with Huron managing director to discuss case issues. | 0.50 | 420 | 210.00 |
| 25 | Case Administration | James Lukenda | 3/29/2012 | Nortel-conference call with Huron manager and Huron director regarding review status of workstreams, timetables, QR discussion. | 0.60 | 725 | 435.00 |