# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD MARCH 1, 2012 THROUGH MARCH 31, 2012**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|-------:|
|      |             |           |             | - |