## EXHIBIT A

**(i)    Counterparties to Limited Notice Avoidance Settlements Since Second Settlement Notice**

ADEX Corporation
Aricent Technologies (Holdings) Limited
Aviat U.S., Inc.
Baldwin& Creative LLC d/b/a Baldwin&
Bick Group, Inc.
Bridgewater Systems, Inc.
BWCS, Ltd.
CDW Direct LLC and CDW LLC
Certicom Corporation
Citrix Systems, Inc.
EION Inc.
Empresa de Telecommunicaciones de Bogota S.A.
Excellence In Motivation, Inc.
Gail & Rice, Inc.
Global Electric Electronic Processing (USA), Inc. and Global Electric Electronic Processing, Inc.
Global IP Solutions, Inc.
IBISKA Telecom Ltd.
Judge Technical Services, Inc.
Media5 Corporation
Mercury Americas USA, Corp.
Monster Worldwide, Inc.
NSG Technology Inc.
OneConnect Services Inc.
Oplink Communications, Inc.
Pomeroy IT Solutions, Inc.
PowerSteering Software, Inc.
Real Time Monitors, Inc.
Sigma Systems Canada Inc.
Sourcefire, Inc.
Spirent Communications Inc.
Springwell Capital Partners LLC
Staples Contract & Commercial, Inc.
STMicroelectronics, N.V.
Sumitomo Electric Device Innovations, U.S.A., Inc. f/k/a ExceLight Communications, Inc
TECOM Co., LTD.
Westcon Group (North America), Inc.
Zhone Technologies, Inc.
ZOHO Corporation f/k/a AdventNet Inc.

**(ii)    Cash Amount of Limited Notice Avoidance Settlements Since Second Settlement Notice**

$818,750.00