EXHIBIT A

**(i)    Proofs of Claim Settled Since Second Settlement Notice**[1]

| Claim Number | Claimant |
|---|---|
| 3303 | Contrarian Funds, LLC |
| 811 | Avenue TC Fund, L.P. |
| 6983 | Martingale Road LLC |
| 2801 | Nathanson and Company LLC[2] |
| 3908 | Bridgewater Systems, Inc. |
| 2999 | IBISKA Telecom Ltd. |
| 451 | Staples Contract & Commercial, Inc. |
| 990 | Graybar Electric Company, Inc. |
| 1911 | Graybar Electric Company, Inc. |
| 1912 | Graybar Electric Company, Inc. |
| 3165 | Graybar Electric Company, Inc. |
| 2352 | Longacre Opportunity Fund, L.P |
| 7148 | Longacre Opportunity Fund, L.P. |
| 1472.01 | Glow Networks, Inc. |
| 1472.02 | Glow Networks, Inc. |
| 1472.03 | Glow Networks, Inc. |

**(ii)    Allowed Amount of Limited Notice Claims' Settlements Since Second Settlement Notice**

$5,224,676.73

---

[1] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims' Settlements.
[2] Claim subject to 9019 motion because of preference component but included here as well.