**CERTIFICATE OF SERVICE**

        I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Third Notice of Settlement of Certain Prepetition Claims Against the Debtors** was caused to be made on April 13, 2012, in the manner indicated upon the entities identified on the attached service list.

Dated: April 13, 2012

                                                      */s/ Chad A. Fights*
                                                  Chad A. Fights (No. 5066)

5865704