IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------X
                                                            :
In re                                                       :    Chapter 11
                                                            :
Nortel Networks Inc., et al.,¹                              :    Case No. 09-10138 (KG)
                                                            :
              Debtors.                                      :    Jointly Administered
                                                            :
------------------------------------------------------------X
```

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 18, 2012 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline

## CONTINUED MATTERS

1. Debtors' Twenty-First Omnibus Objection (Substantive) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Reclassify Claims) (D.I. 7182, Filed 2/7/12).

    Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for Hain Capital Holdings, LLC to April 25, 2012 at 4:00 p.m. (ET). Extended for Terremark Worldwide to May 10, 2012 at 4:00 p.m. (ET).

    Remaining Responses Received:

    (a)    Informal Response of Hain Capital Holdings, LLC Regarding Claim No. 3470; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(b) Informal Response of Terremark Worldwide Regarding Claim No. 3909.

Related Pleading: None.

Status: The hearing on the Objection with respect to Claim No. 3470 held by Hain Capital Holdings, LLC has been adjourned to the hearing scheduled for May 9, 2012 at 10:00 a.m. (ET). The hearing on the Objection with respect to Claim No. 3909 filed by Terremark Worldwide has been adjourned to the hearing scheduled for May 24, 2012 at 10:00 a.m. (ET).

2. Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims That Have Been Satisfied as Paid (D.I. 7185, Filed 2/7/12).

    Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital and Terremark Worldwide to May 10, 2012 at 4:00 p.m. (ET).

    Remaining Responses Received:

    (a) Informal Response of ASM Capital Regarding Claim No. 7819; and

    (b) Informal Response of Terremark Worldwide Regarding Claim No. 3909.

    Related Pleading: None.

    Status: The hearing on the Motion with respect to Claim No. 3909 filed by Terremark Worldwide, Claim No. 5326 filed by Barnes & Thornburg LLP, and Claim No. 7819 held by ASM Capital has been adjourned to the hearing scheduled for May 24, 2012 at 10:00 a.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

*Nortel Networks Inc. v. Beeline.com, Inc., Adv. Pro. No. 10-55165*
*Nortel Networks Inc. v. Ian Martin Limited and Ian Martin Technology Staffing, Inc., Adv. Pro. No. 10-55929*

3. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Nortel Networks (CALA) Inc. and Ian Martin Limited and Ian Martin Inc. (f/k/a Ian Martin Technology Staffing, Inc.) (Main Case D.I. 7401, Beeline.com Adv. Case D.I. 107, Ian Martin Adv. Case D.I. 59, Filed 3/19/12).

    Objection Deadline: April 2, 2012 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    (a)    Certificate of No Objection (Main Case D.I. 7489, Beeline.com Adv. Case D.I. 111, Ian Martin Adv. Case D.I. 61, Filed 4/5/12); and

    (b)    Proposed Form of Order.

Status:  There have been no objections and a CNO has been filed.

*Nortel Networks Inc. v. Beeline.com, Inc., Adv. Pro. No. 10-55165*

4. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims and Proofs of Claim by and Between Nortel Networks Inc., Nortel Altsystems Inc. and Nortel Networks (CALA) Inc. and Beeline.com, Inc. (Main Case D.I. 7458, Adv. Case D.I. 109, Filed 3/27/12).

    Objection Deadline:  April 10, 2012 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleadings:

    (a)    Certificate of No Objection (Main Case D.I. 7522, Adv. Case D.I. 112, Filed 4/12/12); and

    (b)    Proposed Form of Order.

    Status:  There have been no objections and a CNO has been filed.

5. Debtors' Motion for Entry of an Order Expanding and Clarifying the Order Authorizing the Debtors to Fund Certain Subsidiary and Affiliate Wind-Down Costs (D.I. 7460, Filed 3/28/12).

    Objection Deadline:  April 11, 2012 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleadings:

    (a)    Certificate of No Objection (D.I. 7530, Filed 4/13/12); and

    (b)    Proposed Form of Order.

    Status:  There have been no objections and a CNO has been filed.

**CONTESTED MATTERS GOING FORWARD**

6. Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce

And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

Objection Deadline: October 25, 2010 at 4:00 p.m. (ET). Extended for GE Fanuc to April 13, 2012 at 4:00 p.m. (ET).

Remaining Responses Received:

(a) Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10).

Related Pleadings:

(a) Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b) First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

Status: The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation will go forward as a status conference. The Debtors have reached an agreement with GE Fanuc regarding Claim No. 7077, and will hand up a proposed supplemental order at the hearing.

7. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company and Monarch Master Funding LTD to April 4, 2012 at 4:00 p.m. (ET). Extended for the Debtors with respect to the Response filed by Jaco Electronics, Inc. to April 25, 2012 at 4:00 p.m. (ET). Extended for Xeta Technologies, Inc., Terremark Worldwide, and ASM Capital regarding Claim No. 7819 to May 10, 2012 at 4:00 p.m. (ET). Extended for the Debtors with respect to the Response filed by Barnes & Thornburg LLP to May 21, 2012 at 4:00 p.m. (ET). Extended for the Debtors with respect to the Response filed by Kelly Services to August 13, 2012 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)  Response to Debtors' Objection to Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims). Filed by Telefonica International, S.A.U. (D.I. 7244, Filed 2/22/12);

(b)  Response to Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims. Filed by Kelly Services (D.I. 7245, Filed 2/21/12);

(c)  Barnes & Thornburg's Response to Debtors' Objection to Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7252, Filed 2/23/12);

(d)  Informal Response of ASM Capital Regarding Claim No. 7819;

(e)  Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076;

(f)  Informal Response of Terremark Worldwide Regarding Claim No. 3909; and

(g)  Informal Response of Xeta Technologies, Inc. Regarding Claim No. 7222.

Related Pleading:

(a)  Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Filed 3/8/12); and

(b)  First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Filed 3/22/12).

Status: The hearing on the Objections with respect to response (g) above will go forward and a proposed form of supplemental order will be handed up at the hearing. The hearing on the Objections has been adjourned with respect to responses (a) and (e) above to the

omnibus hearing scheduled in these cases for May 9, 2012 at 10:00 a.m. (ET). The hearing on the Objections has been adjourned with respect to responses (c), (d), and (f) above to the omnibus hearing scheduled in these cases for May 24, 2012 at 10:00 a.m. (ET).  The hearing on the Objections has been adjourned with respect to response (b) above to the omnibus hearing scheduled in these cases for August 22, 2012 at 10:00 a.m. (ET).

8.  Motion of the Official Committee of Long-Term Disability Participants for an Order Lifting or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel (D.I. 7394, Filed 3/16/12).

    Objection Deadline:  March 28, 2012 at 4:00 p.m. (ET). Extended for the Debtors and the Official Committee of Unsecured Creditors to April 4, 2012 at 4:00 p.m. (ET).

    Responses Received:

    (a) Debtors' Objection to the Motion of the Official Committee of Long-Term Disability Participants for an Order Lifting or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel (D.I. 7464, Filed 3/28/12);

    (b) Response of the Official Committee of Unsecured Creditors to Motion of the Official Committee of Long-Term Disability Participants for an Order Lifting or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel (D.I. 7485, Filed 4/3/12); and

    (c) The Official Committee of Long Term Disability Participants' Omnibus Reply to the Debtors' Objection to the Motion of the Official Committee of Long-Term Disability Participants for an Order Lifting or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel (D.I. 7528, Filed 4/13/12).

    Related Pleading:

    (a) Re-Notice of Motion of the Official Committee of Long-Term Disability Participants for an Order Lifting or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel (D.I. 7434, Filed 3/22/12).

    Status: The hearing on this matter will go forward.

9.  Motion for Entry of an Order (I) Appointing a Neutral Mediator Concerning the Modification or Termination of the Nortel Retiree Welfare Plans and the Nortel Long-Term Disability Plans; (II) Authorizing the Debtors to Pay the Costs of Engagement, and (III) Granting Related Relief (D.I. 7463, Filed 3/28/12).

    Objection Deadline:  April 11, 2012 at 4:00 p.m. (ET).

Responses Received:

(a) Objection to Debtors Motion to Appointing a Mediator Filed by Vincent E. Rhynes (D.I. 7497, Filed 4/5/12);

(b) Response of the Official Committee of Retired Employees to the Debtors' Motion for Appointment of a Neutral Mediator Concerning the Modification or Termination of the Nortel Retiree Welfare Plans and the Nortel Long-Term Disability Plan (D.I. 7513, Filed 4/11/12); and

(c) The Official Committee of Long Term Disability Participants' Response to Debtors' Motion for Entry of an Order (I) Appointing a Neutral Mediator Concerning the Modification or Termination of the Nortel Retiree Welfare Plans and the Nortel Long Term Disability Plans; (II) Authorizing Debtors to Pay the Costs of Engagement; and (III) Granting Related Relief (D.I. 7515, Filed 4/11/12).

Related Pleadings: None.

Status: The hearing on this matter will go forward.

**PRETRIAL CONFERENCE**

10. Pretrial Conference in the Adversary Proceeding (See Exhibit A, hereto).

Status: The pretrial conference has been adjourned to the pretrial conference scheduled for June 6, 2012 at 1:00 p.m. (ET).

| | |
|---|---|
| Dated: April 16, 2012<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>    */s/ Chad A. Fights*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Chad A. Fights (No. 5006)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347 |

Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*