## Exhibit A

| | |
|---|---|
| SNMP Research International, Inc. et al v. Nortel Networks Inc. et al | 11-53454 (KG) |