**CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on April 18, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on April 16, 2012, in the manner indicated upon the parties identified below and on the attached service list.

Dated: April 16, 2012

                                                                                                               */s/ Chad A. Fights*
                                                                                                               Chad A. Fights (No. 5006)

**Via Fax**

Harold Moorefield
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON
150 West Flagler Street
Miami, Florida 33130
Fax: 305-789-3395
(Counsel for TELEFONICA INTERNACIONAL)

David M. Powlen
E. Rebecca Workman
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Fax: 302-888-0246

Deborah L. Thorne
Kevin C. Driscoll, Jr.
BARNES & THORNBURG
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2809
Fax: 312-759-5646

Daniel J. Merrett
Jones Day
1420 Peachtree St., N.E.; Suite 800
Atlanta, GA 30309-3053
Fax: 404-581-8330
(Counsel for Beeline.com, Inc.)

Pepper Hamilton LLP
David Fournier
Michael Custer
1313 N. Market St.
Wilmington, DE 19801
Fax: 302-421-8390
(Counsel for Ian Martin)

Karen M. Grivner
Thorp Reed & Armstrong, LLP
824 Market Street, Suite 710
Wilmington, DE 19801
Fax : 302-421-9439
(Counsel for SNMP)

**Via Overnight Mail**

Terremark Worldwide
Diane Katsulis
222 W. Las Colinas Blvd
Irving, TX 75039

ASM Capital
ATTN: ADAM MOSKOWITZ
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

3790723.15

Kelly Services
Rhonda Holaway
999 W Big Beaver
Troy, Michigan 48084

Coface North America Insurance Co.
Attn: Managing Partner
50 Millstone Rd.., BLDG. 100, STE 360
East Windsor, NJ 08520

Monarch Master Funding LTD
Attn: Managing Partner
535 Madison Ave.
New York, NY 10022

Xeta Technologies, Inc.
Attn: Managing Partner
814 W. Tacoma St.
Broken Arrow, OK 74012

GE Fanuc Intelligent Platforms
Nathan Smith
2500 Austin Dr.
Charlottesville, VA 2911

Vincent E. Rhynes
513 W. 159th St.
Gardena, CA 90248