IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :  Case No. 09-10138 (KG)
:
           Debtors. :  Jointly Administered
:
:
---------------------------------------------------------X

**DEBTORS' MOTION FOR LEAVE TO FILE A REPLY ON OR BEFORE APRIL 17, 2012 IN FURTHER SUPPORT OF THEIR MOTION FOR ENTRY OF AN ORDER (I) APPOINTING A NEUTRAL MEDIATOR CONCERNING THE MODIFICATION OR TERMINATION OF THE NORTEL RETIREE WELFARE PLANS AND THE NORTEL LONG-TERM DISABILITY PLANS; (II) AUTHORIZING THE DEBTORS TO PAY THE COSTS OF ENGAGEMENT; AND (III) GRANTING RELATED RELIEF**

      Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), hereby move this Court (the "Motion"), for the entry of an order substantially in the form attached hereto as Exhibit A, granting the Debtors leave to file a reply on or before April 17, 2012 (the "Reply"), in response to the *Response of the Official Committee of Retired Employees to the Debtors' Motion for Appointment of a Neutral Mediator Concerning the Modification or Termination of the Nortel Retiree Welfare Plans and the Nortel Long-Term Disability Plan* [D.I. 7513] and *The Official Committee of Long Term Disability Participants' Response to Debtors' Motion for Entry of an Order (I) Appointing a Neutral Mediator Concerning the Modification or Termination of the Nortel Retiree Welfare Plans and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*the Nortel Long Term Disability Plans; (II) Authorizing Debtors to Pay the Costs of Engagement; and (III) Granting Related Relief* [D.I. 7515] (collectively, the "Responses")² to the *Debtors' Motion for Entry of an Order (I) Appointing a Neutral Mediator Concerning the Modification or Termination of the Nortel Retiree Welfare Plans and the Nortel Long-Term Disability Plans; (II) Authorizing the Debtors to Pay the Costs of Engagement; and (III) Granting Related Relief* (the "Mediation Motion").³  In support of this Motion, the Debtors respectfully represent as follows:

1. On March 28, 2012, the Debtors filed the Mediation Motion [D.I. 7463].

2. A hearing on the relief sought in the Mediation Motion is scheduled to commence on April 18, 2012 at 10:00 a.m. (the "Hearing").  The objection deadline for objections to the Mediation Motion was April 11, 2012 at 4:00 p.m.

3. On April 11, 2012, the Committees filed the Responses.

4. The Debtors have been involved in ongoing discussions with the Committees, the UCC and the Bondholder Group (together with the Debtors, the "Parties") in an attempt to consensually agree upon a mediator and resolve disagreements over the language of the proposed order.  Those discussions continued into this evening and resulted in a lack of consensus on the issues described in the Reply.

5. Rule 9006-1(d) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") states that "[r]eply papers may be filed, and if filed,

---

² See Response of the Official Committee of Retired Employees to the Debtors' Motion for Appointment of a Neutral Mediator Concerning the Modification or Termination of the Nortel Retiree Welfare Plans and the Nortel Long-Term Disability Plan [D.I. 7513]; The Official Committee of Long Term Disability Participants' Response to Debtors' Motion for Entry of an Order (I) Appointing a Neutral Mediator Concerning the Modification or Termination of the Nortel Retiree Welfare Plans and the Nortel Long Term Disability Plans; (II) Authorizing Debtors to Pay the Costs of Engagement; and (III) Granting Related Relief [D.I. 7515].

³ Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Mediation Motion.

shall be served so as to be received by 4:00 p.m. Eastern Time the day prior to the deadline for filing the agenda." Local Rule 9029-3(a) requires that agendas be filed by 12:00 p.m. (ET) two business days prior to the hearing. The hearing on the Mediation Motion and the Responses are scheduled for April 18, 2012 at 10:00 a.m. Under the Local Rules, the deadline to file the agenda for the hearing was April 16, 2012 at 12:00 p.m., and the deadline to file the Reply was April 13, 2012 at 4:00 p.m. The Parties were still in ongoing discussions as of that time, and have continued to work to consensually resolve the issues set forth in the Responses through this evening.

6. Since the Responses cannot be resolved consensually, the Debtors hereby seek leave of the Court to file the Reply attached hereto as Exhibit B, to respond to the legal and factual arguments raised by the Committees and to describe their suggested changes to the proposed order to approve the Mediation Motion.[4] Under these circumstances, the Debtors believe that ample cause exists to grant the Debtors leave to file a reply today, two days prior to the Hearing.

## Notice

7. Notice of the Motion has been given via overnight mail to (i) the U.S. Trustee; (ii) counsel to the Retiree Committee; (iii) counsel to the LTD Committee; (iv) counsel to the Bondholder Group; and (v) counsel to the UCC. The Debtors submit that under the circumstances no other or further notice is necessary.

---

[4] The Debtors may further modify the proposed order attached as Exhibit A to the Reply during the time prior to the hearing on the Reclamation Procedures Motion, scheduled for April 18, 2012 at 10:00 a.m.

**No Prior Request**

8.      No prior request for the relief sought herein has been made to this or any other court.

WHEREFORE, the Debtors respectfully request that this Court (i) grant Debtors leave to file the Reply to the Responses; (ii) enter the proposed order attached as Exhibit A hereto; and (iii) grant the Debtors such other and further relief as may be just and proper.

| | |
|---|---|
| Dated: April 16, 2012<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |