**EXHIBIT A**
**Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------X
                                                 :
                                                 :   Chapter 11
                                                 :
In re                                            :
                                                 :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                   :
                                                 :   Jointly Administered
                Debtors.                         :
                                                 :   Re: D.I. 7463, 7513, 7515
                                                 :
-------------------------------------------------X
```

### ORDER AUTHORIZING DEBTORS TO FILE A REPLY TO
### DOCKET ITEMS 7513 AND 7515 ON OR BEFORE APRIL 17, 2012

Upon the motion (the "Motion") of Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order, as more fully described in the Motion, providing leave to file a reply on or before April 17, 2012 (the "Reply") to the responses of the Retiree Committee and LTD Committee (collectively, the "Responses")² to, the *Debtors' Motion for Entry of an Order (I) Appointing a Neutral Mediator Concerning the Modification or Termination of the Nortel Retiree Welfare Plans and the Nortel Long-Term Disability Plans; (II) Authorizing the Debtors to Pay the Costs*

---

1  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2  See Response of the Official Committee of Retired Employees to the Debtors' Motion for Appointment of a Neutral Mediator Concerning the Modification or Termination of the Nortel Retiree Welfare Plans and the Nortel Long-Term Disability Plan [D.I. 7513]; The Official Committee of Long Term Disability Participants' Response to Debtors' Motion for Entry of an Order (I) Appointing a Neutral Mediator Concerning the Modification or Termination of the Nortel Retiree Welfare Plans and the Nortel Long Term Disability Plans; (II) Authorizing Debtors to Pay the Costs of Engagement; and (III) Granting Related Relief [D.I. 7515].

*of Engagement; and (III) Granting Related Relief* (the "<u>Mediation Motion</u>")[3] and in further support of the Mediation Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are hereby granted leave to file a reply to the Responses on or before April 17, 2012.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2012          _____
      Wilmington, Delaware             THE HONORABLE KEVIN GROSS
                                          CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Mediation Motion.