Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2012

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/06/12 | EH | Review agenda for 3/08/12 hearing (.1); email to R. Lemisch regarding status of debtors' 22nd omnibus claims objection with respect to Deutsche Bank and ProCom (.1) | 0.20 |
| 03/20/12 | EH | Review agenda for 3/22/12 hearing | 0.10 |
| 03/21/12 | EH | Review amended agenda for 3/22/12 hearing | 0.10 |
| 03/22/12 | EH | Discuss status of 3/22/12 hearing with J. Hoover and confirm entry of professional fee application orders | 0.10 |
| 03/29/12 | EH | Review agenda for 4/02/12 hearing | 0.10 |
| 03/30/12 | EH | Review amended agenda for 4/02/12 hearing | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.70 | $168.00 |
| | | | 0.70 | $168.00 |
| | | TOTAL: | 0.70 | $168.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2012

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/02/12 | LMS | Email to M. Cook BFCA estimated accruals for February 2012 | 0.10 |
| 03/08/12 | RHL | Edit time for fee application | 0.20 |
| 03/09/12 | LMS | Review docket regarding objections to BFCA monthly fee application for January 2012 | 0.10 |
| 03/09/12 | LMS | Prepare CNO regarding BFCA monthly fee application for January 2012 | 0.20 |
| 03/09/12 | LMS | File CNO regarding BFCA monthly fee application for January 2012 | 0.10 |
| 03/09/12 | EH | Review ECF notices and download CNO to BFCA January 2012 monthly fee application | 0.10 |
| 03/20/12 | LMS | Preparation of BFCA monthly fee application for February 2012 | 0.40 |
| 03/21/12 | LMS | Preparation of BFCA monthly fee application for February 2012 | 0.40 |
| 03/23/12 | RHL | Review 17th monthly fee application | 0.20 |
| 03/23/12 | LMS | Prepare February monthly fee application for filing | 0.20 |
| 03/23/12 | LMS | File BFCA monthly fee application for February 2012 | 0.10 |
| 03/23/12 | LMS | Docket objection deadline regarding BFCA monthly fee application for February 2012 | 0.10 |
| 03/23/12 | LMS | Download order regarding Sixth Quarterly Fee Application | 0.10 |
| 03/23/12 | LMS | Docket hearing date and objection deadline regarding next quarterly fee application | 0.10 |
| 03/26/12 | EH | Review ECF notices and download BFCA February 2012 fee application | 0.10 |
| 03/26/12 | EH | Review email from J. Hoover regarding next interim fee period and 6/21/12 fee application hearing | 0.10 |
| 03/27/12 | EH | Review ECF notices and download twelfth omnibus order approving professionals' fee applications | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.40 | $250.00 |
| | | | 0.40 | $250.00 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMS) | $200.00 | 1.90 | $380.00 |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.40 | $96.00 |
| | | | 2.30 | $476.00 |
| | | TOTAL: | 2.70 | $726.00 |

General Claims Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2012

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/09/12 | EH | Review ECF notices and download order approving debtors' twenty-second omnibus objection to claims | 0.10 |
| 03/28/12 | EH | Review emails from R. Lemisch and J. Croft regarding SAP claims and discuss with J. Hoover (.1); follow-up email to R. Lemisch regarding same (.1) | 0.20 |

General Claims Matters

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.30 | $72.00 |
| | | | 0.30 | $72.00 |
| | | TOTAL: | 0.30 | $72.00 |

Plan & Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2012

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/06/12 | RHL | Review e-mail regarding claims objection (22nd) - status and respond | 0.20 |
| 03/13/12 | JRH | Email with R. Boris regarding claims objections | 0.10 |
| 03/27/12 | RHL | Review e-mail from J. Croft regarding SAP claims status and respond | 0.10 |
| 03/28/12 | RHL | Review e-mail from E. Hein regarding SAP claims - status | 0.10 |

Plan & Disclosure Statement

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.10 | $39.50 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.40 | $250.00 |
| | | | 0.50 | $289.50 |
| | TOTAL: | | 0.50 | $289.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2012

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/01/12 | JRH | Review and respond to Nortel emails regarding status reports, etc. | 0.20 |
| 03/01/12 | JES | Review email and attachments from C. Fights regarding status report (.2); email J. Hoover regarding McCann Erikson and Sourcefire (.1); review email from J. Hoover regarding status report (.1); email C. Fights regarding status report (.1) | 0.50 |
| 03/02/12 | JES | Review email and comments to agenda provided by C. Fisher (.2); review response from C. Fights regarding agenda (.1) | 0.30 |
| 03/05/12 | EH | Review 3/05/12 adversary status reports | 0.10 |
| 03/06/12 | JES | Review email from C. Fights regarding status report (.1); review email from J. Galvin regarding status report (.1); email J. Hoover regarding McCann status report (.1) | 0.30 |
| 03/07/12 | JES | Review and respond to email from J. Galvin regarding Sourcefire (.2); review dismissal (.1); coordinate with E. Hein regarding filing of dismissal (.1); review status report and provide comment for Sourcefire (.2) | 0.60 |
| 03/07/12 | EH | Review email from J. Smith regarding dismissal of Sourcefire adversary | 0.10 |
| 03/07/12 | EH | File stipulation of dismissal of Sourcefire adversary | 0.20 |
| 03/07/12 | EH | Email to J. Galvin regarding filing of stipulation of dismissal of Sourcefire adversary | 0.10 |
| 03/09/12 | EH | Review 3/08/12 adversary status report | 0.10 |
| 03/09/12 | EH | Review clerk's notice of closing Sourcefire adversary (.1); close out pleading file (.1) | 0.20 |
| 03/19/12 | EH | Review 3/19/12 adversary status report | 0.10 |
| 03/26/12 | EH | Review 3/26/12 adversary status report | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.20 | $79.00 |
| | | | 0.20 | $79.00 |
| ASSOCIATE | | | | |
| JENNIFER E. SMITH | (JES) | $265.00 | 1.70 | $450.50 |
| | | | 1.70 | $450.50 |
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 1.00 | $240.00 |
| | | | 1.00 | $240.00 |
| | | TOTAL: | 2.90 | $769.50 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 03/23/12 | LMS | Document Reproduction 58 copies | 5.80 |
| 03/23/12 | LMS | Document Reproduction 116 copies | 11.60 |
| | | TOTAL: | $17.40 |