## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

### **CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on April 17, 2012, a true and correct copy of the foregoing document was served via overnight delivery or United States Mail, postage prepaid, upon all parties on the attached list.

Dated: April 17, 2012

                                      **BENESCH, FRIEDLANDER, COPLAN**
                                        **& ARONOFF LLP**

                By:    */s/ Raymond H. Lemisch*
                        Raymond H. Lemisch, Esquire (No. 4204)
                        Jennifer R. Hoover, Esquire (No. 5111)
                        222 Delaware Avenue, Suite 801
                        Wilmington, DE  19801
                        Telephone:  (302) 442-7006
                        Facsimile:  (302) 442-7012
                        rlemisch@beneschlaw.com
                        jhoover@beneschlaw.com

                        *Special Litigation Counsel to the Debtors*

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
*Via Overnight Delivery*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*Via Overnight Delivery*

Nortel Networks, Inc.
Attn:  Accounts Payable
P.O. Box 13010
RTP, NC  27709
*Via United States Mail*

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
*Via Overnight Delivery*

Derek C. Abbott
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
18th Floor
PO Box 1347
Wilmington, DE  19899-1347
*Via Overnight Delivery*