## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
----------------------------------------------------------------x
                                                   :
In re                                              :     Chapter 11
                                                   :
NORTEL NETWORKS, INC., ET AL.,                     :     Case No. 09-10138 (KG)
                                                   :
                              Debtors.             :     (Jointly Administered)
----------------------------------------------------------------x
```

### AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On April 16, 2012, I caused to be served the following document via First-Class Mail on those parties identified on **Exhibit A**:

- Notice of Fifth Monthly Application of Togut, Segal & Segal LLP, as Counsel to The Official Committee of Retired Employees, For Allowance of Interim Compensation and For Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period January 1, 2012 Through January 31, 2012 **[Docket No. 7532]**

Dated: April 16, 2012

*Karen M. Wagner*
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California        )
                           ) ss
County of Los Angeles      )

Subscribed and sworn to (or affirmed) before me on this 16th day of April 2012, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

Exhibit A

Exhibit A

First-Class Mail Service List

| Company | Name | Addr1 | Addr2 | Addr3 | City | State | Zip | Party/Function |
|---------|------|-------|-------|-------|------|-------|-----|----------------|
| Akin Gump | Fred S. Hodara Esq | One Bryant Park | | | New York | NY | 10036-0000 | Counsel for Official Committee of Unsecured Creditors |
| Cleary Gottlieb Steen & Hamilton | James L Bromley | One Liberty Plaza | | | New York | NY | 10006-0000 | Counsel for the Debtors |
| Elliott Greenleaf | Rafael X. Zahralddin-Aravena | 1105 N. Market St Ste 1700 | | | Wilmington | DE | 19801-0000 | Counsel for LTD Committee |
| Morris Nichols Arsht & Tunnell LLF | Ann C Cordo | 1201 N Market St | PO Box 1347 | | Wilmington | DE | 19899-1347 | Counsel for the Debtors |
| Nortel Networks Inc | Attn Accounts Payable | PO Box 13010 | | | Research Triangle Park | NC | 27709-0000 | Debtors |
| Nortel Networks Inc | Allen K Stout | 220 Athens Way Ste 300 | | | Nashville | TN | 37228-1304 | Debtors |
| Office of the U.S. Trustee | Thomas P. Tinker. Esq | 844 King St | Ste 2207 Lockbox 35 | | Wilmington | DE | 19801-3519 | Office of the U.S. Trustee |
| Richards Layton & Finger | Mark D. Collins Esq | Christopher M Samis Esq | One Rodney Square | 920 N King St | Wilmington | DE | 19801-0000 | Counsel for Official Committee of Unsecured Creditors |