**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Foreign Applicants in Foreign Proceedings. | Jointly Administered |

**NOTICE OF FILING OF STAY EXTENSION ORDER AND ENDORSEMENT OF THE ONTARIO COURT IN THE CANADIAN PROCEEDINGS**

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE NOTICE** that on April 17, 2012, Ernst & Young Inc., the court-appointed monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"), by its undersigned counsel, filed, in the above-captioned cases, a copy of the Order of the Ontario Court (the "**Stay Extension Order**"), extending the stay period to July 31, 2012 and the Endorsement of the Ontario Court relating to the Stay Extension Order (the "**Stay Extension Order Endorsement**"), both dated April 13, 2012. Copies of the Stay Extension Order and the Stay Extension Order Endorsement are annexed hereto as Exhibit A and Exhibit B, respectively.

**PLEASE TAKE FURTHER NOTICE** that copies of the Stay Extension Order and the Stay Extension Order Endorsement are also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: Wilmington, Delaware
April 17, 2012

ALLEN & OVERY LLP

Ken Coleman
Lisa Kraidin
1221 Avenue of the Americas
New York, New York 10020
Telephone (212) 610-6300
Facsimile (212) 610-6399
ken.coleman@allenovery.com
lisa.kraidin@allenovery.com

-and-

BUCHANAN INGERSOLL & ROONEY

By: /s/ Mary F. Caloway
Mary F. Caloway (No. 3059)
Peter J. Duhig (No. 4124)
1105 N. Market Street
Suite 1900
Wilmington, Delaware 19801
Telephone (302) 552-4200
Facsimile (302) 552-4295
mary.caloway@bipc.com

Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group

**EXHIBIT A**

Court File No: 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

| | | |
|---|---|---|
| **THE HONOURABLE MR. JUSTICE MORAWETZ** | ) ) ) ) | **FRIDAY, THE 13TH DAY OF APRIL, 2012** |

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**ORDER**

**(STAY EXTENSION/ EMPLOYEE HARDSHIP APPLICATION PROCESS)**

**THIS MOTION**, made by Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "**Applicants**") for the relief set out in the Applicants' Notice of Motion dated April 5, 2012 was heard this day at 330 University Avenue, Toronto, Ontario.

**ON READING** the affidavit of Anna Ventresca sworn April 4, 2012 (the "**Ventresca Affidavit**"), the Eighty-Fourth Report of Ernst & Young Inc. (the "**Eighty-Fourth Report**") in its capacity as monitor of the Applicants (in such capacity, the "**Monitor**") and on hearing

submissions of counsel for the Applicants, the Monitor and those other parties present, no one appearing for any other person on the service list, although served as appears from the Affidavit of Service of Larissa Archer, sworn April 5, 2012, filed.

**SERVICE**

1. **THIS COURT ORDERS** that the time for the service of the Notice of Motion, the Eighty-Fourth Report, and the Motion Record is hereby abridged and validated so that this Motion is properly returnable today and hereby dispenses with further service thereof.

2. **THIS COURT ORDERS** that capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Ventresca Affidavit.

**EXTENSION OF STAY**

3. **THIS COURT ORDERS** that the Stay Period is hereby extended to and including July 31, 2012 (the **"Extension Date"**).

**EMPLOYEE HARDSHIP APPLICATION PROCESS**

4. **THIS COURT ORDERS AND DECLARES** that the application period for receipt of employee hardship applications pursuant to the Employee Hardship Application Process be and is hereby extended to the Extension Date.

5. **THIS COURT ORDERS** that the "Eligibility Requirements and Procedure with Respect to Hardship Payment Applications" in the form attached as Appendix "D" to the Eighty-Fourth Report be and are hereby approved.

**MISCELLANEOUS**

6. **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the United States, the United Kingdom or elsewhere, to give effect to this Order and to assist the Applicants, the Monitor and their respective agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Applicants and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Monitor in any foreign proceeding, or to assist the Applicants and the Monitor and their respective agents in carrying out the terms of this Order.

7. **THIS COURT ORDERS** that each of the Applicants and the Monitor be at liberty and are hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order.

ENTERED AT / INSCRIT A TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO.:

APR 13 2012

**IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

Court File No: 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
Proceeding commenced at Toronto

**ORDER**
**(STAY EXTENSION/ EMPLOYEE HARDSHIP APPLICATION PROCESS)**

**GOWLING LAFLEUR HENDERSON LLP**
Barristers & Solicitors
1 First Canadian Place,
100 King Street West, Suite 1600
Toronto ON M5X 1G5

**Derrick Tay** (LSUC #: 21152A)
Tel: (416) 369-7330
Fax: (416) 862-7661

**Jennifer Stam** (LSUC #: 46735J)
Tel: (416) 862-5697
Fax: (416) 862-7661

**NORTON ROSE LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
P.O. Box 84
Toronto ON M5J 2Z4

**Mario Forte** (LSUC #: 27293F)
Tel: (416) 216-4870
Fax: (416) 216-3930

Lawyers for the Applicants

**EXHIBIT B**

NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

(Counsel - see list) April 13, 2012

The motion was not opposed. The Record establishes that the Applicants continue to work in good faith and with due diligence such that, in my view, the request to extend the Stay Date to July 31, 2012 is justified. Hardship relief also appropriate. Motion granted. Order signed in the form presented.

[signature]

SUPERIOR COURT OF JUSTICE / COUR SUPERIEURE DE JUSTICE
FILED / DÉPOSÉ
APR - 5 2012
AT / À
LOCAL REGISTRAR - GREFFIER LOCAL
TORONTO

*ONTARIO*
SUPERIOR COURT OF JUSTICE
Proceeding commenced at Toronto

**MOTION RECORD**
**(Returnable April 13, 2012)**

**(STAY EXTENSION/ EMPLOYEE HARDSHIP APPLICATION PROCESS)**

**GOWLING LAFLEUR HENDERSON LLP**
Barristers & Solicitors
1 First Canadian Place,
100 King Street West, Suite 1600
Toronto ON M5X 1G5

**Derrick Tay** (LSUC #: 21152A)
Tel: (416) 369-7330
Fax: (416) 862-7661

**Jennifer Stam** (LSUC #: 46735J)
Tel: (416) 862-5697
Fax: (416) 862-7661

**NORTON ROSE LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
P.O. Box 84
Toronto ON M5J 2Z4

**Mario Forte** (LSUC #: 27293F)
Tel: (416) 216-4870
Fax: (416) 216-3930

Lawyers for the Applicants