## Exhibit A

## EXPENSE SUMMARY

Nortel Networks, Inc. *et al.*
(Case No. 09-10138)

**Dianna Irish**
**Expense Summary**
**February 1, 2012 through February 29, 2012**

| EXPENSE CATAGORY | SERVICE PROVIDER (if applicable) | TOTAL EXPENSES |
|---|---|---|
| Airfare, Baggage | Air Tran | $656.59 |
| Hotel | Marriott | $739.10 |
| Ground Travel (Taxis) | Miscellaneous | $216.50 |
| Meals | Miscellaneous | $204.68 |
| Other | Miscellaneous | $105.00 |

| Meals | Hotel | Airfare | Ground | Other* | | |
|---|---|---|---|---|---|---|
| | $ 319.00 | $ 656.59 | $ 28.00 | | | |
| $ 84.14 | $ 28.31 | | $ 28.00 | | | |
| $ 51.96 | $ 18.74 | | $ 40.00 | | | |
| $ 36.73 | $ 319.00 | | $ 54.50 | | | |
| | $ 28.31 | | $ 66.00 | | | |
| $ 3.79 | $ 18.74 | | | | | |
| $ 3.37 | | | | | | |
| $ 24.69 | $ 3.50 | | | | | |
| | $ 3.50 | | | | | |
| | | | | | | |
| $ 204.68 | $ 739.10 | $ 656.59 | $ 216.50 | $ 105.00 | **TOTAL** | **$1,921.87** |

\* See detail on attached.  Extra expenses due to handicap.

AirTran Airways Reservations

# ✈ *air*Tran.com

# receipt & itinerary

Thank you for choosing AirTran Airways
We will send you an email message containing your itinerary. To ensure you receive the message, you may wish to add
confirmations@airtran.com to your address book.

## confirmation number: U7PQKF

**Booking date:** Fri, Feb 10, 2012    **Status:** Confirmed
Should our flight schedule change, we will notify you by email as early as possible.

## Flight Details

Departing. **Sunday, February 26, 2012**

| | | | |
|---|---|---|---|
| **Atlanta, GA (ATL)** 1:15 PM | to **New York, NY - LaGuardia (LGA)** 3:16 PM | Flight 366 | Business Class |

Returning. **Tuesday, February 28, 2012**

| | | | |
|---|---|---|---|
| **New York, NY - LaGuardia (LGA)** 3:59 PM | to **Atlanta, GA (ATL)** 6:34 PM | Flight 367 | Coach |

## Passengers and Seat Assignments

| Passenger | A+ Number | | ATL-LGA | LGA-ATL |
|---|---|---|---|---|
| Dianna L Irish | 5650060690 | | 2C | 10C |
| *DOB: added* | | | | |
| *SSR: Wheelchair Service at Airport* | | | | |

## Contact Information

Dianna Irish
235 Atrium Court
Warner Robins, GA 31088
United States of America

dlirish01@aol.com
478-293-1612 (Tel)
210-912-3818 (Alt)

## Pricing

*Total for 1 passenger* (full detail)

| | |
|---|---|
| Fare/Passenger: | $621.60 |
| x 1 passenger | |
| Travel protection: | $14.99 |
| **Total price:** | **$636.59** |

*(handwritten)* $20.00 1 checked bag

## Payments

*Payment via Credit Card*

| | |
|---|---|
| Form of payment | MasterCard |
| Payment status | Confirmed |
| Payment amount | $636.59 |

## Terms and Conditions   *(handwritten)* $656.59

### Fare Restrictions

Business Class

**Marriott**
HOTELS & RESORTS

GUEST FOLIO

```
3310  IRISH/DIANNA/MS        319.00 02/28/12 11:37  9438
Room   Name                  Rate   Depart    Time   ACCT#
NSCK                                02/26/12 11:05
Type                                Arrive    Time
137   235 ATRIUM CT          PASSPORT:
                             VSXXXXXXXXXXXXX6531
      WARNER ROBIN GA 310885600                MRW#: XXXXX8536
Guest Address
```

