IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------X
                                                 :
                                                 :      Chapter 11
                                                 :
In re                                            :
                                                 :      Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                   :
                                                 :      Jointly Administered
                    Debtors.          ˙          :
                                                 :
                                                 :      Re: D.I. 7463, 7513, 7515, 7537
                                                 :
-------------------------------------------------X
```

ORDER AUTHORIZING DEBTORS TO FILE A REPLY TO
DOCKET ITEMS 7513 AND 7515 ON OR BEFORE APRIL 17, 2012

Upon the motion (the "Motion") of Nortel Networks Inc. and certain of its affiliates, as

debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an

order, as more fully described in the Motion, providing leave to file a reply on or before April

17, 2012 (the "Reply") to the responses of the Retiree Committee and LTD Committee

(collectively, the "Responses")² to, the *Debtors' Motion for Entry of an Order (I) Appointing a*

*Neutral Mediator Concerning the Modification or Termination of the Nortel Retiree Welfare*

*Plans and the Nortel Long-Term Disability Plans; (II) Authorizing the Debtors to Pay the Costs*

---

¹     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc.
(9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation
(0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks
Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826),
Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable
Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their
petitions are available at http://dm.epiq11.com/nortel.

²     See Response of the Official Committee of Retired Employees to the Debtors' Motion for Appointment of
a Neutral Mediator Concerning the Modification or Termination of the Nortel Retiree Welfare Plans and the Nortel
Long-Term Disability Plan [D.I. 7513]; The Official Committee of Long Term Disability Participants' Response to
Debtors' Motion for Entry of an Order (I) Appointing a Neutral Mediator Concerning the Modification or
Termination of the Nortel Retiree Welfare Plans and the Nortel Long Term Disability Plans; (II) Authorizing
Debtors to Pay the Costs of Engagement; and (III) Granting Related Relief [D.I. 7515].

*of Engagement; and (III) Granting Related Relief* (the "Mediation Motion")[3] and in further

support of the Mediation Motion; and it appearing that no other or further notice is necessary;

and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant

to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the

legal and factual bases set forth in the Motion establish just cause for the relief requested in the

Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and

the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The Debtors are hereby granted leave to file a reply to the Responses on or before

April 17, 2012.

3.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: April 17, 2012
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[3]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Mediation
Motion.