## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.* | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| Debtors | ) | Re: D.I. 7541 |
| | ) | |
| Nortel Networks Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 10-55165 |
| | ) | |
| v. | ) | Re: D.I. 115 |
| | ) | |
| Beeline.com, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| Nortel Networks Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 10-55929 |
| | ) | |
| v. | ) | Re: D.I. 64 |
| | ) | |
| Ian Martin Limited and Ian Martin Technology Staffing, Inc., | ) | |
| | ) | |
| Defendant. | | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 17, 2012, a copy of **Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Nortel Networks (CALA) Inc. and Ian Martin Limited and Ian Martin Inc. (f/k/a Ian Martin Technology Staffing, Inc.)** served in the manner indicated on the persons identified on the attached on the attached service lists.

Dated:  April 17, 2012
        Wilmington, Delaware

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            /s/ Chad A. Fights
                    Derek C. Abbott (No. 3376)
                    Eric D. Schwartz (No. 3134)
                    Ann C. Cordo (No. 4817)
                    Chad A. Fights (No. 5006)
                    1201 North Market Street
                    Wilmington, Delaware 19801
                    Telephone:  (302) 658-9200
                    Facsimile: (302) 658-3989

                    and

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
                    James L. Bromley (admitted pro hac vice)
                    Lisa M. Schweitzer (admitted pro hac vice)
                    Neil P. Forrest (admitted *pro hac vice*)
                    One Liberty Plaza
                    New York, New York 10006
                    Telephone:  (212) 225-2000
                    Facsimile:  (212) 225-3999

                    Counsel for Nortel Networks Inc.

**Via Hand Delivery**

Michael Custer
Pepper Hamilton LLP
1313 Market St.
Suite 5100
Wilmington, DE 19899

**Via First Class Mail**

Donald Hutchinson
Miller Canfield Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226

Jose Javier Bartolomei
Miller Canfield Paddock and Stone, P.L.C.
101 N Main St.
Ann Arbor, MI 48104

Ian Martin Limited
465 Morden Road
2nd Floor
Oakville, Ontario L6K 3W6
Canada

Ian Martin Technology Staffing, Inc.
465 Morden Road
2nd Floor
Oakville, Ontario L6K 3W6
Canada