IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

In re                                                  : Chapter 11
                                                       :
Nortel Networks Inc., *et al.*,[1]                     : Case No. 09-10138 (KG)
                                                       :
                    Debtors.                           : Jointly Administered
                                                       :
------------------------------------------------------------X  Re: D.I. 7543

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 17, 2012, a copy of the **Order Expanding the Order Authorizing the Debtors to Fund Certain Subsidiary and Affiliate Wind-Down Costs** was served in the manner indicated upon the individual identified on the attached service list.

Dated: April 17, 2012
Wilmington, Delaware

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                      James L. Bromley (admitted pro hac vice)
                                      Lisa M. Schweitzer (admitted pro hac vice)
                                      One Liberty Plaza
                                      New York, NY 10006
                                      Telephone: (212) 225-2000
                                      Facsimile: (212) 225-3999

                                      and

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Chad A. Fights*
                                      Derek C. Abbott (No. 3376)
                                      Ann C. Cordo (No. 4817)
                                      Chad A. Fights (No. 5006)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4498739.15