IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Bankr. Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------X   Re: D.I. 7542

| | |
|---|---|
| Nortel Networks Inc. | |
| and | |
| Nortel Networks (CALA) Inc., | Adv. Proc. No. 10-55165 (KG) |
| Plaintiff, | Re: D.I. 116 |
| v. | |
| Beeline.com, Inc., | |
| Defendant. | |

------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 17, 2012, a copy of the **Order Approving the Stipulation of Settlement of Avoidance Claims and Proof of Claim by and Between Nortel Networks Inc., Nortel Altsystems Inc. and Nortel Networks (CALA) Inc. and Beeline.com, Inc.** was served in the manner indicated on the persons identified on the attached service lists.

Dated: April 17, 2012
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Chad A. Fights*
Donna L. Culver (No. 2983)
Chad A. Fights (No. 5006)
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

and

---

[1] In addition to Nortel Networks Inc. and Nortel Networks (CALA) Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

4466013.2

Counsel for the Debtors and Debtors in Possession

**Via First Class Mail**

Beeline.com, Inc.
Jenny Lee
1 Independent Dr.
Suite 2500
Jacksonville, FL 32202

United States Debt Recovery V, LP
940 Southwood Blvd. Suite 101
Incline Village, NV 89451