**CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on April 18, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on April 17, 2012, in the manner indicated upon the entities identified below.

Date: April 17, 2012  
Wilmington, DE

*/s/ Chad A. Fights*  
Chad A. Fights (No. 5006)

**Via Fax**

Ken Coleman Esq  
Lisa J.P. Kraidin. Esq.  
Allen & Overy LLP  
1221 Avenue of the Americas  
20th Floor  
New York, NY 10020  
Fax: 212-610-6399

Thomas P. Tinker. Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207 Lockbox 35  
Wilmington, DE 19801-3519  
Fax: 302-573-6497

Laura Davis Jones  
Timothy P. Cairns  
Pachulski Stang  
919 N. Market Street  
17th Floor  
Wilmington, DE 19899-8705  
Fax: 302-652-4400

Mary F. Caloway Esq.  
Mona A. Parikh  
Buchanan Ingersoll & Rooney  
1105 N. Market Street  
Suite 1900  
Wilmington, DE 19801-1228  
Fax: 302-552-4295

Mark D. Collins Esq.  
Christopher M. Samis Esq.  
Richards Layton & Finger  
One Rodney Square  
920 N King Street  
Wilmington, DE 19801  
Fax: 302-651-7701

Fred S. Hodara Esq.  
Ryan C. Jacobs Esq.  
David H. Botter Esq.  
Akin Gump  
One Bryant Park  
New York, NY 10036  
Fax: 212-872-1002

Thomas R. Kreller  
MILBANK, TWEED, HADLEY & MCLOY LLP  
601 South Figueroa St., Suite 3000  
Los Angeles, CA 90017  
Fax: 213-892-4763

Daniel J. Merrett  
Jones Day  
1420 Peachtree St., N.E.; Suite 800  
Atlanta, GA 30309-3053  
Fax: 404-581-8330  
(Counsel for Beeline.com, Inc.)

Pepper Hamilton LLP
David Fournier
Michael Custer
1313 N. Market St.
Wilmington, DE 19801
Fax: 302-421-8390
(Counsel for Ian Martin)

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street; Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Edwin Harron
Young Conaway Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801
Fax: 302-571-1253

Derek J.T. Adler
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Fax: 212-422-4726

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
Fax: 212- 967-4258

MCCARTER & ENGLISH, LLP
William F. Taylor, Jr.
405 N. King Street, 8th Floor
Wilmington, DE 19801
Fax: 302-984-6399

Elliott Greenleaf
Rafael X. Zahralddin-Aravena
Shelley Kinsella
1105 N Market St.
Wilmington, DE 19801
Fax: 302-384-9399

**Via Overnight Mail**

Vincent E. Rhynes
513 W. 159th St.
Gardena, CA 90248

4145343.14