IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) **Re: Docket Nos.** |

CERTIFICATION OF COUNSEL REGARDING
ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF
LONG TERM DISABILITY PARTICIPANTS FOR AN ORDER LIFTING, OR, IN THE
ALTERNATIVE, INCREASING THE LIMITS ON FEES FOR
LTD COMMITTEE COUNSEL

I, Rafael X. Zahralddin-Aravena, counsel to the Official Committee of Long Term Disability Participants (collectively, the "LTD Committee"), hereby certify the following:

1.  On March 16, 2012, the LTD Committee filed a *Motion of the Official Committee of Long Term Disability Participants for An Order Lifting, or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel* (Docket No. 7394) (the "Motion"). A proposed form of Order was attached to the Motion ("Proposed Order").

2.  The deadline to file an objection to the Motion was March 28, 2012 by 4:00 p.m. (extended for some parties) and a hearing on the Motion is scheduled for April 18, 2012 at 10:00 a.m.

3.  On March 28, 2012, the Debtors filed *Debtors' Objection to the Motion of the Official Committee of Long Term Disability Participants for An Order Lifting, or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel* (Docket No. 7464) (the "Debtors'

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Objection"). On April 3, 2012, the Official Committee of Unsecured Creditors (the "Creditors' Committee") filed *Response of the Official Committee of Unsecured Creditors to Motion of the Official Committee of Long Term Disability Participants for An Order Lifting, or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel* (Docket No. 7485), collectively with the Debtors' Objection, (the "Objections").

4. In the Objections, the Debtors and Creditors' Committee do not oppose an increase in the fee cap by an additional $200,000.

5. Counsel to the Debtors, counsel to the Creditors' Committee, and counsel to the LTD Committee have discussed the Objections and counsel to the Debtors and the Creditors' Committee have been provided the Motion's proposed form of order. Accordingly, the Committee has revised the Order to incorporate the comments from the Debtors and Creditors' Committee, if any, as applicable. The amended proposed form of Order (the "Amended Proposed Order") is attached hereto as **Exhibit A**. A blackline comparing the "Proposed Order" originally submitted on March 16, 2012 is attached hereto as **Exhibit B**.

Dated: April 17, 2012
Wilmington, DE

**ELLIOTT GREENLEAF**

*/s/Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Jonathan M. Stemerman (DE No. 4510)
1105 N. Market Street, Ste. 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*