**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) ) |
| Debtors. | ) Jointly Administered ) |
| | ) **Re: Docket No. \_\_\_\_** |

### ORDER GRANTING MOTION OF THE OFFICIAL
### COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS
### FOR AN ORDER LIFTING OR, IN THE ALTERNATIVE, INCREASING
### THE LIMITS ON FEES FOR LTD COMMITTEE COUNSEL

Upon consideration of the *Motion of the Official Committee of Long Term Disability Participants for an Order Lifting, or in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel* (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted solely as set forth below and is otherwise denied without prejudice; and it is further

ORDERED that the Current Cap[2] shall be modified to allow for an additional $200,000 for the fees of the LTD Committee counsel; and it is further

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] All capitalized terms not defined herein shall have the same meaning as set forth in the Motion.

*[Margin annotations: Deleted: Section Break (Continuous) Section Break (Continuous); Formatted Table; Deleted: lifted]*

ORDERED that this increase in the Cap shall not prejudice the LTD Committee's right to seek, upon notice and a hearing, a further increase in the Cap for good cause shown, and is without prejudice to the Debtors' right to object on any and all grounds to any motion that may be filed by the LTD Committee seeking a further increase in the Cap; and it is further

ORDERED that nothing herein shall constitute a finding of fact with respect to the sufficiency or insufficiency of the information provided by the Debtors to the LTD Committee and its advisors in order to assist it to evaluate any proposal from the Debtors with respect to the modification or termination of the LTD Plans, or the parties' good faith. All of the parties' rights with respect to such issues are reserved; and it is further

ORDERED that nothing in this Order limits the ability of any party in interest to challenge the fee applications of the LTD Committee, pursuant to section 328 of the Bankruptcy Code, and it is further

ORDERED, that the Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: _____, 2012
Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE