# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 18, 2012 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

1) OMNIBUS HEARING
   **R / M #:**   7,552 / 0

2) **ADV: 1-10-55165**
   **Nortel Networks Inc. vs Beeline.com, Inc.**
   9019 Motion
   **R / M #:**   114 / 0

3) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   Pretrial Conference - Adjourned to 6/6/12 @ 1:00 pm
   **R / M #:**   0 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Matter of Hain Capital Holdings - adjourned to 5/9/12 @ 10:00 am; Matter of Terremark Worldwide - adjourned to 5/24/12 @ 10:00 am
#2 - Adjourned to 5/24/12 @ 10:00 am
#3 - #5 -  CNO Filed and Order Signed
#6 - Revised ORDER SIGNED
#7 - ORDER SIGNED - Commonwealth of Virginia - Filing Adversary 4/27/12; Answer 6/1/12; Oral Argument on 7/11/12;
#8 - Resolved - ORDER SIGNED
#9 - Mediator Appointed; Revised ORDER SIGNED
#10 - Pretrial Conference A-11-53454  ASNMP Research International, Inc. - Adjourned to 6/6/12 @ 1:00 pm
#11 - A-12-50114 Alan Robert Bloom, Christopher John Wilkinson Hill - Status Conference - parties still working on settlement