# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 - KG
**COURTROOM LOCATION:** 3
**DATE:** 4/18/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Albert Togut | Togut Segal & Segal | Nortel Wireless |
| Neil Berger | Togut Segal & Segal | Committee |
| Rafael Zahralddin | Elliott Greenleaf | LTD Committee |
| William Taylor | McCarter & English | Retirees |
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Donna Culver | " | " |
| James Bromley | Cleary Gottlieb Steen & Hamilton | " |
| Sure Kim | " | " |
| Lisa Beckerman | Akin Gump | Creditors' Committee |
| Inez Sparks | Richards Layton | (?) |
| John Dorsey | Young Conaway | EMEA Debtors |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 04/18/2012
Calendar Time: 10:00 AM ET

2nd Revision 04/18/2012 05:05 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | [redacted] | | [redacted] | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy, | Interested Party, Ad Hoc Committee / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | David Kay | | Tenor Capital | Interested Party, Noteholder / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Lisa Kraidin | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Thomas Kreller | | Milbank, Tweed, Hadley & McCloy, | Creditor, The Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Byung S. Park | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Jeffrey Scharf | | Taxing Authority Consulting Services, | Interested Party, Virginia Department of Taxation / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Rebecca Song | | CITI | Representing, CITI / LISTEN ONLY |

CourtConfCal2009

Raymond Reyes