IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. et al v. Prime Carrier Ltd. | Adv. No. 10-55921 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE

        In accordance with the Court's Chambers' Procedures and the Scheduling Order dated June 7, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through their counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submit the following status report with respect to the above-captioned adversary proceedings.

                                                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                                  James L. Bromley (admitted *pro hac vice*)
                                                  Lisa M. Schweitzer (admitted *pro hac vice*)
                                                  Neil P. Forrest (admitted *pro hac vice*)
                                                  Nora K. Abularach (admitted *pro hac vice*)
                                                  One Liberty Plaza
                                                  New York, New York 10006
                                                  Telephone: (212) 225-2000
                                                  Facsimile: (212) 225-3999

                                                                    - and -

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

NEWYORK:2446674.6

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Chad A. Fights*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Chad Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

Dated: April 19, 2012
Wilmington, Delaware

NEWYORK:2446674.6

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
| --- | --- | --- |
| 10-55921 | Prime Carrier Ltd. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated April 5, 2012 |

NEWYORK:2446674.6