**<u>Via Hand Delivery</u>**

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Suite 1300
Wilmington, DE 19801
Attorneys for Asteelflash California, Inc.

4125804.1