# EXHIBIT A



# McCARTER &ENGLISH
### ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

April 17, 2012
Invoice 7782761

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| **TOTAL FEES**.......................................................................... | $12,327.00 |
| **TOTAL DISBURSEMENTS**.......................................................... | 2.40 |
| **TOTAL DUE THIS INVOICE** ...................................................... | $12,329.40 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $5,578.80 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $17,908.20 |

Please include this page with your remittance. Thank you.



# McCARTER &ENGLISH
### ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment  Instructions
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

Page 1
April 17, 2012
Invoice 7782761

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


**TOTAL FEES**...................................................................................... $12,327.00
**TOTAL DISBURSEMENTS**.................................................................      2.40

**TOTAL DUE THIS INVOICE** ............................................................. $12,329.40


**AMOUNT OUTSTANDING FROM PRIOR INVOICES**              $5,578.80

**TOTAL AMOUNT DUE AS OF THIS INVOICE**                  $17,908.20

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

Professional Services Recorded Through 03/31/2012

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/06/12 | PREPARE MCCARTER & ENGLISH FIFTH MONTHLY FEE APPLICATION; | 04990/JFS | 0.80 |
| 03/01/12 | CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE NORTEL AETNA PROPOSAL AND ISSUES RELATED TO OTHER COMPETITIVE PROPOSALS. | 00952/MAD | 0.30 |
| 03/01/12 | CALL FORM DEBTORS TO DISCUSS TT&S FEE APPLICATION ISSUES. | 02718/WFT | 0.30 |
| 03/01/12 | CALL WITH TT&S TO DISCUSS TT&S FEE APPLICATION ISSUES RAISED BY THE DEBTOR. | 02718/WFT | 0.30 |
| 03/01/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING MCCARTER & ENGLISH FIFTH MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 03/02/12 | REVIEW OF VARIOUS EMAIL COMMUNICATION FROM RON WINTERS, NEIL BERGER AND BRIAN MOORE WITH RESPECT TO THE MEDICAL INSURANCE PROPOSALS; CONSIDERATION OF OPTIONS WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 03/02/12 | BEGIN ROUGH DRAFT OF M&E 6TH MONTHLY FEE APPLICATION FOR FEBRUARY 2012. | 02718/WFT | 1.50 |
| 03/02/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS (204 RECENT FILINGS) FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 2.30 |
| 03/02/12 | ORGANIZE EMAILS W/ ATTACHMENTS INTO E-FOLDERS | 02949/JAS | 0.20 |
| 03/05/12 | EXAMINE AND ANALYZE REVISIONS AND COMMENTS FROM CO COUNSEL ON DRAFT OF M&E'S 5TH MONTHLY. | 02718/WFT | 0.50 |
| 03/05/12 | EXAMINE AND ANALYZE STATUS OF M&E APPLICATIONS BOTH MONTHLY AND | 02718/WFT | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | QUARTERLY RE UPCOMING DEADLINES FOR FILING OF SAME. | | |
| 03/05/12 | EXAMINE AND ANALYZE THE 4TH AMENDED ERNST AND YOUNG WORK STATEMENT. | 02718/WFT | 0.30 |
| 03/05/12 | EXAMINE AND ANALYZE 2ND QUARTERLY APPLICATION OF LTD COMMITTEE RE APPROPRIATENESS OF SAME. | 02718/WFT | 0.30 |
| 03/05/12 | EXAMINE AND ANALYZE, REVISE AND FINALIZE THE CERTIFICATE OF NO OBJECTION FOR SECOND QUARTERLY FEE APPLICATION. | 02718/WFT | 0.30 |
| 03/05/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING MCCARTER & ENGLISH SECOND QUARTERLY MONTHLY FEE APPLICATION; | 04990/JFS | 0.40 |
| 03/06/12 | PREPARE OF MCCARTER & ENGLISH SIXTH MONTHLY FEE APPLICATION; | 04990/JFS | 0.70 |
| 03/06/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING MCCARTER & ENGLISH SECOND QUARTERLY MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 03/07/12 | REVIEW OF VARIOUS EMAIL COMMUNICATIONS REGARDING ISSUES RELATED TO THE NDA WITH RESPECT TO INFORMATION TO SHARE WITH AETNA IN DEVELOPING A PROPOSAL FOR OTHER INSURANCE CARRIERS. | 00952/MAD | 0.30 |
