# **EXHIBIT B**

ME1 13296961v.1

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 02/01/2012 | FILING FEES | 2.40 |
|  | **Total For: FILING FEES-MISC** | **2.40** |
| **TOTAL DISBURSEMENTS** | | **$2.40** |