IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>Nortel Networks Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |
|---|---|

**Notice of Request for Amendment of Service Lists**

PLEASE TAKE NOTICE that The Williams Law Firm, P.A. hereby requests that John L. Williams, Esq. (DeLawyer76@aol.com) and Brian C. Crawford, Esq. (Brian@TrustWilliams.com) be removed from all mailing and ECF notice lists in the above captioned matter.

The Williams Law Firm, P.A.

By: /s/ Brian Crawford

Brian C. Crawford, Delaware Bar #4941
John L. Williams, Delaware Bar #4473
The Williams Law Firm, P.A.
1201 Orange Street, Suite 600
P.O. Box 511
Wilmington, Delaware 19899-0511
Telephone: (302) 575-0873
Fax: (302) 575-0925
e-mail: Brian@TrustWilliams.com
        DeLawyer76@aol.com