# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 17, 2012
Invoice 405028
Page 2

Client #  732310

Matter # 165839

---

For services through March 31, 2012
relating to  Case Administration

| 03/01/12 | Participate in 3/1/12 Committee call (1.2); Prepare for 3/1/12 Committee call (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.40 hrs. | 375.00 | $525.00 |
| 03/05/12 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 03/05/12 | Review email from B. Witters re: revised draft critical dates calendar (.1); Review same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 03/09/12 | Prepare for 3/9/12 Committee call (.4); Participate in weekly Committee call (1.3) | | | |
| Associate | Christopher M. Samis | 1.70 hrs. | 375.00 | $637.50 |
| 03/12/12 | Review docket (.1); Review critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 03/21/12 | Review docket (.1); Review and update critical dates (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 03/21/12 | Participate in 3/21/12 Committee call (.5); Prepare for 3/21/12 Committee call (.3) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |
| 03/26/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 03/26/12 | Review and calendar upcoming critical dates | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028

Page 3

Client #  732310

Matter #  165839

---

| Date | Description | | | |
|------|-------------|--|--|--|
| 03/26/12 | Review email from B. Witters re: revised draft critical dates calendar (.1); Review same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 03/27/12 | Call to L. Murley re: EMEA claims opinion, status of case and timing of mediation | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |
| 03/29/12 | Participate in weekly Committee call | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 375.00 | $412.50 |

Total Fees for Professional Services $2,458.50

TOTAL DUE FOR THIS INVOICE **$2,458.50**

BALANCE BROUGHT FORWARD $3,846.00

**TOTAL DUE FOR THIS MATTER** **$6,304.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028

Page 4

Client #  732310

Matter #  165839

For services through March 31, 2012
relating to  Plan of Reorganization/Disclosure Statement

| 03/09/12 | Review draft allocation analyses from Capstone | | | |
|----------|-----------------------------------------------|----------|--------|---------|
| Associate | Christopher M. Samis | 1.80 hrs. | 375.00 | $675.00 |

| | |
|---|---|
| Total Fees for Professional Services | $675.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$675.00** |

| | |
|---|---|
| **TOTAL DUE FOR THIS MATTER** | **$675.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028

Page 5

Client #  732310

Matter # 165839

---

For services through March 31, 2012
relating to  Use, Sale of Assets

| 03/29/12 | Review motion to clarify funding of affiliate wind-down costs | | | |
|----------|------|------|------|------|
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |

Total Fees for Professional Services $300.00

TOTAL DUE FOR THIS INVOICE **$300.00**

**TOTAL DUE FOR THIS MATTER** **$300.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 17, 2012
Invoice 405028

Page 6

Client # 732310

Matter # 165839

---

For services through March 31, 2012
relating to Claims Administration

03/02/12   Participate in 3/2/12 call with Committee, John Ray and Jim Bromley re:
EMEA claims opinion (1.1); Call with F. Hodara and D. Botter re: strategy
for requesting status conference on EMEA claims opinion (.3); Calls to and
from F. Hodara re: status conference on EMEA claims opinion (.4); Calls to
and from D. Abbott re: status conference on EMEA claims opinion (.3);
Call to D. Adler re: status conference on EMEA claims opinion (.1); Calls
to J. Chapman re: status conference on EMEA claims opinion (.2); Emails
to F. Hodara re: strategy for requesting status conference on EMEA claims
opinion (.3); Email to E. Harron re: status conference on EMEA claims
opinion (.1); Email to J. Chapman re: status conference on EMEA claims
opinion (.1); Email to D. Adler re: status conference on EMEA claims
opinion (.1)

| | | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 3.00 hrs. | 375.00 | $1,125.00 |

03/05/12   Call from B. Kahn re: strategy for status conference on EMEA claims
opinion (.2); Call from F. Hodara and B. Kahn re: strategy for status
conference on EMEA claims opinion (.2); Call to chambers with D. Abbott
and D. Adler re: request for status conference on EMEA claims opinion
(.4); Email to B. Kahn re: strategy for status conference on EMEA claims
opinion (.1)

| | | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.90 hrs. | 375.00 | $337.50 |

03/06/12   Call to M. Marshall re: status of case and distributions to general unsecured
creditors

| | | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |

03/07/12   Review Ruff response to 25th omnibus objection (.2); Review Crapco
response to 25th omnibus objection (.2)

| | | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |

03/08/12   Calls from vendor creditors re: status of allocation proceedings and timing
of distributions (x3)

| | | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 17, 2012
Invoice 405028

