# EXHIBIT B

RLF1 5974569v. 1



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

April 17, 2012
Invoice 405028

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through March 31, 2012
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Business Meals | $25.83 |
| Court Reporter Services | $24.30 |
| Document Retrieval | $74.00 |
| Filing Fees | $74.00 |
| Long distance telephone charges | $83.40 |
| Messenger and delivery service | $373.40 |
| Photocopying/Printing<br>7,125 @ $.10 pg./ 2,123 @ $.10/pg. | $924.80 |
| Postage | $453.51 |

| | |
|---|---|
| Other Charges | $2,033.24 |
| **TOTAL DUE FOR THIS INVOICE** | **$2,033.24** |
| BALANCE BROUGHT FORWARD | $1,281.19 |
| **TOTAL DUE FOR THIS MATTER** | **$3,314.43** |

■ ■ ■

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

April 17, 2012  
Invoice 405028  
Page 24  
Client # 732310

    Client: Official Committee of the Board of Directors of Nortel Networks Inc  
  Matter: Nortel - Representation of Creditors Committee  
           Case Administration  
           Plan of Reorganization/Disclosure Statement  
           Use, Sale of Assets  
           Claims Administration  
           Court Hearings  
           Employee Issues  
           Litigation/Adversary Proceedings  
           Retention of Others  
           RLF Fee Applications  
           Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 03/01/12 | PACER | | DOCRETRI |
| | Amount = | $3.04 | |
| 03/01/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/01/12 | Printing | | DUP.10CC |
| | Amount = | $3.80 | |
| 03/01/12 | Printing | | DUP.10CC |
| | Amount = | $3.80 | |
| 03/01/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/01/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 03/02/12 | 12128376086 Long Distance | | LD |
| | Amount = | $4.17 | |
| 03/02/12 | 12128728040 Long Distance | | LD |
| | Amount = | $1.39 | |
| 03/02/12 | 12128728040 Long Distance | | LD |
| | Amount = | $4.17 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 17, 2012  
Invoice 405028  
Page 25  
Client #  732310

| Date | Description | | |
|---|---|---|---|
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $5.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $4.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $4.60 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

April 17, 2012  
Invoice 405028  
Page 26  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/02/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/05/12 | 12128728121 Long Distance | | LD |
| | Amount = $5.56 | | |
| 03/05/12 | 12128728040 Long Distance | | LD |
| | Amount = $5.56 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

April 17, 2012  
Invoice 405028  
Page 27  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 03/05/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/05/12 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 03/05/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/06/12 | 17247766644 Long Distance | | LD |
| | Amount = | $2.78 | |
| 03/06/12 | PACER | | DOCRETRI |
| | Amount = | $52.24 | |
| 03/06/12 | PACER | | DOCRETRI |
| | Amount = | $0.88 | |
| 03/06/12 | PACER | | DOCRETRI |
| | Amount = | $1.04 | |
| 03/06/12 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 03/06/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/06/12 | Printing | | DUP.10CC |
| | Amount = | $23.00 | |
| 03/06/12 | Printing | | DUP.10CC |
| | Amount = | $8.30 | |
| 03/06/12 | Printing | | DUP.10CC |
| | Amount = | $2.70 | |
| 03/06/12 | Printing | | DUP.10CC |
| | Amount = | $3.70 | |
| 03/07/12 | 12128728121 Long Distance | | LD |
| | Amount = | $13.90 | |
| 03/07/12 | Printing | | DUP.10CC |
| | Amount = | $4.00 | |
| 03/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

April 17, 2012  
Invoice 405028  
Page 28  

Client # 732310  

| Date | Description | | Code |
|---|---|---|---|
| 03/07/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/07/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/07/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/07/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/07/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/07/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/07/12 | Printing | | DUP.10CC |
| | | Amount = $0.90 | |
| 03/07/12 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 03/08/12 | Photocopies | | DUP.10CC |
| | | Amount = $5.70 | |
| 03/08/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/08/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/08/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/08/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/09/12 | DIAZ DATA SERVICES | | CTRPT |
| | | Amount = $24.30 | |
| 03/12/12 | 12128728121 Long Distance | | LD |
| | | Amount = $6.95 | |
| 03/12/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 03/12/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |

```
Nortel Creditors Committee                                    April 17, 2012
c/o Fred S. Hodara, Esq.                                      Invoice 405028
Akin Gump Strauss Hauer Feld LLP                              Page 29
One Bryant Park
New York NY  10036                                            Client #  732310
```

| Date | Description | Amount | Code |
|---|---|---|---|
| 03/12/12 | Printing | $1.80 | DUP.10CC |
| 03/12/12 | Printing | $0.20 | DUP.10CC |
| 03/12/12 | Printing | $4.00 | DUP.10CC |
| 03/12/12 | Printing | $0.30 | DUP.10CC |
| 03/12/12 | Printing | $0.10 | DUP.10CC |
| 03/12/12 | Printing | $0.10 | DUP.10CC |
| 03/13/12 | GALLUCIO'S CAFE | $25.83 | MEALSCL |
| 03/13/12 | Photocopies | $577.70 | DUP.10CC |
| 03/13/12 | Photocopies | $0.10 | DUP.10CC |
| 03/13/12 | Photocopies | $6.20 | DUP.10CC |
| 03/13/12 | 12128728121 Long Distance | $4.17 | LD |
| 03/13/12 | Messenger and delivery | $309.30 | MESS |
| 03/13/12 | PACER | $1.76 | DOCRETRI |
| 03/13/12 | Postage | $274.15 | POST |
| 03/13/12 | Printing | $0.10 | DUP.10CC |
| 03/13/12 | Printing | $1.60 | DUP.10CC |
| 03/13/12 | Printing | $1.60 | DUP.10CC |
| 03/13/12 | Printing | $0.20 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 17, 2012  
Invoice 405028  
Page 30  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 03/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 03/13/12 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 03/13/12 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 03/13/12 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 03/13/12 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 03/14/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/14/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/15/12 | 14798564542 Long Distance | | LD |
| | Amount = | $16.68 | |
| 03/15/12 | PACER | | DOCRETRI |
| | Amount = | $2.88 | |
| 03/15/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/15/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/15/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 03/15/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 03/15/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 03/16/12 | PACER | | DOCRETRI |
| | Amount = | $3.52 | |
| 03/16/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 17, 2012  
Invoice 405028  
Page 31

