**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **23 April 2012**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **327344**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 16,502.50 |
| For the period to 31 March 2012. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 60.58 |
| **Disbursements:** (NT) |  |  |  |
| Incidental Expenses | 0.00 | 0.00 | 38.35 |
|  | 0.00 |  | 16,601.43 |
|  |  | VAT | 0.00 |
|  |  | Total | 16,601.43 |
|  |  | **Balance Due** | **16,601.43** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 327344 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN
PAPUA NEW GUINEA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or their respective affiliates has an office in each of the places listed above.

# ashurst

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/03/2012

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 1.00 | 690.00 | (C0007) |
|  |  | 1.40 | 966.00 | (C0012) |
|  |  | 0.80 | 552.00 | (C0019) |
|  |  | 1.60 | 1,104.00 | (C0031) |
|  |  | **4.80** | **3,312.00** |  |
| Partner: | Steven Hull | 0.50 | 330.00 | (C0012) |
|  |  | 0.20 | 132.00 | (C0019) |
|  |  | **0.70** | **462.00** |  |
| Partner: | Angela Pearson | 1.50 | 990.00 | (C0012) |
|  |  | 0.60 | 396.00 | (C0031) |
|  |  | **2.10** | **1,386.00** |  |
| Senior Associate | Luke Rollason | 3.50 | 1,785.00 | (C0012) |
|  |  | **3.50** | **1,785.00** |  |
| Associate | Antonia Croke | 3.30 | 1,402.50 | (C0007) |
|  |  | 3.90 | 1,657.50 | (C0012) |
|  |  | 0.60 | 255.00 | (C0019) |
|  |  | 3.00 | 1,275.00 | (C0031) |
|  |  | **10.80** | **4,590.00** |  |
| Junior Associate | Lindsey Roberts | 4.20 | 1,218.00 | (C0003) |
|  |  | 2.90 | 841.00 | (C0007) |
|  |  | 6.80 | 1,972.00 | (C0012) |
|  |  | 0.40 | 116.00 | (C0019) |
|  |  | 2.00 | 580.00 | (C0031) |
|  |  | **16.30** | **4,727.00** |  |
| Trainee: | Tim Cant | 0.50 | 92.50 | (C0007) |
|  |  | 0.80 | 148.00 | (C0012) |
|  |  | **1.30** | **240.50** |  |
|  | **Total** | **39.50** | **16,502.50** |  |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/03/2012

**Matter: CCN01.00001 - BANKRUPTCY**

**C0003**   **Ashurst Fee Application/Monthly Billing Reports**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 4.20 | 290.00 | 1,218.00 |
| | | | Total | 1,218.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2012 | Lindsey Roberts | LETT | Emails re: Fee estimates for February | 0.20 | 290.00 | 58.00 |
| 10/03/2012 | Lindsey Roberts | MISC | Emails re: Exhibit Interim Order | 0.20 | 290.00 | 58.00 |
| 12/03/2012 | Lindsey Roberts | MISC | Twelfth Interim fee application - Exhibit B | 0.80 | 290.00 | 232.00 |
| 18/03/2012 | Lindsey Roberts | MISC | Drafting monthly fee application | 1.30 | 290.00 | 377.00 |
| 25/03/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 1.10 | 290.00 | 319.00 |
| 26/03/2012 | Lindsey Roberts | DRFT | Finalising monthly fee application and email to B Kahn re the same | 0.60 | 290.00 | 174.00 |
| | | | | | | 1,218.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

