Exhibit C

DISBURSEMENT SUMMARY
MARCH 01, 2012 THROUGH MARCH 31, 2012

| Document Production | £60.58 |
|---|---|
| Meals | £38.35 |
| **TOTAL** | **£98.93** |