**Exhibit D**

**Disbursements Detailed Breakdown**

**Document Production**                                                                                         60.58

**Fares, Courier Charges and Incidental Expenses (Meals)**

25/01/2012              VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXFEB12 DATE: 22/02/2012              38.35
                       Expenses @ PING PONG NOW,LONDON. (FOOD AND BEVERAGE) 25/01/2012 ACROKE Dinner -
                       working late - ACROKE, TCANT & LROBER.

                                                                                                                98.93