Exhibit E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
MARCH 01, 2012 THROUGH MARCH 31, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 11 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £690 | 4.80 | 3,312.00 |
| Steven Hull | Partner for 15 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, UK | £660 | 0.70 | 462.00 |
| Angela Pearson | Partner for 6 years; Admitted in 1991 in England and Wales; Litigation Group, London | £660 | 2.10 | 1,386.00 |
| Luke Rollason | Associate for 6 years; Admitted in 2005 in England and Wales; Restructuring and Special Situations Group, London | £510 | 3.50 | 1,785.00 |
| Antonia Croke | Associate for 5 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £425 | 10.80 | 4,590.00 |
| Lindsey Roberts | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | 16.30 | 4,727.00 |
| Tim Cant | Trainee Solicitor; Litigation Group, London | £185 | 1.30 | 240.50 |
| **TOTAL** | | | 39.50 | 16,502.50 |

## COMPENSATION BY PROJECT CATEGORY
## MARCH 01, 2012 THROUGH MARCH 31, 2012

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 4.20 | 1,218.00 |
| Creditors Committee Meetings | 7.70 | 3,026.00 |
| General Claims Analysis | 18.40 | 7,848.50 |
| Labor Issues / Employee Benefits | 2.00 | 1,055.00 |
| European Proceedings / Matters | 7.20 | 3,355.00 |
| **TOTAL** | **39.50** | **16,502.50** |