# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **Nortel Networks Inc., ET AL.,**                                    Case No. **09-10138**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS II, LLC** <br> Name of Transferee | **Martingale Road LLC** <br> Name of Transferor |
| Name and Address where notices to transferee should be sent: <br><br> **SONAR CREDIT PARTNERS II, LLC** <br> **200 BUSINESS PARK DRIVE, SUITE 201** <br> **ARMONK, NY 10504** <br><br> Phone: **(914) 730-1005** <br> Last Four Digits of Acct #: **N/A** | Court Claim # (if known): **6983** <br> Amount of Claim as filed: **$537,823.01** <br> Amount of Claim as allowed: **$413,819.68** <br> Date Claim Filed: **1/26/2010** <br><br><br> Phone: **N/A** <br> Last Four Digits of Acct. #: **N/A** |
| Name and Address where transferee payments should be sent (if different from above): <br><br><br><br><br><br> Phone: **N/A** <br> Last Four Digits of Acct #: **N/A** | Name and Current Address of Transferor: <br><br> Martingale Road LLC <br> As transferee of Woodfield Holdings PT, LLC <br> c/o Kelley Drye & Warren LLP <br> 333 West Wacker Drive, Suite 2600 <br> Chicago, IL 60606 <br> Attn: Andrew P. Pillsbury, Esq. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: **/s/Michael Goldberg**                                    Date: **4/24/2012**
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, District of Delaware

MARTINGALE ROAD LLC (as transferee of Woodfield Holdings PT, LLC), with an address at c/o Kelley Drye & Warren, LLP, 333 West Wacker Drive, Suite 2600, Chicago, IL 60606 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to Sonar Credit Partners II, LLC, its successors and assigns, with offices at c/o Sonar Asset Management Group, Inc., 200 Business Park Drive, Suite 201, Armonk, NY 10504, ("Buyer"), all of Seller's rights, title and interest in and to the allowed general unsecured claim (the "Claim") of Seller in the aggregate amount of $413,819.68 against Nortel Networks Inc. ("Debtor"), a debtor-in-possession in bankruptcy proceedings filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court), Case No. 09-10138 (KG) (jointly administered) (the "Case"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), **Claim Number 6983.**

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated the 24 day of April, 2012.

**MARTINGALE ROAD LLC**

By:_____
   Name: Daniel R. McConnell
   Title: Vice President


**SONAR CREDIT PARTNERS II, LLC**
By:   Sonar Asset Management Group, Inc.,
      its Managing Member

By:_____
   Name: Michael I. Goldberg
   Title: President

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, District of Delaware

**MARTINGALE ROAD LLC** (as transferee of Woodfield Holdings PT, LLC), with an address at c/o Kelley Drye & Warren, LLP, 333 West Wacker Drive, Suite 2600, Chicago, IL 60606 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to **Sonar Credit Partners II, LLC**, its successors and assigns, with offices at c/o Sonar Asset Management Group, Inc., 200 Business Park Drive, Suite 201, Armonk, NY 10504, ("Buyer"), all of Seller's rights, title and interest in and to the allowed general unsecured claim (the "Claim") of Seller in the aggregate amount of $413,819.68 against Nortel Networks Inc. ("Debtor"), a debtor-in-possession in bankruptcy proceedings filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court), Case No. 09-10138 (KG) (jointly administered) (the "Case"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), **Claim Number 6983**.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated the 24 day of April, 2012.

**MARTINGALE ROAD LLC**

By: _____
Name: Daniel R. McConnell
Title: Vice President

**SONAR CREDIT PARTNERS II, LLC**
By:   Sonar Asset Management Group, Inc.,
      its Managing Member

By: _____
Name: Michael I. Goldberg
Title: President