# EXHIBIT A[*]

## No Liability Claims

---

[*] Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP are counsel to the Debtors with respect to all claims appearing on **Exhibit A** with the exception of claims.

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| FOXCONN<br>ATTN: ANDY BURNS<br>PRAHA CITY CENTRE, KLIMENTSKA - 46<br>110 02 PRAHA 1<br>CZECH REPUBLIC | 7384<br>8/16/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,290.23 (U)<br>$8,290.23 (T) | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases. |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD<br>ATTN : MAY CAI, IN-HOUSE COUNSEL<br>RONGLI INDUSTRIAL PARK, LIUHENG ROAD,<br>RONGGUI SHUNDE DISTRICT<br>FOSHAN CITY, GUANGDONG  528306<br>CHINA | 3962<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,927,622.44 (A)<br>- (P)<br>$8,533,449.86 (U)<br>$12,461,072.30 (T) | Claim should be reduced by $605,271.44 in claimed interest.<br><br>The Debtors do not recognize $17,837.30 in invalid invoices and $7,538.53 in invoices discrepancies.<br><br>Claim should be further reduced by $11,830,425.03 that is redundant with Claim No. 8060. |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD<br>ATTN : MAY CAI, IN-HOUSE COUNSEL<br>RONGLI INDUSTRIAL PARK, LIUHENG ROAD,<br>RONGGUI SHUNDE DISTRICT<br>FOSHAN CITY, GUANGDONG  528306<br>CHINA | 3963<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$10,057,644.05 (U)<br>$10,057,644.05 (T) | Claim asserts amounts that the Debtors have already paid in the ordinary course of business. |
| STATE OF MINNESOTA DEPARTMENT OF REVENUE<br>COLLECTION DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 64447 - BKY<br>SAINT PAUL, MN  55164-0447 | 8184<br>1/26/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$4,921.28 (A)<br>- (P)<br>- (U)<br>$4,921.28 (T) | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases. |

Totals:    4  Claims

- (S)
$3,932,543.72 (A)
- (P)
$18,599,384.14 (U)
$22,531,927.86 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed