# EXHIBIT B[*]

## Reduce and Allow Claims

---

[*] Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP are counsel to the Debtors with respect to all claims appearing on **Exhibit B**.

# Exhibit B

## Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount | Reason for<br>Modification |
|---|---|---|---|---|
| AWARD SOLUTIONS, INC.<br>2100 LAKESIDE BLVD, SUITE 300<br>RICHARDSON, TX  75082 | 2263<br>8/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$870.00 (U)<br>$870.00 (T) | - (S)<br>- (A)<br>- (P)<br>$580.00 (U)<br>$580.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $290.00 in invoices as a valid liability of any Debtor in these chapter 11 cases. |
| CONCENTRIX CORP<br>3750 MONROE AVE<br>PITTSFORD, NY  14534 | 331<br>2/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$39,000.00 (U)<br>$39,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$10,500.00 (U)<br>$10,500.00 (T) | Partial Setoff or Recoupment Claim. Claim is subject to setoff or recoupment on account of debts owed from the creditor to the Debtors. Claim should be reduced by $28,5000, an amount owed by the creditor to the Debtors, as reflected in the Debtors' Books and Records. |
| CONNECTICUT OFFICE OF THE TREASURER<br>ATTN: MARIA GREENSLADE,ASST DEP TREA<br>UNCLAIMED PROPERTY DIVISION<br>55 ELM STREET, 7TH FLOOR<br>HARTFORD, CT  06106-1773 | 2003<br>8/21/09<br>NO DEBTOR | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$16.00 (U)<br>$16.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the claim should be modified to reflect a properly allowable amount of $16.00. |
| GUANGDONG NORTEL TELECOMMUNICATIONS<br>EQUIPMENT CO., LTD.<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON  L4V 1R9<br>CANADA | 6818<br>1/20/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$13,526.28 (A)<br>- (P)<br>$40,406.88 (U)<br>$53,933.16 (T) | - (S)<br>$13,526.28 (A)<br>- (P)<br>$16,423.24 (U)<br>$29,949.52 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $4,003.67 in claimed interest as a valid liability of any Debtor in these chapter 11 cases.<br><br>Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $19,979.97 in invoices as a valid liability of any Debtor in these chapter 11 cases. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| GUANGDONG NORTEL TELECOMMUNICATIONS EQUIPMENT CO., LTD.<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON  L4V 1R9<br>CANADA | 8060<br>11/14/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$12,036,479.75 (U)<br>$12,036,479.75 (T) | - (S)<br>- (A)<br>- (P)<br>$11,839,749.94 (U)<br>$11,839,749.94 (T) | Partial No Liability Claim. Claim should be modified to remove $33,325.32 in invoices related to invalid purchase orders. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $6,064.20 as valid liabilities of any Debtor in these chapter 11 cases.<br><br>Partial Non-Debtor Invoice Claim. Claim should be modified to remove $21,125.29 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial Setoff or Recoupment Claim.  Claim is subject to setoff or recoupment on account of debts owed from the creditor to the Debtors. Claim should be reduced by $136,215.00, an amount owed by the creditor to the Debtors, as reflected in the Debtors' Books and Records. |
| KGP LOGISTICS, INC. AS SUCCESSOR-IN-INTEREST TO EMBARQ LOGISTICS<br>ATTN: ANTHONY J. CARUSO<br>3305 HIGHWAY 60 W.<br>FARIBAULT, MN  55021 | 1596<br>7/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$35,876.19 (A)<br>- (P)<br>- (U)<br>$35,876.19 (T) | - (S)<br>$0.00 (A)<br>- (P)<br>- (U)<br>$0.00 (T) | Partial Setoff or Recoupment Claim.  Claim is subject to setoff or recoupment on account of debts owed from the creditor to the Debtors. Claim should be reduced by $35,876.19, an amount owed by the creditor to the Debtors, as reflected in the Debtors' Books and Records. |
| NEW JERSEY DEPARTMENT OF TREASURY<br>ATTN: STEPHEN SYLVESTER, ADMIN<br>UNCLAIMED PROPERTY DIVISION<br>P.O. BOX 214<br>TRENTON, NJ  08695-0214 | 6058<br>10/27/09<br>NO DEBTOR | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$75.29 (U)<br>$75.29 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the claim should be modified to reflect a properly allowable amount of $75.29. |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>ATTN: J. ALEK KRESS<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN, NJ  07962-1981 | 5510<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$2,915.32 (A)<br>- (P)<br>$22,972.67 (U)<br>$25,887.99 (T) | - (S)<br>- (A)<br>- (P)<br>$22,972.67 (U)<br>$22,972.67 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $2,915.32 in claimed interest as a valid liability of any Debtor in these chapter 11 cases. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount | Reason for<br>Modification |
|---|---|---|---|---|
| **Totals:** | 8  Claims | - (S)<br>$52,317.79 (A)<br>- (P)<br>$12,139,729.30 (U)<br>$12,192,047.09 (T) | - (S)<br>$13,526.28 (A)<br>- (P)<br>$11,890,317.14 (U)<br>$11,903,843.42 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.