# **EXHIBIT C**[*]

# **Redundant Claims**

---

[*] Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP are counsel to the Debtors with respect to all claims appearing on **Exhibit C**.

# Exhibit C

## Redundant Claims

| | Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| GUANGDONG NORTEL TELECOMM. EQUIP. CO.LTD ATTN: MAY CAI, IN-HOUSE COUNSEL RONGLI INDUSTRIAL PARK, LIUHENG ROAD, RONGGUI, SHUNDE DISTRICT GUANGDONG 528306 CHINA | 3545<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,927,622.44 (A)<br>- (P)<br>- (U)<br>$3,927,622.44 (T) | GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD ATN : MAY CAI, IN-HOUSE COUNSEL RONGLI INDUSTRIAL PARK, LIUHENG ROAD, RONGGUI SHUNDE DISTRICT FOSHAN CITY, GUANGDONG 528306 CHINA | 3962<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,927,622.44 (A)<br>- (P)<br>$8,533,449.86 (U)<br>$12,461,072.30 (T) | The Liabilities asserted in claim 3545 and the documentation attached thereto in support of such liabilities are fully contained within claim 3962 also filed by the claimant or an affiliate of the claimant. |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD ATTN : MAY CAI, IN-HOUSE COUNSEL RONGLI INDUSTRIAL PARK, LIUHENG ROAD, RONGGUI SHUNDE DISTRICT, FOSHAN CITY (QUANGDONG STATE) 528306 CHINA | 3498<br>9/23/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$13,526.28 (A)<br>- (P)<br>- (U)<br>$13,526.28 (T) | GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD ATN : MAY CAI, IN-HOUSE COUNSEL RONGLI INDUSTRIAL PARK, LIUHENG ROAD, RONGGUI SHUNDE FOSHAN CITY, GUANGDONG 528306 CHINA | 6818<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$13,526.28 (A)<br>- (P)<br>$40,406.88 (U)<br>$53,933.16 (T) | The Liabilities asserted in claim 3498 and the documentation attached thereto in support of such liabilities are fully contained within claim 6818 also filed by the claimant or an affiliate of the claimant. |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD ATTN : MAY CAI, IN-HOUSE COUNSEL RONGLI INDUSTRIAL PARK, LIUHENG ROAD, RONGGUI SHUNDE DISTRICT FOSHAN CITY, GUANGDONG 528306 CHINA | 3544<br>9/23/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$13,526.28 (A)<br>- (P)<br>$32,201.36 (U)<br>$45,727.64 (T) | GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD ATN : MAY CAI, IN-HOUSE COUNSEL RONGLI INDUSTRIAL PARK, LIUHENG ROAD, RONGGUI SHUNDE FOSHAN CITY, GUANGDONG 528306 CHINA | 6818<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$13,526.28 (A)<br>- (P)<br>$40,406.88 (U)<br>$53,933.16 (T) | The Liabilities asserted in claim 3544 and the documentation attached thereto in support of such liabilities are fully contained within claim 6818 also filed by the claimant or an affiliate of the claimant. |
| I AND C, S.A.<br>25 CALLE 5-14, ZONA 14<br>GUATEMALA CITY<br>GUATEMALA | 8208<br>3/8/12<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$174,185.00 (U)<br>$174,185.00 (T) | I AND C, S.A.<br>22 CALLE 5-14, ZONA 14<br>GUATEMALA, CITY<br>GUATEMALA | 3251<br>9/21/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$174,185.00 (U)<br>$174,185.00 (T) | The Liabilities asserted in claim 8208 and the documentation attached thereto in support of such liabilities are fully contained within claim 3251 also filed by the claimant or an affiliate of the claimant. |

## Exhibit C

### Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| I AND C, S.A.<br>25 CALLE 5-14, ZONA 14<br>GUATEMALA CITY<br>GUATEMALA | 8209<br>3/8/12<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$5,056.26 (U)<br>$5,056.26 (T) | I AND C, S.A.<br>25 CALLE 5-14, ZONA 14<br>GUATEMALA CITY<br>GUATEMALA | 7282.01<br>6/9/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$50,056.26 (U)<br>$50,056.26 (T) | The Liabilities asserted in claim 8209 and the documentation attached thereto in support of such liabilities are fully contained within claim 7282.01 also filed by the claimant or an affiliate of the claimant. |
| MCLARENS CANADA<br>600 ALDEN RD., SUITE 600<br>MARKHAM, ON  L3R 0E7<br>CANADA | 7290<br>6/14/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$6,710.20 (A)<br>- (P)<br>- (U)<br>$6,710.20 (T) | MCLARENS CANADA<br>5915 AIRPORT RD<br>MISSISSAUGA, ON  L4V 1T1<br>CANADA | 7291<br>6/14/10<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>- (P)<br>$6,710.20 (U)<br>$6,710.20 (T) | The Liabilities asserted in claim 7290 and the documentation attached thereto in support of such liabilities are fully contained within claim 7291 also filed by the claimant or an affiliate of the claimant. |
| MERA NN<br>12 SOVETSKY STREET<br>NIZHNY NOVGOROD  603086<br>RUSSIA | 544<br>3/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$466,345.11 (U)<br>$466,345.11 (T) | MERA NN<br>13 DELOVAYA ST.<br>NIZHNY NOVGOROD  603163<br>RUSSIA | 8197<br>2/16/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$489,123.25 (U)<br>$489,123.25 (T) | The Liabilities asserted in claim 544 and the documentation attached thereto in support of such liabilities are fully contained within claim 8197 also filed by the claimant or an affiliate of the claimant. |
| Totals: | 7   Claims | - (S)<br>$3,961,385.20 (A)<br>- (P)<br>$677,787.73 (U)<br>$4,639,172.93 (T) | | | - (S)<br>$3,954,675.00 (A)<br>- (P)<br>$9,334,338.33 (U)<br>$13,289,013.33 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed