# EXHIBIT D[*]

## Wrong Debtor Claims

---

[*]        Cleary Gottlieb Steen & Hamilton LLP is counsel to the Debtors with respect to all claims appearing on **Exhibit D** with the exception of claim 7089.  Morris, Nichols, Arsht & Tunnell LLP is counsel to the Debtors with respect to all claims appearing on **Exhibit D**.  For questions on claim 7089, please contact Morris, Nichols, Arsht & Tunnell LLP.

# Exhibit D

## Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor |
|---|---|---|---|---|
| ARCHIVES USA ATTN: JENNIFER LEPAGE 2325 EAST BELT LINE RD SUITE A CARROLLTON, TX 75006 | 1357 6/15/09 NO DEBTOR | - (S) - (A) - (P) $39,097.01 (U) $39,097.01 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. |
| AWARD SOLUTIONS, INC. 2100 LAKESIDE BLVD, SUITE 300 RICHARDSON, TX 75082 | 2263 8/27/09 NO DEBTOR | - (S) - (A) - (P) $870.00 (U) $870.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $580.00 of the claim is allowable. | 09-10138 Nortel Networks Inc. |
| CADENCE DESIGN SYSTEMS INC ATTN: ROBERT GARCIA 2655 SEELY ROAD BUILDING 5 SAN JOSE, CA 95134 | 8025 10/14/11 NO DEBTOR | - (S) - (A) - (P) $52,148.31 (U) $52,148.31 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. |
| CONNECTICUT OFFICE OF THE TREASURER ATTN: MARIA GREENSLADE,ASST DEP TREA UNCLAIMED PROPERTY DIVISION 55 ELM STREET, 7TH FLOOR HARTFORD, CT 06106-1773 | 2003 8/21/09 NO DEBTOR | Unspecified* | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $16.00 of the claim is allowable. | 09-10138 Nortel Networks Inc. |
| CRESCENT CROWN PEAKVIEW TOWER, LLC C/O CRESCENT REAL ESTATE EQUITIES, LLC ATTN: C. ROBERT BAIRD, ESQ. 777 MAIN STREET, SUITE 2000 FORT WORTH, TX 76102 | 7089 2/9/10 NO DEBTOR | - (S) - (A) - (P) $337,442.75 (U) $337,442.75 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. |

# Exhibit D

## Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor |
|---|---|---|---|---|
| CRIM MUNICIPAL REVENUE COLLECTION SAN JUAN  00919-5387 PUERTO RICO | 6010 10/19/09 NO DEBTOR | - (S) - (A) - (P) $2,779.53 (U) $2,779.53 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. |
| FAIR HARBOR CAPITAL, LLC TRANSFEROR: RITZ-CARLTON HOTEL COMPANY, ANSONIA FINANCE STATION PO BOX 237037 NEW YORK, NY  10023 | 1647 8/6/09 NO DEBTOR | - (S) - (A) - (P) $61,064.47 (U) $61,064.47 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. |
| MOREDIRECT 4800 T-REX AVENUE, SUITE 300 BOCA RATON, FL  33431 | 7127 3/2/10 NO DEBTOR | - (S) - (A) - (P) $1,227.10 (U) $1,227.10 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. |
| NATIONAL FUEL GAS DISTRIBUTION CORP. LEGAL DEPARTMENT 6363 MAIN STREET WILLIAMSVILLE, NY  14221 | 1238 5/26/09 NO DEBTOR | - (S) - (A) - (P) $230.43 (U) $230.43 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. |
| NEW JERSEY DEPARTMENT OF TREASURY ATTN: STEPHEN SYLVESTER, ADMIN UNCLAIMED PROPERTY DIVISION P.O. BOX 214 TRENTON, NJ  08695-0214 | 6058 10/27/09 NO DEBTOR | Unspecified* | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $75.29 of the claim is allowable. | 09-10138 Nortel Networks Inc. |
| SPIRENT COMMUNICATIONS INC. 26750 AGOURA ROAD CALABASAS, CA  91302 | 1061 4/30/09 NO DEBTOR | - (S) - (A) - (P) $12,718.76 (U) $12,718.76 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. |

**Exhibit D**

**Wrong Debtor Claims**

Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor |
|---|---|---|---|---|
| STRATALIGHT COMMUNICATIONS INC N/K/A OPNEXT SUBSYSTEMS INC. 151 ALBRIGHT WAY LOS GATOS, CA 95032 | 6060 10/27/09 NO DEBTOR | - (S) - (A) - (P) $43,020.00 (U) $43,020.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. |
| Totals: | 12 Claims | - (S) - (A) - (P) $550,598.36 (U) $550,598.36 (T) | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.