# EXHIBIT E[*]

## No-Basis 503(b)(9) Claims

---

[*] Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP are counsel to the Debtors with respect to all claims appearing on **Exhibit E**.

# Exhibit E

## No-basis 503(b)(9) Claims

| Name/Address of Claimant | No-basis 503(b)(9) Claim to be Expunged | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed |
| GUANGDONG NORTEL TELECOMM. EQUIP. CO.LTD<br>ATTN: MAY CAI, IN-HOUSE COUNSEL<br>RONGLI INDUSTRIAL PARK, LIUHENG ROAD,<br>RONGGUI, SHUNDE DISTRICT<br>GUANGDONG  528306<br>CHINA | 3545<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,927,622.44 (A)<br>- (P)<br>- (U)<br>$3,927,622.44 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 3962 filed by the claimant asserting the same liability. | 3962<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,927,622.44 (A)<br>- (P)<br>$8,533,449.86 (U)<br>$12,461,072.30 (T) |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD<br>ATTN : MAY CAI, IN-HOUSE COUNSEL<br>RONGLI INDUSTRIAL PARK, LIUHENG ROAD,<br>RONGGUI SHUNDE DISTRICT, FOSHAN CITY<br>(QUANGDONG STATE)  528306<br>CHINA | 3498<br>9/23/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$13,526.28 (A)<br>- (P)<br>- (U)<br>$13,526.28 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6818 filed by the claimant asserting the same liability. | 6818<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$13,526.28 (A)<br>- (P)<br>$40,406.88 (U)<br>$53,933.16 (T) |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD<br>ATTN : MAY CAI, IN-HOUSE COUNSEL<br>RONGLI INDUSTRIAL PARK, LIUHENG ROAD,<br>RONGGUI SHUNDE DISTRICT FOSHAN CITY, GUANGDONG 528306<br>CHINA | 3544<br>9/23/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$13,526.28 (A)<br>- (P)<br>$32,201.36 (U)<br>$45,727.64 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6818 filed by the claimant asserting the same liability. | 6818<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$13,526.28 (A)<br>- (P)<br>$40,406.88 (U)<br>$53,933.16 (T) |
| MCLARENS CANADA<br>600 ALDEN RD., SUITE 600<br>MARKHAM, ON  L3R 0E7<br>CANADA | 7290<br>6/14/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$6,710.20 (A)<br>- (P)<br>- (U)<br>$6,710.20 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 7291 filed by the claimant asserting the same liability. | 7291<br>6/14/10<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$6,710.20 (U)<br>$6,710.20 (T) |

# Exhibit E

## No-basis 503(b)(9) Claims

| No-basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** **Date Filed** **Case Info** | **Total Amount Claimed** | | | **Claim Number** **Date Filed** **Case Info** | **Total Amount Claimed** |
| **Totals:** | 4  Claims | - (S) $3,961,385.20 (A) - (P) $32,201.36 (U) $3,993,586.56 (T) | | | | - (S) $3,954,675.00 (A) - (P) $8,620,973.82 (U) $12,575,648.82 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed