# EXHIBIT F[*]

# Equity Claims

---

[*] Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP are counsel to the Debtors with respect to all claims appearing on **Exhibit F**.

# Exhibit F

## Equity Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| GERLACH, KNUT, DR.<br>ERSTE OCHSENKOPPEL 4<br>LUEBECK  D-23566<br>GERMANY | 7008<br>1/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$25,000.00 (A)<br>- (P)<br>- (U)<br>$25,000.00 (T) | Claim is based on ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| GERLACH, KNUT, DR.<br>ERSTE OCHSENKOPPEL 4<br>LUEBECK  D-23566<br>GERMANY | 7009<br>1/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Claim is based on ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| MARTIN, GAY L.<br>293 BLACKSTONE BLVD.<br>PROVIDENCE, RI  02906 | 8205<br>2/29/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,443.09 (U)<br>$8,443.09 (T) | Claim is based on ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| REGAN, PHILIP<br>719 SOUTHWINDS DR<br>BRYN MAWR, PA  19010-2069 | 3597<br>9/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$15,853.00 (U)<br>$15,853.00 (T) | Claim is based on ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| Totals: | 4  Claims | - (S)<br>$25,000.00 (A)<br>- (P)<br>$49,296.09 (U)<br>$74,296.09 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed