IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                            :    Chapter 11
:
NORTEL NETWORKS, INC., ET AL.,                   :    Case No. 09-10138 (KG)
:
                Debtors.              :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

    I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

    On April 23, 2012, I caused to be served the following document via First-Class Mail on those parties identified on **Exhibit A**:

- Certificate of No Objection Regarding the Second Monthly Application for Compensation of Members of the Official Committee of Retired Employees for the Period February 1, 2012 through February 29, 2012 **[Docket No. 7575]**

Dated: April 23, 2012

                                                   /s/ Karen M. Wagner
                                                   Karen M. Wagner
                                                   Kurtzman Carson Consultants LLC
                                                   2335 Alaska Avenue
                                                   El Segundo, CA 90245
                                                   310.823.9000

State of California    )
                                ) ss
County of Los Angeles  )

Subscribed and sworn to (or affirmed) before me on this 23rd day of April 2012, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _/s/ Lydia Pastor Nino_

                                                                   LYDIA PASTOR NINO
                                                                   Commission # 1960751
                                                                   Notary Public - California
                                                                   Los Angeles County
                                                                   My Comm. Expires Nov 18, 2015

# Exhibit A

Exhibit A
First-Class Mail Service List

| Company | Name | Addr1 | Addr2 | Addr3 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Akin Gump | Fred S. Hodara Esq | One Bryant Park | | | New York | NY | 10036-0000 | Counsel for Official Committee of Unsecured Creditors |
| Cleary Gottlieb Steen & Hamilton | James L Bromley | One Liberty Plaza | | | New York | NY | 10006-0000 | Counsel for the Debtors |
| Elliott Greenleaf | Rafael X. Zahralddin-Aravena | 1105 N. Market St Ste 1700 | | | Wilmington | DE | 19801-0000 | Counsel for LTD Committee |
| Morris Nichols Arsht & Tunnell LLP | Derek C Abbott Esq | Ann C Cordo | 1201 N Market St | PO Box 1347 | Wilmington | DE | 19899-1347 | Counsel for the Debtors |
| Nortel Networks Inc | Allen K Stout | 220 Athens Way Ste 300 | | | Nashville | TN | 37228-1304 | Debtors |
| Office of the U.S. Trustee | Thomas P. Tinker. Esq | 844 King St | Ste 2207 Lockbox 35 | | Wilmington | DE | 19801-3519 | Office of the U.S. Trustee |
| Richards Layton & Finger | Mark D. Collins Esq | Christopher M Samis Esq | One Rodney Square | 920 N King St | Wilmington | DE | 19801-0000 | Counsel for Official Committee of Unsecured Creditors |

Nortel Networks, Inc.
Case No. 09-10138 (KG)