# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2012 Through March 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Costs | | $25.00 |
| Transcripts | | 484.00 |
| Photos/Art/ Spec Duplicating | Out of Office | 5,434.87 |
| Meals | | 61.25 |
| Messenger Service | | 168.00 |
| Courier/Delivery Service | | 1,032.60 |
| Computer Research | Westlaw | 58.06 |
| In House Duplicating | | 503.00 |
| Postage | | 94.75 |
| Facsimile | | 2,998.50 |
| Pacer | | 25.60 |
| **Grand Total Expenses** | | **$10,885.63** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 939048 | 03/21/12 | B | 25.00 | Court Costs - CLERK, U.S. DISTRICT COURT` PRO HAC VICE FEE - JEFFREY A. ROSENTHAL - 03/21/2012 | 503 | 904 | 186618 |
| 937650 | 03/09/12 | B | 163.35 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 03/09/2012 | 506 | 904 | 186412 |
| 940770 | 03/22/12 | B | 320.65 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 03/22/2012 | 506 | 904 | 186888 |
| 936056 | 03/01/12 | B | 1,084.73 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 03/01/2012 | 510 | 900 | 186307 |
| 935846 | 03/02/12 | B | 1,157.59 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 03/02/2012 | 510 | 900 | 186242 |
| 938871 | 03/09/12 | B | 820.79 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 03/09/2/2012 | 510 | 684 | 186558 |
| 938870 | 03/12/12 | B | 779.62 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 03/12/2012 | 510 | 684 | 186557 |
| 942384 | 03/21/12 | B | 489.21 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL ` SERVICES LLC` COPY/PRINT - 03/21/2012 | 510 | 684 | 186979 |
| 942383 | 03/29/12 | B | 1,102.93 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 03/29/2012 | 510 | 904 | 186978 |
| 939527 | 03/22/12 | B | 61.25 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 7 - 03/22/2012 | 512 | 900 | 186689 |
| 935663 | 03/01/12 | B | 9.00 | Messenger Service | 513S | 000 | |
| 935667 | 03/01/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935675 | 03/01/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935676 | 03/01/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935682 | 03/02/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 935687 | 03/02/12 | B | 15.00 | Messenger Service | 513S | 000 | |
| 941058 | 03/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 941059 | 03/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 941085 | 03/06/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 941090 | 03/06/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 941092 | 03/06/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 941094 | 03/06/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 941130 | 03/08/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 941175 | 03/12/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 941194 | 03/13/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 941208 | 03/14/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 941219 | 03/14/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 941220 | 03/15/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 941231 | 03/15/12 | B | 6.00 | Messenger Service | 513S | 000 | |

```
Nortel Networks, Inc.                                                    PROFORMA  295052         AS OF 03/31/12          INVOICE# ******
63989-DIP
DATE: 04/23/12 12:10:57


INDEX    DATE      STAT      AMOUNT    DESCRIPTION                                                      CODE     TKPER    VOUCHER
941237  03/16/12    B          3.00    Messenger Service                                                513S     000
941290  03/20/12    B          3.00    Messenger Service                                                513S     000
941295  03/20/12    B          9.00    Messenger Service                                                513S     000
941298  03/20/12    B          3.00    Messenger Service                                                513S     000
941303  03/20/12    B          3.00    Messenger Service                                                513S     000
941304  03/20/12    B          3.00    Messenger Service                                                513S     000
941313  03/21/12    B          3.00    Messenger Service                                                513S     000
941314  03/21/12    B          3.00    Messenger Service                                                513S     000
941318  03/21/12    B          3.00    Messenger Service                                                513S     000
941373  03/23/12    B          3.00    Messenger Service                                                513S     000
941380  03/26/12    B          3.00    Messenger Service                                                513S     000
941389  03/26/12    B          3.00    Messenger Service                                                513S     000
941392  03/26/12    B          3.00    Messenger Service                                                513S     000
941393  03/26/12    B          3.00    Messenger Service                                                513S     000
941412  03/27/12    B          3.00    Messenger Service                                                513S     000
941421  03/27/12    B          3.00    Messenger Service                                                513S     000
941422  03/27/12    B          6.00    Messenger Service                                                513S     000
941451  03/29/12    B          3.00    Messenger Service                                                513S     000
941458  03/29/12    B          3.00    Messenger Service                                                513S     000
941460  03/29/12    B          3.00    Messenger Service                                                513S     000
941463  03/29/12    B          3.00    Messenger Service                                                513S     000
939158  03/05/12    B         34.50    Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC            514      000      186633
936698  03/06/12    B         32.43    Courier/Delivery Service - FEDERAL EXPRESS CORP.                 514      000      186373
936475  03/06/12    B         17.11    Courier/Delivery Service                                         514      322      186350
936476  03/06/12    B         12.28    Courier/Delivery Service                                         514      322      186350
936477  03/06/12    B         17.11    Courier/Delivery Service                                         514      322      186350
936478  03/06/12    B         12.28    Courier/Delivery Service                                         514      322      186350
936479  03/06/12    B         12.28    Courier/Delivery Service                                         514      322      186350
936480  03/06/12    B         18.54    Courier/Delivery Service                                         514      322      186350
936487  03/06/12    B         12.28    Courier/Delivery Service                                         514      322      186350
936488  03/06/12    B         23.01    Courier/Delivery Service                                         514      322      186350
936489  03/06/12    B         20.75    Courier/Delivery Service                                         514      322      186350
936490  03/06/12    B         18.54    Courier/Delivery Service                                         514      322      186350
936491  03/06/12    B         12.28    Courier/Delivery Service                                         514      322      186350
936492  03/06/12    B         12.28    Courier/Delivery Service                                         514      322      186350
936481  03/06/12    B         17.11    Courier/Delivery Service                                         514      322      186350
936482  03/06/12    B         12.28    Courier/Delivery Service                                         514      322      186350
936483  03/06/12    B         12.28    Courier/Delivery Service                                         514      322      186350
```

