## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### MEDIATOR'S STATEMENT REQUIRED BY LOCAL RULE
### OF BANKRUPTCY PROCEDURE 9019-2(e)(iii)(B)

I have performed a conflict review in the records of my law firm, as required under Local

Rule of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")

9019-2(e)(iii)(B).  Based on that review, I did not find any basis for disqualification, and I have

no actual or potential conflict of interest.

Dated: April 24, 2012

Richard Levin
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000