# EXHIBIT A

**Exhibit A**

**EXPENSE SUMMARY**

Nortel Networks, Inc. *et al.*
(Case No. 09-10138)

**Paul Morrison
Expense Summary
February 1, 2012 through February 29, 2012**

| EXPENSE CATAGORY | SERVICE PROVIDER (if applicable) | TOTAL EXPENSES |
|---|---|---|
| Airfare, Baggage | American Airlines | $584.60 |
| Hotel | Marriott | $475.20 |
| Ground Travel (Taxis) | Miscellaneous | $265.76 |
| Meals | Miscellaneous | $358.94 |
| Other (Phone) | Miscellaneous | $2.49 |

| **Meals** | **Hotel** | **Airfare** | **Ground** | **Other*** | | |
|---|---|---|---|---|---|---|
| $ 34.99 | $ 801.64 | $ 584.60 | $ 65.28 | | | |
| | | | $ 46.10 | | | |
| | | | $ 44.60 | | | |
| | | | $ 44.50 | | | |
| | | | $ 65.28 | | | |
| $ 34.99 | $ 801.64 | $584.60 | $ 265.76 | $ 0 | **TOTAL** | **$1686.99** |