IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |

**NOTICE OF SERVICE OF OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEBTORS**

I, Rafael X. Zahralddin-Aravena, Counsel to the Official Committee of Long Term Disability Participants (the "Committee") hereby certify that I caused a copy of [Committee's] *Plaintiffs' First Request for Production of Documents Directed to Defendant Nortel Networks, Inc.* to be served via e-mail notification on counsel ("Debtors' Counsel") to Nortel Networks, Inc. ("Debtors") on September 12, 2011.

The Committee held conferences with Debtors' Counsel on September 12, 2011 and September 14, 2011, pursuant to Del. Bankr. L.R. 2004-1(a). The Debtors and the Committee agreed that the Debtors would respond to a document production request. The Debtors reserved the right to object to the scope and substance of the discovery and the Committee reserved its

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WLM: 23372 v1

rights to file a motion for a 2004 examination at a later time, but agreed to postpone filing the motion.

Dated:  April 25, 2012
        Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
Jonathan A. Stemerman (DE Bar No. 4510)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399
Email:  rxza@elliottgreenleaf.com
Email:  sak@elliottgreenleaf.com
Email:  jms@elliottgreenleaf.com

*Counsel to the Official Committee of
Long Term Disability Participants*

WLM: 23372 v1