IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF CONNECTICUT | ) |
| | ) ss.: |
| COUNTY OF HARTFORD | ) |

BRIAN HUNT, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as an A ssociate Consultant b y Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On April 26, 2012, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

   a) the sellers of the claims as listed on the annexed Exhibit B,
   b) the buyers of the claims as listed on the annexed Exhibit C,
   c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Brian Hunt

Sworn to before me this
26th day of April, 2012

Amy E. Lewis
Notary Public, State of Connecticut

AMY E. LEWIS
NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 2012

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:        **Securematics Inc.**
           **1135 Walsh Ave.**
           **Santa Clara, CA  95050**

Your claim, in the amount of **$5,336.24** has been transferred, unless previously expunged by Court Order, to:

           **ASM Capital IV, L.P.**
           **c/o ASM Capital**
           **7600 Jericho Turnpike, Suite 302**
           **Woodbury, NY  11797**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#7583** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By      /s/ Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage prepaid on April 26, 2012

**EXHIBIT B**

SECUREMATICS INC., 1135 WALSH AVE., SANTA CLARA, CA  95050

MARTINGALE ROAD LLC, AS TRANSFEREE OF WOODFIELD HOLDINGS PT, LLC
C/O KELLEY DRYE & WARREN LLP, ATTN: ANDREW P. PILLSBURY, ESQ.
333 WEST WACKER DRIVE, SUITE 2600, CHICAGO, IL  60606

CHETLEY HAWKINS, 65 BLUE  JAY, IRVINE, CA  92604

BRANT MCARTHUR, 11500 AUTUMN OAKS LANE, RALEIGH, NC  27614

**EXHIBIT C**

ASM CAPITAL IV, L.P., C/O ASM CAPITAL, 7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY  11797

SONAR CREDIT PARTNERS II, LLC, 200 BUSINESS PARK DRIVE, SUITE 201, ARMONK, NY
10504

LIQUIDITY SOLUTIONS, INC., ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ
07601

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY, ONE LIBERTY PLAZA, NEW YORK, NY  10006