## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket No. 7475 |
| | ) Objection Deadline: 4/20/2012 @ 4:00 p.m. |

### CERTIFICATE OF NO OBJECTION REGARDING THE SECOND APPLICATION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR REIMBURSEMENT OF EXPENSES INCURRED BY COMMITTEE MEMBERS

The undersigned counsel hereby certifies that, as of the date hereof:

1. She has received no answer, objection, or other responsive pleading to the Second Application of the Official Committee of Long Term Disability Participants for Reimbursement of Expenses Incurred by Committee Members for the Period February 1, 2012 through February 29, 2012 (the "Application") (Docket No. 7475) filed on March 30, 2012.

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served by April 20, 2012 (the "Objection Deadline"). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

States Bankruptcy Court for the District of Delaware and General Chambers Procedures § 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

3. The Application requested reimbursement of expenses in the amount of $1,072.19 pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interim Compensation Order") (Docket No. 222). As noted above, no objections were received to the expense request.

Dated: April 27, 2012　　　　　**ELLIOTT GREENLEAF**
　　　　Wilmington, DE

　　　　　　　　　　　　　　　　/s/Shelley A. Kinsella
　　　　　　　　　　　　　　　　Rafael X. Zahralddin-Aravena (DE No. 4166)
　　　　　　　　　　　　　　　　Shelley A. Kinsella (DE No. 4023)
　　　　　　　　　　　　　　　　1105 N. Market Street, Ste 1700
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　Telephone: (302) 384-9400
　　　　　　　　　　　　　　　　Facsimile: (302) 384-9399
　　　　　　　　　　　　　　　　Email: rxza@elliottgreenleaf.com
　　　　　　　　　　　　　　　　Email: sak@elliottgreenleaf.com

　　　　　　　　　　　　　　　　*Counsel to the Official Committee of Long Term Disability Participants*