**EXHIBIT A**



# Commonwealth of Virginia
## Department of Taxation

## NOTICE OF ASSESSMENT

NORTEL NETWORKS INC
18009 SKY PARK CIR STE 106
IRVINE, CA 92614

Date of Assessment: December 20, 2007

| VA Tax Account Number | Tax Type | Tax Year or Period | Bill Number | Amount Due |
|---|---|---|---|---|
| 12-042486332F-001 | Use | Dec 1, 2003 - Nov 30, 2006 | 68574 | $1,311,895.79 |

### Breakdown of Amount Due

| Description | Amount |
|---|---|
| Tax | $1,090,146.33 |
| Interest | $221,749.46 |
| Total Amount Due | $1,311,895.79 |

Please see the reason(s) for the assessment shown below:

- A field audit was conducted which uncovered an additional tax liability

- Field audit contested - the portion of an audit conducted by field auditors which is being disputed by the taxpayer



**Use the tear-off coupon below to make sure that your payment is properly applied to your account.**

Please see the back of this form for important information about your assessment. If you have any questions or need assistance, please call us at (804) 367-8037, or write to the address below.

Office of Customer Relations
Customer Service Section
Contact Center
P.O. Box 1115
Richmond, VA 23218-1115

ARAS600A Notice of Assessmt-No Sum of Adj

www.tax.virginia.gov

---

NBILL(422)           Please do not staple payment          For Office Use
NORTEL NETWORKS INC

☐ Check this box to give new address or information on back

0424063327 2570017 665747

SSN/FEIN: 04-2486332         Amount Paid $
Bill Number: 68574

Date Due: 01/19/2008
Payment Due: $1,311,895.79

- Make check or money order payable to "Virginia Department of Taxation." *Do not send cash.*
- Insert this tear off coupon in the envelope provided. Please do not use this coupon or envelope for other types of tax.
- Write the above bill number on the check or money order.

Virginia Department of Taxation
P.O. Box 1777
Richmond, VA 23218-1777



Information You Should Know...

- This assessment covers only the tax year or period shown. If the assessment is not paid within 30 days, interest will accrue on the unpaid balance. We may begin collection activity on this assessment after 30 days. Any collection action taken on this bill will be in addition to collection activities that may be pending or in progress on any other bills outstanding on your account.
- If you do not agree with the amount of the assessment, you may send a written notice within 90 days of the date of the assessment. Collection activity will continue until your written notice is received. Written notices should be addressed to: Virginia Department of Taxation, P.O. Box 1115, Richmond, Virginia 23218-1115.
- If you would like to appeal the legal basis for the assessment, see "Administrative Appeal of Assessment" below.

Options for payment...

- If you would like to request an installment payment plan, call us at 804-440-5100.
- To pay online, visit iFile on our web page at www.tax.virginia.gov
- To make your payment by credit card, call 1-800-2PAYTAX.



Administrative Appeal of Assessment (Code of Virginia 58.1-1821)...

- You may appeal this assessment at any time within 90 days of the date of assessment. Your appeal must be in writing and it should describe the grounds for your protest of the notice of assessment and the facts relevant to your case. Appeals should be addressed to: Virginia Department of Taxation, P.O. Box 27203, Richmond, Virginia 23261-7203.
- Upon receipt of your appeal, the department will cease actions to collect this debt pending the resolution of your appeal, provided the department does not conclude that collection would be jeopardized by delay. If your appeal is denied, in whole or in part, penalty and interest charges will continue to accrue on any unpaid balance.
- For more information on your rights in assessment and collection proceedings, please visit our web page at www.tax.virginia.gov, and click on Publications on the home page.