# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2012 through March 31, 2012

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| Asset Disposition | 3.5 | $2,537.50 |
| Case Administration | 2.8 | $1,157.00 |
| Fee and Employment Applications | 14.4 | $5,671.50 |
| Analysis of Canadian Law | 35.2 | $25,685.50 |
| Intercompany Analysis | 44.9 | $40,400.50 |
| Canadian CCAA Proceedings/Matters | 33.4 | $28,307.50 |
| **TOTAL** | 152.6 | $115,686.50 |

13534642.1

**EXHIBIT A**

ASSET DISPOSITIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bauer | Alison D. | 05/03/2012 | conference S. Bomhof (.5); researching guaranty related issues (3.0); | 3.5 | 2,537.50 | 11069151 |

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 02/03/2012 | emails regarding case developments, and search information; | 0.6 | 585.00 | 11066768 |
| Ralph | Dianne | 05/03/2012 | research case law as directed by A. Bauer (.2); email to A. Bauer regarding same (.1); | 0.3 | 78.00 | 11080757 |
| Ralph | Dianne | 19/03/2012 | review of court docket (.1); provide update to attorneys (.1); | 0.2 | 52.00 | 11091193 |
| Ralph | Dianne | 12/03/2012 | review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11093862 |
| Ralph | Dianne | 16/03/2012 | review of court docket regarding CNO filing | 0.2 | 52.00 | 11094046 |
| Ralph | Dianne | 05/03/2012 | review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11103714 |
| Ralph | Dianne | 29/03/2012 | review of court docket (.1); court calendar deadlines (.1); | 0.3 | 78.00 | 11109719 |
| Ralph | Dianne | 26/03/2012 | review of court docket (.1); provide update to attorneys (.1); | 0.2 | 52.00 | 11110069 |
| Ralph | Dianne | 23/03/2012 | review of court docket (.1); court calendar hearings and deadlines (.2) | 0.3 | 78.00 | 11111220 |
| Ralph | Dianne | 13/03/2012 | review of court docket (.1); court calendar and email to attorneys regarding hearing date (.2) | 0.3 | 78.00 | 11111300 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/03/2012 | Quarterly fee applications | 0.5 | 437.50 | 11069975 |
| Gray | William | 13/03/2012 | Review quarterly fee application (.6); Review document for objection (.2); | 0.8 | 700.00 | 11085884 |
| Gray | William | 21/03/2012 | Review fee application | 0.7 | 612.50 | 11091712 |
| Bauer | Alison D. | 20/03/2012 | attention to email re hearing and fee app requirements | 0.1 | 72.50 | 11092470 |
| Bauer | Alison D. | 21/03/2012 | conf. Gray (.1); review fee app entries (.3); conf D. Ralph (.2); issue of GST (.1) | 0.7 | 507.50 | 11094002 |
| Bauer | Alison D. | 22/03/2012 | review fee app | 0.5 | 362.50 | 11094685 |
| Bauer | Alison D. | 23/03/2012 | emails A. Cordo and D. Ralph re fee app | 0.1 | 72.50 | 11098044 |
| Bauer | Alison D. | 26/03/2012 | Emails regarding filing of fee application | 0.1 | 72.50 | 11101222 |
| Ralph | Dianne | 15/03/2012 | review of February time entries | 0.6 | 156.00 | 11094318 |
| Ralph | Dianne | 20/03/2012 | additional review of February time entries (.6); email and conference with W. Gray regarding same (.3) | 0.9 | 234.00 | 11094428 |
| Ralph | Dianne | 19/03/2012 | review of February time entries (.7); emails to J. Wong regarding same (.1) | 0.8 | 208.00 | 11094727 |
| Ralph | Dianne | 14/03/2012 | emails to J. Wong regarding February time entries and expenses (.2); review of February time entries (.9) | 1.1 | 286.00 | 11094858 |
| Ralph | Dianne | 21/03/2012 | preparation of February fee application and finalize February time entries and expenses (.7); email to J. Wong regarding same (.1); conference with A. Bauer (.2); | 1.0 | 260.00 | 11094949 |
