**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2012 through March 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|:---:|---:|
| Computer Research | Quicklaw / Westlaw | $1,325.88 |
| Duplicating/Printing | 669 pgs @ .10 per pg | $66.90 |
| Miscellaneous | | - |
| Courier | | - |
| Taxi & Travel | Taxi | $80.28 |
| Meals | | - |
| Library Costs | | - |
| Court Searches | PACER Service Fees | - |
| Word Processing | | - |
| Telephone | Long Distance | - |
| **Grand Total Expenses** | | **$1,473.06** |

13534642.1

**EXHIBIT B**

**Date**

| Date | Amount | Description |
|---|---|---|
| 20/03/2012 | $ 80.28 | Taxi & Travel - Rosedale Livery E. BUSSIGEL - 30/01/2012 - 79 WELLINGTON to ISLAND AIRPORT |
| 02/03/2012 | 0.30 | Laser Printing |
| 02/03/2012 | 0.20 | Laser Printing |
| 05/03/2012 | 4.00 | Laser Printing |
| 06/03/2012 | 2.10 | Laser Printing |
| 07/03/2012 | 3.40 | Laser Printing |
| 07/03/2012 | 3.40 | Laser Printing |
| 09/03/2012 | 0.20 | Laser Printing |
| 12/03/2012 | 2.80 | Laser Printing |
| 13/03/2012 | 3.90 | Laser Printing |
| 13/03/2012 | 3.90 | Laser Printing |
| 14/03/2012 | 1.60 | Laser Printing |
| 20/03/2012 | 10.70 | Laser Printing |
| 22/03/2012 | 1.50 | Laser Printing |
| 22/03/2012 | 5.70 | Laser Printing |
| 26/03/2012 | 3.80 | Laser Printing |
| 28/03/2012 | 2.40 | Laser Printing |
| 30/03/2012 | 1.60 | Laser Printing |
| 05/03/2012 | 0.10 | Laser Printing |
| 13/03/2012 | 0.50 | Laser Printing |
| 13/03/2012 | 0.20 | Laser Printing |
| 13/03/2012 | 0.90 | Laser Printing |
| 14/03/2012 | 0.50 | Laser Printing |
| 14/03/2012 | 0.10 | Laser Printing |
| 20/03/2012 | 0.70 | Laser Printing |
| 20/03/2012 | 6.20 | Laser Printing |
| 20/03/2012 | 0.60 | Laser Printing |
| 21/03/2012 | 0.20 | Laser Printing |
| 21/03/2012 | 0.20 | Laser Printing |
| 21/03/2012 | 0.10 | Laser Printing |
| 21/03/2012 | 0.60 | Laser Printing |
| 21/03/2012 | 0.30 | Laser Printing |
| 21/03/2012 | 0.70 | Laser Printing |
| 21/03/2012 | 0.20 | Laser Printing |
| 21/03/2012 | 0.20 | Laser Printing |
| 22/03/2012 | 1.40 | Laser Printing |
| 22/03/2012 | 0.10 | Laser Printing |
| 22/03/2012 | 0.10 | Laser Printing |
| 22/03/2012 | 0.10 | Laser Printing |
| 22/03/2012 | 0.50 | Laser Printing |
| 23/03/2012 | 0.10 | Laser Printing |
| 23/03/2012 | 0.10 | Laser Printing |
| 23/03/2012 | 0.10 | Laser Printing |
| 26/03/2012 | 0.60 | Laser Printing |
| | $ 66.90 | |
| 02/03/2012 | 169.77 | On Line Research Charges - Quicklaw |
| 04/03/2012 | 267.81 | On Line Research Charges - Quicklaw |
| 05/03/2012 | 3.03 | On Line Research Charges - Quicklaw |
| 05/03/2012 | 181.91 | On Line Research Charges - Quicklaw |
| 05/03/2012 | 223.33 | On Line Research Charges - Quicklaw |
| 07/03/2012 | 101.06 | On Line Research Charges - Quicklaw |
| 12/03/2012 | 258.71 | On Line Research Charges - Quicklaw |
| 22/03/2012 | 52.56 | On Line Research Charges - Quicklaw |
| 05/03/2012 | 31.83 | On Line Research Charges -WestlaweCarswell Incl. |
| 07/03/2012 | 31.83 | On Line Research Charges -WestlaweCarswell Incl. |
| 09/03/2012 | 4.04 | On Line Research Charges -WestlaweCarswell Incl. |
| | $ 1,325.88 | |
| **TOTAL** | **$ 1,473.06** | |