# EXHIBIT B



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

Invoice Number 1418949
Invoice Date 04/24/12
Client Number 687147
Matter Number 0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 15.60 | $12,772.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 4.30 | $1,971.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 2.90 | $1,667.50 |
| 0006 | Retention of Professionals | 13.80 | $7,782.00 |
| 0007 | Creditors Committee Meetings | 109.90 | $83,036.50 |
| 0008 | Court Hearings | 9.70 | $7,778.00 |
| 0012 | General Claims Analysis/Claims Objections | 9.90 | $5,698.00 |
| 0014 | Canadian Proceedings/Matters | 4.30 | $3,872.50 |
| 0017 | General Adversary Proceedings | 3.50 | $2,092.50 |
| 0018 | Tax Issues | 34.50 | $20,641.00 |
| 0019 | Labor Issues/Employee Benefits | 13.70 | $11,886.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 11.50 | $8,254.50 |
| 0025 | Travel | 2.80 | $2,227.50 |
| 0026 | Avoidance Actions | 0.50 | $525.00 |
| 0028 | Non-Debtor Affiliates | 0.90 | $517.50 |
| 0029 | Intercompany Analysis | 227.40 | $175,518.00 |
| 0031 | European Proceedings/Matters | 0.10 | $105.00 |
| 0032 | Intellectual Property | 29.70 | $18,099.50 |
| | TOTAL | 495.00 | $364,445.00 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 03/05/12 | BMK | 0002 | Attend to case management and organizational issues | 0.60 |
| 03/06/12 | FSH | 0002 | Weekly call w/J. Ray and Cleary re numerous pending matters. | 1.10 |
| 03/06/12 | DHB | 0002 | Prepare for (.1) and attend (.1) Ray call. | 1.20 |
| 03/06/12 | SBK | 0002 | Emails to/from Hodara re John Ray call (.10); Attend call w/Committee professionals, Ray and Cleary re various pending matters (1.10); Follow-up discussion re same w/Committee professionals (.20); | 1.40 |
| 03/06/12 | BMK | 0002 | Participate in update call with Debtors (1.1); follow up to same (.2). | 1.30 |
| 03/12/12 | FSH | 0002 | Respond to call of creditor re status (.2). | 0.20 |
| 03/14/12 | FSH | 0002 | Examine press release. | 0.10 |
| 03/14/12 | FSH | 0002 | Respond to call of creditor (.1). | 0.10 |
| 03/21/12 | SLS | 0002 | Participate in update call with Company. | 0.80 |
| 03/21/12 | FSH | 0002 | Weekly call with NNI reps (.7). Follow up with Committee advisors (.4). | 1.10 |
| 03/21/12 | AQ | 0002 | Weekly update call with Debtors. | 0.80 |
| 03/21/12 | DHB | 0002 | Attend Ray call (.8); follow up to same (.2). | 1.00 |
| 03/21/12 | BMK | 0002 | Conf with Debtors re: case status | 0.80 |
| 03/26/12 | SLS | 0002 | Participate in update call with Company. | 0.80 |
| 03/26/12 | AQ | 0002 | Weekly update call with Debtors (.5); conference w/Akin team re: same (.3). | 0.80 |
| 03/26/12 | BMK | 0002 | Meet with F. Hodara, D. Botter and A. Qureshi re: case status (0.3); participate in update call with Debtors re: same (0.5) | 0.80 |
| 03/27/12 | BMK | 0002 | TC with J. Borow re: case status (0.2) | 0.20 |
| 03/29/12 | FSH | 0002 | Respond to calls of creditors re pending matters. | 0.80 |
| 03/29/12 | BMK | 0002 | TC with creditor re: case status | 0.40 |
| 03/30/12 | FSH | 0002 | Respond to call of creditor. | 0.50 |
| 03/30/12 | BMK | 0002 | Analysis of committee organizational matters | 0.80 |
| 03/13/12 | BMK | 0003 | Review February invoice | 1.00 |
| 03/25/12 | SLS | 0003 | Prepare exhibit to fee application. | 1.00 |
| 03/26/12 | PJS | 0003 | Review and prepare documents re fee application. | 2.30 |
| 03/15/12 | BMK | 0004 | Attention to professional fee issues | 0.30 |
| 03/19/12 | BMK | 0004 | Review LTD committee motion re: fee cap | 0.80 |
| 03/21/12 | BMK | 0004 | Review Capstone fee application | 0.40 |
| 03/23/12 | BMK | 0004 | Revise draft objection to LTD committee fee cap motion | 1.10 |
| 03/30/12 | BMK | 0004 | Attention to fee issues | 0.30 |
| 03/01/12 | FSH | 0006 | Attention to EY retention and confer with BK and KR re same (.2). Communications with NNI and D. Botter re retention agreements (.3). | 0.50 |
| 03/01/12 | DHB | 0006 | Email communications re Jefferies fee arrangement with Debtors (.3); office conference with F. Hodara re same (.1) and telephone call with Committee members re same (.1); follow-on emails (.2). | 0.70 |
| 03/02/12 | SJW | 0006 | Review Jefferies' original retention application and engagement letter (.5); begin drafting amended retention application (1.1). | 1.60 |
| 03/05/12 | BMK | 0006 | Review and comment on draft motion to amend Jefferies retention (1.8); tc with S. Woodell re: same (0.1) | 1.90 |
| 03/05/12 | SJW | 0006 | Draft amended retention application for Jefferies (3.5); correspondence with B. Kahn re same (.1). | 3.60 |
| 03/06/12 | FSH | 0006 | Review and comment on Jefferies application. | 0.60 |
| 03/06/12 | BMK | 0006 | Review revised draft of Jefferies retention amendment motion (0.5); emails with S. Woodell re: same (0.1); emails with F. Hodara re: same (0.2) | 0.80 |
| 03/06/12 | SJW | 0006 | Review and revise Jefferies retention app per comments of B. Kahn. | 1.40 |
| 03/07/12 | FSH | 0006 | Communications w/B. Kahn, Jefferies re application. | 0.20 |
| 03/07/12 | BMK | 0006 | Conf with F. Hodara re: Jefferies retention issue (0.2); emails with Jefferies re: same (0.2); revise motion re: same (0.2) | 0.60 |
| 03/07/12 | SJW | 0006 | Review several emails from F. Hodara, D. Botter, and B. Kahn re Jefferies retention app. | 0.30 |
| 03/12/12 | FSH | 0006 | Edit Jefferies retention draft and communicate w/BK and Jefferies re | 0.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (.2). Communicate w/NNI re same (.1). | |
| 03/14/12 | FSH | 0006 | Attention to 2014 disclosure. | 0.30 |
| 03/14/12 | DHB | 0006 | Review supplemental declaration and emails re same. | 0.30 |
| 03/19/12 | SJW | 0006 | Call with B. Kahn re Jefferies retention app (.1); follow-up correspondence re same (.1). | 0.20 |
| 03/26/12 | BMK | 0006 | Revise/edit response to LTD committee fee cap motion (0.4); emails with L. Beckerman re: same (0.1) | 0.50 |
| 03/01/12 | SLS | 0007 | Participate in UCC call (1.1) | 1.10 |
| 03/01/12 | LGB | 0007 | Participate on Committee call (1.0). | 1.10 |
| 03/01/12 | FSH | 0007 | Prepare for Committee meeting (.2). Attend same (1.1). Follow-up (.3). | 1.60 |
| 03/01/12 | AQ | 0007 | Attend Committee call. | 1.10 |
| 03/01/12 | DHB | 0007 | Prepare for Committee call (.2); attend same (1.1) and follow-up (.4). | 1.70 |
| 03/01/12 | BMK | 0007 | Prepare for committee call (0.7); attend committee call (1.1); follow up to same (0.4) | 2.20 |
