# EXHIBIT C

**DISBURSEMENT SUMMARY**
**MARCH 1, 2012 THROUGH MARCH 31, 2012**

| | |
|---|---|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,027.99 |
| Conference Call /Telephone/Video Conferencing | $4,435.50 |
| Duplicating | $324.80 |
| Meals/Committee Meeting Expenses | $4,424.25 |
| Travel Expenses – Ground Transportation | $631.88 |
| **TOTAL** | **$11,844.42** |