# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

| | | |
|---|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number | 1418949 |
| ATTN: JOHN DOLITTLE | Invoice Date | 04/24/12 |
| 2221 LAKESIDE BOULEVARD | Client Number | 687147 |
| RICHARDSON, TX 75082 | Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/12 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 10/03/11 | Meals - Business Meal ordered while working late on case.; L. Beckerman; Balbo's | $50.00 |
| 10/06/11 | Meals - Business Dinner ordered while working late on case.; L. Beckerman; Off the Wall | $50.00 |
| 10/09/11 | Meals - Business Dinner ordered while working on case over weekend.; L. Beckerman; Zena Grocery and Deli | $50.00 |
| 10/11/11 | Meals - Business Meal ordered while working late on case.; L. Beckerman; Off the Wall | $50.00 |
| 10/16/11 | Meals - Business Meal ordered while working late on case over the weekend.; L. Beckerman; T. Thai | $50.29 |
| 11/06/11 | Meals - Business Meal ordered while working late on case over the weekend.; L. Beckerman; T. Thai | $50.00 |
| 11/14/11 | Meals - Business Meal ordered while working late on case.; L. Beckerman; Cafe Josie | $48.00 |
| 01/24/12 | Audio and Web Conference Services Monthly recurring charges for activity through 1/24/12 VENDOR: GLOBAL CROSSING CONFERENCING; INVOICE#: 9033626961; DATE: 1/24/2012 - Acct.#: 0205134736 | $24.47 |
| 02/01/12 | Computerized Legal Research - Other January 2012 | $426.32 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1418949

| | | |
|---|---|---|
| | VENDOR: LEXISNEXIS; INVOICE#: EA-489116; DATE: 2/1/2012 - Client ID 899 | |
| 02/01/12 | Telephone - Video Conferencing Multi Office Bridging Charges VENDOR: PROVIDEA INC; INVOICE#: 0071386-IN; DATE: 2/1/2012 - Account# AKIN | $690.00 |
| 02/02/12 | Meals (100%) 1/30/12  N Kunen - call with Debtors' working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800174; DATE: 2/2/2012 | $32.44 |
| 02/02/12 | Meals (100%) 1/31/12  N Kunen - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800174; DATE: 2/2/2012 | $71.86 |
| 02/02/12 | Meals (100%) 2/1/12  P Sanchez - Professionals' call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800174; DATE: 2/2/2012 | $77.95 |
| 02/02/12 | Meals (100%) 2/2/12  S Brauner - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800174; DATE: 2/2/2012 | $374.80 |
| 02/09/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1137541 DATE: 2/29/2012 Vendor: Dial Car Voucher #: DLA3520664 Date: 02/09/2012 Name: David Botter\|Car Service, Vendor: Dial Car Voucher #: DLA3520664 Date: 02/09/2012 Name: David Botter | $154.65 |
| 02/16/12 | Meals (100%) 2/15/12  P Sanchez - Professionals' call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800176; DATE: 2/16/2012 | $25.80 |
| 02/16/12 | Meals (100%) 2/16/12  P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800176; DATE: 2/16/2012 | $310.29 |
| 02/23/12 | Meals (100%) 2/23/12  P Sanchez - Professionals' call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800177; DATE: 2/23/2012 | $34.40 |
| 02/23/12 | Meals (100%) 2/24/12  P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $341.32 |

| | | |
|---|---|---|
| 02/27/12 | 2033800177; DATE: 2/23/2012 Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1125559 DATE: 3/4/2012 Catering Akin Gump - Mendy's at Rock Center - 02/27/2012 | $32.20 |
| 02/27/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1138341 DATE: 3/14/2012 Vendor: Dial Car Voucher #: DLA3594277 Date: 02/27/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3594277 Date: 02/27/2012 Name: Lisa Beckerman | $70.72 |
| 02/27/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1138766 DATE: 3/21/2012 Vendor: Dial Car Voucher #: DLA3623182 Date: 02/27/2012 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3623182 Date: 02/27/2012 Name: David Botter | $145.01 |
| 02/28/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1125559 DATE: 3/4/2012 Feuerstein Tony - !Savory - 02/28/2012 | $39.97 |
| 02/28/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1138766 DATE: 3/21/2012 Vendor: Dial Car Voucher #: DLA3519597 Date: 02/28/2012 Name: Peter Sprofera\|\|Car Service, Vendor: Dial Car Voucher #: DLA3519597 Date: 02/28/2012 Name: Peter Sprofera | $36.90 |
| 02/29/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1125559 DATE: 3/4/2012 Catering Akin Gump - Mendy's at Rock Center - 02/29/2012 | $15.01 |
| 03/01/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1125559 DATE: 3/4/2012 Catering Akin Gump - Mendy's at Rock Center - 03/01/2012 | $15.01 |
| 03/01/12 | Meals (100%)  2/29/12  P Sanchez - Team meeting working meal (5 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800178; DATE: 3/1/2012 | $34.40 |
| 03/01/12 | Meals (100%)  3/1/12  P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800178; DATE: 3/1/2012 | $374.80 |
| 03/05/12 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 03001-01001-12; DATE: 3/5/2012 | $3,723.53 |
| 03/05/12 | Audio and Web Conference Services | $-2.50 |

