## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 3/1/2012 through 3/31/2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $795 | 42.10 | $33,469.50 |
| J. Borow | Executive Director | $795 | 68.90 | $54,775.50 |
| J. Hyland | Executive Director | $610 | 191.40 | $116,754.00 |
| A. Cowie | Managing Director | $550 | 19.80 | $10,890.00 |
| J. Schad | Director | $400 | 12.60 | $5,040.00 |
| T. Morilla | Director | $360 | 175.50 | $63,180.00 |
| S. Weng | Research | $125 | 3.00 | $375.00 |
| M. Haverkamp | Paraprofessional | $120 | 3.10 | $372.00 |
| **For the Period 3/1/2012 through 3/31/2012** | | | **516.40** | **$284,856.00** |