# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 3/1/2012 through 3/31/2012**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | 115.90 | $66,297.00 |
| 05. Professional Retention/Fee Application Preparation | | 10.70 | $4,236.50 |
| 07. Interaction/Mtgs w Debtors/Counsel | | 17.10 | $12,743.50 |
| 08. Interaction/Mtgs w Creditors | | 56.70 | $41,580.00 |
| 10. Recovery/SubCon/Lien Analysis | | 142.10 | $67,053.50 |
| 11. Claim Analysis/Accounting | | 82.40 | $44,024.00 |
| 13. Intercompany Transactions/Bal | | 3.80 | $2,673.00 |
| 17. Analysis of Historical Results | | 18.00 | $9,584.50 |
| 18. Operating and Other Reports | | 9.90 | $5,161.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 6.90 | $2,559.00 |
| 22. Pref/Avoidance Actions | | 7.90 | $4,930.00 |
| 26. Tax Issues | | 1.70 | $1,037.00 |
| 33. Intellectual Property | | 43.30 | $22,977.00 |
| **For the Period 3/1/2012 through 3/31/2012** | | **516.40** | **$284,856.00** |