**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 3/1/2012 through 3/31/2012**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 3/2/2012 | C. Kearns | 0.20 | Analyzed status of fourth estate settlement. |
| 3/2/2012 | T. Morilla | 1.20 | Reviewed the 4th estate settlement agreements. |
| 3/2/2012 | J. Hyland | 1.30 | Participated in call with J. Bromley, J. Ray, H. Zelbo, UCC, and UCC advisors re: a proceeds allocation strategy. |
| 3/2/2012 | J. Hyland | 2.50 | Reviewed revised proceeds allocation report. |
| 3/2/2012 | J. Hyland | 2.90 | Reviewed proceeds allocation analysis report for UCC. |
| 3/6/2012 | C. Kearns | 0.10 | Analyzed status of fourth estate settlement. |
| 3/6/2012 | J. Hyland | 0.90 | Reviewed correspondence with Chilmark. |
| 3/6/2012 | T. Morilla | 1.40 | Reviewed and analyzed the estate-owned assets. |
| 3/7/2012 | C. Kearns | 0.10 | Reviewed allocation analysis. |
| 3/7/2012 | J. Hyland | 0.70 | Participated in call with M. Katzenstein, M. Spragg, and M. Sandberg re: proceeds allocation. |
| 3/7/2012 | J. Hyland | 0.90 | Conducted call with M. Kennedy re: proceeds allocation. |
| 3/7/2012 | J. Hyland | 2.80 | Reviewed proceeds allocation report. |
| 3/8/2012 | J. Hyland | 0.50 | Reviewed information and corresponded with counsel on an asset for sale. |
| 3/8/2012 | J. Hyland | 0.60 | Prepared summary of proceeds allocation changes. |
| 3/8/2012 | J. Hyland | 0.70 | Read proceeds allocation article. |
| 3/8/2012 | J. Hyland | 0.70 | Participated on call with M. Kennedy re: proceeds allocation. |
| 3/8/2012 | C. Kearns | 1.20 | Finalized allocation scenarios for UCC including consideration of Chilmark comments on the model. |
| 3/8/2012 | J. Hyland | 2.50 | Reviewed proceeds allocation analysis. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/9/2012 | C. Kearns | 0.80 | Prepared for UCC meeting to review allocation scenarios. |
| 3/9/2012 | J. Hyland | 0.80 | Participated in call with counsel, Fraser, and Jefferies re: proceeds allocation article. |
| 3/9/2012 | T. Morilla | 1.10 | Reviewed published article regarding potential allocation methodology. |
| 3/9/2012 | J. Hyland | 1.30 | Reviewed mediation statement. |
| 3/10/2012 | J. Hyland | 2.00 | Reviewed mediation statement draft and compared to support. |
| 3/12/2012 | J. Hyland | 0.40 | Conducted call and follow-up with M. Kennedy re: mediation statement. |
| 3/12/2012 | T. Morilla | 0.70 | Performed due diligence on certain numbers in the U.S. mediation statement. |
| 3/12/2012 | J. Hyland | 1.70 | Reviewed proceeds allocation analysis. |
| 3/12/2012 | T. Morilla | 2.40 | Reviewed and analyzed a draft of the U.S. mediation statement. |
| 3/13/2012 | J. Hyland | 0.40 | Participated in meeting with M. Sandberg and M. Kennedy re: proceeds allocation model. |
| 3/13/2012 | T. Morilla | 0.90 | Continued to review the U.S. mediation statement. |
| 3/13/2012 | J. Hyland | 1.50 | Participated in meeting with M. Sandberg re: proceeds allocation model. |
| 3/14/2012 | C. Kearns | 0.40 | Reviewed April proposals. |
| 3/14/2012 | T. Morilla | 1.60 | Reviewed and analyzed recovery and allocation concepts with FTI. |
| 3/15/2012 | T. Morilla | 0.90 | Reviewed and analyzed comments to the U.S. mediation statement draft. |
| 3/15/2012 | J. Hyland | 2.40 | Reviewed mediation summary. |
| 3/15/2012 | J. Hyland | 2.90 | Reviewed mediation statement supporting documentation. |
| 3/16/2012 | C. Kearns | 0.20 | Reviewed draft outline of term sheet for next mediation. |
| 3/16/2012 | J. Hyland | 0.20 | Conducted call with M. Kennedy re: term sheet. |
| 3/16/2012 | J. Hyland | 0.80 | Participated in call with M. Kennedy, M. Katzenstein, and M. Sandberg re: term sheet. |
| 3/16/2012 | T. Morilla | 1.00 | Reviewed and analyzed the mediation statement comments. |
| 3/16/2012 | T. Morilla | 1.00 | Continued to review allocation concepts prior to discussion with Chilmark. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 3/16/2012 | J. Hyland | 1.10 | Reviewed term sheet. |
| 3/16/2012 | T. Morilla | 1.10 | Prepared for (0.3) and participated in (0.8) discussion with Chilmark and FTI regarding certain allocation and recovery concepts. |
| 3/16/2012 | T. Morilla | 1.50 | Reviewed and analyzed the mediation proposal framework document. |
