**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 3/1/2012 through 3/31/2012**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 3/12/2012 | J. Hyland | Airfare for NY trip. | $521.60 |
| 3/12/2012 | J. Hyland | Airfare change fee to add day for NY trip for FTI meeting. | $150.00 |
| 3/14/2012 | J. Hyland | Airfare change fee during NY trip. | $75.00 |
| 3/27/2012 | C. Kearns | Airfare back from Canada. | $1,052.56 |
| 3/27/2012 | C. Kearns | Airfare to Canada. | $661.16 |
| 3/30/2012 | J. Borow | Airfare to Toronto for meeting. | $1,052.56 |
| **Subtotal - Airfare/Train** | | | **$3,512.88** |
| **Auto Rental/Taxi** | | | |
| 3/5/2012 | CAG Direct | Taxi in NY during NY trip. | $66.19 |
| 3/12/2012 | J. Hyland | Taxi to airport for NY trip. | $65.00 |
| 3/12/2012 | J. Hyland | Taxi in NY to office for NY trip. | $40.25 |
| 3/14/2012 | J. Hyland | Taxi from O'Hare to home during NY trip. | $66.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$237.44** |
| **Hotel** | | | |
| 3/14/2012 | J. Hyland | Hotel for NY trip. | $785.02 |
| **Subtotal - Hotel** | | | **$785.02** |
| **Meals** | | | |
| 3/3/2012 | T. Morilla | Meal due to working on Saturday. | $13.00 |

Capstone Advisory Group, LLC
Invoice for the 3/1/2012-3/31/2012 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/4/2012 | T. Morilla | Meal due to working on the weekend. | $11.00 |
| 3/6/2012 | T. Morilla | Meal due to working late. | $21.45 |
| 3/12/2012 | J. Hyland | Meal during NY trip. | $16.51 |
| 3/12/2012 | J. Hyland | Meal during NY trip. | $2.67 |
| 3/13/2012 | J. Borow | Lunch J. Borow, J. Hyland, T. Morilla, C. Kearns, M. Sandberg (FTI). | $218.00 |
| 3/13/2012 | J. Hyland | Meals during NY trip. | $11.75 |
| 3/14/2012 | C. Kearns | Working meal discussing case matters. | $131.07 |
| 3/14/2012 | C. Kearns | Lunch with J. Hyland to discuss case status. | $70.40 |
| 3/14/2012 | J. Hyland | Meals during NY trip. | $9.90 |

**Subtotal - Meals**   **$505.75**

**Telecom**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/7/2012 | CAG Direct | Conference call charges for Nortel. | $12.89 |
| 3/9/2012 | CAG Direct | Telecommunication charges for Nortel. | $593.86 |
| 3/23/2012 | J. Hyland | Telecom for Nortel. | $1.59 |
| 3/23/2012 | J. Hyland | Telecom for Nortel. | $0.49 |

**Subtotal - Telecom**   **$608.83**

**For the Period 3/1/2012 through 3/31/2012**   $5,649.92