IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 7590** |

## NOTICE OF CORRECTED EXHIBIT A

**RE: Fourth Application of the Official Committee of Long Term Disability Participants for Reimbursement of Expenses Incurred by Committee Members**

Dated: May 2, 2012
Wilmington, DE

ELLIOTT GREENLEAF
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Jonathan M. Stemerman (DE No. 4510)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Exhibit A

EXPENSE SUMMARY

Nortel Networks, Inc. *et al.*
(Case No. 09-10138)

Paul Morrison
Expense Summary
February 1, 2012 through February 29, 2012

| EXPENSE CATAGORY | SERVICE PROVIDER (if applicable) | TOTAL EXPENSES |
|---|---|---|
| Airfare, Baggage | American Airlines | $584.60 |
| Hotel | Marriott | $475.20 |
| Ground Travel (Taxis) | Miscellaneous | $265.76 |
| Meals | Miscellaneous | $358.94 |
| Other (Phone) | Miscellaneous | $2.49 |
|  |  |  |
|  | **TOTAL** | **$1,686.99** |



### Itinerary

| Carrier | Flight Number | Departing City | Departing Date & Time | Arriving City | Arriving Time | Booking Code |
|---|---|---|---|---|---|---|
| American Airlines | 1104 | ST LOUIS INTL | SUN 26FEB 2:55 PM | NEW YORK LGA | 6:20 PM | K |
| American Airlines | | Paul Morrison | FF#: 21E24H4 GLD | Economy | Seat 20A | Food For Purchase |
| American Airlines | 2223 | NEW YORK LGA | TUE 28FEB 3:25 PM | ST LOUIS INTL | 5:15 PM | O |
| American Airlines | | Paul Morrison | FF#: 21E24H4 GLD | Economy | Seat 21D | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| PAUL MORRISON | 0012304870546 | 523.72 | 60.88 | 584.60 |

Payment Type: Master Card XXXXXXXXXXXX3851                              Total: $584.60

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

(AA CARRY-ON BAGGAGE)

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

(AA CHECKED BAGGAGE CHARGES)

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the



**GUEST FOLIO**

| Room | Name | Rate | Depart | Time | ACCT# |
|---|---|---|---|---|---|
| 3708 | MORRISON/PAUL/MR | 204.00 | 02/28/12 | 11:00 | 2592 |

Type: DLUX
44

Arrive: 02/26/12  Time: 09:48

Room Clerk / Address / Payment

MRW#: XXXXX3171

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 02/26 | RMSERV     34333708 | 27.66 | | |
| 02/26 | GOVTMILT    3708, 1 | 204.00 | | |
| 02/26 | ROOMTX      3708, 1 | 18.11 | | |
| 02/26 | CITYTAX     3708, 1 | 11.99 | | |
| 02/26 | OCC JAV     OCC TAX | 3.50 | | |
| 02/27 | RMSERV     34383708 | 190.56 | | |
| 02/27 | LNGDIST     2666-570 | 2.49 | | |
| 02/27 | 85 WEST    86603708 | 105.73 | | |
| 02/27 | GOVTMILT    3708, 1 | 204.00 | | |
| 02/27 | ROOMTX      3708, 1 | 18.11 | | |
| 02/27 | CITYTAX     3708, 1 | 11.99 | | |
| 02/27 | OCC JAV     OCC TAX | 3.50 | | |
| 02/28 | MC CARD | | $801.64 | |

SETTLED TO:         MASTERCARD         CURRENT BALANCE    .00

IF THERE ARE NO ADDITIONAL CHARGES, THIS IS YOUR FINAL BILL.
YOU DO NOT NEED TO STOP BY THE FRONT DESK TO CHECK OUT.
THANK YOU FOR CHOOSING THE NEW YORK MARRIOTT DOWNTOWN

------------------ EXP. REPORT SUMMARY ------------------

| 02/26 | RMSERV | 27.66 |
| | ROOM&TAX | 237.60 |
| 02/27 | RMSERV | 190.56 |
| | LNGDIST | 2.49 |
| | 85 WEST | 105.73 |
| | ROOM&TAX | 237.60 |

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
PEMQCY@GMAIL.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earings
will be credited to your account. Check your
Rewards Account Statement for update activity.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X_____

® Contains 30% post consumer fibers

To secure your next stay, go to Marriott.com

