Danny Balkissoon

58 Hyatt Drive,

Brampton, On L6X 3W4

United states Bankruptcy court for District of Delaware

Nortel Networks Claims processing Center

C/o Epiq Bankruptcy Solution, L.L.C.

FRD Station, P.O. Box 5075

New York, NY, 10150-5075

Date: 05th April, 2012.

Re: Nortel Networks Inc. et al., Chapter 11 Case No. 09-10138

I Danny Balkissoon, Nortel Global I.D. 119382 and Creditor Number 1000013510, having made a claim in the above proceeding, being claim No. 2827, do hereby withdraw my claim on the basis that I have been informed by counsel that my claim is rightfully made in the insolvency proceedings commenced in Canada.
Please acknowledge receipt of this correspondence and withdrawal of my claim.

X  *D. Balkissoon* (signature)