**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>        Debtors. | | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
| Nortel Networks Inc. v. BizSphere AG (f/k/a SVA-BizSphere AG) | | Adv. Pro. No. 10-55918 |
| Nortel Networks Inc. v. Macadamian Technologies Inc. | | Adv. Pro. No. 10-55915 |

**STATUS REPORT ON AVOIDANCE ACTIONS
ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE**

        In accordance with the Court's Chambers' Procedures and the Scheduling Order dated May 6, 2011, plaintiff Nortel Networks Inc., by and through its undersigned counsel, submits the following status report with respect to the above-captioned adversary proceedings.

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Chad A. Fights_
Donna L. Culver (No. 2983)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

_Counsel for the Debtors and_
_Debtors in Possession_

Dated:  May 3, 2012
Wilmington, Delaware

**STATUS E**

**RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED**

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55918 | BizSphere AG (f/k/a SVA-BizSphere AG) | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55915 | Macadamian Technologies Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will file a motion pursuant to Bankruptcy Rule 9019 in connection with this settlement. |