Form 210A (10/06)

# United States Bankruptcy Court
# District Of Delaware

**In re:**      **Nortel Networks Inc.,**
**Case No.      09-10138,  (Jointly Administered Under Case No. 09-10138 (KG)**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:                                    Name of Transferor:
 **Fair Harbor Capital, LLC**                          **Dai, Diana (aka GID 523448)**
  **As assignee of Dai, Diana (aka GID 523448)**

Name and Address where notices to transferee          Court Claim # (if known):  3204
should be sent:                                        Amount of Claim:  $20,256.00
                                                       Date Claim Filed:

    **Fair Harbor Capital, LLC**                       Name and Address of Transferor:
    **Ansonia Finance Station**
    **PO Box 237037**                                       Dai, Diana (aka GID 523448)
    **New York, NY  10023**                                 2604 Loftsmoor Lane
                                                            Plano, TX  75025

Phone:  ___212 967 4035_____               Phone:
Last Four Digits of Acct #: _____n/a_____           Last Four Digits of Acct. #: ____n/a____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____ Date:____May 3, 2012_____
          Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District Of Delaware

**In re:**      **Nortel Networks Inc.,**
**Case No.**    **09-10138,  (Jointly Administered Under Case No. 09-10138 (KG)**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

## Claim No.  3204 (if known)

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on May 3, 2012.

Name of Transferee:                                    Name of  Alleged Transferor:
  **Fair Harbor Capital, LLC**                             **Dai, Diana (aka GID 523448)**
  **As assignee of Dai, Diana (aka GID 523448)**

        **Fair Harbor Capital, LLC**                Name and Address of Alleged
        **Ansonia Finance Station**                Transferor:
        **PO Box 237037**
        **New York, NY  10023**                          Dai, Diana (aka GID 523448)
                                                          2604 Loftsmoor Lane
                                                          Plano, TX  75025

| ~DEADLINE TO OBJECT TO TRANSFER~ |
|---|

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                          _____
                                                  Clerk of the Court

TRANSFER NOTICE

Dai, Diana ("Assignor"), transfers and assigns unto Fair Harbor Capital, LLC with an address at 1841 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks, Inc. (the "Debtor"), in the aggregate amount of $20,256.00, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the __25__ day of __Apr__, 2012

Dai, Diana

By:_____
Signature

_____
Print Name/Title    Diana Dai

Fair Harbor

New Address:    Victor Kuc