**EXHIBIT B**



**Fraser Milner Casgrain LLP**
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN 416 863 4511
FAX 416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2904566**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| <u>Date</u> | <u>Matter Number</u> | <u>Lawyer</u> |
|---|---|---|
| April 23, 2012 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 41,424.50 |
| Disbursements | | 104.40 |
| **Total Amount Due** | **$** | **41,528.90** CDN. |

**FRASER MILNER CASGRAIN LLP**

Per: _____
   Michael Wunder

| **Payment Options:** | |
|---|---|
| **Cheques:** Cheques payable to Fraser Milner Casgrain LLP and mailed to the above noted address. | **Internet Banking:** Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount. |
| **Wire Transfer:** Bank of Montreal 1st Canadian Place, Toronto, ON Swift Code: BOFMCAM2 Bank ID: 001 Transit: 00022 CAD Funds Bank Account : 0004-324 | **Credit Card:** Payments are accepted via telephone, email or fax. We accept American Express, MasterCard or Visa (please circle one). Card No. _____ Expiry Date: _____ Amount: _____ Cardholder Name: _____ Signature: _____ |

Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount.
Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

FRASER MILNER CASGRAIN LLP INVOICE 2904566
The Official Committee of Unsecured Creditors Page 2 of 9
Re: Nortel Networks Inc., et al. Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 01-Feb-12 | MJW | 0017 | Review material from cross-examination for discovery relating to Chartis litigation. | 0.3 |
| 01-Feb-12 | MJW | 0029 | Correspondence with Committee advisors with respect to allocation issues. | 0.2 |
| 01-Feb-12 | MJW | 0007 | Email correspondence with Akin Gump with respect to UCC meetings. | 0.1 |
| 01-Feb-12 | MJW | 0024 | Review Jefferies report with respect to proposed sale transactions. | 0.3 |
| 01-Feb-12 | MJW | 0007 | Attend on Committee advisor call to prepare for Committee meeting. | 1.0 |
| 02-Feb-12 | RSK | 0024 | Review of Jefferies report on IP address sale issues. | 0.2 |
| 02-Feb-12 | RSK | 0012 | Review of Capstone report on claims of French estate. | 0.2 |
| 02-Feb-12 | MJW | 0007 | Attend on Committee call. | 1.0 |
| 06-Feb-12 | MJW | 0031 | Call with NNI Canadian counsel to discuss Canadian court hearing schedule. | 0.1 |
| 06-Feb-12 | MJW | 0031 | Review correspondence with respect to Chartis Canadian litigation. | 0.2 |
| 06-Feb-12 | MJW | 0031 | Email correspondence with respect to EMEA claims and Canadian discovery issues. | 0.1 |
| 07-Feb-12 | RSK | 0012 | Review materials regarding cross-border claims and treatment. | 0.3 |
| 07-Feb-12 | RSK | 0029 | Participated on conference call with advisors for bondholders and UCC advisors. | 1.6 |
| 07-Feb-12 | MJW | 0012 | Review cross-border claims material. | 1.1 |
| 07-Feb-12 | MJW | 0012 | Call with Capstone with respect to cross-border claims issues. | 0.2 |
| 07-Feb-12 | MJW | 0012 | Report to Akin Gump with respect to resolution of claims issues. | 0.2 |
| 07-Feb-12 | MJW | 0029 | Attend on conference call with Committee advisors and advisors for bondholders. | 1.6 |
| 07-Feb-12 | MJW | 0029 | Email correspondence with Committee advisors regarding allocation issues. | 0.2 |
| 07-Feb-12 | RCJ | 0029 | Participate on conference call with UCC and bondholder advisors. | 1.6 |
| 08-Feb-12 | RSK | 0029 | Review of email correspondence from Akin Gump regarding allocation scenarios. | 0.2 |
| 08-Feb-12 | RSK | 0032 | Review of email from Akin Gump regarding U.S. document disclosure issues. | 0.1 |

