# EXHIBIT C

11229568_3|TorDocs

## DISBURSEMENT SUMMARY
## FEBRUARY 1 TO FEBRUARY 29, 2012
### (All Amounts in Canadian Dollars)

Non-Taxable Disbursements
  Photocopy & Printing Charges                         $104.40

Total Non-Taxable Disbursements                **$104.40 CDN.**

11229463_1|TorDocs