**EXHIBIT D**

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2904566  
Page 9 of 9  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 02-Feb-12 | Laser Copy;TAYLOR, Laura | 16.00 | 1.60 |
| 07-Feb-12 | Laser Copy;NELSON M | 176.00 | 17.60 |
| 08-Feb-12 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 09-Feb-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 14-Feb-12 | Laser Copy;COSENTIN | 63.00 | 6.30 |
| 14-Feb-12 | Laser Copy;COSENTIN | 5.00 | 0.50 |
| 15-Feb-12 | Laser Copy;COSENTIN | 64.00 | 6.40 |
| 15-Feb-12 | Laser Copy;COSENTIN | 2.00 | 0.20 |
| 15-Feb-12 | Laser Copy;COSENTIN | 1.00 | 0.10 |
| 15-Feb-12 | Laser Copy;TAYLOR, Laura | 14.00 | 1.40 |
| 17-Feb-12 | Laser Copy;NELSON M | 46.00 | 4.60 |
| 21-Feb-12 | Laser Copy;NELSON M | 95.00 | 9.50 |
| 22-Feb-12 | Laser Copy;TAYLOR, Laura | 44.00 | 4.40 |
| 22-Feb-12 | Laser Copy;NELSON M | 96.00 | 9.60 |
| 23-Feb-12 | Laser Copy;NELSON M | 67.00 | 6.70 |
| 24-Feb-12 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 27-Feb-12 | Laser Copy;NELSON M | 156.00 | 15.60 |
| 28-Feb-12 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 29-Feb-12 | Laser Copy;NELSON M | 171.00 | 17.10 |
| | **TOTAL** | CDN. | **$104.40** |