**EXHIBIT E**

11229568_3|TorDocs

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 4.5 | $800.00 | $ 3,600.00 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 0.2 | $650.00 | $ 130.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 37.4 | $785.00 | $ 29,359.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 2.3 | $725.00 | $ 1,667.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 7.8 | $875.00 | $ 6,825.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 52.2 | CDN. | $ 41,581.50 |
|  | Less: Non-Working Travel Time Discount (50% of $314.00) |  |  |  |  | -$157.00 |
| TOTAL |  |  |  | 52.2 | CDN. | $ 41,424.50 |

**Note:** Fraser Milner Casgrain LLP provides information regarding a change in its hourly billing rates effective February 1, 2012 as more particularly set out on the immediately following page.

11229463_1|TorDocs

## SUMMARY OF LAWYERS AND PARALEGALS HOURLY RATES REFLECTING CHANGES EFFECTIVE FEBRUARY 1, 2012
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hourly Billing Rate Before February 1, 2012 | Hourly Billing Rate After February 1, 2012 |
|---|---|---|---|---|---|
| Jacobs, R. C. | Partner | Financial Restructuring | Ontario - 2011 | $675 | $725 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | $775 | $785 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | $775 | $800 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | $450 | $490 |
| Banks, T.M. | Partner | Employment/Pension/Research | Ontario - 2002 | $650 | $675 |
| Pushalik, A.G. | Associate | Employment/Labour | Ontario - 2009 | $390 | $430 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | $350 | $400 |
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | $850 | $875 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | $800 | $825 |
| Peters, M.I. | Partner | Taxation | Ontario - 2002 | $600 | $650 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | $700 | $725 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | $775 | $800 |
| Beairsto, M.G. | Partner | Information Technology/Intellectual Property | Ontario - 1989 | $625 | $650 |
| Shay, R.H. | Partner | Corporate | Ontario - 1979 | $800 | $850 |
| Riel, W. D. | Partner | Intellectual Property | Ontario - 1997 | $450 | $475 |
| Walker, R.W. | Partner | Financial Restructuring | Ontario - 1976 | $800 | $825 |
| Beer, A. | Associate | Financial Restructuring | Ontario - 2010 | $320 | $360 |
| Villeneuve, C.A. | Paralegal | | | $210 | $210 |
| Nurmohamed, Z. | Partner | Taxation | Ontario - 2001 | $615 | $680 |
| Dietrich, J.O. | Partner | Financial Restructuring | Ontario - 2004 | $550 | $580 |
| Bass, N.E. | Partner | Taxation | Ontario - 1990 | $800 | $825 |
| Colvin, I. | Researcher | | | $100 | $150 |
| | Articling Student | | | $215 | $220 |

11229463_1|TorDocs