# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **Nortel Networks Inc., ET AL.,**                                    Case No. **09-10138**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SONAR CREDIT PARTNERS II, LLC**                    **Archives USA**
Name of Transferee                                                  Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): **1357**
should be sent:                                                     Amount of Claim: **$39,097.01**
                                                                    Date Claim Filed: **6/15/2009**

**SONAR CREDIT PARTNERS II, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**                                Phone: N/A
Last Four Digits of Acct #: N/A                          Last Four Digits of Acct. #: N/A

Name and Address where transferee payments              Name and Current Address of Transferor:
should be sent (if different from above):
                                                         Archives USA
                                                         2325 E. Belt Line Rd Suite A
                                                         Carrollton, TX 75006

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                          Date: 5/3/2012
        Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court ("Bankruptcy Court")
           District of Delaware
           Attn: Clerk

AND TO:    Nortel Networks Inc.("Debtor"), Case No. 09-10138)

Claim #:   1357

ARCHIVES USA, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> SONAR CREDIT PARTNERS II, LLC
> 200 Business Park Drive
> Suite 201
> Armonk, NY 10504
> Attn: Michael Goldberg
> Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$39,097.01** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 2ⁿᵈ, 2012.

ASSIGNOR:   Archives USA                    ASSIGNEE: Sonar Credit Partners II, LLC
                                            By: Sonar Asset Management Group, Inc.
                                            Its Managing Member

Signature: _____               Signature: _____
Name: RONALD J. ARTDAR                      Name: Michael Goldberg
Title: CEO                                  Title: President
Date: 5/2/12                                Date: 5/3/12