# EXHIBIT B

# Togut, Segal & Segal LLP
## Summary Report

*4/25/2012*
*1:24:29 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| | Meals | 0.0 | 880.80 |
| | Online Research | 0.0 | 8.71 |
| | Overnight Couri | 0.0 | 36.53 |
| | Photocopies | 0.0 | 374.40 |
| | Telephone | 0.0 | 252.27 |
| | Travel-ground | 0.0 | 590.63 |
| | Grand Total: | 0.0 | 2,143.34 |

1

## Togut, Segal & Segal LLP
### Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter: General** | | | |
| 2/1/12 | nberger / Overnight Couri<br>General | E | 0.0<br>36.53 | 36.53<br>Billable |
| #529948 | FedEx to Gary Donahue -- Fee Application. | | | |
| 2/1/12 | atogut / Telephone<br>General | E | 0.0<br>3.63 | 3.63<br>Billable |
| #533100 | TS&S monthly telephone for February 2012. | | | |
| 2/1/12 | bmoore / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #536525 | Car service from office to home on 1/31/11 at 9pm --<br>worked late re retiree benefits. | | | |
| 2/7/12 | bmoore / Meals<br>General | E | 0.0<br>10.76 | 10.76<br>Billable |
| #533771 | Dinner on 2/7/12 -- worked late re retiree benefits research. | | | |
| 2/8/12 | bmoore / Meals<br>General | E | 0.0<br>18.15 | 18.15<br>Billable |
| #533772 | Dinner on 2/8/12 -- worked late re retiree benefits research. | | | |
| 2/9/12 | bmoore / Meals<br>General | E | 0.0<br>9.98 | 9.98<br>Billable |
| #533773 | Dinner on 2/9/12 -- worked late re retiree benefits research. | | | |
| 2/14/12 | nberger / Travel-ground<br>General | E | 0.0<br>59.60 | 59.60<br>Billable |
| #533071 | Car service from office to home on 2/14/12 -- worked late<br>re Nortel matters (1/2 car rate billed to non-Nortel client). | | | |
| 2/14/12 | nberger / Telephone<br>General | E | 0.0<br>32.48 | 32.48<br>Billable |
| #542151 | Conference call held on 2/14/12. | | | |

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
2/1/2012...2/29/2012

4/30/2012
11:15:12 AM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 2/15/12 | bmoore / Meals<br>General | E | 0.0<br>14.45 | 14.45<br>Billable |
| #533774 | Dinner on 2/15/12 -- worked late re retiree benefits research. | | | |
| 2/15/12 | nberger / Telephone<br>General | E | 0.0<br>120.40 | 120.40<br>Billable |
| #542154 | Two conference calls held on 2/15/12. | | | |
| 2/22/12 | nberger / Telephone<br>General | E | 0.0<br>66.50 | 66.50<br>Billable |
| #542156 | Conference call held on 2/22/12. | | | |
| 2/23/12 | nberger / Travel-ground<br>General | E | 0.0<br>70.13 | 70.13<br>Billable |
| #536492 | Car service from office to home on 2/23/12 after 8pm -- worked late on Nortel matters (1/2 car rate billed to non-Nortel case). | | | |
| 2/27/12 | bmoore / Meals<br>General | E | 0.0<br>7.61 | 7.61<br>Billable |
| #534400 | Dinner on 2/27/12 -- worked late re research of Chapter 7 issues. | | | |
| 2/27/12 | sskelly / Meals<br>General | E | 0.0<br>24.83 | 24.83<br>Billable |
| #534572 | Dinner on 2/27/12 - worked late re retiree benefits. | | | |
| 2/27/12 | nberger / Meals<br>General | E | 0.0<br>795.02 | 795.02<br>Billable |
| #534982 | Dinner on 2/27/12 with Retiree Committee members. | | | |
| 2/27/12 | nberger / Travel-ground<br>General | E | 0.0<br>22.40 | 22.40<br>Billable |
| #534983 | Taxi for NB, Donahee and Ressner from meeting with Nortel. | | | |

**Togut, Segal & Segal LLP**
**Client Billing Report**

Nortel Networks Section 1114
2/1/2012...2/29/2012

4/30/2012
11:15:12 AM

| Date / Slip Number | Description | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 2/27/12 | nberger / Travel-ground<br>General | E | 0.0<br>2.50 | 2.50<br>Billable |
| #534985 | Subway to Nortel meeting. | | | |
| 2/27/12 | sskelly / Travel-ground<br>General | E | 0.0<br>103.28 | 103.28<br>Billable |
| #536481 | Car service from office to home on 2/27/12 after 9pm -- worked late re retiree benefits. | | | |
| 2/27/12 | nberger / Travel-ground<br>General | E | 0.0<br>64.86 | 64.86<br>Billable |
| #536482 | Car service for Mark Haupt after meeting with Nortel. | | | |
| 2/27/12 | nberger / Travel-ground<br>General | E | 0.0<br>57.10 | 57.10<br>Billable |
| #536509 | Car service for Gary Donahee after meeting with Nortel. | | | |
| 2/27/12 | nberger / Travel-ground<br>General | E | 0.0<br>106.72 | 106.72<br>Billable |
| #538820 | Car service home on 2/27/12 at 9pm -- Committee meeting. | | | |
| 2/28/12 | bmoore / Telephone<br>General | E | 0.0<br>5.88 | 5.88<br>Billable |
| #541814 | Conference call held on 2/28/12 re Retiree Benefits. | | | |
| 2/29/12 | atogut / Photocopies<br>General | E | 0.0<br>374.40 | 374.40<br>Billable |
| #534931 | TS&S monthly photocopies for the period February 2012. | | | |
| 2/29/12 | atogut / Online Research<br>General | E | 0.0<br>8.71 | 8.71<br>Billable |
| #540359 | TS&S monthly online research (Westlaw) for February 2012. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

*4/30/2012*  
*11:15:12 AM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 2/29/12 | bmoore / Telephone<br>General | E | 0.0<br>7.42 | 7.42<br>Billable |
| #541815 | Conference call held on 2/29/12 at 1pm re Retiree Benefits. | | | |
| 2/29/12 | bmoore / Telephone<br>General | E | 0.0<br>15.96 | 15.96<br>Billable |
| #541816 | Conference call held on 2/29/12 at 2pm re Retiree Benefits. | | | |

|  |  |
|---|---|
| Matter Total: 0.00 | 2,143.34 |
| Total Time Bill: | |
| Total Time Non Bill: | |
| Total Costs Bill: | 2,143.34 |
| Total Costs Non Bill: | |
| Total Non Billable: | |
| Total Billable: | 2,143.34 |
| Grand Total: | 2,143.34 |