## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                      :

In re                                :          Chapter 11

                      :

Nortel Networks Inc., *et al.*,[1]        :          Case No. 09-10138 (KG)

                      :

          Debtors.          :          Jointly Administered

                      :

-------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MAY 9, 2012 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

1.      Debtors' Twenty-Sixth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 7505, Filed 4/9/12).

      Objection Deadline:  April 25, 2012 at 4:00 p.m. (ET)

      Responses Received:  None.

      Related Pleading:

      (a)      Certificate of No Objection (D. I. 7598, Filed 4/30/12); and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).    Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(b)     Proposed Form of Order.

Status: There have been no objections and a CNO was filed.

2.      Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement by and Among Certain Amphenol Affiliates and the Debtors (D.I. 7510, Filed 4/10/12).

Objection Deadline:  April 24, 2012 at 4:00 p.m. (ET)

Responses Received:  None.

Related Pleading:

(a)     Certificate of No Objection (D. I. 7593, Filed 4/26/12); and

(b)     Proposed Form of Order.

Status: There have been no objections and a CNO was filed.

**UNCONTESTED MATTERS GOING FORWARD**

3.      Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

Objection Deadline:  October 7, 2010 at 4:00 p.m. (ET). Extended for the Debtors with respect to Response filed by Unisys Corporation to March 21, 2012 at 5:00 p.m. (ET).

Remaining Response Received:

(a)     Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

Related Pleading:

(a)     Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10); and

2

(b)     First Supplemental Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtors Claims, No-Basis 503(b)(9) Claims and Misclassified 503(b)(9) Claims) (D.I. 7428, Filed 3/22/12).

Status: The hearing on the Objection with respect to Claim 6948 held by Unisys will go forward, and a consensual proposed form of supplemental order will be handed up at the hearing.

4.      Debtors' Twenty-First Omnibus Objection (Substantive) to Certain Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Reclassify Claims) (D.I. 7182, Filed 2/7/12).

Objection Deadline:  February 23, 2012 at 4:00 p.m. (ET).  Extended for Hain Capital Holdings, LLC to May 10, 2012 at 4:00 p.m. (ET). Extended for Terremark Worldwide to May 10, 2012 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)     Informal Response of Hain Capital Holdings, LLC Regarding Claim No. 3470; and

(b)     Informal Response of Terremark Worldwide Regarding Claim No. 3909.

Related Pleading:

(a)     Order Granting Debtors' Twenty-First Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reclassify Claims) (D.I. 7353, Filed 3/8/12); and

(b)     First Supplemental Order Granting Debtors' Twenty-First Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reclassify Claims) (D.I. 7429, Filed 3/22/12).

Status: The hearing on the Objections with respect to Claim No. 3470 held by Hain Capital Holdings, LLC and Claim No. 3909 held by Terremark Worldwide will go forward and a consensual proposed form of supplemental order will be handed up at the hearing.

5.      Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

Objection Deadline:  February 23, 2012 at 4:00 p.m. (ET).  Extended for Terremark Worldwide to May 10, 2012 at 4:00 p.m. (ET).  Extended for the Debtors with respect to

the Response filed by Barnes & Thornburg LLP to May 21, 2012 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD to May 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to June 7, 2012 at 4:00 p.m. (ET). Extended for the Debtors with respect to the Response filed by Kelly Services to August 13, 2012 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)     Response to Debtors' Objection to Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims). Filed by Telefonica International, S.A.U. (D.I. 7244, Filed 2/22/12);

(b)     Response to Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims. Filed by Kelly Services (D.I. 7245, Filed 2/21/12);

(c)     Barnes & Thornburg's Response to Debtors' Objection to Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7252, Filed 2/23/12);

(d)     Informal Response of ASM Capital Regarding Claim No. 7819;

(e)     Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076; and

(f)     Informal Response of Terremark Worldwide Regarding Claim No. 3909.

Related Pleading:

(a)     Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Filed 3/8/12);

(b)     First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Filed 3/22/12); and

(c)     Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Filed 4/18/12).

Status: The hearing on the Objections has been adjourned with respect to response (a) above to the omnibus hearing scheduled in these cases for May 24, 2012 at 10:00 a.m. (ET).  The hearing on the Objections has been adjourned with respect to response (e) to the omnibus hearing scheduled in these cases for June 6, 2012 at 1:00 p.m. (ET).  The hearing on the Objections has been adjourned with respect to response (d) to the omnibus hearing scheduled in these cases for June 21, 2012 at 10:00 a.m. (ET).  The hearing on the Objections has been adjourned with respect to response (b) above to the omnibus hearing scheduled in these cases for August 22, 2012 at 10:00 a.m. (ET).  The hearing on the Objections with respect to (c) and (f) will go forward and a consensual proposed form of supplemental order will be handed up at the hearing.

6.     Debtors' Motion to Authorize the Claims Agent to Reflect Certain Claims That Have Been Satisfied As Paid (D.I. 7185, Filed 2/7/12).

Objection Deadline:  February 23, 2012 at 4:00 p.m. (ET).  Extended for Terremark Worldwide to May 10, 2012 at 4:00 p.m. (ET).  Extended for ASM Capital to June 7, 2012 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)     Informal Response of ASM Capital Regarding Claim No. 7819; and

(b)     Informal Response of Terremark Worldwide Regarding Claim No. 3909.

Related Pleading:

(a)      Order Authorizing the Claims Agent to Reflect Certain Claims That Have Been Satisfied As Paid (D.I. 7355, Filed 3/8/12); and

(b)     First Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims That Have Been Satisfied As Paid (D.I. 7433, Filed 3/22/12).

Status: The hearing on the Motion with respect to Claim No. 7819 filed by ASM Capital has been adjourned to the hearing scheduled for June 21, 2012 at 10:00 a.m.  The hearing on the Motion with respect to Claim No. 3909 filed by Terremark Worldwide and Claim No. 5326 filed by Barnes & Thornburg LLP will go forward and a consensual proposed form of supplemental order will be handed up at the hearing.

Dated: May 7, 2012          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE              James L. Bromley (admitted *pro hac vice*)
                           Lisa M. Schweitzer (admitted *pro hac vice*)
                           One Liberty Plaza
                           New York, New York 10006
                           Telephone:  (212) 225-2000
                           Facsimile:  (212) 225-3999

                           - and -

                           MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                           _____*/s/ Chad A. Fights*_____
                           Derek C. Abbott (No. 3376)
                           Eric D. Schwartz (No. 3134)
                           Ann C. Cordo (No. 4817)
                           Chad A. Fights (No. 5006)
                           1201 North Market Street, 18th Floor
                           Wilmington, DE  19899-1347
                           Telephone:  (302) 658-9200
                           Facsimile:  (302) 425-4663

                           *Counsel for the Debtors and Debtors in Possession*