```
```
**Header:** Case 09-10138-MFW   Doc 7616-1   Filed 05/07/12   Page 1 of 1

# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on May 9, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on May 7, 2012, in the manner indicated upon the parties identified below and on the attached service list.

Dated: May 7, 2012

                                                                          */s/ Chad A. Fights*
                                                                          Chad A. Fights (No. 5006)

**Via Fax**

Harold Moorefield
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON
150 West Flagler Street
Miami, Florida 33130
Fax: 305-789-3395
(Counsel for TELEFONICA INTERNACIONAL)

David M. Powlen
E. Rebecca Workman
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Fax: 302-888-0246

Deborah L. Thorne
Kevin C. Driscoll, Jr.
BARNES & THORNBURG
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2809
Fax: 312-759-5646

ASM Capital
ATTN: ADAM MOSKOWITZ
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Kelly Services
Rhonda Holaway
999 W Big Beaver
Troy, Michigan 48084

Coface North America Insurance Co.
Attn: Managing Partner
50 Millstone Rd.., BLDG. 100, STE 360
East Windsor, NJ 08520

Monarch Master Funding LTD
Attn: Managing Partner
535 Madison Ave.
New York, NY 10022

**Via Overnight Mail**

Terremark Worldwide
Diane Katsulis
222 W. Las Colinas Blvd
Irving, TX 75039

3790723.16