# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG     **Chapter:**  11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 09, 2012 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### *Matter:*

OMNIBUS HEARING

**R / M #:**   7,616 /  0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - #2 -  CNO Filed and Order Signed
#3 -  ORDER SIGNED
#4 - ORDER SIGNED
#5 - ORDER SIGNED
#6 -  ORDER SIGNED