# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 - KG
**COURTROOM LOCATION:** 3
**DATE:** 5/9/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mary J Kanolathin | Young Conaway Stargatt-Taylor | UK Joint Administrators |
| Annie Cordo | Morris Nichols Arsht+Tunnell | Debtors |
| Donna Culver | " | " |
| James Bromley | Cleary Gottlieb Steen+Hamilton | " |
| Lisa Schweitzer | " | " |
| LENA MANDEL | MILBANK TWEED et al | Ad Hoc Noteholders |
| David Botter | Akin Gump | Unsec. Creditor's Comm. |
| Chris Samis | Richards Layton | (?) |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 05/09/2012
Calendar Time: 10:00 AM ET

*2nd Revision 05/08/2012 03:39 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10135 | Hearing | | Robert Hsu | | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Amelie Baudot | | Allen & Overy, LLP | Monitor, Ernest & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Ileana Cruz-Bongini | | Stearns Weaver Miller Weissler | Creditor, Telefonica International / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Rebecca Song | | CITI | Representing, CITI / LISTEN ONLY |

Peggy Drasal                                                                                                    CourtConfCal2009    Page 1 of 1