IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

In re

Nortel Networks Inc., *et al.*,[1]

                   Debtors.

-------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE: D.I. 3942, 4163, 7428**

## SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS' FOURTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO LIABILITY CLAIMS, REDUCE AND ALLOW CLAIMS, REDUNDANT CLAIMS, SATISFIED CLAIMS, WRONG DEBTOR CLAIMS, NO-BASIS 503(b)(9) CLAIMS AND MISCLASSIFIED 503(b)(9) CLAIMS)

Upon the Debtors' Fourteenth Omnibus Objection (Substantive) to Certain

Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability

Claims, Reduce and Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims,

No-Basis 503(b)(9) Claims and Misclassified 503(b)(9) Claims) [D.I. 3942] (the "Objection")[2]

filed by Nortel Networks Inc. and certain of its affiliates, as debtors and debtors-in-possession in

the above-captioned cases (collectively, the "Debtors"), requesting an order pursuant to section

502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 reducing, modifying,

reclassifying or disallowing in full, as applicable, the claims identified in Exhibits A-G attached

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]     Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

thereto; and upon the Declaration of John J. Ray, III in Support of the Debtors' Fourteenth

Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr.

P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant

Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims and Misclassified

503(b)(9) Claims), attached to the Objection as Exhibit H; and upon all other documentation

filed in connection with the Objection and the claims, including the Response of Unisys

Corporation to Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims Pursuant

to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce

and Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis

503(b)(9) Claims and Misclassified 503(b)(9) Claims) [D.I. 4106] (the "Unisys Response"); and

adequate notice of the Objection having been given as set forth in the Objection; and it appearing

that no other or further notice is required; and the Court having jurisdiction to consider the

Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court

having determined that consideration of the Objection is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2); and upon entry of the Order Granting Debtors' Fourteenth Omnibus Objection

(Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del.

L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Satisfied

Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims and Misclassified 503(b)(9) Claims)

[D.I. 4163]; and upon entry of the First Supplemental Order Granting Debtors' Fourteenth

Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr.

P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant

Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims and Misclassified

503(b)(9) Claims) [D.I. 7428], which denied the Unysis Response with prejudice; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Objection is **GRANTED** with respect to Claim No. 6948 filed by Unisys Corporation.  Claim No. 6948 is hereby disallowed in full as set out in Exhibit C to the Objection.

2.      The Debtors, the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order.

3.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated:  May 9      , 2012
        Wilmington, Delaware

                                    THE HONORABLE KEVIN GROSS
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE

3