# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

April 1, 2012 through April 30, 2012

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 4/2/2012  End Date 4/30/2012

**Enter Billing Rate/Hr:** 515.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 1.3 | $515.00 | $669.50 |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 158.6 | $515.00 | $81,679.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 3.3 | $515.00 | $1,699.50 |
| 5 | Fee Applications | 4.9 | $515.00 | $2,523.50 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 8.0 | $257.50 | $2,060.00 |
| | **Hours/Billing Amount for Period:** | **176.1** | | **$88,631.50** |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 4/2/2012 | Case management call | 3 | 1.0 |
| 4/2/2012 | 401K termination matters | 3 | 2.0 |
| 4/2/2012 | RTP space, admin matters, claims matters | 3 | 0.5 |
| 4/2/2012 | IMP matter | 3 | 1.0 |
| 4/2/2012 | January MOR | 3 | 2.0 |
| 4/2/2012 | Mediation matters | 3 | 1.8 |
| 4/3/2012 | 4th estate | 3 | 1.5 |
| 4/3/2012 | NNI cash | 3 | 0.5 |
| 4/3/2012 | Workforce plan, admin matters, budget, wind down considerations | 3 | 1.0 |
| 4/3/2012 | Subsidiary liquidations | 3 | 1.0 |
| 4/3/2012 | License matter | 3 | 1.0 |
| 4/3/2012 | 401k plan | 3 | 1.0 |
| 4/3/2012 | Cross border claims matters | 3 | 1.0 |
| 4/3/2012 | Data matters and retention | 3 | 2.0 |
| 4/4/2012 | Mediation matters | 3 | 2.5 |
| 4/4/2012 | State tax matter and review documents re same | 3 | 0.5 |
| 4/4/2012 | Omnibus objections review and comment | 3 | 1.0 |
| 4/4/2012 | 401k plan matters | 3 | 1.5 |
| 4/4/2012 | Insurance renewals; review past insurance and contact brokers | 3 | 1.0 |
| 4/4/2012 | 4th estate matters review | 3 | 1.0 |
| 4/4/2012 | Thailand payable issue | 3 | 0.5 |
| 4/4/2012 | Professional fee review | 3 | 1.0 |
| 4/5/2012 | Sub liquidations | 3 | 1.0 |
| 4/5/2012 | 401k plan termination | 3 | 1.3 |
| 4/5/2012 | ADP project, administrative matters | 3 | 0.3 |
| 4/5/2012 | Insurance renewals | 3 | 1.0 |
| 4/5/2012 | Work force [plan | 3 | 0.5 |
| 4/5/2012 | RTP space | 3 | 0.5 |
| 4/5/2012 | Ricaute home sale review | 3 | 0.5 |
| 4/5/2012 | Form 26 review | 3 | 0.8 |
| 4/5/2012 | February MOR review | 3 | 1.8 |
| 4/5/2012 | Mediation brief review | 3 | 1.0 |
| 4/5/2012 | Retiree matters | 3 | 1.0 |
| 4/6/2012 | February MOR | 3 | 1.2 |
| 4/6/2012 | Claims objections | 3 | 2.3 |
| 4/6/2012 | Retiree matters | 3 | 2.3 |
| 4/6/2012 | Omnibus objections | 3 | 1.0 |
| 4/7/2012 | Prepare March fee app | 5 | 3.7 |
| 4/9/2012 | Prepare March fee app | 5 | 1.2 |
| 4/9/2012 | Case call | 3 | 1.0 |
| 4/9/2012 | Insurance renewal | 3 | 1.2 |
| 4/9/2012 | Allocation matters | 3 | 4.3 |
| 4/9/2012 | UCC call | 3 | 1.3 |
| 4/9/2012 | Retiree matters | 3 | 2.0 |
| 4/10/2012 | Data sharing | 3 | 1.0 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 4/10/2012 | Claims matters | 3 | 1.0 |
| 4/10/2012 | Retiree matters | 3 | 1.0 |
| 4/10/2012 | Mediation statements | 3 | 3.5 |
| 4/10/2012 | GDNT claims | 3 | 0.5 |
| 4/10/2012 | VA sales tax | 3 | 0.5 |
| 4/11/2012 | Subpoena receipt and review | 3 | 0.5 |
| 4/11/2012 | HC review | 3 | 0.5 |
| 4/11/2012 | Cascade trust matter | 3 | 0.8 |
| 4/11/2012 | Post petition claims settlement process | 3 | 1.0 |
| 4/11/2012 | MOR | 3 | 1.0 |
| 4/11/2012 | Claims matters | 3 | 1.0 |
| 4/11/2012 | Retiree matters | 3 | 1.0 |
| 4/11/2012 | GDNT matter | 3 | 1.0 |
