**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

April 1, 2012 through April 30, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 1,195.38 |
| Travel – Lodging | | 2,428.19 |
| Travel – Meals | | 118.46 |
| Travel – Car Service | | 200.00 |
| Travel – Parking | | 80.00 |
| Office supplies, shipping, and other office related expenses | | 100.98 |
| PACER | | - |
| TOTAL | | $ 4,123.01 |

# Nortel Expense Report

**PERIOD:** April 1, 2012 through April 30, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 4/24/2012 | Toronto Trip - Air to Toronto | $ 444.75 | | | | | | |
| 4/25/2012 | Toronto Trip - Hotel | | $ 872.05 | | | | | |
| 4/25/2012 | Toronto Trip - Hotel internet | | | | | | $ 16.03 | |
| 4/25/2012 | Toronto Trip - Air to New York | $ 379.94 | | | | | | |
| 4/25/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 4/25/2012 | New York Trip - Hotel | | $ 675.00 | | | | | |
| 4/25/2012 | New York Trip - Hotel tax | | $ 103.07 | | | | | |
| 4/25/2012 | New York Trip - Meal | | | $ 30.95 | | | | |
| 4/26/2012 | New York Trip - Hotel | | $ 675.00 | | | | | |
| 4/26/2012 | New York Trip - Hotel tax | | $ 103.07 | | | | | |
| 4/26/2012 | New York Trip - Meal | | | $ 87.51 | | | | |
| 4/27/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 4/27/2012 | New York Trip - Parking | | | | | $ 80.00 | | |
| 4/30/2012 | Toronto Additional Air - Miscellanious taxes/fees | $ 204.84 | | | | | | |
| 4/30/2012 | Toronto Additional Air - Miscellanious taxes/fees | $ 15.85 | | | | | | |
| 4/30/2012 | New York Additional Air - Miscellanious taxes/fees | $ 150.00 | | | | | | |
| 4/30/2012 | Aircell | | | | | | $ 34.95 | |
| 4/30/2012 | WiFi | | | | | | $ 50.00 | |