## STATUS B

### SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53187 | Maritz Canada Inc. | Plaintiff filed an amended complaint on June 3, 2011. The Pretrial Conference is currently scheduled to take place on May 24, 2012. |

## STATUS F

### DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55165 | Beeline.com, Inc. | Certain Parties have reached an agreement in principle to settle this matter. Discovery will be proceeding with the other Parties in accordance with the Amended Scheduling Order dated October 21, 2011. |

## STATUS G

### NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55934 | Dell Services Corp. f/k/a Perot Systems Corp. | Court order appointing Ian Connor Bifferato as mediator entered. Mediation date to be confirmed as the parties are currently in settlement negotiations. |
| 10-55187 | SBA Network Services, Inc. | Stipulation Regarding Appointment of Mediator filed on July 5, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on July 6, 2011. Pursuant to the Amended Scheduling Order dated April 24, 2012, mediation to be completed by June 22, 2012. |
| 11-50195 | SCI Brockville Corp. d/b/a BreconRidge Corporation | Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on November 4, 2011. Mediation began on May 3, 2012 and is ongoing. |