## Wave 2 Service List
## Via Hand Delivery on Local Wilmington Parties and First Class Mail on All Others

**Counsel for Baldwin& Creative LLC d/b/a Baldwin&**
William (Billy) Brewer
William Brewer Law Firm
311 E. Edenton St.
Raleigh, NC 27601

**Counsel for Beeline.com, Inc.**
Daniel J. Merrett
Jones Day
1420 Peachtree St., N.E.; Suite 800
Atlanta, GA  30309-3053

**Counsel for Beeline.com, Inc.**

William P. Bowden
Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899

**Counsel for Bick Group, Inc.; and Jack Morton Worldwide, Inc.**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899

**Counsel for Continuum Worldwide Corporation**
Jeffrey Wegner
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102

**Counsel for Dell**
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Wilmington, DE 19801

**Mediator for Dell**
Ian Connor Bifferato
Bifferato LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

**Counsel for Maritz Canada Inc.**
Lucinda McRoberts
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102

**Counsel for Opnext Subystems, Inc. & Opnext, Inc.**
Melinda C. Franek
Jude Gorman
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

**Counsel for Opnext Subystems, Inc. & Opnext, Inc.**
Michael Lastowski
Duane Morris, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801

**Counsel for SBA Network Services, Inc.**
Lucian Murley
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

4250248

NEWYORK:2348439.1