IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-10138(KG) |
| | ) | |
| NORTEL NETWORKS, INC., | ) | Chapter 11 |
| et al., | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | Courtroom 3 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | May 9, 2012 |
| | ) | 10:00 a.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:          Morris, Nichols, Arsht & Tunnell
                          BY: ANNIE CORDO, ESQ.
                          BY: DONNA CULVER, ESQ.
                          1201 North Market St., 18TH Floor
                          Wilmington, DE 19899-1347
                          (302) 351-9200

                          Cleary, Gottlieb, Steen & Hamilton
                          BY: JAMES BROMLEY, ESQ.
                          BY: LISA SCHWEITZER, ESQ.
                          One Liberty Plaza
                          New York, NY 10006
                          (212) 225-2629

ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES, LLC
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For the Creditors'          Richards Layton & Finger
Committee:                  BY: CHRIS SAMIS, ESQ.
                            One Rodney Square
                            920 North King Street
                            Wilmington, DE  19801
                            (302) 651-7531

                            Akin Gump Strauss Hauer & Feld, LLP
                            BY: DAVID BOTTER, ESQ.
                            One Bryant Park
                            New York, NY  10036-6745
                            (212) 872-8012

For UK Joint                Young Conaway Stargatt & Taylor,
Administrators:             LLP
                            BY: MARIS J. KANDESTIN, ESQ.
                            Rodney Square
                            1000 North King Street
                            Wilmington, Delaware  19801
                            (302)571-6712

For Ad Hoc Noteholders:     Milbank Tweed Hadley & McCloy
                            BY: LENA MANDEL, ESQ.
                            1 Chase Manhattan Plaza
                            New York, NY  10005
                            (212) 530-5000

TELEPHONIC APPEARANCES:

For CITI:                   BY: REBECCA SONG, ESQ.
                            (212) 559-9933

For Monitor, Ernst          Allen & Overy, LLP
& Young:                    BY: AMELIE BAUDOT, ESQ.
                            (212) 610-6300

For Farallon Capital:       Farallon Capital Management
                            BY: MICHAEL LINN, ESQ.
                            (415) 421-2132

For Telefonica              Stearns Weaver Miller Weissler
International:              BY: HEANA CRUZ-BONGINI, ESQ.
                            (305) 789-4105

For Nomura Securities:      Nomura Securities
                            BY: ROBERT HSU, ESQ.
                            (212) 667-1055

1

1    WILMINGTON, DELAWARE, WEDNESDAY, MAY 9, 2012, 10:02 A.M.

2              THE CLERK:  Please rise.

3              THE COURT:  Good morning, everyone.  Please be

4    seated.  It's good to see you, all.

5              MR. BROMLEY:  Morning, Judge.

6              THE COURT:  Good morning.

7              MS. CORDO:  Good morning, Your Honor.

8              THE COURT:  Ms. Cordo, good morning.

9              MS. CORDO:  Good morning.  Annie Cordo, Morris,

10   Nichols, Arsht & Tunnell, on behalf of the debtors.

11             We just have a few supplemental orders for you

12   this morning --

13             THE COURT:  All right.

14             MS. CORDO:  -- and then I think Mr. Bromley would

15   like to give you a status update.

16             THE COURT:  Wonderful.

17             MS. CORDO:  So I had Sherry -- I gave her copies

18   of the orders.  I believe they're sitting up there.

19             THE COURT:  They are.

20             MS. CORDO:  And we're going slightly out of

21   order.  We'll start with the Fourteenth Omnibus Objection

22   which is Item 3 on the agenda.

23             THE COURT:  Yes.

24             MS. CORDO:  And with regards to that one, we had

25   just had one Claimant, Unisys, outstanding.  And we have

1    reached an agreement with them to grant the claim as allowed

2    in the objection, so their claim will be disallowed as set

3    forth on Exhibit C to the Fourteenth Omnibus Objection.

4                    THE COURT:  Wonderful.

5                    MS. CORDO:  And then --

6                    THE COURT:  Excuse me.  I just want to make sure.

7    There's nothing attached to this order.  Is that right, Ms.

8    Cordo?

9                    MS. CORDO:  Nope.

10                    THE COURT:  All right.

11                    MS. CORDO:  There's no exhibits.

12                    THE COURT:  Does anyone wish to be heard on this

13    one?

14                         (No audible response.)

15                    THE COURT:  I will sign the order.  All right.

16                    MS. CORDO:  And then if we may go slightly out of

17    order and take the Twenty-Second Omnibus Objection first --

18                    THE COURT:  Sure.

19                    MS. CORDO:  -- which is Item 5 because that has

20    settlements baked into it that affect Item 4 and Item 6.

21                    THE COURT:  Okay.

22                    MS. CORDO:  And so if we can next -- I put them

23    in order on your stack there.  So with regards to this one,

24    we have several claims that are adjourned to the next

25    hearings in June on the 6th and the 21st.  And then with

1   regards to the objection to the claim by Telefonica, after

2   reviewing documents provided by the Claimant, the debtors

3   have agreed to withdraw their objection to that claim.

4                    THE COURT:  All right.

5                    MS. CORDO:  And Telefonica will have an allowed

6   claim in the amount of $2,339,137.50 against NN CALA.

7                    With regards to Claim 5326, filed by Barnes &

8   Thornburg, we have, after discussions and the provision of

9   further documentation from Barnes & Thornburg, agreed that

10  they would be allowed as a general unsecured claim in the

11  amount of $20,040.94 against Nortel Networks.

12                   And with regards to the Claim 3909 followed --

13  filed by Terremark Worldwide, we have agreed that they are

14  entitled to an administrative expense claim in the amount of

15  $38,215.  And a general unsecured claim in the amount of

16  $89,507.24.

17                   THE COURT:  Very well, okay.  Anyone else?

18                          (No audible response.)

19                   THE COURT:  I'll sign this order as well then.

20                   MS. CORDO:  Thank you, Your Honor.  And then if

21  we just slip back to Item No. 4 which is the debtors'

22  Twenty-First Omnibus Objection.  With regards to that

23  objection, we had reached agreement with Hain Capital which

24  is Holding Claim 3470.  And that claim will be allowed as an

25  administrative claim in the amount of $131,260.66.  And they

1  get a general unsecured claim against Nortel Networks, Inc.,

2  in the amount of $1,684,090.25.

3                THE COURT:  Very well.

4                MS. CORDO:  And then Terremark, which we just

5  discussed on the Twenty-Second Omnibus Objection --

6                THE COURT:  Yes.

7                MS. CORDO:  -- we also have accepted them as part

8  of the Twenty-first Omnibus Objection and it's the same

9  settlement across both.

10                THE COURT:  Wonderful, okay, all right.

11                MS. CORDO:  And then --

12                THE COURT:  Anyone?

13                        (No audible response.)

14                THE COURT:  Okay.  I'm signing the order.

15                MS. CORDO:  -- the last item on the agenda this

16  morning, Your Honor, was our Second Supplemental Order

17  authorizing that the agent reflect certain claims be deemed

18  satisfied.  The Terremark claim is also on this order, Your

19  Honor, as is the claim filed by Barnes and Thornburg.  And

20  both of those were on the previous orders, the settlement

21  just go across --

22                THE COURT:  Exactly.

23                MS. CORDO:  -- all three.

24                THE COURT:  Okay.  I will sign the order.

25                MS. CORDO:  Thank you, Your Honor, and I --

1          THE COURT:  Thank you.  Thank you, Ms. Cordo.

2          MS. CORDO:  -- will turn the podium over to Mr.

3   Bromley because that concludes our agenda items this

4   morning.

5          THE COURT:  All right, thank you.  Ms. Cordo

6   wastes no time.

7                    (Laughter)

8          THE COURT:  All right.  Mr. Bromley, hello.

9          MR. BROMLEY:  Good morning, Your Honor.

10          THE COURT:  Good morning.

11          MR. BROMLEY:  How are you?

12          THE COURT:  Good to see you again.

13          MR. BROMLEY:  Good to see you as well.

14          THE COURT:  And Ms. Schweitzer, good to see you,

15   and Ms. Culver, and Mr. Botter, and Mr. Samis.  I don't want

16   ignore anyone here.

17                    (Laughter)

18          MR. BROMLEY:  Your Honor, we wanted to give you a

19   little bit of an update of what's been going on since we

20   were last before you, particularly in connection with the

21   mediation.

22          THE COURT:  Yes, yes, I'm interested.

23          MR. BROMLEY:  So just to give you the dates and

24   to put it in context.  Your Honor, in the third week of

25   March, you delivered the opinion in connection with the

1  Motions to Dismiss the various claims filed by the joint

2  administrators for which we're very grateful.  And a few and

3  maybe a week after that, we did get a letter from Chief

4  Justice Winkler of the Ontario Court of Appeal, informing us

5  of certain things.  And in particular, that there would be a

6  meeting in Toronto on the 24th of April in connection with

7  the mediation.  He also asked for any supplemental briefing

8  in connection with the mediation to be submitted to his

9  counsel in Canada on the 16th of April, so a week prior.

10 And we did that.  We filed our papers with Mr. Bennett, his

11 Canadian counsel, as well as, with Davis Polk, his U.S.

12 counsel.

13           THE COURT:  Yes.

14           MR. BROMLEY:  And we then went up to Toronto for

15 the mediation commencement.

16           In connection with that, Justice Winkler had

17 established a website.  I'm not sure if you were aware of

18 that.

