# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No.: 09-10138 (KG) <br> ) <br> ) Jointly Administered <br> ) <br> ) TRANSFER OF CLAIM <br> ) BANKRUPTCY RULE 3001(E)(2) <br> ) |
| NORTEL NETWORKS INC., *et al.*, | |
| Debtors. | |

PLEASE TAKE NOTICE that the claim(s) of PALMER, CAROLYN G (underlying creditor or "Transferor"), against the above captioned Debtor in the amount of $ 215,477.09, as set forth in proof of claim number 2099 filed 08/24/2009 and all claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to United States Debt Recovery XI, LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

TRANSFEROR:  PALMER, CAROLYN G

Print Name CAROLYN G. PALMER  Title:_____

Signature: *Carolyn G. Palmer*  Date: May 8, 2012

Corrected Address (if req.)_____

Phone: 770 535-1873  E-Mail: cgpalmer@bellsouth.net

TRANSFEREE:
United States Debt Recovery XI, LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., *et al.*,

Debtors.

) Chapter 11
)
) Case No.: 09-10138 (KG)
)
) Jointly Administered
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(2)**
)

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(2)**

**Name of Proposed Transferor:**
PALMER, CAROLYN G
3171 WINDING LAKE DR
GAINESVILLE, GA 30504

**Name of Transferee:**
United States Debt Recovery XI, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

824 North Market Street
3rd Floor
Wilmington, Delaware 19801
302-252-2900
**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk