# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082
**EIN:** 04−2486332

**Chapter:** 11

Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020

***Case No***.: 09−10138−KG

***NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION***

A transcript of the proceeding held on 5/9/2012 was filed on 5/11/2012 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 6/1/2012 .

If a request for redaction is filed, the redacted transcript is due 6/11/2012 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 8/9/2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

David D. Bird
Clerk of Court

Date: 5/11/12

(ntc)

United States Bankruptcy Court
District of Delaware

In re: Nortel Networks Inc., et al.
Nanette Faison
Debtors

Case No. 09-10138-KG
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0311-1 User: Brandon Page 1 of 3 Date Rcvd: May 11, 2012
Form ID: ntcBK Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2012.

db +Nortel Networks Inc., et al., 2221 Lakeside Boulevard, Richardson, TX 75082-4305
aty +Inna Rozenberg, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1470
aty +Jacqueline Moessner, Cleary Gottlieb Steen & Hamilton LLP, 1 Liberty Plaza, New York, NY 10006-1470
aty +James Croft, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1470
aty +Jennifer M. Westerfield, Cleary Gottlieb Steen & Hamilton, LLP, One Liberty Plaza, New York, NY 10006-1470
aty +Jesse D.H. Sherrett, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1470
aty +Juliet A. Drake, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1470
aty +Kamal Sidhu, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1470
aty +Ken Coleman, Allen & Overy LLP, 1221 Avenue of the Americas, New York, NY 10020-1005
aty +Kerrin T. Klein, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1470
aty +Lauren L. Peacock, Cleary Gottlieb Steen & Hamilton LLP, 1 Liberty Plaza, New York, NY 10006-1470
aty +Lisa Kraidin, Allen & Overy LLP, 1221 Avenue of The Americas, New York, NY 10020-1005
aty +Louis A. Lipner, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1470
aty +Matthew Gurgel, Cleary Gottlieb Steen & Hamilton LLP, 1 Liberty Plaza, New York, NY 10006-1470
aty +Neil P Forrest, Cleary Gottlieb Steen & Hamiton LLP, One Liberty Plaza, New York, NY 10006-1470
aty +Nora K Abularach, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1470
aty +Rene E. Thorne, Jackson Lewis LLP, 650 Poydras Street, Suite 1900, New Orleans, LA 70130-7209
aty +Robin J. Baik, Cleary Gottlieb Steen & Hamilton LLP, One Liverty Plaza, New York, NY 10006-1470
aty +Scott D. McCoy, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1470
aty +Thomas F. Driscoll, III, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801-1146
aty +Tomislav A. Joksimovic, Cleary Gottlieb Steen & Hamilton LLP, 1 Liberty Plaza, New York, NY 10006-1470
frep +Allen & Overy LLP,, 1221 Avenue of the Americas, New York, NY 10020-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty Aren Goldsmith, Cleary Gottlieb Steen & Hamilton LLP, 12, rue de Tilsitt, Paris, FR 75008
TOTALS: 1, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2012** **Signature:** Joseph Speetjens

District/off: 0311-1 User: Brandon Page 3 of 3 Date Rcvd: May 11, 2012
Form ID: ntcBK Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2012 at the address(es) listed below:

NONE. TOTAL: 0