# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 - KG  
**COURTROOM LOCATION:** 3  
**DATE:** 5/24/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Margaret Greecher | Young Conaway | UK Joint Admin. |
| Chris Samis | Richards Layton | Official Comm. Unsec Creditors |
| Donna Culver | Morris Nichols | Debtor |
| Chad Fights | Morris Nichols | Debtor |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross Courtroom

Amended Calendar 05/23/2012 04:25 PM

Calendar Date: 05/24/2012
Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Amelie Baudot | | Allen & Overy, LLP | Monitor, Ernst & Young / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld | Creditor, Official Committee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Eleanor Chan | | Aurelius Capital | Interested Party, Aurelius Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Susan S. Chen | | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy | Interested Party, Ad Hoc Committee / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Craig W. Dent | | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, UK Pentition Trust Ltd / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Fred S. Hodara | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Brad Kahn | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Brian Moore | | Togut, Segal & Segal LLP | Creditor, Official Committee of Retirees / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Dennis Ruggere | | UBS Securities LLC | Creditor, UBS / LISTEN ONLY |