# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD APRIL 1, 2012 THROUGH APRIL 30, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 4/5/2012 | Weekly employee claims call with RLKS, Cleary and Nortel. | 1.00 | 420.00 | $ 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 4/12/2012 | Weekly employee claims call with Cleary, Nortel and RLKS. | 1.00 | 420.00 | $ 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 4/17/2012 | Trade payable claims call with Cleary and R. Boris of Nortel. | 0.50 | 420.00 | $ 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 4/19/2012 | Employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | 420.00 | $ 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 4/20/2012 | Employee claims call with T. Perkinson and C. Case of Nortel. | 1.00 | 420.00 | $ 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 4/23/2012 | Call with M. Cilia of RLKS to discuss employee claims. | 0.50 | 420.00 | $ 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 4/26/2012 | Weekly employee claims call with RLKS and Cleary. | 1.00 | 420.00 | $ 420.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 4/3/2012 | Prepared omnibus objection analysis for A. Cordo of MNAT. | 1.30 | 420.00 | $ 546.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 4/3/2012 | Updated draft omnibus objection exhibits and provided to A. Tsai of Epiq. | 1.70 | 420.00 | $ 714.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 4/4/2012 | Reconciled employee omnibus claim objection exhibits provided by A. Tsai of Epiq. | 2.50 | 420.00 | $ 1,050.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 4/4/2012 | Corresponded with J. Croft of Cleary and A. Tsai of Epiq regarding omnibus objection updates and comments. | 2.50 | 420.00 | $ 1,050.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 4/5/2012 | Reviewed updated omnibus objection exhibits and worked with Cleary on comments. | 1.70 | 420.00 | $ 714.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 4/6/2012 | Reviewed updated employee claim objection comments and exhibits. | 1.20 | 420.00 | $ 504.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 4/9/2012 | Reviewed correspondence regarding omnibus filing with Cleary and Epiq. | 1.20 | 420.00 | $ 504.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 4/10/2012 | Reviewed omnibus information and provided details to Cleary and RLKS. | 1.20 | 420.00 | $ 504.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 4/3/2012 | Investigated employee schedule items per request of J. Croft of Cleary. | 1.80 | 420.00 | $ 756.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 4/12/2012 | Reconciled schedule to claim information per request of M. Cilia of RLKS. | 2.50 | 420.00 | $ 1,050.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 4/16/2012 | Updated schedule analysis and provided comments to B. Hunt of Epiq. | 1.30 | 420.00 | $ 546.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 4/18/2012 | Updated schedule analysis and provided comments to Epiq and RLKS. | 2.30 | 420.00 | $ 966.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 4/18/2012 | Investigated certain scheduled information per request of J. Croft of Cleary. | 2.20 | 420.00 | $ 924.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 4/23/2012 | Investigated certain scheduled items per request of J. Croft of Cleary. | 1.10 | 420.00 | $ 462.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 4/25/2012 | Updated schedule analysis per comments from J. Croft and M. Cilia of RLKS. | 2.10 | 420.00 | $ 882.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 4/2/2012 | Nortel-form 26, review, comments, note to Huron director, note to E. Smith of Nortel. | 0.30 | 725.00 | $ 217.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 4/12/2012 | Updated monthly fee application documents and exhibits and provided to managing director for review. | 2.50 | 420.00 | $ 1,050.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/2/2012 | Updated preference summary with settlement information from Cleary and Nortel. | 0.90 | 420.00 | $ 378.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/3/2012 | Investigated preference payment issues per request of E. Smith of Nortel. | 0.50 | 420.00 | $ 210.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/6/2012 | Updated preference summary with settlement information provided by Cleary and Nortel. | 0.80 | 420.00 | $ 336.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/17/2012 | Updated preference summary with settlement information from Nortel. | 0.40 | 420.00 | $ 168.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/26/2012 | Updated ordinary course and new value defense analysis per request of J. Sherrett of Cleary. | 2.50 | 420.00 | $ 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2012 | Reviewed claims agenda provided by Cleary for upcoming call. | 0.60 | 420.00 | $ 252.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2012 | Updated employee claims analysis and provided summary to Cleary for review. | 2.10 | 420.00 | $ 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2012 | Reconciled employee claim items against scheduled information and provided analysis to Cleary. | 2.50 | 420.00 | $ 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/5/2012 | Updated and reconciled employee claims analysis for the upcoming omnibus objection. | 2.10 | 420.00 | $ 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/5/2012 | Reviewed employee claims analysis and provided comments to M. Cilia of RLKS. | 0.80 | 420.00 | $ 336.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/6/2012 | Updated employee claims analysis and provided to E. Smith of Nortel. | 2.40 | 420.00 | $ 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/9/2012 | Updated employee claims analysis and provided to Cleary for review. | 1.60 | 420.00 | $ 672.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD APRIL 1, 2012 THROUGH APRIL 30, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/9/2012 | Reviewed employee claims analysis and corresponded with Nortel on proper treatment. | 1.20 | 420.00 | $ 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/10/2012 | Reviewed employee claims analysis and provided details to E. Smith of Nortel. | 1.50 | 420.00 | $ 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/10/2012 | Investigated employee claim issues per request of J. Croft of Cleary. | 1.40 | 420.00 | $ 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/11/2012 | Investigated claim and schedule items per request of J. Croft of Cleary. | 1.70 | 420.00 | $ 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/11/2012 | Updated employee claims analysis per request of Cleary and RLKS. | 2.00 | 420.00 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/12/2012 | Updated employee claim analysis with schedule information. | 2.00 | 420.00 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/16/2012 | Reviewed claims analysis and updated calculations accordingly. | 2.10 | 420.00 | $ 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/17/2012 | Investigated employee claims information for T. Britt of Cleary. | 2.40 | 420.00 | $ 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/17/2012 | Updated employee claims analysis with plan information. | 1.70 | 420.00 | $ 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/19/2012 | Reconciled employee claim issues per request of T. Perkinson of Nortel. | 2.30 | 420.00 | $ 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/19/2012 | Investigated employee claim issues per request of T. Britt of Cleary. | 1.10 | 420.00 | $ 462.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/20/2012 | Updated employee claims analysis and provided to R. Perubjatia of RLKS. | 2.20 | 420.00 | $ 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/20/2012 | Updated employee claims analysis and provided to T. Perkinson and C. Case of Nortel. | 1.90 | 420.00 | $ 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/23/2012 | Reviewed employee claims analysis and provided comments to Nortel. | 1.90 | 420.00 | $ 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/23/2012 | Corresponded with T. Perkinson of Nortel regarding employee claims. | 1.20 | 420.00 | $ 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/25/2012 | Updated employee claims analysis for Cleary. | 1.70 | 420.00 | $ 714.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 4/5/2012 | Nortel-update review file and work stream status. | 0.30 | 725.00 | $ 217.50 |
| 25 | Case Administration | James Lukenda | 4/2/2012 | Nortel-file update and review regarding communications, articles. | 0.80 | 725.00 | $ 580.00 |
| 25 | Case Administration | James Lukenda | 4/27/2012 | Nortel-file update and workstream status review. | 0.50 | 725.00 | $ 362.50 |