# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD APRIL 1, 2012 THROUGH APRIL 30, 2012**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/3/2012 | Corporate Accounts Payable | Conferencing (Audio, Video, Web, CATV) | Conferencing (Audio, Video, Web, CATV) - GLOBAL CROSSING TELECOMMUNICATIONS INC | 2.26 |
| 4/12/2012 | Coley P. Brown | Ground Transportation | Cab ride from office to residence after working late on Nortel matters.: Cab: Office / Residence. | 20.00 |