**EXHIBIT B**



Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN  416 863 4511
FAX   416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2905343**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| May 11, 2012 | 538462-000001 | Michael Wunder |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $ 90,980.50 |
| Disbursements | 389.59 |
| **Total Amount Due** | **$ 91,370.09 CDN.** |

FRASER MILNER CASGRAIN LLP

Per: _____
     Michael Wunder

| Payment Options: | |
|---|---|
| **Cheques:** | **Internet Banking:** |
| Cheques payable to Fraser Milner Casgrain LLP and mailed to the above noted address. | Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount. |
| **Wire Transfer:** | **Credit Card:** |
| Bank of Montreal | Payments are accepted via telephone, email or fax. We accept |
| 1st Canadian Place, Toronto, ON | American Express, MasterCard or Visa (please circle one). |
| Swift Code: BOFMCAM2 | Card No. _____ |
| Bank ID: 001 Transit: 00022 | Expiry Date: _____ Amount: _____ |
| CAD Funds Bank Account : 0004-324 | Cardholder Name: _____ |
| | Signature: _____ |
| Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount. | |
| Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days. | |

MONTREAL    OTTAWA    TORONTO    EDMONTON    CALGARY    VANCOUVER          fmc-law.com

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 2 of 13  
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 01-Mar-12 | MMP | 0019 | Telephone discussions with Monitor's counsel and conferences with M. Wunder regarding the Nortel employee Health and Welfare Trust distribution motion. | 0.7 |
| 01-Mar-12 | MMP | 0019 | Prepare and circulate revised language for draft court order relating to the approval of partial distribution of assets from the Nortel employee health and welfare trust. | 0.6 |
| 01-Mar-12 | RSK | 0031 | Review of commentary on claims issues, and related emails with UCC advisors. | 0.5 |
| 01-Mar-12 | MJW | 0031 | Review Monitor's report for Canadian HWT distribution motion. | 0.3 |
| 01-Mar-12 | MJW | 0024 | Review report regarding IP address sales. | 0.2 |
| 01-Mar-12 | MJW | 0031 | Email correspondence with Monitor's counsel with respect to partial HWT payout motion and confer with M. Picard regarding same. | 0.3 |
| 01-Mar-12 | MJW | 0031 | Call to NNI's Canadian counsel to discuss HWT partial payout motion and Canadian court order. | 0.2 |
| 01-Mar-12 | MJW | 0031 | Conference with J. Dietrich to discuss HWT motion and Canadian court attendance. | 0.2 |
| 01-Mar-12 | MJW | 0031 | Analyze court material and Canadian order for HWT distribution motion. | 0.4 |
| 01-Mar-12 | MJW | 0007 | Attend on Committee call. | 0.8 |
| 01-Mar-12 | MJW | 0012 | Review Canadian commentary on Canadian claims analysis. | 0.4 |
| 01-Mar-12 | RCJ | 0012 | Review material discussing CCAA claims issues. | 0.5 |
| 01-Mar-12 | RCJ | 0012 | Email correspondence with Akin Gump regarding CCAA claims issues. | 0.2 |
| 01-Mar-12 | RCJ | 0029 | Review draft Fourth Estate Settlement Agreement. | 0.5 |
| 01-Mar-12 | JOD | 0008 | Review of Canadian court material to prepare for HWT motion, and meet with M. Wunder regarding same. | 0.3 |
| 02-Mar-12 | MJW | 0002 | Attend on status call with Committee advisors, J. Ray and Cleary. | 1.4 |
| 02-Mar-12 | MJW | 0029 | Correspondence with Akin Gump with respect to allocation mediation. | 0.2 |
