# EXHIBIT C

## DISBURSEMENT SUMMARY
## MARCH 1 TO ,MARCH 31, 2012
### (All Amounts in Canadian Dollars)

Non-Taxable Disbursements
| | |
|---|---|
| Long Distance Telephone Calls | $ 24.33 |
| Meals and Beverages | $  8.00 |
| Photocopy & Printing Charges | $325.50 |
| Transportation Costs | $ 31.76 |
| | |
| Total Non-Taxable Disbursements | **$389.59 CDN.** |

11303621_1|TorDocs