# EXHIBIT D

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 12 of 13  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 01-Mar-12 | Laser Copy;KUKULOWI | 42.00 | 4.20 |
| 01-Mar-12 | Laser Copy;NELSON M | 59.00 | 5.90 |
| 01-Mar-12 | Laser Copy;BOWLES-D | 79.00 | 7.90 |
| 02-Mar-12 | Laser Copy;NELSON M | 5.00 | 0.50 |
| 06-Mar-12 | Laser Copy;NELSON M | 24.00 | 2.40 |
| 08-Mar-12 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 09-Mar-12 | Laser Copy;NELSON M | 94.00 | 9.40 |
| 09-Mar-12 | Telephone;12128728049;New YorkNY;4715 | 1.00 | 1.02 |
| 12-Mar-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 12-Mar-12 | Laser Copy;NELSON M | 205.00 | 20.50 |
| 13-Mar-12 | Laser Copy;KUKULOWI | 29.00 | 2.90 |
| 13-Mar-12 | Laser Copy;NELSON M | 28.00 | 2.80 |
| 14-Mar-12 | Laser Copy;NELSON M | 37.00 | 3.70 |
| 16-Mar-12 | Laser Copy;NELSON M | 88.00 | 8.80 |
| 19-Mar-12 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 1.53 |
| 21-Mar-12 | Laser Copy;NELSON M | 140.00 | 14.00 |
| 23-Mar-12 | Laser Copy;NORTH, Alexandra | 249.00 | 24.90 |
| 23-Mar-12 | Laser Copy;TOBERGLUND | 54.00 | 5.40 |
| 23-Mar-12 | Laser Copy;KenneyJ | 125.00 | 12.50 |
| 23-Mar-12 | Laser Copy;NELSON M | 295.00 | 29.50 |
| 23-Mar-12 | Photocopy; | 92.00 | 9.20 |
| 23-Mar-12 | Photocopy;TOBERGLUND | 314.00 | 31.40 |
| 25-Mar-12 | Laser Copy;Vincent-DunlopT | 221.00 | 22.10 |
| 26-Mar-12 | Laser Copy;KARTASHM | 131.00 | 13.10 |
| 26-Mar-12 | Laser Copy;NELSON M | 62.00 | 6.20 |
| 26-Mar-12 | Laser Copy;PUSHALIK A | 82.00 | 8.20 |
| 26-Mar-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 26-Mar-12 | Food for working group meeting - R. Jacobs/M. Wunder/Nortel | 1.00 | 8.00 |
| 27-Mar-12 | Laser Copy;KUKULOWI | 10.00 | 1.00 |
| 27-Mar-12 | Parking for M. Wunder on March 25/12; 2012-3-25 | 1.00 | 8.85 |
| 27-Mar-12 | Laser Copy;NELSON M | 35.00 | 3.50 |
| 28-Mar-12 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 28-Mar-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 2.55 |
| 28-Mar-12 | Laser Copy;TaitT | 282.00 | 28.20 |
| 28-Mar-12 | Laser Copy;NELSON M | 337.00 | 33.70 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2905343  
Page 13 of 13  
Matter # 538462-000001

| Date | Description | Qty | Amt |
| --- | --- | --- | --- |
| 29-Mar-12 | Rogers Wireless charges for M. Wunder on Jan. 18-24/12; 2012-1-18 | 1.00 | 16.88 |
| 29-Mar-12 | Laser Copy;NELSON M | 47.00 | 4.70 |
| 29-Mar-12 | Rogers Wireless charges for M. Wunder on Jan. 17/12; 2012-1-17 | 1.00 | 1.33 |
| 30-Mar-12 | Laser Copy;NELSON M | 22.00 | 2.20 |
| 30-Mar-12 | Laser Copy;KUKULOWI | 8.00 | 0.80 |
| 31-Mar-12 | Beck Taxi/Inv 1721-039/Document delivery to M Wunder Mar 9/12 | 1.00 | 22.91 |
| | **TOTAL** | CDN. | **$389.59** |