**EXHIBIT E**

**SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD MARCH 1, 2012 THROUGH MARCH 31, 2012 (All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alexandra North | Associate | Financial Restructuring | Ontario - 2009 | 5.7 | $400.00 | $ 2,280.00 |
| Andy Pushalik | Associate | Employment/Labour | Ontario - 2009 | 0.8 | $430.00 | $ 344.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 2.3 | $580.00 | $ 1,334.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 1.3 | $800.00 | $ 1,040.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 41.0 | $785.00 | $ 32,185.00 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 3.5 | $400.00 | $ 1,400.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 26.6 | $725.00 | $ 19,285.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 20.1 | $875.00 | $ 17,587.50 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 23.0 | $675.00 | $ 15,525.00 |
| | | | | | | |
| TOTAL | | | | 124.3 | CDN. | $ 90,980.50 |