UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------------------x
In re:                                                            :     Chapter 11 Case No.
                                                                  :
NORTEL NETWORKS, INC.                                             :     09-10138 (KG)
                                                                  :
                                    Debtor.                       :
------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **WB Claims Holding – Nortel, LLC** | **CRT Special Investments LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   c/o Whitebox Advisors, LLC
   3033 Excelsior Blvd., Suite 300
   Minneapolis, MN 55416-4675
   Attn: Dale Willenbring
   Tel: (612) 253-6068
   Email: dwillenbring@whiteboxadvisors.com

Name and Address where transferee payments should be sent (if different from above): N/A

Court Claim # (if known): 6291 (amending 5653)
Amount of Claim as Filed: $5,153,641.53
Amount of Claim to be Transferred: $5,153,641.53

Date Claim Filed: December 17, 2009 (amending original filing from September 30, 2009)

Name and Address of Transferor:

Joseph E. Sarachek
262 Harbor Drive
Stamford, CT 06902
Tel: (203) 548-8062

**PLEASE SEE ATTACHED EXHIBITS**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                         Date: May 16, 2012
   Transferee/Transferee's Agent
   Mark Strefling

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Exhibit A

Evidence of Transfer of Claim

Exhibit A

EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CRT Special Investments LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to WB Claims Holding – Nortel, LLC ("Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Nortel Networks Inc. (the "Debtor"), the debtor in Case No. 09-10138 ("Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), represented by Claim Number 5653 and as amended by #6291.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of May 2012.

CRT SPECIAL INVESTMENTS LLC

By: _____

Name: John Nielsen

Title: Authorized Signatory


WB CLAIMS HOLDING – NORTEL, LLC

By: _____

Name:

Its Director

10

<u>Exhibit B</u>

Proof of Claim

AMENDED

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)   0000006291 |
| Name of Debtor Against Which Claim is Held<br>Nortel Networks, Inc. | Case No. of Debtor<br>09-10138 (KG) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Clarence J. Chandran
#4998 10th Line Erin
RR#5 Georgetown
Ontario L7G 4S8
Canada
Telephone number: 519-833-1140

Jean G. Carter
Hunton & Williams LLP
PO Box 109
Raleigh, NC 27602
Email Address: jcarter@hunton.com

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 5653
(If known)

Filed on: 9-30-09

Name and address where payment should be sent (if different from above)
Clarence J. Chandran
#4998 10th Line Erin
RR#5 Georgetown
Ontario L7G 4S8
Canada
Email Address: cjc@rocksdrift.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 5,153,641.53

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: Supp. Executive Retirement Plan Payments Due
   (See instruction #2 on reverse side.) see Exhibit A attached hereto

3. Last four digits of any number by which creditor identifies debtor: 9148
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate ____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

   Amount entitled to priority:

   $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
DEC 17 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: Dec 7, 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Clarence Chandran  CLARENCE J. CHANDRAN

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number.

| | | | |
|---|---|---|---|
| 09-10138 | Nortel Networks Inc. | 09-10146 | Nortel Networks Applications Management Solutions |
| 09-10139 | Nortel Networks Capital Corporation | 09-10147 | Nortel Networks Optical Components Inc. |
| 09-10140 | Alteon WebSystems, Inc. | 09-10148 | Nortel Networks HPOCS Inc. |
| 09-10141 | Alteon Websystems International, Inc. | 09-10149 | Architel Systems (U.S.) Corporation |
| 09-10142 | Xros, Inc. | 09-10150 | Nortel Networks International Inc. |
| 09-10143 | Sonoma Systems | 09-10151 | Northern Telecom International Inc. |
| 09-10144 | Qtera Corporation | 09-10152 | Nortel Networks Cable Solutions Inc. |
| 09-10145 | CoreTek, Inc. | | |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:
Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5075
New York, NY 10150-5075

