# EXHIBIT A



# McCARTER & ENGLISH
### ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment Instructions**
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

May 15, 2012
Invoice 7788234

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


| | |
|---|---:|
| **TOTAL FEES**............................................................................................. | $32,274.50 |
| **TOTAL DISBURSEMENTS**...................................................................... | 135.45 |
| **TOTAL DUE THIS INVOICE** .................................................................... | $32,409.95 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $17,908.20 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $50,318.15 |

Please include this page with your remittance. Thank you.



# McCARTER & ENGLISH
### ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment Instructions**
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
May 15, 2012
Invoice 7788234

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


**TOTAL FEES**....................................................................................... $32,274.50
**TOTAL DISBURSEMENTS**.................................................................       135.45

**TOTAL DUE THIS INVOICE** ................................................................ $32,409.95

**AMOUNT OUTSTANDING FROM PRIOR INVOICES**            $17,908.20

**TOTAL AMOUNT DUE AS OF THIS INVOICE**               $50,318.15

Page 2
Invoice 7788234

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

Professional Services Recorded Through 04/30/2012

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 02/23/12 | REVIEW CASE DOCKET FOR STATUS OF CNO'S PER REQUEST OF DAWN PERSON AND COMMUNICATION WITH J. SCHIERBAUM RE CURRENT STATUS OF SAME. | 04553/TGC | 0.30 |
| 04/02/12 | EXAMINE AND ANALYZE THE MOTION OF THE DEBTORS TO RETAIN A MEDIATOR AND COMPEL MEDIATION OF RETIREE ISSUES. | 02718/WFT | 0.50 |
| 04/02/12 | CORRESPOND WITH LEAD COUNSEL RE RESPONSE TO THE MOTION OF THE DEBTORS TO RETAIN A MEDIATOR AND COMPEL MEDIATION OF RETIREE ISSUES. | 02718/WFT | 0.30 |
| 04/02/12 | CORRESPONDENCE RE POTENTIAL RESPONSE TO MOTION TO APPOINT MEDIATOR. | 03706/KRB | 0.10 |
| 04/03/12 | COMMUNICATING WITH RESPECT TO THE STATUS OF THE A&M SEARCH FOR INSURANCE CARRIERS AND REPLACEMENT SOLUTIONS; CONFERRING WITH RESPECT TO THE SAME. | 00952/MAD | 0.70 |
| 04/03/12 | REVIEW OF DRAFT RESPONSE TO MEDIATION MOTION BY THE RETIREES; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME; COMMUNICATING WITH BRIAN MOORE REGARDING THE SAME. | 00952/MAD | 0.70 |
| 04/03/12 | EXAMINE AND ANALYZE DRAFT CNO FOR M&E 6TH FEE APPLICATION AND FINALIZE FOR FILING OF SAME. | 02718/WFT | 0.30 |
| 04/03/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING MCCARTER & ENGLISH SIXTH MONTHLY FEE APPLICATION; | 04990/JFS | 0.40 |
| 04/04/12 | REVIEW OF THE DEBTORS MOTION REGARDING THE HIRING OF A MEDIATOR. | 00952/MAD | 0.50 |
| 04/04/12 | REVIEW OF THE RETIREE COMMITTEE'S RESPONSE RE MEDIATOR HIRING MOTION. | 00952/MAD | 0.50 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 04/04/12 | CORRESPOND WITH TT&S RE THE PROPOSED DRAFT RESPONSE TO THE MEDIATION MOTION FILED BY DEBTORS. | 02718/WFT | 0.30 |
