# **EXHIBIT B**

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 03/07/2012 | COURT CONFERENCE CALL SERVICES | 30.00 |
|  | **Total For: TELEPHONE** | 30.00 |
| 04/26/2012 | LIBRARY RESEARCH | 27.77 |
| 04/28/2012 | LIBRARY RESEARCH | 77.68 |
|  | **Total For: LIBRARY RESEARCH** | 105.45 |

**TOTAL DISBURSEMENTS** .................................................................... **$135.45**