# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**March 1, 2012 - March 31, 2012**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | March 2012 Hours |
|---|---|---:|
| 1 | Asset Analysis and Recovery | 132.0 |
| 2 | Business Operations / General Corporate / Real Estate | 3.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 5.0 |
| 6 | Committee Matters and Creditor Meetings | 73.0 |
| 7 | Claims Administration and Analysis | 13.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 43.0 |
| 15 | Travel | 16.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **285.0** |

**Summary of Services Rendered by Professional**

| Name | March 2012 Hours |
|---|---:|
| Matthew Rosenberg, Member | 120.0 |
| Michael Kennedy, Member | 165.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | - |
| **TOTAL** | **285.0** |

**Nortel Networks, Inc**
March 1, 2012 - March 31, 2012 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | March 2012 Hours | Code |
|---|---|---|---|
| 3/1/2012 | Calls and analysis re claims, mediation, allocation and case management | 4.0 | 1 |
| 3/2/2012 | Calls and analysis re claims, mediation, allocation and case management | 4.0 | 1 |
| 3/5/2012 | Calls and analysis re claims, mediation, allocation and case management | 3.0 | 1 |
| 3/6/2012 | Calls and analysis re claims, mediation, allocation and case management | 2.0 | 1 |
| 3/7/2012 | Calls and analysis re claims, mediation, allocation and case management | 5.0 | 1 |
| 3/8/2012 | Prepare for meetigs w/creditors and calls and analysis re mediation, callocation and claims | 7.0 | 6 |
| 3/9/2012 | Prepare for meetigs w/creditors and calls and analysis re mediation, callocation and claims | 6.0 | 6 |
| 3/10/2012 | Review materials re meetings w/creditors, case management, allocation and mediation | 6.0 | 6 |
| 3/11/2012 | Review materials re meetings w/creditors, case management, allocation and mediation | 4.0 | 6 |
| 3/12/2012 | Calls and analysis re claims, mediation, allocation and case management, and prepare for meeting w/ creditors | 6.0 | 6 |
| 3/12/2012 | Travel to NYC | 4.0 | 15 |
| 3/13/2012 | Meetings w/debtor, professionals and committee | 7.0 | 6 |
| 3/13/2012 | Return travel to Chicago | 4.0 | 15 |
| 3/14/2012 | Calls and analysis re allocation, mediation and case management | 7.0 | 1 |
| 3/15/2012 | Calls and analysis re allocation, mediation and case management | 8.0 | 1 |
| 3/16/2012 | Calls and analysis re allocation, mediation and case management | 7.0 | 1 |
| 3/17/2012 | Review materials re allocation and mediation | 3.0 | 14 |
| 3/19/2012 | Calls and analysis re claims, mediation, allocation and case management | 2.0 | 14 |
| 3/20/2012 | Calls and Review opinion and materials re mediation, allocation and claims | 3.0 | 14 |
| 3/21/2012 | Calls and Review opinion and materials re mediation, allocation and claims | 5.0 | 14 |
| 3/22/2012 | Calls and analysis re mediation, claims and allocation and case management | 7.0 | 14 |
| 3/23/2012 | Calls and review materials re mediation, allocation and claims | 3.0 | 14 |
| 3/24/2012 | Review materials re mediation and allocation | 2.0 | 14 |
| 3/26/2012 | Calls and review materials re mediation, allocation and claims | 1.0 | 14 |
| 3/27/2012 | Calls and review materials re mediation, allocation and claims | 2.0 | 14 |
| 3/28/2012 | Calls and review materials re mediation, allocation and claims | 2.0 | 14 |
| 3/29/2012 | Calls and review materials re mediation, allocation and claims | 1.0 | 14 |
| 3/30/2012 | Calls and review materials re mediation, allocation and claims | 2.0 | 14 |
| 3/31/2012 | Review material re mediation, allocation and claims | 3.0 | 14 |
| **March 2012 Total** | | **120.0** | |

