# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2012 through March 31, 2012

| Professional | Trip Date | Description | Amount |
|---|---|---|---:|
| Matt Rosenberg | 3/12/12-3/13/12 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 3/12/12-3/13/12 | Hotel (one night) | $ 663.31 |
| Matt Rosenberg | 3/12/12-3/13/12 | Ground transportation | $ 85.00 |
| Mike Kennedy | 3/12/12-3/13/12 | Flight to New York, NY | $ 808.60 |
| Mike Kennedy | 3/12/12-3/13/12 | Hotel (one night) | $ 663.31 |
| Mike Kennedy | 3/12/12-3/13/12 | Ground transportation | $ 96.00 |
| Mike Kennedy | 3/12/12-3/13/12 | Meals | $ 350.00 |
| Chilmark | various | Conference calls | $ 151.68 |
| **Total Expenses** | | | **$ 3,780.23** |