# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**April 1, 2012 - April 30, 2012**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | April 2012 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 19.0 |
| 2 | Business Operations / General Corporate / Real Estate | 1.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 8.0 |
| 6 | Committee Matters and Creditor Meetings | 15.0 |
| 7 | Claims Administration and Analysis | 9.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 214.0 |
| 15 | Travel | 8.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **274.0** |

**Summary of Services Rendered by Professional**

| Name | April 2012 Hours |
|---|---|
| Matthew Rosenberg, Member | 118.0 |
| Michael Kennedy, Member | 156.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | - |
| **TOTAL** | **274.0** |

**Nortel Networks, Inc**
April 1, 2012 - April 30, 2012 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | April 2012 Hours | Code |
|---|---|---:|---:|
| 4/2/2012 | Calls and analysis re mediation, allocation, claims and case management | 6.0 | 14 |
| 4/3/2012 | Calls and analysis re mediation, allocation, claims and case management | 7.0 | 14 |
| 4/4/2012 | Calls and analysis re mediation, allocation, claims and case management | 9.0 | 14 |
| 4/5/2012 | Calls and analysis re mediation, allocation, claims and case management | 4.0 | 14 |
| 4/6/2012 | Calls and analysis re mediation, allocation, claims and case management | 6.0 | 14 |
| 4/9/2012 | Calls and analysis re mediation, allocation, claims and case management | 2.0 | 14 |
| 4/10/2012 | Calls and analysis re mediation, allocation, claims and case management | 6.0 | 14 |
| 4/11/2012 | Calls and analysis re mediation, allocation, claims and case management | 9.0 | 14 |
| 4/12/2012 | Calls and analysis re mediation, allocation, claims and case management | 5.0 | 14 |
| 4/13/2012 | Calls and analysis re mediation, allocation, claims and case management | 3.0 | 14 |
| 4/16/2012 | Calls and analysis re mediation, allocation, claims and case management | 3.0 | 14 |
| 4/17/2012 | Calls and analysis re mediation, allocation, claims and case management | 4.0 | 14 |
| 4/18/2012 | Calls and analysis re mediation, allocation, claims and case management | 2.0 | 14 |
| 4/19/2012 | Calls and analysis re mediation, allocation, claims and case management | 4.0 | 14 |
| 4/20/2012 | Calls and analysis re mediation, allocation, claims and case management | 6.0 | 14 |
| 4/21/2012 | Review materials re mediation | 7.0 | 14 |
| 4/22/2012 | Review materials re mediation | 5.0 | 14 |
| 4/23/2012 | Travel to Toronto | 4.0 | 15 |
| 4/23/2012 | Mediation preparation | 5.0 | 14 |
| 4/24/2012 | Mediation meetings | 5.0 | 14 |
| 4/24/2012 | Return travel to Chicago | 4.0 | 15 |
| 4/25/2012 | Calls and analysis re mediation, allocation, claims and case management | 4.0 | 14 |
| 4/26/2012 | Calls and analysis re mediation, allocation, claims and case management | 3.0 | 14 |
| 4/27/2012 | Calls and analysis re mediation, allocation, claims and case management | 2.0 | 14 |
| 4/30/2012 | Calls and analysis re mediation, allocation, claims and case management | 3.0 | 14 |
| **April 2012 Total** | | **118.0** | |

