# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2012 through April 30, 2012

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 4/23/12-4/24/12 | Flight to Toronto (Airpass) | $ 715.32 |
| Matt Rosenberg | 4/23/12-4/24/12 | Hotel (one night) | $ 500.00 |
| Matt Rosenberg | 4/23/12-4/24/12 | Ground transportation | $ 267.00 |
| **Total Expenses** | | | **$ 1,482.32** |