# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 17, 2012
Invoice 406870
Page 2

Client # 732310

Matter # 165839

For services through April 30, 2012
relating to Case Administration

| Date | Description | | | |
|---|---|---|---|---|
| 04/02/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 04/02/12 | Review email from B. Witters re: revised draft critical dates calendar (.1) Review same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 04/09/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 04/09/12 | Review email from B. Witters re: revised draft critical dates calendar (.1); Review same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 04/18/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 04/19/12 | Emails to B. Kahn re: 4/12/12 committee call (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 04/20/12 | Participate in weekly committee call (.6); Prepare for weekly committee call (.3) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 375.00 | $337.50 |
| 04/25/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870

Page 3

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 04/25/12 | Participate in weekly Committee call (1.0); Prepare for weekly Committee call (.3); Review and schedule upcoming critical dates (.2) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 375.00 | $562.50 |
| 04/25/12 | Review emails (x2) from B. Witters re: revised critical dates calendar (.1); Review same (.1); Review email from B. Kahn re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 04/27/12 | Review Nortel docket for developments | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |

Total Fees for Professional Services          $1,558.50

TOTAL DUE FOR THIS INVOICE            **$1,558.50**
BALANCE BROUGHT FORWARD            $3,227.70

**TOTAL DUE FOR THIS MATTER**          **$4,786.20**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870
Page 4
Client #  732310

Matter # 165839

For services through April 30, 2012
relating to  Claims Administration

| Date | | Description | | | Amount |
|------|--|-------------|--|--|-------:|
| 04/03/12 | | Review letter from R. Strassburger re: amending claim | | | |
| Associate | | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 04/17/12 | | Call from D. DeRoy re: procedure for amending proof of claim | | | |
| Associate | | Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |
| 04/20/12 | | Address incoming calls from claimants re: status of case and timing of distributions (x3) | | | |
| Associate | | Christopher M. Samis | 0.60 hrs. | 375.00 | $225.00 |
| 04/24/12 | | Review 27th omnibus objection to claims | | | |
| Associate | | Christopher M. Samis | 0.70 hrs. | 375.00 | $262.50 |

Total Fees for Professional Services $637.50

| | |
|--|--:|
| TOTAL DUE FOR THIS INVOICE | **$637.50** |
| BALANCE BROUGHT FORWARD | $4,434.00 |
| **TOTAL DUE FOR THIS MATTER** | **$5,071.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 17, 2012
Invoice 406870
Page 5
Client # 732310

Matter # 165839

For services through April 30, 2012
relating to Court Hearings

| 04/12/12 | Circulate revised 3/22/12 transcript to distribution | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| | | | | |
| 04/16/12 | Retrieve and review 4/18/12 agenda (.2); E-mail to distribution re: same (.1); Retrieve re: 4/18/12 agenda pleadings (.7); Prepare 4/18/12 hearing binder (.5) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |
| | | | | |
| 04/17/12 | Prepare additional 4/18/12 hearing binder for C. Samis (.5); Retrieve re: 4/18/12 amended agenda (.1); E-mail to distribution re: same (.1); Retrieve re: additional agenda pleadings (.3); Revise 4/18/12 hearing binders x2 (.4) | | | |
| Paralegal | Barbara J. Witters | 1.40 hrs. | 205.00 | $287.00 |
| | | | | |
| 04/17/12 | Prepare for 4/18/12 hearing (1.8); Emails to B. Witters re: preparation for 4/18/12 hearing (.2) | | | |
| Associate | Christopher M. Samis | 2.00 hrs. | 375.00 | $750.00 |
| | | | | |
| 04/18/12 | Preparation of 3 sets of mediator orders and blacklines of same for 4/18/12 hearing (.4); Preparation of mediation order rider for 4/18/12 hearing (.1) | | | |
| Paralegal | Ann Jerominski | 0.50 hrs. | 205.00 | $102.50 |
| | | | | |
| 04/18/12 | Prepare for 4/18/12 hearing (1.5); Attend 4/18/12 hearing (1.6); Emails to A. Cordo re: preparation for 4/18/12 hearing (.2); Email to A. Jerominski re: preparation for 4/18/12 hearing (.1); Meetings with A. Jerominski re: preparation for 4/18/12 hearing (.4); Meet with L. Beckerman re: strategy for 4/18/12 hearing (.3) | | | |
| Associate | Christopher M. Samis | 4.10 hrs. | 375.00 | $1,537.50 |
| | | | | |
| 04/19/12 | Circulate 4/18/12 hearing transcript to the distribution group | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870
Page 6

Client #  732310

Matter #  165839

| 04/27/12 | Review transcript of 4/18/12 hearing | | | |
|----------|--------------------------------------|-----------|--------|----------|
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |

Total Fees for Professional Services                          $3,325.50

**TOTAL DUE FOR THIS INVOICE**                              **$3,325.50**

BALANCE BROUGHT FORWARD                                     $4,896.30

**TOTAL DUE FOR THIS MATTER**                               **$8,221.80**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870

