# EXHIBIT B



## RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

May 17, 2012
Invoice 406870

Page 1
Client #  732310
Matter # 165839

---

For disbursements incurred through April 30, 2012
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Business Meals | $26.50 |
| Court Reporter Services | $116.10 |
| Document Retrieval | $101.68 |
| Long distance telephone charges | $2.78 |
| Messenger and delivery service | $140.00 |
| Photocopying/Printing | $220.50 |
| 1,254 @ $.10 pg. / 951 @ $.10 pg. | |
| Postage | $23.30 |

|  |  |
|---|---:|
| Other Charges | $630.86 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$630.86** |
| BALANCE BROUGHT FORWARD | $2,033.24 |
| **TOTAL DUE FOR THIS MATTER** | **$2,664.10** |

■ ■ ■

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870
Page 15
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Employee Issues
Litigation/Adversary Proceedings
Retention of Others
RLF Fee Applications
Fee Applications of Others

| Date | Description | Summary Phrase |
|------|-------------|----------------|
| 03/12/12 | PACER | DOCRETRI |
| | Amount =  $0.40 | |
| 03/27/12 | Messenger and delivery charges | MESS |
| | Amount =  $6.40 | |
| 03/28/12 | Messenger and delivery charges | MESS |
| | Amount =  $3.20 | |
| 03/30/12 | Messenger and delivery charges | MESS |
| | Amount =  $96.00 | |
| 04/02/12 | DIAZ DATA SERVICES: Transcript - 165839 | CTRPT |
| | Amount =  $47.70 | |
| 04/02/12 | Printing | DUP |
| | Amount =  $2.00 | |
| 04/02/12 | Printing | DUP |
| | Amount =  $1.60 | |
| 04/02/12 | Printing | DUP |
| | Amount =  $0.30 | |
| 04/03/12 | Photocopies | DUP |
| | Amount =  $7.20 | |
| 04/03/12 | 12128728121 Long Distance | LD |
| | Amount =  $2.78 | |
| 04/03/12 | Messenger and delivery charges | MESS |
| | Amount =  $16.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870
Page 16
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 04/03/12 | PACER | | DOCRETRI |
| | | Amount = $2.88 | |
| 04/03/12 | Postage | | POST |
| | | Amount = $4.40 | |
| 04/03/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/03/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/03/12 | Printing | | DUP |
| | | Amount = $0.30 | |
| 04/03/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/03/12 | Printing | | DUP |
| | | Amount = $0.70 | |
| 04/03/12 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/03/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/03/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/04/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/09/12 | Printing | | DUP |
| | | Amount = $0.60 | |
| 04/10/12 | Photocopies | | DUP |
| | | Amount = $6.30 | |
| 04/10/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/11/12 | Photocopies | | DUP |
| | | Amount = $31.50 | |
| 04/11/12 | Messenger and delivery | | MESS |
| | | Amount = $12.00 | |
| 04/11/12 | Postage | | POST |
| | | Amount = $8.70 | |
| 04/11/12 | Printing | | DUP |
| | | Amount = $0.30 | |

Nortel Creditors Committee                          May 17, 2012
c/o Fred S. Hodara, Esq.                            Invoice 406870
Akin Gump Strauss Hauer Feld LLP                    Page 17
One Bryant Park
New York NY  10036                                  Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 04/11/12 | Printing | | DUP |
| | Amount =  $0.20 | | |
| 04/11/12 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 04/11/12 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 04/11/12 | Printing | | DUP |
| | Amount =  $0.30 | | |
| 04/11/12 | Printing | | DUP |
| | Amount =  $0.30 | | |
| 04/11/12 | Printing | | DUP |
| | Amount =  $0.30 | | |
| 04/11/12 | Printing | | DUP |
| | Amount =  $0.20 | | |
| 04/11/12 | Printing | | DUP |
| | Amount =  $0.40 | | |
| 04/11/12 | Printing | | DUP |
| | Amount =  $3.30 | | |
| 04/11/12 | Printing | | DUP |
| | Amount =  $0.30 | | |
| 04/11/12 | Printing | | DUP |
| | Amount =  $1.10 | | |
| 04/11/12 | Printing | | DUP |
| | Amount =  $0.20 | | |
| 04/11/12 | Printing | | DUP |
| | Amount =  $0.30 | | |
| 04/11/12 | Printing | | DUP |
| | Amount =  $0.50 | | |
| 04/12/12 | PACER | | DOCRETRI |
| | Amount =  $15.44 | | |
| 04/12/12 | Postage | | POST |
| | Amount =  $2.70 | | |
| 04/12/12 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 04/12/12 | Printing | | DUP |
| | Amount =  $0.20 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 17, 2012
Invoice 406870

