# EXHIBIT B

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA

NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON

MOSCOW · FRANKFURT · COLOGNE · ROME · MILAN

HONG KONG · BEIJING · BUENOS AIRES · SÃO PAULO

LESLIE B. SAMUELS
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
JAMES A. DUNCAN
STEVEN M. LOEB
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
WANDA J. OLSON
MITCHELL A. LOWENTHAL
EDWARD J. ROSEN
JOHN PALENBERG
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
MICHAEL H. LAZERWITZ
ARTHUR H. KOHN
RAYMOND B. CHECK

RICHARD J. COOPER
JEFFREY S. LEWIS
FILIP MOEKMAN
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
KRISTOFER W. HESS
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA

BENET J. O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
CHRISTOPHER P. MOORE
JOON H. KIM
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
GABRIEL J. MESA
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
JONATHAN S. KOLODNER
HUGH C. CONROY, JR.
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR.
JAMES D. SMALL
AVRAM E. LUFT
ELIZABETH LENAS
DANIEL ILAN
CARLO DE VITO FISCICELLI
ANDREW WEAVER
HELENA K. GRANNIS
GRANT M. BINDER
RESIDENT COUNSEL

Writer's Direct Dial: +1 212 225 2266
E-Mail: dherrington@cgsh.com

May 14, 2012

<u>VIA EMAIL AND FED EX</u>

Richard W. Riley, Esq.
Duane Morris LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801-1659

Re:  Nortel Networks Inc. and Nortel Networks Limited v. Communications Test
Design, Inc., Adv. Proc. No. 10-53065 (KG)

Dear Richard:

I write on behalf of Nortel Networks Inc. in response to your May 7 letter, and
Nortel Networks Limited joins in this response.  Any suggestion that GENBAND might have a
claim to the settlement amounts Nortel received in accordance with the Court's approval of its
9019 Motion would be meritless.  But even apart from the lack of merit, as a threshold matter,
GENBAND would have no basis to assert claims or objections to the settlement order the Court
entered, in light of the fact that GENBAND received notice of the settlement motion and raised

Richard W. Riley, Esq., p. 2

no objection to it. Further, we are aware of no basis for GENBAND's apparent suggestion that it is entitled to use Bankruptcy Rule 2004 to demand information or documents from Nortel.

Very truly yours,

David Hengt

David H. Herrington

cc:  Ken Coleman, Esq.
     Paul B. Keller, Esq.
     Laura Hall, Esq.
     Raymond H. Lemisch, Esq.
     Jennifer R. Hoover, Esq.
     Mary F. Caloway, Esq.
     Michael R. Lastowski, Esq.