### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | **Hearing Date: June 6, 2012 at 10:00 a.m.** |
| | ) | **Objection Deadline: May 29, 2012** |
| | ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 18, 2012, GENBAND US LLC filed the **Motion Of GENBAND US LLC For Leave To Conduct Discovery Pursuant To Rule 2004 Of The Federal Rules Of Bankruptcy Procedure And Local Rule 2004-1** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion will be held before the Honorable Kevin Gross on **June 6, 2012 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing") at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which is located at 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Del. Bankr. L.R. 2004-1, any party wishing to oppose the relief requested in the Motion must file a written response with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, so that it is received by the Clerk on before **May 29, 2012** (the "Objection Deadline"). At the same time, you must also serve a copy of your objection or response on counsel to GENBAND US LLC at the address set forth below so that it is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if no objections to the Motion are timely filed, served and received in accordance with this Notice, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued from time to time upon written notice to you or as declared orally at the Hearing.

Dated: May 18, 2012

DUANE MORRIS LLP

*/s/ Richard W. Riley*
Michael R. Lastowski (No. 3892)
Richard W. Riley (No. 4052)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-Mail:  mlastowsk@duanmorris.com
        rwriley@duanemorris.com

*Counsel for GENBAND US LLC*