### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

### ORDER GRANTING MOTION OF GENBAND US LLC FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2004-1

Upon consideration of the Motion Of GENBAND US LLC For Leave To Conduct Discovery Pursuant To Rule 2004 Of The Federal Rules Of Bankruptcy Procedure and Local Rule 2004-1 (the "Motion")[1]; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor; it is hereby:

1.     **ORDERED**, that the Motion is hereby GRANTED; and it is further

2.     **ORDERED**, that within thirty (30) days after entry of this Order, Nortel Networks, Inc., Nortel Networks Limited and their affiliated companies (collectively, "Nortel") shall produce to GENBAND any and all documents and things concerning, reflecting, identifying or referring to the intellectual property and other assets purportedly owned by Nortel that Nortel asserts Communications Test Design, Inc. used in connection with its improper and unauthorized manufacture and sale of Nortel products including, without limitation, documents described and/or identifying Nortel Components (as defined in the Complaints), Nortel Know-How (as defined in the Complaints), Software (as defined in the Complaints), Nortel Circuit

---

[1] Capitalized terms used herein but not defined herein shall have the meaning given such terms in the Motion.

Packs (as defined in the Complaints), as well as any and all documents produced by CTDI in response to Nortel's exercise of its audit rights under the Master Contract Service Agreement with CTDI, and it is further

3.    ORDERED that GENBAND is permitted to depose representatives of Nortel on the subject matter of the information and documents obtained pursuant to paragraph 2 of this Order and, to the extent the parties cannot agree on the examinees, date, time, place and scope of the examinations, the Court shall hold a teleconference to address any disputes; and it is further

4.    **ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June ____, 2012
      Wilmington, Delaware

_____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge