# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2012 Through April 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Secretary of State Fees | | $80.00 |
| Court Costs | | 50.00 |
| Transcripts | | 459.80 |
| Photos/Art/ Spec Duplicating | Out of Office | 3,305.16 |
| Messenger Service | | 132.00 |
| Courier/Delivery Service | | 303.59 |
| Computer Research | Westlaw | 50.85 |
| In House Duplicating | | 202.55 |
| Postage | | 15.93 |
| Facsimile | | 1,072.50 |
| Pacer | | 7.68 |
| Miscellaneous | | 13.50 |
| **Grand Total Expenses** | | **$5,693.56** |

Nortel Networks, Inc.
63989-DIP
DATE: 05/18/12 11:59:12

PROFORMA  296787                    AS OF 04/30/12

INVOICE# ******

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 945499 | 04/19/12 | B | 80.00 | Secretary of State Fees` Nortel Networks Inc. / Cert Re Notary 120447289 | 502S | 642 | |
| 941680 | 04/05/12 | B | 50.00 | Court Costs - CLERK, U.S. DISTRICT COURT` PRO HAC ADMISSION OF JESSE SHERRETT & KAMAL SIDHU RE: NORTEL; 09-10138 (KG) | 503 | 684 | 186945 |
| 945817 | 04/19/12 | B | 459.80 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 04/19/2012 | 506 | 904 | 187265 |
| 944973 | 04/12/12 | B | 1,457.88 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 04/12/2012 | 510 | 900 | 187210 |
| 944681 | 04/13/12 | B | 934.71 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 04/13/2012 | 510 | 684 | 187180 |
| 945523 | 04/17/12 | B | 590.42 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 04/17/2012 | 510 | 684 | 187245 |
| 946579 | 04/23/12 | B | 322.15 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 04/23/2012 | 510 | 684 | 187324 |
| 941499 | 04/02/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947742 | 04/02/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947743 | 04/03/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947761 | 04/03/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947778 | 04/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947779 | 04/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947780 | 04/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947785 | 04/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947818 | 04/09/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947838 | 04/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947884 | 04/12/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947885 | 04/12/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 947900 | 04/13/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947901 | 04/13/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947912 | 04/16/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947913 | 04/16/12 | B | 15.00 | Messenger Service | 513S | 000 | |
| 947939 | 04/17/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947955 | 04/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947979 | 04/19/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 947980 | 04/19/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 948030 | 04/23/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 948056 | 04/24/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 948062 | 04/25/12 | B | 3.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 05/18/12 11:59:12  

