# GROUP EXHIBIT A

**Ernst & Young LLP**
200 Plaza Drive
Secaucus, NJ 07094

# ERNST & YOUNG

**INVOICE NUMBER: US0130563240**

**February 3, 2012**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

| PLEASE REMIT TO: |
|---|
| Ernst & Young US LLP |
| Wells Fargo Bank, NA |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| **EIN: 34-6565596** |

BU: **US017**    CLIENT NUMBER: **60009478**

Pursuant to the 3rd Amendment (dated December 14, 2011) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 2 of 11 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting,
- Tax Controversy, and
- Tax Advisory

*Total Due*                    **$530,000**

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

**PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE**
Due Upon Receipt

**CLIENT COPY**

# ERNST & YOUNG

**Ernst & Young LLP**
200 Plaza Drive
Secaucus, NJ 07094

**INVOICE NUMBER: US0130585519**

**March 8, 2012**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young US LLP |
| Wells Fargo Bank, NA |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| **EIN: 34-6565596** |

BU: **US017**    CLIENT NUMBER: **60009478**

Pursuant to the 3rd Amendment (dated December 14, 2011) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 3 of 11 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

**Total Due**                                                                 **$530,000**

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# ERNST & YOUNG

**Ernst & Young LLP**
200 Plaza Drive
Secaucus, NJ 07094

**INVOICE NUMBER: US0130599877**

**April 1, 2012**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

| PLEASE REMIT TO: |
|---|
| Ernst & Young US LLP |
| Wells Fargo Bank, NA |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| **EIN: 34-6565596** |

BU: **US017**   CLIENT NUMBER: **60009478**

---

Pursuant to the 3rd Amendment (dated December 14, 2011) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 4 of 11 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

*Total Due*                                                                 $530,000

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**