# GROUP EXHIBIT B

# ERNST & YOUNG

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

**INVOICE NUMBER: US0130628228**

May 11, 2012

**PLEASE REMIT TO:**
Ernst & Young US LLP
Wells Fargo Bank, NA
P.O. Box 933514
Atlanta, GA 31193-3514

**EIN: 34-6565596**

**NORTEL NETWORKS INC.**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

BU: **US017**   CLIENT NUMBER: **60009478**

Pursuant to the 3rd Amendment (dated December 14, 2011) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, out of scope professional fees rendered from January 1, 2012 through February 17, 2012 in connection with the following:

(Details attached)

|   |   |
|---|---|
| *Total Due* | **$191,485** |

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**



Invoice Number:US0130628228
May 11, 2012

**Tax Performance Advisory:**

Consultation and assistance confirming key tax requirements in the conversion approach for QuickBooks including the ability to retrieve tax data in the post-SAP environment.

**Hours:**
| | |
|---|---|
| Staff | 4.8 |
| Senior | 8.8 |
| Manager | 0.4 |
| Executive Director | 10.3 |
| Senior Manager | <u>19.9</u> |
| **Total** | **44.2 hours** |

$19,988

**Modeling:**

Review and consultation of tax models to incorporate i) 2010 actual tax return data and 2011 financial close data, ii) apportionment factors and tax attributes to reflect 2010 tax return filings, 2011 income statement and 2011 ending balance sheet, and iii) updated model format to include book income and deduction amounts and annual book-to-tax adjustments.

**Hours:**
| | |
|---|---|
| Staff | 38.4 |
| Senior | 32.5 |
| Manager | 27.5 |
| Senior Manager | 0.9 |
| Executive Director | 59.2 |
| Partner | <u>6.5</u> |
| **Total** | **165.0** |

$63,213

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
DUE UPON RECEIPT



Invoice Number:US0130628228
May 11, 2012

**Foreign Jurisdiction Tax Assistance:**
Assessment of local country tax advice,
Assistance with the coordination of data relating to the filing of local country income and indirect tax returns,
Consultation related to the resolution of tax controversies for tax periods open by the statute, and
Assistance with procedural matters related to the wind-up and final withdrawal of the local entity or branch for the following jurisdictions:

        Guatemala
        Trinidad & Tobago

**Hours:**
| | |
|---|---|
| Executive Director | 29.4 |
| Partner | 0.5 |
| **Total** | **29.9** |

                                              **$16,343**

**North Carolina Alternative Apportionment:**

Draft request to State of North Carolina requesting Alternative Apportionment, including required statutory analysis and calculations

Calculations around the impact of using actual apportionment in tax years 2011 through 2013 versus the use of an alternative apportionment method.

**Hours:**
| | |
|---|---|
| Intern | 2.0 |
| Staff | 48.1 |
| Senior | 18.5 |
| Manager | 49.7 |
| Senior Manager | 14.5 |
| Executive Director | 10.3 |
| Partner | 49.1 |
| **Total** | **192.2** |

                                              **$79,966**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
DUE UPON RECEIPT

**ERNST & YOUNG**

Invoice Number: US0130628228
May 11, 2012

**Transfer Pricing:**

Pre-controversy transfer pricing analysis, including:

Compilation of data requirements for analysis of limited risk distributor.

Preparation and review of Residual Profit-Split Method ("RPSM") calculations, including assessment of impact of 4th estate settlement on RPSM assumptions.

**Hours:**

| | |
|---|---|
| Executive Director | 6 |
| **Total** | **6** |

$3,270

**Expenses:**

Expenses related to travel for meeting in NY with Cleary Gottlieb and Creditor Counsel not previously billed     $8,706

**Total Invoice**     $191,485

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
DUE UPON RECEIPT

**ERNST & YOUNG**

| Tax Performance Advisory Time & Expense Detail: | | | | | | | |
|---|---|---|---|---|---|---|---|
| January 01, 2012 - January 20, 2012 | | | | | | | |
| **Engagement** | **Employee** | **Transaction Date** | **Rank** | **Description** | **Value** | **Hours (Analysis)** | **Fees+Surcharge (Analysis)** |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 1/19/2012 | Executive Director | Meeting with RLKS and Tim Ross on data retention testing status with follow-up action, ncluding review and approval of testing | $545.00 | 1.2 | $654.00 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 1/19/2012 | Executive Director | Meeting with Tim R. and correspondence with CN personel on historic Australian APA questions | $545.00 | 0.8 | $436.00 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 1/20/2012 | Executive Director | Preparation of outline for Tim R. on OOS project needs and recommended timing | $545.00 | 2.0 | $1,090.00 |
| | | | | **1/1/12 - 1/20/12 Totals** | | **4.0** | **$2,180** |
| January 21, 2012 - February 17, 2012 | | | | | | | |
| **Engagement** | **Employee** | **Transaction Date** | **Rank** | **Description** | **Value** | **Hours (Analysis)** | **Fees+Surcharge (Analysis)** |
| CY 2012 Federal Consulting (16135751) | Sloop,Erin Pamela (US013145968) | 2/7/2012 | Staff | Nortel IT Training related to Data Retention / Post SAP data gathering 2/7 | $170.00 | 4.8 | $816.00 |
| CY 2012 Federal Consulting (16135751) | Whaley III,William C. (US012947705) | 2/7/2012 | Senior | Nortel IT Training related to Data Retention/post SAP data gathering | $300.00 | 1.0 | $300.00 |
| CY 2012 Federal Consulting (16135751) | Poormon,Melissa (US013102225) | 2/7/2012 | Senior | Nortel IT Training related to data retention/post SAP data gathering 2/7 - 2/8. | $300.00 | 5.0 | $1,500.00 |
| CY 2012 Federal Consulting (16135751) | Poormon,Melissa (US013102225) | 2/8/2012 | Senior | Nortel IT Training related to data retention/post SAP data gathering 2/7 - 2/8. | $300.00 | 2.8 | $840.00 |
| CY 2012 Federal Consulting (16135751) | Lemanski,Bobbi Michelle Wilson (US011546063) | 2/7/2012 | Manager | Nortel IT Training related to Data Retention / Post SAP data gathering 2/7 - 2/8 | $430.00 | 0.4 | $172.00 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 1/23/2012 | Executive Director | Attention to IDA testing sign-off | $545.00 | 0.3 | $163.50 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 1/24/2012 | Executive Director | Attention EMB installations, testing and sign-off | $545.00 | 0.5 | $272.50 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 1/24/2012 | Executive Director | Conference call with Jane D. on various systems related developments, as well as related follow-up with Brian S. | $545.00 | 0.5 | $272.50 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 2/17/2012 | Executive Director | Document review, destruction and retention action required by client prior to facitilty move | $545.00 | 5.0 | $2,725.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/4/2012 | Senior Manager | 15697311 - Attention to data retention status update. | $540.00 | 1.2 | $648.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/5/2012 | Senior Manager | 15697311 - Prepare data retention testing status update and follow up regarding Hyperview. | $540.00 | 0.8 | $432.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/9/2012 | Senior Manager | 15697311 - Assist with hyperview testing, and IDA review. | $540.00 | 0.7 | $378.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/10/2012 | Senior Manager | 15697311 - Conduct QB GL account review. | $540.00 | 0.5 | $270.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/11/2012 | Senior Manager | 15697311 - Assist with provision of 2012 vendor list for QB. | $540.00 | 1.0 | $540.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/16/2012 | Senior Manager | 15697311 - Assist with QB/Vault requirements. | $540.00 | 0.2 | $108.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/17/2012 | Senior Manager | 15697311 - Assist with Quickbooks document storage, and data retention update. | $540.00 | 2.1 | $1,134.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/18/2012 | Senior Manager | 15697311 - Assist with data retention update. | $540.00 | 0.5 | $270.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/19/2012 | Senior Manager | 15697311 - Attend and pariticpate in retention meeting and follow up. | $540.00 | 2.5 | $1,350.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/20/2012 | Senior Manager | 15697311 - Assist with IDA and IXOS testing. | $540.00 | 2.5 | $1,350.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/23/2012 | Senior Manager | 15697311 - Assist with IDA DR. | $540.00 | 0.2 | $108.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/24/2012 | Senior Manager | 15697311 - Assist with IXOS/EMB/BOXI validation. | $540.00 | 3.3 | $1,782.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/25/2012 | Senior Manager | 15697311 - Assist with IXOS/EMB/BOXI validation. | $540.00 | 1.4 | $756.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/25/2012 | Senior Manager | 15697311 - QuickBooks meeting and analysis regarding ship to addresses. | $540.00 | 1.4 | $756.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/26/2012 | Senior Manager | 15697311 - QuickBooks process discussion and MDM data retention. | $540.00 | 0.9 | $486.00 |
| CY12 Sales & Use Advisory (16135921) | Brian Short | 1/27/2012 | Senior Manager | 15697311 - Perform QuickBooks process review. | $540.00 | 0.7 | $378.00 |
| | | | | **1/21/12 - 2/17/12 Totals** | | **40.2** | **$17,808** |
| | | | | **Total TPA Time** | | **44.2** | **$19,988** |

