## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                        :
In re                                   :    Chapter 11
                                        :
Nortel Networks Inc., et al.,¹          :    Case No. 09-10138 (KG)
                                        :
        Debtors.                        :    Jointly Administered
                                        :
-----------------------------------------------------------X
```

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MAY 24, 2012 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTINUED MATTER**

1. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

    Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD to May 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to June 7, 2012 at 4:00 p.m. (ET). Extended for the Debtors with respect to the Response filed by Kelly Services to August 13, 2012 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Remaining Responses Received:

(a) Response to Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims. Filed by Kelly Services (D.I. 7245, Filed 2/21/12);

(b) Informal Response of ASM Capital Regarding Claim No. 7819; and

(c) Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a) Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Filed 3/8/12);

(b) First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Filed 3/22/12); and

(c) Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Filed 4/18/12); and

(d) Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Filed 5/9/12).

Status: The hearing on the Objections has been adjourned with respect to response (c) to the omnibus hearing scheduled in these cases for June 6, 2012 at 1:00 p.m. (ET). The hearing on the Objections has been adjourned with respect to response (b) to the omnibus hearing scheduled in these cases for June 21, 2012 at 10:00 a.m. (ET). The hearing on the Objections has been adjourned with respect to response (a) above to the omnibus hearing scheduled in these cases for August 22, 2012 at 10:00 a.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

2.  Debtors' Motion for an Order Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees Terminated Post-Petition (D.I. 7617, Filed 5/7/12).

    Objection Deadline: May 17, 2012 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleading:

    (a)  Certificate of No Objection (D.I. 7662, Filed 5/21/12); and

    (b)  Proposed Form of Order.

    Status: There have been no objections and a CNO has been filed.

**CONTESTED MATTER GOING FORWARD**

3.  Debtor's Twenty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims, and Equity Claims) (D.I. 7585, Filed 4/24/12).

    Objection Deadline: May 10, 2012 at 4:00 p.m. (ET). Extended for Riker, Danzig, Scherer Hyland & Perretti LLP to May 17, 2012 at 4:00 p.m. (ET). Extended for Guangdong Nortel Telecommunications Equipment Company Ltd. to June 7, 2012 at 4:00 p.m. (ET).

    Responses Received:

    (a)  Informal Objection from Riker, Danzig, Scherer, Hyland & Perretti LLP regarding Claim No. 5510; and

    (b)  Informal Objection from Guangdong Nortel Telecommunications Equipment Company Ltd. regarding Claim Nos. 3498, 3544, 3545, 3962, 3963, 6818 and 8060.

    Related Pleading: None.

    Status: The hearing has been adjourned with respect to response (b) above to the omnibus hearing scheduled in these cases for June 21, 2012 at 10:00 a.m. (ET). The hearing on this matter will go forward with respect to (a) above and all other claims included in the objection to which a response was not received. The Debtors intend to present a revised form of order at the hearing.

**PRETRIAL CONFERENCE**

    4.    Pretrial Conference in the Adversary Proceeding (See Exhibit A, hereto).

<u>Status</u>: The pretrial conference with respect to Maritz Canada Inc. has been adjourned to August 1, 2012 at 10:00 a.m. (ET).

| | |
|---|---|
| Dated: May 22, 2012<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>    */s/ Chad A. Fights*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Chad A. Fights (No. 5006)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

5925626