**Exhibit A**

| Nortel Networks Inc. v. Maritz Canada Inc. et al | 10-53187 (KG) |