# CERTIFICATE OF SERVICE

        I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on May 24, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on May 22, 2012, in the manner indicated upon the parties identified below and on the attached service list.

Dated: May 22, 2012

                                                                                            */s/ Chad A. Fights*
                                                                                Chad A. Fights (No. 5006)

**Via Fax**

J. Alek Kress
Riker, Danzig, Scherer, Hyland & Perretti LLP
One Speedwell Ave.
Morristown, NJ 07962
Fax: 973-538-1984

Guangdong Nortel Telecommunications Equipment Company Ltd.
Rongli Industrial Park Liuheng Road,
Guizhou
Shunde Guangdong China
Fax: (86 757) 26621525

Lucinda McRoberts
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Fax: 816-374-3300

Robert J. Pfister
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Fax: 310-407-9090

**Via Overnight Mail**

ASM Capital
ATTN: ADAM MOSKOWITZ
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Kelly Services
Rhonda Holaway
999 W Big Beaver
Troy, Michigan 48084

Coface North America Insurance Co.
Attn: Managing Partner
50 Millstone Rd.., BLDG. 100, STE 360
East Windsor, NJ 08520

Monarch Master Funding LTD
Attn: Managing Partner
535 Madison Ave.
New York, NY 10022

Attn: Officer, Managing or General Agent
Lampsa Hellenic S.A. Hotels
225-227 Kifisias Avenue
C Building, 4th floor
145 61, Kifisia, Athens, Greece

3790723.17