# EXHIBIT A


# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 2/1/2012  End Date 2/29/2012
**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 218.30 | $450.00 | $98,235.00 |
| 2 | Facility Document Inventory & Evacuation Review | 6.30 | $450.00 | $2,835.00 |
| 3 | Human Resources - Employee Related Projects | 288.20 | $450.00 | $129,690.00 |
| 4 | Fee Apps | 7.00 | $450.00 | $3,150.00 |
| 5 | Non-working travel | 85.60 | $225.00 | $19,260.00 |
| 6 | Claims Administration | 296.40 | $450.00 | $133,380.00 |
| 7 | Tax/Finance Matters and Budget Projects | 11.50 | $450.00 | $5,175.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **913.30** | | **$391,725.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/1/2012 | BOXI issues with BI Catalog / infrastructure cleanup with IDs and access rights / e-mail updates | Brandon Bangerter | 1 | 6.5 |
| 2/1/2012 | Conference Calls re: Probiz Application Server / ADP Interfaces / US Payroll migrating from Citrix | Brandon Bangerter | 1 | 2.5 |
| 2/2/2012 | Conference Calls re: ADP Interfaces / ADP Risk Analysis / BOXI Installation | Brandon Bangerter | 1 | 2.0 |
| 2/2/2012 | BOXI universe creation / user access rights / BI Catalog DB troubleshooting / ORA DB connection error | Brandon Bangerter | 1 | 4.0 |
| 2/2/2012 | ADP EV5 user setup and configuration / e-mail discussions / updates | Brandon Bangerter | 1 | 2.0 |
| 2/3/2012 | Correspondence received, reviewed, responded re Data Retention Systems | Kathryn Schultea | 1 | 1.2 |
| 2/3/2012 | Conference Calls re: Sabrix access / Payroll Processes / ADP Project Call / ADP Training call | Brandon Bangerter | 1 | 3.5 |
| 2/3/2012 | Virtual Machine configurations / BOXI Installations / SAP Vendor worksheets / e-mail updates | Brandon Bangerter | 1 | 3.5 |
| 2/4/2012 | Infrastructure updates / reboots, e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 2/6/2012 | Conference call re: ADP HRIS Project Timelines | Kathryn Schultea | 1 | 1.7 |
| 2/6/2012 | Correspondence received, reviewed, responded re ADP HRIS Project Timelines | Kathryn Schultea | 1 | 1.3 |
| 2/6/2012 | Quickbooks KT Calls, emails and discussions | Raj Perubhatla | 1 | 3.0 |
| 2/6/2012 | SAP MDM access DB queries / BI Catalog DB updates / EV5 user updates / infrastructure upd. / e-mail | Brandon Bangerter | 1 | 6.5 |
| 2/6/2012 | Conference Calls re: SAP MDM / Quickbooks discussion / Vendor Billing Worksheets | Brandon Bangerter | 1 | 2.5 |
| 2/7/2012 | Correspondence, received, reviewed, responded re Data Retention/Systems Decomissioning | Kathryn Schultea | 1 | 1.7 |
| 2/7/2012 | SAP BW Training, emails and discussions | Raj Perubhatla | 1 | 5.0 |
| 2/7/2012 | Conference Calls re: ADP Interfaces / NNI SAP BW User training | Brandon Bangerter | 1 | 5.5 |
| 2/7/2012 | SAP BW Overview / testing, MATDB server infrastructure config / testing, e-mail updates | Brandon Bangerter | 1 | 2.5 |
| 2/8/2012 | Conference Call re: UKA Access | Kathryn Schultea | 1 | 1.3 |
| 2/8/2012 | BOXI KT Training, Emails and Discussions | Raj Perubhatla | 1 | 5.5 |
| 2/8/2012 | Conference Calls re: NNI BOXI, SABRIX, Oracle Financials 11i training / Designer installation | Brandon Bangerter | 1 | 4.5 |
| 2/8/2012 | ADP Configuration / BOXI reporting rights / SAP MDM database queries / e-mail updates | Brandon Bangerter | 1 | 4.5 |
| 2/9/2012 | Conference Call re: ADP HRIS Project | Kathryn Schultea | 1 | 0.8 |
| 2/9/2012 | Correspondence, received, reviewed, responded re ADP Project | Kathryn Schultea | 1 | 1.5 |
| 2/9/2012 | Conference Call re: ADP Benefits walkthrough / manual reports meeting | Brandon Bangerter | 1 | 1.5 |
| 2/9/2012 | SAP MDM access DB queries / BI Catalog DB updates / EV5 user updates / infrastructure upd. / e-mail | Brandon Bangerter | 1 | 6.5 |
