# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**February 1, 2012 through February 29, 2012**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 10,804.90 |
| Travel – Lodging | | 5,899.68 |
| Travel – Transportation | | 2,462.63 |
| Travel – Meals | | 1,574.16 |
| Office Expenses | | - |
| TOTAL | | $ 20,741.37 |
| | | |

# Nortel Expense Report

**PERIOD:** February 1, 2012 through February 29, 2012

| Date | Description | Air | Lodging | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 2/1 - 2/2 | Travel Houston/Raleigh | $ 1,185.95 | $ 261.65 | $ 135.73 | $ 192.60 | Kathryn Schultea |
| 2/9 - 2/10 | Travel Houston/Atlanta | $ 924.10 | $ 335.24 | $ 80.48 | $ 503.34 | Kathryn Schultea |
| 2/13 - 2/16 | Travel Houston/Raleigh | $ 1,654.10 | $ 706.89 | $ 241.11 | $ 283.97 | Mary Cilia |
| 2/21 - 2/22 | Travel Houston/Raleigh | $ 1,185.95 | $ 235.65 | $ - | $ 356.25 | Kathryn Schultea |
| 2/26 - 2/28 | Travel Houston/New York | $ 2,084.10 | $ 1,441.37 | $ 320.67 | $ 441.40 | Kathryn Schultea |
| 2/26 - 2/28 | Travel Houston/New York | $ 2,064.10 | $ 1,456.77 | $ 411.30 | $ 163.57 | Richard Lydecker |
| 2/26 - 2/29 | Travel Houston/New York/Raleigh | $ 1,706.60 | $ 1,462.11 | $ 384.87 | $ 521.50 | Mary Cilia |
| | | $ 10,804.90 | $ 5,899.68 | $ 1,574.16 | $ 2,462.63 | |