## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
                                                       :
In re                                                  :      Chapter 11
                                                       :
Nortel Networks Inc., et al., [1]                      :      Case No. 09-10138 (KG)
                                                       :
                            Debtors.                   :      Jointly Administered
                                                       :
-------------------------------------------------------X   Objections Due:  June 11, 2012 at 4:00 p.m. (ET)
```

### NOTICE OF TWENTY-FIRST MONTHLY APPLICATION OF RLKS EXECUTIVE SOLUTIONS LLC, AS CONSULTANTS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD MARCH 1, 2012 THROUGH MARCH 31, 2012

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

Attached hereto is the **Twentieth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012** (the "Application").

You are required to file an objection ("Objection") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **June 11, 2012 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on the applicant and counsel for the Debtor so as to be received by the Objection Deadline.

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  May 22, 2012
      Wilmington, Delaware

             CLEARY GOTTLIEB STEEN & HAMILTON LLP

             James L. Bromley (admitted *pro hac vice*)
             Lisa M. Schweitzer (admitted *pro hac vice*)
             One Liberty Plaza
             New York, New York 10006
             Telephone:  (212) 225-2000
             Facsimile:  (212) 225-3999

                   - and -

             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                  */s/ Ann C. Cordo*
             Derek C. Abbott (No. 3376)
             Eric D. Schwartz (No. 3134)
             Ann C. Cordo (No. 4817)
             Chad A. Fights (No. 5006)
             1201 North Market Street, 18th Floor
             P.O. Box 1347
             Wilmington, DE  19899-1347
             Telephone:  (302) 658-9200
             Facsimile:  (302) 425-4663

             *Counsel for the Debtors and*
             *Debtors in Possession*