EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** | **RLKS Executive Solutions LLC**

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **3/21/2001** | **3/31/2012** |
| **Enter Billing Rate/Hr:** | **450.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 214.50 | $450.00 | $96,525.00 |
| 2 | Facility Document Inventory & Evacuation Review | 9.90 | $450.00 | $4,455.00 |
| 3 | Human Resources - Employee Related Projects | 262.00 | $450.00 | $117,900.00 |
| 4 | Fee Apps | 8.50 | $450.00 | $3,825.00 |
| 5 | Non-working travel | 71.30 | $225.00 | $16,042.50 |
| 6 | Claims Administration | 323.40 | $450.00 | $145,530.00 |
| 7 | Tax/Finance Matters and Budget Projects | 9.60 | $450.00 | $4,320.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **899.20** | | **$388,597.50** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/1/2012 | Correspondence received, reviewed, responded re ADP Nortel | Kathryn Schultea | 1 | 1.2 |
| 3/1/2012 | Correspondence received, reviewed, responded re Conversion Data | Kathryn Schultea | 1 | 2.0 |
| 3/1/2012 | Conference calls re:  ADP Reporting requirements / SAP BW Report developer training / e-mail updates | Brandon Bangerter | 1 | 4.5 |
| 3/1/2012 | BOXI Configuration  / security updates for universes / reports, Infrastructure config updates | Brandon Bangerter | 1 | 4.5 |
| 3/2/2012 | IDA app/db server configuration, testing, access / SAP BW dev/test server infrastructure / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 3/2/2012 | BOXI Configuration / security access updates / Infrastructure environment overview | Brandon Bangerter | 1 | 3.0 |
| 3/3/2012 | BOXI updates / client configuration, e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 3/5/2012 | Ring Fence Working Session Meetings in RTP on site | Raj Perubhatla | 1 | 7.0 |
| 3/5/2012 | Emails and Discussions re IT projects | Raj Perubhatla | 1 | 1.0 |
| 3/5/2012 | Datacenter end state meetings for storage, network, server architecture | Brandon Bangerter | 1 | 8.0 |
| 3/6/2012 | Correspondence received, reviewed, responded re NNI Infrastructure | Kathryn Schultea | 1 | 3.0 |
| 3/6/2012 | Conference Calls re:  ADP Project call / SAP BW Report Developer Training | Brandon Bangerter | 1 | 3.0 |
| 3/6/2012 | SAP BW Administration troubleshooting and testing, BOXI user access controls, e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 3/7/2012 | Conference Call re:  MATDB / SCDB / DDMez / PartSmart, IDA security walkthrough,  e-mail updates | Brandon Bangerter | 1 | 4.5 |
| 3/7/2012 | Restatement DB discussion / BOXI security updates / infrastructure backups discussion / follow up | Brandon Bangerter | 1 | 3.5 |
| 3/8/2012 | Conference Call re: ADP HRIS Weekly | Kathryn Schultea | 1 | 1.5 |
| 3/8/2012 | Infrastructure service and support, agreements / IDA testing and troubleshooting / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 3/8/2012 | Conference calls re:  ADP checkpoint call / NNI SUDOSH2 discussion | Brandon Bangerter | 1 | 1.5 |
| 3/8/2012 | BOXI security modifications / MATDB testing / Application handbook updates | Brandon Bangerter | 1 | 3.5 |
| 3/9/2012 | Correspondence received, reviewed, responded re data retention issues | Kathryn Schultea | 1 | 2.3 |
| 3/9/2012 | SAP BW Administration troubleshooting and testing, BOXI user access controls, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 3/9/2012 | Infrastructure service and support, EMB Backups / IDA testing and troubleshooting / EV5 access updates | Brandon Bangerter | 1 | 4.0 |
| 3/12/2012 | Correspondence received, reviewed, responded re Nortel HR Processes | Kathryn Schultea | 1 | 2.3 |
