EXHIBIT B

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**March 1, 2012 through March 31, 2012**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $  10,425.90 |
| Travel – Lodging | 4,478.32 |
| Travel – Transportation | 2,123.45 |
| Travel – Meals | 589.50 |
| Office Expenses | - |
| TOTAL | $  17,617.17 |
|  |  |

# Nortel Expense Report

**PERIOD:** March 1, 2012 through March 31, 2012

| Date | Description | Air | Lodging | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 3/1 - 3/2 | Travel Houston/Raleigh | $ 853.30 | $ 561.50 | $ 100.54 | $ 316.06 | Mary Cilia |
| 3/4 - 3/5 | Travel Houston/Raleigh | $ 1,558.10 | $ 204.29 | $ 92.81 | $ 180.00 | Raj Perubhatla |
| 3/4 - 3/5 | Travel Houston/Raleigh | $ 1,479.10 | $ 203.27 | $ 57.97 | $ 71.30 | Brandon Bangerter |
| 3/19 - 3/21 | Travel Houston/Raleigh | $ 1,664.10 | $ 419.64 | $ - | $ 400.32 | Kathryn Schultea |
| 3/27 - 3/30 | Travel Houston/Raleigh | $ 1,694.10 | $ 909.90 | $ 338.18 | $ 400.97 | Mary Cilia |
| 3/28 - 3/29 | Travel Houston/New York | $ 1,504.10 | $ 922.70 | $ - | $ 233.50 | Kathryn Schultea |
| 3/28 - 3/30 | Travel Houston/New York | $ 1,673.10 | $ 1,257.02 | $ - | $ 521.30 | Raj Perubhatla |
| | | $ 10,425.90 | $ 4,478.32 | $ 589.50 | $ 2,123.45 | |