# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2012 through April 30, 2012

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 1.0 | $260.00 |
| Fee and Employment Applications | 9.9 | $3,652.50 |
| Analysis of Canadian Law | 17.2 | $16,555.50 |
| Intercompany Analysis | 56.3 | $51,942.00 |
| Canadian CCAA Proceedings/Matters | 34.8 | $26,778.50 |
| **TOTAL** | 119.2 | $99,188.50 |

13697823.1

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Ralph | Dianne | 02/04/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11112855 |
| Ralph | Dianne | 10/04/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11122597 |
| Ralph | Dianne | 16/04/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11131207 |
| Ralph | Dianne | 23/04/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11140742 |
| Ralph | Dianne | 30/04/2012 | review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11151226 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 16/04/2012 | Work on Nortel fee application review and objection | 0.8 | 700.00 | 11134112 |
| Gray | William | 23/04/2012 | Review monthly fee application | 0.5 | 437.50 | 11144012 |
| Bauer | Alison D. | 26/04/2012 | Conference D. Ralph and review fee application | 0.3 | 217.50 | 11146786 |
| Bauer | Alison D. | 27/04/2012 | attention to emails on Fee Application revisions and preparation for filing | 0.2 | 145.00 | 11149334 |
| Bauer | Alison D. | 30/04/2012 | Attention to emails on Fee Application revisions and filing | 0.1 | 72.50 | 11150312 |
| Ralph | Dianne | 19/04/2012 | Receipt and review of March time entries and expenses | 1.4 | 364.00 | 11135831 |
| Ralph | Dianne | 20/04/2012 | Review of March time entries (.8); email to J. Wong regarding same (.1) | 0.9 | 234.00 | 11136254 |
| Ralph | Dianne | 23/04/2012 | Review of March time entry updates | 0.6 | 156.00 | 11144170 |
| Ralph | Dianne | 24/04/2012 | Review of updated March time entries (.7); email to J. Wong regarding same (.1) | 0.8 | 208.00 | 11144180 |
| Ralph | Dianne | 25/04/2012 | Review and update March fee application | 1.3 | 338.00 | 11143949 |
| Ralph | Dianne | 26/04/2012 | revise and update March fee application (1.4); conference and review of fee application with A. Bauer (.3) | 1.7 | 442.00 | 11153159 |
| Ralph | Dianne | 27/04/2012 | Update March fee application with revisions (.5); email to J. Wong regarding same (.1); | 0.6 | 156.00 | 11147807 |
| Ralph | Dianne | 30/04/2012 | finalize fee application (.6); email to A. Cordo regarding same (.1) | 0.7 | 182.00 | 11153373 |

