# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2012 through April 30, 2012

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|:---:|---:|
| Computer Research | Quicklaw / Westlaw | - |
| Duplicating/Printing | 2,313 pgs @ .10 per pg | $231.30 |
| Miscellaneous | | - |
| Courier | | $10.03 |
| Taxi & Travel | | - |
| Meals | | - |
| Library Costs | | - |
| Court Searches | PACER Service Fees | $60.48 |
| Word Processing | | - |
| Telephone | Long Distance | - |
| **Grand Total Expenses** | | **$301.81** |

13697823.1

**Date**

| Date | Amount | | Description |
|---|---|---|---|
| 16/04/2012 | $ | 10.03 | 1 delivering two boxes to Randy Bennett, Rueter Scargall Bennett LLP, 155 University Ave, Suite |
| 17/04/2012 | | 169.30 | 1 Copies |
| 02/04/2012 | | 8.40 | 1 Laser Printing |
| 04/04/2012 | | 0.20 | 1 Laser Printing |
| 04/04/2012 | | 6.20 | 1 Laser Printing |
| 05/04/2012 | | 12.20 | 1 Laser Printing |
| 05/04/2012 | | 19.70 | 1 Laser Printing |
| 10/04/2012 | | 1.40 | 1 Laser Printing |
| 11/04/2012 | | 0.30 | 1 Laser Printing |
| 12/04/2012 | | 0.90 | 1 Laser Printing |
| 16/04/2012 | | 1.30 | 1 Laser Printing |
| 23/04/2012 | | 0.40 | 1 Laser Printing |
| 24/04/2012 | | 1.10 | 1 Laser Printing |
| 19/04/2012 | | 0.80 | 1 Laser Printing |
| 19/04/2012 | | 0.10 | 1 Laser Printing |
| 23/04/2012 | | 0.80 | 1 Laser Printing |
| 24/04/2012 | | 0.80 | 1 Laser Printing |
| 25/04/2012 | | 0.30 | 1 Laser Printing |
| 25/04/2012 | | 1.40 | 1 Laser Printing |
| 26/04/2012 | | 0.10 | 1 Laser Printing |
| 26/04/2012 | | 0.10 | 1 Laser Printing |
| 26/04/2012 | | 1.40 | 1 Laser Printing |
| 26/04/2012 | | 0.10 | 1 Laser Printing |
| 26/04/2012 | | 0.10 | 1 Laser Printing |
| 27/04/2012 | | 0.90 | 1 Laser Printing |
| 27/04/2012 | | 0.20 | 1 Laser Printing |
| 30/04/2012 | | 0.10 | 1 Laser Printing |
| 30/04/2012 | | 0.10 | 1 Laser Printing |
| 30/04/2012 | | 0.10 | 1 Laser Printing |
| 30/04/2012 | | 0.10 | 1 Laser Printing |
| 30/04/2012 | | 0.80 | 1 Laser Printing |
| 30/04/2012 | | 0.10 | 1 Laser Printing |
| 30/04/2012 | | 0.10 | 1 Laser Printing |
| 30/04/2012 | | 1.40 | 1 Laser Printing |
| | $ | 231.30 | |
| 24/04/2012 | | 1.52 | 1 Computerized Court Searches |
| 24/04/2012 | | 0.40 | 1 Computerized Court Searches |
| 24/04/2012 | | 4.16 | 1 Computerized Court Searches |
| 24/04/2012 | | 8.72 | 1 Computerized Court Searches |
| 24/04/2012 | | 1.44 | 1 Computerized Court Searches |
| 24/04/2012 | | 2.72 | 1 Computerized Court Searches |
| 24/04/2012 | | 0.80 | 1 Computerized Court Searches |
| 24/04/2012 | | 4.56 | 1 Computerized Court Searches |
| 24/04/2012 | | 0.48 | 1 Computerized Court Searches |
| 24/04/2012 | | 1.20 | 1 Computerized Court Searches |
| 24/04/2012 | | 0.32 | 1 Computerized Court Searches |
| 24/04/2012 | | 1.04 | 1 Computerized Court Searches |
| 24/04/2012 | | 2.88 | 1 Computerized Court Searches |
| 24/04/2012 | | 1.44 | 1 Computerized Court Searches |
| 24/04/2012 | | 1.20 | 1 Computerized Court Searches |
| 24/04/2012 | | 2.64 | 1 Computerized Court Searches |
| 24/04/2012 | | 0.24 | 1 Computerized Court Searches |
| 24/04/2012 | | 2.40 | 1 Computerized Court Searches |
| 24/04/2012 | | 1.20 | 1 Computerized Court Searches |
| 24/04/2012 | | 0.64 | 1 Computerized Court Searches |
| 24/04/2012 | | 1.28 | 1 Computerized Court Searches |
| 24/04/2012 | | 1.04 | 1 Computerized Court Searches |

| Date | | | |
|---|---|---|---|
| 24/04/2012 | 0.80 | 1 | Computerized Court Searches |
| 24/04/2012 | 1.20 | 1 | Computerized Court Searches |
| 24/04/2012 | 0.48 | 1 | Computerized Court Searches |
| 24/04/2012 | 2.48 | 1 | Computerized Court Searches |
| 24/04/2012 | 3.12 | 1 | Computerized Court Searches |
| 24/04/2012 | 2.16 | 1 | Computerized Court Searches |
| 24/04/2012 | 0.64 | 1 | Computerized Court Searches |
| 24/04/2012 | 3.44 | 1 | Computerized Court Searches |
| 24/04/2012 | 1.60 | 1 | Computerized Court Searches |
| 24/04/2012 | 0.56 | 1 | Computerized Court Searches |
| 24/04/2012 | 0.40 | 1 | Computerized Court Searches |
| 24/04/2012 | 1.20 | 1 | Computerized Court Searches |
| 24/04/2012 | 0.08 | 1 | Computerized Court Searches |
| | $ 60.48 | | |

**TOTAL** $ 301.81