IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., et al.,[1] | Case No. 09-10138-KG |
| Debtors. | (Jointly Administered)<br>**Re: Docket No. 1660** |

NOTICE OF APPEARANCE OF COUNSEL TO
LAW DEBENTURE TRUST COMPANY OF NEW YORK, REQUEST FOR MATRIX
ENTRY, AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE AND ENTER THE APPEARANCE** of (a) Daniel A. Lowenthal and Brian P. Guiney of Patterson Belknap Webb & Tyler LLP ("Patterson Belknap") and (b) Stephen M. Miller and Courtney R. Hamilton of Morris James LLP ("Morris James"), as counsel for Law Debenture Trust Company of New York, not in its individual capacity, but solely as Trustee under that certain Indenture dated as of February 15, 1996 as amended from time to time ("Law Debenture").[2] Such counsel hereby enter their appearance in the above-referenced proceedings pursuant to 11 U.S.C. § 1109(b), Fed.R.Bankr.P. 9010(b) and Del Bankr. L.R. 9010-2 and, pursuant to, *inter alia*, Fed.R.Bankr.P. 2002, 7005, 9007 and 9010 and Del. Bankr. L.R. 2002-1, request that all notices given or required to be given in these cases,

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

[2] On or about October 13, 2009, Dewey & LeBoeuf LLP ("Dewey") entered its appearance as counsel for Law Debenture (D.I. 1660). On or about May 7, 2012, Law Debenture terminated Dewey and then retained Patterson Belknap and Morris James as its counsel. Patterson Belknap sent Dewey a substitution of counsel to execute but Dewey has not returned the document. Law Debenture wants to ensure that Patterson Belknap and Morris James begin receiving documents served in this case, and thus has requested that those firms enter their appearance as counsel to Law Debenture.

4729585

and all papers served or required to be served in these cases, be given to and served upon them by telephone, facsimile, or email as follows:

| PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br><br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br><br>Attention: Daniel A. Lowenthal<br>Brian P. Guiney<br><br>E-mail: dalowenthal@pbwt.com<br>bguiney@pbwt.com | MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899-2306<br><br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br><br>Attention: Stephen M. Miller<br>Courtney R. Hamilton<br><br>E-mail: smiller@morrisjames.com<br>chamilton@morrisjames.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor its filing and service shall constitute: (1) the consent of Law Debenture to the jurisdiction of this Court over it for any purpose, or (2) a waiver by Law Debenture of (a) the right to have matters reviewed *de novo* by the District Court or the reference thereof withdrawn, (b) the right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, or (c) any other rights, remedies, claims, setoffs or

recoupments to which Law Debenture is or may be entitled, in law or in equity, all of which Law Debenture reserves to the full extent of the law.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>May 22, 2012 | **MORRIS JAMES LLP**<br><br>*/s/ Stephen M. Miller*<br>Stephen M. Miller (DE Bar No. 2610)<br>Courtney R. Hamilton (DE Bar No. 5432)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899-2306<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br><br>– and –<br><br>PATTERSON BELKNAP WEBB & TYLER LLP<br>Daniel A. Lowenthal<br>Brian P. Guiney<br>1133 Avenue of the Americas<br>New York, New York 10036-6710<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br><br>*Counsel for Law Debenture Trust Company of New York* |