IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ------------------------------------------- x | | |

## AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

    I, William W. Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 22, 2012, I caused to be served:

**NOTICE OF APPEARANCE OF COUNSEL TO
LAW DEBENTURE TRUST COMPANY OF NEW YORK, REQUEST FOR MATRIX
ENTRY, AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

    Service was completed upon the parties on the attached service list as indicated thereon.

Dated: May 22, 2012

                                                 _____
                                                 William W. Weller

SWORN AND SUBSCRIBED before me this 22nd day of May 2012.

_____
Notary
My Commission Expires: _____

RUTH F. SALOTTO
COMMISSION EXPIRES
MAY 12, 2015
NOTARY PUBLIC
STATE OF DELAWARE

**SERVICE LIST:**

**VIA HAND DELIVERY**

Derek C. Abbott, Esq.
Eric D. Swartz, Esq.
Ann C. Cordo, Esq.
Chad A. Fights, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and
Debtors-in-Possession]

Thomas Patrick Tinker
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee
of Unsecured Creditors]

William F. Taylor, Jr., Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
[Counsel to the Official Committee of Retirees]

Rafael X. Zahralddin-Aravena, Esq.
Shelley A. Kinsella, Esq.
Jonathan M. Stemerman, Esq.
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801
[Counsel to the Official Committee of Long-
Term Disability Participants]

**VIA FIRST CLASS MAIL**

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999
[Counsel for the Debtors and
Debtors-in-Possession]

Fred S. Hodara, Esq.
Stephen Kuhn, Esq.
Kenneth Davis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Fax: (212) 872-1002
[Counsel to the Official Committee
of Unsecured Creditors]

Albert Togut, Esq.
Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119
Fax: (212) 967-4258
[Counsel to the Official Committee of Retirees]

Albert M. Pisa, Esq.
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10005
Fax: (212) 822-5735
[Counsel to the Ad Hoc Group of Bondholders]

Jennifer Stam Ogilvy Renault LLP
Royal Bank Plaza, South Tower
Suite 3800, 200 Bay Street,
Toronto, Ontario, Canada,
Fax: (416) 216-3930
[Counsel to the Canadian Debtors]

**VIA FIRST CLASS MAIL**

Sharon Hamilton
Ernst & Young Tower
222 Bay Street
P. O. Box 251
Toronto, ON M5K 1J7 Canada
Fax: (416) 943-3300,
[The Monitor]

J.A. Carfagnini
Joseph Pasquariello
Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7
Fax: (416) 979-1234
[Counsel to the Monitor]