# EXHIBIT A

# 716977



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000121 / Wanland  

**Proforma Generation Date:** 05/16/12 16:50

**Fees and Disbursements Through** 02/29/12  
**Last Date Billed** 03/23/12 (Through 12/31/11)  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $50,205.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 1,454.46 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $51,659.46 | | |
| **Address:** Nortel Accounts Payable P.O. Box 280510 Nashville, TN 37728 | | **YTD Fees Billed** | $7,776.00 |
| | | **YTD Disb Billed** | $17.67 |
| | | **LTD Fees Billed** | $100,242.00 |
| | | **LTD Disb Billed** | $1,111.31 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9843211 | 01/03/12 | Lopez, T. | Review and analyze client documents and proof of claim documentation and other bankruptcy information available on-line in preparation for revising settlement agreement and drafting preliminary approval motion. | 4.90 | $3,013.50 |
| 9840104 | 01/10/12 | Lopez, T. | Review prior draft of settlement agreement and identify open issues that need further revision and/or research. | 0.90 | $553.50 |
| 9839900 | 01/11/12 | Lopez, T. | Review emails from Ms. Parseghian re communications with opposing counsel re settlement agreement and review Ms. Parseghian's working file re research relating | 1.50 | $922.50 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | to settlement. | | |
| 9839795 | 01/12/12 | Lopez, T. | Review prior research for revising settlement agreement and drafting preliminary approval motion papers. | 1.10 | $676.50 |
| 9835558 | 01/13/12 | Lopez, T. | Correspondence with Ms. Parseghian re inquiry from opposing counsel re status of settlement agreement (0.1); correspondence with opposing counsel re same (0.1). | 0.20 | $123.00 |
| 9799860 | 01/17/12 | Kramer, B. | Exchange emails re status of settlement agreement and motion for confirmation. | 0.20 | $132.00 |
| 9800833 | 01/17/12 | Lopez, T. | Correspondence with Ms. Palmer re status of drafting settlement agreement (0.1); correspondence with Ms. Kramer re same (0.1). | 0.20 | $123.00 |
| 9799918 | 01/18/12 | Kramer, B. | Telephone call with Ms. Lopez re status update and outstanding issues relating to settlement agreement and motion for approval. | 0.30 | $198.00 |
| 9800772 | 01/18/12 | Lopez, T. | Correspondence with Plaintiff's counsel re Canadian bankruptcy claim (0.2); telephone conference with Ms. Kramer re case status (0.3); research related to settlement papers (0.6); review and analyze draft settlement agreement (1.2). | 2.30 | $1,414.50 |
| 9799958 | 01/19/12 | Kramer, B. | Telephone call with Ms. Lopez and bankruptcy attorney re status update on settlement agreement and confirmation motion. | 0.20 | $132.00 |
| 9787279 | 01/19/12 | Lopez, T. | Telephone conference with Ms. Palmer, Nortel's bankruptcy counsel, and Ms. Kramer re status of drafting settlement agreement and Plaintiff's filing of proof of claim in Canadian bankruptcy proceeding. | 0.20 | $123.00 |
| 9833978 | 01/24/12 | Lopez, T. | Correspondence with Ms. Palmer of Cleary re litigation hold (0.2); continue working on revised settlement agreement and supporting exhibits (2.2). | 2.40 | $1,476.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9834457 | 01/25/12 | Lopez, T. | Correspondence with Ms. Palmer of Cleary re litigation hold (0.1); correspondence with Ms. Parseghian re mediation/settlement discussion history (0.2); continue working on revisions to settlement agreement and related exhibits (3.0). | 3.30 | $2,029.50 |
| 9834333 | 01/26/12 | Kramer, B. | Correspondence from Ms. Lopez re litigation hold status. | 0.20 | $132.00 |
| 9834472 | 01/26/12 | Lopez, T. | Continue working on revisions to settlement agreement and related exhibits including preliminary and final approval order, publication notice and final judgment (2.2); correspondence with Mr. Winkelman and Ms. Kramer re same (0.2); correspondence with Ms. Palmer re litigation hold (0.2); correspondence with Ms. Kramer re same (0.1); review documentation to respond to Ms. Palmer's inquiry re litigation hold (0.7); telephone conference with Mr. Dalai re same (0.1). | 3.50 | $2,152.50 |
