# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2012 Through February 29, 2012

| **Expense Category** | **Service Provider if Applicable** | **Total Expenses** |
|---|---|---:|
| Duplicating | In-House Duplicating | $5.40 |
| Computer Library Research | Computer Library Research | $1,449.06 |
| **TOTAL** | | **$1,454.46** |

**716977**



**BILLABLE PROFORMA**

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Proforma Generation Date: 05/16/12 16:50

Fees and Disbursements Through 02/29/12  
Last Date Billed 03/23/12 (Through 12/31/11)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group # 105185

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6228134 | 02/07/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $125.10 |
| 6228135 | 02/07/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $182.36 |
| 6228136 | 02/07/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $17.87 |
| 6226964 | 02/08/12 | | 0016 | 1505358 | 000302 | Comp. Library Research LOPEZ, THERESA C 2315748 | $3.55 |
| 6207191 | 02/10/12 | | 0022 | 1493342 | 003330 | Inhouse Duplicating | $1.00 |
| 6226965 | 02/10/12 | | 0016 | 1505358 | 000302 | Comp. Library Research LOPEZ, THERESA C 2315748 | $18.70 |
| 6228124 | 02/21/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $268.09 |
| 6228125 | 02/21/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $29.79 |
| 6228126 | 02/21/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $193.09 |
| 6228127 | 02/21/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $17.87 |
| 6228128 | 02/21/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $9.23 |
| 6214913 | 02/22/12 | | 0022 | 1500041 | 003330 | Inhouse Duplicating | $4.20 |
| 6228129 | 02/22/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $289.64 |
| 6228130 | 02/24/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $71.49 |
| 6228131 | 02/24/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $168.06 |
| 6228132 | 02/24/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $35.75 |
| 6228133 | 02/24/12 | | 0016 | 1505648 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $18.47 |
| 6218612 | 02/27/12 | | 0022 | 1502214 | 003330 | Inhouse Duplicating | $0.20 |
| | | | | | | **Total Disbursements** | **$1,454.46** |

- 2 -

## **Disbursements Summary**

| Code | Description | Amount |
|------|-------------|--------:|
| 0016 | Comp. Library Research | $1,449.06 |
| 0022 | Inhouse Duplicating | $5.40 |
|      | **Total Disbursements** | **$1,454.46** |

PROFORMA