# EXHIBIT A

**716382**



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000121 / Wanland  

**Proforma Generation Date:** 05/10/12 10:29

**Fees and Disbursements Through 03/31/12**  
**Last Date Billed** 03/23/12 (Through 12/31/11)  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,661.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 37.47 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,698.97** | | |
| Address: Nortel Accounts Payable | | YTD Fees Billed | $7,776.00 |
| P.O. Box 280510 | | YTD Disb Billed | $17.67 |
| Nashville, TN  37728 | | | |
| | | LTD Fees Billed | $100,242.00 |
| | | LTD Disb Billed | $1,111.31 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9931103 | 03/01/12 | Lopez, T. | Revise settlement documents to address Cleary's changes and correspondence with Ms. Palmer at Cleary re same. | 1.50 | $922.50 |
| 9946113 | 03/02/12 | Lopez, T. | Correspondence with Ms. Palmer of Cleary re revised settlement documents. | 0.10 | $61.50 |
| 9971705 | 03/07/12 | Lopez, T. | Telephone conference with Ms. Palmer of Cleary re revisions to settlement agreement and estate issues (0.5); correspondence from Ms. Palmer re litigation issue (0.1); review memo re same (0.2). | 0.80 | $492.00 |
| 9971729 | 03/09/12 | Lopez, T. | Correspondence with Messrs. Zabarauskas and Winkelman and Ms. Kramer re communication with Ms. Palmer of Cleary re status of settlement | 0.20 | $123.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | negotiations. | | |
| 9960390 | 03/09/12 | Zabarauskas, B. | Review T. Lopez e-mail re: status of settlement. | 0.10 | $62.50 |
| | | | **Professional Services Total** | **2.70** | **$1,661.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002217 | Counsel | Zabarauskas, B. | $625.00 | 0.10 | $62.50 |
| 003330 | Counsel | Lopez, T. | $615.00 | 2.60 | $1,599.00 |
| | | | **Fees Value** | **2.70** | **$1,661.50** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6244470 | 03/23/12 | 362290 | 0140 | 1516880 | 003330 | Long Distance Telephone - - VENDOR: Premiere Global Services, Inc. | $22.77 |
| 6244472 | 03/23/12 | 362290 | 0140 | 1516880 | 003330 | Long Distance Telephone - - VENDOR: Premiere Global Services, Inc. | $14.70 |
| | | | | | | **Total Disbursements** | **$37.47** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0140 | Long Distance Telephone | $37.47 |
| | **Total Disbursements** | **$37.47** |

# 716383



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000126 / Linex v. Nortel et al.

**Proforma Generation Date:** 05/10/12 10:30

**Fees and Disbursements Through 03/31/12**
**Last Date Billed** 03/23/12 (Through 01/31/12)
**Bill Cycle:** M
**Matter Open Date:** Jan 14, 2009
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $3,977.50 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $3,977.50 | | |
| **Address:** Nortel Networks | | **YTD Fees Billed** | $303.00 |
| Attn: Accounts Payable | | **YTD Disb Billed** | $0.00 |
| Post Office Box 280510 | | | |
| Nashville, TN  37728 | | **LTD Fees Billed** | $47,674.00 |
| | | **LTD Disb Billed** | $38.49 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9931502 | 03/01/12 | Supko, M. | Conversation with Ms. Palmer re settlement status and objection strategy. | 0.20 | $156.00 |
| 9951058 | 03/08/12 | Supko, M. | Review email from Mr. Hartmann re settlement, report to Ms. Palmer re same, and begin investigating contentions (0.3); prepare response to auditor's request for information re claims (0.2). | 0.50 | $390.00 |
| 9953273 | 03/09/12 | Supko, M. | Review letter from Mr. Hartmann and investigate contentions re same in preparation for telephone conference with Ms. Palmer (0.5); telephone conference with Ms. Palmer re counter-offer and strategy for responding | 0.90 | $702.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | to same (0.4). | | |
| 9958442 | 03/13/12 | Palan, S. | Meeting with Mr. Sigworth re brief in support of claim for filing with Bankruptcy court. | 0.70 | $458.50 |
| 9979544 | 03/13/12 | Sigworth, R. | Meet with Mr. Palan and discuss background of litigation issues for drafting insert into bankruptcy brief (0.5); review material slides for same (0.5). | 1.00 | $575.00 |
| 10011727 | 03/20/12 | Sigworth, R. | Review background of litigation issues for drafting insert into bankruptcy brief (1.5); review material slides for same (0.5). | 2.00 | $1,150.00 |
| 9980739 | 03/20/12 | Supko, M. | Consult with Messrs. Jacobs and Palan re document collection and production issues, and advise Ms. Palmer re same (0.3); locate document retention alert issued by Nortel and forward same to Ms. Palmer (0.2). | 0.50 | $390.00 |
| 10003005 | 03/29/12 | Supko, M. | Retrieve and review mediation report, and report same to Ms. Palmer. | 0.20 | $156.00 |
| | | | **Professional Services Total** | **6.00** | **$3,977.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002305 | Counsel | Sigworth, R. | $575.00 | 3.00 | $1,725.00 |
| 001436 | Partner | Palan, S. | $655.00 | 0.70 | $458.50 |
| 001474 | Partner | Supko, M. | $780.00 | 2.30 | $1,794.00 |
| | | | **Fees Value** | **6.00** | **$3,977.50** |

