# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2012 Through March 31, 2012

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Telephone Calls | Long Distance Telephone - Premiere Global Services, Inc. | $37.47 |
| **TOTAL** | | **$37.47** |

**716382**



**BILLABLE PROFORMA**

Billing Attorney:  000302 / James J. Regan  
Client:  105185 / Nortel Networks Corp  
Matter:  105185.0000121 / Wanland  

Proforma Generation Date:  05/10/12 10:29  

Fees and Disbursements Through 03/31/12  
Last Date Billed 03/23/12 (Through 12/31/11)  
Bill Cycle:  M  
Matter Open Date:  Jan 14, 2009  
Proforma Joint Group # 105185  

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6244470 | 03/23/12 | 362290 | 0140 | 1516880 | 003330 | Long Distance Telephone - - VENDOR: Premiere Global Services, Inc. | $22.77 |
| 6244472 | 03/23/12 | 362290 | 0140 | 1516880 | 003330 | Long Distance Telephone - - VENDOR: Premiere Global Services, Inc. | $14.70 |
|  |  |  |  |  |  | **Total Disbursements** | **$37.47** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0140 | Long Distance Telephone | $37.47 |
|  | **Total Disbursements** | **$37.47** |

- 1 -