# EXHIBIT A

**716387**



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000121 / Wanland

**Proforma Generation Date:** 05/10/12 10:35

**Fees and Disbursements Through 04/30/12**  
**Last Date Billed** 03/23/12 (Through 12/31/11)  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | | |
|---|---|---|---|---|
| **Total Fees This Proforma** | $312.00 | | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 2.72 | | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $314.72 | | | |
| **Address:** Nortel Accounts Payable | | | **YTD Fees Billed** | $7,776.00 |
| P.O. Box 280510 | | | **YTD Disb Billed** | $17.67 |
| Nashville, TN 37728 | | | | |
| | | | **LTD Fees Billed** | $100,242.00 |
| | | | **LTD Disb Billed** | $1,111.31 |
| | | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10086098 | 04/19/12 | Lopez, T. | Correspondence with Ms. Kramer re status of estate issues. | 0.10 | $61.50 |
| 10101253 | 04/24/12 | Lopez, T. | Correspondence with Ms. Kramer re status of estate issues (0.10); correspondence with Ms. Palmer, Nortel's bankruptcy counsel, re same (0.10). | 0.20 | $123.00 |
| 10105600 | 04/25/12 | Kramer, B. | Review update re issues relating to settlement agreement preparation. | 0.10 | $66.00 |
| 10101265 | 04/25/12 | Lopez, T. | Correspondence with Ms. Palmer, Nortel's bankruptcy counsel, re estate issues. | 0.10 | $61.50 |
| | | | **Professional Services Total** | **0.50** | **$312.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 003330 | Counsel | Lopez, T. | $615.00 | 0.40 | $246.00 |
| 001275 | Partner | Kramer, B. | $660.00 | 0.10 | $66.00 |
| | | | **Fees Value** | **0.50** | **$312.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6279047 | 04/27/12 | 363057 | 0152 | 1537585 | 007004 | Pacer Service Charge - - VENDOR: Pacer Servi Center | $2.72 |
| | | | | | | **Total Disbursements** | **$2.72** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0152 | Pacer Service Charge | $2.72 |
| | **Total Disbursements** | **$2.72** |

- 2 -

# 716389



## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000189 / Fee/Employment Application - US

**Proforma Generation Date:** 05/10/12 10:35

**Fees and Disbursements Through 04/30/12**
**Last Date Billed 03/23/12 (Through 01/31/12)**
**Bill Cycle:** M
**Matter Open Date:** Jan 14, 2009
**Proforma Joint Group # 105185**

| | | |
|---|---|---|
| **Total Fees This Proforma** | $312.50 | |
| **Total Disbursements This Proforma** | 11.60 | |
| **TOTAL THIS PROFORMA** | $324.10 | |

| | |
|---|---|
| **Unallocated Cash** | $0.00 |
| **Trust Balance** | $0.00 |

**Address:** Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| **YTD Fees Billed** | $4,735.50 |
| **YTD Disb Billed** | $0.00 |
| **LTD Fees Billed** | $114,867.00 |
| **LTD Disb Billed** | $307.30 |
| **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10061385 | 04/13/12 | Cheney, M | Review and revise pro formas for fee statements. | 0.50 | $312.50 |
| | | | **Professional Services Total** | **0.50** | **$312.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | $625.00 | 0.50 | $312.50 |
| | | | **Fees Value** | **0.50** | **$312.50** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6279049 | 04/27/12 | 363057 | 0152 | 1537585 | 007004 | Pacer Service Charge - - VENDOR: Pacer Servi Center | $11.60 |
| | | | | | | **Total Disbursements** | **$11.60** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0152 | Pacer Service Charge | $11.60 |
| | **Total Disbursements** | **$11.60** |

- 2 -

# 716390



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000196 / Indemnification Claim by PG&E re Phoenix  

