# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2012 Through April 30, 2012

| **Expense Category** | **Service Provider if Applicable** | **Total Expenses** |
|---|---|---|
| Computer Library Research | Computer Library Research | $81.78 |
| Computer Research | Pacer Service Center | $14.32 |
| **TOTAL** | | **$96.10** |

**716387**



**BILLABLE PROFORMA**

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000121 / Wanland

Proforma Generation Date:  05/10/12 10:35

Fees and Disbursements Through 04/30/12
Last Date Billed 03/23/12 (Through 12/31/11)
Bill Cycle:  M
Matter Open Date:  Jan 14, 2009
Proforma Joint Group # 105185

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6279047 | 04/27/12 | 363057 | 0152 | 1537585 | 007004 | Pacer Service Charge - - VENDOR: Pacer Servi Center | $2.72 |
| | | | | | | **Total Disbursements** | **$2.72** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0152 | Pacer Service Charge | $2.72 |
| | **Total Disbursements** | **$2.72** |

- 1 -

**716389**



## BILLABLE PROFORMA

**Billing Attorney:  001835 / Matthew Cheney**  
**Client:  105185 / Nortel Networks Corp**  
**Matter:  105185.0000189 / Fee/Employment Application - US**

**Proforma Generation Date:  05/10/12 10:35**

**Fees and Disbursements Through 04/30/12**  
**Last Date Billed 03/23/12 (Through 01/31/12)**  
**Bill Cycle:  M**  
**Matter Open Date:  Jan 14, 2009**  
**Proforma Joint Group # 105185**

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6279049 | 04/27/12 | 363057 | 0152 | 1537585 | 007004 | Pacer Service Charge - - VENDOR: Pacer Servi Center | $11.60 |
| | | | | | | **Total Disbursements** | **$11.60** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0152 | Pacer Service Charge | $11.60 |
| | **Total Disbursements** | **$11.60** |

- 1 -

**716390**



**BILLABLE PROFORMA**

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000196 / Indemnification Claim by PG&E re Phoenix  

**Fees and Disbursements Through 04/30/12**  
**Last Date Billed** 12/15/11 (Through 09/30/11)  
**Bill Cycle:** Mtent  
**Matter Open Date:** Jan 31, 2011  

**Proforma Generation Date:** 05/10/12 10:35  
**Proforma Joint Group #** 105185

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6288808 | 04/11/12 | | 0016 | 1543651 | 000302 | Comp. Library Research SIGWORTH, RONALD 6892655 | $81.78 |
| | | | | | | **Total Disbursements** | **$81.78** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0016 | Comp. Library Research | $81.78 |
| | **Total Disbursements** | **$81.78** |