**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                Debtors. :
: **Hearing Date: June 12, 2012 @ 10:00 a.m.**
---------------------------------------------------------------x

**THIRD QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH, LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES FOR
THE PERIOD FEBRUARY 1, 2012 THROUGH APRIL 30, 2012**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), McCarter & English LLP ("McCarter & English") hereby submits its Third Quarterly Fee Application Request (the "Request") for the period February 1, 2012 through and including April 30, 2012[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly applications (D.I. Nos. 7366, 7569 and 7656) contain detailed listing of McCarter & English's requested fees and expenses to the Application Periods.

ME1 13473760v.1

McCarter & English seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fee Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fee Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 3/12/2012 #7366 | 2/1/2012-2/29/2012 | $27,894.00 | $2,314.33 | 4/4/2012 #7487 | $22,315.20 | $2,314.33 | $5,578.80 |
| 4/20/2012 #7569 | 3/1/2012-3/31/2012 | $12,327.00 | $2.40 | 5/16/2012 #7651 | $9,861.60 | $2.40 | $2,465.40 |
| 5/18/2012 #7656 | 4/1/2012-4/30/2012 | $32,274.50 | $135.45 | TBD OBJ DL: 6-8-2012 | $25,819.60 | $135.45 | $6,454.90 |
| **Total** | | **$72,495.50** | **$2,452.18** | | **$57,996.40** | **$2,452.18** | **$14,499.10** |

In accordance with the Monthly Compensation Order, McCarter & English seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, McCarter & English respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant McCarter & English such other and further relief as is just and proper.

Dated: May 23, 2012
      Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr._____
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*

ME1 13473760v.1

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| DANIELE, MARK A. | Partner, NJ Bar, Tax, Employee Benefits and Finance | $525.00 | 49.90 | $26,197.50 |
| TAYLOR, JR., WILLIAM F. | Partner, DE Bar, Bankruptcy and Restructuring | $525.00 | 37.90 | $13,987.50 |
| KIMBALL, JANE S. | Special Counsel, NJ Bar, Tax, Employee Benefits and Finance | $390.00 | 37.75 | $14,722.50 |
| KILLIAN, PATRICIA A. | Associate, NJ Bar, Tax, Employee Benefits and Finance | $380.00 | 1.00 | $380.00 |
| BUCK, KATE R. | Associate, DE Bar, Bankruptcy and Restructuring | $295.00 | .50 | $147.50 |
| BROWN, KEVIN A. | Associate, NJ Bar, Tax, Employee Benefits and Finance | $385.00 | 12.60 | $4,851.00 |
| SCHIERBAUM, JARED, F. | Paralegal, Bankruptcy and Restructuring | $215.00 | 25.50 | $17,092.50 |
| SNEDEKER, JAMES A. | Paralegal, Tax, Employee Benefits and Finance | $175.00 | 3.70 | $647.50 |
| GOLDSON-CAMMOCK, TAMIKA | paralegal, Tax Bankruptcy and Litigation | $165.00 | .30 | $49.50 |
| GREENSTONE, JAMES J. | Research Analyst | $150.00 | .80 | $120.00 |
| **TOTAL:** | | | **169.95** | **$72,495.50** |
| | *Blended Rate* | **$426.57** | | |

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

|     | Project Category | Total Hours | Total Fees |
| --- | --- | ---: | ---: |
| D24 | CASE ADMINISTRATION | 43.50 | $17,745.50 |
| D25 | CLAIMS ADMINISTRATION AND OBJECTIONS | .40 | $118.00 |
| D26 | EMPLOYMENT BENEFITS/PENSIONS | 102.05 | $46,271.00 |
| D27 | FEE/EMPLOYMENT APPLICATIONS | 20.60 | $6,599.00 |
| D30 | LITIGATION | .90 | $472.50 |
| D43 | OTHER | .60 | $315.00 |
| D47 | FEE APPLICATIONS- OTHERS | .50 | $262.50 |
| D61 | COURT HEARING | .10 | 29.50 |
| D62 | GENERAL CASE STRATEGY | 1.30 | $682.50 |
|     | **TOTAL:** | **169.95** | **$72,495.50** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Total Expenses |
| --- | ---: |
| FILING FEES - MISC | $2.40 |
| LIBRARY RESEARCH | $147.61 |
| FEDERAL EXPRESS | $25.86 |
| TRAVEL EXPENSES TO COMMITTEE MEETING | $2,236.09 |
| POSTAGE | $10.40 |
| SERVICES (Court Conference Services) | $30.00 |
| **TOTAL:** | **$2,452.36** |