UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                      :  Chapter 11
                                                            :
                                                            :  Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
                                                            :  Jointly Administered
           Debtors.                                         :
                                                            :  **Hearing Date: June 12, 2012 @ 10:00 a.m.**
------------------------------------------------------------x

**SECOND QUARTERLY FEE APPLICATION OF TOGUT, SEGAL & SEGAL LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES FOR THE PERIOD NOVEMBER 1, 2011 THROUGH JANUARY 31, 2012**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Togut, Segal & Segal LLP (the "Togut Firm"), attorneys for the Official Committee of Retired Employees, hereby submits its Second Quarterly Fee Application (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 13472748v.1

"Application") for the period November 1, 2011 through and including January 31, 2012[2] (the "Application Period").

The Togut Firm seeks approval for the following monthly fee applications that were filed during the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fee Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fee Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fee Sought |
|---|---|---|---|---|---|---|---|
| 1/27/12 D.I. #7138 | 11/1/11-11/30/11 | $136,096.50 | $978.50 | 2/24/12 OBJ DL: 2/16/12 D.I. 7265 | $108,877.20 | $978.50 | $27,219.30 |
| 2/16/12 D.I. #7224 | 12/1/11-12/31/11 | $138,304.00 | $935.88 | 3/12/12 OBJ DL: 3/8/12 D.I. 7367 | $110,643.20 | $935.88 | $27,660.80 |
| 4/16/12 D.I. #7532 | 1/1/12 – 1/31/12 | $184,252.50 | $1,072.26 | 5/15/12 OBJ DL: 5/7/12 D.I. 7642 | $147,402.00 | $1,072.26 | $36,850.50 |
| **Total** | | **$458,653.00** | **$2,986.64** | | **$366,922.40** | **$2,986.64** | **$91,730.60** |

In accordance with the Monthly Compensation Order, the Togut Firm seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

---

[2] Exhibits A and B attached to the monthly applications (D.I. Nos. 7138, 7224 and 7532, respectively) contain a detailed listing of Togut, Segal & Segal LLP's fees and expenses for the Application Periods.

ME1 13472748v.1

WHEREFORE, the Togut Firm respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Dated: May 18, 2012
       Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

**[PERIOD COVERING: NOVEMBER 1, 2011 THROUGH JANUARY 31, 2012]**

| Name of Professional | Position with Firm/ (Year Admitted) | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Albert Togut | Partner (1975) | $935 | 41.1 | $38,428.50 |
| Neil Berger | Partner (1986) | $810 | 132.5 | 107,325.00 |
| Scott E. Ratner | Partner (1987) | $800 | 45.2 | 36,160.00 |
| Richard Milin | Of Counsel (1989) | $715 | 47.2 | 33,748.00 |
| Brian Moore | Associate (1998) | $615 | 197.8 | 121,647.00 |
| Lara Sheikh | Associate (2002) | $520 | 28.7 | 14,924.00 |
| David Smith | Associate (2007) | $380 | 20.3 | 7,714.00 |
| Michael D. Hamersky | Associate (2008) | $345 | 70.7 | 24,391.50 |
| Stephanie Skelly | Associate (2007) | $345 | 100.8 | 34,776.00 |
| Samantha Rothman | Associate (Awaiting Admission) | $185 | 123.1 | 22,773.50 |
| Lauren Lifland | Associate (Awaiting Admission) | $185 | 3.3 | 610.50 |
| Dawn Person | Paralegal | $285 | 41.1 | 11,713.50 |
| Leo Muchnik | Law Clerk | $145 | 7.5 | 1,087.50 |
| Katie LaVerde | Paralegal | $145 | 6.4 | 928.00 |
| Jayne Bernsten | Paralegal | $145 | 21.3 | 3,088.50 |
| **TOTALS:** | | | 887.0 | $458,653.00 |
| *Blended Rate* | $517.08 | | | |

ME1 13472748v.1

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

**[PERIOD COVERING: NOVEMBER 1, 2011 THROUGH JANUARY 31, 2012]**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee Applications/Fee Statements | 38.1 | 16,611.00 |
| Retiree Benefits | 690.6 | 343,884.50 |
| Retiree Committee Matters | 158.3 | 98,157.50 |
| **TOTALS:** | **887.0** | **$458,653.00** |

**CUMULATIVE EXPENSE SUMMARY**

**[PERIOD COVERING: NOVEMBER 1, 2011 THROUGH JANUARY 31, 2012]**

| Expense Category | Total Expenses |
|---|---|
| Meals | $112.61 |
| Photocopies | 1,082.30 |
| Telephone | 618.95 |
| Travel-Ground | 1,171.50 |
| Postage | 1.28 |
| **TOTALS:** | **$2,986.64** |

2

ME1 13472748v.1