# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 24, 2012 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matters:

1) OMNIBUS HEARING &Pretrial Conference
   **R / M #:**   7,667 / 0

2) **ADV: 1-10-53187**
   **Nortel Networks Inc. vs Maritz Canada Inc.**
   Pretrial Conference
   **R / M #:**   87 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - These matters have been continued to 6/6/12 @ 1 PM; 6/21/12 @ 10 AM; or 8/22/12 @ 10 AM.
#2 - CNO Filed and Order Signed
#3 -  ORDER SIGNED
#4 - Pretrial Conference - 10-53187 - Adjourned to 8/1/12 @ 20 AM - Certification of Counsel filed w/stipulation - ORDER SIGNED