Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 04/12/12 | EH | Review notice of rescheduled 6/06/12 omnibus hearing; track continued hearing date | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.10 | $24.00 |
| | | | 0.10 | $24.00 |
| | | TOTAL: | 0.10 | $24.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 04/04/12 | LMS | Emails to M. Cook at Nortel regarding BFCA March estimates | 0.20 |
| 04/04/12 | LMS | Email to M. Cook regarding Benesch estimates for March 2012 | 0.10 |
| 04/05/12 | RHL | Edit time for fee application | 0.20 |
| 04/10/12 | LMS | Review and revise fees and expenses for March 2012 | 0.30 |
| 04/16/12 | RHL | Review monthly fee application | 0.10 |
| 04/16/12 | LMS | Review docket regarding objections to BFCA monthly fee application for February 2012 | 0.10 |
| 04/16/12 | LMS | Prepare CNO regarding BFCA monthly fee application for February 2012 | 0.10 |
| 04/16/12 | LMS | File CNO regarding BFCA monthly fee application for February 2012 | 0.10 |
| 04/16/12 | LMS | Preparation of BFCA monthly fee application for March 2012 | 0.40 |
| 04/16/12 | EH | Review ECF notices and download CNO to BFCA February 2012 monthly fee application | 0.10 |
| 04/17/12 | LMS | Preparation of BFCA monthly fee statement for March 2012 | 0.20 |
| 04/17/12 | LMS | File BFCA monthly fee statement for March 2012 | 0.10 |
| 04/17/12 | LMS | Docket objection deadline regarding BFCA monthly fee statement for March 2012 | 0.10 |
| 04/17/12 | EH | Review ECF notices and download BFCA March 2012 monthly fee application | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.30 | $187.50 |
| | | | 0.30 | $187.50 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMS) | $200.00 | 1.70 | $340.00 |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.20 | $48.00 |
| | | | 1.90 | $388.00 |
| | | TOTAL: | 2.20 | $575.50 |

General Claims Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2012

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/02/12 | RHL | Review e-mail regarding next omnibus claims objection and respond | 0.20 |
| 04/15/12 | RHL | Review e-mail from L. Shea regarding 27th omnibus claims objection and coordinate with J. Hoover | 0.20 |
| 04/17/12 | RHL | Review e-mail from A. Cordo, Esquire regarding comments to 27th omnibus objection | 0.10 |
| 04/17/12 | RHL | Review 27th omnibus and provide comments to Zoe Shea | 0.20 |
| 04/26/12 | JRH | Follow up regarding open claims issues | 0.30 |
| 04/26/12 | EH | Review and respond to email from J. Hoover regarding twenty-seventh omnibus objection to claims | 0.10 |

General Claims Matters

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.30 | $118.50 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.70 | $437.50 |
| | | | 1.00 | $556.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.10 | $24.00 |
| | | | 0.10 | $24.00 |
| | | TOTAL: | 1.10 | $580.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 04/05/12 | EH | Review 4/05/12 adversary status report | 0.10 |
| 04/23/12 | EH | Review 4/23/12 adversary status report | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.20 | $48.00 |
| | | | 0.20 | $48.00 |
| | | TOTAL: | 0.20 | $48.00 |

**Document Reproduction**

| Date | User | Description | Amount |
|---|---|---|---|
| 04/17/12 | LMS | Document Reproduction 52 copies | 5.20 |
| 04/17/12 | LMS | Document Reproduction 104 copies | 10.40 |
| | | TOTAL: | $15.60 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|---|---|---|---|
| 04/30/12 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington to Judge Gross | 5.00 |
| | | TOTAL: | $5.00 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 03/23/12 | LMS | Federal Express 03/23/12 Lisa Behra to Thomas P. Tinker E | 12.52 |
| 03/23/12 | LMS | Federal Express 03/23/12 Lisa Behra to Fred S. Hodara | 12.52 |
| 03/23/12 | LMS | Federal Express 03/23/12 Lisa Behra to M. Collins/C. Sami | 12.52 |
| | | TOTAL: | $37.56 |

## Computer Research

| Date | User | Description | Amount |
|---|---|---|---:|
| 03/09/12 | XXX | Computer Research - Pacer PACER   MARCH 2012 14 PAGES | 1.12 |
| 03/22/12 | XXX | Computer Research - Pacer PACER   MARCH 2012 2 PAGES | 0.16 |
| | | TOTAL: | $1.28 |