EXHIBIT "B"

| | | | |
|---|---|---|---|
| Nortel Networks Section 1114 | Togut, Segal & Segal LLP | | 5/22/2012 |
| 3/1/2012...3/31/2012 | Summary Report | | 11:27:12 AM |

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Meals | | 0.0 | 96.78 |
| Online Research | | 0.0 | 59.89 |
| Photocopies | | 0.0 | 149.20 |
| Telephone | | 0.0 | 5.14 |
| Travel-ground | | 0.0 | 428.75 |
| | Grand Total: | 0.0 | 739.76 |

1

**Togut, Segal & Segal LLP**
**Timekeeper Detail**

3/1/2012...3/31/2012

5/22/2012
11:26:52 AM

| Date / Slip Number<br>Matter<br>Description | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|
| <u>Timekeeper -- Albert Togut</u> | | | | |
| 3/1/2012   #542957<br>General | atogut<br>Nortel Networks<br>Telephone | 0.0 | 5.14<br>Billable | 5.14 |
| TS&S monthly telephone for March 2012. | | | | |
| 3/1/2012   #545185<br>General | atogut<br>Nortel Networks<br>Photocopies | 0.0 | 149.20<br>Billable | 149.20 |
| TS&S monthly photocopies for March 2012. | | | | |
| 3/1/2012   #549086<br>General | atogut<br>Nortel Networks<br>Online Research | 0.0 | 59.89<br>Billable | 59.89 |
| TS&S monthly on-line research (Westlaw) for March 2012. | | | | |
| Subtotal For:<br>3/1/2012 | Billable<br>Unbillable | 0.0 | | |
| | Billable & Unbillable | **0.0** | | **214.23** |
| Subtotal For:<br>Albert Togut | Billable<br>Unbillable | 0.0 | | |
| | Billable & Unbillable | **0.0** | | **214.23** |

<u>Timekeeper -- Ledesse Vera</u>

Page: 1

**Togut, Segal & Segal LLP**
**Timekeeper Detail**

3/1/2012...3/31/2012

5/22/2012
11:26:52 AM

| Date / Slip Number<br>Matter<br>Description | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|
| 3/20/2012  #546737<br>General | lvera<br>Nortel Networks<br>Travel-ground | 0.0 | 68.85<br>Billable | 68.85 |

Car service from office to home on 3/20/12 at 9pm -- worked late re Nortel matters (1/2 car rate billed to non-Nortel client).

| Subtotal For:<br>3/20/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 68.85 |

| Subtotal For:<br>Ledesse Vera | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 68.85 |

Timekeeper – Neil Berger

| 3/5/2012  #536355<br>General | nberger<br>Nortel Networks<br>Meals | 0.0 | 96.78<br>Billable | 96.78 |

Lunch meeting with L. Beckerman re Term Sheet and Retiree Benefits.

| Subtotal For:<br>3/5/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 96.78 |

| 3/20/2012  #544005<br>General | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 72.35<br>Billable | 72.35 |

Car service from office to home on 3/20/12 at 11pm -- worked late re Retiree Benefits (1/2 car rate billed to non-Nortel client).

| Subtotal For:<br>3/20/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 72.35 |

# Togut, Segal & Segal LLP
## Timekeeper Detail

3/1/2012...3/31/2012

5/22/2012
11:26:52 AM

| Date / Slip Number<br>Matter<br>Description | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|
| 3/26/2012  #546733<br>General | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 63.76<br>Billable | 63.76 |

Car service from office to home on 3/26/12 -- worked late re Nortel matters (1/2 car rate billed to non-Nortel client).

| Subtotal For:<br>3/26/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 63.76 |

| 3/27/2012  #548471<br>General | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 54.89<br>Billable | 54.89 |

Car service from office to home on 3/27/12 after 8pm -- worked late on Nortel matters (1/2 car rate billed to non-Nortel matter).

| Subtotal For:<br>3/27/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 54.89 |

| 3/28/2012  #548475<br>General | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 104.04<br>Billable | 104.04 |

Car service from office to home on 3/28/12 at 10:50pm -- worked late on Nortel matters.

| Subtotal For:<br>3/28/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 104.04 |

# Togut, Segal & Segal LLP
## Timekeeper Detail

3/1/2012...3/31/2012

5/22/2012
11:26:52 AM

| Date / Slip Number<br>Matter<br>Description | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|
| 3/29/2012  #548473<br>General | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 64.86<br>Billable | 64.86 |

Car service from office to home on 3/29/12 after 8pm -- worked late on Nortel matters (1/2 car rate billed to non-Nortel matter).

| Subtotal For:<br>3/29/2012 | Billable | 0.0 | |
| --- | --- | --- | --- |
| | Unbillable | | |
| | Billable & Unbillable | 0.0 | 64.86 |

| Subtotal For:<br>Neil Berger | Billable | 0.0 | |
| --- | --- | --- | --- |
| | Unbillable | | |
| | Billable & Unbillable | 0.0 | 456.68 |

| Grand Total | Billable | 0.0 | |
| --- | --- | --- | --- |
| | Unbillable | | |
| | Billable & Unbillable | 0.0 | 739.76 |