IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
: **Hearing Date: June 21, 2012 at 10:00 a.m. (ET)**
:
---------------------------------------------------------X

### SIXTH QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FEBRUARY 1, 2012 THROUGH APRIL 30, 2012

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Torys LLP ("Torys") hereby submits its Sixth Quarterly Fee Application Request (the "Request") for the period February 1, 2012 through and including April 30, 2012[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for February [D.I. 7449], March [D.I. 7597], and April [D.I. 7671] contain detailed listings of Torys' requested fees and expenses for the Application Period.

13700562.1

Torys seeks approval for the following fee applications that were filed for the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date [Docket No.] | Amount of Fees Requested / Allowed (80%) | Amount of Expenses Requested / Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 3/26/12 [D.I. 7449] | 2/1/12 – 2/29/12 | $84,420.00 | $193.76 | 4/18/12 – [D.I. 7564] | $67,536.00 | $193.76 | $16,884.00 |
| 4/30/12 [D.I. 7142] | 3/1/12 – 3/31/12 | $115,686.50 | $1,473.06 | 5/23/12 – D.I. 7679 | $92,549.20 | $1,473.06 | $23,137.30 |
| 5/22/12 [D.I. 7671] | 4/1/12 – 4/30/12 | $99,188.50 | $301.81 | Pending | $79,350.80 | $301.81 | $19,837.70 |
| **TOTAL** | | **$299,295.00** | **$1,968.63** | | **$239,436.00** | **$1,968.63** | **$59,859.00** |

In accordance with the Monthly Compensation Order, Torys seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Torys respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Torys such other and further relief as is just and proper.

Dated: May 24, 2012
      New York, New York

TORYS LLP

  /s/ Alison D. Bauer
William F. Gray, Jr.
Alison D. Bauer
1114 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 880-6000
Facsimile:  (212) 682-0200

*Special Canadian Counsel for the Debtors and Debtors in Possession*

# CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2012 through April 30, 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Scott A. Bomhof | Partner/Bankruptcy | $810.00 | 109.6 | $88,776.00 |
| Andrew Gray | Partner/Litigation | $710.00 | 42.5 | $30,175.00 |
| Tony DeMarinis | Partner/Bankruptcy | $975.00 | 99.6 | $97,110.00 |
| William Gray | Partner/Bankruptcy | $875.00 | 69.2 | $60,550.00 |
| Alison D. Bauer | Partner/Bankruptcy | $725.00 | 10.8 | $7,830.00 |
| Matthew Atkey | Associate/Corporate | $500.00 | 11.3 | $5,650.00 |
| Dianne Ralph | Paralegal | $260.00 | 35.4 | $9,204.00 |
| **Total** | | | 378.4 | $299,295.00 |
| **GRAND TOTAL:** | $299,295.00 | | | |
| **BLENDED RATE:** | $790.95 | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

13700562.1

2

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2012 through April 30, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 3.5 | $2,537.50 |
| Case Administration | 8.2 | $1,489.00 |
| Fee and Employment Applications | 41.7 | $18,081.00 |
| Analysis of Canadian Law | 59.6 | $177,441.00 |
| Intercompany Analysis | 145.4 | $81,302.00 |
| Canadian CCAA Proceedings/Matters | 120.0 | $95,320.50 |
| **TOTAL** | 378.4 | $299,295.00 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2

13700562.1

**CUMULATIVE EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2012 through April 30, 2012

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Meals | | $43.78 |
| Computer Research | Westlaw/Quicklaw | $1,325.88 |
| Duplicating/Printing | In Office | $388.50 |
| Travel | Taxi | $80.28 |
| | | |
| Library Costs | West Payment Center | |
| Court Searches | LEXIS/NEXIS and PACER | $120.16 |
| Process Server | | |
| Word Processing | | - |
| Courier | | $10.03 |
| Telephone | | |
| **GRAND TOTAL EXPENSES** | | **$1,968.63** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]