**CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Sixth Quarterly Fee Application Request Of Torys LLP, As Special Canadian Counsel To The Debtors And Debtors-In-Possession, For The Period February 1, 2012 Through April 30, 2012** was caused to be made on May 24, 2012, in the manner indicated upon the entities identified below.

Date: May 24, 2012                      */s/ Ann C. Cordo*
                                                     Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**

Thomas Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

5945259.1