IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT   )
                                              ) ss.:
COUNTY OF HARTFORD    )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as an Associate Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On May 24, 2012, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

   a) the sellers of the claims as listed on the annexed <u>Exhibit B</u>,
   b) the buyers of the claims as listed on the annexed <u>Exhibit C</u>,
   c) counsel to the Debtors as listed on <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_/s/ Brian Hunt_
Brian Hunt

Sworn to before me this
24th day of May, 2012

_/s/ Tim Conklin_
Tim Conklin
Notary Public, State of Connecticut

TIMOTHY C. CONKLIN
NOTARY PUBLIC
State of Connecticut
My Commission Expires
May 31, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:   **Accton Technology Corporation**
**No. 1 Creation Road III**
**Science-Based Industrial Park**
**Hsinchu 30077**
**Taiwan, R.O.C.**

Your claim, in the amount of **$340,480.70** has been transferred, unless previously expunged by Court Order, to:

**ASM SIP, L.P.**
**c/o ASM Capital**
**7600 Jericho Turnpike, Suite 302**
**Woodbury, NY  11797**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number #7479 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By   /s/ Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 24, 2012

**EXHIBIT B**

ACCTON TECHNOLOGY CORPORATION, NO. 1 CREATION ROAD III
SCIENCE-BASED INDUSTRIAL PARK, HSINCHU 30077
TAIWAN, R.O.C.

CAROLYN G. PALMER, 3171 WINDING LAKE DR., GAINESVILLE, GA  30504

RAYMOND A. BRENT, 170 BARROW DOWNS, ALPHARETTA, GA  30004

DAVID R. MANGUM, 3088 WALTERS RD., CREEDMOR, NC  27522

ROBERT FRASER RITCHIE, 328 NOAH TRAIL, ALLEN, TX  75013

RICHARD LOWE, 2221 LAKESIDE BLVD., RICHARDSON, TX  75082

ROBERT M. GRAHAM, PO BOX 9096, RANCHO SANTA FE, CA  92067

CLARENCE J. CHANDRAN, C/O WILLIAMS MULLEN, ATTN: JOHN D. BURNS, ESQ.
P.O. BOX 1000, RALEIGH, NC  27602

**EXHIBIT C**

ASM SIP, L.P., C/O ASM CAPITAL, 7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY  11797

UNITED STATES DEBT RECOVERY XI, LP, 940 SOUTHWOOD BLVD., SUITE 101
INCLINE VILLAGE, NV  89451

CRT SPECIAL INVESTMENTS LLC, JOSEPH E. SARACHEK, 262 HARBOR DRIVE
STAMFORD, CT  06902

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA, NEW YORK, NY  10006