Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **24 May 2012**        Our Ref: **GDB/CCN01.00001**        Invoice No.: **329598**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 13,143.50 |
| For the period to 30 April 2012. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 77.16 |
| **Disbursements:** (NT) | | | |
| Fares | 0.00 | 0.00 | 15.00 |
| | 0.00 | | 13,235.66 |
| | | VAT | 0.00 |
| | | Total | 13,235.66 |
| | | **Balance Due** | **13,235.66** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 329598 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN
PAPUA NEW GUINEA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/04 /2012

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 2.10 | 1,449.00 | (C0007) |
|  |  | 0.30 | 207.00 | (C0012) |
|  |  | 0.20 | 138.00 | (C0019) |
|  |  | **2.60** | **1,794.00** |  |
| Partner: | Steven Hull | 0.50 | 330.00 | (C0012) |
|  |  | **0.50** | **330.00** |  |
| Partner: | Angela Pearson | 0.90 | 594.00 | (C0012) |
|  |  | 0.50 | 330.00 | (C0019) |
|  |  | 1.00 | 660.00 | (C0031) |
|  |  | **2.40** | **1,584.00** |  |
| Associate | Antonia Croke | 2.00 | 850.00 | (C0007) |
|  |  | 2.00 | 850.00 | (C0012) |
|  |  | 0.40 | 170.00 | (C0019) |
|  |  | 1.70 | 722.50 | (C0031) |
|  |  | **6.10** | **2,592.50** |  |
| Junior Associate | Lindsey Roberts | 4.40 | 1,276.00 | (C0003) |
|  |  | 2.00 | 580.00 | (C0007) |
|  |  | 5.30 | 1,537.00 | (C0012) |
|  |  | 4.80 | 1,392.00 | (C0019) |
|  |  | 4.80 | 1,392.00 | (C0031) |
|  |  | **21.30** | **6,177.00** |  |
| Trainee: | Tim Cant | 3.60 | 666.00 | (C0012) |
|  |  | **3.60** | **666.00** |  |
|  | **Total** | **36.50** | **13,143.50** |  |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/04/2012

## Matter: CCN01.00001 - BANKRUPTCY

### C0003    Ashurst Fee Application/Monthly Billing Reports

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 4.40 | 290.00 | 1,276.00 |
| | | | Total | 1,276.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/04/2012 | Lindsey Roberts | LETT | Email re: Estimated fees and disbursements for March | 0.10 | 290.00 | 29.00 |
| 11/04/2012 | Lindsey Roberts | DRFT | Mark-up of invoice for monthly fee application | 0.60 | 290.00 | 174.00 |
| 12/04/2012 | Lindsey Roberts | DRFT | Further amends to draft invoice for monthly fee application | 0.40 | 290.00 | 116.00 |
| 17/04/2012 | Lindsey Roberts | DRFT | Drafting the monthly fee application | 2.30 | 290.00 | 667.00 |
| 20/04/2012 | Lindsey Roberts | DRFT | Further amends to draft invoice for monthly fee application | 0.40 | 290.00 | 116.00 |
| 24/04/2012 | Lindsey Roberts | DRFT | Final amends to monthly fee application and email to B Kahn re: the same | 0.60 | 290.00 | 174.00 |
| | | | | | | 1,276.00 |

Matter: CCN01.00001 - BANKRUPTCY

### C0007  Creditors Committee Meetings

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 2.10 | 690.00 | 1,449.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 2.00 | 425.00 | 850.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.00 | 290.00 | 580.00 |
| | | | Total | 2,879.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 05/04/2012 | Giles Boothman | ATTD | Committee call | 0.50 | 690.00 | 345.00 |
| 05/04/2012 | Lindsey Roberts | PHON | Weekly UCC call | 0.50 | 290.00 | 145.00 |
| 12/04/2012 | Antonia Croke | ATTD | Attend UCC call | 0.60 | 425.00 | 255.00 |
| 12/04/2012 | Giles Boothman | ATTD | Committee call | 0.60 | 690.00 | 414.00 |
| 12/04/2012 | Lindsey Roberts | ATTD | Weekly UCC call | 0.60 | 290.00 | 174.00 |
| 20/04/2012 | Antonia Croke | PHON | Attend UCC call | 0.50 | 425.00 | 212.50 |
| 25/04/2012 | Antonia Croke | PHON | Attend UCC call | 0.90 | 425.00 | 382.50 |
| 25/04/2012 | Giles Boothman | ATTD | Committee call | 1.00 | 690.00 | 690.00 |
| 25/04/2012 | Lindsey Roberts | PHON | Weekly UCC call | 0.90 | 290.00 | 261.00 |
| | | | | | | 2,879.00 |

