Exhibit C

DISBURSEMENT SUMMARY
APRIL 01, 2012 THROUGH APRIL 30, 2012

| Document Production | £77.16 |
|---|---|
| Travel – Ground Transportation | £15.00 |
| TOTAL | £92.16 |