Exhibit D

**Disbursements Detailed Breakdown**

**Document Production**                                                                              77.16

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 12/04/2012 | PAYEE: Hull, Steven; REQUEST#: 483390; DATE: 12/04/2012.  –  BACS payment to reimburse expenses - taxi to and from meeting with pension parties 20.9.11 | 15.00 |
| | | **92.16** |