Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## APRIL 01, 2012 THROUGH APRIL 30, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 11 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £690 | 2.60 | 1,794.00 |
| Steven Hull | Partner for 15 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, UK | £660 | 0.50 | 330.00 |
| Angela Pearson | Partner for 6 years; Admitted in 1991 in England and Wales; Litigation Group, London | £660 | 2.40 | 1,584.00 |
| Antonia Croke | Associate for 5 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £425 | 6.10 | 2,592.50 |
| Lindsey Roberts | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | 21.30 | 6,177.00 |
| Tim Cant | Trainee Solicitor; Litigation Group, London | £185 | 3.60 | 666.00 |
| TOTAL | | | 36.50 | 13,143.50 |

## COMPENSATION BY PROJECT CATEGORY
## APRIL 01, 2012 THROUGH APRIL 30, 2012

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 4.40 | 1,276.00 |
| Creditors Committee Meetings | 6.10 | 2,879.00 |
| General Claims Analysis | 12.10 | 3,854.00 |
| Labor Issues / Employee Benefits | 6.40 | 2,360.00 |
| European Proceedings / Matters | 7.50 | 2,774.50 |
| TOTAL | 36.50 | 13,143.50 |