# EXHIBIT A

2725046.2

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
February 1, 2012 - February 29, 2012

**TOTAL HOURS:** 301.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 2/1/2012 | 0.1 | 1 | Provide source material to Norris |
| V. Bodnar | 2/14/2012 | 0.2 | 1 | Review e-mails |
| R. Winters | 2/14/2012 | 0.5 | 1 | Review draft of demonstrative and provide comments; review Greer comments |
| V. Bodnar | 2/15/2012 | 0.2 | 1 | Review e-mails |
| R. Winters | 2/20/2012 | 0.7 | 1 | Review LTD Committee questions prepared for meeting with Cleary + Debtor |
| R. Winters | 2/21/2012 | 0.2 | 1 | Response to Berger re inquiry |
| D. Greer | 2/21/2012 | 0.4 | 1 | Locate and revise LTC pricing and policy feature research; distribute to R. Winters and K. Gregson |
| R. Winters | 2/22/2012 | 0.2 | 1 | Review Curran response to Committee member |
| R. Winters | 2/23/2012 | 0.3 | 1 | Review and respond to LTD Committee emails with inquiries |
| R. Winters | 2/27/2012 | 0.3 | 1 | Review and respond to various TSS inquiries in advance of meeting |
| D. Greer | 2/28/2012 | 0.8 | 1 | Draft list of questions to follow up on after meeting with the Debtor |
| D. Greer | 2/1/2012 | 0.5 | 2 | Review retiree dataset and analysis provided by W. Fugazy |
| E. Norris | 2/1/2012 | 1.7 | 2 | Review IBC Discl Stmt and exhibits for retirement liabilities |
| E. Norris | 2/1/2012 | 0.4 | 2 | Review/Summarize assumed non-union contracts |
| E. Norris | 2/2/2012 | 0.7 | 2 | Continued review of IBC for 1114 terms |
| E. Norris | 2/2/2012 | 1.0 | 2 | Review Dana filings to confirm VEBA terms |
| D. Greer | 2/3/2012 | 1.6 | 2 | Review formula for cost of active-LTDs' life insurance benefits and start to calculate cost for each Partipant |
| E. Norris | 2/3/2012 | 0.5 | 2 | Review Delphi filings to confirm VEBA terms |
| E. Norris | 2/3/2012 | 0.4 | 2 | Review updated case study chart & verify input for known variables |
| R. Winters | 2/5/2012 | 0.2 | 2 | Review Kinsella memo re 1114 impact on LTD's |
| E. Norris | 2/5/2012 | 0.6 | 2 | Addl review of IBC disclosure statement |
| R. Winters | 2/7/2012 | 0.2 | 2 | Review forwarded info from RXZ re Cleary/Nortel meeting |
| D. Greer | 2/7/2012 | 0.3 | 2 | Review SPD and Form 5500 and email summary of relevant portions re: self insurance and funded status to R. Winters |
| E. Norris | 2/7/2012 | 0.3 | 2 | Review Delphi termination language |
| E. Norris | 2/7/2012 | 0.2 | 2 | Review Dana filings for termination language |
| E. Norris | 2/7/2012 | 0.8 | 2 | Review/Summarize FV Steel lock-up agreement |
| E. Norris | 2/7/2012 | 1.0 | 2 | Review/Summarize FV Steel liabilities decrease |
| E. Norris | 2/7/2012 | 0.7 | 2 | Review/Summarize FV Steel GUC Claims & recovery % |
| E. Norris | 2/7/2012 | 0.5 | 2 | Review Intermet filings to confirm termination, retirees & liabilities |
| E. Norris | 2/7/2012 | 0.9 | 2 | Review Intermet filings to confirm debtor termination negotiation |
| E. Norris | 2/7/2012 | 0.7 | 2 | Review Intermet filings to confirm retiree settlement & GUC recovery |
| R. Winters | 2/8/2012 | 0.2 | 2 | Review materials (case studies) provided by Norris |
| E. Norris | 2/8/2012 | 0.3 | 2 | Tower filings review for termination motions & stipulation |
