# EXHIBIT A

2725046.2

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
March 1, 2011 - March 31, 2012

TOTAL HOURS:        292.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 3/1/12 | 0.6 | 1 | Provide input on questions for Cleary; email corr with TSS |
| D. Greer | 3/1/12 | 0.4 | 1 | Incorporate comments from R. Winters and V. Bodnar into follow up questions for Aetna and Mercer |
| D. Greer | 3/1/12 | 0.4 | 1 | Modify questions for Aetna and Mercer for distribution to LTD Committee counsel and Retiree Committee counsel, respectively |
| D. Greer | 3/5/12 | 0.8 | 1 | Modify follow up LTD related questions for Nortel based on feedback from M. Curran |
| D. Greer | 3/5/12 | 0.3 | 1 | Modify follow up Retiree related questions and email to TSS for review |
| D. Greer | 3/7/12 | 0.6 | 1 | Call with M. Curran re: questions for Cleary |
| D. Greer | 3/7/12 | 0.2 | 1 | Call with M. Curran re: eligibility requirements for retiree benefits |
| D. Greer | 3/20/12 | 0.2 | 1 | Research request for info from M. Curran and respond via email |
| W. Fugazy | 3/27/12 | 0.5 | 1 | Input time for V. Bodnar |
| D. Greer | 3/1/12 | 2.7 | 2 | Review LTD SPDs and enrollment documents to clarify certain benefits and structure thereof |
| R. Winters | 3/5/12 | 0.2 | 2 | LTD LTIP letter review; related corr |
| D. Greer | 3/5/12 | 0.6 | 2 | Investigate and test census figures cited in Debtor's settlement proposal |
| D. Greer | 3/8/12 | 0.5 | 2 | Review and comment on summary of benefits prepared by M. Congedo |
| R. Winters | 3/9/12 | 0.2 | 2 | Review work product on insurance developed by Congedo |
| D. Greer | 3/9/12 | 0.5 | 2 | Review NDA |
| N. Alvarez | 3/9/12 | 1.0 | 2 | Review Draft Work Product |
| K. Gregson | 3/13/12 | 1.8 | 2 | Review of NDA status and creating communication protocols to Cleary and Committee and providers, initial distribution of NDA to providers for review. |
| D. Greer | 3/14/12 | 0.1 | 2 | Review "LTD Counts by Month" file |
| V. Bodnar | 3/15/12 | 0.2 | 2 | Review Aetna responses |
| V. Bodnar | 3/15/12 | 0.2 | 2 | LTD TPA counts file |
| D. Greer | 3/15/12 | 0.2 | 2 | Review Aetna response to LTD questions and forward to V. Bodnar |
| R. Winters | 3/16/12 | 0.4 | 2 | Review deliverable from Congedo re insurance coverage changes |
| D. Greer | 3/19/12 | 0.3 | 2 | Review documents provided by Retiree |
| R. Winters | 3/20/12 | 0.3 | 2 | Review emails + materials from Greer, + Bodnar re LTD liability analytics |
| D. Greer | 3/22/12 | 0.7 | 2 | Review and redirect analysis provided by W. Fugazy re: retiree settlement discussions |
| D. Greer | 3/22/12 | 0.6 | 2 | Review and redirect analysis provided by W. Fugazy re: LTD settment discussions |
| D. Greer | 3/26/12 | 1.5 | 2 | Review analysis re: LTD eligibility for retiree benefits and company subsidies and provide detailed comments to W. Fugazy |
| V. Bodnar | 3/27/12 | 0.3 | 2 | Review Aetna proposal |
| W. Fugazy | 3/28/12 | 0.4 | 2 | Review Nortel cash flow analysis for settlement discussions |
| W. Fugazy | 3/28/12 | 0.5 | 2 | Extract and review new LTD information |
| D. Greer | 3/28/12 | 0.7 | 2 | Review and comment on draft dataset for calculation of cash flows and liability related to retiree benefits for LTD Participants who are eligible to retire |
| D. Greer | 3/28/12 | 0.7 | 2 | Assess data received from J. Kim re: LTD Participants enrolled in various benefit plans historically |
| V. Bodnar | 3/29/12 | 1.1 | 2 | Review Medical Claims Development |
| V. Bodnar | 3/30/12 | 0.3 | 2 | Review of Medical Claims Development |
| V. Bodnar | 3/13/12 | 0.8 | 3 | Review of Life Insurance Benefit in LTD Model |
| V. Bodnar | 3/13/12 | 0.7 | 3 | Review Death Benefit Liability |
| V. Bodnar | 3/14/12 | 0.2 | 3 | Review Sample Liability Calculations |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
March 1, 2011 - March 31, 2012

