# EXHIBIT A

2725046.2

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
April 1, 2011 - April 30, 2012

**TOTAL HOURS:** 277.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 4/3/12 | 0.1 | 1 | Review Greer info request for Cleary + response |
| K. Gregson | 4/4/12 | 2.3 | 1 | Creating update document for Committee meeting including revisions and input from team. Review and receipt of CIGNA NDA. |
| K. Gregson | 4/9/12 | 2.5 | 1 | Preparation of update information for professional team in advance of committee call. Follow up with CIGNA local account team on internal CIGNA discussions on proposal. Follow up with UHC. |
| R. Winters | 4/10/12 | 0.1 | 1 | Email to Cleary (Greer) re data request |
| K. Gregson | 4/13/12 | 1.8 | 1 | Follow on preparation of interim report deliverable. Discussion with CIGNA concerning issues on interest in proposal issuance. |
| K. Gregson | 4/18/12 | 2.5 | 1 | Issued new LTD NDAs to all providers in order to fulfill experience data and develop more robust group solution. |
| K. Gregson | 4/19/12 | 1.5 | 1 | Development of interim report deliverable to Retiree committee |
| R. Winters | 4/23/12 | 0.1 | 1 | Emails with Gregson re information for RetComm professionals |
| K. Gregson | 4/26/12 | 4.0 | 1 | Development of interim report deliverable to Retiree committee |
| R. Winters | 4/2/12 | 0.2 | 2 | Review court documents distributed by EG |
| D. Greer | 4/3/12 | 1.5 | 2 | Review Nortel LTD analysis |
| D. Greer | 4/3/12 | 0.8 | 2 | Review information received from J. Kim re: LTD life insurance benefits |
| R. Winters | 4/4/12 | 0.2 | 2 | Review and respond to request for coverage alternative and review of Gregson tracking tool |
| D. Greer | 4/5/12 | 0.8 | 2 | Review Retiree Committee's draft response to Debtor's mediation motion |
| D. Greer | 4/5/12 | 0.5 | 2 | Review UCC's response to LTD Committee counsel's motion to remove fee cap |
| R. Winters | 4/10/12 | 0.3 | 2 | Review deliverable provided by Gregson |
| D. Greer | 4/10/12 | 0.1 | 2 | Review health plan search updated provided by K. Gregson |
| D. Greer | 4/10/12 | 0.7 | 2 | Review draft mediation motion response from Elliott Greenleaf |
| R. Winters | 4/11/12 | 0.1 | 2 | Review list of prospective mediators |
| R. Winters | 4/11/12 | 0.2 | 2 | Review response to mediation motion (from each Committee) |
| R. Winters | 4/12/12 | 0.3 | 2 | Review periodic values report + response to Berger |
| D. Greer | 4/12/12 | 0.5 | 2 | Review SPDs in response to inquiry from M. Curran |
| V. Bodnar | 4/13/12 | 0.1 | 2 | Review call summary and revised LTD model |
| V. Bodnar | 4/13/12 | 0.1 | 2 | Review 4/12 call notes |
| R. Winters | 4/13/12 | 0.7 | 2 | Review Debtor filing on financial value of assets + provided notes to Berger |
| R. Winters | 4/13/12 | 0.1 | 2 | Review LTD Committee agenda from Gallagher + other members |
| R. Winters | 4/14/12 | 0.3 | 2 | Emails with Fugazy re analysis of Debtor filing + review |
| M. Congedo | 4/16/12 | 0.9 | 2 | Review NDA for LTD Committee from D. Greer |
| D. Greer | 4/29/12 | 0.8 | 2 | Review and comment on revised analysis and presentation for LTD Committee |
| V. Bodnar | 4/2/12 | 1.4 | 3 | Review LTD participants in retiree model and medical claim costs |
| V. Bodnar | 4/3/12 | 0.6 | 3 | Comparison of mortality assumptions-DaVinci vs Mercer |
| V. Bodnar | 4/4/12 | 0.2 | 3 | Review LTD model with updated data from client |
| V. Bodnar | 4/4/12 | 1.3 | 3 | Review of medical expenses in LTD model |
