# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2012 through April 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone | | 489.84 |
| Transportation | | 683.48 |
| Meals | | 2.67 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Expenses**[9] | | **$1,175.99** |

---

[9] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

2725046.2