```
             IN THE UNITED STATES BANKRUPTCY COURT

                  FOR THE DISTRICT OF DELAWARE

IN RE:                           )   Case No. 09-10138(KG)
                                 )
NORTEL NETWORKS, INC.,           )   Chapter 11
      et al.,                    )
                                 )   Jointly Administered
                                 )
                                 )   Courtroom 3
                                 )   824 Market Street
      Debtors.                   )   Wilmington, Delaware
                                 )
                                 )   May 24, 2012
                                 )   10:00 a.m.

                    TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:         Morris Nichols Arsht & Tunnell
                         BY: CHAD FIGHTS, ESQ.
                         BY: DONNA CULVER, ESQ.
                         1201 North Market St., 18^{TH} Floor
                         Wilmington, DE 19899-1347
                         (302) 351-9461

ECRO:                    GINGER MACE

Transcription Service:   DIAZ DATA SERVICES, LLC
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
APPEARANCES:
(Continued)

For the Creditors'        Richards Layton & Finger
Committee:                BY: CHRIS SAMIS, ESQ.
                          One Rodney Square
                          920 North King Street
                          Wilmington, DE  19801
                          (302) 651-7531

For UK Joint              Young Conaway Stargatt & Taylor,
Administrators:           LLP
                          BY: MARGARET GREECHER, ESQ.
                          Rodney Square
                          1000 North King Street
                          Wilmington, Delaware  19801
                          (302)571-6712

TELEPHONIC APPEARANCES:

For Monitor, Ernst        Allen & Overy, LLP
& Young:                  BY: AMELIE BAUDOT, ESQ.
                          (212) 610-6300

For Dow Jones & Co.:      Dow Jones & Co.
                          BY: PEG BRICKLEY, ESQ.
                          (215) 462-0953

For Ad Hoc Committee:     Milbank Tweed Hadley & McCloy
                          BY: CINDY CHEN DELANO, ESQ.
                          (212) 530-8978

For Law Debenture Trust:  Patterson Belnap Webb & Tyler
                          BY: CRAIG W. DENT, ESQ.
                          (212) 336-2864

For UK Pentition Trust:   Willkie Farr & Gallagher, LLP
                          BY: ANDREW HANRAHAN, ESQ.
                          (212) 728-8170

For Official Committee    Akin Gump Strauss Hauer & Feld
of Unsecured Creditors:   BY: BRAD KAHN, ESQ.
                          (212) 872-8121

For Official Committee    Togut Segal & Segal, LLP
of Retirees:              BY: BRIAN MOORE, ESQ.
                          (212) 201-5568
```

1    WILMINGTON, DELAWARE, THURSDAY, MAY 24, 2012, 10:07 A.M.

2            THE CLERK:  Please rise.

3            THE COURT:  Good morning, everyone.  Thank you
4    and please be seated.  It's a pleasure to see you this
5    morning.  Mr. Fights, how are you, sir?

6            MR. FIGHTS:  Very well, Your Honor.  How are you
7    today?

8            THE COURT:  Doing well, thank you.  And I first
9    just want to tell you that I didn't sign the orders yet.

10           MR. FIGHTS:  Okay.

11           THE COURT:  That was not intentional.  It was
12   purely oversight.  So I'm going to sign those on agenda
13   Items 2 and 4.

14           MR. FIGHTS:  Excellent.  Thank you, Your Honor.
15   Well then that makes today fairly straightforward.

16           THE COURT:  Okay.

17           MR. FIGHTS:  The first agenda item has been
18   continued to various hearings because we have different
19   responses.

