## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------X
                                                         :
In re                                                    :    Chapter 11
                                                         :
Nortel Networks Inc., et al.,¹                           :    Case No. 09-10138 (KG)
                                                         :
                                      Debtors.           :    Jointly Administered
                                                         :
                                                         :    RE: D.I. 7680
                                                         :
---------------------------------------------------------X
```

### NOTICE OF WITHDRAWAL OF THIRTEENTH QUARTERLY FEE APPLICATION REQUEST OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FEBRUARY 1, 2012 THROUGH APRIL 30, 2012

PLEASE TAKE NOTICE that, on May 23, 2012, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") filed the *Thirteenth Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, as Delaware and General Bankruptcy Counsel for Debtors and Debtors-In-Possession, for the Period February 1, 2012 Through April 30, 2012* ("Application") (D.I. 7680).

PLEASE TAKE FURTHER NOTICE that the Morris Nichols hereby withdraw the Application.

Dated: May 25, 2012
    Wilmington, DE            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                         */s/ Ann C. Cordo*
                         Derek C. Abbott (No. 3376)
                         Eric D. Schwartz (No. 3134)
                         Ann C. Cordo (No. 4817)
                         1201 North Market Street
                         P.O. Box 1347

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

5765285.2