**EXHIBIT A**

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM MARCH 1, 2012 THROUGH MARCH 31, 2012

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jonathan M. Stemerman | Associate | 2.40 Hrs | $.00/hr | $ .00 |
| C. Liana Shaw | Paralegal | 1.70 Hrs | $.00/hr | $ .00 |
| C. Liana Shaw | Paralegal | 20.10 Hrs | $225/hr | $ 4,522.50 |
| Theresa M. Snow | Paralegal | 12.10 Hrs | $225/hr | $ 2,722.50 |
| Debbie H. Simon | Associate | 4.30 Hrs | $260/hr | $ 1,118.00 |
| Margaret S. Curran | Associate | 41.30 Hrs | $275/hr | $ 11,357.50 |
| Jonathan M. Stemerman | Associate | 5.40 Hrs | $375/hr | $ 2,025.00 |
| Shelley A. Kinsella | Counsel | 46.30 Hrs | $420/hr | $ 19,446.00 |
| Rafael X. Zahralddin | Shareholder | 33.40 Hrs | $610/hr | $ 20,374.00 |
| Lisa M. Bugda | Paralegal | 2.50 Hrs | $200/hr | $ 250.00 |
| **Total:** | | **169.50 Hrs** | | **$ 61,815.50** |
| **Blended Rate:** | | | **$364.69/hr** | |