**EXHIBIT B**

# Elliott Greenleaf

www.elliottgreenleaf.com

## ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Attn: Accounts Payable
Nortel Networks
PO Box 13010
Suite 300

RTP NC 27709

May 25, 2012
Bill Number 108773
File Number 60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re: In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through March 31, 2012

Meetings of and Communications with Creditors

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/01/12 | RXZ | [B150-] Conference call with Committee | 1.00 Hrs |
| 03/01/12 | RXZ | [B150-] Call from W. Mann re: committee conference call and scheduling | 0.20 Hrs |
| 03/02/12 | RXZ | [B150-] Calls and e-mails from individual LTD participants regarding notice of claims bar date issues re: amendment to schedules (1.2) and related follow up with committee members (.5) | 1.70 Hrs |
| 03/05/12 | SAK | [B150-] Telephone conference with Committee (2.4) and email from B. Gallagher re same (.1) | 2.50 Hrs |
| 03/05/12 | SAK | [B150-] Multiple email exchanges with Committee members re website communication issues; email exchange with R. Zahralddin re same | 0.40 Hrs |
| 03/05/12 | MSC | [B150-] Attend telephone conference call with R. Zahralddin and D. Greer of Alvarez & Marsal regarding items for discussion for weekly LTD Committee conference call | 0.40 Hrs |
| 03/05/12 | MSC | [B150-] Attend telephone conference call of LTD Committee | 2.40 Hrs |
| 03/05/12 | RXZ | [B150-] Committee conference call on proof of claim issues from LTD class, counter proposal, and related analysis by A&M | 2.30 Hrs |
| 03/06/12 | TMS | [B150-] Numerous emails from LTDers regarding website registration and emails to E. Brady requesting documents | 0.20 Hrs |
| 03/06/12 | RXZ | [B150-] Analyze proposed draft of updates for LTD community (.3) comments to committee and analyze responses (.3) updates to draft report to LTD committee and screen out confidential information (.2) | 0.80 Hrs |

Page 1

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Time |
|---|---|---|---|
| 03/07/12 | SAK | [B150-] Email exchanges with Committee members re website issues; conference with R. Zahralddin re same | 0.20 Hrs |
| 03/07/12 | SAK | [B150-] Review and edit Committee communications and conference with R. Zahralddin re same | 0.60 Hrs |
| 03/07/12 | TMS | [B150-] Numerous emails to/from LTDers regarding website registration and documents | 0.10 Hrs |
| 03/08/12 | SAK | [B150-] Email exchange with R. Zahralddin and M. Curran re proposed Committee communication (.2); email to B. Gallagher re same (.1) | 0.30 Hrs |
| 03/08/12 | SAK | [B150-] Instructions to T. Snow re website inquiries | 0.10 Hrs |
| 03/08/12 | MSC | [B150-] Telephone conference call with S. Kinsella regarding revision to KCC post, revised revision to KCC post, and strategy | 1.40 Hrs |
| 03/08/12 | TMS | [B150-] Numerous emails to/from LTDers regarding website registration and documents | 0.20 Hrs |
| 03/09/12 | SAK | [B150-] Multiple email exchanges re Committee communications | 0.20 Hrs |
| 03/12/12 | SAK | [B150-] Telephone conference with M. Curran re upcoming Committee call and proposal letter preparations | 0.60 Hrs |
| 03/12/12 | SAK | [B150-] Committee conference call | 1.20 Hrs |
| 03/12/12 | RXZ | [B150-] Committee conference call | 1.20 Hrs |
| 03/12/12 | RXZ | [B150-] E-mails and calls regarding proof of claim issues and amendment to schedules setting new bar date (.3) committee calls (.2) | 0.50 Hrs |
| 03/13/12 | TMS | [B150-] Numerous emails regarding website registration and emails to M. McWalters, M. Janis, E. Brady, C. Long, C. Raymond, R. Engleman regarding document requests | 0.30 Hrs |
| 03/13/12 | TMS | [B150-] Emails from Committee members and R. Zahralddin regarding responses to all of the posts regarding POC's, the bankruptcy process, and EG's role and coordinate conference call regarding same | 0.10 Hrs |
| 03/15/12 | SAK | [B150-] Multiple email exchanges with B. Gallagher re website issues and related inquiries (.4); email exchange with M. Curran and R. Zahralddin, and conference with R. Zahralddin re same (.2) | 0.60 Hrs |
| 03/16/12 | TMS | [B150-] Telephone call to E. Loggins and email with R. Zahralddin regarding documents provided by Ms. Loggins | 0.10 Hrs |
| 03/16/12 | RXZ | [B150-] E-mails, questions and updates from committee members re: agenda for committee call | 0.30 Hrs |
| 03/19/12 | SAK | [B150-] Analyze summary from M. Curran re Committee conference call | 0.10 Hrs |
| 03/19/12 | TMS | [B150-] Numerous emails from LTDers and Committee members regarding website registration | 0.10 Hrs |
| 03/20/12 | SAK | [B150-] Conference with R. Zahralddin re website issues | 0.10 Hrs |
| 03/21/12 | SAK | [B150-] Multiple email exchanges with co-counsel re preparation for upcoming telephonic conference | 0.20 Hrs |
| 03/21/12 | JXS | [B150-] Telephone call with R. Zahralddin re: communication to LTD Committee re: effect of opinion re: allocation of assets | 0.10 Hrs |
| 03/21/12 | JXS | [B150-] Analyze opinion on allocation dispute and email to LTD committee re: same | 1.50 Hrs |
| 03/22/12 | SAK | [B150-] Multiple emails from Committee members re upcoming teleconference (.4); email to M. Curran and conference with R. Zahralddin re same (.1) | 0.50 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/23/12 | SAK | [B150-] Review multiple Committee emails re agenda items for upcoming teleconference | 0.20 Hrs | |
| | | Totals | 22.70 Hrs | $10,158.50 |
| | | Meetings of and Communications with Creditors Totals | 22.70 Hrs | $10,158.50 |

