


# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks Inc. and Thomas & Betts Manufacturing, Inc. a/k/a Thomas & Betts Fabrication Inc., d/b/a ITS GFI Division** was caused to be made on May 29, 2012, in the manner indicated upon the individuals identified on the attached service list.

Date: May 29, 2012  /s/ Chad A. Fights
Wilmington, DE  Chad A. Fights (No. 5006)

4174225