# SCHEDULE A
## THIRTY-SIXTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
   **ERISA Litigation - Post Bankruptcy**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

L110 Fact Investigation/Development

2/27/12 RET   .4   Review data regarding the Nortel LTIP participants who had investments in the Nortel Stock Fund as of December 31, 2007

2/27/12 RET   .2   Communications with Jennifer Palmer regarding data regarding the Nortel LTIP participants who had investments in the Nortel Stock Fund as of December 31, 2007

3/22/12 RET   .1   Communications with Michael Wall regarding calculations notice

SUB TOTAL      350.00

L160 Settlement/Non-Binding ADR

2/03/12 RET   .3   Communications with plaintiffs' counsel regarding transfer of data to settlement administrator

2/06/12 RET   .3   Communications with Settlement Administrator regarding transfer of data

2/07/12 RET   .2   Communications with Peter Bisio regarding status of data transfer

2/07/12 RET   .3   Communications with Peter Bisio regarding finality of judgment approving settlement

2/13/12 RET   .2   Communications with plaintiffs' counsel regarding transfer of participant data from Lexecon

2/13/12 RET   .2   Communications with Lexecon regarding transfer of participant data to settlement administrator

2/13/12 RET   .1   Communications from Lexecon to settlement administrator regarding participant data

2/13/12 RET   .2   Further communications with Lexecon and plaintiff's counsel regarding transfer of participant data to settlement administrator

2/13/12 RET   .2   Communications with plaintiffs' counsel regarding allocation notice

| | | |
|---|---|---|
| 2/16/12 RET | .2 | Communications with Peter Bisio regarding Native Discovery |
| 2/16/12 RET | .2 | Communications with Dave Deppe regarding Native Discovery |
| 2/16/12 JMS | .3 | Review notices of filing of transcripts |
| 2/17/12 RET | .3 | Communications with Daniel Ray regarding issues related to allocation notice and distribution of settlement proceeds |
| 2/17/12 RET | .2 | Communications with plaintiffs' counsel regarding issues related to allocation notice and distribution of settlement proceeds |
| 2/17/12 JMS | .2 | Communicate with Terry Gilroy at Sherman Sterling regarding settlement |
| 2/23/12 RET | .2 | Further communications with Hewitt, plaintiffs' counsel, Lexecon, and Heffler regarding questions related to participant transaction data |
| 2/23/12 RET | .3 | Prepare for call with plaintiffs' counsel regarding participant transaction data |
| 2/23/12 RET | .3 | Call with plaintiffs' counsel regarding participant transaction data |
| 2/23/12 RET | .3 | Communications from Laurel Van Allen regarding participant transaction data |
| 2/23/12 RET | .2 | Communications with Hewitt, plaintiffs' counsel, Lexecon, and Heffler regarding questions related to participant transaction data |
| 2/24/12 RET | .1 | Communications with Jennifer Palmer regarding former employees who have filed claims against Nortel |
| 2/24/12 RET | .3 | Teleconference with Jennifer Palmer regarding former employees who have filed claims against Nortel |
| 2/24/12 JMS | .4 | Think through response to Terry Gilroy at Sherman Sterling regarding settlement |
| 2/24/12 JMS | .4 | Communicate with Terry Gilroy at Sherman Sterling regarding settlement |
| 2/27/12 RET | .4 | Prepare for call with Lexecon, Hewitt, plaintiffs' counsel and Dan Ray regarding issues related to participant data and distribution of settlement proceeds |
| 2/27/12 RET | .8 | Call with Lexecon, Hewitt, plaintiffs' counsel and Dan Ray regarding issues related to participant data and distribution of settlement proceeds |

