# EXHIBIT A

4277185.1

**Keightley & Ashner LLP**
**One Metro Center**
**700 12th Street, N.W., Suite 700**
**Washington, DC 20005**
**Federal Tax ID: 20-2443815**

Invoice submitted to:
John J. Ray, III
Principal Officer, Nortel Networks, Inc.
c/o Avidity Partners LLC
18 West 140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181

May 29, 2012

In Reference To:   Nortel Employee Benefits Issues (November 1, 2011, to April 30, 2012)

Invoice #  2270

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Employee Benefits/Pensions** | | | | |
| 11/30/2011 | Harold Ashner | Telephone conference with Louis Lipner re recent discussions with PBGC relating to information request (.3) and re appropriate bankruptcy procedures relating to prospective engagement with new client (.1) (portion of call relating to employee benefits/pensions) | 0.30 $700.00/hr | $210.00 |
|  | Harold Ashner | Confer with Jim Keightley re strategy and related issues discussed with Louis Lipner re recent discussions with PBGC relating to information request | 0.20 $825.00/hr | $165.00 |
|  | Jim Keightley | Confer with Harold Ashner re strategy and related issues discussed with Louis Lipner re recent discussions with PBGC relating to information request | 0.20 $825.00/hr | $165.00 |
| SUBTOTAL: | | | [ 0.70 | $540.00] |
| **Fee/Employment Applications** | | | | |
| 11/1/2011 | Harold Ashner | Review email from Annie Cordo re fee hearing and related issues | 0.10 $700.00/hr | $70.00 |
| 11/17/2011 | Harold Ashner | Prepare draft of third quarterly fee application | 0.40 $700.00/hr | $280.00 |
|  | Harold Ashner | Prepare draft of fourth interim fee application | 0.50 $700.00/hr | $350.00 |
|  | Harold Ashner | Review and edit K&A bill | 0.30 $700.00/hr | $210.00 |
|  | Harold Ashner | Final review of draft third quarterly fee application, of draft fourth interim fee application, and of draft K&A bill, and send to Jim Keightley for review | 0.20 $700.00/hr | $140.00 |
|  | Harold Ashner | Confer with Jim Keightley re draft fee application package (.1); final review of same and send to Annie Cordo (.2) | 0.30 $825.00/hr | $247.50 |
|  | Jim Keightley | Review draft fee application package (.2) and confer with Harold Ashner re same (.1) | 0.30 $750.00/hr | $225.00 |
| 11/18/2011 | Harold Ashner | Telephone conference with Annie Cordo re draft third quarterly fee application and draft fourth interim fee application | 0.20 $700.00/hr | $140.00 |
|  | Harold Ashner | Final review of, and make final changes to, interim and quarterly fee applications, and send to Annie Cordo with instructions | 0.20 $700.00/hr | $140.00 |
| 11/29/2011 | Harold Ashner | Review email from Annie Cordo re revisions to fee application package | 0.10 $825.00/hr | $82.50 |
| 11/30/2011 | Harold Ashner | Telephone conference with Louis Lipner re recent discussions with PBGC relating to information request (.3) and re appropriate bankruptcy procedures relating to prospective engagement with new client (.1) (portion of call relating to fee/employment applications) | 0.10 $700.00/hr | $70.00 |
| 12/6/2011 | Harold Ashner | Review email from Annie Cordo re fee hearing and related issues | 0.10 $700.00/hr | $70.00 |
| 12/13/2011 | Harold Ashner | Preparation for participation in fee application hearing (review interim/quarterly fee applications, including brief review of bill entries, and retention papers, along with CourtCall instructions) | 0.30 $700.00/hr | $210.00 |
| 12/14/2011 | Harold Ashner | Review email from Annie Cordo re fee application order and upcoming hearing | 0.10 $700.00/hr | $70.00 |
| 2/13/2012 | Harold Ashner | Review email from Annie Cordo re fee hearing and related issues | 0.10 $825.00/hr | $82.50 |

Page 2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/27/2012 | Harold Ashner | Review email from Annie Cordo, along with prior quarterly and interim fee applications and billing records to determine content of additional interim/quarterly applications due March 1, 2012 | 0.40 $825.00/hr | $330.00 |
|  | Harold Ashner | Telephone conference with Annie Cordo re deferral of filing interim/quarterly fee application package to next quarterly deadline | 0.10 $825.00/hr | $82.50 |
|  | SUBTOTAL: |  | [ 3.80 | $2,800.00] |
|  | For professional services rendered |  | 4.50 | $3,340.00 |