**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re*                                                                    :        Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                              :        Case No. 09-10138 (KG)
:
                  Debtors.               :        Jointly Administered
:
:        **Hearing Date: June 21, 2012 at 10:00 a.m. (ET)**
:
---------------------------------------------------------X

**FOURTH QUARTERLY OR SEMIANNUAL FEE APPLICATION REQUEST OF
KEIGHTLEY & ASHNER LLP AS SPECIAL PENSION BENEFITS COUNSEL
FOR DEBTORS AND DEBTORS IN-POSSESSION,
FOR THE PERIOD NOVEMBER 1, 2011 THROUGH APRIL 30, 2012**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Keightley & Ashner LLP ("K&A") hereby submits its Fourth Quarterly or Semiannual Quarterly Fee Application Request (the "Request") for the period November 1, 2011, through and including April 30, 2012[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly application Docket Item No. 7712 contain detailed listing of K&A's requested fees and expenses for the Application Period.

K&A seeks approval for the following fee application that was filed for the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 5/29/12 D.I. 7712 | 11/1/11 – 4/30/12 | $3,340 | $0 | Pending | $2,662 | $0 | $668 |
| **TOTAL** | | **$3,340** | **$0** | | **$2,662** | **$0** | **$668** |

In accordance with the Monthly Compensation Order, K&A seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, K&A respectfully requests that the Court enter the order attached hereto as Exhibit A and grant K&A such other and further relief as is just and proper.

Dated:  May 29, 2012                KEIGHTLEY & ASHNER LLP
                                    Washington, DC


                                    　/s/ James J. Keightley                
                                    James J. Keightley
                                    700 12th Street, NW, Suite 700
                                    Washington, DC 20005
                                    Telephone:  202-558-5150
                                    Facsimile:  202-330-5490

                                    *Special Pension Benefits Counsel for Debtors and Debtors in Possession*

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes)[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| James J. Keightley | Partner/Pensions | $750/$825 | 0.5 | $390 |
| Harold J. Ashner | Partner/ Pensions | $700/$825 | 4.0 | $2,937.50 |
| **TOTALS** | | | **4.5** | **$3,340** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[3] In accordance with K&A policy, normal hourly rates increased effective January 1, 2012.

3

4

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Applications | 3.8 | $2,800 |
| Employee Benefits/Pensions | 0.7 | $540 |
| **TOTAL** | **4.5** | **$3,340** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| N/A | N/A | N/A |
| **Grand Total Expenses** | | **00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]