IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Hearing Date: June 21, 2012 at 10.00 a.m.** <br> ) |

## NOTICE OF THIRTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:          Ashurst LLP

Authorized to Provide
Professional Services to:          Official Committee of Unsecured Creditors

Date of Retention:          March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought:          February 01, 2012 through April 30, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:          £43,244.50 (US$ 67,893.87)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:          £222.43 (US$ 349.22)[4]

This is (a)n: __X__ interim _____ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's February 2012, March 2012 and April 2012 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$ 1.57 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$ 1.57 as published by Bloomberg.com on the date of the application.

24606802

Case 09-10138-MFW    Doc 7714    Filed 05/29/12    Page 2 of 2

|  |  | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 03/27/12 Docket No. 7456 | 02/01/12 – 02/29/12 | £13,598.50 | £31.34 | £10,878.80 | £31.34 | £2,719.70 |
| Date Filed: 04/24/12 Docket No. 7582 | 03/01/12 – 03/31/12 | £16,502.50 | £98.93 | £13,202.00 | £98.93 | £3,300.50 |
| Date Filed: 05/24/12 Docket No. 7694 | 04/01/12 – 04/30/12 | £13,143.50 | £92.16 | Pending Obj deadline 06/14/12 £10,514.80 | Pending Obj deadline 06/14/12 £92.16 | £2,628.70 |
| **TOTALS:** |  | £43,244.50 | £222.43 | £34,595.60[5] | £222.43[6] | £8,648.90 |

Summary of any Objections to Fee Applications: None.

Dated: May 28, 2012
London, United Kingdom

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column including amounts pending approval.

[6] The total amount reflected in this column including amounts pending approval.