

**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

May 17, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
Nortel Networks Inc.
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY  10017

Re:  Claim withdrawal for NORTEL NETWORKS INC.
     Docket #:  09-10138 KG

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim (claim #8251) in the amount of $150.00 with a statement date of 04/30/2012. There is no surviving Administrative Expense period proof of claim for docket #09-10138.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

*[signature]*

Tax Compliance Representative

cc: David Demeter

FILED / RECEIVED

MAY 2 1 2012

EPIQ BANKRUPTCY
SOLUTIONS, LLC