IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
*In re*                                                        :    Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :    Case No. 09-10138 (KG)
                                                               :
                                  Debtors.                     :    Jointly Administered
                                                               :
---------------------------------------------------------------X

## WITHDRAWAL OF PROOFS OF CLAIM

The State of California, Franchise Tax Board ("FTB") hereby withdraws the following proof of claims, without prejudice, against the following debtors:

1. Nortel Networks, Inc., Claim Number 4292;

2. Alteon WebSystems, Inc., Claim Number 4293;

3. Sonoma Systems, Claim Number 4295;

4. Xros, Inc., Claim Number 4294;

5. Northern Telecom International Inc., Claim Number 4296.

Dated: April 13, 2012

STATE OF CALIFORNIA FRANCHISE TAX BOARD

_____
Duc Nguyen
Special Programs Bureau
Bankruptcy Section – Mail Stop A-340
PO Box 2952, Sacramento, CA 95812-2952
Telephone: (916) 845 – 7561
Facsimile:  (916) 845 - 9799

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.