# EXHIBIT A

**February 1, 2012 through April 30, 2012**
**Time Records**

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Farswani Vikas | 1-Feb-12 | 2.50 | $899.00 | Call with Nortel and Cleary to discuss project progress. |
| Fishbaum David | 1-Feb-12 | 1.00 | $700.00 | Review issues and portfolio to discuss COLI options. |
| Fishbaum David | 1-Feb-12 | 1.00 | $700.00 | Call with DB to discuss COLI options. |
| Fishbaum David | 2-Feb-12 | 1.00 | $700.00 | Call with Fortress working group to discuss COLI options. |
| Fudacz Jim | 6-Feb-12 | 0.50 | $232.00 | Prepare project meeting timeline for DC project. |
| Farswani Vikas | 7-Feb-12 | 3.25 | $1,168.70 | Research hire and term dates for service for inactives. |
| Fudacz Jim | 7-Feb-12 | 1.00 | $464.00 | Continue preparing project meeting timeline for DC project. |
| Hughes Tammy | 7-Feb-12 | 1.00 | $678.60 | Plan termination process - meeting with Hewitt. |
| Smith Doug | 7-Feb-12 | 0.50 | $336.40 | Review of project status for DC plan. |
| Hughes Tammy | 8-Feb-12 | 1.75 | $1,187.56 | Plan termination process - meeting with Hewitt. |
| Zaleta Cynthia | 8-Feb-12 | 2.00 | $1,136.80 | Review project plan for plan termination process (1.0); preparation for and attendance at plan termination meeting (1.0). |
| Hughes Tammy | 9-Feb-12 | 3.50 | $2,375.10 | Plan termination process - meeting with Hewitt. |
| Smith Doug | 9-Feb-12 | 0.50 | $336.40 | Review of project status for Health plan. |
| Hughes Tammy | 10-Feb-12 | 5.00 | $3,393.00 | Plan termination process - meeting with Hewitt. |
| Zaleta Cynthia | 10-Feb-12 | 5.00 | $2,842.00 | Review of time line and project plan for plan termination process (3.0); preparation for and attendance at plan termination meeting (2.0) |
| Hughes Tammy | 13-Feb-12 | 0.75 | $508.96 | Plan termination analysis. |
| Smith Doug | 13-Feb-12 | 0.50 | $336.40 | Prepare for meeting to discuss project plan. |
| Bassett Eric | 14-Feb-12 | 0.25 | $188.50 | Review of progress of H&B project. |
| Chronister Mark | 14-Feb-12 | 1.00 | $696.00 | Telephone conference with committee working group to discuss committee data needs. |
| Smith Doug | 14-Feb-12 | 0.50 | $336.40 | Discussions with internal team to go over project status. |
| Lee Eumene | 15-Feb-12 | 2.00 | $568.40 | Additional data analysis based upon questions from debtors' counsel. |
| Smith Doug | 15-Feb-12 | 0.50 | $336.40 | Review of project status for DC plan. |
| Farswani Vikas | 16-Feb-12 | 3.50 | $1,258.60 | Research into H&W data issues. |
| Hughes Tammy | 16-Feb-12 | 1.25 | $848.26 | Plan termination analysis. |
| Lee Eumene | 16-Feb-12 | 1.50 | $426.30 | Additional data analysis based upon questions from debtors' counsel. |
| Chronister Mark | 17-Feb-12 | 1.00 | $696.00 | Coordination of retiree data issues. |
| Farswani Vikas | 17-Feb-12 | 4.25 | $1,528.30 | Research into H&W data issues. |
| Hardin Don | 17-Feb-12 | 0.25 | $181.26 | Peer review of H&W project information. |
| Hughes Tammy | 17-Feb-12 | 2.50 | $1,696.50 | Plan termination analysis. |
| Lee Eumene | 17-Feb-12 | 1.00 | $284.20 | Additional data analysis based upon questions from debtors' counsel. |
| Smith Doug | 17-Feb-12 | 0.50 | $336.40 | Review status of all open projects. |
| Zaleta Cynthia | 17-Feb-12 | 1.00 | $568.40 | Telephone conference with client working group regarding open projects. |
| O'Donnell Kyle | 20-Feb-12 | 3.00 | $800.40 | COLI sale option analysis. |
| Cook Thomas | 21-Feb-12 | 2.00 | $1,125.20 | Address data requests regarding COLI project. |
| Cook Thomas | 21-Feb-12 | 0.75 | $421.96 | Telephone conferences with working group regarding data requests for COLI. |
| Fudacz Jim | 21-Feb-12 | 0.75 | $348.00 | Prepare and issue log update for DC project. |
