# EXHIBIT B

**Expenses**
**February 1, 2012 through April 30, 2012**

| Date | Amount | Description |
|---|---|---|
| 2/27/2012 | $2,191.60 | Airfare to New York (Mark Chronister) |
| 2/27/2012 | $10.64 | Travel - Meals (Mark Chronister) |
| 2/27/2012 | $91.00 | Travel - Taxi (Mark Chronister) |
| 2/27/2012 | $26.26 | Travel - Transportation, parking (Mark Chronister) |
| 2/27/2012 | $58.47 | Travel - Miscellaneous travel charges (Mark Chronister) |
| 2/27/2012 | $421.40 | Airfare to New York - (Don Hardin) |
| 2/27/2012 | $37.68 | Travel - Taxi -(Don Hardin) |
| 2/27/2012 | $16.00 | Travel - Parking (Don Hardin) |
| 2/27/2012 | $39.75 | Travel - Dinner (Don Hardin) |
| 2/27/2012 | $14.43 | Travel - Mileage (Don Hardin) |
| 2/27/2012 | $941.00 | Airfare to New York (Tammy Hughes) |
| 2/27/2012 | $136.00 | Travel - local transportation (Tammy Hughes) |
| 2/27/2012 | $209.00 | Travel - Meals (Tammy Hughes) |
| 2/27/2012 | $74.00 | Travel - Miscelleanous travel charges (Tammy Hughes) |
| 2/27/2012 | $390.00 | Hotel - New York (Tammy Huges) |
| 2/27/2012 | $779.35 | Airfare to New York (Cynthia Zaleta) |
| 2/27/2012 | $12.95 | Travel - Miscellaneous travel charges (Cynthia Zaleta) |
| 2/27/2012 | $308.74 | Hotel - New York (Cynthia Zaleta) |
| 2/27/2012 | $162.77 | Travel - local transportaton (Cynthia Zaleta) |
| 2/27/2012 | $19.98 | Travel - Miscenalleous travel charges(Cynthia Zaleta) |
| 2/27/2012 | $43.93 | Travel - Meals (Cynthia Zaleta) |
| 2/29/2012 | $1,284.30 | Legal Administrative |
| 3/31/2012 | $648.00 | Legal Administrative |
| 4/30/2012 | $38.70 | Legal Administrative |
| **Total:** | **$7,955.95** | |