**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
*In re*                                                        : Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             : Case No. 09-10138 (KG)
                                                               :
                               Debtors.                        : Jointly Administered
                                                               :
                                                               :
                                                               : Hearing Date: June 21, 2012 at 10:00 a.m. (E.T.)
                                                               :
---------------------------------------------------------------X

**THIRTEENTH QUARTERLY FEE APPLICATION REQUEST OF
MERCER (US) INC., AS COMPENSATION SPECIALIST AND
CONSULTING EXPERT TO THE DEBTORS,
FOR THE PERIOD OF FEBRUARY 1, 2012 THROUGH APRIL 30, 2012**

In accordance with the Administrative Order, Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (the "*Interim Compensation Order*"), Mercer (US) Inc. ("*Mercer*") hereby submits its Twelfth Quarterly Fee Application Request (the "*Request*") for the period of February 1, 2012 through April 30, 2012 (the "*Application Period*").[2]

Mercer seeks approval for the amounts set forth in the following fee applications that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

[2] Exhibits A and B attached to the *Thirteenth Interim Application of Mercer As Compensation Specialist and Consulting Expert to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of February 1, 2012 through April 30, 2012* contain detailed listing of Mercer's requested fees and expenses for the Application Period.

were filed with respect to the Application Period:

| Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 5/29/2012 | 2/1/2012 – 4/30/2012 | $194,496.18 | $7,955.95 | Pending | Pending | Pending | Pending |
| **TOTAL** | | **$194,496.18** | **$7,955.95** | **Pending** | **Pending** | **Pending** | **Pending** |

In accordance with the Interim Compensation Order, Mercer seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Mercer respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Mercer such other and further relief as is just and proper.

Dated:  May 29, 2012                    **MERCER (US) INC.**

By:     /s/ Devon J. Eggert
       One of Its Attorneys

Devon J. Eggert
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois  60606
Telephone:  (312) 360-6000
Facsimile:  (312) 360-6995

**Compensation By Professional**

*February 1, 2012 through April 30, 2012*

| Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Balteanu, Cornel | Associate | $377.00 | 18.00 | $6,786.08 |
| Bassett, Eric | Senior Partner | $754.00 | 0.50 | $377.00 |
| Chronister, Mark | Principal | $696.00 | 16.00 | $11,136.00 |
| Cook, Thomas | Principal | $562.60 | 18.50 | $10,408.14 |
| DenUyl, Janet | Partner | $806.20 | 13.00 | $10,480.60 |
| Farswani, Vikas | Associate | $359.60 | 37.50 | $13,485.00 |
| Fishbaum, David | Principal | $700.00 | 3.00 | $2,100.00 |
| Fudacz, Jim | Senior Associate | $464.00 | 3.25 | $1,508.00 |
| Hardin, Don | Partner | $725.00 | 11.75 | $8,518.80 |
| Horner, Timothy | Partner | $759.80 | 1.00 | $759.80 |
| Hughes, Tammy | Principal | $678.60 | 52.25 | $35,457.00 |
| Lee, Eumene | Analyst | $284.20 | 11.00 | $3,126.20 |
| Mayer, Julie | Researcher | $75.40 | 25.00 | $1,885.02 |
| Montgomery, Eileen | Analyst | $700.00 | 1.00 | $700.00 |
| Naughton, Matt | Principal | $667.00 | 5.25 | $3,501.78 |
| O'Donnell Kyle | Associate | $266.80 | 11.00 | $2,934.80 |
| Sachs, Paul | Principal | $667.00 | 2.25 | $1,500.76 |
| Smith, Doug | Partner | $783.00 | 28.50 | $19,174.80 |
| Smith, Eileen | Senior Associate | $406.00 | 30.75 | $12,484.50 |
| Zaleta, Cynthia | Principal | $568.40 | 84.75 | $48,171.90 |
| | | **TOTALS:** | **374.25** | **$194,496.18** |
| | | **BLENDED RATE:** | | **$519.70** |

**Expense Summary**

*February 1, 2012 through April 30, 2012*

| Expense Category | Amount |
|---|---|
| Travel – Airfare | $4,323.35 |
| Travel – Lodging | $698.74 |
| Travel – Meals | $303.32 |
| Travel – Miscellaneous | $189.83 |
| Travel – Transportation | $469.71 |
| Administrative – Legal | $1,971.00 |
| **TOTAL** | **$7,955.95** |

3