IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                   Debtors. : Jointly Administered
:
: **Hearing Date: June 21, 2012 at 10:00 a.m. (E.T.)**
:
---------------------------------------------------------X

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 29, 2012, I served this *Thirteenth Quarterly Fee Application Request of Mercer (US) Inc. as Compensation Specialist and Consulting Expert to the Debtors for the Period of February 1, 2012 through April 30, 2012* by U.S. mail, proper postage prepaid.

                                                        /s/ Devon J. Eggert

| | |
|---|---|
| Gordon A. Davies<br>Nortel Networks, Inc.<br>195 The West Mall<br>Toronto, On M9C 5K1<br>*(Debtors)* | Patrick Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801-3519<br>*(U.S. Trustee)* |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br>*(Counsel for Official Committee<br>Of Unsecured Creditors)* | Fred S. Hodara, Esq.<br>Ryan C. Jacobs, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>*(Counsel for Official Committee<br>Of Unsecured Creditors)* |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

James L. Bromley, Esq
Cleary Gottlieb Stew & Hamilton LLP,
One Liberty Plaza
New York, New York 10006
*(Counsel to Debtors)*

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899—1347
*(Counsel to Debtors)*