# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** **RLKS Executive Solutions LLC**

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **4/1/2012** | **4/30/2012** |
| **Enter Billing Rate/Hr:** | **450.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 273.10 | $450.00 | $122,895.00 |
| 2 | Facility Document Inventory & Evacuation Review | 14.00 | $450.00 | $6,300.00 |
| 3 | Human Resources - Employee Related Projects | 130.10 | $450.00 | $58,545.00 |
| 4 | Fee Apps | 8.00 | $450.00 | $3,600.00 |
| 5 | Non-working travel | 61.00 | $225.00 | $13,725.00 |
| 6 | Claims Administration | 254.80 | $450.00 | $114,660.00 |
| 7 | Tax/Finance Matters and Budget Projects | 40.80 | $450.00 | $18,360.00 |
| 8 | Misc Debtor Issues and Communications | 3.00 | $450.00 | $1,350.00 |
| | **Hours/Billing Amount for Period:** | **784.80** | | **$339,435.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/1/2012 | Create and Import Clarify Database | Raj Perubhatla | 1 | 6.0 |
| 4/2/2012 | Clarify Database Import | Raj Perubhatla | 1 | 3.0 |
| 4/2/2012 | Conference call re:  ADP Checkpoint call, BOXI security updates for users, folder changes, e-mail | Brandon Bangerter | 1 | 3.5 |
| 4/2/2012 | IDA security administration, Troubleshooting infrastructure issues, datacenter support overview | Brandon Bangerter | 1 | 4.5 |
| 4/3/2012 | Conference Call re: NNI Discussion | Kathryn Schultea | 1 | 0.8 |
| 4/3/2012 | Clarify Database Import | Raj Perubhatla | 1 | 2.0 |
| 4/3/2012 | RTP Datacenter / infrastructure support overview, IDA account administration, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 4/4/2012 | Correspondence received, reviewed, responded re NNI Infrastructure | Kathryn Schultea | 1 | 0.5 |
| 4/4/2012 | QuickBooks Reports Meeting | Raj Perubhatla | 1 | 0.5 |
| 4/4/2012 | Ring Fence Meetings, ECMS meetings, QuickBooks Reports Meeting | Raj Perubhatla | 1 | 7.0 |
| 4/4/2012 | NNI Resco Transition Status Meeting @ RTP re: Datacenter, storage, servers, contracts, etc. | Brandon Bangerter | 1 | 8.0 |
| 4/5/2012 | Discussion re: ADP HRIS Project Timelines | Kathryn Schultea | 1 | 1.8 |
| 4/5/2012 | Conference Call re: ADP HRIS Weekly | Kathryn Schultea | 1 | 1.0 |
| 4/5/2012 | ADP Project call, AccuImage Call, emails and discussions | Raj Perubhatla | 1 | 3.0 |
| 4/5/2012 | Conference call re:  Accuimage KT session, walkthrough, Application handbook reviews, e-mail updates | Brandon Bangerter | 1 | 3.5 |
| 4/5/2012 | SAP FT troubleshooting issue, ADP Security administration, BOXI Server updates, IDA administration | Brandon Bangerter | 1 | 4.5 |
| 4/6/2012 | Security issues / e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 4/8/2012 | Develop the Oracle DB Design for Livelink Metada Load for NNI | Raj Perubhatla | 1 | 4.0 |
| 4/9/2012 | Correspondence received, reviewed, responded re Benefits and various plans | Kathryn Schultea | 1 | 2.3 |
| 4/9/2012 | Correspondence received, reviewed, responded re data issues | Kathryn Schultea | 1 | 1.7 |
| 4/9/2012 | Livelink Metadata Database development | Raj Perubhatla | 1 | 4.0 |
| 4/9/2012 | Conference call re: Accuimage KT session / IXOS BOXI issue / IDA accounts testing and set up | Brandon Bangerter | 1 | 5.0 |
| 4/9/2012 | Infrastructure updates for servers, VPN, etc / e-mail issues and updates | Brandon Bangerter | 1 | 2.0 |
| 4/10/2012 | Conference Calls re: Quickbooks Project | Kathryn Schultea | 1 | 0.5 |
| 4/10/2012 | Correspondence received, reviewed, responded re NNI Infrastructure | Kathryn Schultea | 1 | 1.8 |
