# EXHIBIT B

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**April 1, 2012 through April 30, 2012**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    8,647.10 |
| Travel – Lodging | | 2,045.82 |
| Travel – Transportation | | 1,578.35 |
| Travel – Meals | | 296.15 |
| Office Expenses | | - |
| TOTAL | | $   12,567.42 |
| | | |

# Nortel Expense Report

**PERIOD: April 1, 2012 through April 30, 2012**

| Date | Description | Air | Lodging | Meals | Transportation | Professional |
|------|-------------|-----|---------|-------|----------------|--------------|
| 4/3 - 4/4 | Travel Houston/Raleigh | $ 1,430.10 | $ 247.45 | $ 77.88 | $ 80.63 | Brandon Bangerter |
| 4/3 - 4/5 | Travel Houston/Raleigh | $ 1,509.10 | $ 248.45 | | $ 182.00 | Raj Perubhatla |
| 4/17 - 4/18 | Travel Houston/Raleigh | $ 1,674.10 | $ 236.17 | $ 48.11 | $ 499.30 | Kathryn Schultea |
| 4/22 - 4/25 | Travel Houston/Raleigh | $ 2,299.60 | $ 844.11 | $ 133.44 | $ 428.39 | Mary Cilia |
| 4/24 - 4/25 | Travel Houston/Atlanta | $ 1,066.10 | $ 469.64 | $ 36.72 | $ 388.03 | Kathryn Schultea |
| 4/30 - 5/3 | Travel Houston/Raleigh | $ 668.10 | | | | Raj Perubhatla |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | $ 8,647.10 | $ 2,045.82 | $ 296.15 | $ 1,578.35 | |