# EXHIBIT A

Nortel Networks Inc., *et al.*
<u>Punter Southall LLC</u>

February 1, 2012 Through April 30, 2012

**Summary of Services Rendered by Project**

| Project | Project Description | Feb 2012 – Apr 2012 |
|:---:|:---:|:---:|
| 1 | Pension Advisory | 43.00 |
| 2 | Fee Applications | 2.00 |
| **TOTAL** | | **45.00** |

**Summary of Services Rendered by Professional**

| Name | Feb 2012 – Apr 2012 |
|:---:|:---:|
| Richard Jones (Principal – London) | 5.00 |
| James Saunders (Principal – London) | 4.00 |
| Lorant Porkolab (Associate Director – London) | 21.25 |
| Chris Parlour (Associate Director – London) | 11.00 |
| Lesley-Anne Cameron (Associate – London) | 1.75 |
| Ryan McGlothlin (Managing Director – Boston) | 2.00 |
| **TOTAL** | **45.00** |

Punter Southall LLC
Time Detail
February 1, 2012 through April 30, 2012

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 2/1/2012 | Conference Calls/Document Review | 1.50 | 1 | RJ |
| 2/1/2012 | Conference Calls/Document Review | 2.00 | 1 | LP |
| 2/1/2012 | Conference Calls/Document Review | 1.00 | 1 | JS |
| 2/1/2012 | Conference Calls/Document Review | 0.25 | 1 | JS |
| 2/2/2012 | Document Review | 1.00 | 1 | JS |
| 2/3/2012 | Actuarial Calculations | 0.25 | 1 | RJ |
| 2/3/2012 | Actuarial Calculations | 1.25 | 1 | CP |
| 2/6/2012 | Conference Calls/Document Review | 3.00 | 1 | LP |
| 2/6/2012 | Actuarial Calculations | 1.25 | 1 | CP |
| 2/6/2012 | Document Review | 0.25 | 1 | JS |
| 2/7/2012 | Document Review | 1.25 | 1 | JS |
| 2/8/2012 | Actuarial Calculations | 2.00 | 1 | CP |
| 2/10/2012 | Conference Calls/Document Review | 1.00 | 1 | LP |
| 2/13/2012 | Actuarial Calculations | 0.25 | 1 | RJ |
| 2/13/2012 | Conference Call | 0.25 | 1 | JS |
| 2/13/2012 | Actuarial Calculations | 0.25 | 1 | CP |
| 2/14/2012 | Actuarial Calculations | 2.75 | 1 | CP |
| 2/15/2012 | Actuarial Calculations | 1.25 | 1 | LC |
| 2/15/2012 | Actuarial Calculations | 2.50 | 1 | CP |
| 2/16/2012 | Actuarial Calculations | 0.50 | 1 | LC |
| 2/17/2012 | Actuarial Calculations | 0.50 | 1 | CP |
| 2/20/2012 | Conference Calls/Document Review | 1.00 | 1 | LP |
| 2/20/2012 | Actuarial Calculations | 0.25 | 1 | RJ |
| 2/21/2012 | Conference Calls/Document Review | 0.50 | 1 | LP |
| 2/21/2012 | Actuarial Calculations | 1.00 | 1 | RJ |
| 2/21/2012 | Actuarial Calculations | 0.50 | 1 | CP |
| 2/23/2012 | Conference Calls/Document Review | 1.00 | 1 | LP |
| 2/24/2012 | Conference Calls/Document Review | 0.50 | 1 | LP |
| 2/24/2012 | Actuarial Calculations | 0.25 | 1 | RJ |
| 2/28/2012 | Conference Calls/Document Review | 0.75 | 1 | LP |
| 2/29/2012 | Conference Calls/Document Review | 0.50 | 1 | LP |
| 3/1/2012 | Various internal matters + Cleary chasing! | 1.00 | 1 | RJ |
| 3/16/2012 | prep for call with Cleary | 2.00 | 1 | LP |
| 3/19/2012 | prep for call with Cleary | 3.00 | 1 | LP |
| 3/20/2012 | prep for call with Cleary | 2.00 | 1 | LP |
| 3/21/2012 | prep for call with Cleary | 2.25 | 1 | LP |
| 3/22/2012 | prep for call with Cleary | 1.00 | 1 | LP |
| 3/23/2012 | prep for call with Cleary | 0.75 | 1 | LP |
| 3/30/2012 | Insufficiently resourced - Precision Economics / H | 0.50 | 1 | RJ |
| | Total Activity 1 | 43.0 | | |

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 2/29/2012 | Preparation of filings | 2.0 | 2 | RDM |
| | Total Activity 2 | 2.0 | | |
| | Total Activity 1 & 2 | 45.00 | | |