<u>**CERTIFICATE OF SERVICE**</u>

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of

the foregoing **Twelfth Quarterly Fee Application Request Of Punter Southall LLC, Pension**

**Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of**

**Expenses For The Period February 1, 2012 Through April 30, 2012** was caused to be made

on May 29, 2012, in the manner indicated upon the entities identified below:

Date:  May 29, 2012                                    */s/ Ann C. Cordo*
                                                                  Ann C. Cordo (No. 4817)


<u>**VIA HAND DELIVERY**</u>                    <u>**VIA FIRST CLASS MAIL**</u>

Thomas P. Tinker, Esq.                          Nortel Networks
Office of the U.S. Trustee                       Attn: Accounts Payable
844 King Street                                      P.O. Box 13010
Suite 2207, Lockbox 35                         RTP, NC  27709
Wilmington, DE  19801-3519                (Debtor)
(Trustee)

                                                            Fred S.  Hodara, Esq.
Mark D. Collins, Esq.                            Akin Gump Strauss Hauer & Feld LLP
Christopher M. Samis, Esq.                   One Bryant Park
Richards Layton & Finger                      New York, NY  10036
One Rodney Square                               (Counsel for Official Committee
920 N King St                                        Of Unsecured Creditors)
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)


5950408.1




5950408.1