**EXHIBIT B**



**Fraser Milner Casgrain LLP**
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN   416 863 4511
FAX    416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2910223**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| <u>Date</u> | <u>Matter Number</u> | <u>Lawyer</u> |
|---|---|---|
| May 28, 2012 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 132,458.00 |
| Disbursements | | 1,862.84 |
| **Total Amount Due** | **$** | **134,320.84** CDN. |

**FRASER MILNER CASGRAIN LLP**

Per: _____

Michael Wunder

---

| Payment Options: |
|---|
| **Cheques:** Cheques payable to Fraser Milner Casgrain LLP and mailed to the above noted address.    **Internet Banking:** Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount. |
| **Wire Transfer:** Bank of Montreal 1st Canadian Place, Toronto, ON Swift Code: BOFMCAM2 Bank ID: 001 Transit: 00022 CAD Funds Bank Account : 0004-324    **Credit Card:** Payments are accepted via telephone, email or fax. We accept American Express, MasterCard or Visa (please circle one). Card No. _____ Expiry Date: _____ Amount: _____ Cardholder Name: _____ Signature: _____ |
| Please email us at Toronto-Accounting@fmc-law.com referencing invoice number and payment amount. |
| Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days. |

FRASER MILNER CASGRAIN LLP                                          INVOICE 2910223
The Official Committee of Unsecured Creditors                        Page 2 of 13
Re: Nortel Networks Inc., et al.                            Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 01-Apr-12 | RSK | 0012 | Email correspondence with M. Wunder regarding Canadian claims analysis. | 0.1 |
| 01-Apr-12 | RSK | 0012 | Review Canadian research and analysis regarding claims and allocation issues. | 1.9 |
| 01-Apr-12 | RSK | 0012 | Telephone attendance with Michael Wunder regarding claims and allocation analysis. | 0.2 |
| 01-Apr-12 | MJW | 0012 | Analysis of Canadian research material regarding claims and allocation issues. | 1.8 |
| 01-Apr-12 | MJW | 0012 | Calls and email correspondence with R. Jacobs and S. Kukulowicz regarding Canadian research relating to claims and allocation issues. | 0.4 |
| 01-Apr-12 | TMB | 0012 | Preparing memorandum regarding Canadian claims and allocation issues. | 2.8 |
| 01-Apr-12 | ARN | 0031 | Review memorandum on Canadian legal issues. | 0.6 |
| 02-Apr-12 | RSK | 0012 | Meeting with FMC team to discuss Canadian claims and allocation analysis. | 0.5 |
| 02-Apr-12 | RSK | 0029 | Office conference with Tim Banks regarding allocation issues. | 0.3 |
| 02-Apr-12 | RSK | 0012 | Review Canadian research regarding claims and allocation issues. | 0.4 |
| 02-Apr-12 | MJW | 0029 | Review allocation analysis, to prepare for UCC advisor meeting. | 0.6 |
| 02-Apr-12 | MJW | 0012 | Analysis of Canadian claims and allocation issues and prepare memo. | 5.7 |
| 02-Apr-12 | MJW | 0012 | Meet with FMC team to discuss claims and allocation research. | 0.5 |
| 02-Apr-12 | RCJ | 0029 | Prepare memorandum regarding Canadian claims and allocation issues. | 7.7 |
| 02-Apr-12 | RCJ | 0012 | Meet with FMC lawyers regarding Canadian claims and allocation analysis. | 0.5 |
| 02-Apr-12 | TMB | 0012 | Continued analysis of Canadian claims and allocation research. | 2.8 |
| 02-Apr-12 | TMB | 0029 | Meet with S. Kukulowicz to discuss allocation issues. | 0.3 |
| 02-Apr-12 | ARN | 0012 | Meeting with FMC team regarding Canadian research regarding claims. | 0.5 |
| 02-Apr-12 | ARN | 0031 | Research on Canadian legal issues regarding claims. | 2.0 |
| 02-Apr-12 | ARN | 0012 | Review Nortel indentures regarding claims analysis. | 0.7 |
| 03-Apr-12 | RSK | 0012 | Review and provide comments on memo regarding Canadian claims and allocation analysis. | 1.8 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2910223
Page 3 of 13
