# EXHIBIT C

## DISBURSEMENT SUMMARY
## APRIL 1 TO APRIL 30, 2012
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Binding Books / Documents | $ 178.60 |
| Library Computer Research | $ 191.50 |
| Long Distance Telephone Calls | $ 12.04 |
| Meals and Beverages | $ 301.60 |
| Photocopy & Printing Charges | $1,161.40 |
| Transportation Costs | $ 17.70 |
| Total Non-Taxable Disbursements | **$1,862.84 CDN.** |

11356374_1|TorDocs