**EXHIBIT D**

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2910223
Page 12 of 13
Matter # 538462-000001

DISBURSEMENT DETAIL:

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 01-Apr-12 | Laser Copy;KenneyJ | 36.00 | $ 3.60 |
| 02-Apr-12 | Laser Copy;NELSON M | 63.00 | 6.30 |
| 02-Apr-12 | Laser Copy;NORTH, Alexandra | 113.00 | 11.30 |
| 02-Apr-12 | Laser Copy;ORAHILL T | 4.00 | 0.40 |
| 02-Apr-12 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 02-Apr-12 | Photocopy;TOBERGLUND | 204.00 | 20.40 |
| 02-Apr-12 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 191.50 |
| 04-Apr-12 | Laser Copy;BATH P | 174.00 | 17.40 |
| 04-Apr-12 | Laser Copy;MCDONALA | 142.00 | 14.20 |
| 04-Apr-12 | Laser Copy;KARTASHM | 171.00 | 17.10 |
| 05-Apr-12 | Laser Copy;NELSON M | 308.00 | 30.80 |
| 05-Apr-12 | Parking for M. Wunder on April 1/12; 2012-4-1 | 1.00 | 17.70 |
| 09-Apr-12 | Laser Copy;KUKULOWI | 22.00 | 2.20 |
| 09-Apr-12 | Laser Copy;GOUGEON | 1.00 | 0.10 |
| 10-Apr-12 | Laser Copy;KARTASHM | 109.00 | 10.90 |
| 10-Apr-12 | Laser Copy;KUKULOWI | 36.00 | 3.60 |
| 10-Apr-12 | Cerlox / Clear Cover | 1.00 | 6.00 |
| 10-Apr-12 | Laser Copy;DamaniA | 124.00 | 12.40 |
| 11-Apr-12 | Laser Copy;NELSON M | 36.00 | 3.60 |
| 11-Apr-12 | Laser Copy;KARTASHM | 5.00 | 0.50 |
| 12-Apr-12 | Laser Copy;KUKULOWI | 8.00 | 0.80 |
| 13-Apr-12 | Laser Copy;KenneyJ | 31.00 | 3.10 |
| 13-Apr-12 | Laser Copy;NELSON M | 200.00 | 20.00 |
| 13-Apr-12 | Laser Copy;KARTASHM | 15.00 | 1.50 |
| 16-Apr-12 | Laser Copy;NELSON M | 210.00 | 21.00 |
| 16-Apr-12 | Tabs / Cerlox / Clear Cover | 1.00 | 10.00 |
| 16-Apr-12 | Photocopy;WUNDER M | 294.00 | 29.40 |
| 16-Apr-12 | Bell Conferencing/Michael Wunder/Inv. 108354418 | 1.00 | 1.93 |
| 16-Apr-12 | Bell Conferencing/Michael Wunder/Inv. 108354418 | 1.00 | 0.42 |
| 16-Apr-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 16-Apr-12 | Tabs / Cerlox / Clear Cover | 1.00 | 5.00 |
| 17-Apr-12 | Laser Copy;NELSON M | 5.00 | 0.50 |
| 18-Apr-12 | Laser Copy;NELSON M | 20.00 | 2.00 |
| 19-Apr-12 | Laser Copy;KARTASHM | 12.00 | 1.20 |

FRASER MILNER CASGRAIN LLP

INVOICE 2910223

The Official Committee of Unsecured Creditors

Page 13 of 13

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 19-Apr-12 | Working lunch at Mr. Sub for R. Jacobs and S. Kukulowicz on April 19/12; 2012-4-19 | 1.00 | 14.98 |
| -Apr-12 | Laser Copy;NELSON M | 49.00 | 4.90 |
| 20-Apr-12 | Laser Copy;KUKULOWI | 13.00 | 1.30 |
| 20-Apr-12 | Laser Copy;NELSON M | 30.00 | 3.00 |
| 20-Apr-12 | Laser Copy;KARTASHM | 5.00 | 0.50 |
| 22-Apr-12 | Laser Copy;Vincent-DunlopT | 335.00 | 33.50 |
| 22-Apr-12 | Photocopy;Vincent-DunlopT | 1,575.00 | 157.50 |
| 23-Apr-12 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 9.18 |
| 23-Apr-12 | Tabs / Cerlox / Clear Cover | 1.00 | 58.00 |
| 23-Apr-12 | Laser Copy;KARTASHM | 1.00 | 0.10 |
| 23-Apr-12 | Photocopy;NELSON M | 94.00 | 9.40 |
| 23-Apr-12 | Laser Copy;jacobsr | 19.00 | 1.90 |
| 24-Apr-12 | Laser Copy;MCDONALA | 113.00 | 11.30 |
| 24-Apr-12 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 24-Apr-12 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 25-Apr-12 | Laser Copy;DuldulaoF | 6,490.00 | 649.00 |
| 25-Apr-12 | Laser Copy;KUKULOWI | 39.00 | 3.90 |
| 25-Apr-12 | Laser Copy;jacobsr | 97.00 | 9.70 |
| 25-Apr-12 | Laser Copy;NELSON M | 147.00 | 14.70 |
| 26-Apr-12 | Laser Copy;KUKULOWI | 6.00 | 0.60 |
| 26-Apr-12 | Photocopy;BOWLES-D | 19.00 | 1.90 |
| 26-Apr-12 | Photocopy;BOWLES-D | 3.00 | 0.30 |
| 26-Apr-12 | Photocopy;DamaniA | 15.00 | 1.50 |
| 26-Apr-12 | Working lunch at Hemispheres in Toronto with Akin Gump (Hodara/Botter/Qureshi/Kahn), Capstone (Borow/Kearns) and FMC (Kukulowicz/Jacobs/Wunder) on April 24/12; 2012-4-24 | 1.00 | 201.42 |
| 26-Apr-12 | Laser Copy;jacobsr | 41.00 | 4.10 |
| 26-Apr-12 | Laser Copy;NELSON M | 129.00 | 12.90 |
| 27-Apr-12 | Tabs / Cerlox /Clear Cover | 1.00 | 99.60 |
| 27-Apr-12 | Food for UCC advisor meeting in Toronto - Maxim/M Wunder - April 24/12/Inv.20764 | 1.00 | 85.20 |
| 30-Apr-12 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 30-Apr-12 | Laser Copy;NELSON M | 38.00 | 3.80 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | | **$ 1,862.84** |