**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## APRIL 1, 2012 THROUGH APRIL 30, 2012
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alexandra North | Associate | Financial Restructuring | Ontario - 2009 | 5.2 | $400.00 | $ 2,080.00 |
| Andy Pushalik | Associate | Employment/Labour | Ontario - 2009 | 0.3 | $430.00 | $ 129.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 5.2 | $580.00 | $ 3,016.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 0.9 | $800.00 | $ 720.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 53.8 | $785.00 | $ 42,233.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 41.9 | $725.00 | $ 30,377.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 44.4 | $875.00 | $ 38,850.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 22.3 | $675.00 | $ 15,052.50 |
| | | | | | | |
| TOTAL | | | | 174.0 | CDN. | $ 132,458.00 |

11356374_1|TorDocs