## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 4/1/2012 through 4/30/2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $795 | 48.50 | $38,557.50 |
| J. Borow | Executive Director | $795 | 64.20 | $51,039.00 |
| J. Hyland | Executive Director | $610 | 164.40 | $100,284.00 |
| A. Cowie | Managing Director | $550 | 40.40 | $22,220.00 |
| J. Schad | Director | $400 | 4.20 | $1,680.00 |
| T. Morilla | Director | $360 | 85.50 | $30,780.00 |
| M. Haverkamp | Paraprofessional | $120 | 3.30 | $396.00 |
| **For the Period 4/1/2012 through 4/30/2012** | | | **410.50** | **$244,956.50** |

Capstone Advisory Group, LLC
Invoice for the 4/1/2012-4/30/201 Fee Statement