## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 4/1/2012 through 4/30/2012**

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 198.90 | $121,832.00 |
| 05. Professional Retention/Fee Application Preparation | 10.80 | $4,374.50 |
| 07. Interaction/Mtgs w Debtors/Counsel | 3.60 | $2,529.00 |
| 08. Interaction/Mtgs w Creditors | 35.50 | $26,187.50 |
| 09. Employee Issues/KEIP | 12.80 | $6,033.00 |
| 10. Recovery/SubCon/Lien Analysis | 62.50 | $37,831.00 |
| 11. Claim Analysis/Accounting | 13.30 | $6,336.00 |
| 13. Intercompany Transactions/Bal | 9.00 | $4,665.00 |
| 18. Operating and Other Reports | 21.00 | $10,847.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 14.30 | $7,148.00 |
| 26. Tax Issues | 20.40 | $13,231.50 |
| 33. Intellectual Property | 8.40 | $3,942.00 |
| **For the Period 4/1/2012 through 4/30/2012** | **410.50** | **$244,956.50** |