# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 4/1/2012 through 4/30/2012**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 4/2/2012 | C. Kearns | 0.60 | Continue to review draft brief and related analysis. |
| 4/2/2012 | J. Hyland | 2.60 | Reviewed mediation statement summary. |
| 4/3/2012 | J. Hyland | 1.20 | Continued revising mediation summary. |
| 4/3/2012 | J. Hyland | 2.70 | Revised mediation summary. |
| 4/3/2012 | J. Hyland | 2.80 | Reviewed mediation statement. |
| 4/4/2012 | J. Hyland | 2.30 | Reviewed revised mediation statement. |
| 4/4/2012 | J. Hyland | 2.30 | Reviewed mediation statement summaries. |
| 4/5/2012 | T. Morilla | 0.40 | Reviewed and edited the proposal template document. |
| 4/5/2012 | A. Cowie | 0.90 | Prepared discussion points for and follow up on issues raised during Committee call in regard to mediation. |
| 4/5/2012 | J. Hyland | 1.00 | Reviewed information related to mediation. |
| 4/5/2012 | T. Morilla | 1.00 | Reviewed and analyzed the ad hoc bondholder group mediation statement. |
| 4/5/2012 | T. Morilla | 1.50 | Reviewed asset allocation issues. |
| 4/5/2012 | J. Hyland | 2.90 | Analyzed proceeds allocation supporting documentation. |
| 4/9/2012 | J. Hyland | 0.20 | Conducted call with M. Kennedy re: 4th Estate. |
| 4/9/2012 | J. Hyland | 0.50 | Conducted call with A. Bifield re: 4th Estate. |
| 4/9/2012 | C. Kearns | 0.50 | Analyzed status of mediation brief draft. |
| 4/9/2012 | T. Morilla | 1.60 | Reviewed and analyzed 4th Estate issues. |
| 4/9/2012 | T. Morilla | 1.60 | Continued to review the 4th Estate issues. |
| 4/9/2012 | J. Hyland | 2.30 | Reviewed updated 4th Estate documentation. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/10/2012 | J. Hyland | 0.10 | Conducted follow-up call with M. Sandberg re: mediation statement. |
| 4/10/2012 | J. Hyland | 0.50 | Conducted call with M. Sandberg re: mediation statement. |
| 4/10/2012 | C. Kearns | 0.60 | Continued review of mediation brief. |
| 4/10/2012 | T. Morilla | 0.90 | Continued to review 4th Estate issues. |
| 4/10/2012 | A. Cowie | 0.90 | Analyzed allocation documents. |
| 4/10/2012 | T. Morilla | 1.80 | Reviewed and analyzed the mediation exhibit. |
| 4/10/2012 | J. Hyland | 2.80 | Analyzed 4th Estate settlement calculations. |
| 4/10/2012 | J. Hyland | 2.90 | Reviewed support for mediation statement. |
| 4/11/2012 | J. Hyland | 0.30 | Conducted call with M. Kennedy re: mediation statement. |
| 4/11/2012 | C. Kearns | 1.10 | Continued review of mediation position and related analysis. |
| 4/11/2012 | T. Morilla | 1.50 | Continued to review the mediation exhibit. |
| 4/11/2012 | C. Kearns | 2.00 | Continued review of mediation position and related analysis. |
| 4/11/2012 | T. Morilla | 2.30 | Continued to review the mediation exhibit. |
| 4/11/2012 | J. Hyland | 2.40 | Continued reviewing mediation statement and exhibits. |
| 4/11/2012 | J. Hyland | 2.70 | Continued reviewing mediation statement and exhibits. |
| 4/11/2012 | J. Hyland | 2.90 | Reviewed mediation statement and exhibits. |
| 4/12/2012 | C. Kearns | 0.80 | Reviewed and analyzed mediation position and underlying analysis. |
| 4/12/2012 | T. Morilla | 1.50 | Reviewed and analyzed the mediation issues list. |
| 4/12/2012 | J. Borow | 1.90 | Reviewed issues relating to mediation issues and statements and financial information. |
| 4/12/2012 | T. Morilla | 2.00 | Began preparing summary slides for mediation preparation. |
| 4/12/2012 | J. Hyland | 2.80 | Continued reviewing mediation statement and exhibits. |
| 4/12/2012 | J. Hyland | 2.90 | Reviewed mediation statement. |
