**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 4/1/2012 through 4/30/2012**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Airfare/Train** | | | |
| 4/16/2012 | J. Borow | Airfare to Toronto. | $295.16 |
| 4/17/2012 | J. Hyland | Airfare for NY trip. | $713.60 |
| 4/19/2012 | J. Hyland | Airfare change fee during NY trip. | $75.00 |
| 4/24/2012 | C. Kearns | Flight change fee. | $75.00 |
| **Subtotal - Airfare/Train** | | | **$1,158.76** |
| **Auto Rental/Taxi** | | | |
| 4/17/2012 | J. Hyland | Taxi during NY trip. | $31.55 |
| 4/24/2012 | J. Borow | Cab fare from LGA to Port Washington. | $79.00 |
| 4/24/2012 | J. Borow | Cab to airport in Toronto. | $70.71 |
| **Subtotal - Auto Rental/Taxi** | | | **$181.26** |
| **Hotel** | | | |
| 4/18/2012 | J. Hyland | Hotel for NY trip. | $461.35 |
| 4/19/2012 | J. Hyland | Hotel during NY trip. | $518.73 |
| 4/23/2012 | C. Kearns | Hotel in Toronto. | $574.66 |
| 4/24/2012 | J. Borow | Hotel in Toronto. | $370.96 |
| **Subtotal - Hotel** | | | **$1,925.70** |
| **Meals** | | | |
| 4/3/2012 | C. Kearns | Lunch with Dewey and T. Morilla re: case status. | $148.47 |

**Capstone Advisory Group, LLC**
**Invoice for the 4/1/2012-4/30/2012 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 4/18/2012 | J. Hyland | Meals during NY trip. | $19.39 |
| 4/18/2012 | J. Hyland | Meals during NY trip. | $14.39 |
| **Subtotal - Meals** | | | **$182.25** |
| **Mileage** | | | |
| 4/17/2012 | J. Hyland | Mileage to/from airport for NY trip. | $24.42 |
| 4/19/2012 | J. Hyland | Mileage to/from airport for NY trip. | $24.42 |
| **Subtotal - Mileage** | | | **$48.84** |
| **Parking/Tolls** | | | |
| 4/17/2012 | J. Hyland | Tolls to/from airport for NY trip. | $1.60 |
| 4/19/2012 | J. Hyland | Tolls to/from airport for NY trip. | $1.60 |
| **Subtotal - Parking/Tolls** | | | **$3.20** |
| **Telecom** | | | |
| 4/1/2012 | CAG Direct | Conference calls for Nortel. | $32.71 |
| 4/11/2012 | CAG Direct | Telecom for Nortel. | $472.08 |
| **Subtotal - Telecom** | | | **$504.79** |
| **For the Period 4/1/2012 through 4/30/2012** | | | **$4,004.80** |