# EXHIBIT B



**Akin Gump**
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1423797 |
| Invoice Date | 05/22/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 8.00 | $6,187.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 13.30 | $6,916.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 4.30 | $3,000.00 |
| 0007 | Creditors Committee Meetings | 46.80 | $35,453.00 |
| 0008 | Court Hearings | 7.40 | $4,677.00 |
| 0012 | General Claims Analysis/Claims Objections | 0.40 | $420.00 |
| 0014 | Canadian Proceedings/Matters | 0.70 | $497.50 |
| 0016 | Lift Stay Litigation | 1.70 | $1,098.50 |
| 0017 | General Adversary Proceedings | 0.70 | $493.50 |
| 0018 | Tax Issues | 66.30 | $41,874.00 |
| 0019 | Labor Issues/Employee Benefits | 78.10 | $52,925.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 7.40 | $4,662.00 |
| 0025 | Travel | 17.45 | $15,372.50 |
| 0026 | Avoidance Actions | 0.20 | $210.00 |
| 0029 | Intercompany Analysis | 185.00 | $159,136.00 |
| 0032 | Intellectual Property | 1.00 | $105.00 |
| | TOTAL | 438.75 | $333,028.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1423797

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/05/12 | SLB | 0002 | Coordinate scheduling of upcoming meetings (.2); confer w/ B. Kahn re: same (.1). | 0.30 |
| 04/09/12 | SLS | 0002 | Participate in update call with Company (.7). | 0.70 |
| 04/09/12 | FSH | 0002 | Communications re call w/NNI. | 0.10 |
| 04/09/12 | AQ | 0002 | Weekly update call with Debtors. | 0.70 |
| 04/09/12 | DHB | 0002 | Prepare for and attend Ray call (.7) and follow-up (.1) with B. Kahn; emails re same (.1) (.1). | 1.00 |
| 04/09/12 | BMK | 0002 | Participate in update call with Debtors | 0.70 |
| 04/11/12 | SLB | 0002 | Coordinate scheduling of upcoming meetings | 0.20 |
| 04/16/12 | SLS | 0002 | Participate in update call with Company (.7); follow up to same (.4). | 1.10 |
| 04/16/12 | DHB | 0002 | Prepare for and attend Ray call and follow-up. | 0.70 |
| 04/30/12 | AQ | 0002 | Weekly status call with Debtors. | 0.50 |
| 04/30/12 | DHB | 0002 | Prepare for and attend Ray call and follow-up (.6) (.2). | 0.80 |
| 04/30/12 | BMK | 0002 | Respond to creditor inquiry (.1); participate in update call with Debtors (.6); follow up with F. Hodara and D. Botter (.2). | 0.90 |
| 04/30/12 | SLB | 0002 | Attention to admin (.2); corr. w/ B. Kahn re: same (.1). | 0.30 |
| 04/04/12 | BMK | 0003 | Draft February fee application | 1.30 |
| 04/05/12 | SLS | 0003 | Review monthly fee application (.5); communication to B. Kahn regarding same (.1) | 0.60 |
| 04/05/12 | BMK | 0003 | Revise fee application | 0.40 |
| 04/10/12 | FSH | 0003 | Work on monthly fee application and confer with B. Kahn re: same. | 0.40 |
| 04/10/12 | BMK | 0003 | Finalize fee application | 0.60 |
| 04/16/12 | BMK | 0003 | Review March invoice re: confidentiality and US Trustee guidelines | 1.40 |
| 04/17/12 | BMK | 0003 | Review March invoice re: confidentiality and US trustee guidelines | 1.30 |
| 04/23/12 | SLS | 0003 | Review exhibit to monthly fee application (.8) | 0.80 |
| 04/24/12 | SLB | 0003 | Attention to monthly invoice (.2); corr. w/ S. Schultz re: same (.1) | 0.30 |
| 04/26/12 | PJS | 0003 | Review and prepare documents re fee application. | 3.90 |
| 04/27/12 | SLS | 0003 | Review and comment on monthly fee application(.2) | 0.20 |
| 04/27/12 | FSH | 0003 | Review and edit monthly fee application. | 0.50 |
| 04/30/12 | PJS | 0003 | Review and prepare documents re fee application. | 0.80 |
| 04/30/12 | BMK | 0003 | Finalize March fee application | 0.80 |
| 04/03/12 | LGB | 0004 | T/c with Zahralldin re motion to remove/ cap mediation motion (0.6); Review mark up of mediation order by retiree committee (0.2); Revive response to LTD fee application (0.3). | 1.10 |
| 04/03/12 | FSH | 0004 | Review LTD fee cap motion. | 0.30 |
| 04/03/12 | BMK | 0004 | TC with L. Beckerman re: LTD fee cap motion (0.2); revise response to same (0.2); tc with C. Samis re: same (0.1) | 0.50 |
| 04/03/12 | BMK | 0004 | Attention to professional fee issues | 0.20 |
| 04/03/12 | SLB | 0004 | Review Cleary bill (.8); prepare summary of the same (.3) confer w/ F. Hodara re: same (.1); confer w/ B. Kahn re: same (.1). | 1.30 |
| 04/04/12 | SLB | 0004 | Confer w/ F. Hodara re: Cleary invoice (.1); corr. w/ F. Hodara re: same (.1) | 0.20 |
| 04/13/12 | LGB | 0004 | Review LTD Committee reply re motion to raise the cap (0.3). | 0.30 |
| 04/16/12 | GDB | 0004 | Reviewing LTD Committee reply re fee cap removal (0.4) | 0.40 |
| 04/03/12 | GDB | 0007 | Emails re professional meeting (0.1) | 0.10 |
| 04/04/12 | FSH | 0007 | Participate in portion of call of advisors re pending issues. | 0.40 |
| 04/04/12 | AQ | 0007 | Attend Professionals pre-call. | 1.00 |
| 04/04/12 | BMK | 0007 | Review materials for committee call (0.3); attend professionals' call (1.0); follow up to same (0.2); draft agenda (0.2) | 1.70 |
| 04/04/12 | KMR | 0007 | Attended weekly professionals meeting (1.0); follow up to same (.3). | 1.30 |
| 04/04/12 | SLB | 0007 | Attend professionals' pre-call (portion). | 0.80 |
| 04/04/12 | JPR | 0007 | Attend Professionals meeting (1.0); follow up (.3). | 1.30 |
| 04/05/12 | SLS | 0007 | Participate in UCC call (.5); follow up to same (.4). | 0.90 |
| 04/05/12 | LGB | 0007 | Participate in Nortel Committee call. | 0.50 |
| 04/05/12 | FSH | 0007 | Prep for Committee meeting (.3). Attend same (.5). Follow-up (.1). | 0.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1423797

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 04/05/12 | AQ | 0007 | Attend Committee call. | 0.50 |
