# EXHIBIT C

## DISBURSEMENT SUMMARY
## APRIL 1, 2012 THROUGH APRIL 30, 2012

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,601.42 |
| Conference Call /Telephone/Video Conferencing | $7,918.10 |
| Courier Service/Postage | $12.08 |
| Duplicating | $64.40 |
| Meals/Committee Meeting Expenses | $2,490.24 |
| Travel Expenses – Ground Transportation | $250.91 |
| Travel Expenses – Telephone & Fax | $9.95 |
| Travel expenses – Train Fare | $908.00 |
| **TOTAL** | **$13,255.10** |

103264635 v1