# EXHIBIT D



# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---:|
| Invoice Number | 1423797 |
| Invoice Date | 05/22/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  04/30/12 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---:|
| 02/24/12 | Audio and Web Conference Services Monthly recurring charges for activity through 2/24/2012 VENDOR: GLOBAL CROSSING CONFERENCING; INVOICE#: 9033669737; DATE: 2/24/2012 - acct.# 0205134736 | $57.92 |
| 03/06/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR12-53062500000206 DATE: 3/25/2012 PASSENGER: Kahn Brad M TICKET #: 0572425072 DEPARTURE DATE: 03/06/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 03/06/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR12-53062500000206 DATE: 3/25/2012 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 03/08/2012 ROUTE: NYP/WIL/NYP | $172.00 |
| 03/06/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR12-53062500000206 DATE: 3/25/2012 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 03/08/2012 ROUTE: NYP/WIL/NYP | $221.00 |
| 03/07/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR12-53062500000206 DATE: 3/25/2012 PASSENGER: Hodara Fred S TICKET #: 0572470225 DEPARTURE DATE: 03/07/2012 ROUTE: NYP/WIL/NYP | $37.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                Page 2
Bill Number: 1423797                                                                    05/22/12

| Date | Description | Amount |
|---|---|---|
| 03/07/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR12-53062500000206 DATE: 3/25/2012 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 03/08/2012 ROUTE: NYP/WIL/NYP | $98.00 |
| 03/07/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR12-53062500000206 DATE: 3/25/2012 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 03/08/2012 ROUTE: NYP/WIL/NYP | $163.00 |
| 03/08/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR12-53062500000206 DATE: 3/25/2012 PASSENGER: Hodara Fred S TICKET #: 0572519476 DEPARTURE DATE: 03/08/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 03/08/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR12-53062500000206 DATE: 3/25/2012 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 03/08/2012 ROUTE: NYP/WIL/NYP | $90.00 |
| 03/08/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR12-53062500000206 DATE: 3/25/2012 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 03/08/2012 ROUTE: NYP/WIL/NYP | $16.00 |
| 03/08/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR12-53062500000206 DATE: 3/25/2012 PASSENGER: Kahn Brad M TICKET #: 0572519479 DEPARTURE DATE: 03/08/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 03/20/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1134020 DATE: 3/25/2012 Catering Akin Gump - Mendy's at Rock Center - 03/20/2012 | $15.01 |
| 03/20/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 684421 DATE: 3/29/2012 Vendor: Executive Royal Voucher #: 349099 Date: 03/20/2012 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 349099 Date: 03/20/2012 Name: Fred Hodara | $33.58 |
| 03/21/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 684421 DATE: 3/29/2012 Vendor: Executive Royal Voucher #: 255769 Date: 03/21/2012 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 255769 Date: | $33.58 |

| Date | Description | Amount |
|---|---|---|
| 03/22/12 | 03/21/2012 Name: Fred Hodara Meals (100%) 3/21/12 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800181; DATE: 3/22/2012 | $374.80 |
| 03/24/12 | Audio and Web Conference Services Monthly recurring charges for activity through 3/24/12 VENDOR: GLOBAL CROSSING CONFERENCING; INVOICE#: 9033712540; DATE: 3/24/2012 - Acct.#: 0205134736 | $78.34 |
| 03/26/12 | Computerized Legal Research - Westlaw User: KEMP,BRENDA Date: 3/26/2012 AcctNumber: 1000812018 ConnectTime: 0.0 | $120.06 |
| 03/28/12 | Travel - Ground Transportation Cab ride from One Bryant Park to 50 Franklin Street.; NYC Taxi Cab | $15.14 |
| 03/28/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1145886 DATE: 4/1/2012 Catering Akin Gump - Mendy's at Rock Center - 03/28/2012 | $15.01 |
| 03/29/12 | Reference Material Copy of pages from BVR's Guide to Intellectual Property Valuation for W Lyon/S Woodell VENDOR: UNIVERSITY OF TEXAS LIBRARIES; INVOICE#: 1107253; DATE: 3/29/2012 | $20.00 |
| 03/29/12 | Document Production - In House REQUESTOR: B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 300; DATE ORDERED: 3/29/12 | $30.00 |
| 03/30/12 | Meals (100%) 3/27/12 B Kahn - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800182; DATE: 3/30/2012 | $25.80 |
| 03/30/12 | Meals (100%) 3/28/12 B Kahn - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800182; DATE: 3/30/2012 | $34.40 |
| 03/30/12 | Meals (100%) 3/29/12 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800182; DATE: 3/30/2012 | $374.80 |
| 04/02/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1140860 DATE: 4/18/2012 Vendor: Dial Car Voucher #: DLA3640300 Date: 04/02/2012 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3640300 Date: | $135.03 |

