# Exhibit A

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: IB8199
Invoice Date: 5/21/2012
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention: Tim Burling, Flextronics Corporation
Committee Chairman

Re: Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| *Monthly Fee:* | |
| February 2012 | $50,000.00 |
| (Less 20% Holdback) | ($10,000.00) |
| (Less January 2012 Overage) | ($40,000.00) |
| Total Fee: | $0.00 |
| | |
| *Expenses:* | |
| Legal | $1,434.84 |
| Total Out-of-Pocket Expenses: | $1,434.84 |

**TOTAL DUE    $1,434.84**

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference: NOR25000IB_IB8199 Nortel