# Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
February 1, 2012 – February 29, 2012
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Legal | $1,434.84 |
| Total | $1,434.84 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| CROSS & SIMON, LLC | LEGAL | Legal Services (1/6/2012 - 1/23/2012) | 2/21/2011 | $187.50 |
| CROSS & SIMON, LLC | LEGAL | Legal Services (11/2/11 - 11/21/11) | 12/19/2011 | $1,069.84 |
| CROSS & SIMON, LLC | LEGAL | Legal Services (10/3/11 - 10/24/11) | 11/17/2011 | $177.50 |
| **Total :** | | | | $1,434.84 |