Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
February 1, 2012 - February 29, 2012

| Name | Position | Hours Worked |
|------|----------|-------------:|
| Leon Szlezinger | Managing Director, Restructuring and Recapitalization Group | 16.3 |
| Alex Rohan | Senior Vice President, Restructuring and Recapitalization Group | 26.5 |
| Rory Keenan | Senior Vice President, Restructuring and Recapitalization Group | 31.3 |
| Robby Tennenbaum | Associate, Restructuring and Recapitalization Group | 27.5 |
| Jaspinder Kanwal | Analyst, Restructuring and Recapitalization Group | 28.5 |
| | **Total** | **130.0** |

Other Jefferies professionals who participated but do not keep hours:

| Justin Despirito | Legal Counsel |
|------------------|---------------|

17

**Jefferies & Company, Inc.**
February 2012

| Banker | Date | Hours | Description |
|---|---|---|---|
| **Leon Salzinger** | | | |
| Leon Salzinger | 2/1/2012 | 1.75 | Attend professionals call; internal discussions |
| Leon Salzinger | 2/2/2012 | 2.50 | Attend weekly UCC call; internal discussions re: same and case related issues |
| Leon Salzinger | 2/9/2012 | 1.50 | Review legal correspondence; attend professionals' call |
| Leon Salzinger | 2/13/2012 | 2.00 | Review IP Address analysis |
| Leon Salzinger | 2/15/2012 | 1.50 | Attend professionals call; review legal correspondence |
| Leon Salzinger | 2/16/2012 | 2.25 | Attend UCC call; review documents; internal discussions |
| Leon Salzinger | 2/17/2012 | 1.50 | Internal discussion re: potential IP Address sale options |
| Leon Salzinger | 2/23/2012 | 2.00 | Attend professionals call; review agenda and prepare for same |
| Leon Salzinger | 2/29/2012 | 1.25 | Review case updates; internal discussions |
| **February 2012 Summary Hours for Leon Salzinger** | | **16.25** | |
| | | | |
| **Alex Rohan** | | | |
| Alex Rohan | 2/1/2012 | 2.25 | Attend professionals call; prepare for same; review IP Address and bond price update |
| Alex Rohan | 2/2/2012 | 3.00 | Attend weekly UCC call; internal discussions re: same and case related issues |
| Alex Rohan | 2/7/2012 | 2.00 | Internal discussions re: IP Address monetization |
| Alex Rohan | 2/9/2012 | 2.50 | Attend professionals call; prepare for same |
| Alex Rohan | 2/10/2012 | 1.50 | Attend UCC call; review correspondence |
| Alex Rohan | 2/13/2012 | 2.50 | Review and edit IP Address analysis |
| Alex Rohan | 2/15/2012 | 2.50 | Attend professionals call; prepare for same |
| Alex Rohan | 2/16/2012 | 1.75 | Attend UCC call; review documents and prepare re: same |
| Alex Rohan | 2/17/2012 | 1.50 | Explored potential IP Address sale options |
| Alex Rohan | 2/21/2012 | 2.50 | IP Address analysis discussions; edit analysis |
| Alex Rohan | 2/23/2012 | 1.50 | Attend professionals call; review agenda and prepare for same |
| Alex Rohan | 2/24/2012 | 1.50 | Prepare for and attend UCC call |
| Alex Rohan | 2/29/2012 | 1.50 | Review bond pricing update; attend professionals' call; prepare re: same; internal discussions re:same |
| **February 2012 Summary Hours for Alex Rohan** | | **26.50** | |
| | | | |
| **Rory Keenan** | | | |
| Rory Keenan | 2/1/2012 | 3.00 | Review agenda and prepare for professionals call; attend call; review IP Address sale & bond pricing briefing |
| Rory Keenan | 2/2/2012 | 2.50 | Prepare for and participate in UCC call; review case updates and correspondence |
| Rory Keenan | 2/7/2012 | 2.00 | Internal discussions re: IP Address monetization |
| Rory Keenan | 2/9/2012 | 2.50 | Attend professionals call; review agenda and prepare for same |
