Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
March 1, 2012 – March 31, 2012
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Legal | $610.14 |
| Meals | $50.00 |
| Total | $660.14 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| RORY T. KEENAN | MEALS | Overtime Meal | 3/5/2012 | $25.00 |
| CROSS & SIMON, LLC | LEGAL | Legal Services (2/3/2012 - 2/29/2012) | 3/21/2012 | $610.14 |
| RORY T. KEENAN | MEALS | Overtime Meal | 3/29/2012 | $25.00 |
| **Total:** | | | | $660.14 |