Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
March 1, 2012 - March 31, 2012

| Name | Position | Hours Worked |
|---|---|---|
| Leon Szlezinger | Managing Director, Restructuring and Recapitalization Group | 16.3 |
| Alex Rohan | Senior Vice President, Restructuring and Recapitalization Group | 35.0 |
| Rory Keenan | Senior Vice President, Restructuring and Recapitalization Group | 38.5 |
| Robby Tennenbaum | Associate, Restructuring and Recapitalization Group | 28.3 |
| Jaspinder Kanwal | Analyst, Restructuring and Recapitalization Group | 27.5 |
| | **Total** | **145.5** |

Other Jefferies professionals who participated but do not keep hours:

| Justin Despirito | Legal Counsel |
|---|---|

**Jefferies & Company, Inc.**
**March 2012**

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Leon Szlezinger* | | | |
| Leon Szlezinger | 3/1/2012 | 1.50 | Review case document ; Attend UCC call; prepare for same |
| Leon Szlezinger | 3/2/2012 | 2.00 | Attend Committee call; review legal correspondence |
| Leon Szlezinger | 3/9/2012 | 1.50 | Internal discussions |
| Leon Szlezinger | 3/12/2012 | 1.50 | Weekly professionals' call; review agenda re: same; review internal correspondence |
| Leon Szlezinger | 3/14/2012 | 1.25 | Allocation Follow-up; review relevant documents |
| Leon Szlezinger | 3/16/2012 | 2.25 | Internal discussions re: IP Addresses; receive update on ad hoc mediation framework |
| Leon Szlezinger | 3/21/2012 | 1.00 | Internal discussions |
| Leon Szlezinger | 3/23/2012 | 2.25 | intrenal discussions; IP Address Call; review IP Address research |
| Leon Szlezinger | 3/28/2012 | 3.00 | Professionals Call; IP Address Call; internal discussions re: same |
| **March 2012 Summary Hours for Leon Szlezinger** | | **16.25** | |
| *Alex Rohan* | | | |
| Alex Rohan | 3/1/2012 | 1.75 | Attend UCC call; prepare for same; review agenda |
| Alex Rohan | 3/2/2012 | 1.50 | Review legal correspondence; attend UCC call; prepare for same |
| Alex Rohan | 3/9/2012 | 3.00 | Attend Committee call; review pertinent case documents; internal discussions |
| Alex Rohan | 3/13/2012 | 3.50 | Attend UCC / Debtor Call; review legal correspondence; IP Address research; internal discussions |
| Alex Rohan | 3/14/2012 | 1.50 | Attend follow-up to UCC / Debtor call; review case documents |
| Alex Rohan | 3/16/2012 | 2.50 | Review correspondence; attend follow-up UCC call re:allocation |
| Alex Rohan | 3/21/2012 | 4.00 | IP Address research; Attend UCC call; prepare for same; internal discussions |
| Alex Rohan | 3/23/2012 | 4.75 | Attend IP Address sale process call; prepare for same |
| Alex Rohan | 3/26/2012 | 2.75 | Internal discussions re:IP Address sale process |
| Alex Rohan | 3/27/2012 | 2.50 | Review and edit IP Address sale process update |
| Alex Rohan | 3/28/2012 | 3.25 | Review IP Address sale process update; attend professionals' call; attend IP Address call; prepare re:same |
| Alex Rohan | 3/29/2012 | 4.00 | Attend UCC call; prepare for same; review documents |
| **March 2012 Summary Hours for Alex Rohan** | | **35.00** | |
| *Rory Keenan* | | | |
| Rory Keenan | 3/1/2012 | 4.50 | Review and edit bond pricing update; attend Committee call; prepare re:same; IP Address research |
| Rory Keenan | 3/2/2012 | 2.00 | Attend UCC call; review case updates |
| Rory Keenan | 3/5/2012 | 1.50 | Review bond pricing update |
| Rory Keenan | 3/9/2012 | 1.50 | Attend Committee call; review agenda; prepare re:same |
| Rory Keenan | 3/13/2012 | 3.25 | Attend UCC / Debtor Meeting; review documents re:same |
