IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: June 21, 2012 at 10:00 a.m. (ET)<br>) |

## NOTICE OF THIRTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:  Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:  February 1, 2012 through April 30, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:  $894,240.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $33,461.41

This is (a)n:  _X_ interim    ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's February, March and April 2012 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed<br>Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 4/11/12<br>Docket No. 7512 | 2/1/12 – 2/29/12 | $196,766.50 | $8,361.89 | $157,413.20 | $8,361.89 | $39,353.30 |
| Date Filed: 5/1/12<br>Docket No. 7599 | 3/1/12 – 3/31/12 | $364,445.00 | $11,844.42 | $291,556.00 | $11,844.42 | $72,889.00 |
| Date Filed: 5/30/12<br>Docket No. N/A | 4/1/12 – 4/30/12 | $333,028.50 | $13,255.10 | Pending Obj deadline<br>$266,422.80 | Pending Obj deadline<br>$13,255.10 | $66,605.70 |
| **TOTALS:** | | **$894,240.00** | **$33,461.41** | **$715,392.00**[3] | **$33,461.41**[4] | **$178,848.00** |

Summary of any Objections to Fee Applications: None.

Dated: May 30, 2012
      New York, New York

_____
Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.