Exhibit A

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: IB8345
Invoice Date: 5/21/2012
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention: Tim Burling, Flextronics Corporation
Committee Chairman

Re: Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---|
| *Monthly Fee:* | |
| April 2012 | $150,000.00 |
| (Less 20% Holdback) | ($30,000.00) |
| (Less $70,000.00 of January 2012 overage) | ($70,000.00) |
| **Total Fee:** | $50,000.00 |
| | |
| *Expenses:* | |
| Meals | $75.00 |
| Other | $848.52 |
| Transportation - Ground | $26.10 |
| **Total Out-of-Pocket Expenses:** | $949.62 |

**TOTAL DUE** $50,949.62

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference: NOR25000IB_IB8345 Nortel