# Exhibit B

**Jefferies & Company, Inc.**
Breakdown of Expenses
April 1, 2012 – April 30, 2012
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Legal | $848.52 |
| Meals | $75.00 |
| Transportation – Ground | $26.10 |
| Total | $949.62 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| RORY KEENAN | Meals | Overtime Meal | 4/1/2012 | $25.00 |
| RORY KEENAN | Transportation - Ground | TAXI | 3/29/2012 | $13.10 |
| RORY KEENAN | Transportation - Ground | TAXI | 3/27/2012 | $13.00 |
| RORY KEENAN | Meals | Overtime Meal | 4/10/2012 | $25.00 |
| RORY KEENAN | Meals | Overtime Meal | 4/9/2012 | $25.00 |
| CROSS & SIMON, LLC | Legal | Legal Services (3/6/12 - 3/20/12) | 4/20/2012 | $848.52 |
| **Total:** | | | | $949.62 |