Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
April 1, 2012 - April 30, 2012

| Name | Position | Hours Worked |
|---|---|---|
| Leon Szlezinger | Managing Director, Restructuring and Recapitalization Group | 19.8 |
| Alex Rohan | Senior Vice President, Restructuring and Recapitalization Group | 26.0 |
| Rory Keenan | Senior Vice President, Restructuring and Recapitalization Group | 34.3 |
| Robby Tennenbaum | Associate, Restructuring and Recapitalization Group | 31.5 |
| Jaspinder Kanwal | Analyst, Restructuring and Recapitalization Group | 28.8 |
| | **Total** | **140.3** |

Other Jefferies professionals who participated but do not keep hours:

| Justin Despirito | Legal Counsel |
|---|---|

**Jefferies & Company, Inc.**
**April 2012**

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Leon Szlezinger* | | | |
| Leon Szlezinger | 4/2/2012 | 2.00 | Review documents re:case status; receive update re:same |
| Leon Szlezinger | 4/4/2012 | 1.50 | Professionals' Meeting; review internal correspondence |
| Leon Szlezinger | 4/5/2012 | 2.50 | Review Capstone headcount report; internal discussions |
| Leon Szlezinger | 4/6/2012 | 1.75 | Review articles related to mediation; internal discussions |
| Leon Szlezinger | 4/11/2012 | 1.00 | Receive update re:IP Addresses |
| Leon Szlezinger | 4/12/2012 | 2.50 | Review relevant documentation; attend weekly Committee call |
| Leon Szlezinger | 4/16/2012 | 2.25 | Review draft mediation statements; attend professional's call |
| Leon Szlezinger | 4/18/2012 | 2.75 | Review internal analysis; attend professionals' call |
| Leon Szlezinger | 4/20/2012 | 2.50 | Review bond pricing analysis; internal discussions |
| Leon Szlezinger | 4/25/2012 | 1.00 | Review case status; internal discussions |
| Leon Szlezinger | 4/26/2012 | 1.50 | Internals discussions re:case status |
| **April 2012 Summary Hours for Leon Szlezinger** | | **19.75** | |
| *Alex Rohan* | | | |
| Alex Rohan | 4/1/2012 | 2.50 | Internal discussions re; IP Address Sale process |
| Alex Rohan | 4/2/2012 | 2.00 | Review case status; call with Professionals' / Debtor |
| Alex Rohan | 4/4/2012 | 1.75 | Review legal correspondence; attend Professionals' call; internal discussions |
| Alex Rohan | 4/5/2012 | 1.50 | Attend UCC call; prepare for same |
| Alex Rohan | 4/6/2012 | 2.50 | Research news and articles related to mediation; internal discussions |
| Alex Rohan | 4/11/2012 | 2.00 | Attend professionals' call; review recovery analysis |
| Alex Rohan | 4/12/2012 | 1.75 | Attend weekly UCC call; prepare for same |
| Alex Rohan | 4/16/2012 | 3.00 | Review analysis; attend professionals' / debtor call |
| Alex Rohan | 4/18/2012 | 2.50 | Review bond pricing analysis; review agenda and attend professionals' call |
| Alex Rohan | 4/20/2012 | 2.00 | Attend weekly UCC call; review draft mediation documents; internal discussions |
| Alex Rohan | 4/25/2012 | 1.75 | Review internal update; attend weekly UCC call; prepare re:same; internal dis |
| Alex Rohan | 4/26/2012 | 1.50 | Internal discussions re:case status |
| Alex Rohan | 4/29/2012 | 1.25 | Review documents re:interestate claims |
| **April 2012 Summary Hours for Alex Rohan** | | **26.00** | |
| *Rory Keenan* | | | |
| Rory Keenan | 4/1/2012 | 2.25 | Internal discussions re; IP Address Sale process |
| Rory Keenan | 4/2/2012 | 2.50 | Call with Professionals' / Debtor; review relevant documents |
| Rory Keenan | 4/4/2012 | 2.75 | Attend Weekly Professionals' Meeting |
| Rory Keenan | 4/5/2012 | 1.50 | Attend UCC call; review legal correspondence |
| Rory Keenan | 4/6/2012 | 2.50 | Research mediation related news / articles |
| Rory Keenan | 4/9/2012 | 2.00 | Review mediation draft documents, review articles re:same |
| Rory Keenan | 4/10/2012 | 2.00 | Internal discussions re:mediation documents |
