IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: June 21, 2012 at 10:00 a.m. (ET)**<br>) |

## NOTICE OF THIRTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                              Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:                       Official Committee of Unsecured Creditors

Date of Retention:                              March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:                    February 1, 2012 through April 30, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:               $756,980.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:            $10,205.55

This is (a)n: _X_ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's February, March and April 2012 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 3/26/2012 Docket No. 7452 | 2/1/12 to 2/29/12 | $227,168.00 | $550.83 | $181,734.40 | $550.83 | $45,433.60 |
| Date Filed: 5/1/2012 Docket No. 7600 | 3/1/12 to 3/31/12 | $284,856.00 | $ 5,649.92 | $227,884.80 | $5,649.92 | $56,971.20 |
| Date Filed: 5/30/2012 Docket No. 7729 | 4/1/12 to 4/30/12 | $244,956.50 | $4,004.80 | Pending Obj. Deadline $195,965.20 | Pending Obj. Deadline $4,004.80 | $48,991.30 |
| **TOTALS:** | | $756,980.50 | $10,205.55 | $605,584.40 | $10,205.55 | $151,396.10 |

Summary of any Objections to Fee Applications:  None.

Dated: May 30, 2012
      New York, NY

/s/ Jay Borow
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY  10018
Telephone:  (212) 782-1411
Facsimile:  (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

2