IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: June 21, 2012 at 10:00 a.m. |

### NOTICE OF THIRTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:          Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:         Official Committee of Unsecured Creditors

Date of Retention:          March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:       February 1, 2012 through April 30, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:      CDN. $264,863.00 Equivalent to USD $258,731.16[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     CDN. $2,356.83 Equivalent to USD $2,302.27[3]

This is (a)n: _X_ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Fraser Milner Casgrain LLP's February, 2012, March, 2012 and April, 2012 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate as of close of business on May 28, 2012 was CDN. $1.00 : U.S. $0.976849

10960822_1|TorDocs

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees (20%)** |
| Date Filed: 5/3/12 Docket No. 7609 | 2/1/12 - 2/29/12 | $41,424.50 | $104.40 | $33,139.60 | $104.40 | $8,284.90 |
| Date Filed: 5/15/12 Docket No. 7648 | 3/1/12 - 3/31/12 | $90,980.50 | $389.59 | $72,784.40 Pending Obj. Deadline June 5, 2012 | $389.59 Pending Obj. Deadline June 5, 2012 | $18,196.10 |
| Date Filed: 5/30/12 Docket No. 7728 | 4/1/12 - 4/30/12 | $132,458.00 | $1,862.84 | $105,966.40 Pending Obj. Deadline June 19, 2012 | $1,862.84 Pending Obj. Deadline June 19, 2012 | $26,491.60 |
| **TOTALS:** | All amounts in CDN.$ | $264,863.00 | $2,356.83 | $211,890.40 | $2,356.83 | $52,972.60 |

Summary of any Objections to Fee Applications: None.

Dated: May 30, 2012
      Toronto, Ontario

*[signature]*
Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario  M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*