IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Hearing Date: June 21, 2012 at 10:00 a.m.** |

## NOTICE OF THIRTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:   Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:   Official Committee of Unsecured Creditors

Date of Retention:   March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:   February 1, 2012 through April 30, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:   $46,907.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $3,945.29

This is (a)n:  _X_ interim    ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s February, March and April 2012 monthly fee applications are incorporated herein by reference.

RLF1 6072009v.1

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees (20%)** |
| Date Filed: 3/21/12 Docket No. 7422 | 2/1/12 - 2/29/12 | $15,896.50 | $1,281.19 | $12,717.20 | $1,281.19 | $3,179.30 |
| Date Filed: 4/24/12 Docket No. 7581 | 3/1/12 - 3/31/12 | $21,358.00 | $2,033.24 | $17,086.40 | $2,033.24 | $4,271.60 |
| Date Filed: 5/18/12 Docket No. 7659 | 4/1/12 - 4/30/12 | $9,653.00 | $630.86 | Pending obj. deadline 6/7/12 $7,722.40 | Pending obj. deadline 6/7/12 $630.86 | $1,930.60 |
| **TOTALS:** | | $46,907.50 | $3,945.29 | $37,526.00[3] | $3,945.29[4] | $9,381.50 |

Summary of any Objections to Fee Applications: None.

Dated: May 30, 2012
       Wilmington, Delaware

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

RLF1 6072009v.1