IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

## NOTICE OF THIRTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                          Jefferies & Company, Inc.

Authorized to Provide
Professional Services to:                                   Official Committee of Unsecured Creditors

Date of Retention:                                          March 5, 2009, *Nunc Pro Tunc* to February 1, 2009

Period for which compensation
and reimbursement is sought:                                February 1, 2012 through April 30, 2012[2]

Actual, reasonable and necessary
compensation:                                               $250,000.00

Amount of payment sought:                                   $50,000.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                        $3,044.60

This is (a)n:  X  interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Jefferies & Company, Inc. November 2011, December 2011 and January 2012 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed: 5/30/12 | 2/1/12 – 2/29/12 | $50,000.00 | $1,434.84 | Pending Obj Deadline 6/30/12 $40,000.00 | Pending Obj Deadline 6/30/12 $1,434.84 | $10,000.00 |
| Date Filed: 5/30/12 | 3/1/12 - 3/31/12 | $50,000.00 | $660.14 | Pending Obj Deadline 6/30/12 $40,000.00 | Pending Obj Deadline 6/30/12 $660.14 | $10,000.00 |
| Date Filed: 5/30/12 | 4/1/12 - 4/30/12 | $150,000.00 | $949.62 | Pending Obj Deadline 6/30/12 $120,000.00 | Pending Obj Deadline 6/30/12 $949.62 | $30,000.00 |
| **TOTALS:** | | $250,000.00 | $3,044.60 | $200,000.00[3] | $3,044.60[4] | $50,000.00 |

---

[3] The total amount reflected in this column includes amounts pending approval, prior to January 2012 Overage reductions of $40,000.00, $40,000.00 and $70,000.00 in February, March and April, respectively.

[4] The total amount reflected in this column includes amounts pending approval.

2

Summary of any Objections to Fee Applications:  None.

Dated: May 30, 2012
  New York, New York

                                                      */s/ Alexander V. Rohan*
                                                      Alexander V. Rohan
                                                      Senior Vice President
                                      520 Madison Avenue, 7th Floor
                                      New York, NY  10022
                                      (212) 707-6476

                                      Financial Advisor to the Official Committee of
                                      Unsecured Creditors of Nortel Networks Inc., *et al.*