IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                          :    Case No. 09-10138 (KG)
:
             Debtors.     :    Jointly Administered
:
:    Hearing Date: June 21, 2012 at 10:00 am
:
------------------------------------------------------------X

**THIRTEENTH QUARTERLY FEE APPLICATION REQUEST OF
CLEARY GOTTLIEB STEEN & HAMILTON LLP,
AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD FEBRUARY 1, 2012 THROUGH APRIL 30, 2012**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Thirteenth Quarterly Fee Application Request (the "Request") for the period February 1, 2012 through and including April 30, 2012 (the "Application Period").[2]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Exhibits A and B attached to the monthly applications for February 2012 [D.I. 7465], March 2012 [D.I. 7606] and April 2012 [D.I. 7708] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 3/28/2012 [D.I. 7465] | 2/1/12 – 2/29/12 | $2,138,345.50 | $35,253.58 | 4/19/2012 [D.I. 7567] | $35,253.58 | $1,710,676.40 | $35,253.58 | $427,669.10 |
| 5/2/2012 [D.I. 7606] | 3/1/12 – 3/31/12 | 1,766,951.00 | 212,322.80 | 5/25/2012 [D.I. 7701] | 212,322.80 | 1,413,560.80 | 212,322.80 | 353,390.20 |
| 5/29/2012 [D.I. 7708] | 4/1/12 – 4/30/12 | 1,605,730.00 | 224,251.76 | Pending | 224,251.76 | 1,284,584.00 | 224,251.76 | 321,146.00 |
| TOTAL | | $5,511,026.50 | $471,828.14 | | $471,828.14 | $4,408,821.20 | $471,828.14 | $1,102,205.30 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: May 30, 2012
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

## CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2012 through April 30, 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| TEMPORARY PARALEGAL | Temp. Paralegal | $230.00 | 467.50 | $107,525.00 |
| ROBIN BAIK | Associate | 660.00 | 380.90 | 251,394.00 |
| MEGAN J. FLEMING | Associate | 660.00 | 373.30 | 246,378.00 |
| JAMES L. BROMLEY | Partner – Bankruptcy, Litigation | 1,095.00 | 350.90 | 384,235.50 |
| JANE KIM | Associate | 710.00 | 335.90 | 238,489.00 |
| KARA HAILEY | Senior Attorney – Corporate, Bankruptcy | 840.00 | 294.60 | 247,464.00 |
| ROBERT J. RYAN | Associate | 490.00 | 288.50 | 141,365.00 |
| RUSSELL D. ECKENROD | Associate | 630.00 | 278.20 | 175,266.00 |
| JEREMY OPOLSKY | Associate | 490.00 | 274.90 | 134,701.00 |
| JAMES CROFT | Associate | 660.00 | 273.60 | 180,576.00 |
| EMILY A. BUSSIGEL | Associate | 565.00 | 269.70 | 152,380.50 |
| JESSICA L. UZIEL | Associate | 415.00 | 268.60 | 111,469.00 |
| JOAN KIM | Paralegal | 255.00 | 259.80 | 66,249.00 |
| TAMARA J. BRITT | Associate | 565.00 | 258.30 | 145,939.50 |
| JESSICA ROLL | Paralegal | 255.00 | 223.50 | 56,992.50 |
| LISA M. SCHWEITZER | Partner – Litigation, Bankruptcy | 1,040.00 | 210.80 | 219,232.00 |
| RONALD COLEMAN | Associate | 415.00 | 208.90 | 86,693.50 |
| LAURA BAGARELLA | Associate | 565.00 | 208.80 | 117,972.00 |
| INNA ROZENBERG | Senior Attorney – Litigation | 840.00 | 179.20 | 150,528.00 |
| LAUREN L. PEACOCK | Associate | 700.00 | 162.70 | 113,890.00 |
| LOUIS LIPNER | Associate | 630.00 | 153.60 | 96,768.00 |
| ERICA KLIPPER | Associate | 415.00 | 147.20 | 61,088.00 |
| JENNIFER M. PALMER | Associate | 690.00 | 144.50 | 99,705.00 |
| NEIL FORREST | Senior Attorney – Litigation | 840.00 | 135.90 | 114,156.00 |
| EMILY WEISS | Associate | 565.00 | 128.60 | 72,659.00 |
| ZOE E. SHEA | Associate | 415.00 | 120.20 | 49,883.00 |
