## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*, [1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
| Nortel Networks Inc. v. Beeline.com, Inc., *et al.* | 10-55165 |
| Nortel Networks Inc. v. CSWL, Inc. | 10-53169 |

### STATUS REPORT ON AVOIDANCE ACTIONS
### ASSIGNED TO THE HONORABLE KEVIN GROSS

               In accordance with the Court's Chambers' Procedures and the Scheduling Order dated October 21, 2011 entered with respect to Beeline.com, Inc., CSWL, Inc., and Ian Martin Limited and Ian Martin Technology Staffing, Inc, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through their counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, respectfully submit the following status report with respect to the above-captioned adversary proceedings.

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromely (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Chad A. Fights*

Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*

Dated:  May 31, 2012
Wilmington, Delaware

## STATUS F

### DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55165 | Beeline.com, Inc. | Certain Parties have reached an agreement in principle to settle this matter. Discovery will be proceeding with the other Parties in accordance with the Amended Scheduling Order dated October 21, 2011. |

## STATUS G

### NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53169 | CSWL, Inc. | Stipulation Regarding Appointment of Mediator was filed on September 6, 2011. Mediation is scheduled for June 13, 2012. |