# EXHIBIT A

**Client: Nortel Networks Incorporated**
**Matter: L-175748 - Pensions**
**Schedule of time covering period from 1 February 2012 to 30 April 2012**

| Date | Name | Hours | Agreed Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| **Claims** | | | | | |
| 01/02/2012 | Mark Blyth | 0.20 | 725.00 | 145.00 | Emails re conf call with Cleary |
| 01/02/2012 | Mark Blyth | 0.20 | 725.00 | 145.00 | Review emails re employment issues |
| 02/02/2012 | Mark Blyth | 0.40 | 725.00 | 290.00 | Prep and con call Cleary re employment issues |
| 02/02/2012 | Paul Doe | 0.20 | 150.00 | 30.00 | Company search |
| 07/02/2012 | Jared Oyston | 0.30 | 415.00 | 124.50 | Call with Cleary |
| 07/02/2012 | Mark Blyth | 0.40 | 725.00 | 290.00 | Email cleary re employment issues |
| 08/02/2012 | Mark Blyth | 0.40 | 725.00 | 290.00 | Email and telecon Cleary re employment issues |
| 13/02/2012 | Mark Blyth | 0.30 | 725.00 | 217.50 | Emails re employment issues with Cleary |
| 13/02/2012 | Mark Blyth | 0.40 | 725.00 | 290.00 | Email Cleary re employment issues |
| 13/02/2012 | Mark Blyth | 1.00 | 725.00 | 725.00 | Email cleary re employment issues |
| 14/02/2012 | Mark Blyth | 1.20 | 725.00 | 870.00 | Review and email to Cleary re employment issues |
| 15/02/2012 | Jared Oyston | 1.10 | 415.00 | 456.50 | Reviewing Cleary query |
| 15/02/2012 | Mark Blyth | 0.30 | 725.00 | 217.50 | Email cleary and tel J Bromley re employment issues |
| 27/02/2012 | Jared Oyston | 1.00 | 415.00 | 415.00 | Reviewing query |
| 05/03/2012 | Jared Oyston | 0.50 | 725.00 | 362.50 | Review papers and email re call |
| 05/03/2012 | Mark Blyth | 0.90 | 725.00 | 652.50 | Review papers re employment issues - telecon and emails re same |
| 08/03/2012 | Jared Oyston | 0.80 | 415.00 | 332.00 | Reviewing query re UK law |
| 08/03/2012 | Jared Oyston | 1.70 | 415.00 | 705.50 | Reviewing query re UK law |
| 09/03/2012 | Jared Oyston | 1.00 | 415.00 | 415.00 | Considering Cleary query re UK law |
| 12/03/2012 | Jared Oyston | 3.30 | 415.00 | 1,369.50 | Considering query re UK law |
| 12/03/2012 | Jared Oyston | 0.90 | 415.00 | 373.50 | Considering Nortel query re UK law |
| 13/03/2012 | Jared Oyston | 0.70 | 415.00 | 290.50 | Considering Cleary query re UK law |
| 15/03/2012 | Jared Oyston | 0.60 | 415.00 | 249.00 | Follow-up points from call with Cleary re UK law |
| 15/03/2012 | Jared Oyston | 0.60 | 415.00 | 249.00 | Call with Cleary re UK law |
| 16/03/2012 | Mark Blyth | 0.70 | 725.00 | 507.50 | Review documents and email Cleary re same |
| 19/03/2012 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email Cleary re employment issues |
| 20/03/2012 | Mark Blyth | 1.50 | 725.00 | 1,087.50 | Review re employment issues |
| 26/03/2012 | Jared Oyston | 0.20 | 415.00 | 83.00 | Discussion with Cleary re query |
| 27/03/2012 | Graeme Tricker | 1.00 | 600.00 | 600.00 | Receive emails from Mark Blyth re employment issues; research and send replies |
| 27/03/2012 | Mark Blyth | 0.50 | 725.00 | 362.50 | Email Cleary re telecon - review email from Cleary re employment issues |
| 27/03/2012 | Mark Blyth | 0.40 | 725.00 | 290.00 | Update Cleary re employment issues |
| 28/03/2012 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email Cleary re employment issues |
| 02/04/2012 | Mark Blyth | 2.30 | 725.00 | 1,667.50 | Various emails with Cleary re employment issues |
| 02/04/2012 | Mark Blyth | 0.40 | 725.00 | 290.00 | Email Cleary re employment issues |
| 02/04/2012 | Mark Blyth | 0.20 | 725.00 | 145.00 | Emails with Cleary and internal re employment issues |
| 11/04/2012 | Jared Oyston | 1.40 | 415.00 | 581.00 | Considering Cleary query re UK law |
| 11/04/2012 | Jared Oyston | 1.40 | 415.00 | 581.00 | Reviewing Cleary query re UK law |
| 16/04/2012 | Mark Blyth | 0.40 | 725.00 | 290.00 | Review emails to update |
| 26/04/2012 | Mark Blyth | 0.40 | 725.00 | 290.00 | Review documents |

**Fee applications**