# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2012 Through April 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Counsel Fees | | £15,916.67 |
| **Grand Total Expenses** | | **£15,916.67** (US$24,526.29) |

2725046.2

Schedule of OSIs covering period from 1 February 2012 to 30 April 2012

**Disbursement Section**

| Date | Disb. Type | Disb.Value | Description |
|---|---|---|---|
| 15/12/2011 | COUNSEL FEES | 4,666.67 | Mr James Walmsley |
| 16/01/2012 | COUNSEL FEES | 11,250.00 | Mr Paul Newman |
| **Total Professional Disbursements** | | **15,916.67** | |