# EXHIBIT C

# Professional Fees of Paul Newman QC

VAT Registration No: 626310273

**DX: 10 London/City**

Linklaters LLP
Solicitors
One Silk Street
London
United Kingdom
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

## WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 31 May 2012 | Case Ref. No: 96925 |

### Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 09 Sep 2011 | Advising in Consultation | 6,000.00 | 1,200.00 |
| 15 Sep 2011 | Settled draft Documents; preparing for telephone Consultation and advising in Joint Consultation on the telephone with Mr Walmsley | 1,000.00 | 200.00 |
| 28 Sep 2011 | Advising in Joint Consultation with Mr Walmsley<br>Note of Advice | 3,750.00<br>500.00 | 750.00<br>100.00 |
| | Total | £11,250.00 | £2,250.00 |
| | **Total Due** | **£13,500.00** | |

Please make cheques payable to Paul Newman QC

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |

(c) Meridian Law Limited

Page: 1/1



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of James Walmsley

VAT Registration No: 936238705

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
United Kingdom
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

## WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 31 May 2012 | Case Ref. No: 96925 |

### Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 08 Aug 2011 | Working on draft Document and emailing Mr Blyth revised Document with comments [3 hrs] | 525.00 | 105.00 |
| 09 Aug 2011 | Discussing the matter with Mr Blyth and assisting with further revisions to Document [1.5 hrs] | 262.50 | 52.50 |
| 19 Aug 2011 | Update from Mr Blyth and received Request for any thoughts and giving matter initial consideration [1 hr] | 175.00 | 35.00 |
| 22 Aug 2011 | Considering particular question raised by Mr Blyth in email and advising by detailed email on a number of issues arising [3hrs] | 525.00 | 105.00 |
| 24 Aug 2011 | Discussing the matter with Mr Blyth in view of Document sent to him on 22 August [10 mins] | 29.17 | 5.83 |

Please make cheques payable to James Walmsley

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |

(c) Meridian Law Limited

Page: 1/3



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of James Walmsley

VAT Registration No: 936238705

| DX: 10 London/City |
|---|
| Linklaters LLP<br>Solicitors<br>One Silk Street<br>London<br>United Kingdom<br>EC2Y 8HQ |

8 New Square, Lincoln's Inn
London WC2A 3QP

**WILBERFORCE** CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 31 May 2012 | Case Ref. No: 96925 |

## Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 25 Aug 2011 | Preparation of Document with Mr Blyth; liaising on preparation of Document for Clearys and advising in Joint Conference call with Mark Blyth and Clearys<br>[4.5 hrs] | 787.50 | 157.50 |
| 26 Aug 2011 | Advising by email on various matters raised by Mr Blyth by email<br>[2 hrs] | 350.00 | 70.00 |
| 12 Sep 2011 | Received Instructions from Mr Blyth in regards to draft Document | | |
| 15 Sep 2011 | Advising in Conference on the telephone with Mr Blyth and US team<br>[1.5 hrs] | 262.50 | 52.50 |
| 24 Sep 2011 | To 26 September 2011 Preparing Document<br>[6 hrs] | 1,050.00 | 210.00 |

| Please make cheques payable to James Walmsley |
|---|
| THIS IS NOT A TAX INVOICE    PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |

(c) Meridian Law Limited

Page: 2/3



Email · chambers@wilberforce.co.uk  Online · www.wilberforce.co.uk

# Professional Fees of James Walmsley

VAT Registration No: 936238705

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
United Kingdom
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

## WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 31 May 2012 | Case Ref. No: 96925 |

## Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 27 Sep 2011 | Considering the matter further [1 hr] | 175.00 | 35.00 |
| 28 Sep 2011 | Advising in Joint Consultation with Mr Newman QC and working on Document afterwards [2.5 hrs] | 437.50 | 87.50 |
| 29 Sep 2011 | Further work on Document [0.5 hrs] | 87.50 | 17.50 |

Total £4,666.67 £933.33

Total Due £5,600.00

Please make cheques payable to James Walmsley

THIS IS NOT A TAX INVOICE    PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE

(c) Meridian Law Limited    Page: 3/3



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk