## **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
In re                                                          :   Chapter 11
                                                               :
Nortel Networks Inc., et al.,[1]                               :   Case No. 09-10138 (KG)
                                                               :
                          Debtors.                             :   Jointly Administered
                                                               :
---------------------------------------------------------------X

ORDER GRANTING NINTH QUARTERLY FEE APPLICATION
REQUEST OF LINKLATERS LLP,
AS U.K. COUNSEL
FOR DEBTORS AND DEBTORS-IN-POSSESSION FOR
THE PERIOD FEBRUARY 1, 2012 THROUGH APRIL 31, 2012

Upon consideration of the Ninth Quarterly Fee Application Request (the "Request") of Linklaters LLP ("Linklaters"), U.K. Counsel for the above captioned debtors and debtors-in-possession (the "Debtors") for the period from February 1, 2012 through and including April 30, 2012; and upon consideration of the monthly fee application subject to the Request (the "Fee Application"); the Court having reviewed the Request and the Fee Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

appearing therefor,

    IT IS HEREBY ORDERED that:

1. The Request is GRANTED.

2. Linklaters is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request.

3. The Debtor is authorized and directed to disburse to Linklaters payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Application and (b) the actual interim payments received by Linklaters for fees and expenses under the Fee Applications, as set forth in the Request.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: _____, 2012

                                        THE HONORABLE KEVIN GROSS
                                        UNITED STATES BANKRUPTCY JUDGE