# EXHIBIT A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM APRIL 1, 2012 THROUGH APRIL 30, 2012

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jonathan M. Stemerman | Associate | 2.40 Hrs | $.00/hr | $ .00 |
| C. Liana Shaw | Paralegal | 22.20 Hrs | $225/hr | $ 4,995.00 |
| Theresa M. Snow | Paralegal | 12.10 Hrs | $225/hr | $ 2,722.50 |
| Debbie H. Simon | Associate | 4.30 Hrs | $260/hr | $ 1,118.00 |
| Margaret S. Curran | Associate | 41.30 Hrs | $275/hr | $ 11,357.50 |
| Jonathan M. Stemerman | Associate | 6.10 Hrs | $375/hr | $ 2,287.50 |
| Shelley A. Kinsella | Counsel | 46.70 Hrs | $420/hr | $ 19,614.00 |
| Rafael X. Zahralddin | Shareholder | 33.40 Hrs | $610/hr | $ 20,374.00 |
| Lisa M. Bugda | Paralegal | 2.50 Hrs | $200/hr | $ 500.00 |
| Michael R. Braverman | Associate | .70 Hrs | $170/hr | $ 133.00 |
| **Total:** | | **171.70 Hrs** | | **$ 84,933.00** |
| **Blended Rate:** | | | $367.51/hr | |