# EXHIBIT B

(Nortel) Official Committee of Long Term Disability Plan Participants

## Task Billing Summary Page

Re: In re Nortel 09-10138(KG)

|  | Current Bill |
|---|---|
| **Case Administration** | |
|  | $180.00 |
| Subtotals | $180.00 |
| **Meetings of and Communications with Creditors** | |
|  | $11,810.50 |
| Subtotals | $11,810.50 |
| **EG Retention** | |
|  | $9,655.00 |
| Subtotals | $9,655.00 |
| **EG Fee Applications** | |
|  | $693.00 |
| Subtotals | $693.00 |
| **Fee Objections EGS** | |
|  | $196.50 |
| Subtotals | $196.50 |
| **Fee Applications and Invoices - Other** | |
|  | $1,942.00 |
| Subtotals | $1,942.00 |
| **Fee Objections - Others** | |
|  | $109.50 |
| Subtotals | $109.50 |
| **Business Operations** | |
|  | $22.50 |
| Subtotals | $22.50 |
| **Employee Benefits/Pensions** | |
|  | $27,085.50 |
| Subtotals | $27,085.50 |
| **Claims Administration and Objections** | |
|  | $765.50 |
| Subtotals | $765.50 |
| **Court Hearings** | |

(Nortel) Official Committee of Long Term Disability Plan Participants

|  |  |
|---|---:|
|  | $3,311.50 |
| Subtotals | $3,311.50 |
| <u>Litigation</u> |  |
|  | $29,161.50 |
| Subtotals | $29,161.50 |
| Totals | $84,933.00 |

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.
**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED
PLEASE CONTACT PAT ROONEY AT (215) 977-1014***

# Elliott Greenleaf

www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Attn: Accounts Payable
Nortel Networks
PO Box 13010
Suite 300

RTP NC 27709

May 31, 2012
Bill Number 108809
File Number 60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re: In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through April 30, 2012

### Case Administration

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/10/12 | CLS | [B110-] Remove service parties from list or change addresses per returned mail (.3); prepare service distribution for upcoming filing (.5) | 0.80 Hrs | |
| | | Totals | 0.80 Hrs | $180.00 |
| | | Case Administration Totals | 0.80 Hrs | $180.00 |

### Meetings of and Communications with Creditors

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/02/12 | HRD | [B150-] Review agenda regarding LTD Committee conference call (.1); prepare and draft minutes regarding same (.3) | 0.40 Hrs |
| 04/02/12 | RXZ | [B150-] Committee conference call | 1.90 Hrs |
| 04/03/12 | RXZ | [B150-] Follow up with T. Snow re: list of LTDers pulled from KCC website (.3), analyze file (.2) | 0.50 Hrs |
| 04/06/12 | RXZ | [B150-] E-mails to and from clinicians at St. John's re: assistance with LTDers | 0.30 Hrs |
| 04/06/12 | RXZ | [B150-] Analyze web inquiries from LTDers re: compliance with Debtors amended 1102 order | 0.70 Hrs |
| 04/09/12 | SAK | [B150-] Analyze Minutes from Committee mtg | 0.10 Hrs |
| 04/09/12 | TMS | [B150-] Finalize and distribute minutes from 4/2 conference call to Committee and Committee Professionals | 0.10 Hrs |

Page 1

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/09/12 | RXZ | [B150-] Prepare for (.4) and committee call with A&M re: benefits analysis (1.4) | 1.80 Hrs | |
| 04/12/12 | RXZ | [B150-] Call with A&M and committee re: summary of LTD and retiree benefits | 0.90 Hrs | |
| 04/16/12 | RXZ | [B150-] Committee conference call | 2.80 Hrs | |
| 04/16/12 | MSC | [B150-] Attend telephone conference call with LTD Committee | 1.50 Hrs | |
| 04/17/12 | SAK | [B150-] Multiple emails from LTD Participants; update analysis chart re same | 1.40 Hrs | |
| 04/23/12 | TMS | [B150-] Numerous emails regarding agenda for April 24th conference call and coordination of conference call | 0.10 Hrs | |
| 04/24/12 | SAK | [B150-] Analyze Minutes from 04/24/12 Committee conference call | 0.10 Hrs | |
| 04/24/12 | RXZ | [B150-] Prepare for committee conference call (.7) analyze updated A&M presentation (.6) | 1.30 Hrs | |
| 04/24/12 | RXZ | [B150-] Committee call regarding mediator and A&M presentation | 3.40 Hrs | |
| 04/26/12 | RXZ | [B150-] Committee conference call to complete presentation and for questions from the committee members re: A&M analysis and preparation of counter proposal | 1.10 Hrs | |
| 04/27/12 | HRD | [B150-] Review conference notes regarding latest telephone conference, (.2); draft minutes regarding same, (.3); distribute to LTD Committee via email (.1) | 0.60 Hrs | |
| 04/30/12 | SAK | [B150-] Committee conference call | 0.50 Hrs | |
| 04/30/12 | SAK | [B150-] Multiple email exchanges with Committee members re LTD communications | 0.20 Hrs | |
| 04/30/12 | RXZ | [B150-] Prepare for (.5) and lead discussion in Committee call (1.1) | 1.60 Hrs | |
| 04/30/12 | RXZ | [B150-] Analyze e-mails from committee members re: assistance to LTDers and communication to same re: status of case | 0.40 Hrs | |
| | | Totals | 21.70 Hrs | $11,810.50 |
| | | Meetings of and Communications with Creditors Totals | 21.70 Hrs | $11,810.50 |

