# EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## APRIL 1, 2012 THROUGH APRIL 30, 2012

| Expense Category | Total Expenses |
|---|---|
| Copying[1] | $ 570.30 |
| Delivery/Courier | $ 120.00 |
| Dockets/Research | $ 22.47 |
| Telephone | $ 267.42 |
| Travel/Hotel/Airline/Railroad | $ 859.40 |
| Parking | $ 27.00 |
| **TOTAL THIS BILL:** | **$649.71** |

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. Detailed copy charges are listed in Exhibit B.