# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: 4/11/2012 @ 4:00 PM** |
| | ) | **Hearing Date:  Only if Objections Filed** |

**NOTICE OF SEVENTH MONTHLY APPLICATION
OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL
COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

TO:    The Notice Parties as defined in the *Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (the "Interim Compensation Order") (Docket No. 222).  Parties receiving Notice in the above-captioned matter pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") shall receive this Notice only.

PLEASE TAKE NOTICE that Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants in the above-captioned cases, has filed the **Seventh Monthly Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the Period February 1, 2012 through February 29, 2012** (the "Application"). The Application seeks the allowance of fees in the amount of **$68,413.25** (80%, $54,730.60) and expenses in the amount of **$2,909.01** for the period **February 1, 2012 through and including February 29, 2012** and payment of 80% of fees in the amount of **$54,730.60** and 100% of the expenses in the amount of **$2,909.01** pursuant to the Interim Compensation Order.  The Application has been filed and served on the Notice Parties pursuant to the Interim Compensation Order.  Notice of the Application has been filed and served on all parties requesting notice pursuant to Bankruptcy Rule 2002.

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

PLEASE TAKE FURTHER NOTICE that Objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or **before April 11, 2012 at 4:00 p.m. (prevailing Eastern Time)**, and a copy served upon the following parties so as to be **received no later than 4:00 p.m. (prevailing Eastern Time) on April 11, 2012:**

(i) the Debtors, Nortel Networks, Inc., Attn: Accounts Payable, P.O. Box 13010, RTP, NC 27709; (ii) Counsel for the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn:  James L. Bromley, Esquire); (iii) Local Counsel for the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attention:  Derek C. Abbott, Esquire); (iv) Counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A. 920 N. King Street, One Rodney Square Wilmington, Delaware 19801 (Attention: Christopher M. Samis, Esquire and Drew M. Sloan, Esquire; (v) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attention:  Thomas P. Tinker, Esquire); (vi) Counsel for the Official Committee of Long Term Disability Plan Participants, Elliott Greenleaf, 1105 North Market Street, Suite 1700, Wilmington, Delaware  19801 (Attention: Rafael X. Zahralddin-Aravena); (vii) Counsel for the Official Committee of Retirees, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attention Albert Togut, Esquire); and (viii) Local Counsel for the Official Committee of Retirees, McCarter & English LLP, Renaissance Centre, 405 North King Street, 8th Floor, Wilmington, Delaware 19801 (Attention:  William F. Taylor, Esquire) (collectively, the "Notice Parties").

PLEASE  TAKE  FURTHER  NOTICE  THAT  PURSUANT  TO  THE  INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED IN ACCORDANCE WITH THE    ABOVE    PROCEDURE,    THE    ABOVE-CAPTIONED    DEBTORS    WILL    BE AUTHORIZED TO PAY EIGHTY PERCENT (80%) OF REQUESTED FEES AND ONE HUNDRED (100%) OF REQUESTED EXPENSES WITHOUT FURTHER COURT ORDER.

PLEASE  TAKE  FURTHER  NOTICE  THAT  ONLY  IF  AN  OBJECTION  IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE PURSUANT TO THE INTERIM COMPENSATION ORDER, WILL A HEARING BE HELD ON THE APPLICATION.

Dated: March 22, 2012
Wilmington, Delaware

**ELLIOTT GREENLEAF**

*Shelley A Knoll*

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399
Email:  rxza@elliottgreenleaf.com
Email:  sak@elliottgreenleaf.com

*Counsel to the Official Committee of*
*Long Term Disability Participants*

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) ) ) ) | (Jointly Administered)<br><br>**Objection Deadline: 4/11/2012 @ 4:00 PM**<br>**Hearing Date:  Only if Objections Filed** |

## SEVENTH MONTHLY APPLICATION OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012

| | |
|---|---|
| Name of Applicant: | Elliott Greenleaf |
| Authorized to Provide Professional Services to: | Official Committee of Long Term Disability Participants |
| Date of Retention: | *Nunc Pro Tunc* to August 2, 2011 |
| Period for which compensation and reimbursement is sought: | February 1, 2012 through February 29, 2012 |
| Amount of Compensation sought as actual, reasonable and necessary: | $68,413.25 (80%, $54,730.60) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,909.01 |

This is a:  ___x__ monthly: ____ interim ___ final application

The total time expended for fee application preparation is approximately 6.2 hours and the corresponding compensation requested is approximately $2,458.92

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

If this is not the first application filed, disclose the following for each prior application:

| Fee Application Covered Dates, Date Filed, Doc. No. | Total Fee Request | Total Expense Request | Certificate of No Objection/ Certification of Counsel Filing Date, Doc. No. | Total Amount of Fees Approved to Date via Certificate of No Objection (80%) | Total Amount of Expenses Approved to Date via Certificate of No Objection (100%) | Amount of Holdback Fees |
|---|---|---|---|---|---|---|
| 8/2/2011- 8/31/2011 11/2/2011 (Docket No. 6708) | $59,704.50 | $457.80 | 11/2/2011 (Docket No. 6872) | $47,763.60 | $457.80 | $11,940.90 |
| 9/1/2011- 9/30/2011 11/2/2011 (Docket No. 6709) | $53,242.00 | $4,946.63 | 11/28/2011 (Docket No. 6875) | $42,593.60 | $4,946.63 | $10,648.40 |
| 10/1/2011- 10/31/2011 11/10/2011 (Docket No. 6749) | $48,812.00 | $1,402.14 | 12/2/2011 (Docket No. 6902) | $39,049.60 | $1,402.14 | $9,762.40 |
| 11/1/2011- 11/30/2011 12/6/2011 (Docket No. 6926) | $49,172.50 | $3,299.99 | 12/29/2011 (Docket No. 7052) | $39,338.00 | $3,299.99 | $9,834.50 |
| 1/19/2012 12/1/2011- 12/31/2011 (Docket No. 7106) | $39,164.50 | $11,092.89 | 2/14/2012 (Docket No. 7212) | $31,331.60 | $2,927.70 | $11,092.89 |
| 1/22/2012 1/1/2012- 1/31/2012 (Docket No. TBD) | $68,413.25 | $4,335.50 | 3/15/2012 (Docket No. 7384) | $49,903.60 | $4,335.50 | $12,475.90 |
| 3/21/2012 2/1/2012 – 2/29/2012 | $68,413.25 | $2,909.01 | 4/9/2012 (Docket No. TBD) | TBD | TBD | TBD |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: 4/11/2012 @ 4:00 PM** |
| | ) | **Hearing Date: Only if Objections Filed** |

**SEVENTH MONTHLY APPLICATION
OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL
COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

Elliott Greenleaf ("EG"), counsel to the Official Committee of Long Term Disability Participants (the "LTD Committee") of the above-captioned debtors (the "Debtors"), hereby submits this *Seventh Monthly Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the period February 1, 2012 through February 29, 2012* (the "Application"). In support thereof, EG respectfully represents as follows:

**BACKGROUND**

1.       On January 14, 2009 (the "Petition Date"), the Debtors commenced their bankruptcy cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the

---

[1]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

United States Bankruptcy Court for the District of Delaware (the "Court").

2.      The Debtors continue to operate its business and manage its property as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3.      On June 22, 2011, the Court ordered the appointment of the LTD Committee (Docket No. 5790).  The LTD Committee consists of the following members: Wendy Boswell Mann, Daniel D. David, Dianna L. Irish, Paul E. Morrison, Barbara Gallagher, Michael Stutts, and Deborah Jones. *See Amended Notice of Appointment of Unsecured Creditors* (Docket No. 6080).

