# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[2] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objection Deadline: June 20, 2012 @ 4:00 PM** |
|  | ) | **Hearing Date:  Only if Objections Filed** |

### NOTICE OF NINTH MONTHLY APPLICATION
### OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL
### COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES
### FOR THE PERIOD APRIL 1, 2012 THROUGH APRIL 30, 2012

TO:    The Notice Parties as defined in the *Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (the "Interim Compensation Order") (Docket No. 222).  Parties receiving Notice in the above-captioned matter pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") shall receive this Notice only.

PLEASE TAKE NOTICE that Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants in the above-captioned cases, has filed the **Ninth Monthly Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the Period April 1, 2012 through April 30, 2012** (the "Application").  The Application seeks the allowance of fees in the amount of **$84,933.00 (80%, $67,946.40)** and expenses in the amount of **$649.71** for the period **April 1, 2012 through and including April 30, 2012** and payment of 80% of fees in the amount of **$67,946.40** and 100% of the expenses in the amount of **$649.71** pursuant to the Interim Compensation Order.  The Application has been filed and served on the Notice Parties pursuant to the Interim Compensation Order.  Notice of the Application has been filed and served on all parties requesting notice pursuant to Bankruptcy Rule 2002.

---

[2]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Date: 5/31/12

Docket No.: 7753

PLEASE TAKE FURTHER NOTICE that Objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or **before June 20, 2012 at 4:00 p.m. (prevailing Eastern Time)**, and a copy served upon the following parties so as to be **received no later than 4:00 p.m. (prevailing Eastern Time) on June 20, 2012:**

(i) the Debtors, Nortel Networks, Inc., Attn: Accounts Payable, P.O. Box 13010, RTP, NC 27709; (ii) Counsel for the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn:  James L. Bromley, Esquire); (iii) Local Counsel for the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attention:  Derek C. Abbott, Esquire); (iv) Counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A. 920 N. King Street, One Rodney Square Wilmington, Delaware 19801 (Attention: Christopher M. Samis, Esquire and Drew M. Sloan, Esquire; (v) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attention:  Thomas P. Tinker, Esquire); (vi) Counsel for the Official Committee of Long Term Disability Plan Participants, Elliott Greenleaf, 1105 North Market Street, Suite 1700, Wilmington, Delaware  19801 (Attention: Rafael X. Zahralddin-Aravena); (vii) Counsel for the Official Committee of Retirees, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attention Albert Togut, Esquire); and (viii) Local Counsel for the Official Committee of Retirees, McCarter & English LLP, Renaissance Centre, 405 North King Street, 8th Floor, Wilmington, Delaware 19801 (Attention:  William F. Taylor, Esquire) (collectively, the "Notice Parties").

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE ABOVE-CAPTIONED DEBTORS WILL BE AUTHORIZED TO PAY EIGHTY PERCENT (80%) OF REQUESTED FEES AND ONE HUNDRED (100%) OF REQUESTED EXPENSES WITHOUT FURTHER COURT ORDER.

PLEASE TAKE FURTHER NOTICE THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE PURSUANT TO THE INTERIM COMPENSATION ORDER, WILL A HEARING BE HELD ON THE APPLICATION.

Dated: May 31, 2012            **ELLIOTT GREENLEAF**
       Wilmington, Delaware

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399
Email:  rxza@elliottgreenleaf.com
Email:  sak@elliottgreenleaf.com

*Counsel to the Official Committee of*
*Long Term Disability Participants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: June 20, 2012 @ 4:00 PM** |
| | ) | **Hearing Date: Only if Objections Filed** |

## NINTH MONTHLY APPLICATION OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2012 THROUGH APRIL 30, 2012

| | |
|---|---|
| Name of Applicant: | Elliott Greenleaf |
| Authorized to Provide Professional Services to: | Official Committee of Long Term Disability Participants |
| Date of Retention: | *Nunc Pro Tunc* to August 2, 2011 |
| Period for which compensation and reimbursement is sought: | April 1, 2012 through April 30, 2012 |
| Amount of Compensation sought as actual, reasonable and necessary: | $84,933.00 (80%, $67,946.40) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $649.71 |

This is a: ___x__ monthly: ____ interim ___ final application

The total time expended for fee application preparation is approximately 8.0 hours and the corresponding compensation requested is approximately $1,998.00.

If this is not the first application filed, disclose the following for each prior application:

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| Fee Application Covered Dates, Date Filed, Doc. No. | Total Fee Request | Total Expense Request | Certificate of No Objection/ Certification of Counsel Filing Date, Doc. No. | Total Amount of Fees Approved to Date via Certificate of No Objection (80%) | Total Amount of Expenses Approved to Date via Certificate of No Objection (100%) | Amount of Holdback Fees |
|---|---|---|---|---|---|---|
| 8/2/2011-8/31/2011 11/2/2011 (Docket No. 6708) | $59,704.50 | $457.80 | 11/2/2011 (Docket No. 6872) | $47,763.60 | $457.80 | $11,940.90 |
| 9/1/2011-9/30/2011 11/2/2011 (Docket No. 6709) | $53,242.00 | $4,946.63 | 11/28/2011 (Docket No. 6875) | $42,593.60 | $4,946.63 | $10,648.40 |
| 10/1/2011-10/31/2011 11/10/2011 (Docket No. 6749) | $48,812.00 | $1,402.14 | 12/2/2011 (Docket No. 6902) | $39,049.60 | $1,402.14 | $9,762.40 |
| 11/1/2011-11/30/2011 12/6/2011 (Docket No. 6926) | $49,172.50 | $3,299.99 | 12/29/2011 (Docket No. 7052) | $39,338.00 | $3,299.99 | $9,834.50 |
| 12/1/2011-12/31/2011 1/19/2012 (Docket No. 7106) | $39,164.50 | $11,092.89 | 2/14/2012 (Docket No. 7212) | $31,331.60 | $2,927.70 | $11,092.89 |
| 1/1/2012-1/31/2012 2/22/2012 (Docket No. 7243) | $62,379.50 | $4,335.50 | 3/15/2012 (Docket No. 7384) | $49,903.60 | $4,335.50 | $12,475.90 |
| 2/1/2012 – 2/29/2012 3/22/2012 (Docket No. 7437) | $84,933.00 | $649.71 | 4/13/2012 (Docket No. 7529) | $67,946.40 | $649.71 | $13,682.65 |
| 3/1/2012-3/31/2012 5/29/2012 Docket No. 7706 | $61,815.50 | $1,866.59 | 6/20/2012 (Docket No. TBD | TBD | TBD | TBD |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objection Deadline:  June 20, 2012 @ 4:00 PM** |
|  | ) | **Hearing Date:  Only if Objections Filed** |

### NINTH MONTHLY APPLICATION
### OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL
### COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS,
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
### FOR THE PERIOD APRIL 1, 2012 THROUGH APRIL 30, 2012

Elliott Greenleaf ("EG"), counsel to the Official Committee of Long Term Disability Participants (the "LTD Committee") of the above-captioned debtors (the "Debtors"), hereby submits this *Ninth Monthly Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the period April 1, 2012 through April 30, 2012* (the "Application").  In support thereof, EG respectfully represents as follows:

### BACKGROUND

1.      On January 14, 2009 (the "Petition Date"), the Debtors commenced their bankruptcy cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

United States Bankruptcy Court for the District of Delaware (the "Court").

2.      The Debtors continue to operate its business and manage its property as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3.      On June 22, 2011, the Court ordered the appointment of the LTD Committee (Docket No. 5790). The LTD Committee consists of the following members: Wendy Boswell Mann, Daniel D. David, Dianna L. Irish, Paul E. Morrison, Barbara Gallagher, Michael Stutts, and Deborah Jones. *See Amended Notice of Appointment of Unsecured Creditors* (Docket No. 6080).

4.      On August 2, 2011, (the "Retention Date") the LTD Committee was formed and selected EG as counsel to the committee.

5.      Prior to the Retention Date, EG acted as counsel to Barbara Gallagher and 58 other disabled individuals who are participants in the long term disability plan of the Debtors.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper on this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.      The statutory bases for relief requested herein are Sections 105(a), 330 and 331 of the Bankruptcy Code.

