# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on June 6, 2012 at 1:00 p.m. (Eastern Time)** was caused to be made on June 4, 2012, in the manner indicated upon the parties identified below and on the attached service list.

Dated: June 4, 2012

                                                                              */s/ Chad A. Fights*
                                                                              Chad A. Fights (No. 5006)

| **Via Fax** | **Via Overnight Mail** |
|---|---|
| Karen M. Grivner<br>Thorp Reed & Armstrong, LLP<br>824 Market Street, Suite 710<br>Wilmington, DE 19801<br>Fax : 302-421-9439<br>(Counsel to SNMP) | ASM Capital<br>ATTN: ADAM MOSKOWITZ<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 |
| Schuyler Carroll<br>Jeffrey Vanacore<br>Perkins Coie LLP<br>30 Rockefeller Center<br>New York, NY 10112<br>Fax: 212-977-1649<br>(Counsel to SNMP) | Kelly Services<br>Rhonda Holaway<br>999 W Big Beaver<br>Troy, Michigan 48084 |
| Harvey Chaiton<br>Doug Bourassa<br>Chaitons LLP<br>5000 Yonge St.<br>Toronto, Ontario<br>M2N 7E9  Canada<br>Fax: 416-218-1849<br>(Counsel to SNMP) | Coface North America Insurance Co.<br>Attn: Managing Partner<br>50 Millstone Rd.., BLDG. 100, STE 360<br>East Windsor, NJ 08520 |
| John Wood<br>Egerton McAfee Armistead & Davis, P.C.<br>900 S. Gay St.<br>Knoxville, TN 37902<br>Fax: 865-525-5293<br>(Counsel to SNMP) | Monarch Master Funding LTD<br>Attn: Managing Partner<br>535 Madison Ave.<br>New York, NY 10022 |

3790723.18