**Wave 6 Service List**

**Via Hand Delivery on Local Wilmington Parties and First Class Mail on Non Local Parties**

**Counsel for Prime Carrier**
THORP REED & ARMSTRONG, LLP
Karen M. Grivner
1000 N. West Street, Suite 1200
Wilmington, DE 19801

THORP REED & ARMSTRONG, LLP
Patrick W. Carothers
Gregory W. Hauswirth
301 Grant Street, 14th Floor
Pittsburgh, PA 15219

4305520.1