IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket No. 7704 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DAVID MONTOYA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 25, 2012, I caused to be served the "Notice Of Hearing On Canadian Motion With Respect To Group D&O Policy," dated May 25, 2012 [Docket No. 7704], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ David Montoya
David Montoya

Sworn to before me this
31st day of May, 2012

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Canadian Motion NOH_DI 7704_AFF_5-25-12_SS.doc

**EXHIBIT A**

NNI 7704 5-25-12

LAURA DAVIS JONES
TIMOTHY P. CAIRNS
PACHULSKI STANG
919 N. MARKET STREET
17TH FLOOR
WILMINGTON, DE  19899-8705

NNI 7704 5-25-12

THOMAS R. KRELLER
MILBANK, TWEED, HADLEY &
MCLOY LLP
601 SOUTH FIGUEROA ST., SUITE 3000
LOS ANGELES, CA 90017

NNI 7704 5-25-12

GOWLINGS
ATTN: JENNIFER STAM; DERRICK TAY
1 FIRST CANADIAN PLACE
100 KING STREET WEST
SUITE 1600
TORONTO, ON M5X 1G5
CANADA

NNI 7704 5-25-12

BUCHANAN INGERSOLL & ROONEY
ATTN: MARY F. CALOWAY ESQ.
MONA A. PARIKH
1105 N. MARKET STREET
SUITE 1900
WILMINGTON, DE 19801-1228

NNI 7704 5-25-12

ALLEN & OVERY LLP
ATTN: KEN COLEMAN ESQ
LISA J.P. KRAIDIN. ESQ.
1221 AVENUE OF THE AMERICAS
20TH FLOOR
NEW YORK, NY 10020

NNI 7704 5-25-12

OFFICE OF THE U.S. TRUSTEE
ATTN: THOMAS P. TINKER. ESQ.
844 KING STREET
SUITE 2207 LOCKBOX 35
WILMINGTON, DE  19801-3519

NNI 7704 5-25-12

AKIN GUMP
ATTN: FRED S. HODARA ESQ.
RYAN C. JACOBS ESQ.
DAVID H. BOTTER ESQ.
ONE BRYANT PARK
NEW YORK, NY  10036

NNI 7704 5-25-12

RICHARDS LAYTON & FINGER
ATTN: MARK D. COLLINS ESQ.
CHRISTOPHER M. SAMIS ESQ.
ONE RODNEY SQUARE
920 N KING STREET
WILMINGTON, DE  19801