IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT    )
                             ) ss.:
COUNTY OF HARTFORD    )

BRIAN HUNT, being duly sworn, deposes and says:

1.  I am over the age of eighteen years and employed as an Associate Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2.  On June 5, 2012, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a) the sellers of the claims as listed on the annexed Exhibit B,
    b) the buyers of the claims as listed on the annexed Exhibit C,
    c) counsel to the Debtors as listed on Exhibit D.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_Brian Hunt_
Brian Hunt

Sworn to before me this
5th day of June, 2012

_Janice E. Livingstone_
Janice E. Livingstone
Notary Public, State of Connecticut

JANICE E. LIVINGSTONE
NOTARY PUBLIC - CONNECTICUT
My Commission Expires
August 31, 2016

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     **CRT Special Investments LLC**
**Joseph E. Sarachek**
**262 Harbor Drive**
**Stamford, CT  06902**

Your claim, in the amount of **$5,153,641.53** has been transferred, unless previously expunged by Court Order, to:

**WB Claims Holding – Nortel, LLC**
**Attn: Dale Willenbring**
**c/o Whitebox Advisors, LLC**
**3033 Excelsior Blvd., Suite 300**
**Minneapolis, MN  55416**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#7653** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By      /s/ Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 5, 2012

# EXHIBIT B

CRT SPECIAL INVESTMENTS LLC, JOSEPH E. SARACHEK, 262 HARBOR DRIVE
STAMFORD, CT  06902

CLYDE EDWARDS, 5241 LAKE EDGE DR., HOLLY SPRINGS, NC  27540

CAROL M. LASITTER, 204 CRESTLEIGH ST., ROLESVILLE, NC  27571

ROBERT E. BURKE, 1003 WINDSOR DRIVE, MCKINNEY, TX  75070

SCOTT KENNEDY, 58 ADLER CT., ROCKAWAY, NJ  07866

BRUCE K. AGNEW, 2024 SAVANNAH DR., MCKINNEY, TX  75070

PATRICK B. LEWIS, 7009 S NETHERLAND WAY, AURORA, CO  80016

GORDON B. TAYLOE, C/O W. GREER MCCREEDY, II, ESQ., 403 BOUSH STREET, SUITE 300
NORFOLK, VA  23510

JOEL MCCAULEY SR., 12 ST. ANDREWS CT., DURHAM, NC  27707

PAUL R. KLINGLER, 140 BEACON VIEW CT., ROCHESTER, NY  14617

LUCINDA M. ALEJO, 1604 TRINITY ST., MISSION, TX  78572

MICHAEL S. GRAY, 6583 DECLARATION CT., BEALETON, VA  22712

GARY J. FILIPPI, 407 VERSAILLES DR., CARY, NC  27511

ROBERT WATSON, 2900 TRAMWAY RD., SANFORD, NC  27332

RAJYALAKSHMI PEDDI, 3480 GRANADA AVE, APT. 145, SANTA CLARA, CA  95051

ARLENE ROBBINS, 1917 TRAVIS ST., GARLAND, TX  75042

SUJATHA GANAPATHIRAMAN, 8114 SUMMERHOUSE DRIVE WEST, DUBLIN, OH  43016

GILBERT VIGREAUX, 3479 FERN RIDGE EAST DR. NE, CONYERS, GA  30013

MICHAEL B. KLEBSCH, 1803 MARTHA DR., LITTLE ROCK, AR  72212

DAVID THIBODEAUX, 504 LADDINGFORD LN, LEAGUE CITY, TX  77573

JEFFREY PETERSON, 7 SCOTCH PINE LAKE, EAST SETAUKET, NY  11733

ROBERT LAUZON, 2600 WOODSIDE CIRCLE, MCKINNEY, TX  75070

JAMES V. MOORE III, 5609 N. HAWTHORNE WAY, RALEIGH, NC  27613

ROBERT M. PIPER, 116 EDEN GLEN DRIVE, HOLLY SPRINGS, NC  27540

WILLIAM L. PEAVEY, JR., 1521 W. RALEIGH ST, SILER CITY, NC  27344

# EXHIBIT C

WB CLAIMS HOLDING – NORTEL, LLC, ATTN: DALE WILLENBRING
C/O WHITEBOX ADVISORS, LLC, 3033 EXCELSIOR BLVD., SUITE 300
MINNEAPOLIS, MN  55416

CRT SPECIAL INVESTMENTS LLC, JOSEPH E. SARACHEK, 262 HARBOR DRIVE
STAMFORD, CT  06902

LIQUIDITY SOLUTIONS, INC., ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ  07601

ASM CAPITAL, L.P, 7600 JERICHO TURNPIKE SUITE 302, WOODBURY, NY  11797

ASM CAPITAL IV, L.P., 7600 JERICHO TURNPIKE SUITE 302, WOODBURY, NY 11797

# EXHIBIT D

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA, NEW YORK, NY  10006