IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Daniel A. Lowenthal, Esquire, of Patterson Belknap Webb & Tyler LLP to represent Law Debenture Trust Company of New York in this matter.

Date: June 5, 2012

**MORRIS JAMES LLP**

_/s/ Stephen M. Miller_
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com

Attorneys for Law Debenture Trust Company
of New York

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar for the State of New York, the United States District Court, for the Southern, Eastern, and Northern Districts of New York, the United States Courts of Appeal, for the Second and Third Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund as revised on July 23, 2009. I further certify that the annual fee of $25.00 will be paid to the Clerk of Court for the District Court prior to the filing of this motion.

Signed: *[signature]*

Date: May 31, 2012

Daniel A. Lowenthal
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2720
Facsimile: (212) 336-1253
E-mail: dalowenthal@pbwt.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                            United States Bankruptcy Judge