# **CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Objection to GENBAND US LLC's Motion for Discovery Pursuant to Rule 2004** was caused to be made on June 6, 2012, in the manner indicated upon the entities identified below.

Date: June 6, 2012                                                 */s/ Ann C. Cordo*
Wilmington, DE                                                  Ann C. Cordo (No. 4817)

## **Via Hand Delivery and Email**

Anthony W. Clark
(anthony.clark@skadden.com)
Skadden, Arps, Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(Counsel to CTDI)

Michal Lastowski
(mlastowski@duanemorris.com)
Richard Riley (rwriley@duanemorris.com)
Duane Morris LLP
222 Delaware Ave.
Wilmington, DE 19801
(Counsel to GENBAND)

Thomas P. Tinker. Esq.
(thomas.p.tinker@usdoj.gov)
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins Esq. (collins@rlf.com)
Christopher M. Samis Esq. (samis@rlf.com)
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

Laura Davis Jones (ljones@pszjlaw.com)
Timothy P. Cairns (tcairns@pszjlaw.com)
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway Esq.
(mary.caloway@bipc.com)
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

## **Via First Class Mail and Email**

Fred S. Hodara Esq.
(fhodara@akingump.com)
David H. Botter Esq.
(dbotter@akingump.com)
Akin Gump
One Bryant Park
New York, NY 10036

Ken Coleman Esq
(ken.coleman@allenovery.com)
Lisa J.P. Kraidin. Esq.
(lisa.kraidin@allenovery.com)
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Thomas R. Kreller (tkreller@milbank.com)
MILBANK, TWEED, HADLEY &
MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Jennifer Stam
(jennifer.stam@gowlings.com)
Gowlings
1 First Canadian Place
100 King Street West
Suite 1600
Toronto, Ontario
M5X 1G5 Canada