IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### JOINDER OF THE CANADIAN NORTEL DEBTORS TO THE DEBTORS' OPPOSITION TO GENBAND US LLC'S MOTION FOR DISCOVERY PURSUANT TO RULE 2004

Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (collectively, the **"Canadian Nortel Debtors"**), which are subject to proceedings (the **"Canadian Proceedings"**) under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the **"Ontario Court"**), by and through its undersigned counsel, hereby join in the *Debtors' Opposition to GENBAND US LLC's Motion for Discovery Pursuant to Rule 2004* (Dkt. No. 7800) (the **"Objection"**), for the reasons set forth in the Objection and respectfully request that the Motion be denied.

---

[1] The Debtors (the **"US Debtors"**) in these Chapter 11 cases (the **"Chapter 11 Cases"**), along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

To date, GENBAND has not sought similar relief from the Ontario Court where the Canadian Proceedings are pending. It is the position of the Canadian Nortel Debtors that to the extent the Court is requested to resolve an issue in respect of GENBAND's motion that is directed at any of the Canadian Nortel debtors, the hearing on the matter must be by way of joint hearing with the Ontario Court pursuant to section 10.6(b) of the Asset Sale Agreement dated as of December 22, 2009, by and among GENBAND and the various Nortel entities identified as sellers therein which was approved by this Court and the Canadian Court on March 3, 2010, as well as paragraphs 12(b) and (d) of the Cross-Border Insolvency Protocol that is in effect in Nortel's chapter 11 cases and the Canadian Proceedings.

Dated: Wilmington, Delaware
June 6, 2012

ALLEN & OVERY LLP

Ken Coleman
Lisa Kraidin
1221 Avenue of the Americas
New York, New York  10020
Telephone (212) 610-6300
Facsimile (212) 610-6399
ken.coleman@allenovery.com
lisa.kraidin@allenovery.com

-and-

BUCHANAN INGERSOLL & ROONEY

By: /s/ Mary F. Caloway
Mary F. Caloway (No. 3059)
Peter J. Duhig (No. 4024)
1105 N. Market Street, Suite 1900
Wilmington, Delaware 19801
Telephone (302) 552-4200
Facsimile (302) 552-4295
mary.caloway@bipc.com

Special Counsel to the Canadian Nortel Debtors