# NORTEL WAVE 3 PRETRIAL SERVICE LIST

**VIA FIRST CLASS MAIL**

**Counsel for Sterling Mets**
John M. August
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102

**Counsel for TTI Team Telecom**
Larry A. Katz, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

**Counsel for Cable News, Time, and Turner**
Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Global Broadcast News
Attn:  Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16A
Firm City
Noida, Utlar Pradesh  201 301
India

**VIA HAND DELIVERY**

**Counsel for McCann-Erickson Worldwide, and CMGRP, Inc.**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, P.O. Box 25046
Wilmington, DE 19801

**Counsel for Cable News**
Michael David Debaecke
Blank Rome LLP
1201 Market St.
Suite 800
Wilmington, DE 19899

4219753.1