

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
              Debtors. : Jointly Administered
:
:
------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

      Gregory A. Skinner hereby withdraws his proofs of claim with prejudice in the above-captioned cases (Proof of Claim Nos. 6065, 6066 and 6067).

Dated: Miami, Florida
       May 30, 2012

                                          Gregory A. Skinner
                                          _____
                                          Gregory A. Skinner
                                          79 SW 12th Street,
                                          Unit 3512
                                          Miami, Florida, 33130
                                          Tel. (954) 873-6509

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

NEWYORK:2528128.1