IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                            :
In re                                       :   Chapter 11
                                            :
Nortel Networks Inc., et al.[1],            :   Case No. 09-10138 (KG)
                                            :
            Debtors.                        :   Jointly Administered
                                            :
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Peter S. Budihardjo hereby withdraws his proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 3677).

Dated: Cary, North Carolina
       May 23, 2012

                                            Peter S. Budihardjo

                                            */s/ Peter S. Budihardjo*
                                            _____
                                            Peter S. Budihardjo
                                            103 Lochfield Drive
                                            Cary, NC  27518
                                            Tel. (919) 859-2383
                                            peterbudihardjo@gmail.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.