IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | Re: Docket No. 7648 |
| | ) | |

CERTIFICATION OF NO OBJECTION REGARDING THIRTY-EIGHTH
MONTHLY APPLICATION OF FRASER MILNER CASGRAIN LLP CANADIAN
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
INTERIM ALLOWANCE OF COMPENSATION AND FOR THE REIMBURSEMENT
OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM
MARCH 1, 2012 THROUGH MARCH 31, 2012
[DOCKET NO. 7648] (NO ORDER REQUIRED)

The undersigned hereby certifies that he has received no answer, objection or any

other responsive pleading with respect to the Thirty-Eighth Monthly Fee Application for

Compensation and Reimbursement of Expenses (the "Application") of Fraser Milner Casgrain

LLP (the "Applicant") listed on Exhibit A attached hereto. The undersigned further certifies that

he has reviewed the Court's docket in this case and no answer, objection or other responsive

pleading to the Application appears thereon.[2] The Application was filed with the Court on the

date listed on Exhibit A.

Pursuant to the Administrative Order Establishing Procedures for Interim

Compensation and Reimbursement of Fees and Expenses for Professionals and Official

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation

Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and

one hundred percent (100%) of the expenses requested in the Application upon the filing of this

Certification of No Objection and without the need for entry of a Court order approving the

Application.

Dated: June 7, 2012
        Wilmington, Delaware

                                         Mark D. Collins (No. 2981)
                                         Christopher M. Samis (No. 4909)
                                         Drew G. Sloan (No. 5069)
                                         RICHARDS, LAYTON & FINGER, P.A.
                                         One Rodney Square
                                         920 North King Street
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 651-7700
                                         Facsimile: (302) 651-7701

                                         -and-

                                         Fred S. Hodara, Esq.
                                         Akin Gump Strauss Hauer & Feld LLP
                                         One Bryant Park
                                         New York, New York 10036
                                         Telephone: (212) 872-1000
                                         Facsimile: (212) 872-1002

                                         Counsel to the Official Committee of Unsecured
                                         Creditors of Nortel Networks Inc., *et al.*

RLF1 5687622v. 1

## EXHIBIT A

## NORTEL NETWORKS INC. *et al.*
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Fraser Milner Casgrain LLP<br><br>[Docket No. 7648] | 3/1/12 - 3/31/12 | CDN $90,980.50 (Fees)<br><br>CDN $389.59 (Expenses) | CDN $72,784.40 (Fees @ 80%)<br><br>CDN $389.59 (Expenses @ 100%) | 5/15/12 | 6/5/12 |

RLF1 5687622v. 1