# EXHIBIT A



## McCARTER &ENGLISH
### ATTORNEYS AT LAW

Electronic Payment Instructions
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

June 6, 2012
Invoice 7790374

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

**TOTAL FEES:** ............................................................................................... $70,377.50
**TOTAL EXPENSES:** ....................................................................................... 1,460.71

**TOTAL ALL FEES & EXPENSES:**.................................................................. $71,838.21

Please include this page with your remittance. Thank you.



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

Page 1
June 6, 2012
Invoice 7790374

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

**TOTAL FEES:** ................................................................................. $70,377.50
**TOTAL EXPENSES:** ......................................................................  1,460.71

**TOTAL ALL FEES & EXPENSES:** ...................................................... $71,838.21

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

Professional Services Recorded Through 05/31/2012

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 05/01/12 | CONSIDERATION OF LEGAL ISSUES REGARDING WHETHER THE PROVISIONS OF THE HEALTH AND WELFARE PLANS THAT ALLOW THE COMPANY TO TERMINATE APPLY TO THE LIQUIDATING TRUSTEE IN THE BANKRUPTCY. | 00952/MAD | 0.80 |
| 05/01/12 | EXAMINATION OF LAW REGARDING ABILITY OF THE DEBTOR IN POSSESSION TO TRANSFER OR ASSIGN ALL ITS RIGHTS AND OBLIGATIONS UNDER THE RETIREE WELFARE PLAN TO A LIQUIDATING TRUSTEE WITHOUT IMPLICATING ERISA PLAN AMENDMENT PROCEDURAL REQUIREMENTS OR VIOLATING ERISA, WHERE THE TRANSFER OR ASSIGNMENT IS UNDERTAKEN WITH THE UNDERSTANDING THAT THE LIQUIDATING TRUSTEE WILL IMMEDIATELY TERMINATE THE PLAN. | 02298/JSK | 7.30 |
| 05/02/12 | EXAMINATION OF LAW REGARDING ISSUES RELATED TO WHETHER THE COMPANY OR LIQUIDATING TRUSTEE MAY TERMINATE THE RETIREE PLAN AND THE IMPLICATIONS OF SAME. | 00952/MAD | 1.00 |
| 05/02/12 | ATTENDING AND PARTICIPATING IN THE TELEFONIC MEETING OF THE RETIREE COMMITTEE DISCUSSING VARIOUS ISSUES RELATED TO THE STATUS OF THE CASE AND THE STRATEGIES WITH RESPECT TO MEDIATION. | 00952/MAD | 1.00 |
| 05/02/12 | REVIEW OF MATERIALS FROM A&M IN PREPARATION FOR THE RETIREE CONFERENCE CALL; CONSIDERATION OF LEGAL ISSUES REGARDING THE CALCULATIONS OF THE LIABILITY TO CONTINUE THE RETIREE MEDICAL THROUGH JUNE 30TH, 2014 AND THE IMPLICATIONS FOR CONTINUATION THEREAFTER. | 00952/MAD | 0.80 |
| 05/02/12 | TELEPHONE CALL REGARDING LEGAL ISSUES SURROUNDING ERISA PLAN AMENDMENT PROCEDURES AND POTENTIAL ARGUMENTS | 02298/JSK | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | IMPACTING THE ABILITY OF THE DEBTOR IN POSSESSION TO ASSIGN ALL ITS RIGHTS AND OBLIGATIONS UNDER THE RETIREE WELFARE PLAN TO A LIQUIDATING TRUSTEE. | | |
| 05/02/12 | IN-DEPT EXAMINATION OF CASE LAW UNDER ERISA SECTION 402(B)(3) REGARDING ABILITY OF THE DEBTOR IN POSSESSION EFFECTIVELY TO ASSIGN ALL ITS RIGHTS AND OBLIGATIONS UNDER THE RETIREE WELFARE PLAN TO A THIRD PARTY LIQUIDATING TRUSTEE, KNOWING THAT THE TRUSTEE WILL TERMINATE THE PLAN, AS IMPLICATING ERISA AMENDMENT PROCEDURES. | 02298/JSK | 5.00 |
| 05/03/12 | REVIEW OF FORMS OF TRUST AGREEMENTS IN CONNECTION WITH THE ESTABLISHMENT OF THE VEBA. | 00952/MAD | 1.00 |
| 05/03/12 | REVIEW OF THE 1992 PLAN DOCUMENT REGARDING THE AMENDMENT PROCEDURES AND THE EXTENT OF THE PROCEDURES PROVIDING WITH BROAD POWERS TO AMEND. | 00952/MAD | 0.30 |
| 05/03/12 | CONSIDERATION OF LEGAL ISSUES REGARDING FORM OF VEBA; REVIEW OF MODEL TRUST AGREEMENT. | 00952/MAD | 0.50 |
| 05/03/12 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLY OF TOGUT REGARDING THE RESOLUTIONS ATTACHED TO THE 1992 RETIREE WELFARE BENEFIT PLAN PROVIDING FOR THE EXECUTION OF AMENDMENTS; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 05/03/12 | EXAMINE AND ANALYZE, REVISE AND APPROVE FOR FILING THE 6TH MONTHLY OF TS&S. | 02718/WFT | 0.50 |
