# **EXHIBIT B**

ME1 13606277v.1

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---:|---:|
| 05/08/2012 | PHOTOCOPIES | 1.65 | |
| 05/31/2012 | PHOTOCOPIES | 33.45 | |
| | Total For: PHOTOCOPIES | | 35.10 |
| 03/22/2012 | COURT CONFERENCE SERVICES - TELEPHONIC APPEARANCE | 44.00 | |
| | Total For: TELEPHONE | | 44.00 |
| 05/15/2012 | POSTAGE POSTAGE | 7.70 | |
| 05/18/2012 | POSTAGE POSTAGE | 13.30 | |
| | Total For: POSTAGE | | 21.00 |
| 04/19/2012 | FOR HEARING TRANSCRIPT | 68.40 | |
| | Total For: TRANSCRIPTS | | 68.40 |
| 05/01/2012 | LIBRARY RESEARCH | 79.56 | |
| 05/04/2012 | LIBRARY RESEARCH | 17.57 | |
| 05/09/2012 | LIBRARY RESEARCH | 324.63 | |
| 05/10/2012 | LIBRARY RESEARCH | 49.26 | |
| 05/17/2012 | LIBRARY RESEARCH | 6.63 | |
| 05/20/2012 | LIBRARY RESEARCH | 233.31 | |
| 05/20/2012 | LIBRARY RESEARCH | 15.53 | |
| 05/21/2012 | LIBRARY RESEARCH | 183.80 | |
| 05/22/2012 | LIBRARY RESEARCH | 144.96 | |
| 05/23/2012 | LIBRARY RESEARCH | 220.22 | |
| 05/28/2012 | LIBRARY RESEARCH | 16.74 | |
| | Total For: LIBRARY RESEARCH | | 1,292.21 |
| 05/04/2012 | REIMBURSEMENT OF EXPENSES FOR COMMITTEE MEMBERS | (3,681.92) | |
| 05/08/2012 | PAYMENT FOR EXPENSES FOR COMMITTEE MEMBERS | 1,549.99 | |
| 05/08/2012 | PAYMENT FOR EXPENSES FOR COMMITTEE MEMBERS | 836.65 | |
| 05/08/2012 | PAYMENT FOR EXPENSES FOR COMMITTEE MEMBERS | 270.00 | |
| 05/08/2012 | PAYMENT FOR EXPENSES FOR COMMITTEE MEMBERS | 408.18 | |
| 05/08/2012 | PAYMENT FOR EXPENSES FOR COMMITTEE MEMBERS | 617.10 | |
| | Total For: SERVICES | | 0.00 |

**TOTAL DISBURSEMENTS** ............................................................  **$1,460.71**