IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | RE: Docket Nos. 7802 |

## CERTIFICATE OF SERVICE

I, Mary F. Caloway, do hereby certify that on the 6th day of June, 2012, I caused copies of the *Joinder of the Canadian Nortel Debtors to the Debtors' Opposition to Genband US LLC's Motion for Discovery Pursuant to Rule 2004 [Docket No. 7802]* to be served upon the parties identified on the attached service list via electronic mail.

Dated: June 8, 2012
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Mary F. Caloway
Mary F. Caloway (No. 3059)
Peter J. Duhig (No. 4024)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
T: (302) 552-4200
F: (302) 552-4295
mary.caloway@bipc.com

*Special Counsel to the Canadian Nortel Debtors*

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**VIA ELECTRONIC MAIL**
Ann C. Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
E-mail: acordo@mnat.com

Mark D. Collins
Christopher M. Samis
Richards Layton & Finger
920 N King Street
Wilmington, DE 19801
E-mail: collins@rlf.com
samis@rlf.com

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
E-mail: ljones@pszyj.com
tcairns@pszjlaw.com

Ken Coleman
Daniel Guyder
Lisa J.P. Kraidin
Noam Wiener
Jonathan Cho
Andrew Dove
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
E-mail: Ken.Coleman@AllenOvery.com
Daniel.Guyder@AllenOvery.com
lisa.kraidin@allenovery.com
Noam.Wiener@allenovery.com
Jonathan.Cho@NewYork.AllenOvery.com
Andrew.Dove@AllenOvery.com

Thomas R. Kreller
Milbank, Tweed, Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

E-mail: tkreller@milbank.com

Fred S. Hodara
David H. Botter
Akin Gump
One Bryant Park
New York, NY 10036
E-mail: fhodara@akingump.com
dbotter@akingump.com

T. Patrick Tinker
Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: thomas.p.tinker@usdoj.gov

Erin Fay, Esq.
Marisa DeCarli
Bankruptcy Paralegal
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Email: efay@mnat.com
mdecarli@MNAT.com

Anthony W. Clark
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Email: anthony.clark@skadden.com

Jennifer Stam
Gowling Lafleur Henderson
1 First Canadian Place
1100 King Street West
Suite 1600
Toronto, Ontario M5X 1G5
Email: jennifer.stam@gowlings.com

Michael R. Lastowski
Richard W. Riley
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801
Email: mlastowski@duanemorris.com
      RWRiley@duanemorris.com