IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                      :
                                                      :   Chapter 11
                                                      :
In re                                                 :
                                                      :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                        :
                                                      :   Jointly Administered
                    Debtors.                          :
                                                      :
                                                      :
                                                      :
                                                      :
                                                      :
------------------------------------------------------X
```

**DECLARATION OF KERRIN T. KLEIN IN SUPPORT OF
DEBTORS' OBJECTION TO THE PROOFS OF CLAIM FILED BY
THE NORTEL NETWORKS UK PENSION TRUST LIMITED (AS TRUSTEE OF
THE NORTEL NETWORKS UK PENSION PLAN) AND THE BOARD OF
THE PENSION PROTECTION FUND, AND MOTION FOR
<u>AN ORDER REQUIRING A MORE DEFINITE STATEMENT OF CLAIM</u>**

I, Kerrin T. Klein, do hereby declare as follows:

1. I am associated with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession (collectively, the "<u>Debtors</u>") in the above-captioned proceeding. I am admitted to the bar of the State of New York and have been admitted *pro hac vice* in this Court in this case. I respectfully submit this declaration in support of the Debtors' objection (the "<u>Objection</u>") to the proofs of claim (the "<u>Proofs of Claim</u>") filed against them by the Claimants

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. ("<u>NNI</u>") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), *Nortel* Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. ("<u>NN CALA</u>") (4226) (collectively, the "<u>Debtors</u>"). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

(as defined in the Objection and Motion) and Debtors' motion, pursuant to Sections 105 and 502 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 3001, 3007, 7012 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order directing the Claimants to file a more definite statement of their Claims by July 31, 2012, with the supporting documentation, or the Claims will be disallowed and expunged with prejudice (the "Motion").

2. Attached hereto as Exhibit 1 is a true and correct copy of the Proof of Claim filed by the Claimants against NNI, dated September 30, 2009, which is listed on Debtors' claim register as claim number 5573 (the "NNI Claim"). The appendices to the Proof of Claim are not attached. The full Proofs of Claim are available for download from the claims register at http://chapter11.epiqsystems.com/nortel.

3. Attached hereto as Exhibit 2 is a true and correct copy of the letter of the Pensions Regulator dated September 25, 2009, which was attached to the NNI Claim as Item 4.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Proof of Claim filed by the Claimants against NN CALA, dated January 25, 2010, which is listed on Debtors' claim register as claim number 6979 (the "NN CALA Claim"). The appendices to the Proof of Claim are not attached. The full Proofs of Claim are available for download from the claims register at http://chapter11.epiqsystems.com/nortel.

5. Attached hereto as Exhibit 4 is the letter of the Pensions Regulator dated January 25, 2010, which was attached to the NN CALA Claim as Item 4.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Court's Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings, dated Feb. 26, 2010.

7. Attached hereto as Exhibit 6 is a true and correct copy of the transcript of the Court's Decision granting Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The UK Pension Proceedings.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Court's Memorandum Opinion, dated March 9, 2010.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Richard Hitchcock dated February 18, 2010, with the exhibits thereto.

10. Attached hereto as Exhibit 9 is a true and correct copy of Justice Morawetz's written opinion in In re Nortel Networks Corp., [2010] ONSC 1304 (Can.) (Mar. 18, 2010).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2012.

_____
Kerrin T. Klein