# Exhibit 2

# ITEM # 4

25 September 2009

**The Pensions Regulator**

Nortel Networks UK Pension Trust Limited
(The Trustee of the Nortel Networks UK Pension Plan) and
The Board of the Pension Protection Fund

**VIA EMAIL**

Our ref:
RAFT/ML/TM6409

Dear Sirs

I am the Chief Executive of the Pensions Regulator, a body established by the Pensions Act 2004 ("the Act") to protect the benefits of occupational pension schemes in the United Kingdom.

In cases of pension deficiencies, the Regulator acting after Representations and submissions and a hearing by the Determinations Panel of the Pensions Regulator has the ability to issue a Financial Support Direction ("FSD") under s.43 of the Act in circumstances where the requirements of that section are satisfied.

An FSD is a direction for a member or members of a corporate group (a "Related Entity or Entities") which is or are connected and associated with the sponsoring employer of a pension scheme or plan in deficit, to require that financial support is put in place for that pension plan. There are three main requirements: (i) The sponsoring employer must be insufficiently resourced for the purposes of s.43(3) of the Act; (ii) the Related Entity must satisfy the connected and associated test referred to above, and; (iii) it must be reasonable to impose the requirements of an FSD on the Related Entity.

The procedure for issuing an FSD is that the Regulator reviews the background and circumstances relating to the pension plan. The Regulator then sets out the case for the issue of an FSD in a Warning Notice (supported by the relevant evidence) which is then sent to the Related Entity or Entities. The Related Entity or Entities are then granted the opportunity to make written Representations as to the matters set out in the Warning Notice, and then all the parties have the opportunity to make submissions at an oral hearing in front of the Determinations Panel which must then decide whether it is appropriate to issue an FSD to one or more of the Related Entities.

I am writing to you in connection with the Nortel Networks UK Pension Plan (the "Nortel Plan").

| | | |
|---|---|---|
| Napier House | Customer support: | 0870 6063636 |
| Trafalgar Place | Textphone: | 0870 2433123 |
| Brighton | Fax: | 0870 2411144 |
| BN1 4DW | Email: | customersupport@thepensionsregulator.gov.uk |
| | General office: | 01273 811800 |
| | Website: | www.thepensionsregulator.gov.uk |
| | E-learning: | www.trusteetoolkit.com |

Page 2 

Based on its review of the circumstances relating to the Nortel Plan, the Regulator intends to issue a Warning Notice particularising the Regulator's case for the issuance of an FSD against one or more of the Nortel group of companies listed on the attached Schedule A. The Warning Notice will be provided to the Related Entities as soon as it is issued. Due to the complexity of the operation of the Nortel group of companies the Regulator is still completing its investigation but must, in any event, issue an FSD by May 2010 at the very latest.

Should you have any questions about the contents of this letter prior to the issue of the Warning Notice I should be grateful if you would write to me at the above address.

Yours faithfully

**Tony Hobman**
Chief Executive
The Pensions Regulator

Napier House
Trafalgar Place
Brighton
BN1 4DW

| | |
|---|---|
| Customer support: | 0870 6063636 |
| Textphone: | 0870 2433123 |
| Fax: | 0870 2411144 |
| Email: | customersupport@thepensionsregulator.gov.uk |
| General office: | 01273 811800 |
| Website: | www.thepensionsregulator.gov.uk |
| E-learning: | www.trusteetoolkit.com |

Page 3

**The Pensions Regulator**

## SCHEDULE A

**Canada**

1. Nortel Networks Limited
2. Nortel Networks Corporation
3. Nortel Networks Technology Corporation
4. Nortel Networks International Corporation
5. Nortel Networks Global Corporation

**US**

1. Nortel Networks Inc
2. Nortel Networks Capital Corporation
3. CoreTek Inc
4. Architel Systems (US) Corporation
5. Nortel Networks International Inc
6. Northern Telecom International Inc
7. Nortel Networks Optical Components Inc
8. Nortel Networks HPOCS Inc
9. Nortel Networks Applications Management Solutions Inc
10. Qtera Corporation
11. Nortel Altsystems Inc
12. Nortel Altsystems International Inc
13. Sonoma Systems
14. Xros, Inc
15. Nortel Networks Cable Solutions Inc

Napier House
Trafalgar Place
Brighton
BN1 4DW

Customer support: 0870 6063636
Textphone: 0870 2433123
Fax: 0870 2411144
Email: customersupport@thepensionsregulator.gov.uk
General office: 01273 811800
Website: www.thepensionsregulator.gov.uk
E-learning: www.trusteetoolkit.com