**CERTIFICATE OF SERVICE**

        I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration of Kerrin T. Klein in Support of Debtors' Objection to the Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (As Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund, and Motion for an Order Requiring a More Definite Statement of Claim** was caused to be made on June 11, 2012, in the manner indicated upon the entities identified below and on the attached service list.

Dated: June 11, 2012

                                                                     */s/ Chad A. Fights*
                                                                     Chad A. Fights (No. 5066)

**Via Overnight Mail and Email**

Brian O'Conner (bo'connor@willkie.com)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019

**Via Hand Delivery and Email**

Charlene Davis (cdavis@bayardlaw.com)
Justin Alberto (jalberto@bayardlaw.com)
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

3069376.2