## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims By and Between Nortel Networks Inc. and SCI Brockville Corp. d/b/a BreconRidge Corporation** was caused to be made on June 12, 2012, in the manner indicated upon the individuals identified below and on the attached service list.

Date: June 12, 2012  /s/ Chad A. Fights
Wilmington, DE  Chad A. Fights (No. 5006)

**Via Hand Delivery**

Drinker Biddle & Reath LLP
Howard Cohen
1100 N. Market St.
Wilmington, DE 19801

**Via First Class Mail**

Drinker Biddle & Reath LLP
Robert Malone
500 Campus Dr.
Florham Park, NJ 07932

4989033.3

4989033.3