## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on June 12, 2012, a copy of the foregoing **Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc.,** *et al.* **to the Debtors' Opposition to GENBAND US LLC's Motion for Discovery Pursuant to Rule 2004** was served on the parties on the attached list and in the manner indicated thereon.

_____
Christopher M. Samis (No. 4909)

**In re: Nortel Networks, Inc.,** *et al.*
**Case No.: 09-10138 (KG)**
**Service List**

**Via Hand Delivery**

Anthony W. Clark
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(Counsel to CTDI)

Michael R. Lastowski
Richard W. Riley
Duane Morris LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
(Counsel to GENBAND US LLC)

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Mary F. Caloway
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801

**Via First Class Mail**

Fred S. Hodara
David H. Botter
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Ken Coleman
Lisa J.P. Kraidin
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Thomas R. Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa St.
Suite 3000
Los Angeles, CA 90017

Jennifer Stam
Gowlings
1 First Canadian Place
100 King Street West
Suite 1600
Toronto, Ontario
M5X 1G5 Canada