IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT    )
                        ) ss.:
COUNTY OF HARTFORD      )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as an Associate Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On June 13, 2012, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a) the sellers of the claims as listed on the annexed Exhibit B,
    b) the buyers of the claims as listed on the annexed Exhibit C,
    c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brian Hunt

Sworn to before me this
13th day of June, 2012

_____
Janice E. Livingstone
Notary Public, State of Connecticut

JANICE E. LIVINGSTONE
NOTARY PUBLIC - CONNECTICUT
My Commission Expires
August 31, 2016

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     **Robert Hruska**
**9116 Doublebit Drive**
**Raleigh, NC  27615**

Your claim, in the amount of **$52,753.52** has been transferred, unless previously expunged by Court Order, to:

**Hain Capital Holdings, LTD**
**Attn: Rachel Yamnik**
**301 Route 17, 7th Floor**
**Rutherford, NJ  07070**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number #7769 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By     /s/ Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 13, 2012

**EXHIBIT B**

ROBERT HRUSKA, 9116 DOUBLEBIT DRIVE, RALEIGH, NC 27615

BOBBY DANIEL, 2045 ENGLEWOOD DRIVE, APEX, NC 27539

ANGELIQUE FARMER, 5601 FLOWERWOOD LANE, MCKINNEY, TX 75070

KA WAI CHAN, 311 SHADY VALLEY COURT, SAN RAMON, CA 94582

HESHAM ELBAKOURY, 4211 NORWALK DR., CC 102, SAN JOSE, CA 95129

JERJIANN LIAW, 10610 PINEWALK FOREST CIRCLE, ALPHARETTA, GA 30022

CARRIE FRENCH, 2 CAMBRIDGE CT., FAIRHOPE, AL 36532

ROBERT MARK JUNOR, 38 MALTBY CT., BRAMPTON, ON L6P 1A5, CANADA

PATRICIA B. WALTON, 4078 OLD NC 75, STEM, NC 27581

DONALD E. KOEHLER, 158 BEAR HILL RD., UNIT 103, CUMBERLAND, RI 02864

JESSE PERKINS, 7406 ARMSTRONG LN, ROWLETT, TX 75089

GARY CLOUSE, 250 PIT ROAD, CORDOVA, AL 35550

AVONDA FELIX. 6510 ROSEBUD DR., ROWLETT, TX 75089

TIM FISCHER, 27005 COUNTY ROAD S, ELIZABETH, CO 80107

ROBERT JOHNSON, 808 E. CONCORD LN., ALLEN, TX 75002

RENAE BUCKSER, 2530 CANYON LAKES DR., SAN RAMON, CA 94582

CHARLES R. GROTE, 5627 S. QUATAR CT., CENTENNIAL, CO 80015

KEVIN MCMAHAN, 931 KINGSWOOD CIRCLE, HIGHLAND VILLAGE, TX 75077

BENNY J. ARGENTO, JR., 7820 FOXWOOD DR., RALEIGH, NC 27615

BLAKE CRAWFORD, 1231 RIDGEWAY DR., RICHARDSON, TX 75080

JOE MOUNT, 1500 KINDER WAY, ROCKWALL, TX 75032

**EXHIBIT C**

HAIN CAPITAL HOLDINGS, LTD, ATTN: RACHEL YAMNIK, 301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ  07070

ASM CAPITAL IV, L.P., C/O ASM CAPITAL, 7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY  11797

ASM SIP, L.P., C/O ASM CAPITAL, 7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY  11797

ASM CAPITAL, L.P., C/O ASM CAPITAL, 7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY  11797

LIQUIDITY SOLUTIONS, INC., ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ  07601

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA, NEW YORK, NY  10006