IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] Debtors. | Case No. 09-10138 |
| | (Jointly Administered) |

**FIRST SUPPLEMENTAL DECLARATION OF RONALD WINTERS IN SUPPORT OF THE JOINT MOTION OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC <u>AS FINANCIAL ADVISORS</u>**

I, Ronald Winters, being duly sworn, deposes and says:

1.  I am a managing director at Alvarez & Marsal Healthcare Industry Group, LLC ("A&M"), which maintains offices at various locations around the country. I submit this declaration (the "First Supplemental Declaration") to supplement my prior declaration that was submitted in connection with A&M's retention in these chapter 11 cases. Unless otherwise stated in this First Supplemental Declaration, I have personal knowledge of the facts set forth herein.

2.  On January 14, 2009 the Debtors commenced these cases by filing voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. On October 7, 2011 the Official Committee of Retired Employees and the Official Committee of Long-Term Disability Participants (the "Committees") filed a joint application to retain A&M as their financial advisor. In support of the application, A&M filed a declaration executed by the undersigned on behalf of A&M in accordance with the applicable sections of the Bankruptcy Code (the "Original Declaration").

4. Since the filing of the Original Declaration, it has come to my attention that A&M and its affiliates have and continue to provide services to Mercer Group, Inc. ("Mercer") in matters wholly unrelated to the Debtors' chapter 11 cases. Mercer has or continues to provide actuarial services to the Debtors. No personnel providing services for the Committees are or have been involved in A&M's and its affiliates' engagements for Mercer.

5. Insofar as I have been able to ascertain and except as specifically disclosed herein and in the Original Declaration, A&M does not represent any other entity having an interest adverse to the Committees in connection with this case, and therefore believes it remains eligible to represent the Committees under Section 1103(b) of the Bankruptcy Code.

_____
Ronald Winters
Managing Director
Alvarez & Marsal Healthcare Industry Group, LLC