**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
                            :

*In re*                            :      Chapter 11
                            :

Nortel Networks Inc., *et al.*,[1]     :      Case No. 09-10138 (KG)
                            :

            Debtors.       :      Jointly Administered
                            :

---------------------------------------------------------- X

**CERTIFICATE OF NO OBJECTION REGARDING SIXTEENTH
INTERIM APPLICATION OF ERNST & YOUNG LLP FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX
SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR PERIOD OF FEBRUARY 1, 2012 THROUGH APRIL 30, 2012**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols,

Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive

pleading to **Sixteenth Interim Application Of Ernst & Young LLP For Allowance Of**

**Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors**

**And Debtors-In-Possession For Period Of February 1, 2012 Through April 30, 2012** (the

"Application") (D.I. 7666), filed on May 21, 2012.

The undersigned further certifies that Morris Nichols has caused the review of the

Court's docket in this case and that no answer, objection or other responsive pleading to the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3138134.4

Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than June 11, 2012 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) +(3) ) |
|---|---|---|---|
| $1,772,779.00 | $8,706.00 | $1,418,223.20 | $1,426,929.20 |

Dated:  June 13, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (*Admitted Pro Hac Vice*)
Lisa M. Schweitzer (*Admitted Pro Hac Vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____/s/ Ann C. Cordo_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and Debtors In Possession

3138134.4