IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 7704 |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 30, 2012, I caused to be served the "Notice Of Hearing On Canadian Motion With Respect To Group D&O Policy," dated May 25, 2012 [Docket No. 7704], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Panagiota Manatakis

Sworn to before me this
4th day of June, 2012

_____
Notary Public

> PANAGIOTIS CARIS
> NOTARY PUBLIC STATE OF NEW YORK
> QUEENS COUNTY
> LIC. #01CA6237515
> COMM. EXP. MARCH 21, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Canadian Motion NOH Supp_DI 7704_AFF_5-30-12_SS.doc

**EXHIBIT A**

NNI 7704 5-30-12

DEWART GLEASON, LLP
ATTN: SEAN DEWART
366 ADELAIDE STREET WEST
SUITE 102
TORONTO, ON M5V 1R9
CANADA

NNI 7704 5-30-12

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY
COLLECTIONS
ATTN: MICHELLE A. LEVITT,
175 WATER STREET, 18TH FLOOR
NEW YORK, NY  10038