# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

May 1, 2012 through May 31, 2012

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 5/1/2012   End Date 5/31/2012
**Enter Billing Rate/Hr:** 515.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 2.0 | $515.00 | $1,030.00 |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 157.6 | $515.00 | $81,164.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 6.5 | $515.00 | $3,347.50 |
| 5 | Fee Applications | 8.8 | $515.00 | $4,532.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 8.6 | $257.50 | $2,214.50 |
| | **Hours/Billing Amount for Period:** | **183.5** | | **$92,288.00** |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 5/1/2012 | Responding to inquiry from C Brod | 3 | 2.0 |
| 5/1/2012 | Call with UCC | 4 | 1.0 |
| 5/1/2012 | Call re mediation and allocation | 3 | 1.0 |
| 5/1/2012 | Tax matters | 3 | 2.0 |
| 5/1/2012 | Retiree matters | 3 | 1.0 |
| 5/1/2012 | Mediation materials follow up | 3 | 1.0 |
| 5/1/2012 | UK data matters, several calls and documents to review | 3 | 1.0 |
| 5/1/2012 | 4th estate | 3 | 0.5 |
| 5/1/2012 | Ciena escrow | 3 | 1.0 |
| 5/1/2012 | Deferred comp matter | 3 | 1.0 |
| 5/1/2012 | Employee severance motion | 3 | 1.0 |
| 5/1/2012 | Various administrative matters | 3 | 0.8 |
| 5/2/2012 | Review claims updates and proposed filings | 3 | 5.0 |
| 5/3/2012 | Mediation matters | 3 | 2.0 |
| 5/3/2012 | Administrative matters | 3 | 2.0 |
| 5/3/2012 | UK data and US data wind down | 3 | 1.0 |
| 5/6/2012 | Prepare April fee app | 5 | 3.2 |
| 5/7/2012 | Case management call | 3 | 1.0 |
| 5/7/2012 | Respond to C Brod matter | 3 | 1.2 |
| 5/7/2012 | 401k plan | 3 | 1.0 |
| 5/7/2012 | Mexico matter | 3 | 1.3 |
| 5/7/2012 | Retiree matters | 3 | 1.0 |
| 5/7/2012 | Insurance renewal | 3 | 1.3 |
| 5/7/2012 | Data wind down | 3 | 1.2 |
| 5/7/2012 | Claims matters | 3 | 1.0 |
| 5/8/2012 | UCC call | 4 | 1.3 |
| 5/8/2012 | Various claims matters | 3 | 1.2 |
| 5/8/2012 | Insurance renewal | 3 | 1.2 |
| 5/8/2012 | Data wind down | 3 | 1.0 |
| 5/8/2012 | UK matters | 3 | 1.0 |
| 5/8/2012 | Preferences and claims settlements | 3 | 1.3 |
| 5/8/2012 | Deferred comp matter | 3 | 1.3 |
| 5/9/2012 | Tax matters | 3 | 2.2 |
| 5/9/2012 | Retiree matter | 3 | 1.3 |
| 5/9/2012 | Claims matters; review and update | 3 | 2.0 |
| 5/9/2012 | Work force plan | 3 | 0.3 |
| 5/9/2012 | Preferences | 3 | 0.3 |
| 5/9/2012 | 4th estate | 3 | 1.0 |
| 5/9/2012 | Mediation submissions | 3 | 4.2 |
| 5/9/2012 | C Brod inquiry | 3 | 1.0 |
| 5/9/2012 | UK data | 3 | 1.3 |
| 5/9/2012 | Insurance renewal | 3 | 1.0 |
| 5/10/2012 | Michigan tax | 3 | 1.3 |
| 5/10/2012 | Insurance renewal | 3 | 1.0 |
| 5/10/2012 | Tax matters | 3 | 1.3 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 5/10/2012 | Retiree matters | 3 | 1.0 |
| 5/10/2012 | C Brod inquiry | 3 | 1.2 |
| 5/10/2012 | Mediation matters | 3 | 3.2 |
| 5/10/2012 | Deferred comp | 3 | 1.3 |
| 5/10/2012 | April fee app | 5 | 1.3 |
| 5/11/2012 | Retention matters | 3 | 1.0 |
| 5/11/2012 | Tax matters | 3 | 1.0 |
