**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

May 1, 2012 through May 31, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    821.00 |
| Travel – Lodging | | 2,467.94 |
| Travel – Meals | | 76.72 |
| Travel – Car Service | | 100.00 |
| Travel – Parking | | 86.00 |
| Office supplies, shipping, and other office related expenses | | 84.95 |
| PACER | | - |
| TOTAL | | $   3,636.61 |

# Nortel Expense Report

**PERIOD:** May 1, 2012 through May 31, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 5/14/2012 | New York Trip - Air fare | $ 255.40 | | | | | | |
| 5/14/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 5/14/2012 | New York Trip - Hotel tax | | $ 103.07 | | | | | |
| 5/15/2012 | New York Trip - Meal | | | $ 28.35 | | | | |
| 5/15/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 5/15/2012 | New York Trip - Hotel tax | | $ 103.07 | | | | | |
| 5/16/2012 | New York Trip - Meal | | | $ 23.95 | | | | |
| 5/16/2012 | New York Trip - Meal | | | $ 24.42 | | | | |
| 5/16/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 5/16/2012 | New York Trip - Parking | | | | | $ 48.00 | | |
| 5/16/2012 | New York Trip - Air fare | $ 239.00 | | | | | | |
| 5/30/2012 | Chicago Trip - Air fare | $ 326.60 | | | | | | |
| 5/30/2012 | Chciago Trip - Hotel | | $ 555.90 | | | | | |
| 5/31/2012 | Chciago Trip - Hotel | | $ 555.90 | | | | | |
| 5/31/2012 | Chicago Trip - Parking | | | | | $ 38.00 | | |
| 5/31/2012 | Aircell | | | | | | $ 34.95 | |
| 5/31/2012 | WiFi | | | | | | $ 50.00 | |