## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-Ninth Monthly Application of John Ray, as Principal Officer of Nortel Networks, Inc. for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2012 Through May 31, 2012** was caused to be made on June 15, 2012, in the manner indicated upon the entities identified below.

Date:  June 15, 2012  
Wilmington, DE

*/s/ Ann C. Cordo*  
Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**

Thomas P. Tinker, Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207, Lockbox 35  
Wilmington, DE  19801-3519  
(Trustee)

Mark D. Collins, Esq.  
Christopher M. Samis, Esq.  
Richards Layton & Finger  
One Rodney Square  
920 N King St  
Wilmington, DE  19801  
(Counsel for Official Committee  
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Nortel Networks, Inc.  
Attn: Accounts Payable  
P.O. Box 13010  
RTP, NC 27709  
(Debtor)

Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY  10036  
(Counsel for Official Committee  
Of Unsecured Creditors)

4078212.13