# EXHIBIT B

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON
MOSCOW • FRANKFURT • COLOGNE • ROME • MILAN
HONG KONG • BEIJING • BUENOS AIRES • SÃO PAULO

Writer's Direct Dial: +1 212 225 2264
E-Mail: jbromley@cgsh.com

LESLIE B SAMUELS
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L. TORTORIELLO
A RICHARD SUSKO
LEE C. BUCHHEIT
JAMES M PEASLEE
ALAN L BELLER
THOMAS J MOLONEY
WILLIAM F GORIN
MICHAEL L. RYAN
ROBERT P DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G HOROWITZ
ANDREA G PODOLSKY
JAMES A. DUNCAN
STEVEN M LOEB
DONALD A STERN
CRAIG B BROD
SHELDON H ALSTER
WANDA J OLSON
MITCHELL A LOWENTHAL
EDWARD J ROSEN
JOHN PALENBERG
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
JANET L FISHER
DAVID L SUGERMAN
HOWARD S ZELBO
DAVID E BRODSKY
MICHAEL R LAZERWITZ
ARTHUR H KOHN
RAYMOND B. CHECK

RICHARD J COOPER
JEFFREY S LEWIS
FILIP MOERMAN
PAUL J SHIM
STEVEN L. WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L BROMLEY
MICHAEL A GERSTENZANG
LEWIS J LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D DAYAN
CARMINE D BOCCUZZI JR
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C JACOBY
SANDRA L. FLOW
FRANCISCO L CESTERO
FRANCESCA L. ODELL
WILLIAM L MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M SCHWEITZER
KRISTOFER W HESS
JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E KOTLER
CHANTAL E. KORDULA

BENET J O'REILLY
DAVID AMAN
ADAM E FLEISHER
SEAN A. O'NEAL
GLENN P MCGRORY
CHRISTOPHER P MOORE
JOON H KIM
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L HOU
ROGER A COOPER
AMY R SHAPIRO
JENNIFER KENNEDY PARK
RESIDENT PARTNERS

SANDRA M ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S. MORAG
MARY E ALCOCK
GABRIEL J MESA
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
HUGH C CONROY JR
KATHLEEN M EMBERGER
WALLACE L LARSON JR
JAMES D. SMALL
AVRAM E LUFT
ELIZABETH LENAS
DANIEL ILAN
CARLO DE VITO PISCICELLI
ANDREW WEAVER
HELENA K GRANNIS
GRANT M BINDER
RESIDENT COUNSEL

FRE 408 - FOR SETTLEMENT PURPOSES ONLY

February 16, 2012

<u>VIA E-MAIL AND FEDEX</u>

Assistant Attorney General
State of Michigan
3030 West Grand Boulevard
Suite 10-200
Detroit, Michigan 48202
Attention:  Herman G. Petzold, III, Esq.
            Allison Dietz, Esq.

Re: Nortel Networks Inc.
    <u>Account No:  F042486332</u>

Dear Mr. Petzold and Ms. Dietz:

We write on behalf of Nortel Networks Inc. ("<u>NNI</u>") in its pending chapter 11 proceedings in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") in response to the letter of inquiry dated January 17, 2012 sent by the Michigan Department of Treasury ("<u>Michigan</u>") to Allen Stout, NNI's Vice President of Finance (as enclosed herein, the "<u>Stout Letter of Inquiry</u>").

As you are aware, on January 14, 2009 (the "<u>Petition Date</u>"), NNI and certain affiliates (the "<u>Debtors</u>") filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code (the "<u>Bankruptcy Code</u>") in the Bankruptcy Court (the "<u>Bankruptcy</u>

Proceedings"). On January 15, 2009, the Bankruptcy Court entered an order enforcing the automatic stay provided in section 362 of the Bankruptcy Code.

Michigan has filed Claim Nos. 863, 995, 7242 and 7719 against NNI in the Bankruptcy Proceedings. As reflected on the Debtors' claim register, Michigan has withdrawn Claim Nos. 863, 995 and 7242. Michigan also initiated and then cancelled an assessment against NNI's former officer, Clare Barbieri.

Despite the ongoing Bankruptcy Proceedings and the unresolved nature of Claim No. 7719, Michigan now contends that Mr. Stout may be liable for $1,718,874.59 in respect of NNI's outstanding liabilities to Michigan. NNI disagrees with the assessment both against Mr. Stout and NNI, and is prepared to take all action necessary to vigorously contest the Stout Letter of Inquiry before the Bankruptcy Court.

However, NNI would prefer to resolve this matter without litigation, and would be willing to discuss the allowance of Claim No. 7719 as a priority claim under section 507(a)(8)(A) of the Bankruptcy Code through a stipulation that would release all liabilities of the Debtors and their former, current and future officers, including Mr. Stout, that arose prior to the Petition Date.

We look forward to discussing such a resolution with you.

Sincerely,

James L. Bromley

Enclosure

cc: D.L. Cushman
    Sandy Braun
    Allen Stout (via e-mail)
    Jeffrey Wood (via e-mail)