# EXHIBIT C

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



CADILLAC PLACE
3030 WEST GRAND BOULEVARD
DETROIT, MICHIGAN 48202

**BILL SCHUETTE**
ATTORNEY GENERAL

February 23, 2012

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470

    Re:  Nortel Networks, Inc.
          Account No.: F042486332

Dear Mr. Bromley,

    I am in receipt of your letter dated February 16, 2012 and thank you for the same. Please be advised that I do not represent the Michigan Department of Treasury with respect to actions taken in regard to corporate officer liability assessments. My representation of the Treasury Department is limited to its interest in the above-referenced Chapter 11 bankruptcy case.

    Nonetheless, I have discussed your client's proposal for releasing all debtor and corporate officer liability in exchange for allowance of claim number 7719 as a priority claim under section 507(a)(8)(A) of the bankruptcy code. The Treasury Department is unwilling to enter into any such agreement. Specifically, the Treasury Department is unwilling to enter into any agreement that releases the Debtors and all corporate officers for a claim on which it has not received full payment. Furthermore, the proposal fails to provide any protections for the Treasury Department should the Debtors default on their Chapter 11 plan payments or convert to a Chapter 7 case.

    At this time, the Treasury Department intends to proceed in accordance with its usual practices regarding assessment of corporate officer liability during the pendency of a Chapter 11 bankruptcy. Specifically, the Treasury Department will continue to investigate and, if appropriate, assess all potentially liable corporate officers. However, during the life of the Chapter 11 plan, the Treasury Department will not undertake collection efforts against any corporate officer assessed with liability for the various amounts included in claim number 7719. If the Debtors default under the terms of the Chapter 11 plan, or if the case is converted to a Chapter 7 case, then the Treasury Department will pursue collections efforts as it deems appropriate. Lastly, the Treasury Department may elect to pursue collections efforts at any time against a corporate officer for assessed amounts **not** included in claim number 7719.

    Finally, the Treasury Department recognizes, especially in light of the above position, that Nortel Networks, Inc. may challenge the assessments included in claim number 7719. The

James L. Bromley, Esq.
February 23, 2012
Page 2

Treasury Department is prepared to vigorously defend any such challenge, as the claim amount is based on the tax liability Nortel Networks, Inc. reported on its amended returns.

    Thank you for your continued attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

                       Sincerely,

                       *Allison M. Dietz*

                       Allison M. Dietz
                       Assistant Attorney General
                       Revenue & Collections Division
                       Telephone: (313) 456-0140
                       Email: dietza@michigan.gov

cc:    D.L. Cushman
       Sandra Braun