# EXHIBIT D



To:
Cc:
Bcc:
Subject:

**From:** "Dietz, Allison (AG)" [DietzA@michigan.gov]
**Sent:** 03/13/2012 08:52 AM AST
**To:** James BROMLEY
**Subject:** Nortel Networks, Inc.  (09-10138)

Good morning, Mr. Bromley.

I hope this email finds you well.

I have had a preliminary discussion with the Treasury Department and, at least thus far, it is receptive to the proposed settlement discussed last week.  Before I formally submit the proposal in writing, however, I want to ensure that I fully and accurately understand the terms.  Below is my understanding of the proposal:

1.    Treasury's priority claim in the amount of $1,498,114.81 will be allowed as filed;
2.    Treasury's priority claim will be **fully** satisfied by a cash payment of $1,123,586.10 (75%) to be paid now, as opposed to waiting for the conclusion of international litigation;
3.    Nortel Networks, Inc. and its officers, directors, etc. will be released from all liability for the assessments included in Treasury's priority claim upon receipt of the payment described in paragraph 2 (this would conclude Treasury's involvement in the current bankruptcy);
4.    Settlement is for only those assessments and amounts included on Treasury's proof of claim as filed (additional or different assessments against the company can still be sought from corporate officers);
5.    Settlement is subject to court approval, as well as the unsecured creditors committee and others.

If my understanding is incorrect, please let me know immediately where I am mistaken.  If the terms set forth above are correct, then I will promptly forward the written request to Treasury.  Based upon those terms, it is my recommendation that Treasury accept the proposal and that we work together to secure court approval, etc.

Also, can you please confirm for me the status of Nortel Networks, Inc. regarding continued business?  It is my understanding that the Nortel Networks entities are liquidating.  However, Nortel Networks, Inc. continues to file monthly tax returns with zero liability.  If Nortel Networks, Inc. has ceased operations, then the Treasury Department can note its records as such upon the filing of a Notice of Discontinuance.


Thank you for your prompt and continued attention to this matter.  I look forward to working with you. Have a great day!
Allison


Allison M. Dietz

Assistant Attorney General
Revenue & Collections Division
3030 West Grand Boulevard
Suite 10-450
Detroit, MI  48202
Telephone:  (313) 456-0140
Facsimile:  (313) 456-0141
Email:  dietza@michigan.gov