# EXHIBIT E



To:
Cc:
Bcc:
Subject:

**From:** "Dietz, Allison (AG)" [DietzA@michigan.gov]
**Sent:** 04/18/2012 09:11 AM AST
**To:** Emily A Bussigel
**Subject:** Nortel Networks, Inc.

Good morning, Emily.

I realize that your firm does not handle nor represent Nortel Networks, Inc. with respect to its tax filings, etc. However, following our recent telephone conversation, I emailed to your attention copies of letters from the Michigan Department of Treasury regarding discrepancies between Nortel's filed 2009 and 2010 MBT returns and Treasury's calculated MBT liabilities for the same years. Have you had any luck in ensuring that those letters, which were also mailed by Treasury directly to the Debtor, have made it into the appropriate hands for review? If the tax issues cannot be resolved, then I suspect that our clients will not be able to reach a settlement in this matter . . . at least at this time. Of course, if a resolution is not possible, then the Treasury Department will likely be filing a Motion for Leave to Allow an Administrative Claim for the post-petition MBT debt.

Also, there has been a lot of turnover in my office during the past few years. As such, several people have handled this file, which has made it increasingly difficult for me to bring myself completely up to speed. It is my understanding, however, that confirmation was never granted on the previously filed plan. Are you in a position to indicate when I might expect your client to refile its plan or file an amended plan? I simply want to make sure that the process is streamlined in case our clients need to negotiate details of the plan. If a settlement is not concluded and Treasury remains a creditor in the case, I don't want to be a hindrance to confirmation if we can work together to settle plan details.

No rush on any of this information.

Have a great day!
Allison


Allison M. Dietz
Assistant Attorney General
Revenue & Collections Division
3030 West Grand Boulevard
Suite 10-450
Detroit, MI  48202
Telephone:  (313) 456-0140
Facsimile:  (313) 456-0141
Email:  dietza@michigan.gov