# EXHIBIT F





| RICK SNYDER<br>GOVERNOR | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>LANSING | ANDY DILLON<br>STATE TREASURER |

JEFFREY T WOOD

Date: April 13, 2012

### LETTER OF INQUIRY – NOTICE OF CORPORATE OFFICER LIABILITY

RE: Business Name:    NORTEL NETWORKS INC
    Account No:        F042486332
    Social Security No.:

Dear Mr Wood :

A review of the file of this corporation indicates that you are/were a corporate officer. The Revenue Act (P.A. 122 of 1941, as amended), MCL 205.27a and the Motor Carrier Act (P.A. 119 of 1980, as amended) states that any officer(s) having control or supervision of, or charged with the responsibility for, making returns or payments is personally liable when the corporation fails to file or pay taxes.

As of this date, the above corporation has the following outstanding liability:

**Amount Due $1,730,873.95**

| Type of Tax | Taxable Period(s) |
|---|---|
| SBT | 12/01, 12/02, 12/03, 12/04, 12/05 |
| MBT | 12/08 |

The Department of Treasury contends that as a corporate officer you are responsible for the liability. Please provide the following **written** information to help us determine the extent of your liability, if any: date of discontinuance (if applicable), documentation of resignation, sales agreements, or other documents you believe would be helpful. If this matter is not resolved within 30 days, we will issue a *Notice of Intent to Assess* against you.

**Mail the information to:** Michigan Department of Treasury, Collection Division, Corporate Officer Liability Unit, Post Office Box 30168, Lansing, Michigan 48909.

**To make arrangements for payment of this debt contact:** Michigan Department of Treasury, Collection Division, Corporate Officer Liability Unit, Post Office Box 30199, Lansing, Michigan 48909 or telephone us at (517)636-5265.

Sincerely

D.L. Cushman

D.L. Cushman
Manager, Collection Division
S10651  MA30

P.O. BOX 30168
LANSING, MICHIGAN 48909
www.michigan.gov/treasury

3467 (6-01)
Issued under authority of
P.A. 122 of 1941, as amended.