# EXHIBIT G

Michigan Department of Treasury
169 (Rev. 5-10)

# Final Bill for Taxes Due
(Final Assessment)

Issued under P.A. 122 of 1941, as amended.
\* For monthly PENALTY/INTEREST provisions, correspondence, and appeal information, see page 2.

| Tax Division | Tax Division Telephone Number |
|---|---|
| SBT | 517-636-4700 |
| Assessment Number | Date Issued |
| TA54654 | 05/10/12 |
| Social Security/Account Number | |
| 04-2486332 | |
| Collection Division Telephone Number | |
| 517-636-5265 | |

STOUT ALLEN

### BILL SUMMARY

| Tax Due | $ | 61,806.00 |
|---|---|---|
| Penalty | $ | 0.00 |
| Interest | $ | 37,696.45 |
| Total Due* | $ | 99,502.45 |

REGARDING: NORTEL NETWORKS INC

### Detail of Tax Liability

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| SINGLE BUSINESS TAX DEFICIENCY INTEREST ONLY | 12/01 | 61,806.00 | 0.00 | 37,696.45 |

THIS ASSESSMENT IS ISSUED UNDER ACT 122, SECTION 27A(5), PUBLIC ACTS OF 1941, AS AMENDED MAKING OFFICERS/MEMBERS/MANAGERS/PARTNERS LIABLE FOR TAX DEBTS OF THE CORPORATION/LIMITED LIABILITY COMPANY/LIMITED LIABILITY PARTNERSHIP/PARTNERSHIP/LIMITED PARTNERSHIP.

### Reason for Tax Bill

RETURN(S) RECEIVED WITHOUT PAYMENT. DEFICIENCY DUE TO DIFFERENCE IN AMOUNT CLAIMED PAID ON ANNUAL RETURN AND PAYMENTS RECEIVED ON MONTHLY/QUARTERLY RETURNS AND/OR ESTIMATES. THIS BILLING IS FOR INTEREST DUE ON TAX PAID ON YOUR AMENDED RETURN(S).

---

*Detach and mail the payment voucher with your payment. Do not staple.*

169 (Rev. 4-10)

## Final Bill for Taxes Due

**Payment due within 35 days** (see penalty and interest provisions on page 2). Make your check payable to "State of Michigan-CD." Write your Social Security/Account No. and Assessment No. on all checks and correspondence. Allow up to 14 days for mailing and processing. A return envelope is enclosed for your convenience. **Mail payment and this voucher to:**

\*489097699002\*

COLLECTION DIVISION
MICHIGAN DEPARTMENT OF TREASURY
PO BOX 30199
LANSING MI  48909-7699

| Assessment Number | Date Issued |
|---|---|
| TA54654 | 05/10/12 |
| Taxpayer Name | |
| NORTEL NETWORKS INC | |
| Social Security/Account Number | |
| 04-2486332 | |
| Write Payment Amount Here | |

Notify the Collection Division in writing if your address above is incorrect.

▼    DO NOT WRITE IN THIS SPACE    ▼

000099502459  430546542  126123000303  204248633205  6

## GENERAL INFORMATION

If you don't understand why you received this bill, call the Tax Division whose telephone number is printed on the front of this form. If you have questions about payment, call the Collection Division telephone number printed in the upper right corner on the front of this form. Any correspondence about original or amended returns or questions about payment should be mailed to Collection Division, Michigan Department of Treasury, P.O. Box 30199, Lansing, MI 48909-7699.

Michigan law allows the state to file liens on real and personal property for delinquent taxes. Treasury usually files liens 35 days after the date on this bill. Tax liens are public record and the recording is often reported by private credit services. These notes in individual's credit records may remain for some years after full payment of tax and release of the lien. If payment is not received within 35 days, your account may be referred for other enforcement actions, such as seizing your wages, bank accounts, or other financial assets.

This Final Bill is made based on available information without regard to other claims made by you or Treasury. This does not clear you of liability for the period in question.

## APPEALS INFORMATION

Under the Revenue Act, Section 22, you may appeal all or part of this bill directly to the Tax Tribunal within 35 days of the date on this bill. The uncontested portion must be paid before you appeal. You may also pay the entire amount and claim a refund with the Court of Claims within 90 days of the date on this bill.

If the disputed amount is less than $6,000 (excluding penalty and interest), you may request an appeal by sending a letter to the Small Claims Division of the Tribunal. If the disputed amount is more than $6,000 (excluding penalty and interest), you must draft a formal petition and file it within 35 days of the date on this bill. Attach a copy of this Final Bill to your letter of appeal or petition. Contact the Tribunal at: P.O. Box 30232, Lansing, MI 48909. Contact the Court of Claims at: Town Center, Suite C, 333 S. Capitol Ave., Lansing, MI 48913.

