# EXHIBIT H

3961 (Rev. 01-11)



RICK SNYDER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

ANDY DILLON
STATE TREASURER

March 1, 2012

STOUT ALLEN

**DETERMINATION OF CORPORATE OFFICER LIABILITY**
Issued under authority of P.A. 122 of 1941

Re:   NORTEL NETWORKS INC
      F042486332

SBT 12/01 – 12/05, MBT 12/08

Dear Mr. Stout:

We have received your correspondence regarding Corporate Officer Liability.

In your correspondence, it is indicated that Nortel Networks Inc. entered into bankruptcy; however, a business bankruptcy is not sufficient to release you as an officer responsible for this liability. Accordingly, we will not be cancelling the assessments against you.

If you have any questions, please contact: Michigan Department of Treasury, Collection Division, Corporate Officer Liability Unit, Post Office Box 30168, Lansing, Michigan 48909 or telephone us at (517) 636-5265.

Sincerely,

Angela Helm, Departmental Technician
Collection Division
S10729