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 02/26 | RMSERV | 34163310 | 84.14 | — *LUNCH + DINNER + SNACK IN CASE OF LOW BLOOD SUGAR* |
| 02/26 | ROOM | 3310, 1 | 319.00 | |
| 02/26 | ROOMTX | 3310, 1 | 28.31 | |
| 02/26 | CITYTAX | 3310, 1 | 18.74 | |
| 02/26 | OCC JAV | OCC TAX | 3.50 | |
| 02/27 | RMSERV | 34373310 | 51.96 | — *BREAKFAST* |
| 02/27 | ROOM | 3310, 1 | 319.00 | *mmmmm* |
| 02/27 | ROOMTX | 3310, 1 | 28.31 | |
| 02/27 | CITYTAX | 3310, 1 | 18.74 | |
| 02/27 | OCC JAV | OCC TAX | 3.50 | |
| 02/28 | RMSERV | 34993310 | 30.73 | ~ *BREAKFAST* |
| 02/28 | RMSERV | 35003310 | TIP 16.00 | — |
| 02/28 | CCARD-VS | | 911.93 | |
| | SETTLED TO: | VISA CARD | XXXXXXXXXXXXX6531 | |
| | | | | .00 |

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
DLIRISHO1@AOL.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earings
will be credited to your account. Check your
Rewards Account Statement for update activity.

RCPT FOR LUNCH DINNER
& SNACK AT HOTEL
SHOWN ON HTL BILL

RCPT FOR BREAKFAST
AT HOTEL - SHOWN IN
HOTEL BILL

BREAKFAST SHOWN
ON HOTEL BILL
2 ENTRIES 1/8 39.28
+ 1 6.10
delivery

## Receipt 1

Receipt from Driver # _____    Providing transportation through Affiliation with

**CARMEL CAR SERVICE**
*Limousine & Airport Transportation*
2642 Broadway, New York, NY 10025
Outside of N.Y.C. – 1-800-9-CARMEL

Date 2/27/12

Mr./Mrs.

From MARRIOTT
To CLEARY

For Service

| | |
|---|---|
| FARE | 23.00 |
| STOPS | |
| WAITING TIME | |
| TOLLS & PARKING | |
| TIP | 5.00 |
| **TOTAL** | 28.00 |

Tel: (212) 666-6666
*THANK YOU FOR USING CARMEL*

## Receipt 2

Receipt from Driver # _____    Providing transportation through Affiliation with

**CARMEL CAR SERVICE**
*Limousine & Airport Transportation*
2642 Broadway, New York, NY 10025
Outside of N.Y.C. – 1-800-9-CARMEL

Date 2/27/12

Mr./Mrs.

From CLEARY
To MARRIOTT

For Service

| | |
|---|---|
| FARE | 23.00 |
| STOPS | |
| WAITING TIME | |
| TOLLS & PARKING | |
| TIP | 5.00 |
| **TOTAL** | 28.00 |

Tel: (212) 666-6666
*THANK YOU FOR USING CARMEL*

## Receipt 3

Receipt from Driver # _____    Providing transportation through Affiliation with

**CARMEL CAR SERVICE**
*Limousine & Airport Transportation*
2642 Broadway, New York, NY 10025
Outside of N.Y.C. – 1-800-9-CARMEL

Date 2/27/12

Mr./Mrs.

From MARRIOTT
To LAG

For Service

| | |
|---|---|
| FARE | 33.00 |
| STOPS | |
| WAITING TIME | |
| TOLLS & PARKING | |
| TIP | 7.00 |
| **TOTAL** | 40.00 |

Tel: (212) 666-6666
*THANK YOU FOR USING CARMEL*

## Receipt 4

Receipt from Driver # _____    Providing transportation through Affiliation with

**CARMEL CAR SERVICE**
*Limousine & Airport Transportation*
2642 Broadway, New York, NY 10025
Outside of N.Y.C. – 1-800-9-CARMEL

Date 2/27/12

Mr./Mrs.