| 03/07/12 | PREPARE TELEPHONIC APPEARANCE FOR CO-COUNSEL; | 04990/JFS | 0.40 |
| 03/08/12 | CONFER WITH COUNSEL AND DEBTOR'S COUNSEL REGARDING RECENTLY FILED FEE APPLICATIONS AND DEADLINE FOR QUARTERLY FEE APPLICATIONS; | 04990/JFS | 0.50 |
| 03/09/12 | EMAIL COMMUNICATION FROM NEIL BERGER REGARDING NDA WITH RESPECT TO OBTAINING QUOTES FROM OTHER HEALTH CARE PROVIDERS. | 00952/MAD | 0.20 |
| 03/09/12 | FURTHER CORRESPOND WITH DEBTORS ONT HE ISSUE OF THE FEE "CHART" THAT NEEDS TO | 02718/WFT | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | BE COMPLETED FOR QUARTERLIES. | | |
| 03/09/12 | CORRESPOND WITH DEBTORS AND REVIEW FEE "CHART" THAT NEEDS TO BE COMPLETED FOR QUARTERLIES. | 02718/WFT | 0.30 |
| 03/09/12 | EXAMINE AND ANALYZE, FINALIZE FOR FILING TSS CNO PLEADINGS FOR 4TH MONLTY APPLCIATION. | 02718/WFT | 0.30 |
| 03/09/12 | PREPARE EXHIBIT FOR QUARTERLY FEE APPLICATION ORDER; | 04990/JFS | 0.90 |
| 03/09/12 | PREPARE CNO OF TSS FOURTH MONTHLY FEE APPLICATION; | 04990/JFS | 0.40 |
| 03/12/12 | EXAMINE AND ANALYZE THE EXHIBIT C INFORMATION FOR A&M AND TSS RE QUARTERLY APPLICATIONS AND APPROVE FOR DEBTOR. | 02718/WFT | 0.30 |
| 03/12/12 | EXAMINE AND ANALYZE PROPOSED EXHIBIT C FOR ALL RETIREE PROFESSIONALS FRO UPCOMING QUARTERLY APPLICATIONS. | 02718/WFT | 0.30 |
| 03/12/12 | EXAMINE AND ANALYZE DRAFT 6TH MONTHLY OF M&E AND REVISE SAME TO FINALIZE IT FOR FILING AND SERVICE IN CASE. | 02718/WFT | 0.50 |
| 03/12/12 | REVISE AND ELECTRONICALLY FILE CNO OF TSS FOURTH MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 03/12/12 | CONFER WITH DEBTOR'S COUNSEL AND REVISE EXHIBIT FOR QUARTERLY FEE APPLICATION ORDER; | 04990/JFS | 0.80 |
| 03/12/12 | REVISE AND ELECTRONICALLY FILE MCCARTER & ENGLISH SIXTH MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.70 |
| 03/13/12 | REVIEW OF THE ALTERNATIVE BENEFITS COVERAGE SUMMARY; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 03/14/12 | ATTENDING AND PARTICIPATING IN THE RETIREE COMMITTEE WEEKLY MEETING. | 00952/MAD | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 03/14/12 | FOLLOW-UP CONFERENCE WITH NEIL BERGER AND RON WINTERS DISCUSSING ISSUES RELATED TO THE PROPOSALS FROM THE HEALTH CARE VENDORS. | 00952/MAD | 0.30 |
| 03/14/12 | FURTHER REVIEW OF THE A&M HEALTH/WELFARE PLAN ALTERNATIVE COVERAGE POWERPOINT; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.30 |
| 03/14/12 | FOLLOW-UP TELEPHONE CONVERSATION WITH NEIL BERGER AND BRIAN MOORE REGARDING THE IMPLICATIONS OF THE TERMINATION OF THE MEDICAL BENEFITS AND THE CLAIMS THAT RETIREES COULD ASSERT. | 00952/MAD | 0.20 |
| 03/14/12 | CONFER WITH DEBTOR'S COUNSEL FOR QUARTERLY FEE APPLICATION ORDER; | 04990/JFS | 0.40 |
| 03/17/12 | CONTINUED PREPARATION OF A CHECK LIST OF VEBA TERMS IN THE EVENT A VEBA TRUST NEEDS TO BE PREPARED. | 00952/MAD | 0.50 |
| 03/20/12 | CORRESPOND WITH DEBTORS RE TSS FIRM UPCOMING QUARTERLY FEE APPLICATION HEARING. | 02718/WFT | 0.30 |
| 03/20/12 | FURTHER CORRESPOND WITH TS&S RE ATTENDANCE ISSUES FOR UPCOMING QUARTERLY FEE HEARING. | 02718/WFT | 0.20 |
| 03/20/12 | CALL WITH TSS FIRM RE ISSUES FOR UPCOMING QUARTERLY FEE APPLICATION. | 02718/WFT | 0.30 |
| 03/20/12 | CORRESPOND WITH TS&S RE ATTENDANCE ISSUES FOR UPCOMING QUARTERLY FEE HEARING. | 02718/WFT | 0.30 |
| 03/21/12 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING THE NDA; COMMUNICATING WITH RESPECT TO ISSUES UNDER HIPAA. | 00952/MAD | 0.70 |
| 03/21/12 | EXAMINE AND ANALYZE AGENDA FOR NEXT COURT HEARING IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE AND INSURE ALL PROFESSIONAL FEE APPLICATIONS ARE | 02718/WFT | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | ACCOUNTED FOR. | | |