Page 7

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 03/13/12 | Review Wang response to 24th omnibus objection to claims | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 03/15/12 | Call to T. Wehn re: status of case and timing of distributions | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |
| 03/16/12 | Call from B. Kahn re: status of EMEA claims opinion | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 03/19/12 | Call to B. Kahn re: status of EMEA claims opinion | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 03/20/12 | Retrieve opinion and order UK motions to dismiss claims EMEA (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 03/20/12 | Review EMEA claims opinion (2.1); Email to B. Witters re: circulation of EMEA claims opinion (.1); Email to B. Kahn re: EMEA claims opinion (.1) | | | |
| Associate | Christopher M. Samis | 2.30 hrs. | 375.00 | $862.50 |
| 03/20/12 | Review opinion and order re EMEA claims | | | |
| Associate | Drew G. Sloan | 1.30 hrs. | 375.00 | $487.50 |
| 03/21/12 | Conduct further review of EMEA claims opinion | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 375.00 | $487.50 |
| 03/23/12 | Calls from former employees re: status of case, receipt of letters from claims traders and timing of distributions (x2) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |

Total Fees for Professional Services $4,224.00

TOTAL DUE FOR THIS INVOICE **$4,224.00**

$1,050.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028
Page 8
Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                                    **$5,274.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 17, 2012
Invoice 405028
Page 9

Client # 732310

Matter # 165839

For services through March 31, 2012
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 03/06/12 | Retreive and review 3/8/12 agenda (.1); E-mail to distribution re: same (.1); Retrieve 3/8/12 agenda pleadings (.3) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 03/06/12 | Review agenda for 3/8/12 hearing | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 03/06/12 | Review agenda re: 3/8/12 hearing (.1); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 03/07/12 | Prepare 3/8/12 hearing binder | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 03/07/12 | Prepare for 3/8/12 hearing and chambers conference | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 375.00 | $450.00 |
| 03/08/12 | Prepare for 3/8/12 hearing and chambers conference (1.3); Attend 3/8/12 hearing and chambers conference (1.0) | | | |
| Associate | Christopher M. Samis | 2.30 hrs. | 375.00 | $862.50 |
| 03/09/12 | Circulate to distribution re: 3/8/12 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 03/09/12 | Review transcript from 3/8/12 hearing (.3); Email to B. Kahn re: preparation for weekly Committee call (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |
| 03/09/12 | Review email from B. Witters re: 3/8/12 hearing transcript (.1); Review same (.2) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028
Page 10

Client #  732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 03/12/12 | Circulate corrected 3/8/12 hearing transcript to distribution group | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| | | | | |
| 03/20/12 | E-mail to B. Kahn re: telephonic appearances for 3/22/12 fee hearing (.1); Retrieve and review 3/22/12 agenda (.1); Retrieve 3/22/12 agenda pleadings (.5); E-mail to distribution re: same (.1); Telephone call to Courtcall re: 3/22/12 telephonic appearances for M. Wunder, B. Kahn and D. Botter (.3); E-mail to M. Wunder re: same (.1); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 205.00 | $266.50 |
| | | | | |
| 03/20/12 | Review agenda re 3/22/12 hearing (.2); Review email from B. Witters re same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| | | | | |
| 03/21/12 | Prepare 3/22/12 hearing binder (1.0); Retrieve and review re: 3/22/12 amended agenda (.1); Retrieve re: additional 3/22/12 agenda items (.2); Update 3/22/12 hearing binder (.2) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |
| | | | | |
| 03/21/12 | Prepare for 3/22/12 hearing (1.4); Review amended agenda for 3/22/12 hearing (.2) | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 375.00 | $600.00 |
| | | | | |
| 03/21/12 | Review amended agenda re: 3/22/12 hearing | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 375.00 | $37.50 |
| | | | | |
| 03/22/12 | Complete preparation for 3/22/12 hearing (1.3); Attend 3/22/12 hearing (1.3); Email to B. Kahn re: preparation for 3/22/12 hearing (.1); Call to D. Botter re: outcome of 3/22/12 hearing (.2) | | | |
| Associate | Christopher M. Samis | 2.90 hrs. | 375.00 | $1,087.50 |
| | | | | |
| 03/23/12 | Circulate 3/22/12 hearing transcript to distribution group | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| | | | | |
| 03/29/12 | Retrieve and review re: 4/2/12 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028
Page 11
Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 03/29/12 | Review agenda re: 4/2/12 hearing (.1); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| | | | | |
| 03/30/12 | Retrieve and review re: 4/2/12 amended agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| | | | | |
| 03/30/12 | Email to B. Kahn re: cancellation of 4/2/12 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| | | | | |
| 03/30/12 | Review amended agenda cancelling 4/2/12 hearing (.1); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |

Total Fees for Professional Services $4,652.00

TOTAL DUE FOR THIS INVOICE **$4,652.00**

$1,221.50

**TOTAL DUE FOR THIS MATTER** **$5,873.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028

Page 12

Client #  732310

Matter #  165839

For services through March 31, 2012
relating to  Employee Issues

| 03/29/12 | Review Debtors' motion to send LTD Committee / Retiree Committee process to mediation | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |