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 03/16/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 03/16/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/19/12 | 12128728121 Long Distance | | LD |
| | Amount = | $1.39 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $6.20 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $8.30 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $4.70 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $3.70 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $6.10 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $15.90 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 03/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

April 17, 2012  
Invoice 405028  
Page 32  
Client #  732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 03/20/12 | Printing | Amount = $2.70 | DUP.10CC |
| 03/20/12 | Printing | Amount = $0.40 | DUP.10CC |
| 03/20/12 | Printing | Amount = $6.70 | DUP.10CC |
| 03/20/12 | Printing | Amount = $4.70 | DUP.10CC |
| 03/20/12 | Printing | Amount = $0.30 | DUP.10CC |
| 03/20/12 | Printing | Amount = $8.30 | DUP.10CC |
| 03/21/12 | Photocopies | Amount = $26.50 | DUP.10CC |
| 03/21/12 | Messenger and delivery | Amount = $6.40 | MESS |
| 03/21/12 | PACER | Amount = $8.48 | DOCRETRI |
| 03/21/12 | Postage | Amount = $8.10 | POST |
| 03/21/12 | Printing | Amount = $0.10 | DUP.10CC |
| 03/21/12 | Printing | Amount = $0.10 | DUP.10CC |
| 03/21/12 | Printing | Amount = $3.60 | DUP.10CC |
| 03/21/12 | Printing | Amount = $0.10 | DUP.10CC |
| 03/21/12 | Printing | Amount = $0.10 | DUP.10CC |
| 03/21/12 | Printing | Amount = $0.10 | DUP.10CC |
| 03/21/12 | Printing | Amount = $0.30 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 17, 2012  
Invoice 405028  
Page 33  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $2.90 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $2.00 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

April 17, 2012  
Invoice 405028  
Page 34  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = | $4.60 | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = | $4.10 | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/22/12 | 12128721055 Long Distance | | LD |
| | Amount = | $2.78 | |
| 03/22/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/22/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 03/22/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/23/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/23/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 03/23/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 17, 2012  
Invoice 405028  
Page 35

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 03/26/12 | Photocopies | | DUP.10CC |
| | Amount = | $23.00 | |
| 03/26/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 03/26/12 | Postage | | POST |
| | Amount = | $6.90 | |
| 03/26/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 03/26/12 | Printing | | DUP.10CC |
| | Amount = | $0.80 | |
| 03/26/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/26/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/26/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 03/26/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 03/26/12 | Printing | | DUP.10CC |
| | Amount = | $4.00 | |
| 03/26/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 03/27/12 | COURTCALL LLC | | FLFEE |
| | Amount = | $74.00 | |
| 03/27/12 | Photocopies | | DUP.10CC |
| | Amount = | $17.50 | |
| 03/27/12 | 12128728121 Long Distance | | LD |
| | Amount = | $13.90 | |
| 03/27/12 | Postage | | POST |
| | Amount = | $6.30 | |
| 03/27/12 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 03/27/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 03/27/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

April 17, 2012  
Invoice 405028  
Page 36  
Client # 732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 03/27/12 | Printing | Amount = $2.30 | DUP.10CC |
| 03/27/12 | Printing | Amount = $0.10 | DUP.10CC |
| 03/27/12 | Printing | Amount = $0.10 | DUP.10CC |
| 03/28/12 | PACER | Amount = $0.16 | DOCRETRI |
| 03/28/12 | Printing | Amount = $0.30 | DUP.10CC |
| 03/28/12 | Printing | Amount = $0.30 | DUP.10CC |
| 03/28/12 | Printing | Amount = $0.10 | DUP.10CC |
| 03/28/12 | Printing | Amount = $0.10 | DUP.10CC |
| 03/28/12 | Printing | Amount = $3.00 | DUP.10CC |
| 03/28/12 | Printing | Amount = $0.60 | DUP.10CC |
| 03/28/12 | Printing | Amount = $0.10 | DUP.10CC |
| 03/28/12 | Printing | Amount = $0.30 | DUP.10CC |
| 03/28/12 | Printing | Amount = $0.30 | DUP.10CC |
| 03/29/12 | Printing | Amount = $0.40 | DUP.10CC |
| 03/29/12 | Printing | Amount = $0.10 | DUP.10CC |
| 03/30/12 | Photocopies | Amount = $49.80 | DUP.10CC |
| 03/30/12 | Photocopies | Amount = $6.00 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 17, 2012  
Invoice 405028  
Page 37  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 03/30/12 | Messenger and delivery | | MESS |
| | Amount = $51.30 | | |
| 03/30/12 | Postage | | POST |
| | Amount = $158.06 | | |
| 03/30/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/30/12 | Printing | | DUP.10CC |
| | Amount = $1.40 | | |
| 03/30/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/30/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/30/12 | Printing | | DUP.10CC |
| | Amount = $1.90 | | |
| 03/30/12 | Printing | | DUP.10CC |
| | Amount = $1.90 | | |
| 03/30/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |

TOTALS FOR  732310      Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $2,033.24