### <u>C0007</u>    <u>Creditors Committee Meetings</u>

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 1.00 | 690.00 | 690.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 3.30 | 425.00 | 1,402.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.90 | 290.00 | 841.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 0.50 | 185.00 | 92.50 |
| | | | Total | **3,026.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/03/2012 | Antonia Croke | ATTD | Attend UCC call | 1.10 | 425.00 | 467.50 |
| 02/03/2012 | Lindsey Roberts | ATTD | UCC call | 1.30 | 290.00 | 377.00 |
| 09/03/2012 | Antonia Croke | ATTD | Consider Nortel UCC Agenda and attend call. | 1.20 | 425.00 | 510.00 |
| 09/03/2012 | Giles Boothman | ATTD | UCC call | 0.50 | 690.00 | 345.00 |
| 13/03/2012 | Lindsey Roberts | PHON | In-person committee meeting (attended remotely) | 1.10 | 290.00 | 319.00 |
| 21/03/2012 | Giles Boothman | ATTD | UCC call | 0.50 | 690.00 | 345.00 |
| 21/03/2012 | Lindsey Roberts | PHON | Weekly UCC call | 0.50 | 290.00 | 145.00 |
| 21/03/2012 | Tim Cant | ATTD | UCC Call | 0.50 | 185.00 | 92.50 |
| 29/03/2012 | Antonia Croke | ATTD | Attend UCC call | 1.00 | 425.00 | 425.00 |
| | | | | | | **3,026.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0012**</u>     <u>**General Claims Analysis/Claims Objections**</u>

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.50 | 660.00 | 990.00 |
| GDB | Giles Boothman | 1.40 | 690.00 | 966.00 |
| SEH | Steven Hull | 0.50 | 660.00 | 330.00 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 3.50 | 510.00 | 1,785.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 3.90 | 425.00 | 1,657.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 6.80 | 290.00 | 1,972.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 0.80 | 185.00 | 148.00 |
| | | | Total | **7,848.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012      General Claims Analysis/Claims Objections**