| INDEX  | DATE     | STAT | AMOUNT | DESCRIPTION                                                                                          | CODE | TKPER | VOUCHER |
|--------|----------|------|--------|------------------------------------------------------------------------------------------------------|------|-------|---------|
| 936484 | 03/06/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186350  |
| 936485 | 03/06/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186350  |
| 936486 | 03/06/12 | B    | 23.01  | Courier/Delivery Service                                                                             | 514  | 322   | 186350  |
| 942579 | 03/07/12 | B    | 35.50  | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 03/07/2012                 | 514  | 000   | 187073  |
| 939540 | 03/14/12 | B    | 36.60  | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC                                                | 514  | 000   | 186699  |
| 939435 | 03/20/12 | B    | 32.43  | Courier/Delivery Service - FEDERAL EXPRESS CORP.                                                     | 514  | 000   | 186663  |
| 939303 | 03/20/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939304 | 03/20/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939305 | 03/20/12 | B    | 17.11  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939297 | 03/20/12 | B    | 19.06  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939298 | 03/20/12 | B    | 15.67  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939299 | 03/20/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939300 | 03/20/12 | B    | 18.54  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939301 | 03/20/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939302 | 03/20/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939291 | 03/20/12 | B    | 18.54  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939292 | 03/20/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939293 | 03/20/12 | B    | 23.01  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939294 | 03/20/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939295 | 03/20/12 | B    | 17.11  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 939296 | 03/20/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186658  |
| 942582 | 03/21/12 | B    | 35.50  | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 03/21/2012                 | 514  | 904   | 187073  |
| 940923 | 03/21/12 | B    | 13.80  | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC                                                | 514  | 000   | 186915  |
| 942244 | 03/26/12 | B    | 80.60  | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC                                                | 514  | 000   | 186957  |
| 940484 | 03/28/12 | B    | 17.11  | Courier/Delivery Service                                                                             | 514  | 322   | 186816  |
| 940485 | 03/29/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186816  |
| 942245 | 03/29/12 | B    | 6.90   | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC                                                | 514  | 000   | 186957  |
| 940477 | 03/29/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186816  |
| 940478 | 03/29/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186816  |
| 940479 | 03/29/12 | B    | 18.54  | Courier/Delivery Service                                                                             | 514  | 322   | 186816  |
| 940912 | 03/29/12 | B    | 32.43  | Courier/Delivery Service - FEDERAL EXPRESS CORP.                                                     | 514  | 000   | 186905  |
| 940486 | 03/29/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186816  |
| 940487 | 03/29/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186816  |
| 940488 | 03/29/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186816  |
| 940489 | 03/29/12 | B    | 12.28  | Courier/Delivery Service                                                                             | 514  | 322   | 186816  |
| 940480 | 03/29/12 | B    | 17.11  | Courier/Delivery Service                                                                             | 514  | 322   | 186816  |