| Ralph | Dianne | 22/03/2012 | work on finalizing February fee application (1.4); conference with A. Bauer regarding February fee application (.6) | 2.0 | 520.00 | 11096338 |
| Ralph | Dianne | 26/03/2012 | finalize Torys' eleventh monthly fee application (.7); email to A. Cordo regarding filing fee application (.1) | 0.8 | 208.00 | 11109738 |
| Ralph | Dianne | 23/03/2012 | review and finalized February fee application (1.2); emails to J. Wong regarding time entries (.5); emails to A. Cordo February fee application (.3) | 2.0 | 520.00 | 11110842 |
| Ralph | Dianne | 15/03/2012 | review and update of February time entries | 0.8 | 208.00 | 11111172 |
| Ralph | Dianne | 16/03/2012 | review and update February time entries | 0.9 | 234.00 | 11111585 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/03/2012 | exchange e-mails with Cleary regarding Canadian legal research on claims process; | 0.5 | 405.00 | 11063638 |
| Bomhof | Scott A. | 02/03/2012 | research regarding Canadian legal issues and telephone call with E. Bussigel regarding same; | 1.5 | 1,215.00 | 11066318 |
| Bomhof | Scott A. | 05/03/2012 | research regarding Canadian legal issues; | 2.5 | 2,025.00 | 11069653 |
| Bomhof | Scott A. | 06/03/2012 | Research on Canadian legal issues; | 2.6 | 2,106.00 | 11071313 |
| Bomhof | Scott A. | 07/03/2012 | research regarding Canadian legal issues; | 1.5 | 1,215.00 | 11073616 |
| Bomhof | Scott A. | 09/03/2012 | Research regarding Canadian legal issues; | 2.0 | 1,620.00 | 11077522 |
| Bomhof | Scott A. | 12/03/2012 | research regarding Canadian legal issues; | 1.4 | 1,134.00 | 11078541 |
| Bomhof | Scott A. | 14/03/2012 | reviewing draft mediation brief; | 1.0 | 810.00 | 11084235 |
| Bomhof | Scott A. | 20/03/2012 | review draft mediation brief and update research on Canadian law issues; | 1.0 | 810.00 | 11091636 |
| Bomhof | Scott A. | 19/03/2012 | reviewing draft mediation brief and update Canadian law research; | 0.9 | 729.00 | 11091640 |
| Bomhof | Scott A. | 21/03/2012 | reviewing memo and providing comments on Canadian legal issues; | 1.0 | 810.00 | 11093696 |
| Bomhof | Scott A. | 23/03/2012 | research regarding Canadian legal issues; | 2.0 | 1,620.00 | 11097578 |
| Bomhof | Scott A. | 22/03/2012 | research regarding Canadian legal issues; | 1.9 | 1,539.00 | 11097694 |
| Atkey | Matthew | 01/03/2012 | initial research re Canadian law relating to appropriation of payments; | 0.5 | 250.00 | 11065326 |
| Atkey | Matthew | 05/03/2012 | further research re payments and claims in cross-border proceedings and communications with Cleary re same; | 2.7 | 1,350.00 | 11093915 |
| Atkey | Matthew | 03/03/2012 | research re Canadian law relating to payments; | 2.5 | 1,250.00 | 11094243 |
| Atkey | Matthew | 02/03/2012 | conference call with Cleary re payments and research and preparation re same; | 2.9 | 1,450.00 | 11094476 |
| Atkey | Matthew | 21/03/2012 | initial review of articles provided by Cleary in connection with analysis of claims; | 0.5 | 250.00 | 11095064 |
| Atkey | Matthew | 22/03/2012 | further review of draft memo and articles provided by Cleary, follow-up research re same and meeting with Scott Bomhof re same; | 2.2 | 1,100.00 | 11095101 |
| DeMarinis | Tony | 28/03/2012 | analysis relating to overlapping claims valuation in Canadian proceedings; | 2.8 | 2,730.00 | 11105673 |
| DeMarinis | Tony | 30/03/2012 | reading memorandum on claims issues in Canadian proceedings, and analysis of same; | 1.3 | 1,267.50 | 11109545 |