| 03/01/12 | KMR | 0007 | Participated in committee meeting. | 1.10 |
| 03/01/12 | JYS | 0007 | Attend Committee Call. | 1.10 |
| 03/01/12 | GDB | 0007 | Attend UCC Call (1.1) | 1.10 |
| 03/02/12 | FSH | 0007 | Prep for Committee call (.2). Attend same (1.3). Follow-up communications with parties (.3). | 1.80 |
| 03/02/12 | AQ | 0007 | Attend Committee call. | 1.30 |
| 03/02/12 | DHB | 0007 | Office conference with B. Kahn re Committee call (.1); prepare for same (.4); attend same (1.3) and follow-up with Debtors (.6); follow up with UCC professionals (.4); office conference with F. Hodara re status conference and emails re same (.3). | 3.10 |
| 03/02/12 | BMK | 0007 | Attend committee call (1.3); follow up with UCC professionals (0.3); follow up with Debtors (0.6). | 2.20 |
| 03/02/12 | JYS | 0007 | Committee Call (with Debtors) (1.7); follow-up call with Debtors re Outcome (0.3); follow up with Akin Gump team (0.4). | 2.40 |
| 03/02/12 | GDB | 0007 | Emails re status conference (0.1) | 0.10 |
| 03/05/12 | FSH | 0007 | Communications w/Cleary, working group re meeting. | 0.30 |
| 03/07/12 | BMK | 0007 | Draft agenda for upcoming committee call | 0.20 |
| 03/08/12 | SBK | 0007 | Emails to/from Hodara and Kahn re agenda for Friday Committee call | 0.20 |
| 03/08/12 | BMK | 0007 | Prepare materials for committee call (0.4); email to UCC (0.2) | 0.60 |
| 03/08/12 | GDB | 0007 | Emails re Chambers conference (0.4) | 0.40 |
| 03/09/12 | SLS | 0007 | Participate in pre-call (.9) and UCC call (.6)(portion). | 1.50 |
| 03/09/12 | LGB | 0007 | Participate on committee call (portion). | 0.50 |
| 03/09/12 | FSH | 0007 | Attend meeting of Committee (1.3). | 1.30 |
| 03/09/12 | AQ | 0007 | Attend Committee call. | 1.30 |
| 03/09/12 | AQ | 0007 | Attend professionals' pre-call. | 0.90 |
| 03/09/12 | DHB | 0007 | Prepare for Committee call (.3); attend same (1.3) and follow-up (.3). | 1.90 |
| 03/09/12 | BMK | 0007 | Prepare for committee call (0.3); participate in committee call (1.3); follow up to same (0.2); draft update email to UCC (0.2); emails with F. Hodara re: same (0.1) | 2.10 |
| 03/09/12 | KMR | 0007 | Attend creditors committee call (1.3); follow up to same (.2). | 1.50 |
| 03/09/12 | JYS | 0007 | Professionals call re allocation and [REDACTED] (partial attendance) (0.7); Committee Call (1.3). | 2.00 |
| 03/09/12 | GDB | 0007 | Attend UCC call (1.3) | 1.30 |
| 03/11/12 | FSH | 0007 | Communications w/J. Bromley, working group re upcoming meetings. | 0.30 |
| 03/12/12 | FSH | 0007 | Planning for Committee meeting. | 0.60 |
| 03/12/12 | DHB | 0007 | Review agenda and emails re same. | 0.20 |
| 03/12/12 | BMK | 0007 | Review and comment on materials for committee meeting (0.5); draft/edit agenda for same (0.2) | 0.70 |
| 03/12/12 | SLB | 0007 | Prepare materials for Committee meeting (.1); confer w/ B. Kahn re: same (.1) | 0.20 |
| 03/13/12 | SLS | 0007 | Participate in UCC call (3.0). | 3.00 |
| 03/13/12 | FSH | 0007 | Final preparation for meeting with Ad Hocs and Company and numerous communications re same (.7). Attend same and follow-up with | 6.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 4
Invoice Number: 1418949  April 24, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Committee advisors (2.3). Attend meeting of Committee (3.0). Follow up on issues raised at meetings (.5). | |
| 03/13/12 | AQ | 0007 | Committee meeting. | 2.80 |
| 03/13/12 | DHB | 0007 | Prepare for Committee meeting (.3); attend same (3.0) and follow-up (4.0). | 3.70 |
| 03/13/12 | BMK | 0007 | Prepare for in-person committee meeting (0.5); participate in same (3.0) | 3.50 |
| 03/13/12 | KMR | 0007 | Meeting with the creditors committee and the debtor (portion). | 2.20 |
| 03/13/12 | JYS | 0007 | Attend Committee call (portion). | 2.00 |
| 03/13/12 | GDB | 0007 | Attend UCC in person meeting (portion). | 2.10 |
| 03/13/12 | SLB | 0007 | Prepare materials for (.1) and attend in-person Committee meeting (3); coordinate scheduling of upcoming meetings (.2) | 3.30 |
| 03/13/12 | JPR | 0007 | Review materials in advance of committee meeting (.7); participate in committee meeting (2.0) (portion). | 2.70 |
| 03/21/12 | SLS | 0007 | Participate in UCC call. | 0.70 |
| 03/21/12 | LGB | 0007 | Participate on committee call. | 0.70 |
| 03/21/12 | FSH | 0007 | Prep for Committee meeting (.2). Attend same (.7). | 0.90 |
| 03/21/12 | AQ | 0007 | Committee call. | 0.70 |
| 03/21/12 | DHB | 0007 | Prepare for Committee call (.5); attend same (.7) and follow-up (.3). | 1.50 |
| 03/21/12 | BMK | 0007 | Attend professionals' call (0.3); attend committee call (0.7); follow up to same (0.1); follow up call with Dewey (0.5) | 1.60 |
| 03/21/12 | KMR | 0007 | Participated in professionals call (0.3); Attended creditors committee meeting (.7) and follow up meeting (.5). | 1.50 |
| 03/21/12 | JYS | 0007 | Committee Call (0.7); Follow up w. Committee professionals (0.3); T/C w. L. Miller re Solus claims (0.4) | 1.40 |
| 03/21/12 | GDB | 0007 | Attend Professionals call (0.1); UCC Call (0.7). | 0.80 |
| 03/21/12 | SLB | 0007 | Prepare materials for (.1) and attend (.7) Committee call; attend call with J. Heaney re: mediation statement (.3); attend post-call meeting with Committee professionals (.2) | 1.30 |
| 03/27/12 | BMK | 0007 | TC with M. Riela re: case status (0.2); emails with UCC advisors re: professionals' call (0.2); emails with Jefferies re: committee presentation materials (0.2) | 0.60 |
| 03/28/12 | SLS | 0007 | Review materials for UCC call (.5) | 0.50 |
| 03/28/12 | FSH | 0007 | Call of Committee advisors re all pending matters and follow-up (.8); follow up to same (.2). | 1.00 |
| 03/28/12 | AQ | 0007 | Professional's pre-call. | 0.80 |
| 03/28/12 | DHB | 0007 | Attend Professionals pre-call (1.0); emails re IP address issue on agenda (.2). | 1.20 |
| 03/28/12 | BMK | 0007 | Review and comment on materials for committee call (1.6); participate in professionals' call (.9). | 2.50 |
| 03/28/12 | KMR | 0007 | Attended professionals meeting. | 0.80 |
| 03/28/12 | JYS | 0007 | Professionals Precall. | 0.80 |
| 03/28/12 | GDB | 0007 | Professionals call (0.8); follow up to same (.1). | 0.90 |
| 03/28/12 | SJW | 0007 | Attend professionals' call (.8); follow up to same (.1). | 0.90 |
| 03/28/12 | SLB | 0007 | Prepare materials for (.1) and attend (.8) Committee call. | 0.90 |