| | | |
|---|---|---|
| | Credit for Overpayment on Invoice 01001-01001-12 on Check 325795 VENDOR: TELCONF LLC; INVOICE#: 03001-01001-12; DATE: 3/5/2012 | |
| 03/05/12 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 3/5/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $66.99 |
| 03/06/12 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 3/6/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $139.80 |
| 03/07/12 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 3/7/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $63.57 |
| 03/07/12 | Computerized Legal Research - Westlaw User: KRASA-BERSTELL,DAGMARA Date: 3/7/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $98.55 |
| 03/07/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1127349 DATE: 3/11/2012 Catering Akin Gump - Mendy's at Rock Center - 03/07/2012 | $15.01 |
| 03/08/12 | Duplication - In House  Photocopy - Kahn, Brad, NY, 555 page(s) | $55.50 |
| 03/08/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 683962 DATE: 3/15/2012  Vendor: Executive Royal Voucher #: 312725 Date: 03/08/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 312725 Date: 03/08/2012 Name: Lisa Beckerman | $67.99 |
| 03/08/12 | Meals (100%)  3/2/12  P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800179; DATE: 3/8/2012 | $374.80 |
| 03/08/12 | Meals (100%)  3/6/12  P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800179; DATE: 3/8/2012 | $323.36 |
| 03/08/12 | Meals (100%)  3/8/12  P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800179; DATE: 3/8/2012 | $440.13 |
| 03/09/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1127349 DATE: 3/11/2012 Catering Akin Gump - Mendy's at Rock Center - 03/09/2012 | $15.01 |
| 03/09/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 683962 | $67.99 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1418949

| Date | Description | Amount |
|---|---|---|
| | DATE: 3/15/2012 Vendor: Executive Royal Voucher #: 258006 Date: 03/09/2012 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 258006 Date: 03/09/2012 Name: Lisa Beckerman | |
| 03/11/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 683962 DATE: 3/15/2012 Vendor: Executive Royal Voucher #: 314172 Date: 03/11/2012 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 314172 Date: 03/11/2012 Name: Lisa Beckerman | $67.99 |
| 03/12/12 | Duplication - In House  Photocopy - User # 990100, NY, 1329 page(s) | $132.90 |
| 03/12/12 | Duplication - In House  Photocopy - User # 990100, NY, 1364 page(s) | $136.40 |
| 03/12/12 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 3/12/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $2.99 |
| 03/13/12 | Travel - Ground Transportation  Taxi from office to home | $20.63 |
| 03/15/12 | Meals (100%)  3/9/12   P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800180; DATE: 3/15/2012 | $358.47 |
| 03/15/12 | Meals (100%)  3/13/12   P Sanchez - In person meeting w/Debtors' and ad hoc professionals' - breakfast (20 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800180; DATE: 3/15/2012 | $285.80 |
| 03/15/12 | Meals (100%)  3/13/12   P Sanchez - in-person committee meeting - lunch (20 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800180; DATE: 3/15/2012 | $483.13 |
| 03/19/12 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: KAHN  BRAD; Charge Type: COMBINED SEARCH COMPONENT; Quantity: 2.0 | $70.20 |
| 03/19/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KAHN  BRAD; Charge Type: COMBINED SEARCH COMPONENT; Quantity: 2.0 | $103.50 |
| 03/19/12 | Computerized Legal Research - Lexis Service: MATTHEW BENDER SERVICE; Employee: KAHN  BRAD; Charge Type: COMBINED SEARCH COMPONENT; Quantity: 2.0 | $192.60 |
| 03/19/12 | Computerized Legal Research - Westlaw | $274.84 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1418949

|          |                                                                                                                              |           |
|----------|------------------------------------------------------------------------------------------------------------------------------|-----------|
|          | User: KAHN,BRAD Date: 3/19/2012 AcctNumber: 1000193694 ConnectTime: 0.0                                                       |           |
| 03/20/12 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 3/20/2012 AcctNumber: 1000193694 ConnectTime: 0.0              | $80.21    |
| 03/23/12 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 3/23/2012 AcctNumber: 1000193694 ConnectTime: 0.0              | $328.50   |
| 03/23/12 | Computerized Legal Research - Westlaw User: PRATER,KENNIE Date: 3/23/2012 AcctNumber: 1000812018 ConnectTime: 0.0            | $55.41    |
| 03/26/12 | Computerized Legal Research - Westlaw User: WOODELL,SARAH Date: 3/26/2012 AcctNumber: 1000812018 ConnectTime: 0.0            | $10.92    |
| 03/28/12 | Computerized Legal Research - Westlaw User: KEMP,BRENDA Date: 3/28/2012 AcctNumber: 1000812018 ConnectTime: 0.0              | $20.15    |
| 03/30/12 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 3/30/2012 AcctNumber: 1000193694 ConnectTime: 0.0                | $93.44    |

Current Expenses

$11,844.42