| 3/19/2012 | C. Kearns | 0.40 | Prepared memo for counsel summarizing status of U.S. Debtors' draft template for allocation negotiation. |
| 3/19/2012 | T. Morilla | 1.90 | Continued reviewing a draft of the U.S. mediation statement. |
| 3/19/2012 | J. Hyland | 2.00 | Reviewed mediation summary. |
| 3/19/2012 | J. Hyland | 2.40 | Analyzed mediation statement exhibits. |
| 3/20/2012 | C. Kearns | 0.80 | Analyzed mediation positions. |
| 3/20/2012 | J. Hyland | 2.00 | Analyzed claims used in proceeds allocation analyses. |
| 3/21/2012 | T. Morilla | 0.50 | Continued to review the mediation proposal template. |
| 3/21/2012 | T. Morilla | 1.50 | Reviewed article on the reasonableness of a certain allocation methodology. |
| 3/21/2012 | J. Hyland | 2.00 | Reviewed article from one of the proceeds allocation participants. |
| 3/22/2012 | J. Hyland | 2.00 | Reviewed proceeds allocations. |
| 3/23/2012 | C. Kearns | 0.10 | Analyzed status of fourth estate settlement. |
| 3/23/2012 | J. Hyland | 2.80 | Reviewed mediation statement documentation. |
| 3/25/2012 | J. Hyland | 2.00 | Reviewed mediation statement. |
| 3/26/2012 | J. Borow | 1.30 | Continued to review analyses relating to mediation both financial analyses and mediation statement. |
| 3/26/2012 | A. Cowie | 1.50 | Continued to analyze creditor mediation documentation. |
| 3/26/2012 | T. Morilla | 1.60 | Continued to review the mediation exhibit. |
| 3/26/2012 | A. Cowie | 1.90 | Analyzed creditor mediation statement. |
| 3/26/2012 | C. Kearns | 2.10 | Read draft mediation statement and related exhibits. |
| 3/26/2012 | T. Morilla | 2.20 | Reviewed and analyzed the mediation statement comments. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 3/26/2012 | T. Morilla | 2.30 | Continued to review the mediation exhibit. |
| 3/26/2012 | J. Hyland | 2.60 | Reviewed revised mediation statement. |
| 3/26/2012 | J. Hyland | 2.80 | Continued reviewing mediation statement exhibit. |
| 3/26/2012 | J. Hyland | 2.90 | Reviewed mediation statement exhibit. |
| 3/26/2012 | J. Borow | 2.90 | Reviewed analyses relating to mediation both financial analyses and mediation statement. |
| 3/27/2012 | C. Kearns | 0.80 | Reviewed latest mediation statement draft. |
| 3/27/2012 | T. Morilla | 1.10 | Reviewed the 4th estate settlement documents. |
| 3/27/2012 | J. Borow | 1.50 | Reviewed mediation statement and related financial information. |
| 3/27/2012 | J. Borow | 1.60 | Reviewed analyses relating to mediation both financial analyses and mediation statement. |
| 3/27/2012 | A. Cowie | 2.90 | Prepared for and participated in discussions and document analysis in regards to mediation. |
| 3/28/2012 | J. Hyland | 1.30 | Reviewed 4th Estate mark-up. |
| 3/28/2012 | J. Borow | 2.30 | Reviewed analyses relating to mediation both financial analyses and mediation statement. |
| 3/28/2012 | T. Morilla | 2.40 | Continued to provide comments on the mediation exhibit. |
| 3/29/2012 | C. Kearns | 1.00 | Continued to review mediation draft and discuss with counsel. |
| 3/29/2012 | J. Borow | 1.10 | Reviewed analyses relating to mediation both financial analyses and mediation statement. |
| 3/29/2012 | J. Hyland | 2.10 | Reviewed mediation statement analysis. |
| 3/29/2012 | T. Morilla | 2.30 | Continued to review and edit the mediation exhibit. |
| 3/30/2012 | C. Kearns | 0.70 | Reviewed and analyzed mediation positions. |
| Subtotal | | 115.90 | |

**05. Professional Retention/Fee Application Preparation**

| | | | |
|------|--------------|-------|---------------------------|
| 3/10/2012 | J. Hyland | 0.50 | Reviewed interim fee application for UCC professionals. |
| 3/14/2012 | M. Haverkamp | 1.90 | Prepared February 2012 fee application. |

**Capstone Advisory Group, LLC**
**Invoice for the 3/1/2012-3/31/2012 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/19/2012 | T. Morilla | 1.40 | Continued to prepare the February fee application. |
| 3/19/2012 | T. Morilla | 2.50 | Prepared the February fee application. |
| 3/21/2012 | J. Hyland | 1.10 | Reviewed fee application. |
| 3/21/2012 | M. Haverkamp | 1.10 | Prepared February 2012 fee application. |
| 3/22/2012 | M. Haverkamp | 0.10 | Prepared February 2012 fee application. |
| 3/22/2012 | J. Borow | 1.10 | Reviewed fee application. |