FRASER MILNER CASGRAIN LLP                                          INVOICE 2904566
The Official Committee of Unsecured Creditors                            Page 3 of 9
Re: Nortel Networks Inc., et al.                                  Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 08-Feb-12 | MJW | 0032 | Review report from Akin Gump with respect to proposed disclosure of documentation. | 0.2 |
| 08-Feb-12 | MJW | 0029 | Email correspondence with Committee advisors with respect to allocation mediation issues. | 0.3 |
| 08-Feb-12 | MJW | 0003 | Prepare December, 2011 fee account. | 1.3 |
| 09-Feb-12 | MJW | 0007 | Attend on Committee advisor call to prepare for Committee meeting. | 0.9 |
| 09-Feb-12 | MJW | 0032 | Review Akin Gump update with respect to temporary restraining order litigation. | 0.1 |
| 09-Feb-12 | MJW | 0029 | Review allocation and claims analysis and commentary from Committee advisors. | 0.8 |
| 10-Feb-12 | RSK | 0007 | Participated on Committee call. | 0.7 |
| 10-Feb-12 | RSK | 0031 | Review of CCAA Monitor Canadian motion record regarding improperly filed claims. | 0.3 |
| 10-Feb-12 | MJW | 0003 | Prepare November, 2011 fee application. | 1.2 |
| 10-Feb-12 | MJW | 0007 | Attend on Committee call. | 0.7 |
| 10-Feb-12 | MJW | 0031 | Review Canadian motion record with respect to resolution of misfiled claims. | 0.6 |
| 10-Feb-12 | MJW | 0031 | Correspondence with Committee advisors with respect to Canadian motion for claims resolution. | 0.2 |
| 10-Feb-12 | MJW | 0031 | Review Canadian motion record with respect to proposed sale of internet protocol addresses. | 0.8 |
| 10-Feb-12 | MJW | 0024 | Email correspondence with Committee advisors with respect to proposed sale transaction for internet protocol addresses. | 0.2 |
| 10-Feb-12 | MJW | 0031 | Call with Capstone to discuss particulars relating to proposed internet protocol address sale transaction. | 0.2 |
| 10-Feb-12 | MJW | 0024 | Report to Committee advisors regarding Canadian motion record. | 0.2 |
| 11-Feb-12 | RSK | 0031 | Review of Nortel motion record regarding sale of certain internet protocol addresses. | 0.4 |
| 11-Feb-12 | RSK | 0031 | Review Capstone summary regarding sale of IP addresses by Canadian debtors. | 0.1 |
| 11-Feb-12 | MJW | 0024 | Correspondence to and from Committee advisors with respect to internet protocol address sale by Canadian debtors and review documents regarding proposed sale transaction. | 0.4 |
| 12-Feb-12 | MJW | 0031 | Review Canadian approval and vesting orders for sale transactions. | 0.5 |
| 13-Feb-12 | MJW | 0029 | Email correspondence with Committee advisors regarding allocation issues. | 0.2 |
| 14-Feb-12 | RSK | 0002 | Review of articles and email correspondence regarding Nortel security breach. | 0.3 |
| 14-Feb-12 | RSK | 0031 | Review of Nortel motion record regarding sale of internet | 0.3 |