| 4/11/2012 | Allocation matters | 3 | 2.5 |
| 4/11/2012 | 401k | 3 | 1.0 |
| 4/11/2012 | Data sharing | 3 | 1.0 |
| 4/12/2012 | CCCA claims | 3 | 0.8 |
| 4/12/2012 | Conf agreement review and execute | 3 | 0.8 |
| 4/12/2012 | RTP space and costs | 3 | 0.3 |
| 4/12/2012 | Mediation matters | 3 | 4.0 |
| 4/12/2012 | Data sharing | 3 | 1.0 |
| 4/12/2012 | Mediation brief | 3 | 3.0 |
| 4/12/2012 | Chartis matter | 3 | 1.0 |
| 4/13/2012 | GDNT claims | 3 | 0.5 |
| 4/13/2012 | 27th omnibus | 3 | 1.0 |
| 4/13/2012 | Mediation matters | 3 | 2.0 |
| 4/13/2012 | Review briefs and comment | 3 | 3.2 |
| 4/16/2012 | Mediation matters | 3 | 1.3 |
| 4/16/2012 | Case management call | 3 | 1.3 |
| 4/16/2012 | 401 k plan update | 3 | 1.0 |
| 4/17/2012 | Chartis matter | 3 | 1.0 |
| 4/17/2012 | Mediation | 3 | 4.0 |
| 4/17/2012 | Retiree matters | 3 | 1.3 |
| 4/17/2012 | 401k plan termination | 3 | 1.0 |
| 4/17/2012 | Workforce plan changes | 3 | 1.0 |
| 4/17/2012 | Mediation matters | 3 | 4.3 |
| 4/17/2012 | Conf agreements | 3 | 1.0 |
| 4/18/2012 | Claims matters | 3 | 2.0 |
| 4/18/2012 | Radware update | 3 | 1.3 |
| 4/18/2012 | Retiree and Ltd matter | 3 | 1.0 |
| 4/19/2012 | Workforce plan changes | 3 | 1.3 |
| 4/19/2012 | Tax matters | 3 | 1.0 |
| 4/19/2012 | Deferred comp matter | 3 | 1.3 |
| 4/19/2012 | Call re mediation | 4 | 1.3 |
| 4/19/2012 | Escrow updates | 3 | 1.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 4/19/2012 | Various administrative matters | 3 | 1.0 |
| 4/20/2012 | Large claim matter | 3 | 1.0 |
| 4/20/2012 | Escrow update | 3 | 1.3 |
| 4/20/2012 | March MOR review | 3 | 1.0 |
| 4/20/2012 | Tax matters call | 3 | 1.0 |
| 4/20/2012 | Retiree matters | 3 | 1.3 |
| 4/20/2012 | Post petition claims settlement process | 3 | 2.0 |
| 4/20/2012 | Mediation matters | 3 | 5.2 |
| 4/20/2012 | Work orders-- IT | 3 | 1.0 |
| 4/23/2012 | Travel to Toronto for mediation | 7 | 4.5 |
| 4/23/2012 | Mediation prep | 3 | 3.5 |
| 4/24/2012 | Mediation pre meeting | 3 | 3.5 |
| 4/24/2012 | Mediation attendance | 3 | 6.5 |
| 4/24/2012 | Travel from mediation | 7 | 3.5 |
| 4/25/2012 | Data retention matters | 3 | 0.8 |
| 4/25/2012 | G&A allocation project | 3 | 0.3 |
| 4/25/2012 | Mediation matters | 3 | 0.2 |
| 4/25/2012 | Retiree matters further data requests | 3 | 0.3 |
| 4/25/2012 | First quarter budget reconciliation and response to UCC inquiries | 3 | 0.3 |
| 4/25/2012 | Subpoenas and response and handling | 3 | 0.3 |
| 4/25/2012 | Claims settlements | 3 | 0.3 |
| 4/25/2012 | Data retention issues review | 3 | 0.5 |
| 4/26/2012 | Escrow update and resolution of open items | 3 | 0.5 |
| 4/26/2012 | Retiree matters | 3 | 1.0 |
| 4/26/2012 | UCC call re mediation | 4 | 1.0 |
| 4/27/2012 | Tax matters; status and review material from EY | 3 | 3.0 |
| 4/27/2012 | Insurance renewals | 3 | 0.5 |
| 4/27/2012 | Cash update | 1 | 0.3 |
| 4/27/2012 | Deferred comp matter | 3 | 0.3 |
| 4/27/2012 | Mediation matters | 3 | 1.0 |
| 4/30/2012 | Case management call | 3 | 1.0 |
| 4/30/2012 | UCC call | 4 | 1.0 |
| 4/30/2012 | Data management | 3 | 1.0 |
| 4/30/2012 | 4th estate status and review changes | 3 | 0.3 |
| 4/30/2012 | Employee claims protocol | 3 | 0.3 |
| 4/30/2012 | Administrative matter with Craig Brod | 3 | 1.0 |
| 4/30/2012 | Claims matters; objections review | 3 | 2.0 |
| 4/30/2012 | Data matters; retention and review agreements | 3 | 0.3 |
| 4/30/2012 | Cascade trust matter | 1 | 1.0 |