19           THE COURT:  I was not.

20           MR. BROMLEY:  It's www.nortelmediation.com,  To

21 allow certain information to be disseminated, including your

22 opinion in connection with the EMEA claims which appears on

23 the website.  There's also on the website, a link to Chief

24 Justice Winkler's opening remarks in connection with the

25 mediation which were videotaped.

1           THE COURT:  My goodness.

2           MR. BROMLEY:  And I do have his written remarks,

3  which are also up here.  I don't know if you've seen them,

4  Your Honor.  I'm happy to hand them up, if you'd like.

5           THE COURT:  I would be delighted to see them.

6  Thank you, Mr. Bromley.  Thank you.

7           MR. BROMLEY:  And so these remarks were basically

8  read into the record, if you will, on the 24th of April.

9  And the initial session was open to the public.

10          THE COURT:  Okay.

11          MR. BROMLEY:  So this was a --

12          THE COURT:  That's unusual.

13          MR. BROMLEY:  At a hotel, again, but in Toronto.

14  And there were certain -- there were reporters in the room

15  and such.  And as I said, these remarks are available on his

16  website.  And the video link is available as well.

17          The -- we had a series of private sessions with

18  the mediator.  I should say we had one, the committee and

19  the debtors, as well as, the indenture trustees.  And there

20  were a series of other sessions that were held with other

21  parties in the case and then we were free to go.  So we came

22  back from Toronto and we are waiting to hear from the

23  mediator with respect to the next steps.

24          We have received certain requests for additional

25  information, which we are in the process of putting

1   together.  And we have also just reached agreement with some

2   of the parties on the exchange of the materials that we

3   submitted on the 16th of April.  So today, we will exchange

4   with some of the parties, and that's really the U.S. parties

5   and the Canadian parties, will be exchanging their mediation

6   submissions today.

7           THE COURT:  Okay.

8           MR. BROMLEY:  Chief Justice Winkler did not want

9   to take the responsibility for disseminating things and so

10  left it to the parties.

11          It is worth noting, we have not had any

12  communication with the joint administrators or the pension

13  parties in terms of their interest or willingness to

14  exchange materials with us.  So at this point, we're simply

15  exchanging amongst the Canadian's and the U.S. and we'll --

16  we're willing to exchange with the folks from the U.K., but

17  we just haven't connected.

18          THE COURT:  With the statements, did Chief

19  Justice Winkler ask you to be candid about what your

20  settlement position would be or did it not get into that

21  kind of detail?

22          MR. BROMLEY:  Well, in the public statement,

23  certainly he indicated that he wanted people to be

24  forthright and certainly that's our view.  We need to be

25  open and constructive in these sessions and that's certainly

1  the intention of the U.S. debtors and the creditors'

2  committee.  I'll let Mr. Botter speak as well.  It is fair

3  to say though, Your Honor, we're waiting to hear how this

4  will be put together.  Chief Justice Winkler did say in his

5  opening remarks, that he didn't think that it made sense to

6  have a group, large group session the way that we had had

7  for the first two mediations.  And so, I think he's working

8  through how he wants to proceed.

9          THE COURT:  I know at one time, he indicated he

10  might travel to the various parties.

11          MR. BROMLEY:  We have not -- we're certainly

12  happy to host him or to travel, but we've been the ones

13  traveling so far --

14          THE COURT:  Yes.

15          MR. BROMLEY:  -- for the one session.  And we're

16  happy to go wherever Chief Justice Winkler thinks that we

17  should go.

18          And at the session, as it started, we did have --

19  there was a clerk of the Canadian Superior Court and Mr. --

20  I forget his last name, but he's actually Justice Morawetz's

21  clerk as well.

22          THE COURT:  Okay.

23          MR. BROMLEY:  So he was present and helped

24  facilitate the movement back and forth with the parties.

25          And so at this point, Your Honor, we, you know, we are

1    now, you know, fifty days removed from the issuance of your

2    decision.  And we're looking forward to our first

3    substantive meetings on exchanging proposals.  And I think

4    we'll find out from Chief Justice Winkler how he wants to

5    handle that.

6                THE COURT:  I assume he didn't give sort of date

7    by which he hopes to wrap this up?

8                MR. BROMLEY:  No, Your Honor --

9                THE COURT:  Okay.

10               MR. BROMLEY:  -- he did not.

11               THE COURT:  I was just thinking in terms of my

12   own planning for, you know, working on an opinion and

13   getting ready, but --

14               MR. BROMLEY:  Certainly, our expectation is that

15   it's going to take a while based on the way things have been

16   proceeding.

17               THE COURT:  Okay.

18               MR. BROMLEY:  We would like to move as fast as

19   possible and I'll get to some things that we want to do in

20   connection with that in a minute.

21               THE COURT:  All right.

22               MR. BROMLEY:  So our view is, you know, we've

23   submitted our materials, we're responding to the request for

24   additional materials, and our -- and we're waiting for

25   instruction in terms of where to show up and who to speak

1    with.

2           THE COURT:  Okay.

3           MR. BROMLEY:  The -- and I think that Justice,

4    Chief Justice Winkler also mentioned that there would be

5    information posted on the website that's available to the

6    public.  That is while maintaining the confidentiality of

7    all the information --

8           THE COURT:  Certainly.

9           MR. BROMLEY:  -- that is necessary.  We do have--

10          THE COURT:  Some work for me?

11                    (Laughter)

12          MR. BROMLEY:  Well, we will have some work for

13   you.  One of the things that we've been working on since the

14   first mediation, in all honesty, so that was November of

15   2010, was an attempt to settle issues with respect to

16   allocation for what we have come to call the fourth estate.

17   And if you think of three estates being, the main estates

18   being the U.K., Canada, and the U.S., the fourth estate is a

19   group of non-filed entities --

20          THE COURT:  Right.

21          MR. BROMLEY:  -- that are located in large part

22   in Asia.  And there's been a very long set of negotiations

23   with respect to that.  And we do believe that we're very,

24   very close on getting that resolved.  And our hope would be

25   that we would have a settlement that would be signed onto by

1   all of the parties to resolve the fourth estate issues.  And

2   that would, we believe, simplify the matters that are left

3   for mediation for Justice Winkler to handle.  And so on that

4   basis, I think we might expect to see that in the next

5   couple of weeks, knock on wood.  So we have been making

6   progress on that front.

7           In addition, Your Honor, we're obviously looking

8   at the rest of the case and trying very hard to analyze what

9   can go forward or should go forward in this Court while the

10  mediation is pending.  And so I think it's fair to say that

11  while the debtors are, you know, fully engaged and ready to

12  participate whenever and wherever on mediation, we're also

13  actively reviewing what can be done before you in this Court

14  to resolve issues.

15          THE COURT:  You bet.

16          MR. BROMLEY:  And so I think that it's likely in

17  the next month or so, we will be coming back to you with

18  other things that try to resolve major claims and the like.

19  So it's -- I think we were certainly hopeful that mediation

20  would have started before this and that we would be in a

21  different position, but we do feel that if it looks like

22  it's going to take longer, which is at the moment where we

23  think things are, we feel that we have no choice but to move

24  forward on some other issues to keep things moving.

25          THE COURT:  I agree.

1            MR. BROMLEY:  We do want to be in a position as

2    soon as possible to, if there is a settlement on mediation,

3    to move forward and complete a plan which we've had on file.

4    We'd have to amend it and the like.  And whatever

5    settlement, if there is a settlement, implement it.  And if,

6    you know, if it's unfortunately the case that mediation

7    doesn't work, we want to be able to come back to you and ask

8    for the decisions that we've, you know, had out there

9    waiting on mediation and then move forward with our other

10   issues.

11            You know, there's a certain level of complication

12   here that I think we all have to recognize, but on the other

13   hand, there's an awful lot that we can and have been getting

14   done in this Court and would continue to follow that road as

15   well.

16            THE COURT:  Absolutely.  I will be there when you

17   need it.

18            MR. BROMLEY:  Thank you, Your Honor.  And

19   obviously --

20            THE COURT:  Ms. Cordo does a wonderful job of

21   communicating with chambers so that we know how much time is

22   necessary, and you know, how involved matters will be, if

23   there will be witnesses and that sort of thing, and that's

24   certainly helpful.

25            MR. BROMLEY:  Well, we couldn't do this without,

1   Ms. Cordo, Your Honor.

2           THE COURT:  No.

3           MR. BROMLEY:  And --

4           THE COURT:  Me either.

5                   (Laughter)

6           MR. BROMLEY:  So -- and one of the things we'd

7   like to do, Your Honor, is that we'll come back and give

8   you, you know, updates periodically within the confines of

9   our, you know, confidentiality undertaking in the mediation

10  to let you know where things stand.  And, you know, and to

11  the degree that you're also in communication with Justice

12  Winkler or Justice Morawetz, I'm sure you'll know that as

13  well.

14          THE COURT:  Certainly.

15          MR. BROMLEY:  But just in case you're not, we

16  wanted to make sure that we're giving you the information

17  that we have and make sure that you're up to date with

18  where, you know, we see things in terms of progress and

19  time.

20          THE COURT:  That's very, very helpful, of course.

21  And just so you'll know, I used to set Nortel hearings for

22  all day.  And since recently they haven't been taking all

23  day, I've sort of cut back in the time I've reserved for our

24  hearings so that I would be free for other matters.  So if

25  you think that something is going to take longer or you're

1    going to have witnesses or it's going to be particularly

2    contested, it would be helpful to know that and we can make

3    sure that we give you back that time.