| 02-Mar-12 | JOD | 0008 | Attend at Canadian court hearing regarding approval of HWT distribution order. | 1.2 |
| 06-Mar-12 | RSK | 0029 | Review allocation analysis. | 0.2 |
| 06-Mar-12 | MJW | 0002 | Attend on status call with Cleary, J. Ray and Committee advisors. | 0.7 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 3 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 06-Mar-12 | MJW | 0029 | Review and analyze allocation issues in preparation for Committee meeting. | 0.6 |
| 06-Mar-12 | MJW | 0029 | Conference call with Committee advisors to discuss allocation issues. | 1.3 |
| 06-Mar-12 | RCJ | 0002 | Participate in weekly update call with Debtors and UCC professionals. | 0.7 |
| 06-Mar-12 | RCJ | 0029 | Email correspondence with UCC professionals regarding allocation analysis. | 0.2 |
| 06-Mar-12 | RCJ | 0012 | Confer with M. Wunder regarding claims issues. | 0.2 |
| 07-Mar-12 | RSK | 0029 | Exchanged emails with Michael Wunder regarding allocation issues. | 0.2 |
| 07-Mar-12 | RSK | 0012 | Review of correspondence regarding Canadian claims issues. | 0.3 |
| 07-Mar-12 | RSK | 0024 | Review of correspondence regarding Nortel Canada HWT distribution motion. | 0.2 |
| 07-Mar-12 | MJW | 0029 | Review revised claims and allocation analysis for discussion with Committee. | 0.4 |
| 07-Mar-12 | MJW | 0029 | Email with Committee advisors and attend on call to discuss Canadian claims issues. | 0.3 |
| 07-Mar-12 | MJW | 0031 | Review Canadian court order and endorsement with respect to HWT partial distribution and report to Committee advisors. | 0.2 |
| 07-Mar-12 | MJW | 0012 | Correspondence with Committee advisors with respect to claims issues. | 0.3 |
| 08-Mar-12 | RSK | 0024 | Correspondence with Akin and Capstone regarding claims analysis. | 0.2 |
| 08-Mar-12 | RSK | 0032 | Review of Akin Gump report regarding U.S. court conference. | 0.2 |
| 08-Mar-12 | MJW | 0029 | Review allocation and claims analysis and consider Canadian issues and commentary. | 0.4 |
| 08-Mar-12 | MJW | 0029 | Email correspondence with Committee advisors relating to allocation analysis. | 0.2 |
| 08-Mar-12 | MJW | 0029 | Correspondence with Committee advisors regarding U.S. court conference and allocation mediation. | 0.2 |
| 08-Mar-12 | MJW | 0029 | Email correspondence with Committee advisors regarding allocation and recovery analysis. | 0.2 |
| 08-Mar-12 | MJW | 0012 | Email correspondence with Committee advisors regarding Canadian claims issues. | 0.3 |
| 08-Mar-12 | MJW | 0012 | Review Canadian commentary with respect to Canadian claims issues. | 0.5 |
| 09-Mar-12 | RSK | 0012 | Office conference with Michael Wunder and Ryan Jacobs regarding Canadian claims issues. | 0.2 |
| 09-Mar-12 | RSK | 0007 | Participated in UCC advisors status call. | 0.5 |
| 09-Mar-12 | RSK | 0031 | Review of report regarding Canadian environmental decision. | 0.2 |
| 09-Mar-12 | MJW | 0031 | Review and analyze Canadian environmental order, and | 1.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 4 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | forward report to Committee advisors. | |
| 09-Mar-12 | MJW | 0007 | UCC advisor status call. | 0.5 |
| 09-Mar-12 | MJW | 0012 | Conference with FMC team regarding claims issues. | 0.2 |
| 09-Mar-12 | MJW | 0007 | Attend on Committee call. | 1.3 |
| 09-Mar-12 | RCJ | 0029 | Review draft mediation submissions. | 0.8 |
| 09-Mar-12 | RCJ | 0012 | Participate in conference call with UCC advisors regarding claims issues. | 0.5 |