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's system (http://chapter11.epiqsystems.com/nortel) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(c), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**EXHIBIT A**

**AMENDED PROOF OF CLAIM OF CLARENCE J. CHANDRAN**
**NOVEMBER 20, 2009**

1. **Basis for Claim.** Prior to June 26, 2009 (the "Petition Date") Clarence J. Chandran ("Claimant") received $42,886.78 per month in payments under the 15 Year Certain Benefit of under the Nortel Networks, Inc. Supplemental Executive Retirement Plan ("SERP"). These benefits began on July 1, 2005 and were to continue on a monthly basis for eleven (11) years thereafter, or until the final payment due on June 1, 2020. This claim is based upon Claimant's participation in the SERP and his 32 years and one month of service to Nortel Networks, Inc.:

   | | |
   |---|---|
   | Canadian Service: June 7, 1973 - October 31, 1990 | 17 yrs, 5 mos |
   | US SERP Service: November 1, 1990 - June 30, 2005 | <u>14 yrs, 8 mos.</u> |
   | | 32 yrs, 1 mo. |

2. **The Claim.** Claimant has a claim for all payments of $42,886.78 due under the SERP from and after January 14, 2009 until the final payment due on June 1, 2020, for a total of 137 expected payments, as shown on the payment schedule attached hereto as Attachment B. The claim is in the total amount of $5,875,488.86 in total expected monthly payments if payable as a lump sum. Reduced to present value and grossed up to account for income taxes payable on a lump sum distribution, the Present Value of that stream of payments, and the value of the Claim is $5,153,641.53. Claimant reserves the right to amend this claim if necessary.

3. **Classification of Claim.** Claimant's claim is an unsecured claim except as it otherwise may be determined to be subject to setoff or recoupment, or to be an administrative, priority or secured claim.

4. **Supporting Documents.** The documents upon which the claim is based include, without limitation, the Supplemental Executive Retirement Plan, which should be in the Debtor's possession. Claimant has attached as Attachment A his final monthly statement as well as the

1

February 8, 2005 Nortel Networks, Inc. Pension Service Plan Benefit Calculation Statement prepared by Debtor. Claimant has also attached as Attachment B an actuarial analysis establishing the Net Present Value of the claim. Additional supporting documentation is voluminous and is available upon request to Claimant and pursuant to a suitable confidentiality agreement.

5. **No Judgment.** No judgment has been rendered on the claims set forth in this Proof of Claim.

6. **No Setoff.** To the best of Claimant's knowledge, the claims set forth in this Proof of Claim are not subject to any valid setoff or counterclaim by the Debtor; *provided however* that Claimant expressly reserves and does not waive any setoff or recoupment rights that he may possess.

7. **Administrative Expense Claims.** This Proof of Claim is without prejudice to claims that Claimant has or may have for payment of any administrative expense allowable under Section 503(b) of the Bankruptcy Code or otherwise with respect to any transaction, including without limitation the amounts set forth herein, whether or not such amounts are included in this Proof of Claim, and Claimant expressly reserves its rights to file such claim or any similar claim at an appropriate time.

8. **Additional Proofs of Claim.** This Proof of Claim is filed without prejudice to the filing by Claimant of additional proofs of claim with respect to any other liability or indebtedness of the Debtor. Claimant specifically preserves all of its procedural and substantive defenses and rights with respect to any claim that may be asserted against Claimant by the Debtor or any other party in interest in this case, or any other person or entity whatsoever.

9. **No Waiver.** Filing of this Proof of Claim is not and should not be construed to be: (a) a waiver or release of Claimant's rights against any other entity or person liable for all or part of any claim described herein; (b) a waiver of the right to seek to have the reference withdrawn with respect to (i) the subject matter of this claim, (ii) any objection or other proceedings commenced with respect thereto, or (iii) any other proceedings commenced in this case against or otherwise involving Claimant; (c) a waiver of any right to the subordination, in favor of Claimant, of indebtedness or liens held by creditors of the Debtor; or (d) an election of remedy which waives or otherwise affects any other remedy of Claimant.