| 04/04/12 | EXAMINE AND ANALYZE DRAFT RESPONSE TO THE MEDIATION MOTION FILED BY DEBTORS. | 02718/WFT | 0.30 |
| 04/04/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING MCCARTER & ENGLISH SIXTH MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 04/05/12 | FURTHER REVIEW OF THE MOTION REGARDING THE APPOINTMENT OF A MEDIATOR. | 00952/MAD | 0.50 |
| 04/05/12 | EXAMINE AND ANALYZE THE COMMITTEE'S OBJECTION AND RESPOND TO THE LTD MOTION TO LIFT FEE CAPS. | 02718/WFT | 0.30 |
| 04/09/12 | CONTINUED REVIEW OF HEALTH PLAN ALTERNATIVES DOCUMENTATION AND SUPPORTING DATA; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE MEDIATION MOTION AND THE FOLLOW-UP INFORMATION. | 00952/MAD | 0.50 |
| 04/10/12 | COMMUNICATING WITH NEIL BERGER REGARDING THE MEDIATION AND THE TERMS AND CONDITIONS OF THE SAME. | 00952/MAD | 0.30 |
| 04/10/12 | ATTENDING PRE-MEETING WITH NEIL BERGER AND REPRESENTATIVES OF A&M DISCUSSING OUTSTANDING ISSUES IN PREPARATION FOR THE UPCOMING COMMITTEE MEETING. | 00952/MAD | 0.30 |
| 04/10/12 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER FORWARDING THE MINUTES; REVIEW OF THE SAME; REVIEW OF THE A&M TARGET TRACKING AND FOLLOW-UP REGARDING THE PROPOSALS FOR HEALTH BENEFITS. | 00952/MAD | 0.50 |
| 04/10/12 | ATTENDING AND PARTICIPATING IN THE WEEKLY MEETING OF THE NORTEL RETIREE COMMITTEE. | 00952/MAD | 0.50 |
| 04/10/12 | RECEIPT AND REVIEW OF COMMITTEE RESPONSE TO MOTION TO APPOINT MEDIATOR. | 03706/KRB | 0.20 |
| 04/10/12 | ASSIST WITH PREPARATION OF RESPONSE TO | 04990/JFS | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | MEDIATION MOTION; | | |
| 04/11/12 | PARTICIPATING IN THE WEEKLY CONFERENCE CALL WITH THE RETIREE COMMITTEE. | 00952/MAD | 0.50 |
| 04/11/12 | REVIEW OF RESPONSE TO THE NORTEL MEDIATION MOTION; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 04/11/12 | REVIEW OF THE LTD COMMITTEE RESPONSE TO THE MEDIATION MOTION. | 00952/MAD | 0.30 |
| 04/11/12 | REVISING RESPONSE TO MOTION TO APPOINT MEDIATOR. | 03706/KRB | 0.20 |
| 04/11/12 | ASSIST WITH PREPARATION AND MULTIPLE REVISIONS OF RESPONSE TO MEDIATION MOTION; ELECTRONICALLY FILE RESPONSE AND PREPARE SERVICE OF SAME; | 04990/JFS | 0.90 |
| 04/13/12 | EXAMINE AND ANALYZE, FINALIZE FOR FILING THE TS&S 5TH MONTHLY APPLICATION. | 02718/WFT | 0.50 |
| 04/13/12 | REVISE FIFTH MONTHLY FEE APPLICATION OF TOGUT SEGAL AND SEGAL; | 04990/JFS | 0.40 |
| 04/13/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE APPLICATION OF COMMITTEE MEMBERS; | 04990/JFS | 0.40 |
| 04/16/12 | CORRESPOND WITH LEAD COUNSEL ON UPCOMING HEARING ON THE MEDIATION MOTION. | 02718/WFT | 0.30 |
| 04/16/12 | FURTHER CORRESPONDENCE WITH LEAD COUNSEL ON UPCOMING HEARING ON THE MEDIATION MOTION. | 02718/WFT | 0.30 |
| 04/16/12 | REVISE AND ELECTRONICALLY FILE FIFTH MONTHLY FEE APPLICATION OF TOGUT SEGAL AND SEGAL; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 04/17/12 | FURTHER AND CONTINUED CORRESPONDENCE WITH LEAD COUNSEL ON MEDIATION MOTION HEARING. | 02718/WFT | 0.30 |
| 04/17/12 | EXAMINE AND ANALYZE AGENDA FOR HEARING | 02718/WFT | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | IN THIS CASE INCLUDING THE MOTION TO COMPEL MEDIATION OF SAME. | | |