**Nortel Networks, Inc**
March 1, 2012 - March 31, 2012 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | March 2012 Hours | Code |
|---|---|---|---|
| 3/1/2012 | Prepare and update claim materials, including calls w/ Boris & Cleary | 3.0 | 7 |
| 3/1/2012 | Review RM report and Canada/APAC cash forecast | 2.0 | 2 |
| 3/5/2012 | Conference call with Cleary & US Debtor advisors | 3.0 | 5 |
| 3/5/2012 | Call w/ Capstone re: various questions on assets and claims | 1.0 | 6 |
| 3/5/2012 | Calls and communications w/ debtor re: prepareation for UCC meeting | 3.0 | 6 |
| 3/5/2012 | Prepare and update claim materials, including calls w/ Boris & Cleary | 2.0 | 7 |
| 3/6/2012 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 3/6/2012 | Calls and communications w/ debtor re: creditor call agenda | 1.0 | 6 |
| 3/6/2012 | Call with UCC advisors | 2.0 | 6 |
| 3/8/2012 | Call with UCC advisors | 1.0 | 6 |
| 3/8/2012 | Call with UCC advisors | 2.0 | 6 |
| 3/9/2012 | Prepare material for meeting with FAs | 6.0 | 6 |
| 3/12/2012 | Prepare material for meeting with FAs | 4.0 | 6 |
| 3/12/2012 | Communications w/ Cleary re: review and update material | 1.0 | 6 |
| 3/12/2012 | Travel to NYC | 4.0 | 15 |
| 3/13/2012 | Meetings w/ Debtor, counsel and ad hoc advisors re: claims, case management, allocation and general business matters | 7.0 | 1 |
| 3/13/2012 | Meetings w/ debtor and counsel re case management and allocation | 2.0 | 1 |
| 3/13/2012 | Return travel to Chicago | 4.0 | 15 |
| 3/14/2012 | Prepare material for meeting with FAs | 4.0 | 6 |
| 3/14/2012 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 3/15/2012 | Prepare material for meeting with FAs | 4.0 | 6 |
| 3/15/2012 | Prepare and review analysis re allocation, mediation and financial data | 8.0 | 1 |
| 3/16/2012 | Prepare and review analysis re allocation, mediation and financial data | 8.0 | 1 |
| 3/16/2012 | Review draft matieral with UCC advisors | 2.0 | 6 |
| 3/19/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 3/19/2012 | Calls/ J Ray re: creditor call agenda items | 2.0 | 6 |
| 3/19/2012 | Calls w/ Cleary re: Japan and other non-filed entities | 2.0 | 1 |
| 3/19/2012 | Review Mexico and non-filed entity material | 2.0 | 1 |
| 3/19/2012 | Calls w/ management re: claims analysis and estimates | 3.0 | 7 |
| 3/20/2012 | Calls and communications with Nortel management re: intercompany balances | 2.0 | 7 |
| 3/20/2012 | Calls w/ Cleary re: case management and claims | 1.0 | 7 |
| 3/20/2012 | Calls w/ Cleary and management re: debtor and non-debtor cost issues | 2.0 | 1 |
| 3/20/2012 | Review and discuss court filings | 4.0 | 1 |
| 3/21/2012 | Call with UCC advisors | 2.0 | 6 |
| 3/21/2012 | Review and comment on revised draft 4th estate material & schedules | 3.0 | 1 |
| 3/21/2012 | Update waterfall analysis | 2.0 | 1 |
| 3/22/2012 | Call with UCC advisors re: material | 2.0 | 1 |
| 3/22/2012 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 3/23/2012 | Prepare and review analysis re allocation, mediation and financial data | 8.0 | 1 |
| 3/24/2012 | Calls w/ management re: claims analysis and estimates | 2.0 | 7 |
| 3/24/2012 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 3/26/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 3/26/2012 | Call with UCC advisors re: material | 1.0 | 1 |
| 3/26/2012 | Prepare and review material re allocation, mediation and financial data | 3.0 | 1 |
| 3/26/2012 | Call with UCC advisors | 2.0 | 6 |
| 3/26/2012 | Call with UCC advisors re: material | 1.0 | 1 |
| 3/26/2012 | Review and comment on revised draft 4th estate material & schedules | 2.0 | 1 |
| 3/27/2012 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 3/27/2012 | Communications and calls w/ Debtor advisors re: mediation analysis and materials | 4.0 | 14 |
| 3/28/2012 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |

| | | | |
|---|---|---|---|
| 3/28/2012 | Review and comment on revised draft 4th estate material & schedules | 2.0 | 1 |
| 3/29/2012 | Communications and calls w/ Debtor advisors re: mediation analysis and materials | 3.0 | 14 |
| 3/30/2012 | Prepare material for call w/ Cleary and J Ray | 4.0 | 1 |
| 3/30/2012 | Calls w/ Cleary & J Ray re: mediation and allocation | 2.0 | 1 |
| 3/30/2012 | Call with UCC advisors re: material | 1.0 | 1 |
| 3/30/2012 | Calls w/ E&Y re: 4th estate schedule of claims & Mexico | 1.0 | 2 |
| | **March 2012 Total** | **165.0** | |