**Nortel Networks, Inc**
April 1, 2012 - April 30, 2012 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | April 2012 Hours | Code |
|---|---|---|---|
| 4/2/2012 | Conference call with Cleary & US Debtor advisors | 3.0 | 5 |
| 4/2/2012 | Prepare, review and discuss material re allocation & mediation | 8.0 | 14 |
| 4/3/2012 | Prepare, review and discuss material re allocation & mediation | 8.0 | 14 |
| 4/3/2012 | Calls with Cleary re: IPA and material | 1.0 | 1 |
| 4/4/2012 | Communications w/ Cleary re: mediation and allocation | 4.0 | 14 |
| 4/4/2012 | Calls w/ management re: assets, cash position and claims | 1.0 | 1 |
| 4/4/2012 | Review and discussion of material provided by R Boris | 1.0 | 7 |
| 4/4/2012 | Prepare, review and discuss material re allocation & mediation | 8.0 | 14 |
| 4/5/2012 | Calls and communication w/ Cleary and management re: 4th estate | 2.0 | 1 |
| 4/5/2012 | Calls w/ E&Y re: 4th estate schedule of claims & Mexico | 1.0 | 2 |
| 4/5/2012 | Review and comment on revised draft 4th estate material & schedules | 2.0 | 1 |
| 4/5/2012 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 4/9/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 4/9/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 4/9/2012 | Call with UCC advisors | 2.0 | 6 |
| 4/9/2012 | Call with UCC advisors re: schedules and mediation | 1.0 | 6 |
| 4/10/2012 | Prepare, review and discuss material re allocation & mediation | 8.0 | 14 |
| 4/11/2012 | Prepare, review and discuss material re allocation & mediation | 8.0 | 14 |
| 4/11/2012 | Call with UCC advisors re: schedules and mediation | 1.0 | 6 |
| 4/12/2012 | Prepare, review and discuss material re allocation & mediation | 7.0 | 14 |
| 4/12/2012 | Calls w/ management re: claims analysis and estimates | 3.0 | 7 |
| 4/12/2012 | Call w/ J Ray re: mediation preparations | 2.0 | 14 |
| 4/13/2012 | Prepare, review and discuss material re allocation & mediation | 9.0 | 14 |
| 4/14/2012 | Communications w/ Cleary & advisors re mediation and allocation issues | 3.0 | 14 |
| 4/14/2012 | Prepare and review material re allocation, mediation and financial data | 2.0 | 14 |
| 4/16/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 4/16/2012 | Call with UCC advisors | 2.0 | 6 |
| 4/17/2012 | Review and comment on revised draft 4th estate material & schedules | 1.0 | 1 |
| 4/17/2012 | Prepare and review analysis re allocation, mediation and financial data | 5.0 | 14 |
| 4/18/2012 | Review and comment on revised draft 4th estate material & schedules | 2.0 | 1 |
| 4/18/2012 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 14 |
| 4/18/2012 | Communications w/ management re: intercompany claims | 2.0 | 7 |
| 4/19/2012 | Prepare and review analysis re allocation, mediation and financial data | 8.0 | 14 |
| 4/20/2012 | Review and comment on revised draft 4th estate material & schedules | 3.0 | 1 |
| 4/22/2012 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 14 |
| 4/23/2012 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 14 |
| 4/24/2012 | Review mediation material | 2.0 | 14 |
| 4/24/2012 | Calls and communications re: allocation and mediation | 2.0 | 14 |
| 4/25/2012 | Review material re: IPA process and progress | 1.0 | 1 |
| 4/25/2012 | Prepare and review analysis re allocation, mediation and financial data | 2.0 | 14 |
| 4/26/2012 | Call with UCC advisors | 2.0 | 6 |
| 4/26/2012 | Call with UCC advisors | 1.0 | 6 |
| 4/26/2012 | Discussions with Cleary re: response letter | 2.0 | 1 |
| 4/26/2012 | Prepare summary information for creditor review | 3.0 | 7 |
| 4/27/2012 | Call w/ Debtors and advisors re: business operations and income | 3.0 | 6 |
| 4/27/2012 | Call w/ management re: cash position and YTD performance | 1.0 | 1 |
| 4/27/2012 | Discussions w/ Cleary & Ray re: mediation material | 2.0 | 14 |
| 4/30/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 4/30/2012 | Call with UCC advisors | 2.0 | 6 |
| 4/30/2012 | Communications w/ UCC advisors re: mediation and requested material | 1.0 | 6 |
| **April 2012 Total** | | **156.0** | |