Page 7

Client #  732310

Matter #  165839

For services through April 30, 2012

relating to  Employee Issues

| 04/03/12 | Finalize and file re: response to motion LTD fees (.2); Coordinate service re: same (.2); Prepare aos re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| 04/03/12 | Review, revise and finalize response to LTD Committee fee cap modification motion | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |
| 04/10/12 | Finalize and file aos re: response to motion LTD limits on fees | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 04/17/12 | Review debtors reply to objections to motion to appoint mediator to resolve retiree/LTD committee disputes (.7); Review LTD reply to objections from committee and debtors to LTD fee cap motion (.7) Review response of LTD committee to motion to appoint mediator to resolve retiree/LTD committee disputes (.7); Review response of retiree committee to motion to appoint mediator to resolve retiree/LTD committee disputes (.6); Review motion to file reply debtors reply to objections to motion to appoint mediator to resolve retiree/LTD committee disputes (.3) | | | |
| Associate | Christopher M. Samis | 3.00 hrs. | 375.00 | $1,125.00 |

Total Fees for Professional Services          $1,568.50

TOTAL DUE FOR THIS INVOICE          **$1,568.50**

BALANCE BROUGHT FORWARD          $375.00

**TOTAL DUE FOR THIS MATTER**          **$1,943.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870

Page 8

Client #  732310

Matter # 165839

For services through April 30, 2012
relating to  Litigation/Adversary Proceedings

| 04/11/12 | Review Amphenol 9019 motion | | | |
|----------|------------------------------|---|---|---|
| Associate | Christopher M. Samis | 0.60 hrs. | 375.00 | $225.00 |
| 04/25/12 | Review media discussion of first day of allocation mediation | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |
| 04/27/12 | Review debtors' response to motion to extend time in Horne adversary (.4); Review order dismissing NNUK TRO adversary and related certification of counsel (.3) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 375.00 | $262.50 |

Total Fees for Professional Services        $600.00

TOTAL DUE FOR THIS INVOICE            **$600.00**
BALANCE BROUGHT FORWARD            $1,284.50

**TOTAL DUE FOR THIS MATTER**            **$1,884.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870

Page 9

Client #  732310

Matter # 165839

---

For services through April 30, 2012

relating to  Retention of Others

| 04/03/12 | Finalize and file aos re: order amendment to terms of Jefferies & Co retention | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |

| | | |
|---|---|---|
| Total Fees for Professional Services | | $20.50 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$20.50** |
| BALANCE BROUGHT FORWARD | $2,078.10 |
| **TOTAL DUE FOR THIS MATTER** | **$2,098.60** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870
Page 10

Client #  732310

Matter # 165839

---

For services through April 30, 2012
relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 04/03/12 | E-mail to B. Kahn re: RLF March estimated fees and expenses | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 04/10/12 | Review RLF March bill memo and meal charge | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 04/11/12 | Review March 2012 bill memo | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |
| 04/12/12 | Prepare cno re: RLF February fee application (.2); Finalize and file cno re: same (.2); Prepare letter to Accounts Payable re: RLF February fee application (.2); Coordinate to Accounts Payable re: RLF February fee application, cno and letter (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 205.00 | $143.50 |
| 04/24/12 | Review and revise RLF March fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 04/24/12 | Review and execute RLF monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 375.00 | $150.00 |

|  | |
|---|---|
| Total Fees for Professional Services | $901.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$901.00** |
| BALANCE BROUGHT FORWARD | $1,219.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870
Page 11
Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                          **$2,120.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870
Page 12
Client #  732310

Matter # 165839

---

For services through April 30, 2012
relating to Fee Applications of Others

| 04/03/12 | Update fee status chart | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 04/11/12 | Attention to e-mail from B. Kahn re: Akin Gump February fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 04/18/12 | Prepare cno re: Capstone February fee application (.2); Finalize and file cno re: same (.2); Update fee status chart (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| 04/18/12 | Review emails (x2) from B. Witters re: filing certificates of no objection re: monthly fee applications (.1); Review email from B. Kahn re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 04/19/12 | Prepare cno re: Ashurst February fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 04/24/12 | Attention to e-mail from B. Kahn re: Ashurst March fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 04/24/12 | Review email from B. Witters re: filing Ashurst monthly fee application (.1); Review monthly fee application re: same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870
Page 13
Client #  732310

Matter #  165839

| 04/26/12 | Update fee status chart | | | |
|----------|-------------------------|------------|--------|---------|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |

Total Fees for Professional Services     $1,041.50

TOTAL DUE FOR THIS INVOICE     **$1,041.50**
BALANCE BROUGHT FORWARD     $6,040.20

**TOTAL DUE FOR THIS MATTER**     **$7,081.70**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 17, 2012
Invoice 406870
Page 14

Client # 732310

## Summary of Hours

|                      | Hours | Rate/Hr  | Dollars   |
|----------------------|-------|----------|-----------|
| Ann Jerominski       | 0.50  | 205.00   | 102.50    |
| Barbara J. Witters   | 11.10 | 205.00   | 2,275.50  |
| Christopher M. Samis | 17.60 | 375.00   | 6,600.00  |
| Drew G. Sloan        | 1.80  | 375.00   | 675.00    |
| TOTAL                | 31.00 | $311.39  | 9,653.00  |

**TOTAL DUE FOR THIS INVOICE**                         **$10,283.86**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310