Page 18

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 04/12/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/12/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/12/12 | Printing | | DUP |
| | | Amount = $5.20 | |
| 04/12/12 | Printing | | DUP |
| | | Amount = $0.30 | |
| 04/12/12 | Printing | | DUP |
| | | Amount = $0.30 | |
| 04/12/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/12/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/13/12 | Printing | | DUP |
| | | Amount = $1.80 | |
| 04/16/12 | Photocopies | | DUP |
| | | Amount = $0.10 | |
| 04/16/12 | PACER | | DOCRETRI |
| | | Amount = $56.24 | |
| 04/16/12 | Printing | | DUP |
| | | Amount = $1.30 | |
| 04/16/12 | Printing | | DUP |
| | | Amount = $2.00 | |
| 04/16/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/16/12 | Printing | | DUP |
| | | Amount = $0.30 | |
| 04/16/12 | Printing | | DUP |
| | | Amount = $1.30 | |
| 04/16/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/16/12 | Printing | | DUP |
| | | Amount = $8.30 | |
| 04/16/12 | Printing | | DUP |
| | | Amount = $0.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870

Page 19

Client #  732310

| Date | Description | | |
|---|---|---|---|
| 04/16/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/16/12 | Printing | | DUP |
| | Amount = | $0.50 | |
| 04/16/12 | Printing | | DUP |
| | Amount = | $1.60 | |
| 04/16/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/16/12 | Printing | | DUP |
| | Amount = | $0.70 | |
| 04/16/12 | Printing | | DUP |
| | Amount = | $0.70 | |
| 04/16/12 | Printing | | DUP |
| | Amount = | $1.90 | |
| 04/16/12 | Printing | | DUP |
| | Amount = | $0.60 | |
| 04/16/12 | Printing | | DUP |
| | Amount = | $1.90 | |
| 04/16/12 | Printing | | DUP |
| | Amount = | $6.70 | |
| 04/16/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/17/12 | Photocopies | | DUP |
| | Amount = | $29.80 | |
| 04/17/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/17/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/17/12 | Printing | | DUP |
| | Amount = | $0.40 | |
| 04/17/12 | Printing | | DUP |
| | Amount = | $0.40 | |
| 04/17/12 | Printing | | DUP |
| | Amount = | $0.40 | |
| 04/17/12 | Printing | | DUP |
| | Amount = | $0.40 | |
| 04/17/12 | Printing | | DUP |
| | Amount = | $0.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870

Page 20

Client #  732310

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 04/17/12 | Printing | Amount = | $2.00 | DUP |
| 04/17/12 | Printing | Amount = | $1.00 | DUP |
| 04/17/12 | Printing | Amount = | $2.00 | DUP |
| 04/17/12 | Printing | Amount = | $3.60 | DUP |
| 04/17/12 | Printing | Amount = | $0.40 | DUP |
| 04/18/12 | RODNEY GRILLE: CMS | Amount = | $26.50 | MEALSCL |
| 04/18/12 | PACER | Amount = | $20.16 | DOCRETRI |
| 04/18/12 | Printing | Amount = | $0.30 | DUP |
| 04/18/12 | Printing | Amount = | $0.20 | DUP |
| 04/18/12 | Printing | Amount = | $0.30 | DUP |
| 04/18/12 | Printing | Amount = | $5.00 | DUP |
| 04/18/12 | Printing | Amount = | $4.00 | DUP |
| 04/18/12 | Printing | Amount = | $5.00 | DUP |
| 04/18/12 | Printing | Amount = | $0.10 | DUP |
| 04/18/12 | Printing | Amount = | $1.00 | DUP |
| 04/18/12 | Printing | Amount = | $0.10 | DUP |
| 04/18/12 | Printing | Amount = | $0.10 | DUP |
| 04/18/12 | Printing | Amount = | $1.20 | DUP |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 17, 2012
Invoice 406870
Page 21
Client # 732310

| Date | Description | | Category |
|------|-------------|---|----------|
| 04/18/12 | Printing | | DUP |
| | Amount = $0.90 | | |
| 04/18/12 | Printing | | DUP |
| | Amount = $1.20 | | |
| 04/18/12 | Printing | | DUP |
| | Amount = $0.40 | | |
| 04/18/12 | Printing | | DUP |
| | Amount = $0.60 | | |
| 04/18/12 | Printing | | DUP |
| | Amount = $0.60 | | |
| 04/18/12 | Printing | | DUP |
| | Amount = $2.80 | | |
| 04/18/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/19/12 | DIAZ DATA SERVICES: Transcript - 165839 | | CTRPT |
| | Amount = $68.40 | | |
| 04/19/12 | PACER | | DOCRETRI |
| | Amount = $6.56 | | |
| 04/19/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/19/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 04/19/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 04/19/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 04/19/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/24/12 | Photocopies | | DUP |
| | Amount = $50.50 | | |
| 04/24/12 | Messenger and delivery charges | | MESS |
| | Amount = $6.40 | | |
| 04/24/12 | Postage | | POST |
| | Amount = $7.50 | | |
| 04/24/12 | Printing | | DUP |
| | Amount = $3.20 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 17, 2012
Invoice 406870
Page 22

Client #  732310

| Date | Description | | Type |
|---|---|---|---|
| 04/24/12 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 04/24/12 | Printing | | DUP |
| | | Amount =  $2.00 | |
| 04/24/12 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 04/24/12 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/24/12 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 04/24/12 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 04/24/12 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/24/12 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/24/12 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/24/12 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/25/12 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 04/25/12 | Printing | | DUP |
| | | Amount =  $0.20 | |

TOTALS FOR   732310

Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $630.86