Case 09-10138-MFW   Doc 7663-3   Filed 05/21/12   Page 3 of 4

PROFORMA   296787   AS OF 04/30/12

INVOICE#   ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 948078 | 04/25/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 948079 | 04/25/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 948094 | 04/26/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 948102 | 04/26/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 948103 | 04/26/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 948123 | 04/27/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 948124 | 04/27/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 948130 | 04/30/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 948133 | 04/30/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 948134 | 04/30/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 945146 | 04/09/12 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 187230 |
| 945486 | 04/16/12 | B | 32.72 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 187232 |
| 945081 | 04/16/12 | B | 14.77 | Courier/Delivery Service | 514 | 322 | 187224 |
| 945082 | 04/16/12 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 187224 |
| 945083 | 04/16/12 | B | 18.71 | Courier/Delivery Service | 514 | 322 | 187224 |
| 945084 | 04/16/12 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 187224 |
| 945085 | 04/16/12 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 187224 |
| 945086 | 04/16/12 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 187224 |
| 945087 | 04/16/12 | B | 17.26 | Courier/Delivery Service | 514 | 322 | 187224 |
| 945088 | 04/16/12 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 187224 |
| 945089 | 04/16/12 | B | 17.26 | Courier/Delivery Service | 514 | 322 | 187224 |
| 945090 | 04/16/12 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 187224 |
| 945091 | 04/16/12 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 187224 |
| 945092 | 04/16/12 | B | 18.71 | Courier/Delivery Service | 514 | 322 | 187224 |
| 945093 | 04/16/12 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 187224 |
| 945094 | 04/16/12 | B | 24.35 | Courier/Delivery Service | 514 | 322 | 187224 |
| 947270 | 04/16/12 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 187422 |
| 945617 | 04/19/12 | B | 12.39 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 187253 |
| 949225 | 04/23/12 | B | 27.60 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 187627 |
| 946683 | 04/19/12 | B | 29.65 | Computer Research - Westlaw Search Performed by: FIGHTS,CHAD | 515 | 900 | |
| 948159 | 04/23/12 | B | 21.20 | Computer Research - Westlaw Search Performed by: FIGHTS,CHAD | 515 | 900 | |
| 941814 | 04/05/12 | B | 0.10 | In-House Duplicating | 519 | 684 | |
| 943407 | 04/12/12 | B | 18.00 | In-House Duplicating | 519 | 684 | |
| 944101 | 04/13/12 | B | 11.20 | In-House Duplicating | 519 | 684 | |
| 944102 | 04/13/12 | B | 17.10 | In-House Duplicating | 519 | 684 | |
| 944590 | 04/16/12 | B | 55.00 | In-House Duplicating | 519 | 684 | |
| 944864 | 04/17/12 | B | 2.70 | In-House Duplicating | 519 | 684 | |
| 945006 | 04/18/12 | B | 2.60 | In-House Duplicating | 519 | 684 | |

```
Nortel Networks, Inc.                        PROFORMA  296787          AS OF 04/30/12                INVOICE# ******
63989-DIP
DATE: 05/18/12 11:59:12
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 946855 | 04/25/12 | B | 18.40 | In-House Duplicating | 519 | 684 | |
| 947123 | 04/27/12 | B | 8.10 | In-House Duplicating | 519 | 684 | |
| 947124 | 04/27/12 | B | 6.50 | In-House Duplicating | 519 | 684 | |
| 947355 | 04/30/12 | B | 11.20 | In-House Duplicating | 519 | 684 | |
| 947464 | 04/23/12 | B | 6.93 | Postage | 520 | 000 | |
| 947486 | 04/25/12 | B | 4.60 | Postage | 520 | 000 | |
| 947487 | 04/26/12 | B | 4.40 | Postage | 520 | 000 | |
| 945522 | 04/16/12 | B | 1,023.50 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 04/16/2012 | 522H | 900 | 187244 |
| 945521 | 04/17/12 | B | 49.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 04/17/2012 | 522H | 684 | 187243 |
| 944961 | 04/18/12 | B | 13.50 | Miscellaneous - U.S. BANKRUPTCY COURT, DISTRI OF DELAWARE` FEE - CERTIFIED COPY OF JOHN RAY RETENTION ORDER - 04/18/2012 | 523 | 904 | 187194 |
| 946601 | 03/31/12 | B | 7.68 | Pacer charges for the month of March | 529 | 000 | |
| 940658 | 04/02/12 | B | 1.35 | In-House Printing - black & white | 541 | 684 | |
| 940794 | 04/03/12 | B | 1.40 | In-House Printing - black & white | 541 | 684 | |
| 942278 | 04/09/12 | B | 7.05 | In-House Printing - black & white | 541 | 684 | |
| 942431 | 04/10/12 | B | 1.75 | In-House Printing - black & white | 541 | 605 | |
| 943408 | 04/12/12 | B | 10.10 | In-House Printing - black & white | 541 | 684 | |
| 944103 | 04/13/12 | B | 6.20 | In-House Printing - black & white | 541 | 684 | |
| 945007 | 04/18/12 | B | 3.20 | In-House Printing - black & white | 541 | 684 | |
| 945407 | 04/19/12 | B | 11.50 | In-House Printing - black & white | 541 | 904 | |
| 945856 | 04/23/12 | B | 3.50 | In-House Printing - black & white | 541 | 684 | |
| 946468 | 04/24/12 | B | 2.20 | In-House Printing - black & white | 541 | 684 | |
| 946856 | 04/25/12 | B | 1.45 | In-House Printing - black & white | 541 | 684 | |
| 947356 | 04/30/12 | B | 1.95 | In-House Printing - black & white | 541 | 684 | |

```
                    _____
                     5,693.56
```