**Modeling Time Detail:**

**January 01, 2012 - January 20, 2012**

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| CY 2012 Federal Consulting (16135751) | Williams,Charles F (US011285465) | 1/18/2012 | Executive Director | Updating models and memos for recent activity. | $545.00 | 6.0 | $3,270.00 |
| CY 2012 Federal Consulting (16135751) | Williams,Charles F (US011285465) | 1/19/2012 | Executive Director | Updating models and memos for recent activity. | $545.00 | 3.0 | $1,635.00 |
| CY 2012 Federal Consulting (16135751) | Williams,Charles F (US011285465) | 1/20/2012 | Executive Director | Updating models and memos for recent activity. | $545.00 | 2.0 | $1,090.00 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 1/18/2012 | Executive Director | Meet with EY team on modeling and engagement related issues | $545.00 | 4.0 | $2,180.00 |
| CY 2012 Federal Consulting (16135751) | Abbott,Douglas J. (US012013835) | 1/10/2012 | Partner | Analyze modeling identified changes | $640.00 | 2.0 | $1,280.00 |
| CY 2012 Federal Consulting (16135751) | Abbott,Douglas J. (US012013835) | 1/17/2012 | Partner | analyzing akin presentation for state model items | $640.00 | 4.0 | $2,560.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 1/11/2012 | Staff | State Modeling meeting to discuss Nortel SALT scenarios and base models for TY 2009-2011 | $170.00 | 1.5 | $255.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 1/18/2012 | Staff | State Modeling meeting to discuss requirements and updates for 2011state model and 2010 apportionment inputs and locating 2010 apportionment factors and NOL carryforwards from OneSource organizer. | $170.00 | 1.8 | $306.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 1/19/2012 | Staff | Locating 2010 apportionment factors and NOL carryforwards from OneSource organizer. | $170.00 | 3.0 | $510.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 1/20/2012 | Staff | Participate in congoing State Modeling meetings to discuss requirements and updates for 2011state model and 2010 apportionment inputs and locating 2010 apportionment factors and NOL carryforwards from OneSource organizer. | $170.00 | 2.0 | $340.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/11/2012 | Manager | discussions w/ e sloop re: jeff wood meeting on state modeling | $430.00 | 0.5 | $215.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/17/2012 | Manager | state modeling - discussion w/ j york and e sloop re: 2010 model | $430.00 | 0.6 | $258.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/20/2012 | Manager | state modeling - discussion w/ j york and e sloop re: 2010 model | $430.00 | 1.3 | $559.00 |
| | | | | **1/1/12 - 1/20/12 Modeling Time** | | **31.7** | **14,458** |

**January 21, 2012 - February 17, 2012**

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 2/15/2012 | Executive Director | Compile claims data from client sources and complete solvency analysis of NNC subsidiaries | $545.00 | 2.5 | $1,362.50 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 1/23/2012 | Executive Director | Development work on modeling template for Nortel's US estate including data collection from return workpapers for 09 and 10 | $545.00 | 6.0 | $3,270.00 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 1/23/2012 | Executive Director | Correspondence with David C. related to professional fee budgets required for modeling exercise. Review of same | $545.00 | 0.8 | $436.00 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 1/24/2012 | Executive Director | Model development - tax balance sheet roll-out calculations using final 2011 G/L | $545.00 | 6.5 | $3,542.50 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 1/25/2012 | Executive Director | Model development work in preparation for meetings on same with Suzzane Y. | $545.00 | 5.0 | $2,725.00 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 2/1/2012 | Executive Director | Preparation for modeling meetings with Suzanne Y. | $545.00 | 2.0 | $1,090.00 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 2/2/2012 | Executive Director | Preparation for and meetings with Suzanne Y. on rework of modeling templates | $545.00 | 4.0 | $2,180.00 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 2/3/2012 | Executive Director | Meetings with Suzanne Y. and Matt G. and actions related to modeling exercise | $545.00 | 3.0 | $1,635.00 |