| 2/10/2012 | Conference call re: ProBusiness introduction / EMB Client installation / configuration | Brandon Bangerter | 1 | 1.5 |
| 2/10/2012 | BOXI 5.1.8 instation and configuration / BOXI 3.1 reports / universe rights assignments / e-mail updates | Brandon Bangerter | 1 | 6.5 |
| 2/11/2012 | Infrastructure configuration / e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 2/13/2012 | Conference Calls re: ADP Logic Change, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 2/13/2012 | BOXI configuration updates / SAP MDM database queries creation / testing | Brandon Bangerter | 1 | 6.0 |
| 2/14/2012 | Conference call NNI Infrastructure | Kathryn Schultea | 1 | 2.3 |
| 2/14/2012 | Conf Calls re: ADP Interfaces / Designer Oracle config / Sabrix DB / ADP Project call / adp updates | Brandon Bangerter | 1 | 4.5 |
| 2/14/2012 | BOXI 518 OraFin report testing / account creation, testing / BOXI Designer access / e-mail updates | Brandon Bangerter | 1 | 4.5 |
| 2/15/2012 | Correspondence received, reviewed, responded re data retention issues | Kathryn Schultea | 1 | 2.5 |
| 2/15/2012 | Correspondence received, reviewed, responded re Restatement database | Kathryn Schultea | 1 | 1.5 |
| 2/15/2012 | Correspondence received, reviewed, responded re NNI Infrastructure | Kathryn Schultea | 1 | 2.5 |
| 2/15/2012 | Sabrix Administration Conference Call / Restatement DB followup / Opentext Livelink admininistration | Brandon Bangerter | 1 | 4.0 |
| 2/15/2012 | BOXI configuration updates / SAP MDM database queries creation / testing, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 2/16/2012 | Conference call re: IT Projects Update | Kathryn Schultea | 1 | 2.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/16/2012 | Conference Calls re: ADP Report Meeting / SAP MDM database / e-mail updates | Brandon Bangerter | 1 | 3.5 |
| 2/16/2012 | BOXI Configuration / security updates for universes / reports, Infrastructure config updates | Brandon Bangerter | 1 | 5.5 |
| 2/17/2012 | Correspondence received, reviewed, responded re Team Update on HR Projects, Claims, IT | Kathryn Schultea | 1 | 4.0 |
| 2/17/2012 | Conference calls re: ADP validation plan / HRIS checkpoint call / restatement DB | Brandon Bangerter | 1 | 3.0 |
| 2/17/2012 | BOXI Config updates / MDM followup and testing / Infrastructure updates / cleanup, e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 2/20/2012 | Restatement DB discussion / Vendor worksheet overview / BOXI testing and configuration / e-mail | Brandon Bangerter | 1 | 6.0 |
| 2/21/2012 | Conference Calls re: Data Retention Status / DARE / HR Training / ADP Project Call | Brandon Bangerter | 1 | 2.5 |
| 2/21/2012 | BOXI Config changes / user testing, updates / Restatement DB metadata / ADP reports / e-mail | Brandon Bangerter | 1 | 5.5 |
| 2/22/2012 | Conference call re: Headcount Billing report / NNI RF DR application review | Brandon Bangerter | 1 | 6.0 |
| 2/22/2012 | SAP BW Overview / testing / admin access, IDA Overview / testing / admin access , e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 2/23/2012 | SAP BW Overview / testing / admin access, IDA Overview / testing / admin access , e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 2/23/2012 | Conference Calls re: ADP Manual reports / Headcount billing reqmnt / webi rpt creation / e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 2/24/2012 | Correspondence received, reviewed, responded re Nortel Networks | Kathryn Schultea | 1 | 2.2 |
| 2/24/2012 | Conference calls re: UK Boxi install / data conversion, EV5 Prod user access setup / config | Brandon Bangerter | 1 | 4.0 |
| 2/24/2012 | SAP BW / IDA / Restatement DB followups, RF DR Application follow up and verification of access | Brandon Bangerter | 1 | 3.0 |