| 3/12/2012 | Correspondence received, reviewed, responded re data issues | Kathryn Schultea | 1 | 0.7 |
| 3/12/2012 | Application Handbook reviews / e-mail updates | Brandon Bangerter | 1 | 2.0 |
| 3/13/2012 | Correspondence received, reviewed, responded re NNI Infrastructure | Kathryn Schultea | 1 | 1.5 |
| 3/13/2012 | Conference Call re: NNI Discussion | Kathryn Schultea | 1 | 1.5 |
| 3/13/2012 | Conference Calls re:  MATDB query walkthrough / training, ADP Project call | Brandon Bangerter | 1 | 3.0 |
| 3/13/2012 | Payroll Project file preparation and review, infrastructure security access, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 3/14/2012 | Conference Call re: Nortel Data Issues | Kathryn Schultea | 1 | 0.7 |
| 3/14/2012 | Conference Call re Application handbook review, BOXI security acess restrictions, modifications | Brandon Bangerter | 1 | 3.0 |
| 3/14/2012 | Application Handbook updates, reviews, DR application overview for RF transistion, e-mail updates | Brandon Bangerter | 1 | 2.0 |
| 3/15/2012 | Conference Call re: ADP HRIS Weekly | Kathryn Schultea | 1 | 1.3 |
| 3/15/2012 | Payroll Project overview and file preparation for export, Access DB exports, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 3/15/2012 | Conference call re: Def Comp Payroll files and exports / App handbook updates | Brandon Bangerter | 1 | 2.0 |
| 3/16/2012 | Payroll Project overview and file preparation for export, ADP EV5 Security access mods, e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 3/17/2012 | Def Comp Project Finalize Earning files for export / Prepare Deduction files for export | Brandon Bangerter | 1 | 6.0 |
| 3/19/2012 | BOXI security modifications and config updates / Application handbook updates / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 3/19/2012 | ADP EV5 security udpates / Preparation for transition / infrastructure software changes | Brandon Bangerter | 1 | 4.0 |
| 3/20/2012 | Conference Call re: ADP Project call / Def Comp Status / BOXI Security changes / e-mail updates | Brandon Bangerter | 1 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/20/2012 | Payroll Def Comp file verification, testing | Brandon Bangerter | 1 | 6.5 |
| 3/21/2012 | Infrastructure access modifications / Boxi testing, config changes / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 3/21/2012 | Payroll Def Comp file verification, testing | Brandon Bangerter | 1 | 7.0 |
| 3/22/2012 | Conference Calls re: ADP HRIS Weekly | Kathryn Schultea | 1 | 1.5 |
| 3/22/2012 | Correspondence received, reviewed, responded re ADP HRIS Go Live Discussion | Kathryn Schultea | 1 | 1.3 |
| 3/22/2012 | Conference Calls re:  ADP reporting / ADP HRIS Project / ADP EV5 security changes, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 3/22/2012 | Payroll Def Comp file verification, testing / Infrastructure configuration, testing, updates | Brandon Bangerter | 1 | 6.0 |
| 3/23/2012 | Correspondence received, reviewed, responded re: Data Retention issues | Kathryn Schultea | 1 | 3.5 |
| 3/23/2012 | Conference Calls re:Data Retention Review / NNI Sitescope review, e-mail updates | Brandon Bangerter | 1 | 2.5 |
| 3/23/2012 | Application Handbook reviews, updates / NNI Vault comparisons, changes, updates | Brandon Bangerter | 1 | 5.5 |
| 3/24/2012 | Infrastructure updates / troubleshooting / testing | Brandon Bangerter | 1 | 2.0 |
| 3/26/2012 | Correspondence received, reviewed, responded re Nortel Data Go Live | Kathryn Schultea | 1 | 2.2 |
| 3/26/2012 | Conference Calls re:  ADP Checkpoint call / Application handbook review / e-mail updates | Brandon Bangerter | 1 | 3.5 |