FEE AND EMPLOYMENT APPLICATIONS

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 10/04/2012 | research regarding Canadian legal issues; | 1.3 | 1,053.00 | 11125832 |
| DeMarinis | Tony | 04/04/2012 | consideration of Canadian law in re inter-company claims and allocations, and review of post-filing | 3.7 | 3,607.50 | 11114235 |
| DeMarinis | Tony | 05/04/2012 | reviewing various research materials and papers in relation to upcoming mediation, and searching additional historical information; | 3.5 | 3,412.50 | 11117509 |
| DeMarinis | Tony | 11/04/2012 | reading research materials and analyses relating to claims valuation, inter-company and overlapping claims, and allocation methodologies; | 2.5 | 2,437.50 | 11124967 |
| DeMarinis | Tony | 17/04/2012 | analysis relating to mediation statement and pending meeting, and discussion with work group on same; | 3.5 | 3,412.50 | 11132985 |
| DeMarinis | Tony | 26/04/2012 | consideration and review of Canadian law issues relating to interest on claims; | 2.7 | 2,632.50 | 11146791 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/04/2012 | telephone call with I. Rosenberg regarding mediation issues and reviewing draft brief (2.0); | 2.0 | 1,620.00 | 11113984 |
| Bomhof | Scott A. | 05/04/2012 | reviewing schedules to mediation brief and discussing mediation issues with A. Gray; | 1.7 | 1,377.00 | 11120413 |
| Bomhof | Scott A. | 09/04/2012 | telephone call with A. Gray regarding mediation issues and privilege issues; | 0.5 | 405.00 | 11121578 |
| Bomhof | Scott A. | 10/04/2012 | discussing issues related to mediation brief with Cleary and reviewing draft brief; | 1.2 | 972.00 | 11125775 |
| Bomhof | Scott A. | 12/04/2012 | co-ordinate materials for filing of U.S. debtors mediation brief; | 1.0 | 810.00 | 11128480 |
| Bomhof | Scott A. | 16/04/2012 | attending U.S. debtor status call (1.0); attending status call with U.S. debtor advisors and UCC advisors (.6); reviewing mediation brief and arrange for delivery of 2 copies of U.S. debtor's brief to R. Bennett (1.4); telephone call with counsel to Winker J. regarding procedures for April 24 mediation session (.3); | 3.3 | 2,673.00 | 11132062 |
| Bomhof | Scott A. | 17/04/2012 | reviewing U.S. debtors mediation brief; | 0.5 | 405.00 | 11131985 |
| Bomhof | Scott A. | 30/04/2012 | reviewing issues arising from introductory mediated session before Winkler J; | 1.5 | 1,215.00 | 11150658 |
| DeMarinis | Tony | 02/04/2012 | preparation for mediation session and review of related materials; | 3.0 | 2,925.00 | 11112188 |
| DeMarinis | Tony | 03/04/2012 | reading Canadian document brief in preparation for mediation; | 2.7 | 2,632.50 | 11112514 |
| DeMarinis | Tony | 12/04/2012 | reading previously filed mediation briefs and replies, related documents, and research materials in connection with 3rd mediation; | 3.5 | 3,412.50 | 11127056 |
| DeMarinis | Tony | 16/04/2012 | detailed review of compendium of materials filed for 3rd mediation, supporting documents, and prior submissions; | 3.2 | 3,120.00 | 11130569 |
| DeMarinis | Tony | 19/04/2012 | engaged in the review of accumulated materials relating to inter-company proceeds allocation and preparation for next week's initial third mediation session; | 4.5 | 4,387.50 | 11136584 |
| DeMarinis | Tony | 22/04/2012 | review and analysis relating to commencement of 3rd mediation and substantive issues; | 3.5 | 3,412.50 | 11148507 |
| DeMarinis | Tony | 23/04/2012 | reading materials in connection with tomorrow's open mediation commencement session; | 2.5 | 2,437.50 | 11147317 |
| DeMarinis | Tony | 24/04/2012 | attending opening session of mediation presided over by Chief Justice Winkler, and preparation, debriefing and U.S. Debtor work group discussions relating thereto; | 6.0 | 5,850.00 | 11143684 |
| DeMarinis | Tony | 27/04/2012 | review of claims information and materials in connection with matters raised during mediation; | 2.3 | 2,242.50 | 11149372 |
| DeMarinis | Tony | 30/04/2012 | participate in conference call with U.S. Debtor advisory group (0.5); participate in conference call with U.S. Debtor and U.C.C. advisory group, and internal discussion regarding mediation (0.8); consideration of communications and information exchange matters in relation to mediation process (1.0); review information regarding EMEA claims in | 3.2 | 3,120.00 | 11151713 |
| Gray | William | 02/04/2012 | Work on mediation brief issues | 2.1 | 1,837.50 | 11116789 |
| Gray | William | 03/04/2012 | Work on cross-border claim priorities | 1.1 | 962.50 | 11116758 |
| Gray | William | 05/04/2012 | Work on mediation brief issues | 1.4 | 1,225.00 | 11117814 |
| Gray | William | 11/04/2012 | Work on inter company claims and Canadian legal issues | 0.8 | 700.00 | 11125932 |
| Gray | William | 16/04/2012 | Work on mediation preparation discussions | 1.7 | 1,487.50 | 11134226 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 18/04/2012 | Work on intercompany claims issues | 1.4 | 1,225.00 | 11133981 |
| Gray | William | 23/04/2012 | Work on mediation cross-border issues | 1.7 | 1,487.50 | 11144051 |