| 9834548 | 01/27/12 | Lopez, T. | Finish revisions to first draft of settlement agreement and accompanying exhibits (4.1); correspondence with Mr. Winkelman and Ms. Kramer re same (0.2). | 4.30 | $2,644.50 |
| 9841331 | 01/30/12 | Winkelman, S. | Confer with Ms. Lopez re draft settlement paperwork and attendant issues. | 0.20 | $168.00 |
| 9902625 | 02/06/12 | Lopez, T. | Correspondence from Ms. Kramer re conference call to discuss status of settlement documents. | 0.10 | $61.50 |
| 9872092 | 02/06/12 | Winkelman, S. | Review draft class settlement documentation (0.9); confer with Ms. Kramer re same (0.6). | 1.50 | $1,260.00 |
| 9873327 | 02/07/12 | Cheney, M | Strategic conference with Ms. Kramer and Ms. Lopez re guidance concerning process and structure of potential settlement. | 0.80 | $500.00 |
| 9872443 | 02/07/12 | Kramer, B. | Review draft class settlement materials (0.7); | 2.60 | $1,716.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | conference with Ms. Lopez and Mr. Winkelman re draft documents (0.9); follow up with Ms. Lopez and Mr. Cheney re same and re bankruptcy approval process (1.0). | | |
| 9903124 | 02/07/12 | Lopez, T. | Correspondence from Ms. Palmer of Cleary re status of settlement documents and conference call on February 14 re same (0.2); telephone conference with Mr. Winkelman and Ms. Kramer re draft settlement agreement (0.7); work on final revisions to settlement documents (1.5); draft summary of outstanding questions (0.2); draft timeline of procedural tasks (1.0); telephone conference with Ms. Kramer and Mr. Cheney re bankruptcy issues related to class action settlement (0.3). | 3.90 | $2,398.50 |
| 9933146 | 02/07/12 | Winkelman, S. | Review draft class settlement documentation (0.5); telephone conference with Mses. Lopez and Kramer re key points in same (0.7). | 1.20 | $1,008.00 |
| 9872161 | 02/07/12 | Zabarauskas, B. | Discussion with M. Cheney re: court approval requirement for class action settlement (0.2); research re: bankruptcy procedure for court approval of class action settlement (1.0). | 1.20 | $750.00 |
| 9872165 | 02/08/12 | Lopez, T. | Correspondence from Mr. Zabarauskas re bankruptcy court settlement procedures re Nortel Inc. bankruptcy (0.1); review settlement procedures (0.1); telephone conference with Mr. Zabauraskas re same (0.2); correspondence with Ms. Palmer of Cleary re settlement documents and February 14 conference call (0.2); finish revisions to draft settlement documents, incorporating changes requested by Mr. Winkelman and Ms. Kramer (0.8); correspondence with Mr. Zabarauskas re draft settlement documents (0.1); continue | 3.70 | $2,275.50 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | working on timeline of procedural filings (1.0); research issues relating to settlement provisions and notice issues (1.2). | | |
| 9872219 | 02/08/12 | Zabarauskas, B. | Discussion with T. Lopez re: settlement (0.2); propose revisions to settlement agreement and ancillary documents (4.0). | 4.20 | $2,625.00 |
| 9872192 | 02/09/12 | Lopez, T. | Discussion with Mr. Zabarauskas re revisions to settlement documents (0.3); review Mr. Zabarauskas' revisions (0.4); further revision of settlement documents based on comments received from Mr. Zabarauskas (1.0). | 1.70 | $1,045.50 |
| 9872299 | 02/09/12 | Zabarauskas, B. | Revise ancillary settlement documents (1.9); revise settlement agreement (0.2); discussion with T. Lopez re: same (0.3). | 2.40 | $1,500.00 |
| 9872205 | 02/10/12 | Lopez, T. | Correspondence with Mr. Zabarauskas re proofs of claim. | 0.10 | $61.50 |
| 9903437 | 02/10/12 | Lopez, T. | Further revise to settlement documents (1.0); correspondence with Mr. Winkelman and Ms. Kramer re same (0.2); correspondence with Ms. Palmer of Cleary re draft settlement documents (0.2). | 1.40 | $861.00 |
| 9872352 | 02/10/12 | Zabarauskas, B. | E-mails with T. Lopez re: proofs of claim. | 0.10 | $62.50 |