# 716384



## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000189 / Fee/Employment Application - US  

**Proforma Generation Date:** 05/10/12 10:30  

**Fees and Disbursements Through** 03/31/12  
**Last Date Billed** 03/23/12 (Through 01/31/12)  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185  

| | | | | |
|---|---|---|---|---|
| **Total Fees This Proforma** | $875.00 | | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $875.00 | | | |

**Address:** Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1  

**YTD Fees Billed** $4,735.50  
**YTD Disb Billed** $0.00  

**LTD Fees Billed** $114,867.00  
**LTD Disb Billed** $307.30  

**A/R Balance This Matter** $0.00  

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9980742 | 03/13/12 | Cheney, M | Review proposed fee order circulated by Ms. Cordo. | 0.20 | $125.00 |
| 9980745 | 03/13/12 | Cheney, M | Work on pro formas for fee statements. | 0.40 | $250.00 |
| 9997634 | 03/19/12 | Cheney, M | Prepare for fee hearing. | 0.30 | $187.50 |
| 9997682 | 03/20/12 | Cheney, M | Review email from Ms. Cordo re fee hearing. | 0.10 | $62.50 |
| | | | **Professional Services Total** | **1.40** | **$875.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | $625.00 | 1.40 | $875.00 |
| | | | **Fees Value** | **1.40** | **$875.00** |

# 716385



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000196 / Indemnification Claim by PG&E re Phoenix  

**Proforma Generation Date:** 05/10/12 10:30  

**Fees and Disbursements Through 03/31/12**  
**Last Date Billed** 12/15/11 (Through 09/30/11)  
**Bill Cycle:** Mtent  
**Matter Open Date:** Jan 31, 2011  
**Proforma Joint Group #** 105185  

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $8,868.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$8,868.50** | | |
| Address:  Nortel Networks Corp | | YTD Fees Billed | $0.00 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $44,446.50 |
| | | LTD Disb Billed | $17.45 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9931504 | 03/01/12 | Supko, M. | Conversation with Ms. Palmer re settlement status and objection strategy. | 0.30 | $234.00 |
| 9958445 | 03/13/12 | Palan, S. | Meeting with Mr. Sigworth re brief in support of claim for filing with Bankruptcy court. | 0.30 | $196.50 |
| 9979539 | 03/13/12 | Sigworth, R. | Meet with Mr. Palan and discuss background of litigation issues for drafting insert into bankruptcy brief (0.5); review materials for same (0.5). | 1.00 | $575.00 |
| 9979554 | 03/14/12 | Sigworth, R. | Review background materials and memoranda re litigation issues for drafting insert into bankruptcy brief. | 2.00 | $1,150.00 |
| 10011726 | 03/20/12 | Sigworth, R. | Review background of litigation issues for drafting insert into bankruptcy brief (1.5); review background | 3.00 | $1,725.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | materials for same (1.5). | | |
| 10011740 | 03/26/12 | Sigworth, R. | Review memoranda, asserted patent claim charts, agreement and product specifications, case-law and correspondence for preparing objections to proof of claim (2.0); review correspondence and filing from bankruptcy counsel (1.7). | 3.70 | $2,127.50 |
| 9997489 | 03/27/12 | Palan, S. | Meeting with Messrs. Supko and Sigworth regarding argumentation for Proof of Claim. | 0.90 | $589.50 |
| 10011744 | 03/27/12 | Sigworth, R. | Meet with Messrs. Supko and Palan to discuss issues re objections to proof of claim (0.9); review correspondence from bankruptcy counsel (0.8); review memoranda, asserted patent claim charts, agreement and product specifications, case-law and correspondence for same (1.3). | 3.00 | $1,725.00 |
| 9997505 | 03/27/12 | Supko, M. | Prepare for and meet with Messrs. Palan and Sigworth re strategy for opposition to Claim (0.6); correspondence with Ms. Palmer re logistics for opposition (0.1). | 0.70 | $546.00 |
| | | | **Professional Services Total** | **14.90** | **$8,868.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002305 | Counsel | Sigworth, R. | $575.00 | 12.70 | $7,302.50 |
| 001436 | Partner | Palan, S. | $655.00 | 1.20 | $786.00 |
| 001474 | Partner | Supko, M. | $780.00 | 1.00 | $780.00 |
| | | | **Fees Value** | **14.90** | **$8,868.50** |

# 716386



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000197 / Advise Bankruptcy Counsel re Verizon Ind  

**Fees and Disbursements Through** 03/31/12  
**Last Date Billed (Through )**  
**Bill Cycle:** MClaim  
**Matter Open Date:** Mar 6, 2012  

**Proforma Generation Date:** 05/10/12 10:30  
**Proforma Joint Group #**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $1,248.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,248.00 | | |
| **Address:** Nortel Networks | | **YTD Fees Billed** | $0.00 |
| | | **YTD Disb Billed** | $0.00 |
| | | **LTD Fees Billed** | $0.00 |
| | | **LTD Disb Billed** | $0.00 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9957718 | 03/13/12 | Supko, M. | Review background materials (1.0); Internet research re litigation issue (0.3); prepare email to Ms. Palmer re results of preliminary review (0.3). | 1.60 | $1,248.00 |
| | | | **Professional Services Total** | **1.60** | **$1,248.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | $780.00 | 1.60 | $1,248.00 |
| | | | **Fees Value** | **1.60** | **$1,248.00** |

- 1 -