**Proforma Generation Date:** 05/10/12 10:35  

**Fees and Disbursements Through 04/30/12**  
**Last Date Billed 12/15/11 (Through 09/30/11)**  
**Bill Cycle: Mtent**  
**Matter Open Date:** Jan 31, 2011  
**Proforma Joint Group # 105185**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $26,707.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 81.78 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $26,788.78 | | |
| **Address:** Nortel Networks Corp | | **YTD Fees Billed** | $0.00 |
| | | **YTD Disb Billed** | $0.00 |
| | | **LTD Fees Billed** | $44,446.50 |
| | | **LTD Disb Billed** | $17.45 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10043378 | 04/03/12 | Sigworth, R. | Outline argument section for brief objecting to proof of claim (1.5); review draft template of brief sent by bankruptcy counsel (1.2); review materials for support of same (0.5). | 3.20 | $1,840.00 |
| 10043390 | 04/04/12 | Sigworth, R. | Draft brief objecting to proof of claim (1.7); review patents, pleadings, correspondence and notes for same (1.0); review exhibits in support of brief and pull materials re corporate history for same (1.0). | 3.70 | $2,127.50 |
| 10043393 | 04/05/12 | Sigworth, R. | Draft and edit brief objecting to proof of claim (3.8); research background press releases supporting facts re accused product and | 8.70 | $5,002.50 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | corporate mergers (1.5); research case-law (1.7); review background of litigation, pleadings, patents, infringement charts, indemnification issues, breach of warranty issues and correspondence for same (1.7). | | |
| 10043399 | 04/06/12 | Sigworth, R. | Draft and edit brief objecting to proof of claim (5.2); research case-law supporting same (1.8); review background of litigation, pleadings, patents, infringement charts, indemnification issues, breach of warranty issues and correspondence for same (2.1); send correspondence and draft new exhibits supporting same to Messrs. Supko and Palan (0.4). | 9.50 | $5,462.50 |
| 10046998 | 04/11/12 | Supko, M. | Review and revise objection to claim. | 3.00 | $2,340.00 |
| 10060167 | 04/12/12 | Sigworth, R. | Continue working on brief in support of objections to claim. | 5.50 | $3,162.50 |
| 10046994 | 04/12/12 | Supko, M. | Continue working on objection to claim. | 1.30 | $1,014.00 |
| 10052166 | 04/13/12 | Palan, S. | Review and revise Nortel's objection to claim. | 1.00 | $655.00 |
| 10060143 | 04/13/12 | Sigworth, R. | Edit brief and pull exhibits for same. | 0.80 | $460.00 |
| 10052669 | 04/13/12 | Supko, M. | Continue working on objection to claim, including consultation with Messrs. Sigworth and Palan re same (1.6); correspondence with Ms. Palmer re draft objection to claim (0.1). | 1.70 | $1,326.00 |
| 10068640 | 04/19/12 | Palan, S. | Review materials in order to prepare for telephone conference with Ms. Palmer (1.0); attend telephone conference with Ms. Palmer (0.5); review documents in order to address questions from Ms. Palmer (0.9). | 2.40 | $1,572.00 |
| 10077804 | 04/19/12 | Sigworth, R. | Continue working on brief in support of objections to claim. | 1.00 | $575.00 |
| 10069126 | 04/19/12 | Supko, M. | Prepare for and participate in telephone conference with Ms. Palmer, with Mr. Palan, re objection to claim (0.7); research issues | 1.50 | $1,170.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | raised by Ms. Palmer, consult with Mr. Sigworth re same, and revise draft objection (0.5); review Nortel contract re additional argument raised by Ms. Palmer (0.3). | | |
| | | | **Professional Services Total** | **43.30** | **$26,707.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002305 | Counsel | Sigworth, R. | $575.00 | 32.40 | $18,630.00 |
| 001436 | Partner | Palan, S. | $655.00 | 3.40 | $2,227.00 |
| 001474 | Partner | Supko, M. | $780.00 | 7.50 | $5,850.00 |
| | | | **Fees Value** | **43.30** | **$26,707.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6288808 | 04/11/12 | | 0016 | 1543651 | 000302 | Comp. Library Research SIGWORTH, RONALD 6892655 | $81.78 |
| | | | | | | **Total Disbursements** | **$81.78** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0016 | Comp. Library Research | $81.78 |
| | **Total Disbursements** | **$81.78** |

# 716391



**BILLABLE PROFORMA**

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000197 / Advise Bankruptcy Counsel re Verizon Ind

**Proforma Generation Date:** 05/10/12 10:35

**Fees and Disbursements Through 04/30/12**  
**Last Date Billed (Through )**  
**Bill Cycle:** MClaim  
**Matter Open Date:** Mar 6, 2012  
**Proforma Joint Group #**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $3,978.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $3,978.00 | | |
| **Address:** Nortel Networks | | **YTD Fees Billed** | $0.00 |
| | | **YTD Disb Billed** | $0.00 |
| | | **LTD Fees Billed** | $0.00 |
| | | **LTD Disb Billed** | $0.00 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10065695 | 04/18/12 | Supko, M. | Review litigation issues for telephone conference (1.0); participate in telephone conference with counter party, with Ms. Palmer (0.7); conversation with Ms. Palmer re next steps (0.2); correspondence with Ms. Palmer re contract issues, and begin reviewing same (0.4). | 2.30 | $1,794.00 |
| 10069133 | 04/19/12 | Supko, M. | Correspondence with Ms. Palmer re results of additional investigation and information sent by counter party (0.1); analyze pleadings re litigation issues (1.2). | 1.30 | $1,014.00 |
| 10076041 | 04/20/12 | Supko, M. | Continue analyzing documents relating to litigation issues. | 1.50 | $1,170.00 |

| **Index** | **Date** | **Timekeeper Name** | **Description of Professional Services** | **Hours** | **Value of Time** |
|---|---|---|---|---|---|
| | | | **Professional Services Total** | **5.10** | **$3,978.00** |

## Professional Services Summary

| **ID** | **Title** | **Timekeeper Name** | **Rate** | **Hours** | **Value** |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | $780.00 | 5.10 | $3,978.00 |
| | | | **Fees Value** | **5.10** | **$3,978.00** |