Matter: CCN01.00001 - BANKRUPTCY

### C0012     General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.90 | 660.00 | 594.00 |
| GDB | Giles Boothman | 0.30 | 690.00 | 207.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 2.00 | 425.00 | 850.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 5.30 | 290.00 | 1,537.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 3.60 | 185.00 | 666.00 |
| | | | Total | **3,854.00** |

Matter: CCN01.00001 - BANKRUPTCY

### C0012 General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/04/2012 | Angela Pearson | READ | Review draft Mediation Statement | 0.50 | 660.00 | 330.00 |
| 03/04/2012 | Giles Boothman | READ | Emails re status of mediation | 0.30 | 690.00 | 207.00 |
| 03/04/2012 | Tim Cant | READ | Considering Nortel Judgment and Amending Case Note | 3.20 | 185.00 | 592.00 |
| 04/04/2012 | Lindsey Roberts | READ | Review of draft mediation statement and Judge Winkler correspondence | 1.40 | 290.00 | 406.00 |
| 04/04/2012 | Tim Cant | READ | Proofing case note | 0.40 | 185.00 | 74.00 |
| 05/04/2012 | Antonia Croke | READ | Consider Winkler article | 0.30 | 425.00 | 127.50 |
| 05/04/2012 | Antonia Croke | LETT | Emails re: Winkler article | 0.10 | 425.00 | 42.50 |
| 10/04/2012 | Lindsey Roberts | READ | Review of article re J Winkler | 0.10 | 290.00 | 29.00 |
| 11/04/2012 | Antonia Croke | LETT | Emails re mediation statement | 0.10 | 425.00 | 42.50 |
| 14/04/2012 | Antonia Croke | LETT | Emails re mediation + draft statements | 0.10 | 425.00 | 42.50 |
| 15/04/2012 | Antonia Croke | LETT | Emails re mediation + draft statements | 0.10 | 425.00 | 42.50 |
| 16/04/2012 | Lindsey Roberts | READ | Review of draft mediation papers | 2.40 | 290.00 | 696.00 |
| 17/04/2012 | Lindsey Roberts | READ | Review of Ad Hoc Bondholders mediation statement | 0.50 | 290.00 | 145.00 |
| 18/04/2012 | Lindsey Roberts | INTD | Discussion with ACROKE re mediation schedule | 0.20 | 290.00 | 58.00 |
| 19/04/2012 | Antonia Croke | INTD | Discussion with LROBER re pension proceedings | 0.60 | 425.00 | 255.00 |
| 19/04/2012 | Antonia Croke | LETT | Emails re: mediation | 0.10 | 425.00 | 42.50 |
| 19/04/2012 | Angela Pearson | READ | Review emails re mediation | 0.40 | 660.00 | 264.00 |
| 20/04/2012 | Antonia Croke | LETT | Emails re: mediation schedule | 0.10 | 425.00 | 42.50 |
| 20/04/2012 | Lindsey Roberts | READ | Review of Schedule for Judge Winkler meeting | 0.10 | 290.00 | 29.00 |
| 24/04/2012 | Lindsey Roberts | READ | Review of J Winkler's opening comments and email to AMP and ACROKE re: the same | 0.30 | 290.00 | 87.00 |
| 26/04/2012 | Antonia Croke | READ | Consider Winkler J statement | 0.50 | 425.00 | 212.50 |
| 30/04/2012 | Lindsey Roberts | READ | Review of "US Debtors Interstate Claims" document | 0.30 | 290.00 | 87.00 |