| R. Winters | 2/9/2012 | 0.3 | 2 | Review corr from RXZ series to Committee members + Cleary |
| R. Winters | 2/9/2012 | 0.6 | 2 | Review updated info from carrier |
| E. Norris | 2/9/2012 | 1.2 | 2 | Review additional Tower filings to confirm case study |
| R. Winters | 2/10/2012 | 0.3 | 2 | Review updated table from Norris |
| D. Greer | 2/10/2012 | 0.4 | 2 | Review LTD liability analysis (including LTIP) and revert with questions to V. Bodnar |
| E. Norris | 2/10/2012 | 0.3 | 2 | Review IBC docket to confirm plan approval |
| E. Norris | 2/10/2012 | 0.4 | 2 | Review IBC docket for additional relevant filings |
| E. Norris | 2/11/2012 | 0.3 | 2 | Review Sunbeam filings for disclosure statement & 1114 committee filings |
| E. Norris | 2/11/2012 | 0.2 | 2 | Review Kaiser docket for retiree relevent filings |
| E. Norris | 2/11/2012 | 0.5 | 2 | Review & summarize disclosure statement |
| E. Norris | 2/11/2012 | 0.3 | 2 | Review & summarize Kaiser labor agreement, retiree benefits |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
February 1, 2012 - February 29, 2012

TOTAL HOURS:     301.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| E. Norris | 2/12/2012 | 0.3 | 2 | Continued Kaiser disclosure statement review |
| E. Norris | 2/12/2012 | 0.3 | 2 | Review "class 9" GUC terms to confirm Jones Day GUC collection % |
| E. Norris | 2/12/2012 | 0.4 | 2 | Review IBC retiree benefit calc motion |
| R. Winters | 2/13/2012 | 0.3 | 2 | Review case studies prepared by Norris |
| D. Greer | 2/13/2012 | 0.5 | 2 | Review draft discussion topics for Cleary and Aetna |
| D. Greer | 2/13/2012 | 0.1 | 2 | Review email from K. Gregson re: VEBA set up and administration |
| D. Greer | 2/13/2012 | 0.1 | 2 | Review DaVinci invoice for January 2012 |
| E. Norris | 2/13/2012 | 0.3 | 2 | Review AMR filings |
| E. Norris | 2/13/2012 | 0.7 | 2 | Confrim NWA settlement terms |
| R. Winters | 2/14/2012 | 0.2 | 2 | Review Stutts information |
| R. Winters | 2/14/2012 | 0.3 | 2 | Review + markup Togut 2/27 agenda; share with others at A&M |
| K. Gregson | 2/14/2012 | 0.8 | 2 | Review of Mercer Document for Committee call |
| R. Winters | 2/15/2012 | 0.3 | 2 | Review agenda document, edit and transmit |
| D. Greer | 2/21/2012 | 0.3 | 2 | Review memo from M. Curran regarding LTD income replacement benefits |
| V. Bodnar | 2/22/2012 | 1.7 | 2 | Review reliance and limitation statements |
| V. Bodnar | 2/22/2012 | 0.5 | 2 | Review materials being sent to A&M |
| D. Greer | 2/22/2012 | 0.5 | 2 | Review and provide comments on interest rate analysis |
| V. Bodnar | 2/23/2012 | 0.4 | 2 | Review reliance caveats, A&M presentation, and scenerio change |
| V. Bodnar | 2/23/2012 | 0.5 | 2 | Caveat language |
| R. Winters | 2/24/2012 | 0.2 | 2 | Review comments from Committee re Cleary/Nortel questions + final compilation |
| V. Bodnar | 2/27/2012 | 1.2 | 2 | Review medical claim cost summaries |
| R. Winters | 2/3/2012 | 0.3 | 3 | Review outputs and analyses from Bodnar |
| D. Greer | 2/3/2012 | 1.3 | 3 | Review LTD liability analysis provided by V. Bodnar and revert with questions |
| D. Greer | 2/6/2012 | 0.4 | 3 | Review actuarial analysis from V. Bodnar for retiree benefits |