TOTAL HOURS:        292.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| V. Bodnar | 3/26/12 | 0.4 | 3 | Review Models prior to sending to client |
| V. Bodnar | 3/26/12 | 1.1 | 3 | Review Cash Flow Projections |
| V. Bodnar | 3/29/12 | 2.0 | 3 | Review of Retiree Model for LTD Participants |
| R. Winters | 3/29/12 | 0.3 | 3 | Call with V. Bodnar ( with D. Greer and W. Fugazy in person) re: outstanding actuarial analysis in support of settlement discussions |
| V. Bodnar | 3/30/12 | 0.8 | 3 | Review of Montly Cash Flows Utlizing U.S. Treasury Rates |
| V. Bodnar | 3/30/12 | 0.8 | 3 | Review of LTS in retiree model |
| D. Greer | 3/30/12 | 0.5 | 3 | Review DaVinci's preliminary analysis of retiree benefits for LTD Participants |
| M. Congedo | 3/1/12 | 3.2 | 4 | Review emails and files sent by R. Winters re Retiree and LTD benefits, Aetna proposal and settlement term sheets |
| M. Congedo | 3/2/12 | 3.3 | 4 | Research current benefits for Retiree and LTD Committees |
| M. Congedo | 3/2/12 | 1.2 | 4 | Gather information re current benefits for Retiree and LTD Committees and provide to K. Gregson |
| M. Congedo | 3/5/12 | 2.2 | 4 | Review Retiree and LTD Census information form D. Greer |
| M. Congedo | 3/5/12 | 1.9 | 4 | Review outline of approach and preliminary questions from D. Greer re alternative benefit providers |
| M. Congedo | 3/6/12 | 3.3 | 4 | Review outline of approach and preliminary questions from D. Greer and responses from K. Gregson re alternative benefit providers |
| M. Congedo | 3/6/12 | 2.8 | 4 | Review emails and information regarding procedures for contacting and communication with alternative benefit providers |
| M. Congedo | 3/7/12 | 3.7 | 4 | Review benefits SPD's for Retiree and LTD participants |
| M. Congedo | 3/14/12 | 1.2 | 4 | Review committee questions for Aetna |
| V. Bodnar | 3/15/12 | 0.1 | 4 | Review Medical Claim Costs |
| V. Bodnar | 3/20/12 | 0.6 | 4 | Review Monthly Cash Flow Summary |
| M. Congedo | 3/20/12 | 1.4 | 4 | Review Aetna dental proposal |
| M. Congedo | 3/22/12 | 2.4 | 4 | Research other insurers to determine appropriate candidates for providing benefits to retirees |
| M. Congedo | 3/23/12 | 1.4 | 4 | Review information from Aetna regarding new plan proposals |
| M. Congedo | 3/23/12 | 2.3 | 4 | Research Coventry Health Care to determine if they are a candidate for providing benefits to committees |
| M. Congedo | 3/26/12 | 1.4 | 4 | Review Nortel Aetna benefits proposal in preparation for conference call with Aetna |
| M. Congedo | 3/26/12 | 1.8 | 4 | Review Nortel retiree benefits summary in preparation for conference call with committee professionals |
| M. Congedo | 3/27/12 | 1.2 | 4 | Review and initiate contact with Coventry Health to determine appropriate contact in national accounts |
| M. Congedo | 3/28/12 | 1.8 | 4 | Preparation for conference call with Committees and committee professionals - review progress and information on benefits alternatives |
| D. Greer | 3/29/12 | 0.5 | 4 | Review MOR |
| M. Congedo | 3/29/12 | 1.8 | 4 | Review quote from United Healthcare and follow-up items |
| M. Congedo | 3/29/12 | 1.4 | 4 | Review comparison of previous premium costs vs. current costs from Aetna |
| M. Congedo | 3/29/12 | 1.2 | 4 | Review non-disclosure agreement received from Coventry |
| K. Gregson | 3/29/12 | 3.8 | 4 | Further analysis of Aetna submission. CIGNA follow up on NDA. Call with Aetna. UHC discussion and analysis. Review and iteration on CIGNA NDA. |
| R. Winters | 3/30/12 | 0.8 | 4 | Review financial info + emails to each of TSS and EG re new information of FAS 106 + FAS 112 reporting |
| M. Congedo | 3/30/12 | 1.4 | 4 | Preparation for conference call with K. Gregson and Aetna |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
March 1, 2011 - March 31, 2012