| V. Bodnar | 4/5/12 | 0.8 | 3 | Review of medical claim costs calculation in LTD model |
| V. Bodnar | 4/5/12 | 0.3 | 3 | Review retiree model for LTD participants using revised data |
| V. Bodnar | 4/5/12 | 0.5 | 3 | Review of revised yield curve in retiree model |
| R. Winters | 4/5/12 | 0.7 | 3 | Call with V. Bodnar, W. Fugazy and D. Greer re: status of actuarial analysis and required modifications thereto |
| V. Bodnar | 4/6/12 | 0.7 | 3 | Review misc requests and model outputs for client |
| D. Greer | 4/6/12 | 1.5 | 3 | Review revised analysis from DaVinci and respond with questions and comments |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
April 1, 2011 - April 30, 2012

**TOTAL HOURS:** 277.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| V. Bodnar | 4/7/12 | 1.6 | 3 | LTD medical claim cost assumption development |
| D. Greer | 4/7/12 | 1.8 | 3 | Review revised analysis from DaVinci and prepare comments and questions for DaVinci |
| V. Bodnar | 4/9/12 | 1.5 | 3 | Review LTD medical claim cost projection development |
| V. Bodnar | 4/9/12 | 1.7 | 3 | Review LTD model |
| D. Greer | 4/9/12 | 0.5 | 3 | Review revisions to actuarial output received from V. Bodar |
| V. Bodnar | 4/11/12 | 0.4 | 3 | Review LTD model |
| V. Bodnar | 4/16/12 | 0.4 | 3 | Review Mercer/DaVinci mortality assumption comparisons |
| V. Bodnar | 4/16/12 | 0.5 | 3 | Review Medicare subsidy calculation in retiree (LTD model) |
| V. Bodnar | 4/16/12 | 1.2 | 3 | Review comparison of mortality assumptions for LTD |
| V. Bodnar | 4/17/12 | 0.1 | 3 | Review change to subsidy amounts in LTD model |
| V. Bodnar | 4/18/12 | 0.2 | 3 | Review and send annual summary to client |
| D. Greer | 4/19/12 | 0.5 | 3 | Review LTD analysis prepared by DaVinci |
| V. Bodnar | 4/20/12 | 1.4 | 3 | Review retiree model with benefits starting when LTD period expires |
| D. Greer | 4/23/12 | 0.5 | 3 | Email exchange with V. Bodnar re: modifications to certain actuarial calculations |
| V. Bodnar | 4/24/12 | 0.4 | 3 | Review updated retiree model with retirement date of 7/1/2012 |
| V. Bodnar | 4/24/12 | 1.0 | 3 | Build 1995 LTD study decrement method into LTD model |
| V. Bodnar | 4/24/12 | 0.6 | 3 | Review new recovery and mortality table |
| V. Bodnar | 4/25/12 | 0.4 | 3 | Review adding 2008 death/recovery rate scalars to LTD mode |
| V. Bodnar | 4/25/12 | 0.2 | 3 | Review comparison of 2008 to 1995 LTD studies |
| V. Bodnar | 4/25/12 | 0.6 | 3 | Review LTD model including new mortality |
| V. Bodnar | 4/25/12 | 0.6 | 3 | Review creation of other LTD models with new mortality table |
| V. Bodnar | 4/25/12 | 0.1 | 3 | Review retiree model |
| R. Winters | 4/25/12 | 0.4 | 3 | Review edit, transmit provider survey document + review actuarial document |
| D. Greer | 4/25/12 | 0.7 | 3 | Review revised output from DaVinci for LTD benefits liability |
| R. Winters | 4/1/12 | 0.2 | 4 | Review LTD analyses from Greer |
| K. Gregson | 4/2/12 | 2.5 | 4 | Proposal analysis from UHC, underwriting and structure considerations. Further follow up with Coventry and CIGNA. |
| M. Congedo | 4/4/12 | 0.4 | 4 | Gather and review information for benefits contacts tracking grid |
| M. Congedo | 4/5/12 | 0.5 | 4 | Respond to questions re tracking grid from R. Winters |
| M. Congedo | 4/5/12 | 1.2 | 4 | Review benefits proposal received from United Healthcare |
| M. Congedo | 4/6/12 | 1.1 | 4 | Continue to review benefits proposal received from United Healthcare |
| M. Congedo | 4/6/12 | 0.3 | 4 | Review information for benefits contacts tracking grid |