20           THE COURT:  Yes.

21           MR. FIGHTS:  And the second and fourth have been
22   covered which leaves the third item, Your Honor.

23           THE COURT:  All right.

24           MR. FIGHTS:  The third item is the Twenty-Seventh
25   Omnibus Objection.  We have actually reached an agreement

1  with the Riker Danzig party.
2              THE COURT:  Okay.
3              MR. FIGHTS:  Which is set forth in the order.
4  The other informal responses are actually being continued.
5              THE COURT:  All right.
6              MR. FIGHTS:  May I approach with a red line?
7              THE COURT:  Please, please, Mr. Fights, you sure
8  may.
9              MR. FIGHTS:  Thank you, Your Honor.
10             THE COURT:  Thank you.  Good to see you.  All
11 right.  Let me take a look.  And I guess there's really
12 nothing for me to be overly concerned about here since
13 you've reached agreement with the one party, Riker Danzig.
14             MR. FIGHTS:  Correct, Your Honor, and --
15             THE COURT:  And the others are being continued.
16             MR. FIGHTS:  Yes.
17             THE COURT:  All right.  Then I am certainly
18 pleased to sign the order.
19             MR. FIGHTS:  Excellent, thank you very much.
20             THE COURT:  And I apologize to you if you spent
21 any significant time preparing, you know, for these other
22 matters that I was -- that I should have signed earlier.
23             MR. FIGHTS:  No, absolutely not a problem, Your
24 Honor.
25             THE COURT:  All right, No. 1 is continued.

1       MR. FIGHTS:  Um-hum.

2       THE COURT:  Is that really it?

3       MR. FIGHTS:  That is it.

4               (Laughter)

5       THE COURT:  Well, thank you all for coming over.
6  It was good to see you.  And I can at least wish you a good
7  weekend and a good holiday and hopefully, we'll get some
8  sunshine out of it.

9       MR. FIGHTS:  Amen.

10              (Laughter)

11      THE COURT:  Yes.  All right, everyone, thank you.

12      ALL:  Thank you, Your Honor.

13      THE COURT:  We'll stand in recess.

14      MR. FIGHTS:  Have a great weekend.

15      THE COURT:  Good day to everyone.

16      MR. FIGHTS:  Thank you.

17   (Whereupon, at 10:10 a.m., the hearing was adjourned.)

18

19                        CERTIFICATION

20      I certify that the foregoing is a correct
21 transcript from the electronic sound recording of the
22 proceedings in the above-entitled matter.

23

24  _____          24 May 2012
25  Traci L. Calaman, Transcriber              Date
26