<u>EG Retention</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/01/12 | JXS | [B160-] Meeting with R. Zahralddin re: extension of LTD Committee professionals' cap | 0.10 Hrs |
| 03/02/12 | JXS | [B160-] (No charge) Meeting with R. Zahralddin re: motion to lift cap | 0.20 Hrs |
| 03/02/12 | JXS | [B160-] (No charge) Continue preparation of motion to lift cap | 2.20 Hrs |
| 03/06/12 | SAK | [B160-] Conference with J. Stemerman re preparation of fee cap motion | 0.20 Hrs |
| 03/12/12 | SAK | [B160-] Conferences with R. Zahralddin and J. Stemerman re amendment to Elliott Greenleaf retention terms | 0.40 Hrs |
| 03/12/12 | RXZ | [B160-] Meeting with J. Stemerman re: motion to increase fees or in the alternative to lift the cap on fees | 0.50 Hrs |
| 03/15/12 | SAK | [B160-] Review draft of fee cap motion and comments from J. Stemerman re same | 0.20 Hrs |
| 03/16/12 | JXS | [B160-] Supplement motion to lift cap | 2.10 Hrs |
| 03/16/12 | JXS | [B160-] Various meetings with R. Zahralddin re: supplementation of motion to lift cap | 1.10 Hrs |
| 03/16/12 | TMS | [B160-] Numerous conferences with R. Zahralddin and J. Stemerman regarding data to include in motion (.3); review of files for fee application data and chart information to include in motion (.5); supplement motion (.9); prepare Certificate of Service (.1); preparation of Notice (.4); file and service of notice and motion of the LTD Committee for an order lifting or, in the alternative, increasing the limits on fees for LTD Committee counsel (2.0) | 4.20 Hrs |
| 03/16/12 | RXZ | [B160-] Finalize notice (.3) COS (.1) Order (.3) and related motion to remove cap on fees of LTD counsel (.6) | 1.20 Hrs |
| 03/16/12 | RXZ | [B160-] Update motion to remove cap on fees of LTD counsel (.7) and related instructions and comments to drafts by J. Stemerman (1.2) | 1.90 Hrs |
| 03/19/12 | TMS | [B160-] Calendar objection deadlines for motion to lift cap and emails to Committee and Committee Professionals regarding same | 0.10 Hrs |
| 03/21/12 | SAK | [B160-] Telephone conference with Debtors' counsel re fee cap motion; instructions to L. Shaw re same | 0.20 Hrs |
| 03/22/12 | CLS | [B160-] NO CHARGE - Prepare Re-Notice of Motion re: Motion of the Official Committee of Long Term Disability Participants for an Order Lifting Or, In the Alternative, Increasing The Limits on Fees for LTD Committee Counsel (.2); e-mail to Debtors counsel confirming hearing date (.1); review docket (.2); file with Court (.2); serve on 2002 service list (1.0) | 1.70 Hrs |
| 03/26/12 | SAK | [B160-] Email exchange with Creditors' Committee re objection deadline extension (fee cap issue) | 0.10 Hrs |
| 03/26/12 | SAK | [B160-] Draft detailed memo for R. Zahralddin re fee cap motion issues | 0.40 Hrs |
| 03/27/12 | SAK | [B160-] Email exchange with L. Beckerman re OCUC's deadline extension request re fee cap motion (.2); conference with R. Zahralddin re same (.2) | 0.40 Hrs |

Page 3

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/27/12 | RXZ | [B160-] E-mails to and from committee/debtors counsel re: extension of time to file response to motion to lift the cap | 0.20 Hrs | |
| 03/29/12 | SAK | [B160-] Analyze Debtors' Objection to LTD Committee's fee cap removal motion | 0.30 Hrs | |
| 03/30/12 | SAK | [B160-] Instructions from R. Zahralddin re preparation of Reply to motion to remove fee cap (.2); begin preparation of same (.2) | 0.40 Hrs | |
| | | Totals | 18.10 Hrs | $5,615.00 |
| | | EG Retention Totals | 18.10 Hrs | $5,615.00 |

<u>EG Fee Applications</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/01/12 | CLS | [B170-] Finalize 2nd Quarterly Fee Application of Elliott Greenleaf (.3); prep service distribution (.7); assemble exhibits of 4th, 5th and 6th fee application for 2nd Quarterly (.4) file with Court (.3); serve on Notice parties and 2002 service list (1.7); prepare Notice of Withdrawal (.3); file with Court (.2); make edits to Fee Application and re-file; prepare for service (.4); correct service distribution (.3); calendar hearing and objection deadlines (.2) | 4.80 Hrs |
| 03/01/12 | SAK | [B170-] Email exchange with R. Zahralddin re fee application issues | 0.10 Hrs |
| 03/01/12 | SAK | [B170-] Instructions to L. Shaw re corrections to Elliott Greenleaf's 2nd Quarterly fee application | 0.20 Hrs |
| 03/01/12 | SAK | [B170-] Finalize revised Elliott Greenleaf 2nd Quarterly Fee Application package (.4); instructions to L. Shaw re revisions to same (.1) | 0.50 Hrs |
| 03/01/12 | SAK | [B170-] Telephone conference with with Debtors' counsel re upcoming interim fee application hearing preparations | 0.10 Hrs |
| 03/01/12 | RXZ | [B170-] Analyze Quarterly Application for Compensation Second Quarterly Fee Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Services Rendered and Reimbursement of Expenses for the period November 1, 2011 to January 31, 2012 | 0.20 Hrs |
| 03/12/12 | SAK | [B170-] Email exchange and conference with T. Snow re preparation of Elliott Greenleaf monthly fee application | 0.10 Hrs |
| 03/15/12 | SAK | [B170-] Analyze Order entered approving 1st Interim fee applications; instructions to paralegals re same | 0.20 Hrs |
| 03/20/12 | CLS | [B170-] Receive and review e-mail from Debtors counsel regarding Fee Application Order (.1); review all relevant applications and update Exhibit chart to include EG's monthly payment amounts and totals (.7); respond to Debtors counsel (.1); prepare hearing binder for upcoming hearing (.7); finalize CNO regarding 2nd quarterly fee application (.1); file with Court (.3) | 2.00 Hrs |
| 03/20/12 | SAK | [B170-] Email exchange with A. Cordo re Elliott Greenleaf's quarterly fee application and upcoming hearing preparations (.2); instructions and conference with L. Shaw re same (.2) | 0.40 Hrs |
| 03/20/12 | SAK | [B170-] Revise Exhibit B to Elliott Greenleaf's February 2012 fee application | 0.80 Hrs |
| 03/21/12 | TMS | [B170-] Initial preparation of Exhibit B to EG fee application | 0.20 Hrs |
| 03/22/12 | CLS | [B170-] Prepare EG 7th monthly fee application (.8); prepare COS to application (.2); prepare Notice of Application (.2); assemble exhibits and scan (.2); prepare service distribution (.7); file with Court (.3); serve on Notice parties full application and 2002 service list Notice only (1.0) | 3.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/22/12 | SAK | [B170-] Finalize Elliott Greenleaf's 7th Monthly Fee Application, Notice, multiple Exhibits, and Certificate of Service (.5); instructions to T. Snow and L. Shaw re redactions and revisions to same (.2) | 0.70 Hrs | |
| 03/22/12 | TMS | [B170-] Finalize Exhibit B of EG fee application and assist in service | 2.00 Hrs | |
| 03/27/12 | SAK | [B170-] Email exchange with L. Shaw re fee application status | 0.10 Hrs | |
| 03/30/12 | SAK | [B170-] Analyze email from T. Snow re Elliott Greenleaf fee and expense estimate | 0.10 Hrs | |
| | | Totals | 15.90 Hrs | $4,298.00 |
| | | EG Fee Applications Totals | 15.90 Hrs | $4,298.00 |