| | | |
|---|---|---|
| 2/27/12 RET | .2 | Communications with Anna Ventresca regarding final judgment |
| 2/27/12 RET | .3 | Communications with Lexecon and Heffler regarding participant data |
| 2/27/12 RET | .2 | Communications with Jennifer Palmer regarding communications to be sent to the class members about the settlement |
| 2/28/12 RET | .1 | Communications with Settlement Administrator regarding transfer of data |
| 2/28/12 JMS | .2 | review Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction for Proceeding |
| 2/29/12 RET | .3 | Communications with Settlement Administrator regarding issues data for with 178 participants |
| 3/05/12 RET | .2 | Communications with Settlement Administrator regarding issues data for with 178 participants |
| 3/06/12 RET | .3 | Communications with Daniel Ray regarding whether LTIP participants must make claims in the Fair Fund settlement |
| 3/07/12 RET | .2 | Communication with Laurel Van Allen regarding participant data |
| 3/07/12 RET | .1 | Communication with Michael Wall regarding participant data |
| 3/08/12 RET | .3 | Communications with Dave Deppe and Peter Bisio regarding settlement payments |
| 3/08/12 RET | .3 | Communications with Tina Chiango and Laurel Van Allen regarding data for 186 participants |
| 3/09/12 RET | .2 | Communication with Jennifer Palmer regarding notice for distribution |
| 3/09/12 RET | .4 | Review latest list from Tina Chiango regarding participant data |
| 3/09/12 RET | .3 | Communications with Daniel Ray regarding certified mailing of class action settlement |
| 3/09/12 RET | .2 | Further communications with Tina Chiango, Laurel Van Allen and Michael Wall regarding participant data |
| 3/09/12 RET | .1 | Communication to Tina Chiango and Laurel Van Allen regarding participant data |
| 3/09/12 RET | .1 | Communication with Daniel Ray regarding settlement |

| | | |
|---|---|---|
| 3/12/12 RET | .2 | Communications with Daniel Ray regarding status of mailing of allocation notice and participant data |
| 3/13/12 RET | .2 | Communications with Michael Wall, Tina Chiango and Laurel Van Allen, Laurel regarding Nortel class data and calculations |
| 3/16/12 RET | .2 | Communications with Michael Wall, Tina Chiango and Laurel Van Allen, Laurel regarding Nortel class data and calculations |
| 3/19/12 RET | .3 | Call with Anand Bhika and Daniel Ray regarding participant data |
| 3/19/12 RET | .2 | Communications with Tina Chiango, Michael Wall and Laurel Van Allen regarding class data and calculations |
| 3/19/12 RET | .3 | Communications with Anand Bhika and Daniel Ray regarding participant data |
| 3/19/12 RET | .1 | Communications with Daniel Ray regarding re allocation spreadsheet |
| 3/20/12 RET | .1 | Communications with Jason DeLong, Anand Bhika and Daniel Ray regarding status of participant data |
| 3/20/12 RET | .1 | Communications with Michael Wall regarding status of participant data |
| 3/20/12 RET | .1 | Communications with Anand Bhika re status regarding participant data |
| 3/21/12 RET | .2 | Communications with Tina Chiango and Michael Wall regarding instructions for forwarding participant data via certified mail |
| 3/21/12 RET | .3 | Review participant data received from Daniel Ray |
| 3/21/12 RET | .2 | Communications with Anand Bhika, Daniel Ray and Tina Chiango regarding participant data |
| 3/21/12 RET | .2 | Communication with Michael Wall forwarding participant data information |
| 3/21/12 RET | .1 | Communications with Daniel Ray obtaining participant data information |
| 3/21/12 RET | .2 | Further communications with Tina Chiango, Anand Bhika and Daniel Ray regarding participant data |
| 3/21/12 RET | .2 | Communication with Anand Bhika and Daniel Ray regarding calculations of participant data |
| 3/21/12 RET | .2 | Review draft calculation notice |