| Hughes Tammy | 21-Feb-12 | 1.50 | $1,017.90 | Prepare for meeting to discuss DC project plan. |
| Lee Eumene | 21-Feb-12 | 1.50 | $426.30 | Additional data analysis and liability valuation. |
| O'Donnell Kyle | 21-Feb-12 | 0.25 | $66.70 | COLI sale option analysis. |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Smith  Doug | 21-Feb-12 | 0.50 | $336.40 | Review of project status for DC plan. |
| Smith  Doug | 21-Feb-12 | 0.50 | $336.40 | Discussions with internal team regarding project status. |
| Chronister  Mark | 22-Feb-12 | 1.00 | $696.00 | Review responses to data issues and Aetna follow-ups. |
| Cook  Thomas | 22-Feb-12 | 1.25 | $703.26 | Review and analyze COLI report. |
| Cook  Thomas | 22-Feb-12 | 4.50 | $2,531.70 | Analysis of COLI options. |
| Farswani  Vikas | 22-Feb-12 | 3.50 | $1,258.60 | Analysis for revised H&W liabilities. |
| Fudacz  Jim | 22-Feb-12 | 0.25 | $116.00 | Issue log update for DC project. |
| Hardin  Don | 22-Feb-12 | 0.50 | $362.50 | Peer review of H&W project information. |
| Lee  Eumene | 22-Feb-12 | 1.00 | $284.20 | Additional data analysis and liability valuation. |
| Mayer  Julie | 22-Feb-12 | 7.00 | $527.80 | Assistance by Mercer Washington Resource Group. |
| Smith  Doug | 22-Feb-12 | 0.50 | $336.40 | Review of project status for Health plan. |
| Chronister  Mark | 23-Feb-12 | 1.00 | $696.00 | Review responses to data issues and Aetna follow-ups. |
| Cook  Thomas | 23-Feb-12 | 2.75 | $1,547.16 | Analysis of COLI options. |
| DenUyl  Janet | 23-Feb-12 | 0.50 | $403.10 | Review and analyze information for COLI project. |
| Farswani  Vikas | 23-Feb-12 | 1.25 | $449.50 | Analysis for revised H&W liabilities. |
| Hughes  Tammy | 23-Feb-12 | 6.00 | $4,071.60 | Prepare for meeting to discuss DC project plan. |
| Smith  Doug | 23-Feb-12 | 0.50 | $336.40 | Cross team coordination of client issues. |
| Chronister  Mark | 24-Feb-12 | 0.50 | $348.00 | Review responses to data issues and Aetna follow-ups. |
| Cook  Thomas | 24-Feb-12 | 4.25 | $2,391.06 | Analysis of COLI options and report development. |
| Cook  Thomas | 24-Feb-12 | 0.50 | $281.30 | Internal meeting to discuss analysis and deliverables regarding COLI project. |
| DenUyl  Janet | 24-Feb-12 | 6.00 | $4,837.20 | Review and analyze information for COLI project. |
| Hardin  Don | 24-Feb-12 | 0.50 | $362.50 | File review for H&W project. |
| Hughes  Tammy | 24-Feb-12 | 2.00 | $1,357.20 | Prepare for meeting to discuss DC project plan. |
| O'Donnell  Kyle | 24-Feb-12 | 4.75 | $1,267.30 | COLI sale option analysis. |
| Smith  Doug | 24-Feb-12 | 1.50 | $1,009.20 | Review of project status for Health plan. |
| Zaleta  Cynthia | 24-Feb-12 | 1.00 | $568.40 | Review deck and notice. |
| Cook  Thomas | 27-Feb-12 | 2.50 | $1,406.50 | Analysis of COLI options and report development |
| DenUyl  Janet | 27-Feb-12 | 6.50 | $5,240.30 | Preparation of report for COLI meeting (3.5); preparation and attendance of meeting to discuss COLI options (3.0) |
| Farswani  Vikas | 27-Feb-12 | 0.50 | $179.80 | Provide additional detail for client meeting regarding H&W options. |
| Hardin  Don | 27-Feb-12 | 8.00 | $5,800.00 | Prepare for client meeting regarding plan options (5.0); attend same (3.0). |
| Hughes  Tammy | 27-Feb-12 | 4.00 | $2,714.40 | Prepare for and attend meeting with client regarding plan options. |
| Lee  Eumene | 27-Feb-12 | 1.00 | $284.20 | Retiree settlement - additional liability analysis. |
| O'Donnell  Kyle | 27-Feb-12 | 0.50 | $133.40 | COLI sale option analysis. |
| Smith  Doug | 27-Feb-12 | 0.50 | $336.40 | Discussions with internal team to go over project status. |