| 4/10/2012 | ADP Interface, QB Reports Consolidation, Infrastructure Wind down, SABRIX, BW, emails and discussions | Raj Perubhatla | 1 | 6.0 |
| 4/10/2012 | Livelink Metadata Database development | Raj Perubhatla | 1 | 2.0 |
| 4/10/2012 | Conference calls re:  NNI Infrastructure wind-down, SAP user IDs / hardware support contracts | Brandon Bangerter | 1 | 3.5 |
| 4/10/2012 | E-mail issues with Nortel troubleshooting, testing, support cases / app handbooks review / e-mail upd | Brandon Bangerter | 1 | 4.5 |
| 4/11/2012 | Correspondence received, reviewed, responded re data issues | Kathryn Schultea | 1 | 0.8 |
| 4/11/2012 | Livelink Metadata Database development; SAP BW Domain migration, Sabrix Admin KT, emails and discussions | Raj Perubhatla | 1 | 5.0 |
| 4/11/2012 | Conference calls re:  Sabrix admin KT session, SAP BW migration to US / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 4/11/2012 | BOXI server updates, config changes, testing / App handbook updates / e-mail issues follow-up | Brandon Bangerter | 1 | 5.0 |
| 4/12/2012 | Correspondence received, reviewed, responded re Nortel Employee Benefits | Kathryn Schultea | 1 | 2.7 |
| 4/12/2012 | AccuImage Trouble Shooting | Raj Perubhatla | 1 | 1.5 |
| 4/12/2012 | Sabrix SPX Database Creation and Import | Raj Perubhatla | 1 | 5.0 |
| 4/12/2012 | EMB installation issues, updates / SAP BW security settings / e-mail updates | Brandon Bangerter | 1 | 2.5 |
| 4/12/2012 | NNI vault updates / Application handbook reviews, testing / Datacenter project review, updates | Brandon Bangerter | 1 | 3.5 |
| 4/13/2012 | Sabrix SRP Data Creation and Import | Raj Perubhatla | 1 | 5.0 |
| 4/13/2012 | emails and Discussions | Raj Perubhatla | 1 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/13/2012 | EMB security updates, fixes / Infrastructure updates, security / datacenter reviews, checks | Brandon Bangerter | 1 | 3.0 |
| 4/13/2012 | IDA security administration, app handbook review, testing / SAP BW administration, review, testing | Brandon Bangerter | 1 | 4.0 |
| 4/14/2012 | HR Server Config for Terminal Services and Reboots | Raj Perubhatla | 1 | 2.0 |
| 4/16/2012 | Conference Calls re: Quickbooks Reporting | Kathryn Schultea | 1 | 0.6 |
| 4/16/2012 | Correspondence received, reviewed, responded re EE Claims | Kathryn Schultea | 1 | 1.0 |
| 4/16/2012 | QB Reporting mtg, SAP BW Browser Comaptibility calls, DC Meetings, Server Builds, emails and discussions | Raj Perubhatla | 1 | 2.5 |
| 4/16/2012 | Virtual Server build and config for NNI users to be used as a Remote Desktop | Raj Perubhatla | 1 | 2.0 |
| 4/16/2012 | SAP BW issues, administration, documentation overview, updates / IDA security updates / e-mail | Brandon Bangerter | 1 | 4.0 |
| 4/16/2012 | NNI Vault overview for docs, app handbooks, extracts, etc. / password updates in keepass | Brandon Bangerter | 1 | 4.0 |
| 4/17/2012 | Livelink Database and Report Development | Raj Perubhatla | 1 | 2.5 |
| 4/17/2012 | NNI Infrastructure Winddown call, Livelink Admin KT call, emais and discussions | Raj Perubhatla | 1 | 1.5 |
| 4/17/2012 | Conference calls re:  Livelink,  Infrastructure wind-down call / Boxi security changes / e-mail updates | Brandon Bangerter | 1 | 4.5 |
| 4/17/2012 | Livelink administrator testing, SAP BW administration testing | Brandon Bangerter | 1 | 3.0 |
| 4/18/2012 | EV5 Touch Point, SAP BW AP Report Changes, SAP BW Migration call and emails, discussions | Raj Perubhatla | 1 | 4.0 |