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 03-Apr-12 | MJW | 0031 | Email correspondence with NNI's Canadian counsel regarding internet protocol address sale to Bell Aliant and Canadian hearing. | 0.1 |
| 03-Apr-12 | MJW | 0012 | Prepare Canadian claims and allocation memo and meet with FMC lawyers to discuss analysis. | 4.8 |
| 03-Apr-12 | RCJ | 0012 | Prepare memorandum regarding Canadian claims and allocation issues with FMC lawyers. | 5.6 |
| 03-Apr-12 | TMB | 0012 | Continue research and analysis of Canadian claims and allocation issues (3.2), prepare memorandum (2.1), and meetings with FMC lawyers to discuss analysis (1.4). | 6.7 |
| 03-Apr-12 | ARN | 0031 | Meeting with M. Wunder and R. Jacobs to discuss Canadian legal research. | 0.3 |
| 03-Apr-12 | ARN | 0031 | Research Canadian claims and allocation issues. | 1.1 |
| 04-Apr-12 | RSK | 0012 | Review and comment on claims and allocation memo. | 1.2 |
| 04-Apr-12 | RSK | 0029 | Meeting with Tim Banks to discuss allocation analysis. | 0.8 |
| 04-Apr-12 | RSK | 0029 | Review of allocation analysis in preparation of UCC meeting. | 0.3 |
| 04-Apr-12 | RSK | 0029 | Participated on call with UCC advisors in connection with allocation issues. | 1.1 |
| 04-Apr-12 | RSK | 0019 | Review of Capstone report regarding Nortel employees. | 0.1 |
| 04-Apr-12 | MJW | 0029 | Attend on UCC advisor call to prepare for allocation mediation. | 1.0 |
| 04-Apr-12 | MJW | 0031 | Review issued Canadian court order and endorsement, and forward report to UCC advisors regarding Canadian hearing. | 0.2 |
| 04-Apr-12 | MJW | 0029 | Review allocation analysis to prepare for allocation mediation. | 0.6 |
| 04-Apr-12 | MJW | 0012 | Meet with FMC lawyers to discuss analysis and continued preparation of memo regarding Canadian claims and allocation issues. | 3.4 |
| 04-Apr-12 | MJW | 0008 | Attend Canadian court hearing for internet protocol address sale. | 1.0 |
| 04-Apr-12 | RCJ | 0012 | Prepare memorandum on Canadian claim and allocation issues, and meet with FMC lawyers regarding analysis. | 2.2 |
| 04-Apr-12 | TMB | 0012 | Meet with FMC lawyers (1.8), review and analyze research (2.2), and prepare memorandum regarding Canadian claims and allocation issues (4.8). | 8.8 |
| 05-Apr-12 | RSK | 0012 | Review draft memo regarding Canadian claims and allocation issues | 0.4 |
| 05-Apr-12 | RSK | 0031 | Review of Nortel motion record regarding CCAA stay extension. | 0.5 |
| 05-Apr-12 | RSK | 0031 | Review of Monitor's Report in support of CCAA stay extension. | 0.7 |
| 05-Apr-12 | RSK | 0029 | Review article regarding Justice Winkler and mediations. | 0.2 |
| 05-Apr-12 | MJW | 0019 | Review report regarding employee matters. | 0.2 |
| 05-Apr-12 | MJW | 0007 | Attend on Committee call. | 0.5 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2910223
Page 4 of 13
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|--------------------|-------|
| 05-Apr-12 | MJW | 0031 | Review Canadian motion record for CCAA stay extension and extension of hardship program, including supporting Nortel affidavit. | 0.5 |
| 05-Apr-12 | MJW | 0031 | Review Monitor's report in support of CCAA stay extension with updates on various Canadian case issues. | 0.8 |
| 05-Apr-12 | MJW | 0031 | Prepare and forward report regarding Canadian stay extension motion record and Monitor's report. | 0.7 |
| 05-Apr-12 | MJW | 0012 | Continued preparation of memo regarding Canadian claims and allocation issues. | 1.6 |
| 05-Apr-12 | MJW | 0012 | Meetings with T. Banks and J. Dietrich to discuss claims and allocation analysis. | 0.7 |
| 05-Apr-12 | JOD | 0012 | Review Canadian claims and allocation analysis. | 0.8 |
| 05-Apr-12 | JOD | 0012 | Meet with M. Wunder regarding Canadian claims and allocation analysis. | 0.3 |