| 4/13/2012 | J. Hyland | 0.20 | Conducted call with B. Kahn re: mediation statement. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/13/2012 | T. Morilla | 1.20 | Reviewed the updated mediation exhibit. |
| 4/13/2012 | C. Kearns | 1.50 | Continued review of mediation briefs and related calls with counsel to discuss. |
| 4/13/2012 | T. Morilla | 2.20 | Continued to review the mediation exhibit. |
| 4/13/2012 | J. Hyland | 2.60 | Reviewed revised mediation statement exhibits. |
| 4/13/2012 | C. Kearns | 2.80 | Reviewed mediation briefs and related calls with counsel to discuss. |
| 4/13/2012 | J. Hyland | 2.80 | Continued reviewing revised mediation statement exhibits. |
| 4/13/2012 | J. Hyland | 2.90 | Reviewed revised mediation statement exhibits and supporting |
| 4/14/2012 | C. Kearns | 0.70 | Continued review of mediation drafts and related analysis; related emails to counsel. |
| 4/16/2012 | C. Kearns | 1.10 | Read draft statements from ad hocs and Trustee and discussed with counsel. |
| 4/16/2012 | J. Hyland | 2.20 | Prepared supporting information for mediation statement. |
| 4/16/2012 | T. Morilla | 2.50 | Reviewed and analyzed the mediation statement. |
| 4/16/2012 | J. Hyland | 2.70 | Reviewed summary for counsel. |
| 4/16/2012 | J. Hyland | 2.90 | Prepared talking points for counsel. |
| 4/17/2012 | T. Morilla | 0.50 | Reviewed and analyzed the mediation talking points list. |
| 4/17/2012 | T. Morilla | 1.00 | Continued to review the mediation exhibit. |
| 4/17/2012 | C. Kearns | 1.40 | Prepared for mediation. |
| 4/17/2012 | J. Hyland | 1.60 | Reviewed prior mediation statements from other estates. |
| 4/17/2012 | J. Hyland | 2.80 | Revised mediation statement summary. |
| 4/17/2012 | J. Hyland | 2.90 | Prepared mediation statement summary. |
| 4/18/2012 | J. Hyland | 1.80 | Continued analyzing proceeds allocation scenarios. |
| 4/18/2012 | J. Hyland | 2.00 | Prepared for allocation discussion with counsel. |
| 4/18/2012 | A. Cowie | 2.40 | Continued to analyze mediation documentation. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/18/2012 | J. Hyland | 2.50 | Participated in meeting with counsel, Fraser, R. Keenan, and Ashurst re: proceeds allocation mediation. |
| 4/18/2012 | A. Cowie | 2.70 | Continued to analyze mediation documentation. |
| 4/18/2012 | C. Kearns | 2.80 | Prepared for mediation with counsel. |
| 4/18/2012 | J. Hyland | 2.90 | Analyzed proceeds allocation scenarios. |
| 4/18/2012 | A. Cowie | 2.90 | Analyzed mediation documentation. |
| 4/18/2012 | J. Borow | 3.80 | Prepared for (1.3) and participated in (2.5) meeting with counsel and advisors re: mediation and potential negotiating issues. |
| 4/19/2012 | T. Morilla | 0.40 | Reviewed and analyzed the mediation rebuttal arguments. |
| 4/19/2012 | A. Cowie | 2.60 | Continued to analyze mediation documentation. |
| 4/19/2012 | A. Cowie | 2.70 | Analyzed mediation documentation. |
| 4/19/2012 | J. Hyland | 2.80 | Prepared for allocation discussion with Cleary. |
| 4/19/2012 | J. Hyland | 2.90 | Followed-up on proceeds mediation discussion. |
| 4/19/2012 | J. Hyland | 3.20 | Participated in discussion with Cleary, counsel, Fraser, Chilmark, and J. Ray re: proceeds mediation. |
| 4/19/2012 | J. Borow | 5.80 | Prepared for (2.6) and participated in (3.2) meeting with counsel and advisors re: mediation and potential negotiating issues. |
| 4/20/2012 | C. Kearns | 0.50 | Continued preparation for mediation. |
| 4/20/2012 | T. Morilla | 0.90 | Continued to review the Ad Hoc Bondholder group mediation statement. |