| 04/05/12 | DHB | 0007 | Prepare for Committee call (.2); attend same (.5) and follow-up (.2). | 0.90 |
| 04/05/12 | KMR | 0007 | Attended creditors committee meeting. | 0.50 |
| 04/05/12 | JYS | 0007 | Attend Committee Call (.5); follow up to same (.4). | 0.90 |
| 04/05/12 | GDB | 0007 | Attend UCC Call (0.5). | 0.50 |
| 04/05/12 | SLB | 0007 | Prepare materials for (.2) and attend (.5) Committee call | 0.70 |
| 04/10/12 | FSH | 0007 | Communications re Committee meeting. | 0.20 |
| 04/11/12 | SLS | 0007 | Participate in professionals' call (.4); follow up to same (.3). | 0.70 |
| 04/11/12 | FSH | 0007 | Review materials for Committee meeting (.2). Participate in same (.4). | 0.60 |
| 04/11/12 | AQ | 0007 | Attend Professionals' call. | 0.40 |
| 04/11/12 | DHB | 0007 | Attend Professionals pre-call (.4); follow up to same (.1). | 0.50 |
| 04/11/12 | BMK | 0007 | Participate in professionals call (0.4); draft/edit agenda for committee call (0.2) | 0.60 |
| 04/11/12 | KMR | 0007 | Attend professionals meeting (.4); follow up to same (.1). | 0.50 |
| 04/11/12 | JYS | 0007 | Attend Professionals Call. | 0.40 |
| 04/11/12 | GDB | 0007 | Attend Professionals call (0.4)  Emails re professionals call (0.2). | 0.60 |
| 04/12/12 | SLS | 0007 | Participate in UCC meeting. | 0.60 |
| 04/12/12 | FSH | 0007 | Participate in Committee meeting. | 0.60 |
| 04/12/12 | AQ | 0007 | Attend Committee call. | 0.60 |
| 04/12/12 | DHB | 0007 | Prepare for Nortel call (.4); attend same (.6) and follow-up (.9). | 1.90 |
| 04/12/12 | BMK | 0007 | Participate in committee call | 0.60 |
| 04/12/12 | KMR | 0007 | Attend creditors committee meeting (.6) and follow-up discussions (.4). | 1.00 |
| 04/12/12 | JYS | 0007 | Committee Call. | 0.60 |
| 04/12/12 | GDB | 0007 | Attend UCC Call. | 0.60 |
| 04/18/12 | FSH | 0007 | Communications re upcoming meeting. | 0.20 |
| 04/18/12 | BMK | 0007 | Prepare for committee call | 0.30 |
| 04/18/12 | GDB | 0007 | Emails re committee calls (0.2) | 0.20 |
| 04/18/12 | SLB | 0007 | Coordinate scheduling of upcoming meetings (.2) | 0.20 |
| 04/20/12 | SLS | 0007 | Participate in UCC call. | 0.80 |
| 04/20/12 | FSH | 0007 | Prep for Committee call (.3). Attend same (.8). Confer with working group re pending issues (.3). | 1.40 |
| 04/20/12 | DHB | 0007 | Prepare for (.4) and attend Committee call (.8) and follow-up (.3). | 1.50 |
| 04/20/12 | BMK | 0007 | Participate in committee call (0.8); follow up to same (0.2) | 1.00 |
| 04/20/12 | KMR | 0007 | Attended creditors committee meeting. | 0.80 |
| 04/20/12 | JYS | 0007 | Attend Committee Call. | 0.80 |
| 04/20/12 | GDB | 0007 | Attend UCC Call. | 0.80 |
| 04/24/12 | LGB | 0007 | Email Kahn re agenda (0.1) | 0.10 |
| 04/24/12 | BMK | 0007 | Draft and email agenda to UCC | 0.40 |
| 04/24/12 | SLB | 0007 | Prepare materials for Committee call (.1); corr. w/ B. Kahn re: same (.1) | 0.20 |
| 04/25/12 | SLS | 0007 | Participate in UCC call (.8); attend post-call with professionals (.6). | 1.40 |
| 04/25/12 | LGB | 0007 | Participate in Committee call (.8); follow up to same (.1). | 0.90 |
| 04/25/12 | FSH | 0007 | Prep for Committee call (.2). Attend same (.8). Follow-up with advisors (.5). | 1.50 |
| 04/25/12 | AQ | 0007 | Attend Committee call. | 0.80 |
| 04/25/12 | AQ | 0007 | Attend follow-up call. | 0.60 |
| 04/25/12 | DHB | 0007 | Prepare for (.4) and attend (.8) Committee call; follow-up with team (.2). | 1.40 |
| 04/25/12 | SBK | 0007 | Attend creditors committee meeting | 0.80 |
| 04/25/12 | BMK | 0007 | Participate in committee call (0.8); follow up with Akin team re: same (0.5) | 1.30 |
| 04/25/12 | KMR | 0007 | Attended creditors committee meeting (.8) and follow up discussions (.7). | 1.50 |
| 04/25/12 | JYS | 0007 | Committee Call (0.8); post-call (0.5). | 1.30 |
| 04/25/12 | GDB | 0007 | UCC Call (0.8)  Professionals follow up call (0.4). | 1.20 |
| 04/25/12 | SLB | 0007 | Corr. w/ professionals re: Committee call (.1); attend the same (.8); attend professionals' post-call (.3) | 1.20 |
| 04/30/12 | JYS | 0007 | Correspondence with AG team re professionals call. | 0.30 |
| 04/16/12 | LGB | 0008 | Email Krasa-Berstell re hearing binder (0.1); T/c with Krasa-Berstell re | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1423797

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | same (0.1); Review agenda (0.2); Email Hodara, Botter, Kahn re same (0.1); Email Samis re same (0.1). | |
| 04/16/12 | FSH | 0008 | Attention to Court agenda and miscellaneous pleadings. | 0.30 |
| 04/16/12 | DKB | 0008 | Confer with L. Beckerman re preparation of hearing notebook (.1); Review and organize materials therefore (.6); Prepare index therefor (.4); Prepare notebook (.6); Review docket re additional filings and updated agenda (.3); Update hearing notebook (.1); Confer with attorney re status (.1). | 2.20 |
| 04/17/12 | LGB | 0008 | Email Krasa-Berstell re hearing binder (0.1); Review revised order re motion to increase cap (0.1); Email Zahralddin re same (0.1); T/c with Kim re mediation motion (0.2); Email Akin team re mediator (0.1). | 0.60 |
| 04/17/12 | DKB | 0008 | Confer with L. Beckerman re additional materials for hearing (.1); Update hearing notebook (.5); Review and organize precedent for attorney (.5); Confer with attorney re status (.1). | 1.20 |
| 04/18/12 | LGB | 0008 | Attend hearing (1.5); Review revision to order (0.1); Respond to Kim re same (0.1); Email Akin team re hearing (0.5). | 2.20 |
| 04/18/12 | JYS | 0008 | Review L. Beckerman hearing update. | 0.30 |