| Date | Description | Amount |
|---|---|---|
| 04/03/12 | 04/02/2012 Name: David Botter Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SEARCHES; Quantity: 15.0 | $810.00 |
| 04/03/12 | Computerized Legal Research - Other Document Retrieval in Various Courts - Usage From: 1/1/12 To: 3/31/12 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0054-Q12012; DATE: 4/3/2012 - Account ID AG0054 | $85.60 |
| 04/03/12 | Document Retrieval Services from Federal Courts - January through March 2012 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0381-Q12012; DATE: 4/3/2012 - Account ID AG0381 | $0.16 |
| 04/05/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1147296 DATE: 4/8/2012 Catering Akin Gump - Mendy's at Rock Center - 04/05/2012 | $15.01 |
| 04/05/12 | Audio and Web Conference Services March 2012 VENDOR: TELCONF LLC; INVOICE#: 04001-01001-12; DATE: 4/5/2012 | $7,781.84 |
| 04/05/12 | Meals (100%) 3/30/12 P Sanchez - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800183; DATE: 4/5/2012 | $21.50 |
| 04/05/12 | Meals (100%) 4/4/12 P Sanchez - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800183; DATE: 4/5/2012 | $272.73 |
| 04/05/12 | Meals (100%) 4/5/12 S Brauner VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800183; DATE: 4/5/2012 | $358.47 |
| 04/05/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 685016 DATE: 4/13/2012 Vendor: Executive Royal Voucher #: 118735 Date: 04/05/2012 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 118735 Date: 04/05/2012 Name: Fred Hodara | $33.58 |
| 04/09/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1151744 DATE: 4/15/2012 Krotman Adam - Sushi of Gari 46th) - 04/09/2012 | $31.60 |
| 04/11/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: | $16.10 |

| Date | Description | Amount |
|---|---|---|
| | 1151744 DATE: 4/15/2012 Catering Akin Gump - Mendy's at Rock Center - 04/11/2012 | |
| 04/11/12 | Travel - Telephone & Fax Fee for AirTran in-flight internet use.; Nortel - AirTran | $9.95 |
| 04/12/12 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 4/12/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $250.02 |
| 04/13/12 | Meals (100%) 4/10/12 P Sanchez - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800184; DATE: 4/13/2012 | $17.20 |
| 04/13/12 | Meals (100%) 4/11/12 S Brauner - Professioals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800184; DATE: 4/13/2012 | $151.88 |
| 04/13/12 | Meals (100%) 4/12/12 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800184; DATE: 4/13/2012 | $374.80 |
| 04/14/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 6.0 | $81.00 |
| 04/14/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 8.0 | $108.00 |
| 04/14/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: BECKERMAN LISA; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.0 | $13.95 |
| 04/15/12 | Courier Service/Messenger Service- Off Site VENDOR: COURIER DEPOT; INVOICE#: 71208; DATE: 4/15/2012 - Customer No. 548 | $12.08 |
| 04/17/12 | Computerized Legal Research - Westlaw User: KRASA-BERSTELL,DAGMARA Date: 4/17/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $112.63 |
| 04/19/12 | Meals (100%) 4/18/12: P. Sanchez - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800185; DATE: 4/19/2012 | $227.82 |
| 04/19/12 | Meals (100%) 4/19/12: S. Brauner - Committee call working meal (15 people) VENDOR: RESTAURANT | $163.31 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1423797

Page 6  
05/22/12

| Date | Description | Amount |
|---|---|---|
| 04/23/12 | ASSOCIATES; INVOICE#: 2033800185; DATE: 4/19/2012 Duplication - In House Photocopy - Beckerman, Lisa, NY, 344 page(s) | $34.40 |

Current Expenses $13,255.10