| Rory Keenan | 2/10/2012 | 4.00 | Prepare for UCC call; review case updates |
| Rory Keenan | 2/12/2012 | 3.25 | Review IP Address sale analysis; edit same |
| Rory Keenan | 2/15/2012 | 2.50 | Attend professionals call; review agenda and documents re: same |
| Rory Keenan | 2/16/2012 | 1.75 | Attend UCC call; prepare for same |
| Rory Keenan | 2/17/2012 | 2.00 | Review and discuss potential IP Address sale options |
| Rory Keenan | 2/21/2012 | 2.00 | IP Address analysis discussions |
| Rory Keenan | 2/23/2012 | 1.50 | Attend professionals call; review agenda and prepare for same |
| Rory Keenan | 2/24/2012 | 2.25 | Prepare for and attend UCC call; IP Address research |
| Rory Keenan | 2/29/2012 | 2.00 | Attend professionals' call; Review bond pricing update |
| **February 2012 Summary Hours for Rory Keenan** | | **31.25** | |
| | | | |
| **Robby Tennenbaum** | | | |
| Robby Tennenbaum | 2/1/2012 | 2.25 | Attend professionals call; prepare for same; review IP Address sale & bond pricing briefing |
| Robby Tennenbaum | 2/2/2012 | 2.00 | Review correspondence and agenda; attend UCC call |
| Robby Tennenbaum | 2/7/2012 | 2.00 | Internal discussions re: IP Address monetization |
| Robby Tennenbaum | 2/9/2012 | 2.75 | Attend professionals call; prepare for same |
| Robby Tennenbaum | 2/10/2012 | 1.50 | Review correspondence and agenda for UCC call; attend UCC call |
| Robby Tennenbaum | 2/12/2012 | 3.50 | Review and make edits to IP Address sale analysis |
| Robby Tennenbaum | 2/15/2012 | 1.00 | Attend professionals call; review legal correspondence and agenda for same |
| Robby Tennenbaum | 2/16/2012 | 1.75 | Attend Committee call; review correspondence for same |
| Robby Tennenbaum | 2/17/2012 | 1.75 | Internal discussions re: potential IP Address sale options |
| Robby Tennenbaum | 2/21/2012 | 3.00 | IP Address analysis discussions; edit analysis |
| Robby Tennenbaum | 2/23/2012 | 1.50 | Review agenda; attend professionals call |
| Robby Tennenbaum | 2/24/2012 | 2.00 | Attend UCC call; review case status updates |
| Robby Tennenbaum | 2/29/2012 | 2.50 | Review and edit bond pricing update; attend professionals' call |
| **February 2012 Summary Hours for Robby Tennenbaum** | | **27.50** | |
| | | | |
| **Jaspinder Kanwal** | | | |
| Jaspinder Kanwal | 2/1/2012 | 2.75 | Prepare IP Address Sale & Bond Pricing Briefing; attend professionals' call; review agenda for same |
| Jaspinder Kanwal | 2/2/2012 | 1.25 | Prepare airspace documents; review internal documents |
| Jaspinder Kanwal | 2/7/2012 | 1.50 | Internal discussions re: IP Address monetization |
| Jaspinder Kanwal | 2/9/2012 | 1.75 | Attend professionals call; review agenda and document |
| Jaspinder Kanwal | 2/10/2012 | 1.25 | Attend committee call; review legal correspondence |
| Jaspinder Kanwal | 2/12/2012 | 6.50 | Prepare IP Address sale analysis |
| Jaspinder Kanwal | 2/13/2012 | 1.50 | Edit IP Address analysis |
| Jaspinder Kanwal | 2/15/2012 | 1.75 | Attend professionals call; review agenda and documents for same |
| Jaspinder Kanwal | 2/16/2012 | 1.25 | Attend UCC call; review agenda for same |
| Jaspinder Kanwal | 2/17/2012 | 1.75 | Internal discussions re: potential IP Address sale options |
| Jaspinder Kanwal | 2/21/2012 | 1.50 | IP Address analysis discussions |
| Jaspinder Kanwal | 2/23/2012 | 1.75 | Attend professionals call; review agenda |
| Jaspinder Kanwal | 2/24/2012 | 1.00 | Attend committee call |
| Jaspinder Kanwal | 2/29/2012 | 3.00 | Prepare bond pricing update; attend professionals' call |
| **February 2012 Summary Hours for Jaspinder Kanwal** | | **28.50** | |