| Rory Keenan | 3/14/2012 | 1.50 | Review correspondence; attend follow-up UCC call re:allocation; review case updates |
| Rory Keenan | 3/16/2012 | 2.50 | Review mediation framework documents; attend bondholder call |
| Rory Keenan | 3/21/2012 | 3.50 | Attend weekly UCC call; review agenda and prepare for same |
| Rory Keenan | 3/23/2012 | 4.50 | Attend IP Address sale process call; prepare for same |
| Rory Keenan | 3/26/2012 | 3.00 | Internal discussions re:IP Address sale process |
| Rory Keenan | 3/27/2012 | 3.25 | Review and edit IP Address sale process update |
| Rory Keenan | 3/28/2012 | 3.00 | Review and edit IP Address sale process update; attend IP Address call; attend professionals' call |
| Rory Keenan | 3/29/2012 | 4.50 | Attend UCC meeting prepare for same; review agenda and documents |
| **March 2012 Summary Hours for Rory Keenan** | | **38.50** | |
| *Robby Tennenbaum* | | | |
| Robby Tennenbaum | 3/1/2012 | 1.00 | Edit bond pricing update; attend weekly UCC call; review case status |
| Robby Tennenbaum | 3/2/2012 | 1.75 | Review legal correspondence; attend UCC call |
| Robby Tennenbaum | 3/5/2012 | 2.00 | Review and edit bond pricing update |
| Robby Tennenbaum | 3/9/2012 | 1.25 | Attend UCC call; review case documents |
| Robby Tennenbaum | 3/13/2012 | 3.50 | Attend UCC / Debtor Meeting; review meeting documents |
| Robby Tennenbaum | 3/14/2012 | 1.00 | Review correspondence; attend follow-up UCC call re:allocation |
| Robby Tennenbaum | 3/16/2012 | 1.50 | Review mediation framework documents; attend  call with Ad Hocs |
| Robby Tennenbaum | 3/21/2012 | 1.00 | Review legal correspondence and mediation documents; attend weekly Committee call |
| Robby Tennenbaum | 3/23/2012 | 3.00 | Attend IP Address sale process call |
| Robby Tennenbaum | 3/26/2012 | 2.00 | Internal discussions re:IP Address sale process |
| Robby Tennenbaum | 3/27/2012 | 3.75 | Review and edit IP Address sale process update; review documentation re: same |
| Robby Tennenbaum | 3/28/2012 | 3.00 | Review and edit IP Address sale process update; attend professionals' call; attend IP Address call |
| Robby Tennenbaum | 3/29/2012 | 3.50 | Attend UCC meeting prepare for same; review agenda and documents |
| **March 2012 Summary Hours for Robby Tennenbaum** | | **28.25** | |
| *Jaspinder Kanwal* | | | |
| Jaspinder Kanwal | 3/1/2012 | 2.75 | Prepare bond pricing update; review agenda; attend Committee call |
| Jaspinder Kanwal | 3/2/2012 | 1.75 | Attend Committee call; review correspondence re:same |
| Jaspinder Kanwal | 3/5/2012 | 3.50 | Prepare bond pricing update; attend call with US Debtor |
| Jaspinder Kanwal | 3/9/2012 | 2.50 | Attend Committee call; review agenda |
| Jaspinder Kanwal | 3/13/2012 | 2.00 | Attend UCC / Debtor call; review agenda and documents re:same |
| Jaspinder Kanwal | 3/14/2012 | 1.00 | Attend follow-up UCC call; review agenda items |
| Jaspinder Kanwal | 3/16/2012 | 1.25 | Attend mediation framework call; review documents re: same |
| Jaspinder Kanwal | 3/21/2012 | 1.00 | Attend weekly Committee call; review mediation documents |
| Jaspinder Kanwal | 3/23/2012 | 3.00 | Attend IP Address sale process call |
| Jaspinder Kanwal | 3/26/2012 | 4.50 | Review IP Address sale documents; prepare IP Address sale process update |
| Jaspinder Kanwal | 3/28/2012 | 2.75 | Edit IP Address sale process update; attend professionals' call; review agenda; attend IP Address call |
| Jaspinder Kanwal | 3/29/2012 | 1.50 | Attend UCC call; review agenda |
| **March 2012 Summary Hours for Jaspinder Kanwal** | | **27.50** | |