| Rory Keenan | 4/11/2012 | 3.00 | Attend professionals' call; review internal correspondence |
| Rory Keenan | 4/12/2012 | 1.50 | Attend weekly UCC call; review agenda re:same |
| Rory Keenan | 4/14/2012 | 2.50 | Review mediation related documents / UK pension claim overview |
| Rory Keenan | 4/16/2012 | 1.50 | Attend call with professionals' / debtor; review correspondence |
| Rory Keenan | 4/17/2012 | 1.75 | Internal discussions re:mediation |
| Rory Keenan | 4/18/2012 | 3.00 | Attend professionals' call; review agenda re:same; review bond pricing analysis |
| Rory Keenan | 4/20/2012 | 1.50 | Review case status; attend weekly UCC call |
| Rory Keenan | 4/25/2012 | 2.00 | Attend weekly UCC call; Update bond pricing analysis |
| Rory Keenan | 4/26/2012 | 2.00 | Internals discussions re:case status |
| **April 2012 Summary Hours for Rory Keenan** | | **34.25** | |
| *Robby Tennenbaum* | | | |
| Robby Tennenbaum | 4/1/2012 | 2.50 | Internal discussions re; IP Address Sale process |
| Robby Tennenbaum | 4/2/2012 | 3.50 | Call with Professionals' / Debtor; review mediation draft / MOR |
| Robby Tennenbaum | 4/3/2012 | 2.25 | Research re; mediation; review mediation draft |
| Robby Tennenbaum | 4/4/2012 | 2.75 | Attend Weekly Professionals' Meeting |
| Robby Tennenbaum | 4/5/2012 | 1.25 | Attend UCC call; review agenda re:same |
| Robby Tennenbaum | 4/10/2012 | 2.75 | Review draft mediation brief; internal discussions |
| Robby Tennenbaum | 4/11/2012 | 2.50 | Attend professionals' call; review updated committee materials |
| Robby Tennenbaum | 4/12/2012 | 2.50 | Attend weekly UCC call; review LTD / retiree motions |
| Robby Tennenbaum | 4/13/2012 | 1.75 | Review Ad Hoc draft mediation statement |
| Robby Tennenbaum | 4/16/2012 | 2.00 | Attend call with debtor; review mediation documents and legal correspondence; review analysis |
| Robby Tennenbaum | 4/18/2012 | 3.00 | Review and edit bond pricing analysis; attend professionals' call |
| Robby Tennenbaum | 4/20/2012 | 2.00 | Review case status; prepare internal update; attend weekly UCC call |
| Robby Tennenbaum | 4/25/2012 | 1.25 | Attend weekly UCC call / professionals' call |
| Robby Tennenbaum | 4/26/2012 | 1.50 | Attend professionals' call; review agenda re:same |
| **April 2012 Summary Hours for Robby Tennenbaum** | | **31.50** | |
| *Jaspinder Kanwal* | | | |
| Jaspinder Kanwal | 4/1/2012 | 1.75 | IP Address Sale process discussion (internal) |
| Jaspinder Kanwal | 4/2/2012 | 3.00 | Call with Professionals' / Debtor; review draft mediation documents |
| Jaspinder Kanwal | 4/4/2012 | 1.50 | Attend Weekly Professionals' call; review internal correspondence |
| Jaspinder Kanwal | 4/5/2012 | 1.00 | Attend UCC call; review agenda re:same |
| Jaspinder Kanwal | 4/10/2012 | 3.50 | Review draft mediation brief; internal discussions |
| Jaspinder Kanwal | 4/11/2012 | 1.50 | Attend professionals' call; review legal correspondence and agenda re:same |
| Jaspinder Kanwal | 4/12/2012 | 1.25 | Attend weekly UCC call; review agenda re:same |
| Jaspinder Kanwal | 4/13/2012 | 2.00 | Review Ad Hoc draft mediation statement |
| Jaspinder Kanwal | 4/16/2012 | 4.00 | Prepare internal case related analysis; Attend call with professionals' / debtor, review correspondence |
| Jaspinder Kanwal | 4/17/2012 | 1.75 | Internal discussions re:mediation |
| Jaspinder Kanwal | 4/18/2012 | 2.00 | Prepare bond pricing analysis; review case related articles; attend preofessionals' call |
| Jaspinder Kanwal | 4/20/2012 | 1.75 | Review agenda; attend weekly UCC call; edit bond analysis |
| Jaspinder Kanwal | 4/25/2012 | 1.25 | Attend weekly UCC call; / professionals' call |
| Jaspinder Kanwal | 4/26/2012 | 2.50 | Review mediation drafts; attend professionals' call |
| **April 2012 Summary Hours for Jaspinder Kanwal** | | **28.75** | |