| KATHLEEN M. O'NEILL | Associate | 690.00 | 118.50 | 81,765.00 |
| JESSE D.H. SHERRETT | Associate | 490.00 | 116.10 | 56,889.00 |

---

[3] Arranged in descending order according to Total Billed Hours.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| BRYAN G. FAUBUS | Associate | 490.00 | 105.70 | 51,793.00 |
| JENNIFER E. PHILBRICK | Associate | 565.00 | 105.20 | 59,438.00 |
| MARTIN N. KOSTOV | Associate | 490.00 | 104.60 | 51,254.00 |
| LUKE BAREFOOT | Associate | 710.00 | 99.50 | 70,645.00 |
| IAN E. SCOTT | Associate | 490.00 | 96.80 | 47,432.00 |
| CRAIG M. FISCHER | Associate | 490.00 | 93.10 | 45,619.00 |
| PETER O'KEEFE | Paralegal | 310.00 | 87.30 | 27,063.00 |
| JOANNA PAK | Paralegal | 230.00 | 87.30 | 20,079.00 |
| DANIEL ILAN | Counsel – Intellectual Property | 790.00 | 85.00 | 67,150.00 |
| JOSH ANDERSON | Associate | 490.00 | 83.90 | 41,111.00 |
| CRAIG B. BROD | Partner – Corporate | 1,095.00 | 83.00 | 90,885.00 |
| HOWARD S. ZELBO | Partner – Litigation | 1,095.00 | 82.90 | 90,775.50 |
| REBECCA REEB | Associate | 565.00 | 82.80 | 46,782.00 |
| DAPHNEY FRANCOIS | Associate | 565.00 | 62.70 | 35,425.50 |
| JULIA ROZENBLIT | Associate | 490.00 | 61.40 | 30,086.00 |
| MARY E. ALCOCK | Counsel – Employee Benefits | 905.00 | 57.60 | 52,128.00 |
| RITU NARULA | Associate | 490.00 | 56.30 | 27,587.00 |
| JAMIE R. GALVIN | Associate | 490.00 | 54.10 | 26,509.00 |
| VICTORIA S. BELYAVSKY | Associate | 490.00 | 53.90 | 26,411.00 |
| CAROL WHATLEY | Assistant Managing Clerk | 150.00 | 50.30 | 7,545.00 |
| JEFFREY A. ROSENTHAL | Partner – Litigation | 1,085.00 | 47.50 | 51,537.50 |
| DAVID H. HERRINGTON | Counsel – Litigation | 905.00 | 44.60 | 40,363.00 |
| ANNA KOGAN | Associate | 565.00 | 42.80 | 24,182.00 |
| SU CHEUNG | Assistant Managing Clerk | 150.00 | 42.30 | 6,345.00 |
| ANDREA CHINYERE EZIE | Associate | 415.00 | 40.50 | 16,807.50 |
| KERRIN T. KLEIN | Associate | 565.00 | 39.10 | 22,091.50 |
| ANTHONY R. CERCEO | Associate | 565.00 | 37.40 | 21,131.00 |
| JODI ERICKSON | Associate | 355.00 | 35.30 | 12,531.50 |
| SHANNON DELAHAYE | Associate | 630.00 | 34.30 | 21,609.00 |
| BRENDAN H. GIBBON | Associate | 700.00 | 34.20 | 23,940.00 |
| JULIE BERGER | Paralegal | 230.00 | 34.10 | 7,843.00 |
| SCOTT D. MCCOY | Associate | 690.00 | 33.20 | 22,908.00 |
| WILLIAM L. MCRAE | Partner – Tax | 1,055.00 | 31.80 | 33,549.00 |
| EVAN J. LEITCH | Associate | 670.00 | 30.20 | 20,234.00 |
| ALEXANDER WU | Associate | 490.00 | 30.20 | 14,798.00 |
| SAMUEL L. RAYMOND | Associate | 415.00 | 29.00 | 12,035.00 |
| KAMAL SIDHU | Associate | 490.00 | 28.90 | 14,161.00 |
| TONIA CUMMINGS-GORDON | Practice Support Specialist | 225.00 | 28.60 | 6,435.00 |
| JONATHAN KOLODNER | Counsel – Litigation | 905.00 | 27.50 | 24,887.50 |
| LEAH LAPORTE MALONE | Associate | 630.00 | 25.90 | 16,317.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JOSEPH LANZKRON | Associate | 565.00 | 23.80 | 13,447.00 |
| MATTHEW M. KARLAN | Associate | 415.00 | 23.30 | 9,669.50 |
| LUUK BRESSERS | Associate | 445.00 | 22.60 | 10,057.00 |
| BERNANDO MASSELLA DUCCI TERI | Associate | 365.00 | 20.00 | 7,300.00 |
| JACQUELINE MOESSNER | Associate | 690.00 | 20.00 | 13,800.00 |
| PIETRO ACERBI | Associate | 365.00 | 18.30 | 6,679.50 |
| KEITH CARPENTER | Paralegal | 255.00 | 18.20 | 4,641.00 |
| VINI LASHAY | Practice Support Specialist | 265.00 | 17.70 | 4,690.50 |