EG Retention

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/02/12 | SAK | [B160-] Research re fee cap objection issues | 1.40 Hrs |
| 04/02/12 | RXZ | [B160-] Analyze Objection of Debtors to the Motion of the Official Committee of Long-Term Disability Participants For An Order Lifting Or, In the Alternative, Increasing the Limits on Fees for LTD Committee Counsel | 0.50 Hrs |
| 04/03/12 | SAK | [B160-] Analyze OCUC's Objection to LTD Committee's Motion to lift fee cap (.3); conference with R. Zahralddin re same (.1) | 0.40 Hrs |
| 04/03/12 | RXZ | [B160-] Analyze committee response to motion to eliminate fee cap, related research and analysis | 0.60 Hrs |
| 04/05/12 | SAK | [B160-] Draft Reply to Debtors' and OCUC's Objections to fee cap motion | 4.40 Hrs |
| 04/06/12 | RXZ | [B160-] Analyze memo from D. Greer re: document and data exchange | 0.60 Hrs |
| 04/09/12 | HRD | [B160-] Analyze and summarize Debtors objection motion (.4); email same to client (.2) | 0.60 Hrs |
| 04/11/12 | SAK | [B160-] Continue drafting Reply to Fee Cap Motion | 2.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 04/12/12 | SAK | [B160-] Continue drafting Reply to Fee Cap Motion | 1.20 Hrs | |
| 04/12/12 | SAK | [B160-] Instructions to L. Shaw re additional information needed for inclusion in Reply to Fee Cap Motion; email exchange re same | 0.20 Hrs | |
| 04/12/12 | JXS | [B160-] Emails from to/ S. Kinsella re: response to objection to motion to lift cap; analyze other committee fee requests | 0.10 Hrs | |
| 04/13/12 | CLS | [B160-] Assist in service of omnibus reply to Debtors objection and response to motion lifting or increasing the limits on fees | 0.50 Hrs | |
| 04/13/12 | SAK | [B160-] Revise Reply to fee cap motion (2.2); multiple email exchanges with co-counsel re same (.4) | 2.60 Hrs | |
| 04/13/12 | SAK | [B160-] Finalize Omnibus Reply to Fee Cap Motion Objections | 0.40 Hrs | |
| 04/13/12 | TMS | [B160-] Supplement the LTD Committee's Omnibus Reply to Debtors' Objection and UCC Response to the Motion of the LTD Committee For An Order Lifting Or, In The Alternative, Increasing The Limits On Fees For LTD Committee Counsel (.3); prepare COS (.1); file and effectuate service (1.0) | 1.40 Hrs | |
| 04/13/12 | RXZ | [B160-] Final comments to reply to cap motion | 0.60 Hrs | |
| 04/17/12 | SAK | [B160-] Analyze revised proposed Order re fee cap; email exchange with Debtors and Committee re same | 0.20 Hrs | |
| 04/17/12 | SAK | [B160-] Analyze Certification of Counsel re revised fee cap Order | 0.10 Hrs | |
| 04/17/12 | TMS | [B160-] Numerous emails and conferences with R. Zahralddin regarding motion to lift cap, certification of counsel and proposed order (.3); preparation of certification of counsel regarding motion to lift cap (.6); preparation of revised order and blackline version (.5); preparation of COS (.1); email to J. Kim forwarding proposed order for comment (.1); emails to L. Beckerman forwarding proposed order for comment (.1); preparation of filing and file (.4) | 2.10 Hrs | |
| 04/17/12 | RXZ | [B160-] Prepare revised order for request to eliminate cap on fees or provide further funding (.4) e-mails and calls with Debtors' counsel re: same (.7) calls and e-mails to committee counsel re: same (.4) calls and e-mails with retiree counsel re: same (.2) | 1.70 Hrs | |
| 04/17/12 | RXZ | [B160-] Finalize Certification of Counsel Regarding Order Granting Motion of the Official Committee of Long Term Disability Participants for an Order Lifting, Or, In the Alternative, Increasing the Limits on Fees for LTD Committee Counsel (.2) Exhibit A - Proposed Order (.2) Exhibit B - Blackline Version(.2) Certificate of Service (.1) supervise filing and service (.2) | 0.90 Hrs | |
| 04/18/12 | SAK | [B160-] Analyze Order entered granting LTD fee cap motion | 0.10 Hrs | |
| 04/18/12 | TMS | [B160-] Emails from R. Zahralddin regarding COC re: order granting our motion to increase fees and correspondence to Judge Gross forwarding COC and related documents | 0.10 Hrs | |
| | | Totals | 23.00 Hrs | $9,655.00 |
| | | EG Retention Totals | 23.00 Hrs | $9,655.00 |

<u>EG Fee Applications</u>

| 04/17/12 | CLS | [B170-] Update fee application critical dates memorandum (.9); conference with S. Kinsella regarding same (.1) | 1.00 Hrs |
| 04/17/12 | SAK | [B170-] Analyze fee application memo prepared by L. Shaw | 0.10 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/26/12 | TMS | [B170-] Preparation of Exhibit B to EG March fee application | 0.40 Hrs | |
| 04/30/12 | SAK | [B170-] Analyze and revise downward Exhibit B to Elliott Greenleaf's March monthly fee application | 0.80 Hrs | |
| | | Totals | 2.30 Hrs | $693.00 |
| | | EG Fee Applications Totals | 2.30 Hrs | $693.00 |

<u>Fee Objections EGS</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/13/12 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 7th Monthly Fee Application | 0.20 Hrs | |
| 04/13/12 | CLS | [B171-] Prepare Certificate of No Objection re: 7th Fee Application of Elliott Greenleaf (.2); file with Court (.3) | 0.50 Hrs | |
| | | Totals | 0.70 Hrs | $196.50 |
| | | Fee Objections EGS Totals | 0.70 Hrs | $196.50 |