4.      On August 2, 2011, (the "Retention Date") the LTD Committee was formed and selected EG as counsel to the committee.

5.      Prior to the Retention Date, EG acted as counsel to Barbara Gallagher and 58 other disabled individuals who are participants in the long term disability plan of the Debtors.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this proceeding and this Application is proper on this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.      The statutory bases for relief requested herein are Sections 105(a), 330 and 331 of the Bankruptcy Code.

## TERMS AND CONDITIONS OF COMPENSATION OF EG

8.      Subject to Court approval, EG seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by EG for the period commencing February 1, 2012 through and including February 29, 2012 (the "Application

2

Period"). With the exception of copy charges (which are charged at lower rate), the rates charged by EG in this case do not materially differ from the rates charged to EG's non-bankruptcy clients and are lower in many cases.

9. A summary of the hours spent, the names of each professional and paraprofessional rendering services to the LTD Committee during the Application Period, the regular customary billing rates and the total value of time incurred by each of the EG attorneys rendering services to the Committee is attached hereto as Exhibit A. A copy of the computer generated time entries reflecting the time recorded for these services, organized in project billing categories in accordance with the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "Guidelines"), is attached hereto as Exhibit B. A statement of expenses incurred by EG during the Application Period is also included in Exhibit C. All time entries and requested expenses are in compliance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").[2]

10. On February 4, 2009, this Court entered the *Administrative Order Pursuant to U.S.C. §§ 105(A) and 331 Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (the "Interim Compensation Order") (Docket No. 222). Pursuant to the Interim Compensation Order, EG and other professionals retained in this case are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications (the "Monthly Fee Applications") of their fees and expenses. After the expiration of a twenty (20) day objection period, the Debtors are

---

[2] EG has also attempted to ensure that this Application complies with the Guidelines. To the extent that the Guidelines conflict with the Local Rules, in particular, Local Rule 2016-2, EG has chosen to comply with such Local Rule. EG will supplement this Application with additional detail or information upon request.

authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application, unless an objection specifically objects to fees and/or expenses of a professional, or the Court orders otherwise.

11.     In accordance with the Interim Compensation Order, EG has filed and served upon the Notice Parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period; in the amount of $68,413.25 (80%, $54,730.60) in fees and in the amount of $2,909.01 in expenses.

12.     All services and costs for which compensation is requested by EG in this Application were reasonable and necessary and were performed for and on behalf of the LTD Committee during the Application Period.

## NARRATIVE SUMMARY OF SERVICES

13.     EG has rendered actual and necessary services on behalf of the LTD Committee and is requesting reasonable compensation for their services for the Application Period.  As noted above, a summary by project category is attached as Exhibit B,[3] as are detailed time entries organized by category and chronology within the categories. EG has acted as the primary source for information and communication to and from the LTD Committee and Court, including collecting and preserving, in an electronic database, all relevant pleadings for the LTD Committee and the LTD Committee professionals.  In addition, EG has provided summaries, calendaring, and periodically distributed a memorandum of all statutory and procedural deadlines to the LTD Committee professionals and Chair of the Committee.

14.     EG has filed with the Court and assisted in preparation of all documents filed on behalf of the LTD Committee.  In its capacity as Counsel, EG has reviewed all relevant

---

[3] The time records have been redacted where necessary to preserve the attorney-client privilege and the LTD Committee's confidential litigation strategy.

pleadings in the Debtors' Bankruptcy Cases for deadlines. EG has reviewed all filings in the case to conform LTD Committee filings to the requirements of local practice and the applicable local rules and chambers procedures. EG has also provided substantive review of all Delaware case law in LTD Committee filings. EG has assisted the LTD Committee professionals in other substantive areas in which it has specific expertise beyond Delaware law, such as in the area of labor and employment law.

15.    EG has expertise in employment and labor law, with a specialty in healthcare and bankruptcy. As such, the LTD Committee has asked EG to review several employment and related compensation agreements for the purposes of identifying both possible causes of action and other non-litigation recoveries.

## COMPENSATION REQUESTED

16.    EG expended 172.50 hours during the Application Period in furtherance of its efforts on behalf of the LTD Committee. EG requests allowance of compensation in amount of $68,413.25 for legal services rendered during the Application Period at a blended hourly rate of $396.60. Pursuant to the Interim Compensation Order, EG requests payment of 80% of the total fees requested, or $54,730.60. None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

17.    During the Application Period, EG incurred certain necessary expenses in rendering legal services to the LTD Committee as set forth in Exhibit C. Exhibit C sets forth in summary detail the expenses incurred during the Application Period (copies of invoices from EG's vendors are available for inspection upon request). Telecopying services completed in-house by EG were charged at $1.00 per page for outgoing facsimiles only. EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. In order

to more efficiently handle the voluminous copying of pleadings served and filed in this case, EG on occasion retained third-party duplication service providers. EG seeks reimbursement only for the actual expenses charged by such third-party service providers. Finally, EG seeks reimbursement for computer assisted research, which is the actual cost of such charges, if any.

18.    EG seeks reimbursement for its reasonable, necessary and actual expenses incurred during the Application Period for the total amount of $2,909.01

## LEGAL STANDARD

19.    Section 330(a)(l) of the Bankruptcy Code allows the payment of:

(A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).    Reasonableness of compensation is driven by the "market-driven approach" which considers the nature, extent and value of services provided by the professional and cost of comparable services in the non-bankruptcy contexts. *See Zolfo Cooper & Co. v. Sunbeam-Oster Co.*, 50 F.3d 253, 258 (3d Cir. 1995); *In re Busy Beaver Building Ctr., Inc.*, 19 F.3d 833, 849 (3d Cir, 1994). Thus, the "baseline rule is for films to receive their customary rates." *Zolfo Cooper*, 50 F.3d at 259.

20.    In accordance with its practices in non-bankruptcy matters, EG has calculated its compensation requested in their Application by applying the standard hourly rates. EG's calculation is based upon hourly rates that are well within the range of rates that are charged by comparable firms in similar bankruptcy cases. Accordingly, EG's rates should be determined to be reasonable under Section 330 of the Bankruptcy Code.

21.     EG's fees during the Application Period are also reasonable under the prevailing legal standard and should be allowed.  The amount of these fees is not unusual given the complexity, accelerated deadlines, aggressive sale schedule, and size of the Debtors' Chapter 11 Bankruptcy cases.  EG's fees are commensurate with fees that other attorneys of comparable experience and expertise have charged and been awarded in similar Chapter 11 cases. Accordingly, EG's fees are reasonable pursuant to Section 330 of the Bankruptcy Code.

22.     Section 330(a)(1)(B) of the Bankruptcy Code permits reimbursement for actual, necessary expenses.  EG's legal services and expenses incurred during the Application Period are set forth in this Application and constitute only those necessary expenses that were incurred for the benefit of the LTD Committee.  EG has properly requested reimbursement of only actual, necessary and appropriate legal expenses.

23.     Except as permitted by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), no agreement or understanding exists between EG and/or any third person for the sharing or division of compensation.  All of the services for which compensation is requested in this Application were rendered at the request of and solely on behalf of the LTD Committee.

24.     Pursuant to the standards set forth in Sections 330 and 331 of the Bankruptcy Code, EG submits that the compensation requested is for actual and necessary services and expenses, and is reasonable, based upon the nature, extent and value of such services, the time spent thereon, and the costs of comparable services in a case under the Bankruptcy Code.