## TERMS AND CONDITIONS OF COMPENSATION OF EG

8.      Subject to Court approval, EG seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by EG for the period commencing April 1, 2012 through and including April 30, 2012 (the "Application Period").

With the exception of copy charges (which are charged at lower rate), the rates charged by EG in this case do not materially differ from the rates charged to EG's non-bankruptcy clients and are lower in many cases.

9.     A summary of the hours spent, the names of each professional and paraprofessional rendering services to the LTD Committee during the Application Period, the regular customary billing rates and the total value of time incurred by each of the EG attorneys rendering services to the Committee is attached hereto as Exhibit A. A copy of the computer generated time entries reflecting the time recorded for these services, organized in project billing categories in accordance with the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "Guidelines"), is attached hereto as Exhibit B. A statement of expenses incurred by EG during the Application Period is also included in Exhibit C. All time entries and requested expenses are in compliance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").[2]

10.     On February 4, 2009, this Court entered the *Administrative Order Pursuant to U.S.C. §§ 105(A) and 331 Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (the "Interim Compensation Order") (Docket No. 222). Pursuant to the Interim Compensation Order, EG and other professionals retained in this case are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications (the "Monthly Fee Applications") of their fees and expenses. After the expiration of a twenty (20) day objection period, the Debtors are

---

[2] EG has also attempted to ensure that this Application complies with the Guidelines. To the extent that the Guidelines conflict with the Local Rules, in particular, Local Rule 2016-2, EG has chosen to comply with such Local Rule. EG will supplement this Application with additional detail or information upon request.

authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application, unless an objection specifically objects to fees and/or expenses of a professional, or the Court orders otherwise.

11.    In accordance with the Interim Compensation Order, EG has filed and served upon the Notice Parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period; in the amount of $84,933.00 (80%, $67,946.40) in fees and in the amount of $649.71 in expenses.

12.    All services and costs for which compensation is requested by EG in this Application were reasonable and necessary and were performed for and on behalf of the LTD Committee during the Application Period.

## NARRATIVE SUMMARY OF SERVICES

13.    EG has rendered actual and necessary services on behalf of the LTD Committee and is requesting reasonable compensation for their services for the Application Period.  As noted above, a summary by project category is attached as Exhibit B,[3] as are detailed time entries organized by category and chronology within the categories.  EG has acted as the primary source for information and communication to and from the LTD Committee and Court, including collecting and preserving, in an electronic database, all relevant pleadings for the LTD Committee and the LTD Committee professionals.  In addition, EG has provided summaries, calendaring, and periodically distributed a memorandum of all statutory and procedural deadlines to the LTD Committee professionals and Chair of the Committee.

14.    EG has filed with the Court and assisted in preparation of all documents filed on behalf of the LTD Committee.  In its capacity as Counsel, EG has reviewed all relevant

---

[3] The time records have been redacted where necessary to preserve the attorney-client privilege and the LTD Committee's confidential litigation strategy.

pleadings in the Debtors' Bankruptcy Cases for deadlines. EG has reviewed all filings in the case to conform LTD Committee filings to the requirements of local practice and the applicable local rules and chambers procedures. EG has also provided substantive review of all Delaware case law in LTD Committee filings. EG has assisted the LTD Committee professionals in other substantive areas in which it has specific expertise beyond Delaware law, such as in the area of labor and employment law.

15.    EG has expertise in employment and labor law, with a specialty in healthcare and bankruptcy. As such, the LTD Committee has asked EG to review several employment and related compensation agreements for the purposes of identifying both possible causes of action and other non-litigation recoveries.

## COMPENSATION REQUESTED

16.    EG expended 219.00 hours during the Application Period in furtherance of its efforts on behalf of the LTD Committee. EG requests allowance of compensation in amount of $84,933.00 for legal services rendered during the Application Period at a blended hourly rate of $387.82. Pursuant to the Interim Compensation Order, EG requests payment of 80% of the total fees requested, or $67,946.40. None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

17.    During the Application Period, EG incurred certain necessary expenses in rendering legal services to the LTD Committee as set forth in Exhibit C. Exhibit C sets forth in summary detail the expenses incurred during the Application Period (copies of invoices from EG's vendors are available for inspection upon request). Telecopying services completed in-house by EG were charged at $1.00 per page for outgoing facsimiles only. EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. Finally,

5

EG seeks reimbursement for computer assisted research, which is the actual cost of such charges, if any.

18.     EG seeks reimbursement for its reasonable, necessary and actual expenses incurred during the Application Period for the total amount of $649.71.

## LEGAL STANDARD

19.     Section 330(a)(l) of the Bankruptcy Code allows the payment of:

(A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).   Reasonableness of compensation is driven by the "market-driven approach" which considers the nature, extent and value of services provided by the professional and cost of comparable services in the non-bankruptcy contexts.  *See Zolfo Cooper & Co. v. Sunbeam-Oster Co.*, 50 F.3d 253, 258 (3d Cir. 1995); *In re Busy Beaver Building Ctr., Inc.*, 19 F.3d 833, 849 (3d Cir, 1994).  Thus, the "baseline rule is for films to receive their customary rates." *Zolfo Cooper*, 50 F.3d at 259.

20.     In accordance with its practices in non-bankruptcy matters, EG has calculated its compensation requested in their Application by applying the standard hourly rates.  EG's calculation is based upon hourly rates that are well within the range of rates that are charged by comparable firms in similar bankruptcy cases.  Accordingly, EG's rates should be determined to be reasonable under Section 330 of the Bankruptcy Code.

21.     EG's fees during the Application Period are also reasonable under the prevailing legal standard and should be allowed.  The amount of these fees is not unusual given the complexity, accelerated deadlines, aggressive sale schedule, and size of the Debtors' Chapter 11

Bankruptcy cases. EG's fees are commensurate with fees that other attorneys of comparable experience and expertise have charged and been awarded in similar Chapter 11 cases. Accordingly, EG's fees are reasonable pursuant to Section 330 of the Bankruptcy Code.

22.    Section 330(a)(1)(B) of the Bankruptcy Code permits reimbursement for actual, necessary expenses. EG's legal services and expenses incurred during the Application Period are set forth in this Application and constitute only those necessary expenses that were incurred for the benefit of the LTD Committee. EG has properly requested reimbursement of only actual, necessary and appropriate legal expenses.

23.    Except as permitted by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), no agreement or understanding exists between EG and/or any third person for the sharing or division of compensation. All of the services for which compensation is requested in this Application were rendered at the request of and solely on behalf of the LTD Committee.

24.    Pursuant to the standards set forth in Sections 330 and 331 of the Bankruptcy Code, EG submits that the compensation requested is for actual and necessary services and expenses, and is reasonable, based upon the nature, extent and value of such services, the time spent thereon, and the costs of comparable services in a case under the Bankruptcy Code.

25.    The time records annexed to this Application constitute only a general statement of the services rendered and time expended without description of the pressure and constraints under which EG actually rendered these services. The considerable challenges of these Bankruptcy Cases have been attended to and managed by EG at all levels, promptly, expertly, and often to the exclusion of the other matters in EG's office. EG submits, therefore, that its fees and expenses were actually, necessary, reasonable and justified, and should be allowed in full.

7

## NOTICE AND NO PRIOR APPLICATION

26.     No trustee or examiner has been appointed in this Chapter 11 case.  Notice and service of this Application has been given to the Debtors; counsel to the Debtors; the UST; and counsel to the Official Committee of Unsecured Creditors pursuant to the Interim Compensation Order.  Pursuant to the Bankruptcy Rule 2002(a)(6), Notice of this Application has also been given to all parties requesting notices.  In light of the nature of the relief requested herein, EG submits that no further or other notice is required.

27.     No previous application for the relief sought herein has made to this or any other Court.

## VERIFICATION

28.     I am familiar with the work performed on behalf of the LTD Committee by the lawyers and paraprofessionals in the firm.

29.     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Local Rule.


*[Remainder of page intentionally left blank]*

WHEREFORE, EG requests that its Application for fees in the amount of $84,933.00 and expenses in the amount of $649.71 be allowed and that if no objections are filed, 80% of the requested fees in the amount of $67,946.40 and 100% of the amount of $649.71 be paid for reimbursement of actual and necessary costs and expenses incurred during the Application Period, and further requests such other and further relief as the court may deem just and proper.