| 05/03/12 | CONTINUED EXAMINATION OF JUDICIAL DECISIONS UNDER ERISA REGARDING WHETHER THERE ARE ANY FIDUCIARY OBLIGATIONS OR STATUTORY PROHIBITIONS IMPLICATED WHERE A DEBTOR IN POSSESSION AGREES TO TRANSFER ALL ITS RIGHTS AND OBLIGATIONS UNDER A RETIREE WELFARE PLAN TO A THIRD PARTY WITH THE EXPECTATION THAT THE THIRD PARTY WILL IMMEDIATELY TERMINATE THE RETIREE WELFARE PLAN. | 02298/JSK | 6.00 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 05/03/12 | REVISE FILE SIXTH MONTHLY FEE APPLICATION OF TOGUT SEGAL AND SEGAL; | 04990/JFS | 0.40 |
| 05/03/12 | CONFER WITH CO-COUNSEL AND DEBTORS REGARDING QUARTERLY FEE APPLICATION DEADLINES AND RELATED HEARING DATES; | 04990/JFS | 0.40 |
| 05/04/12 | EXAMINATION OF LAW REGARDING THE TERMINATION OF THE PLAN BY THE DEBTOR IN POSSESSION AND THE LIQUIDATING TRUSTEE OR LIQUIDATING MANAGER AND THE IMPLICATIONS OF THE SAME; CONSIDERATION OF LEGAL ISSUES RELATED TO SAME. | 00952/MAD | 1.00 |
| 05/04/12 | CONFERENCE CALL WITH BRIAN MOORE AND RICHARD MILIN DISCUSSING AT LENGTH THE BEST ARGUMENTS REGARDING UNILATERAL TERMINATION OF THE RETIREE MEDICAL BENEFITS BY THE DEBTOR IN POSSESSION AND THE IMPLICATIONS OF THE TERMINATION OF THE PLAN BY THE LIQUIDATING MANAGER. | 00952/MAD | 0.80 |
| 05/04/12 | REVIEW AND EDIT UNDERLYING DOCUMENTATION TO BE USED FOR M&E FEE APPLICATION. | 02718/WFT | 0.50 |
| 05/04/12 | CONFERENCE CALL REGARDING BEST ARGUMENTS UNDER ERISA TO PRECLUDE THE UNILATERAL TERMINATION OF RETIREE WELFARE PLAN BENEFITS BY THE DEBTOR IN POSSESSION. | 02298/JSK | 0.80 |
| 05/04/12 | ADDITIONAL EXAMINATION OF LAW REGARDING ABILITY OF DEBTOR IN POSSESSION TO TERMINATE RETIREE WELFARE PLAN THROUGH TRANSFERRING SPONSORSHIP TO A LIQUIDATING TRUSTEE THAT WILL IMMEDIATELY TERMINATE THE PLAN. | 02298/JSK | 6.30 |
| 05/04/12 | CONFERENCE WITH M. DANIELLE RE BANKRUPTCY AND ERISA ARGUMENTS FOR USE AT MEDIATION; | 05147/SHB | 1.00 |
| 05/04/12 | ELECTRONICALLY FILE SIXTH MONTHLY FEE APPLICATION OF TOGUT SEGAL AND SEGAL; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 05/05/12 | REVIEW OF EMAIL FROM RICHARD MILIN AND ATTACHED COPY OF 1996 RETIREMENT AGREEMENT PROVIDED BY RETIREES DESMOND HUDSON; CONSIDERATION AS TO WORDING OF THE AGREEMENT; ADVICE TO MR. MILIN REGARDING ARGUMENTS AVAILABLE GIVEN THE WORDING OF THAT DOCUMENT, AS TO THE RETIREE WELFARE PLAN BEING NON-TERMINABLE AT WILL BY THE DEBTOR IN POSSESSION. | 02298/JSK | 2.80 |
| 05/05/12 | CONTINUING EXAMINATION OF CASE LAW UNDER ERISA IN CONNECTION WITH ASSESSING VIABILITY OF AN ARGUMENT THAT THE DEBTOR IN POSSESSION MUST COMPLY WITH CERTAIN REQUIRED ERISA AMENDMENT PROCEDURES IN TRANSFERRING SPONSORSHIP OF THE RETIREE MEDICAL PLAN TO A LIQUIDATING TRUSTEE THAT WILL IMMEDIATELY TERMINATE THE PLAN. | 02298/JSK | 1.80 |
| 05/06/12 | FURTHER CONSIDERATION OF LEGAL ISSUES REGARDING THE RIGHT TO TERMINATE RETIREE MEDICAL; REVIEW OF EMAIL COMMUNICATION FROM RICHARD MILIN FORWARDING COPIES OF ADDITIONAL ELECTION FORMS WITHOUT THE ROR AND THE IMPACT ON THE UPCOMING MEDIATION. | 00952/MAD | 0.80 |
| 05/07/12 | REVIEW OF EMAIL COMMUNICATION FROM DOUG GREER REGARDING VEBA COST AND EXPENSE RELATED ISSUES; PREPARATION OF A SUMMARY OF COST AND EXPENSES; COMMUNICATING WITH DUG GREER REGARDING THE SAME. | 00952/MAD | 0.80 |
| 05/07/12 | CORRESPOND AND UPDATE TS&S RE PAYMENT OF COMMITTEE MEMBERS FOR THEIR EXPENSES. | 02718/WFT | 0.30 |
| 05/07/12 | RESEARCH AT THE REQUEST OF TS&S RE PAYMENT OF COMMITTEE MEMBERS FOR THEIR EXPENSES. | 02718/WFT | 0.70 |
| 05/07/12 | CORRESPOND WITH TS&S RE PAYMENT OF COMMITTEE MEMBERS FOR THEIR EXPENSES. | 02718/WFT | 0.30 |
| 05/07/12 | CONSIDERATION WITH RESPECT TO ONGOING ADMINISTRATIVE AND COMMITTEE FEES IN | 03651/KAB | 0.60 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | CONNECTION WITH VEBA TRUST. | | |
| 05/08/12 | FOLLOW-UP CONFERENCE CALL WITH NEIL BERGER, BRIAN MOORE AND STEPHANIE SKELLY DISCUSSING VARIOUS ISSUES RAISED BY THE MEDIATOR WITH RESPECT TO THE TERMINATION OF BENEFITS AND OTHER RELATED MATTERS. | 00952/MAD | 0.50 |
| 05/08/12 | EXAMINATION OF LAW REGARDING POSSIBLE CASE LAW DISCUSSING THE DIFFERENCE BETWEEN ELIMINATION OF COVERAGE, TERMINATION OF THE PLAN AND OTHER RELATED LEGAL ISSUES RAISED BY THE MEDIATOR. | 00952/MAD | 1.50 |