| 5/11/2012 | Claims issues | 3 | 1.3 |
| 5/11/2012 | MOR Michigan matter | 3 | 1.2 |
| 5/11/2012 | Deferred comp | 3 | 1.0 |
| 5/11/2012 | Claims stip | 3 | 1.0 |
| 5/11/2012 | Retiree matters | 3 | 1.3 |
| 5/11/2012 | 4th estate | 3 | 1.2 |
| 5/14/2012 | Case management call | 3 | 1.0 |
| 5/14/2012 | Flight to NY | 7 | 4.3 |
| 5/14/2012 | Review of deferred comp matter and prep for mediation | 3 | 2.0 |
| 5/14/2012 | 401k plan | 3 | 1.0 |
| 5/14/2012 | Tax matters | 3 | 3.0 |
| 5/15/2012 | Deferred comp mediation3 | 3 | 6.3 |
| 5/15/2012 | Meeting at Cleary regarding various case issues, including mediation, retiree, claims | 3 | 4.0 |
| 5/16/2012 | Tax call with UCC and bond holders |  | 1.3 |
| 5/16/2012 | PBGC matter | 3 | 1.3 |
| 5/16/2012 | UK pension matter | 3 | 4.3 |
| 5/16/2012 | Mediation matter submittals | 3 | 4.0 |
| 5/17/2012 | PG&E claim | 3 | 0.3 |
| 5/17/2012 | 4th estate | 3 | 1.0 |
| 5/17/2012 | Claims review and call re same | 3 | 7.0 |
| 5/18/2012 | PBGC matter | 3 | 1.2 |
| 5/18/2012 | Genband matter | 3 | 1.2 |
| 5/18/2012 | Deferred comp matter | 3 | 1.2 |
| 5/18/2012 | Mediation submissions follow up | 3 | 1.0 |
| 5/18/2012 | Tax matters | 3 | 1.0 |
| 5/21/2012 | Case management CA | 3 | 1.2 |
| 5/21/2012 | Insurance matters | 3 | 1.0 |
| 5/21/2012 | UCC call | 4 | 1.0 |
| 5/21/2012 | Worker comp coverages | 3 | 1.3 |
| 5/21/2012 | Michigan matter | 3 | 1.0 |
| 5/21/2012 | State tax matters | 3 | 1.3 |
| 5/21/2012 | PBGC conf | 3 | 1.0 |
| 5/21/2012 | Worker comp update | 3 | 1.3 |
| 5/21/2012 | Interco claims work | 3 | 1.0 |
| 5/21/2012 | Case management and UCC calls | 4 | 2.2 |
| 5/22/2012 | Deferred comp matter | 3 | 1.0 |
| 5/22/2012 | 401k termination | 3 | 2.3 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 5/22/2012 | GDNT matter | 3 | 1.0 |
| 5/22/2012 | Interco claims matter | 3 | 1.2 |
| 5/22/2012 | Retiree matter | 3 | 1.0 |
| 5/22/2012 | 4th estate | 3 | 1.3 |
| 5/22/2012 | UK work orders re data | 1 | 2.0 |
| 5/23/2012 | Retiree matter | 3 | 1.2 |
| 5/23/2012 | Severance post petition | 3 | 1.0 |
| 5/23/2012 | State tax matter | 3 | 1.3 |
| 5/23/2012 | LTIP schedules | 3 | 1.0 |
| 5/23/2012 | Gillen matter | 3 | 1.3 |
| 5/23/2012 | Prepare quarterly fee app | 5 | 4.3 |
| 5/24/2012 | Claims settlements | 3 | 1.0 |
| 5/24/2012 | Employee claims process review and call re same | 3 | 1.3 |
| 5/24/2012 | Buyer billing matter and interco | 3 | 1.3 |
| 5/24/2012 | Call re Chartis | 3 | 1.0 |
| 5/29/2012 | Retiree matter | 3 | 1.0 |
| 5/29/2012 | Employee claims | 3 | 1.3 |
| 5/29/2012 | Case management call; call with UCC | 4 | 1.0 |
| 5/29/2012 | LTIP matter | 3 | 1.0 |
| 5/29/2012 | State tax matter and call re same | 3 | 1.2 |
| 5/29/2012 | Interco claims and mediation matters | 3 | 3.0 |
| 5/30/2012 | Travel to meeting re claims | 7 | 4.3 |
| 5/30/2012 | Review claims schedules; employee claims | 3 | 1.3 |
| 5/31/2012 | Case management meeting with Lydecker, Schultea and Cilia re claims, tax matters, data employee benefits and other wind down | 3 | 8.5 |