## *PENALTY AND INTEREST CHARGES

(Effective March 1, 2003 under P.A. 122 of 1941, as amended.)

*Penalty and interest will be applied to your account at the beginning of each month. If your payment will not be received by the last day of the month, call Treasury for a current balance. Interest is computed at 1 percent above the prime rate adjusted July 1 and January 1 each year.

| REASON FOR BILL | PENALTY CHARGE |
|---|---|
| Failure to file or pay tax for Notices of Intent to Assess/Assessments issued on or before 2/28/03. | Each month or part of month 5% of tax, to a maximum of 50%. Minimum $10. Interest applies.* |
| Failure to file and pay tax for Notices of Intent to Assess/Assessments issued after 2/28/03. | A penalty of 5% of the tax if the failure is for not more than 2 months, with an additional 5% penalty for each additional month to a maximum of 25%. Interest applies.* |
| Negligence in filing tax. | 10% of tax. Minimum $10. Interest applies.* |
| Intentional disregard in filing taxes. | 25% of tax. Minimum $10. Interest applies.* |
| Fraudulent evasion of tax. | 100% of tax. Minimum $10. Interest applies.* |
| Bad check for Notices of Intent to Assess/Assessments issued on or before 2/28/03. | 25% of tax paid by check. |
| Bad check for Notices of Intent to Assess/Assessments issued after 2/28/03. | $50 penalty. |
| Frivolous protest of tax due. | 25% of tax. |
| Failure to file information return or report. | $10 each day to maximum $400 each return. |
| Control or possession of untaxed tobacco products for periods on or before 12/27/04. | 100% of tax. |
| Control or possession of untaxed tobacco products for periods after 12/27/04. | 500% of tax. |

Michigan Department of Treasury
169 (Rev. 5-10)

# Final Bill for Taxes Due
(Final Assessment)

Issued under P.A. 122 of 1941, as amended.

*For monthly PENALTY/INTEREST provisions, correspondence, and appeal information, see page 2.

| Tax Division | Tax Division Telephone Number |
|---|---|
| SBT | 517-636-4700 |
| Assessment Number | Date Issued |
| TA54889 | 05/10/12 |
| Social Security/Account Number | |
| 04-2486332 | |
| Collection Division Telephone Number | |
| | 517-636-5265 |

STOUT ALLEN



REGARDING: NORTEL NETWORKS INC

### BILL SUMMARY

| | | |
|---|---|---|
| Tax Due | $ | 155,887.00 |
| Penalty | $ | 0.00 |
| Interest | $ | 85,306.29 |
| Total Due * | $ | 241,193.29 |

### Detail of Tax Liability

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| SINGLE BUSINESS TAX DEFICIENCY INTEREST ONLY | 12/02 | 155,887.00 | 0.00 | 85,306.29 |

THIS ASSESSMENT IS ISSUED UNDER ACT 122, SECTION 27A(5), PUBLIC ACTS OF 1941, AS AMENDED MAKING OFFICERS/MEMBERS/MANAGERS/PARTNERS LIABLE FOR TAX DEBTS OF THE CORPORATION/LIMITED LIABILITY COMPANY/LIMITED LIABILITY PARTNERSHIP/PARTNERSHIP/LIMITED PARTNERSHIP.

**Reason for Tax Bill**

AMENDED RETURN ADJUSTED TO INCLUDE PRIOR MICHIGAN AUDIT.
DEFICIENCY DUE TO DIFFERENCE IN AMOUNT CLAIMED PAID ON ANNUAL RETURN AND PAYMENTS RECEIVED ON MONTHLY/QUARTERLY RETURNS AND/OR ESTIMATES.
RETURN(S) RECEIVED WITHOUT PAYMENT.
THIS BILLING IS FOR INTEREST DUE ON TAX PAID ON YOUR AMENDED RETURN(S).

---

169 (Rev. 4-10)     *Detach and mail the payment voucher with your payment. Do not staple.*

## Final Bill for Taxes Due

**Payment due within 35 days** (see penalty and interest provisions on page 2). Make your check payable to "State of Michigan-CD." Write your Social Security/Account No. and Assessment No. on all checks and correspondence. Allow up to 14 days for mailing and processing. A return envelope is enclosed for your convenience. **Mail payment and this voucher to:**

*489097699002*

COLLECTION DIVISION
MICHIGAN DEPARTMENT OF TREASURY
PO BOX 30199
LANSING MI 48909-7699

| Assessment Number | Date Issued |
|---|---|
| TA54889 | 05/10/12 |
| Taxpayer Name | |
| NORTEL NETWORKS INC | |
| Social Security/Account Number | |
| 04-2486332 | |
| Write Payment Amount Here ☞ | |

Notify the Collection Division in writing if your address above is incorrect.