From LAG
To MARRIOTT NYU

For Service

| | |
|---|---|
| FARE | 40.00 |
| STOPS | |
| WAITING TIME | |
| TOLLS & PARKING | 6.50 |
| TIP | 8.00 |
| **TOTAL** | 54.50 |

Tel: (212) 666-6666
*THANK YOU FOR USING CARMEL*

Order

ANGELINA'S
PANINI BAR
LAGUARDIA AIRPORT
FLUSHING, NY 537-104-4050

54 Molinda

Gues: 1528
02/28/2012 01:41 PM                    Due: Te: 1

                    TO GO  INCASE OF LAW
1  CHS FOOD     ORANGE      1.40  (NEW)
1  BOTTOM       COKE        1.23  SWAR
   CASH                     20.03

   SUBTOTAL                  3.48
   TAX                       0.31
   PAYMENT                   3.79
Change Due                $16.21

        Check Closed
   02/28/2012 01:42:03 PM

   We enjoy hearing from you

      www.paninifoods.com

   *  Number :    11528

---

Roundtrip Transportation Voucher

GROOME TRANSPORTATION
4540 SHERATON DR
MACON, GA 31210

TERMINAL ID:                    00480551H9
MERCHANT #:                       4444B4FL

TYPE
Mxxxxxxxxxxxxxx6531
DEBIT
BATCH: 000454        INVOICE: 0564124169
DATE: FEB 28-12           TIME: 01:32
SEQ: 003                 AUTH NO: 064524

R/T  TOATRIP ATL
TOTAL                        $66.00

SIGNATURE NOT REQUIRED
        CUSTOMER COPY

Groome Transportation of Georgia, Inc.
4540 Sheraton Drive  •  Macon, GA 31210
1(800) 537-7903  •  (478) 471-1616

Written By _____

Name _____

From _____        To _____

Charge To _____

Authorized By _____

Driver _____    Vehicle No. _____    Cost _____

CUSTOMER RECEIPT - NOT GOOD FOR TRAVEL

CHARLEYS
STEAKERY
CONCOURSE C

18.9 Barclaue

019-2175          Feb20 12 11:41AM GST:9

DINE IN   (Jack In)

Subtotal      3.15
Tax           0.22
Payment       3.37
Change Due

Thank you for visiting us.
Please come again.
For customer comments,
Please call 1937 742 4626

LENGTH OF TRIP
WINC DINNER

8658       CGT 1
FEB 20 12  7:23PM

DINNER        4.00
NACHOS       15.60
10-10151      19.60
Tax           1.59
TOTAL DUE: $20.69
CASE COMPLETE FOR ROOM CHARGES

GRATUITY        4.00

TOTAL         24.69

ROOM NUMBER _____

PRINT LAST NAME _____

SIGNATURE _____

DINNER  2/27/12

**Additional Expenses 2/26 – 2/28/ 2012 for Dianna Irish due to Handicap:**

**The following do not give receipts:**

| | |
|---|---|
| Tip for Groome Driver from Macon, GA to Atlanta Hartsfield Airport and assistance with my luggage and walker | $10.00 |
| Tip for Wheelchair Assistance from Curbside Check-in to Gate at Atlanta | $10.00 |
| Tip at LaGuardia for Wheelchair Assistance from Plane to Baggage, then pushing me and pulling my luggage to far side of street for car pickup | $10.00 |
| Tip for Doorman helping with luggage, doors and elevator to registration desk level at the hotel | $ 5.00 |
| Tip for Bellman for assistance to room, getting ice for me, setting luggage on Luggage rack, helping to hang clothes in closet and getting me free water, etc. | $15.00 |
| Tip for Doorman at hotel helping me in and out of elevator from main floor to street level and to car to take me to meeting at Cleary | $ 5.00 |
| Tip for Doorman at hotel helping from car, in and out of elevator to main floor of hotel after meeting with Cleary | $ 5.00 |
| Tip for help with luggage from room to lobby at the hotel | $10.00 |
| Tip for Doorman for help with luggage and elevator to street level and to car Taking me to LaGuardia | $ 5.00 |
| Tip at LaGuardia for Wheelchair Assistance from Curbside to Gate | $10.00 |
| Tip for Wheelchair Assistance from Plane to Baggage and then to Groome pickup point outside and across two streets from the terminal while pulling my luggage | $10.00 |
| Tip for Groome Driver from Atlanta Hartsfield Airport to Macon, GA and assistance with my luggage and walker to my car | $   10.00 |
| | TOTAL    $ 105.00 |

## TRIP GRAND TOTALS  $1, 921.87

Pg 7