| 03/21/12 | PREPARE TELEPHONIC APPEARANCE FOR CO-COUNSEL FOR MARCH 22, 2012 HEARING; | 04990/JFS | 0.40 |
| 03/22/12 | PREPARE FOR AND ATTEND SECOND QUARTERLY FEE HEARING FOR M&E AND TS&S. | 02718/WFT | 0.80 |
| 03/22/12 | REVISE SECOND MONTHLY FEE APPLICATION OF COMMITTEE MEMBERS; | 04990/JFS | 0.40 |
| 03/22/12 | ASSIST WITH PREPARATION FOR MARCH 22, 2012 HEARING; | 04990/JFS | 0.40 |
| 03/23/12 | EXAMINE AND ANALYZE SECOND APPLICATION OF COMMITTEE MEMBERS FOR REIMBURSEMENT; REVISE AND APPROVE FOR FILING. | 02718/WFT | 0.40 |
| 03/23/12 | CALL FROM COUNSEL FOR POTENTIAL $950,000 RETIREE CLAIMANT TO DISCUS FILING A LATE CLAIM AND QUALIFICATIONS FOR CLAIMANT TO ASSERT CLAIM IN CASE. | 02718/WFT | 0.30 |
| 03/23/12 | REVISE AND ELECTRONICALLY FILE SECOND MONTHLY FEE APPLICATION OF COMMITTEE MEMBERS; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 03/26/12 | CORRESPOND WITH THE TS&S FIRM RE CALL FROM RETIREE WHO WANTED TO GET AN UPDATE AND STATUS OF THE CASE AND BENEFITS FLOWING FROM IT. | 02718/WFT | 0.30 |
| 03/26/12 | CALL FROM RETIREE WHO WANTED TO GET AN UPDATE AND STATUS OF THE CASE AND BENEFITS FLOWING FROM IT. | 02718/WFT | 0.30 |
| 03/26/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING SECOND MONTHLY FEE APPLICATION OF COMMITTEE MEMBERS; | 04990/JFS | 0.40 |
| 03/26/12 | CONFER WITH COUNSEL REGARDING PROFESSIONALS QUARTERLY FEE APPLICATIONS; REVISE AND FORWARD EXAMPLES OF SAME; | 04990/JFS | 0.60 |
| 03/27/12 | REVIEW OF VARIOUS DOCUMENTATION PREPARED BY A&M IN PREPARATION FOR THE | 00952/MAD | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | UPCOMING COMMITTEE CALL. | | |
| 03/27/12 | CONFERRING WITH NEIL BERGER REGARDING ISSUES TO BE CONSIDERED IN THE UPCOMING COMMITTEE CONFERENCE CALL. | 00952/MAD | 0.10 |
| 03/27/12 | EXAMINE AND ANALYZE SIGNED 12TH OMNIBUS ORDER ON PROFESSIONAL FEES AND UPDATE LEAD COUNSEL. | 02718/WFT | 0.30 |
| 03/28/12 | CONTINUED REVIEW OF MATERIALS REGARDING THE VARIOUS HEALTH PLAN OPTIONS AND THE RELATED COST FROM A&M IN PREPARATION FOR THE MEETING WITH THE COMMITTEE. | 00952/MAD | 0.50 |
| 03/28/12 | PARTICIPATING IN THE 11/14 COMMITTEE MEETING DISCUSSING VARIOUS ISSUES WITH RESPECT TO THE CASE AND THE A&M PROPOSAL FOR HEALTH INSURANCE. | 00952/MAD | 0.80 |
| 03/29/12 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING THE MEDIATION MOTION; REVIEW OF THE OBJECTIONS FILED BY THE LTD COMMITTEE; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.70 |
| 03/29/12 | EXAMINE AND ANALYZE DEBTORS OBJECTION TO THE LTD MOTION TO INCREASE FEES. | 02718/WFT | 0.30 |
| 03/29/12 | EXAMINE AND ANALYZE AGENDA FOR NEXT OMNIBUS HEARING IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME, CORRESPOND WITH COUNSEL RE SAME. | 02718/WFT | 0.30 |

TOTAL HOURS:                                     29.40

TOTAL FEES......................................................................................    $12,327.00
TOTAL DISBURSEMENTS...............................................................         2.40

TOTAL DUE THIS INVOICE ......................................................    $12,329.40

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS


**AMOUNT OUTSTANDING FROM PRIOR INVOICES**                    $5,578.80

**TOTAL AMOUNT DUE AS OF THIS INVOICE**                       $17,908.20


| | | | HOURS | | RATE | VALUE |
|---|---|---|---|---|---|---|
| 00952 | MARK A. DANIELE | PARTNER | 6.90 | Hours @ | 525.00 | 3,622.50 |
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 12.50 | Hours @ | 525.00 | 6,562.50 |
| 02949 | JAMES A. SNEDEKER | PARALEGAL | 0.20 | Hours @ | 175.00 | 35.00 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 9.80 | Hours @ | 215.00 | 2,107.00 |
| **ATTORNEY TOTALS:** | | | **29.40** | | | **12,327.00** |