Total Fees for Professional Services $375.00

**TOTAL DUE FOR THIS INVOICE** **$375.00**

**TOTAL DUE FOR THIS MATTER** **$375.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028
Page 13

Client #  732310

Matter # 165839

---

For services through March 31, 2012
relating to  Litigation/Adversary Proceedings

| Date | | | | | |
|---|---|---|---|---|---|
| 03/01/12 | Review Opnext 9019 motion and related documentation | | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 375.00 | | $187.50 |
| 03/01/12 | Review Sobrato 9019 and related documentation | | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 375.00 | | $187.50 |
| 03/26/12 | Review Ian Martin Limited 9019 motion and related documentation | | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 375.00 | | $187.50 |
| 03/29/12 | Review Beeline 9019 motion | | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 375.00 | | $225.00 |

Total Fees for Professional Services        $787.50

TOTAL DUE FOR THIS INVOICE        **$787.50**

$2,485.00

**TOTAL DUE FOR THIS MATTER**        **$3,272.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028

Page 14

Client #  732310

Matter # 165839

For services through March 31, 2012
relating to  Retention of Others

| 03/07/12 | Review motion to modify Jefferies retention (.7); Call to B. Kahn re: comments to motion to modify Jefferies retention (.3) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |
| 03/12/12 | Call to B. Kahn re: no need for motion to shorten on Jefferies retention modification motion (.2); Email to D. Sloan re: no need for motion to shorten on Jefferies retention modification motion (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |
| 03/12/12 | Review email from B. Kahn re: draft Jefferies retention amendment (.1); Review draft of same (.3); Email to C. Samis re: same (.1); Review email from C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 375.00 | $225.00 |
| 03/13/12 | Attention to e-mail from B. Kahn re: application to amend terms of Jefferies & Co retention (.1); Import and prepare re: same (.3); Assemble application of same (.2); Prepare notice of application re: same (.2); Revise application x1 (.1); Finalize and file re: same (.2); Coordinate service re: same (.1); Prepare aos re: same (.2); E-mail to B. Kahn re: confirmation of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |
| 03/13/12 | Review, revise and finalize Jefferies retention modification motion (.3); Email to B. Kahn re: finalizing Jefferies retention modification motion (.1); Call to B. Kahn re: finalizing Jefferies retention modification motion (.2) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 375.00 | $225.00 |
| 03/13/12 | Review emails (x3) from B. Kahn re: filing supplemental Jefferies retention application (.1); Review emails (x2) from C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 03/14/12 | Finalize and file aos re: application amendment to retention of Jefferies & Co | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028

Page 15

Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 03/27/12 | Email to B. Kahn re: CNO for motion to modify Jefferies retention | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 03/27/12 | Review email from B. Kahn re: filing certificate of no objection re: Jefferies retention application (.1); Review email from C. Samis re: same (.1); Email to B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 03/28/12 | Prepare cno re: application to amend terms of Jefferies & Co retention (.3); Prepare order re: same (.1); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| 03/28/12 | Review and execute certificate of no objection re: Jefferies retention order (.2); Discussion with B. Witters re: drafting same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 03/29/12 | Email to B. Kahn re: status of CNO on Jefferies retention modification motion (.1); Meet with B. Witters re: checking with debtors on status of CNO for Jefferies retention modification motion (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |
| 03/30/12 | Retrieve order amending terms of Jefferies retention (.1); Coordinate service re: same (.1); E-mail to distribution re: same (.1); Prepare aos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 03/30/12 | Review entered Jefferies retention amendment order (.1); Email to B. Witters re: circulating and serving same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |

Total Fees for Professional Services          $2,016.00

TOTAL DUE FOR THIS INVOICE                 **$2,016.00**

$310.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028
Page 16
Client #  732310

Matter # 165839

**TOTAL DUE FOR THIS MATTER**                                        **$2,326.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028
Page 17
Client #  732310

Matter #  165839

For services through March 31, 2012
relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 03/02/12 | E-mail to B. Kahn re: estimated RLF February fees and expenses | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 03/02/12 | Review emails (x2) from B. Kahn re: RLF fee estimates (.1); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 03/09/12 | Review RLF February bill memos | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 03/12/12 | Review February 2012 bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 375.00 | $150.00 |
| 03/16/12 | Prepare cno re: RLF January fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 03/16/12 | Review email from B. Witters re: filing certificate of no objection re: RLF monthly fee application (.1); Review email from C. Samis re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 03/21/12 | Prepare RLF 12th interim fee application binder (.3); Review and revise RLF February fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 205.00 | $266.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 17, 2012
Invoice 405028
Page 18