|  |  |  | | Time (Decimal) | Std Rate (GBP/hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2012 | Antonia Croke | INTD | Confer LROBER | 0.10 | 425.00 | 42.50 |
| 02/03/2012 | Antonia Croke | LETT | Email re status conf. | 0.10 | 425.00 | 42.50 |
| 02/03/2012 | Lindsey Roberts | INTD | Discussion with ACROKE | 0.10 | 290.00 | 29.00 |
| 02/03/2012 | Lindsey Roberts | LETT | Follow-up email from UCC call | 0.30 | 290.00 | 87.00 |
| 04/03/2012 | Antonia Croke | READ | Consider Chismerk and Cleary materials | 0.40 | 425.00 | 170.00 |
| 05/03/2012 | Lindsey Roberts | READ | Review of emails re: Chambers conference | 0.10 | 290.00 | 29.00 |
| 05/03/2012 | Lindsey Roberts | READ | Emails from J Strum re: priority of creditors | 0.10 | 290.00 | 29.00 |
| 05/03/2012 | Lindsey Roberts | READ | Review of note re: priority in UK insolvency | 0.50 | 290.00 | 145.00 |
| 06/03/2012 | Antonia Croke | LETT | Emails re allocation call; attend call | 0.20 | 425.00 | 85.00 |
| 06/03/2012 | Lindsey Roberts | PHON | Call re allocation in advance of the committee presentation | 0.80 | 290.00 | 232.00 |
| 08/03/2012 | Antonia Croke | LETT | Emails re: Judgment | 0.30 | 425.00 | 127.50 |
| 08/03/2012 | Angela Pearson | READ | Review emails re Judgement | 0.50 | 660.00 | 330.00 |
| 08/03/2012 | Lindsey Roberts | LETT | Emails re: Judge Gross conference | 0.10 | 290.00 | 29.00 |
| 09/03/2012 | Antonia Croke | LETT | Email re mediation | 0.10 | 425.00 | 42.50 |
| 11/03/2012 | Antonia Croke | LETT | Emails re: mediation statement | 0.20 | 425.00 | 85.00 |
| 12/03/2012 | Antonia Croke | LETT | Emails re: mediation statement | 0.50 | 425.00 | 212.50 |
| 12/03/2012 | Angela Pearson | READ | Review emails re Mediation Statement | 0.20 | 660.00 | 132.00 |
| 12/03/2012 | Angela Pearson | INTD | Discussion with ACROKE | 0.20 | 660.00 | 132.00 |
| 12/03/2012 | Lindsey Roberts | INTD | Email to ACROKE re: mediation statement query | 0.30 | 290.00 | 87.00 |
| 12/03/2012 | Lindsey Roberts | LETT | Email to K Crinson re: BCCI cite query | 0.30 | 290.00 | 87.00 |
| 13/03/2012 | Antonia Croke | READ | Consider case response | 0.10 | 425.00 | 42.50 |
| 14/03/2012 | Antonia Croke | LETT | Emails re: Mediation Statement | 0.30 | 425.00 | 127.50 |
| 14/03/2012 | Antonia Croke | READ | Reading email to Akin; discussion with LROBER | 0.30 | 425.00 | 127.50 |
| 14/03/2012 | Angela Pearson | INTD | Discussion with LROBER | 0.40 | 660.00 | 264.00 |
| 14/03/2012 | Lindsey Roberts | READ | Review of draft mediation statement and response to query | 2.60 | 290.00 | 754.00 |
| 14/03/2012 | Lindsey Roberts | DRFT | Amends to comments on draft Mediation Statement | 0.20 | 290.00 | 58.00 |
| 14/03/2012 | Lindsey Roberts | DRFT | Circulating revised language for draft Mediation Statement | 0.40 | 290.00 | 116.00 |
| 16/03/2012 | Antonia Croke | READ | Consider J Gross email | 0.10 | 425.00 | 42.50 |
| 16/03/2012 | Angela Pearson | READ | Review emails re Mediation Statement | 0.20 | 660.00 | 132.00 |
| 16/03/2012 | Giles Boothman | READ | Emails re Gross Judgement and memo | 0.30 | 690.00 | 207.00 |
| 19/03/2012 | Antonia Croke | LETT | Email re mediation statement | 0.10 | 425.00 | 42.50 |
| 20/03/2012 | Antonia Croke | LETT | Emails re Gross Judgment | 0.40 | 425.00 | 170.00 |
| 20/03/2012 | Luke Rollason | LETT | Reading claims opinion and related emails. | 3.50 | 510.00 | 1,785.00 |
| 20/03/2012 | Steven Hull | READ | Review Antonia Croke email and review attached EMEA claims opinion | 0.50 | 660.00 | 330.00 |
| 21/03/2012 | Antonia Croke | READ | Consider Akin summary of judgment | 0.40 | 425.00 | 170.00 |
| 21/03/2012 | Giles Boothman | READ | Read Akin summary and Gross opinion | 0.70 | 690.00 | 483.00 |
| 21/03/2012 | Giles Boothman | READ | Emails re Gross opinion | 0.40 | 690.00 | 276.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0012 | | | **General Claims Analysis/Claims Objections** | | | |
|---|---|---|---|---|---|---|
| | | | | **Time (Decimal)** | **Std Rate (GBP /hour)** | **Amount** |
| 21/03/2012 | Lindsey Roberts | PHON | Pre-call re: EMEA claims decision | 0.20 | 290.00 | 58.00 |
| 21/03/2012 | Lindsey Roberts | READ | Read Akin Summary Document | 0.60 | 290.00 | 174.00 |
| 22/03/2012 | Antonia Croke | LETT | Email re: mediation statement | 0.10 | 425.00 | 42.50 |
| 27/03/2012 | Antonia Croke | READ | Consider emails and letter re: mediation | 0.20 | 425.00 | 85.00 |
| 30/03/2012 | Lindsey Roberts | READ | Review of emails re: draft Mediation Statement | 0.20 | 290.00 | 58.00 |
| 30/03/2012 | Tim Cant | READ | Considering Note on Judgment | 0.80 | 185.00 | 148.00 |

7,848.50

**Matter: CCN01.00001 - BANKRUPTCY**

| C0019 | **Labor Issues/Employee Benefits** | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.80 | 690.00 | 552.00 |
| SEH | Steven Hull | 0.20 | 660.00 | 132.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 0.60 | 425.00 | 255.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.40 | 290.00 | 116.00 |
| | | | Total | **1,055.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 22/03/2012 | Antonia Croke | LETT | Emails re: Pensions Hearing in UK | 0.60 | 425.00 | 255.00 |
| 22/03/2012 | Giles Boothman | LETT | Emails re Supreme court hearing date on pensions appeal | 0.50 | 690.00 | 345.00 |
| 22/03/2012 | Lindsey Roberts | READ | Emails re: Pensions Hearing | 0.40 | 290.00 | 116.00 |
| 22/03/2012 | Steven Hull | READ | Review Giles Boothman update regarding Nortel Pension Appeal dates and review email correspondence with David Botter re same. | 0.20 | 660.00 | 132.00 |
| 23/03/2012 | Giles Boothman | LETT | Emails re status of pensions appeal | 0.30 | 690.00 | 207.00 |
| | | | | | | **1,055.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