Nortel Networks, Inc.
63989-DIP
DATE: 04/23/12 12:10:57

PROFORMA  295052                                      AS OF 03/31/12                              INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 940481 | 03/29/12 | B | 17.11 | Courier/Delivery Service | 514 | 322 | 186816 |
| 940482 | 03/29/12 | B | 18.54 | Courier/Delivery Service | 514 | 322 | 186816 |
| 940483 | 03/29/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 186816 |
| 939671 | 03/13/12 | B | 58.06 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 934765 | 03/01/12 | B | 9.90 | In-House Duplicating | 519 | 684 | |
| 934766 | 03/01/12 | B | 7.80 | In-House Duplicating | 519 | 684 | |
| 934767 | 03/01/12 | B | 3.40 | In-House Duplicating | 519 | 684 | |
| 934768 | 03/01/12 | B | 13.00 | In-House Duplicating | 519 | 684 | |
| 934890 | 03/02/12 | B | 9.00 | In-House Duplicating | 519 | 684 | |
| 934891 | 03/02/12 | B | 14.80 | In-House Duplicating | 519 | 684 | |
| 935950 | 03/06/12 | B | 32.30 | In-House Duplicating | 519 | 684 | |
| 938224 | 03/16/12 | B | 1.80 | In-House Duplicating | 519 | 554 | |
| 938940 | 03/20/12 | B | 31.10 | In-House Duplicating | 519 | 546 | |
| 938937 | 03/20/12 | B | 12.00 | In-House Duplicating | 519 | 684 | |
| 938938 | 03/20/12 | B | 4.20 | In-House Duplicating | 519 | 684 | |
| 938939 | 03/20/12 | B | 23.20 | In-House Duplicating | 519 | 684 | |
| 938941 | 03/20/12 | B | 8.70 | In-House Duplicating | 519 | 684 | |
| 938942 | 03/20/12 | B | 27.00 | In-House Duplicating | 519 | 684 | |
| 939070 | 03/21/12 | B | 3.10 | In-House Duplicating | 519 | 684 | |
| 939224 | 03/21/12 | B | 0.20 | In-House Duplicating | 519 | 603 | |
| 939568 | 03/26/12 | B | 9.60 | In-House Duplicating | 519 | 684 | |
| 939581 | 03/26/12 | B | 6.00 | In-House Duplicating | 519 | 684 | |
| 939817 | 03/27/12 | B | 1.80 | In-House Duplicating | 519 | 684 | |
| 939818 | 03/27/12 | B | 0.10 | In-House Duplicating | 519 | 684 | |
| 940146 | 03/28/12 | B | 94.00 | In-House Duplicating | 519 | 623 | |
| 940147 | 03/28/12 | B | 8.00 | In-House Duplicating | 519 | 623 | |
| 940148 | 03/29/12 | B | 25.50 | In-House Duplicating | 519 | 684 | |
| 935160 | 03/01/12 | B | 8.00 | Postage | 520 | 000 | |
| 935161 | 03/01/12 | B | 4.00 | Postage | 520 | 000 | |
| 941602 | 03/02/12 | B | 8.50 | Postage | 520 | 684 | |
| 941607 | 03/05/12 | B | 2.20 | Postage | 520 | 684 | |
| 941629 | 03/13/12 | B | 0.90 | Postage | 520 | 684 | |
| 941644 | 03/21/12 | B | 1.80 | Postage | 520 | 684 | |
| 941649 | 03/22/12 | B | 1.10 | Postage | 520 | 684 | |
| 941651 | 03/27/12 | B | 1.10 | Postage | 520 | 684 | |
| 941655 | 03/29/12 | B | 15.15 | Postage | 520 | 684 | |
| 941657 | 03/29/12 | B | 52.00 | Postage | 520 | 900 | |

Nortel Networks, Inc.
63989-DIP
DATE: 04/23/12 12:10:57

PROFORMA  295052                              AS OF 03/31/12                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 936096 | 03/06/12 | B | 859.75 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 03/06/2012 | 522H | 684 | 186331 |
| 939519 | 03/20/12 | B | 1,312.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 03/20/2012 | 522H | 900 | 186679 |
| 942385 | 03/21/12 | B | 69.75 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 03/21/2012 | 522H | 684 | 186980 |
| 942386 | 03/28/12 | B | 8.75 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 03/28/2012 | 522H | 684 | 186981 |
| 942387 | 03/29/12 | B | 748.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 03/29/2012 | 522H | 684 | 186982 |
| 938551 | 02/29/12 | B | 25.60 | Pacer charges for the month of February | 529 | 000 | |
| 934769 | 03/01/12 | B | 12.10 | In-House Printing - black & white | 541 | 684 | |
| 934892 | 03/02/12 | B | 41.15 | In-House Printing - black & white | 541 | 684 | |
| 935951 | 03/06/12 | B | 2.80 | In-House Printing - black & white | 541 | 684 | |
| 936111 | 03/07/12 | B | 3.00 | In-House Printing - black & white | 541 | 904 | |
| 936428 | 03/08/12 | B | 3.60 | In-House Printing - black & white | 541 | 684 | |
| 937025 | 03/12/12 | B | 1.50 | In-House Printing - black & white | 541 | 684 | |
| 937993 | 03/14/12 | B | 1.05 | In-House Printing - black & white | 541 | 605 | |
| 938110 | 03/15/12 | B | 2.20 | In-House Printing - black & white | 541 | 684 | |
| 938387 | 03/19/12 | B | 1.20 | In-House Printing - black & white | 541 | 605 | |
| 938952 | 03/19/12 | B | 1.40 | In-House Printing - black & white | 541 | 605 | |
| 938943 | 03/20/12 | B | 62.35 | In-House Printing - black & white | 541 | 684 | |
| 939071 | 03/21/12 | B | 3.05 | In-House Printing - black & white | 541 | 684 | |
| 939352 | 03/23/12 | B | 4.00 | In-House Printing - black & white | 541 | 684 | |
| 939841 | 03/27/12 | B | 1.60 | In-House Printing - black & white | 541 | 605 | |
| 939819 | 03/27/12 | B | 1.40 | In-House Printing - black & white | 541 | 684 | |
| 940149 | 03/28/12 | B | 11.55 | In-House Printing - black & white | 541 | 623 | |
| 939996 | 03/28/12 | B | 1.35 | In-House Printing - black & white | 541 | 684 | |
| 940150 | 03/29/12 | B | 1.20 | In-House Printing - black & white | 541 | 684 | |

10,885.63