ANALYSIS OF CANADIAN LAW

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 21/03/2012 | attend conference call with Fraser Milner and R. Bennet regarding scheduling of mediation and report to Cleary with respect to same; | 1.0 | 810.00 | 11093704 |
| Bomhof | Scott A. | 23/03/2012 | meeting with A. Gray and consolidate comments on draft mediation brief and providing comments to Cleary; | 1.5 | 1,215.00 | 11097634 |
| Bomhof | Scott A. | 26/03/2012 | reviewing e-mail from Clearys regarding Canadian court materials for mediation brief and prepare package of CCAA materials; | 1.3 | 1,053.00 | 11100680 |
| Bomhof | Scott A. | 27/03/2012 | reviewing mediation brief and assist in putting together CCAA orders with respect to same; | 1.5 | 1,215.00 | 11102627 |
| Bomhof | Scott A. | 30/03/2012 | Follow up on preparation sessions for April 24 mediation in Toronto; | 0.5 | 405.00 | 11108712 |
| DeMarinis | Tony | 01/03/2012 | analysis of inter-company claim issues; | 1.3 | 1,267.50 | 11063865 |
| DeMarinis | Tony | 22/03/2012 | review EMEA decision and related correspondence and materials (1.0); consideration of decision impact on inter-company matters and pending mediation (1.4); | 2.4 | 2,340.00 | 11095826 |
| DeMarinis | Tony | 23/03/2012 | legal review relating to Judge Gross' EMEA claims decision and pending mediation; | 2.0 | 1,950.00 | 11098839 |
| DeMarinis | Tony | 26/03/2012 | review of correspondence from mediator on proposed process and planning and preparation in relation to same; | 2.5 | 2,437.50 | 11101374 |
| DeMarinis | Tony | 27/03/2012 | engaged in mediation planning and analysis, and correspondence relating to same; | 3.0 | 2,925.00 | 11103355 |
| DeMarinis | Tony | 29/03/2012 | legal review and analysis relating to overlapping and inter-company claims; | 3.5 | 3,412.50 | 11106598 |
| DeMarinis | Tony | 30/03/2012 | preparation and planning in connection with April 24 mediation session; | 3.5 | 3,412.50 | 11109664 |
| Gray | William | 01/03/2012 | Work on issues regarding Canadian legal issues and other issues relating to multiple claims in different jurisdictions | 1.2 | 1,050.00 | 11070623 |
| Gray | William | 02/03/2012 | Work on issues relating to multiple claims and recoveries in multiple jurisdictions | 2.3 | 2,012.50 | 11071186 |
| Gray | William | 06/03/2012 | Review "single payment" issue for multiple claims | 2.6 | 2,275.00 | 11073506 |
| Gray | William | 05/03/2012 | Work on status of claims and Canadian legal issues and relative cross-border priorities; | 1.8 | 1,575.00 | 11073541 |
| Gray | William | 09/03/2012 | Legal issues relating to claims | 1.8 | 1,575.00 | 11084149 |
| Gray | William | 12/03/2012 | Legal research and drafting memorandum regarding Canadian legal issues and claims and multiple recoveries and jurisdiction; | 1.6 | 1,400.00 | 11084169 |
| Gray | William | 13/03/2012 | Work on legal issues pertaining to multi-jurisdictional claims | 0.8 | 700.00 | 11085865 |
| Gray | William | 21/03/2012 | Review decision regarding EMEA claims | 1.5 | 1,312.50 | 11091654 |
| Gray | William | 20/03/2012 | Review court order regarding EMEA action | 1.7 | 1,487.50 | 11091832 |
| Gray | William | 29/03/2012 | Work on mediation brief issues | 1.8 | 1,575.00 | 11110314 |