| 03/28/12 | JPR | 0007 | Attend Professionals call. | 1.00 |
| 03/29/12 | SLS | 0007 | Participate in UCC call (1.0); follow up to same (.1). | 1.10 |
| 03/29/12 | LGB | 0007 | Participate on UCC call. | 1.00 |
| 03/29/12 | FSH | 0007 | Prepare for Committee meeting (.3). Attend same (1.0). | 1.30 |
| 03/29/12 | AQ | 0007 | Attend Committee call. | 1.00 |
| 03/29/12 | DHB | 0007 | Prepare for Committee call (.2); attend same (1.0) and follow-up (.5). | 1.70 |
| 03/29/12 | SBK | 0007 | Prep for/attend Committee call (1.0) and follow-up (.2). | 1.20 |
| 03/29/12 | BMK | 0007 | Prepare for Nortel committee call (0.5); participate in committee call (1.0); follow up with Akin team re: same (0.4) | 1.90 |
| 03/29/12 | KMR | 0007 | Attended creditors committee meeting. | 1.00 |
| 03/29/12 | JYS | 0007 | Attend Committee Call. | 1.00 |
| 03/29/12 | GDB | 0007 | Emails re UCC call (0.2) Attend UCC Call (1.0) | 1.20 |
| 03/29/12 | SLB | 0007 | Attend Committee call (1); prepare materials for Committee call (.1) | 1.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1418949

Page 5  
April 24, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------:|
| 03/30/12 | BMK | 0007 | Draft/edit committee meeting minutes | 0.60 |
| 03/01/12 | FSH | 0008 | Review court's chambers rules. | 0.10 |
| 03/05/12 | FSH | 0008 | Communications re upcoming court hearing. | 0.80 |
| 03/05/12 | SBK | 0008 | Discussion w/Akin team re chambers conference update and prep (.50) | 0.50 |
| 03/05/12 | GDB | 0008 | Emails re chambers conference (0.1) | 0.10 |
| 03/07/12 | FSH | 0008 | Review materials for court hearing. | 0.20 |
| 03/07/12 | FSH | 0008 | Review miscellaneous pleadings in advance of hearing. | 0.20 |
| 03/07/12 | BMK | 0008 | Prepare for omnibus hearing | 0.90 |
| 03/08/12 | FSH | 0008 | Attend court hearing and conference. | 0.70 |
| 03/08/12 | FSH | 0008 | Numerous calls and communications following up from court conference (.3). | 0.30 |
| 03/08/12 | DHB | 0008 | Report on Chambers conference and emails re same (.4). | 0.40 |
| 03/08/12 | SBK | 0008 | Emails from Akin team re updates on chambers conference | 0.40 |
| 03/08/12 | BMK | 0008 | Prepare for hearing (0.6); attend omnibus hearing (0.5); attend chambers conference (0.3); follow up with Akin team re: same (0.4) | 1.80 |
| 03/08/12 | JYS | 0008 | Review correspondence re hearing status. | 0.30 |
| 03/15/12 | BMK | 0008 | Emails with F. Hodara and D. Botter re: upcoming hearings | 0.20 |
| 03/22/12 | DHB | 0008 | Review agenda letter and prepare for hearing (.2); attend same (1.1). | 1.30 |
| 03/22/12 | BMK | 0008 | Telephonically appear at omnibus hearing | 1.10 |
| 03/29/12 | FSH | 0008 | Review court agenda. | 0.10 |
| 03/30/12 | FSH | 0008 | Review hearing matters. | 0.30 |
| 03/01/12 | FSH | 0012 | Analyze claims info. | 0.30 |
| 03/05/12 | BMK | 0012 | Review of bond claim issues | 0.60 |
| 03/07/12 | LGB | 0012 | Review responses by employees to claims objection (0.2). | 0.20 |
| 03/07/12 | BMK | 0012 | Review case law regarding claims issue (0.8); review correspondence from creditor regarding same (0.3); tc with R. Jacobs re: same (0.1); review responses to claims objections (0.2) | 1.40 |
| 03/07/12 | DKB | 0012 | Confer with S. Brauner re claim issues research (.1); Work on the above (1.1); Confer with attorney re results of research (.2). | 1.40 |
| 03/07/12 | SLB | 0012 | Conduct research in connection with claim issue (.5); confer w/ J. Sturm re: same (.1) | 0.60 |
| 03/08/12 | BMK | 0012 | Participate in call with Debtors and Capstone re: claims update | 1.00 |
| 03/08/12 | KMR | 0012 | Continued review of feasibility of NNI tax issues (0.8); continued review of NC tax issue (0.7). | 1.50 |
| 03/08/12 | JYS | 0012 | Correspondence with Akin Gump Team re claim issue. | 0.30 |
| 03/09/12 | BMK | 0012 | TC with J. Hyland re: claims issues (0.2); follow up to same (0.1) | 0.30 |
| 03/12/12 | FSH | 0012 | Review claims objectives. | 0.30 |
| 03/19/12 | BMK | 0012 | Review amphenol claim settlement draft | 0.50 |
| 03/21/12 | BMK | 0012 | Review Capstone analysis of claim issue (0.5); emails with F. Hodara, D. Botter and C. Kearns re: same (0.4) | 0.90 |
| 03/22/12 | BMK | 0012 | Review analysis of bond claim issue | 0.60 |
| 03/01/12 | BMK | 0014 | Review creditor letter to Monitor (0.2); emails re: same (0.2) | 0.40 |
| 03/05/12 | FSH | 0014 | Analyze Canadian case law. | 0.90 |
| 03/07/12 | FSH | 0014 | Attention to Canada law issues and communicate w/parties re same. | 0.40 |
| 03/09/12 | DHB | 0014 | Review Canadian interest issue article (1.0); meet with team re same (.6). | 1.60 |
| 03/09/12 | BMK | 0014 | Participate in meeting with UCC professionals re: Canadian article and creditor response | 0.70 |
| 03/12/12 | FSH | 0014 | Attention to Endorsement re remediation. | 0.10 |
| 03/29/12 | FSH | 0014 | Review information from Frasers. | 0.20 |
| 03/05/12 | JYS | 0017 | Research re potential litigation claims (1.7); o/c with Akin Gump team re same (0.6); follow up with A. Qureshi (0.3); t/c with L. Roloson re same (0.3). | 2.90 |
| 03/06/12 | JYS | 0017 | T/c with A. Qureshi re potential litigation. | 0.30 |
| 03/23/12 | BMK | 0017 | Analyze potential litigation issues | 0.30 |
| 03/01/12 | KMR | 0018 | Reviewed EY description of additional work (0.3); discussion with McRae (0.2); follow up work on analysis of the bankruptcy court's | 1.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 6
Invoice Number: 1418949  April 24, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | jurisdiction over tax matters (0.7). | |
| 03/02/12 | KMR | 0018 | Continued review of NC corporate tax issue (0.7). | 0.70 |
| 03/05/12 | DHB | 0018 | Email communications re tax cooperation on Iceberg (.1); review letters re same (.2). | 0.30 |
| 03/06/12 | KMR | 0018 | Began analysis of NC corporate income tax issues (0.7). | 0.70 |
| 03/07/12 | KMR | 0018 | Continued analysis of NC (and other state) tax issues (3.0). | 3.00 |
| 03/14/12 | KMR | 0018 | Reviewed state tax issues (2.0). | 2.00 |
| 03/15/12 | KMR | 0018 | Continued analysis of state income tax issues. | 1.70 |
| 03/19/12 | GDB | 0018 | Emails re tax allocation (0.3) | 0.30 |
| 03/21/12 | KMR | 0018 | Analysis of tax issues. | 1.80 |
| 03/22/12 | BMK | 0018 | Research re: tax issues in bankruptcy | 0.80 |
| 03/22/12 | KMR | 0018 | Continued analysis of potential application of tax issues (0.7); reviewed transfer pricing models (0.8). | 1.50 |