| 3/25/2012 | J. Hyland | 1.00 | Reviewed final fee application. |
| Subtotal | | 10.70 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/2/2012 | J. Borow | 2.80 | Prepared for (1.5) and participated in (1.3) meeting with UCC's and U.S. Debtors' professionals and advisors. |
| 3/6/2012 | C. Kearns | 0.30 | Emailed with counsel and U.S. Debtors re: next steps re: mediation. |
| 3/6/2012 | J. Hyland | 1.30 | Participated in call with J. Ray, J. Bromley, M. Kennedy, M. Wunder, and counsel re: case status. |
| 3/6/2012 | C. Kearns | 1.30 | Participated in a call with the U.S. Debtors and counsel and related prep. |
| 3/6/2012 | J. Borow | 1.50 | Prepared for (0.2) and participated in (1.3) meeting with U.S. Debtor and Debtor professionals. |
| 3/13/2012 | J. Hyland | 2.00 | Participated in meeting with Cleary, J. Ray, M. Kennedy, M. Rosenberg, Milbank, FTI, and counsel re: proceeds allocation. |
| 3/13/2012 | C. Kearns | 2.20 | Prepared for (0.2) and met with (2.0) the U.S. Debtors and ad hocs to discuss next steps in mediation process. |
| 3/13/2012 | J. Borow | 2.80 | Prepared for (1.3) and participated in (1.5) meeting with UCC and professionals including meeting with U.S. Debtor professionals. |
| 3/16/2012 | J. Borow | 0.90 | Prepared for (0.1) and participated in (0.8) conference call with U.S. Debtors' professionals and ad hoc professionals re: mediation issues. |
| 3/21/2012 | J. Hyland | 1.20 | Participated in call with J. Bromley, Cleary, J. Ray, Chilmark, and counsel re: EMEA claims and mediation. |
| 3/22/2012 | J. Hyland | 0.10 | Conducted call with M. Kennedy re: mediation statement and cross-border claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/26/2012 | C. Kearns | 0.70 | Participated in status call with U.S. Debtor re: mediation timeline. |
| Subtotal | | 17.10 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/1/2012 | C. Kearns | 0.20 | Exchanged emails with counsel re: agenda for UCC meeting with J. Ray and Jefferies resolution. |
| 3/1/2012 | C. Kearns | 0.90 | Participated in a portion of weekly UCC call. |
| 3/1/2012 | J. Hyland | 1.10 | Participated in UCC call with UCC professionals. |
| 3/1/2012 | J. Borow | 1.80 | Prepared for (0.7) and participated (1.1) in UCC meeting with UCC and advisors. |
| 3/2/2012 | C. Kearns | 1.00 | Participated in a portion of the UCC call with Ray and CGSH re: EMEA claims and mediation status. |
| 3/5/2012 | J. Hyland | 0.10 | Conducted call with B. Kahn re: IPA and UCC agenda. |
| 3/6/2012 | J. Hyland | 1.00 | Participated in call with counsel and M. Wunder re: proceeds allocation analyses and case status. |
| 3/7/2012 | C. Kearns | 0.40 | Participated in a portion of the call with FTI to discuss status and next steps. |
| 3/8/2012 | C. Kearns | 0.20 | Read letter from large holder and discuss possible implications. |
| 3/9/2012 | C. Kearns | 0.50 | Discussed with counsel recent article by Canadian counsel re: case matter and related letter from large debt holder. |
| 3/9/2012 | J. Hyland | 1.30 | Participated in UCC call with UCC professionals. |
| 3/9/2012 | C. Kearns | 1.70 | Prepared for (0.9) and participated in (0.8) discussion re: of allocation scenarios and other matters. |
| 3/9/2012 | J. Borow | 2.20 | Prepared for (0.9) and participated in (1.3) meeting of UCC and professionals. |
| 3/9/2012 | J. Hyland | 2.40 | Prepared for UCC call. |
| 3/12/2012 | J. Hyland | 0.20 | Conducted call with B. Kahn re: UCC meeting. |
| 3/12/2012 | C. Kearns | 0.30 | Participated in a call with counsel and PBGC to discuss scenarios and prepare for J. Ray meeting. |
| 3/12/2012 | C. Kearns | 0.30 | Conducted conference calls with counsel re: status of J. Ray meeting agenda. |
| 3/13/2012 | C. Kearns | 0.40 | Debriefed with counsel after ad hoc meeting. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/13/2012 | J. Hyland | 1.20 | Prepared for UCC meeting. |
| 3/13/2012 | C. Kearns | 1.20 | Prepared for UCC meeting with Ray. |
| 3/13/2012 | J. Hyland | 1.50 | Prepared for UCC meeting with UCC professionals, Cleary, J. Ray, and M. Kennedy re: U.S. Debtor status. |
| 3/13/2012 | J. Hyland | 1.50 | Participated in UCC meeting with UCC professionals. |
| 3/13/2012 | J. Borow | 2.90 | Prepared for (0.9) and participated in (2.0) meeting with U.S. Debtor and ad hoc bondholder professionals. |