FRASER MILNER CASGRAIN LLP INVOICE 2904566
The Official Committee of Unsecured Creditors Page 4 of 9
Re: Nortel Networks Inc., et al. Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | protocol addresses. | |
| 14-Feb-12 | RSK | 0031 | Review of Monitor's 81st Report regarding sales of internet protocol addresses. | 0.2 |
| 14-Feb-12 | MJW | 0031 | Email correspondence with Committee advisors regarding Nortel security breach issues. | 0.1 |
| 14-Feb-12 | MJW | 0029 | Attend on status call with Committee advisors, Cleary and J. Ray. | 0.8 |
| 14-Feb-12 | MJW | 0031 | Review Canadian court orders with respect to proposed sale transactions. | 0.4 |
| 14-Feb-12 | MJW | 0008 | Review CCAA Monitor's report with respect to sale transactions by Canadian debtors. | 0.5 |
| 14-Feb-12 | MJW | 0031 | Correspondence with UCC advisors with respect to Canadian motions and draft Canadian court orders. | 0.3 |
| 14-Feb-12 | MIP | 0018 | Corresponding with Michael Wunder regarding Canadian tax issues. | 0.2 |
| 15-Feb-12 | RSK | 0019 | Review of Capstone reports regarding employee matters. | 0.2 |
| 15-Feb-12 | MJW | 0007 | Attend on Committee advisor call to prepare for Committee meeting. | 0.5 |
| 15-Feb-12 | MJW | 0031 | Correspondence with Committee advisors with respect to Nortel security breach. | 0.2 |
| 16-Feb-12 | RSK | 0031 | Review of proposed revisions to approval and vesting order regarding sale of internet protocol addresses. | 0.2 |
| 16-Feb-12 | RSK | 0007 | Participated in Committee call. | 0.5 |
| 16-Feb-12 | MJW | 0007 | Attend on Committee call. | 0.5 |
| 16-Feb-12 | MJW | 0012 | Review claims summaries, and consider Canadian claims issues. | 1.6 |
| 17-Feb-12 | RSK | 0012 | Review claims analysis. | 0.2 |
| 17-Feb-12 | MJW | 0031 | Prepare for Canadian court hearing including review of Canadian court orders and related documents. | 0.6 |
| 17-Feb-12 | MJW | 0025 | Travel to and from Canadian court hearing. | 0.4 |
| 17-Feb-12 | MJW | 0008 | Attend to Canadian court hearing with respect to internet protocol address sales approval motion and motion for misfiled claims. | 2.4 |
| 17-Feb-12 | RCJ | 0031 | Review Canadian motion record, Monitor's report and revised Canadian sale approval orders for IP address sales. | 0.4 |
| 17-Feb-12 | RCJ | 0031 | Email correspondence regarding Canadian court hearing and review requested court endorsement language. | 0.3 |
| 19-Feb-12 | MJW | 0031 | Review issued Canadian court orders and court endorsements, and forward report to Committee advisors. | 0.2 |
| 21-Feb-12 | RSK | 0032 | Review of update from Akin Gump regarding US hearing on temporary restraining order. | 0.1 |
| 22-Feb-12 | MJW | 0024 | Review correspondence with respect to Nortel assets, and | 0.2 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2904566
Page 5 of 9
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|----|----|
| | | | correspondence with Committee advisors regarding same. | |
| 22-Feb-12 | MJW | 0012 | Review claims summaries and analysis. | 0.6 |
| 23-Feb-12 | RSK | 0012 | Review and analyze allocation and claims analysis. | 0.4 |
| 23-Feb-12 | MJW | 0029 | Email correspondence with Committee advisors with respect to allocation issues. | 0.3 |
| 23-Feb-12 | MJW | 0007 | Attend on Committee advisor call to prepare for Committee meeting. | 0.6 |
| 23-Feb-12 | MJW | 0012 | Correspondence with NNI's Canadian counsel with respect to Canadian claims and related discovery issues. | 0.2 |
| 24-Feb-12 | RSK | 0024 | Review correspondence with Committee advisors regarding Nortel assets. | 0.3 |
| 24-Feb-12 | RSK | 0029 | Review of email correspondence from Akin and Capstone regarding allocation and claims issues. | 0.2 |
| 24-Feb-12 | RSK | 0031 | Review of allocation mediation update from Akin Gump. | 0.1 |
| 24-Feb-12 | MJW | 0012 | Review updated allocation and claims analysis and commentary. | 0.6 |
| 24-Feb-12 | MJW | 0007 | Attend on Committee advisor call after Committee meeting. | 0.4 |
| 24-Feb-12 | MJW | 0031 | Review Canadian motion record with respect to Canadian Health and Welfare Trust interim distribution and forward report to Committee advisors. | 0.7 |
| 25-Feb-12 | RSK | 0031 | Review of Monitor's Canadian Motion Record for approval of interim distribution under HWT. | 0.4 |
| 26-Feb-12 | RSK | 0031 | Review of email correspondence from Akin Gump regarding allocation mediation. | 0.1 |
| 26-Feb-12 | MJW | 0029 | Email correspondence with Committee advisors with respect to allocation mediation issues. | 0.1 |
| 27-Feb-12 | MJW | 0029 | Attend on status call with Committee advisors, Cleary and J. Ray. | 1.2 |
| 27-Feb-12 | MJW | 0029 | Attend on Committee advisor call to discuss allocation issues. | 0.5 |
| 28-Feb-12 | MMP | 0019 | Review Canadian motion record regarding the application for a sixth interim distribution of assets from the Nortel Canada employee benefit Health and Welfare Trust, and prior distribution orders. | 1.8 |
| 28-Feb-12 | MMP | 0019 | Prepare summary of court motion record regarding a distribution from the employee benefit Health and Welfare Trust. | 1.2 |
| 28-Feb-12 | MJW | 0003 | Prepare December, 2011 fee application. | 1.6 |
| 28-Feb-12 | MJW | 0003 | Prepare January, 2012 fee account. | 1.4 |
| 28-Feb-12 | MJW | 0031 | Correspondence regarding partial HWT Canadian distribution motion, and review Canadian court orders for prior HWT distributions. | 0.6 |
| 29-Feb-12 | MMP | 0019 | Calls and email correspondence with M. Wunder, Torys and | 0.3 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2904566
Page 6 of 9
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | Goodmans regarding the Canadian HWT distribution motion. | |
| 29-Feb-12 | MMP | 0019 | Review and analysis regarding draft Canadian court order for HWT distribution including treatment of payments by beneficiaries. | 0.8 |
| 29-Feb-12 | MMP | 0019 | Review the March 2nd motion materials regarding the Nortel employee Health and Welfare Trust proposed additional distribution of assets. | 0.4 |
| 29-Feb-12 | RSK | 0024 | Review Jefferies report on internet protocol address sale process. | 0.2 |
| 29-Feb-12 | MJW | 0031 | Calls with NNI's Canadian counsel and M. Picard (FMC) with respect to form of Canadian order for HWT partial distribution. | 0.4 |
| 29-Feb-12 | MJW | 0031 | Review Canadian employee claims order and analyze HWT partial distribution order and related claims calculations. | 0.8 |
| 29-Feb-12 | MJW | 0031 | Report to Committee advisors with respect to HWT partial distribution motion and Canadian approval order. | 0.4 |
| 29-Feb-12 | MJW | 0007 | Attend on Committee advisor call to prepare for Committee meeting. | 1.1 |
| 29-Feb-12 | MJW | 0003 | Prepare January, 2012 fee application. | 1.4 |
| 29-Feb-12 | MJW | 0003 | Prepare quarterly fee application. | 0.4 |
| | | | **Total** | **52.2** |