4                MR. BROMLEY:  Yeah, I think, Your Honor, we'll --

5    we certainly understand that and appreciate it.  We'll let

6    you know and give you a lot of lead time to know if

7    anything's coming up.  I mean, one issue for instance is

8    with respect to the U.K. pension claims.

9                THE COURT:  Yes.

10               MR. BROMLEY:  You know, the Third Circuit

11   decision came down just before the New Year.  The U.K.

12   pension parties have recently sought to have the Supreme

13   Court grant certiorari and so we'll have to wait to see what

14   the Supreme's say about that.

15               And in the meantime, Your Honor, we're also

16   considering whether or not we move forward in actually

17   objecting to those claims and getting them resolved here.

18   And if that's the case, which I suspect will be the case,

19   then we'll have to put together a litigation strategy and

20   timeline for dealing with those claims here.

21               THE COURT:  Absolutely.

22               MR. BROMLEY:  And so if there's something I can

23   see over the horizon, that's something I think is likely to

24   happen.

25               THE COURT:  All right.

1          MR. BROMLEY:  And, you know, from our

2  perspective, we'd probably proceed not unlike we did last

3  year when we were trying to put up a schedule for the EMEA

4  claims in terms of Motions to Dismiss and briefing schedules

5  and the like.

6          THE COURT:  Good, that would be helpful.

7          MR. BROMLEY:  And then there are other -- a

8  couple of other material claims within the U.S. that we have

9  to address as well and we may try to work on that

10  simultaneously.

11          THE COURT:  Yeah, I take it that you're

12  addressing, and settling, and resolving those that you can.

13  And obviously, the more difficult and more contested claims

14  objections are coming down the road.

15          MR. BROMLEY:  That's absolutely the case, Your

16  Honor.  I mean, in terms of the major of things that we have

17  outstanding, we do have the employee related issues that Ms.

18  Schweitzer's been handling on 1114 --

19          THE COURT:  Yes, yes.

20          MR. BROMLEY:  -- and deferred comp.  We do have

21  issues with respect to certain claims that the Morris

22  Nichols firm has been handling, quite ably.  And I think

23  we're pretty close on most of those things.  We have a

24  number of cross border claims that we've been working with

25  the monitor on to try to resolve our opus that those are

1    moving forward.

2              So we've been trying to use our time wisely and

3    be ready as soon as we can to implement whatever strategy is

4    necessary.  There's obviously, a lot of interest in making

5    sure that the creditors here in the United States are

6    treated fairly and appropriately and get their recoveries as

7    quickly as possible.

8              THE COURT:  Sure.

9              MR. BROMLEY:  I mean, we are blessed in the sense

10    that the U.S. system has a very active and liquid market in

11    claims, so that a lot of people have been able to monetize

12    their positions and move out.  And, you know, it is -- but

13    the fact is is that at the end of the day, we do have to get

14    the money out.  And then there are issues that relate to

15    that in terms of making sure that the winding down and

16    closing down of offices and this and the like are taken care

17    of appropriately.  So we have been working on that.  We've,

18    as you know, shut down the Japanese office and got your

19    permission to do that.

20              THE COURT:  Right.

21              MR. BROMLEY:  There -- we got relief last month

22    to allow us to shutdown certain branches in the Middle East

23    and you'll see more of that coming along.

24              THE COURT:  Okay.

25              MR. BROMLEY:  So we're trying to use our time

1  wisely and make sure that when we have the opportunity to

2  strike so to speak, we'll be poised to do that.

3          THE COURT:  Very well. Thank you, Mr. Bromley,

4  that's very helpful.  And as I said, there is -- I will be

5  very receptive to when you need hearings and the like.

6          MR. BROMLEY:  Thank you very much, Your Honor.

7          THE COURT:  Sure.

8          MR. BROMLEY:  We appreciate that.  I don't know

9  if Mr. Botter --

10         THE COURT:  Mr. Botter?

11         MR. BOTTER:  Sure, very --

12         THE COURT:  Good morning to you.

13         MR. BOTTER:  Good morning, Your Honor.  Very

14  briefly.  Mr. Bromley has really set forth almost all the

15  information that we've been talking about.  I just wanted to

16  let Your Honor know that the U.S. debtors and the creditors'

17  committee have worked very closely, really arm-in-arm to

18  represent the interest of the U.S. estates in connection

19  with the allocation dispute.

20         Just a couple of points that I wanted to add,

21  Your Honor. Mr. Bromley referenced the website.  And when

22  that website went live, the Nortel mediation website, I

23  think we were both, Mr. Bromley, Ms. Schweitzer, and I, sort

24  of jumped to attention and said, oh, you know, this is a

25  confidential process.  It has been a confidential process.

1  And we immediately raised that issue with Davis Polk and

2  Randy Bennett.  We were assured that while there would be

3  some very limited public information disclosed on that

4  website, that all of the true confidential information

5  inclusive of the briefing, et cetera, would be maintained as

6  confidential.  And so that was, you know, our first concern

7  and that concern has been taken care of.

8          Obviously, we are very cognizant of the

9  confidentiality issue.  And the process with respect to

10 protection of information and protection of parties briefs

11 has taken us, believe it or not, about two, or three, or

12 four weeks now for us to get to the point of exchange of

13 briefs amongst the North American parties.  As Mr. Bromley

14 said, it has been radio silence from EMEA.

15         THE COURT:  Let me say this at the outset, Mr.

16 Botter.  You know, I recognize there is a mediation, but I

17 take responsibility for what's happening here.  And if you

18 ever have concerns about confidentiality or how to address a

19 request or whatever along those lines, you should never

20 hesitate to reach out to me because cooperation is very

21 important, but protection is equally important.

22         MR. BOTTER:  And we appreciate that, Your Honor.

23 And we certainly will do so in the future.  And frankly,

24 Your Honor's been terrific with respect to all of those

25 issues in the past, so we thank you.

1          THE COURT:  Yes.

2          MR. BOTTER:  Your Honor, the last thing, I guess

3  I would say is obviously, we want to move as quickly as

4  possible to try to resolve the issues on allocation.  We

5  agree with the U.S. debtors that there are issues that we

6  can take care of in our own estate.  And to the extent that

7  the mediation will be moving at a pace that may be slower

8  than what we had anticipated or hoped for, that we will join

9  with the U.S. debtors in resolving those issues that we can

10 take care of in front of Your Honor, so that we are ready to

11 go forward whenever we get to the point where we can go

12 forward.

13         THE COURT:  Excellent.

14         MR. BOTTER:  Thank you, Your Honor.

15         THE COURT:  Thank you, Mr. Botter.  Anyone else,

16 while we're together?  I see Ms. Mandel is here.  Good to

17 see you.  Ms. Kandestin who gave up that wonderful name,

18 Finnegan.  I -- and, all right.  Well, thank you for the

19 report.  Good to see you all.  And Ms. Culver, nothing to

20 report at your end, I take it?

21         MS. CULVER:  Nothing, Your Honor.

22                    (Laughter)

23         THE COURT:  All right, thank you.  Okay,

24 everyone.  Well, we'll stand in recess.  Good day to all of

25 you and I'll look forward to seeing you next hearing.  Good

1    day.

2              ALL:   Thank you, Judge.

3        (Whereupon, at 10:24 a.m., the hearing was adjourned.)

4

5                          CERTIFICATION

6          I certify that the foregoing is a correct

7    transcript from the electronic sound recording of the

8    proceedings in the above-entitled matter.

9

10

11    _____          9 May 2012

12   Traci L. Calaman, Transcriber              Date

13

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

a.m(3) 1:15 3:1 23:3
able(2) 15:7 19:11
ably(1) 18:22
about(5) 10:19 17:14 20:15 21:11 21:18
aboveentitled (1) 23:8
absolutely(3) 15:16 17:21 18:15
accepted(1) 6:7
across(2) 6:9 6:21
active(1) 19:10
actively(1) 14:13
actually(2) 11:20 17:16
add(1) 20:20
addition(1) 14:7
additional(2) 9:24 12:24
address(2) 18:9 21:18
addressing(1) 18:12
adjourned(2) 4:24 23:3
administeered(1) 1:8
administrativ(2) 5:14 5:25
administrators(3) 2:18 8:2 10:12
affect(1) 4:20
after(3) 5:1 5:8 8:3
again(2) 7:12 9:13
against(3) 5:6 5:11 6:1
agenda(3) 3:22 6:15 7:3
agent(1) 6:17
agree(2) 14:25 22:5
agreed(3) 5:3 5:9 5:13
agreement(3) 4:1 5:23 10:1
akin(1) 2:11
all(25) 3:4 3:13 4:10 4:15 5:4 6:10 6:23 7:5 7:8 12:1 12:21 13:7 13:14 14:1 15:12 16:22 16:22 17:25 20:14 21:4 21:24 22:18 22:19 22:23 22:24 23:2

allen(1) 2:36
allocation(3) 13:16 20:19 22:4
allow(2) 8:21 19:22
allowed(4) 4:1 5:5 5:10 5:24
almost(1) 20:14
along(2) 19:23 21:19
also(10) 6:7 6:18 8:7 8:23 9:3 10:1 13:4 14:12 16:11 17:15