| 09-Mar-12 | RCJ | 0012 | Office conference with M. Wunder and S. Kukulowicz regarding claim issues. | 0.2 |
| 09-Mar-12 | JOD | 0031 | Review of Canadian environmental decision and conference with M. Wunder regarding same. | 0.8 |
| 10-Mar-12 | RSK | 0031 | Review of draft allocation mediation brief. | 0.7 |
| 11-Mar-12 | MJW | 0029 | Review draft allocation mediation material. | 0.8 |
| 12-Mar-12 | RSK | 0029 | Email correspondence with UCC advisors regarding claims issues. | 0.2 |
| 12-Mar-12 | RSK | 0012 | Review of Canadian claims analysis. | 0.3 |
| 12-Mar-12 | RSK | 0002 | Review reports on avoidance actions. | 0.2 |
| 12-Mar-12 | MJW | 0012 | Review claims recovery and allocation analysis. | 0.8 |
| 12-Mar-12 | MJW | 0012 | Conference call with Akin Gump and Capstone to discuss Canadian issues regarding allocation analysis. | 0.4 |
| 12-Mar-12 | MJW | 0031 | Review revised Canadian environmental order. | 0.2 |
| 12-Mar-12 | RCJ | 0029 | Review and comment on Capstone summary regarding allocation issues. | 0.5 |
| 12-Mar-12 | RCJ | 0029 | Telephone call with Capstone, Akin and FMC teams regarding allocation analysis. | 0.4 |
| 13-Mar-12 | RSK | 0007 | Participate on Committee call. | 2.5 |
| 13-Mar-12 | MJW | 0029 | Meeting by phone with advisors to UCC, bonds, NNI regarding allocation issues. | 1.8 |
| 13-Mar-12 | MJW | 0007 | Attend UCC meeting by phone, with Cleary and J. Ray in attendance for part of meeting. | 2.5 |
| 13-Mar-12 | MJW | 0029 | Email correspondence to mediator's Canadian counsel. | 0.1 |
| 13-Mar-12 | MJW | 0031 | Email correspondence to Canadian counsel for Monitor regarding EMEA claims discovery issues. | 0.1 |
| 13-Mar-12 | RCJ | 0007 | Participate (by phone) in Committee meeting (including U.S. Debtor and Cleary) (portion). | 2.0 |
| 13-Mar-12 | RCJ | 0029 | Participate (by phone) in meeting with advisors for UCC, bonds and Debtors regarding allocation and next steps. | 1.8 |
| 13-Mar-12 | RCJ | 0012 | Examine Canadian case authorities regarding claims issues. | 0.8 |
| 14-Mar-12 | RSK | 0031 | Review draft mediation submission. | 0.6 |
| 16-Mar-12 | RSK | 0032 | Review update regarding U.S. decision on EMEA claims. | 0.1 |
| 16-Mar-12 | MJW | 0029 | Review draft mediation submissions. | 0.8 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 5 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 19-Mar-12 | MJW | 0029 | Email correspondence with Committee advisors with respect to allocation issues. | 0.2 |
| 20-Mar-12 | RSK | 0012 | Review of U.S. EMEA claims opinion and order. | 0.8 |
| 20-Mar-12 | RSK | 0029 | Review of correspondence from mediator's Canadian counsel regarding retention of U.S. counsel. | 0.1 |
| 20-Mar-12 | RSK | 0012 | Review of summary regarding U.S. decision on EMEA claims. | 0.3 |
| 20-Mar-12 | MJW | 0029 | Email correspondence from allocation mediator's counsel with respect to retention of U.S. counsel. | 0.1 |
| 20-Mar-12 | MJW | 0012 | Review U.S. decision and summary regarding EMEA claims. | 1.1 |
| 20-Mar-12 | RCJ | 0012 | Review U.S. decision on EMEA claims. | 1.3 |
| 20-Mar-12 | RCJ | 0012 | Telephone call with Akin Gump regarding EMEA claims decision. | 0.1 |
| 21-Mar-12 | RSK | 0029 | Email correspondence regarding mediation status and process. | 0.1 |
| 21-Mar-12 | RSK | 0029 | Review allocation analysis. | 0.2 |
| 21-Mar-12 | MJW | 0029 | Attend on weekly status call with UCC advisors, Cleary and John Ray. | 0.8 |