10. **Reservation of Rights.** This proof of claim is filed with full reservation of rights, including the right to assert additional, supplementary and/or amended proofs of claim and requests for administrative expense reimbursements based on events, information and/or documents obtained from the Debtor or others through discovery or otherwise. Without in any way limiting the foregoing, Claimant reserves his right to assert any claim he may have against the Debtor, or against any other party or property other than the Debtor and its estate. This proof of claim is conditional only and is not intended, nor should it be construed, as Claimant's consent to jurisdiction in the District of Delaware, or as a waiver of Claimant's right to a trial by jury in any action or proceeding.

11. **Notices.** All notices concerning this proof of claim should be sent to:

    Hunton & Williams LLP
    Attn: Jean G. Carter, Esq.
    One Bank of America Plaza
    421 Fayetteville Street
    Suite 1400
    Raleigh, NC 27602
    Fax: (919) 833-6352
    email: *jcarter@hunton.com*

3



Please send all correspondence to:

Nortel Pension Service Center
PO Box 994
Deerfield IL 60015



1-866-667-8358

0001/NNO1-04WDLKIN

On the reverse side of this document, you will find, Electronic Deposit Authorization, Address Correction Form, Important Federal Tax Election Notice.

## EARNINGS STATEMENT
### NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| 0078920007 | 01-01-2009 | 000014281 | | | 0001/NNO1 |

U73563  BNN 00032A
CLARENCE J. CHANDRAN
5555 COLLINS AVENUE
APT. 15E
MIAMI BEACH FL 33140-2545

| EARNINGS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| RESTORATION | $42,886.78 | $42,886.78 |
| GROSS PAY | $42,886.78 | $42,886.78 |
| **DEDUCTIONS** | **THIS PERIOD** | **YEAR-TO-DATE** |
| FEDERAL | $13,090.87 | $13,090.87 |
| TOTAL DEDUCTIONS | $13,090.87 | $13,090.87 |
| NET PAY | $29,795.91 | |

### IMPORTANT NOTES

If you have any questions about this payment or you would like to make a change to your address, update your tax withholding elections or instruct us to send your payment direct deposit, please contact the Nortel Pension Service Center at 1-866-667-8358.

### WITHHOLDING ELECTIONS
CURRENT FEDERAL WITHHOLDING ELECTIONS
Single 0 Exemption(s)
CURRENT FL STATE WITHHOLDING ELECTIONS
Single 0 Exemption(s)

**Federal Tax Election Form** (please complete only one of the following)
1) ☐ I certify that I am exempt from Federal withholding.
2) ☐ I want to have Federal income tax withheld from my payment based on the elections I have indicated below
   ☐ Single  ☐ Married  ☐ Head of Household   # of Exemptions ___
   Additional Amount Withheld $___

Under penalties of perjury, I certify that I am entitled to the above elections.
Requests for full or partial withholding, or any election options that are not consistent with those which are stated on this form will not be processed.

Required Signature _____  Phone # (___) ___-____  Date __/__/__

**FL State Tax Election Form**
The state of FL does not allow for taxes to be withheld from your payment.



NORTEL NETWORKS INC.

**The Northern Trust Company**
Chicago, IL through Oakbrook Terrace, IL

| 0078920007 | 01-01-2009 | 000014281 | | 0001/NNO1 |
|---|---|---|---|---|

## NON NEGOTIABLE

### CLARENCE J. CHANDRAN

Your deposit was sent to:

| Account Type | Account # | Amount |
|---|---|---|
| Checking | ************3275 | $29,795.91 |