| 04/17/12 | EXAMINE AND ANALYZE LTD'S REPLY BRIEF TO THE DEBTORS MOTION ON THE ISSUE OF MANDATORY MEDIATION OF RETIREES ISSUES. | 02718/WFT | 0.40 |
| 04/17/12 | EXAMINE AND ANALYZE DEBTORS MOTION AND PROPOSED SUR REPLY BRIEF ON THE ISSUE OF MANDATORY MEDIATION OF RETIREES ISSUES. | 02718/WFT | 0.40 |
| 04/17/12 | CONTINUED CORRESPONDENCE WITH LEAD COUNSEL ON MEDIATION MOTION HEARING. | 02718/WFT | 0.30 |
| 04/17/12 | CORRESPOND WITH LEAD COUNSEL CONCERNING THE UPCOMING HEARING ON MEDIATION MOTION. | 02718/WFT | 0.30 |
| 04/17/12 | EXAMINE AND ANALYZE THE RHYNES OBJECTION TO MOTION TO COMPEL MEDIATION. | 02718/WFT | 0.30 |
| 04/17/12 | REVIEW AND PREPARE BINDER REGARDING HEARING ON DEBTORS' MOTION FOR APPOINTMENT OF A NEUTRAL MEDIATOR CONCERNING THE MODIFICATION OR TERMINATION OF THE NORTEL RETIREE WELFARE PLANS AND THE NORTEL LONG-TERM DISABILITY PLAN; | 04990/JFS | 0.60 |
| 04/17/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING FIFTH MONTHLY FEE APPLICATION OF TOGUT SEGAL AND SEGAL; | 04990/JFS | 0.30 |
| 04/18/12 | REVIEW OF COMMUNICATION FROM NEIL BERGER REGARDING THE STATUS OF THE NORTEL MEDIA MOTION AND TERMS AND CONDITIONS REGARDING THE 60 DAY STAND STILL. | 00952/MAD | 0.30 |
| 04/18/12 | EXAMINE AND ANALYZE PROPOSED 7TH INTERIM APPLICATION OF M&E ALONG WITH ALL EXHIBITS AND BACK UP DETAIL; DRAFT, REVISE AND FINALIZE SAME FOR FILING. | 02718/WFT | 0.50 |
| 04/18/12 | ATTEND THE HEARING ON MOTION TO APPOINT MEDIATOR. | 02718/WFT | 2.00 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 04/18/12 | EXAMINE AND ANALYZE HEARING BINDER OF ALL PLEADINGS FILED THAT RELATE TO THE MEDIATION MOTION FOR TODAYS HEARING. | 02718/WFT | 1.50 |
| 04/18/12 | CORRESPOND WITH LEAD COUNSEL ON DETAILS FOR TODAYS MEDIATION HEARING. | 02718/WFT | 0.20 |
| 04/18/12 | CORRESPOND WITH LEAD COUNSEL ON TRANSCRIPT ISSUE FROM HEARING. | 02718/WFT | 0.30 |
| 04/18/12 | CONFER WITH COUNSEL AND VENDOR REGARDING RETRIEVAL OF APRIL 18, 2012 HEARING TRANSCRIPT; | 04990/JFS | 0.40 |
| 04/19/12 | CORRESPOND WITH LEAD COUNSEL RE RECEIPT OF RUSHED TRANSCRIPT. | 02718/WFT | 0.30 |
| 04/19/12 | REVIEW RUSH TRANSCRIPT TO INSURE IT IS WHAT LEAD COUNSEL SOUGHT. | 02718/WFT | 0.30 |
| 04/20/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS (35 MOST RECENT) FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 1.50 |
| 04/20/12 | CORRESPOND WITH MR BERGER ON ISSUES RE TRANSCRIPT OF MEDIATION MOTION FILED BY DEBTORS. | 02718/WFT | 0.30 |
| 04/20/12 | EXAMINE AND ANALYZE REVISED HEARING TRANSCRIPT IN WORD TO MAKE SURE IT IS ACCURATE AND USABLE FOR CO COUNSEL. | 02718/WFT | 0.30 |
| 04/20/12 | CORRESPOND WITH MR BERGER RE REVISED HEARING TRANSCRIPT IN WORD AS REQUESTED. | 02718/WFT | 0.30 |
| 04/20/12 | PREPARE AND ELECTRONICALLY FILE MCCARTER & ENGLISH SEVENTH MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.80 |
| 04/23/12 | CONSIDERATION OF LEGAL ISSUES REGARDING FORMS OF TRUST AGREEMENT FOR THE VEBA AND OTHER RELATED ISSUES IN CONNECTION WITH THE POTENTIAL USE OF A VEBA TO FUND THE BENEFITS TO RETIREES. | 00952/MAD | 1.00 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 04/23/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE APPLICATION OF COMMITTEE MEMBERS; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 04/24/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE APPLICATION OF COMMITTEE MEMBERS; | 04990/JFS | 0.30 |