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 2/6/2012 | Executive Director | Tax modeling - template development and variable analysis | $545.00 | 5.5 | $2,997.50 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 2/7/2012 | Executive Director | Model development and analysis against prior iterations and meeting notes | $545.00 | 4.0 | $2,180.00 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 2/8/2012 | Executive Director | Model development and documentation of changes from prior versions | $545.00 | 4.0 | $2,180.00 |
| CY 2012 Federal Consulting (16135751) | Wood,Jeffrey T (US013081390) | 2/9/2012 | Executive Director | Model updates to incorporate federal tax, credits and modify format of output | $545.00 | 1.0 | $545.00 |
| 2012 Tax Controversy (16136076) | Young,Suzanne N (US012516259) | 1/24/2012 | Senior | modeling: respond to matt's questions from doug regarding state scenarios | $300.00 | 1.0 | $300.00 |
| 2012 Tax Controversy (16136076) | Young,Suzanne N (US012516259) | 2/1/2012 | Senior | travel to NC for modeling | $150.00 | 6.0 | $900.00 |
| 2012 Tax Controversy (16136076) | Young,Suzanne N (US012516259) | 2/2/2012 | Senior | Modeling. Revising modeling output and reviewing new cases. | $300.00 | 8.0 | $2,400.00 |
| 2012 Tax Controversy (16136076) | Young,Suzanne N (US012516259) | 2/3/2012 | Senior | travel to NC for modeling | $150.00 | 6.0 | $900.00 |
| 2012 Tax Controversy (16136076) | Young,Suzanne N (US012516259) | 2/3/2012 | Senior | Modeling. Revising modeling output and reviewing new cases. | $300.00 | 5.0 | $1,500.00 |
| 2012 Tax Controversy (16136076) | Young,Suzanne N (US012516259) | 2/9/2012 | Senior | Assist with new modeling | $300.00 | 2.0 | $600.00 |
| 2012 Tax Controversy (16136076) | Coats,Edward R (US012544400) | 1/23/2012 | Executive Director | REview of latest models | $545.00 | 1.0 | $545.00 |
| 2012 Tax Controversy (16136076) | Wood,Jeffrey T (US013081390) | 1/25/2012 | Executive Director | Correspondence with Cleary and Allen S. regarding MI correspondence and demand for payment | $545.00 | (0.8) | ($436.00) |
| 2012 Tax Controversy (16136076) | Wood,Jeffrey T (US013081390) | 1/27/2012 | Executive Director | Correspondence with Dave K. on MI officer action | $545.00 | (0.3) | ($163.50) |
| 2012 Tax Controversy (16136076) | Mesler,Mark S. (US011706071) | 2/6/2012 | Partner | Conference call with E&Y team to discuss issues in next imminent IRS audit | $640.00 | 0.5 | $320.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 2/14/2012 | Staff | Calculating Sales Factor and classification of other income on trial balance to be included in Sales Factor Apportionment for 2011 SALT Model. | $170.00 | 2.1 | $357.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 2/9/2012 | Staff | 2011 State Model apportionment factor calculation for average property and rent expense, payroll, and sales factors. Rolling forward 2010 NOLs and federal taxable income to 2011 State Model base. | $170.00 | 2.9 | $493.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 2/10/2012 | Staff | 2011 State Model apportionment factor calculation for average property and rent expense, payroll, and sales factors. Rolling forward 2010 NOLs and federal taxable income to 2011 State Model base. | $170.00 | 2.8 | $476.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 2/17/2012 | Staff | Creating 2014 Model and rolling forward NOLs for TY 2011-2013 | $170.00 | 3.5 | $595.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/23/2012 | Manager | modeling - discussions w/ e sloop re: 2010 and 2011 models (nols and state appt) and review new scenarios | $430.00 | 2.0 | $860.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/24/2012 | Manager | review draft guarantee payment and subrogation memo for future modeling and discuss scenarios w/ suzanne young | $430.00 | 3.2 | $1,376.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/25/2012 | Manager | review doug abbott e-mail re: akin questions on state models from nyc meeting and further review new scenarios | $430.00 | 1.0 | $430.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/31/2012 | Manager | discussion with jeff york and erin sloop regarding 2010 model issues and review and validate 2010 model | $430.00 | 3.5 | $1,505.00 |

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/2/2012 | Manager | modeling - discussions with erin sloop regarding 2010 and 2011 models and review 2011 data for apportionment to enter into the model | $430.00 | 1.5 | $645.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/3/2012 | Manager | review and validate 2010 model | $430.00 | 1.5 | $645.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/6/2012 | Manager | modeling - discussions with erin sloop regarding 2011 apportionment source documentation and review 2010 model and discuss changes with erin sloop; | $430.00 | 3.0 | $1,290.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/7/2012 | Manager | modeling - review 2010 model and discuss changes with erin sloop | $430.00 | 1.1 | $473.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/8/2012 | Manager | review 2010 model and discuss changes with erin sloop, as well as net operating loss schedules for importing into 2010 model | $430.00 | 1.5 | $645.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/9/2012 | Manager | modeling - review net operating loss schedules for importing into 2010 model. | $430.00 | 3.0 | $1,290.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/13/2012 | Manager | modeling - discussion with jeff wood on 2011 apportionment information | $430.00 | 0.3 | $129.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/14/2012 | Manager | discussions with erin sloop regarding changes to 2010 model and information to include in 2011 model | $430.00 | 1.0 | $430.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/15/2012 | Manager | Attention to changes to 2010 model and information to include in 2011 model | $430.00 | 1.5 | $645.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/16/2012 | Manager | Analyze changes to 2010 model and information to include in 2011 model | $430.00 | 0.5 | $215.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/17/2012 | Manager | Further analysis of changes to 2010 model and information to include in 2011 model | $430.00 | 0.5 | $215.00 |
| CY12 SALT Consulting (16180516) | York,Jeffrey Allan (US011940295) | 1/23/2012 | Senior Manager | Nortel Networks SALT Modeling - Work on 2010 model updates (data) with Matt and Erin | $540.00 | 0.5 | $270.00 |
| CY12 SALT Consulting (16180516) | York,Jeffrey Allan (US011940295) | 2/2/2012 | Senior Manager | Nortel Networks SALT Modeling - Status update call with Matt and Erin to discuss 2010 and 2011 models | $540.00 | 0.4 | $216.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 1/30/2012 | Staff | Work on SALT model, including adjustments to tax base for 10 states, validating output for 2010 model, rolling forward 2010 NOLs for the CY model scenario, and inputting 2011 Property, payroll, and sales apportionment data. | $170.00 | 1.0 | $170.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 1/31/2012 | Staff | Work on SALT model, including adjustments to tax base for 10 states, validating output for 2010 model, rolling forward 2010 NOLs for the CY model scenario, and inputting 2011 Property, payroll, and sales apportionment data. | $170.00 | 2.5 | $425.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 2/1/2012 | Staff | Work on SALT model, including adjustments to tax base for 10 states, validating output for 2010 model, rolling forward 2010 NOLs for the CY model scenario, and inputting 2011 Property, payroll, and sales apportionment data. | $170.00 | 1.3 | $221.00 |
| CY12 SALT Consulting (16180516) | Poormon,Melissa (US013102225) | 1/23/2012 | Senior | Helped Erin Sloop with pulling apportionment from OneSource and NOL schedules from eDocs for the state modeling. | $300.00 | 4.5 | $1,350.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 1/23/2012 | Staff | Gathering and inputting State Apportionment factors for 2010 Nortel State Model and validating State Model outputs with 2010 state tax returns. | $170.00 | 3.0 | $510.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 1/24/2012 | Staff | Perform NOL carryforward analysis and inputs | $170.00 | 2.9 | $493.00 |