| 2/27/2012 | AccuImage, MATDB Discussions, emails and Discussions | Raj Perubhatla | 1 | 3.0 |
| 2/27/2012 | Conference Call re: MATDB/SCDB p2v test / ADP Config changes / BOXI Report creation | Brandon Bangerter | 1 | 4.0 |
| 2/27/2012 | SAP BW access overvew, testing, configuration / IDA overview, testing, configuration | Brandon Bangerter | 1 | 4.0 |
| 2/28/2012 | ADP boxi reports for dedcalc / vendor billing/ SAP BW patching / App handbook reviews / e-mail updates | Brandon Bangerter | 1 | 6.5 |
| 2/29/2012 | Correspondence received, reviewed, responded re NNI Infrasturcture | Kathryn Schultea | 1 | 1.5 |
| 2/29/2012 | NNI System Decommissiong calls and Discussions | Raj Perubhatla | 1 | 0.5 |
| 2/29/2012 | Conference calls re: Headcount billing reports, ADP project call / ADP BOXI report creation | Brandon Bangerter | 1 | 5.5 |
| 2/29/2012 | IDA app/db server configuration, testing, access / SAP BW dev/test server infrastructure / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 2/6/2012 | Correspondence received, reviewed, responded re Iron Mountain | Kathryn Schultea | 2 | 0.8 |
| 2/16/2012 | Conference call re: Gilmore Storage/Nortel | Kathryn Schultea | 2 | 0.5 |
| 2/22/2012 | Nortel - Onsite at RTP re: Iron Mountain Retention issues and review | Kathryn Schultea | 2 | 5.0 |
| 2/1/2012 | Onsite at RTP re: All day HR Meeting | Kathryn Schultea | 3 | 7.0 |
| 2/1/2012 | Conference Call re: Weekly Touch Point | Kathryn Schultea | 3 | 0.5 |
| 2/1/2012 | Conference Call re: HR Matters | Kathryn Schultea | 3 | 1.0 |
| 2/1/2012 | Payroll Apps Migration, ADP Interfaces, BO, ProBiz App Server overview calls, emails and discussions | Raj Perubhatla | 3 | 5.0 |
| 2/1/2012 | ADP Oracle Database, Interface Development | Raj Perubhatla | 3 | 3.0 |
| 2/2/2012 | ADP Interface Workig Session, ADP Risk Analysis Calls, emails and discussions | Raj Perubhatla | 3 | 4.0 |
| 2/2/2012 | ADP Oracle Database, Interface Development | Raj Perubhatla | 3 | 4.0 |
| 2/3/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 1.0 |
| 2/3/2012 | Benefits Tables, Citrix SABRIX, Pro Biz Payroll Processing, ADP Project, EV5 Training, emails/discussions | Raj Perubhatla | 3 | 5.0 |
| 2/3/2012 | ADP Oracle Database, Interface Development | Raj Perubhatla | 3 | 3.0 |
| 2/4/2012 | ADP Oracle Database, Interface Development, BODI and Business Objects Development | Raj Perubhatla | 3 | 4.0 |
| 2/5/2012 | ADP Oracle Database, Interface Development, BODI and Business Objects Development | Raj Perubhatla | 3 | 4.0 |
| 2/6/2012 | Conference call re: Weekly Touch Point | Kathryn Schultea | 3 | 0.5 |
| 2/6/2012 | Conference Call re: HR Matters | Kathryn Schultea | 3 | 1.7 |
| 2/6/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 2.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/6/2012 | ADP HRIS Project Call and ADP Oracle Database, Interface Development, BODI and Business Objects Dev | Raj Perubhatla | 3 | 4.0 |
| 2/7/2012 | Conference Call re: HR Matters | Kathryn Schultea | 3 | 0.8 |
| 2/7/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 2.5 |
| 2/7/2012 | Correspondence received, reviewed, responded re Workforce Plan | Kathryn Schultea | 3 | 1.5 |
| 2/7/2012 | Correspondence received, reviewed, responded re Nortel Benefits/COLI | Kathryn Schultea | 3 | 2.5 |
| 2/7/2012 | ADP Calls for Interfaces and with ADP Consulting Manager, ADP Oracle, BODI, BOXI, Interface Development | Raj Perubhatla | 3 | 5.0 |
| 2/8/2012 | Correspondence received, reviewed, responded re Benefits and plans | Kathryn Schultea | 3 | 3.0 |
| 2/8/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.0 |