| 3/26/2012 | BOXI security updates / ADP EV5 user security / Payroll Def Comp file verification | Brandon Bangerter | 1 | 5.5 |
| 3/27/2012 | Conference Calls re:  MATDB query walkthrough / training, ADP Project call / e-mail updates | Brandon Bangerter | 1 | 3.5 |
| 3/27/2012 | MATDB database troubleshooting for missing tables / query testing / Def Comp verification testing | Brandon Bangerter | 1 | 4.5 |
| 3/28/2012 | Conference call re:  ADP Checkpoint call, BOXI security updates for users, folder changes, e-mail | Brandon Bangerter | 1 | 4.0 |
| 3/28/2012 | MATDB database troubleshooting for missing tables / query testing / IDA DB/App issues | Brandon Bangerter | 1 | 5.0 |
| 3/29/2012 | Conference calls re:  ADP Reports / Application handbook updates and reviews / e-mail updates | Brandon Bangerter | 1 | 3.5 |
| 3/29/2012 | NNI Vault updates / IDA application issues, admin password reset, MATDB table updates | Brandon Bangerter | 1 | 3.5 |
| 3/30/2012 | Emails, Discussions re IT issues | Raj Perubhatla | 1 | 1.0 |
| 3/30/2012 | Troubleshooting IDA application issues after password reset / MATDB final testing, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 3/30/2012 | Infrastructure updates / troubleshooting / testing, Final Application Handbook reviews | Brandon Bangerter | 1 | 3.0 |
| 3/31/2012 | Clarify Database Creation from Production on 0jm | Raj Perubhatla | 1 | 4.0 |
| 3/7/2012 | Correspondence received, reviewed, responded re Iron Mountain | Kathryn Schultea | 2 | 2.2 |
| 3/8/2012 | Correspondence receiver, reviewed, responded re HR Documentation | Kathryn Schultea | 2 | 0.8 |
| 3/22/2012 | Correspondence received, reviewed, responded re Nortel Documentation | Kathryn Schultea | 2 | 2.3 |
| 3/26/2012 | Correspondence received, reviewed, responded re HR documentation | Kathryn Schultea | 2 | 1.6 |
| 3/27/2012 | Correspondence received, reviewed, responded re document retention | Kathryn Schultea | 2 | 1.7 |
| 3/30/2012 | Correspondence received, reviewed, responded re  Nortel document retention | Kathryn Schultea | 2 | 1.3 |
| 3/1/2012 | Conference call re:  HR Transition Project | Kathryn Schultea | 3 | 0.5 |
| 3/1/2012 | Conference calls re: HR Matters | Kathryn Schultea | 3 | 1.5 |
| 3/1/2012 | ADP Manual Reports, ADP Project call, ADP HRIS Call, Claims Database Config , SAP BW Training calls | Raj Perubhatla | 3 | 3.0 |
| 3/1/2012 | ADP Interface and Reports Development | Raj Perubhatla | 3 | 2.0 |
| 3/2/2012 | Correspondence received, reviewed, responded re Benefits | Kathryn Schultea | 3 | 3.5 |
| 3/2/2012 | Correspondence received, reviewed, responded re Committee | Kathryn Schultea | 3 | 2.5 |
| 3/2/2012 | ADP Project call, Validation calls and Interface Delivery to Vendors and emails and discussions | Raj Perubhatla | 3 | 3.0 |
| 3/3/2012 | ADP - Creating Dev Reporting and Interface Development | Raj Perubhatla | 3 | 4.0 |
| 3/4/2012 | ADP status reports emails | Raj Perubhatla | 3 | 2.0 |
| 3/6/2012 | Conference call re: w/Mercer | Kathryn Schultea | 3 | 1.5 |
| 3/6/2012 | Correspondence receiver, reviewed, responded re Nortel Benefits and various plans | Kathryn Schultea | 3 | 2.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/6/2012 | ADP Interface call, Project call, HRIS Project call, emails and discussions | Raj Perubhatla | 3 | 3.0 |
| 3/6/2012 | ADP Interfaces and Reports Development | Raj Perubhatla | 3 | 3.0 |
| 3/7/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.5 |
| 3/7/2012 | Correspondence received, reviewed, responded re Committee | Kathryn Schultea | 3 | 3.0 |