CANADIAN CCAA PROCEEDINGS MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/04/2012 | Telephone call with M. Fleming-Delacrux regarding claims (0.4); telephone call with M. Wunder of FMC and prepare for April 4 motion to approve Bell Aliant IP address sale (0.7); telephone call with S. Dewart regarding insurance (0.6); telephone call with A. Merksey of Norton Rose regarding insurance (0.3); | 2.0 | 1,620.00 | 11114032 |
| Bomhof | Scott A. | 04/04/2012 | telephone call with A. Armstrong and reviewing order and enforcement from Bell Aliant sale motion; | 0.5 | 405.00 | 11114064 |
| Bomhof | Scott A. | 05/04/2012 | telephone call with J. Pasqueriello regarding confidentiality agreements for mediation and reporting to Cleary regarding same (.4); telephone call with Koskie Minsky regarding claims (.3); reporting to J. Roy on Ministry of Environment leave to appeal application (.3); follow up with S. Dewart regarding insurance motion (.2); | 1.2 | 972.00 | 11119629 |
| Bomhof | Scott A. | 09/04/2012 | exchange messages with Cleary regarding update on insurance; | 0.3 | 243.00 | 11121583 |
| Bomhof | Scott A. | 10/04/2012 | exchange messages with S. Dean regarding insurance issues (.3); telephone call with M. Fleming-Delacrux and telephone call with Koskie Minskie regarding Canadian claims issues (.3); reviewing materials for April 13 CCAA extension (.9); | 1.5 | 1,215.00 | 11125846 |
| Bomhof | Scott A. | 11/04/2012 | follow up call to Koskie regarding claims (.3); discussing CCAA extension issues with J. Opolosky (.2); | 0.5 | 405.00 | 11125837 |
| Bomhof | Scott A. | 12/04/2012 | reviewing e-mail from S. Dewart regarding insurance and discussing same with Cleary (.3); telephone call with A. McKinnon of Koskie Minsky regarding claims (.6); | 0.9 | 729.00 | 11128425 |
| Bomhof | Scott A. | 13/04/2012 | telephone call with A. Merskey regarding insurance motion and telephone call with Cleary to discuss options to insurance motion; | 1.0 | 810.00 | 11128492 |
| Bomhof | Scott A. | 16/04/2012 | telephone call with E. Busigel and reviewing insurance policy (.4); telephone call with M. Wunder of FMC regarding insurance issues (.2); | 0.6 | 486.00 | 11132035 |
| Bomhof | Scott A. | 17/04/2012 | exchange messages with A. Merskey of Norton Rose and M. Wunder of FMC regarding insurance and reviewing proposed terms to defer U.S. hearing; | 0.6 | 486.00 | 11132006 |
| Bomhof | Scott A. | 30/04/2012 | telephone call with A. Merskey regarding insurance motion and discussing same with M. Wunder (.2); attend weekly status call (1.0); attend call with NNI, UCC and advisors (.6); | 1.8 | 1,458.00 | 11150675 |
| Gray | Andrew | 02/04/2012 | conference call regarding outstanding matters (0.5); reviewing materials for upcoming motion and email regarding same (0.8); | 1.3 | 923.00 | 11111023 |
| Gray | Andrew | 03/04/2012 | reviewing court materials and preparing for hearing; | 0.5 | 355.00 | 11112563 |
| Gray | Andrew | 04/04/2012 | attending at court and reporting on same; | 1.5 | 1,065.00 | 11120351 |
| Gray | Andrew | 05/04/2012 | reviewing court materials including Monitor's report; | 0.8 | 568.00 | 11119843 |
| Gray | Andrew | 09/04/2012 | conference calls regarding CCAA matter and related matters (2.0); researching CCAA legal issue (0.6); | 2.6 | 1,846.00 | 11120198 |
| Gray | Andrew | 10/04/2012 | reviewing legal research; | 0.3 | 213.00 | 11125109 |
| Gray | Andrew | 12/04/2012 | e-mail communication regarding upcoming proceedings; | 1.7 | 1,207.00 | 11126799 |
| Gray | Andrew | 13/04/2012 | attending at motion (1.0); reviewing mediation materials (1.5); | 2.5 | 1,775.00 | 11126550 |
| Gray | Andrew | 14/04/2012 | reviewing mediation materials and correspondence; | 0.8 | 568.00 | 11126662 |
| Gray | Andrew | 23/04/2012 | preparing for mediation; | 2.7 | 1,917.00 | 11140986 |

CANADIAN CCAA PROCEEDINGS MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 24/04/2012 | preparing for and attending at mediation (5.0); email regarding insurance motion (0.2); | 5.2 | 3,692.00 | 11142277 |
| Gray | Andrew | 25/04/2012 | conference call with UCC counsel and email with Canadian debtors' counsel; | 0.3 | 213.00 | 11143974 |
| DeMarinis | Tony | 04/04/2012 | review today's order and endorsement; | 0.2 | 195.00 | 11114245 |
| DeMarinis | Tony | 05/04/2012 | review served employee hardship application motion (0.3); reading 84th monitor's report (0.3); | 0.6 | 585.00 | 11117261 |
| DeMarinis | Tony | 26/04/2012 | review materials served in re environmental appeal and related file documents, and update Canadian brief; | 2.4 | 2,340.00 | 11147153 |
| DeMarinis | Tony | 27/04/2012 | updates to court brief; | 0.5 | 487.50 | 11149881 |

CANADIAN CCAA PROCEEDINGS MATTERS