| 9903461 | 02/11/12 | Lopez, T. | Correspondence from Mr. Rice re analysis of settlement provision. | 0.10 | $61.50 |
| 9890045 | 02/13/12 | Dalai, S. | Review discovery related materials for litigations (0.6); research for and retrieve archived files for the litigation (0.6); research for and retrieve electronic copies of database documents (2.3); review custodian records and files (0.8); prepare a summary custodian list for attorney review (0.9). | 5.20 | $1,404.00 |
| 9896289 | 02/13/12 | Kramer, B. | Confer with Mr. Winkelman re settlement status update. | 0.10 | $66.00 |
| 9867977 | 02/13/12 | Lopez, T. | Correspondence with Mr. Dalai re identifying | 0.10 | $61.50 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | client custodians and summarizing documents received from client. | | |
| 9890151 | 02/14/12 | Dalai, S. | Continue to research for discovery materials related to litigations (2.2); research for and retrieve archived files for the litigation (0.3); research for and retrieve electronic copies of database documents (1.1); review custodian records and files (0.4); prepare a summary custodian list for attorney review (0.7). | 4.70 | $1,269.00 |
| 9896193 | 02/14/12 | Kramer, B. | Prepare for and participate in call with Jennifer Palmer of Cleary re settlement documents and related motions. | 1.60 | $1,056.00 |
| 9870657 | 02/14/12 | Lopez, T. | Correspondence with Ms. Kramer re further revisions to settlement agreement (0.1); telephone conference with Ms. Palmer of Cleary firm and with Mr. Winkelman and Ms. Kramer re revisions to first draft of settlement agreement and exhibits thereto (1.0); review draft list of custodians at Nortel prepared by Mr. Dalai at Ms. Palmer's request (0.3). | 1.40 | $861.00 |
| 9892942 | 02/14/12 | Winkelman, S. | Review settlement documentation (0.6); prepare for and attend telephone conference with Cleary and Crowell team colleagues to exchange input on class settlement documentation (1.6). | 2.20 | $1,848.00 |
| 9909158 | 02/16/12 | Lopez, T. | Correspondence from Ms. Palmer of Cleary re settlement agreement (0.1); review and analyze Cleary's edits and comments to draft Settlement Agreement (0.9). | 1.00 | $615.00 |
| 9909407 | 02/17/12 | Lopez, T. | Correspondence and teleconference with Mr. Zabarauskas re Cleary's edits and comments re draft settlement agreement. | 0.20 | $123.00 |
| 9909439 | 02/21/12 | Lopez, T. | Correspondence with Ms. Kramer and Messrs. Winkelman and Zabarauskas re Cleary's revisions to settlement agreement documents (0.2); | 2.10 | $1,291.50 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | correspondence with Ms. Palmer at Cleary re status of edits to remaining settlement documents (0.1); work on analysis of Cleary revisions and research relevant to settlement process (1.8). | | |
| 9911513 | 02/21/12 | Zabarauskas, B. | Review e-mails re: Cleary comments to settlement documents (.1); research litigation issues (1.2); review comments to exhibits to settlement agreement (.4). | 1.70 | $1,062.50 |
| 9909469 | 02/22/12 | Lopez, T. | Correspondence from Ms. Palmer re comments on remaining draft settlement documents (0.1); review and analyze same (0.5); correspondence with Ms. Kramer and Messrs. Winkelman and Zabarauskas re same (0.1); teleconference with Mr. Zabarauskas re same (0.1); research litigation issues (1.50). | 2.30 | $1,414.50 |
| 9918077 | 02/22/12 | Winkelman, S. | Review edited papers from Cleary counsel (0.6); guide Ms. Lopez in distilling core points worthy of efficient team review and input (0.4). | 1.00 | $840.00 |
| 9911537 | 02/22/12 | Zabarauskas, B. | Research class settlement issues. | 1.20 | $750.00 |
| 9908645 | 02/23/12 | Dalai, S. | Research for documents and papers related to litigation issues. | 2.10 | $567.00 |
| 9900267 | 02/23/12 | Lopez, T. | Strategize with Mr. Zabarauskas re Cleary's changes to settlement agreement and related documents (0.2); correspondence with Mr. Dalai re proceedings and teleconference with Mr. Byers re same and correspondence with Ms. Henry re same (0.1); correspondence with Messrs. Winkelman and Zabarauskas and Ms. Kramer re agenda for February 24 teleconference re Cleary revisions to settlement documents (0.2). | 0.50 | $307.50 |