3,854.00

**Matter: CCN01.00001 - BANKRUPTCY**

### C0019     Labor Issues/Employee Benefits

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.50 | 660.00 | 330.00 |
| GDB | Giles Boothman | 0.20 | 690.00 | 138.00 |
| SEH | Steven Hull | 0.50 | 660.00 | 330.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 0.40 | 425.00 | 170.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 4.80 | 290.00 | 1,392.00 |
| | | | Total | 2,360.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 18/04/2012 | Lindsey Roberts | INTD | Discussions with ACROKE and emails re pension proceedings | 0.60 | 290.00 | 174.00 |
| 18/04/2012 | Antonia Croke | LETT | Discussion with LROBER; emails re: mediation | 0.30 | 425.00 | 127.50 |
| 19/04/2012 | Antonia Croke | READ | Consider Pension email | 0.10 | 425.00 | 42.50 |
| 19/04/2012 | Angela Pearson | INTD | Discussion with LROBER | 0.50 | 660.00 | 330.00 |
| 19/04/2012 | Giles Boothman | INTD | Lindsey re pension case and effect on mediation | 0.20 | 690.00 | 138.00 |
| 19/04/2012 | Lindsey Roberts | DRFT | Email on whether the Pension proceedings will form a bar to global settlement | 0.90 | 290.00 | 261.00 |
| 19/04/2012 | Lindsey Roberts | READ | Review of UK Pension proceedings involving TPR and PPF and Trustee | 1.90 | 290.00 | 551.00 |
| 19/04/2012 | Lindsey Roberts | INTD | Discussion with AMP re pension proceedings | 0.50 | 290.00 | 145.00 |
| 19/04/2012 | Lindsey Roberts | DRFT | Amends to emails - incorporating comments from AMP | 0.60 | 290.00 | 174.00 |
| 19/04/2012 | Lindsey Roberts | PHON | Telephone conversation with Giles Boothman re: mediation settlement and FSD issues | 0.10 | 290.00 | 29.00 |
| 20/04/2012 | Lindsey Roberts | LETT | Emails from AMP and ACROKE re pension parties + UK proceedings | 0.20 | 290.00 | 58.00 |
| 30/04/2012 | Steven Hull | LETT | Providing update to Bruce Simonetti at Akin Gump regarding box clever FSD and impact on Nortel | 0.50 | 660.00 | 330.00 |

                                                                                         2,360.00

**Matter: CCN01.00001 - BANKRUPTCY**

### C0031     European Proceedings/Matters

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.00 | 660.00 | 660.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 1.70 | 425.00 | 722.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 4.80 | 290.00 | 1,392.00 |
| | | | Total | 2,774.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/04/2012 | Angela Pearson | READ | Review email | 0.20 | 660.00 | 132.00 |
| 03/04/2012 | Antonia Croke | LETT | Review emails | 0.10 | 425.00 | 42.50 |
| 04/04/2012 | Antonia Croke | LETT | Review of emails | 0.20 | 425.00 | 85.00 |
| 04/04/2012 | Lindsey Roberts | LETT | Nortel Professionals' Call | 1.10 | 290.00 | 319.00 |
| 05/04/2012 | Antonia Croke | READ | Consider UCC materials | 0.10 | 425.00 | 42.50 |
| 11/04/2012 | Antonia Croke | LETT | Emails re: calls | 0.10 | 425.00 | 42.50 |
| 11/04/2012 | Lindsey Roberts | LETT | Nortel Professionals' Call | 0.40 | 290.00 | 116.00 |
| 12/04/2012 | Antonia Croke | READ | Review materials for UCC call | 0.40 | 425.00 | 170.00 |
| 12/04/2012 | Lindsey Roberts | READ | Review of materials for UCC weekly call | 0.40 | 290.00 | 116.00 |
| 18/04/2012 | Lindsey Roberts | PHON | Nortel's Professional's call re mediation strategy | 2.30 | 290.00 | 667.00 |
| 20/04/2012 | Antonia Croke | READ | Consider materials for UCC call | 0.10 | 425.00 | 42.50 |
| 24/04/2012 | Antonia Croke | READ | Consider emails and fee application | 0.20 | 425.00 | 85.00 |
| 24/04/2012 | Angela Pearson | READ | Review emails | 0.20 | 660.00 | 132.00 |
| 24/04/2012 | Lindsey Roberts | READ | Email re: Retiree LTD mediation | 0.10 | 290.00 | 29.00 |
| 25/04/2012 | Antonia Croke | READ | Consider UCC materials, emails re: same | 0.20 | 425.00 | 85.00 |
| 25/04/2012 | Antonia Croke | PHON | Attend professionals post UCC call | 0.30 | 425.00 | 127.50 |
| 25/04/2012 | Angela Pearson | READ | Review emails | 0.20 | 660.00 | 132.00 |
| 25/04/2012 | Angela Pearson | INTD | Emails to LROBER | 0.20 | 660.00 | 132.00 |
| 25/04/2012 | Angela Pearson | INTD | Discussion with LROBER | 0.20 | 660.00 | 132.00 |
| 25/04/2012 | Lindsey Roberts | LETT | Emails re: weekly UCC call and pension update | 0.20 | 290.00 | 58.00 |
| 25/04/2012 | Lindsey Roberts | PHON | Post UCC call for professionals | 0.30 | 290.00 | 87.00 |
| | | | | | | 2,774.50 |