| V. Bodnar | 2/7/2012 | 1.1 | 3 | Review LTD monthly projection audits |
| D. Greer | 2/7/2012 | 2.0 | 3 | Independent review and analysis of actuarial liability calculations on a seriatim basis |
| V. Bodnar | 2/10/2012 | 0.5 | 3 | Review sample calcs by A&M |
| R. Winters | 2/13/2012 | 0.4 | 3 | Review Greer corr with Bodnar re selected data; Moore voicemail re case studies; Curran re individual benefit; memo from Moore re 2/27 inquiries |
| V. Bodnar | 2/14/2012 | 2.0 | 3 | Review revisions to LTD Model |
| V. Bodnar | 2/15/2012 | 0.5 | 3 | Review revisions to LTD Model |
| V. Bodnar | 2/15/2012 | 1.2 | 3 | Review revisions to LTD Model |
| V. Bodnar | 2/16/2012 | 0.3 | 3 | Review LTD model |
| V. Bodnar | 2/20/2012 | 0.2 | 3 | Review LTD medical data |
| V. Bodnar | 2/20/2012 | 0.3 | 3 | Review revisions to LTD Model |
| V. Bodnar | 2/20/2012 | 1.0 | 3 | Review update of LTD and Retiree Models |
| V. Bodnar | 2/20/2012 | 0.5 | 3 | Review LTD model and submit to A&M |
| V. Bodnar | 2/21/2012 | 2.4 | 3 | Review SSDI modeling and research |
| V. Bodnar | 2/21/2012 | 0.3 | 3 | Review output for A&M |
| V. Bodnar | 2/21/2012 | 0.8 | 3 | Review stochastic models |
| V. Bodnar | 2/22/2012 | 0.3 | 3 | Review stochastic models |
| V. Bodnar | 2/22/2012 | 1.0 | 3 | Review retiree model and send documents |
| V. Bodnar | 2/22/2012 | 0.2 | 3 | Review SSDI Calcs |
| D. Greer | 2/23/2012 | 0.5 | 3 | Review revised actuarial liability calculation for LTD benefits |
| V. Bodnar | 2/27/2012 | 0.2 | 3 | Review undiscounted calc of retiree benefits |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
February 1, 2012 - February 29, 2012

**TOTAL HOURS:** 301.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| V. Bodnar | 2/27/2012 | 1.4 | 3 | Review exposure from medical claims file and cost summaries |
| E. Norris | 2/3/2012 | 0.4 | 4 | Evaluate FV Steel decrease in liabilities |
| V. Bodnar | 2/22/2012 | 0.3 | 4 | Review A&M analysis |
| W. Fugazy | 2/1/2012 | 1.9 | 5 | Review Retiree dataset and add info for spousal DOB and schdule of subsidies for grandfathered post plans |
| D. Greer | 2/1/2012 | 3.5 | 5 | Modify retiree dataset per discusion with V. Bodnar |
| E. Norris | 2/1/2012 | 0.4 | 5 | Summarize IBC POA |
| E. Norris | 2/1/2012 | 0.3 | 5 | Summarize IBC GUC compromise |
| E. Norris | 2/1/2012 | 0.6 | 5 | Evaluate possible value of IBC cash-settle stock appreciation rights |
| V. Bodnar | 2/2/2012 | 3.5 | 5 | LTD Model |
| V. Bodnar | 2/2/2012 | 1.0 | 5 | LTD Model |
| V. Bodnar | 2/3/2012 | 1.2 | 5 | Review and resend LTD results |
| V. Bodnar | 2/3/2012 | 0.2 | 5 | Re-run LTD at 2.9% |
| V. Bodnar | 2/3/2012 | 1.0 | 5 | Retiree model - re-map data feeds |
| V. Bodnar | 2/5/2012 | 1.0 | 5 | Retiree model - re-run |
| V. Bodnar | 2/6/2012 | 0.2 | 5 | Model LTD alternative scenerio |
| V. Bodnar | 2/6/2012 | 0.5 | 5 | Retiree model |
| V. Bodnar | 2/6/2012 | 0.8 | 5 | Call with A&M re: LTD |
| W. Fugazy | 2/6/2012 | 0.9 | 5 | Analyze and illustrate difference between first and second iteration of V. Bodnar's Retiree actuarial projection |
| W. Fugazy | 2/6/2012 | 1.7 | 5 | Run differences through pivot tables and prepare graphic demonstration of total difference between first and second retiree benefit projections |