TOTAL HOURS:        292.6

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 3/5/12 | 1.5 | 5 | Develop dataset for submission to health plans to price alternative coverage for LTD Participants |
| D. Greer | 3/5/12 | 1.8 | 5 | Develop dataset for submission to health plans to price alternative coverage for Retirees |
| D. Greer | 3/6/12 | 0.8 | 5 | Sanitize census data for K. Gregson to conduct maket test |
| M. Congedo | 3/7/12 | 3.9 | 5 | Develop coverage and deductible summary for 80/60 In-Network/Out-of-Network PPO, 90/70 In-Network/Out-of-Network PPO, Comprehensive and Indemnity options. |
| M. Congedo | 3/8/12 | 2.8 | 5 | Develop Prescription Drug Benefit In-Network/Out-of-Network summary for Retirees and LTD's. |
| M. Congedo | 3/8/12 | 3.5 | 5 | Develop Mental Health and Substance Abuse In-Network/Out-of-Network summary for Retirees and LTD's |
| M. Congedo | 3/8/12 | 1.7 | 5 | Develop Preventive Care and Health Management In-Network/Out-of-Network summary for Retiree's and LTD' |
| M. Congedo | 3/9/12 | 2.2 | 5 | Develop Other Medical coverage summary for Retiree's and LTD's |
| M. Congedo | 3/9/12 | 2.4 | 5 | Develop Dental, Vision and Hearing coverage summary for Retiree's and LTD's |
| M. Congedo | 3/9/12 | 1.8 | 5 | Develop LTD, Life Insurance and AD&D benefits summaries |
| M. Congedo | 3/12/12 | 1.8 | 5 | Develop table for Retiree vs. LTD participant current benefits coverage |
| M. Congedo | 3/12/12 | 1.4 | 5 | Develop table for prospective insurers for alternative benefit coverage |
| M. Congedo | 3/12/12 | 2.1 | 5 | Develop table for prospective insurer tracking checklist and follow-up items |
| M. Congedo | 3/13/12 | 1.2 | 5 | Update Benefits Contact Tracking Grid with information from K. Gregson |
| M. Congedo | 3/14/12 | 0.8 | 5 | Update Benefits Contact Tracking Grid with information from K. Gregson |
| V. Bodnar | 3/15/12 | 0.2 | 5 | LTD life sample calculations |
| M. Congedo | 3/15/12 | 3.2 | 5 | Prepare summary of Aetna Network Pre-65 Plan offerings for Retiree and LTD Committees |
| M. Congedo | 3/15/12 | 3.1 | 5 | Prepare summary of Aetna Indemnity Pre-65 Plan offerings for Retiree and LTD Committees |
| M. Congedo | 3/16/12 | 2.8 | 5 | Prepare summary of Aetna PPO Post-65 Plan offerings for Retiree and LTD Committees |
| M. Congedo | 3/16/12 | 3.3 | 5 | Prepare summary of Aetna PDP Post-65 Plan offerings for Retiree and LTD Committees |
| M. Congedo | 3/19/12 | 3.1 | 5 | Prepare comparison of rates and costs for current benefits structure vs. new benefit proposals |
| W. Fugazy | 3/21/12 | 1.2 | 5 | Set up analysis to establish counter-offer |
| W. Fugazy | 3/21/12 | 1.1 | 5 | Additional analysis to establish counter-offer |
| W. Fugazy | 3/21/12 | 0.2 | 5 | Collect data for update to yield analysis |
| M. Congedo | 3/21/12 | 1.1 | 5 | Update Nortel retiree benefits summary |
| M. Congedo | 3/21/12 | 0.9 | 5 | Update Nortel benefits contact tracking grid |
| W. Fugazy | 3/22/12 | 0.2 | 5 | Pivot data to present results of analysis |
| W. Fugazy | 3/22/12 | 1.3 | 5 | Years of service calculations for counter-offer |
| W. Fugazy | 3/22/12 | 1.5 | 5 | Settlement discussion analysis |
| W. Fugazy | 3/22/12 | 0.2 | 5 | Create lists showing medical liability by participant, sorted by age for R. Winters |
| M. Congedo | 3/22/12 | 0.7 | 5 | Update Nortel benefits contact tracking grid |
| W. Fugazy | 3/23/12 | 0.9 | 5 | Working on retiree vested benefits analysis for counter offer |
| W. Fugazy | 3/23/12 | 1.9 | 5 | Working on model to calculate subsidy amounts for LTD committee |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
March 1, 2011 - March 31, 2012