| D. Greer | 4/9/12 | 0.1 | 4 | Review MOR |
| W. Fugazy | 4/3/12 | 0.3 | 5 | Review FAS106 to determine eligibility requirements for access to retiree benefits |
| W. Fugazy | 4/3/12 | 0.2 | 5 | Make changes to LTD retiree benefits model according to discussion with D. Greer |
| W. Fugazy | 4/4/12 | 0.4 | 5 | Analysis of LTD eligibility by Cleary's logic |
| W. Fugazy | 4/4/12 | 1.2 | 5 | Analysis of LTD eligibility by Cleary's logic |
| D. Greer | 4/4/12 | 2.1 | 5 | Develop "roll forward" analysis based on Nortel's logic for LTD Participants' eligibility for retiree benefits |
| W. Fugazy | 4/5/12 | 0.2 | 5 | Compare and analyze current model's total subsidy and previous iteration |
| W. Fugazy | 4/5/12 | 0.2 | 5 | Change coverage election based on Cleary e-mail, and send revised dataset to DaVinci |
| V. Bodnar | 4/11/12 | 1.3 | 5 | Review the retiree benefits projection |
| W. Fugazy | 4/11/12 | 0.8 | 5 | Analyze retiree "roll forwar" for LTD population |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
April 1, 2011 - April 30, 2012

**TOTAL HOURS:** 277.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| V. Bodnar | 4/12/12 | 0.2 | 5 | Review model with latest data |
| V. Bodnar | 4/12/12 | 0.2 | 5 | Review of health cost data reliability |
| V. Bodnar | 4/12/12 | 1.0 | 5 | Review model and latest cash flow projections |
| W. Fugazy | 4/12/12 | 0.3 | 5 | Response to D. Greer inquiry re: age outs and other non-eligible LTD members |
| V. Bodnar | 4/16/12 | 0.7 | 5 | Review projection and seriatim outputs |
| W. Fugazy | 4/16/12 | 0.1 | 5 | Change Retiree model for LTD to pivot subsidy amount according to medicare eligibility, and request new info from DaVinci |
| D. Greer | 4/16/12 | 0.5 | 5 | Prepare directions re: modified analysis |
| V. Bodnar | 4/17/12 | 0.3 | 5 | Review cash flows for retiree model (LTD population) |
| V. Bodnar | 4/17/12 | 0.2 | 5 | Review LTD retiree projection output |
| D. Greer | 4/17/12 | 1.6 | 5 | Preparation of analysis for Retiree Committee |
| W. Fugazy | 4/19/12 | 0.3 | 5 | Life insurance gap LTD Normal course vs LTD forced Ret |
| W. Fugazy | 4/19/12 | 0.2 | 5 | Show cash flow projection for LTD members ineligible for ret benefits |
| W. Fugazy | 4/19/12 | 0.4 | 5 | Calculate single effective rates for various NPVs in presentation |
| W. Fugazy | 4/22/12 | 0.5 | 5 | Interest rate methodology exhibit for LTD presentation |
| W. Fugazy | 4/23/12 | 2.0 | 5 | Working session with D. Greer re: presentation and analysis for LTD Committee |
| W. Fugazy | 4/23/12 | 0.6 | 5 | Discount rate analysis with D. Greer for LTD presentation |
| W. Fugazy | 4/23/12 | 1.7 | 5 | Preparation of Gap analysis for total benefits and life benefits |
| D. Greer | 4/23/12 | 2.0 | 5 | Working session with W. Fugazy re: presentation and analysis for LTD Committee |
| D. Greer | 4/23/12 | 0.7 | 5 | Review and validate interest discount rate methodology for calculation of net present value |
| D. Greer | 4/23/12 | 1.5 | 5 | Analysis in support of presenation for LTD Committee call |
| W. Fugazy | 4/24/12 | 0.2 | 5 | Response to questions from D. Greer regarding Gap analysis head count |
| D. Greer | 4/24/12 | 1.8 | 5 | Review and comment on analysis and presentation materials for LTD Committee call |
| D. Greer | 4/24/12 | 3.5 | 5 | Analysis related to Retiree Committee settlement scenarios and development of presentation for Retiree Committee |
| V. Bodnar | 4/25/12 | 0.4 | 5 | Review output to send to client from LTD models |