NORTEL NETWORKS, INC.05.24.12.TLC.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(3) | 1:15 3:1 5:17 | **donna**(1) | 1:25 | **mace**(1) | 1:30 | **spent**(1) | 4:24 |
| **about**(1) | 4:14 | **dow**(2) | 2:25 2:25 | **makes**(1) | 3:15 | **square**(2) | 2:6 2:14 |
| **aboveentitled** (1) | 5:22 | **earlier**(1) | 4:26 | **margaret**(1) | 2:13 | **stand**(1) | 5:13 |
| **absolutely**(1) | 4:27 | **ecro**(1) | 1:30 | **market**(2) | 1:11 1:26 | **stargatt**(1) | 2:11 |
| **actually**(2) | 3:26 4:4 | **electronic**(2) | 1:39 5:21 | **matter**(1) | 5:22 | **states**(2) | 1:1 1:19 |
| **adjourned**(1) | 5:17 | **ernst**(1) | 2:21 | **matters**(1) | 4:26 | **straightforward**(1) | 3:16 |
| **administered**(1) | 1:8 | **esq**(11) | 1:24 1:25 2:5 2:13 2:22 2:26 2:30 2:34 2:38 2:42 2:46 | **may**(5) | 1:14 3:1 4:7 4:10 5:25 | **strauss**(1) | 2:41 |
| **administrators**(1) | 2:12 |  |  | **mccloy**(1) | 2:29 | **street**(4) | 1:11 1:33 2:7 2:15 |
| **agenda**(2) | 3:12 3:18 |  |  | **milbank**(1) | 2:29 | **sunshine**(1) | 5:8 |
| **agreement**(1) | 4:15 | **everyone**(3) | 3:3 5:11 5:15 | **monitor**(1) | 2:21 | **sure**(1) | 4:10 |
| **akin**(1) | 2:41 | **excellent**(2) | 3:14 4:22 | **moore**(1) | 2:46 | **take**(1) | 4:13 |
| **all**(8) | 3:24 4:6 4:12 4:20 4:29 5:5 5:11 5:12 | **fairly**(1) | 3:15 | **morning**(2) | 3:3 3:5 | **taylor**(1) | 2:11 |
|  |  | **farr**(1) | 2:37 | **morris**(1) | 1:23 | **telephonic**(1) | 2:19 |
|  |  | **feld**(1) | 2:41 | **much**(1) | 4:23 | **tell**(1) | 3:9 |
| **allen**(1) | 2:21 | **fights**(21) | 1:24 3:5 3:6 3:10 3:14 3:18 3:22 3:25 4:3 4:7 4:10 4:11 4:16 4:19 4:22 4:27 5:1 5:3 5:9 5:14 5:16 | **networks**(1) | 1:6 | **thank**(10) | 3:3 3:8 3:14 4:11 4:12 4:22 5:5 5:11 5:12 5:16 |
| **amelie**(1) | 2:22 |  |  | **nichols**(1) | 1:23 |  |  |
| **amen**(1) | 5:9 |  |  | **nortel**(1) | 1:6 |  |  |
| **and**(12) | 3:4 3:8 3:13 3:22 3:22 4:13 4:16 4:18 4:24 5:6 5:7 5:7 |  |  | **north**(3) | 1:26 2:7 2:15 | **that**(8) | 3:9 3:11 3:15 4:26 5:2 5:3 5:20 |
|  |  |  |  | **not**(2) | 3:11 4:27 |  |  |
|  |  | **finger**(1) | 2:4 | **nothing**(1) | 4:14 |  |  |
| **andrew**(1) | 2:38 | **first**(2) | 3:8 3:18 | **objection**(1) | 3:26 | **the**(42) | 1:1 1:2 1:18 1:23 2:4 3:2 3:3 3:8 3:9 3:11 3:17 3:18 3:21 3:22 3:23 3:24 3:25 3:25 4:1 4:2 4:4 4:4 4:6 4:9 4:12 4:15 4:18 4:18 4:20 4:21 4:24 4:29 5:2 5:5 5:11 5:13 5:15 5:17 5:20 5:21 5:21 5:22 |
| **any**(1) | 4:25 | **floor**(1) | 1:26 | **official**(2) | 2:41 2:45 |  |  |
| **apologize**(1) | 4:24 | **for**(14) | 1:2 1:23 2:4 2:11 2:21 2:25 2:29 2:33 2:37 2:41 2:45 4:14 4:25 5:5 | **okay**(3) | 3:10 3:17 4:2 |  |  |
| **appearances**(1) | 2:19 |  |  | **omnibus**(1) | 3:26 |  |  |
| **approach**(1) | 4:7 |  |  | **one**(2) | 2:6 4:15 |  |  |