Fee Objections EGS

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/14/12 | TMS | [B171-] Review docket for objections and prepare CNO for EG 6th monthly fee application and COS (January 2012) | 0.30 Hrs | |
| 03/15/12 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf 6th Monthly Fee Application | 0.20 Hrs | |
| 03/20/12 | SAK | [B171-] Conference with L. Shaw re preparation of Certificate of No Objection for Elliott Greenleaf's fee application | 0.10 Hrs | |
| 03/20/12 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 2nd Quarterly Fee Application | 0.20 Hrs | |
| 03/22/12 | SAK | [B171-] Multiple emails from L. Shaw re upcoming fee application objection deadlines | 0.10 Hrs | |
| | | Totals | 0.90 Hrs | $319.50 |
| | | Fee Objections EGS Totals | 0.90 Hrs | $319.50 |

Fee Applications and Invoices - Other

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/07/12 | TMS | [B175-] Initial preparation of second application of LTD Committee for reimbursements | 0.40 Hrs | |
| 03/07/12 | TMS | [B175-] Email to LTD Committee regarding expenses from NY trip and emails from W. Mann and D. David forwarding receipts | 0.30 Hrs | |
| 03/09/12 | SAK | [B175-] Email from Debtors' counsel re preparations for upcoming fee application hearing | 0.10 Hrs | |
| 03/14/12 | TMS | [B175-] Assemble exhibits for Second Application of Official Committee of Long-Term Disability Plan Participants for Reimbursement of Expense | 0.20 Hrs | |
| 03/19/12 | CLS | [B175-] Review e-mail from D. Greer and forward copies of all previously filed CNO's for payment | 0.20 Hrs | |
| 03/21/12 | SAK | [B175-] Analyze Omnibus Order entered approving professionals' fee applications; instructions to paralegals re same | 0.20 Hrs | |
| 03/23/12 | SAK | [B175-] Multiple email exchanges and telephone conferences with R. Zahralddin and paralegals re Committee expense reimbursement (.4); multiple email exchanges with Committee members re same (.2) | 0.60 Hrs | |
| 03/30/12 | CLS | [B175-] Assist in preparation of Committee Expense application (.4); prepare exhibits (.2) review and revise per SAK's comments (.3); prepare COS and service distribution (.3); assist in service preparation (.4); file with Court (.4); serve Notice on 2002 service list and Application on Notice Parties (1.9) | 4.00 Hrs | |

Page 5

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/30/12 | SAK | [B175-] Email exchanges with T. Snow and L. Shaw re preparation and filing of Committee members expense reimbursement request application | 0.20 Hrs | |
| 03/30/12 | SAK | [B175-] Finalize 2nd Application of LTD Committee members for reimbursement of expenses, Notice and Exhibits (.4); instructions to H. Dallas re revisions to same (.2) | 0.60 Hrs | |
| | | Totals | 6.80 Hrs | $1,861.50 |
| | | Fee Applications and Invoices - Other Totals | 6.80 Hrs | $1,861.50 |

Fee Objections - Others

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/14/12 | CLS | [B176-] Review docket for objections and prep items for Certifications of No Objections re: 2nd, 3rd, 4th, and Quarterly fee applications of Alvarez & Marsal | 0.30 Hrs | |
| 03/16/12 | CLS | [B176-] Prepare Certificates of No Objection for: Alvarez & Marsal 2nd Quarterly fee application, 2nd monthly fee application, 3rd monthly fee application and 4th monthly fee application (1.0); review Court docket to verify no objections were filed (.2); file each with Court (.5); forward to J. Truong and N. Gontmaher for payment distribution (.1); calander and forward to client (.2) | 2.00 Hrs | |
| 03/16/12 | SAK | [B176-] Finalize Certificate of No Objection re A&M's 3rd Monthly Fee Application | 0.20 Hrs | |
| 03/16/12 | SAK | [B176-] Finalize CNO re A&M's 2nd Monthly Fee Application | 0.20 Hrs | |
| 03/16/12 | SAK | [B176-] Finalize Certificate of No Objection re A&M's 4th Monthly Fee Application | 0.20 Hrs | |
| 03/16/12 | SAK | [B176-] Finalize Certificate of No Objection re A&M's 2nd Quarterly Fee Application; instructions to L. Shaw re revisions | 0.30 Hrs | |
| 03/23/12 | CLS | [B176-] Conference with R. Zahralddin and Shelley re: expense application of committee members (.2); review e-mails from committee members related to expenses (.2); numerous e-mails regarding expenses and conference call agenda (.2); prepare expense summary pages for Long Term Committee Application (.6); review expense amounts of committee members to update summary page (.3); | 1.50 Hrs | |
| | | Totals | 4.70 Hrs | $1,233.00 |
| | | Fee Objections - Others Totals | 4.70 Hrs | $1,233.00 |