| | | |
|---|---|---|
| 3/29/12 RET | .2 | Communications with Daniel Ray regarding status of calculation notices and responsibility of payment regarding same |
| 3/29/12 RET | .1 | Communications with Michael Wall regarding Nortel calculation notice |
| 3/29/12 RET | .1 | Communications with Daniel Ray regarding allocation spreadsheet |
| 3/29/12 RET | .1 | Communications with Michael Wall regarding costs of mailing calculation notice |
| 3/29/12 RET | .1 | Communications with Daniel Ray regarding the allocation spreadsheet from the settlement administrator |
| 3/29/12 RET | .1 | Communications with Michael Wall regarding the allocation spreadsheet from the settlement administrator |
| 3/30/12 RET | .1 | Communications with Michael Wall regarding calculation notice and status of spreadsheet |
| 3/30/12 RET | .2 | Communications with Kathryn Schultea regarding additional information needed for calculations notices |
| 3/31/12 RET | .3 | Communications with John Ray and Kathy Schultea regarding additional information in calculation notices |
| 4/02/12 RET | .1 | Further communications with Daniel Ray regarding proposed allocation notice |
| 4/02/12 RET | .1 | Communications with Daniel Ray regarding proposed allocation notice and status of reply from Cleary |
| 4/02/12 JMS | .1 | Review notice of filing of transcript and deadlines of proceedings |
| 4/03/12 RET | .3 | Communications with Michael Wall regarding changes to calculation notice |
| 4/03/12 RET | .1 | Communications with Daniel Ray regarding status of allocation spreadsheet |
| 4/03/12 RET | .1 | Communications with Michael Wall regarding additional information for inclusion in calculation notice |
| 4/03/12 RET | .1 | Communications with Daniel Ray regarding distribution investment |
| 4/03/12 RET | .1 | Communications with Kathryn Schultea regarding calculation notice |

| | | |
|---|---|---|
| 4/03/12 RET | .1 | Further communications with Michael Wall regarding changes to calculation notice and deadline for allocation distribution |
| 4/04/12 RET | .3 | Communications with plaintiff's counsel regarding allocation notice and related issues |
| 4/04/12 RET | .1 | Communications with Katheryn Schultea, Daniel Ray, John Ray and Cynthia Zaleta regarding status of calculation notice from Settlement Administrator |
| 4/04/12 RET | .4 | Review current draft of distribution file |
| 4/04/12 RET | .1 | Communications with Michael Wall regarding settlement items to finish |
| 4/04/12 RET | .1 | Communications with Kathryn Schultea regarding itemization of costs |
| 4/05/12 RET | .3 | Review spreadsheet of class members |
| 4/05/12 RET | .2 | Review revised draft allocation notice with formula |
| 4/05/12 RET | .4 | Communications with Dan Ray and Tina Chiango regarding issues related to settlement allocation and amounts |
| 4/05/12 RET | .4 | Communications with Tina Chiango and Hewitt regarding calculation of allocation for participants |
| 4/05/12 RET | .1 | Communications with Kathryn Schultea regarding approval of allocation notice |
| 4/05/12 RET | .1 | Communications with Michael Wall and Tina Chiango regarding approval of allocation notice |
| 4/05/12 RET | .1 | Communications with Tina Chiango and Michael Wall regarding finalizing settlement |
| 4/05/12 RET | .2 | Communications with Daniel Ray regarding identification of Cross and Donovan as NNI employees |
| 4/05/12 RET | .1 | Communications with plaintiff's counsel regarding current settlement distribution amount |
| 4/05/12 RET | .1 | Communications with Michael Wall regarding payouts of settlement |
| 4/05/12 RET | .2 | Communications with Daniel Ray and Anand Bhika regarding a spreadsheet from Tina Chiango of class members |