| Zaleta  Cynthia | 27-Feb-12 | 8.00 | $4,547.20 | Prepare for client meeting regarding plan options (5.0); attend same (3.0). |
| Farswani  Vikas | 28-Feb-12 | 1.75 | $629.30 | Analyze and research issues regarding years of service for inactives. |
| Hughes  Tammy | 28-Feb-12 | 1.25 | $848.26 | Review and revise Q&A template (0.5); review agreements for investment consulting options for same (0.75). |
| Lee  Eumene | 28-Feb-12 | 0.50 | $142.10 | Retiree settlement - additional liability analysis. |
| Montgomery  Eileen | 28-Feb-12 | 1.00 | $700.00 | Work on COLI option. |
| O'Donnell  Kyle | 28-Feb-12 | 2.50 | $667.00 | COLI sale option analysis. |
| Smith  Doug | 28-Feb-12 | 0.50 | $336.40 | Review of project status for Health plan. |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Hughes  Tammy | 29-Feb-12 | 3.75 | $2,544.76 | Continue reviewing and revising Q&A template (2.25); review agreements for investment consulting options for same (1.50). |
| Lee  Eumene | 29-Feb-12 | 2.00 | $568.40 | Retiree settlement - additional liability analysis. |
| Smith  Doug | 29-Feb-12 | 0.50 | $336.40 | Review of project materials for status of open projects. |
| Zaleta  Cynthia | 29-Feb-12 | 2.00 | $1,136.80 | Attend client meetings regarding open projects (1.0); review LTIP letter (1.0). |
| Chronister  Mark | 1-Mar-12 | 8.00 | $5,568.00 | Attend 1114 committee meetings and preparation for same. |
| Hughes  Tammy | 1-Mar-12 | 1.50 | $1,017.90 | Conference call with client working group to discuss Form 5310 filing (0.75); review final Q&A (0.75). |
| Zaleta  Cynthia | 1-Mar-12 | 2.50 | $1,421.00 | Multiple e-mail correspondence with internal working group regarding termination filings (0.25); review letters for same (1.75); working group discussions regarding same (0.5). |
| Hughes  Tammy | 2-Mar-12 | 0.75 | $508.96 | Conference call with client working group to discuss Form 5310 filing (0.5); review final Q&A (0.25). |
| Zaleta  Cynthia | 2-Mar-12 | 1.50 | $852.60 | Multiple e-mail correspondence with internal working group regarding termination filings (0.25); review letters for same (1.25). |
| Hughes  Tammy | 5-Mar-12 | 1.25 | $848.26 | DC Plan conference call (0.5); review communication materials for same (0.25); revise Q&A (0.5). |
| Smith  Doug | 5-Mar-12 | 0.50 | $336.40 | Review of project status for DC plan. |
| Smith  Eileen | 5-Mar-12 | 2.00 | $812.00 | Update project plan and create term project plan. |
| Zaleta  Cynthia | 5-Mar-12 | 2.00 | $1,136.80 | Prepare agenda for term letter conference call (0.25); attend conference call regarding same (0.50); prepare worksteps update (0.5); prepare LTIP term steps (0.50); conference call with client working group regarding same (0.25). |
| Hughes  Tammy | 6-Mar-12 | 1.75 | $1,187.56 | DC Plan conference call (0.75); review communication materials for same (0.25); revise |
| Smith  Doug | 6-Mar-12 | 1.00 | $672.80 | Review of project status for DC plan. |
| Smith  Eileen | 6-Mar-12 | 2.00 | $812.00 | Update project plan and create term project plan. |
| Zaleta  Cynthia | 6-Mar-12 | 3.50 | $1,989.40 | Attend conference call regarding termination letter issues (1.0); prepare worksteps update (1.5); prepare LTIP term steps (0.50); conference call with client working group regarding same (0.50). |
| Chronister  Mark | 7-Mar-12 | 0.50 | $348.00 | Respond to data requests for 1114 committee. |
| Chronister  Mark | 8-Mar-12 | 0.50 | $348.00 | Respond to data requests for 1114 committee. |
| Hughes  Tammy | 8-Mar-12 | 0.50 | $339.30 | DC Plan conference call (0.25); review  materials in preparation for same (0.25). |
| Sachs  Paul | 8-Mar-12 | 1.00 | $667.00 | Research/prep for DC termination discussion. |
| Smith  Doug | 8-Mar-12 | 0.50 | $336.40 | Review status of open projects. |