| 4/18/2012 | Conference calls re:  SAP BW queries, reports  / BW Ring Fence transition / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 4/18/2012 | Troubleshooting SAP BW issues / NNI Estate Applcation administration overview, testing | Brandon Bangerter | 1 | 5.5 |
| 4/19/2012 | BOXI Livelink Reporting call, NNI BW Ring Fence Transition Call, emails and discussions | Raj Perubhatla | 1 | 2.5 |
| 4/19/2012 | IXOS Data Load validation and MS Office 2007 Config on the NNI User RDP Server | Raj Perubhatla | 1 | 1.5 |
| 4/19/2012 | SAP BW CW1 migration testing | Raj Perubhatla | 1 | 1.0 |
| 4/19/2012 | NNI App matrix overview / Admin access testing, troubleshooting / infrastructure and e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 4/20/2012 | ECMS Database migration to Ring Fence Server | Raj Perubhatla | 1 | 5.0 |
| 4/20/2012 | SAP BW CW1 migration trouble shooting | Raj Perubhatla | 1 | 4.0 |
| 4/20/2012 | SAP BW CW1 conversion to Ring Fence / Access, passwords, e-mail | Brandon Bangerter | 1 | 1.0 |
| 4/21/2012 | ECMS Database migration to Ring Fence Server | Raj Perubhatla | 1 | 1.5 |
| 4/23/2012 | Correspondence received, reviewed, responded re Nortel Networks | Kathryn Schultea | 1 | 2.8 |
| 4/23/2012 | SAP BW PW1 Migration Checkpoint Call | Raj Perubhatla | 1 | 2.0 |
| 4/23/2012 | SAP BW PW1 Migration to Nortel-US Domain Wokring Call | Raj Perubhatla | 1 | 4.0 |
| 4/23/2012 | SAP BW PW1 (prod) move to NORTEL-US environment / access, testing, troubleshooting | Brandon Bangerter | 1 | 7.0 |
| 4/23/2012 | SAP BW KT document review / SAP BW App handbook review, updates docs on vault, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 4/24/2012 | SAP BW Bex Analyzer Client troubleshooting | Raj Perubhatla | 1 | 4.0 |
| 4/24/2012 | BW Client Config, NNI Infrastructure and ADP EV5 Reporting Changes calls | Raj Perubhatla | 1 | 2.5 |
| 4/24/2012 | Conference Calls re:  SPA BW installs, NNI Wind down call, e-mail udpates | Brandon Bangerter | 1 | 3.0 |
| 4/24/2012 | SAP BW CW1 / PW1 testing, troubleshooting on Analyzer, Web Analyzer, queries, reports | Brandon Bangerter | 1 | 5.0 |
| 4/25/2012 | NNI Ring Fence Server identification and management | Raj Perubhatla | 1 | 3.0 |
| 4/25/2012 | SAP BW Server Prep and Shutdown  for SAN Migration | Raj Perubhatla | 1 | 2.0 |
| 4/25/2012 | EV5, SMTP Relay Calls, emails and discussions | Raj Perubhatla | 1 | 2.5 |
| 4/25/2012 | Conference calls re:  SAP DB shutdown, NNI IIS SMTP KT, infrastructure administration, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 4/25/2012 | Ring Fence infrastructure backups, BOXI backups, udpates / Data Center planning, support | Brandon Bangerter | 1 | 3.5 |
| 4/26/2012 | Unix, Linux Server Transition to Ring Fence Call, Livelink infrastructure | Raj Perubhatla | 1 | 3.0 |
| 4/26/2012 | Conference calls re:  Ring Fence Unix/Linux server, Livelink infrastructure / e-mail updates | Brandon Bangerter | 1 | 3.5 |
| 4/26/2012 | Ring Fence infrastructure backups, support, testing, troubleshooting / Sabrix, SAP BW administration | Brandon Bangerter | 1 | 5.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/27/2012 | Netbackp Server Config | Raj Perubhatla | 1 | 2.0 |
| 4/27/2012 | Netbackup server backups/restores testing, troubleshooting / Email updates | Brandon Bangerter | 1 | 5.0 |
| 4/27/2012 | Infrastructure management tools setup, configuration, testing / app handbook overviews | Brandon Bangerter | 1 | 3.0 |
| 4/29/2012 | E-mail updates / Netbackup tests, verifications | Brandon Bangerter | 1 | 1.0 |