| 05-Apr-12 | TMB | 0012 | Review and provide comments for memorandum regarding Canadian claims and allocation issues (0.5), and meet with M. Wunder regarding same (0.4). | 0.9 |
| 06-Apr-12 | RSK | 0012 | Review and revisions to memo regarding claims and allocation issues. | 1.2 |
| 06-Apr-12 | RSK | 0029 | Review email correspondence from Akin Gump regarding EMEA claims decision. | 0.2 |
| 06-Apr-12 | RSK | 0029 | Review of email from Davis Polk regarding mediation sessions. | 0.2 |
| 06-Apr-12 | RSK | 0012 | Meet with M. Wunder to discuss claims and allocation analysis. | 0.6 |
| 06-Apr-12 | MJW | 0012 | Meet with S. Kukulowicz to discuss Canadian claims and allocation issues. | 0.6 |
| 06-Apr-12 | MJW | 0012 | Preparation of memo regarding Canadian claims and allocation issues. | 0.8 |
| 09-Apr-12 | RSK | 0002 | Participated in status call with UCC advisors and J. Ray and Cleary. | 0.6 |
| 09-Apr-12 | RSK | 0029 | Review of correspondence regarding appeal issues for EMEA claims order. | 0.2 |
| 09-Apr-12 | RSK | 0012 | Review revised memo regarding Canadian claims and allocation issues. | 0.5 |
| 09-Apr-12 | MJW | 0012 | Email correspondence with Akin Gump regarding EMEA claims and U.S. court order. | 0.2 |
| 09-Apr-12 | RCJ | 0012 | Continued preparation of memorandum regarding Canadian claims and allocation issues. | 2.9 |
| 10-Apr-12 | RSK | 0029 | Review of updated draft of mediation brief. | 0.8 |
| 10-Apr-12 | RSK | 0029 | Review of report regarding sale proceeds allocation analysis. | 0.4 |
| 10-Apr-12 | RCJ | 0012 | Analysis of claims and allocation issues. | 2.1 |
| 11-Apr-12 | RSK | 0031 | Review of draft Canadian environmental order. | 0.2 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2910223
Page 5 of 13
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 11-Apr-12 | RSK | 0007 | Participated in UCC advisors status call. | 0.6 |
| 11-Apr-12 | RSK | 0032 | Review of report regarding LTD group objections. | 0.2 |
| 11-Apr-12 | RSK | 0029 | Telephone call to Randy Bennett (mediator's Canadian counsel). | 0.2 |
| 11-Apr-12 | MJW | 0031 | Review draft environmental order received from Monitor's Canadian counsel, and email correspondence with FMC lawyers regarding Canadian court hearing. | 0.4 |
| 11-Apr-12 | RCJ | 0007 | Conference call with UCC professionals to prepare for UCC meeting. | 0.6 |
| 11-Apr-12 | RCJ | 0029 | Telephone call with Akin Gump regarding mediation issues. | 0.2 |
| 12-Apr-12 | RSK | 0007 | Participate on Committee call. | 0.6 |
| 12-Apr-12 | RSK | 0029 | Telephone attendance with Randy Bennett regarding allocation mediation. | 0.2 |
| 12-Apr-12 | RSK | 0031 | Exchange of emails with NNI's Canadian counsel regarding CCAA stay extension. | 0.3 |
| 12-Apr-12 | RSK | 0029 | Correspondence to and from Akin Gump regarding allocation mediation. | 0.3 |
| 12-Apr-12 | RSK | 0029 | Review correspondence from counsel for Mediator regarding mediation briefs. | 0.2 |
| 12-Apr-12 | RSK | 0029 | Review revised mediation brief. | 0.8 |
| 12-Apr-12 | MJW | 0029 | Correspondence from mediator's Canadian counsel regarding allocation mediation session, and email correspondence with Committee advisors regarding same. | 0.2 |
| 12-Apr-12 | RCJ | 0029 | Review draft mediation briefs. | 1.9 |
| 12-Apr-12 | JOD | 0031 | Review draft Canadian environmental order. | 0.3 |
| 13-Apr-12 | RSK | 0029 | Review of Akin and Capstone correspondence and commentary regarding allocation mediation briefs. | 0.3 |
| 13-Apr-12 | RSK | 0029 | Review draft mediation brief. | 1.7 |
| 13-Apr-12 | RSK | 0031 | Office conference with J. Dietrich regarding Canadian CCAA stay extension hearing. | 0.2 |
| 13-Apr-12 | RSK | 0029 | Review exhibits to allocation mediation brief. | 0.7 |
| 13-Apr-12 | RSK | 0029 | Email correspondence with Akin Gump regarding discussions with mediator's Canadian counsel. | 0.2 |
| 13-Apr-12 | RSK | 0031 | Review correspondence regarding Canadian motion regarding Chartis insurance. | 0.2 |