| 4/20/2012 | J. Hyland | 2.50 | Continued reviewing summary of proceeds allocation scenarios. |
| 4/20/2012 | J. Hyland | 2.90 | Reviewed summary of proceeds allocation scenarios. |
| 4/23/2012 | C. Kearns | 0.60 | Continued to prepare for the mediation including discussions with counsel. |
| 4/23/2012 | T. Morilla | 0.80 | Reviewed and analyzed the Bank of NY mediation statement. |
| 4/23/2012 | J. Hyland | 0.90 | Continued reviewing mediation submissions. |
| 4/23/2012 | C. Kearns | 1.30 | Prepared for Toronto mediation. |
| 4/23/2012 | T. Morilla | 1.90 | Reviewed and analyzed the Law Debenture mediation statement and exhibits. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/23/2012 | J. Hyland | 2.90 | Reviewed mediation submissions from other parties. |
| 4/23/2012 | J. Borow | 2.90 | Prepared for meetings in Toronto with mediator and parties to mediation process. |
| 4/23/2012 | C. Kearns | 2.90 | Prepared for mediation including discussions with counsel. |
| 4/23/2012 | A. Cowie | 2.90 | Analyzed mediation statements from other parties in interest. |
| 4/24/2012 | J. Hyland | 0.30 | Reviewed Chief Justice Winkler's opening remarks. |
| 4/24/2012 | T. Morilla | 0.80 | Reviewed and analyzed the mediation brief opening statements. |
| 4/24/2012 | C. Kearns | 1.00 | Prepared for mediation session. |
| 4/24/2012 | C. Kearns | 1.50 | Analyzed Toronto mediation. |
| 4/24/2012 | J. Hyland | 2.00 | Reviewed prior mediation positions. |
| 4/24/2012 | C. Kearns | 2.60 | Attended mediation session with Justice Winkler and attended debrief with ad hocs. |
| 4/24/2012 | J. Borow | 9.00 | Prepared for (6.4), attended and participated in initial meeting (2.6) with mediator and ad hoc debrief in Toronto. |
| 4/25/2012 | T. Morilla | 0.20 | Reviewed IP address update on sale process. |
| 4/25/2012 | T. Morilla | 2.30 | Reviewed and analyzed the mediation issues. |
| 4/26/2012 | C. Kearns | 0.40 | Reviewed tape of Justice Winkler comments in plenary session. |
| 4/26/2012 | C. Kearns | 1.10 | Participated in call with Ray, CGSH and counsel to debrief on mediation and review next steps; related follow up with counsel. |
| 4/27/2012 | C. Kearns | 0.60 | Continued review of mediation related issues. |
| 4/30/2012 | T. Morilla | 1.20 | Reviewed the U.S. estate-owned assets. |
| 4/30/2012 | J. Hyland | 2.80 | Reviewed data request and related documents. |
| Subtotal | | 198.90 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/2/2012 | J. Hyland | 0.50 | Prepared professional fee summary for counsel. |
| 4/16/2012 | M. Haverkamp | 0.60 | Prepared March fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/16/2012 | J. Borow | 1.10 | Reviewed fee application and related fees. |
| 4/17/2012 | M. Haverkamp | 1.60 | Prepared March fee application. |
| 4/23/2012 | T. Morilla | 1.50 | Began working on the monthly fee application. |
| 4/24/2012 | J. Hyland | 1.40 | Reviewed March fee application. |
| 4/24/2012 | T. Morilla | 1.70 | Continued working on the monthly professional fee application. |
| 4/27/2012 | M. Haverkamp | 1.10 | Prepared March 2012 fee application. |
| 4/27/2012 | J. Hyland | 1.30 | Reviewed revised fee application. |
| Subtotal | | 10.80 | |

**07. Interaction/Mtgs w Debtors/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/9/2012 | J. Hyland | 0.70 | Participated in call with J. Bromley, counsel, FMC, and Chilmark re: weekly status. |
| 4/16/2012 | J. Hyland | 0.60 | Participated in call with J. Bromley, Chilmark, Fraser, and counsel re: weekly status. |
| 4/30/2012 | J. Hyland | 0.50 | Participated in weekly status call with J. Bromley, J. Ray, Chilmark, counsel, Fraser, and Jefferies. |