| 04/09/12 | FSH | 0012 | Analyze claims issue and communicate w/Cleary and working group re same. | 0.20 |
| 04/10/12 | FSH | 0012 | Confer with AQ re claims issue and analyze same. | 0.20 |
| 04/10/12 | BMK | 0014 | Review email re: Canadian restructuring issue | 0.20 |
| 04/17/12 | BMK | 0014 | TC with E. Bussigel re: Canadian motion on D&O insurance (0.2); follow up to same (0.1) | 0.30 |
| 04/27/12 | FSH | 0014 | Review Canadian precedent. | 0.20 |
| 04/18/12 | FSH | 0016 | Review chapter 15 lift stay pleadings. | 0.20 |
| 04/18/12 | BMK | 0016 | Review and summarize deferred comp group motion to lift stay in chapter 15 proceeding | 1.00 |
| 04/18/12 | ASL | 0016 | Review chapter 15 stay motion. | 0.30 |
| 04/22/12 | GDB | 0016 | Emails re Deferred comp ch 15 lift stay motion (0.2) | 0.20 |
| 04/11/12 | KMR | 0017 | Continued review of state tax issues (0.5); discussion with Mcrae re: state tax issues (0.2). | 0.70 |
| 04/02/12 | KMR | 0018 | Continued review of state tax issues (0.5); continued review of transfer pricing issues (0.4); discussion with A. Krotman re: same (0.2). | 1.10 |
| 04/03/12 | KMR | 0018 | Continued analysis of potential state tax exposure to NNI. | 2.20 |
| 04/04/12 | KMR | 0018 | Continued analysis of state income tax issues (1.5); discussion with b. McRae re: state tax issues (0.3); reviewed transfer pricing arguments (0.8). | 2.60 |
| 04/04/12 | ASK | 0018 | Research transfer pricing tax issues. | 2.40 |
| 04/05/12 | KMR | 0018 | Continued work on state tax issues. | 1.00 |
| 04/06/12 | FSH | 0018 | Attention to litigation issues. | 0.30 |
| 04/06/12 | ASK | 0018 | Review MRDA (.4); research transfer pricing tax issue (1.9). | 2.30 |
| 04/09/12 | KMR | 0018 | Continued analysis of NNI's state tax exposure (2.7); discussion with A. Krotman re: research on transfer pricing and follow up research (0.4). | 3.10 |
| 04/09/12 | ASK | 0018 | Review MRDA (.6); research transfer pricing tax issue (2.7). | 3.30 |
| 04/10/12 | KMR | 0018 | Continued analysis of state tax issues (0.8) | 0.80 |
| 04/10/12 | ASK | 0018 | Review MRDA (.3); research transfer pricing tax issues (1.9). | 2.20 |
| 04/12/12 | KMR | 0018 | Continued analysis of NNI's state tax exposure (1.2); discussion with B. McRae re: state tax issues and other tax issues relating to the pending mediation (0.3). | 1.50 |
| 04/17/12 | ASK | 0018 | Research re tax issues. | 1.10 |
| 04/18/12 | KMR | 0018 | Reviewed and responded to emails re: VA tax issue. | 0.50 |
| 04/19/12 | KMR | 0018 | Discussions with A. Krotman re: tax research (0.2); reviewed MRDA in connection with mediation preparation (0.5); work on state tax issues (0.5). | 1.20 |
| 04/19/12 | ASK | 0018 | Research tax issues. | 2.70 |
| 04/20/12 | KMR | 0018 | Continued review of state tax issues (1.8). | 1.80 |
| 04/20/12 | ASK | 0018 | Research re NNI tax issues. | 2.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/23/12 | DHB | 0018 | Call re status of tax issues. | 0.50 |
| 04/23/12 | KMR | 0018 | Continued review of NNI's state tax situation (2.5); discussions with J. Hyland re: state taxes and other issues (0.6); conference call with NNI's state tax team (0.8); work on email summarizing the call on state tax issues (2.0). | 5.90 |
| 04/23/12 | ASK | 0018 | Conference call re state tax liabilities (.8); prepare for same (.1); research re same (.3). | 1.20 |
| 04/24/12 | KMR | 0018 | Continued work on summary of call on state tax issues. | 1.40 |
| 04/25/12 | KMR | 0018 | Work on summary of NNI's state tax issues. | 4.30 |
| 04/25/12 | ASK | 0018 | Research re state tax liability (1.9); draft summary re same (1.2). | 3.10 |
| 04/26/12 | KMR | 0018 | Follow up work on NNI's state tax issues. | 0.70 |
| 04/26/12 | JYS | 0018 | T/C with E. Busigel re Virginia tax complaint (0.3); Correspondence with AG team re same (0.3). | 0.60 |
| 04/27/12 | FSH | 0018 | Attention to Virginia tax issue (.7). Communications re other tax issues (.3). | 1.00 |
| 04/27/12 | DHB | 0018 | Review and consider summary of state tax issues (.8); emails re same (.1). | 0.90 |
| 04/27/12 | KMR | 0018 | Review of VA sales tax (1.2); reviewed drafts of Bankruptcy Court complaint pertaining to VA sales tax and discussions with F. Hodara and J. Strum (1.0). | 2.20 |
| 04/27/12 | JYS | 0018 | Review of Draft Virginia Tax Complaint (1.1);Correspondence with AG team re same (0.3); O/C with F. Hodara and K. Rowe re same (0.3); Correspondence and T/Cs with E. Bussigel re same (0.5); review K. Rowe email re state tax issues (0.2). | 2.40 |
| 04/27/12 | ASK | 0018 | Research NNI tax issues. | 1.20 |
| 04/29/12 | FSH | 0018 | Analyze state tax issues. | 0.30 |
| 04/30/12 | FSH | 0018 | Communications with working group re pending tax issues. | 0.30 |
| 04/30/12 | DHB | 0018 | Email communications re tax issues and VA adversary. | 0.40 |
| 04/30/12 | BMK | 0018 | Review filed VA tax complaint (0.4); review and analysis of NNI tax issues (0.6) | 1.00 |
| 04/30/12 | KMR | 0018 | Reviewed and responded to emails re: state tax issues (2.2); continued analysis of state tax issues (1.5); reviewed list of NNI claims against other estates (0.3). | 4.00 |
| 04/30/12 | JYS | 0018 | Review correspondence from K. Rowe re tax issues. | 0.20 |
| 04/30/12 | ASK | 0018 | Research tax issues re state tax liability. | 2.10 |
| 04/04/12 | LGB | 0019 | T/c with Fleming re mediation order (0.2); Email Fleming re language for paragraph 7 of same (0.1); Review omnibus objections to employee claims (0.3). | 0.60 |
| 04/06/12 | LGB | 0019 | Review pro se objection to mediation motion (0.1). | 0.10 |