| PAUL D. MARQUARDT | Partner – M&A, Corporate | 1,065.00 | 17.60 | 18,744.00 |
| KIESHA M. MINYARD | Associate | 630.00 | 17.40 | 10,962.00 |
| BENAZIR TEELUCK | Paralegal | 310.00 | 16.50 | 5,115.00 |
| MICHAEL KAGAN | Associate | 630.00 | 16.50 | 10,395.00 |
| NATHALIE RYCKAERT | Associate | 445.00 | 16.20 | 7,209.00 |
| JOHN CORNELIUS | Associate | 565.00 | 16.10 | 9,096.50 |
| MATTHEW J. VANEK | Associate | 660.00 | 13.30 | 8,778.00 |
| ZACHARY KOLKIN | Associate | 630.00 | 12.80 | 8,064.00 |
| JIANWEI (JERRY) FANG | Associate | 490.00 | 12.40 | 6,076.00 |
| COREY M. GOODMAN | Associate | 490.00 | 12.10 | 7,986.00 |
| MOIRA C. HEIGES | Associate | 490.00 | 12.00 | 5,880.00 |
| SANDRA FLOW | Partner – Corporate | 1,065.00 | 11.20 | 11,928.00 |
| AUDE DUPUIS | Associate | 685.00 | 10.60 | 7,261.00 |
| LIANA-MARIE LIEN | Paralegal | 255.00 | 10.30 | 2,626.50 |
| MAGNUS JONES | Associate | 500.00 | 9.40 | 4,700.00 |
| EDUARDO MARQUES SOUZA | International Lawyer | 370.00 | 9.00 | 3,330.00 |
| SEBASTIAN CAMERON | Trainee Solicitor | 350.00 | 8.50 | 2,975.00 |
| ROBERT RUBENSTEIN | Paralegal | 230.00 | 7.00 | 1,610.00 |
| JACQUES REDING | Partner – Corporate | 1,095.00 | 5.90 | 6,460.50 |
| LAURANNE FAVRE | Stagiaire | 275.00 | 5.50 | 1,512.50 |
| MARK NADEAU | Associate | 565.00 | 5.50 | 3,107.50 |
| ANNE LIEBERMAN | Associate | 415.00 | 5.50 | 2,282.50 |
| CHRISTOPHER THOMPSON | Assistant Managing Clerk | 150.00 | 5.40 | 810.00 |
| ALEKSANDR ABELEV | Sr. Practice Support Specialist | 265.00 | 5.40 | 1,431.00 |
| MORGAN SCHOFER | Paralegal | 255.00 | 5.20 | 1,326.00 |
| **TOTAL HOURS:** | | | 9,355.20 | |
| **GRAND TOTAL:** | | | | **$5,511,026.50** |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY
FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2012 through April 30, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions | 27.40 | $ 16,542.00 |
| Case Administration | 3,743.00 | 2,372,214.50 |
| Claims Administration and Objections | 1,837.20 | 1,093,186.00 |
| M&A Advice | 31.00 | 20,959.50 |
| Employee Matters | 2,020.30 | 1,117,491.50 |
| Customer Issues | 20.30 | 13,158.00 |
| Supplier Issues | 6.00 | 3,455.00 |
| Plan of Reorganization & Disclosure Statement | 230.90 | 114,055.50 |
| Tax | 160.60 | 108,107.00 |
| Intellectual Property | 145.60 | 88,583.50 |
| Regulatory | 101.10 | 67,895.50 |
| Chapter 15 | 7.30 | 3,706.00 |
| Fee and Employment Applications | 381.30 | 177,441.50 |
| Litigation | 606.10 | 293,193.50 |
| Real Estate | 37.10 | 2,372,214.50 |
| **TOTAL** | **9,355.20** | **$ 5,511,026.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY
## FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2012 through April 30, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $ 3,222.74 |
| Travel – Transportation | | 8,172.10 |
| Travel – Lodging | | 2,242.71 |
| Travel – Meals | | 136.00 |
| Mailing and Shipping Charges | | 3,005.52 |
| Scanning Charges (at $0.10/page) | | 236.70 |
| Duplicating Charges (at $0.10/page) | | 9,975.20 |
| Color Duplicating Charges (at $0.65/page) | | 1,399.45 |
| Facsimile Charges (at $1.00/page) | | 3.00 |
| Legal Research | Lexis | 20,488.84 |
| | Westlaw | 19,044.52 |
| Late Work – Meals | | 4,815.19 |
| Late Work – Transportation | | 13,470.25 |
| Conference Meals | | 11,579.47 |
| Other Charges | | 1,258.33 |
| Expert Expenses | | 372,778.12 |
| **Grand Total Expenses** | | $ **471,828.14** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]