<u>Fee Applications and Invoices - Other</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/12 | SAK | [B175-] Conference with T. Snow re Committee's reimbursement requests (.1); multiple email exchanges re same (.2) | 0.30 Hrs | |
| 04/02/12 | RXZ | [B175-] E-mail to S. Kinsella and paralegals re: Second Application of the Official Committee of Long Term Disability Participants for Reimbursement of Expenses Incurred by Committee Members for the period February 1, 2012 to February 29, 2012 (.2) and related follow up (.1) | 0.30 Hrs | |
| 04/02/12 | HRD | [B175-] Supplement Second Application of Long Term Disability for Reimbursement, Notice, and Certificate of Service (.4); and effectuate service of same (1.0) | 1.40 Hrs | |
| 04/06/12 | RXZ | [B175-] E-mails from D. Irish re: reimbursement of committee expenses and forward to paralegals for handling | 0.20 Hrs | |
| 04/17/12 | SAK | [B175-] Analyze LTD Committee's 3rd reimbursement request | 0.10 Hrs | |
| 04/17/12 | TMS | [B175-] Emails with D. Irish and conferences with R. Zahralddin regarding expenses from meeting with Debtors (.2); prepare third application for reimbursement (.4); prepare notice (.1); prepare exhibit (.4); prepare COS (.1); file and assist in service of application and notice (.7) | 1.90 Hrs | |
| 04/17/12 | CLS | [B175-] Review monthly and quarterly fee applications and update fee application memo | 0.40 Hrs | |
| 04/23/12 | TMS | [B175-] Numerous emails to Committee and Committee Professionals addressing Committee members reimbursement issues | 0.10 Hrs | |
| 04/25/12 | TMS | [B175-] Conference with H. Dallas regarding fourth application of Committee members for reimbursement (.1); review application and supplement exhibit to application (.1); effectuate service (.6) | 0.80 Hrs | |
| 04/25/12 | RXZ | [B175-] Instructions to T. Snow re: Application for Compensation [Fourth] of the Official Committee of Long Term Disability Participants for Reimbursement of Expenses Incurred by Committee Members for the period February 1, 2012 to February 29, 2012 (.2) and finalize same (.2) finalize COS (.1) supervise filing and service (.2) | 0.70 Hrs | |
| 04/26/12 | SAK | [B175-] Analyze LTD Committee members' 4th Application for reimbursement of expenses | 0.10 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | |
|---|---|---|---|---|
| | Totals | | 6.30 Hrs | $1,942.00 |
| | Fee Applications and Invoices - Other Totals | | 6.30 Hrs | $1,942.00 |

Fee Objections - Others

| Date | Init | Description | Hours | |
|---|---|---|---|---|
| 04/27/12 | SAK | [B176-] Finalize Certificate of No Objection re LTD Committee members' second expense request | 0.10 Hrs | |
| 04/27/12 | TMS | [B176-] Prepare and file certificate of no objection regarding second application of LTD Committee for reimbursement of expenses (February 2012) (.2); email to Committee members forwarding same (.1) | 0.30 Hrs | |
| | | Totals | 0.40 Hrs | $109.50 |
| | | Fee Objections - Others Totals | 0.40 Hrs | $109.50 |

Business Operations

| Date | Init | Description | Hours | |
|---|---|---|---|---|
| 04/09/12 | TMS | [B210-] Review docket, download and email Committee and Committee Professionals regarding February 2012 monthly operating report | 0.10 Hrs | |
| | | Totals | 0.10 Hrs | $22.50 |
| | | Business Operations Totals | 0.10 Hrs | $22.50 |