25.     The time records annexed to this Application constitute only a general statement of the services rendered and time expended without description of the pressure and constraints under which EG actually rendered these services.  The considerable challenges of these

Bankruptcy Cases have been attended to and managed by EG at all levels, promptly, expertly, and often to the exclusion of the other matters in EG's office. EG submits, therefore, that its fees and expenses were actually, necessary, reasonable and justified, and should be allowed in full.

## NOTICE AND NO PRIOR APPLICATION

26.    No trustee or examiner has been appointed in this Chapter 11 case. Notice and service of this Application has been given to the Debtors; counsel to the Debtors; the UST; and counsel to the Official Committee of Unsecured Creditors pursuant to the Interim Compensation Order. Pursuant to the Bankruptcy Rule 2002(a)(6), Notice of this Application has also been given to all parties requesting notices. In light of the nature of the relief requested herein, EG submits that no further or other notice is required.

27.    No previous application for the relief sought herein has made to this or any other Court.

## VERIFICATION

28.    I am familiar with the work performed on behalf of the LTD Committee by the lawyers and paraprofessionals in the firm.

29.    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Local Rule.


*Remainder of page intentionally left blank.*


8

WHEREFORE, EG requests that its Application for fees in the amount of $68,413.25 and expenses in the amount of $2,909.01 be allowed and that if no objections are filed, 80% of the requested fees in the amount of $54,730.60 and 100% of the amount of $2,909.01 be paid for reimbursement of actual and necessary costs and expenses incurred during the Application Period, and further requests such other and further relief as the court may deem just and proper.

Dated: March 22, 2012
      Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of*
*Long Term Disability Participants*

# EXHIBIT A

**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS
RENDERING SERVICES FROM
FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Margaret S. Curran | Associate | 4.3 Hrs | $138/hr | $      591.25 |
| C. Liana Shaw | Paralegal | 18.9 Hrs | $225/hr | $ 4,252.50 |
| Theresa M. Snow | Paralegal | 17.0 Hrs | $225/hr | $ 3,825.00 |
| Debbie Simon | Associate | 6.6 Hrs | $260/hr | $ 1,716.00 |
| Margaret S. Curran | Associate | 22.4 Hrs | $275/hr | $ 6,160.00 |
| Rafael X. Zahralddin | Shareholder | 5.3 Hrs | $305/hr | $ 1,616.50 |
| Jonathan M. Stemerman | Associate | .2 Hrs | $375/hr | $       75.00 |
| Shelley A. Kinsella | Counsel | 49.9 Hrs | $420/hr | $20,958.00 |
| Rafael X. Zahralddin | Shareholder | 47.9 Hrs | $610/hr | $29,219.00 |

| | | | | |
|---|---|---|---|---|
| **Total:** | | **172.5 Hrs** | | **$68,413.25** |
| **Blended Rate:** | | **$396.60/hour** | | |

# EXHIBIT B


www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania  19422
EIN #23-2617189

Attn:  Accounts Payable
Nortel Networks
PO Box 13010
Suite 300

RTP NC  27709

March 22, 2012

Bill Number  107592

File Number  60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re:  In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through   February 29, 2012

Case Administration

| | | | | |
|---|---|---|---|---|
| 02/02/12 | CLS | [B110-] Update fee application chart memorandum (.3); update critical dates memorandum (.3); calendar all newly filed motions to attorney calendar (.3) | 0.90 Hrs | |
| 02/13/12 | CLS | [B110-] Preparation of service distribution for upcoming filing (.4); review and proof service list for duplicates, address errors and updates (.3); make corrections and revise accordingly (.3) | 1.00 Hrs | |
| 02/17/12 | CLS | [B110-] Prepare labels and supervise preparation of distribution to 2002 for upcoming service | 0.30 Hrs | |
| | Totals | | 2.20 Hrs | $495.00 |
| | Case Administration Totals | | 2.20 Hrs | $495.00 |

Meetings of and Communications with Creditors

| | | | |
|---|---|---|---|
| 02/02/12 | SAK | [B150-] Analyze multiple emails regarding discovery issues and update analysis chart accordingly | 0.70 Hrs |
| 02/06/12 | TMS | [B150-] Emails to/from C. Soriano regarding website registration and related documents | 0.10 Hrs |
| 02/08/12 | TMS | [B150-] Emails to/from B. Gallagher regarding NY meeting with Debtors and submit request for payment of airfare | 0.10 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 02/09/12 | TMS | [B150-] Emails and telephone conferences with W. Mann regarding travel to NYC for meeting with Debtors and scheduling trip | 0.40 Hrs |
| 02/10/12 | TMS | [B150-] Emails to/from M. Curran and Fay regarding miscellaneous documents | 0.10 Hrs |
| 02/13/12 | TMS | [B150-] Arrange M. Stutts travel to NYC and conferences and emails with M. Stutts regarding same | 0.40 Hrs |
| 02/14/12 | SAK | [B150-] Analyze multiple emails from LTD Participants; update analysis chart | 0.50 Hrs |
| 02/14/12 | SAK | [B150-] Email from D. Irish and update analysis chart | 0.10 Hrs |
| 02/14/12 | SAK | [B150-] Analyze email from M. Day and B.Gallagher's response; update analysis table | 0.20 Hrs |
| 02/16/12 | SAK | [B150-] Multiple emails from LTD Participants; update analysis chart | 0.30 Hrs |
| 02/16/12 | SAK | [B150-] Email from M. Loftus; update analysis chart and email from R. Zahralddin re same | 0.20 Hrs |
| 02/17/12 | SAK | [B150-] Email from B. Gallagher re M. Loftus status | 0.10 Hrs |
| 02/17/12 | TMS | [B150-] Numerous emails regarding stipulation (.3); review docket and file regarding same (.3); supplement stipulation (.2) | 0.80 Hrs |
| 02/23/12 | SAK | [B150-] Prepare for upcoming Committee call | 0.80 Hrs |
| 02/23/12 | SAK | [B150-] Committee conference call re upcoming meeting with Debtors | 1.70 Hrs |
| 02/23/12 | SAK | [B150-] Email exchange with R. Zahralddin and co-counsel re upcoming committee calls | 0.20 Hrs |
| 02/23/12 | TMS | [B150-] Email from D. Greer forwarding actuarial analysis and review of same (.1) attend conference call with Committee Professionals, LTD Committee, D. Greer and R. Winters regarding upcoming meeting with Debtors counsel (1.4) | 1.50 Hrs |
| 02/24/12 | SAK | [B150-] Telephone conference with Committee re upcoming meeting with Debtors | 0.60 Hrs |
| 02/24/12 | TMS | [B150-] Attend conference call with LTD Committee and S. Kinsella regarding meeting with Debtors counsel (.5); email to Cleary's office regarding attendees (.1) and email regarding coordination of telephonic appearance of meeting with Debtors' counsel (.1) | 0.70 Hrs |
| 02/24/12 | TMS | [B150-] Conference with S. Kinsella, email with D. Irish and email to M. Fleming regarding attendees on behalf of Debtors | 0.10 Hrs |
| 02/27/12 | TMS | [B150-] Emails to/from numerous LTD Participants regarding website registration and documents and update chart regarding same | 0.30 Hrs |
| 02/28/12 | RXZ | [B150-] Committee conference call | 0.50 Hrs |
| | Totals | | 10.40 Hrs | $3,585.50 |
| | Meetings of and Communications with Creditors Totals | | 10.40 Hrs | $3,585.50 |