Dated: May 31, 2012
       Wilmington, Delaware

**ELLIOTT GREENLEAF**

*Shelley A. Kinsella*

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399
Email:  rxza@elliottgreenleaf.com
Email:  sak@elliottgreenleaf.com

*Counsel to the Official Committee of
Long Term Disability Participants*

# EXHIBIT A

**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS**
**RENDERING SERVICES FROM**
**APRIL 1, 2012 THROUGH APRIL 30, 2012**

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jonathan M. Stemerman | Associate | 2.40 Hrs | $.00/hr | $ .00 |
| C. Liana Shaw | Paralegal | 22.20 Hrs | $225/hr | $ 4,995.00 |
| Theresa M. Snow | Paralegal | 12.10 Hrs | $225/hr | $ 2,722.50 |
| Debbie H. Simon | Associate | 4.30 Hrs | $260/hr | $ 1,118.00 |
| Margaret S. Curran | Associate | 41.30 Hrs | $275/hr | $ 11,357.50 |
| Jonathan M. Stemerman | Associate | 6.10 Hrs | $375/hr | $ 2,287.50 |
| Shelley A. Kinsella | Counsel | 46.70 Hrs | $420/hr | $ 19,614.00 |
| Rafael X. Zahralddin | Shareholder | 33.40 Hrs | $610/hr | $ 20,374.00 |
| Lisa M. Bugda | Paralegal | 2.50 Hrs | $200/hr | $ 500.00 |
| Michael R. Braverman | Associate | .70 Hrs | $170/hr | $ 133.00 |
| **Total:** | | **171.70 Hrs** | | **$ 84,933.00** |
| **Blended Rate:** | | | **$367.51/hr** | |

# EXHIBIT B

(Nortel) Official Committee of Long Term Disability Plan Participants

**Task Billing Summary Page**

Re:  In re Nortel 09-10138(KG)

|  | Current Bill |
|---|---|
| Case Administration | |
|  | $180.00 |
| Subtotals | $180.00 |
| Meetings of and Communications with Creditors | |
|  | $11,810.50 |
| Subtotals | $11,810.50 |
| EG Retention | |
|  | $9,655.00 |
| Subtotals | $9,655.00 |
| EG Fee Applications | |
|  | $693.00 |
| Subtotals | $693.00 |
| Fee Objections EGS | |
|  | $196.50 |
| Subtotals | $196.50 |
| Fee Applications and Invoices - Other | |
|  | $1,942.00 |
| Subtotals | $1,942.00 |
| Fee Objections - Others | |
|  | $109.50 |
| Subtotals | $109.50 |
| Business Operations | |
|  | $22.50 |
| Subtotals | $22.50 |
| Employee Benefits/Pensions | |
|  | $27,085.50 |
| Subtotals | $27,085.50 |
| Claims Administration and Objections | |
|  | $765.50 |
| Subtotals | $765.50 |
| Court Hearings | |

(Nortel) Official Committee of Long Term Disability Plan Participants

|  | |
|---|---|
|  | $3,311.50 |
| Subtotals | $3,311.50 |

Litigation

|  | |
|---|---|
|  | $29,161.50 |
| Subtotals | $29,161.50 |
| Totals | $84,933.00 |

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.
**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED
PLEASE CONTACT PAT ROONEY AT (215) 977-1014***

# Elliott Greenleaf

www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania  19422
EIN #23-2617189

Attn:  Accounts Payable
Nortel Networks
PO Box 13010
Suite 300

RTP NC  27709

May 31, 2012

Bill Number  108809

File Number  60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re:  In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through   April 30, 2012

Case Administration

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/10/12 | CLS | [B110-] Remove service parties from list or change addresses per returned mail (.3); prepare service distribution for upcoming filing (.5) | 0.80 Hrs | |
| | | Totals | 0.80 Hrs | $180.00 |
| | | Case Administration Totals | 0.80 Hrs | $180.00 |

Meetings of and Communications with Creditors

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 04/02/12 | HRD | [B150-] Review agenda regarding LTD Committee conference call (.1); prepare and draft minutes regarding same (.3) | 0.40 Hrs |
| 04/02/12 | RXZ | [B150-] Committee conference call | 1.90 Hrs |
| 04/03/12 | RXZ | [B150-] Follow up with T. Snow re: list of LTDers pulled from KCC website (.3), analyze file (.2) | 0.50 Hrs |
| 04/06/12 | RXZ | [B150-] E-mails to and from clinicians at St. John's re: assistance with LTDers | 0.30 Hrs |
| 04/06/12 | RXZ | [B150-] Analyze web inquiries from LTDers re: compliance with Debtors amended 1102 order | 0.70 Hrs |
| 04/09/12 | SAK | [B150-] Analyze Minutes from Committee mtg | 0.10 Hrs |
| 04/09/12 | TMS | [B150-] Finalize and distribute minutes from 4/2 conference call to Committee and Committee Professionals | 0.10 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 04/09/12 | RXZ | [B150-] Prepare for (.4) and committee call with A&M re: benefits analysis (1.4) | 1.80 Hrs |
| 04/12/12 | RXZ | [B150-] Call with A&M and committee re: summary of LTD and retiree benefits | 0.90 Hrs |
| 04/16/12 | RXZ | [B150-] Committee conference call | 2.80 Hrs |
| 04/16/12 | MSC | [B150-] Attend telephone conference call with LTD Committee | 1.50 Hrs |
| 04/17/12 | SAK | [B150-] Multiple emails from LTD Participants; update analysis chart re same | 1.40 Hrs |
| 04/23/12 | TMS | [B150-] Numerous emails regarding agenda for April 24th conference call and coordination of conference call | 0.10 Hrs |
| 04/24/12 | SAK | [B150-] Analyze Minutes from 04/24/12 Committee conference call | 0.10 Hrs |
| 04/24/12 | RXZ | [B150-] Prepare for committee conference call (.7) analyze updated A&M presentation (.6) | 1.30 Hrs |
| 04/24/12 | RXZ | [B150-] Committee call regarding mediator and A&M presentation | 3.40 Hrs |
| 04/26/12 | RXZ | [B150-] Committee conference call to complete presentation and for questions from the committee members re: A&M analysis and preparation of counter proposal | 1.10 Hrs |
| 04/27/12 | HRD | [B150-] Review conference notes regarding latest telephone conference, (.2); draft minutes regarding same, (.3); distribute to LTD Committee via email (.1) | 0.60 Hrs |
| 04/30/12 | SAK | [B150-] Committee conference call | 0.50 Hrs |
| 04/30/12 | SAK | [B150-] Multiple email exchanges with Committee members re LTD communications | 0.20 Hrs |
| 04/30/12 | RXZ | [B150-] Prepare for (.5) and lead discussion in Committee call (1.1) | 1.60 Hrs |
| 04/30/12 | RXZ | [B150-] Analyze e-mails from committee members re: assistance to LTDers and communication to same re: status of case | 0.40 Hrs |

|  | | | | |
|---|---|---|---|---|
| | Totals | | 21.70 Hrs | $11,810.50 |
| Meetings of and Communications with Creditors Totals | | | 21.70 Hrs | $11,810.50 |