| 05/08/12 | PARTICIPATING IN THE CONFERENCE CALL WITH THE MEMBERS OF THE COMMITTEE UPDATING THEM ON THE MEDIATION. | 00952/MAD | 0.50 |
| 05/08/12 | REVIEW OF EMAIL COMMUNICATION REGARDING THE PREPARATION OF THE VEBA, THE CALCULATION OF THE BENEFIT COST AND OTHER RELATED ISSUES, CONSIDERATION OF LEGAL ISSUES REGARDING SAME. | 00952/MAD | 0.80 |
| 05/08/12 | CORRESPOND AND UPDATE LEAD COUNSEL ON THE STATUS OF THE COMMITTEE MEMBER REPAYMENT OF COMMITTEE EXPENSES. | 02718/WFT | 0.30 |
| 05/08/12 | CORRESPOND WITH COMMITTEE MEMBER ZALOKAR AND LEAD COUNSEL TS&S RE REPAYMENT OF COMMITTEE EXPENSES. | 02718/WFT | 0.30 |
| 05/08/12 | CORRESPOND WITH DEBTORS RE CONTINUING PROBLEMS WITH KURTZMAN SERVICE ISSUES. | 02718/WFT | 0.30 |
| 05/08/12 | AT THE DIRECTION OF LEAD COUNSEL (TS&S) DRAFT, REVISE COMMITTEE MEMBER REPAYMENTS DOCUMENTS TO FACILITATE REIMBURSEMENT OF THE MEMBERS FOR THEIR EXPENSES. | 02718/WFT | 1.50 |
| 05/08/12 | CORRESPOND WITH COMMITTEE MEMBER RESSNER AND LEAD COUNSEL TS&S RE REPAYMENT OF COMMITTEE EXPENSES. | 02718/WFT | 0.30 |
| 05/08/12 | CORRESPOND WITH KURTZMAN RE CONTINUING | 02718/WFT | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | PROBLEMS WITH KURTZMAN SERVICE ISSUES. | | |
| 05/08/12 | CORRESPOND WITH COMMITTEE MEMBER HAUPT AND LEAD COUNSEL TS&S RE REPAYMENT OF COMMITTEE EXPENSES. | 02718/WFT | 0.30 |
| 05/08/12 | CORRESPOND WITH COMMITTEE MEMBER KANE AND LEAD COUNSEL TS&S RE REPAYMENT OF COMMITTEE EXPENSES. | 02718/WFT | 0.30 |
| 05/08/12 | EXAMINE AND ANALYZE AGENDA FOR MAY 9TH HEARING TO DETERMINE IF COMMITTEE IS AFFECTED BY ANY MOTIONS SCHEDULED AND UPDATE TS&S RE SAME. | 02718/WFT | 0.30 |
| 05/08/12 | CORRESPOND WITH COMMITTEE MEMBER DONAHEE AND LEAD COUNSEL TS&S RE REPAYMENT OF COMMITTEE EXPENSES. | 02718/WFT | 0.30 |
| 05/08/12 | ATTENDANCE AT CONFERENCE CALL WITH RETIREES COMMITTEE REGARDING OUTCOME OF FIRST MEDIATION SESSION. | 02298/JSK | 0.80 |
| 05/08/12 | EXAMINATION OF CASE LAW REGARDING ENFORCEABILITY OF AN EMPLOYER'S RESERVATION OF A RIGHT TO ELIMINATE COVERAGE UNDER A PLAN WHERE THE RESERVATION DOES NOT PROVIDE FOR A RIGHT TO TERMINATE THE PLAN. | 02298/JSK | 0.30 |
| 05/08/12 | RESEARCHING DISTINCTIONS BETWEEN "ELIMINATING COVERAGE/BENEFITS" V. "TERMINATING" IN CONNECTION WITH RESERVATION OF RIGHTS CLAUSE IN SPD IN WELFARE BENEFITS PLAN; OFFICE CONSIDERATION IN CONNECTION WITH SAME. | 04872/PAK | 3.00 |
| 05/08/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING SIXTH MONTHLY FEE APPLICATION OF TOGUT SEGAL AND SEGAL; | 04990/JFS | 0.20 |
| 05/09/12 | RESEARCHING EXTENT TO WHICH RESERVATION OF RIGHTS CLAUSE IN WELFARE BENEFITS PLAN IS ENFORCED BY COURTS; PREPARING SUMMARY CHART REGARDING SAME. | 04872/PAK | 5.00 |
| 05/09/12 | PREPARE CERTIFICATE OF NO OBJECTION | 04990/JFS | 0.40 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | REGARDING FIFTH MONTHLY FEE APPLICATION OF TSS; | | |
| 05/10/12 | CONFERRING WITH RESPECT TO ISSUES RELATED TO THE RESERVATION OF RIGHTS CLAUSE UNDER THE RETIREE MEDICAL AND WHETHER THERE IS A DISTINCTION BETWEEN ELIMINATION OF COVERAGE AND THE TERMINATION OF A PLAN. | 00952/MAD | 0.50 |
| 05/10/12 | CORRESPOND WITH LEAD COUNSEL RE TRANSCRIPT NEEDED AND PURPOSES FOR SAME. | 02718/WFT | 0.30 |
| 05/10/12 | RESEARCHING CASELAW IN CONNECTION WITH RESERVATION OF RIGHTS CLAUSE UNDER RETIREE MEDICAL PLAN. | 04872/PAK | 1.50 |
| 05/10/12 | CONFER WITH VENDOR REGARDING RETRIEVAL OF MAY 9, 2012 HEARING TRANSCRIPT; | 04990/JFS | 0.40 |
| 05/11/12 | EXAMINE AND ANALYZE TRANSCRIPT OF HEARING ON MAY 9TH AS REQUESTED BY LEAD COUNSEL ON THE ISSUE OF MEDIATION DISCUSSED AT THE HEARING. | 02718/WFT | 0.50 |
| 05/11/12 | CONFER WITH DEBTOR'S COUNSEL AND KCC REGARDING OUTSTANDING INVOICES; | 04990/JFS | 0.50 |
| 05/14/12 | CONTINUED REVIEW OF THE VEBA TRUST AGREEMENTS EXECUTED IN CONNECTION WITH PRIOR BANKRUPTCY SETTLEMENTS; CONSIDERATION OF LEGAL ISSUES REGARDING THE GOVERNANCE PROVISIONS FOR THE APPOINTMENT OF THE VEBA COMMITTEE AND THE TRUST AND OTHER PROVIDERS AND THE FORM OF SUCCESSION OF COMMITTEE MEMBERS IN THE VARIOUS TRUST AGREEMENTS. | 00952/MAD | 1.30 |