▼    DO NOT WRITE IN THIS SPACE    ▼

000241193290  430548896  126123000303  204248633205  9

## GENERAL INFORMATION

If you don't understand why you received this bill, call the Tax Division whose telephone number is printed on the front of this form. If you have questions about payment, call the Collection Division telephone number printed in the upper right corner on the front of this form. Any correspondence about original or amended returns or questions about payment should be mailed to Collection Division, Michigan Department of Treasury, P.O. Box 30199, Lansing, MI 48909-7699.

Michigan law allows the state to file liens on real and personal property for delinquent taxes. Treasury usually files liens 35 days after the date on this bill. Tax liens are public record and the recording is often reported by private credit services. These notes in individual's credit records may remain for some years after full payment of tax and release of the lien. If payment is not received within 35 days, your account may be referred for other enforcement actions, such as seizing your wages, bank accounts, or other financial assets.

This Final Bill is made based on available information without regard to other claims made by you or Treasury. This does not clear you of liability for the period in question.

## APPEALS INFORMATION

Under the Revenue Act, Section 22, you may appeal all or part of this bill directly to the Tax Tribunal within 35 days of the date on this bill. The uncontested portion must be paid before you appeal. You may also pay the entire amount and claim a refund with the Court of Claims within 90 days of the date on this bill.

If the disputed amount is less than $6,000 (excluding penalty and interest), you may request an appeal by sending a letter to the Small Claims Division of the Tribunal. If the disputed amount is more than $6,000 (excluding penalty and interest), you must draft a formal petition and file it within 35 days of the date on this bill. Attach a copy of this Final Bill to your letter of appeal or petition. Contact the Tribunal at: P.O. Box 30232, Lansing, MI 48909. Contact the Court of Claims at: Town Center, Suite C, 333 S. Capitol Ave., Lansing, MI 48913.

## *PENALTY AND INTEREST CHARGES

(Effective March 1, 2003 under P.A. 122 of 1941, as amended.)

*Penalty and interest will be applied to your account at the beginning of each month. If your payment will not be received by the last day of the month, call Treasury for a current balance. Interest is computed at 1 percent above the prime rate adjusted July 1 and January 1 each year.

| REASON FOR BILL | PENALTY CHARGE |
|---|---|
| Failure to file or pay tax for Notices of Intent to Assess/Assessments issued on or before 2/28/03. | Each month or part of month 5% of tax, to a maximum of 50%. Minimum $10. Interest applies.* |
| Failure to file and pay tax for Notices of Intent to Assess/Assessments issued after 2/28/03. | A penalty of 5% of the tax if the failure is for not more than 2 months, with an additional 5% penalty for each additional month to a maximum of 25%. Interest applies.* |
| Negligence in filing tax. | 10% of tax. Minimum $10. Interest applies.* |
| Intentional disregard in filing taxes. | 25% of tax. Minimum $10. Interest applies.* |
| Fraudulent evasion of tax. | 100% of tax. Minimum $10. Interest applies.* |
| Bad check for Notices of Intent to Assess/Assessments issued on or before 2/28/03. | 25% of tax paid by check. |
| Bad check for Notices of Intent to Assess/Assessments issued after 2/28/03. | $50 penalty. |
| Frivolous protest of tax due. | 25% of tax. |
| Failure to file information return or report. | $10 each day to maximum $400 each return. |
| Control or possession of untaxed tobacco products for periods on or before 12/27/04. | 100% of tax. |
| Control or possession of untaxed tobacco products for periods after 12/27/04. | 500% of tax. |

| | |
|---|---|
| Michigan Department of Treasury<br>169 (Rev. 5-10) | Tax Division: **SBT**    Tax Division Telephone Number: **517-636-4700** |
| | Assessment Number: **S244330**    Date Issued: **05/10/12** |
| # Final Bill for Taxes Due<br>(Final Assessment) | Social Security/Account Number: **04-2486332** |
| Issued under P.A. 122 of 1941, as amended.<br>*For monthly PENALTY/INTEREST provisions, correspondence, and appeal information, see page 2.* | Collection Division Telephone Number: **517-636-5265** |

STOUT ALLEN

### BILL SUMMARY

| | | |
|---|---|---|
| Tax Due | $ | 242,203.00 |
| Penalty | $ | 0.00 |
| Interest | $ | 119,596.49 |
| Total Due* | $ | 361,799.49 |

REGARDING: NORTEL NETWORKS INC

**Detail of Tax Liability**

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| SINGLE BUSINESS TAX<br>DEFICIENCY<br>INTEREST ONLY | 12/03 | 242,203.00 | 0.00 | 119,596.49 |

THIS ASSESSMENT IS ISSUED UNDER ACT 122, SECTION 27A(5), PUBLIC ACTS OF 1941, AS AMENDED MAKING OFFICERS/MEMBERS/MANAGERS/PARTNERS LIABLE FOR TAX DEBTS OF THE CORPORATION/LIMITED LIABILITY COMPANY/LIMITED LIABILITY PARTNERSHIP/PARTNERSHIP/LIMITED PARTNERSHIP.