Client # 732310

Matter # 165839

---

| 03/21/12 | Review and execute RLF monthly fee application (.3); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
|----------|----|----|----|----|
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

| | | | | |
|---|---|---|---|---|
| | | Total Fees for Professional Services | | $955.50 |

|  |  |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$955.50** |
| | $1,317.50 |
| **TOTAL DUE FOR THIS MATTER** | **$2,273.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 17, 2012
Invoice 405028
Page 19
Client # 732310

Matter # 165839

For services through March 31, 2012
relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 03/01/12 | Prepare cno re: Capstone December fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 03/01/12 | Review email from B. Witters re: filing certificate of no objection re: Capstone monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 03/02/12 | Retrieve 12th interim fee applications and related cnos and monthly fee applications (1.0); Prepare 12th interim fee exhibit B (.4) | | | |
| Paralegal | Barbara J. Witters | 1.40 hrs. | 205.00 | $287.00 |
| 03/07/12 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 03/08/12 | Revise exhibit B re: 12th interim fee order | | | |
| Paralegal | Barbara J. Witters | 2.50 hrs. | 205.00 | $512.50 |
| 03/09/12 | Review and revise exhibit B to 12th interim fee order (.5); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| 03/12/12 | Attention to e-mails addressing 12th interim fee order (.2); Revise 12th interim fee order x2 (.3) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 03/15/12 | Prepare cno re: Fraser Milner November fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 17, 2012
Invoice 405028
Page 20

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 03/15/12 | Review and revise re: Exhibit B to 12th interim fee order (.5); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| | | | | |
| 03/15/12 | Review email from B. Witters re: filing certificate of no objection re: Fraser Milner monthly fee application (.1); Review email from M. Wunder re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| | | | | |
| 03/16/12 | E-mail to M. DeCarli re: exhibit B to 12th interim fee order of committee professionals | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| | | | | |
| 03/16/12 | Email to B. Witters re: CNO for January 2012 fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| | | | | |
| 03/19/12 | Review LTD Committee's motion to lift/modify cap on EG fees | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |
| | | | | |
| 03/20/12 | Email to B. Kahn re: proper notice of LTD Committee fee cap motion | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| | | | | |
| 03/21/12 | Prepare cno re: Ashurst January fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone January fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Fraser Milner December fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 205.00 | $246.00 |
| | | | | |
| 03/21/12 | Review emails (x2) from B. Witters re: filing certificates of no objection (x3) re: monthly fee applications (.1); Email to B. Witters re: same (.1); Review email from M. Wunder re: same (.1); Review and execute certificate of no objection re: Fraser Milner monthly fee application (.1); Review and execute certificate of no objection re: Capstone monthly fee application (.1); Review and execute certificate of no objection re: Ashurst monthly fee application (.1) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 375.00 | $225.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 17, 2012
Invoice 405028

Page 21

Client # 732310

Matter # 165839

---

| 03/22/12 | Prepare cno re: Akin Gump January fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 03/22/12 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 03/23/12 | Prepare cno re: Fraser Milner January fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 03/23/12 | Email to B. Kahn re: appropriate objection deadline for LTD Committee fee cap motion (.2); Call from B. Kahn re: objecting to LTD Committee fee cap motion (.3) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 375.00 | $187.50 |
| 03/23/12 | Review email from B. Witters re: filing certificate of no objection re: Fraser Milner monthly fee application (.1); Review email from M. Wunder re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 03/26/12 | Attention to e-mail re: Capstone February fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 03/26/12 | Call to B. Kahn re: extending Committee objection deadline to LTD Committee fee cap motion (.1); Review Committee objection to LTD Committee fee cap motion (.9) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |
| 03/26/12 | Review email from B. Kahn re: Capstone monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028
Page 22

Client #  732310

Matter # 165839

---

| 03/27/12 | Attention to e-mail re: Ashurst February fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 03/27/12 | Complete review of objection to LTD Committee fee cap increase motion (.7); Call to B. Kahn re: comments to LTD Committee fee cap increase motion (.2) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 375.00 | $337.50 |
| 03/27/12 | Review email from B. Kahn re: Ashurst monthly fee application for filing (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 03/29/12 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 03/29/12 | Review Debtors objection to motion to increase LTD Committee fee cap | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |

Total Fees for Professional Services    $4,914.50

TOTAL DUE FOR THIS INVOICE    **$4,914.50**

$5,628.50

**TOTAL DUE FOR THIS MATTER**    **$10,543.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 17, 2012
Invoice 405028
Page 23
Client #  732310

## Summary of Hours

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 22.60 | 205.00 | 4,633.00 |
| Christopher M. Samis | 35.80 | 375.00 | 13,425.00 |
| Drew G. Sloan | 8.80 | 375.00 | 3,300.00 |
| TOTAL | 67.20 | $317.83 | 21,358.00 |

**TOTAL DUE FOR THIS INVOICE**                                        **$23,391.24**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310