| <u>C0031</u> | <u>European Proceedings/Matters</u> | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.60 | 660.00 | 396.00 |
| GDB | Giles Boothman | 1.60 | 690.00 | 1,104.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 3.00 | 425.00 | 1,275.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.00 | 290.00 | 580.00 |
| | | | Total | **3,355.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0031     European Proceedings/Matters

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2012 | Antonia Croke | LETT | Emails re: UCC call | 0.20 | 425.00 | 85.00 |
| 01/03/2012 | Antonia Croke | READ | Consider UCC agenda | 0.10 | 425.00 | 42.50 |
| 02/03/2012 | Antonia Croke | PHON | Phone calls GDB | 0.10 | 425.00 | 42.50 |
| 02/03/2012 | Antonia Croke | LETT | Email GDB | 0.10 | 425.00 | 42.50 |
| 02/03/2012 | Giles Boothman | INTD | Discuss with Antonia re status/current issues | 0.20 | 690.00 | 138.00 |
| 02/03/2012 | Giles Boothman | READ | Emails re committee calls/meeting with debtors | 0.40 | 690.00 | 276.00 |
| 05/03/2012 | Antonia Croke | READ | Consider emails | 0.10 | 425.00 | 42.50 |
| 07/03/2012 | Antonia Croke | LETT | Email re: Professionals Call | 0.10 | 425.00 | 42.50 |
| 07/03/2012 | Angela Pearson | READ | Review emails | 0.40 | 660.00 | 264.00 |
| 08/03/2012 | Antonia Croke | READ | Consider Trademark Letters and emails | 0.40 | 425.00 | 170.00 |
| 08/03/2012 | Antonia Croke | READ | Review UCC Agenda | 0.10 | 425.00 | 42.50 |
| 08/03/2012 | Lindsey Roberts | READ | Email on trademarks | 0.60 | 290.00 | 174.00 |
| 09/03/2012 | Antonia Croke | READ | Consider email | 0.10 | 425.00 | 42.50 |
| 09/03/2012 | Lindsey Roberts | INTD | Telephone conversation with ACROKE re: UCC call | 0.10 | 290.00 | 29.00 |
| 12/03/2012 | Antonia Croke | LETT | Email re: Committee meeting | 0.10 | 425.00 | 42.50 |
| 12/03/2012 | Antonia Croke | LETT | Emails re: costs exhibit | 0.10 | 425.00 | 42.50 |
| 12/03/2012 | Giles Boothman | READ | Emails re latest developments | 0.50 | 690.00 | 345.00 |
| 13/03/2012 | Antonia Croke | READ | Consider agenda and materials for meeting | 0.30 | 425.00 | 127.50 |
| 13/03/2012 | Lindsey Roberts | READ | Review of documents circulated for UCC call | 0.40 | 290.00 | 116.00 |
| 15/03/2012 | Angela Pearson | READ | Review emails | 0.20 | 660.00 | 132.00 |
| 21/03/2012 | Antonia Croke | LETT | Emails re: Judgment, UCC and DP | 0.40 | 425.00 | 170.00 |
| 23/03/2012 | Antonia Croke | READ | IP Sale emails | 0.10 | 425.00 | 42.50 |
| 27/03/2012 | Antonia Croke | LETT | Emails re: Professionals call | 0.10 | 425.00 | 42.50 |
| 28/03/2012 | Antonia Croke | READ | Consider emails | 0.20 | 425.00 | 85.00 |
| 28/03/2012 | Lindsey Roberts | PHON | Professionals call | 0.90 | 290.00 | 261.00 |
| 29/03/2012 | Antonia Croke | READ | Consider materials for UCC call | 0.40 | 425.00 | 170.00 |
| 30/03/2012 | Giles Boothman | READ | Read emails and check up re status | 0.50 | 690.00 | 345.00 |

                                                                          **3,355.00**