| Gray | William | 30/03/2012 | Work on mediation brief issues | 1.6 | 1,400.00 | 11110353 |
| Bauer | Alison D. | 20/03/2012 | searching for and attention to opinion and order | 2.0 | 1,450.00 | 11092489 |
| Bauer | Alison D. | 29/03/2012 | conf. Bomhof and attention to mediation notice | 0.2 | 145.00 | 11107721 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/03/2012 | preparing for March 2 motion regarding 6th HWT distribution and telephone call with FMC and Goodmans to discuss amendments to draft order (1.2); exchange e-mails with Cleary regarding insurance issues (.2); | 1.4 | 1,134.00 | 11063669 |
| Bomhof | Scott A. | 02/03/2012 | preparing for and attending motion before Morawetz J. regarding 6th HWT distribution (2.0); discussing insurance motion with A. Merskey and telephone call with S. Dewart to discuss (.5); | 2.5 | 2,025.00 | 11066342 |
| Bomhof | Scott A. | 05/03/2012 | attending weekly status call with Cleary and J. ray (1.0); exchange messages with Cleary regarding insurance motion (.2); reviewing transcript of examination of A. Vantresca regarding insurance motion (.5); | 1.7 | 1,377.00 | 11069629 |
| Bomhof | Scott A. | 06/03/2012 | Discuss insurance matter with E. Buglisee (0.2); discuss settlement issues with R. Eckelrod (0.2); distribute 6th HWT distribution order and endorsement (0.2); | 0.6 | 486.00 | 11071405 |
| Bomhof | Scott A. | 07/03/2012 | reviewing claim settlement and discussing same with Cleary; | 0.8 | 648.00 | 11073545 |
| Bomhof | Scott A. | 09/03/2012 | Review letter from A. Merksey regarding insurance and discuss same with Cleary (0.4); telephone call with J. Bromley to discuss March 8 status conference with mediation scheduling issues (0.3). | 0.7 | 567.00 | 11077513 |
| Bomhof | Scott A. | 12/03/2012 | reviewing letter from A. Merskey and prepare reply to same regarding insurance motion (.5); reviewing decision of Morawetz J. on environmental claims (.5); | 1.0 | 810.00 | 11078611 |
| Bomhof | Scott A. | 13/03/2012 | attending conference call with Cleary, UCC advisors and bondholder advisors; | 1.9 | 1,539.00 | 11081406 |
| Bomhof | Scott A. | 14/03/2012 | reviewing Aerulieus letter and discussion with Cleary (.4); reviewing insurance correspondence (.3); | 0.7 | 567.00 | 11084230 |
| Bomhof | Scott A. | 15/03/2012 | follow-up on insurance motion scheduling with J. Croft; | 0.2 | 162.00 | 11089251 |
| Bomhof | Scott A. | 20/03/2012 | telephone call with E. Bussigel regarding insurance motion and revise draft stipulation (0.6); prepare and send letter to A. Mersky regarding insurance motion (0.3); review reasons of Judge Gross regarding EMEA claims (1.0); | 1.9 | 1,539.00 | 11091634 |
| Bomhof | Scott A. | 19/03/2012 | telephone call with E. Bussigel regarding insurance issues; | 0.3 | 243.00 | 11091655 |
| Bomhof | Scott A. | 21/03/2012 | attending conference call with UCC and advisors) and Cleary regarding review of Judge ruling (1.0); telephone call with Cleary and revising stipulation and discuss same with Norton Rose (1.0); telephone call with S. Dewart regarding scheduling of insurance motion (.2); | 2.2 | 1,782.00 | 11093508 |
| Bomhof | Scott A. | 23/03/2012 | telephone call with A. Merskey and report to Cleary regarding stipulation (.5); reviewing | 1.5 | 1,215.00 | 11097597 |