| 03/23/12 | KMR | 0018 | Continued review of summary of major state tax issues (1.2); discussion with B. McRae re: state tax issues (0.2). | 1.40 |
| 03/23/12 | SLB | 0018 | Conduct research re: withdrawal of reference. | 0.50 |
| 03/23/12 | ASK | 0018 | Research tax issues re prompt determination procedure re state tax liabilities. | 3.50 |
| 03/26/12 | KMR | 0018 | Continued review of state tax exposure (0.5). | 0.50 |
| 03/26/12 | ASK | 0018 | Research tax issues re prompt determination procedure re state tax liabilities. | 1.20 |
| 03/27/12 | KMR | 0018 | Discussion with J. Hyland re: various outstanding tax issues (0.3). | 0.30 |
| 03/28/12 | KMR | 0018 | Reviewed tax consequences of proposed transaction involving Nortel IP addresses (0.5); continued review of state income tax projections (0.7). | 1.20 |
| 03/28/12 | ASK | 0018 | Research re transfer pricing tax issues. | 2.30 |
| 03/29/12 | KMR | 0018 | Continued analysis of state tax issues (0.7). | 0.70 |
| 03/29/12 | ASK | 0018 | Research re transfer pricing tax issues. | 3.50 |
| 03/30/12 | KMR | 0018 | Research re: tax issues (0.5); discussion with A. Krotman re: status of case and transfer pricing research (0.2). | 0.70 |
| 03/30/12 | ASK | 0018 | Research re transfer pricing tax issues. | 4.70 |
| 03/01/12 | FSH | 0019 | Review info re retiree motion. | 0.10 |
| 03/05/12 | LGB | 0019 | O/c with Berger re: retiree issues. | 0.70 |
| 03/06/12 | LGB | 0019 | Review email from Lilling re deferred comp litigation (0.1); T/c with Kim re same (0.1); Email Lilling re same (0.1); Review scheduling order (0.1); T/c with Kahn re same (0.1); Review debtor's objection to motion to shorten notice (0.2); Review email from kim re denial of same (0.1); Review email from Fleming re 1114 process (0.1); Review email from Matz re same (0.1); Respond to same (0.1). | 1.10 |
| 03/06/12 | JYS | 0019 | Review Deferred Comp Committee motion. | 0.30 |
| 03/08/12 | LGB | 0019 | Review SERP materials (0.5); Review email from Kahn re deferred comp claimants motion (0.1). | 0.60 |
| 03/08/12 | GDB | 0019 | Emails re SERP issues (0.2) | 0.20 |
| 03/13/12 | LGB | 0019 | Review email from Hudson re status of case (0.1); Respond to same (0.1). | 0.20 |
| 03/20/12 | LGB | 0019 | T/c with Fleming re mediation/ increase cap motion (0.4). | 0.40 |
| 03/20/12 | FSH | 0019 | Examine LTD motion and confer w/BK re same. | 0.10 |
| 03/21/12 | LGB | 0019 | Email Kahn, Hodara, Botter re objection to LTD motion (0.1); Review response from Botter re same (0.1); T/c with Kahn re response (0.3); Review LTD motion (0.4). | 0.90 |
| 03/22/12 | LGB | 0019 | Review email from Kahn re notice of hearing re LTD motion (0.1); Respond to same (0.1). | 0.20 |
| 03/22/12 | FSH | 0019 | Communications re UK pension appeal. | 0.20 |
| 03/22/12 | DHB | 0019 | Email communications re UK Supreme Court issues re pension (.2). | 0.20 |
| 03/22/12 | GDB | 0019 | Email re UK pension appeal (0.2) | 0.20 |
| 03/23/12 | JYS | 0019 | T/c and correspondence with D. Botter re retiree committee. | 0.40 |
| 03/25/12 | LGB | 0019 | Email Zahralddin re extension of deadline to respond to LTD committee motion (0.1); Review response (0.1); Respond to same (0.1); Review | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                Page 7
Invoice Number: 1418949                                                                                April 24, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| | | | response (0.1) | |
| 03/26/12 | LGB | 0019 | Review draft response to LTD motion and comment on same (0.5). | 0.50 |
| 03/26/12 | BMK | 0019 | Review draft mediation motion re: retiree plans | 0.40 |
| 03/27/12 | LGB | 0019 | Review mediation motion (0.5); O/c with Botter, Kahn, Sturm, Hodara re same (0.2); Email Zahralddin re extension request (0.1);review response to same (0.1); Review Debtors' objection to LTD motion to raise Cap (0.3); Email Kahn re same (0.1); Email Schweitzer re same (0.1); Review response to same (0.1). | 1.50 |
| 03/27/12 | FSH | 0019 | Review draft motion re retirees and LTDs (.3). Meet with working group re same (.3). | 0.60 |
| 03/27/12 | AQ | 0019 | Review and analyze draft pleading re pension mediation. | 0.30 |
| 03/27/12 | AQ | 0019 | Confer with team re pension mediation. | 0.20 |
| 03/27/12 | DHB | 0019 | Review draft of Retiree mediation motion and consider same (1.0); team meeting re same (.3). | 1.30 |
| 03/27/12 | BMK | 0019 | Conf with L. Beckerman re: retiree mediation motion (0.2); review Debtors' draft response to LTD fee cap motion (0.4); conf with F. Hodara, D. Botter, L. Beckerman, A. Qureshi and J. Sturm re: same (1.0) | 1.60 |
| 03/27/12 | JYS | 0019 | O/c with Akin Gump team re LTD motion response. | 0.40 |
| 03/28/12 | JYS | 0019 | Review Nortel Motion to Appoint LTD Mediator. | 0.30 |
| 03/29/12 | GDB | 0019 | Emails re retiree/LTD disputes (0.4) | 0.40 |
| 03/01/12 | RSD | 0024 | Reviewed TSAs and summarized for S. Kuhn and T. Feuerstein. | 3.00 |
| 03/05/12 | FSH | 0024 | Meet w/working group re asset sale issues. | 0.40 |
| 03/08/12 | SBK | 0024 | Discussion w/Feuerstein and emails w/Akin team re reservation of rights letter | 0.20 |
| 03/22/12 | BMK | 0024 | Review issues re: ip address sale process | 0.30 |
| 03/23/12 | SBK | 0024 | TC w/Capstone and Jefferies re IP address sale process | 0.60 |
| 03/23/12 | GDB | 0024 | Email re IP Address transactions. | 0.30 |
| 03/24/12 | FSH | 0024 | Examine information re IP addresses. | 0.20 |
| 03/24/12 | DHB | 0024 | Review extensive communications and agreement re IP sales and emails re same. | 0.40 |
| 03/27/12 | FSH | 0024 | Communications re potential asset sale. | 0.30 |
| 03/27/12 | SBK | 0024 | Emails to/from Jefco and Capstone plus Hodara and Botter re IP address sale process and next steps | 0.50 |
| 03/27/12 | KMR | 0024 | Review emails re: Internet address sale (0.2). | 0.20 |
| 03/27/12 | GDB | 0024 | Emails re IP address sale. | 0.40 |
| 03/28/12 | FSH | 0024 | Analyze information re asset sale (.2). Confer with B. Kahn re same (.1). | 0.30 |
| 03/28/12 | SBK | 0024 | Review draft materials from Jefferies re update on IP address sale process and circulate comments (.30); TC w/Jefferies and Capstone re same (.30); Email Hodara and Botter re same (.10) | 0.70 |
| 03/28/12 | GDB | 0024 | Emails re IP address sale process, reviewing Jefferies paper (0.7) | 0.70 |