| 3/13/2012 | C. Kearns | 3.00 | Prepared for (1.5) and participated in (1.5) UCC meeting with the U.S. Debtors. |
| 3/14/2012 | C. Kearns | 0.10 | Conducted status conference call with counsel. |
| 3/14/2012 | C. Kearns | 1.00 | Participated in a portion of the discussion with FTI to discuss next steps. |
| 3/14/2012 | J. Borow | 1.40 | Participated in a portion of the meeting with FTI advisors to ad hoc bondholders. |
| 3/14/2012 | J. Hyland | 2.50 | Participated in meeting with FTI re: proceeds allocation and other case matters. |
| 3/14/2012 | J. Hyland | 2.70 | Prepared for meeting with ad hocs. |
| 3/15/2012 | J. Borow | 1.30 | Held discussions with various creditors and parties in interest re: status of matter. |
| 3/16/2012 | C. Kearns | 0.20 | Discussed call with Chilmark with counsel. |
| 3/19/2012 | C. Kearns | 0.10 | Exchanged emails with counsel re: next steps. |
| 3/20/2012 | J. Borow | 1.30 | Held discussions with various creditors and parties in interest re: status of matter and related issues. |
| 3/20/2012 | J. Borow | 2.10 | Prepared for attended and participated in meeting with UCC and advisors. |
| 3/21/2012 | J. Hyland | 0.20 | Participated in call with counsel in preparation for UCC call. |
| 3/21/2012 | C. Kearns | 0.70 | Participated in weekly UCC call. |
| 3/21/2012 | C. Kearns | 1.10 | Followed up with counsel and Law Debenture re: bonds and related recovery issues. |
| 3/22/2012 | C. Kearns | 0.10 | Discussed bond recovery issues with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/22/2012 | C. Kearns | 0.50 | Exchanged emails with counsel re: brief timeline and related needs to begin next round of mediation. |
| 3/23/2012 | J. Borow | 1.60 | Held discussions with various creditors and parties in interest re: status of matter. |
| 3/26/2012 | J. Borow | 0.90 | Held discussion with various creditors and other parties in interest re: status of matter. |
| 3/28/2012 | C. Kearns | 1.00 | Conducted status call with UCC professionals and related follow up with counsel. |
| 3/28/2012 | J. Borow | 1.40 | Held discussion with various creditors and other parties in interest re: status of matter. |
| 3/29/2012 | C. Kearns | 1.00 | Participated in a weekly UCC call. |
| 3/29/2012 | J. Hyland | 1.10 | Prepared for (0.1) and participated in (1.0) UCC call with UCC professionals. |
| 3/29/2012 | C. Kearns | 1.50 | Participated in a call with counsel, Frasers and Davis Polk re: mediation process. |
| 3/29/2012 | J. Hyland | 2.10 | Prepared for UCC call and reviewed UCC reports. |
| 3/29/2012 | J. Borow | 2.20 | Prepared for (1.2) and participated in (1.0) meeting with UCC and advisors to UCC. |
| 3/30/2012 | J. Borow | 1.30 | Held discussions with various creditors and other parties in interest re: status of matter. |
| Subtotal | | 56.70 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/1/2012 | C. Kearns | 0.20 | Prepared summary of scenarios for mediation "teach in" document for UCC. |
| 3/1/2012 | T. Morilla | 1.20 | Continued to prepare recovery analyses presentation. |
| 3/1/2012 | T. Morilla | 1.70 | Created outline for recovery analyses presentation. |
| 3/1/2012 | T. Morilla | 2.80 | Prepared recovery analyses presentation. |
| 3/2/2012 | T. Morilla | 0.20 | Reviewed and edited the recovery document outline. |
| 3/2/2012 | C. Kearns | 0.80 | Updated draft on recovery scenarios. |
| 3/2/2012 | T. Morilla | 1.50 | Continued to review and edit the recovery model based on scenario analyses. |
| 3/2/2012 | T. Morilla | 1.90 | Edited the recovery model for the various scenario analyses. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/2/2012 | T. Morilla | 2.20 | Revised and edited the recovery analyses presentation based on comments. |
| 3/2/2012 | T. Morilla | 2.80 | Continued preparing the recovery analyses document. |
| 3/3/2012 | T. Morilla | 1.40 | Continued to revise the recovery presentation based on comments. |
| 3/3/2012 | J. Hyland | 2.00 | Reviewed recovery analysis. |
| 3/3/2012 | T. Morilla | 2.30 | Worked through additional recovery sensitivity scenarios. |
| 3/4/2012 | T. Morilla | 1.70 | Continued to edit the recovery document. |
| 3/4/2012 | J. Hyland | 1.70 | Continued reviewing recovery analysis. |
| 3/4/2012 | T. Morilla | 2.30 | Continued to prepare additional recovery scenarios. |