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 4.5 | $800.00 | $3,600.00 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 0.2 | $650.00 | $130.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 37.4 | $785.00 | $29,359.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 2.3 | $725.00 | $1,667.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 7.8 | $875.00 | $6,825.00 |
| | | | | | | |
| TOTAL | | | | 52.2 | CDN. | $41,581.50 |
| | Less: Non-Working Travel Time Discount (50% of $314.00) | | | | | ($157.00) |
| TOTAL | | | | 52.2 | CDN. | $41,424.50 |

**TOTAL PROFESSIONAL FEES**        $    41,581.50
Less: Non-Working Travel Time Discount (50% of $314.00)
**NET PROFESSIONAL FEES**       (157.00)
          $    41,424.50

FRASER MILNER CASGRAIN LLP                                                INVOICE 2904566
The Official Committee of Unsecured Creditors                                  Page 7 of 9
Re: Nortel Networks Inc., et al.                                      Matter # 538462-000001

## NON-TAXABLE DISBURSEMENTS

Photocopy & Printing Charges                              $        104.40
**TOTAL NON-TAXABLE DISBURSEMENTS**                      $        104.40

**TOTAL DISBURSEMENTS**                                                        104.40

**TOTAL AMOUNT DUE**                                              $    41,528.90 CDN.

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2904566
Page 8 of 9
Matter # 538462-000001

### TIME SUMMARY BY TASK CODE:

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0002 | General Case Administration | 0.3 | 262.50 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 7.3 | 5,730.50 |
| 0007 | Creditors Committee Meetings | 8.0 | 6,388.00 |
| 0008 | Court Hearings | 2.9 | 2,276.50 |
| 0012 | General Claims Analysis/Claims Objections | 5.6 | 4,495.00 |
| 0017 | General Adversary Proceedings | 0.3 | 235.50 |
| 0018 | Tax Issues | 0.2 | 130.00 |
| 0019 | Labor Issues/Employee Benefits | 4.7 | 3,775.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 2.0 | 1,633.00 |
| 0025 | Travel | 0.4 | 314.00 |
| 0029 | Intercompany Analysis | 9.8 | 7,777.00 |
| 0031 | Canadian Proceedings/Matters | 10.2 | 8,154.00 |
| 0032 | U.S. Proceedings/Matters | 0.5 | 410.50 |
| | **Total** | **52.2** | **$41,581.50** |

**TOTAL PROFESSIONAL FEES**                                          $    41,581.50
**Less: Non-Working Travel Time Discount (50% of
$314.00)**                                                                        (157.00)
**NET PROFESSIONAL FEES**                                          $    41,424.50

FRASER MILNER CASGRAIN LLP

INVOICE 2904566

The Official Committee of Unsecured Creditors

Page 9 of 9

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 02-Feb-12 | Laser Copy;TAYLOR, Laura | 16.00 | 1.60 |
| 07-Feb-12 | Laser Copy;NELSON M | 176.00 | 17.60 |
| 08-Feb-12 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 09-Feb-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 14-Feb-12 | Laser Copy;COSENTIN | 63.00 | 6.30 |
| 14-Feb-12 | Laser Copy;COSENTIN | 5.00 | 0.50 |
| 15-Feb-12 | Laser Copy;COSENTIN | 64.00 | 6.40 |
| 15-Feb-12 | Laser Copy;COSENTIN | 2.00 | 0.20 |
| 15-Feb-12 | Laser Copy;COSENTIN | 1.00 | 0.10 |
| 15-Feb-12 | Laser Copy;TAYLOR, Laura | 14.00 | 1.40 |
| 17-Feb-12 | Laser Copy;NELSON M | 46.00 | 4.60 |
| 21-Feb-12 | Laser Copy;NELSON M | 95.00 | 9.50 |
| 22-Feb-12 | Laser Copy;TAYLOR, Laura | 44.00 | 4.40 |
| 22-Feb-12 | Laser Copy;NELSON M | 96.00 | 9.60 |
| 23-Feb-12 | Laser Copy;NELSON M | 67.00 | 6.70 |
| 24-Feb-12 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 27-Feb-12 | Laser Copy;NELSON M | 156.00 | 15.60 |
| 28-Feb-12 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 29-Feb-12 | Laser Copy;NELSON M | 171.00 | 17.10 |
| | **TOTAL** | CDN. | **$104.40** |