amelie(1) 2:37
amend(1) 15:4
american(1) 21:13
amongst(2) 10:15 21:13
amount(6) 5:6 5:11 5:14 5:15 5:25 6:2
analyze(1) 14:8
and(158) 3:14 3:20 3:24 3:25 4:5 4:16 4:17 4:20 4:22 4:25 4:25 5:5 5:8 5:12 5:15 5:20 5:24 5:25 6:4 6:8 6:11 6:19 6:19 6:25 7:14 7:15 7:15 7:15 7:23 8:2 8:2 8:5 8:10 8:14 9:2 9:7 9:9 9:14 9:15 9:15 9:16 9:18 9:19 9:21 9:22 10:1 10:4 10:5 10:9 10:15 10:15 10:24 10:25 10:25 11:1 11:7 11:15 11:18 11:19 11:23 11:24 11:25 12:2 12:3 12:12 12:19 12:24 12:24 12:25 13:3 13:17 13:18 13:23 13:24 14:1 14:3 14:8 14:10 14:11 14:12 14:16 14:18 14:20 15:3 15:4 15:4 15:15 15:7 15:9 15:13 15:14 15:18 15:22 15:25 15:7 16:3 16:6 16:7 16:10 16:10 16:17 16:18 16:21 16:22 17:2 17:5 17:6 17:13 17:15 17:17 17:18 17:19 17:22 18:1 18:4 18:5 18:7 18:9 18:12 18:12 18:13 18:13 18:20 18:22 19:2 19:6 19:6 19:10 19:12 19:12 19:14 19:15 19:16 19:16 19:16 19:23 20:4 20:4 20:5 20:16 20:21 20:23 20:24 21:1 21:1 21:6 21:7 21:9 21:10 21:17 21:22 21:23 21:23 22:6 22:18 22:19 22:25

annie(1) 1:24 3:9
anticipated(1) 22:8
any(2) 8:7 10:11
anyone(5) 4:12 5:17 6:12 7:16 22:15
anything's(1) 17:7
appeal(1) 8:4

appearances(1) 2:31
appears(1) 8:22
appreciate(3) 17:5 20:8 21:22
appropriately(2) 19:6 19:17
april(4) 8:6 8:9 9:8 10:3
are(23) 3:19 4:24 5:13 7:11 9:3 9:15 9:22 9:25 11:25 13:21 14:2 14:11 14:23 18:7 18:14 18:25 19:5 19:9 19:14 19:16 21:8 22:5 22:10

arm-in-arm(1) 20:17
arsht(1) 1:23 3:10
asia(1) 13:22
ask(2) 10:19 15:7
asked(1) 8:7
assume(1) 12:6
assured(1) 21:2
attached(1) 4:7
attempt(1) 13:15
attention(1) 20:24
audible(3) 4:14 5:18 6:13
authorizing(1) 6:17
available(3) 9:15 9:16 13:5
aware(1) 8:17
awful(1) 15:13
back(8) 5:21 9:22 11:24 14:17 15:7 16:7 16:23 17:3

baked(1) 4:20
bankruptcy(2) 1:1 1:19
barnes(3) 5:7 5:9 6:19
based(1) 12:15
basically(1) 9:7
basis(1) 14:4
baudot(1) 2:37
because(3) 4:19 7:3 21:20
been(19) 7:19 11:12 12:15 13:13 13:22 14:5 15:13 16:22 18:18 18:22 18:24 19:2 19:11 19:17 20:15 20:25 21:7 21:14 21:22
before(5) 1:18 7:20 14:13 14:20 17:11
behalf(1) 3:10
being(2) 13:17 13:18
believe(4) 3:18 13:23 14:2 21:11
bennett(2) 8:10 21:2
bet(1) 14:15
bit(1) 7:19
blessed(1) 19:9
border(1) 18:24
both(3) 6:9 6:20 20:23
botter(13) 2:12 3:5 7:15 11:2 20:9 20:10 20:11 20:13 21:16 21:22 22:2 22:14 22:15

branches(1) 19:22
briefing(3) 8:7 18:4 21:5
briefly(1) 20:14
briefs(2) 21:10 21:13
bromley(54) 1:23 3:14 7:3 7:8 7:9 7:11 7:13 7:18 7:23 8:14 8:20 9:2 9:6 9:7 9:13 9:13 10:8 10:22 11:11 11:15 11:23 12:8 12:10 12:14 12:18 12:22 13:3 13:9 13:12 13:21 14:16 15:1 15:18 15:25 16:3 16:6 16:15 16:17 17:4 17:10 17:22 18:1 18:7 18:15 18:20 19:9 19:21 19:25 20:3 20:6 20:8 20:14 20:21 20:23 21:13

bryant(1) 2:13
but(12) 9:13 10:16 11:12 11:20 12:13 14:21 14:23 15:12 16:15 19:12 21:16 21:21
cala(1) 5:6
calaman(1) 23:12
call(1) 3:16
came(2) 9:21 17:11
can(11) 4:22 14:9 14:13 15:13 17:2 17:22 18:12 19:3 22:6 22:9 22:11
canada(2) 8:9 13:18
canadian(3) 8:11 10:5 11:19

canadian's(1) 10:15
candid(1) 10:19
capital(3) 2:40 2:40 5:23
care(4) 19:16 21:7 22:6 22:10
case(8) 1:4 9:21 14:8 15:6 16:15 17:18 17:18 18:15

certain(8) 6:17 8:5 8:21 9:14 9:24 15:11 18:21 19:22

certainly(11) 10:23 10:24 10:25 11:11 12:14 13:8 14:19 15:24 16:14 17:5 21:23

certification(1) 23:5
certify(1) 23:6
certiorari(1) 17:13
cetera(1) 21:5
chambers(1) 15:21
chapter(1) 1:6
chase(1) 2:27
chief(8) 8:3 8:23 10:8 10:18 11:4 11:16 12:4 13:4

choice(1) 14:23
chris(1) 2:5
circuit(1) 17:10
citi(1) 2:33
claim(16) 4:1 4:2 5:1 5:3 5:6 5:7 5:10 5:12 5:14 5:15 5:24 5:24 5:25 6:1 6:18 6:19

claimant(2) 3:25 5:2
claims(14) 4:24 6:17 8:1 8:22 14:18 17:8 17:17 17:20 18:4 18:8 18:13 18:21 18:24 19:11

cleary(1) 1:30
clerk(3) 3:2 11:19 11:21
close(2) 13:24 18:23
closely(1) 20:17
closing(1) 19:16
cognizant(1) 21:8
come(3) 13:16 15:7 16:7
coming(4) 14:17 17:7 18:14 19:23
commencement(1) 8:15
committee(4) 2:5 9:18 11:2 20:17
communicating(1) 15:21
communication(2) 10:12 16:11
comp(1) 18:20
complete(1) 15:3
complication(1) 15:11
conaway(1) 2:17
concern(2) 21:6 21:7
concerns(1) 21:14
concludes(1) 7:3
confidentia(4) 20:25 20:25 21:4 21:6
confidentiality(4) 13:6 16:9 21:9 21:18
confines(1) 16:8
connected(1) 10:17
connection(9) 7:20 7:25 8:6 8:8 8:16 8:22 8:24 12:20 20:18

considering(1) 17:16
constructive(1) 10:25
contested(2) 17:2 18:13
context(1) 7:24
continue(1) 15:14
continued(1) 2:2
cooperation(1) 21:20
copies(1) 3:17
cordo(29) 1:24 3:7 3:8 3:9 3:9 3:14 3:17 3:20 3:24 4:5 4:8 4:9 4:11 4:16 4:19 4:22 5:5 5:20 6:4 6:7 6:11 6:15 6:23 6:25 7:2 7:5 15:20 16:1

correct(1) 23:6
couldn't(1) 15:25
counsel(3) 3:9 8:11 8:12
couple(3) 14:5 18:8 20:20
course(1) 16:20

court(84) 1:1 3:3 3:6 3:8 3:13 3:16 3:19 3:23 4:4 4:6 4:10 4:12 4:15 4:18 4:21 5:4 5:17 5:19 6:3 6:6 6:10 6:12 6:14 6:22 6:24 7:1 7:5 7:8 7:10 7:12 7:14 7:22 8:4 8:13 8:19 9:1 9:5 9:10 9:12 10:7 10:18 11:9 11:14 11:19 11:22 12:6 12:9 12:11 12:17 12:21 13:2 13:8 13:10 13:20 14:9 14:13 14:15 14:25 15:16 15:16 15:20 16:2 16:4 16:14 16:20 17:9 17:13 17:21 17:25 18:6 18:11 18:19 19:8 19:20 19:24 20:3 20:7 20:10 20:12 21:15 22:1 22:13 22:15 22:23

courtroom(1) 1:10
creditors(3) 11:1 19:5 20:16
creditors'(1) 2:4
cross(1) 18:24
cruz-bongini(1) 2:45
culver(4) 1:25 7:15 22:19 22:21
cut(1) 16:23
data(1) 1:39
date(3) 12:6 16:17 23:12
dates(1) 7:23
david(1) 2:12
davis(2) 8:11 21:1
day(5) 16:22 16:23 19:13 22:24 23:1
days(1) 12:1
dealing(1) 17:20
debtors(11) 1:12 1:23 3:10 5:2 5:21 9:19 11:1 14:11 20:16 22:5 22:9

decision(2) 12:2 17:11
decisions(1) 15:8
deemed(1) 6:17
deferred(1) 18:20
degree(1) 16:11
delaware(4) 1:2 1:12 2:22 3:1
delighted(1) 9:5
delivered(1) 7:25
detail(1) 10:21
diaz(1) 1:39
did(9) 8:3 8:10 10:8 10:18 10:20 11:4 11:18 12:10 18:2
didn't(2) 11:5 12:6
different(1) 14:21
difficult(1) 18:13
disallowed(1) 4:2
disclosed(1) 21:3
discussed(1) 6:5
discussions(1) 5:8
dismiss(2) 8:1 18:4
dispute(1) 20:19
disseminated(1) 8:21
disseminating(1) 10:9
district(1) 1:2
documentation(1) 5:9
documents(1) 5:2
does(2) 4:12 15:20
doesn't(1) 15:7
don't(3) 7:15 9:3 20:8
done(2) 14:13 15:14
donna(1) 1:25
down(5) 17:11 18:14 19:15 19:16 19:18
east(1) 19:22
ecro(1) 1:37
either(1) 16:4
electronic(2) 1:46 23:7
else(5) 5:17 22:15
emea(3) 8:22 18:3 21:14
employee(1) 18:17
end(2) 19:13 22:20
engaged(1) 14:11
entities(1) 13:19
entitled(1) 5:14
equally(1) 21:21
ernst(1) 2:36