| 21-Mar-12 | MJW | 0007 | Attend on UCC advisor call to prepare for Committee meeting. | 0.4 |
| 21-Mar-12 | MJW | 0007 | Attend on Committee call. | 0.7 |
| 21-Mar-12 | MJW | 0031 | Email correspondence and calls with NNI's Canadian counsel regarding Canadian case issues. | 0.2 |
| 21-Mar-12 | MJW | 0029 | Email correspondence and call with R. Bennett (Canadian legal advisor to allocation mediator). | 0.2 |
| 21-Mar-12 | MJW | 0029 | Report to Committee advisors with respect to mediation issues. | 0.3 |
| 21-Mar-12 | RCJ | 0012 | Participate on status call with US Debtors and UCC professionals regarding U.S. decision on EMEA claims. | 0.8 |
| 21-Mar-12 | RCJ | 0007 | Participate on Committee call. | 0.7 |
| 22-Mar-12 | RSK | 0012 | Review of email correspondence from Akin Gump regarding Canadian claims and related allocation issues. | 0.1 |
| 22-Mar-12 | RSK | 0029 | Review of update from Akin Gump regarding allocation mediation. | 0.1 |
| 22-Mar-12 | RSK | 0029 | Review of updates from Ashurst regarding UK Supreme Court appeal status. | 0.2 |
| 22-Mar-12 | MJW | 0029 | Email correspondence with Committee advisors with respect to UK court appeal status. | 0.2 |
| 22-Mar-12 | MJW | 0029 | Email correspondence with Committee advisors with respect to allocation mediation issues. | 0.3 |
| 22-Mar-12 | MJW | 0029 | Call with NNI's Canadian counsel with respect to allocation mediation issues. | 0.2 |
| 22-Mar-12 | MJW | 0012 | Email correspondence with Akin Gump with respect to Canadian analysis regarding claims and allocation issues and | 0.4 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 6 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | call with T. Banks (FMC) to discuss. | |
| 22-Mar-12 | MJW | 0003 | Attend U.S. court hearing by telephone for interim fee application. | 0.2 |
| 22-Mar-12 | RCJ | 0012 | Email correspondence with Akin and FMC teams regarding claims analysis, allocation, and related Canadian issues. | 0.2 |
| 22-Mar-12 | RCJ | 0012 | Analysis of claims issues. | 0.7 |
| 22-Mar-12 | RCJ | 0012 | Email correspondence with Akin Gump regarding claims analysis. | 0.2 |
| 23-Mar-12 | RSK | 0012 | Meeting with FMC team to discuss Canadian research regarding claims and allocation issues. | 1.2 |
| 23-Mar-12 | RSK | 0031 | Review of notice of motion for leave to appeal by MOE regarding environmental order. | 0.2 |
| 23-Mar-12 | RSK | 0031 | Review documents regarding Canadian Debtors IP address sales. | 0.6 |
| 23-Mar-12 | MJW | 0031 | Review Canadian motion record and draft Canadian court orders with respect to IP address sale transactions. | 0.8 |
| 23-Mar-12 | MJW | 0024 | Call with Capstone to discuss sale transaction particulars. | 0.2 |
| 23-Mar-12 | MJW | 0024 | Email correspondence with Committee advisors with respect to IP address sale transaction. | 0.2 |
| 23-Mar-12 | MJW | 0031 | Review notice of motion for leave to appeal filed by Ontario Government (Ministry of Environment) with respect to Canadian environmental motion. | 0.6 |
| 23-Mar-12 | MJW | 0031 | Report to Committee advisors with respect to request for appeal of environmental decision by Ontario government. | 0.4 |
| 23-Mar-12 | MJW | 0012 | Meet with FMC lawyers to discuss Canadian research issues regarding claims and allocation issues. | 1.2 |
| 23-Mar-12 | MJW | 0012 | Review Nortel Canadian claims orders in connection with claims analysis. | 0.4 |