Amount Deposited
$**********29,795.91

**This is NOT a check. This document is for informational purposes only.**



ATTACHMENT A

Pg. 2 of 2

## NORTEL NETWORKS INC. PENSION SERVICE PLAN
## BENEFIT CALCULATION STATEMENT

**N✪RTEL NETWORKS**

| | |
|---|---|
| Employee Name | CHANDRAN, CLARENCE J |
| Social Security Number: | XXX-XX-8148 |
| Vested Status: | Yes |
| Vesting Service: | 33 |
| Benefit Service: | 15 |
| NNL Service Credits: | 17.41 |
| Qualified Final Average Earnings: | $201,666.67 |
| Unlimited Final Average Earnings: | $2,148,666.91 |
| Accumulated Percentage Credits: | 233.53% |
| Grandfathered Benefit Calculated: | No |

| | |
|---|---|
| Calculation Type: | Termination |
| Date of Hire: | June 07, 1973 |
| Plan Eligible Date: | November 01, 1990 |
| Employee Date of Birth: | March 05, 1949 |
| Spouse Date of Birth: | |
| Termination Date: | June 30, 2005 |
| Standard Severance End Date: | June 30, 2005 |
| Vacation Days: | 50 |
| Calculation End Date: | September 08, 2005 |
| Retirement Date: | July 01, 2005 |

### IMMEDIATE QUALIFIED RETIREMENT BENEFIT - Age 56 - Benefit Start Date: July 01, 2005

| Payment Options | Employee | | Beneficiary |
|---|---|---|---|
| Life Only Amount: | $3,030.80 | | |
| 10 Year Certain: | $2,924.82 | | |
| 50% J & S: | $0.00 | | $0.00 |
| 75% J & S: | $0.00 | | $0.00 |
| 100% J & S: | $0.00 | | $0.00 |
| *Lump Sum: | $534,416.14 | - Payable on Benefit Start Date plus processing time | |

*Qualified Lump Sums of $5,000 or less will be automatically paid in 1 payment. Employees may roll their Lump Sum over to a tax deferred plan or IRA. Surviving spouses may roll their Lump Sum over to an IRA. Rollover is NOT available to other Beneficiaries.

### IMMEDIATE NON-QUALIFIED RETIREMENT BENEFIT - Age 56 - Benefit Start Date: July 01, 2005

| Payment Options | Employee | | Beneficiary |
|---|---|---|---|
| Life Only Amount: | $29,260.49 | | |
| 10 Year Certain: | $28,236.37 | | |
| 50% J & S: | $0.00 | | $0.00 |
| 75% J & S: | $0.00 | | $0.00 |
| 100% J & S: | $0.00 | | $0.00 |
| *Lump Sum: | $5,159,280.16 | - Payable on Benefit Start Date plus processing time | |
| 15 Year Certain: | $42,888.78 | | |

*A Non-qualified Lump Sum benefit of less than 50% of your unlimited FAE is paid as a one-time Lump Sum; if it is 50% or more of your unlimited FAE, it is paid as a 15 Year Term Certain monthly payment. Rollover to a tax deferred Plan or IRA is NOT available to any recipient of a Non-Qualified Retirement Benefit.

### QUALIFIED NORMAL RETIREMENT BENEFIT
#### Age 65 - Start Date: April 01, 2014

| Payment Options | Employee | Beneficiary |
|---|---|---|
| Life Only Amount: | $6,102.24 | |
| 10 Year Certain: | $5,814.06 | |
| 50% J & S: | $0.00 | $0.00 |
| 75% J & S: | $0.00 | $0.00 |
| 100% J & S: | $0.00 | $0.00 |

Lump Sum to be determined at actual retirement date.

### NON-QUALIFIED NORMAL RETIREMENT BENEFIT
#### Age 65 - Start Date: April 01, 2014

| Payment Options | Employee | Beneficiary |
|---|---|---|
| Life Only Amount: | $58,911.33 | |
| 10 Year Certain: | $54,198.42 | |
| 50% J & S: | $0.00 | $0.00 |
| 75% J & S: | $0.00 | $0.00 |
| 100% J & S: | $0.00 | $0.00 |

Lump Sum to be determined at actual retirement date.