| 04/25/12 | PARTICIPATING IN THE CONFERENCE CALL WITH BRIAN MOORE AND RICHARD MILNER REGARDING ISSUES RELATED TO TERMINATION OF RETIREE COVERAGE AND THE POSSIBLE CHALLENGE BY THE RETIREES. | 00952/MAD | 1.00 |
| 04/25/12 | CONSIDERATION OF LEGAL ISSUES REGARDING LEGAL CHALLENGE TO THE TERMINATION OF THE RETIREE MEDICAL PLAN AND REVIEW OF MEMORANDUM REGARDING THE SAME. | 00952/MAD | 0.75 |
| 04/25/12 | REVIEW OF DETAILED EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING QUESTIONS TO BE RESPONDED TO IN CONNECTION WITH THE UPCOMING CALL REGARDING RETIREE CLAIMS. | 00952/MAD | 0.50 |
| 04/25/12 | EXAMINATION OF LAW REGARDING ISSUES RELATED TO ARGUMENTS WITH THE RETIREE COMMITTEE TO PREVENT THE TERMINATION OF THE RETIREE MEDICAL AND LIFE COVERAGE. | 00952/MAD | 0.75 |
| 04/25/12 | IN-DEPTH EXAMINATION OF CASE LAW IN CONNECTION WITHE EVALUATING THE BEST ARGUMENTS AVAILABLE TO THE RETIREES IN ANY LEGAL CHALLENGE TO TERMINATION OF THEIR RETIREE WELFARE PLAN BENEFITS. | 02298/JSK | 2.50 |
| 04/25/12 | PREPARATION FOR CONFERENCE CALL WITH TOGUT FIRM PERSONNEL REGARDING BEST ARGUMENTS AVAILABLE TO RETIREES TO PREVENT TERMINATION OF RETIREE WELFARE PLAN COVERAGE. | 02298/JSK | 1.50 |
| 04/25/12 | ATTENDANCE CALL AT CONFERENCE CALL REGARDING BEST ARGUMENTS AVAILABLE TO RETIREES TO PREVENT TERMINATION OF | 02298/JSK | 1.00 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | RETIREE WELFARE PLAN COVERAGE. | | |
| 04/26/12 | REVIEW OF MINUTES, LETTER TO RICHARD LEVIN, MEDIATOR AND OTHER RELATED DOCUMENTS PREPARED BY A&M IN PREPARATION FOR THE PROFESSIONALS CONFERENCE CALL AND THE COMMITTEE MEETING CALL. | 00952/MAD | 1.50 |
| 04/26/12 | PARTICIPATING IN THE CONFERENCE CALL WITH REPRESENTATIVES OF A&M, NEIL BERGER AND BRIAN MOORE DISCUSSING THE STATUS OF THE REVIEW OF THE HEALTH CARE PROVIDERS ALTERNATIVES AND OTHER RELATED ISSUES. | 00952/MAD | 0.70 |
| 04/26/12 | CONFERRING WITH RESPECT TO THE PREPARATION OF SUMMARY OF ARGUMENTS REGARDING THE REASONS WHY THE RETIREE MEDICAL PLAN CANNOT BE TERMINATED BASED ON PLAN DOCUMENTS; CONSIDERATION OF LEGAL ISSUES RELATED TO THE SAME. | 00952/MAD | 0.50 |
| 04/26/12 | PARTICIPATING IN THE MEMBERS OF THE 1114 RETIREE COMMITTEE DISCUSSING THE STATUS OF THE A&M VENDOR SEARCH, THE COMMITTEE MEETINGS, THE MEDIATION AND OTHER RELATED ISSUES. | 00952/MAD | 1.20 |
| 04/26/12 | IN-DEPTH EXAMINATION OF CASE LAW CHALLENGING TERMINATION OF RETIREE WELFARE PLAN BENEFITS IN CONNECTION WITH EVALUATING BEST ARGUMENTS AVAILABLE TO THE NORTEL RETIREES TO PREVENT NORTEL'S UNILATERAL TERMINATION OF THEIR RETIREE WELFARE PLAN BENEFITS. | 02298/JSK | 7.00 |
| 04/27/12 | CONSIDERATION OF LEGAL ISSUES RELATED TO TERMS OF A VEBA, RELATED TRUST AND GOVERNANCE ISSUES. | 00952/MAD | 0.50 |
| 04/27/12 | FURTHER REVIEW OF A&M MATERIALS REGARDING RETIREE MEDICAL COSTS; REVIEW OF ISSUES REGARDING CASE LAW ON TERMINATION OF RETIREE MEDICAL. | 00952/MAD | 1.00 |
| 04/27/12 | CONTINUED IN-DEPTH EXAMINATION OF LAW REGARDING ARGUMENTS AVAILABLE TO THE RETIREES IN CHALLENGING ANY TERMINATION OF THEIR RETIREE MEDICAL AND LIFE | 02298/JSK | 1.50 |