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 1/25/2012 | Staff | Analyze NNI modifications to Federal Taxable Income | $170.00 | 3.1 | $527.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 1/26/2012 | Staff | Analyze changes to 2010 model and information to include in 2011 model | $170.00 | 1.0 | $170.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 2/15/2012 | Staff | Creating workpapers for 2012, 2013, and 2014 apportionment factors for State modeling scenarios. | $170.00 | 3.2 | $544.00 |
| CY12 SALT Consulting (16180516) | Sloop,Erin Pamela (US013145968) | 2/16/2012 | Staff | Creating workpapers for 2012, 2013, and 2014 apportionment factors for State modeling scenarios. | $170.00 | 0.8 | $136.00 |
| | | | | **1/21/12 - 2/17/12 Modeling Time** | | **133.3** | **$48,755** |
| | | | | **Total Modeling Time** | | **165.0** | **$63,213** |

**Foreign Jurisdiction Assistance Time Detail:**

**January 01, 2012 - January 20, 2012**

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 1/3/2012 | Executive Director | Consulation with Maytea A. related to Trinidad/Tobago PE issues | $545.00 | 1.0 | $545.00 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 1/19/2012 | Executive Director | Conference call and correspondence with Allen S. on Trinidad/Tobago tax issues and liquidation related data requirements | $545.00 | 0.8 | $436.00 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 1/20/2012 | Executive Director | Conference call with Nortel and Cleary on liquidation related clearance issues for Trinidad and Tobago. Includes preparation time | $545.00 | 1.0 | $545.00 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 1/20/2012 | Executive Director | Correspondence with Steve P. on resource issues for Nortel in Trinidad / Tobago | $545.00 | 0.3 | $163.50 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 1/20/2012 | Executive Director | Research into PE matter for Trinidad and Tobago. Completion of presentation materials for Tim R. detailing issue and next steps | $545.00 | 5.2 | $2,834.00 |
| | | | | **1/1/12 - 1/20/12 Foreign Assistance Time** | | **8.3** | **4,524** |

**January 21, 2012 - February 17, 2012**

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 2/1/2012 | Executive Director | Correspondence with Trinidad and Tobago EY team on liquidator role | $545.00 | 0.3 | $163.50 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 2/13/2012 | Executive Director | Research and analysis of transfer pricing issues and local law for Trinidad & Tobago | $545.00 | 4.0 | $2,180.00 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 2/14/2012 | Executive Director | Draft position paper on transfer pricing calculations for COGS on Trinidad and Tobago implied branch for 06 and 07. Distribute to Steve P. and Jeff L. for initial reveiw | $545.00 | 7.0 | $3,815.00 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 2/15/2012 | Executive Director | Modify Trinidad & Tobago transfer pricing memorandum for comments provided by Jeff L., modiify for client distribution and send to client. | $545.00 | 1.5 | $817.50 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 1/28/2012 | Executive Director | Correspondence with Mayte A. related to Trinidad and Tobago liquidator coverage. Internal EY correspondence on same | $545.00 | 0.5 | $272.50 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 2/7/2012 | Executive Director | Conference call with various Nortel and Cleary personel on Trinidad and Tobago PE exposure calculations. Follow up analysis of facts and preparation for call with Jeff L. on same | $545.00 | 1.5 | $817.50 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 2/9/2012 | Executive Director | Transfer pricing call with Jeff L. related to Trinidad / Tobago and YE requirements | $545.00 | 0.5 | $272.50 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 2/11/2012 | Executive Director | Correspondence and research on Trinidad / Tobago transfer pricing matters | $545.00 | 1.5 | $817.50 |
| CY 2012 ITS Consulting (16135806) | Puett,Stephen W (US011705572) | 2/17/2012 | Partner | Guatemala liquidation call | $640.00 | 0.5 | $320.00 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 2/13/2012 | Executive Director | Review and documentation of correspondence on NNIII Indian stay actions | $545.00 | 0.5 | $272.50 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 2/14/2012 | Executive Director | Review and reseach Puerto Rican municiple claim for pending action | $545.00 | 0.5 | $272.50 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 2/15/2012 | Executive Director | Compilation of historic information required to secure Puerto Rico overpayment for NNI branch. Correspondence with Juan R. on same and municiple tax claim | $545.00 | 1.0 | $545.00 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 2/17/2012 | Executive Director | Call on status of Puerto Rico returns, refund requests and liquidation. Includes preparation and follow-up actions | $545.00 | 1.0 | $545.00 |

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 1/23/2012 | Executive Director | Correspondence on NNIII petition for stay in respect of 08-09 penalty assessment | $545.00 | 0.5 | $272.50 |
| CY 2012 ITS Consulting (16135806) | Wood,Jeffrey T (US013081390) | 2/17/2012 | Executive Director | Conference call with client and Cleary on Guatemala and required repatriation actions / risks | $545.00 | 0.8 | $436.00 |
| | | | | **1/21/12 - 2/17/12 Foreign Assistance Time** | | **21.6** | **$11,820** |
| | | | | **Total Foreign Assistance Time** | | **29.9** | **$16,343** |