| 2/8/2012 | Correspondence received, reviewed, responded re Work Plan Milestones Questions | Kathryn Schultea | 3 | 1.5 |
| 2/8/2012 | ADP Project Status Call and ADP Oracle, BODI, BOXI, Interface Development | Raj Perubhatla | 3 | 5.5 |
| 2/9/2012 | Conference Call re: US Residual Company - Biweekly Mtg. | Kathryn Schultea | 3 | 1.3 |
| 2/9/2012 | Conference Call re: Hewitt Meeting | Kathryn Schultea | 3 | 0.8 |
| 2/9/2012 | Conference Call re: HR Transition Project | Kathryn Schultea | 3 | 0.8 |
| 2/9/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.5 |
| 2/9/2012 | ADP Reports, Project Status and Benefits Walk Thru Calls, emails and discussions | Raj Perubhatla | 3 | 4.0 |
| 2/9/2012 | ADP UBH Benefits Interface Development and Data Validation | Raj Perubhatla | 3 | 6.0 |
| 2/10/2012 | Conference call re: Committee | Kathryn Schultea | 3 | 1.2 |
| 2/10/2012 | On-site at Hewitt re: Mercer/HR Plan Matters | Kathryn Schultea | 3 | 4.0 |
| 2/10/2012 | EMB, Pro Biz Calls, emails and Discussions | Raj Perubhatla | 3 | 3.0 |
| 2/10/2012 | ADP Reporting, Interfaces Development | Raj Perubhatla | 3 | 7.0 |
| 2/11/2012 | ADP Reporting, Interfaces Development | Raj Perubhatla | 3 | 10.0 |
| 2/12/2012 | ADP Reporting, Interfaces Development | Raj Perubhatla | 3 | 10.0 |
| 2/13/2012 | Conference call re: Weekly Touch Point | Kathryn Schultea | 3 | 1.7 |
| 2/13/2012 | Conference Call re: HR Matters (various plan matters) | Kathryn Schultea | 3 | 1.5 |
| 2/13/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 3.0 |
| 2/13/2012 | ADP Benefits Logic call, emails and Discussions | Raj Perubhatla | 3 | 3.0 |
| 2/13/2012 | ADP Reporting, Interfaces Development | Raj Perubhatla | 3 | 7.0 |
| 2/14/2012 | Conference call HR Matters | Kathryn Schultea | 3 | 1.0 |
| 2/14/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 1.0 |
| 2/14/2012 | Correspondence received, reviewed, responded re Mercer/HR Plan Matters | Kathryn Schultea | 3 | 2.2 |
| 2/14/2012 | ADP Interfaces, FTP.MEDSTAT.COM, Sabrix Copy, HRIS ADP Project Call, Benefits loads, emails/discussions | Raj Perubhatla | 3 | 6.0 |
| 2/14/2012 | ADP Reporting, Interfaces Development | Raj Perubhatla | 3 | 5.0 |
| 2/15/2012 | Correspondence received, reviewed, responded re Committee | Kathryn Schultea | 3 | 1.8 |
| 2/15/2012 | Correspondence received, reviewed, responded re ADP Nortel | Kathryn Schultea | 3 | 2.3 |
| 2/15/2012 | Sabrix Admin, ADP Universe Design calls, emails and Discussions | Raj Perubhatla | 3 | 2.5 |
| 2/15/2012 | ADP Reporting, Interfaces Development | Raj Perubhatla | 3 | 8.5 |
| 2/16/2012 | Conference call re: HR Transition Project | Kathryn Schultea | 3 | 0.8 |
| 2/16/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.3 |
| 2/16/2012 | ADP Mapping Doc, Manul Reporting, HRIS ADP Project Call, emails and discussions | Raj Perubhatla | 3 | 4.0 |
| 2/16/2012 | ADP Reporting, Interfaces Development | Raj Perubhatla | 3 | 7.0 |
| 2/17/2012 | Conference call re: Committee | Kathryn Schultea | 3 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/17/2012 | Correspondence received, reviewed, responded re Claims Mercer/HR Matters | Kathryn Schultea | 3 | 2.3 |
| 2/17/2012 | Correspondence received, reviewed, responded re Nortel benefits and various plans | Kathryn Schultea | 3 | 1.5 |
| 2/17/2012 | Data Validation, ADP Hris status, ADP Interface Updates calls, emails and Discussions | Raj Perubhatla | 3 | 3.0 |
| 2/17/2012 | ADP Reporting, Interfaces Development | Raj Perubhatla | 3 | 6.0 |
| 2/19/2012 | ADP Reporting, Interfaces Development | Raj Perubhatla | 3 | 5.0 |
| 2/20/2012 | ADP Interface updates, Touch point calls, emails and discussions | Raj Perubhatla | 3 | 3.0 |
| 2/20/2012 | ADP Reporting, Interfaces Development | Raj Perubhatla | 3 | 4.0 |