| 3/7/2012 | ADP Interfaces and Reports Development | Raj Perubhatla | 3 | 3.0 |
| 3/7/2012 | ADP Project call, emails and discussions | Raj Perubhatla | 3 | 2.0 |
| 3/8/2012 | Conference Calls re: HR Matters | Kathryn Schultea | 3 | 2.0 |
| 3/8/2012 | ADP Manual Reports, ADP Checkpoint call, weekly call, Project call, SUDO SH2 Discussion with IT | Raj Perubhatla | 3 | 5.0 |
| 3/9/2012 | Conference Calls re: Nortel Benefits | Kathryn Schultea | 3 | 2.0 |
| 3/9/2012 | Conference Call re: Biweekly Staff Meeting | Kathryn Schultea | 3 | 0.7 |
| 3/9/2012 | Correspondence received, reviewed, responded re  Nortel HR Transition | Kathryn Schultea | 3 | 0.8 |
| 3/9/2012 | Nortel Deferred Comp Calls, Preparation, ADP Project Calls, emails and Discussions | Raj Perubhatla | 3 | 2.0 |
| 3/9/2012 | ADP Project call, Validation calls and Interface Delivery to Vendors and emails and discussions | Raj Perubhatla | 3 | 4.0 |
| 3/10/2012 | ADP Interface and Reports Development | Raj Perubhatla | 3 | 2.0 |
| 3/12/2012 | Correspondence received, reviewed, responded re Nortel Employee Benefits | Kathryn Schultea | 3 | 1.3 |
| 3/12/2012 | ADP Interfaces, Reports, Conversion Activities, Project Calls, emails and Discussions | Raj Perubhatla | 3 | 5.0 |
| 3/13/2012 | Correspondence received, reviewed, responded re Benefits and various plans | Kathryn Schultea | 3 | 0.8 |
| 3/13/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.7 |
| 3/13/2012 | ADP Interface, Project calls, emails and discussions | Raj Perubhatla | 3 | 4.0 |
| 3/13/2012 | Def Comp Calls and Data Analysys | Raj Perubhatla | 3 | 3.0 |
| 3/14/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 1.5 |
| 3/14/2012 | DefComp Data Analysis, emails and calls | Raj Perubhatla | 3 | 4.0 |
| 3/14/2012 | ADP interface Calls, Project calls, emails, development | Raj Perubhatla | 3 | 4.0 |
| 3/15/2012 | Correspondence received, reviewed, responded re employee benefits and plans | Kathryn Schultea | 3 | 1.5 |
| 3/15/2012 | Conference calls re: various HR Matters | Kathryn Schultea | 3 | 2.0 |
| 3/15/2012 | Conference call re: NNI Committees for Plans | Kathryn Schultea | 3 | 1.2 |
| 3/15/2012 | ADP Reports, Projects, Interfaces, Status, emails and Discussions | Raj Perubhatla | 3 | 6.0 |
| 3/15/2012 | Def Comp Calls and Data Analysys | Raj Perubhatla | 3 | 3.0 |
| 3/16/2012 | Correspondence received, reviewed, responded re Committee | Kathryn Schultea | 3 | 3.3 |
| 3/16/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 1.0 |
| 3/16/2012 | IXOS Reports Issues with WIN7, ADP Development, emails and Discussions | Raj Perubhatla | 3 | 5.0 |
| 3/17/2012 | Def Comp Data Merge effort for merging 360 excel and access data files | Raj Perubhatla | 3 | 5.0 |
| 3/18/2012 | Def Comp Data Merge effort for merging 360 excel and access data files | Raj Perubhatla | 3 | 11.0 |
| 3/19/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.7 |
| 3/19/2012 | Correspondence received, reviewed, responded re employee benefits and plans | Kathryn Schultea | 3 | 1.5 |
| 3/19/2012 | ADP Project calls, emails, discussions and development | Raj Perubhatla | 3 | 5.0 |
| 3/19/2012 | Def Comp Data Merge effort for merging 360 excel and access data files | Raj Perubhatla | 3 | 6.0 |
| 3/20/2012 | Onsite at Nortel RTP re: data retentions effort, including employee related matters | Kathryn Schultea | 3 | 7.0 |
| 3/20/2012 | ADP Interfaces, Project, Status calls, development, troubleshooting | Raj Perubhatla | 3 | 5.0 |
| 3/20/2012 | Def Comp Data Merge effort for merging 360 excel and access data files | Raj Perubhatla | 3 | 6.0 |