| 9911552 | 02/23/12 | Zabarauskas, B. | Discussion with T. Lopez re: conference call | 0.40 | $250.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | re: settlement documents (0.2); follow up on class settlement issue (0.2). | | |
| 9919548 | 02/24/12 | Cheney, M | Conference with B Zabarauskas re Wanland and process for potential class settlement. | 0.10 | $62.50 |
| 9908648 | 02/24/12 | Dalai, S. | Identify discovery materials (0.8); update and revise document custodian and witness list for attorney review accordingly (0.5). | 1.30 | $351.00 |
| 9932938 | 02/24/12 | Kramer, B. | Prepare for and participate in conference call with team re revisions to settlement agreement and motions drafts. | 1.00 | $660.00 |
| 9903036 | 02/24/12 | Lopez, T. | Telephone conference with Mr. Zabarauskas re filing motion (0.3); telephone conference with Mr. Zabarauskas, Mr. Winkelman and Ms. Kramer to discuss Cleary's substantive changes to settlement documents (0.3); correspondence with Ms. Palmer of Cleary re revisions to settlement documents (0.3). | 0.90 | $553.50 |
| 9918103 | 02/24/12 | Winkelman, S. | Review Cleary suggested revisions to class settlement documentation (0.4); telephone conference with Mses. Kramer and Lopez re core substantive issues to be resolved in finalizing papers to be shared with plaintiffs' counsel (0.3). | 0.70 | $588.00 |
| 9911605 | 02/24/12 | Zabarauskas, B. | Preparation for conference call re: settlement documents (1.0); discussion with T. Lopez re: same (0.4). | 1.40 | $875.00 |
| 9940252 | 02/28/12 | Dalai, S. | Review documents related to litigation issues. | 1.90 | $513.00 |
| 9936504 | 02/29/12 | Lopez, T. | Revise preliminary and final approval order and class action administration timeline in preparation for corresponding with Ms. Palmer at Cleary re same. | 1.00 | $615.00 |
| | | | **Professional Services Total** | **87.00** | **$50,205.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002217 | Counsel | Zabarauskas, B. | $625.00 | 12.60 | $7,875.00 |
| 003330 | Counsel | Lopez, T. | $615.00 | 45.30 | $27,859.50 |
| 000277 | Partner | Winkelman, S. | $840.00 | 6.80 | $5,712.00 |
| 001275 | Partner | Kramer, B. | $660.00 | 6.20 | $4,092.00 |
| 001835 | Partner | Cheney, M | $625.00 | 0.90 | $562.50 |
| 004500 | Specialist | Dalai, S. | $270.00 | 15.20 | $4,104.00 |
| | | | **Fees Value** | **87.00** | **$50,205.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6228134 | 02/07/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $125.10 |
| 6228135 | 02/07/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $182.36 |
| 6228136 | 02/07/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $17.87 |
| 6226964 | 02/08/12 | | 0016 | 1505358 | 000302 | Comp. Library Research LOPEZ, THERESA C 2315748 | $3.55 |
| 6207191 | 02/10/12 | | 0022 | 1493342 | 003330 | Inhouse Duplicating | $1.00 |
| 6226965 | 02/10/12 | | 0016 | 1505358 | 000302 | Comp. Library Research LOPEZ, THERESA C 2315748 | $18.70 |
| 6228124 | 02/21/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $268.09 |
| 6228125 | 02/21/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $29.79 |
| 6228126 | 02/21/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $193.09 |
| 6228127 | 02/21/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $17.87 |
| 6228128 | 02/21/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $9.23 |
| 6214913 | 02/22/12 | | 0022 | 1500041 | 003330 | Inhouse Duplicating | $4.20 |
| 6228129 | 02/22/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $289.64 |
| 6228130 | 02/24/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $71.49 |
| 6228131 | 02/24/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $168.06 |
| 6228132 | 02/24/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $35.75 |
| 6228133 | 02/24/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $18.47 |