| W. Fugazy | 2/7/2012 | 1.4 | 5 | Compare first output from DaVinci with second |
| W. Fugazy | 2/7/2012 | 2.5 | 5 | Working session with D. Greer to determine the causes of the differences between Mercer's and DaVinci's liability calculations |
| D. Greer | 2/7/2012 | 2.5 | 5 | Working session with W. Fugazy re: analysis of and presentation of actuarial liability calculations for retiree benefits |
| W. Fugazy | 2/8/2012 | 1.2 | 5 | Further analysis to determine and illustrate difference between Mercer's and DaVinci's calculations |
| D. Greer | 2/8/2012 | 0.5 | 5 | Analysis related to potential LTD Committee claims |
| E. Norris | 2/10/2012 | 0.4 | 5 | Quantify aggregate GUC collections across all debtors |
| E. Norris | 2/10/2012 | 0.2 | 5 | Add additional possible companies to table |
| E. Norris | 2/11/2012 | 0.1 | 5 | Summarize possible additions identified by Tower retiree committee counsel |
| D. Greer | 2/13/2012 | 1.5 | 5 | AD&D benefits -- add to LTD dataset |
| D. Greer | 2/14/2012 | 1.5 | 5 | Add information re: AD&D and severance benefits to LTD dataset |
| W. Fugazy | 2/21/2012 | 0.3 | 5 | Pull current rates for UST note and bonds, and composite corporate rates by rating for use in actuarial analysis |
| D. Greer | 2/22/2012 | 0.5 | 5 | Review and run scenario on actuarial model |
| W. Fugazy | 2/23/2012 | 0.2 | 5 | Call with D. Greer to discuss discount rate calculation |
| W. Fugazy | 2/23/2012 | 0.2 | 5 | Revise projection of liability accourding to new seriatim data from DaVinci |
| D. Greer | 2/23/2012 | 0.6 | 5 | Analysis of discount rates for actuarial modeling of retiree liabilities |
| W. Fugazy | 2/27/2012 | 0.2 | 5 | Test run retiree model |
| W. Fugazy | 2/27/2012 | 0.1 | 5 | Determine appropriate discount rate for LTD |
| V. Bodnar | 2/6/2012 | 1.2 | 7 | LTD Committee Call |
| V. Bodnar | 2/10/2012 | 0.8 | 7 | Call with LTD committee |
| D. Greer | 2/14/2012 | 0.3 | 7 | Respond to email inquiry from LTD Committee member |
| D. Greer | 2/14/2012 | 0.1 | 7 | Email exchange with D. David re LTD liability calculations |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
February 1, 2012 - February 29, 2012

TOTAL HOURS:     301.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 2/14/2012 | 0.1 | 7 | Review and respond to email traffic from various LTD Committee members |
| D. Greer | 2/14/2012 | 0.9 | 7 | Review, research and respond to email inquiry from M. Stutts re: LTD benefits |
| V. Bodnar | 2/15/2012 | 1.0 | 7 | Retiree Committee call |
| V. Bodnar | 2/16/2012 | 0.5 | 7 | Call with A&M and LTD Committee members |
| R. Winters | 2/21/2012 | 0.3 | 7 | Review LTD Committee emails re carrier proposal |
| V. Bodnar | 2/22/2012 | 0.8 | 7 | Retiree Committee call |
| V. Bodnar | 2/23/2012 | 0.5 | 7 | LTD Committee Call |
| D. Greer | 2/23/2012 | 0.2 | 7 | Email exchange with D. David re: group life insurance benefits and liability calculation |
| V. Bodnar | 2/1/2012 | 1.0 | 8 | Call with A&M re: retiree data |
| R. Winters | 2/1/2012 | 0.2 | 8 | Telephone call with E. Norris re direction on case studies |
| W. Fugazy | 2/1/2012 | 0.1 | 8 | Call with D. Greer regarding retiree analysis |