TOTAL HOURS:       292.6

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| W. Fugazy | 3/23/12 | 1.2 | 5 | Working on model to calculate subsidy amounts for LTD committee |
| W. Fugazy | 3/23/12 | 0.3 | 5 | Updating LTD vested benefits chart according to comments from M. Curran |
| W. Fugazy | 3/23/12 | 0.4 | 5 | Finishing first iteration of medical subsidy calculations for LTD committee |
| M. Congedo | 3/23/12 | 0.4 | 5 | Update Nortel benefits contact tracking grid |
| W. Fugazy | 3/26/12 | 1.6 | 5 | Update to LTD analysis for retiree benefits according to comments from D. Greer |
| W. Fugazy | 3/26/12 | 1.2 | 5 | Update to LTD analysis for retiree benefits according to comments from D. Greer |
| D. Greer | 3/26/12 | 1.7 | 5 | Modify and summarize cash flow projections for retiree benefits by age category provided by DaVinci and distribute to R. Winters for review and comment. |
| W. Fugazy | 3/27/12 | 0.7 | 5 | Update LTD analysis for retiree benefits according to comments from D. Greer |
| W. Fugazy | 3/27/12 | 0.5 | 5 | Further updates to LTD analyis and sent to D. Greer |
| D. Greer | 3/27/12 | 1.9 | 5 | Analysis of cash flow projections by age category for purposes of framing possible settlement alternatives |
| D. Greer | 3/28/12 | 1.4 | 5 | Develop template for data conversion and email directions to W. Fugazy to translate data received from J. Kim into format for actuarial analysis |
| D. Greer | 3/28/12 | 1.3 | 5 | Review and modify calculations reflecting LTD participants' eligibility for retiree medical benefits |
| D. Greer | 3/28/12 | 0.6 | 5 | Review and modify calculations of company subsidy toward retiree medical benefits for LTD Participants |
| D. Greer | 3/28/12 | 0.5 | 5 | Review and modify calculations reflecting LTD participants eligibility for retiree life insurance benefits |
| D. Greer | 3/29/12 | 0.6 | 5 | Review and modify calculations and assumptions regarding the retiree life insurance benefit amount for eligible LTD Participants |
| D. Greer | 3/6/12 | 0.3 | 7 | Review and respond to email comments and questions from LTD Committee members |
| D. Greer | 3/12/12 | 0.3 | 7 | Summarize call with Mercer for distribution to LTD Committee professionals |
| D. Greer | 3/12/12 | 0.2 | 7 | Summarize call with Mercer for distribution to Retiree Committee professionals |
| R. Winters | 3/24/12 | 0.1 | 7 | Review Dan David emails |
| R. Winters | 3/1/12 | 0.3 | 8 | Call with Greer re: case strategy |
| D. Greer | 3/1/12 | 0.2 | 8 | Call with R. Winters re: case strategy |
| D. Greer | 3/1/12 | 0.1 | 8 | Call with K. Gregson re: alternatives to Aetna proposal |
| M. Congedo | 3/1/12 | 0.3 | 8 | Call with R. Winters re Aetna proposal and settlement term sheets |
| R. Winters | 3/2/12 | 0.2 | 8 | Call with Greer re: case strategy |
| R. Winters | 3/2/12 | 0.4 | 8 | Briefing for Moore on workflow on insurance options; emails with Congedo and Gregson on same |
| D. Greer | 3/2/12 | 0.3 | 8 | Call with R. Winters re: case strategy |
| M. Congedo | 3/2/12 | 0.1 | 8 | Call with K. Gregson re proposals from other benefits managers |
| R. Winters | 3/5/12 | 0.4 | 8 | Conference call with Neil Berger + Brian Moore re market test benefits package |
| R. Winters | 3/5/12 | 0.3 | 8 | Telephone call with Doug Greer re benefit market testing |
| D. Greer | 3/5/12 | 0.4 | 8 | Call with R. Winters re: prep for LTD Committee call |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
March 1, 2011 - March 31, 2012