| W. Fugazy | 4/25/12 | 0.2 | 5 | Roll forward valuation date to 7/1/2014, and send output to DaVinci |
| W. Fugazy | 4/25/12 | 0.9 | 5 | Adjust discount rate methodology according to comments from D. Greer |
| W. Fugazy | 4/25/12 | 1.1 | 5 | Update exhibits for LTD presentation to reflect latest dataset from DaVinci |
| D. Greer | 4/25/12 | 2.1 | 5 | Revisions to analysis in support of potential settlement offers for Retiree Benefits |
| W. Fugazy | 4/26/12 | 0.2 | 5 | Respond to inquiry from W. Mann, and send data extract to DaVinci. |
| V. Bodnar | 4/27/12 | 0.1 | 5 | Review cash flow for personnel number 5083064 |
| W. Fugazy | 4/27/12 | 0.3 | 5 | Respond to inquiry from M. Curran re: personnel count by disability year, age etc. |
| D. Greer | 4/27/12 | 3.8 | 5 | Revisions to analysis and presentation for LTD Committee |
| R. Winters | 4/9/12 | 0.7 | 7 | Review corr from LTD Committee members + professionals re Comm business |
| D. Greer | 4/9/12 | 0.8 | 7 | Review and comment on questions emailed by LTD Committee member |
| D. Greer | 4/10/12 | 0.2 | 7 | Call with D. David re: LTD benefits |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
April 1, 2011 - April 30, 2012

TOTAL HOURS:     277.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 4/10/12 | 0.3 | 7 | Review and respond to comments from LTD Committee members on draft mediation motion response |
| D. Greer | 4/13/12 | 0.8 | 7 | Review emails from LTD Committee members related to comments and requests re: A&M deliverables and analysis |
| D. Greer | 4/24/12 | 0.2 | 7 | Review emails from LTD Committee members and respond as necessary |
| D. Greer | 4/24/12 | 0.1 | 7 | Review and respond to email from Deb Jones (LTD Committee member) |
| D. Greer | 4/26/12 | 0.5 | 7 | Responses to questions from LTD Committee members |
| R. Winters | 4/3/12 | 0.2 | 8 | Call with Greer re: cash flow projections for retiree benefits by age category |
| W. Fugazy | 4/3/12 | 0.6 | 8 | Call with D. Greer re: Nortel presentation and analysis |
| W. Fugazy | 4/3/12 | 0.7 | 8 | Call with D. Greer re: LTD Participants' retiree benefits (eligibility and amounts) |
| D. Greer | 4/3/12 | 0.6 | 8 | Call with W. Fugazy re: Nortel presentation and analysis |
| D. Greer | 4/3/12 | 0.7 | 8 | Call with W. Fugazy re: LTD Participants' retiree benefits (eligibility and amounts) |
| W. Fugazy | 4/4/12 | 0.2 | 8 | Discuss LTD Committee analysis with D. Greer |
| W. Fugazy | 4/4/12 | 1.3 | 8 | Call with D. Greer re: presentation for Retiree Committee |
| D. Greer | 4/4/12 | 0.2 | 8 | Discuss LTD Committee analysis with W. Fugazy |
| D. Greer | 4/4/12 | 1.3 | 8 | Call with W. Fugazy re: presentation for Retiree Committee |
| V. Bodnar | 4/5/12 | 1.0 | 8 | Call with D Greer |
| W. Fugazy | 4/5/12 | 0.5 | 8 | Call with D. Greer re: presentation for Retiree Committee |
| W. Fugazy | 4/5/12 | 0.7 | 8 | Call with D. Greer, R. Winters, and V. Bodnar re: LTD benefits model |
| W. Fugazy | 4/5/12 | 0.2 | 8 | Call with R. Winters re: M. Mand |
| D. Greer | 4/5/12 | 0.5 | 8 | Call with W. Fugazy re: calculation and presentation of Retiree Benefits for LTD Participants |
| D. Greer | 4/5/12 | 0.7 | 8 | Call with V. Bodnar, W. Fugazy and R. Winters re: status of actuarial analysis and required modifications thereto |
| R. Winters | 4/9/12 | 0.2 | 8 | Telephone call with Neil Berger re prep for Retiree Committee call |
| W. Fugazy | 4/9/12 | 0.1 | 8 | Multiple calls with D. Greer re: finalizing presentation for LTD Committee call (1 of 3) |