| **are**(4) | 3:5 3:7 4:4 4:18 | **foregoing**(1) | 5:20 | **order**(2) | 4:4 4:21 |  |  |
| **arsht**(1) | 1:23 | **forth**(1) | 4:3 | **orders**(1) | 3:9 |  |  |
| **bankruptcy**(2) | 1:1 1:19 | **fourth**(1) | 3:22 | **other**(2) | 4:4 4:25 | **then**(2) | 3:15 4:20 |
| **baudot**(1) | 2:22 | **from**(1) | 5:21 | **others**(1) | 4:18 | **there's**(1) | 4:13 |
| **because**(1) | 3:19 | **gallagher**(1) | 2:37 | **out**(1) | 5:8 | **these**(1) | 4:25 |
| **been**(2) | 3:19 3:23 | **get**(1) | 5:7 | **over**(1) | 5:5 | **third**(2) | 3:23 3:25 |
| **before**(1) | 1:18 | **ginger**(1) | 1:30 | **overly**(1) | 4:14 | **this**(1) | 3:4 |
| **being**(2) | 4:4 4:18 | **going**(1) | 3:12 | **oversight**(1) | 3:12 | **those**(1) | 3:12 |
| **belnap**(1) | 2:33 | **good**(6) | 3:3 4:12 5:6 5:6 5:7 5:15 | **overy**(1) | 2:21 | **thursday**(1) | 3:1 |
| **brad**(1) | 2:42 | **great**(1) | 5:14 | **party**(2) | 4:1 4:15 | **time**(1) | 4:25 |
| **brian**(1) | 2:46 | **greecher**(1) | 2:13 | **patterson**(1) | 2:33 | **today**(2) | 3:7 3:15 |
| **brickley**(1) | 2:26 | **gross**(1) | 1:18 | **peg**(1) | 2:26 | **togut**(1) | 2:45 |
| **calaman**(1) | 5:26 | **guess**(1) | 4:13 | **pennsylvania**(1) | 1:34 | **traci**(1) | 5:26 |
| **can**(1) | 5:6 | **gump**(1) | 2:41 | **pentition**(1) | 2:37 | **transcriber**(1) | 5:26 |
| **case**(1) | 1:4 | **hadley**(1) | 2:29 | **please**(4) | 3:2 3:4 4:9 4:9 | **transcript**(3) | 1:17 1:40 5:21 |
| **certainly**(1) | 4:20 | **hanrahan**(1) | 2:38 | **pleased**(1) | 4:21 | **transcription**(2) | 1:32 1:40 |
| **certification**(1) | 5:19 | **harrisburg**(1) | 1:34 | **pleasure**(1) | 3:4 | **trust**(2) | 2:33 2:37 |
| **certify**(1) | 5:20 | **has**(1) | 3:18 | **ppearances**(2) | 1:21 2:1 | **tunnell**(1) | 1:23 |
| **chad**(1) | 1:24 | **hauer**(1) | 2:41 | **preparing**(1) | 4:25 | **tweed**(1) | 2:29 |
| **chapter**(1) | 1:6 | **have**(5) | 3:19 3:23 3:26 4:26 5:14 | **problem**(1) | 4:28 | **twenty-seventh**(1) | 3:26 |
| **chen**(1) | 2:30 | **hearing**(1) | 5:17 | **proceedings**(3) | 1:17 1:39 5:22 | **tyler**(1) | 2:33 |
| **chris**(1) | 2:5 | **hearings**(1) | 3:19 | **produced**(1) | 1:40 | **um-hum**(1) | 5:1 |
| **cindy**(1) | 2:30 | **here**(1) | 4:14 | **purely**(1) | 3:12 | **united**(2) | 1:1 1:19 |
| **clerk**(1) | 3:2 | **hoc**(1) | 2:29 | **reached**(2) | 3:26 4:15 | **unsecured**(1) | 2:42 |
| **coming**(1) | 5:5 | **holiday**(1) | 5:7 | **really**(2) | 4:13 5:2 | **various**(1) | 3:19 |
| **committee**(4) | 2:5 2:29 2:41 2:45 | **honor**(7) | 3:6 3:15 3:23 4:11 4:16 4:28 | **recess**(1) | 5:13 | **very**(2) | 3:6 4:22 |
| **conaway**(1) | 2:11 | **honorable**(1) | 1:18 | **recorded**(1) | 1:39 | **want**(1) | 3:9 |