Employee Benefits/Pensions

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/12 | SAK | [B220-] Analyze documents forwarded by D. Jones re SPD for Life and AD&D benefits; email exchange with M. Curran and D. Greer re same | 0.20 Hrs | |
| 03/02/12 | SAK | [B220-] Email exchange with M. Curran and D. Greer re benefit analysis | 0.10 Hrs | |
| 03/05/12 | SAK | [B220-] Telephone conference with M. Curran and email exchange D. Greer re benefit issues | 0.40 Hrs | |
| 03/05/12 | SAK | [B220-] Analyze letter from Debtors re cancelation of certain 401(k) plans | 0.20 Hrs | |
| 03/05/12 | TMS | [B220-] Numerous emails from M. Curran and LTD Committee members regarding life insurance | 0.10 Hrs | |
| 03/05/12 | TMS | [B220-] Emails to/from L. Purdum and R. Rose regarding benefits | 0.10 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 03/05/12 | RXZ | [B220-] E-mails to and from Debtors, analyze same, forward to LTD Committee,Committee comments and follow up KCC re: 401(k) termination order | 0.50 Hrs |
| 03/05/12 | RXZ | [B220-] Analyze drafts of report on meeting with Debtors and UCC, edit and update and distribute to clients for review | 0.90 Hrs |
| 03/05/12 | TMS | [B220-] Numerous emails from J. Boren regarding benefits and documents | 0.10 Hrs |
| 03/05/12 | TMS | [B220-] Emails from M. Curran regarding P. Morrison and D. David documents and emails to/from D. Jones regarding life insurance and AD&D | 0.10 Hrs |
| 03/06/12 | SAK | [B220-] Analyze emails from D. Greer re data analysis | 0.20 Hrs |
| 03/06/12 | SAK | [B220-] Email exchange with co-counsel and Committee re pension issues | 0.20 Hrs |
| 03/06/12 | SAK | [B220-] Email from D. David re retirement issues; email exchange with co-counsel and conference with R. Zahralddin re same | 0.40 Hrs |
| 03/06/12 | MSC | [B220-] Telephone call with D. Greer regarding information and data needed from Nortel (.2); prepared email to D. Greer in response to question regarding eligibility for retiree medical benefits (.2); revised list of questions and data requests for Nortel and Aetna, forwarded list to LTD Committee for comment and added questions per LTD Committee comments (.9) | 1.30 Hrs |
| 03/06/12 | RXZ | [B220-] Mutiple calls, e-mails, analyze record and related data forwarded by D. Greer re: Aetna negotiations | 1.10 Hrs |
| 03/06/12 | RXZ | [B220-] E-mails re: active employee plan analysis from M. Curran and replies from D. Greer | 0.30 Hrs |
| 03/06/12 | RXZ | [B220-] E-mails to and from Committee members and A&M and review of relevant record re: determiantion of which LTDers are eligible for PBGC benefits and are retirees | 0.70 Hrs |
| 03/06/12 | RXZ | [B220-] E-mails from S. Greer re: alternative providers and quotes updated | 0.20 Hrs |
| 03/06/12 | RXZ | [B220-] Update e-mails from M. Curran and proposed questions for Aetna and Debtors re: composition of LTDers and life insurance benefits | 0.30 Hrs |
| 03/07/12 | SAK | [B220-] Telephone conference with M. Curran re insurance coverage alternative issues | 0.20 Hrs |
| 03/07/12 | SAK | [B220-] Email exchange with Committee re 401(k) issues | 0.20 Hrs |
| 03/07/12 | SAK | [B220-] Email exchange with Debtors' counsel re Mercer's methodology; Email exchange with co-counsel re same | 0.20 Hrs |
| 03/07/12 | TMS | [B220-] Organize record for attorneys received from Committee member P. Morrison and D. David | 0.50 Hrs |
| 03/07/12 | RXZ | [B220-] Multiple e-mails re: lists of LTDer who will age out and are potentially part of retiree class and updates from B. Gallagher | 0.50 Hrs |
| 03/12/12 | SAK | [B220-] Analyze email from D. Greer re summary of Mercer discussions | 0.10 Hrs |
| 03/13/12 | SAK | [B220-] Analyze finalized confidentiality agreement | 0.10 Hrs |
| 03/13/12 | SAK | [B220-] Analyze email from M. Curran re flex benefits; email exchanges re same | 0.20 Hrs |
| 03/13/12 | SAK | [B220-] Analyze email from Debtors re employee terminations; email exchanges re same | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/13/12 | MSC | [B220-] Prepare response to question by LTD Committee regarding possible{{Redact} ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮} arrange for Non-Disclosure Agreement to be executed by LTD Committee for use by Alvarez & Marsal in sourcing insurance options (.4) | 2.40 Hrs |
| 03/13/12 | TMS | [B220-] Numerous emails and conference with R. Zahralddin regarding NDA (.1); supplement NDA and email executed copy to Committee Professionals (.2) | 0.30 Hrs |
| 03/13/12 | RXZ | [B220-] E-mails to committee for authority to execute and related discussion (.4) and finalization and execution of NDA to forward information to insurance carriers (.3) | 0.70 Hrs |
| 03/14/12 | SAK | [B220-] Email exchange re census adjustments | 0.10 Hrs |
| 03/14/12 | MSC | [B220-] Draft and revise request to counsel for Debtor regarding clarification of LTD Committee question on life and AD&D benefits prior to termination of plans (.6); continued research for updated case law on potential {{Redact} ▮▮▮▮▮▮▮▮▮▮▮▮▮▮} | 2.40 Hrs |
| 03/14/12 | RXZ | [B220-] Call with M. Curran re: [[redact▮▮▮▮▮▮▮▮▮▮▮] for proposal for settlement (.5) communications with L. Beckerman re: stipulation (.3) case strategy meeting with S. Kinsella re: settlement numbers (.3) | 1.10 Hrs |
| 03/15/12 | SAK | [B220-] Email exchange with Debtors' counsel re life insurance and AD&D benefits | 0.20 Hrs |
| 03/15/12 | SAK | [B220-] Analyze emails from D. Greer and Debtors' responses re TPAs and life insurance calculations; email exchange with M. Curran re same | 0.30 Hrs |
| 03/15/12 | SAK | [B220-] Analyze Aetna's responses | 0.30 Hrs |
| 03/15/12 | MSC | [B220-] Review Retiree Medical Plan regarding eligibility standards in preparation for telephone call with D. Greer (.4) and telephone call with D. Greer regarding 3/14/12 email from Debtor's counsel regarding individuals in LTD population who Debtors consider eligible for retiree benefits and years of service credit (.5) | 0.90 Hrs |
| 03/15/12 | RXZ | [B220-] E-mail from T. Lieb re: committee inquiry follow up from Aetna and analyze related attachment | 0.10 Hrs |
| 03/15/12 | RXZ | [B220-] Analyze monthly operating report and conference regarding same | 0.20 Hrs |
| 03/15/12 | RXZ | [B220-] E-mails re: life insurance coverage benefits and LTD constituents | 0.20 Hrs |
| 03/16/12 | SAK | [B220-] Email exchanges with Committee members re Aetna proposal | 0.20 Hrs |
| 03/16/12 | MSC | [B220-] Review communication from T. Lieb of Aetna responding to LTD Committee questions regarding Aetna insurance proposal and offerings | 0.30 Hrs |
| 03/16/12 | RXZ | [B220-] E-mails to and from M. Curran re: Aetna - October 6, 2011 Presentation and responses to inquires sent by committee and committee professionals (.2) and analyze responses from Aetna and related record (.3) | 0.50 Hrs |
| 03/16/12 | RXZ | [B220-] E-mails and follow up with D. David re: alternative insurance | 0.30 Hrs |
| 03/16/12 | RXZ | [B220-] E-mails to and from J. Kim, EG and A&M re: examples of LTD participants liability calculations to compare with Mercer's (.2) and analyze related record (.2) | 0.40 Hrs |