| | | |
|---|---|---|
| 4/05/12 RET | .1 | Communications with Daniel Ray regarding change to settlement distribution |
| 4/05/12 RET | .1 | Communications with Tina Chiango and Michael Wall regarding identification numbers for Mary Cross and William Donovan |
| 4/05/12 RET | .2 | Communications with Daniel Ray regarding allocation spreadsheet |
| 4/05/12 RET | .1 | Communications with Tina Chiango regarding allocation spreadsheet |
| 4/05/12 RET | .2 | Communications with Tina Chiango and Daniel Ray regarding distribution file |
| 4/05/12 RET | .1 | Communications with Michael Wall regarding RRSP and LTIP' |
| 4/05/12 RET | .1 | Further communications with Daniel Ray regarding identification of Cross and Donovan as NNI employees |
| 4/05/12 RET | .1 | Communications with Kathryn Schultea, Daniel Ray and Cynthia Zaleta regarding revised sample allocation notice |
| 4/05/12 RET | .1 | Communications with Tina Chiango and Daniel Ray regarding listing of participants |
| 4/06/12 RET | .2 | Communications with plaintiff's counsel and Hewitt regarding how to deal with participants |
| 4/06/12 RET | .1 | Communications with Tina Chiango and Michael Wall regarding identification of Mary Cross and William Donovan as NII employees |
| 4/06/12 RET | .1 | Communications with Dan Ray regarding exclusion of defendants from settlement |
| 4/09/12 RET | .2 | Communications with plaintiffs' counsel and Tina Chiango regarding mailing date of allocation notice |
| 4/09/12 RET | .3 | Communications with Daniel Ray and plaintiff's counsel regarding remaining settlement items |
| 4/09/12 RET | .2 | Communications with Michael Wall and Tina Chiango regarding cost of mailing allocation notices |
| 4/09/12 RET | .1 | Review plaintiff's responses to defendants' requests for admissions |
| 4/09/12 JMS | .2 | Communications with plaintiffs' counsel and Tina Chiango regarding mailing date of allocation notice |

| 4/10/12 RET | .2 | Communications with Kathryn Schultea and Dan Ray regarding payment of mailing allocations notices |
| 4/10/12 RET | .1 | Communication with Kathryn Schultea regarding wiring information for payment for mailing allocations notices |
| 4/10/12 RET | .2 | Communications with Michael Wall regarding payment of mailing allocation notices |
| 4/10/12 RET | .1 | Review notice of the eighty-second report of the bankruptcy monitor |
| 4/10/12 RET | .1 | Communications with Daniel Ray regarding status of allocation notices |
| 4/10/12 JMS | .1 | Review notice of the eighty-second report of the bankruptcy monitor |
| 4/11/12 RET | .1 | Communications with Michael Wall and Tina Chiango regarding release of funds for mailing expenses of allocation notices |
| 4/12/12 RET | .1 | Communications with Tina Chiango and Michael Wall regarding status of mailing allocation notices |
| 4/13/12 RET | .1 | Communications with Dan Ray regarding completion of wire transfer for funds to mailing of calculation notices |
| 4/16/12 RET | .1 | Communications with plaintiff's counsel and Tina Chiango regarding payment of allocation notices |
| 4/16/12 RET | .1 | Communications with Daniel Ray regarding payment of allocation notices |
| 4/16/12 RET | .1 | Communications with Daniel Ray regarding receipt of funds by plaintiff's counsel |
| 4/16/12 RET | .2 | Further communications with plaintiff's counsel and Tina Chiango regarding timing of mailing of allocation notices |
| 4/17/12 RET | .1 | Communications with Daniel Ray regarding timeliness of mailing allocation notices |
| 4/19/12 JMS | .1 | Review Notice of Filing of Transcript for Proceedings Held on March 22 |
| 4/23/12 RET | .2 | Communications with Daniel Ray regarding mailing of allocation notices |
| 4/23/12 RET | .1 | Communications with Daniel Ray regarding completion of wire transfer |
| 4/23/12 RET | .2 | Communications with Michael Wall and Tina Chiango regarding status of mailings |

| | | | |
|---|---|---|---|
| 4/23/12 JMS | .1 | Review notice of filing of stay extension order and endorsement | |
| 4/24/12 JMS | .1 | Review Notice of Motion for an Order Determining How Recognition Order Affects Relief Sought | |
| 4/25/12 JMS | .1 | Review notice of filing of transcript of the proceedings held | |