| Smith  Eileen | 8-Mar-12 | 1.50 | $609.00 | Update project plan and create term project plan. |
| Zaleta  Cynthia | 8-Mar-12 | 1.50 | $852.60 | Attend weekly conference call regarding termination letter issues (0.5); worksteps updates based upon same (0.5); prepare LTIP term steps (0.5). |
| Balteanu  Cornel | 9-Mar-12 | 0.75 | $282.76 | Prepare project summary for FAS 112 work (0.75). |
| Chronister  Mark | 9-Mar-12 | 1.00 | $696.00 | Respond to data requests for 1114 committee. |
| Farswani  Vikas | 9-Mar-12 | 2.50 | $899.00 | Telephone conference with debtors' counsel regarding H&W cost analysis (0.50); review and prepare for same (1.0); additional analysis of data based upon same (1.0). |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Hardin  Don | 9-Mar-12 | 0.25 | $181.26 | Prepare for discussion with debtors counsel regarding H&W project. |
| Hardin  Don | 9-Mar-12 | 0.50 | $362.50 | Telephone conference with debtors' counsel regarding H&W project. |
| Hughes  Tammy | 9-Mar-12 | 1.00 | $678.60 | Attend DC Plan working group conference call (0.5); review materials in preparation for same (0.5). |
| Lee  Eumene | 9-Mar-12 | 0.50 | $142.10 | Research retiree settlement issues (0.5). |
| Sachs  Paul | 9-Mar-12 | 1.25 | $833.76 | Research for DC termination issues (1.25) |
| Smith  Doug | 9-Mar-12 | 1.50 | $1,009.20 | Discussions with internal team members to go over project status. |
| Zaleta  Cynthia | 9-Mar-12 | 1.00 | $568.40 | Attend weekly conference call regarding termination letter issues (0.75); prepare worksteps updates based upon same (0.25). |
| Chronister  Mark | 12-Mar-12 | 1.50 | $1,044.00 | Call with committee advisors regarding methodology. |
| Farswani  Vikas | 12-Mar-12 | 1.00 | $359.60 | Conference with debtors' counsel regarding H&W cost analysis (0.75); review and prepare for same |
| Hardin  Don | 12-Mar-12 | 0.75 | $543.76 | Conference with debtors' counsel regarding H&W project (0.75). |
| Smith  Eileen | 12-Mar-12 | 0.25 | $101.50 | Prepare project plan and term filing. |
| Zaleta  Cynthia | 12-Mar-12 | 1.00 | $568.40 | Attend termination weekly conference call (0.5); update termination processing based upon same (0.5). |
| Farswani  Vikas | 13-Mar-12 | 1.25 | $449.50 | Years of service issues discussion. |
| Hughes  Tammy | 13-Mar-12 | 1.25 | $848.26 | Weekly update call on DC plan options. |
| Smith  Doug | 13-Mar-12 | 1.00 | $672.80 | Review of project status for Health plan. |
| Smith  Eileen | 13-Mar-12 | 1.50 | $609.00 | Update project plan (0.25); revise plan term filing (0.75); prepare project plan agenda (0.5). |
| Smith  Eileen | 13-Mar-12 | 1.25 | $507.50 | Weekly conference call with Nortel and Hewitt regarding project status. |
| Zaleta  Cynthia | 13-Mar-12 | 3.50 | $1,989.40 | Conference call with working group regarding termination issues (1.0); review and prepare for same (0.25); update termination processing based upon same (1.5); prepare agenda for same (0.25); review work plan for same (0.5). |
| Smith  Doug | 14-Mar-12 | 0.50 | $336.40 | Prepare for meeting to discuss project plan. |
| Smith  Eileen | 14-Mar-12 | 1.00 | $406.00 | Review and revise project plan (0.25); update plan term filing (0.5); prepare project plan agenda (0.25). |
| Zaleta  Cynthia | 14-Mar-12 | 2.50 | $1,421.00 | Prepare for conference call regarding termination issues (0.25); attend conference call regarding same (0.75); update reports based upon same (1.5). |
| Balteanu  Cornel | 15-Mar-12 | 1.00 | $377.00 | Perform life liability calculations and test cases for FAS 112 work. |
| Farswani  Vikas | 15-Mar-12 | 0.50 | $179.80 | Review life insurance liability analysis for FAS 112. |