| 4/30/2012 | Correspondence received, reviewed, responded re Data Retention Systems | Kathryn Schultea | 1 | 2.8 |
| 4/30/2012 | Infrastructure updates / troubleshooting / testing, Final Application Handbook reviews | Brandon Bangerter | 1 | 4.0 |
| 4/2/2012 | Conference call re:  Document Retention Folloup discussion | Kathryn Schultea | 2 | 1.2 |
| 4/4/2012 | Correspondence received, reviewed, responded re Duluth Storage/Nortel | Kathryn Schultea | 2 | 1.0 |
| 4/5/2012 | Correspondence receiver, reviewed, responded re Duluth Storeage/Nortel | Kathryn Schultea | 2 | 0.8 |
| 4/11/2012 | Correspondence received, reviewed, responded re HR documentation | Kathryn Schultea | 2 | 2.0 |
| 4/19/2012 | Correspondence received, reviewed, responded re HR documentation | Kathryn Schultea | 2 | 2.0 |
| 4/24/2012 | Onsite Duluth Storage Review | Kathryn Schultea | 2 | 1.5 |
| 4/25/2012 | Onsite Duluth Storage Clean-out | Kathryn Schultea | 2 | 5.5 |
| 4/2/2012 | Conference calls and follow-up discussions re: HR Matters | Kathryn Schultea | 3 | 3.5 |
| 4/2/2012 | ADP Project, Interface issues from Go-Live, EMB Software Installs, HRIS Check Point, emails and discussions | Raj Perubhatla | 3 | 4.0 |
| 4/2/2012 | DARE Final Import | Raj Perubhatla | 3 | 2.0 |
| 4/3/2012 | Correspondence received, reviewed, responded re Benefits Discussion | Kathryn Schultea | 3 | 3.5 |
| 4/3/2012 | DARE Final Import | Raj Perubhatla | 3 | 2.5 |
| 4/3/2012 | ADP Interfaces, project calls, emails and discussions | Raj Perubhatla | 3 | 1.5 |
| 4/4/2012 | Correspondence received, reviewed, responded re Retiree/LTD Committee | Kathryn Schultea | 3 | 2.0 |
| 4/4/2012 | Correspondence received, reviewed, responded re Mercer/HR Plan Matters | Kathryn Schultea | 3 | 3.3 |
| 4/4/2012 | DARE Universe Validations, Fixes and Testing | Raj Perubhatla | 3 | 1.0 |
| 4/5/2012 | Conference Call re: Biweekly Staff Meeting | Kathryn Schultea | 3 | 1.0 |
| 4/5/2012 | Conference Call re: Nortel Networks | Kathryn Schultea | 3 | 0.5 |
| 4/5/2012 | Conference Call re: Nortel DB Plans | Kathryn Schultea | 3 | 1.3 |
| 4/5/2012 | Conference Call re: HR Matters | Kathryn Schultea | 3 | 1.0 |
| 4/5/2012 | Correspondence receiver, reviewed, responded re Mercer/HR Plan Matters | Kathryn Schultea | 3 | 1.5 |
| 4/5/2012 | DARE Universe Validations, Fixes and Testing | Raj Perubhatla | 3 | 2.0 |
| 4/6/2012 | Conference Call re: Nortel Benefits | Kathryn Schultea | 3 | 1.0 |
| 4/6/2012 | Conference Call re: Biweekly Staff Meeting | Kathryn Schultea | 3 | 0.8 |
| 4/6/2012 | Correspondence received, reviewed, responded re  Nortel HR Transition | Kathryn Schultea | 3 | 0.8 |
| 4/6/2012 | ADP TRM Paygroup logic change to Cigna, UBH and Medco Interfaces | Raj Perubhatla | 3 | 4.0 |
| 4/6/2012 | ADP Project Call | Raj Perubhatla | 3 | 1.0 |
| 4/7/2012 | Change Cigna, UBH and Medco interface to accommodate for Retirees turning 65 in the next 30 days | Raj Perubhatla | 3 | 2.0 |
| 4/8/2012 | Move the ADP interface changes to Production | Raj Perubhatla | 3 | 1.0 |
| 4/9/2012 | Correspondence received, reviewed, responded re Mercer/HR Plan Matters | Kathryn Schultea | 3 | 3.3 |
| 4/10/2012 | Correspondence received, reviewed, responded re Benefits and various plans | Kathryn Schultea | 3 | 4.5 |
| 4/10/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.0 |
| 4/11/2012 | Correspondence received, reviewed, responded re Retiree/LTD Committee | Kathryn Schultea | 3 | 1.5 |