| 13-Apr-12 | RCJ | 0029 | Review draft fourth estate settlement agreement. | 0.5 |
| 13-Apr-12 | RCJ | 0029 | Telephone call with Akin Gump regarding fourth estate settlement agreement. | 0.1 |
| 13-Apr-12 | RCJ | 0029 | Analysis of allocation issues and strategy for mediation. | 0.7 |
| 13-Apr-12 | RCJ | 0029 | Review draft mediation brief. | 1.2 |
| 13-Apr-12 | JOD | 0008 | Attend Canadian court hearing for CCAA stay extension and | 1.8 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2910223
Page 6 of 13
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | environmental order. | |
| 14-Apr-12 | RSK | 0029 | Review of NNI/UCC mediation statement and exhibits. | 0.6 |
| 16-Apr-12 | MMP | 0012 | Forward information regarding Canadian pensioners' claims to Akin Gump and Capstone. | 0.3 |
| 16-Apr-12 | RSK | 0002 | Participated in status call with Cleary/John Ray and UCC advisors. | 0.5 |
| 16-Apr-12 | RSK | 0029 | Telephone attendance with Torys and exchange of messages with Randy Bennett regarding allocation mediation. | 0.3 |
| 16-Apr-12 | RSK | 0029 | Telephone attendance with Randy Bennett regarding mediation sessions. | 0.2 |
| 16-Apr-12 | RSK | 0029 | Review correspondence from mediation parties regarding exchange of mediation briefs. | 0.3 |
| 16-Apr-12 | MJW | 0002 | Attend on status call with UCC advisors and NNI and Cleary. | 0.7 |
| 16-Apr-12 | MJW | 0031 | Review email correspondence from NNI's Canadian counsel with respect to Chartis litigation. | 0.2 |
| 16-Apr-12 | MJW | 0031 | Call with NNI's Canadian counsel with respect to Chartis Canadian litigation. | 0.2 |
| 16-Apr-12 | MJW | 0031 | Review CCAA stay extension order and court endorsement and report to Committee advisors regarding court hearing. | 0.3 |
| 16-Apr-12 | MJW | 0029 | Review email correspondence from mediator's counsel regarding mediation and email correspondence with UCC advisors regarding same. | 0.2 |
| 16-Apr-12 | MJW | 0029 | Review mediation brief. | 0.6 |
| 16-Apr-12 | RCJ | 0002 | Participate in status call with Cleary, J. Ray, Akin Gump and other UCC advisors. | 0.8 |
| 16-Apr-12 | RCJ | 0029 | Email correspondence with Akin Gump team regarding exchange of mediation briefs. | 0.1 |
| 16-Apr-12 | AGP | 0031 | Phone attendance with N. Daube regarding service of materials for leave for appeal motion of Canadian environmental order. | 0.1 |
| 17-Apr-12 | MMP | 0019 | Reviewed information regarding Canadian retiree/employee groups and registered pension plan deficits. | 0.4 |
| 17-Apr-12 | RSK | 0029 | Email correspondence with Akin Gump regarding mediation session. | 0.2 |
| 17-Apr-12 | RSK | 0029 | Email correspondence regarding exchange of mediation briefs. | 0.2 |
| 17-Apr-12 | MJW | 0029 | Email correspondence with Committee advisors with respect to mediation submissions. | 0.2 |
| 17-Apr-12 | MJW | 0031 | Review correspondence regarding Chartis Canadian litigation and review Nortel's Canadian motion record. | 0.6 |
| 17-Apr-12 | MJW | 0031 | Forward update report to Akin Gump with respect to Chartis litigation and Canadian proceeding. | 0.2 |
| 17-Apr-12 | RCJ | 0029 | Email correspondence with Akin Gump team regarding | 0.1 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2910223
Page 7 of 13
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | exchange of mediation briefs. | |
| 17-Apr-12 | RCJ | 0029 | Analysis of allocation positions to prepare for mediation session. | 0.7 |
| 17-Apr-12 | RCJ | 0031 | Email correspondence with M. Wunder and Akin Gump regarding Chartis litigation. | 0.3 |
| 17-Apr-12 | RCJ | 0031 | Review Canadian motion record regarding Chartis litigation. | 0.4 |
| 17-Apr-12 | AGP | 0031 | Correspondence regarding service of submissions for Canadian leave for appeal request (re: environmental order). | 0.2 |