| 4/30/2012 | J. Borow | 0.80 | Prepared for (0.3) and participated in (0.5) discussions with U.S. Debtors re: mediation issues. |
| 4/30/2012 | C. Kearns | 1.00 | Prepared for (0.5) and participated in (0.5) call with Debtors re: information requested by the mediator and discussed with counsel. |
| Subtotal | | 3.60 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/2/2012 | C. Kearns | 0.20 | Participated in status call and emailed with counsel re: next steps with ad hocs. |
| 4/2/2012 | C. Kearns | 1.20 | Participated in call with counsel, Milbank and FTI re: next steps in mediation. |
| 4/3/2012 | C. Kearns | 4.00 | Met with UCC member to discuss allocation related issues and followed up with counsel. |
| 4/4/2012 | J. Hyland | 1.00 | Participated in call with counsel and other UCC professionals re: UCC status call and mediation. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/4/2012 | C. Kearns | 2.50 | Prepared for (1.5) and participated in (1.0) discussion among UCC professionals re: mediation draft statement and analysis. |
| 4/5/2012 | J. Hyland | 0.50 | Participated in UCC call with UCC professionals. |
| 4/5/2012 | C. Kearns | 1.00 | Prepared for (0.5) and participated in (0.5) UCC call. |
| 4/5/2012 | C. Kearns | 1.00 | Participated in call with ad hocs and follow up. |
| 4/5/2012 | J. Hyland | 2.40 | Prepared for UCC call and reviewed mediation summaries. |
| 4/10/2012 | J. Hyland | 0.20 | Conducted call with B. Kahn re: 4th Estate and UCC matters. |
| 4/11/2012 | J. Hyland | 0.40 | Participated in weekly status call with UCC professionals. |
| 4/12/2012 | C. Kearns | 0.40 | Participated in call with counsel and UCC member re: specific issues related to mediation. |
| 4/12/2012 | J. Hyland | 0.60 | Prepared for (0.2) and participated in (0.4) UCC call with UCC professionals. |
| 4/12/2012 | J. Borow | 1.50 | Prepared for (1.1) and participated in (0.4) meeting with UCC and professionals. |
| 4/12/2012 | J. Hyland | 1.80 | Reviewed documents and prepared for UCC call. |
| 4/19/2012 | C. Kearns | 4.60 | Met with ad hocs and Debtor re: mediation preparation and followed up with counsel. |
| 4/20/2012 | C. Kearns | 0.60 | Prepared for and participated in UCC call. |
| 4/20/2012 | J. Hyland | 0.60 | Participated on UCC call with UCC professionals. |
| 4/20/2012 | J. Borow | 1.60 | Prepared for (1.0) and participated in (0.6) meeting with UCC and advisors. |
| 4/20/2012 | J. Hyland | 2.00 | Reviewed information for UCC call. |
| 4/23/2012 | J. Hyland | 0.60 | Conducted call with M. Sandberg re: case status. |
| 4/23/2012 | J. Borow | 1.10 | Held discussion with various creditors and other parties in interest re: status of matter. |
| 4/25/2012 | J. Hyland | 0.90 | Participated on UCC call with UCC professionals. |
| 4/25/2012 | C. Kearns | 1.20 | Prepared for (0.3) and participated in (0.9) weekly UCC call to debrief mediation developments. |
| 4/25/2012 | J. Borow | 2.30 | Prepared for (1.4) and participated in (0.9) meeting with UCC and advisors. |

Capstone Advisory Group, LLC  
Invoice for the 4/1/2012-4/30/2012 Fee Statement

Page 7 of 13

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/26/2012 | J. Borow | 1.30 | Held discussion with various creditors and other parties in interest re: status of matter. |
| Subtotal | | 35.50 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/2/2012 | J. Hyland | 1.00 | Analyzed headcount reporting. |
| 4/3/2012 | T. Morilla | 1.00 | Reviewed and analyzed headcount amounts. |
| 4/3/2012 | T. Morilla | 1.20 | Continued to review and analyze the headcount amounts. |