| 04/06/12 | GDB | 0019 | Email re retiree objection (0.1) | 0.10 |
| 04/09/12 | LGB | 0019 | T/c with Berger re mediation order (0.5); Email Berger / Zahralddin re same (0.1); Review reply from Zahralddin (0.1). | 0.70 |
| 04/10/12 | LGB | 0019 | T/c with Schweitzer re mediation order/ mediators (0.4); Review email from Berger re same (0.1); Review order Cleary's mark up of appointing mediator (0.2); Respond to same (0.1). | 0.80 |
| 04/11/12 | LGB | 0019 | T/c with Schweitzer, Fleming, Berger, Zahralddin re mediation motion (0.5); Review retiree response to mediation motion (0.4); Review LTD response to same (0.4). | 1.30 |
| 04/11/12 | FSH | 0019 | Attention to Retiree pleading. | 0.40 |
| 04/11/12 | DHB | 0019 | Review retiree and LTD responses (.8) and extensive emails re same (.4). | 1.20 |
| 04/11/12 | BMK | 0019 | Review retiree and LTD committee objections to mediator motion (0.6); tc's with L. Beckerman re: same (0.2) | 0.80 |
| 04/11/12 | JYS | 0019 | Review retiree committee/LTD responses (0.4); Correspondence with AG team re same (0.2). | 0.60 |
| 04/12/12 | LGB | 0019 | Review Amera article (0.2); T/c with Lilling re same (0.2); T/c with Lilling re disability pension issue (0.2); T/c with Fleming re same (0.3); | 1.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1423797

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | Review email from Lilling re same (0.2); Respond to same (0.1). | |
| 04/12/12 | DZV | 0019 | Conference and emails regarding law on deferred compensation claims (0.4); review case law regarding same (3.8). | 4.20 |
| 04/12/12 | ASL | 0019 | Attention to ERISA research (.6); confer with associate (.1); review case law (1.5); confer with L. Beckerman re: disability pension (.2); research pension issues and prepare email re: disability benefits (2.4). | 4.80 |
| 04/12/12 | GDB | 0019 | Reviewing Retiree Committee's responses to debtor's motion (0.4) | 0.40 |
| 04/16/12 | LGB | 0019 | T/c with Berger, Fleming, Schweitzer, Zahralddin re mediation order. | 0.60 |
| 04/17/12 | BMK | 0019 | Review Debtors' reply re mediation motion (0.6); review LTD committee certification of counsel re: fee cap motion (0.3) | 0.90 |
| 04/17/12 | JYS | 0019 | Review correspondence with AG team re Retiree/LTD pleading (0.3); Review pleading (0.3). | 0.60 |
| 04/18/12 | FSH | 0019 | Communications re retiree motion. | 0.30 |
| 04/18/12 | GDB | 0019 | Emails re Retiree/LTD pleadings (0.5) Reviewing debtors reply to retiree/LTD pleadings (0.3) | 0.80 |
| 04/19/12 | LGB | 0019 | Review email from Hodara re appointment of the mediator (0.1); Respond to same (0.1); Email Lilling/ Simonetti re same (0.1). | 0.30 |
| 04/19/12 | FSH | 0019 | Follow up re LTD mediation. | 0.10 |
| 04/19/12 | JYS | 0019 | Review correspondence with AG team re Retiree/LTD mediation process. | 0.10 |
| 04/22/12 | LGB | 0019 | Review motion to modify recognition order by Deferred comp plaintiffs (0.7); Email Jacobs, Wuder, Kuklowisz re same (0.1). | 0.80 |
| 04/23/12 | LGB | 0019 | Participate on call with mediator, Togut, Berger, Zahralldin, Schweitzer, Matz, Sturm, Fleming (0.6); O/c with Harris re research (0.5); T/c with Kurklowigz Wunder re recognition order (0.2); Review plan documents (0.5); Email Kukulowitz/ Wunder re same (0.1); Review email from Millett re cert petition (0.1); Respond to same (0.1); Email Forrest re same (0.1); Review response to same (0.1); Email professionals summary of initial call with mediator (0.1); Email Millett, Lerman, Kurlekar, Sturm re call r cert petition (0.1); Review responses re same (0.1). | 2.60 |
| 04/23/12 | FSH | 0019 | Follow-up re cert appeal of pension parties. | 0.40 |
| 04/23/12 | LRL | 0019 | Emails re cert petition. | 0.20 |
| 04/23/12 | DJH | 0019 | Research re 1114 issues (2.7, 1.9); confer with L. Beckerman re same and background (.4). | 5.00 |
| 04/23/12 | PAM | 0019 | Circulate cert petition and calculate timeliness; email group re timing. | 0.10 |
| 04/23/12 | JYS | 0019 | T/C with retiree mediation parties and mediator (0.5); Follow up T/C and O/Cs with L. Beckerman (0.9); Review UK Appellants' cert petition (0.8). | 2.20 |
| 04/23/12 | MAF | 0019 | Research precedent on deferred comp. issue. | 0.20 |
| 04/24/12 | LGB | 0019 | T/c with Kim re deferred comp motion re recognition order (0.5); T/c with Kukulowicz/ Wunder re same (0.3); Review cert. petition (1.0); Email Fleming re RIP (0.1); Review response (0.1) Respond to same (0.1); Review retiree committee letter (0.3). | 2.40 |
| 04/24/12 | LRL | 0019 | Review certiorari petition filed by Trustee et al. | 0.80 |
| 04/24/12 | LWL | 0019 | Assist D. Harris and A. Foley in researching development of status of retiree benefits in sample case. | 1.00 |
| 04/24/12 | ASL | 0019 | Review retiree letter (.2); consider issues (.2). | 0.40 |
| 04/24/12 | DJH | 0019 | Research OPEB issues. | 2.30 |
| 04/24/12 | JYS | 0019 | Review Retiree letter to Mediator (0.4); Review Visteon plan and DS (0.6). | 1.00 |
| 04/24/12 | MAF | 0019 | Research related case's treatment of retiree benefits. | 2.90 |
| 04/25/12 | LGB | 0019 | T/c with Millet, Kurlekar, Sturm, Lerman re cert petition (0.5); Review claims information (0.2); T/c with Harris re visteon research (0.2); Review email from Harris re same (0.1); Email Forrest re scheduling a call (0.1). | 1.10 |
| 04/25/12 | FSH | 0019 | Participate in call re petition for certiorari (.4). Review misc. pleadings | 0.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1423797

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | (.3). | |