Employee Benefits/Pensions

| Date | Init | Description | Hours |
|---|---|---|---|
| 04/02/12 | DHS | [B220-] Review and reply to correspondence regarding termination of 401K plan and impact on settlement of LTD employees claims in bankruptcy | 0.20 Hrs |
| 04/02/12 | RXZ | [B220-] Analyze Motion For Entry Of An Order (I) Appointing A Neutral Mediator Concerning The Modification Or Termination Of The Nortel Retiree Welfare Plans And The Nortel Long-Term Disability Plans; (II) Authorizing The Debtors To Pay The Costs Of Engagement; And (III) Granting Related Relief | 0.50 Hrs |
| 04/02/12 | MSC | [B220-] Continued drafting brief/position paper in preparation for mediation on issue of LTD participants' vested rights to LTD benefits (2.3); review and analyze emails regarding potential claim for {{Redact}} ▬▬▬▬ (.3) | 2.60 Hrs |
| 04/02/12 | RXZ | [B220-] Analyze e-mails from D. Simon and related LTIP memo (.5) prepare notes for committee call and follow up with A&M (.4) | 0.90 Hrs |
| 04/03/12 | RXZ | [B220-] Call with Committee Counsel re: mediation and fee cap issues | 0.60 Hrs |
| 04/03/12 | RXZ | [B220-] E-mails from D. Greer re: LTIP | 0.20 Hrs |
| 04/04/12 | MSC | [B220-] Complete brief/position paper for use in mediation regarding vesting of rights (2.0); analyze case law to determine whether a potential claim for {{Redact ▬▬▬▬▬▬▬▬▬▬▬▬▬) (1.3) | 3.30 Hrs |
| 04/05/12 | DHS | [B220-] Review and analyze Nortel pension plan documents and documents relating to conversion to 401k plan for purpose of determining {{Redact ▬▬▬▬▬▬▬▬▬▬▬▬) | 1.80 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/05/12 | DHS | [B220-] Researching, reviewing and analyzing tax code provisions and IRS requirements relating to termination of defined contribution pension plans | 2.80 Hrs |
| 04/05/12 | DHS | [B220-] Review and analyze CARP documents and determine relationship to issue of proposed termination of 401k plan | 0.50 Hrs |
| 04/06/12 | SAK | [B220-] Analyze memo from D. Simon re termination of Nortel LTIP (.4); email exchange with M. Curran and R. Zahralddin re same (.1) | 0.50 Hrs |
| 04/06/12 | DHS | [B220-] Drafting and revise memorandum addressing issues relating to termination of 401k plan | 2.60 Hrs |
| 04/06/12 | RXZ | [B220-] Analyze spreadsheets (Mercer Liability Charts) provided by J. Kim on 4-3-12 and related record | 0.70 Hrs |
| 04/06/12 | RXZ | [B220-] E-mails from A&M to debtor's counsel re: mortality tables and related follow up | 0.30 Hrs |
| 04/06/12 | RXZ | [B220-] E-mails to LTD committee re: LTIP | 0.20 Hrs |
| 04/09/12 | SAK | [B220-] Analyze materials forwarded by A&M | 0.40 Hrs |
| 04/09/12 | SAK | [B220-] Email exchange with Committee members re PBGC issues; email exchange with R. Zahralddin and D. Simon re same | 0.30 Hrs |
| 04/10/12 | SAK | [B220-] Multiple email exchanges with Committee members, co-counsel and A&M re PBGC issues | 0.40 Hrs |
| 04/10/12 | MSC | [B220-] Review and supplement response to Motion for Mediation (.4); review comments from LTD Committee regarding draft response to Motion for Mediation (.5); telephone call with LTD Committee member D. David regarding [redact] (.4); review email correspondence from D. Greer regarding D. David [redact] [redact] and prepare email to LTD Committee to address concerns [redact] (.5) | 1.80 Hrs |
| 04/11/12 | SAK | [B220-] Analyze detailed email from M. Curran re benefit issues | 0.20 Hrs |
| 04/11/12 | DHS | [B220-] Conferring with Attorney Curran regarding issues relating to PBGC and disability pension benefit (.5); analyzing pension documents to determine nature of benefit contained in previous pension plans and providing conclusion relating to contents of pension documents (1.7) | 2.20 Hrs |
| 04/11/12 | TMS | [B220-] Supplement response to debtors motion to mediate (1.1); prepare COS (.1); emails to/from N. Berger and B. Moore requesting comments on latest draft and incorporating changes suggested by N. Berger (.1); file and effectuate service (1.1) | 2.40 Hrs |
| 04/12/12 | SAK | [B220-] Prepare for upcoming teleconference with A&M | 0.30 Hrs |
| 04/12/12 | SAK | [B220-] Telephone conference with A&M and Committee re benefit issues | 1.40 Hrs |
| 04/12/12 | SAK | [B220-] Multiple emails from Committee members re pension issues and emails from M. Curran re same | 0.30 Hrs |
| 04/12/12 | SAK | [B220-] Analyze email from Debtors re Mercer's calculations and emails from A&M re same | 0.20 Hrs |
| 04/12/12 | SAK | [B220-] Analyze data from D. Greer re benefits and emails re same | 0.20 Hrs |
| 04/12/12 | MSC | [B220-] Attend telephone conference call of LTD Committee to review [redact] | 2.30 Hrs |
| 04/12/12 | MSC | [B220-] Communicate with LTD Committee member regarding [redact] | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 04/13/12 | TMS | [B220-] Summarize the Retiree Committees Response to the Debtors mediation motion (.1); email to LTD Committee members (.1) | 0.20 Hrs |
| 04/13/12 | MSC | [B220-] Analyze {{Redact}} ██████████████ | ████ |
| 04/14/12 | MSC | [B220-] Prepare email communication to D. Greer of Alvarez & Marsal regarding results of analysis of {{Redact}} ██████ | 0.40 Hrs |
| 04/16/12 | SAK | [B220-] Email exchange with R. Zahralddin and M. Curran re PBGC issues; instructions from R. Zahralddin re same | 0.20 Hrs |
| 04/16/12 | MSC | [B220-] Telephone conference call with D. Greer of Alvarex & Marsal regarding the effect of Medicare eligibility on the medical liability calculations and eligibility criteria for retiree medical benefits | 1.50 Hrs |
| 04/16/12 | RXZ | [B220-] Prepare for committee call | 0.80 Hrs |
| 04/17/12 | SAK | [B220-] Research re pension issues (.5); conference with R. Zahralddin re same (.2) | 0.70 Hrs |
| 04/17/12 | MSC | [B220-] Review and analyze email from LTD Committee member regarding [redact] ██████████ (.4); review and analyze claim by the PBGC in bankruptcy (.3); legal research regarding [redact] ██████████ (1.9) | 2.60 Hrs |
| 04/18/12 | MSC | [B220-] Continued development of legal arguments in preparation for mediation | 1.50 Hrs |
| 04/18/12 | RXZ | [B220-] E-mail summary of research assignment re: [redact] ██████ | 0.30 Hrs |
| 04/19/12 | SAK | [B220-] Analyze emails re 401(k) issues | 0.20 Hrs |
| 04/19/12 | MSC | [B220-] Revisions and supplementations to memorandum of legal theories for vested right in income continuation benefit in preparation for mediation (.8) and coordinate with M. Braverman issues for legal research on [redact] ██████████ (.4) | 1.20 Hrs |
| 04/19/12 | RXZ | [B220-] Call with mediator (.3) multiple e-mails re: scheduling of mediator call with professionals (.2) follow up with S. Kinsella and M. Curran re: same and drafting session for 4/23 (.3) | 0.80 Hrs |
| 04/20/12 | MSC | [B220-] Revised and supplemented chart of legal theories relating to the {{Redact}} ██████████ and revised and supplemented vesting argument as to income continuation | 2.10 Hrs |
| 04/23/12 | DHS | [B220-] Meeting to discuss strategy for upcoming mediation (.8); analysis of documents and development of legal arguments and theories for pursuing claims for recovery of LTD payments (3.5) | 4.30 Hrs |
| 04/23/12 | MSC | [B220-] Conference with R. Zahralddin, S. Kinsella, and D. Simon regarding and developing legal theories in preparation for mediation on issue of LTD income continuation | 5.00 Hrs |
| 04/23/12 | RXZ | [B220-] Aanlyze legal arguments and case strategy meeting on document production results with D. Simon, Shelley Kinsella and M. Curran | 5.20 Hrs |
| 04/24/12 | DHS | [B220-] Review communications relating to procedure for mediation | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours | |
|---|---|---|---|---|
| 04/24/12 | MSC | [B220-] Attend telephone conference call with LTD Committee and financial professionals regarding mediation, legal theories, and preparation of counter-offer | 3.30 Hrs | |
| 04/25/12 | SAK | [B220-] Analyze materials prepared by A&M re benefits | 0.40 Hrs | |
| 04/25/12 | TMS | [B220-] Telephone call with R. Zahralddin and numerous emails regarding conference with Retirees and Debtors counsel | 0.10 Hrs | |
| 04/25/12 | MSC | [B220-] Prepared outline of document requests and responses by Debtors' counsel regarding the status of documents for use in determining Debtors' position on documents in its possession | 2.50 Hrs | |
| 04/25/12 | RXZ | [B220-] E-mails from Committee re: A&M presentation and comments re: same | 0.30 Hrs | |
| 04/26/12 | SAK | [B220-] Analyze email responses from D. Greer re benefit issues | 0.20 Hrs | |
| 04/26/12 | SAK | [B220-] Analyze data forwarded by Committee members re coverage issues and emails re same | 0.20 Hrs | |
| 04/26/12 | MSC | [B220-] Attend telephone conference call with R. Zahralddin and L. Beckerman and M. Fleming regarding LTD participants' contact with the PBGC (.4); drafted affidavit for Debtors regarding status of document production (1.4); review and respond to email communications from LTD Committee (.2); telephone call with R. Zahralddin regarding conference with mediator on 5/3/12 (.4) | 2.40 Hrs | |
| 04/26/12 | RXZ | [B220-] Call with L.Beckerman, M. Fleming and EG team re: PBGC | 0.40 Hrs | |
| 04/28/12 | MSC | [B220-] Drafted outline of arguments in preparation for conference with mediator on 5/3/12 (5.0); prepare and send email communication to M. Fleming regarding clarification of document production (.3) | 5.30 Hrs | |
| 04/30/12 | RXZ | [B220-] Call with A&M and M. Curran re: numbers for proposal and meeting with mediator | 1.20 Hrs | |
| 04/30/12 | SAK | [B220-] Email exchange with co-counsel re long term care insurance | 0.10 Hrs | |
| 04/30/12 | SAK | [B220-] Email exchanges with co-counsel re plan amendments | 0.10 Hrs | |
| 04/30/12 | SAK | [B220-] Review email from Committee members re PBGC benefit calculations | 0.10 Hrs | |
| 04/30/12 | SAK | [B220-] Email from M. Curran re plan termination issues; multiple email exchanges with Committee members re same | 0.20 Hrs | |
| 04/30/12 | MSC | [B220-] Attend conference call with LTD Committee (1.2); attend conference call with R. Zahralddin and financial professionals at Alvarez & Marsal regarding strategy for counter-proposal (1.0); completed, supplemented and revised outline of arguments for conference with mediator on 5/3/12 (3.0) | 5.20 Hrs | |
| | | Totals | 81.20 Hrs | $27,085.50 |
| | | Employee Benefits/Pensions Totals | 81.20 Hrs | $27,085.50 |