EG Fee Applications

| | | | |
|---|---|---|---|
| 02/08/12 | SAK | [B170-] Analyze and revise Exhibit for Elliott Greenleaf's January fee application | 0.80 Hrs |
| 02/08/12 | TMS | [B170-] Supplement fee application exhibits | 1.00 Hrs |
| 02/14/12 | TMS | [B170-] Prepare exhibits for EG January fee application | 0.50 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 02/21/12 | CLS | [B170-] Prepare EG's 6th Fee Application (.8); prepare Notice (.3); prepare COS (.3); prepare fee charts (.5); prep distribution for filing (.6) | 2.50 Hrs | |
|---|---|---|---|---|
| 02/22/12 | CLS | [B170-] Review and make edits to Sixth Monthly Fee Application (.2); serve on Notice parties and 2002 Service List (1.2) | 1.40 Hrs | |
| 02/22/12 | SAK | [B170-] Finalize Elliott Greenleaf's 6th Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to L. Shaw re revisions to same (.1) | 0.50 Hrs | |
| 02/29/12 | CLS | [B170-] Prepare Notice to 2nd Quarterly Fee Application of Elliott Greenleaf (.7); prepare COS to Fee Application (.2); prepare distribution lists (.2) | 1.10 Hrs | |
| 02/29/12 | CLS | [B170-] E-mail correspondence between R. Zahralddin and T. Snow regarding EG 2nd Quarterly Fee Application | 0.10 Hrs | |
| 02/29/12 | SAK | [B170-] Email exchange with L. Shaw and T. Snow re preparation of quarterly fee application for Elliott Greenleaf | 0.10 Hrs | |
| | | Totals | 8.00 Hrs | $2,073.00 |
| | | EG Fee Applications Totals | 8.00 Hrs | $2,073.00 |

Fee Objections EGS

| 02/14/12 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 5th Monthly Fee Application and Certificate of Service | 0.20 Hrs | |
|---|---|---|---|---|
| | | Totals | 0.20 Hrs | $84.00 |
| | | Fee Objections EGS Totals | 0.20 Hrs | $84.00 |

Fee Applications and Invoices - Other

| 02/16/12 | SAK | [B175-] Analyze draft of A&M's 4th Monthly Fee Application and email exchange with R. Zahralddin re same | 0.30 Hrs | |
|---|---|---|---|---|
| 02/17/12 | CLS | [B175-] Review and discuss with R. Zahralddin of A&M's Second, Third and Fourth Fee Applications | 0.20 Hrs | |
| 02/21/12 | CLS | [B175-] Review e-mails regarding A&M fee application deadlines and dates, respond | 0.10 Hrs | |
| 02/21/12 | RXZ | [B175-] E-mails from A&M re: fee apps and forward same to S. Kinsella and L. Shaw | 0.30 Hrs | |
| 02/23/12 | CLS | [B175-] Prepare Notice to Second, Third and Fourth Fee Application of Alvarez & Marsal (.7); receive, review, proof and revise and assemble fee applications to Second, Third and Fourth Monthly Fee Application of Alvarez & Marsal (1.8); prepare COS to Fee Applications with service lists (.6); file monthly applications with Court (.6) prepare 2nd Quarterly Fee Application with updated filing information (.2); revise COS (.2) file Quarterly fee application with Court (.3); forward copies to D. Greer (.2); serve all monthly and quarterly fee applications (2.5) | 7.10 Hrs | |
| 02/23/12 | SAK | [B175-] Finalize Alvarez & Marsal's 2nd Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to L. Shaw re revisions to same (.1) | 0.50 Hrs | |
| 02/23/12 | SAK | [B175-] Finalize Alvarez and Marsal's 1st Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to L. Shaw re revisions to same (.1) | 0.50 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 02/23/12 | SAK | [B175-] Finalize Alvarez & Marsal's 3rd Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to L. Shaw re revisions to same (.1) | 0.50 Hrs | |
| 02/23/12 | TMS | [B175-] Supplement Alvarez & Marsal 2nd monthly fee application (.4); supplement Alvarez & Marsal 3rd monthly fee application (.4); supplement Alvarez & Marsal 4th monthly fee application (.4); assist/effectuate service of Alvarez & Marsal 2nd, 3rd, 4th and 2nd quarterly fee applications (1.5) | 2.70 Hrs | |
| | | Totals | 12.20 Hrs | $3,211.50 |
| | | Fee Applications and Invoices - Other Totals | 12.20 Hrs | $3,211.50 |

Fee Objections - Others

| 02/24/12 | SAK | [B176-] Multiple emails from L. Shaw re upcoming fee application deadlines | 0.10 Hrs | |
| 02/24/12 | CLS | [B176-] Calendar fee application deadlines re: 2nd, 3rd and 4th Monthly and Second Quarterly of Alvarez & Marsal | 0.30 Hrs | |
| | | Totals | 0.40 Hrs | $109.50 |
| | | Fee Objections - Others Totals | 0.40 Hrs | $109.50 |