EG Retention

| | | | |
|---|---|---|---|
| 04/02/12 | SAK | [B160-] Research re fee cap objection issues | 1.40 Hrs |
| 04/02/12 | RXZ | [B160-] Analyze Objection of Debtors to the Motion of the Official Committee of Long-Term Disability Participants For An Order Lifting Or, In the Alternative, Increasing the Limits on Fees for LTD Committee Counsel | 0.50 Hrs |
| 04/03/12 | SAK | [B160-] Analyze OCUC's Objection to LTD Committee's Motion to lift fee cap (.3); conference with R. Zahralddin re same (.1) | 0.40 Hrs |
| 04/03/12 | RXZ | [B160-] Analyze committee response to motion to eliminate fee cap, related research and analysis | 0.60 Hrs |
| 04/05/12 | SAK | [B160-] Draft Reply to Debtors' and OCUC's Objections to fee cap motion | 4.40 Hrs |
| 04/06/12 | RXZ | [B160-] Analyze memo from D. Greer re: document and data exchange | 0.60 Hrs |
| 04/09/12 | HRD | [B160-] Analyze and summarize Debtors objection motion (.4); email same to client (.2) | 0.60 Hrs |
| 04/11/12 | SAK | [B160-] Continue drafting Reply to Fee Cap Motion | 2.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 04/12/12 | SAK | [B160-] Continue drafting Reply to Fee Cap Motion | 1.20 Hrs | |
|---|---|---|---|---|
| 04/12/12 | SAK | [B160-] Instructions to L. Shaw re additional information needed for inclusion in Reply to Fee Cap Motion; email exchange re same | 0.20 Hrs | |
| 04/12/12 | JXS | [B160-] Emails from to/ S. Kinsella re: response to objection to motion to lift cap; analyze other committee fee requests | 0.10 Hrs | |
| 04/13/12 | CLS | [B160-] Assist in service of omnibus reply to Debtors objection and response to motion lifting or increasing the limits on fees | 0.50 Hrs | |
| 04/13/12 | SAK | [B160-] Revise Reply to fee cap motion (2.2); multiple email exchanges with co-counsel re same (.4) | 2.60 Hrs | |
| 04/13/12 | SAK | [B160-] Finalize Omnibus Reply to Fee Cap Motion Objections | 0.40 Hrs | |
| 04/13/12 | TMS | [B160-] Supplement the LTD Committee's Omnibus Reply to Debtors' Objection and UCC Response to the Motion of the LTD Committee For An Order Lifting Or, In The Alternative, Increasing The Limits On Fees For LTD Committee Counsel (.3); prepare COS (.1); file and effectuate service (1.0) | 1.40 Hrs | |
| 04/13/12 | RXZ | [B160-] Final comments to reply to cap motion | 0.60 Hrs | |
| 04/17/12 | SAK | [B160-] Analyze revised proposed Order re fee cap; email exchange with Debtors and Committee re same | 0.20 Hrs | |
| 04/17/12 | SAK | [B160-] Analyze Certification of Counsel re revised fee cap Order | 0.10 Hrs | |
| 04/17/12 | TMS | [B160-] Numerous emails and conferences with R. Zahralddin regarding motion to lift cap, certification of counsel and proposed order (.3); preparation of certification of counsel regarding motion to lift cap (.6); preparation of revised order and blackline version (.5); preparation of COS (.1); email to J. Kim forwarding proposed order for comment (.1); emails to L. Beckerman forwarding proposed order for comment (.1); preparation of filing and file (.4) | 2.10 Hrs | |
| 04/17/12 | RXZ | [B160-] Prepare revised order for request to eliminate cap on fees or provide further funding (.4) e-mails and calls with Debtors' counsel re: same (.7) calls and e-mails to committee counsel re: same (.4) calls and e-mails with retiree counsel re: same (.2) | 1.70 Hrs | |
| 04/17/12 | RXZ | [B160-] Finalize Certification of Counsel Regarding Order Granting Motion of the Official Committee of Long Term Disability Participants for an Order Lifting, Or, In The Alternative, Increasing the Limits on Fees for LTD Committee Counsel (.2) Exhibit A - Proposed Order (.2) Exhibit B - Blackline Version(.2) Certificate of Service (.1) supervise filing and service (.2) | 0.90 Hrs | |
| 04/18/12 | SAK | [B160-] Analyze Order entered granting LTD fee cap motion | 0.10 Hrs | |
| 04/18/12 | TMS | [B160-] Emails from R. Zahralddin regarding COC re: order granting our motion to increase fees and correspondence to Judge Gross forwarding COC and related documents | 0.10 Hrs | |

|  | Totals | | 23.00 Hrs | $9,655.00 |
|---|---|---|---|---|
|  | EG Retention Totals | | 23.00 Hrs | $9,655.00 |

<u>EG Fee Applications</u>

| 04/17/12 | CLS | [B170-] Update fee application critical dates memorandum (.9); conference with S. Kinsella regarding same (.1) | 1.00 Hrs | |
|---|---|---|---|---|
| 04/17/12 | SAK | [B170-] Analyze fee application memo prepared by L. Shaw | 0.10 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | |
|---|---|---|---|---|
| 04/26/12 | TMS | [B170-] Preparation of Exhibit B to EG March fee application | 0.40 Hrs | |
| 04/30/12 | SAK | [B170-] Analyze and revise downward Exhibit B to Elliott Greenleaf's March monthly fee application | 0.80 Hrs | |
| | | Totals | 2.30 Hrs | $693.00 |
| | | EG Fee Applications Totals | 2.30 Hrs | $693.00 |

Fee Objections EGS

| | | | | |
|---|---|---|---|---|
| 04/13/12 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 7th Monthly Fee Application | 0.20 Hrs | |
| 04/13/12 | CLS | [B171-] Prepare Certificate of No Objection re: 7th Fee Application of Elliott Greenleaf (.2); file with Court (.3) | 0.50 Hrs | |
| | | Totals | 0.70 Hrs | $196.50 |
| | | Fee Objections EGS Totals | 0.70 Hrs | $196.50 |

Fee Applications and Invoices - Other

| | | | |
|---|---|---|---|
| 04/02/12 | SAK | [B175-] Conference with T. Snow re Committee's reimbursement requests (.1); multiple email exchanges re same (.2) | 0.30 Hrs |
| 04/02/12 | RXZ | [B175-] E-mail to S. Kinsella and paralegals re: Second Application of the Official Committee of Long Term Disability Participants for Reimbursement of Expenses Incurred by Committee Members for the period February 1, 2012 to February 29, 2012 (.2) and related follow up (.1) | 0.30 Hrs |
| 04/02/12 | HRD | [B175-] Supplement Second Application of Long Term Disability for Reimbursement, Notice, and Certificate of Service (.4); and effectuate service of same (1.0) | 1.40 Hrs |
| 04/06/12 | RXZ | [B175-] E-mails from D. Irish re: reimbursement of committee expenses and forward to paralegals for handling | 0.20 Hrs |
| 04/17/12 | SAK | [B175-] Analyze LTD Committee's 3rd reimbursement request | 0.10 Hrs |
| 04/17/12 | TMS | [B175-] Emails with D. Irish and conferences with R. Zahralddin regarding expenses from meeting with Debtors (.2); prepare third application for reimbursement (.4); prepare notice (.1); prepare exhibit (.4); prepare COS (.1); file and assist in service of application and notice (.7) | 1.90 Hrs |
| 04/17/12 | CLS | [B175-] Review monthly and quarterly fee applications and update fee application memo | 0.40 Hrs |
| 04/23/12 | TMS | [B175-] Numerous emails to Committee and Committee Professionals addressing Committee members reimbursement issues | 0.10 Hrs |
| 04/25/12 | TMS | [B175-] Conference with H. Dallas regarding fourth application of Committee members for reimbursement (.1); review application and supplement exhibit to application (.1); effectuate service (.6) | 0.80 Hrs |
| 04/25/12 | RXZ | [B175-] Instructions to T. Snow re: Application for Compensation [Fourth] of the Official Committee of Long Term Disability Participants for Reimbursement of Expenses Incurred by Committee Members for the period February 1, 2012 to February 29, 2012 (.2) and finalize same (.2) finalize COS (.1) supervise filing and service (.2) | 0.70 Hrs |
| 04/26/12 | SAK | [B175-] Analyze LTD Committee members' 4th Application for reimbursement of expenses | 0.10 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

|  |  |  |  |  |
|---|---|---|---|---|
| | | Totals | 6.30 Hrs | $1,942.00 |
| | | Fee Applications and Invoices - Other Totals | 6.30 Hrs | $1,942.00 |

### Fee Objections - Others

| 04/27/12 | SAK | [B176-] Finalize Certificate of No Objection re LTD Committee members' second expense request | 0.10 Hrs | |
| 04/27/12 | TMS | [B176-] Prepare and file certificate of no objection regarding second application of LTD Committee for reimbursement of expenses (February 2012) (.2); email to Committee members forwarding same (.1) | 0.30 Hrs | |
| | | Totals | 0.40 Hrs | $109.50 |
| | | Fee Objections - Others Totals | 0.40 Hrs | $109.50 |

### Business Operations

| 04/09/12 | TMS | [B210-] Review docket, download and email Committee and Committee Professionals regarding February 2012 monthly operating report | 0.10 Hrs | |
| | | Totals | 0.10 Hrs | $22.50 |
| | | Business Operations Totals | 0.10 Hrs | $22.50 |