| 05/14/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE (85) IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 1.50 |
| 05/14/12 | CONFER WITH VENDOR REGARDING MAY 9, 2012 HEARING TRANSCRIPT; | 04990/JFS | 0.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 05/15/12 | EXAMINE AND ANALYZE PROPOSED TS&S FIFTH MONTHLY CNO AND REVISE AND APPROVE FOR FILING. | 02718/WFT | 0.30 |
| 05/15/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING FIFTH MONTHLY FEE APPLICATION OF TSS; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 05/16/12 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING VARIOUS ISSUES RELATED TO THE POST-MEDIATION RECAP; OFFICE CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.80 |
| 05/16/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING SEVENTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.70 |
| 05/16/12 | DRAFT EIGHTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.80 |
| 05/17/12 | CONFERRING WITH RESPECT TO ISSUES RELATED TO THE JAMES PHILLIPS ELECTION FORMS AND WHETHER THERE IS ANY SUPPORT FOR THE POSITION THAT THE ENROLLMENT FORMS TRUMP THE RESERVATION RIGHTS CLAUSE AND OTHER RELATED ISSUES. | 00952/MAD | 0.50 |
| 05/17/12 | EXAMINE AND ANALYZE, REVISE AND FINALIZE M&E'S 8TH FEE APPLICATION FOR FILING. | 02718/WFT | 0.50 |
| 05/17/12 | CONTINUING EXAMINATION OF LAW REGARDING THE ABILITY OF NORTEL TO TERMINATE PLANS COVERING RETIREES WHERE THERE IS A RESERVATION OF RIGHTS TO TERMINATE COVERAGE UNDER A PLAN, BUT NOT A RESERVATION OF RIGHT TO TERMINATE THE PLAN. | 02298/JSK | 2.80 |
| 05/17/12 | REVIEW OF EMAIL FROM BRIAN MOORE AND TELEPHONE CALL WITH RICHARD MILIN AND BRIAN MOORE REGARDING UPDATE ON LEGAL THEORIES UNDER WHICH RETIREES MAY CHALLENGE NORTEL'S UNILATERAL TERMINATION OF THEIR RETIREE COVERAGE. | 02298/JSK | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 05/17/12 | PREPARING E-MAIL RESPONSE TO QUESTIONS REGARDING CONTRACTUAL PROVISIONS RELATING TO RETIREE MEDICAL PROMISES. | 04872/PAK | 1.00 |
| 05/17/12 | REVISE EIGHTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.20 |
| 05/18/12 | CONSIDERATION OF LEGAL ISSUES REGARDING QUESTIONS RAISED BY BRIAN MOORE REGARDING THE RESERVATIONS OF RIGHTS CLAUSE AND THE OPPORTUNITY TO CHALLENGE THE SAME; EXAMINATION OF LAW WITH RESPECT TO ISSUES RELATED TO THE SAME. | 00952/MAD | 0.80 |
| 05/18/12 | CONSIDERATION OF ISSUES AND STRATEGIES REGARDING ABILITY TO TERMINATE RETIREE BENEFITS; REVIEWING LEGAL MEMORANDA AND PLAN DOCUMENTATION RELATED THERETO | 00246/WTR | 1.70 |
| 05/18/12 | CONTINUING EXAMINATION OF CASE LAW REGARDING WHETHER AN INDIVIDUAL BENEFIT STATEMENT OR ELECTION PROVIDED TO A RETIREE THAT OMITS A RESERVATION OF RIGHTS BY THE EMPLOYER TO TERMINATE THE PLAN MAY TRUMP A SUMMARY PLAN DESCRIPTION THAT CONTAINS SUCH A RESERVATION OF RIGHTS. | 02298/JSK | 1.30 |
| 05/18/12 | RESPONDING TO QUESTIONS OF J KIMBALL REGARDING RESEARCH FINDINGS WITH RESPECT TO RESERVATION OF RIGHTS CLAUSES; REVIEWING CASES IN CONNECTION WITH SAME. | 04872/PAK | 1.20 |
| 05/18/12 | REVISE AND ELECTRONICALLY FILE EIGHTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.60 |
| 05/19/12 | OFFICE CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE INQUIRIES BY BRIAN MOORE REGARDING THE TERMINATION OF THE PLAN AND THE RESERVATION RIGHTS CLAUSE AS IT RELATES TO INCONSISTENCIES BETWEEN THE ELECTION FORMS AND THE DOCUMENTS. | 00952/MAD | 0.50 |
| 05/19/12 | REVIEWING LEGAL MEMORANDA AND BACKGROUND INFORMATION WITH RESPECT TO | 00246/WTR | 1.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | BENEFITS TERMINATION | | |
| 05/20/12 | CONTINUING EXAMINATION OF CASE LAW REGARDING WHETHER A SPECIFIC PROMISE MADE TO AN EMPLOYEE/RETIREE IN AN ENROLLMENT FORM OR BENEFITS SUMMARY TRUMPS A RESERVATION OF RIGHTS TO TERMINATE A RETIREE WELFARE PLAN CONTAINED IN AN SPD OR PLAN DOCUMENT. | 02298/JSK | 3.00 |
| 05/21/12 | REVIEW OF EMAIL COMMUNICATIONS REGARDING POTENTIAL CAUSES OF ACTION FOR THE AMBIGUITY BETWEEN THE RESERVATION OF RIGHTS CLAUSE AND THE ELECTION FORMS. | 00952/MAD | 0.50 |
| 05/21/12 | REVIEWING LEGAL AND FACTUAL ISSUES RELATING TO VESTING AND TERMINATION AND PREPARATION FOR CALL WITH CO-COUNSEL | 00246/WTR | 2.40 |