**Reason for Tax Bill**

RETURN(S) RECEIVED WITHOUT PAYMENT.
THIS BILLING IS FOR INTEREST DUE ON TAX PAID ON YOUR AMENDED RETURN(S).

---

*Detach and mail the payment voucher with your payment. Do not staple.*

169 (Rev. 4-10)

## Final Bill for Taxes Due

**Payment due within 35 days** (see penalty and interest provisions on page 2). Make your check payable to "State of Michigan-CD." Write your Social Security/Account No. and Assessment No. on all checks and correspondence. Allow up to 14 days for mailing and processing. A return envelope is enclosed for your convenience. **Mail payment and this voucher to:**

*489097699002*

COLLECTION DIVISION
MICHIGAN DEPARTMENT OF TREASURY
PO BOX 30199
LANSING MI 48909-7699

| | |
|---|---|
| Assessment Number: **S244330** | Date Issued: **05/10/12** |
| Taxpayer Name: **NORTEL NETWORKS INC** | |
| Social Security/Account Number: **04-2486332** | |
| Write Payment Amount Here ☞ | |

Notify the Collection Division in writing if your address above is incorrect.

▼ **DO NOT WRITE IN THIS SPACE** ▼

000361799497  182443304  126123000303  204248633205  0

## GENERAL INFORMATION

If you don't understand why you received this bill, call the Tax Division whose telephone number is printed on the front of this form. If you have questions about payment, call the Collection Division telephone number printed in the upper right corner on the front of this form. Any correspondence about original or amended returns or questions about payment should be mailed to Collection Division, Michigan Department of Treasury, P.O. Box 30199, Lansing, MI 48909-7699.

Michigan law allows the state to file liens on real and personal property for delinquent taxes. Treasury usually files liens 35 days after the date on this bill. Tax liens are public record and the recording is often reported by private credit services. These notes in individual's credit records may remain for some years after full payment of tax and release of the lien. If payment is not received within 35 days, your account may be referred for other enforcement actions, such as seizing your wages, bank accounts, or other financial assets.

This Final Bill is made based on available information without regard to other claims made by you or Treasury. This does not clear you of liability for the period in question.

## APPEALS INFORMATION

Under the Revenue Act, Section 22, you may appeal all or part of this bill directly to the Tax Tribunal within 35 days of the date on this bill. The uncontested portion must be paid before you appeal. You may also pay the entire amount and claim a refund with the Court of Claims within 90 days of the date on this bill.

If the disputed amount is less than $6,000 (excluding penalty and interest), you may request an appeal by sending a letter to the Small Claims Division of the Tribunal. If the disputed amount is more than $6,000 (excluding penalty and interest), you must draft a formal petition and file it within 35 days of the date on this bill. Attach a copy of this Final Bill to your letter of appeal or petition. Contact the Tribunal at: P.O. Box 30232, Lansing, MI 48909. Contact the Court of Claims at: Town Center, Suite C, 333 S. Capitol Ave., Lansing, MI 48913.

## *PENALTY AND INTEREST CHARGES

(Effective March 1, 2003 under P.A. 122 of 1941, as amended.)

*Penalty and interest will be applied to your account at the beginning of each month. If your payment will not be received by the last day of the month, call Treasury for a current balance. Interest is computed at 1 percent above the prime rate adjusted July 1 and January 1 each year.

| REASON FOR BILL | PENALTY CHARGE |
|---|---|
| Failure to file or pay tax for Notices of Intent to Assess/Assessments issued on or before 2/28/03. | Each month or part of month 5% of tax, to a maximum of 50%. Minimum $10. Interest applies.* |
| Failure to file and pay tax for Notices of Intent to Assess/Assessments issued after 2/28/03. | A penalty of 5% of the tax if the failure is for not more than 2 months, with an additional 5% penalty for each additional month to a maximum of 25%. Interest applies.* |
| Negligence in filing tax. | 10% of tax. Minimum $10. Interest applies.* |
| Intentional disregard in filing taxes. | 25% of tax. Minimum $10. Interest applies.* |
| Fraudulent evasion of tax. | 100% of tax. Minimum $10. Interest applies.* |
| Bad check for Notices of Intent to Assess/Assessments issued on or before 2/28/03. | 25% of tax paid by check. |
| Bad check for Notices of Intent to Assess/Assessments issued after 2/28/03. | $50 penalty. |
| Frivolous protest of tax due. | 25% of tax. |
| Failure to file information return or report. | $10 each day to maximum $400 each return. |
| Control or possession of untaxed tobacco products for periods on or before 12/27/04. | 100% of tax. |
| Control or possession of untaxed tobacco products for periods after 12/27/04. | 500% of tax. |

Michigan Department of Treasury
169 (Rev. 5-10)

# Final Bill for Taxes Due
(Final Assessment)

Issued under P.A. 122 of 1941, as amended.