CANADIAN CCAA PROCEEDINGS/MATTERS

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | materials for approval of sale transactions (1.0); | | | |
| Bomhof | Scott A. | 22/03/2012 | telephone call with Cleary and revising stipulation and telephone call with A. Merskey regarding same (.5); telephone call with S. Dewart regarding insurance settlement (.2); reviewing sale documents (1.3); | 2.0 | 1,620.00 | 11097600 |
| Bomhof | Scott A. | 26/03/2012 | follow up on Canadian court dates for Cleary (.5); telephone call with J. Ray and L. Schwitzer (1.0); telephone call with M. Wunder regarding sale motions (.9); speak to S. Fenton regarding status of criminal trial (.3); attend working call with NNI, UCC and advisors (.8); | 3.5 | 2,835.00 | 11100621 |
| Bomhof | Scott A. | 27/03/2012 | telephone call with Norton Rose regarding insurance motion (.3); reviewing sale agreements and court materials and telephone call with M. Wunder to discuss same (1.5); reviewing 4th estate settlement and discussing same with R. Eckenrod (.3); reviewing post-filing interest issues and discussing same with Cleary (.4); | 2.5 | 2,025.00 | 11102684 |
| Bomhof | Scott A. | 28/03/2012 | telephone call with A. Merskey and telephone call with S. Dewart regarding insurance motion (.3); reviewing draft sale materials and discussing with Cleary (.3); | 0.6 | 486.00 | 11106159 |
| Bomhof | Scott A. | 29/03/2012 | reviewing draft Monitor's report regarding sale and discussing vesting order with FMC (.7); attend call with Cleary, Aiken and FMC regarding mediation issues (1.1); exchange e-mails with L. Lipner regarding sale motion (.2); telephone call with C. Armstrong of Goodmans and exchange e-mail with E. Bussigel regarding insurance motion stipulation (.3); | 2.3 | 1,863.00 | 11106260 |
| Bomhof | Scott A. | 30/03/2012 | telephone call with C. Armstrong regarding insurance motion (0.2); review final court materials with respect to sale transaction (0.5); | 0.7 | 567.00 | 11108839 |
| Gray | Andrew | 04/03/2012 | researching Canadian legal issue; | 2.5 | 1,775.00 | 11066439 |
| Gray | Andrew | 05/03/2012 | discussions regarding status of various proceedings (2.0); conducting legal research (0.8); | 2.8 | 1,988.00 | 11068602 |
| Gray | Andrew | 07/03/2012 | reviewing cases and other legal authorities; | 1.7 | 1,207.00 | 11072128 |
| Gray | Andrew | 08/03/2012 | reviewing Canadian caselaw and discussing same; | 2.3 | 1,633.00 | 11074898 |
| Gray | Andrew | 09/03/2012 | reviewing decision of Justice Morawetz (0.9); reviewing correspondence on upcoming proceedings (0.4); reviewing legal research (1.2) | 2.5 | 1,775.00 | 11077007 |
| Gray | Andrew | 13/03/2012 | reviewing draft legal analysis; | 1.2 | 852.00 | 11081935 |
| Gray | Andrew | 14/03/2012 | reviewing draft legal materials; | 0.8 | 568.00 | 11085761 |
| Gray | Andrew | 21/03/2012 | conference calls regarding mediation and email regarding same (0.9); reviewing legal memorandum (0.8); | 1.7 | 1,207.00 | 11093544 |
| Gray | Andrew | 23/03/2012 | reviewing court materials (0.3); reviewing legal memorandum and cases (1.0) | 1.3 | 923.00 | 11095369 |

CANADIAN CCAA PROCEEDINGS/MATTERS

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 26/03/2012 | reviewing court materials and related correspondence; | 0.7 | 497.00 | 11101714 |
| Gray | Andrew | 27/03/2012 | reviewing correspondence and materials relating to upcoming court hearings in Canada; | 1.2 | 852.00 | 11102993 |
| Gray | Andrew | 29/03/2012 | reviewing court materials and Monitor's report regarding court proceedings (0.8); reviewing correspondence and materials regarding mediation (0.3); | 1.1 | 781.00 | 11107285 |
| Gray | Andrew | 31/03/2012 | internal discussions and with Scott Bomhof and email on upcoming matters; | 0.9 | 639.00 | 11109975 |
| DeMarinis | Tony | 05/03/2012 | review issued March 2 order and endorsement (0.2); review of employee claims and materials (1.2); | 1.4 | 1,365.00 | 11067706 |
| DeMarinis | Tony | 23/03/2012 | correspondence and review regarding OCA appeal notice; | 0.4 | 390.00 | 11098167 |
| DeMarinis | Tony | 28/03/2012 | review Nortel Canada's motion record for April 4 vesting order; | 0.3 | 292.50 | 11105110 |