| 03/29/12 | DHB | 0024 | Email communications re IP address transactions. | 0.20 |
| 03/29/12 | GDB | 0024 | Emails re Escrow amendments (0.4) Reviewing amendments to escrows and related documentation (2.4) | 2.80 |
| 03/08/12 | FSH | 0025 | Non-productive travel time en route to Delaware court hearing (1.5). Non-productive travel time on return (1.1). (total actual time - 2.6) | 1.30 |
| 03/08/12 | BMK | 0025 | Travel to/from Wilmington for hearing (Actual time - 3.0) | 1.50 |
| 03/24/12 | FSH | 0026 | Examine preference and other litigation matters. | 0.20 |
| 03/26/12 | FSH | 0026 | Review preference matters. | 0.30 |
| 03/28/12 | BMK | 0028 | Review wind-down cost motion (0.7); tc with R. Baik re: same (0.2) | 0.90 |
| 03/01/12 | FSH | 0029 | Review APAC issues and edits. | 0.50 |
| 03/01/12 | FSH | 0029 | Communications with Frasers, parties re allocation issues. | 0.40 |
| 03/01/12 | AQ | 0029 | Review revised Capstone Mediation Chart. | 0.60 |
| 03/01/12 | DHB | 0029 | Email communications re Carfagnini article (.1); begin review of same (.4). | 0.50 |
| 03/01/12 | BMK | 0029 | Review revised fourth estate settlement draft | 0.60 |
| 03/02/12 | FSH | 0029 | Communications with J. Ray, working group re APAC (.2). | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 8
Invoice Number: 1418949  April 24, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 03/02/12 | FSH | 0029 | Review allocation outline and confer with Capstone re same. | 0.40 |
| 03/02/12 | DHB | 0029 | Email communications re recovery analysis issues (.3) and Ray issues (.2). | 0.50 |
| 03/02/12 | BMK | 0029 | Review Capstone allocation analyses (0.5); emails with Capstone re: same (0.2) | 0.70 |
| 03/02/12 | KMR | 0029 | Attended call with debtor and committee re: mediation strategy (1.5). | 1.50 |
| 03/03/12 | FSH | 0029 | Communicate with working group re methodologies. | 0.30 |
| 03/03/12 | DHB | 0029 | Consider implications of Ray issues on mediation and email communications with senior team re same (.6); consideration of scenarios (.2). | 0.80 |
| 03/04/12 | DHB | 0029 | Continued emails and analysis re recovery outcomes. | 0.20 |
| 03/04/12 | BMK | 0029 | Review and comment on Capstone allocation analyses | 1.20 |
| 03/05/12 | FSH | 0029 | Meet w/ working group re: allocation issues (.7). Confer w/Milbank re: same (.4). Further communications w/parties re: same (.3). Commence review of materials (.5). | 1.90 |
| 03/05/12 | AQ | 0029 | Review and analyze Capstone recovery scenario analysis. | 0.60 |
| 03/05/12 | AQ | 0029 | Emails regarding Capstone recovery analysis. | 0.30 |
| 03/05/12 | DHB | 0029 | Email communications re analysis and Ray meetings (.1); telephone call with C. Kearns re same (.2); meet with Corporate team re Nortel sales-related issues and mediation issues (1.0); call with A. Pisa re same (.5); review latest draft of recovery analysis documents (1.5). | 3.30 |
| 03/05/12 | BMK | 0029 | Review and analysis of allocation issues (0.8); tc's with C. Samis and F. Hodara re: EMEA claims issues (0.2); conf with F. Hodara and D. Botter re: same (0.4) | 1.40 |
| 03/06/12 | FSH | 0029 | Review materials re allocation for meeting w/Capstone (1.1). Confer with T. Morilla re same (.4). Meet w/working group re foregoing (1.5). Attention to revised presentation (.3). | 3.30 |
| 03/06/12 | DHB | 0029 | Meet re allocation scenarios and follow-up. | 1.50 |
| 03/06/12 | BMK | 0029 | Confs with F. Hodara re: allocation issues (0.3) | 0.30 |
| 03/06/12 | BMK | 0029 | Attend UCC team meeting re: allocation issues | 1.50 |
| 03/06/12 | KMR | 0029 | Participated in conference call reviewing Capstone summary of possible allocation scenarios (portion) (0.8); reviewed allocation summaries (0.5). | 1.30 |
| 03/06/12 | JYS | 0029 | T/c with J. Ray re allocation (1.3); follow up with Akin Gump team (0.9); review Decision re Allocation (0.4); correspondence with Akin Gump team re same (0.3). | 2.90 |
| 03/06/12 | GDB | 0029 | Emails re allocation issues (0.1) | 0.10 |
| 03/06/12 | SLB | 0029 | Attend call w/ Cleary, John Ray and Committee professionals re: next steps (portion) (.8); conduct research re: allocation (.4) | 1.20 |
| 03/06/12 | JPR | 0029 | Call w/Debtors re: allocation issues (portion). | 0.50 |
| 03/07/12 | FSH | 0029 | Communications w/Capstone, working group re materials for Committee and interface with NNIC. | 0.40 |
| 03/07/12 | DHB | 0029 | Review [REDACTED] (.2); emails re same (.1); review revised allocation presentations (1.2); emails re same (.2). | 1.70 |
| 03/07/12 | BMK | 0029 | Review of allocation related materials | 0.90 |
| 03/07/12 | KMR | 0029 | Continued review of Capstone recovery analysis (0.7). | 0.70 |
| 03/07/12 | JYS | 0029 | Review preliminary recovery analysis (0.3); research re bond issues (0.9). | 1.20 |
| 03/07/12 | GDB | 0029 | Reviewing allocation materials from Chilmark. | 0.80 |
| 03/08/12 | FSH | 0029 | Analyze mediation provisions (.2). TC C. Kearns re mediation issues (.2). Follow-up (.2). Confer w/parties re mediation issues (.9). Review case law and communications re same (.3). Communications w/Capstone re presentation (.2). | 2.00 |
| 03/08/12 | DHB | 0029 | Emails re scenarios and work re same (.2) (.2). | 0.40 |
| 03/08/12 | KMR | 0029 | Began reviewing prior mediation briefs in connection with preparation for the Winkler mediation (1.2). | 1.20 |
| 03/08/12 | SLB | 0029 | Pull documents for B. Kahn re: allocation. | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 9
Invoice Number: 1418949  April 24, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 03/09/12 | LGB | 0029 | Review draft mediation statement. | 1.00 |
| 03/09/12 | FSH | 0029 | Conf. call w/working group re allocation issues (1.0). Follow up re allocation issues (.7). | 1.70 |
| 03/09/12 | DHB | 0029 | Continue review of allocation scenarios (.6); emails re same (.3); telephone calls with creditors re allocation status (.2) (.2). | 1.30 |
| 03/09/12 | KMR | 0029 | Review Cleary draft of current mediation brief. | 1.50 |
| 03/10/12 | DHB | 0029 | Review mediation invoices and emails re same. | 0.40 |
| 03/11/12 | DHB | 0029 | Begin review of mediation statement (2.1); emails re same (.2). | 2.30 |
| 03/11/12 | BMK | 0029 | Review and comment on draft mediation statement | 2.10 |
| 03/11/12 | KMR | 0029 | Continued review of Cleary draft of mediation statement (1.9); reviewed invoices from Canadian firm assisting Judge Winkler (.3). | 2.20 |