| 3/5/2012 | T. Morilla | 0.50 | Reviewed key factors to consider in the recovery analyses. |
| 3/5/2012 | J. Borow | 1.40 | Reviewed various recovery scenarios and related analyses. |
| 3/5/2012 | T. Morilla | 1.50 | Made additional changes to the recovery analyses document. |
| 3/5/2012 | T. Morilla | 2.20 | Reviewed and analyzed the recovery analyses. |
| 3/5/2012 | J. Hyland | 2.50 | Analyzed creditor recoveries. |
| 3/5/2012 | T. Morilla | 2.70 | Continued to run additional recovery model scenarios. |
| 3/5/2012 | J. Hyland | 2.90 | Reviewed creditor recovery analysis. |
| 3/6/2012 | T. Morilla | 1.20 | Continued to review the key factors to consider in the recovery analyses. |
| 3/6/2012 | T. Morilla | 1.30 | Reviewed and analyzed the recovery analyses outline. |
| 3/6/2012 | J. Borow | 1.50 | Reviewed various recovery scenarios and related analyses. |
| 3/6/2012 | C. Kearns | 1.50 | Reviewed latest summary of allocation scenarios and report draft. |
| 3/6/2012 | T. Morilla | 2.00 | Ran additional recovery sensitivity scenarios. |
| 3/6/2012 | J. Hyland | 2.00 | Prepared for creditor recovery discussion. |
| 3/6/2012 | T. Morilla | 2.40 | Continued to revise the recovery analyses presentation based on comments. |
| 3/7/2012 | J. Hyland | 1.00 | Continued analyzing claims recoveries. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/7/2012 | T. Morilla | 1.20 | Revised the recovery analyses presentation. |
| 3/7/2012 | T. Morilla | 1.20 | Reviewed the recovery analyses assumptions with Chilmark. |
| 3/7/2012 | T. Morilla | 1.20 | Continued to review and analyze the recovery presentation. |
| 3/7/2012 | T. Morilla | 1.50 | Continued to revise the recovery analyses presentation. |
| 3/7/2012 | T. Morilla | 2.80 | Continued to prepare the recovery analyses to share with the U.S. Debtors. |
| 3/7/2012 | T. Morilla | 2.90 | Ran additional recovery sensitivity analyses scenarios. |
| 3/7/2012 | J. Hyland | 2.90 | Analyzed claims recoveries. |
| 3/8/2012 | T. Morilla | 0.60 | Reviewed and analyzed the recovery assumptions with M. Kennedy. |
| 3/8/2012 | J. Borow | 1.60 | Reviewed various recovery scenarios and related analyses. |
| 3/8/2012 | T. Morilla | 1.60 | Made final edits to the recovery analyses presentation. |
| 3/8/2012 | T. Morilla | 2.30 | Reviewed and analyzed recovery assumptions in preparation for discussion with Chilmark. |
| 3/8/2012 | T. Morilla | 2.50 | Continued running additional recovery sensitivity analyses. |
| 3/8/2012 | J. Hyland | 2.80 | Reviewed recovery analysis deck. |
| 3/8/2012 | T. Morilla | 2.90 | Ran additional recovery sensitivity analyses. |
| 3/9/2012 | T. Morilla | 1.50 | Continued to run additional recovery sensitivity analyses. |
| 3/9/2012 | T. Morilla | 2.90 | Ran additional recovery sensitivity analyses based on certain post-petition claims. |
| 3/12/2012 | C. Kearns | 0.60 | Reviewed additional scenarios re: NNL claim base and discussed with counsel and Frasers. |
| 3/12/2012 | C. Kearns | 1.30 | Read draft mediation statement and related emails with counsel. |
| 3/12/2012 | J. Borow | 1.60 | Reviewed issues relating to various recovery scenarios. |
| 3/12/2012 | T. Morilla | 1.90 | Continued to review recovery analyses as they apply to an allocation matter. |
| 3/12/2012 | T. Morilla | 2.60 | Ran additional recovery sensitivity analyses as it applies to an allocation matter. |
| 3/13/2012 | T. Morilla | 2.10 | Continued reviewing certain recovery and allocation concepts. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 3/13/2012 | T. Morilla | 2.30 | Continued to review certain allocation and recovery concepts. |
| 3/13/2012 | T. Morilla | 2.80 | Reviewed certain recovery and allocation concepts. |
| 3/14/2012 | T. Morilla | 1.70 | Continued to review the common language recovery model. |
| 3/14/2012 | T. Morilla | 1.90 | Continued to review and analyze the common language recovery model. |
| 3/14/2012 | J. Borow | 2.10 | Reviewed issues relating to various recovery scenarios. |
| 3/14/2012 | T. Morilla | 2.80 | Reviewed and analyzed the common language recovery model. |
| 3/15/2012 | J. Borow | 2.10 | Reviewed issues relating to recovery analyses and mediation scenarios. |
| 3/15/2012 | J. Hyland | 2.30 | Analyzed claims recovery calculations. |