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**esq**(13) 1:24 1:25 1:31 1:32 2:5 2:12 2:19 2:26 2:33 2:37 2:41 2:45 2:49

**established**(1) 8:17
**estate**(4) 13:16 13:18 14:1 22:6
**estates**(3) 13:17 13:17 20:18
**ever**(1) 21:18
**everyone**(2) 3:3 22:24
**exactly**(1) 6:22
**excellent**(1) 22:13
**exchange**(5) 10:2 10:3 10:14 10:16 21:12
**exchanging**(3) 10:5 10:15 12:3
**excuse**(1) 4:6
**exhibit**(1) 4:3
**exhibits**(1) 4:11
**expect**(1) 14:4
**expectation**(1) 12:14
**expense**(1) 5:14
**extent**(1) 22:6
**facilitate**(1) 11:24
**fact**(1) 19:13
**fair**(2) 11:2 14:10
**fairly**(1) 19:6
**far**(1) 11:13
**farallon**(2) 2:40 2:40
**fast**(1) 12:18
**feel**(2) 14:21 14:23
**feld**(1) 2:11
**few**(2) 3:11 8:2
**fifty**(1) 12:1
**file**(1) 15:3
**filed**(5) 5:7 5:13 6:19 8:1 8:10
**find**(1) 12:4
**finger**(1) 2:4
**finnegan**(1) 22:18
**firm**(1) 18:22
**first**(5) 4:17 11:7 12:2 13:14 21:6
**floor**(1) 1:26
**folks**(1) 10:16
**follow**(1) 15:14
**followed**(1) 5:12
**for**(37) 1:2 1:23 2:4 2:17 2:25 2:33 2:36 2:40 2:44 2:48 3:11 8:2 8:7 8:14 9:24 10:9 11:7 11:15 12:2 12:12 12:23 13:10 13:12 13:16 14:3 14:3 15:8 16:21 16:23 16:24 17:7 17:20 18:3 21:12 21:17 22:8 22:18
**foregoing**(1) 23:6
**forget**(1) 11:20
**forth**(3) 4:3 11:24 20:14
**forthright**(1) 10:24
**forward**(11) 12:2 14:9 14:9 14:24 15:3 15:9 17:16 19:1 22:11 22:12 22:25
**four**(1) 21:12
**fourteenth**(2) 3:21 4:3
**fourth**(3) 13:16 13:18 14:1
**frankly**(1) 21:23
**free**(2) 9:21 16:24
**from**(10) 5:9 8:3 9:22 9:22 10:16 12:1 12:4 18:1 21:14 23:7

**front**(2) 14:6 22:10
**fully**(1) 14:11
**further**(1) 5:9
**future**(1) 21:23
**gave**(2) 3:17 22:17
**general**(3) 5:10 5:15 6:1
**get**(8) 6:1 8:3 10:20 12:19 19:6 19:13 21:12 22:11

**getting**(4) 12:13 13:24 15:13 17:17
**ginger**(1) 1:37
**give**(5) 3:15 7:18 7:23 12:6 16:7 17:3 17:
**giving**(1) 16:16
**going**(7) 3:20 7:19 12:15 14:22 16:25 17: 17:1

**good**(18) 3:3 3:4 3:6 3:7 3:8 3:9 7:9 7:10 7:12 7:13 7:14 18:6 20:12 20:13 22:16 22:19 22:24 22:25

**goodness**(1) 9:1
**got**(2) 19:18 19:21
**gottlieb**(1) 1:30
**grant**(2) 4:1 17:13
**grateful**(1) 8:2
**gross**(1) 1:18
**group**(3) 11:6 11:6 13:19
**guess**(1) 22:2
**gump**(1) 2:11
**had**(13) 3:17 3:24 3:25 5:23 8:16 9:17 9:18 10:11 11:6 11:6 15:3 15:8 22:8

**hadley**(1) 2:25
**hain**(1) 5:23
**hamilton**(1) 1:30
**hand**(2) 9:4 15:13
**handle**(2) 12:5 14:3
**handling**(2) 18:18 18:22
**happen**(1) 17:24
**happening**(1) 21:17
**happy**(3) 9:4 11:12 11:16
**hard**(1) 14:8
**harrisburg**(1) 1:41
**has**(8) 4:19 18:22 19:10 20:14 20:25 21:7 21:11 21:14
**hauer**(1) 2:11
**have**(42) 3:11 3:25 4:24 5:3 5:5 5:8 5:13 6:7 9:2 9:24 10:1 10:11 11:6 11:11 11:18 12:15 13:12 13:16 13:25 14:5 14:20 14:22 15:4 15:12 15:13 16:17 17:1 17:12 17:12 17:13 17:19 18:8 18:16 18:17 18:20 18:2 19:11 19:13 19:17 20:1 20:17 21:18

**have__**(1) 13:9
**haven't**(2) 10:17 16:22
**he's**(2) 11:7 11:20
**heana**(1) 2:45
**hear**(2) 9:22 11:3
**heard**(1) 4:12
**hearing**(2) 22:25 23:3
**hearing's**(1) 4:25
**hearings**(3) 16:21 16:24 20:5
**held**(1) 9:20
**hello**(1) 7:8
**helped**(1) 11:23
**helpful**(5) 15:24 16:20 17:2 18:6 20:4
**her**(1) 3:17
**here**(8) 7:16 9:3 15:12 17:17 17:20 19:5 21:17 22:16

**hesitate**(1) 21:20
**him**(1) 11:12
**his**(7) 8:8 8:10 8:11 9:2 9:15 11:4 11:20
**hoc**(1) 2:25
**holding**(1) 5:24
**honesty**(1) 13:14
**honor**(28) 3:7 5:20 6:16 6:19 6:25 7:9 7:18 7:24 9:4 11:3 11:25 12:8 14:7 15:18 16:1 16:7 17:4 17:15 18:16 20:6 20:13 20:16 20:21 21:22 22:2 22:14 22:21

**honor's**(1) 21:24
**honorable**(1) 1:18
**hope**(1) 13:24
**hoped**(1) 22:8
**hopeful**(1) 14:19
**hopes**(1) 12:7
**horizon**(1) 17:23
**host**(1) 11:12
**hotel**(1) 9:13
**how**(7) 7:11 11:3 11:8 12:4 15:21 15:22 21:18

**hsu**(1) 2:49

**i'll**(4) 5:19 11:2 12:19 22:25
**i'm**(5) 6:14 7:22 8:17 9:4 16:12
**i've**(2) 16:23 16:23
**ignore**(1) 7:16
**immediately**(1) 21:1
**implement**(2) 15:5 19:3
**important**(2) 21:21 21:21
**inc**(2) 1:6 1:6
**including**(1) 8:21
**inclusive**(1) 21:5
**indenture**(1) 9:19
**indicated**(2) 10:23 11:9
**information**(9) 8:21 9:25 13:5 13:7 16:16 20:15 21:3 21:4 21:10

**informing**(1) 8:4
**initial**(1) 9:9
**instance**(1) 17:7
**instruction**(1) 12:25
**intention**(1) 11:1
**interest**(3) 10:13 19:4 20:18
**interested**(1) 7:22
**international**(1) 2:45
**into**(3) 4:20 9:8 10:20
**involved**(1) 15:22
**issuance**(1) 12:1
**issue**(3) 17:7 21:1 21:9
**issues**(12) 13:15 14:1 14:14 14:24 15:10 18:17 18:21 19:14 21:25 22:4 22:5 22:9

**it's**(10) 3:4 6:8 8:20 12:15 14:10 14:16 14:19 14:22 15:6 17:1
**item**(6) 3:22 4:19 4:20 4:20 5:21 6:15
**items**(1) 7:3
**james**(1) 1:31
**jane**(1) 1:32
**japanese**(1) 19:18
**job**(1) 15:20
**join**(1) 22:8
**joint**(3) 2:17 8:1 10:12
**jointly**(1) 1:8
**judge**(1) 1:19 3:5 23:2
**jumped**(1) 18:7
**june**(1) 4:25
**just**(15) 3:11 3:25 4:6 5:21 6:4 6:21 7:23 10:1 10:17 12:11 16:15 16:21 17:11 20:15 20:20

**justice**(14) 8:4 8:16 8:24 10:8 10:19 11:4 11:16 11:20 12:4 13:3 13:4 14:3 16:11 16:12
**kandestin**(2) 2:19 22:17
**keep**(1) 14:24
**kevin**(1) 1:18
**kim**(1) 1:32
**kind**(1) 10:21
**king**(2) 2:7 2:21
**knock**(1) 14:5
**know**(31) 9:1 11:9 11:25 12:1 12:12 12:21 14:11 15:6 15:8 15:11 15:21 15:22 16:8 16:9 16:10 16:10 16:12 16:18 16:21 17:2 17:6 17:6 17:10 18:1 19:12 19:18 20:8 20:16 20:24 21:6 21:16