| 23-Mar-12 | RCJ | 0012 | Meeting with FMC team regarding claims and allocation, and related analysis of Canadian issues. | 1.2 |
| 23-Mar-12 | RCJ | 0012 | Review documents and analysis of Canadian issues related to allocation and claims. | 1.9 |
| 23-Mar-12 | TMB | 0012 | Preparation for and attendance at meeting regarding Canadian claims research and analysis. | 1.9 |
| 23-Mar-12 | ARN | 0012 | Receive instructions from Michael Wunder, and organize Canadian research material for FMC team meeting regarding Canadian claims and allocation issues. | 2.4 |
| 23-Mar-12 | ARN | 0012 | Meeting with Tim Banks, Shayne Kukulowicz, Michael Wunder and Ryan Jacobs to discuss claims and allocation issues and Canadian research. | 1.2 |
| 24-Mar-12 | RSK | 0024 | Review of emails from UCC advisors regarding IP address sale transactions. | 0.2 |
| 24-Mar-12 | RSK | 0029 | Review of draft mediation submission. | 0.7 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 7 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 25-Mar-12 | RCJ | 0029 | Review draft mediation statement. | 1.2 |
| 25-Mar-12 | RCJ | 0012 | Analyze issues related to Canadian claims. | 0.4 |
| 26-Mar-12 | RSK | 0029 | Review of correspondence from Justice Winkler regarding mediation briefs and introductory mediation session. | 0.2 |
| 26-Mar-12 | MJW | 0031 | Review Canadian court orders for IP address sale transactions and prior sale transaction orders. | 0.4 |
| 26-Mar-12 | MJW | 0024 | Correspondence with NNI's Canadian counsel with respect to IP address sale transactions. | 0.1 |
| 26-Mar-12 | MJW | 0012 | Call with NNI's Canadian counsel with respect to cross-border claims issues and reconciliation. | 0.1 |
| 26-Mar-12 | MJW | 0029 | Review correspondence from Mediator with respect to allocation mediation meetings and scheduling. | 0.2 |
| 26-Mar-12 | MJW | 0002 | Status call with Committee advisors, Cleary and J. Ray. | 0.7 |
| 26-Mar-12 | MJW | 0029 | Review draft allocation mediation material. | 1.2 |
| 26-Mar-12 | MJW | 0031 | Meet with A. Pushalik to discuss appeal of Canadian environmental decision by Ontario Ministry of Environment. | 0.3 |
| 26-Mar-12 | RCJ | 0029 | Review correspondence from Mediator. | 0.1 |
| 26-Mar-12 | RCJ | 0002 | Participate in status call with advisors for UCC and U.S. debtors. | 0.7 |
| 26-Mar-12 | RCJ | 0012 | Analysis of claims and allocation issues. | 1.6 |
| 26-Mar-12 | RCJ | 0012 | Telephone call with Akin Gump regarding Canadian claim issues. | 0.2 |
| 26-Mar-12 | AGP | 0002 | Meet with Michael Wunder regarding MOE Ontario decision leave for appeal issues and process. | 0.3 |
| 26-Mar-12 | AGP | 0031 | Receive and review Ontario Ministry of Environment (MOE) Notice of Motion for leave to appeal Canadian decision, and review requirements for responding legal briefs and timing. | 0.5 |
| 26-Mar-12 | TMB | 0012 | Research Canadian law regarding claims and allocation issues. | 3.2 |
| 26-Mar-12 | ARN | 0031 | Call with Tim Banks to discuss Canadian research issues regarding claims analysis. | 0.2 |
| 27-Mar-12 | RSK | 0012 | Office conference with M. Wunder regarding claims and allocation issues. | 0.3 |
| 27-Mar-12 | RSK | 0024 | Review of summary of Canadian Debtor IP address sales. | 0.1 |
| 27-Mar-12 | RSK | 0024 | Email correspondence with FMC and UCC advisors regarding IP addresses and review report regarding same. | 0.3 |