Note: This Benefit Calculation Statement presents your pension benefits based on your personal data & applicable tables in effect on the date the calculation was prepared. Since this data & the tables change over time, a final calculation will be completed immediately prior to your actual Retirement/Benefit Start Date based on the data & tables in effect on the date the final calculation is prepared. This final calculation will be used to determine your payable benefit. If you attained age 50 with at least 4 years of vesting service as of December 31, 1998, you are eligible for Grandfather benefits under the prior plan. If the Grandfather clause applies, your benefits were calculated using the current plan provisions AND the prior plan provisions. The benefit amounts on this statement, including lump sum payments, are based upon the greater of the two formulas. The written provisions of the Nortel Networks Retirement Income Plan (as it applies to Pension Service Plan Members) determines the amount of the benefit that will be paid to you. You may not rely on any error in this benefit calculation statement (whether caused by data entry, the calculation process, erroneous data in the system, or any other cause) to grant you rights to a benefit greater than that described for you under the terms of the Plan.

4                                              Calculation ID: 183460 Prepared on February 08, 2005

**Crozier Consultants Inc.**                                               *Actuarial Consulting*

Suite 4200, Brookfield Place, Bay-Wellington Tower, 181 Bay Street, Toronto, Ontario M5J 2T3

**CONFIDENTIAL**

November 9, 2009

Mr. Clarence Chandran
#4998 10th Line Erin,
RR#5,
Georgetown,ON
L7G 4S8

Dear Mr. Chandran:

***VALUATION OF YOUR NON-QUALIFIED PENSION BENEFITS***

As requested, we valued the pension benefits payable to you under the non-qualified portion of the Nortel Networks Retirement Income Plan (the "Plan").

You received a monthly pension of $42,886.78 from the Plan from July, 2005 until January, 2009. This pension was to continue another 137 months until June, 2020 with no payments thereafter. The pension would be paid to your beneficiary should you die before all payments are received.

The pension was paid directly by Nortel Networks Inc. ("Nortel"). Due to the bankruptcy of Nortel, your pension stopped effective February, 2009. Accordingly, we have determined the present value of the remaining payments as at February 1, 2009. We understand this value will be used for the purpose of supporting a claim for a lump sum settlement in respect of the monthly pension to which you were entitled.

*Income Taxes*

Your pension is subject to income taxes only when they are received, meaning the income taxes payable in respect of the pension to be received in the future is deferred until you actually receive it. A lump sum payment of the pension would be paid directly to you and **cannot** be "rolled-over" or tax-sheltered in a registered or qualified plan to allow you to defer income taxes in the same manner as if you continued to receive the pension on a monthly basis.

Therefore, a lump sum payment results in an earlier incidence of the income taxes, both in respect of the lump sum amount and also on the subsequent investment income you will earn when such is invested. In our opinion, the lump sum present value of your non-qualified pension needs to recognize this earlier incidence of income taxes. At the same time, the payment you will get from the after-tax portion of the lump sum amount will not be taxable (except to the extent such represents untaxed investment income).

ATTACHMENT B

Mr. Clarence Chandran
November 9, 2009                                                                                                                        Page 2

**The lump sum value is therefore the present value of the after-tax monthly pension, discounted with an after-tax interest rate and grossed up for the income taxes payable on the lump sum amount.**

We are informed that you are a tax-resident of both Canada and the USA (Florida) and have significant other taxable income, such that you are taxed at the highest marginal rates. We understand both countries give credit (but no refunds) for any income taxes payable in the other jurisdiction. Income tax rates are higher in Canada compared to the USA, and we therefore calculate the lump sum value using the applicable Canadian tax rates.