Page 9
Invoice 7788234

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | INSURANCE COVERAGE. | | |
| 04/28/12 | PREPARATION OF OUTLINE REGARDING BEST ARGUMENTS TO SUPPORT RETIREES' CHALLENGE TO UNILATERAL TERMINATION OF THEIR RETIREE LIFE INSURANCE AND MEDICAL COVERAGE. | 02298/JSK | 9.00 |
| 04/29/12 | CONTINUING EXAMINATION OF LAW REGARDING BEST ARGUMENTS AVAILABLE TO CHALLENGE NORTEL'S UNILATERAL TERMINATION OF RETIREE WELFARE PLAN COVERAGE. | 02298/JSK | 9.00 |
| 04/30/12 | LENGTHY TELEPHONE CONFERENCE WITH RICHARD MILNER AND BRIAN MOORE DISCUSSING IN DETAIL THE SUMMARY OF CASES AND ARGUMENTS RELATED TO THE TERMINATION OF THE RETIREE MEDICAL AND LIFE BENEFIT PLAN. | 00952/MAD | 1.00 |
| 04/30/12 | CONTINUED REVIEW OF THE SUMMARY OF CASES LAW AND ARGUMENTS TO BE RAISED WITH RESPECT TO THE TERMINATION OF THE RETIREE MEDICAL AND LIFE INSURANCE BENEFITS. | 00952/MAD | 0.70 |
| 04/30/12 | CONFERENCE CALL REGARDING ARGUMENTS RETIREES MAY ASSERT CHALLENGING UNILATERAL TERMINATION OF RETIREE WELFARE PLAN BENEFITS. | 02298/JSK | 0.75 |
| 04/30/12 | FINALIZING OUTLINE REGARDING BEST ARGUMENTS SUPPORTING A CHALLENGE BY THE RETIREES TO ANY UNILATERAL TERMINATION OF THEIR RETIREE WELFARE PLAN BENEFITS. | 02298/JSK | 5.50 |
| | TOTAL HOURS: | | 75.15 |

**TOTAL FEES**.................................................................................. $32,274.50
**TOTAL DISBURSEMENTS**................................................................. 135.45

**TOTAL DUE THIS INVOICE** ............................................................. $32,409.95

Page 10
Invoice 7788234

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

**AMOUNT OUTSTANDING FROM PRIOR INVOICES**         $17,908.20

**TOTAL AMOUNT DUE AS OF THIS INVOICE**            $50,318.15

| ID | Name | Title | Hours | Rate | Value |
|---|---|---|---|---|---|
| 00952 | MARK A. DANIELE | PARTNER | 17.70 Hours @ | 525.00 | 9,292.50 |
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 12.90 Hours @ | 525.00 | 6,772.50 |
| 02298 | JANE S. KIMBALL | SPEC COUNSEL | 37.75 Hours @ | 390.00 | 14,722.50 |
| 03706 | KATE R. BUCK | ASSOCIATE | 0.50 Hours @ | 295.00 | 147.50 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 6.00 Hours @ | 215.00 | 1,290.00 |
| 04553 | TAMIKA GOLDSON-CAMMOCK | PARALEGAL | 0.30 Hours @ | 165.00 | 49.50 |

**ATTORNEY TOTALS:**                              75.15            32,274.50