**NC Alternative Apportionment Time Detail:**
**January 01, 2012 - January 20, 2012**

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| CY12 SALT Consulting (16180516) | Chamberlain,Kristen (US012872118) | 1/8/2012 | Senior | RECLASS - Nortel NC Alt Appt - discussion w/ Matt Gentile regarding request for Alt Appt work | $300.00 | 1.5 | $450.00 |
| CY12 SALT Consulting (16180516) | Chamberlain,Kristen (US012872118) | 1/9/2012 | Senior | RECLASS - NC Alt Appt - reading Cleary memo | $300.00 | 1.0 | $300.00 |
| CY12 SALT Consulting (16180516) | Chamberlain,Kristen (US012872118) | 1/10/2012 | Senior | RECLASS - NC Alt Appt - discussion w/ Matt Gentile regarding Alt Appt request letter, NC statutes & cases research | $300.00 | 1.0 | $300.00 |
| CY12 SALT Consulting (16180516) | Chamberlain,Kristen (US012872118) | 1/11/2012 | Senior | RECLASS - NC Alt Appt - discussion w/ Matt Gentile regarding Alt Appt request letter, NC statutes & cases research | $300.00 | 3.0 | $900.00 |
| CY12 SALT Consulting (16180516) | Chamberlain,Kristen (US012872118) | 1/12/2012 | Senior | RECLASS - NC Alt Appt - drafting request letter | $300.00 | 4.0 | $1,200.00 |
| CY12 SALT Consulting (16180516) | Chamberlain,Kristen (US012872118) | 1/16/2012 | Senior | RECLASS - NC Alt Appt Request - writing request memo | $300.00 | 2.5 | $750.00 |
| CY12 SALT Consulting (16180516) | Chamberlain,Kristen (US012872118) | 1/20/2012 | Senior | RECLASS - NC Alt Appt - pulling NC A&A prior return data for attachments, reading updated memo | $300.00 | 0.5 | $150.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/10/2012 | Manager | assist with alternative appt request letter | $430.00 | 0.5 | $215.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/11/2012 | Manager | nortel - alternative appt request letter | $430.00 | 1.0 | $430.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/12/2012 | Manager | nortel - alternative appt request letter | $430.00 | 0.5 | $215.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/17/2012 | Manager | nc alt appt request - review request letter | $430.00 | 1.0 | $430.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/18/2012 | Manager | nc alt appt request - review draft request letter | $430.00 | 3.0 | $1,290.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/19/2012 | Manager | nc alt appt request - review and comment upon draft request letter | $430.00 | 4.0 | $1,720.00 |
| CY12 SALT Consulting (16180516) | Scott,James E (US011119307) | 1/20/2012 | Partner | Matt Gentile discussion re: guar pmt, model implications alt support | $640.00 | 1.6 | $1,024.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/6/2012 | Manager | nortel alternative appt - discussion w/ k chamberlain re: nc alt appt request | $430.00 | 0.6 | $258.00 |
| | | | | **1/1/12 - 1/20/12 NC Alt Apportionment Time** | | **25.7** | **9,632** |

**January 21, 2012 - February 17, 2012**

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| CY12 SALT Consulting (16180516) | Pearson,Jessica Louise (US013197022) | 1/26/2012 | Intern | Revisions to Nortel Alt Apportnmnt Method Request | $0.00 | 2.0 | $0.00 |
| CY12 SALT Consulting (16180516) | Hudson,Jon Eric (US013022530) | 2/8/2012 | Staff | Researched apportionable income for NNI from sale of business lines | $170.00 | 3.1 | $527.00 |
| CY12 SALT Consulting (16180516) | Hudson,Jon Eric (US013022530) | 2/9/2012 | Staff | Researched apportionable income for NNI from sale of business lines | $170.00 | 6.7 | $1,139.00 |
| CY12 SALT Consulting (16180516) | Hudson,Jon Eric (US013022530) | 2/12/2012 | Staff | Continued work on apportionable income memorandum | $170.00 | 1.6 | $272.00 |
| CY12 SALT Consulting (16180516) | Hudson,Jon Eric (US013022530) | 2/13/2012 | Staff | Continued work on apportionable income memorandum | $170.00 | 2.3 | $391.00 |
| CY12 SALT Consulting (16180516) | Hudson,Jon Eric (US013022530) | 2/14/2012 | Staff | Continued work on apportionable income memorandum | $170.00 | 4.1 | $697.00 |
| CY12 SALT Consulting (16180516) | Hudson,Jon Eric (US013022530) | 2/15/2012 | Staff | Continued work on apportionable income memorandum | $170.00 | 8.5 | $1,445.00 |
| CY12 SALT Consulting (16180516) | Hudson,Jon Eric (US013022530) | 2/16/2012 | Staff | Continued work on apportionable income memorandum | $170.00 | 8.0 | $1,360.00 |
| CY12 SALT Consulting (16180516) | Hudson,Jon Eric (US013022530) | 2/17/2012 | Staff | Continued work on apportionable income memorandum | $170.00 | 8.0 | $1,360.00 |

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| CY12 SALT Consulting (16180516) | Hess,Samuel H. (US013150816) | 2/16/2012 | Staff | Compiling footnote reference source documents including authorities, cases, and rulings into edocs to support alternative apportionment memos | $170.00 | 5.8 | $986.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/23/2012 | Manager | review m. hannah's draft of alternative appt request in NC | $430.00 | 1.0 | $430.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/24/2012 | Manager | review and comment upon draft appt request in NC | $430.00 | 2.0 | $860.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/25/2012 | Manager | discussions w/ jeff wood re: open questions on appt request | $430.00 | 0.7 | $301.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/26/2012 | Manager | assist with preparation of draft alternative appt request | $430.00 | 2.5 | $1,075.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 1/30/2012 | Manager | conference call with jim scott, kristen chamberlain, keith gargus and jeff wood to discuss to discuss NC alternative appt request | $430.00 | 2.0 | $860.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/2/2012 | Manager | incorporate changes into the NC alternative appt request | $430.00 | 2.0 | $860.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/3/2012 | Manager | incorporate further changes into the appt request and meet with J. Scott and J. Wood regarding the same. | $430.00 | 4.0 | $1,720.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/6/2012 | Manager | north carolina alternative apportionment - revisisions to the attachments for the alternative apportionment request (including projected apportionment and calculations) | $430.00 | 2.0 | $860.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/9/2012 | Manager | drafting a one-page summary of the argument in appt request; | $430.00 | 2.5 | $1,075.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/10/2012 | Manager | meet with eric hudson to discuss appotionable/nonapportionable income memo; | $430.00 | 4.8 | $2,064.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/13/2012 | Manager | alternative apportionment request - review request and have discussion of changes with jeff wood and jim scott | $430.00 | 3.0 | $1,290.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/14/2012 | Manager | alternative apportionment request - review request; discussion of changes with jeff wood and jim scott; review north carolina memo on whether gain will be apportionable versus non-apportionable income | $430.00 | 4.7 | $2,021.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/15/2012 | Manager | review north carolina memo on whether gain will be apportionable versus non-apportionable income | $430.00 | 3.6 | $1,548.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/16/2012 | Manager | alternative apportionment request - review request | $430.00 | 3.0 | $1,290.00 |
| CY12 SALT Consulting (16180516) | Gentile,Matthew Donald (US012548056) | 2/17/2012 | Manager | review north carolina memo on whether gain will be apportionable versus non-apportionable income | $430.00 | 1.3 | $559.00 |
| CY12 SALT Consulting (16180516) | Wood,Jeffrey T (US013081390) | 2/1/2012 | Executive Director | Summary of cumulative loss position for NC variance ruling request | $545.00 | 1.0 | $545.00 |
| CY12 SALT Consulting (16180516) | Wood,Jeffrey T (US013081390) | 2/1/2012 | Executive Director | Meeting with Allen Lang on estiamted base rental expense and subrental income for NC variance ruling request | $545.00 | 0.5 | $272.50 |
| CY12 SALT Consulting (16180516) | Wood,Jeffrey T (US013081390) | 2/3/2012 | Executive Director | Review NC variance ruling request. Discussions with Matt G. on same | $545.00 | 0.8 | $436.00 |
| CY12 SALT Consulting (16180516) | Wood,Jeffrey T (US013081390) | 2/8/2012 | Executive Director | Drafting comments on NC variance ruling talking points document. Review correspondence on same | $545.00 | 0.8 | $436.00 |