| 2/21/2012 | Conference call re: Weekly Touch Point | Kathryn Schultea | 3 | 0.7 |
| 2/21/2012 | Conference call re: BW Training | Kathryn Schultea | 3 | 0.5 |
| 2/21/2012 | Conference call re: HR Documentation | Kathryn Schultea | 3 | 1.3 |
| 2/21/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 1.8 |
| 2/21/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 3.5 |
| 2/21/2012 | ADP Interface Updates, DARE Training, ADP Project Status Call, emails and discussions | Raj Perubhatla | 3 | 4.0 |
| 2/21/2012 | ADP Reporting, Interfaces Development | Raj Perubhatla | 3 | 3.0 |
| 2/22/2012 | AD[ Interface Calls, emails and discussions | Raj Perubhatla | 3 | 2.0 |
| 2/22/2012 | ADP Interface Development | Raj Perubhatla | 3 | 3.0 |
| 2/23/2012 | Conference Call re: HR Project | Kathryn Schultea | 3 | 1.5 |
| 2/23/2012 | Correspondence received, reviewed, responded re Mercer/HR Plan Matters | Kathryn Schultea | 3 | 1.8 |
| 2/23/2012 | Correspondence received, reviewed, responded re ADP Project | Kathryn Schultea | 3 | 1.5 |
| 2/23/2012 | Correspondence received, reviewed, responded re Hewitt Discussion | Kathryn Schultea | 3 | 3.0 |
| 2/23/2012 | ADP Reporting, Checkpoint, Project Status, Benefits Tables calls, emails and discussions | Raj Perubhatla | 3 | 4.0 |
| 2/23/2012 | ADP Interface Development | Raj Perubhatla | 3 | 3.0 |
| 2/24/2012 | Correspondence received, reviewed, responded re Committee | Kathryn Schultea | 3 | 3.0 |
| 2/24/2012 | Correspondence received, reviewed, responded re Mercer/HR Plan Matters | Kathryn Schultea | 3 | 1.8 |
| 2/24/2012 | ADP Project calls, Deferred Comp Calls, emails and discussions | Raj Perubhatla | 3 | 3.5 |
| 2/24/2012 | ADP Interface Development | Raj Perubhatla | 3 | 3.0 |
| 2/26/2012 | ADP Interface Development | Raj Perubhatla | 3 | 4.0 |
| 2/27/2012 | Onsite at Cleary Offices - Claims Update and HR related meetings | Kathryn Schultea | 3 | 8.0 |
| 2/27/2012 | ADP Reporting and Interface Development | Raj Perubhatla | 3 | 4.0 |
| 2/28/2012 | Onsite at Cleary Offices - Claims Update and HR related meetings | Kathryn Schultea | 3 | 4.0 |
| 2/28/2012 | ADP Interfaces, Project Status Calls, Calls with ADP, emails and Discussions | Raj Perubhatla | 3 | 5.0 |
| 2/29/2012 | ADP Project, Status, emails, Discussions and Interfaces Development | Raj Perubhatla | 3 | 7.0 |
| 2/29/2012 | Monthly Fee Application Work | Kathryn Schultea | 4 | 5.0 |
| 2/29/2012 | Monthly Fee Application Work | Raj Perubhatla | 4 | 2.0 |
| 2/1/2012 | Non-Working travel from North Carolina to New York | Kathryn Schultea | 5 | 2.5 |
| 2/1/2012 | Non-Working travel from New York to Houston | Richard Lydecker | 5 | 7.0 |
| 2/1/2012 | Non-Working travel from New York to Raleigh | Mary Cilia | 5 | 4.5 |
| 2/2/2012 | Non-Working travel from North Carolina to Houston | Kathryn Schultea | 5 | 4.5 |
| 2/9/2012 | Non-Working travel from Houston to Atlanta | Kathryn Schultea | 5 | 3.5 |
| 2/10/2012 | Non-Working travel from Atlanta to Houston | Kathryn Schultea | 5 | 3.5 |
| 2/13/2012 | Non-Working travel from Houston to Raleigh | Mary Cilia | 5 | 6.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/16/2012 | Non-Working Travel from Raleigh to Houston | Mary Cilia | 5 | 5.8 |
| 2/22/2012 | Non-Working travel from Houston to Raleigh | Kathryn Schultea | 5 | 5.5 |
| 2/22/2012 | Non-Working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 2/26/2012 | Non-Working travel from Houston to New York | Kathryn Schultea | 5 | 5.5 |
| 2/26/2012 | Non-Working travel from Houston to New York | Richard Lydecker | 5 | 7.5 |
| 2/26/2012 | Non-working travel from Houston to New York | Mary Cilia | 5 | 6.8 |
| 2/27/2012 | Non-Working travel from New York to Houston | Richard Lydecker | 5 | 7.0 |