| 3/21/2012 | Conference call re: HR Matters | Kathryn Schultea | 3 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/21/2012 | Onsite at Nortel RTP re: data retentions | Kathryn Schultea | 3 | 3.7 |
| 3/21/2012 | ADP Interfaces, Project, Status calls, development, troubleshooting | Raj Perubhatla | 3 | 6.0 |
| 3/21/2012 | Def Comp Data Merge effort for merging 360 excel and access data files | Raj Perubhatla | 3 | 5.0 |
| 3/22/2012 | Conference call re: Biweekly Staff Meeting | Kathryn Schultea | 3 | 0.8 |
| 3/22/2012 | Conference calls re: HR Transition Project | Kathryn Schultea | 3 | 1.0 |
| 3/22/2012 | Conference calls re:  HR Matters (various benefits and plans) | Kathryn Schultea | 3 | 2.3 |
| 3/22/2012 | Def Comp Data Merge effort for merging 360 excel and access data files | Raj Perubhatla | 3 | 5.0 |
| 3/22/2012 | ADP Go-Live Preparation, Unix, Windows, Oracle, Reporting, Interfaces | Raj Perubhatla | 3 | 5.0 |
| 3/23/2012 | Correspondence received, reviewed, responded re: Committee | Kathryn Schultea | 3 | 1.2 |
| 3/23/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.8 |
| 3/23/2012 | Def Comp Data Merge effort for merging 360 excel and access data files | Raj Perubhatla | 3 | 5.0 |
| 3/23/2012 | ADP Go-Live Preparation, Unix, Windows, Oracle, Reporting, Interfaces | Raj Perubhatla | 3 | 6.0 |
| 3/24/2012 | ADP Go-Live Preparation, Unix, Windows, Oracle, Reporting, Interfaces | Raj Perubhatla | 3 | 2.0 |
| 3/24/2012 | Def Comp Data Merge effort for merging 360 excel and access data files | Raj Perubhatla | 3 | 3.0 |
| 3/25/2012 | Def Comp Data Merge effort for merging 360 excel and access data files | Raj Perubhatla | 3 | 4.0 |
| 3/25/2012 | ADP Go-Live Preparation, Unix, Windows, Oracle, Reporting, Interfaces | Raj Perubhatla | 3 | 2.0 |
| 3/26/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 2.5 |
| 3/26/2012 | ADP Go-Live issue fixes, emails, meetings and discussions | Raj Perubhatla | 3 | 4.0 |
| 3/27/2012 | Conference call re:  FLSA Summary | Kathryn Schultea | 3 | 0.8 |
| 3/27/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.5 |
| 3/27/2012 | Correspondence received, reviewed, responded re employee benefits and plans | Kathryn Schultea | 3 | 3.7 |
| 3/27/2012 | Multiple ADP Go-live calls, Livelink Calls, ADP Turn over call with ADP, emails and discussions | Raj Perubhatla | 3 | 5.0 |
| 3/28/2012 | Prep for meetings at Cleary re - DC Work | Kathryn Schultea | 3 | 4.4 |
| 3/28/2012 | ADP Interfaces, Project Calls emails and discussions | Raj Perubhatla | 3 | 3.0 |
| 3/29/2012 | Onsite at Cleary Offices - DC Work | Kathryn Schultea | 3 | 8.0 |
| 3/29/2012 | Deferred Comp Meetings all day | Raj Perubhatla | 3 | 8.0 |
| 3/30/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.3 |
| 3/30/2012 | Correspondence received, reviewed, responded re employee benefits and plans | Kathryn Schultea | 3 | 3.2 |
| 3/30/2012 | Monthly Fee Application Work | Raj Perubhatla | 4 | 3.5 |
| 3/31/2012 | Monthly Fee Application Work | Kathryn Schultea | 4 | 5.0 |
| 3/2/2012 | Non-Working Travel - Raleigh to Houston | Mary Cilia | 5 | 6.5 |
| 3/4/2012 | Non-Working Travel -  Houston to Raleigh | Raj Perubhatla | 5 | 5.5 |
| 3/4/2012 | Non-Working Travel -  Houston to Raleigh | Brandon Bangerter | 5 | 5.5 |
| 3/5/2012 | Non-Working Travel - Raleigh to Houston | Raj Perubhatla | 5 | 5.5 |
| 3/5/2012 | Non-Working Travel - Raleigh to Houston | Brandon Bangerter | 5 | 5.5 |
| 3/19/2012 | Non-Working travel from Houston to Raleigh | Kathryn Schultea | 5 | 4.5 |
| 3/21/2012 | Non-Working Travel - Raleigh to Houston | Kathryn Schultea | 5 | 4.5 |