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6218612 | 02/27/12 | | 0022 | 1502214 | 003330 | Inhouse Duplicating | $0.20 |
| | | | | | | **Total Disbursements** | **$1,454.46** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0016 | Comp. Library Research | $1,449.06 |
| 0022 | Inhouse Duplicating | $5.40 |
| | **Total Disbursements** | **$1,454.46** |

# 716978



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000126 / Linex v. Nortel et al.

**Fees and Disbursements Through 02/29/12**  
**Last Date Billed 03/23/12 (Through 01/31/12)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  

**Proforma Generation Date:** 05/16/12 16:50  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $702.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $702.00 | | |
| **Address:** Nortel Networks | | **YTD Fees Billed** | $303.00 |
| Attn: Accounts Payable | | **YTD Disb Billed** | $0.00 |
| Post Office Box 280510 | | | |
| Nashville, TN 37728 | | **LTD Fees Billed** | $47,674.00 |
| | | **LTD Disb Billed** | $38.49 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9836031 | 02/01/12 | Supko, M. | Correspondence with Ms. Palmer re settlement strategy and options. | 0.30 | $234.00 |
| 9873274 | 02/14/12 | Supko, M. | Respond to auditor's request for information re pending/resolved claims. | 0.20 | $156.00 |
| 9875649 | 02/15/12 | Supko, M. | Conversation with Mr. Hartmann re outstanding settlement proposal and related issues (0.2); conversation with Ms. Palmer reporting on conversation with Mr. Hartmann and next steps (0.1). | 0.30 | $234.00 |
| 9897988 | 02/22/12 | Supko, M. | Correspondence with Ms. Palmer re sales data and settlement strategy. | 0.10 | $78.00 |
| | | | **Professional Services Total** | **0.90** | **$702.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 001474 | Partner | Supko, M. | $780.00 | 0.90 | $702.00 |
|  |  |  | **Fees Value** | **0.90** | **$702.00** |



# 716979



## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000189 / Fee/Employment Application - US  

**Proforma Generation Date:** 05/16/12 16:50

**Fees and Disbursements Through 02/29/12**  
**Last Date Billed** 03/23/12 (Through 01/31/12)  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,677.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,677.50** | | |

**Address:** Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $4,735.50 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $114,867.00 |
| LTD Disb Billed | $307.30 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9873380 | 02/10/12 | Cheney, M | Review and revise pro formas for fee statements. | 0.50 | $312.50 |
| 9919520 | 02/24/12 | Cheney, M | Review and revise pro formas for fee statements. | 0.40 | $250.00 |
| 9913968 | 02/27/12 | Perales, O. | Prepare 35th Interim Fee Application for November 2011 (0.5); prepare 36th Interim Fee Application for December 2011 (0.5). | 1.00 | $225.00 |
| 9913974 | 02/28/12 | Perales, O. | Prepare 37th Interim Fee Application for January 2012. | 0.50 | $112.50 |
| 9931723 | 02/29/12 | Cheney, M | Review and finalize quarterly fee application. | 0.30 | $187.50 |
| 9931717 | 02/29/12 | Cheney, M | Review and finalize November fee statement. | 0.20 | $125.00 |
| 9931718 | 02/29/12 | Cheney, M | Review and finalize December fee statement. | 0.20 | $125.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9931721 | 02/29/12 | Cheney, M | Review and finalize January fee statement. | 0.40 | $250.00 |
| 9913979 | 02/29/12 | Perales, O. | Prepare Eleventh Quarterly Application (0.3); prepare Order Approving Fees for November 2011 through January 2012 fee statements (0.1). | 0.40 | $90.00 |
|  |  |  | **Professional Services Total** | **3.90** | **$1,677.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | $625.00 | 2.00 | $1,250.00 |
| 002444 | Specialist | Perales, O. | $225.00 | 1.90 | $427.50 |
|  |  |  | **Fees Value** | **3.90** | **$1,677.50** |