| W. Fugazy | 2/1/2012 | 0.1 | 8 | Call with D. Greer regarding retiree analysis |
| W. Fugazy | 2/1/2012 | 1.0 | 8 | Call with D. Greer and V. Bodnar regarding retiree and LTD dataset analysis |
| D. Greer | 2/1/2012 | 0.1 | 8 | Call with W. Fugazy re: retiree analysis |
| D. Greer | 2/1/2012 | 1.0 | 8 | Call with V. Bodnar and W. Fugazy re: retiree dataset and analysis and LTD analysis |
| D. Greer | 2/1/2012 | 0.1 | 8 | Call with W. Fugazy re: retiree analysis |
| D. Greer | 2/1/2012 | 0.2 | 8 | Call with R. Winters |
| R. Winters | 2/3/2012 | 0.2 | 8 | Telephone call with Doug Greer re LTD actuarial analysis |
| R. Winters | 2/3/2012 | 0.2 | 8 | Correspondence with Moore, Greer re establishing meeting time with Debtors + Cleary |
| D. Greer | 2/3/2012 | 0.1 | 8 | Call with R. Winters re: goals and analysis for next week |
| D. Greer | 2/3/2012 | 0.2 | 8 | Telephone call with R. Winters re LTD actuarial analysis |
| E. Norris | 2/5/2012 | 0.5 | 8 | RW call addl case study background |
| E. Norris | 2/5/2012 | 0.4 | 8 | RW call review to date findings |
| E. Norris | 2/5/2012 | 0.4 | 8 | RW call discuss IBC and clarify objectives |
| R. Winters | 2/6/2012 | 1.6 | 8 | Call with V. Bodnar (partial participation), D. Greer and W. Fugazy re: LTD data and analysis, LTD Committee call and Retiree analysis |
| R. Winters | 2/6/2012 | 0.4 | 8 | LTD Committee post call with D. Greer |
| R. Winters | 2/6/2012 | 1.1 | 8 | Call with D. Greer re: output of actuarial model of LTD liability |
| R. Winters | 2/6/2012 | 0.1 | 8 | Call with Greer re: actuarial analysis |
| W. Fugazy | 2/6/2012 | 1.5 | 8 | Call with V. Bodnar (partial participation), D. Greer, and R. Winters regarding LTD analysis, LTD committee call, and retiree analysis |
| D. Greer | 2/6/2012 | 1.5 | 8 | Call with V. Bodnar (partial participation), R. Winters and W. Fugazy re: LTD data and analysis, LTD Committee call and Retiree analysis |
| D. Greer | 2/6/2012 | 1.0 | 8 | Call with R. Winters re: output of actuarial model of LTD liability |
| D. Greer | 2/6/2012 | 0.1 | 8 | Call with R. Winters re: actuarial analysis |
| R. Winters | 2/7/2012 | 0.3 | 8 | Call with D. Greer re: actuarial liability for retiree benefits and related analysis |
| R. Winters | 2/7/2012 | 0.2 | 8 | Call with D. Greer re: actuarial analysis |
| W. Fugazy | 2/7/2012 | 0.3 | 8 | Collect data and e-mail to DaVinci for sample LTD output |
| D. Greer | 2/7/2012 | 0.2 | 8 | Call with R. Winters re: actuarial analysis |
| D. Greer | 2/7/2012 | 0.3 | 8 | Call with R. Winters re: actuarial liability for retiree benefits and related analysis |
| R. Winters | 2/8/2012 | 0.3 | 8 | Call with Greer re: seriatim results of Mercer's retiree medical liability calc |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
February 1, 2012 - February 29, 2012

**TOTAL HOURS:** 301.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 2/8/2012 | 0.2 | 8 | Telephone call with Neil Berger + Brian Moore prep for Committee call |
| R. Winters | 2/8/2012 | 0.1 | 8 | Telephone call with Doug Greer preparing for Committee call |
| R. Winters | 2/8/2012 | 0.1 | 8 | Retiree committee post-call with Greer |
| R. Winters | 2/8/2012 | 0.3 | 8 | Telephone call with Doug Greer re actuarial data |