TOTAL HOURS:          292.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 3/5/12 | 0.6 | 8 | Call with K. Greson re: sourcing alternative benefits for LTD and Retiree groups |
| D. Greer | 3/5/12 | 0.3 | 8 | Telephone call with R. Winters re benefit market testing |
| D. Greer | 3/6/12 | 0.2 | 8 | Call with M. Curran re: LTD benefits and questions |
| D. Greer | 3/6/12 | 0.3 | 8 | Correspond with N. Berger and M. Curran re: questions for Aetna that pertain to both Retiree Committee and LTD Committee, and recommended approach to Aetna |
| R. Winters | 3/7/12 | 0.1 | 8 | Telephone call with Neil Berger re insurance company reach-out |
| R. Winters | 3/7/12 | 0.1 | 8 | Telephone call with Doug Greer re insurance company reach-out |
| D. Greer | 3/7/12 | 0.1 | 8 | Telephone call with R. Winters re insurance company reach-out |
| D. Greer | 3/7/12 | 0.3 | 8 | Call with K. Gregson and M. Congedo re: communications with health plans |
| M. Congedo | 3/7/12 | 0.4 | 8 | Conference call with D. Greer and K. Gregson re process for benefits bid development for Retiree and LTD Committees |
| D. Greer | 3/8/12 | 0.2 | 8 | Review communications from M. Curran to the Debtors and forward onward to K. Gregson with suggestion re: coordination going forward |
| K. Gregson | 3/9/12 | 1.8 | 8 | Discussion and formation of questions for follow up from Aetna from Togut, Greer and Winters |
| R. Winters | 3/10/12 | 0.5 | 8 | Conference call with Gregson + Neil Berger re alternative insurance + coordinating email |
| K. Gregson | 3/10/12 | 1.3 | 8 | Follow up on questions for Cleary and Aetna concerning potential Healthcare solution and willingness to participate in current effort. |
| V. Bodnar | 3/12/12 | 0.2 | 8 | LTD Call prep with Doug |
| V. Bodnar | 3/12/12 | 0.2 | 8 | Follow up call with Doug |
| D. Greer | 3/12/12 | 0.5 | 8 | Call with M. Curran re: outstanding items |
| D. Greer | 3/12/12 | 0.2 | 8 | Call with M. Curran re: prep for LTD Committee call |
| D. Greer | 3/12/12 | 0.7 | 8 | Call with Mercer |
| D. Greer | 3/12/12 | 0.3 | 8 | Preparation for call with Mercer |
| D. Greer | 3/12/12 | 0.3 | 8 | Call with V. Bodnar re: follow up from Mercer call |
| D. Greer | 3/12/12 | 0.2 | 8 | Respond to question from LTD Committee professionals |
| R. Winters | 3/13/12 | 0.5 | 8 | Conference call with Neil Berger + Brian Moore + Michael Congedo + Doug Greer + Gregson + Daniele re Retiree Committee deliverable |
| R. Winters | 3/13/12 | 0.1 | 8 | Telephone call with Neil Berger + Brian Moore re position with Retiree Committee |
| D. Greer | 3/13/12 | 0.5 | 8 | Conference call with Neil Berger + Brian Moore + Michael Congedo + Ron Winters + Gregson + Daniele re Retiree Committee deliverable |
| M. Congedo | 3/13/12 | 0.5 | 8 | Conference call with A&M/TSS re presentation to Committees re health/welfare benefits |
| D. Greer | 3/15/12 | 0.6 | 8 | Call with M. Curran re: LTD benefits |
| R. Winters | 3/16/12 | 0.7 | 8 | Call with Greer re: settlement related analysis |
| D. Greer | 3/16/12 | 0.7 | 8 | 3 calls with R. Winters re: settlement related analysis |
| R. Winters | 3/19/12 | 0.5 | 8 | Meeting with D. Greer re: settlement discussions for retiree benefits |
| R. Winters | 3/19/12 | 0.5 | 8 | Meeting with Greer re: settlement discussions for retiree benefits |
| D. Greer | 3/19/12 | 0.5 | 8 | Meeting with R. Winters re: settlement discussions for retiree benefits |
| R. Winters | 3/20/12 | 0.1 | 8 | Call with Greer re follow ups from meeting with N. Berger |
| R. Winters | 3/20/12 | 0.2 | 8 | Telephone call with Neil Berger re hearing coordination |
| R. Winters | 3/20/12 | 0.2 | 8 | Telephone call with Doug Greer re hearing coordination |
| R. Winters | 3/20/12 | 0.2 | 8 | Telephone call with Kevin Gregson re alternative insurance options |
| D. Greer | 3/20/12 | 0.1 | 8 | Call with R. Winters re follow ups from meeting with N. Berger |
| D. Greer | 3/20/12 | 0.6 | 8 | Draft and prioritize near term deliverables for W. Fugazy |