| W. Fugazy | 4/9/12 | 0.1 | 8 | Multiple calls with D. Greer re: finalizing presentation for LTD Committee call (2 of 3) |
| W. Fugazy | 4/9/12 | 0.3 | 8 | Multiple calls with D. Greer re: finalizing presentation for LTD Committee call (3 of 3) |
| W. Fugazy | 4/9/12 | 0.2 | 8 | Extract and send LTD data to DaVinci re: ret eligibility |
| D. Greer | 4/9/12 | 0.1 | 8 | Call with R. Winters in preparation for LTD Committee call |
| D. Greer | 4/9/12 | 0.5 | 8 | Multiple calls with W. Fugazy re: finalizing presentation for LTD Committee call |
| D. Greer | 4/9/12 | 0.2 | 8 | Call with R. Winters re: Retiree Committee presentation materials |
| R. Winters | 4/10/12 | 0.3 | 8 | Telephone call with Kevin Gregson re status of insurance survey and pending professionals and Retiree Committee call |
| R. Winters | 4/10/12 | 0.8 | 8 | Retiree Committee professionals call |
| D. Greer | 4/10/12 | 0.8 | 8 | Retiree Committee professionals call |
| D. Greer | 4/10/12 | 0.2 | 8 | Call with V. Bodnar |
| D. Greer | 4/10/12 | 0.1 | 8 | Telephone call with R. Winters re Retiree Committee deliverables |
| W. Fugazy | 4/11/12 | 0.2 | 8 | Response to question from M. Curran re: |
| W. Fugazy | 4/11/12 | 0.5 | 8 | Call with D. Greer re: datasets required for actuarial models in support of settlement discussions |
| W. Fugazy | 4/11/12 | 0.8 | 8 | Multiple calls with D. Greer re: LTD Committee revised presentation |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Consulting, LLC
April 1, 2011 - April 30, 2012

TOTAL HOURS:       277.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| W. Fugazy | 4/11/12 | 1.1 | 8 | Reconcile difference between Cleary logic and A&M logic re: retiree eligible subset of LTD population |
| D. Greer | 4/11/12 | 0.4 | 8 | Telephone call with R. Winters re Retiree Committee + LTD Committee deliverables and meetings |
| D. Greer | 4/11/12 | 0.5 | 8 | Call with W. Fugazy re: datasets required for actuarial models in support of settlement discussions |
| D. Greer | 4/11/12 | 0.8 | 8 | Multiple calls with W. Fugazy re: LTD Committee revised presentation |
| W. Fugazy | 4/12/12 | 0.7 | 8 | Multiple calls with D. Greer re: LTD Committee presentation and prep for call |
| D. Greer | 4/12/12 | 0.7 | 8 | Multiple calls with W. Fugazy re: LTD Committee presentation and prep for call |
| W. Fugazy | 4/13/12 | 0.5 | 8 | Extract and send LTD cashflow to R. Winters |
| W. Fugazy | 4/16/12 | 0.1 | 8 | Call with D Greer re: LTD Presentation and analysis |
| W. Fugazy | 4/16/12 | 0.1 | 8 | Request new liability projection re "normal course" scenario for LTD members |
| D. Greer | 4/16/12 | 1.5 | 8 | Call with M. Curran re: LTD benefits and liability calculations for LTD Committee presentation |
| D. Greer | 4/16/12 | 0.1 | 8 | Call re: LTD Presentation and analysis |
| D. Greer | 4/16/12 | 0.1 | 8 | Update call with K. Gregson (re: CIGNA response) |
| W. Fugazy | 4/18/12 | 0.3 | 8 | Discuss deliverables with D. Greer |
| D. Greer | 4/18/12 | 0.3 | 8 | Discuss deliverables with W. Fugazy |
| W. Fugazy | 4/19/12 | 0.6 | 8 | Call with D. Greer re: LTD Committee deliverable |
| D. Greer | 4/19/12 | 0.6 | 8 | Call with W. Fugazy re: LTD Committee deliverables |
| V. Bodnar | 4/20/12 | 0.6 | 8 | Discuss issue of the missing spouse birthdate |
| V. Bodnar | 4/24/12 | 0.7 | 8 | Call with Doug re: mortality question |
| R. Winters | 4/24/12 | 0.4 | 8 | 4 telephone calls with Kevin Gregson re insurance options (total 0.4) |