| **concerned**(1) | 4:14 | **hopefully**(1) | 5:7 | **recording**(2) | 1:39 5:21 | **was**(5) | 3:11 3:11 4:26 5:6 5:17 |
| **continued**(5) | 2:2 3:19 4:5 4:18 4:29 | **how**(2) | 3:5 3:7 | **red**(1) | 4:7 | **we'll**(2) | 5:7 5:13 |
| **correct**(2) | 4:16 5:20 | **i'm**(1) | 3:12 | **responses**(2) | 3:20 4:4 | **webb**(1) | 2:33 |
| **court**(20) | 1:1 3:3 3:8 3:11 3:17 3:21 3:24 4:2 4:6 4:9 4:12 4:18 4:20 4:24 4:29 5:2 5:5 5:11 5:13 5:15 | **inc**(1) | 1:6 | **retirees**(1) | 2:46 | **weekend**(2) | 5:7 5:14 |
|  |  | **informal**(1) | 4:4 | **richards**(1) | 2:4 | **well**(4) | 3:6 3:8 3:15 5:5 |
|  |  | **intentional**(1) | 3:11 | **right**(6) | 3:24 4:6 4:13 4:20 4:29 5:11 | **whereupon**(1) | 5:17 |
|  |  | **it's**(1) | 3:4 | **riker**(2) | 4:1 4:15 | **which**(2) | 3:23 4:3 |
|  |  | **item**(3) | 3:18 3:23 3:25 | **rise**(1) | 3:2 | **willkie**(1) | 2:37 |
| **courtroom**(1) | 1:10 | **items**(1) | 3:13 | **rodney**(2) | 2:6 2:14 | **wilmington**(5) | 1:12 1:27 2:8 2:16 3:1 |
| **covered**(1) | 3:23 | **joint**(1) | 2:11 | **samis**(1) | 2:5 | **wish**(1) | 5:6 |
| **craig**(1) | 2:34 | **jointly**(1) | 1:8 | **schuylkill**(1) | 1:33 | **with**(3) | 4:1 4:7 4:15 |
| **creditors**(1) | 2:42 | **jones**(2) | 2:25 2:25 | **seated**(1) | 3:4 | **www.diazdata.com**(1) | 1:36 |
| **creditors'**(1) | 2:4 | **judge**(1) | 1:19 | **second**(1) | 3:22 | **yes**(3) | 3:21 4:19 5:11 |
| **culver**(1) | 1:25 | **just**(1) | 3:9 | **see**(3) | 3:4 4:12 5:6 | **yet**(1) | 3:9 |
| **danzig**(2) | 4:1 4:15 | **kahn**(1) | 2:42 | **segal**(2) | 2:45 2:45 | **you**(21) | 3:3 3:4 3:5 3:7 3:8 3:9 3:14 4:10 4:11 4:12 4:12 4:22 4:24 4:24 4:25 5:5 5:6 5:6 5:11 5:12 5:16 |
| **data**(1) | 1:32 | **kevin**(1) | 1:18 | **service**(2) | 1:32 1:40 |  |  |
| **date**(1) | 5:26 | **king**(2) | 2:7 2:15 | **services**(1) | 1:32 |  |  |
| **day**(1) | 5:15 | **know**(1) | 4:25 | **set**(1) | 4:3 |  |  |
| **debenture**(1) | 2:33 | **laughter**(2) | 5:4 5:10 | **should**(1) | 4:26 | **you've**(1) | 4:15 |
| **debtors**(2) | 1:12 1:23 | **law**(1) | 2:33 | **sign**(3) | 3:9 3:12 4:21 | **young**(2) | 2:11 2:22 |
| **delano**(1) | 2:30 | **layton**(1) | 2:4 | **signed**(1) | 4:26 | **your**(7) | 3:6 3:15 3:23 4:11 4:16 4:28 5:12 |
| **delaware**(4) | 1:2 1:12 2:16 3:1 | **least**(1) | 5:6 | **significant**(1) | 4:25 |  |  |
| **dent**(1) | 2:34 | **leaves**(1) | 3:23 | **since**(1) | 4:14 |  |  |
| **diaz**(1) | 1:32 | **let**(1) | 4:13 | **sir**(1) | 3:5 |  |  |
| **didn't**(1) | 3:9 | **line**(1) | 4:8 | **some**(1) | 5:7 |  |  |
| **different**(1) | 3:19 | **llc**(1) | 1:32 | **sound**(2) | 1:39 5:21 |  |  |
| **district**(1) | 1:2 | **llp**(4) | 2:12 2:21 2:37 2:45 |  |  |  |  |
| **doing**(1) | 3:8 | **look**(1) | 4:13 |  |  |  |  |