Page 8

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/16/12 | RXZ | [B220-] Analyze responses from J. Kim and related e-mails regarding open data requests (i.e. historical information covered LTD participants, spouses and dependents on a monthly basis from 2009 through 2011) | 0.20 Hrs |
| 03/16/12 | RXZ | [B220-] E-mails to and from opposing counsel, A&M and EG team re: S.Gillen and K. Reese (LTD plan participants to be removed from LTD status) | 0.20 Hrs |
| 03/16/12 | RXZ | [B220-] Issues and analysis related to NDA executed on behalf of the LTD Committee to allow benefit providers access to census, demographic and actuarial data provided by the Debtors (.3) and execution of same after permission and authorization from committee (.3) | 0.60 Hrs |
| 03/19/12 | MSC | [B220-] Attend conference call of LTD Committee (.8) and provide R. Zahralddin with status of LTD Committee call (.1). | 0.90 Hrs |
| 03/20/12 | SAK | [B220-] Analyze dental proposal | 0.40 Hrs |
| 03/20/12 | MSC | [B220-] Begin review and analysis of summary plan descriptions for 2012 produced by Debtors on 3/15/12 | 0.80 Hrs |
| 03/21/12 | SAK | [B220-] Analyze draft of M. Curran's benefits analysis chart, related documents, and email exchange re same | 0.40 Hrs |
| 03/21/12 | MSC | [B220-] Continued review of 2012 SPDs as produced by Debtors on 3/15/12 (.6); Westlaw legal research on vesting issue (.3) and review and analyze case law on vesting issue (.9) | 1.80 Hrs |
| 03/23/12 | RXZ | [B220-] Call with A&M, S. Kinsella and M. Curran re: benefits analysis | 1.70 Hrs |
| 03/23/12 | SAK | [B220-] Analyze Debtors' email re life insurance and AD&D benefits | 0.10 Hrs |
| 03/23/12 | RXZ | [B220-] E-mails and related follow up re: legal issues regarding employee benefits with M. Curran and S. Kinsella | 0.30 Hrs |
| 03/26/12 | RXZ | [B220-] Prepare for call (.6) and call with Retiree Counsel (.7) re: employee benefits | 1.30 Hrs |
| 03/26/12 | SAK | [B220-] Analyze data from D. David re 401(k) issues | 0.10 Hrs |
| 03/27/12 | DHS | [B220-] Review/reply to and analyze communications relating to LTD participants concerns and request relating to analyzing effect of termination of employer payments into 401K plan and termination of plan | 0.40 Hrs |
| 03/27/12 | SAK | [B220-] Analyze email from J. Kim re benefit issues and data re same | 0.20 Hrs |
| 03/27/12 | MSC | [B220-] Telephone call with {{Redact} ████████████████████) regarding 1982 group benefits plan | 0.20 Hrs |
| 03/27/12 | RXZ | [B220-] E-mails to and from A&M re: sharing of actuarial data (.2) e-mail and instructions to S. Kinsella re: same (.2) analyze results from S. Kinsella of analysis and reply to A&M (.2) | 0.60 Hrs |
| 03/27/12 | RXZ | [B220-] Analyze e-mails and follow up re: SPD/Plan [[redact]████████) | 0.20 Hrs |
| 03/28/12 | SAK | [B220-] Analyze emails from M. Curran and D. Simon re 401(k) benefits | 0.30 Hrs |
| 03/28/12 | MSC | [B220-] Analyze and develop with D. Simon an argument regarding the Debtors' obligation to continue the 401k contribution for the LTD group (2.3); analyze emails to determine ((Redact)████████████████████████) | 2.70 Hrs |

Page 9

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/28/12 | DHS | [B220-] Work on assembling background information and analyzing plan documents for purpose of ((Redact) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 2.80 Hrs | |
| 03/28/12 | DHS | [B220-] Work on drafting an analysis of issues relating to termination of defined contribution plan ((Redact) ▓▓▓▓▓▓▓▓▓▓▓▓ | 1.10 Hrs | |
| 03/28/12 | RXZ | [B220-] E-mails to and from D. Simon re: LTIP plan | 0.30 Hrs | |
| | | Totals | 38.10 Hrs | $15,639.50 |
| | | Employee Benefits/Pensions Totals | 38.10 Hrs | $15,639.50 |

Claims Administration and Objections

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/12 | SAK | [B310-] Email exchange and conference with R. Zahralddin re potential claim issues | 0.20 Hrs | |
| 03/08/12 | TMS | [B310-] Review docket and summarize and email Order granting Debtors' twenty-first omnibus objection (substantive) and email to Committee Professionals | 0.10 Hrs | |
| 03/09/12 | SAK | [B310-] Multiple email exchanges with co-counsel and Committee re potential claim issues | 0.50 Hrs | |
| 03/12/12 | RXZ | [B310-] Call from A. Bruce re: case update | 0.40 Hrs | |
| 03/14/12 | SAK | [B310-] Multiple Committee emails re claim issues | 0.20 Hrs | |
| 03/16/12 | SAK | [B310-] Email exchange with R. Zahralddin and Committee members re claim issues | 0.20 Hrs | |
| 03/20/12 | SAK | [B310-] Multiple email exchanges with co-counsel re claim issues | 0.20 Hrs | |
| 03/21/12 | SAK | [B310-] Analyze Opinion and summary re Nortel Networks UK, et al. claims | 0.60 Hrs | |
| 03/22/12 | SAK | [B310-] Analyze filed Claims register | 0.40 Hrs | |
| | | Totals | 2.80 Hrs | $1,232.50 |
| | | Claims Administration and Objections Totals | 2.80 Hrs | $1,232.50 |

Court Hearings

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/12 | CLS | [B430-] Update critical dates calander for Delaware deadlines and fee applications | 0.40 Hrs | |
| 03/06/12 | LMB | [B430-] Analyze multiple motions, orders and related documents for purpose of supplementing critical date memos (Fee Reduced) | 2.50 Hrs | |
| 03/06/12 | SAK | [B430-] Analyze Notice of Agenda for 03/08/12 hearing and conference/email exchange with R. Zahralddin re same | 0.20 Hrs | |
| 03/06/12 | SAK | [B430-] Instructions to L. Bugda re revisions to Critical Dates memos; review same | 0.40 Hrs | |
| 03/06/12 | TMS | [B430-] Review docket and forwarding March 8, 2012 agenda to Committee Professionals | 0.10 Hrs | |
| 03/06/12 | RXZ | [B430-] Analyze agenda (.2) forward to T. Snow with instructions (.1) and e-mail to clients re: same (.1) | 0.40 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 03/08/12 | TMS | [B430-] Update critical dates memorandum and conference with M. Braverman regarding same | 0.10 Hrs | |
| 03/13/12 | CLS | [B430-] Update critical dates calander | 0.20 Hrs | |
| 03/15/12 | SAK | [B430-] Analyze critical dates memo revisions | 0.20 Hrs | |
| 03/15/12 | RXZ | [B430-] Analyze critical dates memo forwarded by T. Snow | 0.30 Hrs | |
| 03/19/12 | CLS | [B430-] Update hearing dates per Court change of dates | 0.20 Hrs | |
| 03/20/12 | SAK | [B430-] Instructions to L. Shaw re preparation of binder for upcoming hearing and conference re same | 0.20 Hrs | |
| 03/20/12 | SAK | [B430-] Analyze Notice of Agenda for 03/22/12 hearing | 0.10 Hrs | |
| 03/21/12 | SAK | [B430-] Analyze Amended Notice of Agenda for 03/22/12 hearing | 0.10 Hrs | |
| 03/21/12 | SAK | [B430-] Preparations for upcoming hearing | 0.60 Hrs | |
| 03/22/12 | SAK | [B430-] Attend hearing | 0.50 Hrs | |
| 03/22/12 | CLS | [B430-] Update hearing critical date calendar (.7); update fee application hearing information (.4) | 1.10 Hrs | |
| 03/29/12 | SAK | [B430-] Analyze Notice of Agenda for 04/02/12 hearing | 0.20 Hrs | |
| 03/30/12 | SAK | [B430-] Analyze Amended Agneda re 04/02/12 hearing | 0.10 Hrs | |
| | Totals | | 7.90 Hrs | $2,241.50 |
| Court Hearings Totals | | | 7.90 Hrs | $2,241.50 |