SUB TOTAL      12,427.50

L190 Other Case Assessment, Devel. & Adm

| | | | |
|---|---|---|---|
| 2/03/12 RWJ | .1 | Conference with Rene Thorne regarding deadlines | |
| 2/03/12 RWJ | .2 | Review and update scheduling chart | |

SUB TOTAL      45.00

L210 Pleadings

| | | | |
|---|---|---|---|
| 4/19/12 RET | .1 | Review notice of filing of transcript of proceedings held on March 22, 2012 with deadlines received from the United States Bankruptcy | |
| 4/23/12 RET | .2 | Review notice of filing of stay extension order and endorsement received from Bankruptcy Court | |
| 4/24/12 RET | .3 | Review beneficiaries notice of motion for an order determining how recognition order affects relief sought regarding bankruptcy case | |
| 4/25/12 RET | .1 | Review notice of filing of transcript and deadlines related to restriction and redaction in connection with proceedings held on April 18, 2012 | |

SUB TOTAL      350.00

L250 Other Written Motions & Submissions

| | | | |
|---|---|---|---|
| 2/20/12 JMS | .2 | Review Eightieth Monitor Report | |
| 2/22/12 RET | .4 | Review Notice of Filing of Eightieth Report of the Monitor | |
| 2/22/12 JMS | .4 | Review Notice of Filing of Eightieth Report of the Monitor | |

SUB TOTAL      455.00

| | |
|---|---|
| TOTAL SERVICES | $13,627.50 |
| TOTAL HOURS: | 28.1 |
| FEE GRAND TOTAL: | $13,627.50 |
| NORTEL'S 50% TOTAL: | $6,738.75 |

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED


L120 Analysis/Strategy


| 2/13/12 RET | .2 | Communications with Annie Cordo regarding Twelfth Quarterly Fee Hearing |

2/13/12 RET   .2      Communications with Annie Cordo regarding Twelfth
                      Quarterly Fee Hearing

2/24/12 RET   .3      Communications with Terry Gilroy regarding audit response with respect
                      to the ERISA litigation

2/28/12 RET   .3      Review 35th interim fee application and  communications with Annie
                      Cordo regarding same

2/28/12 JMS   .2      Edit 34th fee application

2/28/12 JMS   .2      Edit quarterly fee application

2/28/12 JMS   .2      Edit 35th fee application

2/29/12 RET   .3      Review 12th quarterly fee application and communications with Annie
                      Cordo regarding same

                                         SUB TOTAL  885.50

L160 Settlement/Non-Binding ADR

2/22/12 RET  .3      Communications with Daniel Ray regarding questions related to
                     distribution of settlement proceeds

2/23/12 RET  .2      Communications with Laurel Van Allen regarding questions from
                     settlement administrator regarding participant data

                                         SUB TOTAL  275.00

L190 Other Case Assessment, Devel. & Adm

2/01/12 RWJ  1.0      Draft thirty-fourth fee application

2/07/12 RWJ   .1      Docket return deadline for fee applications

2/07/12 RWJ   .2      Office conference with Jason Stein regarding deadlines

2/07/12 RWJ   .1      Follow up on obtaining data for fee applications

2/13/12  RWJ  .1      Follow up on obtaining data for fee applications

2/13/12 JMS    .3      Revise bankruptcy reimbursement report

2/13/12 JMS    .2      Communication with Annie Cordo regarding upcoming fee hearing