| Hardin  Don | 15-Mar-12 | 0.50 | $362.50 | Conference call with Aetna working group regarding H&W options. |
| Hughes  Tammy | 15-Mar-12 | 0.75 | $508.96 | Prepare DC plan loan letter. |
| Smith  Eileen | 15-Mar-12 | 1.00 | $406.00 | Update project plan (0.25); review and revise plan term filing (0.75). |
| Zaleta  Cynthia | 15-Mar-12 | 4.00 | $2,273.60 | Prepare for termination strategy conference call (0.5); attend same (1.0); update reports based upon same (2.5). |
| Hughes  Tammy | 16-Mar-12 | 0.50 | $339.30 | Continue preparation of DC plan loan letter (0.5). |
| Smith  Eileen | 16-Mar-12 | 0.25 | $101.50 | Update project plan and term filing. |
| Zaleta  Cynthia | 16-Mar-12 | 1.00 | $568.40 | Conference call regarding termination strategy (0.75); update reports based upon same (0.25). |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Balteanu  Cornel | 19-Mar-12 | 1.50 | $565.50 | Review and reconcile assumptions and date regarding FAS 112 work (0.75); analyze life liability calculations (0.75). |
| Bassett  Eric | 19-Mar-12 | 0.25 | $188.50 | Review status and progress of H&B project. |
| Hughes  Tammy | 19-Mar-12 | 0.50 | $339.30 | Review and revise participant letters (0.5). |
| Smith  Doug | 19-Mar-12 | 0.50 | $336.40 | Review status of DC plan project. |
| Zaleta  Cynthia | 19-Mar-12 | 2.50 | $1,421.00 | Attend weekly conference call regarding termination issues (1.0); prepare agenda for same (0.25); update workplans based upon same (0.5); follow-up with client based upon same (0.5); review and revise participant loan letter (0.25). |
| Balteanu  Cornel | 20-Mar-12 | 1.50 | $565.50 | Work on matching liabilities for FAS 112 work. |
| Hughes  Tammy | 20-Mar-12 | 1.25 | $848.26 | Review and further revise participant letters (0.25); attend conference call regarding project status (1.0). |
| Mayer  Julie | 20-Mar-12 | 9.75 | $735.16 | Assistance by Mercer Washington Resource Group. |
| Naughton  Matt | 20-Mar-12 | 0.25 | $166.76 | Review LTD analysis. |
| Smith  Doug | 20-Mar-12 | 1.50 | $1,009.20 | Review of project status for DC plan. |
| Smith  Eileen | 20-Mar-12 | 0.50 | $203.00 | Update project plan and agenda. |
| Smith  Eileen | 20-Mar-12 | 0.50 | $203.00 | Review Form 5310 questions (0.25); correspondence with Daniel regarding same (0.25). |
| Smith  Eileen | 20-Mar-12 | 1.00 | $406.00 | Attend weekly conference call with working group regarding project status. |
| Zaleta  Cynthia | 20-Mar-12 | 3.50 | $1,989.40 | Attend weekly conference call regarding project status (1.0); revise workplans based upon same (2.25); prepare agenda for same (0.25). |
| Naughton  Matt | 21-Mar-12 | 1.00 | $667.00 | Review LTD analysis. |
| Zaleta  Cynthia | 21-Mar-12 | 4.00 | $2,273.60 | Review and prepare for conference call regarding project status and issues (0.25); attend conference call regarding same (1.0); follow-up with client regarding same (0.75); update workplans based upon same (2.0). |
| Farswani  Vikas | 22-Mar-12 | 1.50 | $539.40 | Analyze life insurance liability calculations. |
| Hughes  Tammy | 22-Mar-12 | 0.75 | $508.96 | Revise participant letters (0.5); attend working group conference call regarding project status (0.25). |
| Smith  Doug | 22-Mar-12 | 0.50 | $336.40 | Review status of open projects. |
| Smith  Eileen | 22-Mar-12 | 0.25 | $101.50 | Update project plan and agenda. |
| Balteanu  Cornel | 23-Mar-12 | 0.75 | $282.76 | Calculate assumption rates and liability comparison for FAS 112 work. |
| Farswani  Vikas | 23-Mar-12 | 3.00 | $1,078.80 | Analyze life insurance liability calculations. |
| Naughton  Matt | 23-Mar-12 | 0.50 | $333.50 | Review LTD analysis. |
| Smith  Doug | 23-Mar-12 | 1.00 | $672.80 | Prepare for meeting to discuss project plan. |