| 4/11/2012 | Correspondence received, reviewed, responded re employee benefits and plans | Kathryn Schultea | 3 | 4.5 |
| 4/12/2012 | Correspondence received, reviewed, responded re Helpdesk Call Volume | Kathryn Schultea | 3 | 1.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/12/2012 | Correspondence received, reviewed, responded re Nortel LTD Questions | Kathryn Schultea | 3 | 1.3 |
| 4/12/2012 | Correspondence received, reviewed, responded re Nortel Retiree Benefits | Kathryn Schultea | 3 | 2.3 |
| 4/12/2012 | HR Payroll Data Pull | Raj Perubhatla | 3 | 1.0 |
| 4/13/2012 | Conference Call re: NNL Empoyees | Kathryn Schultea | 3 | 0.5 |
| 4/13/2012 | Correspondence received, reviewed, responded re Helpdesk Call Volume | Kathryn Schultea | 3 | 1.5 |
| 4/13/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.0 |
| 4/13/2012 | Correspondence received, reviewed, responded re Retiree/LTD Questions | Kathryn Schultea | 3 | 2.7 |
| 4/16/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.5 |
| 4/16/2012 | Correspondence received, reviewed, responded re Benefits plans | Kathryn Schultea | 3 | 3.0 |
| 4/16/2012 | Def Comp Data Analysis | Raj Perubhatla | 3 | 1.0 |
| 4/17/2012 | Onsite at RTP re: Update and HR Meetings | Kathryn Schultea | 3 | 5.0 |
| 4/17/2012 | Def Comp Data Analysis | Raj Perubhatla | 3 | 3.0 |
| 4/18/2012 | Onsite at RTP re: Update and HR Meetings | Kathryn Schultea | 3 | 5.0 |
| 4/19/2012 | Conference Call re: Biweekly Staff Meeting | Kathryn Schultea | 3 | 0.5 |
| 4/19/2012 | Correspondence received, reviewed, responded re Nortel Retiree Benefits | Kathryn Schultea | 3 | 1.3 |
| 4/19/2012 | Correspondence received, reviewed, responded re Nortel HR Matters | Kathryn Schultea | 3 | 3.5 |
| 4/19/2012 | Correspondence received, reviewed, responded re Employee Call Center | Kathryn Schultea | 3 | 0.8 |
| 4/23/2012 | Conference Call re: Nortel Communication | Kathryn Schultea | 3 | 0.6 |
| 4/23/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 3.7 |
| 4/25/2012 | Deferred Comp Data Analysis and Preparation | Raj Perubhatla | 3 | 1.5 |
| 4/26/2012 | Correspondence received, reviewed, responded re employee benefits and plans | Kathryn Schultea | 3 | 3.2 |
| 4/26/2012 | Correspondence received, reviewed, responded re Mercer/HR Plan Matters | Kathryn Schultea | 3 | 1.8 |
| 4/26/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.5 |
| 4/26/2012 | Deferred Comp Data Analysis and Preparation | Raj Perubhatla | 3 | 6.0 |
| 4/27/2012 | Correspondence received, reviewed, responded re Benefit Plans | Kathryn Schultea | 3 | 2.5 |
| 4/27/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.7 |
| 4/27/2012 | Deferred Comp Data Analysis and Preparation for STD,LTD and Expats | Raj Perubhatla | 3 | 4.0 |
| 4/30/2012 | Correspondence received, reviewed, responded re Mercer/HR Plan Matters | Kathryn Schultea | 3 | 1.5 |
| 4/30/2012 | Correspondence received, reviewed, responded re Benefit Plans | Kathryn Schultea | 3 | 1.5 |
| 4/30/2012 | Deferred Comp Data Analysis and Preparation for STD,LTD and Expats | Raj Perubhatla | 3 | 4.0 |
| 4/29/2012 | April Fee App work | Raj Perubhatla | 4 | 3.0 |
| 4/30/2012 | Monthly Fee Application Work | Kathryn Schultea | 4 | 5.0 |
| 4/3/2012 | Non Working Travel from Houston to Raleigh | Raj Perubhatla | 5 | 5.5 |
| 4/3/2012 | Non-working travel from IAH to RTP | Brandon Bangerter | 5 | 5.5 |
| 4/4/2012 | Non Working Travel from Raleigh to Houston | Raj Perubhatla | 5 | 5.5 |
| 4/4/2012 | Non-working travel from RTP-IAH | Brandon Bangerter | 5 | 5.5 |