| 18-Apr-12 | RSK | 0029 | Participated in UCC advisor allocation mediation preparation session (by phone) (part meeting). | 1.4 |
| 18-Apr-12 | RSK | 0032 | Review of deferred compensation committee motion material in Chapter 15 proceedings. | 0.3 |
| 18-Apr-12 | RSK | 0029 | Review correspondence from Akin Gump and other mediation parties regarding mediation statements. | 0.3 |
| 18-Apr-12 | RSK | 0029 | Review of NNI/UCC mediation statement to prepare for meeting with mediator. | 0.7 |
| 18-Apr-12 | MJW | 0029 | Attend on UCC advisor call to prepare for allocation mediation. | 2.4 |
| 18-Apr-12 | MJW | 0029 | Email correspondence with counsel for various parties with respect to exchange of mediation briefs. | 0.2 |
| 18-Apr-12 | MJW | 0032 | Review U.S. motion material with respect to Canadian debtors Chapter 15 proceeding filed by deferred compensation committee. | 0.5 |
| 18-Apr-12 | RCJ | 0029 | Participate on call with UCC advisors regarding allocation mediation preparation (part meeting). | 1.2 |
| 18-Apr-12 | RCJ | 0029 | Analysis of allocation material and prior mediation positions. | 1.3 |
| 19-Apr-12 | RSK | 0029 | Correspondence with UCC advisors regarding allocation mediation issues. | 0.3 |
| 19-Apr-12 | RSK | 0029 | Participated in mediation prep session by phone with NNI and its advisors and UCC advisors. | 2.7 |
| 19-Apr-12 | RSK | 0029 | Review of mediation meeting schedule and email correspondence with UCC advisors. | 0.3 |
| 19-Apr-12 | MJW | 0029 | Attend to meeting by telephone with UCC advisors and NNI and its advisors to prepare for allocation mediation. | 2.7 |
| 19-Apr-12 | MJW | 0029 | Review correspondence from Mediator's counsel with respect to mediation and meeting schedule. | 0.1 |
| 19-Apr-12 | MJW | 0029 | Email correspondence with UCC advisors regarding mediation meeting schedule and participants. | 0.2 |
| 19-Apr-12 | MJW | 0003 | Prepare February, 2012 account. | 1.2 |
| 19-Apr-12 | RCJ | 0029 | Participate (telephonically) in mediation prep session with advisors for UCC and U.S. Debtors (part meeting). | 1.7 |
| 19-Apr-12 | RCJ | 0029 | Review correspondence from Mediator regarding mediation | 0.1 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2910223
Page 8 of 13
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| | | | session. | |
| 19-Apr-12 | RCJ | 0029 | Email correspondence with UCC advisors regarding mediation participants. | 0.1 |
| 20-Apr-12 | MMP | 0012 | Analysis regarding claims of Canadian employees and former employees. | 0.2 |
| 20-Apr-12 | RSK | 0029 | Review bondholder mediation statement. | 0.4 |
| 20-Apr-12 | MJW | 0007 | Attend on Committee call. | 0.5 |
| 20-Apr-12 | MJW | 0029 | Review allocation analysis to prepare for Nortel allocation mediation. | 0.6 |
| 21-Apr-12 | RSK | 0012 | Review of allocation and claims analysis. | 0.2 |
| 22-Apr-12 | RSK | 0016 | Review correspondence regarding Chapter 15 Lift Stay Motion by Deferred Comp. Committee. | 0.3 |
| 22-Apr-12 | RSK | 0029 | Review mediation statements filed for allocation mediation. | 0.7 |
| 23-Apr-12 | RSK | 0016 | Office conference with M. Wunder regarding Deferred Comp. Committee Chapter 15 Motion. | 0.2 |
| 23-Apr-12 | RSK | 0016 | Telephone attendance with Akin Gump regarding Deferred Comp. Committee and CCAA stay issues. | 0.3 |
| 23-Apr-12 | RSK | 0016 | Office conference with J. Dietrich regarding Deferred Comp. Committee and CCAA lift stay issues. | 0.4 |
| 23-Apr-12 | RSK | 0029 | Review of allocation mediation material and allocation analysis in preparation for mediation session. | 1.1 |
| 23-Apr-12 | MJW | 0029 | Prepare for allocation mediation including review of mediation submissions and allocation analysis. | 1.8 |
| 23-Apr-12 | MJW | 0016 | Review pleadings with respect to U.S. deferred compensation committee litigation, CCAA initial order stay provisions and Chapter 15 order recognizing CCAA stay. | 0.4 |