| 4/3/2012 | J. Hyland | 1.30 | Analyzed headcount data and related emails with J. Ray. |
| 4/4/2012 | J. Hyland | 1.30 | Reviewed headcount report for UCC. |
| 4/4/2012 | T. Morilla | 1.80 | Edited the headcount report based on comments. |
| 4/4/2012 | J. Hyland | 2.10 | Analyzed headcount information from NNL and NNI. |
| 4/4/2012 | T. Morilla | 2.30 | Prepared the headcount report. |
| 4/19/2012 | T. Morilla | 0.80 | Reviewed retiree and LTD issues. |
| Subtotal | | 12.80 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/2/2012 | J. Borow | 0.20 | Continued to review the mediation exhibits and statement re: financial issues and related computations. |
| 4/2/2012 | T. Morilla | 2.40 | Continued to revise the April mediation recovery assumptions. |
| 4/2/2012 | J. Borow | 2.90 | Reviewed mediation exhibits and statement re: financial issues and related computations. |
| 4/3/2012 | J. Borow | 1.20 | Continued to review the mediation exhibits and statement re: financial issues and related computations. |
| 4/3/2012 | J. Borow | 2.90 | Reviewed mediation exhibits and statement re: financial issues and related computations. |
| 4/4/2012 | T. Morilla | 1.10 | Reviewed and analyzed the recovery assumptions. |
| 4/4/2012 | T. Morilla | 1.30 | Continued to review the recovery assumptions. |
| 4/4/2012 | T. Morilla | 1.60 | Edited the recovery assumptions document. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/4/2012 | J. Borow | 1.90 | Continued to review the mediation exhibits and statement re: financial issues and related computations. |
| 4/4/2012 | J. Borow | 2.50 | Reviewed mediation exhibits and statement re: financial issues and related computations. |
| 4/5/2012 | T. Morilla | 0.90 | Revised the recovery assumptions document based on comments. |
| 4/5/2012 | J. Borow | 2.20 | Continued to review the mediation exhibits and statement re: financial issues and related computations. |
| 4/5/2012 | J. Borow | 2.90 | Reviewed mediation exhibits and statement re: financial issues and related computations. |
| 4/6/2012 | C. Kearns | 0.50 | Continued preparation for mediation. |
| 4/9/2012 | A. Cowie | 1.10 | Analyzed creditor recovery factors. |
| 4/11/2012 | A. Cowie | 0.40 | Analyzed creditor recovery settlement documentation. |
| 4/12/2012 | A. Cowie | 0.60 | Analyzed creditor recovery scenario documentation. |
| 4/16/2012 | T. Morilla | 2.10 | Reviewed and edited summary recovery document. |
| 4/16/2012 | A. Cowie | 2.20 | Continued to analyze creditor recovery scenario supporting documentation. |
| 4/16/2012 | A. Cowie | 2.20 | Analyzed EMEA and CDN estate recovery documentation. |
| 4/16/2012 | J. Borow | 2.40 | Reviewed various recovery issues and related scenarios. |
| 4/16/2012 | A. Cowie | 2.80 | Analyzed creditor recovery scenario supporting documentation. |
| 4/17/2012 | J. Borow | 1.80 | Reviewed various recovery issues and related scenarios. |
| 4/17/2012 | A. Cowie | 2.70 | Analyzed creditor recovery supporting documentation for mediation. |
| 4/17/2012 | A. Cowie | 2.80 | Continued to analyze creditor recovery supporting documentation for mediation. |
| 4/18/2012 | T. Morilla | 0.90 | Reviewed and analyzed the most recent recovery analyses. |
| 4/18/2012 | T. Morilla | 1.60 | Continued to revise the most recent recovery analyses based on comments. |
| 4/18/2012 | T. Morilla | 2.80 | Revised the most recent recovery analyses based on comments. |
| 4/19/2012 | A. Cowie | 2.70 | Analyzed creditor recovery scenario supporting documentation. |