| 04/25/12 | LRL | 0019 | Conference call with P. Millett, L. Beckerman, J. Sturm and A. Kurlekar re certiorari petition and possible response. | 0.50 |
| 04/25/12 | DJH | 0019 | Research re OPEB/1114 issues (1.8); draft summary re same (.6). | 2.40 |
| 04/25/12 | PAM | 0019 | Review cert petition (1.0); conference call re cert petition with Akin Nortel team (.5). | 1.50 |
| 04/25/12 | JYS | 0019 | T/C with P. Millet and AG team re Appellants' request for cert (0.4); Follow up T/C with F. Hodara re same (0.1); Follow up O/C with L. Beckerman re same (0.3); Review claims materials re retiree mediation (0.4). | 1.20 |
| 04/25/12 | MAF | 0019 | Research related case on retiree issues. | 0.40 |
| 04/26/12 | LGB | 0019 | O/c with Sturm re meeting pre (0.2); T/c with Matz re same (0.4); Attend mediation session (1.5); T/c with Zahralddin/ Fleming re PBGC issues (0.6); T/c with Fleming re same (0.1); Email Kelly/ Murrell re same (0.3). | 3.10 |
| 04/26/12 | DJH | 0019 | Research re 1114 claims allowance. | 1.70 |
| 04/26/12 | JYS | 0019 | Attend meeting with R. Levin (mediator) and Milbank re retiree mediation (2.0); Prep for same (1.3). | 3.30 |
| 04/27/12 | LGB | 0019 | T/c with Keach re deferred comp litigation (0.4); T/c with Kim re same/ Mediation (0.3). | 0.70 |
| 04/27/12 | DJH | 0019 | Research re 1114 claims allowance issues (3.9); draft summary research re same (1.3). | 5.20 |
| 04/28/12 | LGB | 0019 | Email Akin team re initial mediation session (0.1); Review email from Fleming re call to discuss same (0.1); Email Akin team re deferred comp litigation/ negotiation (0.2); Review 1114 research (0.8); email Harris re same (0.1). | 1.30 |
| 04/29/12 | LGB | 0019 | Review email from Kim re meeting with Keach (0.1); Email Botter, Hodara, Kahn re same (0.1); Review responses to same (0.1); Email Kim re same (0.1) | 0.40 |
| 04/29/12 | BES | 0019 | Research re action of UK pension regulators. | 0.50 |
| 04/30/12 | LGB | 0019 | T/c with Harris re 1114 research (0.2); T/c with Schweitzer/ Fleming re initial mediation session (0.4); Review PBGC case (0.2); Email Kim re meeting (0.1). | 0.90 |
| 04/30/12 | FSH | 0019 | Review notice re petition (.1). Communications re deferred comp litigation (.2). Review misc. pleadings (.2). | 0.50 |
| 04/30/12 | BES | 0019 | Review of recent UK pension regulator actions. | 0.80 |
| 04/30/12 | DZV | 0019 | Review issues relating to deferred compensation claims and law regarding same. | 2.30 |
| 04/30/12 | ASL | 0019 | Review ERISA research (.3); attention to deferred compensation materials (.8). | 1.10 |
| 04/30/12 | DJH | 0019 | Research re 1114 claims issues (4.6); follow-up with team re same (.3). | 4.90 |
| 04/30/12 | JYS | 0019 | Review 1114 research. | 0.40 |
| 04/17/12 | GDB | 0024 | Emails re escrow amendments (0.3) | 0.30 |
| 04/18/12 | GDB | 0024 | Emails re escrow amendments (0.8) Reviewing escrow amendments (4.3) | 5.10 |
| 04/19/12 | GDB | 0024 | Reviewing escrow amendments (1.2) Emails re escrow amendments (0.2) | 1.40 |
| 04/25/12 | GDB | 0024 | Reviewing GSM escrow amendment (0.4) Emails re GSM escrow amendment (0.2) | 0.60 |
| 04/18/12 | LGB | 0025 | Travel to Delaware (2.0); Travel to New York (2.0). (Actual time - 4.0) | 2.00 |
| 04/23/12 | FSH | 0025 | Non-productive travel time to Toronto. (Actual time - 3.5) | 1.75 |
| 04/23/12 | AQ | 0025 | Travel NY to Toronto. (Actual time - 3.8) | 1.90 |
| 04/23/12 | DHB | 0025 | Travel to Toronto for mediation (extensive delays). (Actual time - 4.5) | 2.75 |
| 04/23/12 | BMK | 0025 | Travel to Toronto for mediation (with delays). (Actual time - 4.0) | 2.00 |
| 04/24/12 | FSH | 0025 | Non-productive travel time on return to New York. (Actual time - 4.0) | 2.00 |
| 04/24/12 | AQ | 0025 | Travel Toronto to NY. (Actual time - 3.7) | 1.85 |
| 04/24/12 | DHB | 0025 | Travel from Toronto. (Actual time - 3.4) | 1.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE

Bill Number: 1423797

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/24/12 | BMK | 0025 | Travel from Toronto to NYC (with delays). (Actual time - 3.0) | 1.50 |
| 04/25/12 | FSH | 0026 | Attention to preference matters. | 0.20 |
| 03/27/12 | AQ | 0029 | Confer with Capstone re mediation issues (.5); team meeting regarding draft mediation brief and related research issues (.7); review and edit draft Capstone mediation issues list (1.8). | 3.00 |
| 04/01/12 | DHB | 0029 | Begin next review of draft mediation statement. | 1.50 |
| 04/02/12 | FSH | 0029 | Communications with working group re mediation (.2). Work on brief (.2). Communications re brief (.2). Conf call w/Ad Hoc group representatives re pending issues (1.2). | 1.80 |
| 04/02/12 | DHB | 0029 | Finalize review of mediation statement (1.3); telephone calls with creditors re status (.4) (.2); telephone call with C. Kearns re same (.1); review and revise B. Kahn comments re statement (.4); emails re same (.1); office conference with B. Kahn re same (.3); conference call with Ad Hoc professionals re allocation next steps (1.2); email communications re confi issues (.1). | 4.10 |
| 04/02/12 | BMK | 0029 | Further comment on mediation statement draft (0.6); conf with D. Botter re: same (0.2); attend call with ad hoc professionals re: allocation next steps (1.2); analysis of mediation issues (0.4) | 2.40 |
| 04/03/12 | FSH | 0029 | Attention to issues in Fourth Estate settlement. | 0.10 |
| 04/03/12 | FSH | 0029 | Communications with working group re mediation. | 0.20 |
| 04/03/12 | DHB | 0029 | Telephone calls with creditors re mediation status (.3) (.2); office conference with B. Kahn re bond positions on mediation and telephone call with C. Kearns re same (.4). | 0.90 |