Claims Administration and Objections

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/03/12 | SAK | [B310-] Email to R. Zahralddin re claims trading issues | 0.10 Hrs |
| 04/06/12 | SAK | [B310-] Email exchange re claim issues | 0.20 Hrs |
| 04/10/12 | DHS | [B310-] Review and analyze debtor's objections to certain categories of creditor claims. | 2.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/16/12 | TMS | [B310-] Emails to/from M. Curran regarding PBGC claims (.1); review docket and Epiq website for claims information (.2) | 0.30 Hrs | |
| | | Totals | 2.80 Hrs | $765.50 |
| | | Claims Administration and Objections Totals | 2.80 Hrs | $765.50 |

Court Hearings

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/12 | CLS | [B430-] Critical dates updates (.5); review docket (.2) | 0.70 Hrs | |
| 04/02/12 | SAK | [B430-] Multiple emails from T. Snow re upcoming hearing deadlines | 0.10 Hrs | |
| 04/02/12 | RXZ | [B430-] E-mail to S. Kinsella and paralegals re: hearing agenda and notice of cancellation of same | 0.20 Hrs | |
| 04/02/12 | RXZ | [B430-] E-mails to and from paralegals re: agenda (.2) and amended agenda (.1) | 0.30 Hrs | |
| 04/03/12 | CLS | [B430-] Review numerous e-mails with committee (.2); update critical hearing dates and deadlines (.4); review docket (.2) | 0.80 Hrs | |
| 04/06/12 | TMS | [B430-] Initial preparation of hearing binder | 0.40 Hrs | |
| 04/11/12 | HRD | [B430-] Review and analyze file regarding electronic notice of rescheduled hearing date from June 6, 2012 | 0.30 Hrs | |
| 04/12/12 | TMS | [B430-] Review docket for rescheduled June 6 hearing and email to Committee regarding same | 0.10 Hrs | |
| 04/13/12 | CLS | [B430-] Update critical hearing memo with objection deadlines and hearing dates | 0.40 Hrs | |
| 04/16/12 | SAK | [B430-] Analyze Agenda for 04/18/12 hearing; email to Committee and professionals re same | 0.20 Hrs | |
| 04/16/12 | TMS | [B430-] Review docket and forward agenda for April 18, 2012 hearing to Committee and Committee Professionals (.1); initial preparation and instructions to H. Dallas regarding preparation of hearing binder (.3) | 0.40 Hrs | |
| 04/17/12 | SAK | [B430-] Email exchange with R. Zahralddin re preparation for upcoming hearing | 0.20 Hrs | |
| 04/17/12 | SAK | [B430-] Analyze Amended Agenda | 0.10 Hrs | |
| 04/17/12 | TMS | [B430-] Review docket and summarize notice of amended agenda and email Committee and Committee Professionals | 0.20 Hrs | |
| 04/17/12 | TMS | [B430-] Review docket and email Committee Professionals second amended agenda (.1); update hearing binder (.2) | 0.30 Hrs | |
| 04/17/12 | RXZ | [B430-] Analyze agenda | 0.20 Hrs | |
| 04/17/12 | RXZ | [B430-] Analyze amended agenda | 0.20 Hrs | |
| 04/17/12 | RXZ | [B430-] Analyze second amended agenda | 0.20 Hrs | |
| 04/18/12 | RXZ | [B430-] Prepare for argument (.7) Attend hearing (1.6) confer with Retiree Committee Counsel (.3) | 2.60 Hrs | |
| | | Totals | 7.90 Hrs | $3,311.50 |
| | | Court Hearings Totals | 7.90 Hrs | $3,311.50 |