Employee Benefits/Pensions

| 02/01/12 | SAK | [B220-] Email exchange with R. Zahralddin re negotiations with Debtors and 1114 issues; instructions from R. Zahralddin re same | 0.20 Hrs | |
| 02/01/12 | SAK | [B220-] Research re litigation issues | 3.20 Hrs | |
| 02/01/12 | SAK | [B220-] Email exchange with Committee members and M. Curran re PBGC issues | 0.20 Hrs | |
| 02/01/12 | TMS | [B220-] E-mail correspondence with V. Wilson regarding documents | 0.10 Hrs | |
| 02/01/12 | MSC | [B220-] Attend conference call with R. Zahralddin, LTD Committee member D. David and V. Murrell, attorney for PBGC assigned to Nortel plan | 0.80 Hrs | |
| 02/02/12 | SAK | [B220-] Research re benefits issues | 1.70 Hrs | |
| 02/02/12 | MSC | [B220-] Telephone call with R. Zahralddin regarding status of potential ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 Hrs | |
| 02/04/12 | MSC | [B220-] Read and analyze email from LTD Committee member regarding litigation theory (.1) and prepare response to LTD Committee regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 Hrs | |
| 02/06/12 | RXZ | [B220-] Committee call (1.6) prepare for same (.7) | 2.30 Hrs | |
| 02/06/12 | SAK | [B220-] Analyze emails from Committee members re benefit issues and response from M. Curran re same | 0.20 Hrs | |
| 02/06/12 | SAK | [B220-] Email from Committee member re social security issues; review attachment re same | 0.20 Hrs | |
| 02/06/12 | SAK | [B220-] Analyze multiple emails and multiple documents from Committee members re benefit issues | 0.20 Hrs | |
| 02/06/12 | TMS | [B220-] Assist committee members with inquiries concerning documents forwarded by LTD plan participants and related preparation for planned meeting with Debtors | 1.20 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 02/06/12 | MSC | [B220-] Attend telephone conference call of meeting of LTD Committee | 1.10 Hrs |
| 02/07/12 | RXZ | [B220-] E-mails and related correspondence from Debtors counsel re: meeting with debtors to discuss term sheet and related issues and related research (.3) and prepare correspondence and suggestions for committee and committee professionals (.3) | 0.60 Hrs |
| 02/08/12 | SAK | [B220-] Email exchange with co-counsel and Committee members re benefits issues and upcoming meeting with Debtors | 0.40 Hrs |
| 02/08/12 | RXZ | [B220-] Calls to and with L. Schweitzer re: 1114 process | 0.50 Hrs |
| 02/08/12 | RXZ | [B220-] Multiple calls and e-mails from individuals committee members re: proposal from debtors | 1.70 Hrs |
| 02/09/12 | SAK | [B220-] Email from M. Curran re retiree issues and analyze documents re same | 0.20 Hrs |
| 02/09/12 | SAK | [B220-] Multiple email exchanges with Debtors, co-counsel and Committee members re insurance issues | 0.60 Hrs |
| 02/09/12 | SAK | [B220-] Telephone conference call with PBGC re benefit issues | 0.60 Hrs |
| 02/09/12 | TMS | [B220-] Numerous emails regarding conference call with V. Murrell | 0.10 Hrs |
| 02/09/12 | MSC | [B220-] Attend telephone conference call with Attorney V. Murrell of the PBGC, R. Zahralddin and S. Kinsella regarding disability retirement under Nortel's pension plan | 0.60 Hrs |
| 02/09/12 | RXZ | [B220-] Analyze issues related to claims after termination (.8) prepare e-mails to committee re: same (.2) call with PBGC re: disability insurance and pension payments (.5) | 1.50 Hrs |
| 02/09/12 | RXZ | [B220-] Calls and e-mails from multiple committee members re: proposal | 2.30 Hrs |
| 02/13/12 | CLS | [B220-] Respond to call from R. Zahralddin to set up conference call for Committee (.2); set call up and e-mailed Margaret Curran regarding same (.1) | 0.30 Hrs |
| 02/13/12 | MSC | [B220-] Attend telephone conference call of LTD Committee | 0.90 Hrs |
| 02/13/12 | RXZ | [B220-] Committee Conference Call | 3.00 Hrs |
| 02/13/12 | RXZ | [B220-] Prepare for committee conference call | 0.70 Hrs |
| 02/13/12 | RXZ | [B220-] E-mails to and from M. Fleming re: committee questions for Aetna | 0.20 Hrs |
| 02/13/12 | RXZ | [B220-] E-mails to and from M. Curran re: severance issues and related follow up | 0.30 Hrs |
| 02/14/12 | SAK | [B220-] Email from D. Greer re liability calculations | 0.20 Hrs |
| 02/14/12 | SAK | [B220-] Multiple emails from M. Curran re severance issues and email exchanges with co-counsel re same | 0.40 Hrs |
| 02/14/12 | SAK | [B220-] Analyze documents forwarded by Committee members re vesting | 0.20 Hrs |
| 02/14/12 | SAK | [B220-] Analyze email from D. Greer re status of analysis and related email exchanges | 0.30 Hrs |
| 02/14/12 | SAK | [B220-] Multiple email exchanges re ERISA issues | 0.20 Hrs |
| 02/14/12 | SAK | [B220-] Email exchange with Committee members re social security offset issues | 0.20 Hrs |
| 02/14/12 | SAK | [B220-] Analyze emails and attachment from M. Curran re retiree benefits | 0.20 Hrs |
| 02/14/12 | TMS | [B220-] Numerous emails from M. Curran, R. Zahralddin, M. Stutts, D. Jones regarding severance and claims issues | 0.20 Hrs |
| 02/14/12 | RXZ | [B220-] Call with D. Simon re: severance issues | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 02/14/12 | MSC | [B220-] Responded to request from LTD Committee regarding potential ADA claim (.4); reviewed email communications between litigation team regarding severance benefits (.4); legal research for ███████ and Third Circuit case law interpreting ███████ (.2) | 1.00 Hrs |
|---|---|---|---|
| 02/14/12 | RXZ | [B220-] Analyze severance issue (.7) analyze record and notes from M. Curran (.7) analyze D. Simon analysis of severance issue (.3) prepare e-mail to M. Curran and D. Simon re: same for update and distribution to committee (.3) | 2.00 Hrs |
| 02/14/12 | DHS | [B220-] Telephone conference concerning impact of severance issue and relationship between severance plan and termination ███████ (.40) and thereafter researching labor statutes for ███████ and preparing analysis of issue relating to claims to LTD participants (3.0) | 3.40 Hrs |
| 02/15/12 | SAK | [B220-] Email exchange with Committee members re severance issues | 0.20 Hrs |
| 02/15/12 | MSC | [B220-] Confer with D. Simon regarding termination notice sent by Nortel to LTD group in June 2010 about the severance allowance plan (.3); drafted email to M. Fleming requesting plan documents for severance allowance plan (.1) | 0.40 Hrs |
| 02/15/12 | DHS | [B220-] Researching ███████ | 3.20 Hrs |
| 02/16/12 | SAK | [B220-] Emails from D. David and M. Curran re benefit issues | 0.10 Hrs |
| 02/16/12 | MSC | [B220-] Attend telephone conference call with Alvarez & Marsal professions regarding Social Security offset as applied to LTD benefits | 0.80 Hrs |
| 02/16/12 | MSC | [B220-] Review and analyze documents provided by LTD participant A. Vennemann to determine relevance to ███████ | 0.70 Hrs |
| 02/16/12 | TMS | [B220-] Analyze and organize materials forwarded by LTD participants regarding benefits ███████ | 4.20 Hrs |
| 02/16/12 | TMS | [B220-] Analyze record and notes from R. Zahralddin and update stipulation for 1114 protections with information from analysis of record | 0.50 Hrs |
| 02/16/12 | RXZ | [B220-] Prepare outline for draft stipulation for procedures for LTD Committee participation in 1114 process (.7) update and analyze T. Snow drafts and provide instructions re: same (1.3) further analysis of provisions re: buffer for LTD Participants needing uninterrupted access to care (.8) | 2.80 Hrs |
| 02/16/12 | TMS | [B220-] Supplement stipulation and agreed order regarding participation and process for long term disability plan participants in 11 U.S.C. § 1114 and related review of docket | 0.30 Hrs |
| 02/17/12 | SAK | [B220-] Email exchanges with co-counsel and Committee re population issues | 0.10 Hrs |
| 02/17/12 | SAK | [B220-] Analyze document re social security issues | 0.20 Hrs |
| 02/17/12 | SAK | [B220-] Email exchange with co-counsel re tax issues | 0.20 Hrs |
| 02/17/12 | CLS | [B220-] Review and proof Stipulation and Agreed Order Regarding Participation and Process for Long Term Disability Plan Participants (.2) | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 02/17/12 | TMS | [B220-] Email from B. Gallagher regarding social security and LTD benefits (.1); analyze related record (.6) emails to Committee professionals regarding same (.1) | 0.80 Hrs |
| 02/20/12 | SAK | [B220-] Email exchange re social security issues | 0.30 Hrs |
| 02/20/12 | MSC | [B220-] Attend conference call with LTD Committee (1.0); reviewed SPDs from 1999 through 2010 to determine the effect of the Social Security family benefit as an offset to LTD benefits and prepared email communication to Alvarez & Marsal professionals regarding same, researched Social Security regulations to identify formula by which family benefit is calculated and prepared email communication to Alvarez & Marsal professionals regarding same (2.0); reviewed list of developed questions for Nortel and Aetna in advance of February 27, 2012 meeting and provided suggested supplementation of questions (.7) | 3.70 Hrs |
| 02/20/12 | RXZ | [B220-] Committee call (1.4) prepare for same (.6) edit drafts of questions from A&M and committee members and prepare final list of questions for AETNA and Nortel (1.4) | 3.40 Hrs |
| 02/20/12 | RXZ | [B220-] Analyze updated questions by A&M and Committee for Nortel and Aetna re: proposal and health plan (.5) prepare updated drafts of questions and edit same (.4) | 0.90 Hrs |
| 02/20/12 | RXZ | [B220-] Further feed back from D. Greer and M. Curran (.3) and update questions for Nortel and Aetna for proposal discussion (.6) | 0.90 Hrs |
| 02/21/12 | SAK | [B220-] Analyze email and memo from M. Curran re social security issues | 0.20 Hrs |
| 02/21/12 | SAK | [B220-] Analyze email from Debtors re Committee's questions and Aetna's participation in connection to upcoming meeting | 0.20 Hrs |
| 02/21/12 | MSC | [B220-] Review and analyze documents provided to LTD Committee by members of LTD beneficiaries group to determine whether any document supports potential ERISA litigation strategy | 0.80 Hrs |
| 02/21/12 | RXZ | [B220-] E-mails to and from opposing counsel re: Aetna and meeting (.3) follow up and calls with counsel to retiree committee (.3) meeting with EG team re: Aetna participation (.2) follow up call with N. Berger and e-mails to Aetna contact T. Lieb re: meeting and related questions from committee (.3) e-mail from N. Berger to T. Lieb with questions from Retiree Committee (.2) | 1.30 Hrs |
| 02/22/12 | SAK | [B220-] Email exchange with co-counsel re SAP documents and related matters | 0.20 Hrs |
| 02/22/12 | MSC | [B220-] Review and analyze emails from LTD Committee members regarding developing list of questions for Aetna and Nortel in preparation for 2/27/12 meeting | 0.40 Hrs |
| 02/23/12 | SAK | [B220-] Analyze actuarial analysis | 0.30 Hrs |
| 02/23/12 | SAK | [B220-] Email exchange re life insurance issues | 0.10 Hrs |
| 02/23/12 | SAK | [B220-] Email exchange re social security issues | 0.20 Hrs |
| 02/23/12 | MSC | [B220-] Attend telephone conference call with Official LTD Committee in preparation for 2/27/12 meeting with Nortel | 2.60 Hrs |
| 02/23/12 | RXZ | [B220-] Call with committee in preparation for 1114 meeting (1.7) prepare for same and analyze record on open issues (1.2) | 2.90 Hrs |
| 02/24/12 | SAK | [B220-] Analyze email from B. Gallagher re Canadian proceedings | 0.10 Hrs |
| 02/24/12 | SAK | [B220-] Analyze responses from Aetna | 0.20 Hrs |
| 02/24/12 | TMS | [B220-] E-mail from R. Zahralddin re: Aetna responses to committee, analyze same and forward to committee and committee professionals | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Init | Description | Hours | |
|---|---|---|---|---|
| 02/27/12 | RXZ | [B220-] Meetings with LTD Committee members prior to negotiation with Debtors and Unsecured Creditors Committee | 3.30 Hrs | |
| 02/27/12 | RXZ | [B220-] Meetings w/ Debtors and Unsecured Creditors Committee re: 1114 proposal and related follow up | 3.00 Hrs | |
| 02/27/12 | RXZ | [B220-] Travel time to New York to meet with Debtors and UCC (2.5) from NY home (2.8) | 5.30 Hrs | |
| 02/27/12 | SAK | [B220-] Attend meeting with Debtors telephonically | 2.60 Hrs | |
| 02/27/12 | SAK | [B220-] Analyze letter to Retiree Committee from Debtors | 0.30 Hrs | |
| 02/27/12 | SAK | [B220-] Analyze emails and attachments from Committee members re benefit issues | 0.30 Hrs | |
| 02/27/12 | MSC | [B220-] Travel time from Philadelphia to New York for meeting with Nortel at Cleary Gottlieb (1.5); travel time from New York to Philadelphia (2.8) | 4.30 Hrs | |
| 02/27/12 | MSC | [B220-] Meeting with LTD Committee members prior to scheduled meeting with Nortel to review issues for discussion (3.0); attend meeting with Nortel (3.5); meet and confer with S. Cannon from Aetna, meet and confer with LTD Committee and Alvarez & Marsal professionals, and Retiree Committee after group meeting (1.1) | 7.60 Hrs | |
| 02/29/12 | SAK | [B220-] Email from D. Jones re benefit; review documents and email exchange with co-counsel re same | 0.30 Hrs | |
| 02/29/12 | MSC | [B220-] Prepared communication to LTD Committee regarding nature of ▉▉▉▉▉ based on available plan documents as precipitated by information received by an LTD Committee member about ▉▉▉▉▉ available to LTD participants. | 0.40 Hrs | |
| 02/29/12 | RXZ | [B220-] Calls and e-mails re: Trade Adjustment Assistance Act and relief for long term disabled | 0.40 Hrs | |
| 02/29/12 | RXZ | [B220-] Multiple e-mails from M. Curran and committee members and related record analysis re: ▉▉▉▉▉ | 0.60 Hrs | |
| | | Totals | 97.30 Hrs | $39,788.75 |
| | | Employee Benefits/Pensions Totals | 97.30 Hrs | $39,788.75 |