### Employee Benefits/Pensions

| 04/02/12 | DHS | [B220-] Review and reply to correspondence regarding termination of 401K plan and impact on settlement of LTD employees claims in bankruptcy | 0.20 Hrs | |
| 04/02/12 | RXZ | [B220-] Analyze Motion For Entry Of An Order (I) Appointing A Neutral Mediator Concerning The Modification Or Termination Of The Nortel Retiree Welfare Plans And The Nortel Long-Term Disability Plans; (II) Authorizing The Debtors To Pay The Costs Of Engagement; And (III) Granting Related Relief | 0.50 Hrs | |
| 04/02/12 | MSC | [B220-] Continued drafting brief/position paper in preparation for mediation on issue of LTD participants' vested rights to LTD benefits (2.3); review and analyze emails regarding potential claim for {{Redact} ██████████(.3) | 2.60 Hrs | |
| 04/02/12 | RXZ | [B220-] Analyze e-mails from D. Simon and related LTIP memo (.5) prepare notes for committee call and follow up with A&M (.4) | 0.90 Hrs | |
| 04/03/12 | RXZ | [B220-] Call with Committee Counsel re: mediation and fee cap issues | 0.60 Hrs | |
| 04/03/12 | RXZ | [B220-] E-mails from D. Greer re: LTIP | 0.20 Hrs | |
| 04/04/12 | MSC | [B220-] Complete brief/position paper for use in mediation regarding vesting of rights (2.0); analyze case law to determine whether a potential claim for {{Redact}██████████████████████(1.3) | 3.30 Hrs | |
| 04/05/12 | DHS | [B220-] Review and analyze Nortel pension plan documents and documents relating to conversion to 401k plan for purpose of determining {{Redact}████████████████████████ | 1.80 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 04/05/12 | DHS | [B220-] Researching, reviewing and analyzing tax code provisions and IRS requirements relating to termination of defined contribution pension plans | 2.80 Hrs |
| 04/05/12 | DHS | [B220-] Review and analyze CARP documents and determine relationship to issue of proposed termination of 401k plan | 0.50 Hrs |
| 04/06/12 | SAK | [B220-] Analyze memo from D. Simon re termination of Nortel LTIP (.4); email exchange with M. Curran and R. Zahralddin re same (.1) | 0.50 Hrs |
| 04/06/12 | DHS | [B220-] Drafting and revise memorandum addressing issues relating to termination of 401k plan | 2.60 Hrs |
| 04/06/12 | RXZ | [B220-] Analyze spreadsheets (Mercer Liability Charts) provided by J. Kim on 4-3-12 and related record | 0.70 Hrs |
| 04/06/12 | RXZ | [B220-] E-mails from A&M to debtor's counsel re: mortality tables and related follow up | 0.30 Hrs |
| 04/06/12 | RXZ | [B220-] E-mails to LTD committee re: LTIP | 0.20 Hrs |
| 04/09/12 | SAK | [B220-] Analyze materials forwarded by A&M | 0.40 Hrs |
| 04/09/12 | SAK | [B220-] Email exchange with Committee members re PBGC issues; email exchange with R. Zahralddin and D. Simon re same | 0.30 Hrs |
| 04/10/12 | SAK | [B220-] Multiple email exchanges with Committee members, co-counsel and A&M re PBGC issues | 0.40 Hrs |
| 04/10/12 | MSC | [B220-] Review and supplement response to Motion for Mediation (.4); review comments from LTD Committee regarding draft response to Motion for Mediation (.5); telephone call with LTD Committee member D. David regarding [redact] .4); review email correspondence from D. Greer regarding D. David [redact] [redact] and prepare email to LTD Committee to address concerns [redact] (.5) | 1.80 Hrs |
| 04/11/12 | SAK | [B220-] Analyze detailed email from M. Curran re benefit issues | 0.20 Hrs |
| 04/11/12 | DHS | [B220-] Conferring with Attorney Curran regarding issues relating to PBGC and disability pension benefit (.5); analyzing pension documents to determine nature of benefit contained in previous pension plans and providing conclusion relating to contents of pension documents (1.7) | 2.20 Hrs |
| 04/11/12 | TMS | [B220-] Supplement response to debtors motion to mediate (1.1); prepare COS (.1); emails to/from N. Berger and B. Moore requesting comments on latest draft and incorporating changes suggested by N. Berger (.1); file and effectuate service (1.1) | 2.40 Hrs |
| 04/12/12 | SAK | [B220-] Prepare for upcoming teleconference with A&M | 0.30 Hrs |
| 04/12/12 | SAK | [B220-] Telephone conference with A&M and Committee re benefit issues | 1.40 Hrs |
| 04/12/12 | SAK | [B220-] Multiple emails from Committee members re pension issues and emails from M. Curran re same | 0.30 Hrs |
| 04/12/12 | SAK | [B220-] Analyze email from Debtors re Mercer's calculations and emails from A&M re same | 0.20 Hrs |
| 04/12/12 | SAK | [B220-] Analyze data from D. Greer re benefits and emails re same | 0.20 Hrs |
| 04/12/12 | MSC | [B220-] Attend telephone conference call of LTD Committee to review [redact] | 2.30 Hrs |
| 04/12/12 | MSC | [B220-] Communicate with LTD Committee member regarding [redact] | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 04/13/12 | TMS | [B220-] Summarize the Retiree Committees Response to the Debtors mediation motion (.1); email to LTD Committee members (.1) | 0.20 Hrs |
|---|---|---|---|
| 04/13/12 | MSC | [B220-] Analyze {{Redact} ██████████████████████ ██████████████████████████ ████████████████ | ██████ |
| 04/14/12 | MSC | [B220-] Prepare email communication to D. Greer of Alvarez & Marsal regarding results of analysis of {{Redact} ████████ | 0.40 Hrs |
| 04/16/12 | SAK | [B220-] Email exchange with R. Zahralddin and M. Curran re PBGC issues; instructions from R. Zahralddin re same | 0.20 Hrs |
| 04/16/12 | MSC | [B220-] Telephone conference call with D. Greer of Alvarex & Marsal regarding the effect of Medicare eligibility on the medical liability calculations and eligibility criteria for retiree medical benefits | 1.50 Hrs |
| 04/16/12 | RXZ | [B220-] Prepare for committee call | 0.80 Hrs |
| 04/17/12 | SAK | [B220-] Research re pension issues (.5); conference with R. Zahralddin re same (.2) | 0.70 Hrs |
| 04/17/12 | MSC | [B220-] Review and analyze email from LTD Committee member regarding [redact]████████████ (.4); review and analyze claim by the PBGC in bankruptcy (.3); legal research regarding [redact] ██████████████████████ (1.9) | 2.60 Hrs |
| 04/18/12 | MSC | [B220-] Continued development of legal arguments in preparation for mediation | 1.50 Hrs |
| 04/18/12 | RXZ | [B220-] E-mail summary of research assignment re: [redact]████████ | 0.30 Hrs |
| 04/19/12 | SAK | [B220-] Analyze emails re 401(k) issues | 0.20 Hrs |
| 04/19/12 | MSC | [B220-] Revisions and supplementations to memorandum of legal theories for vested right in income continuation benefit in preparation for mediation (.8) and coordinate with M. Braverman issues for legal research on [redact]████████████████████ (.4) | 1.20 Hrs |
| 04/19/12 | RXZ | [B220-] Call with mediator (.3) multiple e-mails re: scheduling of mediator call with professionals (.2) follow up with S. Kinsella and M. Curran re: same and drafting session for 4/23 (.3) | 0.80 Hrs |
| 04/20/12 | MSC | [B220-] Revised and supplemented chart of legal theories relating to the {{Redact}████████████ and revised and supplemented vesting argument as to income continuation | 2.10 Hrs |
| 04/23/12 | DHS | [B220-] Meeting to discuss strategy for upcoming mediation (.8); analysis of documents and development of legal arguments and theories for pursuing claims for recovery of LTD payments (3.5) | 4.30 Hrs |
| 04/23/12 | MSC | [B220-] Conference with R. Zahralddin, S. Kinsella, and D. Simon regarding and developing legal theories in preparation for mediation on issue of LTD income continuation | 5.00 Hrs |
| 04/23/12 | RXZ | [B220-] Aanlyze legal arguments and case strategy meeting on document production results with D. Simon, Shelley Kinsella and M. Curran | 5.20 Hrs |
| 04/24/12 | DHS | [B220-] Review communications relating to procedure for mediation | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 04/24/12 | MSC | [B220-] Attend telephone conference call with LTD Committee and financial professionals regarding mediation, legal theories, and preparation of counter-offer | 3.30 Hrs |
| 04/25/12 | SAK | [B220-] Analyze materials prepared by A&M re benefits | 0.40 Hrs |
| 04/25/12 | TMS | [B220-] Telephone call with R. Zahralddin and numerous emails regarding conference with Retirees and Debtors counsel | 0.10 Hrs |
| 04/25/12 | MSC | [B220-] Prepared outline of document requests and responses by Debtors' counsel regarding the status of documents for use in determining Debtors' position on documents in its possession | 2.50 Hrs |
| 04/25/12 | RXZ | [B220-] E-mails from Committee re: A&M presentation and comments re: same | 0.30 Hrs |
| 04/26/12 | SAK | [B220-] Analyze email responses from D. Greer re benefit issues | 0.20 Hrs |
| 04/26/12 | SAK | [B220-] Analyze data forwarded by Committee members re coverage issues and emails re same | 0.20 Hrs |
| 04/26/12 | MSC | [B220-] Attend telephone conference call with R. Zahralddin and L. Beckerman and M. Fleming regarding LTD participants' contact with the PBGC (.4); drafted affidavit for Debtors regarding status of document production (1.4); review and respond to email communications from LTD Committee (.2); telephone call with R. Zahralddin regarding conference with mediator on 5/3/12 (.4) | 2.40 Hrs |
| 04/26/12 | RXZ | [B220-] Call with L.Beckerman, M. Fleming and EG team re: PBGC | 0.40 Hrs |
| 04/28/12 | MSC | [B220-] Drafted outline of arguments in preparation for conference with mediator on 5/3/12 (5.0); prepare and send email communication to M. Fleming regarding clarification of document production (.3) | 5.30 Hrs |
| 04/30/12 | RXZ | [B220-] Call with A&M and M. Curran re: numbers for proposal and meeting with mediator | 1.20 Hrs |
| 04/30/12 | SAK | [B220-] Email exchange with co-counsel re long term care insurance | 0.10 Hrs |
| 04/30/12 | SAK | [B220-] Email exchanges with co-counsel re plan amendments | 0.10 Hrs |
| 04/30/12 | SAK | [B220-] Review email from Committee members re PBGC benefit calculations | 0.10 Hrs |
| 04/30/12 | SAK | [B220-] Email from M. Curran re plan termination issues; multiple email exchanges with Committee members re same | 0.20 Hrs |
| 04/30/12 | MSC | [B220-] Attend conference call with LTD Committee (1.2); attend conference call with R. Zahralddin and financial professionals at Alvarez & Marsal regarding strategy for counter-proposal (1.0); completed, supplemented and revised outline of arguments for conference with mediator on 5/3/12 (3.0) | 5.20 Hrs |