| 05/21/12 | EXAMINE AND ANALYZE THE MOTION OF GENBAND FOR 2004 EXAMINATION AS SUCH WAS SERVED ON RETIREE COUNSEL. | 02718/WFT | 0.40 |
| 05/21/12 | EXAMINE AND ANALYZE THE DRAFT, PROPOSED MOTION OF TS&S FOR SECOND QUARTERLY FEE APPLICATION. | 02718/WFT | 0.50 |
| 05/21/12 | CONTINUING IN-DEPTH EXAMINATION OF ERISA JUDICIAL DECISIONS REGARDING WHETHER A SPECIFIC PROMISE OF LIFETIME BENEFITS MADE TO AN EMPLOYEE/RETIREE WILL TRUMP AN SPD OR PLAN DOCUMENT RESERVATION OF RIGHTS TO TERMINATE BENEFITS AT ANY TIME. | 02298/JSK | 6.50 |
| 05/21/12 | EMAIL ADVICE REGARDING IMPLICATIONS OF SPECIFIC PROVISION IN BENEFITS ENTITLEMENT FORM PROVIDED TO RETIREE J. PHILLIPS DISCUSSING CESSATION OF "CONTRIBUTORY" GROUP LIFE INSURANCE COVERAGE AND CONVERSION RIGHTS AVAILABLE TO RETIREE. | 02298/JSK | 0.80 |
| 05/22/12 | FURTHER EXAMINATION OF LAW REGARDING THE VARIOUS THEORIES OF LAW THAT APPLY TO THE TERMINATION OF RETIREE MEDICAL BENEFITS, INCLUDING BREACH OF FIDUCIARY DUTY, CONTRACT CLAIMS AND ESTOPPEL CLAIMS IN PREPARATION FOR UPCOMING CONFERENCE CALL WITH REPRESENTATIVES | 00952/MAD | 1.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | OF THE TOGUT; OFFICE CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | | |
| 05/22/12 | LENGTHY CONFERENCE CALL WITH RICHARD MILIN, NEIL BERGER, STEPHANIE SKELLEY AND BRIAN MOORE DISCUSSING AT LENGTH VARIOUS ARGUMENTS AND POSITIONS TO BE TAKEN WITH RESPECT TO WHETHER THE PLAN DOCUMENTS AND ANCILLARY DOCUMENTS SUPPORT VARIOUS CLAIMS UNDER ERISA TO PREVENT THE TERMINATION OF THE RETIREE MEDICAL BENEFITS. | 00952/MAD | 2.00 |
| 05/22/12 | REVIEWING LEGAL AND FACTUAL ISSUES RELATING TO VESTING AND TERMINATION; PARTICIPATING IN CONFERENCE CALL WITH CO-COUNSEL | 00246/WTR | 1.40 |
| 05/22/12 | PREPARATION FOR AND ATTENDANCE AT CONFERENCE CALL REGARDING LEGAL AUTHORITY IN SUPPORT OF VARIOUS CLAIMS TO BE ASSERTED IN MEDIATION. | 02298/JSK | 2.00 |
| 05/22/12 | EXAMINATION OF LAW AND ADVICE REGARDING ERISA JUDICIAL DECISIONS DISTINGUISHING BETWEEN A RESERVATION OF RIGHTS TO "ELIMINATE COVERAGE" AND A RESERVATION OF RIGHTS TO "TERMINATE BENEFITS." | 02298/JSK | 2.00 |
| 05/22/12 | EXAMINATION OF LAW AND ADVICE REGARDING RELATIVE LIKELIHOOD OF RETIREES PREVAILING ON A BREACH OF FIDUCIARY DUTY THEORY AS DISTINGUISHED FROM A CONTRACTUAL VESTING THEORY. | 02298/JSK | 3.50 |
| 05/22/12 | EXAMINATION OF THIRD CIRCUIT DECISIONAL LAW APPLYING EQUITABLE ESTOPPEL AS A LEGAL THEORY OF RECOVERY IN ERISA WELFARE BENEFITS PLAN LITIGATION. | 02298/JSK | 4.00 |
| 05/22/12 | PREPARE THIRD QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 1.60 |
| 05/22/12 | REVISE SECOND QUARTERLY FEE APPLICATION OF TSS; | 04990/JFS | 0.50 |
| 05/22/12 | PREPARE TELEPHONIC APPEARANCE FOR COUNSEL REGARDING MAY 24, 2012 HEARING; | 04990/JFS | 0.40 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 05/23/12 | REVIEW OF EMAIL COMMUNICATION FROM MARK HAUPT REGARDING THE PLAN OF ACTION WITH RESPECT TO WHETHER A VEBA WOULD BE SET UP AND THE DETAILS ASSOCIATED WITH THE SAME; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THIRD PARTY VENDORS, TPAS AND THE STRUCTURE FOR THE VEBA TRUST. | 00952/MAD | 0.50 |
| 05/23/12 | TELEPHONE CONFERENCE CALL WITH NEIL BERGER, RICHARD MILIN, RON WINTERS, DOUG GREER AND KEVIN OF A&M DISCUSSING IN DETAIL RESPONSES TO THE QUESTIONS RAISED BY MARK HAUPT WITH RESPECT TO THE VEBA AND THE ALLOCATION OF THE FUNDS AND PROCEDURES TO SET UP A VEBA. | 00952/MAD | 0.70 |
| 05/23/12 | CONFERENCE CALL WITH RICHARD MILNER AND NEIL BERGER REGARDING ISSUES RELATED TO THE BANKRUPTCY PROCEEDING AND WITH RESPECT TO POTENTIAL LITIGATION REGARDING BREACH OF FIDUCIARY DUTY AND CLAIMS WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 05/23/12 | REVIEW OF EMAIL COMMUNICATION TO NEIL BERGER REGARDING THE UNYSIS CASES AND THE BASIS FOR A CLAIM FOR BREACH OF FIDUCIARY DUTY AND PROMISSORY ESTOPPEL; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 05/23/12 | EXAMINE AND ANALYZE, REVISE AND FINALIZE M&E'S 3RD QUARTERLY FEE APPLICATION. | 02718/WFT | 0.50 |