*For monthly PENALTY/INTEREST provisions, correspondence, and appeal information, see page 2.*

| Tax Division | Tax Division Telephone Number |
|---|---|
| SBT | 517-636-4700 |
| Assessment Number | Date Issued |
| S253415 | 05/10/12 |
| Social Security/Account Number | |
| 04-2486332 | |
| Collection Division Telephone Number | |
| | 517-636-5265 |

STOUT ALLEN

### BILL SUMMARY

| | | |
|---|---|---|
| Tax Due | $ | 286,977.00 |
| Penalty | $ | 0.00 |
| Interest | $ | 127,194.07 |
| Total Due * | $ | 414,171.07 |

REGARDING: NORTEL NETWORKS INC

**Detail of Tax Liability**

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| SINGLE BUSINESS TAX DEFICIENCY INTEREST ONLY | 12/04 | 286,977.00 | 0.00 | 127,194.07 |

THIS ASSESSMENT IS ISSUED UNDER ACT 122, SECTION 27A(5), PUBLIC ACTS OF 1941, AS AMENDED MAKING OFFICERS/MEMBERS/MANAGERS/PARTNERS LIABLE FOR TAX DEBTS OF THE CORPORATION/LIMITED LIABILITY COMPANY/LIMITED LIABILITY PARTNERSHIP/PARTNERSHIP/LIMITED PARTNERSHIP.

**Reason for Tax Bill**

RETURN(S) RECEIVED WITHOUT PAYMENT.
THIS BILLING IS FOR INTEREST DUE ON TAX PAID ON YOUR AMENDED RETURN(S).

---

169 (Rev. 4-10)     *Detach and mail the payment voucher with your payment. Do not staple.*

## Final Bill for Taxes Due

**Payment due within 35 days** (see penalty and interest provisions on page 2). Make your check payable to "State of Michigan-CD." Write your Social Security/Account No. and Assessment No. on all checks and correspondence. Allow up to 14 days for mailing and processing. A return envelope is enclosed for your convenience. **Mail payment and this voucher to:**

*489097699002*

COLLECTION DIVISION
MICHIGAN DEPARTMENT OF TREASURY
PO BOX 30199
LANSING MI 48909-7699

| Assessment Number | Date Issued |
|---|---|
| S253415 | 05/10/12 |
| Taxpayer Name | |
| NORTEL NETWORKS INC | |
| Social Security/Account Number | |
| 04-2486332 | |
| Write Payment Amount Here ☞ | |

Notify the Collection Division in writing if your address above is incorrect.

▼ DO NOT WRITE IN THIS SPACE ▼

000414171074  182534156  126123000303  204248633205  7

## GENERAL INFORMATION

If you don't understand why you received this bill, call the Tax Division whose telephone number is printed on the front of this form. If you have questions about payment, call the Collection Division telephone number printed in the upper right corner on the front of this form. Any correspondence about original or amended returns or questions about payment should be mailed to Collection Division, Michigan Department of Treasury, P.O. Box 30199, Lansing, MI 48909-7699.

Michigan law allows the state to file liens on real and personal property for delinquent taxes. Treasury usually files liens 35 days after the date on this bill. Tax liens are public record and the recording is often reported by private credit services. These notes in individual's credit records may remain for some years after full payment of tax and release of the lien. If payment is not received within 35 days, your account may be referred for other enforcement actions, such as seizing your wages, bank accounts, or other financial assets.

This Final Bill is made based on available information without regard to other claims made by you or Treasury. This does not clear you of liability for the period in question.

## APPEALS INFORMATION

Under the Revenue Act, Section 22, you may appeal all or part of this bill directly to the Tax Tribunal within 35 days of the date on this bill. The uncontested portion must be paid before you appeal. You may also pay the entire amount and claim a refund with the Court of Claims within 90 days of the date on this bill.

If the disputed amount is less than $6,000 (excluding penalty and interest), you may request an appeal by sending a letter to the Small Claims Division of the Tribunal. If the disputed amount is more than $6,000 (excluding penalty and interest), you must draft a formal petition and file it within 35 days of the date on this bill. Attach a copy of this Final Bill to your letter of appeal or petition. Contact the Tribunal at: P.O. Box 30232, Lansing, MI 48909. Contact the Court of Claims at: Town Center, Suite C, 333 S. Capitol Ave., Lansing, MI 48913.