| 03/11/12 | GDB | 0029 | Emails re mediation statement (0.2) | 0.20 |
| 03/12/12 | FSH | 0029 | Call w/Capstone re allocation analysis (.5). Examine escrow information (.1). Review allocation info (.1). Communications w/Cleary, D. Botter (.3). Commence review of mediation brief (.5). Confer w/FTI re allocation and mediation matters (4.). | 1.90 |
| 03/12/12 | DHB | 0029 | Prepare for allocation call with PBGC (.2); attend same (.8); follow-up with C. Kearns and F. Hodara re same (.1) (.1); meet with F. Hodara re next steps re Ray and call with J. Bromley and emails re same (.2) (.1). | 1.50 |
| 03/12/12 | BMK | 0029 | TC with Capstone and FMC re: allocation issues (0.3); tc with J. Hyland re: same (0.2); analysis of mediation issues (0.3) | 0.80 |
| 03/12/12 | KMR | 0029 | Continued review of draft mediation statement. | 6.80 |
| 03/12/12 | GDB | 0029 | Emails re mediation statement. | 0.20 |
| 03/12/12 | JPR | 0029 | Review draft mediation statement. | 0.90 |
| 03/13/12 | AQ | 0029 | Attend meeting with Debtors and ad hocs re mediation preparation. | 1.80 |
| 03/13/12 | AQ | 0029 | Confer with Capstone regarding mediation model. | 0.30 |
| 03/13/12 | AQ | 0029 | Review and analyze draft mediation brief. | 1.70 |
| 03/13/12 | DHB | 0029 | Prepare for allocation meeting with Ad Hocs and US Debtors (1.2); attend same (1.8). | 3.00 |
| 03/13/12 | BMK | 0029 | Prepare for meeting with ad hoc group and debtors re: allocation next steps (0.6); attend meeting with ad hoc group and debtors re: same (1.8); follow up meeting with F. Hodara, D. Botter, A. Qureshi re: same (0.5) | 2.90 |
| 03/13/12 | KMR | 0029 | Continued review of draft mediation brief (2.7); discussion with J. Hyland re: modeling (0.2). | 2.90 |
| 03/14/12 | SLS | 0029 | Participate in call regarding 4th estate (.8) | 0.80 |
| 03/14/12 | FSH | 0029 | Confer w/DB re mediation statement (.1). Continue work on mediation statement (.9). | 1.00 |
| 03/14/12 | FSH | 0029 | Communications re Fourth Estate stips with working group. | 0.10 |
| 03/14/12 | DHB | 0029 | Email communications re Mediation Statement comments (.2); detailed review and comments to Mediation Statement draft (2.5); review case law re interest rate (.6). | 3.30 |
| 03/14/12 | BMK | 0029 | Review revised draft of fourth estate agreement (0.4); tc with R. Eckenrod re: same (0.2); participate in call with debtors re: same (0.9); review draft mediation statement (0.7); review K. Rowe comments to same (0.6); emails with Capstone and Jefferies re: same (0.3); review Ashurst comments to statement (0.4) | 3.50 |
| 03/14/12 | KMR | 0029 | Work on draft mediation brief (2.0); discussion with B. McRae (0.1). | 2.10 |
| 03/14/12 | GDB | 0029 | Emails re mediation statement. | 0.20 |
| 03/14/12 | JPR | 0029 | Review emails from Capstone re: mediation brief. | 0.30 |
| 03/15/12 | FSH | 0029 | Continue work on mediation statement. | 1.80 |
| 03/15/12 | AQ | 0029 | Review and edit draft mediation brief. | 1.80 |
| 03/15/12 | AQ | 0029 | Review and analyze materials cited in mediation brief. | 1.60 |
| 03/15/12 | AQ | 0029 | Confer with Capstone re mediation brief. | 0.70 |
| 03/15/12 | AQ | 0029 | Confer with Hodara, Botter, and Kahn re comments to mediation brief. | 0.90 |
| 03/15/12 | AQ | 0029 | Review and analyze [REDACTED] for allocation. | 0.60 |
| 03/15/12 | DHB | 0029 | Review of other comments to mediation briefs (.5); conference call with team re same (.7). | 1.20 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 03/15/12 | BMK | 0029 | Review comments to mediation statement draft (0.8); tc with F. Hodara, D. Botter and A. Qureshi re: same (1.0); comment on mediation statement draft (0.6) | 2.40 |
| 03/16/12 | FSH | 0029 | Continue work on mediation statement (.7). Communications re timing (.1) | 0.80 |
| 03/16/12 | AQ | 0029 | Confer with B. Kahn re comments to mediation brief. | 0.20 |
| 03/16/12 | DHB | 0029 | Email communications re Gross decision and mediation issues (.2) (.1) and Winkler counsel (.1); review cumulative comments to mediation brief and emails re same (.7). | 1.10 |
| 03/16/12 | BMK | 0029 | Emails with UCC and professionals re: EMEA claims decision timing (0.3); emails with K. Rowe re: mediation statement comments (0.2); emails with I. Rozenberg and A. Qureshi re: mediation statement exhibit (0.1); provide additional comments to statement (0.6) | 1.20 |
| 03/16/12 | KMR | 0029 | Reviewed draft of mediation brief. | 1.50 |
| 03/16/12 | GDB | 0029 | Emails re EMEA Claims opinion (0.1) | 0.10 |
| 03/19/12 | FSH | 0029 | Communicate with Cleary re mediation (.1). Communications with Committee members and reps re same (.7). | 0.80 |
| 03/19/12 | FSH | 0029 | Communications with parties re claims decision. | 0.20 |
| 03/19/12 | DHB | 0029 | Email communications re decision and next steps and Ray call. | 0.40 |
| 03/19/12 | BMK | 0029 | Analysis of allocation and mediation issues (0.7); emails re: same (0.2) | 0.90 |
| 03/19/12 | KMR | 0029 | Continued work relating to mediation brief. | 1.40 |
| 03/20/12 | SLS | 0029 | Review EMEA claims order/decision. | 3.20 |
| 03/20/12 | FSH | 0029 | Meet with Committee member re mediation concepts. | 1.10 |
| 03/20/12 | FSH | 0029 | Review decision re EMEA claims (3.4). Work on memo to Committee (.4). | 3.80 |
| 03/20/12 | AQ | 0029 | Review and analyze memo summarizing decision on EMEA claims (.3); review and analyze emails regarding ruling on EMEA claims (.3); review and analyze judge Gross ruling on EMEA claims (1.7). | 2.30 |
| 03/20/12 | DHB | 0029 | Email communications re decision (.3); office conference with F. Hodara and B. Kahn re same and mediation (.4); begin review of decision (1.5). | 2.20 |
| 03/20/12 | BMK | 0029 | Review and analyze EMEA claims decision (2.9); summarize same for committee (0.9) | 3.80 |
| 03/20/12 | KMR | 0029 | Reviewed Judge Gross' opinion on the EMEA claims. | 3.20 |
| 03/20/12 | JYS | 0029 | Review of J. Gross EMEA claims decision. | 0.30 |
| 03/20/12 | GDB | 0029 | Reading EMEA claims order and opinion (1.8) | 1.80 |
| 03/20/12 | SJW | 0029 | Review EMEA claims opinion in part (.4); review summary memo to UCC (.3). | 0.70 |
| 03/20/12 | SLB | 0029 | Review EMEA claims decision & conduct research in connection with same. | 1.60 |
| 03/20/12 | JPR | 0029 | Review decision re: motion to dismiss (1.1); conf w/B. Kahn re: same (.2). | 1.30 |