| 3/15/2012 | T. Morilla | 2.50 | Continued preparing document showing recovery assumptions. |
| 3/15/2012 | T. Morilla | 2.80 | Prepared document showing recovery assumptions. |
| 3/16/2012 | C. Kearns | 0.50 | Reviewed recovery scenarios and analysis. |
| 3/16/2012 | J. Borow | 1.80 | Reviewed recovery issues and related scenarios relating specifically to mediation. |
| 3/16/2012 | T. Morilla | 2.10 | Continued to edit the recovery analyses assumptions document. |
| 3/19/2012 | A. Cowie | 1.90 | Analyzed creditor recovery scenarios. |
| 3/19/2012 | J. Borow | 2.20 | Reviewed various recovery issues and related effect on various scenarios. |
| 3/19/2012 | T. Morilla | 2.30 | Revised recovery assumptions document based on comments. |
| 3/22/2012 | A. Cowie | 0.20 | Continued to analyze various creditor recovery and claim scenarios. |
| 3/22/2012 | A. Cowie | 2.90 | Analyzed various creditor recovery and claim scenarios. |
| 3/23/2012 | A. Cowie | 2.30 | Analyzed recovery documents and calculations. |
| 3/27/2012 | T. Morilla | 1.60 | Reviewed and analyzed the recovery model assumptions. |
| 3/28/2012 | A. Cowie | 0.70 | Prepared recovery analysis. |
| 3/30/2012 | T. Morilla | 2.20 | Reviewed and analyzed certain recovery model scenarios. |
| 3/30/2012 | J. Borow | 2.30 | Reviewed various scenarios and recovery analyses. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Subtotal | | 142.10 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/1/2012 | J. Hyland | 0.30 | Conducted call with R. Boris re: claims. |
| 3/1/2012 | T. Morilla | 0.80 | Reviewed and analyzed the post-petition claim calculations. |
| 3/1/2012 | T. Morilla | 1.00 | Reviewed certain bondholder claims. |
| 3/1/2012 | T. Morilla | 1.20 | Continued to review certain post-petition claims. |
| 3/1/2012 | J. Hyland | 2.00 | Reviewed claim reporting from the U.S. Debtors. |
| 3/2/2012 | C. Kearns | 0.80 | Debriefed with counsel re: next steps on possible chambers conference re: EMEA claims. |
| 3/2/2012 | T. Morilla | 1.20 | Reviewed certain U.S. claims. |
| 3/5/2012 | J. Hyland | 0.10 | Conducted call with M. Kennedy re: claims. |
| 3/5/2012 | T. Morilla | 0.60 | Reviewed and analyzed the potential make-whole claims. |
| 3/5/2012 | T. Morilla | 1.60 | Revised the post-petition claims calculations. |
| 3/6/2012 | T. Morilla | 1.20 | Reviewed and analyzed the U.S. and Canadian estate claims. |
| 3/8/2012 | J. Hyland | 1.00 | Participated on call with Cleary, M. Kennedy, J. Ray, and R. Boris re: cross-border claims. |
| 3/8/2012 | J. Hyland | 1.40 | Reviewed cross-border claims files. |
| 3/9/2012 | J. Hyland | 0.30 | Conducted call with B. Kahn re: claims. |
| 3/12/2012 | C. Kearns | 0.40 | Read portion of Grace decision re: claim matter. |
| 3/12/2012 | J. Hyland | 2.00 | Analyzed claims reporting. |
| 3/14/2012 | C. Kearns | 0.50 | Discussed status of claims and wind down with the team. |
| 3/14/2012 | J. Hyland | 2.40 | Reviewed claims reporting. |
| 3/16/2012 | J. Hyland | 2.00 | Continued analyzing Canadian claims. |
| 3/16/2012 | J. Hyland | 2.70 | Analyzed Canadian claims. |
| 3/19/2012 | J. Hyland | 2.20 | Continued reviewing U.S. claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/19/2012 | J. Hyland | 2.90 | Reviewed U.S. claims. |
| 3/20/2012 | T. Morilla | 0.80 | Reviewed the EMEA U.S. Court's order. |
| 3/20/2012 | S. Weng | 1.00 | Continued compiling EMEA claims from U.S. Court's Opinion and Order. |
| 3/20/2012 | T. Morilla | 1.50 | Reviewed and analyzed the U.S. Court's opinion on certain EMEA claims. |
| 3/20/2012 | T. Morilla | 1.90 | Created EMEA claims summary based on U.S. Court's opinion. |
| 3/20/2012 | S. Weng | 2.00 | Compiled EMEA claims from U.S. Court's Opinion and Order. |
| 3/20/2012 | J. Hyland | 2.60 | Reviewed Judge Gross' opinion on EMEA claims. |
| 3/20/2012 | T. Morilla | 2.60 | Continued to review and summarize the EMEA claims. |
| 3/20/2012 | J. Hyland | 2.60 | Continued analyzing financial impact of Judge Gross' opinion on EMEA claims. |
| 3/20/2012 | J. Hyland | 2.90 | Analyzed Judge Gross' opinion on EMEA claims. |
| 3/20/2012 | A. Cowie | 2.90 | Analyzed EMEA claims ruling documents. |
| 3/21/2012 | T. Morilla | 0.40 | Continued to review bond claim analyses. |