**large**(2) 11:6 13:21
**last**(6) 6:15 7:20 11:20 18:2 19:21 22:2
**laughter**(5) 7:7 7:17 13:11 16:5 22:22
**layton**(1) 2:4
**lead**(1) 17:6
**left**(2) 10:10 14:2
**lena**(1) 2:26
**let**(5) 11:2 16:10 17:5 20:16 21:15
**letter**(1) 8:3
**level**(1) 15:11
**liberty**(1) 1:33
**like**(10) 3:15 9:4 12:18 14:18 14:21 15:4 16:7 18:5 19:16 20:5

**likely**(2) 14:16 17:23
**limited**(1) 21:3
**lines**(1) 21:19
**link**(2) 8:23 9:16
**linn**(1) 2:41
**liquid**(1) 19:10
**litigation**(1) 17:19
**little**(1) 7:19
**live**(1) 20:22
**llc**(1) 1:39
**llp**(3) 2:11 2:18 2:36
**located**(1) 13:21
**long**(1) 13:22
**longer**(1) 14:22 16:25
**look**(1) 22:25
**looking**(2) 12:2 14:7
**looks**(1) 14:21
**lot**(4) 15:13 17:6 19:4 19:11
**mace**(1) 1:37
**made**(1) 11:5
**main**(1) 13:17
**maintained**(1) 21:5
**maintaining**(1) 13:6
**major**(2) 14:18 18:16
**make**(5) 4:6 16:16 16:17 17:2 20:1
**making**(3) 14:5 19:4 19:15
**management**(1) 2:40
**mandel**(2) 2:26 22:16
**manhattan**(1) 2:27
**march**(1) 7:25
**maris**(1) 2:19
**market**(3) 1:11 1:26 19:10
**material**(1) 18:8
**materials**(4) 10:2 10:14 12:23 12:24
**matter**(1) 23:8
**matters**(3) 14:2 15:22 16:24
**may**(6) 1:14 3:1 4:16 18:9 22:7 23:11
**maybe**(1) 8:3
**mccloy**(1) 2:25
**mean**(3) 17:7 18:16 19:9
**meantime**(1) 17:15
**mediation**(18) 7:21 8:7 8:8 8:15 8:25 10:5 13:14 14:3 14:10 14:12 14:19 15:2 15:6 15:9 16:9 20:22 21:16 22:7

**mediations**(1) 11:7
**mediator**(2) 9:18 9:23
**meeting**(1) 8:6
**meetings**(1) 12:3
**mentioned**(1) 13:4
**michael**(1) 2:41
**middle**(1) 19:22
**might**(2) 11:10 14:4
**milbank**(1) 2:25
**miller**(1) 2:44
**minute**(1) 12:20
**moment**(1) 14:22
**monetize**(1) 19:11
**money**(1) 19:14
**monitor**(2) 2:36 18:25
**month**(2) 14:17 19:21
**morawetz**(1) 16:12
**morawetz's**(1) 11:20
**more**(3) 18:13 18:13 19:23
**morning**(13) 3:3 3:5 3:6 3:7 3:8 3:9 3:12 6:16 7:4 7:9 7:10 20:12 20:13

**morris**(1) 1:23 3:9 18:21
**most**(1) 18:23
**motions**(2) 8:1 18:4
**move**(7) 12:18 14:23 15:3 15:9 17:16 19:12 22:3

**movement**(1) 11:24
**moving**(3) 14:24 19:1 22:7
**much**(3) 15:21 20:6
**name**(2) 11:20 22:17
**necessary**(3) 13:9 15:22 19:4
**need**(3) 10:24 15:17 20:5