| 27-Mar-12 | MJW | 0031 | Call with NNI's Canadian counsel to discuss Canadian case issues including IP address sales and MOE request for appeal of environmental decision. | 0.2 |
| 27-Mar-12 | MJW | 0031 | Report to Committee advisors with respect to IP address sale transactions and Canadian approval orders. | 0.3 |
| 27-Mar-12 | MJW | 0012 | Conference with T. Banks with respect to Canadian research relating to claims analysis. | 0.6 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 8 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 27-Mar-12 | MJW | 0024 | Email correspondence from Jefferies with respect to proposed IP address sale transactions. | 0.1 |
| 27-Mar-12 | MJW | 0024 | Review agreement regarding IP address sale, and emails with Committee advisors. | 0.3 |
| 27-Mar-12 | RCJ | 0012 | Continue analysis of Canadian claim issues. | 0.7 |
| 27-Mar-12 | RCJ | 0029 | Review draft 4th estate settlement agreement. | 0.5 |
| 27-Mar-12 | RCJ | 0031 | Telephone call with S. Bomhof (Torys) and M. Wunder regarding Canadian case issues. | 0.2 |
| 27-Mar-12 | TMB | 0012 | Meeting with M. Wunder (0.6), and continued Canadian research relating to claims analysis (2.2). | 2.8 |
| 27-Mar-12 | ARN | 0031 | Conference with Tim Banks regarding CCAA orders. | 0.2 |
| 28-Mar-12 | RSK | 0024 | Review of email correspondence from Jefferies regarding IP address sale. | 0.1 |
| 28-Mar-12 | RSK | 0012 | Review Canadian research regarding claims and allocation issues. | 0.7 |
| 28-Mar-12 | RSK | 0012 | Review summary of claims. | 0.3 |
| 28-Mar-12 | RSK | 0012 | Meeting with FMC lawyers regarding Canadian research and analysis of claims and allocation issues. | 0.8 |
| 28-Mar-12 | RSK | 0029 | Call with Akin Gump and FMC regarding allocation issues. | 0.8 |
| 28-Mar-12 | RSK | 0024 | Review of email correspondence regarding IP address sales. | 0.1 |
| 28-Mar-12 | MJW | 0012 | Meet with FMC lawyers to discuss Canadian research regarding to claims and allocation issues. | 0.8 |
| 28-Mar-12 | MJW | 0007 | Attend on Committee advisor call to prepare for Committee meeting. | 1.0 |
| 28-Mar-12 | MJW | 0012 | Review cross-border claims analysis. | 0.3 |
| 28-Mar-12 | MJW | 0029 | Call with FMC and Akin Gump regarding allocation and claims issues. | 0.8 |
| 28-Mar-12 | RCJ | 0029 | Conference call with Akin and FMC teams regarding claims analysis and allocation. | 0.8 |
| 28-Mar-12 | TMB | 0031 | Analyze Canadian research regarding claims and allocation issues (2.5) and meet with FMC lawyers to discuss (0.8). | 3.3 |
| 28-Mar-12 | TMB | 0029 | Call with Akin Gump and FMC regarding allocation issues. | 0.8 |
| 28-Mar-12 | ARN | 0031 | Review of Canadian case law regarding claims analysis. | 0.4 |
| 28-Mar-12 | ARN | 0012 | Prepare for and meet with FMC lawyers to discuss Canadian analysis of claims and allocation issues. | 1.3 |
| 29-Mar-12 | RSK | 0024 | Review of email correspondence regarding Nortel IP address sales. | 0.2 |
| 29-Mar-12 | RSK | 0031 | Review of Canadian motion materials regarding IP address sale to Bell Aliant. | 0.3 |
| 29-Mar-12 | RSK | 0012 | Review of report regarding cross-border claims. | 0.2 |
| 29-Mar-12 | RSK | 0007 | Participate on UCC Committee call. | 1.0 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 9 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 29-Mar-12 | RSK | 0029 | Participate on conference call with UCC advisors regarding allocation mediation. | 1.4 |