## Valuation Results

The lump sum values of your remaining pension payments as at 1-Feb-09 are as follows:

|  | Value as at 1-Feb-09 |
|---|---|
| Amount of Remaining Pension Payments [1] | $ 5,875,488.86 |
| Present Value of Remaining Pension Payments [2] | 5,153,641.53 |

[1] without any discount for interest and taxable only when received
[2] with discount for interest and recognizing earlier incidence of income taxes on investment income

The detailed calculations of these values are given on the enclosed Appendix.

## Disclosures and Opinion

The values in this report are determined according to the data and benefit provisions as given on the Benefit Calculation Statement from Nortel dated 5-Feb-05. The values may change to the extent any of this data is not correct. A summary of the data is given in Exhibit A.

The assumptions used are given in Exhibit B.

In my opinion, the data used are sufficient and reliable and the actuarial assumptions and methods employed are appropriate for the purposes of the calculations set forth in this letter. Notwithstanding, there could be other factors and contingencies that have not been taken into account in the report, but which could have positive or negative impacts on the reported values.

I have determined the capitalized value of your pension and prepared this report in accordance with accepted actuarial practice in Canada and the United States, for purposes of obtaining a lump sum payment in respect of your future non-qualified pension payments under the Plan. In my opinion, the capitalized value is appropriate for this purpose.

Mr. Clarence Chandran
November 9, 2009 Page 3

If you have any questions about this matter, please contact me.

Sincerely,

**CROZIER CONSULTANTS INC.**

Ashley Crozier, FCIA
Actuary

Enclosures

Direct Dial:    (416) 361-0695

Valuation of Non-Qualified Pension  
Payable to Clarence Chandran  
as at February 1, 2009                                                                                                   Exhibit A

## Data [1]

| | |
|---|---|
| Member | Clarence Chandran |
| Country of Residence | Subject to income taxes in Canada and USA (Florida) |
| Pension Start Date | July 1, 2005 |
| Form of Pension [2] | 15 Year Term Certain |
| Date of Last Payment to be Made | June 1, 2020 |
| Monthly Pension | $ 42,886.78 |
| Increases in Pension | Nil |

[1] according to the Benefit Calculation Statement from Nortel Networks dated 5-Feb-05 and information from the member  
[2] as per the election made when the pension started

Valuation of Non-Qualified Pension  
Payable to Clarence Chandran  
as at February 1, 2009                                                                                   Exhibit B

## Actuarial Assumptions and Method

**Actuarial Assumptions**

| | |
|---|---|
| Interest Rates | 4.25% per year for 5 years; 4.98% per year thereafter [1] |
| Income Tax Rates in Canada in Florida | 46.41% less than 46.41% |
| Mortality Rates | N/A |

[1] based on interest rates under sec 417(e)(3) of the Code, which are the segment rates used to determine the lump sum payment under qualified pension plans for February, 2009 (plan years starting in 2009); rates are published by the IRS at www.irs.gov/retirement

[2] no mortality is used as form of payment is term certain, meaning payments are guaranteed to be paid regardless of whether or not the member continues to live, and only for the indicated term

### Method

The value is the actuarial present value of the pension payable.

**Clarence Chandran**
**Lum Sum Value of Non-Qualified Pension** — Appendix

- 42,886.78 Monthly pension
- 137 # of payments remaining
- 0.00% indexed %
- 4.25% Interest discount rate for first 5 years (effective annual)
- 4.98% Interest discount rate thereafter (effective annual)
- 46.41% Income Tax Rate

| | |
|---|---|
| Total Pension Payments (no interest discount) | 5,875,488.86 |
| Present Value of After-Tax Pension (with interest discount) | 2,761,836.50 |
| Income Taxes Payable on Lump Sum | 2,391,805.03 |
| Total Settlement Value | 5,153,641.53 |