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| CY12 SALT Consulting (16180516) | Wood,Jeffrey T (US013081390) | 2/13/2012 | Executive Director | Review and provide drafting suggestions on NC variance memorandum | $545.00 | 0.5 | $272.50 |
| CY12 SALT Consulting (16180516) | Wood,Jeffrey T (US013081390) | 2/13/2012 | Executive Director | Research and subsequent correspondece to Tim R. on DE capital stock calculations and authorized share revision proposal | $545.00 | 1.0 | $545.00 |
| CY12 SALT Consulting (16180516) | Wood,Jeffrey T (US013081390) | 2/16/2012 | Executive Director | Review and provide comments on NC variance documents | $545.00 | 0.5 | $272.50 |
| CY12 SALT Consulting (16180516) | Scott,James E (US011119307) | 1/25/2012 | Partner | NC alt apportionment Secretary of Revenue ruling request | $640.00 | 4.1 | $2,624.00 |
| CY12 SALT Consulting (16180516) | Scott,James E (US011119307) | 1/26/2012 | Partner | revisions to NC alt apport ruling (multiple revisions) | $640.00 | 3.3 | $2,112.00 |
| CY12 SALT Consulting (16180516) | Scott,James E (US011119307) | 1/27/2012 | Partner | NC ruling request w/ Matt, Jeff Wood, and out to Abbott, Beakey for review | $640.00 | 2.2 | $1,408.00 |
| CY12 SALT Consulting (16180516) | Gargus,Vernon Keith (US012006551) | 1/27/2012 | Partner | Review NC Ruling request | $640.00 | 2.0 | $1,280.00 |
| CY12 SALT Consulting (16180516) | Scott,James E (US011119307) | 2/1/2012 | Partner | Review NC alt apportionment ruling request | $640.00 | 4.1 | $2,624.00 |
| CY12 SALT Consulting (16180516) | Scott,James E (US011119307) | 2/2/2012 | Partner | Make revisions to NC alt apport ruling | $640.00 | 3.3 | $2,112.00 |
| CY12 SALT Consulting (16180516) | Scott,James E (US011119307) | 2/3/2012 | Partner | Discuss NC ruling request w/ Matt Gentile, Jeff Wood | $640.00 | 2.2 | $1,408.00 |
| CY12 SALT Consulting (16180516) | Gargus,Vernon Keith (US012006551) | 1/30/2012 | Partner | Review NC Alternative Apportionment | $640.00 | 2.0 | $1,280.00 |
| CY12 SALT Consulting (16180516) | Bradshaw,Ann (US011289766) | 2/8/2012 | Partner | NC Request for Alt Appt - review & comment for JScott & ABeakey | $640.00 | 2.5 | $1,600.00 |
| CY12 SALT Consulting (16180516) | Bradshaw,Ann (US011289766) | 2/9/2012 | Partner | Make comments to NC letter | $640.00 | 1.0 | $640.00 |
| CY12 SALT Consulting (16180516) | Bradshaw,Ann (US011289766) | 2/10/2012 | Partner | speak with Andy B on Nortel SALT Letter | $640.00 | 0.5 | $320.00 |
| CY12 SALT Consulting (16180516) | Bradshaw,Ann (US011289766) | 2/16/2012 | Partner | Alt Appt memo - final read + IR on second memo | $640.00 | 1.0 | $640.00 |
| CY12 SALT Consulting (16180516) | Chamberlain,Kristen (US012872118) | 1/27/2012 | Senior | RECLASS - NC Alt Appt Request - updating request letter | $300.00 | 1.0 | $300.00 |
| CY12 SALT Consulting (16180516) | Chamberlain,Kristen (US012872118) | 1/29/2012 | Senior | RECLASS - NC Alt Appt Memo - revising memo, call with Nortel team | $300.00 | 1.5 | $450.00 |
| CY12 SALT Consulting (16180516) | Chamberlain,Kristen (US012872118) | 1/30/2012 | Senior | RECLASS - NC Alt Appt Memo - revising memo, call with Nortel team | $300.00 | 2.5 | $750.00 |
| CY12 SALT Consulting (16180516) | Abbott,Douglas J. (US012013835) | 1/31/2012 | Partner | Review NC appt memo | $640.00 | 2.5 | $1,600.00 |
| CY12 SALT Consulting (16180516) | Abbott,Douglas J. (US012013835) | 2/1/2012 | Partner | Review NC Memo / TP memo | $640.00 | 2.5 | $1,600.00 |
| CY12 SALT Consulting (16180516) | Beakey III,Andrew M (US011131290) | 2/6/2012 | Partner | Review of N.C. Apportionment document and discussion with Jim Scott | $640.00 | 0.5 | $320.00 |
| CY12 SALT Consulting (16180516) | Beakey III,Andrew M (US011131290) | 2/8/2012 | Partner | Review of N.C. Apportionment document and discussion with Jim Scott | $640.00 | 1.5 | $960.00 |
| CY12 SALT Consulting (16180516) | Beakey III,Andrew M (US011131290) | 2/9/2012 | Partner | Review of N.C. Apportionment document and discussion with Jim Scott | $640.00 | 1.0 | $640.00 |
| CY12 SALT Consulting (16180516) | Abbott,Douglas J. (US012013835) | 2/7/2012 | Partner | Review NC appt memo | $640.00 | 2.0 | $1,280.00 |
| CY12 SALT Consulting (16180516) | Abbott,Douglas J. (US012013835) | 2/8/2012 | Partner | Review NC memo | $640.00 | 1.0 | $640.00 |
| CY12 SALT Consulting (16180516) | Beakey III,Andrew M (US011131290) | 2/14/2012 | Partner | Tax research and review of Nortel N.C. memo - 1.1 hrs, Conversations with John Ray and Richard Lydecker regarding Transfer Pricing scenarios - .9 hrs | $640.00 | 2.0 | $1,280.00 |
| CY12 SALT Consulting (16180516) | Scott,James E (US011119307) | 2/14/2012 | Partner | Review of NC allocation analysis and requests from other reviewers | $640.00 | 1.8 | $1,152.00 |
| CY12 SALT Consulting (16180516) | Wood,Jeffrey T (US013081390) | 1/24/2012 | Executive Director | Initial review of NC variance ruling documents. | $545.00 | 0.5 | $272.50 |
| CY12 SALT Consulting (16180516) | Wood,Jeffrey T (US013081390) | 1/27/2012 | Executive Director | Review and comment on NC variance ruling request - discussion on same | $545.00 | 1.2 | $654.00 |
| CY12 SALT Consulting (16180516) | Wood,Jeffrey T (US013081390) | 1/30/2012 | Executive Director | Internal conference call on OOS NC variance ruling request for Nortel | $545.00 | 1.0 | $545.00 |
| CY12 SALT Consulting (16180516) | Abbott,Douglas J. (US012013835) | 2/17/2012 | Partner | Review N/C appt memo | $640.00 | 2.0 | $1,280.00 |
| CY12 SALT Consulting (16180516) | Mesler,Mark S. (US011706071) | 2/7/2012 | Partner | Reviewed letter to NC state about allocation of income | $640.00 | 1.7 | $1,088.00 |