| 2/28/2012 | Non-Working travel from New York to Houston | Kathryn Schultea | 5 | 5.5 |
| 2/29/2012 | Non-Working travel from New York to Raleigh | Mary Cilia | 5 | 5.5 |
| 2/1/2012 | Correspondence received, reviewed, responded re Payroll Claims | Kathryn Schultea | 6 | 0.5 |
| 2/1/2012 | Meeting with Jane Davison Re: Employee Claims Review and Analysis | Mary Cilia | 6 | 7.0 |
| 2/1/2012 | Meeting with HR Team Re; Employee Claims Review Process | Mary Cilia | 6 | 1.0 |
| 2/2/2012 | Correspondence received, reviewed, responded re RTP - Claims Discussion | Kathryn Schultea | 6 | 4.5 |
| 2/2/2012 | Conference Call re: Claims Process | Kathryn Schultea | 6 | 2.0 |
| 2/2/2012 | Review and Respond to Correspondence Re: Claim Resolution | Mary Cilia | 6 | 1.0 |
| 2/2/2012 | Meeting with Nortel Personnel Re: Bankruptcy Processes | Mary Cilia | 6 | 2.5 |
| 2/3/2012 | Correspondence received, reviewed, responded re Deferred Comp. Claims | Kathryn Schultea | 6 | 2.5 |
| 2/3/2012 | Conference call re: Claims Related | Kathryn Schultea | 6 | 1.3 |
| 2/3/2012 | Conference call re: EE Claims | Kathryn Schultea | 6 | 2.0 |
| 2/3/2012 | Claims call | Richard Lydecker | 6 | 0.5 |
| 2/3/2012 | Conference Call with Nortel Re: Employee Claims Process | Mary Cilia | 6 | 0.8 |
| 2/3/2012 | Review, Analysis and Resolution of Employee Claims | Mary Cilia | 6 | 5.8 |
| 2/4/2012 | Review, Analysis and Resolution of Employee Claims | Mary Cilia | 6 | 5.3 |
| 2/5/2012 | Review, Analysis and Resolution of Employee Claims | Mary Cilia | 6 | 6.3 |
| 2/6/2012 | Correspondence received, reviewed, responded re PHI ASO form | Kathryn Schultea | 6 | 1.0 |
| 2/6/2012 | Prep for employee status call | Richard Lydecker | 6 | 0.5 |
| 2/6/2012 | Employee claims status call | Richard Lydecker | 6 | 1.0 |
| 2/6/2012 | Comments omnibus draft | Richard Lydecker | 6 | 0.5 |
| 2/6/2012 | Review, Analysis and Resolution of Employee Claims | Mary Cilia | 6 | 4.5 |
| 2/6/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 1.0 |
| 2/6/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 2/7/2012 | Claims meeting | Richard Lydecker | 6 | 0.5 |
| 2/7/2012 | Review, Analysis and Resolution of Employee Claims | Mary Cilia | 6 | 2.5 |
| 2/7/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 2/8/2012 | Correspondence received, reviewed, responded re Claims Access Database | Kathryn Schultea | 6 | 1.7 |
| 2/8/2012 | Conference Call re: Employee Claims Resolution and Database Updates | Mary Cilia | 6 | 0.5 |
| 2/8/2012 | Review, Analysis and Resolution of Employee Claims | Mary Cilia | 6 | 3.3 |
| 2/8/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 2/8/2012 | Review, Analysis and Resolution of Cross-Border Claims | Mary Cilia | 6 | 1.3 |
| 2/9/2012 | Discuss employee claims with MC | Richard Lydecker | 6 | 0.5 |
| 2/9/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/9/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.0 |
| 2/9/2012 | Review, Analysis and Resolution of Employee Claims | Mary Cilia | 6 | 3.5 |
| 2/10/2012 | Employee claims e-mail | Richard Lydecker | 6 | 0.3 |
| 2/10/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.3 |
| 2/10/2012 | Review, Analysis and Resolution of Cross-Border Claims | Mary Cilia | 6 | 1.5 |
| 2/10/2012 | Review, Analysis and Resolution of Employee Claims | Mary Cilia | 6 | 2.0 |
| 2/13/2012 | Correspondence received, reviewed, responded re Employee Claims | Kathryn Schultea | 6 | 2.8 |
| 2/13/2012 | Correspondence received, reviewed, responded re LTD Claims Data | Kathryn Schultea | 6 | 2.5 |
| 2/13/2012 | Review, Analysis and Resolution of Employee Claims | Mary Cilia | 6 | 5.0 |
| 2/13/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.0 |