| 3/27/2012 | Non-Working Travel -  Houston to Raleigh | Mary Cilia | 5 | 6.0 |
| 3/28/2012 | Non-working travel from Houston to New York | Kathryn Schultea | 5 | 5.5 |
| 3/28/2012 | Non-working travel from Houston to New York | Raj Perubhatla | 5 | 5.5 |
| 3/30/2012 | Non-Working Travel - Raleigh to Houston | Mary Cilia | 5 | 5.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/30/2012 | Non-Working travel from New York to Houston | Raj Perubhatla | 5 | 5.5 |
| 3/31/2012 | Non-Working travel from New York to Houston | Kathryn Schultea | 5 | 5.5 |
| 3/1/2012 | Correspondence received, reviewed, responded re Claims Access Database | Kathryn Schultea | 6 | 1.0 |
| 3/1/2012 | Claims protocol/procedure | Richard Lydecker | 6 | 3.5 |
| 3/1/2012 | Claims protocol/procedure | Richard Lydecker | 6 | 1.5 |
| 3/1/2012 | Meeting with Jane Davison Re:  Employee Claims Review and Analysis | Mary Cilia | 6 | 7.0 |
| 3/1/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 3/1/2012 | Meeting with HR Team Re;  Employee Claims Review Process | Mary Cilia | 6 | 1.0 |
| 3/1/2012 | Claims Database Config  emails and discussions, Claims DB and Reports Development | Raj Perubhatla | 6 | 4.0 |
| 3/2/2012 | Correspondence received, reviewed, responded re Nortel Claims | Kathryn Schultea | 6 | 1.7 |
| 3/2/2012 | Claims call with KS | Richard Lydecker | 6 | 0.5 |
| 3/2/2012 | Claims correspondence with Cleary | Richard Lydecker | 6 | 1.5 |
| 3/2/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 3/2/2012 | Claims Database and Reports Development emails and discussions | Raj Perubhatla | 6 | 7.0 |
| 3/3/2012 | Claims e-mails | Richard Lydecker | 6 | 1.0 |
| 3/3/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 3/3/2012 | Claims Database Development | Raj Perubhatla | 6 | 4.0 |
| 3/4/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 3/4/2012 | Review and Comment on New Claims Reporting from Converted Claims Database | Mary Cilia | 6 | 1.5 |
| 3/4/2012 | Claims Environment maintenance, | Raj Perubhatla | 6 | 2.0 |
| 3/5/2012 | Claims discussions/protocot | Richard Lydecker | 6 | 1.8 |
| 3/5/2012 | Planning model | Richard Lydecker | 6 | 1.0 |
| 3/5/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 3/6/2012 | Correspondence received, reviewed, responded re Nortel Employee Claims | Kathryn Schultea | 6 | 1.3 |
| 3/6/2012 | Model | Richard Lydecker | 6 | 1.0 |
| 3/6/2012 | Claims discussions/protocot | Richard Lydecker | 6 | 0.5 |
| 3/6/2012 | Model | Richard Lydecker | 6 | 2.0 |
| 3/6/2012 | Meeting with Raj and follow up re:  Claims Database Conversion, BOXI reporting and setup | Mary Cilia | 6 | 1.8 |
| 3/6/2012 | Review and follow up call re:  Employee Claims Action Items | Mary Cilia | 6 | 1.0 |
| 3/6/2012 | Review and Revision of Employee Claims Protocol | Mary Cilia | 6 | 1.8 |
| 3/6/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 3/6/2012 | Claims Database and Reports Development emails and discussions | Raj Perubhatla | 6 | 4.0 |
| 3/7/2012 | Correspondence received, reviewed, responded re Employee Claims | Kathryn Schultea | 6 | 1.8 |
| 3/7/2012 | Claims discussions/protocot | Richard Lydecker | 6 | 0.5 |
| 3/7/2012 | Claims discussions/protocot | Richard Lydecker | 6 | 0.3 |
| 3/7/2012 | Model | Richard Lydecker | 6 | 3.0 |
| 3/7/2012 | Review and Revision of Employee Claims Protocol | Mary Cilia | 6 | 1.3 |
| 3/7/2012 | Review of employee claims and drafting of withdrawal notices for CCA claim filed in the US | Mary Cilia | 6 | 3.5 |
| 3/7/2012 | Review of employee claims re:retiree claims | Mary Cilia | 6 | 6.5 |