Litigation

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/01/12 | SAK | [B600-] Multiple emails from LTD participants; update analysis chart | 0.20 Hrs |
| 02/15/12 | SAK | [B600-] Email from M. Curran re discovery request related to severance allowance plan | 0.10 Hrs |
| 03/05/12 | SAK | [B600-] Instructions to T. Snow re Committee discovery requests | 0.10 Hrs |
| 03/06/12 | SAK | [B600-] Preparation of counter-proposal analysis | 0.80 Hrs |
| 03/06/12 | SAK | [B600-] Analyze email from Debtors' counsel re counter-proposal request; email exchanges with co-counsel and retiree counsel re same | 0.20 Hrs |
| 03/06/12 | SAK | [B600-] Email exchange and conference with R. Zahralddin re litigation strategies | 0.20 Hrs |
| 03/06/12 | RXZ | [B600-] E-mail from S. Kinsella re: trial issues | 0.20 Hrs |
| 03/06/12 | RXZ | [B600-] E-mail from M. Fleming re: counter proposal demand (.1) calls and e-mails to and from N. Berger (.2) reply and analyze proposed response, e-mail to M. Fleming (.2) | 0.50 Hrs |
| 03/07/12 | MSC | [B600-] Telephone calls with D. Greer regarding outstanding data requests addressed to Debtor, including discrepancies in previously produced data and settlement term sheet (.8); revised requests for further information from Aetna and Debtor and prepared emails communicating same to Aetna and Debtor (1.0); telephone call with S. Kinsella regarding outstanding data requests (.1); review all email correspondence from LTD Committee regarding KCC post (.4) | 2.30 Hrs |
| 03/08/12 | SAK | [B600-] Telephone conference with M. Curran re litigation strategy issues | 1.40 Hrs |
| 03/08/12 | SAK | [B600-] Conference with R. Zahralddin re status of counter-proposal preparations | 0.40 Hrs |
| 03/12/12 | SAK | [B600-] Email exchange with co-counsel re open discovery matters | 0.10 Hrs |

Page 11

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/12/12 | JXS | [B600-] Meeting with R. Zahralddin and S. Kinsella re: case update and litigation strategy | 0.50 Hrs |
| 03/12/12 | MSC | [B600-] Telephone call with S. Kinsella regarding issues for Committee conference call and outstanding A&M data requests (.5); telephone calls with D. Greer regarding issues for Committee conference call (.6); attend telephone conference call of Official LTD Committee (.7) | 1.80 Hrs |
| 03/14/12 | SAK | [B600-] Email exchange with Committee members re additional discovery requests | 0.20 Hrs |
| 03/14/12 | SAK | [B600-] Analyze Debtors' response and data re 03/07/12 requests; related emails re same | 0.20 Hrs |
| 03/14/12 | SAK | [B600-] Prepare materials for potential litigation purposes | 1.10 Hrs |
| 03/15/12 | SAK | [B600-] Conference with R. Zahralddin re litigation strategy and procedural issues | 0.40 Hrs |
| 03/15/12 | SAK | [B600-] Analyze letter from Debtors re 03/15/12 document production; email exchange re same | 0.20 Hrs |
| 03/16/12 | SAK | [B600-] Continue memorandum regarding open [[Redact] ▬▬▬▬ | 1.40 Hrs |
| 03/16/12 | SAK | [B600-] Analyze latest discovery responses | 0.80 Hrs |
| 03/16/12 | TMS | [B600-] Review M. Fleming letter of March 15, 2012 regarding 2012 SPD's and organization of discovery (1.5); emails to Committee Professionals regarding related discovery (.1) | 1.60 Hrs |
| 03/16/12 | RXZ | [B600-] Research re: proof of claim and [[redact] ▬▬▬▬▬▬▬ | 0.60 Hrs |
| 03/16/12 | RXZ | [B600-] Analyze (.7) and discuss with EG team discovery forwarded by Debtors re: various Nortel 2012 Summary Plan Descriptions (.4) | 1.10 Hrs |
| 03/16/12 | RXZ | [B600-] E-mails from T. Snow re: missing pages to document production and related comments from M. Curran and follow up | 0.30 Hrs |
| 03/19/12 | SAK | [B600-] Conference with R. Zahralddin re litigation issues (.4); review multiple emails regarding discovery issues and revise analysis chart (.4) | 0.80 Hrs |
| 03/20/12 | SAK | [B600-] Conference with R. Zahralddin re litigation issues and status of same | 0.20 Hrs |
| 03/21/12 | SAK | [B600-] Multiple telephone conferences with R. Zahralddin re potential litigation issues | 0.20 Hrs |
| 03/22/12 | SAK | [B600-] Telephone conference with M. Curran re counter-proposal and related issues | 0.90 Hrs |
| 03/22/12 | SAK | [B600-] Analyze multiple emails from LTD participants and update analysis chart | 1.30 Hrs |
| 03/22/12 | MSC | [B600-] Telephone call with S. Kinsella regarding legal theories and strategy in regard to counter-proposal (.8); additional Westlaw research on case law regarding vesting of disability benefits (1.0); and read and analyze case law regarding vesting of welfare and disability benefits (.5) | 2.30 Hrs |
| 03/23/12 | SAK | [B600-] Telephone conference with A&M re counter-proposal preparation issues | 1.80 Hrs |
| 03/23/12 | SAK | [B600-] Telephone conference with M. Curran re counter-proposal and related issues | 0.50 Hrs |
| 03/23/12 | SAK | [B600-] Telephone conference with R. Zahralddin re counter-proposal and related litigation issues | 0.20 Hrs |