2/15/12  RWJ  .1      Review notices of filings to determine further action

2/15/12  RWJ  .1      Follow up on obtaining data for fee applications

2/16/12  RWJ  .4      Revisions to thirty-fourth fee application

2/17/12 JMS    .2      Revise 34th interim report

2/24/12  RWJ  .8      Prepare exhibit A to thirty-fifth fee application

2/24/12  RWJ  .3      Prepare exhibit B to thirty-fifth fee application

2/27/12  RWJ  2.2      Draft thirty-fifth fee application

2/28/12  JMS   .3      Communication with Annie Cordo regarding upcoming fee hearing

2/28/12  RWJ  3.5      Draft twelfth quarterly fee application

2/29/12 RWJ    .1      Update quarterly fee application with information on filing of thirty-fifth
                       interim application

2/29/12 RWJ    .1      E-mail communications with Annie Cordo regarding filing of twelfth
                       quarterly fee application

2/29/12 JMS    .2      Communication with Annie Cordo regarding upcoming fee hearing

3/01/12 RWJ    .1      Communications with Annie Cordo regarding filing of applications

3/13/12 RWJ    .2      Teleconference with court to arrange for participation at hearing by
                       telephone

3/14/12 RWJ    .1    Prepare docket memorandum to attorneys regarding appearance at conference

3/15/12 RWJ    .1    E-mail memorandum to Rene Thorne regarding accuracy of fee order

3/15/12 RWJ    .2    Compare omnibus fee order to fee applications to verify accuracy

3/22/12 RWJ    .1    Prepare docket memorandum regarding deadlines for fee applications

SUB TOTAL    1,773.75

L210 Pleadings

3/02/12 JMS    .2    Review Memorandum in Support Regarding Emergency Motion to Quash Subpoena To Take Trial Counsel's Deposition

3/13/12 JMS    .2    Review twelfth quarterly fee hearing order with communications from Annie Cordo regarding next hearing

3/14/12 RET    .1    Review notice from the bankruptcy court regarding the twelfth quarterly fee hearing

3/15/12 JMS    .2    Review notice of filing of transcript of proceeding held on March, 2012

3/20/12 RET    .2    Review Notice of Twelfth Quarterly Fee Hearing received from the Bankruptcy Court with draft order

3/20/12 JMS    .2    Review twelfth quarterly fee hearing order with communications from Annie Cordo regarding next hearing

3/22/12 RET    .1    Review notice of filing of transcript of proceedings held on March 8 2012 in Bankruptcy Court

3/22/12 RET    .2    Review twelfth quarterly fee hearing order with communications from Annie Cordo regarding next hearing

3/22/12 JMS    .1    Review notice of filing of transcript of proceedings held on March 8 2012 in Bankruptcy Court

3/22/12 JMS    .2    Review twelfth quarterly fee hearing order with communications from Annie Cordo regarding next hearing

4/10/12 RET    .2    Review notice of the eighty-first report of the bankruptcy monitor

4/10/12 RET    .2    Review notice of the eighty-third report of the bankruptcy monitor

4/10/12 RET   .2      Review notice of the eighty-second report of the bankruptcy monitor

4/10/12 RET   .2      Review notice of the eighty-fourth report of the bankruptcy monitor

4/10/12 JMS   .2      Review notice of the eighty-third report of the bankruptcy monitor

4/10/12 JMS   .2      Review notice of the eighty-first report of the bankruptcy monitor

4/10/12 JMS   .2      Review notice of the eighty-fourth report of the bankruptcy monitor


                                          SUB TOTAL   1,564.75

L250 Other Written Motions & Submissions

2/15/12  RET  .2      Review Notice of Filing of Transcript of Proceedings

2/27/12  RET  .4      Review 33rd Interim Fee Application and exhibits and communications
                     with Annie Cordo regarding same

2/27/12  RET  .2      Review 34th Interim Fee Application

                                          SUB TOTAL  860.75


TOTAL SERVICES          $5,359.75

TOTAL HOURS:                17.2

FEE GRAND TOTAL:        $5,359.75

4843-6933-7615, v.  1