| Smith  Eileen | 23-Mar-12 | 0.25 | $101.50 | Update project plan and agenda. |
| Balteanu  Cornel | 26-Mar-12 | 1.50 | $565.50 | Review liability comparison and methodology methods and analysis for FAS 112 work. |
| Zaleta  Cynthia | 26-Mar-12 | 1.50 | $852.60 | Attend conference call regarding project status (0.5); update workplans based upon same (0.75); follow-up with client regarding questions based upon same (0.25). |
| Balteanu  Cornel | 27-Mar-12 | 1.00 | $377.00 | Analyze data for FAS 112 work. |
| Smith  Doug | 27-Mar-12 | 0.50 | $336.40 | Review of project status for Health plan. |
| Smith  Eileen | 27-Mar-12 | 1.00 | $406.00 | Attend weekly telephone conference with working group (0.75); update work plan based upon same (0.25). |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Zaleta  Cynthia | 27-Mar-12 | 2.00 | $1,136.80 | Review and prepare for weekly conference call regarding project (0.5); attend same (0.75); update work plans based upon same (0.5); follow-up questions to client based upon same (0.25). |
| Naughton  Matt | 28-Mar-12 | 1.25 | $833.76 | Review LTD analysis. |
| Smith  Doug | 28-Mar-12 | 0.50 | $336.40 | Internal conferences regarding status of all projects. |
| Balteanu  Cornel | 29-Mar-12 | 1.25 | $471.26 | Review calculations for FAS 112 work. |
| Farswani  Vikas | 29-Mar-12 | 2.75 | $988.90 | Review life insurance liability calculations. |
| Naughton  Matt | 29-Mar-12 | 0.50 | $333.50 | Review spreadsheet calculations for LTD analysis. |
| Smith  Doug | 29-Mar-12 | 0.50 | $336.40 | Internal conferences regarding status of all projects. |
| Smith  Doug | 29-Mar-12 | 0.50 | $336.40 | Correspondence and conferences for cross team coordination of client issues. |
| Smith  Eileen | 29-Mar-12 | 2.00 | $812.00 | Update project plan (1.0); review correspondence regarding termination for same (0.5); prepare agenda based upon same (0.5). |
| Zaleta  Cynthia | 29-Mar-12 | 0.50 | $284.20 | Update project work plans. |
| Balteanu  Cornel | 30-Mar-12 | 0.25 | $94.26 | Review FAS 112 calculations. |
| Smith  Eileen | 30-Mar-12 | 0.25 | $101.50 | Update project plan. |
| Zaleta  Cynthia | 30-Mar-12 | 0.50 | $284.20 | Revise work plans for project (0.25); follow-up questions to client for same (0.25). |
| Balteanu  Cornel | 2-Apr-12 | 0.75 | $282.76 | Respond to inquiries from debtors' counsel regarding FAS 112 work. |
| Farswani  Vikas | 2-Apr-12 | 1.75 | $629.30 | Review and research life insurance liability calculations. |
| Hughes  Tammy | 2-Apr-12 | 0.75 | $508.96 | Review participant letters (0.25); attend weekly status conference call for DC plan (0.5). |
| Naughton  Matt | 2-Apr-12 | 0.25 | $166.76 | Review life insurance calculation results. |
| Smith  Eileen | 2-Apr-12 | 0.25 | $101.50 | Multiple e-mail correspondence with working group regarding DC plan. |
| Balteanu  Cornel | 3-Apr-12 | 0.50 | $188.50 | Respond to inquiries from debtors' counsel regarding FAS 112 work. |
| Hughes  Tammy | 3-Apr-12 | 1.50 | $1,017.90 | Review and prepare for conference call with working group regarding DC plan (0.5); attend same (1.0). |
| Smith  Doug | 3-Apr-12 | 0.50 | $336.40 | Review of project status for Health plan. |
| Smith  Eileen | 3-Apr-12 | 1.50 | $609.00 | Update project plan (1.25); review correspondence from working group for same (0.25). |
| Smith  Eileen | 3-Apr-12 | 1.00 | $406.00 | Attend weekly call on DC plan termination settlement. |
| Zaleta  Cynthia | 3-Apr-12 | 2.50 | $1,421.00 | Review draft settlement information. |
| Smith  Doug | 4-Apr-12 | 0.50 | $336.40 | Review status of multiple projects. |
| Smith  Eileen | 4-Apr-12 | 0.25 | $101.50 | Multiple e-mail correspondence from working group regarding DC plan issues. |