| 4/17/2012 | Non-working travel from Houston to Raleigh | Kathryn Schultea | 5 | 4.0 |
| 4/18/2012 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 4.0 |
| 4/22/2012 | Non-Working Travel -  Houston to Raleigh | Mary Cilia | 5 | 6.0 |
| 4/24/2012 | Non-working travel from Houston to Georgia | Kathryn Schultea | 5 | 4.0 |
| 4/25/2012 | Non-working travel from Georgia to  Houston | Kathryn Schultea | 5 | 4.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/25/2012 | Non-Working Travel - Raleigh to Orlando | Mary Cilia | 5 | 6.0 |
| 4/30/2012 | Non Working Travel from Houston to Raleigh | Raj Perubhatla | 5 | 5.5 |
| 4/30/2012 | Non-working travel from IAH to RTP | Brandon Bangerter | 5 | 5.5 |
| 4/1/2012 | Review and respond to questions regarding claims update from EPIQ | Mary Cilia | 6 | 1.3 |
| 4/1/2012 | Import Epiq Files into Claims Database | Raj Perubhatla | 6 | 2.0 |
| 4/2/2012 | Correspondence received, reviewed, responded re Employee Claims | Kathryn Schultea | 6 | 2.2 |
| 4/2/2012 | Claims review | Richard Lydecker | 6 | 2.0 |
| 4/2/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 4/2/2012 | Follow up to meetings in Raleigh re: employee claims and HR requests | Mary Cilia | 6 | 3.0 |
| 4/3/2012 | Correspondence received, reviewed, responded re Claims database | Kathryn Schultea | 6 | 1.5 |
| 4/3/2012 | Correspondence received, reviewed, responded re Nortel LTD Claims | Kathryn Schultea | 6 | 2.7 |
| 4/3/2012 | Trade claims conference call | Richard Lydecker | 6 | 0.5 |
| 4/3/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 4/3/2012 | Employee Claims Analysis and Review re: various issues | Mary Cilia | 6 | 6.5 |
| 4/3/2012 | Conference Call re: Non-employee Claims Status | Mary Cilia | 6 | 0.5 |
| 4/4/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 4/4/2012 | Employee Claims Analysis and Review re: various issues | Mary Cilia | 6 | 4.8 |
| 4/4/2012 | Review and respond to questions regarding claims update from EPIQ | Mary Cilia | 6 | 1.5 |
| 4/5/2012 | Conference Call re: Claims Mtg. Preparation | Kathryn Schultea | 6 | 1.3 |
| 4/5/2012 | Review interco. Claims with MC | Richard Lydecker | 6 | 1.5 |
| 4/5/2012 | Employee claims conference call | Richard Lydecker | 6 | 1.0 |
| 4/5/2012 | Claims Reporting and Database | Mary Cilia | 6 | 2.8 |
| 4/5/2012 | Employee Claims Analysis and Review re: various issues | Mary Cilia | 6 | 2.5 |
| 4/5/2012 | Review of Intercompany Claims | Mary Cilia | 6 | 3.3 |
| 4/5/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 1.3 |
| 4/5/2012 | Claims Epiq Data Load | Raj Perubhatla | 6 | 5.0 |
| 4/6/2012 | Employee Claims Analysis and Review re: various issues | Mary Cilia | 6 | 3.5 |
| 4/6/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 4/6/2012 | Claims Reporting and Database | Mary Cilia | 6 | 4.5 |
| 4/6/2012 | Develop Employee Assertion Updates to Claims database | Raj Perubhatla | 6 | 5.0 |
| 4/7/2012 | Develop Claims Employee Assertion Reports | Raj Perubhatla | 6 | 5.0 |
| 4/8/2012 | Claims Reporting and Database | Mary Cilia | 6 | 4.0 |
| 4/8/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 4/8/2012 | Employee Claims Analysis and Review re: various issues | Mary Cilia | 6 | 2.0 |
| 4/8/2012 | Claims Development for Emp Summary Reports | Raj Perubhatla | 6 | 5.0 |
| 4/9/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 4/9/2012 | Claims Reporting and Database | Mary Cilia | 6 | 2.0 |
| 4/9/2012 | ADP Project Call, Claims Development of Emp Assertion Reports | Raj Perubhatla | 6 | 5.0 |