| 23-Apr-12 | MJW | 0016 | Meet with S. Kukulowicz regarding Chapter 15 recognition motion. | 0.2 |
| 23-Apr-12 | RCJ | 0029 | Review allocation analysis and mediation material to prepare for initial mediation session. | 2.2 |
| 23-Apr-12 | JOD | 0031 | Review of deferred compensation committee lift stay motion and related Canadian case law. | 1.4 |
| 23-Apr-12 | JOD | 0031 | Office conference with S. Kukulowicz regarding CCAA lift stay issues. | 0.2 |
| 23-Apr-12 | JOD | 0031 | Prepare summary of CCAA lift stay issues regarding U.S. litigation. | 0.4 |
| 24-Apr-12 | RSK | 0029 | Attend allocation mediation session in Toronto with UCC advisors. | 5.1 |
| 24-Apr-12 | RSK | 0032 | Review of correspondence and telephone attendance with Akin Gump and FMC regarding Deferred Comp Committee Chapter 15 Motion. | 0.4 |
| 24-Apr-12 | MJW | 0029 | Attend allocation mediation session and follow-up meetings | 4.3 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2910223
Page 9 of 13
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | with Committee advisors in Toronto regarding allocation mediation and next steps. | |
| 24-Apr-12 | MJW | 0016 | Email correspondence and call with Akin Gump and FMC with respect to deferred compensation committee litigation and CCAA stay issues. | 0.3 |
| 24-Apr-12 | RCJ | 0029 | Attend mediation session. | 1.1 |
| 24-Apr-12 | RCJ | 0029 | Attend meetings with Akin, FMC, and Capstone teams regarding mediation and next steps. | 3.2 |
| 25-Apr-12 | RSK | 0029 | Review Mediator's opening statement. | 0.2 |
| 25-Apr-12 | RSK | 0007 | Participated in Committee call. | 0.8 |
| 25-Apr-12 | RSK | 0029 | Participated on call with UCC advisors regarding mediation issues. | 0.3 |
| 25-Apr-12 | RSK | 0029 | Review press reports regarding mediation session. | 0.2 |
| 25-Apr-12 | RSK | 0031 | Review MOE motion record for leave to appeal Canadian environmental order. | 0.6 |
| 25-Apr-12 | MJW | 0007 | Attend on Committee call. | 0.8 |
| 25-Apr-12 | MJW | 0029 | Attend on call with Committee advisors to discuss mediation issues. | 0.3 |
| 26-Apr-12 | RSK | 0029 | Participate on call with Cleary and UCC advisors regarding allocation mediation. | 0.8 |
| 26-Apr-12 | RSK | 0031 | Office conference with Michael Wunder regarding MOE leave for appeal motion, and review of motion record. | 0.7 |
| 26-Apr-12 | MJW | 0029 | Call with UCC advisors and NNI and its advisors with respect to allocation mediation. | 0.8 |
| 26-Apr-12 | MJW | 0031 | Review Ontario Government/Ministry of Environment factum and motion record with respect to appeal of Canadian environmental order. | 1.4 |
| 26-Apr-12 | RCJ | 0029 | Participate in status call with Cleary, Akin and FMC teams regarding follow up to mediation and next steps. | 0.8 |
| 27-Apr-12 | RSK | 0031 | Review report of MOE appeal request for environmental order. | 0.2 |
| 27-Apr-12 | MJW | 0031 | Prepare report with respect to Ontario Government appeal of environmental decision. | 0.8 |
| 27-Apr-12 | MJW | 0003 | Prepare February 2012 fee application. | 1.3 |
| 30-Apr-12 | RSK | 0012 | Review of summary of claims and discussion with M. Wunder. | 0.3 |
| 30-Apr-12 | RSK | 0031 | Review of Chartis motion materials and related emails. | 0.8 |
| 30-Apr-12 | MJW | 0002 | Attend on status call with UCC advisors, NNI and Cleary. | 0.5 |
| 30-Apr-12 | MJW | 0012 | Review summary of claims, and discuss with S. Kukulowicz. | 0.4 |
| 30-Apr-12 | MJW | 0003 | Prepare March 2012 fee account. | 1.6 |
| 30-Apr-12 | RCJ | 0002 | Participate in status call with U.S. Debtors and UCC professionals. | 0.5 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2910223
Page 10 of 13
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 30-Apr-12 | RCJ | 0012 | Analysis of inter-estate claims summary. | 1.1 |
| | | | **Total** | **174.0** |