| 4/20/2012 | T. Morilla | 2.70 | Ran additional recovery sensitivity analyses. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/25/2012 | J. Borow | 2.20 | Reviewed various recovery scenarios relating to mediation process. |
| 4/26/2012 | J. Borow | 2.30 | Reviewed various recovery scenarios relating to mediation process. |
| 4/27/2012 | J. Borow | 1.50 | Reviewed various recovery scenarios relating to mediation process. |
| 4/30/2012 | C. Kearns | 0.20 | Reviewed prior report re: potential head of claim for current mediation. |
| Subtotal | | 62.50 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/3/2012 | T. Morilla | 1.10 | Continued to review and analyze a scenario analysis. |
| 4/3/2012 | T. Morilla | 1.50 | Reviewed and analyzed a scenario analyses. |
| 4/25/2012 | J. Hyland | 0.30 | Provided claims reporting to counsel. |
| 4/25/2012 | T. Morilla | 0.90 | Reviewed the U.S. claims. |
| 4/26/2012 | C. Kearns | 0.30 | Reviewed summary of the U.S. Debtors' claims base prepared by Chilmark to be submitted to mediator and discuss with counsel. |
| 4/26/2012 | J. Hyland | 0.30 | Conducted call with M. Kennedy re: U.S. claims. |
| 4/26/2012 | T. Morilla | 1.30 | Reviewed and analyzed the U.S. claims. |
| 4/26/2012 | J. Hyland | 1.70 | Reviewed claims reporting. |
| 4/26/2012 | T. Morilla | 1.80 | Continued to review the U.S. claims. |
| 4/26/2012 | J. Hyland | 2.50 | Analyzed changes in claims balances. |
| 4/27/2012 | C. Kearns | 0.50 | Reviewed updated summary of U.S. Debtors' claims base. |
| 4/30/2012 | T. Morilla | 1.10 | Reviewed October 2010 mediation exhibit inter-estate claims document. |
| Subtotal | | 13.30 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/10/2012 | T. Morilla | 1.00 | Reviewed and analyzed the transfer pricing payments. |
| 4/24/2012 | T. Morilla | 1.00 | Reviewed and analyzed the restructuring manager's report. |
| 4/24/2012 | J. Hyland | 1.70 | Reviewed restructuring manager's report on APAC. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/25/2012 | T. Morilla | 1.30 | Continued to review the restructuring manager's report. |
| 4/25/2012 | J. Hyland | 1.60 | Summarized RM report for UCC reporting. |
| 4/25/2012 | J. Hyland | 2.40 | Reviewed calculations in restructuring manager's report. |
| Subtotal | | 9.00 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/2/2012 | J. Hyland | 2.00 | Reviewed MOR from the Monitor. |
| 4/3/2012 | T. Morilla | 1.20 | Reviewed and analyzed the January monthly operating report. |
| 4/5/2012 | J. Hyland | 0.20 | Conducted call with M. Wunder re: Monitor's Report. |
| 4/6/2012 | T. Morilla | 1.50 | Continued to review the 84th report of the Monitor. |
| 4/6/2012 | T. Morilla | 2.20 | Reviewed and analyzed the 84th Report of the Monitor. |
| 4/6/2012 | J. Hyland | 2.80 | Continued reviewing Monitor's Report and employee stay extension. |
| 4/6/2012 | J. Hyland | 2.90 | Reviewed Monitor's Report and employee stay extension. |
| 4/9/2012 | J. Hyland | 2.10 | Reviewed reporting for UCC. |
| 4/10/2012 | T. Morilla | 0.20 | Reviewed certain engagement letters. |
| 4/10/2012 | J. Hyland | 0.40 | Coordinated UCC reporting. |
| 4/10/2012 | J. Hyland | 1.00 | Reviewed professional's compensation arrangement. |
| 4/13/2012 | T. Morilla | 0.10 | Reviewed the stay extension press release. |
| 4/17/2012 | T. Morilla | 0.20 | Reviewed the bond prices. |
| 4/19/2012 | T. Morilla | 0.10 | Reviewed the mediation agenda. |
| 4/19/2012 | T. Morilla | 1.80 | Reviewed and analyzed the MRDA. |
| 4/20/2012 | A. Cowie | 1.80 | Prepared analysis and supporting information for Creditors Committee call. |
| 4/25/2012 | A. Cowie | 0.50 | Analyzed issues for Committee call. |