| 04/03/12 | BMK | 0029 | Review of mediation confidentiality issues (0.2); tc with I. Rozenberg re: same (0.4); tc with C. Kearns re: allocation issues (0.3); tc with C. Kearns and D. Botter re: same (0.3); tc with T. Morrilla re: same (0.2); emails with L. Miller re: mediation statement (0.1); emails with Cleary re: fourth estate settlement (0.1) | 1.60 |
| 04/04/12 | SLS | 0029 | Participate in call with working group to prepare for allocation mediation (.9). | 0.90 |
| 04/04/12 | FSH | 0029 | Communications with Cleary and working group re brief (.3). Work on revised draft (7). Communications with DB re next steps (.1). | 1.10 |
| 04/04/12 | AQ | 0029 | Review and analyze revised Capstone mediation issues list. | 0.70 |
| 04/04/12 | DHB | 0029 | Begin review of redraft of brief (.5); emails re comments to same and next steps (.4); review and comment on "one-pager" in preparation for meeting (1.0); meet with professionals re same (1.3). | 3.20 |
| 04/04/12 | BMK | 0029 | Review revised mediation statement draft (0.8); tc with R. Jacobs re: same (0.2); analysis of allocation issues (0.7) | 1.70 |
| 04/04/12 | JYS | 0029 | Professionals Meeting re allocation. | 1.00 |
| 04/05/12 | FSH | 0029 | Analyze allocation issues ( .2). Confer w/DB and AQ re same (.2). Review info re mediation (.3). Call w/Milbank re: same (.7). Follow-up (.1 ). | 1.50 |
| 04/05/12 | AQ | 0029 | Call with ad hoc bondholders re mediation. | 0.70 |
| 04/05/12 | DHB | 0029 | Continue review of new changes to mediation statement (.5); telephone call with US counsel to mediator (.3); emails re same (.1); call with Ad Hocs and follow-up (.8). | 1.70 |
| 04/05/12 | BMK | 0029 | Participate in call with Ad hoc noteholders re: mediation (0.8); review and comment on Capstone allocation documents (0.9) | 1.70 |
| 04/05/12 | GDB | 0029 | Emails re mediation (0.2) | 0.20 |
| 04/06/12 | FSH | 0029 | Communications re mediation statement. | 0.10 |
| 04/06/12 | DHB | 0029 | Email communications re EMEA decision (.2); mediation next steps (.2). | 0.40 |
| 04/06/12 | BMK | 0029 | Emails with Akin team re: EMEA claims decision issue | 0.30 |
| 04/09/12 | FSH | 0029 | Analyze mediation statement issues (.2). Confer w/BK re same (.2). | 0.40 |
| 04/09/12 | AQ | 0029 | Consider motion to dismiss appeal issues. | 0.30 |
| 04/09/12 | DHB | 0029 | Emails with and telephone call with PBGC re mediation statement (.2); office conference with B. Kahn re same (.1); work re same (.3). | 0.60 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/09/12 | BMK | 0029 | Review fourth estate issues (0.4); participate in call with PBGC re: mediation statement (0.1); follow up to same (0.1); review draft BONY statement (0.5) | 1.10 |
| 04/10/12 | FSH | 0029 | Confer with Committee member re mediation statement (.2). Call with NNI and Ad Hoc reps re same and follow up (1.5). Confer with Committee member re mediation statement and process (.2). Further communications with Ad Hocs, working group (.2). Follow-up re proceeds (.1). | 2.20 |
| 04/10/12 | AQ | 0029 | Conference call with Debtors and ad hoc bondholders regarding mediation. | 0.90 |
| 04/10/12 | AQ | 0029 | Emails regarding mediation. | 0.20 |
| 04/10/12 | DHB | 0029 | Call with US Debtors and Ad Hocs re: mediation (1.0); telephone calls with creditors re status of mediation (.3); emails re same (.1) (.1); review mediation exhibits (1.1). | 2.60 |
| 04/10/12 | SBK | 0029 | Review draft joint mediation statement of US debtors and UCC | 0.70 |
| 04/10/12 | BMK | 0029 | TC with M. Riela re: allocation issue (0.1); tc with FMC re: allocation issues (0.2); tc with J. Hyland and T. Morilla re: same (0.4); participate in call with Debtor and ad hoc professionals (1.0); emails with Milbank re: follow up to same (0.2) | 1.90 |
| 04/10/12 | KMR | 0029 | Reviewed revised mediation brief (1.3). | 1.30 |
| 04/11/12 | FSH | 0029 | Communications w/working group re mediation prep (1.0). Review issues (.3). Communications re statement (.2). | 1.50 |
| 04/11/12 | DHB | 0029 | Email communications re mediation issues (.2); call with Akin Gump and Capstone re same (.4); further emails re same and next steps (.2) and comments (.2) (.2). | 1.20 |
| 04/11/12 | SBK | 0029 | Further review of draft mediation statement | 0.50 |
| 04/11/12 | BMK | 0029 | TC with F. Hodara, A. Qureshi and D. Botter re: mediation issues (0.4); tc with C. Kearns re: same (0.1); comment on mediation statement (0.3); tc with committee member re: mediation statement (0.1); tc with R. Jacobs re: mediation (0.2) | 1.10 |
| 04/11/12 | KMR | 0029 | Continued review of draft mediation statement and Chilmark exhibit (0.8). | 0.80 |
| 04/11/12 | GDB | 0029 | Reviewing media articles on mediation (0.4)  Emails re mediation (0.4) | 0.80 |
| 04/12/12 | FSH | 0029 | Communications re NNSA w/various parties. | 0.60 |
| 04/12/12 | FSH | 0029 | Meet with working group re mediation issues (.9). review communications from Mediator and follow-up same (.4). Communications with Committee members re mediation (.6). Confer with Capstone re same (.3). Communications w/working group re Statements (.3) | 2.50 |
| 04/12/12 | AQ | 0029 | Call with PBGC regarding mediation issues. | 0.40 |
| 04/12/12 | AQ | 0029 | Call with Cleary and Milbank re mediation. | 0.50 |
| 04/12/12 | AQ | 0029 | Review correspondence from counsel to mediator. | 0.20 |