Litigation

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/02/12 | SAK | [B600-] Email to T. Snow re distribution of certain pleadings; emails from R. Zahralddin re same | 0.20 Hrs |
| 04/02/12 | SAK | [B600-] Analyze data analysis forwarded by D. Greer | 0.10 Hrs |
| 04/02/12 | HRD | [B600-] Review March 15, 2012 discovery regarding missing documents | 0.80 Hrs |
| 04/03/12 | SAK | [B600-] Conference with T. Snow re upcoming objection/reply deadlines | 0.20 Hrs |
| 04/03/12 | SAK | [B600-] Draft response to mediation motion | 2.20 Hrs |
| 04/03/12 | RXZ | [B600-] Multiple e-mails to and from Counsel to the Debtors (.3) e-mails to and from A&M re: continued deficiencies in data request responses (.4) analyze document and data production (.7) | 1.40 Hrs |
| 04/03/12 | RXZ | [B600-] E-mails to and from M. Curran re: status of document production and follow up with T. Snow | 0.60 Hrs |
| 04/04/12 | SAK | [B600-] NO CHARGE - Drafting revised litigation memo | 4.90 Hrs |
| 04/04/12 | SAK | [B600-] Conference with R. Zahralddin re litigation issues | 0.40 Hrs |
| 04/04/12 | SAK | [B600-] Multiple email exchanges with Committee members re preparation of responses to Debtors' recent filings (.2); email exchange with R. Zahralddin re same (.2) | 0.40 Hrs |
| 04/06/12 | SAK | [B600-] Analyze Vincent E. Rhynes Objection to Mediation Motion | 0.10 Hrs |
| 04/06/12 | SAK | [B600-] Continue drafting Objection to Mediation Motion | 1.10 Hrs |
| 04/06/12 | SAK | [B600-] Analyze recent discovery responses | 0.60 Hrs |
| 04/06/12 | TMS | [B600-] Review docket and summarize and email LTD Committee and Committee Professionals Objection to Debtors Motion to Appointing a Mediator filed by Vincent E. Rhynes (pro se) | 0.10 Hrs |
| 04/06/12 | TMS | [B600-] Emails from S. Kinsella and J. Kim regarding Mercer's detailed calculations for the same five individuals for which DaVinci provided liability calculations (.1) organization of documents and emails to Committee Professionals regarding same (.8) | 1.00 Hrs |
| 04/06/12 | RXZ | [B600-] Analyze Objection to Motion For Entry Of An Order (I) Appointing A Neutral Mediator Concerning The Modification Or Termination Of The Nortel Retiree Welfare Plans And The Nortel Long-Term Disability Plans; (II) Authorizing The Debtors To Pay The Costs Of Engagement; And (III) Granting Related Relief filed by Vincent E. Rhynes and forward to committee | 0.20 Hrs |
| 04/09/12 | SAK | [B600-] Continue drafting Objection to Mediation Motion | 1.80 Hrs |
| 04/09/12 | SAK | [B600-] Telephone conference with M. Curran re mediation issues (.4); conference with R. Zahralddin re same (.2) | 0.60 Hrs |
| 04/09/12 | MSC | [B600-] Telephone call with S. Kinsella regarding status of response to Motion to Mediate | 0.30 Hrs |
| 04/09/12 | RXZ | [B600-] Analyze and update response to mediation | 0.90 Hrs |
| 04/09/12 | RXZ | [B600-] Meeting with S. Kinsella re: mediation motion response | 0.40 Hrs |
| 04/09/12 | RXZ | [B600-] Analyze record related to negotiations with Debtors (1.2) and update response (.5) and prepare and forward comments to committee and S. Knsella re: same (.3) | 2.00 Hrs |
| 04/10/12 | SAK | [B600-] Review revisions to Mediation Motion Objection; further edits (.4); and conference with R. Zahralddin re same (.1) | 0.50 Hrs |
| 04/10/12 | SAK | [B600-] Email exchange with H. Dallas re section 1114 issues; conference re same | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/10/12 | SAK | [B600-] Further revisions to Mediation Objection based on Committee comments | 1.50 Hrs |
| 04/10/12 | SAK | [B600-] Analyze comments from Debtors re proposed mediation order; multiple email exchanges re same | 0.30 Hrs |
| 04/10/12 | SAK | [B600-] Telephone message from N. Berger re mediation issues; conference with R. Zahralddin re same | 0.10 Hrs |
| 04/10/12 | SAK | [B600-] Analyze H. Dallas' research re mediation and memo re same | 0.80 Hrs |
| 04/10/12 | TMS | [B600-] Email from R. Zahralddin regarding mediation motion response (.1); review files regarding same (.1); supplement mediation motion response (.2) | 0.40 Hrs |
| 04/10/12 | MSC | [B600-] Attend telephone conference call with counsel for Retiree Committee regarding mediation | 0.70 Hrs |
| 04/10/12 | RXZ | [B600-] Updates to response to mediation motion (.9) analyze related record and documents from A&M (.8) calls and e-mails to and from committee members re: comments to response (1.2) incorporate changes (.7) | 3.60 Hrs |
| 04/10/12 | RXZ | [B600-] Analyze 1113 and related record for potential mediator Judge J. Fitzgerald from Kaiser Aluminum (.4) and related summaries and notes from H. Dallas (.2) meetings with H. Dallas re: same (.2) | 0.80 Hrs |
| 04/10/12 | RXZ | [B600-] E-mails to and from Debtors re: request to discuss proposed order (.2) calls to and from retiree committee counsel (.2) e-mails to S. Kinsella and M. Curran re: conference call with professionals from committee, retiree committee, debtors and LTD committee (.2) | 0.60 Hrs |
| 04/11/12 | SAK | [B600-] Telephone conference with Retiree Committee counsel re mediation issues | 0.40 Hrs |
| 04/11/12 | SAK | [B600-] Further revisions to Objection (1.3) and conference with R. Zahralddin re same (.2) | 1.50 Hrs |
| 04/11/12 | SAK | [B600-] Review Retirees' draft response to Mediation Motion and Exhibit | 0.40 Hrs |
| 04/11/12 | SAK | [B600-] Email exchange with Retiree Committee professionals re objection to mediation motion | 0.30 Hrs |
| 04/11/12 | SAK | [B600-] Finalize Objection to Mediation Motion and instructions to R. Zahralddin re same | 0.40 Hrs |
| 04/11/12 | SAK | [B600-] Analyze Retiree Committee's filed Objection to Mediation Motion | 0.20 Hrs |