Financing/Cash Collections

| Date | Init | Description | Hours | |
|---|---|---|---|---|
| 02/03/12 | TMS | [B230-] E-mails to and from M. Cook re: estimate on fees for budgets for DIP and preparation of same | 0.30 Hrs | |
| | | Totals | 0.30 Hrs | $67.50 |
| | | Financing/Cash Collections Totals | 0.30 Hrs | $67.50 |

Claims Administration and Objections

| Date | Init | Description | Hours | |
|---|---|---|---|---|
| 02/23/12 | SAK | [B310-] Analyze claim summary forwarded by Debtors | 0.20 Hrs | |
| | | Totals | 0.20 Hrs | $84.00 |
| | | Claims Administration and Objections Totals | 0.20 Hrs | $84.00 |

Court Hearings

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 02/03/12 | CLS | [B430-] Update critical date memorandum, calendar all motions filed, deadlines, hearings and fee applications | 0.70 Hrs |
| 02/07/12 | SAK | [B430-] Review Notice of Agenda for 02/09/12 hearing | 0.10 Hrs |
| 02/07/12 | SAK | [B430-] Analyze Amended Notice of Agenda for 02/09/12 hearing | 0.10 Hrs |
| 02/07/12 | RXZ | [B430-] Analyze various e-mails re: omnibus dates questions and forward to L. Shaw for handling | 0.20 Hrs |
| 02/08/12 | CLS | [B430-] Receive, review and download Omnibus Hearing Dates for the 2012 year and calendar accordingly to all professionals (1.0); update critical dates memorandum (.6) | 1.60 Hrs |
| 02/08/12 | SAK | [B430-] Multiple emails from L. Shaw re upcoming hearing deadlines | 0.10 Hrs |
| 02/10/12 | CLS | [B430-] Update critical dates Fee Application Memorandum (.3); Delaware critical dates calendar (.3); | 0.60 Hrs |
| 02/17/12 | CLS | [B430-] Receive, review, summarize and forward to Nortel professionals the Notice of hearing with the new objections deadlines with respect to certain parties and the new hearing date (.4) | 0.40 Hrs |
| 02/17/12 | SAK | [B430-] Analyze Notice of Agenda for 02/23/12 hearing | 0.10 Hrs |
| 02/24/12 | SAK | [B430-] Instructions to T. Snow re preparations for upcoming meeting | 0.20 Hrs |

| | | | |
|---|---|---|---|
| Totals | | 4.10 Hrs | $1,116.50 |
| Court Hearings Totals | | 4.10 Hrs | $1,116.50 |