| | | | |
|---|---|---|---|
| Totals | | 81.20 Hrs | $27,085.50 |
| Employee Benefits/Pensions Totals | | 81.20 Hrs | $27,085.50 |

Claims Administration and Objections

| | | | |
|---|---|---|---|
| 04/03/12 | SAK | [B310-] Email to R. Zahralddin re claims trading issues | 0.10 Hrs |
| 04/06/12 | SAK | [B310-] Email exchange re claim issues | 0.20 Hrs |
| 04/10/12 | DHS | [B310-] Review and analyze debtor's objections to certain categories of creditor claims. | 2.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | |
|---|---|---|---|---|
| 04/16/12 | TMS | [B310-] Emails to/from M. Curran regarding PBGC claims (.1); review docket and Epiq website for claims information (.2) | 0.30 Hrs | |
| | | Totals | 2.80 Hrs | $765.50 |
| | Claims Administration and Objections Totals | | 2.80 Hrs | $765.50 |

Court Hearings

| | | | | |
|---|---|---|---|---|
| 04/02/12 | CLS | [B430-] Critical dates updates (.5); review docket (.2) | 0.70 Hrs | |
| 04/02/12 | SAK | [B430-] Multiple emails from T. Snow re upcoming hearing deadlines | 0.10 Hrs | |
| 04/02/12 | RXZ | [B430-] E-mail to S. Kinsella and paralegals re: hearing agenda and notice of cancellation of same | 0.20 Hrs | |
| 04/02/12 | RXZ | [B430-] E-mails to and from paralegals re: agenda (.2) and amended agenda (.1) | 0.30 Hrs | |
| 04/03/12 | CLS | [B430-] Review numerous e-mails with committee (.2); update critical hearing dates and deadlines (.4); review docket (.2) | 0.80 Hrs | |
| 04/06/12 | TMS | [B430-] Initial preparation of hearing binder | 0.40 Hrs | |
| 04/11/12 | HRD | [B430-] Review and analyze file regarding electronic notice of rescheduled hearing date from June 6, 2012 | 0.30 Hrs | |
| 04/12/12 | TMS | [B430-] Review docket for rescheduled June 6 hearing and email to Committee regarding same | 0.10 Hrs | |
| 04/13/12 | CLS | [B430-] Update critical hearing memo with objection deadlines and hearing dates | 0.40 Hrs | |
| 04/16/12 | SAK | [B430-] Analyze Agenda for 04/18/12 hearing; email to Committee and professionals re same | 0.20 Hrs | |
| 04/16/12 | TMS | [B430-] Review docket and forward agenda for April 18, 2012 hearing to Committee and Committee Professionals (.1); initial preparation and instructions to H. Dallas regarding preparation of hearing binder (.3) | 0.40 Hrs | |
| 04/17/12 | SAK | [B430-] Email exchange with R. Zahralddin re preparation for upcoming hearing | 0.20 Hrs | |
| 04/17/12 | SAK | [B430-] Analyze Amended Agenda | 0.10 Hrs | |
| 04/17/12 | TMS | [B430-] Review docket and summarize notice of amended agenda and email Committee and Committee Professionals | 0.20 Hrs | |
| 04/17/12 | TMS | [B430-] Review docket and email Committee Professionals second amended agenda (.1); update hearing binder (.2) | 0.30 Hrs | |
| 04/17/12 | RXZ | [B430-] Analyze agenda | 0.20 Hrs | |
| 04/17/12 | RXZ | [B430-] Analyze amended agenda | 0.20 Hrs | |
| 04/17/12 | RXZ | [B430-] Analyze second amended agenda | 0.20 Hrs | |
| 04/18/12 | RXZ | [B430-] Prepare for argument (.7) Attend hearing (1.6) confer with Retiree Committee Counsel (.3) | 2.60 Hrs | |
| | | Totals | 7.90 Hrs | $3,311.50 |
| | Court Hearings Totals | | 7.90 Hrs | $3,311.50 |