| 05/23/12 | EXAMINE AND ANALYZE, REVISE AND FINALIZE TS&S'S 2ND QUARTERLY FEE APPLICATION. | 02718/WFT | 0.50 |
| 05/23/12 | ATTENDANCE AT CONFERENCE CALL REGARDING STEPS TO BE TAKEN IN ESTABLISHING A VEBA AS A FUNDING VEHICLE TO HOLD SETTLEMENT MONIES RECEIVED. | 02298/JSK | 0.70 |
| 05/23/12 | EXAMINATION OF LAW REGARDING ERISA JUDICIAL DECISIONS INVOLVING CHALLENGES TO UNILATERAL TERMINATION OF RETIREE WELFARE BENEFITS WHERE THE EMPLOYER HAS A FORMAL WRITTEN PLAN DOCUMENT BUT | 02298/JSK | 1.10 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | NO SUMMARY PLAN DESCRIPTION. | | |
| 05/23/12 | CONTINUING EXAMINATION OF LAW REGARDING THIRD CIRCUIT DECISIONS CONSIDERING ERISA FIDUCIARY BREACH CLAIMS IN ACTIONS BROUGHT BY RETIREES CHALLENGING TERMINATION OF RETIREE WELFARE BENEFITS AND TRANSMITTING REPRESENTATIVE DECISIONS TO THE ATTORNEY FOR THE OFFICIAL COMMITTEE OF RETIREES. | 02298/JSK | 3.00 |
| 05/23/12 | CONTINUING EXAMINATION OF THIRD CIRCUIT DECISIONS APPLYING EQUITABLE ESTOPPEL AS A THEORY OF RECOVERY IN ERISA WELFARE BENEFITS PLAN LITIGATION AND TRANSMITTING OF DECISIONS TO ATTORNEY FOR THE OFFICIAL COMMITTEE OF RETIREES. | 02298/JSK | 2.50 |
| 05/23/12 | ATTENDANCE AT CONFERENCE CALL REGARDING POTENTIAL CONFLICTS IF RETIREES SHOULD INSTITUTE LEGAL ACTIONS CHALLENGING ANY UNILATERAL TERMINATION OF THEIR RETIREE BENEFITS. | 02298/JSK | 0.50 |
| 05/23/12 | REVISE AND ELECTRONICALLY FILE SECOND QUARTERLY FEE APPLICATION OF TSS; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 05/23/12 | REVISE AND ELECTRONICALLY FILE THIRD QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 05/24/12 | MEETING WITH RON WINTERS AT HIS OFFICE IN NEW YORK; CONFERENCING KEVIN AT A&M TO DISCUSS VARIOUS ISSUES RELATED TO THE VEBA IN RESPONSE TO MARK HAUBT, COMMITTEE MEMBER'S REQUEST AND OUTLINING PROPOSED SUMMARY FOR THE COMMITTEE. | 00952/MAD | 1.20 |
| 05/24/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE STRUCTURE FOR A POTENTIAL VEBA AND THE PROCUREMENT OF A FULLY INSURED RETIREE MEDICAL INSURANCE PROGRAM IN PREPARATION FOR MEETING WITH RON WINTERS. | 00952/MAD | 0.80 |
| 05/24/12 | OFFICE CONFERENCE REGARDING ISSUES RAISED BY RICHARD MILIN AND NEIL BERGER | 00952/MAD | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | REGARDING APPROPRIATE PARTIES IN CONNECTION WITH A BREACH OF FIDUCIARY LAWSUIT REGARDING RETIREE MEDICAL. | | |
| 05/24/12 | CONSIDERATION OF COVERAGE ISSUES. | 00083/S-P | 0.50 |
| 05/24/12 | REVIEW, REVISE AND FINALIZE THE TS&S 7TH INTERIM APPLICATION AND APPROVE FOR FILING. | 02718/WFT | 0.50 |
| 05/24/12 | CONTINUING EXAMINATION OF LAW REGARDING ERISA JUDICIAL DECISIONS INVOLVING CONTRACTUAL VESTING CLAIMS WHERE THERE IS A FORMAL WRITTEN PLAN DOCUMENT BUT NO SUMMARY PLAN DESCRIPTION AND THE ONLY DOCUMENT FURNISHED TO THE RETIREES IS AN ENROLLMENT FORM THAT CONTAINS NO RESERVATION OF RIGHTS. | 02298/JSK | 3.00 |
| 05/24/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING SERVICE OF QUARTERLY FEE APPLICATIONS; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 05/24/12 | REVISE AND ELECTRONICALLY FILE SEVENTH MONTHLY FEE APPLICATION OF TSS; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.60 |
| 05/25/12 | CONFERRING WITH RESPECT TO ISSUES RELATED TO THE INSURED VERSUS INSURED EXCEPTION REGARDING D&O INSURANCE. | 00952/MAD | 0.30 |
| 05/25/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE FORM OF THE PRESENTATION TO THE 1114 COMMITTEE REGARDING THE VEBA PROCESS; REVIEW OF THE OUTLINE PREPARED BY A&M WITH RESPECT TO THE VEBA ALTERNATIVES. | 00952/MAD | 1.00 |
| 05/25/12 | REVIEW OF EMAIL COMMUNICATIONS REGARDING THE STATUS OF THE MEDIATION. | 00952/MAD | 0.30 |
| 05/25/12 | CONFERRING WITH RON WINTERS REGARDING ISSUES RELATED TO THE OUTLINE AND THE PROPOSED COMMENTS THERETO. | 00952/MAD | 0.20 |
| 05/25/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 1.20 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 05/25/12 | CONTINUING EXAMINATION OF CASE LAW REGARDING WHAT CONSTITUTES THE "PLAN" FOR PURPOSES OF DETERMINING THE RIGHTS OF PARTICIPANTS UNDER THE PLAN. | 02298/JSK | 0.50 |
| 05/25/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING SEVENTH MONTHLY FEE APPLICATION OF TSS; | 04990/JFS | 0.30 |