## *PENALTY AND INTEREST CHARGES
(Effective March 1, 2003 under P.A. 122 of 1941, as amended.)

*Penalty and interest will be applied to your account at the beginning of each month. If your payment will not be received by the last day of the month, call Treasury for a current balance. Interest is computed at 1 percent above the prime rate adjusted July 1 and January 1 each year.

| REASON FOR BILL | PENALTY CHARGE |
|---|---|
| Failure to file or pay tax for Notices of Intent to Assess/Assessments issued on or before 2/28/03. | Each month or part of month 5% of tax, to a maximum of 50%. Minimum $10. Interest applies.* |
| Failure to file and pay tax for Notices of Intent to Assess/Assessments issued after 2/28/03. | A penalty of 5% of the tax if the failure is for not more than 2 months, with an additional 5% penalty for each additional month to a maximum of 25%. Interest applies.* |
| Negligence in filing tax. | 10% of tax. Minimum $10. Interest applies.* |
| Intentional disregard in filing taxes. | 25% of tax. Minimum $10. Interest applies.* |
| Fraudulent evasion of tax. | 100% of tax. Minimum $10. Interest applies.* |
| Bad check for Notices of Intent to Assess/Assessments issued on or before 2/28/03. | 25% of tax paid by check. |
| Bad check for Notices of Intent to Assess/Assessments issued after 2/28/03. | $50 penalty. |
| Frivolous protest of tax due. | 25% of tax. |
| Failure to file information return or report. | $10 each day to maximum $400 each return. |
| Control or possession of untaxed tobacco products for periods on or before 12/27/04. | 100% of tax. |
| Control or possession of untaxed tobacco products for periods after 12/27/04. | 500% of tax. |

Michigan Department of Treasury
169 (Rev. 5-10)

# Final Bill for Taxes Due
(Final Assessment)

Issued under P.A. 122 of 1941, as amended.

\* For monthly PENALTY/INTEREST provisions, correspondence, and appeal information, see page 2.

| Tax Division | Division Telephone Number |
|---|---|
| SBT | 517-636-4700 |
| Assessment Number | Date Issued |
| S256300 | 05/10/12 |
| Social Security/Account Number | |
| 04-2486332 | |
| Collection Division Telephone Number | |
| 517-636-5265 | |

STOUT ALLEN

### BILL SUMMARY

| | | |
|---|---|---|
| Tax Due | $ | 388,686.00 |
| Penalty | $ | 0.00 |
| Interest | $ | 147,546.78 |
| Total Due* | $ | 536,232.78 |

REGARDING: NORTEL NETWORKS INC

**Detail of Tax Liability**

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| SINGLE BUSINESS TAX DEFICIENCY INTEREST ONLY | 12/05 | 388,686.00 | 0.00 | 147,546.78 |

THIS ASSESSMENT IS ISSUED UNDER ACT 122, SECTION 27A(5), PUBLIC ACTS OF 1941, AS AMENDED MAKING OFFICERS/MEMBERS/MANAGERS/PARTNERS LIABLE FOR TAX DEBTS OF THE CORPORATION/LIMITED LIABILITY COMPANY/LIMITED LIABILITY PARTNERSHIP/PARTNERSHIP/LIMITED PARTNERSHIP.

**Reason for Tax Bill**

RETURN(S) RECEIVED WITHOUT PAYMENT.
THIS BILLING IS FOR INTEREST DUE ON TAX PAID ON YOUR AMENDED RETURN(S).

---

*Detach and mail the payment voucher with your payment. Do not staple.*

169 (Rev. 4-10)

## Final Bill for Taxes Due

**Payment due within 35 days** (see penalty and interest provisions on page 2). Make your check payable to "State of Michigan-CD." Write your Social Security/Account No. and Assessment No. on all checks and correspondence. Allow up to 14 days for mailing and processing. A return envelope is enclosed for your convenience. **Mail payment and this voucher to:**

\*489097699002\*

COLLECTION DIVISION
MICHIGAN DEPARTMENT OF TREASURY
PO BOX 30199
LANSING MI 48909-7699

| Assessment Number | Date Issued |
|---|---|
| S256300 | 05/10/12 |
| Taxpayer Name | |
| NORTEL NETWORKS INC | |
| Social Security/Account Number | |
| 04-2486332 | |
| Write Payment Amount Here | ☞ |

Notify the Collection Division in writing if your address above is incorrect.

**DO NOT WRITE IN THIS SPACE**

00053623278l 182563006 126123000303 204248633205 6

## GENERAL INFORMATION

If you don't understand why you received this bill, call the Tax Division whose telephone number is printed on the front of this form. If you have questions about payment, call the Collection Division telephone number printed in the upper right corner on the front of this form. Any correspondence about original or amended returns or questions about payment should be mailed to Collection Division, Michigan Department of Treasury, P.O. Box 30199, Lansing, MI 48909-7699.