| 03/21/12 | FSH | 0029 | Communicate with Committee member re mediation (.3). Meet with working group re brief (.4). Numerous communications with parties re same and re mediation process (.6). Attention to analyses (.2). Communications re call with DPW (.2). | 1.70 |
| 03/21/12 | AQ | 0029 | Further review and analysis of Judge Gross ruling on EMEA claims. | 1.20 |
| 03/21/12 | DHB | 0029 | Continue review of decision (.2) (1.8); email communications re same (.2); follow-on communications re allocation issues (.3) (.1); emails re mediation issues (.2) (.2); confer with holders re outcome of decision (.4). | 3.40 |
| 03/21/12 | BMK | 0029 | Analysis of EMEA claims opinion (1.4); analysis of intercompany issue related to mediation (0.8); review Chilmark allocation document (0.4) | 2.60 |
| 03/21/12 | KMR | 0029 | Continued review of opinion on EMEA claims. | 1.30 |
| 03/21/12 | JYS | 0029 | T/C w. Cleary and Committee and Debtor professionals re status update and EMEA claims decision (0.7); Follow up w. Committee professionals (0.9); Review [REDACTED] (0.3); Corr w. AG team re same (0.1); | 2.00 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 03/21/12 | GDB | 0029 | Reviewing EMEA Claims opinion, order and summary (2.4) Emails re mediation and allocation issues (0.8) | 3.20 |
| 03/21/12 | JPR | 0029 | Conf call with Debtors re: motion to dismiss decision (.7); follow up call with professionals (.3). | 1.00 |
| 03/22/12 | FSH | 0029 | Analyze issues raised by Capstone (.5). Communications with Cleary, others re mediation (.3). Note to Committee re same (.2). Outline mediation-related research items (.7). | 1.70 |
| 03/22/12 | DHB | 0029 | Telephone calls and conferences with creditors re EMEA decision (.2) (.4) (.3); continue review of same (.8); email communications re mediation next steps (.2) (.2); telephone call with R. Jacobs re same (.2); telephone call with counsel to mediator (.4); extensive email communications with team and US debtors re same (.4); work re allocation scenarios (.5). | 3.60 |
| 03/22/12 | GDB | 0029 | Email re mediation statement (0.1) | 0.10 |
| 03/22/12 | SJW | 0029 | Call with B. Kahn re mediation memo (.2); communications with staff re same (.2). | 0.40 |
| 03/22/12 | ASK | 0029 | Review opinion on joint objections to and motions to dismiss claims of Nortel Networks UK Limited, Nortel Networks (Ireland) Limited and Nortel Networks S.A. issued in the U.S. Bankruptcy Court for the District of Delaware. | 0.90 |
| 03/23/12 | FSH | 0029 | Communications with working group re mediation. | 0.40 |
| 03/23/12 | DHB | 0029 | Continued communications re mediation (.4); work re same (.3); review order re DPW (.1) and pensions appeal (.1). | 0.90 |
| 03/23/12 | KMR | 0029 | Continued review of briefs from prior mediations in preparation for the J. Winkler mediation. | 1.00 |
| 03/23/12 | GDB | 0029 | Emails re mediation statement and advisors (0.2) | 0.20 |
| 03/23/12 | SJW | 0029 | Review mediation memo. | 1.20 |
| 03/23/12 | JPR | 0029 | Draft email re: standard of review on appeal (.6); review [REDACTED] (1.2). | 1.80 |
| 03/24/12 | FSH | 0029 | Confer with C. Kearns re mediation issues (.4). Review revised draft (.8). | 1.20 |
| 03/24/12 | DHB | 0029 | Email communications re mediation statement. | 0.20 |
| 03/25/12 | DHB | 0029 | Begin review of mediation materials. | 1.20 |
| 03/25/12 | BMK | 0029 | Review revised draft mediation statement | 0.80 |
| 03/25/12 | KMR | 0029 | Began reviewing revised draft of mediation brief. | 0.80 |
| 03/25/12 | JYS | 0029 | Reviewing EMEA Claims decision. | 0.50 |
| 03/26/12 | FSH | 0029 | Work on mediation brief (.4). Review Mediator's letter and follow-up (.3). Call with NNI re same (1.0). Further communications with DPW and working group re mediation (.2). | 1.90 |
| 03/26/12 | AQ | 0029 | Review and discuss correspondence from Judge Winkler. | 0.20 |
| 03/26/12 | AQ | 0029 | Review and analyze revised mediation brieft. | 1.30 |
| 03/26/12 | DHB | 0029 | Continue review of revised mediation brief (1.2); emails re same (.2) (.1); review correspondence from mediator and email communications re same (.2) (.2); conference call with Debtors re same (.6); follow-on emails re DPW and mediator issues (.2); telephone call with DPW (.1). | 2.80 |
| 03/26/12 | BRK | 0029 | Retrieve case law re: mediation brief. | 0.80 |
| 03/26/12 | BMK | 0029 | Review mediation issues and correspondence from mediator (0.4); analysis of mediation confidentiality issues (0.3) | 0.70 |
| 03/26/12 | KMR | 0029 | Continued review of revised mediation brief and accompanying attachment (3.5). | 3.50 |
| 03/26/12 | JYS | 0029 | Revising [REDACTED] (0.5); correspondence with S. Schultz re same (0.1). | 0.60 |
| 03/26/12 | SJW | 0029 | Review case law cited in mediation brief. | 2.30 |
| 03/27/12 | SLS | 0029 | Review [REDACTED] | 0.30 |
| 03/27/12 | FSH | 0029 | Meet with working group re allocation analyses and research (.8). Review materials and communicate with working group re same (.4). | 1.20 |
| 03/27/12 | DHB | 0029 | Telephone calls with creditors re mediation status (.4); office conference | 1.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | with B. Kahn re same and telephone call with C. Kearns re mediation issues (.3); meet with team re mediation next steps (.8). | |
| 03/27/12 | BMK | 0029 | Comment on draft mediation statement (0.8); conf with D. Botter re: same (0.1); tc with D. Botter and C. Kearns re: same (0.2)(0.1); analysis of allocation issues (1.7) | 2.90 |
| 03/27/12 | KMR | 0029 | Continued review of mediation brief (2.0). | 2.00 |
| 03/27/12 | JYS | 0029 | O/c with Akin Gump team in preparation for mediation (0.6); finalize memo re [REDACTED] (0.8); circulate same to Akin Gump team (0.3). | 1.70 |
| 03/27/12 | GDB | 0029 | Emails re mediation correspondence (0.2) | 0.20 |
| 03/27/12 | SJW | 0029 | Mark up mediation statement and correspondence to B. Kahn regarding results of cite check. | 0.30 |
| 03/28/12 | FSH | 0029 | Communications with Capstone and working group re analysis (.4). Communications with Cleary re mediation (.1). Work on intra-estate issues (.5). Telephone conference with Milbank re mediation (.3). Confer with B. Kahn and D. Botter re foregoing matters (.3). | 1.60 |
| 03/28/12 | DHB | 0029 | Email communications re allocation potential discovery issues (.2); meet with team members re mediation allocation and Canadian issues (.3) (.2); emails re same (.2). | 0.90 |