| 3/21/2012 | C. Kearns | 0.60 | Participated in a portion of the call with the U.S. Debtors and counsel re: EMEA claims decision. |
| 3/21/2012 | C. Kearns | 0.90 | Read decision on EMEA claims. |
| 3/21/2012 | J. Hyland | 1.30 | Reviewed claims summary. |
| 3/21/2012 | J. Borow | 1.30 | Reviewed claims asserted by retirees and long term disability claimants. |
| 3/21/2012 | T. Morilla | 2.10 | Reviewed and updated bond claim analyses. |
| 3/21/2012 | T. Morilla | 2.20 | Reviewed and edited the EMEA claims summary. |
| 3/21/2012 | A. Cowie | 2.60 | Prepared discussion points for UCC on EMEA claims ruling and case matters. |
| 3/21/2012 | J. Hyland | 2.90 | Analyzed cross-border claims. |
| 3/22/2012 | C. Kearns | 0.50 | Reviewed analysis for certain bonds and their potential claims. |
| 3/22/2012 | T. Morilla | 1.50 | Continued to review bond claim analyses. |
| 3/22/2012 | T. Morilla | 1.70 | Updated bond claim analyses based on certain assumptions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/22/2012 | J. Hyland | 2.60 | Reviewed cross-border claims. |
| 3/22/2012 | J. Hyland | 2.70 | Prepared cross-border claims report. |
| 3/23/2012 | C. Kearns | 0.10 | Exchanged emails with counsel re: bond claims. |
| 3/23/2012 | T. Morilla | 0.70 | Continued to review and analyze the EMEA claims opinion and order. |
| 3/26/2012 | J. Borow | 1.10 | Reviewed report re: cross border claims. |
| 3/27/2012 | J. Hyland | 0.10 | Conducted call with M. Kennedy re: cross-border claims. |
| 3/27/2012 | J. Hyland | 1.80 | Revised cross-border claims report. |
| 3/27/2012 | J. Hyland | 2.00 | Analyzed cross-border claims details. |
| 3/28/2012 | J. Borow | 0.80 | Reviewed report re: cross border claims. |
| 3/28/2012 | J. Hyland | 1.40 | Reviewed cross-border claims. |
| 3/28/2012 | J. Hyland | 1.70 | Finalized cross-border claims report for UCC. |
| Subtotal | | 82.40 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/22/2012 | J. Borow | 1.60 | Reviewed intercompany debt issues relating to recovery analyses. |
| 3/23/2012 | J. Borow | 1.40 | Reviewed intercompany debt issues relating to recovery analyses. |
| 3/28/2012 | T. Morilla | 0.80 | Reviewed and analyzed the March 2012 RM report. |
| Subtotal | | 3.80 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/1/2012 | J. Hyland | 1.90 | Reviewed interest rate calculations. |
| 3/5/2012 | J. Hyland | 2.30 | Prepared professional fee analysis. |
| 3/6/2012 | J. Hyland | 1.80 | Analyzed professional fees. |
| 3/9/2012 | J. Hyland | 2.30 | Analyzed professional fees and expenses. |
| 3/9/2012 | T. Morilla | 2.40 | Reviewed and analyzed the 4Q 11 financial results. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/9/2012 | J. Hyland | 2.90 | Prepared professional fee report. |
| 3/12/2012 | C. Kearns | 0.10 | Reviewed current summary of professional fees. |
| 3/12/2012 | J. Borow | 0.60 | Reviewed report to UCC re: professional fees. |
| 3/22/2012 | T. Morilla | 2.10 | Reviewed and analyzed the 4Q 11 10K. |
| 3/23/2012 | T. Morilla | 1.60 | Continued to review the 4Q11 10-K. |
| Subtotal | | 18.00 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/1/2012 | T. Morilla | 0.30 | Reviewed and analyzed the bond pricing document. |
| 3/1/2012 | T. Morilla | 1.20 | Reviewed and analyzed the professional fees. |
| 3/5/2012 | T. Morilla | 0.40 | Reviewed bond and claim pricing. |
| 3/5/2012 | C. Kearns | 1.00 | Reviewed revised report draft and counsel's comments. |
| 3/9/2012 | J. Hyland | 0.10 | Conducted call with B. Kahn re: UCC report. |
| 3/9/2012 | T. Morilla | 1.50 | Reviewed and edited the professional fees analyses. |
| 3/12/2012 | C. Kearns | 0.20 | Reviewed draft report for UCC. |
| 3/12/2012 | T. Morilla | 1.00 | Reviewed and edited the professional fee report. |
| 3/12/2012 | J. Hyland | 2.80 | Finalized UCC presentations. |
| 3/13/2012 | J. Hyland | 1.40 | Followed-up on UCC matters. |
| Subtotal | | 9.90 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/2/2012 | J. Hyland | 0.30 | Conducted call with T. Ross and follow-up review re: transaction escrows. |
| 3/7/2012 | T. Morilla | 0.40 | Reviewed the U.S. cash balances. |
| 3/20/2012 | T. Morilla | 2.10 | Reviewed and analyzed Canada's cash forecast. |