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| negotiations(1) 13:22 | | periodically(1) 16:8 | | responsibility(2) 10:9 21:17 | | statement(1) 10:22 | |
| networks(3) 1:6 5:11 6:1 | | permission(1) 19:19 | | rest(1) 14:8 | | statements(1) 10:18 | |
| never(1) 21:19 | | perspective(1) 18:2 | | reviewing(2) 5:2 14:13 | | states(3) 1:1 1:19 19:5 | |
| new(4) 1:34 2:14 2:28 17:11 | | plan(1) 15:3 | | richards(1) 2:4 | | status(1) 3:15 | |
| next(6) 4:22 4:24 9:23 14:4 14:17 22:25 | | planning(1) 12:12 | | right(14) 3:13 4:7 4:10 4:15 5:4 6:10 7:5 | | stearns(1) 2:44 | |
| nichols(3) 1:23 3:10 18:22 | | plaza(2) 1:33 2:27 | | 7:8 12:21 13:20 17:25 19:20 22:18 22:23 | | steen(1) 1:30 | |
| nomura(2) 2:48 2:48 | | please(2) 3:2 3:3 | | | | steps(1) 9:23 | |
| non-filed(1) 13:19 | | podium(1) 7:2 | | rise(1) 3:2 | | strategy(2) 17:19 19:3 | |
| nope(1) 4:9 | | point(4) 10:14 11:25 21:12 22:11 | | road(2) 15:14 18:14 | | strauss(1) 2:11 | |
| nortel(5) 1:6 5:11 6:1 16:21 20:22 | | points(1) 20:20 | | robert(1) 2:49 | | street(4) 1:11 1:40 2:7 2:21 | |
| north(4) 1:26 2:7 2:21 21:13 | | poised(1) 20:2 | | rodney(2) 2:6 2:20 | | strike(1) 20:2 | |
| not(11) 8:17 8:19 10:8 10:11 10:20 11:11 | | polk(2) 8:11 21:1 | | room(1) 9:14 | | submissions(1) 10:6 | |
| 12:10 16:15 17:16 18:2 21:11 | | position(3) 10:20 14:21 15:1 | | said(4) 9:15 20:4 20:24 21:14 | | submitted(3) 8:8 10:3 12:23 | |
| | | positions(1) 19:12 | | same(1) 6:8 | | substantive(1) 12:3 | |
| noteholders(1) 2:25 | | possible(4) 12:19 15:2 19:7 22:4 | | samis(2) 2:5 7:15 | | such(1) 9:15 | |
| nothing(3) 4:7 22:19 22:21 | | posted(1) 13:5 | | satisfied(1) 6:18 | | superior(1) 11:19 | |
| noting(1) 10:11 | | pretty(1) 18:23 | | say(7) 9:18 11:3 11:4 14:10 17:14 21:15 | | supplemental(3) 3:11 6:16 8:7 | |
| november(1) 13:14 | | previous(1) 6:20 | | 22:3 | | supreme(1) 17:12 | |
| now(2) 12:1 21:12 | | prior(1) 8:9 | | | | supreme's(1) 17:14 | |
| number(1) 18:24 | | private(1) 9:17 | | schedule(1) 18:3 | | sure(13) 4:6 4:18 8:17 16:12 16:16 16:17 | |
| | | probably(1) 18:2 | | schedules(1) 18:4 | | 17:3 19:5 19:8 19:15 20:1 20:7 20:11 | |
| objecting(1) 17:17 | | proceed(2) 11:8 18:2 | | schuylkill(1) 1:40 | | | |
| objection(10) 3:21 4:2 4:3 4:17 5:1 5:3 | | proceeding(1) 12:16 | | schweitzer(2) 7:14 20:23 | | suspect(1) 17:18 | |
| 5:22 5:23 6:5 6:8 | | proceedings(3) 1:17 1:46 23:8 | | schweitzer's(1) 18:18 | | system(1) 19:10 | |
| | | process(4) 9:25 20:25 20:25 21:9 | | seated(1) 3:4 | | | |
| objections(1) 18:14 | | produced(1) 1:47 | | second(1) 6:16 | | take(10) 4:17 10:9 12:15 14:22 16:25 | |
| obviously(6) 14:7 15:19 18:13 19:4 21:8 | | progress(2) 14:6 16:18 | | securities(2) 2:48 2:48 | | 18:11 21:17 22:6 22:10 22:20 | |
| 22:3 | | proposals(1) 12:3 | | see(13) 3:4 7:12 7:13 7:14 9:5 14:4 16:18 | | taken(3) 19:16 21:7 21:11 | |
| | | protection(3) 21:10 21:10 21:21 | | 17:13 17:23 19:23 22:16 22:17 22:19 | | taking(1) 16:22 | |
| office(1) 19:18 | | provided(1) 5:2 | | | | talking(1) 20:15 | |
| offices(1) 19:16 | | provision(1) 5:8 | | seeing(1) 22:25 | | taylor(1) 2:17 | |
| okay(13) 4:21 5:17 6:10 6:14 6:24 9:10 | | public(4) 9:9 10:22 13:6 21:3 | | seen(1) 9:3 | | telefonica(3) 2:44 5:1 5:5 | |
| 10:7 11:22 12:9 12:17 13:2 19:24 22:23 | | put(5) 4:22 7:24 11:4 17:19 18:3 | | sense(2) 1:39 1:47 | | telephonic(1) 2:31 | |
| | | putting(1) 9:25 | | series(2) 9:17 9:20 | | terms(7) 10:13 12:11 12:25 16:18 18:4 | |
| omnibus(6) 3:21 4:3 4:17 5:22 6:5 6:8 | | | | service(2) 1:39 1:47 | | 18:16 19:15 | |
| one(11) 1:33 2:6 2:13 3:24 3:25 4:13 4:23 | | quickly(2) 19:7 22:3 | | services(1) 1:39 | | terremark(3) 5:13 6:4 6:18 | |
| 9:18 11:9 11:15 13:13 16:6 17:7 | | quite(1) 18:22 | | session(4) 9:9 11:6 11:15 11:18 | | terrific(1) 21:24 | |
| | | | | sessions(3) 9:17 9:20 10:25 | | than(1) 22:8 | |
| ones(1) 11:12 | | radio(1) 21:14 | | set(4) 4:2 13:22 16:21 20:14 | | thank(16) 5:20 6:25 7:1 7:1 7:5 9:6 9:6 | |
| ontario(1) 8:4 | | raised(1) 21:1 | | settle(1) 13:15 | | 15:18 20:3 20:6 21:25 22:14 22:15 22:18 | |
| onto(1) 13:25 | | randy(1) 21:2 | | settlement(7) 6:9 6:20 10:20 13:25 15:2 | | 22:23 23:2 | |
| open(2) 9:9 10:25 | | reach(1) 21:20 | | 15:5 15:5 | | | |
| opening(3) 8:24 11:5 | | reached(3) 4:1 5:23 10:1 | | | | that(116) 3:24 4:7 4:19 4:20 4:24 5:3 5:9 | |
| opinion(3) 7:25 8:22 12:12 | | read(1) 19:8 | | settlements(1) 4:20 | | 5:13 5:22 5:24 6:17 7:3 8:3 8:5 8:10 8:16 | |
| opportunity(1) 20:1 | | ready(4) 12:13 14:11 19:3 22:10 | | settling(1) 18:12 | | 8:18 9:20 10:2 10:20 10:23 11:5 11:5 | |
| opus(1) 18:25 | | really(5) 10:4 20:14 20:17 | | several(1) 4:24 | | 11:6 11:16 12:5 12:14 12:19 12:20 13:3 | |
| order(10) 3:21 4:7 4:15 4:17 4:23 5:19 | | rebecca(1) 2:33 | | sherry(1) 3:17 | | 13:4 13:6 13:9 13:13 13:14 13:21 13:23 | |
| 6:14 6:16 6:18 6:24 | | received(1) 9:24 | | should(4) 9:18 11:17 14:9 21:19 | | 13:23 13:24 13:25 14:2 14:2 14:3 | |
| | | recently(2) 16:22 17:12 | | show(1) 12:25 | | 14:4 14:6 14:10 14:16 14:18 14:19 14:20 | |
| orders(3) 3:11 3:18 6:20 | | receptive(1) 20:5 | | shut(1) 19:18 | | 14:21 14:23 15:6 15:8 15:12 15:13 15:14 | |
| other(9) 9:20 9:20 14:18 14:24 15:9 15:12 | | recess(1) 22:24 | | shutdown(1) 19:22 | | 15:21 15:23 16:7 16:11 16:12 16:16 16:17 | |
| 16:24 18:7 18:8 | | recognize(2) 15:12 21:16 | | sign(3) 4:15 5:19 6:24 | | 16:17 16:24 16:25 17:2 17:3 17:3 17:5 | |
| | | record(1) 9:8 | | signed(1) 13:25 | | 17:14 18:6 18:8 18:9 18:11 18:12 18:16 | |
| our(19) 6:16 7:3 8:10 10:24 12:2 12:14 | | recorded(1) 1:46 | | signing(1) 6:14 | | 18:17 18:21 18:24 18:25 19:5 19:10 19:11 | |
| 12:22 12:23 12:24 13:24 15:9 16:9 16:23 | | recording(2) 1:46 23:7 | | silence(1) 21:14 | | 19:13 19:14 19:15 19:15 19:17 19:17 19:19 | |
| 18:1 18:15 19:2 19:25 21:6 22:6 | | recoveries(1) 19:6 | | simplify(1) 14:2 | | 19:23 20:1 20:2 20:8 20:15 20:16 20:20 | |
| | | referenced(1) 20:21 | | simply(1) 10:14 | | 20:22 21:1 21:2 21:3 21:4 21:6 21:7 | |
| out(7) 3:20 4:16 12:4 15:8 19:12 19:14 | | reflect(1) 6:17 | | simultaneously(1) 18:10 | | 21:22 22:5 22:5 22:6 22:7 22:8 22:9 | |
| 21:20 | | regards(6) 3:24 4:23 5:1 5:7 5:12 5:22 | | since(3) 7:19 13:13 16:22 | | 22:10 22:17 23:6 | |
| | | relate(1) 19:14 | | sitting(1) 3:18 | | | |
| outset(1) 21:15 | | related(1) 18:17 | | slightly(2) 3:20 4:16 | | that's(11) 9:12 10:4 10:24 10:25 13:5 | |
| outstanding(2) 3:25 18:17 | | relief(1) 19:21 | | slip(1) 5:21 | | 15:23 16:20 17:18 17:23 18:15 20:4 | |
| over(2) 7:2 17:23 | | remarks(5) 8:24 9:7 9:7 9:15 11:5 | | slower(1) 22:7 | | | |
| overy(1) 2:36 | | removed(1) 12:1 | | some(7) 10:1 10:4 12:19 13:10 13:12 | | | |
| own(2) 12:12 22:6 | | report(2) 22:19 22:20 | | 14:24 21:3 | | | |
| | | reporters(1) 9:14 | | | | | |
| pace(1) 22:7 | | represent(1) 20:18 | | something(3) 16:25 17:22 17:23 | | | |
| papers(1) 8:10 | | request(2) 12:23 21:19 | | song(1) 2:33 | | | |
| park(1) 2:13 | | requests(1) 9:24 | | soon(3) 15:2 19:3 | | | |
| part(2) 6:7 13:21 | | reserved(1) 16:23 | | sort(4) 12:6 15:23 16:23 20:23 | | | |
| participate(1) 14:12 | | resolve(5) 14:1 14:14 14:18 18:25 22:4 | | sought(1) 17:12 | | | |
| particular(1) 8:5 | | resolved(2) 13:24 17:17 | | sound(2) 1:46 23:7 | | | |
| particularly(2) 7:20 17:1 | | resolving(2) 18:12 22:9 | | speak(3) 11:12 12:25 20:2 | | | |
| parties(13) 9:21 10:2 10:4 10:4 10:5 | | respect(7) 9:23 13:15 13:23 17:8 18:21 | | square(2) 2:6 2:20 | | | |
| 10:10 10:13 11:10 11:24 14:1 17:12 21:10 | | 21:9 21:24 | | stack(1) 4:23 | | | |
| 21:13 | | | | stand(2) 16:10 22:24 | | | |
| past(1) 21:25 | | responding(1) 12:23 | | stargatt(1) 2:17 | | | |
| pending(1) 14:10 | | response(3) 4:14 5:18 6:13 | | start(1) 3:21 | | | |
| pennsylvania(1) 1:41 | | | | started(2) 11:18 14:20 | | | |
| pension(3) 10:12 17:8 17:12 | | | | | | | |
| people(1) 10:23 19:11 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the**(282) 1:1 1:2 1:18 1:23 2:4 3:2 3:3 3:6 3:8 3:10 3:13 3:16 3:18 3:19 3:21 3:22 3:23 4:1 4:2 4:3 4:4 4:6 4:10 4:12 4:15 4:15 4:17 4:18 4:21 4:24 4:25 4:25 5:1 5:1 5:2 5:2 5:4 5:6 5:8 5:10 5:12 5:14 5:15 5:17 5:19 5:21 5:25 6:2 6:3 6:5 6:6 6:8 6:8 6:10 6:12 6:14 6:14 6:15 6:15 6:17 6:18 6:19 6:20 6:20 6:22 6:24 6:24 7:1 7:2 7:5 7:8 7:10 7:12 7:14 7:20 7:22 7:23 7:24 7:25 7:25 8:1 8:1 8:4 8:6 8:7 8:8 8:9 8:13 8:15 8:19 8:22 8:23 8:23 8:24 9:1 9:5 9:8 9:8 9:9 9:9 9:10 9:12 9:14 9:16 9:17 9:18 9:18 9:19 9:19 9:21 9:22 9:23 9:25 10:2 10:2 10:3 10:4 10:4 10:5 10:7 10:9 10:10 10:10 10:12 10:12 10:15 10:15 10:16 10:16 10:18 10:18 10:22 11:1 11:1 11:1 11:6 11:7 11:9 11:10 11:12 11:14 11:15 11:18 11:19 11:22 11:24 11:24 12:1 12:6 12:9 12:11 12:15 12:17 12:21 12:23 13:2 13:3 13:5 13:5 13:6 13:7 13:8 13:10 13:13 13:13 13:16 13:17 13:18 13:18 13:18 13:20 14:1 14:1 14:2 14:4 14:8 14:8 14:9 14:11 14:15 14:15 14:18 14:22 14:25 15:4 15:6 15:8 15:12 15:16 15:20 16:2 16:4 16:6 16:8 16:9 16:11 16:14 16:16 16:20 16:23 17:8 17:9 17:10 17:11 17:11 17:12 17:14 17:15 17:18 17:18 17:21 17:23 17:25 18:1 18:5 18:6 18:8 18:11 18:13 18:14 18:15 18:16 18:17 18:19 18:21 18:25 19:5 19:5 19:8 19:9 19:10 19:13 19:13 19:13 19:14 19:15 19:16 19:18 19:20 19:22 19:24 20:3 20:5 20:7 20:10 20:12 20:14 20:16 20:16 20:18 20:18 20:19 20:21 20:22 21:4 21:5 21:8 21:9 21:12 21:13 21:15 21:15 21:23 21:25 22:1 22:2 22:4 22:5 22:6 22:7 22:9 22:11 22:13 22:15 22:18 22:23 23:3 23:6 23:7 23:7 23:8