| 29-Mar-12 | RSK | 0029 | Participate on follow-up call with Akin Gump and Cleary regarding allocation mediation. | 0.4 |
| 29-Mar-12 | RSK | 0031 | Review of Monitor's report regarding IP Address Sale transaction with Bell Aliant. | 0.3 |
| 29-Mar-12 | MJW | 0024 | Call and email correspondence with Norton Rose with respect to Canadian sale transaction. | 0.2 |
| 29-Mar-12 | MJW | 0024 | Email correspondence with NNI's Canadian counsel relating to Canadian sale transactions. | 0.1 |
| 29-Mar-12 | MJW | 0007 | Attend on Committee call. | 1.0 |
| 29-Mar-12 | MJW | 0029 | Attend on call with Committee advisors and Davis Polk, U.S. counsel for allocation mediator. | 1.4 |
| 29-Mar-12 | MJW | 0029 | Attend on status call with Committee advisors, Cleary and J. Ray to discuss allocation mediation. | 0.4 |
| 29-Mar-12 | MJW | 0031 | Review Canadian court motion record and report to Committee advisors with respect to Bell Aliant IP address sale. | 0.3 |
| 29-Mar-12 | MJW | 0031 | Review Monitor's report with respect to sale transaction and report to Committee advisors regarding same. | 0.4 |
| 29-Mar-12 | RCJ | 0029 | Participate in conference call with Akin, FMC and Davis Polk teams regarding mediation. | 1.4 |
| 29-Mar-12 | RCJ | 0029 | Conference call with FMC, Akin and Cleary teams regarding allocation issues. | 0.4 |
| 29-Mar-12 | RCJ | 0012 | Analysis of Canadian claims. | 0.8 |
| 29-Mar-12 | TMB | 0012 | Analyze Canadian research material regarding claims analysis and related allocation issues, and prepare memo regarding same. | 2.9 |
| 30-Mar-12 | RSK | 0029 | Review allocation analysis. | 0.3 |
| 30-Mar-12 | TMB | 0012 | Analyzing Canadian research relating to claims and related allocation issues, and prepare memo. | 3.5 |
| 31-Mar-12 | RSK | 0012 | Exchange of emails with FMC team regarding Canadian analysis of claims and allocation issues. | 0.2 |
| 31-Mar-12 | RCJ | 0012 | Analysis of Canadian case authority on claims and allocation issues. | 1.2 |
| 31-Mar-12 | TMB | 0012 | Continue research and draft memo regarding claims and allocation. | 4.6 |
| 31-Mar-12 | RP | 0012 | Canadian research regarding claims and allocation for FMC memo. | 3.5 |
| | | | **Total** | **124.3** |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 10 of 13  
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alexandra North | Associate | Financial Restructuring | Ontario - 2009 | 5.7 | $400.00 | $2,280.00 |
| Andy Pushalik | Associate | Employment/Labour | Ontario - 2009 | 0.8 | $430.00 | $344.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 2.3 | $580.00 | $1,334.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 1.3 | $800.00 | $1,040.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 41.0 | $785.00 | $32,185.00 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 3.5 | $400.00 | $1,400.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 26.6 | $725.00 | $19,285.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 20.1 | $875.00 | $17,587.50 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 23.0 | $675.00 | $15,525.00 |
| | | | | | | |
| TOTAL | | | | 124.3 | CDN. | $90,980.50 |

**TOTAL PROFESSIONAL FEES** $ 90,980.50

**NON-TAXABLE DISBURSEMENTS**

| | |
|---|---|
| Long Distance Telephone Calls | $ 24.33 |
| Meals & Beverages | 8.00 |
| Photocopy & Printing Charges | 325.50 |
| Transportation Costs | 31.76 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | $ 389.59 |

**TOTAL DISBURSEMENTS** 389.59