| | Month Payable | Monthly Pension Gross | Monthly Pension Net After-Tax | Annual Interest Rate Gross | Annual Interest Rate Net After-Tax | Net Present Value |
|---|---|---|---|---|---|---|
| Total: | | 5,875,488.86 | 3,148,675.11 | | | |
| 1 | Feb-09 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,761,836.50 |
| 2 | Mar-09 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,743,998.26 |
| 3 | Apr-09 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,726,126.53 |
| 4 | May-09 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,708,221.22 |
| 5 | Jun-09 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,690,282.27 |
| 6 | Jul-09 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,672,309.63 |
| 7 | Aug-09 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,654,303.23 |
| 8 | Sep-09 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,636,263.00 |
| 9 | Oct-09 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,618,188.89 |
| 10 | Nov-09 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,600,080.82 |
| 11 | Dec-09 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,581,938.74 |
| 12 | Jan-10 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,563,762.58 |
| 13 | Feb-10 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,545,552.28 |
| 14 | Mar-10 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,527,307.77 |
| 15 | Apr-10 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,509,028.99 |
| 16 | May-10 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,490,715.87 |
| 17 | Jun-10 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,472,368.35 |
| 18 | Jul-10 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,453,986.37 |
| 19 | Aug-10 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,435,569.86 |
| 20 | Sep-10 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,417,118.75 |
| 21 | Oct-10 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,398,632.99 |
| 22 | Nov-10 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,380,112.49 |
| 23 | Dec-10 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,361,557.21 |
| 24 | Jan-11 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,342,967.08 |
| 25 | Feb-11 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,324,342.02 |
| 26 | Mar-11 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,305,681.98 |
| 27 | Apr-11 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,286,986.89 |
| 28 | May-11 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,268,256.67 |
| 29 | Jun-11 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,249,491.28 |
| 30 | Jul-11 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,230,690.63 |
| 31 | Aug-11 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,211,854.67 |
| 32 | Sep-11 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,192,983.33 |
| 33 | Oct-11 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,174,076.53 |
| 34 | Nov-11 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,155,134.23 |
| 35 | Dec-11 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,136,156.34 |
| 36 | Jan-12 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,117,142.80 |
| 37 | Feb-12 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,098,093.54 |
| 38 | Mar-12 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,079,008.50 |
| 39 | Apr-12 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,059,887.61 |
| 40 | May-12 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,040,730.81 |
| 41 | Jun-12 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,021,538.01 |
| 42 | Jul-12 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 2,002,309.17 |
| 43 | Aug-12 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,983,044.20 |
| 44 | Sep-12 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,963,743.05 |
| 45 | Oct-12 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,944,405.64 |
| 46 | Nov-12 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,925,031.91 |
| 47 | Dec-12 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,905,621.78 |
| 48 | Jan-13 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,886,175.19 |
| 49 | Feb-13 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,866,692.08 |
| 50 | Mar-13 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,847,172.36 |
| 51 | Apr-13 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,827,615.98 |
| 52 | May-13 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,808,022.86 |
| 53 | Jun-13 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,788,392.94 |
| 54 | Jul-13 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,768,726.15 |
| 55 | Aug-13 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,749,022.41 |
| 56 | Sep-13 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,729,281.66 |
| 57 | Oct-13 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,709,503.82 |