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| CY12 SALT Consulting (16180516) | Mesler,Mark S. (US011706071) | 2/13/2012 | Partner | Reviewed letter to be submitted to North Carolina Revenue Dept. | $640.00 | 0.8 | $512.00 |
| CY12 SALT Consulting (16180516) | Wood,Jeffrey T (US013081390) | 1/25/2012 | Executive Director | Review and provide draft comments to NC variance ruling request document | $545.00 | 2.5 | $1,362.50 |
| CY12 SALT Consulting (16180516) | Mike Hannah | 2/3/2012 | Senior Manager | phone conference with Matt gentile regarding nc apportionment question. | $540.00 | 1.2 | $648.00 |
| CY12 SALT Consulting (16180516) | Mike Hannah | 2/6/2012 | Senior Manager | phone conference with Matt Gentile regarding ncdor issue | $540.00 | 0.6 | $324.00 |
| CY12 SALT Consulting (16180516) | Mike Hannah | 2/8/2012 | Senior Manager | review final edits of ncdor apportionment letter - | $540.00 | 0.5 | $270.00 |
| CY12 SALT Consulting (16180516) | Mike Hannah | 2/16/2012 | Senior Manager | review apportionable income memo and suggest changes; | $540.00 | 0.8 | $432.00 |
| CY12 SALT Consulting (16180516) | Mike Hannah | 2/27/2012 | Senior Manager | phone conference with matt gentile regarding refund request. | $540.00 | 0.4 | $216.00 |
| CY12 SALT Consulting (16180516) | Mike Hannah | 2/28/2012 | Senior Manager | review changes to nortel apportionable income memo; phone conference with matt gentile | $540.00 | 1.2 | $648.00 |
| CY12 SALT Consulting (16180516) | Mike Hannah | 1/23/2012 | Senior Manager | review and edit memo from Matt Gentile; research Phillip Morris case | $540.00 | 6.7 | $3,618.00 |
| CY12 SALT Consulting (16180516) | Mike Hannah | 1/27/2012 | Senior Manager | review revisions to ncdor alternative apportioment factor request | $540.00 | 1.2 | $648.00 |
| CY12 SALT Consulting (16180516) | Mike Hannah | 1/30/2012 | Senior Manager | review additional changes to letter request; phone conference with Jim Scott, Keith Gargus, James Woods and Matt Gentile | $540.00 | 1.9 | $1,026.00 |
| | | | | **1/21/12 - 2/17/12 NC Alt Apportionment Time** | | **166.5** | **$70,334** |
| | | | | **Total NC Alt Apportionment Time** | | **192.2** | **$79,966** |

**Transfer Pricing Time Detail:**
**January 21, 2012 - February 17, 2012**

| Engagement | Employee | Transaction Date | Rank | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| 2011 Transfer Pricing (16136021) | Wood,Jeffrey T (US013081390) | 2/15/2012 | Executive Director | Compilation of historic R&D capital stock calculations through Q1 09. | $545.00 | 2.0 | $1,090.00 |
| 2011 Transfer Pricing (16136021) | Wood,Jeffrey T (US013081390) | 1/30/2012 | Executive Director | Internal call on OOS Transfer Pricing Project | $545.00 | 2.0 | $1,090.00 |
| 2011 Transfer Pricing (16136021) | Wood,Jeffrey T (US013081390) | 2/1/2012 | Executive Director | Conference call on Transfer Pricing project scope, amendment of project outline, submission of select documents referenced in materials and correspondence on same | $545.00 | 2.0 | $1,090.00 |
| | | | | **Total Transfer Pricing Time** | | **6.0** | **$3,270** |

**Expense Detail:**

| Employee | Engagement | Rank | Transaction Date | Expense Detail | Description | Expenses |
|---|---|---|---|---|---|---|
| Wood,Jeffrey T (US013081390) | XCY 2011 Federal Consulting (15697311) | Executive Director | 13-Dec-2011 | Breakfast | UCC meeting on modeling | 7.06 |
| Wood,Jeffrey T (US013081390) | XCY 2011 Federal Consulting (15697311) | Executive Director | 13-Dec-2011 | Taxi: Ground Trans | UCC meeting on modeling\\Airport to EY office | 60.00 |
| Wood,Jeffrey T (US013081390) | XCY 2011 Federal Consulting (15697311) | Executive Director | 13-Dec-2011 | Airfare | UCC meeting on modeling\\DXSNFB | 167.95 |
| Wood,Jeffrey T (US013081390) | XCY 2011 Federal Consulting (15697311) | Executive Director | 12-Dec-2011 | Airfare | UCC meeting on modeling\\DXSNFB | 126.86 |
| Wood,Jeffrey T (US013081390) | XCY 2011 Federal Consulting (15697311) | Executive Director | 13-Dec-2011 | Mileage: Ground Trans | UCC meeting on modeling\\Home to airport | 5.55 |
| Wood,Jeffrey T (US013081390) | XCY 2011 Federal Consulting (15697311) | Executive Director | 14-Dec-2011 | Mileage: Ground Trans | UCC meeting on modeling\\airport ot home | 5.55 |
| Wood,Jeffrey T (US013081390) | XCY 2011 Federal Consulting (15697311) | Executive Director | 13-Dec-2011 | Lodging | UCC meeting on modeling\\DXSNFB | 560.01 |
| Wood,Jeffrey T (US013081390) | XCY 2011 Federal Consulting (15697311) | Executive Director | 14-Dec-2011 | Breakfast | UCC meeting on modeling | 15.60 |
| Wood,Jeffrey T (US013081390) | XCY 2011 Federal Consulting (15697311) | Executive Director | 14-Dec-2011 | Parking: Ground Trans | UCC meeting on modeling | 20.00 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 30-Nov-2011 | Airfare | IAH - Newark - Meeting in NY with Richard Lydecker and Cleary to discuss various tax issues relating to Nortel\\GDLGER | 1,427.50 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 14-Dec-2011 | Dinner | Nortel NY Meeting - The Ritz Carlton - dinner in room | 47.20 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 14-Dec-2011 | Lodging | Nortel NY Meeting - The Ritz Carlton\\GDLGER | 571.51 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 14-Dec-2011 | Parking: Ground Trans | airport - Nortel NY Meeting | 40.00 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 14-Dec-2011 | Mileage: Ground Trans | airport - office - Nortel NY Meeting\\airport - office | 16.65 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 14-Dec-2011 | Tolls: Ground Trans | airport - office - Nortel NY Meeting\\airport - office | 3.00 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 13-Dec-2011 | Taxi: Ground Trans | cab from airport to hotel - Nortel NY Meeting\\airport to hotel | 81.00 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 13-Dec-2011 | Mileage: Ground Trans | office - airport Nortel NY Meeting\\office - airport | 16.65 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 14-Dec-2011 | Miscellaneous: Sundry | Nortel NY Meeting - The Ritz Carlton - tip for room service | 5.00 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 13-Dec-2011 | Miscellaneous: Sundry | Copying at hotel - Nortel NY Meeting | 5.00 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 13-Dec-2011 | Taxi: Ground Trans | Newark Airport to Hotel - Meeting in NY with Richard Lydecker and Cleary to discuss various tax issues relating to Nortel\\Airport to Hotel | 86.00 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 13-Dec-2011 | Miscellaneous: Sundry | Nortel NY Meeting | 5.00 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 14-Dec-2011 | Telephone Expense | Internet - Ritz Carlton - Nortel NY Meeting | 12.95 |
| Abbott,Douglas J. (US012013835) | CY 2012 Federal Consulting (16135751) | Partner | 13-Dec-2011 | Tolls: Ground Trans | Nortel NY Meeting\\office - airport | 3.00 |
| Beakey III,Andrew M (US011131290) | BusTaxCompl TY 2011 (15958676) | Partner | 13-Dec-2011 | Taxi: Ground Trans | Taxi's while in New York for Nortel Meeting\\airport/hotel/in town trips | 248.00 |
| Beakey III,Andrew M (US011131290) | BusTaxCompl TY 2011 (15958676) | Partner | 29-Nov-2011 | Airfare | Airfare for ticket to Ney York for UCC tax representatives meeting at Cleary offices\\333333 | 1,283.46 |
| Beakey III,Andrew M (US011131290) | BusTaxCompl TY 2011 (15958676) | Partner | 16-Dec-2011 | Lodging | OOSW - Cleary and UCC attorney meeting in New York City with EY team, RLKS and John Ray.\\NWVEDY | 924.70 |
| Beakey III,Andrew M (US011131290) | BusTaxCompl TY 2011 (15958676) | Partner | 15-Dec-2011 | Parking: Ground Trans | OOSW - Parking at airport while in New York for Cleary and UCC attorney meeting in NYC with EY team, RLKS and John Ray | 85.00 |
| Beakey III,Andrew M (US011131290) | CY 2012 Federal Consulting (16135751) | Partner | 15-Dec-2011 | Breakfast | Breakfast for self while in New York for Cleary meeting | 17.00 |