| 2/13/2012 | Conference Call re: Omnibus Objection Filing | Mary Cilia | 6 | 0.8 |
| 2/13/2012 | Meeting re: Claims Database Conversion and Reporting | Mary Cilia | 6 | 1.5 |
| 2/14/2012 | Conference call Retiree Claims | Kathryn Schultea | 6 | 0.5 |
| 2/14/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.0 |
| 2/14/2012 | Meeting re: Claims Database Conversion and Reporting | Mary Cilia | 6 | 3.0 |
| 2/14/2012 | Meeting re: Non-Employee Claims Status | Mary Cilia | 6 | 3.5 |
| 2/14/2012 | Meeting re: Cross-Border Claims Resolution | Mary Cilia | 6 | 1.0 |
| 2/14/2012 | Review and Analysis of Cross-Border Claims | Mary Cilia | 6 | 3.3 |
| 2/15/2012 | Meeting re: Employee claims database conversion and reporting process | Mary Cilia | 6 | 9.0 |
| 2/15/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 2/16/2012 | Correspondence received, reviewed, responded re Nortel Employee claims | Kathryn Schultea | 6 | 3.5 |
| 2/16/2012 | Review omnibus objections | Richard Lydecker | 6 | 0.8 |
| 2/16/2012 | Prep and participate general claims call | Richard Lydecker | 6 | 1.0 |
| 2/16/2012 | Employee claims call | Richard Lydecker | 6 | 1.0 |
| 2/16/2012 | Follow-up on claims calls | Richard Lydecker | 6 | 0.5 |
| 2/16/2012 | Review, Analysis and Resolution of Employee Claims | Mary Cilia | 6 | 2.5 |
| 2/16/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 2/16/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 1.0 |
| 2/17/2012 | Claims procedures | Richard Lydecker | 6 | 0.5 |
| 2/17/2012 | Review and Analysis of Cross-Border Employee Claims | Mary Cilia | 6 | 2.5 |
| 2/17/2012 | Conference Call Re: Cross-Border Employee Claims | Mary Cilia | 6 | 1.3 |
| 2/17/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 2/17/2012 | Claims Database Conversion to Production | Raj Perubhatla | 6 | 2.0 |
| 2/18/2012 | Review and Analysis of Cross-Border Employee Claims | Mary Cilia | 6 | 3.5 |
| 2/18/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 2/18/2012 | Claims Database Conversion to Production | Raj Perubhatla | 6 | 10.0 |
| 2/19/2012 | Review and Analysis of Employee Claims | Mary Cilia | 6 | 2.3 |
| 2/19/2012 | Claims Database Conversion to Production | Raj Perubhatla | 6 | 6.0 |
| 2/20/2012 | Review and Analysis of Employee Claims | Mary Cilia | 6 | 1.3 |
| 2/20/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 2/20/2012 | Claims Database Conversion to Production | Raj Perubhatla | 6 | 4.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/21/2012 | Correspondence received, reviewed, responded re LTD Claims Data | Kathryn Schultea | 6 | 2.0 |
| 2/21/2012 | Claims meeeting | Richard Lydecker | 6 | 0.5 |
| 2/21/2012 | Plans for NY meeting with monitor | Richard Lydecker | 6 | 0.5 |
| 2/21/2012 | Review and Analysis of Cross-Border Claims | Mary Cilia | 6 | 1.5 |
| 2/21/2012 | Conference Call re: Non-Employee Claims Status | Mary Cilia | 6 | 0.8 |
| 2/21/2012 | Preparation of Call Center Q&A re: Employee Omnibus Objections | Mary Cilia | 6 | 2.3 |
| 2/21/2012 | Preparation of Employee Claims Resolution Workstream Chart and Protocol | Mary Cilia | 6 | 4.5 |
| 2/21/2012 | Preparation of Database Conversion Tables for claims database conversion | Mary Cilia | 6 | 3.5 |
| 2/21/2012 | Claims Database Conversion to Production | Raj Perubhatla | 6 | 4.0 |
| 2/22/2012 | Claims procedures | Richard Lydecker | 6 | 0.3 |
| 2/22/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.8 |
| 2/22/2012 | Review and Analysis of Cross-Border Claims | Mary Cilia | 6 | 2.3 |
| 2/22/2012 | Conference Call re: Employee Claims Action Register | Mary Cilia | 6 | 0.8 |
| 2/22/2012 | Review and Analysis of Cross-Border Employee Claims | Mary Cilia | 6 | 7.5 |
| 2/22/2012 | Claims Database Conversion to Production | Raj Perubhatla | 6 | 5.0 |