| 3/7/2012 | Claims Reports Development | Raj Perubhatla | 6 | 5.0 |
| 3/8/2012 | Conference Call re: Claims Mtg. Preparation | Kathryn Schultea | 6 | 1.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/8/2012 | Correspondence receiver, reviewed, responded re Nortel Claims | Kathryn Schultea | 6 | 2.5 |
| 3/8/2012 | Model | Richard Lydecker | 6 | 2.0 |
| 3/8/2012 | Model | Richard Lydecker | 6 | 2.0 |
| 3/8/2012 | Employee claims call | Richard Lydecker | 6 | 0.8 |
| 3/8/2012 | Preparation of claims management report templates | Mary Cilia | 6 | 5.5 |
| 3/8/2012 | Review of employee claims re:LTD claims | Mary Cilia | 6 | 4.0 |
| 3/8/2012 | Review of employee claims re:  Vacation claims | Mary Cilia | 6 | 2.5 |
| 3/8/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 1.0 |
| 3/8/2012 | Claims Reports Development | Raj Perubhatla | 6 | 3.0 |
| 3/8/2012 | Claims Database Development | Raj Perubhatla | 6 | 2.0 |
| 3/9/2012 | Preparation of claims management report templates | Mary Cilia | 6 | 8.0 |
| 3/9/2012 | Review of employee claims re:Annuity claims | Mary Cilia | 6 | 2.0 |
| 3/9/2012 | Creating and modifying Claims Reports | Raj Perubhatla | 6 | 4.0 |
| 3/10/2012 | Preparation of claims management report templates | Mary Cilia | 6 | 9.5 |
| 3/10/2012 | Load Epiq data into Claims Database | Raj Perubhatla | 6 | 5.0 |
| 3/10/2012 | Creating and modifying Claims Reports | Raj Perubhatla | 6 | 4.0 |
| 3/11/2012 | Preparation of claims management report templates | Mary Cilia | 6 | 2.5 |
| 3/11/2012 | Review of employee claims re:  RIP claims | Mary Cilia | 6 | 6.5 |
| 3/11/2012 | Review of HR responses to employee claim inquiries | Mary Cilia | 6 | 1.0 |
| 3/11/2012 | Creating Claims Emp Type Reports for Emp Claims | Raj Perubhatla | 6 | 10.0 |
| 3/12/2012 | Model/data base/claims review | Richard Lydecker | 6 | 5.3 |
| 3/12/2012 | Review of employee claims re:  Upcoming omnibus objection | Mary Cilia | 6 | 2.0 |
| 3/12/2012 | Review and provide comments on claims management report drafts | Mary Cilia | 6 | 8.5 |
| 3/12/2012 | Claims Reports | Raj Perubhatla | 6 | 6.0 |
| 3/13/2012 | Model | Richard Lydecker | 6 | 2.0 |
| 3/13/2012 | Model | Richard Lydecker | 6 | 1.3 |
| 3/13/2012 | Review and provide comments on claims management report drafts | Mary Cilia | 6 | 7.0 |
| 3/13/2012 | Review of employee claims re:  Upcoming omnibus objection | Mary Cilia | 6 | 3.5 |
| 3/13/2012 | Claims Reports Development | Raj Perubhatla | 6 | 4.0 |
| 3/14/2012 | Review and provide comments on claims management report drafts | Mary Cilia | 6 | 2.5 |
| 3/14/2012 | Review of employee claims re:  RIP claims | Mary Cilia | 6 | 8.5 |
| 3/14/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 3/14/2012 | Claims Reports Development | Raj Perubhatla | 6 | 3.0 |
| 3/15/2012 | Review of employee claims re:  Vacation claims | Mary Cilia | 6 | 5.0 |
| 3/15/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.0 |
| 3/15/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 1.5 |
| 3/15/2012 | Follow up conference call with Huron regarding employee claims status | Mary Cilia | 6 | 0.8 |
| 3/15/2012 | Claims Reports Development | Raj Perubhatla | 6 | 2.0 |
| 3/16/2012 | Claims | Richard Lydecker | 6 | 0.5 |
| 3/16/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 3/19/2012 | Claims reporting | Richard Lydecker | 6 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/19/2012 | Claims reporting | Richard Lydecker | 6 | 1.3 |
| 3/19/2012 | Preparation and review of claims managament report drafts with Richard Lydecker | Mary Cilia | 6 | 2.0 |
| 3/19/2012 | Review of intercompany claims status | Mary Cilia | 6 | 3.5 |