Page 12

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/23/12 | SAK | [B600-] Analyze A&M's analysis materials; multiple email exchanges re same | 0.40 Hrs |
| 03/23/12 | SAK | [B600-] Email to Retiree Committee professionals re proposed teleconference to discuss counter-proposal issues | 0.10 Hrs |
| 03/23/12 | MSC | [B600-] Attend telephone conference call with Alvarez & Marsal professionals R. Winters and D. Greer and R. Zahralddin and S. Kinsella regarding valuation of claim and strategy in preparation for counter-proposal | 2.20 Hrs |
| 03/23/12 | MSC | [B600-] Read and analyze case law in preparation of position paper on vesting argument for members of LTD group | 1.80 Hrs |
| 03/26/12 | SAK | [B600-] Telephone conference with Retiree Committee professionals re counter-proposal issues | 0.80 Hrs |
| 03/26/12 | SAK | [B600-] Telephone conference with M. Curran re litigation issues | 0.10 Hrs |
| 03/26/12 | SAK | [B600-] Email exchange with M. Curran re case law; review same | 0.30 Hrs |
| 03/26/12 | MSC | [B600-] Attend telephone conference call with counsel for Retiree Committee regarding counter-proposal | 0.80 Hrs |
| 03/26/12 | MSC | [B600-] Continued developing legal argument in opposition to Debtors' planned termination of LTD plan, including analysis of applicable case law | 3.70 Hrs |
| 03/27/12 | SAK | [B600-] Email exchange with D. Greer re discovery confidentiality issues | 0.20 Hrs |
| 03/27/12 | SAK | [B600-] Multiple email exchanges with Committee and co-counsel re Debtors' mediation proposal | 0.20 Hrs |
| 03/27/12 | SAK | [B600-] Email exchange with Debtors' counsel re mediation motion; conference with R. Zahralddin re same | 0.40 Hrs |
| 03/27/12 | MSC | [B600-] Westlaw research for case law in Third Circuit ((Redact) | 2.10 Hrs |
| 03/27/12 | RXZ | [B600-] Call from Debtors counsel re: mediation motion (.2) follow up with committee and committee professionals (.4) | 0.60 Hrs |
| 03/27/12 | RXZ | [B600-] E-mails and call from Debtors counsel re: mediation (.2) follow up with retiree committee (.2) and calls and e-mails with LTD committee (.7) | 1.10 Hrs |
| 03/28/12 | SAK | [B600-] Analyze Debtors' draft of motion to appoint mediation (.4); email exchanges with co-counsel and Debtors' counsel re same (.2) | 0.60 Hrs |
| 03/28/12 | SAK | [B600-] Email exchange with Committee and R. Zahralddin members re mediation | 0.30 Hrs |
| 03/28/12 | SAK | [B600-] Email exchange with Debtors re mediation motion | 0.20 Hrs |
| 03/28/12 | SAK | [B600-] Email exchange with co-counsel and D. Greer re latest discovery production (.2); email instructions to T. Snow re same (.1) | 0.30 Hrs |
| 03/28/12 | SAK | [B600-] Review Retiree Committee's comments to mediaiton motion | 0.20 Hrs |
| 03/28/12 | SAK | [B600-] Instructions to T. Snow re discovery issues; review email email exchange with Debtors re same | 0.20 Hrs |
| 03/28/12 | TMS | [B600-] Email from M. Curran, conference with H. Dallas and emails to/from M. Fleming regarding missing documents | 0.20 Hrs |
| 03/28/12 | RXZ | [B600-] Calls with Retiree Committee Counsel (.4), e-mails with Debtors (.2) and follow up with Committee re: mediation (.7) | 1.30 Hrs |
| 03/28/12 | RXZ | [B600-] Analyze draft motion to appoint a mediator (.5) e-mails, calls and follow up re request for vote from Committee re: meditation (.7) | 1.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/29/12 | SAK | [B600-] Analyze Debtors' filed Mediation Motion | 0.40 Hrs |
| 03/29/12 | SAK | [B600-] Analyze status report prepared by A&M | 0.10 Hrs |
| 03/29/12 | MSC | [B600-] Continue drafting memorandum of law in support of vesting argument to be used in mediation or in response to any motion to terminate filed by Debtors | 3.10 Hrs |
| 03/30/12 | SAK | [B600-] Instructions from R. Zahralddin re preparation of Objection to mediation motion (.2); begin preparation of same (.3) | 0.50 Hrs |
| 03/30/12 | MSC | [B600-] Continue drafting memorandum of law in support of vesting argument for use in mediation or in opposition to any motion to terminate LTD plans filed by Debtors | 3.30 Hrs |

|  |  |  |
|---|---|---|
| Totals | 51.60 Hrs | $19,216.50 |
| Litigation Totals | 51.60 Hrs | $19,216.50 |
| TOTAL LEGAL SERVICES | | $61,815.50 |

## LEGAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Shaw, C. Liana | 1.70 Hrs | 0 /hr | $0.00 |
| Stemerman, Jonathan M. | 2.40 Hrs | 0 /hr | $0.00 |
| BUGDA, LISA M. | 2.50 Hrs | 100 /hr | $250.00 |
| Shaw, C. Liana | 20.10 Hrs | 225 /hr | $4,522.50 |
| Snow, Theresa M | 12.10 Hrs | 225 /hr | $2,722.50 |
| SIMON, DEBBIE H. | 4.30 Hrs | 260 /hr | $1,118.00 |
| CURRAN, MARGARET S. | 41.30 Hrs | 275 /hr | $11,357.50 |
| Stemerman, Jonathan M. | 5.40 Hrs | 375 /hr | $2,025.00 |
| Kinsella, Shelley A. | 46.30 Hrs | 420 /hr | $19,446.00 |
| Zahralddin-Aravena, Rafael X. | 33.40 Hrs | 610 /hr | $20,374.00 |
| | 169.50 Hrs | | $61,815.50 |

### Reimbursement for out of pocket expenses

COMPUTERIZED LEGAL RESEARCH

| Date | Description | Amount |
|---|---|---|
| 03/06/12 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #824413416 DTD 02/01/12: WESTLAW LEGAL RESEARCH FOR THE PERIOD: JAN 01, 2012 - JAN 31, 2012 | 18.68 |
| 03/06/12 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #824413416 DTD 02/01/12: WESTLAW LEGAL RESEARCH FOR THE PERIOD: JAN 01, 2012 - JAN 31, 2012 | 1.26 |
| 03/19/12 | [] WEST GROUP (BB/HA/SC/DE)---INV #824574483 DTD 03/01/12: WESTLAW LEGAL RESEARCH FOR THE PERIOD: FEB 01, 2012 - FEB 29, 2012 | 2.53 |
| | | $22.47 |

(Nortel) Official Committee of Long Term Disability Plan Participants

## COPYING

| Date | Description | Amount |
|---|---|---|
| 03/01/12 | [] Device Cost | 73.60 |
| 03/01/12 | [] Device Cost | 10.80 |
| 03/01/12 | [] Device Cost | 5.10 |
| 03/01/12 | [] Device Cost | 9.20 |
| 03/16/12 | [] Device Cost | 154.70 |
| 03/16/12 | [] Device Cost | 85.50 |
| 03/17/12 | [] Device Cost | 104.50 |
| 03/20/12 | [] Device Cost | 0.20 |
| 03/22/12 | [] Device Cost | 34.60 |
| 03/22/12 | [] Device Cost | 0.60 |
| 03/22/12 | [] Device Cost | 36.40 |
| 03/22/12 | [] Device Cost | 0.30 |
| 03/22/12 | [] Device Cost | 1.60 |
| 03/30/12 | [] Device Cost | 53.20 |