| Zaleta  Cynthia | 4-Apr-12 | 1.00 | $568.40 | Additional review of draft settlement information. |
| Balteanu  Cornel | 5-Apr-12 | 0.50 | $188.50 | Respond to inquiries from debtors' counsel regarding FAS 112 work. |
| Smith  Doug | 5-Apr-12 | 0.50 | $336.40 | Review project status for DC plan. |
| Smith  Eileen | 5-Apr-12 | 0.25 | $101.50 | Multiple e-mail correspondence from working group regarding DC plan issues. |
| Smith  Eileen | 5-Apr-12 | 0.25 | $101.50 | Update project plan based upon correspondence with working group. |
| Zaleta  Cynthia | 5-Apr-12 | 1.00 | $568.40 | Additional review of draft settlement information. |
| Balteanu  Cornel | 6-Apr-12 | 1.00 | $377.02 | Respond to inquiries from debtors' counsel regarding FAS 112 work. |
| Balteanu  Cornel | 6-Apr-12 | 1.50 | $565.50 | Perform additional FAS 112 calculations. |
| Farswani  Vikas | 6-Apr-12 | 0.50 | $179.80 | Research mortality assumptions for LTD settlement. |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Naughton Matt | 6-Apr-12 | 1.00 | $667.00 | Review life insurance calculation results. |
| Smith Doug | 6-Apr-12 | 0.50 | $336.40 | Review status and open issues for DC plan project. |
| Smith Doug | 9-Apr-12 | 1.00 | $672.80 | Internal conferences regarding status of open projects. |
| Balteanu Cornel | 10-Apr-12 | 0.50 | $188.50 | Respond to inquiries from debtors' counsel regarding FAS 112 work. |
| Balteanu Cornel | 10-Apr-12 | 1.50 | $565.50 | Analyze additional information for FAS 112 work. |
| Hughes Tammy | 10-Apr-12 | 1.50 | $1,017.90 | Review of settlement information (0.5); attend weekly DC plan call (1.0). |
| Naughton Matt | 10-Apr-12 | 0.50 | $333.50 | Review status of life insurance project. |
| Smith Doug | 10-Apr-12 | 0.50 | $336.40 | Prepare for meeting to discuss project plan. |
| Balteanu Cornel | 11-Apr-12 | 0.75 | $282.76 | Respond to inquiries from debtors' counsel regarding FAS 112 work. |
| Hughes Tammy | 11-Apr-12 | 0.25 | $169.66 | Review settlement information. |
| Zaleta Cynthia | 11-Apr-12 | 2.50 | $1,421.00 | Prepare fee disclosure and loan letters for termination steps. |
| Balteanu Cornel | 12-Apr-12 | 0.50 | $188.50 | Respond to inquiries from debtors' counsel regarding FAS 112 work. |
| Balteanu Cornel | 12-Apr-12 | 1.00 | $377.00 | Revise summary exhibit for FAS 112 work. |
| Hardin Don | 12-Apr-12 | 0.25 | $181.26 | Telephone conference with debtors' counsel to answer questions regarding H&W plans. |
| Smith Doug | 12-Apr-12 | 1.00 | $672.80 | Internal conferences and correspondence regarding coordination of cross-project client issues (0.5); review project materials for same (0.5). |
| Zaleta Cynthia | 12-Apr-12 | 1.50 | $852.60 | Additional preparation of fee disclosure and loan letters for termination steps. |
| Farswani Vikas | 13-Apr-12 | 1.25 | $449.50 | Review and analyze LTD mortality assumption calculations. |
| Hughes Tammy | 13-Apr-12 | 0.50 | $339.30 | Attend working group conference call regarding DC plan status. |
| Smith Doug | 13-Apr-12 | 0.50 | $336.40 | Prepare for meeting to discuss project plan. |
| Zaleta Cynthia | 13-Apr-12 | 2.00 | $1,136.80 | Additional preparation of fee disclosure and loan letters for termination steps. |
| Fudacz Jim | 16-Apr-12 | 0.50 | $232.00 | Telephone conferences with team members regarding DC plan documentation. |
| Hughes Tammy | 16-Apr-12 | 0.50 | $339.30 | Review and revise DC plan fee disclosures. |
| Smith Doug | 16-Apr-12 | 0.50 | $336.40 | Review of project status for Health plan. |
| Smith Eileen | 16-Apr-12 | 1.50 | $609.00 | Prepare project plan and agenda for April 17 and 24 calls (1.0); review correspondence from working group for same (0.5). |