| 4/10/2012 | Review of employee claims re:Annuity claims | Mary Cilia | 6 | 1.3 |
| 4/10/2012 | Claims Reporting and Database | Mary Cilia | 6 | 2.3 |
| 4/10/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/10/2012 | Employee Claims Analysis and Review re: various issues | Mary Cilia | 6 | 3.5 |
| 4/10/2012 | Claims Development for Emp Assertion Summary Reports | Raj Perubhatla | 6 | 2.0 |
| 4/11/2012 | Review and Analysis for Proposed Post-Petition Severance Protocol | Mary Cilia | 6 | 6.5 |
| 4/11/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 4/11/2012 | Claims Reporting and Database | Mary Cilia | 6 | 2.3 |
| 4/11/2012 | Claims Development for Emp Assertion Summary Reports and Rollout issues | Raj Perubhatla | 6 | 6.0 |
| 4/12/2012 | Conference Call re EE Claims | Kathryn Schultea | 6 | 1.5 |
| 4/12/2012 | Employee Claims Analysis and Review re: various issues | Mary Cilia | 6 | 5.5 |
| 4/12/2012 | Claims Reporting and Database | Mary Cilia | 6 | 1.8 |
| 4/12/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 0.0 |
| 4/12/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 4/12/2012 | Claims Report Validation and Testing | Raj Perubhatla | 6 | 3.0 |
| 4/13/2012 | Conference Call re: EE Claims | Kathryn Schultea | 6 | 0.8 |
| 4/13/2012 | Correspondence received, reviewed, responded re EE Claims issues | Kathryn Schultea | 6 | 1.3 |
| 4/13/2012 | Claims Reporting and Database | Mary Cilia | 6 | 2.3 |
| 4/13/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.0 |
| 4/13/2012 | Claims Report Validation and Testing | Raj Perubhatla | 6 | 4.0 |
| 4/15/2012 | Claims Report Modifications and Testing | Raj Perubhatla | 6 | 4.0 |
| 4/16/2012 | Trade claims conference call | Richard Lydecker | 6 | 0.5 |
| 4/16/2012 | Claims Reporting and Database | Mary Cilia | 6 | 3.8 |
| 4/16/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 4/16/2012 | Claims Administration | Raj Perubhatla | 6 | 1.5 |
| 4/17/2012 | Review and respond to questions regarding claims update from EPIQ | Mary Cilia | 6 | 4.8 |
| 4/17/2012 | Conference Call re: Non-employee Claims Status | Mary Cilia | 6 | 0.5 |
| 4/17/2012 | Claims Reporting and Database | Mary Cilia | 6 | 4.0 |
| 4/17/2012 | Epiq Data Load into Claims Database | Raj Perubhatla | 6 | 3.0 |
| 4/18/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 4/18/2012 | Claims Reporting and Database | Mary Cilia | 6 | 4.8 |
| 4/18/2012 | Conference Call:  Review of Claim Status Reports with Cleary | Mary Cilia | 6 | 2.5 |
| 4/18/2012 | Claims Reports Changes for Assertion and Emp Type Reports | Raj Perubhatla | 6 | 5.0 |
| 4/19/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 4/19/2012 | Employee Claims Analysis and Review re: various issues | Mary Cilia | 6 | 5.5 |
| 4/19/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 1.0 |
| 4/19/2012 | Claims Reporting and Database | Mary Cilia | 6 | 2.5 |
| 4/19/2012 | Claims Reporting Validation | Raj Perubhatla | 6 | 3.0 |
| 4/19/2012 | Claims Data Cleanup loads and updates | Raj Perubhatla | 6 | 2.0 |
| 4/20/2012 | Review and Analysis for Proposed Post-Petition Severance Protocol | Mary Cilia | 6 | 6.8 |
| 4/20/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 4/20/2012 | Employee Claims Analysis and Review re: various issues | Mary Cilia | 6 | 1.5 |
| 4/20/2012 | Claims Reporting and Database | Mary Cilia | 6 | 1.5 |
| 4/23/2012 | Claims Reporting and Database | Mary Cilia | 6 | 5.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/23/2012 | Meeting in Raleigh: Claims Database, Reporting and EPIQ Update Process | Mary Cilia | 6 | 5.0 |