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|-------------|
| Alexandra North | Associate | Financial Restructuring | Ontario - 2009 | 5.2 | $400.00 | $2,080.00 |
| Andy Pushalik | Associate | Employment/ Labour | Ontario - 2009 | 0.3 | $430.00 | $129.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 5.2 | $580.00 | $3,016.00 |
| Mary Picard | Partner | Pensions/ Benefits | Ontario - 1985 | 0.9 | $800.00 | $720.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 53.8 | $785.00 | $42,233.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 41.9 | $725.00 | $30,377.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 44.4 | $875.00 | $38,850.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 22.3 | $675.00 | $15,052.50 |
| | | | | | | |
| TOTAL | | | | 174.0 | CDN. | $132,458.00 |

**TOTAL PROFESSIONAL FEES**                                      $   132,458.00

**NON-TAXABLE DISBURSEMENTS**

| | |
|---|---|
| Binding Books / Documents | $     178.60 |
| Library Computer Research | 191.50 |
| Long Distance Telephone Calls | 12.04 |
| Meals & Beverages | 301.60 |
| Photocopy & Printing Charges | 1,161.40 |
| Transportation Costs | 17.70 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | $   1,862.84 |

**TOTAL DISBURSEMENTS**                                              1,862.84

**TOTAL AMOUNT DUE**                                      $ 134,320.84 CDN.

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2910223
Page 11 of 13
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0002 | General Case Administration | 3.6 | 2,847.00 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 4.1 | 3,218.50 |
| 0007 | Creditors Committee Meetings | 4.4 | 3,598.00 |
| 0008 | Court Hearings | 2.8 | 1,829.00 |
| 0012 | General Claims Analysis/Claims Objections | 69.4 | 51,352.00 |
| 0016 | Lift Stay Litigation | 2.1 | 1,756.50 |
| 0019 | Labor Issues/Employee Benefits | 0.7 | 564.50 |
| 0029 | Intercompany Analysis | 67.4 | 53,668.00 |
| 0031 | Canadian Proceedings/Matters | 18.1 | 12,444.50 |
| 0032 | U.S. Proceedings/Matters | 1.4 | 1,180.00 |
| | **Total** | **174.0** | **$132,458.00** |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

DISBURSEMENT DETAIL:

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 01-Apr-12 | Laser Copy;KenneyJ | 36.00 | $ 3.60 |
| 02-Apr-12 | Laser Copy;NELSON M | 63.00 | 6.30 |
| 02-Apr-12 | Laser Copy;NORTH, Alexandra | 113.00 | 11.30 |
| 02-Apr-12 | Laser Copy;ORAHILL T | 4.00 | 0.40 |
| 02-Apr-12 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 02-Apr-12 | Photocopy;TOBERGLUND | 204.00 | 20.40 |
| 02-Apr-12 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 191.50 |
| 04-Apr-12 | Laser Copy;BATH P | 174.00 | 17.40 |
| 04-Apr-12 | Laser Copy;MCDONALA | 142.00 | 14.20 |
| 04-Apr-12 | Laser Copy;KARTASHM | 171.00 | 17.10 |
| 05-Apr-12 | Laser Copy;NELSON M | 308.00 | 30.80 |
| 05-Apr-12 | Parking for M. Wunder on April 1/12; 2012-4-1 | 1.00 | 17.70 |
| 09-Apr-12 | Laser Copy;KUKULOWI | 22.00 | 2.20 |
| 09-Apr-12 | Laser Copy;GOUGEON | 1.00 | 0.10 |
| 10-Apr-12 | Laser Copy;KARTASHM | 109.00 | 10.90 |
| 10-Apr-12 | Laser Copy;KUKULOWI | 36.00 | 3.60 |
| 10-Apr-12 | Cerlox / Clear Cover | 1.00 | 6.00 |
| 10-Apr-12 | Laser Copy;DamaniA | 124.00 | 12.40 |
| 11-Apr-12 | Laser Copy;NELSON M | 36.00 | 3.60 |
| 11-Apr-12 | Laser Copy;KARTASHM | 5.00 | 0.50 |
| 12-Apr-12 | Laser Copy;KUKULOWI | 8.00 | 0.80 |
| 13-Apr-12 | Laser Copy;KenneyJ | 31.00 | 3.10 |
| 13-Apr-12 | Laser Copy;NELSON M | 200.00 | 20.00 |
| 13-Apr-12 | Laser Copy;KARTASHM | 15.00 | 1.50 |
| 16-Apr-12 | Laser Copy;NELSON M | 210.00 | 21.00 |
| 16-Apr-12 | Tabs / Cerlox / Clear Cover | 1.00 | 10.00 |
| 16-Apr-12 | Photocopy;WUNDER M | 294.00 | 29.40 |
| 16-Apr-12 | Bell Conferencing/Michael Wunder/Inv. 108354418 | 1.00 | 1.93 |
| 16-Apr-12 | Bell Conferencing/Michael Wunder/Inv. 108354418 | 1.00 | 0.42 |
| 16-Apr-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 16-Apr-12 | Tabs / Cerlox / Clear Cover | 1.00 | 5.00 |
| 17-Apr-12 | Laser Copy;NELSON M | 5.00 | 0.50 |
| 18-Apr-12 | Laser Copy;NELSON M | 20.00 | 2.00 |
| 19-Apr-12 | Laser Copy;KARTASHM | 12.00 | 1.20 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2910223
Page 13 of 13
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 19-Apr-12 | Working lunch at Mr. Sub for R. Jacobs and S. Kukulowicz on April 19/12; 2012-4-19 | 1.00 | 14.98 |
| -Apr-12 | Laser Copy;NELSON M | 49.00 | 4.90 |
| 20-Apr-12 | Laser Copy;KUKULOWI | 13.00 | 1.30 |
| 20-Apr-12 | Laser Copy;NELSON M | 30.00 | 3.00 |
| 20-Apr-12 | Laser Copy;KARTASHM | 5.00 | 0.50 |
| 22-Apr-12 | Laser Copy;Vincent-DunlopT | 335.00 | 33.50 |
| 22-Apr-12 | Photocopy;Vincent-DunlopT | 1,575.00 | 157.50 |
| 23-Apr-12 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 9.18 |
| 23-Apr-12 | Tabs / Cerlox / Clear Cover | 1.00 | 58.00 |
| 23-Apr-12 | Laser Copy;KARTASHM | 1.00 | 0.10 |
| 23-Apr-12 | Photocopy;NELSON M | 94.00 | 9.40 |
| 23-Apr-12 | Laser Copy;jacobsr | 19.00 | 1.90 |
| 24-Apr-12 | Laser Copy;MCDONALA | 113.00 | 11.30 |
| 24-Apr-12 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 24-Apr-12 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 25-Apr-12 | Laser Copy;DuldulaoF | 6,490.00 | 649.00 |
| 25-Apr-12 | Laser Copy;KUKULOWI | 39.00 | 3.90 |
| 25-Apr-12 | Laser Copy;jacobsr | 97.00 | 9.70 |
| 25-Apr-12 | Laser Copy;NELSON M | 147.00 | 14.70 |
| 26-Apr-12 | Laser Copy;KUKULOWI | 6.00 | 0.60 |
| 26-Apr-12 | Photocopy;BOWLES-D | 19.00 | 1.90 |
| 26-Apr-12 | Photocopy;BOWLES-D | 3.00 | 0.30 |
| 26-Apr-12 | Photocopy;DamaniA | 15.00 | 1.50 |
| 26-Apr-12 | Working lunch at Hemispheres in Toronto with Akin Gump (Hodara/Botter/Qureshi/Kahn), Capstone (Borow/Kearns) and FMC (Kukulowicz/Jacobs/Wunder) on April 24/12; 2012-4-24 | 1.00 | 201.42 |
| 26-Apr-12 | Laser Copy;jacobsr | 41.00 | 4.10 |
| 26-Apr-12 | Laser Copy;NELSON M | 129.00 | 12.90 |
| 27-Apr-12 | Tabs / Cerlox /Clear Cover | 1.00 | 99.60 |
| 27-Apr-12 | Food for UCC advisor meeting in Toronto - Maxim/M Wunder - April 24/12/Inv.20764 | 1.00 | 85.20 |
| 30-Apr-12 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 30-Apr-12 | Laser Copy;NELSON M | 38.00 | 3.80 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | | $ 1,862.84 |

MONTRÉAL   OTTAWA   TORONTO   EDMONTON   CALGARY   VANCOUVER      fmc-law.com