| Subtotal | | 21.00 | |

Capstone Advisory Group, LLC  
Invoice for the 4/1/2012-4/30/2012 Fee Statement

Page 11 of 13

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **19. Cash Flow/Cash Mgmt Liquidity** | | | |
| 4/5/2012 | T. Morilla | 0.30 | Reviewed and analyzed the March 30 cash flash. |
| 4/6/2012 | J. Hyland | 1.60 | Reviewed cash balances. |
| 4/9/2012 | J. Hyland | 2.20 | Reviewed cash flows. |
| 4/10/2012 | J. Hyland | 0.50 | Reviewed escrow balances. |
| 4/10/2012 | T. Morilla | 0.60 | Reviewed and analyzed the escrow accounts. |
| 4/12/2012 | T. Morilla | 0.50 | Reviewed and analyzed the U.S. cash flash. |
| 4/13/2012 | T. Morilla | 1.10 | Reviewed the Canadian cash forecast. |
| 4/20/2012 | T. Morilla | 0.70 | Reviewed and analyzed the U.S. cash balances. |
| 4/24/2012 | J. Hyland | 0.90 | Reviewed cash reporting. |
| 4/26/2012 | T. Morilla | 0.30 | Reviewed and analyzed the U.S. cash balances. |
| 4/27/2012 | T. Morilla | 1.60 | Reviewed and analyzed the U.S. cash YTD results. |
| 4/27/2012 | J. Hyland | 2.80 | Reviewed quarterly cash activity. |
| 4/30/2012 | T. Morilla | 1.20 | Reviewed and analyzed the Canadian cash forecast. |
| Subtotal | | 14.30 | |
| **26. Tax Issues** | | | |
| 4/23/2012 | J. Hyland | 0.30 | Conducted follow-up call with K. Rowe re: state tax call with U.S. Debtors. |
| 4/23/2012 | J. Hyland | 0.70 | Conducted call with K. Rowe re: state taxes and case status. |
| 4/23/2012 | J. Hyland | 0.80 | Participated in call with J. McCrea, E&Y, RLKS, and counsel re: state taxes. |
| 4/23/2012 | A. Cowie | 0.90 | Analyzed current tax status by state. |
| 4/23/2012 | J. Borow | 1.60 | Prepared for (0.8) and participated in (0.8) discussion with Debtors' tax professionals. |
| 4/23/2012 | J. Hyland | 2.10 | Reviewed tax analysis. |
| 4/25/2012 | C. Kearns | 0.60 | Reviewed status of tax analysis. |

Capstone Advisory Group, LLC  
Invoice for the 4/1/2012-4/30/2012 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/25/2012 | A. Cowie | 0.80 | Analyzed tax documents in regard to current company state-level tax status. |
| 4/25/2012 | J. Hyland | 1.40 | Reviewed tax status report and analyzed related information. |
| 4/27/2012 | J. Borow | 1.50 | Prepared for discussions with company re: status of tax issues. |
| 4/27/2012 | J. Hyland | 2.40 | Analyzed tax matters. |
| 4/30/2012 | C. Kearns | 0.30 | Reviewed summary memo from counsel re: tax issues. |
| 4/30/2012 | A. Cowie | 0.90 | Analyzed updated state and federal tax issues documents. |
| 4/30/2012 | J. Borow | 1.10 | Reviewed tax related issues in preparation for discussion with U.S. Debtors. |
| 4/30/2012 | J. Hyland | 2.30 | Reviewed tax matters for Cleary and E&Y call. |
| 4/30/2012 | J. Hyland | 2.70 | Analyzed state and federal taxes. |
| Subtotal | | 20.40 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/11/2012 | T. Morilla | 0.30 | Reviewed the exhibit to the mediation statement regarding intellectual property. |
| 4/11/2012 | T. Morilla | 0.90 | Reviewed and analyzed intellectual property issues. |
| 4/11/2012 | J. Schad | 2.80 | Revised IP valuation model to account for assumption change. |
| 4/12/2012 | J. Schad | 1.40 | Revised IP valuation model to account for assumption change. |
| 4/17/2012 | J. Hyland | 0.10 | Conducted call with R. Keenan re: IPA. |
| 4/17/2012 | J. Hyland | 1.40 | Analyzed IPA status. |
| 4/18/2012 | J. Hyland | 0.60 | Conducted call with R. Keenan re: IPA follow-up. |
| 4/25/2012 | J. Hyland | 0.90 | Reviewed IPA and proceeds status. |
| Subtotal | | 8.40 | |
| **Total Hours** | | **410.50** | |