| 04/12/12 | DHB | 0029 | Email communications re mediation issues (.3) (.4); call re NNSA issues (.5); telephone calls with Committee members re mediation (.5); review email from mediator and emails re same (.2); review 4th estate settlement changes and office conference with B. Kahn re same (.5); emails re same (.2); further emails re mediation position and bondholders brief (.3). | 2.90 |
| 04/12/12 | BMK | 0029 | TC with Debtors re: NNSA and allocation issues (1.1); review correspondence from mediator (0.2); review EMEA comments to fourth estate settlement (0.8); review updated mediation exhibit (0.4) | 2.50 |
| 04/13/12 | FSH | 0029 | Communications with working group and parties re Mediation statements. | 1.50 |
| 04/13/12 | AQ | 0029 | Conference call with Debtors re mediation. | 0.60 |
| 04/13/12 | AQ | 0029 | Confer with D. Botter and C. Kearns re mediation. | 0.30 |
| 04/13/12 | AQ | 0029 | Review and analyze draft ad hoc bond group mediation brief. | 0.90 |
| 04/13/12 | AQ | 0029 | Emails regarding bondholder mediation brief. | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1423797

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/13/12 | AQ | 0029 | Review and analyze exhibits to draft, joint mediation brief. | 1.10 |
| 04/13/12 | DHB | 0029 | Review Ad Hoc draft mediation brief (.7); emails re same (.2); extensive communications re same (.5); telephone call with J. Bromley re same and mediation next steps (.5); follow-up re same with F. Hodara and A. Qureshi (.4); extensive emails re same (.2); telephone call with C. Kearns re same (.1); conference call with J. Bromley, A. Qureshi and C. Kearns (.6); follow-up with A. Qureshi and C. Kearns (.2); emails re 4th estate issues (.1); review BNY mediation brief (.5). | 4.00 |
| 04/13/12 | BMK | 0029 | Review draft ad hoc mediation statement (0.6); review drafts of mediation statement and exhibit (1.7); tc and emails with J. Hyland re: same (0.3); emails and tc with Cleary re: fourth estate settlement (0.3); review draft of same (0.4); emails with D. Botter re: same (0.1); participate in all-hands call re: same (1.2); emails with D. Botter and F. Hodara re: allocation mediation (0.3) | 4.90 |
| 04/13/12 | KMR | 0029 | Reviewed draft mediation brief from the bondholders group. | 0.70 |
| 04/14/12 | FSH | 0029 | Analyze issues in draft statements and review communications re same (.8). Confer w/DB re same (.4). | 1.20 |
| 04/14/12 | DHB | 0029 | Review Trustee mediation statements (1.0); telephone call with M. Riela re same (.4); emails re same (.2) (.1). | 1.70 |
| 04/14/12 | BMK | 0029 | Review and distribute final mediation statement and exhibit | 0.90 |
| 04/15/12 | FSH | 0029 | Analyze issues re allocation (.5). Communications w/DB re same (.2). | 0.70 |
| 04/15/12 | DHB | 0029 | Telephone call with M. Khambati re Law Debenture mediation position (.3); emails re same (.3). | 0.60 |
| 04/15/12 | JYS | 0029 | Review UCC Mediation Statement. | 0.50 |
| 04/16/12 | FSH | 0029 | Finalization of mediation statement (.6). Conferences with Committee members re same (.4). Call w/NNI re mediation (.7). Further communications re same (.5). | 2.20 |
| 04/16/12 | AQ | 0029 | Conference call with Debtors and bonds re mediation statement. | 0.60 |
| 04/16/12 | AQ | 0029 | Review and analyze draft indenture trustee mediation submission. | 0.30 |
| 04/16/12 | AQ | 0029 | Telephone conference with counsel to mediator. | 0.20 |
| 04/16/12 | AQ | 0029 | Emails regarding mediation. | 0.20 |
| 04/16/12 | DHB | 0029 | Extensive communications re mediation and work with team re same (1.0); telephone call with U.S. counsel to mediator (.2) and follow-on on emails re same (.2); review new briefs of trustees (.4) (.4) and comments thereto (.2) and emails re same (.3). | 2.70 |
| 04/16/12 | BMK | 0029 | Review draft mediation statements (0.9); emails re: mediation process (0.4) | 1.30 |
| 04/17/12 | FSH | 0029 | Examine allocation issues under UK law (.4). Work on mediation matters (.6). | 1.00 |
| 04/17/12 | AQ | 0029 | Emails regarding mediation. | 0.20 |
| 04/17/12 | DHB | 0029 | Email communications re mediation briefs (.5); telephone call with J. Bromley re same (.2); follow-up emails (.2); telephone call with DPW re mediation briefs (.1); follow-up re same (.1). | 1.10 |
| 04/17/12 | BMK | 0029 | Analysis of mediation issues (0.5); tc and emails with Capstone re: same (0.3); review Capstone docs re: same (0.4); tc with M. Riela re: mediation (0.1) | 1.30 |
| 04/17/12 | KMR | 0029 | Reviewed final draft of mediation statement. | 0.50 |
| 04/18/12 | SLS | 0029 | Participate in professionals mediation call. | 2.30 |
| 04/18/12 | FSH | 0029 | Communications with parties re exchange of mediation statements (.3). Respond to call of creditor re mediation (.2). Review Canadian research on allocation issues (1.0). Review materials for mediation (.8) Meet with Committee advisors (2.3). | 4.60 |
| 04/18/12 | AQ | 0029 | Professionals' meeting regarding mediation preparation. | 2.30 |
| 04/18/12 | DHB | 0029 | Email communications with team and mediation parties re mediation briefs (.5); mediation preparation (2.3); continue re same (.6). | 3.40 |
| 04/18/12 | SBK | 0029 | Emails re fourth estate settlement and tax side letters (.5); Discuss same w/Feuerstein (.1). | 0.60 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/18/12 | BMK | 0029 | Analysis of mediation issues (0.6); participate in mediation prep session with UCC professionals (2.3); review emails regarding mediation statements (0.2); review email from mediator (0.1); review revised escrow instructions re: fourth estate settlement (0.4) | 3.60 |
| 04/18/12 | JYS | 0029 | Team Meeting in Preparation for Mediation. | 2.50 |
| 04/18/12 | SLB | 0029 | Attend professionals' allocation status meeting (1.4). | 1.40 |