| 04/11/12 | RXZ | [B600-] Call with N. Berger and S. Kinsella re: mediators | 0.50 Hrs |
| 04/11/12 | MSC | [B600-] Review latest version of response to Motion for Mediation in preparation for filing (.3); review and analyze with D. Simon eligibility for, and calculation of, the disability retirement benefit under the Nortel pension benefit plan (1.0) | 1.40 Hrs |
| 04/12/12 | SAK | [B600-] Email exchange with Debtors' counsel re potential mediators | 0.20 Hrs |
| 04/13/12 | SAK | [B600-] Analyze email from D. Greer re follow up issues | 0.10 Hrs |
| 04/13/12 | SAK | [B600-] Conference with R. Zahralddin re mediation issues | 0.20 Hrs |
| 04/13/12 | RXZ | [B600-] Call with UCC, Retiree, Debtors Counsel re: mediation motion settlement discussions (.4) analyze and investigate proposed meditator and H. Dallas memorandum (.7) | 1.10 Hrs |
| 04/16/12 | SAK | [B600-] Analyze Debtors' Motion for Leave to file Reply to Mediation Motion and proposed Reply | 0.40 Hrs |
| 04/16/12 | SAK | [B600-] Email from M. Curran re discovery issue | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Time |
|---|---|---|---|
| 04/16/12 | RXZ | [B600-] Call with counsel for mediation parties re: mediation order | 0.50 Hrs |
| 04/16/12 | RXZ | [B600-] Call from N. Berger re: mediation | 0.20 Hrs |
| 04/16/12 | RXZ | [B600-] Call to N. Berger re: mediation | 0.10 Hrs |
| 04/17/12 | SAK | [B600-] Analyze Order authorizing Debtors to file Reply to Mediation Motion | 0.20 Hrs |
| 04/17/12 | RXZ | [B600-] Calls to and from mediator candidate (.3) research mediators and analyze summaries prepared by H. Dallas (1.4) calls and e-mails from N. Berger (.4) | 2.10 Hrs |
| 04/17/12 | RXZ | [B600-] Analyze leave to file reply and e-mails forwarded by S. Kinsella re: same (.3) analyze reply filed by Debtors re: mediaiton (.4) and related follow up with retiree counsel (.3) | 1.00 Hrs |
| 04/17/12 | RXZ | [B600-] Analyze record and prepare for hearing on mediation issues | 1.70 Hrs |
| 04/18/12 | HRD | [B600-] Review and summarize updated docket files regarding Further Support of Neutral Mediator (.1); forward summary to committee members (.2) | 0.30 Hrs |
| 04/18/12 | SAK | [B600-] Argument preparations per R. Zahralddin's instructions | 2.80 Hrs |
| 04/18/12 | SAK | [B600-] Conference with R. Zahralddin re hearing proceedings and instructions re mediation | 0.30 Hrs |
| 04/18/12 | SAK | [B600-] Analyze Order entered approving mediation motion | 0.10 Hrs |
| 04/18/12 | SAK | [B600-] Email exchange with R. Zahralddin, M. Curran and M. Braverman re discovery research | 0.20 Hrs |
| 04/18/12 | SAK | [B600-] Instructions from R. Zahralddin re mediation preparation | 0.20 Hrs |
| 04/19/12 | SAK | [B600-] Multiple email exchanges re vesting research | 0.30 Hrs |
| 04/19/12 | SAK | [B600-] Instructions to T. Snow re discovery issues | 0.20 Hrs |
| 04/19/12 | SAK | [B600-] Analyze litigation memo prepared by M. Curran and email re same | 0.20 Hrs |
| 04/20/12 | SAK | [B600-] Revise discovery analysis chart (3.1); instructions to L. Shaw re same (.1) | 3.20 Hrs |
| 04/20/12 | SAK | [B600-] Preparations for litigation strategy meeting | 3.30 Hrs |
| 04/23/12 | MRB | [B600-] Meeting regarding possible arguments and discussing possible options to compel disclosure of various documents | 1.80 Hrs |
| 04/23/12 | SAK | [B600-] Mediation strategy meeting with co-counsel | 5.00 Hrs |
| 04/23/12 | SAK | [B600-] Telephone conference with Retiree Committee professionals re mediation and litigation issues | 0.40 Hrs |
| 04/23/12 | SAK | [B600-] Analyze multiple emails from LTD Committee members re mediation Order and related issues | 0.20 Hrs |
| 04/23/12 | SAK | [B600-] Conference with R. Zahralddin re mediator teleconference and email exchanges re same | 0.20 Hrs |
| 04/23/12 | RXZ | [B600-] Report and instructions re: notice and certification of conference re: 2004 exam | 0.70 Hrs |
| 04/24/12 | CLS | [B600-] Meet with RXZA re Notice of Discovery preparation (.2); Draft Notice of Service of Discovery (.3); draft Certification to Notice of Service (.5); review e-mails regarding 2004 motion (2011) and obtain any new discovery questions within e-mails and print for Certification preparation (1.8); | 2.60 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/25/12 | CLS | [B600-] Prepare COS re Mediator's Statement; obtain service parties (.5); file with Court Mediator's Statement; (.3); prepare service distribution (.7); preparation for service and distribution (.9) | 2.40 Hrs |
| 04/25/12 | SAK | [B600-] Email exchanges re mediator requests | 0.10 Hrs |
| 04/25/12 | SAK | [B600-] Analyze memo prepared by M. Curran re discovery | 0.10 Hrs |
| 04/25/12 | TMS | [B600-] Review files regarding request for production of documents (.5); conferences with L. Shaw and R. Zahralddin regarding 2004 notice (.1); supplement notice (.3); prepare COS (.1); file and effectuate service (.8) | 1.80 Hrs |
| 04/25/12 | RXZ | [B600-] Finalize Notice of Service of Document Production (.4) analyze related record (.5) supervise filing and service of same (.1) re: mediation | 1.00 Hrs |
| 04/26/12 | SAK | [B600-] Conference call with Debtors | 0.40 Hrs |
| 04/26/12 | SAK | [B600-] Conference with R. Zahralddin re discovery issues and email exchanges with Committee members re same | 0.30 Hrs |
| 04/26/12 | SAK | [B600-] Analyze Notice of Service re discovery requests and conference with R. Zahralddin re same | 0.20 Hrs |
| 04/26/12 | SAK | [B600-] Multiple email exchanges with co-counsel re upcoming meeting with mediator | 0.20 Hrs |
| 04/30/12 | SAK | [B600-] Analyze outline prepared by M. Curran for upcoming mediation meeting and related documentation | 0.40 Hrs |