Litigation

| | | | |
|---|---|---|---|
| 02/02/12 | RXZ | [B600-] Call with M. Curran re: litigation memo for committee | 0.40 Hrs |
| 02/02/12 | SAK | [B600-] Research re litigation issues | 1.90 Hrs |
| 02/02/12 | SAK | [B600-] Analyze memo from M. Curran re potential litigation issues and email re same | 0.20 Hrs |
| 02/03/12 | SAK | [B600-] Continue research re potential litigation issues | 4.30 Hrs |
| 02/03/12 | SAK | [B600-] Emails from Committee members re potential litigation issues | 0.20 Hrs |
| 02/06/12 | SAK | [B600-] Email from T. Snow re discovery requests | 0.10 Hrs |
| 02/06/12 | SAK | [B600-] Analyze letter from L. Schweitzer re discovery dispute | 0.20 Hrs |
| 02/06/12 | SAK | [B600-] Conference with R. Zahralddin re additional litigation issues and instructions re same (.4); research (3.1) | 3.50 Hrs |
| 02/07/12 | SAK | [B600-] Email from M. Fleming re upcoming negotiations with Debtors | 0.10 Hrs |
| 02/07/12 | SAK | [B600-] Research regarding litigation issues | 4.40 Hrs |
| 02/07/12 | RXZ | [B600-] Analyze issues related to Debtors counsel letter that committee not formed or participating in 1114 process and review related research | 1.60 Hrs |
| 02/08/12 | SAK | [B600-] Conference with R. Zahralddin re upcoming negotiation meeting with Debtors and instructions re same | 0.20 Hrs |
| 02/08/12 | SAK | [B600-] Prepare materials re litigation research | 0.60 Hrs |
| 02/14/12 | SAK | [B600-] Multiple emails from Committee members re proposed questions for upcoming meeting with Debtors | 0.20 Hrs |
| 02/14/12 | SAK | [B600-] Multiple email exchanges re potential claim issues | 0.50 Hrs |
| 02/15/12 | RXZ | [B600-] Call with M. Curran re: ███████████ (.2) and related follow up (.2) | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 02/16/12 | SAK | [B600-] Prepare for upcoming meeting with Debtors and instructions to T. Snow re same | 1.80 Hrs |
| 02/16/12 | SAK | [B600-] Analyze letter from Debtors re discovery requests; instructions and email exchange with T. Snow re same | 0.20 Hrs |
| 02/16/12 | SAK | [B600-] Analyze Debtors' discovery responses | 0.40 Hrs |
| 02/16/12 | SAK | [B600-] Email from M. Fleming re discovery | 0.10 Hrs |
| 02/16/12 | SAK | [B600-] Instructions to T. Snow re received documents; email re same | 0.20 Hrs |
| 02/16/12 | SAK | [B600-] Review draft of 1114 stipulation and comments to R. Zahralddin re same | 0.40 Hrs |
| 02/16/12 | TMS | [B600-] Review spreadsheets with reclaim information for the LTD participants provided by Debtors' (M. Fleming) February 15, 2012 letter (.3) and email to M. Curran, D. Greer, and R. Winters regarding same (.1) | 0.30 Hrs |
| 02/20/12 | SAK | [B600-] Analyze and revise questions for Debtors related to upcoming meeting | 0.20 Hrs |
| 02/21/12 | SAK | [B600-] Research re ███████████████████ and email instructions from R. Zahralddin re same | 0.50 Hrs |
| 02/22/12 | SAK | [B600-] Prepare for upcoming meeting with Debtors pursuant to instructions from R. Zahralddin | 1.80 Hrs |
| 02/23/12 | SAK | [B600-] Analyze Debtors' partial responses to Committee questions | 0.20 Hrs |
| 02/24/12 | SAK | [B600-] Telephone conferences with R. Zahralddin re upcoming meeting | 0.20 Hrs |
| 02/24/12 | SAK | [B600-] Preparations for upcoming meeting with Debtors | 2.20 Hrs |
| 02/26/12 | RXZ | [B600-] Prepare for meeting with Debtors, analyze issues, and review related record, including memos and comments on ███████████████ ████████████ | 9.50 Hrs |
| 02/28/12 | CLS | [B600-] Review status of litigation development in department meeting | 0.10 Hrs |
| 02/28/12 | SAK | [B600-] Email from M. Fleming re confidentiality issues | 0.10 Hrs |
| 02/28/12 | JXS | [B600-] Meeting with R. Zahralddin and S. Kinsella re: case status and strategy | 0.20 Hrs |

|  | Totals | 37.20 Hrs | $17,798.00 |
| Litigation Totals | | 37.20 Hrs | $17,798.00 |

TOTAL LEGAL SERVICES $68,413.25

## LEGAL SERVICES SUMMARY

| CURRAN, MARGARET S. | 4.30 Hrs | 138 /hr | $591.25 |
| Shaw, C. Liana | 18.90 Hrs | 225 /hr | $4,252.50 |
| Snow, Theresa M | 17.00 Hrs | 225 /hr | $3,825.00 |
| SIMON, DEBBIE H. | 6.60 Hrs | 260 /hr | $1,716.00 |
| CURRAN, MARGARET S. | 22.40 Hrs | 275 /hr | $6,160.00 |
| Zahralddin-Aravena, Rafael X. | 5.30 Hrs | 305 /hr | $1,616.50 |
| Stemerman, Jonathan M. | 0.20 Hrs | 375 /hr | $75.00 |
| Kinsella, Shelley A. | 49.90 Hrs | 420 /hr | $20,958.00 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Zahralddin-Aravena, Rafael X. | 47.90 Hrs | 610 /hr | $29,219.00 |
|---|---|---|---|
| | 172.50 Hrs | | $68,413.25 |

**Reimbursement for out of pocket expenses**

COPYING

| 02/14/12 | [] Device Cost | 12.00 |
|---|---|---|
| 02/14/12 | [] Device Cost | 16.40 |
| 02/14/12 | [] Device Cost | 10.50 |
| 02/14/12 | [] Device Cost | 0.20 |
| 02/22/12 | [] Device Cost | 6.20 |
| 02/22/12 | [] Device Cost | 33.30 |
| 02/22/12 | [] Device Cost | 29.00 |
| 02/23/12 | [] Device Cost | 25.90 |
| 02/23/12 | [] Device Cost | 62.10 |
| 02/23/12 | [] Device Cost | 8.30 |
| 02/23/12 | [] Device Cost | 159.60 |
| 02/23/12 | [] Device Cost | 132.40 |
| 02/29/12 | [] Device Cost | 8.70 |

$504.60

DELIVERY/COURIER SERVICE

| 02/08/12 | [] RELIABLE WILMINGTON---INV #WL031681 DTD 01/31/12: PROFESSIONAL SERVICE PERIOD: 01/16-01/31/12: 48 HD ON 1/19/12 FOR SAK | 360.00 |
|---|---|---|
| 02/22/12 | [] RELIABLE WILMINGTON---INV #WL032000 DTD 02/15/12: PROFESSIONAL SERVICE PERIOD: 02/01-02/15/12: 37 HD ON 2/14/12 FOR SAK | 277.50 |
| 02/22/12 | [] RELIABLE WILMINGTON---INV #WL032000 DTD 02/15/12: PROFESSIONAL SERVICE PERIOD: 02/01-02/15/12: 2 HD ON 2/15/12 FOR SAK | 15.00 |