Litigation

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 04/02/12 | SAK | [B600-] Email to T. Snow re distribution of certain pleadings; emails from R. Zahralddin re same | 0.20 Hrs |
| 04/02/12 | SAK | [B600-] Analyze data analysis forwarded by D. Greer | 0.10 Hrs |
| 04/02/12 | HRD | [B600-] Review March 15, 2012 discovery regarding missing documents | 0.80 Hrs |
| 04/03/12 | SAK | [B600-] Conference with T. Snow re upcoming objection/reply deadlines | 0.20 Hrs |
| 04/03/12 | SAK | [B600-] Draft response to mediation motion | 2.20 Hrs |
| 04/03/12 | RXZ | [B600-] Multiple e-mails to and from Counsel to the Debtors (.3) e-mails to and from A&M re: continued deficiencies in data request responses (.4) analyze document and data production (.7) | 1.40 Hrs |
| 04/03/12 | RXZ | [B600-] E-mails to and from M. Curran re: status of document production and follow up with T. Snow | 0.60 Hrs |
| 04/04/12 | SAK | [B600-] NO CHARGE - Drafting revised litigation memo | 4.90 Hrs |
| 04/04/12 | SAK | [B600-] Conference with R. Zahraldin re litigation issues | 0.40 Hrs |
| 04/04/12 | SAK | [B600-] Multiple email exchanges with Committee members re preparation of responses to Debtors' recent filings (.2); email exchange with R. Zahralddin re same (.2) | 0.40 Hrs |
| 04/06/12 | SAK | [B600-] Analyze Vincent E. Rhynes Objection to Mediation Motion | 0.10 Hrs |
| 04/06/12 | SAK | [B600-] Continue drafting Objection to Mediation Motion | 1.10 Hrs |
| 04/06/12 | SAK | [B600-] Analyze recent discovery responses | 0.60 Hrs |
| 04/06/12 | TMS | [B600-] Review docket and summarize and email LTD Committee and Committee Professionals Objection to Debtors Motion to Appointing a Mediator filed by Vincent E. Rhynes (pro se) | 0.10 Hrs |
| 04/06/12 | TMS | [B600-] Emails from S. Kinsella and J. Kim regarding Mercer's detailed calculations for the same five individuals for which DaVinci provided liability calculations (.1) organization of documents and emails to Committee Professionals regarding same (.8) | 1.00 Hrs |
| 04/06/12 | RXZ | [B600-] Analyze Objection to Motion For Entry Of An Order (I) Appointing A Neutral Mediator Concerning The Modification Or Termination Of The Nortel Retiree Welfare Plans And The Nortel Long-Term Disability Plans; (II) Authorizing The Debtors To Pay The Costs Of Engagement; And (III) Granting Related Relief filed by Vincent E. Rhynes and forward to committee | 0.20 Hrs |
| 04/09/12 | SAK | [B600-] Continue drafting Objection to Mediation Motion | 1.80 Hrs |
| 04/09/12 | SAK | [B600-] Telephone conference with M. Curran re mediation issues (.4); conference with R. Zahralddin re same (.2) | 0.60 Hrs |
| 04/09/12 | MSC | [B600-] Telephone call with S. Kinsella regarding status of response to Motion to Mediate | 0.30 Hrs |
| 04/09/12 | RXZ | [B600-] Analyze and update response to mediation | 0.90 Hrs |
| 04/09/12 | RXZ | [B600-] Meeting with S. Kinsella re: mediation motion response | 0.40 Hrs |
| 04/09/12 | RXZ | [B600-] Analyze record related to negotiations with Debtors (1.2) and update response (.5) and prepare and forward comments to committee and S. Knsella re: same (.3) | 2.00 Hrs |
| 04/10/12 | SAK | [B600-] Review revisions to Mediation Motion Objection; further edits (.4); and conference with R. Zahralddin re same (.1) | 0.50 Hrs |
| 04/10/12 | SAK | [B600-] Email exchange with H. Dallas re section 1114 issues; conference re same | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/10/12 | SAK | [B600-] Further revisions to Mediation Objection based on Committee comments | 1.50 Hrs |
| 04/10/12 | SAK | [B600-] Analyze comments from Debtors re proposed mediation order; multiple email exchanges re same | 0.30 Hrs |
| 04/10/12 | SAK | [B600-] Telephone message from N. Berger re mediation issues; conference with R. Zahralddin re same | 0.10 Hrs |
| 04/10/12 | SAK | [B600-] Analyze H. Dallas' research re mediation and memo re same | 0.80 Hrs |
| 04/10/12 | TMS | [B600-] Email from R. Zahralddin regarding mediation motion response (.1); review files regarding same (.1); supplement mediation motion response (.2) | 0.40 Hrs |
| 04/10/12 | MSC | [B600-] Attend telephone conference call with counsel for Retiree Committee regarding mediation | 0.70 Hrs |
| 04/10/12 | RXZ | [B600-] Updates to response to mediation motion (.9) analyze related record and documents from A&M (.8) calls and e-mails to and from committee members re: comments to response (1.2) incorporate changes (.7) | 3.60 Hrs |
| 04/10/12 | RXZ | [B600-] Analyze 1113 and related record for potential mediator Judge J. Fitzgerald from Kaiser Aluminum (.4) and related summaries and notes from H. Dallas (.2)  meetings with H. Dallas re: same (.2) | 0.80 Hrs |
| 04/10/12 | RXZ | [B600-] E-mails to and from Debtors re: request to discuss proposed order (.2) calls to and from retiree committee counsel (.2) e-mails to S. Kinsella and M. Curran re: conference call with professionals from committee, retiree committee, debtors and LTD committee (.2) | 0.60 Hrs |
| 04/11/12 | SAK | [B600-] Telephone conference with Retiree Committee counsel re mediation issues | 0.40 Hrs |
| 04/11/12 | SAK | [B600-] Further revisions to Objection (1.3) and conference with R. Zahralddin re same (.2) | 1.50 Hrs |
| 04/11/12 | SAK | [B600-] Review Retirees' draft response to Mediation Motion and Exhibit | 0.40 Hrs |
| 04/11/12 | SAK | [B600-] Email exchange with Retiree Committee professionals re objection to mediation motion | 0.30 Hrs |
| 04/11/12 | SAK | [B600-] Finalize Objection to Mediation Motion and instructions to R. Zahralddin re same | 0.40 Hrs |
| 04/11/12 | SAK | [B600-] Analyze Retiree Committee's filed Objection to Mediation Motion | 0.20 Hrs |
| 04/11/12 | RXZ | [B600-] Call with N. Berger and S. Kinsella re: mediators | 0.50 Hrs |
| 04/11/12 | MSC | [B600-] Review latest version of response to Motion for Mediation in preparation for filing (.3); review and analyze with D. Simon eligibility for, and calculation of, the disability retirement benefit under the Nortel pension benefit plan (1.0) | 1.40 Hrs |
| 04/12/12 | SAK | [B600-] Email exchange with Debtors' counsel re potential mediators | 0.20 Hrs |
| 04/13/12 | SAK | [B600-] Analyze email from D. Greer re follow up issues | 0.10 Hrs |
| 04/13/12 | SAK | [B600-] Conference with R. Zahralddin re mediation issues | 0.20 Hrs |
| 04/13/12 | RXZ | [B600-] Call with UCC, Retiree, Debtors Counsel re: mediation motion settlement discussions (.4) analyze and investigate proposed meditator and H. Dallas memorandum (.7) | 1.10 Hrs |
| 04/16/12 | SAK | [B600-] Analyze Debtors' Motion for Leave to file Reply to Mediation Motion and proposed Reply | 0.40 Hrs |
| 04/16/12 | SAK | [B600-] Email from M. Curran re discovery issue | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 04/16/12 | RXZ | [B600-] Call with counsel for mediation parties re: mediation order | 0.50 Hrs |
| 04/16/12 | RXZ | [B600-] Call from N. Berger re: mediation | 0.20 Hrs |
| 04/16/12 | RXZ | [B600-] Call to N. Berger re: mediation | 0.10 Hrs |
| 04/17/12 | SAK | [B600-] Analyze Order authorizing Debtors to file Reply to Mediation Motion | 0.20 Hrs |
| 04/17/12 | RXZ | [B600-] Calls to and from mediator candidate (.3) research mediators and analyze summaries prepared by H. Dallas (1.4) calls and e-mails from N. Berger (.4) | 2.10 Hrs |
| 04/17/12 | RXZ | [B600-] Analyze leave to file reply and e-mails forwarded by S. Kinsella re: same (.3) analyze reply filed by Debtors re: mediaiton (.4) and related follow up with retiree counsel (.3) | 1.00 Hrs |
| 04/17/12 | RXZ | [B600-] Analyze record and prepare for hearing on mediation issues | 1.70 Hrs |
| 04/18/12 | HRD | [B600-] Review and summarize updated docket files regarding Further Support of Neutral Mediator (.1); forward summary to committee members (.2) | 0.30 Hrs |
| 04/18/12 | SAK | [B600-] Argument preparations per R. Zahralddin's instructions | 2.80 Hrs |
| 04/18/12 | SAK | [B600-] Conference with R. Zahralddin re hearing proceedings and instructions re mediation | 0.30 Hrs |
| 04/18/12 | SAK | [B600-] Analyze Order entered approving mediation motion | 0.10 Hrs |
| 04/18/12 | SAK | [B600-] Email exchange with R. Zahralddin, M. Curran and M. Braverman re discovery research | 0.20 Hrs |
| 04/18/12 | SAK | [B600-] Instructions from R. Zahralddin re mediation preparation | 0.20 Hrs |
| 04/19/12 | SAK | [B600-] Multiple email exchanges re vesting research | 0.30 Hrs |
| 04/19/12 | SAK | [B600-] Instructions to T. Snow re discovery issues | 0.20 Hrs |
| 04/19/12 | SAK | [B600-] Analyze litigation memo prepared by M. Curran and email re same | 0.20 Hrs |
| 04/20/12 | SAK | [B600-] Revise discovery analysis chart (3.1); instructions to L. Shaw re same (.1) | 3.20 Hrs |
| 04/20/12 | SAK | [B600-] Preparations for litigation strategy meeting | 3.30 Hrs |
| 04/23/12 | MRB | [B600-] Meeting regarding possible arguments and discussing possible options to compel disclosure of various documents | 1.80 Hrs |
| 04/23/12 | SAK | [B600-] Mediation strategy meeting with co-counsel | 5.00 Hrs |
| 04/23/12 | SAK | [B600-] Telephone conference with Retiree Committee professionals re mediation and litigation issues | 0.40 Hrs |
| 04/23/12 | SAK | [B600-] Analyze multiple emails from LTD Committee members re mediation Order and related issues | 0.20 Hrs |
| 04/23/12 | SAK | [B600-] Conference with R. Zahralddin re mediator teleconference and email exchanges re same | 0.20 Hrs |
| 04/23/12 | RXZ | [B600-] Report and instructions re: notice and certification of conference re: 2004 exam | 0.70 Hrs |
| 04/24/12 | CLS | [B600-] Meet with RXZA re Notice of Discovery preparation (.2); Draft Notice of Service of Discovery (.3); draft Certification to Notice of Service (.5); review e-mails regarding 2004 motion (2011) and obtain any new discovery questions within e-mails and print for Certification preparation (1.8); | 2.60 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 04/25/12 | CLS | [B600-] Prepare COS re Mediator's Statement; obtain service parties (.5); file with Court Mediator's Statement; (.3); prepare service distribution (.7); preparation for service and distribution (.9) | 2.40 Hrs |
| 04/25/12 | SAK | [B600-] Email exchanges re mediator requests | 0.10 Hrs |
| 04/25/12 | SAK | [B600-] Analyze memo prepared by M. Curran re discovery | 0.10 Hrs |
| 04/25/12 | TMS | [B600-] Review files regarding request for production of documents (.5); conferences with L. Shaw and R. Zahraldin regarding 2004 notice (.1); supplement notice (.3); prepare COS (.1); file and effectuate service  (.8) | 1.80 Hrs |
| 04/25/12 | RXZ | [B600-] Finalize Notice of Service of Document Production (.4) analyze related record (.5) supervise filing and service of same (.1) re: mediation | 1.00 Hrs |
| 04/26/12 | SAK | [B600-] Conference call with Debtors | 0.40 Hrs |
| 04/26/12 | SAK | [B600-] Conference with R. Zahralddin re discovery issues and email exchanges with Committee members re same | 0.30 Hrs |
| 04/26/12 | SAK | [B600-] Analyze Notice of Service re discovery requests and conference with R. Zahralddin re same | 0.20 Hrs |
| 04/26/12 | SAK | [B600-] Multiple email exchanges with co-counsel re upcoming meeting with mediator | 0.20 Hrs |
| 04/30/12 | SAK | [B600-] Analyze outline prepared by M. Curran for upcoming mediation meeting and related documentation | 0.40 Hrs |