| 05/26/12 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING THE LETTER FROM CLEARY GOTTLIEB TO RICHARD MILIN ON BEHALF OF THE DEBTOR; REVIEW OF THE LETTER TO LISA SCHWEITZER OF CLEARY GOTTLIEB REGARDING THE RETIREE COMMITTEE'S POSITION WITH RESPECT TO THE TERMINATION OF BENEFITS AND THE PROVIDING OF DOCUMENTATION; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.80 |
| 05/28/12 | CONTINUED REVIEW OF THE OUTLINE AND ISSUES RELATED TO THE VEBA FORMATION IN PREPARATION FOR THE 1114 COMMITTEE MEETING; REVIEW OF THE FORMS OF VEBA TRUST AGREEMENTS ESTABLISHED IN PRIOR BANKRUPTCIES AS IT RELATES TO THE 1114 COMMITTEE. | 00952/MAD | 1.00 |
| 05/28/12 | EXAMINATION OF LAW REGARDING DISTINCTION DRAWN IN ERISA STATUTE AND CASE LAW BETWEEN AN "ELIMINATION OF COVERAGE" AND A "TERMINATION" OF A GROUP HEALTH PLAN UNDER WHICH VARIOUS COVERAGE TIERS OR TYPES OF COVERAGE ARE PROVIDED. | 02298/JSK | 5.30 |
| 05/29/12 | REVIEW OF THE DRAFT OF THE VEBA FORMATION OF POWER POINT PRESENTATION IN PREPARATION OF COMMENTS AND REVISIONS THERETO; COMMUNICATING WITH RON WINTERS AND KEVIN GREGSON AND ETHAN NORRIS WITH RESPECT TO THE SAME. | 00952/MAD | 1.50 |
| 05/29/12 | REVIEW OF MEMORANDUM REGARDING THE DISTINCTION BETWEEN THE ELIMINATION OF COVERAGE AND THE TERMINATION OF PLAN COVERAGE UNDER ERISA; PREPARING REVISIONS THERETO. | 00952/MAD | 0.80 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 05/29/12 | REVIEW OF EMAIL COMMUNICATION FROM RON WINTERS REGARDING THE NORTEL VEBA SUMMARY. | 00952/MAD | 0.30 |
| 05/29/12 | REVIEW OF THE A&M SUPPORTING ANALYSIS FOR SETTLEMENT DISCUSSIONS; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME; REVIEW OF CORRESPONDENCE TO RICHARD LEVIN IN RESPONSE TO EMAIL REQUEST REGARDING THE PROPOSAL; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 1.50 |
| 05/29/12 | EMAILS WITH MR. MILIN AND MR. DANIELE REGARDING COVERAGE ISSUES. | 00083/S-P | 0.20 |
| 05/29/12 | PREPARATION AND TRANSMITTAL OF MEMORANDUM OF LAW REGARDING DISTINCTION BETWEEN "ELIMINATION OF COVERAGE" AND "TERMINATION" OF A PLAN, UNDER ERISA AND IMPLEMENTING REGULATIONS. | 02298/JSK | 2.00 |
| 05/29/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY FEE APPLICATION OF TOGUT SEGAL AND SEGAL; | 04990/JFS | 0.40 |
| 05/30/12 | REVIEWING AND REVISING THE A&M SLIDE PRESENTATION REGARDING VEBA CREATION AND ESTABLISHMENT PROCEDURES; COMMUNICATING WITH RESPECT TO THE SAME. | 00952/MAD | 0.80 |
| 05/30/12 | CONFERENCE CALL WITH RICHARD MILIN REGARDING COVERAGE ISSUES. | 00083/S-P | 0.30 |
| 05/30/12 | CONTINUING EXAMINATION OF CASE LAW REGARDING THE EXTENT TO WHICH PROMISES OF LIFETIME BENEFITS CONTAINED IN "INFORMAL" PLAN DOCUMENTATION SUCH AS EMPLOYEE BROCHURES MAY TRUMP A RESERVED RIGHT TO TERMINATE BENEFITS IN A "FORMAL" WRITTEN PLAN DOCUMENT WHERE NO SUMMARY PLAN DESCRIPTION HAS BEEN PROVIDED. | 02298/JSK | 3.10 |
| 05/31/12 | COMMENCE EXAMINATION OF LAW REGARDING SUPPORT FOR THE BREACH OF FIDUCIARY DUTY AND THE ESTOPPEL CLAIMS BY THE | 00952/MAD | 1.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | RETIREES; COMMUNICATING WITH RICHARD MILIN REGARDING THE SAME AND FORWARDING TREATISE SUMMARY ON SUCH ISSUES. | | |
| 05/31/12 | TELEPHONE CONFERENCE WITH NEIL BERGER REGARDING THE STATUS OF THE MEDIATION AND DISCUSSIONS REGARDING THE 1114 COMMITTEE MEETING AND THE PRESENTATION. | 00952/MAD | 0.30 |
| 05/31/12 | REVIEW OF THE A&M PRESENTATION REGARDING THE VEBA IN PREPARATION FOR TOMORROW'S MEETING WITH THE 1114 RETIREE COMMITTEE AND CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 1.00 |
| 05/31/12 | TELEPHONE CONFERENCE WITH MR. MILIN AND BRIAN MOORE REGARDING THE UPDATE ON THE MEETING WITH THE MEDIATOR; | 00952/MAD | 0.50 |
| 05/31/12 | ATTENDANCE AT CONFERENCE CALL STATUS OF MEDIATION. | 02298/JSK | 0.50 |
| 05/31/12 | EXAMINATION OF CASE LAW PRESENTING "BEST" SUPPORT FOR BREACH OF FIDUCIARY DUTY CLAIM IF NORTEL UNILATERALLY TERMINATES RETIREE WELFARE PLAN COVERAGE. | 02298/JSK | 2.20 |
| 05/31/12 | CONFER WITH COUNSEL, REVIEW AND FORWARD FILED COPY OF MCCARTER AND ENGLISH RETENTION APPLICATION; | 04990/JFS | 0.20 |