Michigan law allows the state to file liens on real and personal property for delinquent taxes. Treasury usually files liens 35 days after the date on this bill. Tax liens are public record and the recording is often reported by private credit services. These notes in individual's credit records may remain for some years after full payment of tax and release of the lien. If payment is not received within 35 days, your account may be referred for other enforcement actions, such as seizing your wages, bank accounts, or other financial assets.

This Final Bill is made based on available information without regard to other claims made by you or Treasury. This does not clear you of liability for the period in question.

## APPEALS INFORMATION

Under the Revenue Act, Section 22, you may appeal all or part of this bill directly to the Tax Tribunal within 35 days of the date on this bill. The uncontested portion must be paid before you appeal. You may also pay the entire amount and claim a refund with the Court of Claims within 90 days of the date on this bill.

If the disputed amount is less than $6,000 (excluding penalty and interest), you may request an appeal by sending a letter to the Small Claims Division of the Tribunal. If the disputed amount is more than $6,000 (excluding penalty and interest), you must draft a formal petition and file it within 35 days of the date on this bill. Attach a copy of this Final Bill to your letter of appeal or petition. Contact the Tribunal at: P.O. Box 30232, Lansing, MI 48909. Contact the Court of Claims at: Town Center, Suite C, 333 S. Capitol Ave., Lansing, MI 48913.

## *PENALTY AND INTEREST CHARGES
(Effective March 1, 2003 under P.A. 122 of 1941, as amended.)

*Penalty and interest will be applied to your account at the beginning of each month. If your payment will not be received by the last day of the month, call Treasury for a current balance. Interest is computed at 1 percent above the prime rate adjusted July 1 and January 1 each year.

| REASON FOR BILL | PENALTY CHARGE |
|---|---|
| Failure to file or pay tax for Notices of Intent to Assess/Assessments issued on or before 2/28/03. | Each month or part of month 5% of tax, to a maximum of 50%. Minimum $10. Interest applies.* |
| Failure to file and pay tax for Notices of Intent to Assess/Assessments issued after 2/28/03. | A penalty of 5% of the tax if the failure is for not more than 2 months, with an additional 5% penalty for each additional month to a maximum of 25%. Interest applies.* |
| Negligence in filing tax. | 10% of tax. Minimum $10. Interest applies.* |
| Intentional disregard in filing taxes. | 25% of tax. Minimum $10. Interest applies.* |
| Fraudulent evasion of tax. | 100% of tax. Minimum $10. Interest applies.* |
| Bad check for Notices of Intent to Assess/Assessments issued on or before 2/28/03. | 25% of tax paid by check. |
| Bad check for Notices of Intent to Assess/Assessments issued after 2/28/03. | $50 penalty. |
| Frivolous protest of tax due. | 25% of tax. |
| Failure to file information return or report. | $10 each day to maximum $400 each return. |
| Control or possession of untaxed tobacco products for periods on or before 12/27/04. | 100% of tax. |
| Control or possession of untaxed tobacco products for periods after 12/27/04. | 500% of tax. |

Michigan Department of Treasury
169 (Rev. 5-10)

# Final Bill for Taxes Due

(Final Assessment)

Issued under P.A. 122 of 1941, as amended.

*For monthly PENALTY/INTEREST provisions, correspondence, and appeal information, see page 2.*

| | |
|---|---|
| Tax Division | Tax Division Telephone Number |
| SBT | 517-636-4700 |
| Assessment Number | Date Issued |
| R859753 | 05/10/12 |
| Social Security/Account Number | |
| 04-2486332 | |
| Collection Division Telephone Number | |
| | 517-636-5265 |

STOUT ALLEN

REGARDING: NORTEL NETWORKS INC

### BILL SUMMARY

| | | |
|---|---|---:|
| Tax Due | $ | 0.00 |
| Penalty | $ | 62,717.65 |
| Interest | $ | 15,257.22 |
| Total Due* | $ | 77,974.87 |

### Detail of Tax Liability

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| MICHIGAN BUSINESS TAX | 12/08 | | | |
| 0712 UNDERPAY EST | | 0.00 | | |
| UNDERPYT OF ESTIMATE | | | 25,294.65 | 3,071.22 |
| EXTENSION PENALTY/INTEREST | | | 37,423.00 | 12,186.00 |

THIS ASSESSMENT IS ISSUED UNDER ACT 122, SECTION 27A(5), PUBLIC ACTS OF 1941, AS AMENDED MAKING OFFICERS/MEMBERS/MANAGERS/PARTNERS LIABLE FOR TAX DEBTS OF THE CORPORATION/LIMITED LIABILITY COMPANY/LIMITED LIABILITY PARTNERSHIP/PARTNERSHIP/LIMITED PARTNERSHIP.