| 03/28/12 | BMK | 0029 | Confs with Akin team re: allocation issues (0.2); tc with FMC team and S. Brauner re: same (1.2); analysis of mediation issues (0.5) | 1.90 |
| 03/28/12 | KMR | 0029 | Continued review of draft mediation brief including research re: allocation issues. | 3.00 |
| 03/28/12 | SJW | 0029 | Continue review of mediation brief (.8); several communications with staff and library re citations (.3). | 1.10 |
| 03/28/12 | SLB | 0029 | Attend call w/ FMC & B. Kahn re: allocation issues (1); confer w/ B. Kahn re: same (.2). | 1.20 |
| 03/28/12 | ASK | 0029 | Review draft mediation memorandum. | 1.30 |
| 03/29/12 | SLS | 0029 | Participate in call with Davis Polk regarding upcoming mediation (1.4). | 1.40 |
| 03/29/12 | FSH | 0029 | Confer with Committee member and B. Kahn re mediation matters (.2). Meet with working group re same (.6). Call with DPW re mediation (1.4). Follow-up (.8). Call with NNI re same (.5). Confer with A. Qureshi re allocation analysis (.4). Confer with B. Kahn re same (.2). | 4.10 |
| 03/29/12 | AQ | 0029 | Conference call with Davis Pol, counsel to mediator. | 1.40 |
| 03/29/12 | AQ | 0029 | Conference call with Cleary re call with mediators counsel. | 0.60 |
| 03/29/12 | AQ | 0029 | Confer with F. Hodara re mediation proposal comparison chart. | 0.40 |
| 03/29/12 | AQ | 0029 | Review and edit Capstone analysis of mediation proposals. | 1.30 |
| 03/29/12 | DHB | 0029 | Prepare for call with Mediator counsel (.3); attend same (1.4) and follow-up with team and US Debtors (.7); office conference with A. Qureshi re "one-pager" and begin review of same and emails re same (.5). | 2.90 |
| 03/29/12 | BRK | 0029 | Review mediation statement citations. | 0.30 |
| 03/29/12 | BMK | 0029 | Prepare for call with counsel to mediator (0.3); participate in call with counsel to mediator (1.4); follow up call with Debtors (0.5); conf with F. Hodara re: mediation issues (0.3); review mediation statement issues and comments (1.3); review confidentiality issues (0.3); review fourth estate settlement draft (0.5); tc with R. Eckenrod re: same (0.3) | 4.90 |
| 03/29/12 | KMR | 0029 | Work on comments to revised draft of the mediation brief (0.8). | 0.80 |
| 03/29/12 | SJW | 0029 | Review authorities cited in mediation brief. | 2.50 |
| 03/29/12 | ASK | 0029 | Review draft mediation memorandum. | 1.10 |
| 03/30/12 | FSH | 0029 | Confer with D. Botter re allocation issues (.2). Communications with Capstone re same (.1). Communications re mediation statement (.1). | 0.40 |
| 03/30/12 | DHB | 0029 | Office conferences with F. Hodara and B. Kahn re mediation positions and research re same (.2) (.2) (.2); consider same (.5); email communications re statement (.2). | 1.30 |
| 03/30/12 | KMR | 0029 | Continued review of draft mediation statement (2.0). | 2.00 |
| 03/30/12 | ASK | 0029 | Review draft mediation memorandum. | 0.90 |
| 03/31/12 | DHB | 0029 | Begin next review of mediation brief. | 0.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                        Page 13
Invoice Number: 1418949                                                         April 24, 2012

| Date | Tkpr | Task | Description | Hours |
|------|------|------|-------------|-------|
| 03/31/12 | BMK | 0029 | Review of draft mediation statement | 0.40 |
| 03/05/12 | FSH | 0031 | Confer w/BK re EMEA letter. | 0.10 |
| 03/01/12 | FSH | 0032 | Review documents re: security breach | 0.30 |
| 03/01/12 | DCV | 0032 | Research and analysis regarding data breach issues. | 7.80 |
| 03/02/12 | DCV | 0032 | Research and analysis regarding data breach issues. | 7.60 |
| 03/05/12 | FSH | 0032 | Review documents re: security breach. | 0.20 |
| 03/05/12 | SBK | 0032 | Meeting w/Akin team re [REDACTED] (.8) | 0.80 |
| 03/05/12 | BMK | 0032 | Attend portion of meeting re: security breach issues | 0.50 |
| 03/05/12 | DCV | 0032 | Research and analysis regarding data breach issues. | 5.80 |
| 03/06/12 | AQ | 0032 | Confer with J. Sturm re: research related to computer hacking. | 0.30 |
| 03/06/12 | DCV | 0032 | Research regarding data breach issues; analyze materials regarding same. | 4.40 |
| 03/07/12 | JYS | 0032 | Review letters re [REDACTED] | 0.30 |
| 03/07/12 | GDB | 0032 | Emails re [REDACTED] (0.2) | 0.20 |
| 03/08/12 | FSH | 0032 | Follow up re IP assets and communications w/Capstone re same. | 0.20 |
| 03/08/12 | DHB | 0032 | Review correspondence re Nortel [REDACTED] and emails re same (.2) (.2). | 0.40 |
| 03/08/12 | SBK | 0032 | Emails to/from Akin and Capstone re [REDACTED] | 0.30 |
| 03/08/12 | GDB | 0032 | Emails relating to [REDACTED] (0.4) Reviewing correspondence relating to [REDACTED] (0.2) | 0.60 |

                                                                Total Hours         495.00


TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| L G BECKERMAN | 11.00 | at | $995.00 | = | $10,945.00 |
| F S HODARA | 67.90 | at | $1050.00 | = | $71,295.00 |
| A QURESHI | 32.10 | at | $825.00 | = | $26,482.50 |
| D H BOTTER | 69.10 | at | $975.00 | = | $67,372.50 |
| S B KUHN | 6.80 | at | $825.00 | = | $5,610.00 |
| S L SCHULTZ | 16.20 | at | $775.00 | = | $12,555.00 |
| K M ROWE | 67.90 | at | $705.00 | = | $47,869.50 |
| R S DRUMMOND | 3.00 | at | $600.00 | = | $1,800.00 |
| D C VONDLE | 25.60 | at | $580.00 | = | $14,848.00 |
| G D BELL | 21.20 | at | $630.00 | = | $13,356.00 |
| J P RUBIN | 9.50 | at | $600.00 | = | $5,700.00 |
| B M KAHN | 86.40 | at | $575.00 | = | $49,680.00 |
| J Y STURM | 25.40 | at | $600.00 | = | $15,240.00 |
| S J WOODELL | 16.50 | at | $370.00 | = | $6,105.00 |
| S L BRAUNER | 12.20 | at | $425.00 | = | $5,185.00 |
| A S KROTMAN | 19.40 | at | $475.00 | = | $9,215.00 |
| P J SPROFERA | 2.30 | at | $270.00 | = | $621.00 |
| B R KEMP | 1.10 | at | $215.00 | = | $236.50 |
| D KRASA-BERSTELL | 1.40 | at | $235.00 | = | $329.00 |

                    Current Fees                                            $364,445.00


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $366.30 |
| Computerized Legal Research - Other | $426.32 |
| Computerized Legal Research - Westlaw | $1,235.37 |
| Duplication - In House | $324.80 |

| | |
|---|---:|
| Meals - Business | $348.29 |
| Meals (100%) | $4,075.96 |
| Audio and Web Conference Services | $3,745.50 |
| Telephone - Video Conferencing | $690.00 |
| Travel - Ground Transportation | $631.88 |
| Current Expenses | $11,844.42 |
| **Total Amount of This Invoice** | **$376,289.42** |