| 3/21/2012 | T. Morilla | 0.30 | Reviewed and analyzed the March 16 cash flash. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/21/2012 | T. Morilla | 1.10 | Continued to review the Canadian cash flow forecast. |
| 3/23/2012 | T. Morilla | 0.40 | Reviewed the U.S. cash balances distributed by the U.S. Debtors. |
| 3/30/2012 | T. Morilla | 0.50 | Continued to review the cash forecast report. |
| 3/30/2012 | T. Morilla | 1.80 | Reviewed and analyzed the Canadian cash flow forecast. |
| Subtotal | | 6.90 | |

**22. Pref/Avoidance Actions**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/1/2012 | J. Hyland | 1.30 | Continued preparing avoidance action report. |
| 3/1/2012 | J. Hyland | 2.90 | Prepared avoidance action report. |
| 3/2/2012 | J. Hyland | 1.40 | Continued preparing avoidance action deck for UCC. |
| 3/2/2012 | J. Hyland | 1.70 | Prepared avoidance action analysis. |
| 3/12/2012 | J. Borow | 0.60 | Reviewed report to UCC re: preference update. |
| Subtotal | | 7.90 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/13/2012 | J. Hyland | 0.10 | Conducted call with K. Rowe re: the U.S. Debtors' taxes. |
| 3/27/2012 | J. Hyland | 0.30 | Conducted call with K. Rowe re: U.S. taxes. |
| 3/27/2012 | J. Hyland | 1.30 | Reviewed U.S. state tax analysis. |
| Subtotal | | 1.70 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/5/2012 | J. Hyland | 0.10 | Conducted call with J. Ray re: IPA. |
| 3/8/2012 | C. Kearns | 0.10 | Analyzed status of level of interest in trademark. |
| 3/12/2012 | J. Schad | 2.40 | Compared draft mediation statement to IP forecast model. |
| 3/12/2012 | J. Schad | 2.60 | Reviewed draft mediation statement and compared to IP forecast model. |
| 3/12/2012 | J. Hyland | 2.70 | Reviewed IP portion of mediation statement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/14/2012 | J. Hyland | 1.50 | Analyzed IP patent file. |
| 3/21/2012 | J. Schad | 2.10 | Reviewed draft mediation statement and compared to IP forecast model. |
| 3/22/2012 | J. Schad | 1.80 | Reviewed mediation statement and compared to IP forecast model. |
| 3/23/2012 | J. Hyland | 0.10 | Conducted call with M. Wunder re: IPA sales. |
| 3/23/2012 | C. Kearns | 0.40 | Analyzed status of latest IP address sale. |
| 3/23/2012 | J. Hyland | 0.50 | Participated in call with A. Rohan, R. Keenan, and S. Kuhn re: IPA. |
| 3/23/2012 | J. Borow | 1.10 | Reviewed issues pertaining to sale of IP addresses. |
| 3/23/2012 | T. Morilla | 1.60 | Reviewed and analyzed issues regarding the potential sale of the IPA. |
| 3/23/2012 | T. Morilla | 1.70 | Continued to review issues regarding the potential sale of the IPA. |
| 3/23/2012 | J. Hyland | 2.60 | Reviewed IPA reporting to UCC. |
| 3/24/2012 | C. Kearns | 0.50 | Analyzed status of latest IP address sale. |
| 3/25/2012 | J. Hyland | 2.30 | Reviewed IPA documents. |
| 3/26/2012 | J. Schad | 0.80 | Continued to review IP-related exhibits to revised draft mediation statement. |
| 3/26/2012 | J. Hyland | 1.20 | Reviewed IPA sale information. |
| 3/26/2012 | J. Schad | 2.90 | Reviewed IP-related exhibits to revised draft mediation statement. |
| 3/27/2012 | J. Hyland | 1.00 | Followed-up on IPA matter. |
| 3/27/2012 | J. Hyland | 1.30 | Reviewed IPA presentation to UCC. |
| 3/27/2012 | J. Borow | 1.90 | Reviewed report re: status of internet protocol address sale process. |
| 3/27/2012 | T. Morilla | 2.30 | Continued to review the IP address transaction issues. |
| 3/28/2012 | J. Hyland | 0.50 | Participated in call with S. Kuhn (for a portion of the call), A. Rohan, and R. Keenan re: IPA. |
| 3/28/2012 | J. Borow | 0.90 | Reviewed report re: status of internet protocol address sale process. |
| 3/28/2012 | J. Hyland | 0.90 | Participated in weekly status call with UCC professionals. |
| 3/28/2012 | J. Hyland | 1.20 | Reviewed IPA sale order. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 3/28/2012 | T. Morilla | 2.00 | Continued to review the IP address issues. |
| 3/29/2012 | J. Borow | 0.80 | Reviewed report re: status of internet protocol address sale process. |
| 3/29/2012 | J. Hyland | 1.20 | Reviewed IPA motions. |
| 3/30/2012 | C. Kearns | 0.30 | Analyzed status of IP address sales. |
| Subtotal | | 43.30 | |
| **Total Hours** | | **516.40** | |

**Capstone Advisory Group, LLC**
**Invoice for the 3/1/2012-3/31/2012 Fee Statement**