**their**(6) 4:2 5:3 10:5 10:13 19:6 19:12
**them**(7) 4:1 4:22 6:7 9:3 9:4 9:5 17:17
**then**(14) 3:14 4:5 4:16 4:25 5:19 5:20 6:4 6:11 8:14 9:21 15:9 17:19 18:7 19:14
**there**(20) 3:18 4:23 8:5 9:14 9:14 9:19 11:19 13:4 15:13 15:18 15:16 15:23 18:7 19:14 19:21 20:4 21:2 21:16 21:23
**there's**(8) 4:7 4:11 8:23 13:22 15:11 15:13 17:22 19:4
**these**(3) 9:7 9:15 10:25
**they**(5) 3:19 5:10 5:13 5:25 16:22
**they're**(1) 3:18
**thing**(2) 15:23 22:2
**things**(13) 8:5 10:9 12:15 12:19 13:13 14:18 14:18 14:24 16:6 16:6 17:3 18:18 18:23
**think**(17) 3:14 11:5 11:7 12:3 13:3 13:17 14:4 14:10 14:16 14:19 14:23 15:12 16:25 17:4 17:23 18:22 20:23
**thinking**(1) 12:11
**thinks**(1) 11:16
**third**(2) 7:24 17:10
**this**(21) 3:12 4:7 4:12 4:23 5:19 6:15 6:18 7:3 9:10 10:14 11:3 11:25 12:4 14:13 14:20 15:14 15:25 19:16 20:24 21:15
**thornburg**(3) 5:8 5:9 6:19
**those**(9) 6:20 17:17 17:20 18:12 18:23 18:25 21:19 21:24 22:9
**though**(1) 11:3
**three**(3) 6:23 13:17 21:11
**through**(1) 11:8
**time**(9) 7:6 11:9 15:21 16:19 16:23 17:3 17:6 19:2 19:25
**timeline**(1) 17:20

**today**(2) 10:3 10:6
**together**(4) 10:1 11:4 17:19 22:16
**toronto**(4) 8:6 8:14 9:13 9:22
**traci**(1) 23:12
**transcriber**(1) 23:12
**transcript**(3) 1:17 1:47 23:7
**transcription**(2) 1:39 1:47
**travel**(2) 11:10 11:12
**traveling**(1) 11:13
**treated**(1) 19:6
**true**(1) 21:4
**trustees**(1) 9:19
**try**(4) 14:18 18:9 18:25 22:4
**trying**(4) 14:8 18:3 19:2 19:25
**tunnell**(2) 1:23 3:10
**turn**(1) 7:2
**tweed**(1) 2:25
**twenty-first**(2) 5:22 6:8
**twenty-second**(2) 4:17 6:5
**two**(2) 11:7 21:11
**u.k**(4) 10:16 13:18 17:8 17:11
**u.s**(11) 8:11 10:4 10:15 11:1 13:18 18:8 19:10 20:16 20:18 22:5 22:9
**understand**(1) 17:5
**undertaking**(1) 16:9
**unfortunately**(1) 15:6
**unisys**(1) 3:25
**united**(3) 1:1 1:19 19:5
**unlike**(1) 18:2
**unsecured**(3) 5:10 5:15 6:1
**unusual**(1) 9:12
**update**(2) 3:15 7:19
**updates**(1) 16:8
**use**(2) 19:2 19:25
**used**(1) 16:21
**various**(2) 8:1 11:10
**very**(20) 5:17 6:3 8:2 13:22 13:23 13:24 14:8 16:20 16:20 19:10 20:3 20:4 20:5 20:6 20:11 20:13 20:17 21:3 21:8 21:20
**video**(1) 9:16
**videotaped**(1) 8:25
**view**(2) 10:24 12:22
**wait**(1) 17:13
**waiting**(4) 9:22 11:3 12:24 15:9
**want**(7) 4:6 7:15 10:8 12:19 15:1 15:7
**wanted**(5) 7:18 10:23 16:16 20:15 20:20
**wants**(2) 11:8 12:4
**was**(11) 6:16 8:19 9:9 9:11 11:19 11:23 12:11 13:14 13:15 21:6 23:3
**wastes**(1) 7:6
**way**(2) 11:6 12:15
**we'd**(3) 15:4 16:6 18:2
**we'll**(10) 3:21 10:15 12:4 16:7 17:4 17:5 17:13 17:19 20:2 22:24
**we're**(18) 3:20 8:2 10:14 10:16 11:3 11:11 11:15 12:2 12:23 12:24 13:23 14:7 14:12 16:16 17:15 18:23 19:25 22:16
**we've**(9) 11:12 12:22 13:13 15:3 15:8 18:24 19:2 19:17 20:15
**weaver**(2) 2:44
**website**(9) 8:17 8:23 8:23 9:16 13:5 20:21 20:22 20:22 21:4
**wednesday**(1) 1:31
**week**(3) 7:24 8:3 8:9
**weeks**(2) 14:5 21:12
**weissler**(1) 2:44
**well**(18) 5:17 5:19 6:3 7:13 8:11 9:16 9:19 10:22 11:2 11:21 13:12 15:15 15:25 16:13 18:9 20:3 22:18 22:24
**went**(2) 8:14 20:22

**were**(14) 6:20 7:20 8:17 8:25 9:7 9:14 9:14 9:20 9:20 9:21 14:19 18:3 20:23 21:2
**what**(6) 10:19 13:16 14:8 14:13 17:13 22:7
**what's**(2) 7:19 21:17
**whatever**(3) 15:4 19:3 21:19
**when**(5) 15:16 18:3 20:1 20:5 20:21
**whenever**(2) 14:12 22:11
**where**(5) 12:25 14:22 16:10 16:18 22:11
**whereupon**(1) 23:3
**wherever**(2) 11:16 14:12
**whether**(1) 17:16
**which**(14) 3:22 4:19 5:21 5:23 6:4 8:2 8:22 8:25 9:3 9:25 12:7 14:22 15:3 17:18
**while**(6) 12:15 13:6 14:9 14:11 21:2 22:16
**who**(2) 12:25 22:17
**will**(20) 4:2 4:15 5:5 5:24 6:24 7:2 9:8 10:3 10:5 11:4 13:12 14:17 15:16 15:22 15:23 17:18 20:4 21:23 22:7 22:8
**willing**(1) 10:16
**willingness**(1) 10:13
**wilmington**(5) 1:12 1:27 2:8 2:22 3:1
**winding**(1) 19:15
**winkler**(10) 8:4 8:16 10:8 10:19 11:4 11:16 12:4 13:4 14:3 16:12
**winkler's**(1) 8:24
**wisely**(2) 19:2 20:1
**wish**(1) 4:12
**with**(47) 3:21 3:24 4:1 4:23 4:25 5:7 5:12 5:22 5:23 7:20 7:25 8:6 8:8 8:10 8:11 8:16 8:22 8:24 9:17 9:20 9:23 10:1 10:4 10:12 10:14 10:16 10:18 11:24 12:20 13:1 13:15 13:23 14:17 15:9 15:21 16:11 16:17 17:8 17:20 18:21 18:24 20:19 21:1 21:9 21:24 22:5 22:9
**withdraw**(1) 5:3
**within**(2) 16:8 18:8
**without**(1) 15:25
**witnesses**(2) 15:23 17:1
**wonderful**(5) 3:16 4:4 6:10 15:20 22:17
**wood**(1) 14:5
**work**(4) 13:10 13:12 15:7 18:9
**worked**(1) 20:17
**working**(5) 11:7 12:12 13:13 18:24 19:17
**worldwide**(1) 5:13
**worth**(1) 10:11
**would**(20) 3:14 5:10 8:5 9:5 10:20 12:18 13:4 13:24 13:25 13:25 14:2 14:20 14:20 15:14 16:24 17:2 18:6 21:2 21:5 22:3
**wrap**(1) 12:7
**written**(1) 9:2
**www.diazdata.com**(1) 1:43
**www.nortelmediation.con**(1) 8:20
**yeah**(2) 17:4 18:11
**year**(2) 17:11 18:3
**yes**(10) 3:23 6:6 7:22 7:22 8:13 11:14 17:9 18:19 18:19 22:1
**york**(3) 1:34 2:14 2:28
**you**(73) 3:4 3:11 3:15 5:20 6:25 7:1 7:1 7:5 7:11 7:12 7:13 7:14 7:18 7:20 7:23 7:25 8:17 9:6 9:6 9:8 10:19 11:25 12:1 12:12 12:22 13:13 13:17 14:11 14:13 14:15 14:17 15:6 15:7 15:8 15:11 15:16 15:18 15:22 16:8 16:8 16:9 16:10 16:16 16:18 16:25 17:3 17:6 17:6 17:10 18:1 18:12 19:12 19:18 20:3 20:5 20:6 20:12 20:24 21:6 21:16 21:17 21:19 21:25 22:14 22:17 22:18 22:19 22:23 22:25 22:25 23:2
**you'd**(1) 9:4
**you'll**(3) 16:12 16:21 19:23
**you're**(5) 16:11 16:15 16:17 16:25 18:11

**you've**(1) 9:3
**young**(2) 2:17 2:37
**your**(35) 3:7 4:23 5:20 6:16 6:18 6:25 7:9 7:18 7:24 8:21 9:4 10:19 11:3 11:25 12:1 12:8 14:7 15:18 16:1 16:7 17:4 17:15 18:15 19:18 20:6 20:13 20:16 20:21 21:22 21:24 22:10 22:14 22:20 22:21