**TOTAL AMOUNT DUE** $ 91,370.09 CDN.

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 11 of 13  
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|---|---|---|---|
| 0002 | General Case Administration | 4.7 | 3,517.00 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 0.2 | 157.00 |
| 0007 | Creditors Committee Meetings | 14.9 | 11,894.50 |
| 0008 | Court Hearings | 1.5 | 870.00 |
| 0012 | General Claims Analysis/Claims Objections | 54.5 | 37,160.50 |
| 0019 | Labor Issues/Employee Benefits | 1.3 | 1,040.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 2.8 | 2,324.00 |
| 0029 | Intercompany Analysis | 28.1 | 21,913.50 |
| 0031 | Canadian Proceedings/Matters | 16.0 | 11,841.50 |
| 0032 | U.S. Proceedings/Matters | 0.3 | 262.50 |
|  | Total | 124.3 | $90,980.50 |

**TOTAL PROFESSIONAL FEES**                                          $   90,980.50

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 12 of 13  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 01-Mar-12 | Laser Copy;KUKULOWI | 42.00 | 4.20 |
| 01-Mar-12 | Laser Copy;NELSON M | 59.00 | 5.90 |
| 01-Mar-12 | Laser Copy;BOWLES-D | 79.00 | 7.90 |
| 02-Mar-12 | Laser Copy;NELSON M | 5.00 | 0.50 |
| 06-Mar-12 | Laser Copy;NELSON M | 24.00 | 2.40 |
| 08-Mar-12 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 09-Mar-12 | Laser Copy;NELSON M | 94.00 | 9.40 |
| 09-Mar-12 | Telephone;12128728049;New YorkNY;4715 | 1.00 | 1.02 |
| 12-Mar-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 12-Mar-12 | Laser Copy;NELSON M | 205.00 | 20.50 |
| 13-Mar-12 | Laser Copy;KUKULOWI | 29.00 | 2.90 |
| 13-Mar-12 | Laser Copy;NELSON M | 28.00 | 2.80 |
| 14-Mar-12 | Laser Copy;NELSON M | 37.00 | 3.70 |
| 16-Mar-12 | Laser Copy;NELSON M | 88.00 | 8.80 |
| 19-Mar-12 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 1.53 |
| 21-Mar-12 | Laser Copy;NELSON M | 140.00 | 14.00 |
| 23-Mar-12 | Laser Copy;NORTH, Alexandra | 249.00 | 24.90 |
| 23-Mar-12 | Laser Copy;TOBERGLUND | 54.00 | 5.40 |
| 23-Mar-12 | Laser Copy;KenneyJ | 125.00 | 12.50 |
| 23-Mar-12 | Laser Copy;NELSON M | 295.00 | 29.50 |
| 23-Mar-12 | Photocopy; | 92.00 | 9.20 |
| 23-Mar-12 | Photocopy;TOBERGLUND | 314.00 | 31.40 |
| 25-Mar-12 | Laser Copy;Vincent-DunlopT | 221.00 | 22.10 |
| 26-Mar-12 | Laser Copy;KARTASHM | 131.00 | 13.10 |
| 26-Mar-12 | Laser Copy;NELSON M | 62.00 | 6.20 |
| 26-Mar-12 | Laser Copy;PUSHALIK A | 82.00 | 8.20 |
| 26-Mar-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 26-Mar-12 | Food for working group meeting - R. Jacobs/M. Wunder/Nortel | 1.00 | 8.00 |
| 27-Mar-12 | Laser Copy;KUKULOWI | 10.00 | 1.00 |
| 27-Mar-12 | Parking for M. Wunder on March 25/12; 2012-3-25 | 1.00 | 8.85 |
| 27-Mar-12 | Laser Copy;NELSON M | 35.00 | 3.50 |
| 28-Mar-12 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 28-Mar-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 2.55 |
| 28-Mar-12 | Laser Copy;TaitT | 282.00 | 28.20 |
| 28-Mar-12 | Laser Copy;NELSON M | 337.00 | 33.70 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 13 of 13  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 29-Mar-12 | Rogers Wireless charges for M. Wunder on Jan. 18-24/12; 2012-1-18 | 1.00 | 16.88 |
| 29-Mar-12 | Laser Copy;NELSON M | 47.00 | 4.70 |
| 29-Mar-12 | Rogers Wireless charges for M. Wunder on Jan. 17/12; 2012-1-17 | 1.00 | 1.33 |
| 30-Mar-12 | Laser Copy;NELSON M | 22.00 | 2.20 |
| 30-Mar-12 | Laser Copy;KUKULOWI | 8.00 | 0.80 |
| 31-Mar-12 | Beck Taxi/Inv 1721-039/Document delivery to M Wunder Mar 9/12 | 1.00 | 22.91 |
| | **TOTAL** | CDN. | **$389.59** |