| # | Month | Payment | Principal | Rate1 | Rate2 | Balance |
|---|---|---|---|---|---|---|
| 58 | Nov-13 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,689,688.84 |
| 59 | Dec-13 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,669,836.63 |
| 60 | Jan-14 | 42,886.78 | 22,983.03 | 4.25% | 2.28% | 1,649,947.13 |
| 61 | Feb-14 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,630,020.27 |
| 62 | Mar-14 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,610,568.28 |
| 63 | Apr-14 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,591,073.55 |
| 64 | May-14 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,571,535.99 |
| 65 | Jun-14 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,551,955.50 |
| 66 | Jul-14 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,532,331.98 |
| 67 | Aug-14 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,512,665.35 |
| 68 | Sep-14 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,492,955.50 |
| 69 | Oct-14 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,473,202.35 |
| 70 | Nov-14 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,453,405.79 |
| 71 | Dec-14 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,433,565.74 |
| 72 | Jan-15 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,413,682.09 |
| 73 | Feb-15 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,393,754.76 |
| 74 | Mar-15 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,373,783.64 |
| 75 | Apr-15 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,353,768.64 |
| 76 | May-15 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,333,709.66 |
| 77 | Jun-15 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,313,606.60 |
| 78 | Jul-15 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,293,459.38 |
| 79 | Aug-15 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,273,267.89 |
| 80 | Sep-15 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,253,032.03 |
| 81 | Oct-15 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,232,751.71 |
| 82 | Nov-15 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,212,426.82 |
| 83 | Dec-15 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,192,057.28 |
| 84 | Jan-16 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,171,642.98 |
| 85 | Feb-16 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,151,183.83 |
| 86 | Mar-16 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,130,679.73 |
| 87 | Apr-16 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,110,130.57 |
| 88 | May-16 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,089,536.26 |
| 89 | Jun-16 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,068,896.70 |
| 90 | Jul-16 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,048,211.79 |
| 91 | Aug-16 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,027,481.43 |
| 92 | Sep-16 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 1,006,705.52 |
| 93 | Oct-16 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 985,883.96 |
| 94 | Nov-16 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 965,016.65 |
| 95 | Dec-16 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 944,103.49 |
| 96 | Jan-17 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 923,144.38 |
| 97 | Feb-17 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 902,139.22 |
| 98 | Mar-17 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 881,087.90 |
| 99 | Apr-17 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 859,990.33 |
| 100 | May-17 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 838,846.40 |
| 101 | Jun-17 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 817,656.02 |
| 102 | Jul-17 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 796,419.07 |
| 103 | Aug-17 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 775,135.46 |
| 104 | Sep-17 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 753,805.09 |
| 105 | Oct-17 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 732,427.85 |
| 106 | Nov-17 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 711,003.64 |
| 107 | Dec-17 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 689,532.35 |
| 108 | Jan-18 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 668,013.89 |
| 109 | Feb-18 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 646,448.14 |
| 110 | Mar-18 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 624,835.01 |
| 111 | Apr-18 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 603,174.39 |
| 112 | May-18 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 581,466.18 |
| 113 | Jun-18 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 559,710.27 |
| 114 | Jul-18 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 537,906.56 |
| 115 | Aug-18 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 516,054.94 |
| 116 | Sep-18 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 494,155.30 |
| 117 | Oct-18 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 472,207.55 |
| 118 | Nov-18 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 450,211.57 |
| 119 | Dec-18 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 428,167.26 |
| 120 | Jan-19 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 406,074.52 |
| 121 | Feb-19 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 383,933.23 |
| 122 | Mar-19 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 361,743.29 |
| 123 | Apr-19 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 339,504.60 |
| 124 | May-19 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 317,217.04 |
| 125 | Jun-19 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 294,880.51 |
| 126 | Jul-19 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 272,494.91 |
| 127 | Aug-19 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 250,060.11 |
| 128 | Sep-19 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 227,576.03 |
| 129 | Oct-19 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 205,042.54 |
| 130 | Nov-19 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 182,459.53 |
| 131 | Dec-19 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 159,826.91 |
| 132 | Jan-20 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 137,144.56 |
| 133 | Feb-20 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 114,412.37 |
| 134 | Mar-20 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 91,630.23 |
| 135 | Apr-20 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 68,798.04 |
| 136 | May-20 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 45,915.67 |
| 137 | Jun-20 | 42,886.78 | 22,983.03 | 4.98% | 2.67% | 22,983.03 |

C. Chandran
# 4998 RR # 5
Georgetown, Ontario
Canada
L7G 4S8

United States Bankruptcy Court
For The District of Delaware,
Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075,
New York, NY 10150-5075
USA

RECEIVED
DEC 17 2009