| Employee | Engagement | Rank | Transaction Date | Expense Detail | Description | Expenses |
|---|---|---|---|---|---|---|
| Beakey III,Andrew M (US011131290) | CY 2012 Federal Consulting (16135751) | Partner | 14-Dec-2011 | Dinner | Dinner with Andy Beakey and John Ray while in New York to discuss Nortel outsourcing and mtg with attorneys | 142.48 |
| Beakey III,Andrew M (US011131290) | CY 2012 Federal Consulting (16135751) | Partner | 15-Dec-2011 | Miscellaneous: Sundry | Tips/Gratuities while in New York for Cleary meeting | 15.00 |
| Scott,James E (US011119307) | CY12 SALT Consulting (16180516) | Partner | 14-Dec-2011 | Airfare | American ~ NYC to RDU Re: Mtg. in Cleary offices with UCC Counsel / Capstone.\\LIWDMX | 178.70 |
| Scott,James E (US011119307) | CY12 SALT Consulting (16180516) | Partner | 13-Dec-2011 | Airfare | American Airlines ~ FL to NY Re: Mtg. in Cleary offices with UCC Counsel/Capstone.\\FACGGC | 244.60 |
| Scott,James E (US011119307) | CY12 SALT Consulting (16180516) | Partner | 13-Dec-2011 | Meals - Dinner | Ritz Carlton - Battery Park - NYC - Re: To prepare for meeting with Creditors. Missed submission of this and noticed AMEX statement. Attendees: Doug Abbot, Andy Beakey, Jeff Wood, Ford Williams, Jim Scot (EY) and Richard Lydecker (RLKS). | 502.43 |
| Scott,James E (US011119307) | CY12 SALT Consulting (16180516) | Partner | 14-Dec-2011 | Lodging | Ritz Carlton - Battery Park - NYC - Re: Mtgs in Cleary offices with UCC Counsel. Missed submission of this and noticed on AMEX statement. | 571.51 |
| Scott,James E (US011119307) | CY12 SALT Consulting (16180516) | Partner | 15-Dec-2011 | Air | American Air - Re: Mtgs in Cleary offices with UCC Counsel. This expense was missed and caught on the AMEX Statement and now submitting for reimbursement. | 93.26 |
| Williams,Charles F (US011285465) | CY 2012 Federal Consulting (16135751) | Executive Director | 15-Dec-2011 | Taxi: Ground Trans | Business travel related to Nortel tax meeting with counsel.\\From airport to hotel in NY. | 73.73 |
| Williams,Charles F (US011285465) | CY 2012 Federal Consulting (16135751) | Executive Director | 14-Dec-2011 | Miscellaneous: Sundry | Tips while travelling to NY for Nortel meeting with counsel. No receipts available. | 10.00 |
| Williams,Charles F (US011285465) | CY 2012 Federal Consulting (16135751) | Executive Director | 13-Dec-2011 | Taxi: Ground Trans | Business travel expense. Taxi from Westin hotel to Ritz hotel to meet with Doug Abbott to work on presentation.\\Times Square to Battery Park. | 20.00 |
| Williams,Charles F (US011285465) | CY 2012 Federal Consulting (16135751) | Executive Director | 14-Dec-2011 | Parking: Ground Trans | Business travel related to Nortel tax meeting with counsel. | 49.80 |
| Williams,Charles F (US011285465) | CY 2012 Federal Consulting (16135751) | Executive Director | 13-Dec-2011 | Miscellaneous: Sundry | Business travel related to Nortel tax meeting with counsel. Use of copy machine at hotel to prepare materials for meeting with lawyers. | 10.50 |
| Williams,Charles F (US011285465) | CY 2012 Federal Consulting (16135751) | Executive Director | 15-Dec-2011 | Lodging | Business travel related to Nortel tax meeting with counsel.\\LWYIUB | 461.35 |
| Williams,Charles F (US011285465) | CY 2012 Federal Consulting (16135751) | Executive Director | 29-Nov-2011 | Airfare | Business travel related to Nortel tax meeting with counsel.\\EDVSSN | 485.90 |
| | | | | | **Total Expense related to NY meeting w/ Cleary Gottlieb and Creditor Counsel** | **$8,706** |