| 2/23/2012 | Correspondence received, reviewed, responded re Employee Claims | Kathryn Schultea | 6 | 2.5 |
| 2/23/2012 | Employee claims | Richard Lydecker | 6 | 2.5 |
| 2/23/2012 | Claims call re monitor meeting | Richard Lydecker | 6 | 1.5 |
| 2/23/2012 | Employee claims call | Richard Lydecker | 6 | 1.0 |
| 2/23/2012 | Revision of Database Conversion Tables for claims database conversion | Mary Cilia | 6 | 1.5 |
| 2/23/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 2/23/2012 | Conference Call re: Cross-Border Claims Meeting and Follow up | Mary Cilia | 6 | 2.3 |
| 2/23/2012 | Conference Call re: Claims Database Conversion | Mary Cilia | 6 | 0.8 |
| 2/23/2012 | Conference Call re: Employee Claims Action Register and Follow up | Mary Cilia | 6 | 1.5 |
| 2/23/2012 | Preparation of summary of cross-border employee claims for meeting in NY | Mary Cilia | 6 | 4.3 |
| 2/23/2012 | Claims Database Conversion to Production | Raj Perubhatla | 6 | 3.0 |
| 2/24/2012 | Claims review with MC | Richard Lydecker | 6 | 0.5 |
| 2/24/2012 | Update call | Richard Lydecker | 6 | 1.0 |
| 2/24/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.3 |
| 2/24/2012 | Preparation for Cross-Border Claim meeting in NY | Mary Cilia | 6 | 2.3 |
| 2/24/2012 | Conference call re: Employee Equity Claims and follow up | Mary Cilia | 6 | 1.5 |
| 2/24/2012 | Review and Analysis of Employee Claims | Mary Cilia | 6 | 2.0 |
| 2/24/2012 | Claims Database Conversion to Production | Raj Perubhatla | 6 | 4.0 |
| 2/25/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 2/25/2012 | Claims Database Conversion to Production | Raj Perubhatla | 6 | 9.0 |
| 2/26/2012 | Prepare for meeting | Richard Lydecker | 6 | 2.0 |
| 2/26/2012 | Meeting re: Preparation for Cross-Border Claim meeting in NY | Mary Cilia | 6 | 1.0 |
| 2/26/2012 | Claims Database Conversion to Production | Raj Perubhatla | 6 | 5.0 |
| 2/27/2012 | Claims meeting with monitor | Richard Lydecker | 6 | 4.5 |
| 2/27/2012 | Meeting and follow up re: Cross-Border Claims Resolution | Mary Cilia | 6 | 6.3 |
| 2/27/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/27/2012 | Review and Analysis of Employee Claims | Mary Cilia | 6 | 3.0 |
| 2/27/2012 | Claims Database Conversion to Production | Raj Perubhatla | 6 | 3.0 |
| 2/28/2012 | Organize claims files | Richard Lydecker | 6 | 1.0 |
| 2/28/2012 | Review and Analysis of Employee Claims | Mary Cilia | 6 | 6.3 |
| 2/28/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 2/28/2012 | Claims Database Conversion to Production | Raj Perubhatla | 6 | 5.0 |
| 2/29/2012 | Correspondence received, reviewed, responded re Nortel Employee claims | Kathryn Schultea | 6 | 2.8 |
| 2/29/2012 | Review and Analysis of Employee Claims | Mary Cilia | 6 | 6.0 |
| 2/29/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.0 |
| 2/2/2012 | EY tax status call | Richard Lydecker | 7 | 1.0 |
| 2/3/2012 | Transfer pricing project | Richard Lydecker | 7 | 0.8 |
| 2/7/2012 | Correspondence received, reviewed, responded re IRS Filing | Kathryn Schultea | 7 | 1.3 |
| 2/8/2012 | Discuss tax claims with EC | Richard Lydecker | 7 | 0.8 |
| 2/10/2012 | EY tax status call | Richard Lydecker | 7 | 0.5 |
| 2/14/2012 | EY 4th amendment questions | Richard Lydecker | 7 | 2.0 |
| 2/16/2012 | Tax update | Richard Lydecker | 7 | 0.5 |
| 2/20/2012 | EY 4th amendment questions | Richard Lydecker | 7 | 1.0 |
| 2/22/2012 | Update issues with JR | Richard Lydecker | 7 | 0.5 |
| 2/22/2012 | NC apportionment | Richard Lydecker | 7 | 0.8 |
| 2/23/2012 | State tax claims | Richard Lydecker | 7 | 0.5 |
| 2/28/2012 | NC apportionment | Richard Lydecker | 7 | 1.3 |
| 2/29/2012 | NC apportionment | Richard Lydecker | 7 | 0.5 |