| 3/19/2012 | Review of employee claims re: Upcoming omnibus objection | Mary Cilia | 6 | 1.5 |
| 3/19/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.5 |
| 3/20/2012 | Claims meeting/discussion | Richard Lydecker | 6 | 0.3 |
| 3/20/2012 | Intercompany issues | Richard Lydecker | 6 | 0.5 |
| 3/20/2012 | Intercompany issues | Richard Lydecker | 6 | 0.5 |
| 3/20/2012 | Model | Richard Lydecker | 6 | 1.5 |
| 3/20/2012 | Review of intercompany claims status | Mary Cilia | 6 | 4.5 |
| 3/20/2012 | Review of HR response re: termination status | Mary Cilia | 6 | 1.5 |
| 3/20/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.0 |
| 3/21/2012 | Review of employee claims re: Vacation claims | Mary Cilia | 6 | 4.0 |
| 3/21/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.0 |
| 3/21/2012 | Conference Call with Deb Parker re: Termination Status | Mary Cilia | 6 | 1.0 |
| 3/21/2012 | Review of employee claims re: Equity claims | Mary Cilia | 6 | 3.0 |
| 3/22/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 3/22/2012 | Review of employee claims re: Equity claims | Mary Cilia | 6 | 1.3 |
| 3/23/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 3/23/2012 | Review of employee claims re: Upcoming omnibus objection | Mary Cilia | 6 | 1.3 |
| 3/23/2012 | Review of intercompany claims status | Mary Cilia | 6 | 1.5 |
| 3/26/2012 | Model | Richard Lydecker | 6 | 2.0 |
| 3/26/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.0 |
| 3/26/2012 | Review of employee claims re: Upcoming omnibus objection | Mary Cilia | 6 | 2.5 |
| 3/26/2012 | Claims Reports, Updating Assertion Strings | Raj Perubhatla | 6 | 7.0 |
| 3/27/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 3/27/2012 | Review of employee claims re: Upcoming omnibus objection | Mary Cilia | 6 | 3.3 |
| 3/27/2012 | Review and provide comments on claims management report drafts | Mary Cilia | 6 | 2.0 |
| 3/27/2012 | Claims Development to populate Assertions strings | Raj Perubhatla | 6 | 6.0 |
| 3/28/2012 | Preparation of RIP claims for upcoming omnibus objection | Mary Cilia | 6 | 1.8 |
| 3/28/2012 | Review of Intercompany claims status with Richard Boris | Mary Cilia | 6 | 2.5 |
| 3/28/2012 | Review of miscellaneous employee claims issues and HR responses | Mary Cilia | 6 | 5.0 |
| 3/29/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 3/29/2012 | Meeting with Deb Parker to review and discuss employee claims information | Mary Cilia | 6 | 1.5 |
| 3/29/2012 | Review of miscellaneous employee claims issues and HR responses | Mary Cilia | 6 | 5.5 |
| 3/30/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 3/30/2012 | Review of miscellaneous employee claims issues and HR responses | Mary Cilia | 6 | 3.3 |
| 3/31/2012 | Epiq datafile load into Claims database | Raj Perubhatla | 6 | 3.0 |
| 3/21/2001 | State tax status | Richard Lydecker | 7 | 1.0 |
| 3/1/2012 | NC apportionment | Richard Lydecker | 7 | 1.5 |
| 3/2/2012 | Tax call | Richard Lydecker | 7 | 0.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/9/2012 | EY tax update call | Richard Lydecker | 7 | 0.8 |
| 3/14/2012 | Correspondence received, reviewed, responded re EY Update on Employee Tax Research | Kathryn Schultea | 7 | 2.0 |
| 3/22/2012 | State tax status | Richard Lydecker | 7 | 0.5 |
| 3/22/2012 | Tax claims status | Richard Lydecker | 7 | 0.5 |
| 3/23/2012 | State tax status | Richard Lydecker | 7 | 0.5 |
| 3/23/2012 | Tax update call | Richard Lydecker | 7 | 0.8 |
| 3/29/2012 | EY tax direction | Richard Lydecker | 7 | 0.5 |
| 3/30/2012 | Tax update call | Richard Lydecker | 7 | 1.0 |