$570.30

## DELIVERY/COURIER SERVICE

| Date | Description | Amount |
|---|---|---|
| 03/07/12 | [] RELIABLE WILMINGTON---INV #WL032215 DTD 02/29/12: PROFESSIONAL SERVICES FOR THE PERIOD: 02/16/12 - 02/29/12: 5 HD ON 2/22/12 FOR LCS | 37.50 |
| 03/07/12 | [] RELIABLE WILMINGTON---INV #WL032215 DTD 02/29/12: PROFESSIONAL SERVICES FOR THE PERIOD: 02/16/12 - 02/29/12: 4 HD ON 2/23/12 FOR TMS | 30.00 |
| 03/26/12 | [] RELIABLE WILMINGTON---INV #WL032601 DTD 03/15/12: PROFESSIONAL SERVICE PERIOD: 03/01-03/15/12: 5 HD RETRIEVE & REDELIVER 2 ON 3/1/12 FOR SAK | 52.50 |

$120.00

## LODGING

| Date | Description | Amount |
|---|---|---|
| 03/09/12 | [] BUSINESS CARD (VISA-BANK OF AMERICA)---INV # 02/20/12 DTD 02/20/12 MONTHLY EXPENSES FOR THE PERIOD: 01/21/12-02/20/12 HOLIDAY INN---LODGING FEES FOR MICHAEL STUTTS WHILE IN NEW YORK TO ATTEND THE MEETING ON 02/27/12 RXZ | 316.82 |

$316.82

## PARKING

| Date | Description | Amount |
|---|---|---|
| 03/14/12 | [] MSC---INV #02/27/12 MSC DTD 02/28/12 EXPENSE VOUCHER PARKING FOR MEETING IN NEW YORK, NY | 27.00 |

$27.00

## SERVICE FEES / DEPUTIZATION FEES

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---:|---:|
| 03/22/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #03/09/12 DTD 03/09/12 MONTHLY EXPENSES: STAR TRAVEL---TRAVEL AGENCY FEE RE: NEW YORK PENN ON 02/27/12 MSC | 20.00 | |
| | | | $20.00 |

**TELEPHONE**

| | | | |
|---|---|---:|---:|
| 03/29/12 | [] THE CONFERENCE GROUP, LLC---INV#135-FEB 2012 DTD 03/01/2 DE CONFERENCE CALL FEES FOR THE PERIOD: 02/01/12-02/29/12 CONFERENCE ON 02/06/12 RXZ | 45.39 | |
| 03/29/12 | [] THE CONFERENCE GROUP, LLC---INV#135-FEB 2012 DTD 03/01/2 DE CONFERENCE CALL FEES FOR THE PERIOD: 02/01/12-02/29/12 CONFERENCE ON 02/09/12 RXZ | 13.29 | |
| 03/29/12 | [] THE CONFERENCE GROUP, LLC---INV#135-FEB 2012 DTD 03/01/2 DE CONFERENCE CALL FEES FOR THE PERIOD: 02/01/12-02/29/12 CONFERENCE ON 02/13/12 RXZ | 82.87 | |
| 03/29/12 | [] THE CONFERENCE GROUP, LLC---INV#135-FEB 2012 DTD 03/01/2 DE CONFERENCE CALL FEES FOR THE PERIOD: 02/01/12-02/29/12 CONFERENCE ON 02/20/12 RXZ | 42.49 | |
| 03/29/12 | [] THE CONFERENCE GROUP, LLC---INV#135-FEB 2012 DTD 03/01/2 DE CONFERENCE CALL FEES FOR THE PERIOD: 02/01/12-02/29/12 CONFERENCE ON 02/23/12 RXZ | 63.44 | |
| 03/29/12 | [] THE CONFERENCE GROUP, LLC---INV#135-FEB 2012 DTD 03/01/2 DE CONFERENCE CALL FEES FOR THE PERIOD: 02/01/12-02/29/12 CONFERENCE ON 02/24/12 RXZ | 19.94 | |
| | | | $267.42 |

**TRAVEL - AIRLINE**

| | | | |
|---|---|---:|---:|
| 03/09/12 | [] BUSINESS CARD (VISA-BANK OF AMERICA)---INV # 02/20/12 DTD 02/20/12 MONTHLY EXPENSES FOR THE PERIOD: 01/21/12-02/20/12 SPIRIT AIRLINE---AIRFARE FOR MICHAEL STUTTS TO TRAVEL TO NEW YORK TO ATTEND MEETING WITH DEBTORS' COUNSEL ON 02/27/12 RXZ | 387.58 | |
| | | | $387.58 |

**TRAVEL - RAILROAD**

| | | | |
|---|---|---:|---:|
| 03/22/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #03/09/12 DTD 03/09/12 MONTHLY EXPENSES: AMTRAK---PHILA PA, NEW YORK PENN NY ON 02/27/12 MSC | 135.00 | |
| | | | $135.00 |
| | Total Reimbursement for out of pocket expenses | | $1,866.59 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | TOTAL THIS BILL | $63,682.09 |
|---|---|---|---|---|
| 107592 | 03/22/12 | 13,682.65 | | |
| | | $13,682.65 | | |
| | | | GRAND TOTAL DUE | $77,364.74 |

**PREVIOUS BILLS OUTSTANDING**

| 107592 | 03/22/12 | 13,682.65 |
|---|---|---|
| | | $13,682.65 |

| | **TOTAL DUE** | **$77,364.74** |
|---|---|---|

(Nortel) Official Committee of Long Term Disability Plan Participants

**Task Billing Summary Page**

Re:  In re Nortel 09-10138(KG)

|  | Current Bill |
|---|---|
| **Meetings of and Communications with Creditors** |  |
|  | $10,158.50 |
| Subtotals | $10,158.50 |
| **EG Retention** |  |
|  | $5,615.00 |
| Subtotals | $5,615.00 |
| **EG Fee Applications** |  |
|  | $4,298.00 |
| Subtotals | $4,298.00 |
| **Fee Objections EGS** |  |
|  | $319.50 |
| Subtotals | $319.50 |
| **Fee Applications and Invoices - Other** |  |
|  | $1,861.50 |
| Subtotals | $1,861.50 |
| **Fee Objections - Others** |  |
|  | $1,233.00 |
| Subtotals | $1,233.00 |
| **Employee Benefits/Pensions** |  |
|  | $15,639.50 |
| Subtotals | $15,639.50 |
| **Claims Administration and Objections** |  |
|  | $1,232.50 |
| Subtotals | $1,232.50 |
| **Court Hearings** |  |
|  | $2,241.50 |
| Subtotals | $2,241.50 |
| **Litigation** |  |
|  | $19,216.50 |
| Subtotals | $19,216.50 |
| Totals | $61,815.50 |

(Nortel) Official Committee of Long Term Disability Plan Participants

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.

**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED
PLEASE CONTACT PAT ROONEY AT (215) 977-1014***