| Zaleta Cynthia | 16-Apr-12 | 1.50 | $852.60 | Review QDRO information (0.5); review and revise work plan (1.0). |
| Hardin Don | 17-Apr-12 | 0.25 | $181.26 | Conferences with Aetna working group regarding H&W options. |
| Hughes Tammy | 17-Apr-12 | 0.75 | $508.96 | Review and revise DC plan fee disclosures. |
| Smith Doug | 17-Apr-12 | 1.00 | $672.80 | Review of project status for DC plan. |
| Smith Eileen | 17-Apr-12 | 1.25 | $507.50 | Update project plan and agendas for April 17 and 24 working group call. |
| Smith Eileen | 17-Apr-12 | 1.00 | $406.00 | Attend working group call. |
| Zaleta Cynthia | 17-Apr-12 | 4.00 | $2,273.60 | Review QDRO information (2.0); review and revise work plan (1.5); prepare agenda based upon same (0.5). |
| Smith Doug | 18-Apr-12 | 0.50 | $336.40 | Internal conferences regarding status of projects. |
| Smith Doug | 18-Apr-12 | 0.50 | $336.40 | Review status of DC plan project. |
| Smith Eileen | 18-Apr-12 | 0.50 | $203.00 | Update project plan. |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Zaleta  Cynthia | 18-Apr-12 | 1.25 | $710.50 | Review and revise work plan (0.5); review QDRO information (0.75). |
| Fudacz  Jim | 19-Apr-12 | 0.25 | $116.00 | Telephone conferences with team members regarding DC plan documentation. |
| Hughes  Tammy | 19-Apr-12 | 0.50 | $339.30 | Review and revise DC plan fee disclosures. |
| Smith  Eileen | 19-Apr-12 | 1.00 | $406.00 | Revise project plan (0.75); e-mail correspondence to working group regarding same (0.25). |
| Zaleta  Cynthia | 19-Apr-12 | 2.00 | $1,136.80 | Review of additional QDRO information (1.0); prepare agenda based upon same (0.25); review work plans for same (0.75). |
| Farswani  Vikas | 20-Apr-12 | 1.00 | $359.60 | Telephone conference with debtors' counsel regarding claims settlement for nonqualified plans. |
| Smith  Eileen | 20-Apr-12 | 0.25 | $101.50 | Update project plan and agenda for April 24 call. |
| Horner  Timothy | 23-Apr-12 | 1.00 | $759.80 | Review committee meeting notes for open project items. |
| Mayer  Julie | 23-Apr-12 | 8.25 | $622.06 | Assistance by Mercer Washington Resource Group. |
| Smith  Doug | 23-Apr-12 | 1.00 | $672.80 | Review status and open items for multiple projects. |
| Smith  Eileen | 23-Apr-12 | 0.75 | $304.50 | Review Puerto Rican filing requirement (0.25); update project plan (0.5). |
| Zaleta  Cynthia | 23-Apr-12 | 3.50 | $1,989.40 | Update timeline for management term process. |
| Smith  Doug | 24-Apr-12 | 0.50 | $336.40 | Prepare for meeting to discuss project plan. |
| Smith  Eileen | 24-Apr-12 | 1.25 | $507.50 | Update plan termination project plan (0.5); review PIC meeting notes for same (0.25); update agenda and total project plan (0.5). |
| Smith  Eileen | 24-Apr-12 | 1.00 | $406.00 | Weekly conference call with working group regarding project status. |
| Zaleta  Cynthia | 24-Apr-12 | 3.00 | $1,705.20 | Additional updates to timeline for management term process. |
| Smith  Doug | 25-Apr-12 | 0.50 | $336.40 | Review of project status for Health plan. |
| Smith  Eileen | 25-Apr-12 | 0.50 | $203.00 | Update plan termination project plan. |
| Smith  Doug | 26-Apr-12 | 0.50 | $336.40 | Conferences with internal working groups regarding status of projects. |
| Smith  Eileen | 26-Apr-12 | 1.50 | $609.00 | Update plan termination project plan (0.5); review PIC meeting notes for same (0.25); update agenda and total project plan (0.75). |
| Zaleta  Cynthia | 26-Apr-12 | 1.50 | $852.60 | Additional updates to timeline for management term process. |
| Smith  Eileen | 30-Apr-12 | 0.25 | $101.50 | Prepare project plan and agenda for weekly call with working group regarding status of project. |
| | Total: | 374.25 | $194,496.18 | |