| 4/23/2012 | Review and Analysis for Proposed Post-Petition Severance Protocol | Mary Cilia | 6 | 4.8 |
| 4/23/2012 | EPIQ Data file load into Claims Database | Raj Perubhatla | 6 | 2.5 |
| 4/23/2012 | Claims Updates to Nortel Claims Position Table | Raj Perubhatla | 6 | 2.0 |
| 4/24/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 4/24/2012 | Meeting in Raleigh: Claims Database, Reporting and EPIQ Update Process | Mary Cilia | 6 | 7.0 |
| 4/24/2012 | Meeting in Raleigh:  Employee Status Updates and Severance Calculations | Mary Cilia | 6 | 1.0 |
| 4/24/2012 | Claims Reporting and Database | Mary Cilia | 6 | 4.5 |
| 4/24/2012 | Claims Updates to Nortel Claims Database and Analysis | Raj Perubhatla | 6 | 3.0 |
| 4/25/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.0 |
| 4/25/2012 | Meeting in Raleigh: Claims Database, Reporting and EPIQ Update Process | Mary Cilia | 6 | 3.5 |
| 4/26/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 4/26/2012 | Conference Call:  Post-Petition Protocol with Cleary | Mary Cilia | 6 | 1.0 |
| 4/26/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 1.0 |
| 4/27/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 4/30/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 4/30/2012 | Employee Claims Analysis and Review re: various issues | Mary Cilia | 6 | 3.0 |
| 4/2/2012 | Tax model | Richard Lydecker | 7 | 2.5 |
| 4/2/2012 | EY review/tax outsourcing | Richard Lydecker | 7 | 0.5 |
| 4/3/2012 | Tax model | Richard Lydecker | 7 | 1.5 |
| 4/5/2012 | Michigan assessment | Richard Lydecker | 7 | 0.5 |
| 4/6/2012 | Tax model | Richard Lydecker | 7 | 1.5 |
| 4/9/2012 | Tax research memo | Richard Lydecker | 7 | 1.5 |
| 4/13/2012 | EY tax call | Richard Lydecker | 7 | 1.0 |
| 4/13/2012 | Tax planning | Richard Lydecker | 7 | 0.5 |
| 4/15/2012 | State tax issues | Richard Lydecker | 7 | 0.5 |
| 4/15/2012 | Strategies | Richard Lydecker | 7 | 0.5 |
| 4/18/2012 | Tax model | Richard Lydecker | 7 | 1.3 |
| 4/18/2012 | EY meeting re models | Richard Lydecker | 7 | 3.3 |
| 4/19/2012 | Tax model | Richard Lydecker | 7 | 3.5 |
| 4/20/2012 | Tax model | Richard Lydecker | 7 | 0.8 |
| 4/20/2012 | Review with JR | Richard Lydecker | 7 | 1.5 |
| 4/23/2012 | State tax issues | Richard Lydecker | 7 | 1.0 |
| 4/23/2012 | AG call re state issues | Richard Lydecker | 7 | 1.5 |
| 4/24/2012 | Tax model | Richard Lydecker | 7 | 2.3 |
| 4/24/2012 | State tax issues | Richard Lydecker | 7 | 0.8 |
| 4/25/2012 | Tax presentation | Richard Lydecker | 7 | 1.5 |
| 4/26/2012 | Tax presentation | Richard Lydecker | 7 | 1.3 |
| 4/26/2012 | State tax claims | Richard Lydecker | 7 | 1.0 |
| 4/27/2012 | EY tax call | Richard Lydecker | 7 | 0.5 |
| 4/27/2012 | Tax model | Richard Lydecker | 7 | 2.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/27/2012 | Revise presentation | Richard Lydecker | 7 | 4.0 |
| 4/28/2012 | Revise presentation | Richard Lydecker | 7 | 1.0 |
| 4/29/2012 | Revise presentation | Richard Lydecker | 7 | 0.5 |
| 4/30/2012 | Tax model | Richard Lydecker | 7 | 1.5 |
| 4/30/2012 | Revise presentation | Richard Lydecker | 7 | 0.5 |
| 4/5/2012 | Conference Call re: All Team Update | Kathryn Schultea | 8 | 0.3 |
| 4/12/2012 | Conference Call re: All Team Update | Kathryn Schultea | 8 | 0.8 |
| 4/19/2012 | Conference Call re: All Team Update | Kathryn Schultea | 8 | 0.7 |
| 4/26/2012 | Conference Call re: All Team Update | Kathryn Schultea | 8 | 1.2 |