| 04/19/12 | FSH | 0029 | Communications with working group re mediation statements (.2). Review materials for meeting at Cleary (1.0). Attend same (3.0). Confer with J. Sturm re research on allocation issue (.2). Review scheduling notice and numerous communications re same (.4). Work on mediation topics (1.2). | 6.00 |
| 04/19/12 | AQ | 0029 | Prepare for meeting with Debtors and bonds regarding mediation. | 0.80 |
| 04/19/12 | AQ | 0029 | Attend meeting at Cleary with Debtors and bonds regarding mediation preparation. | 3.00 |
| 04/19/12 | DHB | 0029 | Continue mediation preparation (1.8); meet with Debtors and Ad Hocs re same (3.0) and follow-up (.5); draft outline of presentation (.4) and emails re same (.1) (.1); emails re participants (.1) (.1); review correspondence from mediation (.1); office conference with team re same (.1). | 6.30 |
| 04/19/12 | BMK | 0029 | Attend mediation prep meeting with Debtors and ad hoc professionals (3.0); emails with D. Botter and F. Hodara re: same (0.3); review mediation related documents (0.4); review mediation statements (0.9). | 4.60 |
| 04/19/12 | JYS | 0029 | Review Substantive Consolidation Precedents (0.3); T/C and O/C with F. Hodara re same (0.2); Correspondence with F. Hodara re same (0.4); Correspondence with A. Cowie and K. Rowe re MRDA (0.2). | 1.10 |
| 04/20/12 | FSH | 0029 | Communications with parties re mediation meetings (.4). Work on mediation matters (.8). | 1.20 |
| 04/20/12 | DHB | 0029 | Continue mediation preparation (2.0); telephone calls with creditors re status (.2); telephone call with PBGC re same (.4). | 2.60 |
| 04/20/12 | BMK | 0029 | Review and distribute ad hoc mediation brief (0.6); emails with D. Botter re: same (0.1) | 0.70 |
| 04/20/12 | KMR | 0029 | Reviewed final mediation memorandum from bondholders group (0.3). | 0.30 |
| 04/20/12 | JYS | 0029 | Review Ad Hoc Mediation Statement. | 0.40 |
| 04/21/12 | DHB | 0029 | Continue mediation preparation. | 1.80 |
| 04/22/12 | DHB | 0029 | Email communications re mediation (.1); continue preparation (.5). | 0.60 |
| 04/23/12 | FSH | 0029 | Work on mediation issues and prepare for mediation in Toronto. | 3.10 |
| 04/23/12 | AQ | 0029 | Review and analyze April EMEA mediation submission. | 1.20 |
| 04/23/12 | AQ | 0029 | Confer with team re preparation for mediation. | 0.40 |
| 04/23/12 | DHB | 0029 | Continue mediation preparation and meetings with team re same. | 4.20 |
| 04/23/12 | BMK | 0029 | Prepare for mediation | 1.20 |
| 04/24/12 | FSH | 0029 | Final prep for mediation sessions (1.0). Participate in same and communications with parties and Committee members re same (6.0). | 7.00 |
| 04/24/12 | AQ | 0029 | Meet with team and prepare for mediation. | 0.80 |
| 04/24/12 | AQ | 0029 | Attend mediation session. | 4.50 |
| 04/24/12 | DHB | 0029 | Prepare for and attend mediation and follow-up (5.2); telephone call with S. Kelly re same (.3); telephone call with C. Kearns re follow-up (.2). | 5.70 |
| 04/24/12 | SBK | 0029 | Review ad hoc bondholder mediation stmt and Justice Winkler opening stmt re mediation | 0.70 |
| 04/24/12 | BMK | 0029 | Prepare for mediation (0.8); attend portion of mediation session (2.0); follow up with UCC team re: same (0.9); email to UCC re: same (0.2); follow up with ad hocs re: same (0.2) | 4.30 |
| 04/24/12 | JYS | 0029 | Review J. Winkler remarks opening mediation. | 0.30 |
| 04/24/12 | GDB | 0029 | Reading mediation opening remarks (0.6) | 0.60 |
| 04/25/12 | FSH | 0029 | Review revised Fourth Estate draft and communications re same. | 0.20 |
| 04/25/12 | FSH | 0029 | Follow up from Mediation session with parties, notes for Committee (1.5). Review press, case law (.3). | 1.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/25/12 | AQ | 0029 | Review emails regarding mediation. | 0.20 |
| 04/25/12 | DHB | 0029 | Telephone calls with creditors re status of mediation (.2); review press report re CAW stance and emails re same (.5); email communications re issues relating to 4th estate and consider same (.4). | 1.10 |
| 04/25/12 | BMK | 0029 | Review escrow amendments and instructions re: fourth estate settlement | 0.40 |
| 04/26/12 | SLS | 0029 | Participate in call with Company and UCC teams regarding allocation next steps (.8). | 0.80 |
| 04/26/12 | FSH | 0029 | Participate in parties of conf. call with NNI re next steps in mediation. | 0.70 |
| 04/26/12 | DHB | 0029 | Conference call with Debtors re mediation next steps (.8); follow-on emails (.1) (.2) and telephone call with C. Kearns (.2); emails with Committee members re same (.1). | 1.40 |
| 04/26/12 | BMK | 0029 | Participate in allocation update call with Debtors (0.5); review emails re: allocation issues (0.2) | 0.70 |
| 04/27/12 | FSH | 0029 | Communications with Cleary, working group re next steps, deliverable. | 0.60 |
| 04/29/12 | FSH | 0029 | Communications re mediation. | 0.10 |
| 04/30/12 | FSH | 0029 | Follow-up re mediation statements (.2). Attention to DPW request (.2). Call w/NNI re foregoing (.5). Confer w/working group re same (.3). Analysis re same (.3). Follow-up communications re same (.2). | 1.70 |
| 04/30/12 | AQ | 0029 | Emails and correspondence re mediation. | 0.20 |
| 04/30/12 | DHB | 0029 | Review letter from mediation counsel (.1); email communications re same and next steps in mediation/allocation (.2) (.2); work related thereto (.3); email communications re 4th estate issues (.3). | 1.10 |
| 04/05/12 | SSH | 0032 | Retrieve treatise re: IP issues. | 1.00 |

Total Hours                                      438.75