|  |  | Hours | Amount |
|---|---|---|---|
| | Totals | 71.80 Hrs | $29,161.50 |
| | Litigation Totals | 71.80 Hrs | $29,161.50 |
| | TOTAL LEGAL SERVICES | | $84,933.00 |

**LEGAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Kinsella, Shelley A. | 4.90 Hrs | 0 /hr | $0.00 |
| Braverman, Michael R. | 1.80 Hrs | 190 /hr | $342.00 |
| Dallas, Heidi R | 4.40 Hrs | 200 /hr | $880.00 |
| Shaw, C. Liana | 10.10 Hrs | 225 /hr | $2,272.50 |
| Snow, Theresa M | 15.10 Hrs | 225 /hr | $3,397.50 |
| SIMON, DEBBIE H. | 16.90 Hrs | 260 /hr | $4,394.00 |
| CURRAN, MARGARET S. | 48.70 Hrs | 275 /hr | $13,392.50 |
| Stemerman, Jonathan M. | 0.10 Hrs | 375 /hr | $37.50 |
| Kinsella, Shelley A. | 58.70 Hrs | 420 /hr | $24,654.00 |
| Zahralddin-Aravena, Rafael X. | 58.30 Hrs | 610 /hr | $35,563.00 |
| | 219.00 Hrs | | $84,933.00 |

**Reimbursement for out of pocket expenses**

COMPUTERIZED LEGAL RESEARCH

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | |
|---|---|---|
| 04/25/12 | [] LEXISNEXIS (BB/WB/SC/DE)---INV #1203359420 DTD 03/31/12: LEGAL RESEARCH FOR THE PERIOD: MAR 01, 2012 - MAR 31, 2012 | 6.56 |
| 04/27/12 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #824743680 DTD 04/01/12: WESTLAW LEGAL RESEARCH FOR THE PERIOD: MAR 01, 2012 - MAR 31, 2012 | 26.53 |
| | | $33.09 |

COPYING

| | | |
|---|---|---|
| 04/11/12 | [] Device Cost | 28.60 |
| 04/11/12 | [] Device Cost | 185.30 |
| 04/11/12 | [] Device Cost | 84.00 |
| 04/13/12 | [] Device Cost | 0.70 |
| 04/13/12 | [] Device Cost | 70.00 |
| 04/13/12 | [] Device Cost | 57.40 |
| 04/16/12 | [] Device Cost | 0.70 |
| 04/17/12 | [] Device Cost | 45.70 |
| 04/18/12 | [] Device Cost | 0.40 |
| 04/25/12 | [] Device Cost | 36.00 |
| 04/25/12 | [] Device Cost | 36.40 |
| 04/25/12 | [] Device Cost | 7.20 |
| 04/25/12 | [] Device Cost | 0.40 |
| 04/25/12 | [] Device Cost | 0.90 |
| 04/25/12 | [] Device Cost | 18.20 |
| | | $571.90 |

DELIVERY/COURIER SERVICE

| | | |
|---|---|---|
| 04/12/12 | [] RELIABLE WILMINGTON---INV #WL032939 DTD 03/31/12: PROFESSIONAL SERVICE PERIOD: 03/16-03/31/12: 4 HD ON 3/30/12 FOR SAK | 30.00 |
| | | $30.00 |

DOCKETS

| | | |
|---|---|---|
| 04/26/12 | [] PACER SERVICE CENTER (BB)---INV # 01/01/12-03/31/12 DTD 04/03/12 DOCKET RETRIAL FOR THE PERIOD: 01/01/12-03/31/12 MSC | 14.72 |
| | | $14.72 |
| | Total Reimbursement for out of pocket expenses | $649.71 |
| | TOTAL THIS BILL | $85,582.71 |

**PREVIOUS BILLS OUTSTANDING**

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | |
|---|---|---|
| 107592 | 03/22/12 | 13,682.65 |
| 108774 | 05/25/12 | 63,682.09 |
| | | $77,364.74 |

GRAND TOTAL DUE  $162,947.45

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 107592 | 03/22/12 | 13,682.65 |
| 108774 | 05/25/12 | 63,682.09 |
| | | $77,364.74 |

**TOTAL DUE**  $162,947.45