$652.50

DOCKETS

| 02/06/12 | [] PACER SERVICE CENTER (DE)---INV # 10/01/11-12/31/11 DTD 01/04/12: DOCKET RETRIEVAL FOR THE PERIOD: 10/01/11-12/31/11 | 122.16 |
|---|---|---|
| 02/06/12 | [] PACER SERVICE CENTER (BB)---INV# 10/01/11-12/31/11 DTD 01/04/12: DOCKET RETRIEVAL FOR THE PERIOD: 10/01/11-12/31/11 | 7.28 |

$129.44

POSTAGE

| 02/14/12 | [] Postage | 158.00 |
|---|---|---|

(Nortel) Official Committee of Long Term Disability Plan Participants

| 02/22/12 | [] Postage | 158.00 | |
|---|---|---|---|
| | | | $316.00 |

**TELEPHONE**

| 02/22/12 | [] THE CONFERENCE GROUP, LLC—INV#134 - JAN 2012 DTD 02/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 01/01/12-01/31/12 CONFERENCE ON 01/13/12 | 18.09 | |
|---|---|---|---|
| 02/22/12 | [] THE CONFERENCE GROUP, LLC—INV#134 - JAN 2012 DTD 02/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 01/01/12-01/31/12 CONFERENCE ON 01/16/12 | 18.74 | |
| 02/22/12 | [] THE CONFERENCE GROUP, LLC—INV#134 - JAN 2012 DTD 02/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 01/01/12-01/31/12 CONFERENCE ON 01/23/12 | 5.10 | |
| 02/22/12 | [] THE CONFERENCE GROUP, LLC—INV#134 - JAN 2012 DTD 02/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 01/01/12-01/31/12 CONFERENCE ON 01/23/12 | 42.60 | |
| 02/22/12 | [] THE CONFERENCE GROUP, LLC—INV#134 - JAN 2012 DTD 02/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 01/01/12-01/31/12 CONFERENCE ON 01/30/12 | 82.26 | |
| | | | $166.79 |

**TRAVEL - AIRLINE**

| 02/09/12 | [] BUSINESS CARD (VISA—US AIRWAYS)—INV #02/20/12 DTD 02/20/12 MONTHLY EXPENSES FOR THE PERIOD: 01/21/12-02/20/12 PRICELINE.COM—AIRFARE FOR WENDY MANN TO TRAVEL TO NYC ON 02/27/12 TO ATTEND MEETING WITH DEBTORS | 490.48 | |
|---|---|---|---|
| | | | $490.48 |

**TRAVEL - AIRLINE**

| 02/22/12 | [] BARBARA GALLAGHER---INV #02/22-02/29/12 (60351-001) DTD 02/08/12 RE: WITNESS - AIRFARE TO NEW YORK FOR MEETING WITH DEBTORS PERIOD: 02/22-02/29/12 | 649.20 | |
|---|---|---|---|
| | | | $649.20 |
| | Total Reimbursement for out of pocket expenses | | $2,909.01 |

| | TOTAL THIS BILL | $71,322.26 |
|---|---|---|

**PREVIOUS BILLS OUTSTANDING**

| 105234 | 12/07/11 | 9,834.50 |
|---|---|---|
| 106159 | 01/19/12 | 7,832.90 |
| 106827 | 02/21/12 | 66,715.00 |
| | | $84,382.40 |

| | GRAND TOTAL DUE | $155,704.66 |
|---|---|---|

Page 12

(Nortel) Official Committee of Long Term Disability Plan Participants

**PREVIOUS  BILLS  OUTSTANDING**

| | | |
|---|---|---|
| 105234 | 12/07/11 | 9,834.50 |
| 106159 | 01/19/12 | 7,832.90 |
| 106827 | 02/21/12 | 66,715.00 |
| | | $84,382.40 |

**TOTAL DUE**     **$155,704.66**

(Nortel) Official Committee of Long Term Disability Plan Participants

## Task Billing Summary Page

Re:  In re Nortel 09-10138(KG)

|  | Current Bill |
|---|---|
| Case Administration | |
|  | $495.00 |
| Subtotals | $495.00 |
| Meetings of and Communications with Creditors | |
|  | $3,585.50 |
| Subtotals | $3,585.50 |
| EG Fee Applications | |
|  | $2,073.00 |
| Subtotals | $2,073.00 |
| Fee Objections EGS | |
|  | $84.00 |
| Subtotals | $84.00 |
| Fee Applications and Invoices - Other | |
|  | $3,211.50 |
| Subtotals | $3,211.50 |
| Fee Objections - Others | |
|  | $109.50 |
| Subtotals | $109.50 |
| Employee Benefits/Pensions | |
|  | $39,788.75 |
| Subtotals | $39,788.75 |
| Financing/Cash Collections | |
|  | $67.50 |
| Subtotals | $67.50 |
| Claims Administration and Objections | |
|  | $84.00 |
| Subtotals | $84.00 |
| Court Hearings | |
|  | $1,116.50 |
| Subtotals | $1,116.50 |
| Litigation | |

(Nortel) Official Committee of Long Term Disability Plan Participants

|  |  |
|---|---|
|  | $17,798.00 |
| Subtotals | $17,798.00 |
| Totals | $68,413.25 |

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.

**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED
PLEASE CONTACT PAT ROONEY AT (215) 977-1014***

In re: Nortel Networks, Inc, et al.

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| | | Previous Billed | Current Bill | Total |
|---|---|---|---|---|
| Asset Disposition | $ | 104.50 | $0.00 | $104.50 |
| Case Administration | $ | 257.50 | $495.00 | $752.50 |
| Meetings of and Communications with Cred. | $ | 13,565.00 | $3,585.50 | $17,150.50 |
| EG Retention | $ | 14,056.00 | $0.00 | $14,056.00 |
| Employment & Retention Application Other | $ | 9,113.00 | $0.00 | $9,113.00 |
| EG Fee Applications | $ | 8,828.00 | $2,073.00 | $10,901.00 |
| EG Fee Objections | $ | 1,685.50 | $84.00 | $1,769.50 |
| Fee Applications – Others | $ | 4,461.50 | $3,211.50 | $7,673.00 |
| Fee Objections - Others | $ | 620.00 | $109.50 | $729.50 |
| Non-Working Travel | $ | $0.00 | $0.00 | $0.00 |
| Business Operations | $ | 427.00 | $0.00 | $427.00 |
| Employee Benefits/Pensions | $ | 85,865.50 | $39,788.75 | $125,654.25 |
| Claims Administration | $ | 328.00 | $84.00 | $412.00 |
| Plan and Disclosure Statement | $ | 1,057.00 | $0.00 | $1,057.00 |
| Court Hearings | $ | 5,689.00 | $1,116.50 | $6,805.50 |
| Litigation | $ | 61,689.00 | $17,798.00 | $79,487.00 |
| Labor Issues | $ | 104.50 | $0.00 | $104.50 |
| Research | $ | 90.00 | $0.00 | $90.00 |
| Financing/Cash Collections | $ | - | $67.50 | $67.50 |
| Total | $ | 207,941.00 | $68,413.25 | $276,354.25 |

# EXHIBIT C

**SUMMARY OF EXPENSES FOR THE PERIOD**
**FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| Expense Category | Total Expenses |
|---|---|
| Copying[1] | $   504.60 |
| Delivery/Courier | $   652.50 |
| Dockets | $   129.44 |
| Postage | $   316.00 |
| Telephone | $   166.79 |
| Travel/Airline | $1,139.68 |
| **TOTAL THIS BILL:** | **$2,909.01** |

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines.  Detailed copy charges are listed in Exhibit B.

2