|  | | |
|---|---|---|
| Totals | 71.80 Hrs | $29,161.50 |
| Litigation Totals | 71.80 Hrs | $29,161.50 |
| TOTAL LEGAL SERVICES | | $84,933.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| Kinsella, Shelley A. | 4.90  Hrs | 0 /hr | $0.00 |
| Braverman, Michael R. | 1.80  Hrs | 190 /hr | $342.00 |
| Dallas, Heidi  R | 4.40  Hrs | 200 /hr | $880.00 |
| Shaw, C. Liana | 10.10  Hrs | 225 /hr | $2,272.50 |
| Snow, Theresa  M | 15.10  Hrs | 225 /hr | $3,397.50 |
| SIMON, DEBBIE H. | 16.90  Hrs | 260 /hr | $4,394.00 |
| CURRAN, MARGARET S. | 48.70  Hrs | 275 /hr | $13,392.50 |
| Stemerman, Jonathan M. | 0.10  Hrs | 375 /hr | $37.50 |
| Kinsella, Shelley A. | 58.70  Hrs | 420 /hr | $24,654.00 |
| Zahralddin-Aravena, Rafael X. | 58.30  Hrs | 610 /hr | $35,563.00 |
| | 219.00  Hrs | | $84,933.00 |

**Reimbursement for out of pocket expenses**

COMPUTERIZED LEGAL RESEARCH

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | |
|---|---|---|
| 04/25/12 | [] LEXISNEXIS (BB/WB/SC/DE)---INV #1203359420 DTD 03/31/12: LEGAL RESEARCH FOR THE PERIOD: MAR 01, 2012 - MAR 31, 2012 | 6.56 |
| 04/27/12 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #824743680 DTD 04/01/12: WESTLAW LEGAL RESEARCH FOR THE PERIOD: MAR 01, 2012 - MAR 31, 2012 | 26.53 |
| | | $33.09 |

COPYING

| | | |
|---|---|---|
| 04/11/12 | [] Device Cost | 28.60 |
| 04/11/12 | [] Device Cost | 185.30 |
| 04/11/12 | [] Device Cost | 84.00 |
| 04/13/12 | [] Device Cost | 0.70 |
| 04/13/12 | [] Device Cost | 70.00 |
| 04/13/12 | [] Device Cost | 57.40 |
| 04/16/12 | [] Device Cost | 0.70 |
| 04/17/12 | [] Device Cost | 45.70 |
| 04/18/12 | [] Device Cost | 0.40 |
| 04/25/12 | [] Device Cost | 36.00 |
| 04/25/12 | [] Device Cost | 36.40 |
| 04/25/12 | [] Device Cost | 7.20 |
| 04/25/12 | [] Device Cost | 0.40 |
| 04/25/12 | [] Device Cost | 0.90 |
| 04/25/12 | [] Device Cost | 18.20 |
| | | $571.90 |

DELIVERY/COURIER SERVICE

| | | |
|---|---|---|
| 04/12/12 | [] RELIABLE WILMINGTON---INV #WL032939 DTD 03/31/12: PROFESSIONAL SERVICE PERIOD: 03/16-03/31/12: 4 HD ON 3/30/12 FOR SAK | 30.00 |
| | | $30.00 |

DOCKETS

| | | |
|---|---|---|
| 04/26/12 | [] PACER SERVICE CENTER (BB)---INV # 01/01/12-03/31/12 DTD 04/03/12 DOCKET RETRIAL FOR THE PERIOD: 01/01/12-03/31/12 MSC | 14.72 |
| | | $14.72 |

| | |
|---|---|
| Total Reimbursement for out of pocket expenses | $649.71 |

| | |
|---|---|
| TOTAL THIS BILL | $85,582.71 |

**PREVIOUS BILLS OUTSTANDING**

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | |
|---|---|---|
| 107592 | 03/22/12 | 13,682.65 |
| 108774 | 05/25/12 | 63,682.09 |
| | | $77,364.74 |

GRAND TOTAL DUE      $162,947.45

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 107592 | 03/22/12 | 13,682.65 |
| 108774 | 05/25/12 | 63,682.09 |
| | | $77,364.74 |

TOTAL DUE      **$162,947.45**

# EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## APRIL 1, 2012 THROUGH APRIL 30, 2012

| Expense Category | Total Expenses |
|---|---|
| Copying[1] | $  570.30 |
| Delivery/Courier | $  120.00 |
| Dockets/Research | $    22.47 |
| Telephone | $  267.42 |
| Travel/Hotel/Airline/Railroad | $  859.40 |
| Parking | $    27.00 |
| **TOTAL THIS BILL:** | **$649.71** |

---

[1]  EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines.  Detailed copy charges are listed in Exhibit B.