TOTAL HOURS:                      165.20

**TOTAL FEES:** ................................................................  $70,377.50
**TOTAL EXPENSES:** .......................................................      1,460.71

**TOTAL ALL FEES & EXPENSES:**.......................................  $71,838.21

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| | | | HOURS | | RATE | VALUE |
|---|---|---|---|---|---|---|
| 00083 | SHERILYN PASTOR | PARTNER | 1.00 | Hours @ | 580.00 | 580.00 |
| 00246 | WILLIAM T. REILLY | PARTNER | 7.00 | Hours @ | 525.00 | 3,675.00 |
| 00952 | MARK A. DANIELE | PARTNER | 37.50 | Hours @ | 525.00 | 19,687.50 |
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 13.20 | Hours @ | 525.00 | 6,930.00 |
| 02298 | JANE S. KIMBALL | SPEC COUNSEL | 82.40 | Hours @ | 390.00 | 32,136.00 |
| 03651 | KEVIN A. BROWN | ASSOCIATE | 0.60 | Hours @ | 385.00 | 231.00 |
| 04872 | PATRICIA A. KILLIAN | ASSOCIATE | 11.70 | Hours @ | 380.00 | 4,446.00 |
| 05147 | SCOTT H. BERNSTEIN | ASSOCIATE | 1.00 | Hours @ | 370.00 | 370.00 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 10.80 | Hours @ | 215.00 | 2,322.00 |
| **ATTORNEY TOTALS:** | | | **165.20** | | | **70,377.50** |