### Reason for Tax Bill

PENALTY AND/OR INTEREST DUE ON UNPAID TAX DURING EXTENSION PERIOD AS PROVIDED BY LAW.
PENALTY AND/OR INTEREST DUE FOR UNDERPAYMENT AND/OR LATE PAYMENT OF ESTIMATED RETURNS AS PROVIDED BY LAW.

---

169 (Rev. 4-10)

*Detach and mail the payment voucher with your payment. Do not staple.*

## Final Bill for Taxes Due

**Payment due within 35 days** (see penalty and interest provisions on page 2). Make your check payable to "State of Michigan-CD." Write your Social Security/Account No. and Assessment No. on all checks and correspondence. Allow up to 14 days for mailing and processing. A return envelope is enclosed for your convenience. **Mail payment and this voucher to:**

*489097699002*

COLLECTION DIVISION
MICHIGAN DEPARTMENT OF TREASURY
PO BOX 30199
LANSING MI  48909-7699

| | |
|---|---|
| Assessment Number | Date Issued |
| R859753 | 05/10/12 |
| Taxpayer Name | |
| NORTEL NETWORKS INC | |
| Social Security/Account Number | |
| 04-2486332 | |
| Write Payment Amount Here ☞ | |

Notify the Collection Division in writing if your address above is incorrect.

▼ DO NOT WRITE IN THIS SPACE ▼

000077974876  178597538  126123000303  204248633205  9

## GENERAL INFORMATION

If you don't understand why you received this bill, call the Tax Division whose telephone number is printed on the front of this form. If you have questions about payment, call the Collection Division telephone number printed in the upper right corner on the front of this form. Any correspondence about original or amended returns or questions about payment should be mailed to Collection Division, Michigan Department of Treasury, P.O. Box 30199, Lansing, MI 48909-7699.

Michigan law allows the state to file liens on real and personal property for delinquent taxes. Treasury usually files liens 35 days after the date on this bill. Tax liens are public record and the recording is often reported by private credit services. These notes in individual's credit records may remain for some years after full payment of tax and release of the lien. If payment is not received within 35 days, your account may be referred for other enforcement actions, such as seizing your wages, bank accounts, or other financial assets.

This Final Bill is made based on available information without regard to other claims made by you or Treasury. This does not clear you of liability for the period in question.

## APPEALS INFORMATION

Under the Revenue Act, Section 22, you may appeal all or part of this bill directly to the Tax Tribunal within 35 days of the date on this bill. The uncontested portion must be paid before you appeal. You may also pay the entire amount and claim a refund with the Court of Claims within 90 days of the date on this bill.

If the disputed amount is less than $6,000 (excluding penalty and interest), you may request an appeal by sending a letter to the Small Claims Division of the Tribunal. If the disputed amount is more than $6,000 (excluding penalty and interest), you must draft a formal petition and file it within 35 days of the date on this bill. Attach a copy of this Final Bill to your letter of appeal or petition. Contact the Tribunal at: P.O. Box 30232, Lansing, MI 48909. Contact the Court of Claims at: Town Center, Suite C, 333 S. Capitol Ave., Lansing, MI 48913.

## *PENALTY AND INTEREST CHARGES
(Effective March 1, 2003 under P.A. 122 of 1941, as amended.)

*Penalty and interest will be applied to your account at the beginning of each month. If your payment will not be received by the last day of the month, call Treasury for a current balance. Interest is computed at 1 percent above the prime rate adjusted July 1 and January 1 each year.

| REASON FOR BILL | PENALTY CHARGE |
| --- | --- |
| Failure to file or pay tax for Notices of Intent to Assess/Assessments issued on or before 2/28/03. | Each month or part of month 5% of tax, to a maximum of 50%. Minimum $10. Interest applies.* |
| Failure to file and pay tax for Notices of Intent to Assess/Assessments issued after 2/28/03. | A penalty of 5% of the tax if the failure is for not more than 2 months, with an additional 5% penalty for each additional month to a maximum of 25%. Interest applies.* |
| Negligence in filing tax. | 10% of tax. Minimum $10. Interest applies.* |
| Intentional disregard in filing taxes. | 25% of tax. Minimum $10. Interest applies.* |
| Fraudulent evasion of tax. | 100% of tax. Minimum $10. Interest applies.* |
| Bad check for Notices of Intent to Assess/Assessments issued on or before 2/28/03. | 25% of tax paid by check. |
| Bad check for Notices of Intent to Assess/Assessments issued after 2/28/03. | $50 penalty. |
| Frivolous protest of tax due. | 25% of tax. |
| Failure to file information return or report. | $10 each day to maximum $400 each return. |
| Control or possession of untaxed tobacco products for periods on or before 12/27/04. | 100% of tax. |
| Control or possession of untaxed tobacco products for periods after 12/27/04. | 500% of tax. |