# EXHIBIT I

Michigan Department of Treasury
4684 (Rev. 10-09), page 1

# Michigan Business Tax (MBT) Annual Return Notice of Additional Tax Due

Issued under authority of Public Act 36 of 2007.

> **Business Tax Section**
> **Michigan Department of Treasury**
> P.O. Box 30059
> Lansing, MI 48909
> www.michigan.gov/taxes

NORTEL NETWORKS INC
DEBTOR IN POSSESSION 1/14/09
4001 EAST CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PARK, NC 27709

| | |
|---|---|
| Notice Date: | March 14, 2012 |
| Account Number: | 042486332 |
| Tax Year End: | December 31, 2009 |
| Amount Due: | $ 1,460,060.00 |
| Refer To: | MBT |
| Phone: | (517) 636-4657 |
| Fax: | (517) 636-4488 |

**Response is due within 30 days of the Notice Date shown above, or the due date of the return, whichever is later. Attach a copy of this Notice to your response.**

The Michigan Department of Treasury received your Michigan Business Tax annual return filed for the Tax Year End identified above. We adjusted your annual return, which resulted in an additional Amount Due as shown above and on the enclosed *Tax, Penalty, and Interest Detail*.

Enclosed is a copy of your adjusted return.

Please review your return and, if you **agree** with the adjustment(s), follow the payment instructions on the last page of this Notice. If you **disagree** with the adjustment(s), send a letter to the address at the top of this Notice stating why you disagree and include information that supports your conclusions and a copy of this Notice.

For your reference, all payments previously received for the above Account Number are detailed below.

If you have questions, you may contact the Michigan Department of Treasury at the address or phone number shown at the top of this Notice.

.......................... PAYMENTS..........................

| PAYMENT DATE | AMOUNT |
|---|---|
| 03/06/2009 | $ 150,000.00 |
| 06/08/2009 | $ 150,000.00 |
| 09/03/2009 | $ 150,000.00 |
| 03/09/2010 | $ 119,500.00 |
| 03/17/2010 | $ 31,000.00 |

.......................... TAX, PENALTY, AND INTEREST DETAIL..........................

| DESCRIPTION | AMOUNT |
|---|---|
| Tax Due | $ 1,353,548.00 |
| Deficiency Interest | $ 106,512.00 |

*-For office use only*
*BP Number: 66530*

Michigan Department of Treasury
4684 (Rev. 10-09), page 2

FEIN# 042486332

Michigan Department of Treasury  
4684 (Rev. 10-09), page 3

FEIN# 042486332

# Michigan Business Tax (MBT) Annual Return Notice of Additional Tax Due
## PAYMENT VOUCHER AND INSTRUCTIONS

**RESPONSE DUE WITHIN
30 DAYS OF NOTICE DATE OR DUE DATE OF THE RETURN, WHICHEVER IS LATER.**

NORTEL NETWORKS INC  
DEBTOR IN POSSESSION 1/14/09  
4001 EAST CHAPEL HILL NELSON HWY  
RESEARCH TRIANGLE PARK, NC 27709

Notice Date: March 14, 2012  
Account Number: 042486332  
Tax Year End: December 31, 2009  
Amount Due: $ 1,460,060.00  
Refer to: MBT  
Phone: (517) 636-4657  
Fax: (517) 636-4488

As stated on page 1 of this Notice, your MBT annual return was adjusted for the Tax Year End identified above resulting in an additional Amount Due.

**If you agree** with the adjustments, detach the *Michigan Business Tax Payment Voucher* (Form 4690) below and send it to the address on the voucher with payment of the Amount Due shown above.

**If you disagree** with the adjustments, send a letter to the address below stating why you disagree. Include information that supports your conclusions and a copy of this Notice.

Michigan Department of Treasury  
P.O. Box 30059  
Lansing, MI 48909

If we do not receive a response from you within **30 days** of the Notice Date above, or the due due date of the return, the account will be referred to Michigan Department of Treasury, Collection Division, and a *Notice of Intent to Assess* for the amount due will be issued. Additional penalty and interest may also be due.

If you have questions, you may contact the Michigan Department of Treasury at the address or phone number shown above.

**Detach here and return this voucher with payment.**

---

Michigan Department of Treasury  
4690 (Rev. 9-09)

# MICHIGAN Business Tax Payment Voucher
Issued under authority of Public Act 36 of 2007.

| Taxpayer Name and Address (Street, City, State, Zip Code) | Year End Filing Date (YYYYMM) | Federal Employer ID Number (FEIN) or TR Number |
|---|---|---|
| NORTEL NETWORKS INC<br>DEBTOR IN POSSESSION 1/14/09<br>4001 EAST CHAPEL HILL NELSON HWY<br>RESEARCH TRIANGLE PARK, NC 27709 | 200912 | 042486332 |
| | WRITE PAYMENT AMOUNT HERE  $_____.00 | |
| | MAIL TO<br>Michigan Department of Treasury<br>P.O. Box 30774<br>Lansing, MI 48909-8274 | Make check payable to "State of Michigan". Write your FEIN or TR Number and "MBT" on the check. Enclose the check and voucher. Do not fold or staple. |

Michigan Department of Treasury
4684 (Rev. 10-09), page 4

FEIN# 042486332

Michigan Department of Treasury  
4684 (Rev. 10-09), page 5  FEIN# 042486332

FORM 4567

| Line No | Description | As Filed | As Corrected by Treasury | Explanation |
|---|---|---|---|---|
| 1A | Begin date | 20090101 | 20090101 | |
| 1B | End date | 20091231 | 20091231 | |
| 11A | MI sales | | 153104769.00 | Michigan Sales has been adjusted. |
| 11B | Total sales | | 4065810917.00 | Total sales has been adjusted. |
| 11C | Apportionment % | 1.5933 | 3.7656 | Apportionment percentage corrected. |
| 12 | Gross Receipts | 4330670760 | 4330670760.00 | |
| 13 | Inventory | 863107711 | 863107711.00 | |
| 14 | Depreciable assets | 20925195 | 20925195.00 | |
| 15 | Materials & supplies | 11472172 | 11472172.00 | |
| 16 | Staffing Company | | 0.00 | |
| 17 | Contractor deduction | | 0.00 | |
| 18 | Film rental | | 0.00 | |
| 19A | QAHP Gross Receipts | | 0.00 | |
| 19B | Restricted units | 0 | 0 | |
| 19C | Total units | 0 | 0 | |
| 19D | Unit percentage | | 0.0000 | |
| 19E | Percent QAHP GR | | 0.00 | |
| 19F | Limited dividends | | 0.00 | |
| 19G | QAHP Deduction | | 0.00 | |
| 20 | Article 25-26 pmnts | | 0.00 | |
| 21 | Miscellaneous | | 0.00 | |
| 22 | Total Subtractions | 895505078 | 895505078.00 | |
| 23 | Modified Gr Recpts | 3435165682 | 3435165682.00 | |
| 24 | Apportioned MGR | 54732495 | 129354599.00 | Corrected computation error(s) on your return. |
| 25 | .8% MGR subtotal | 437860 | 1034837.00 | Corrected computation error(s) on your return. |
| 26 | Enrichment Prohib | | 1034837.00 | Corrected computation error(s) on your return. |
| 27 | MGR Before Credits | 437860 | 1034837.00 | Modified Gross Receipts Tax before all credits has been adjusted. |
| 28 | Business Income | 693875505 | 693875505.00 | |
| 29 | Interest income | | 0.00 | |
| 30 | Taxes on net income | -1049987 | 1049987.00- | |
| 31 | Tax imposed | 525000 | 525000.00 | |
| 32 | Federal NOL | 17457 | 17457.00 | |
| 33 | Flow-through losses | 2191752 | 2191752.00 | |

Michigan Department of Treasury  
4684 (Rev. 10-09), page 6

FEIN# 042486332

| Line No | Description | As Filed | As Corrected by Treasury | Explanation |
|---|---|---|---|---|
| 34 | Royalty expense | | 0.00 | |
| 35 | Miscellaneous | | 0.00 | |
| 36 | Total Additions | 1684222 | 1684222.00 | |
| 37 | Bus Inc Tax Base | 695559727 | 695559727.00 | |
| 38 | Dividends received | | 0.00 | |
| 39 | Flow-through income | 525808 | 525808.00 | |
| 40 | Interest income | | 0.00 | |
| 41 | Self-employment | | 0.00 | |
| 42 | Miscellaneous | | 0.00 | |
| 43 | Total Subtractions | 525808 | 525808.00 | |
| 44 | Bus Inc Tax Base | 695033919 | 695033919.00 | |
| 45 | Apportioned BITB | 11073975 | 26172197.00 | Corrected computation error(s) on your return. |
| 46 | Available MBT loss | 11073975 | 14096149.00 | MBT business loss carry forward from previous period MBT return corrected to available amount. |
| 47 | BITB after loss | | 12076048.00 | Corrected addition/subtraction error(s) on your return. |
| 48A | QAHD Gross rental | | 0.00 | |
| 48B | Rental expense | | 0.00 | |
| 48C | Taxable income | | 0.00 | |
| 48D | MI rental units | 0 | 0 | |
| 48E | Total rental units | 0 | 0 | |
| 48F | Unit percentage | | 0.0000 | |
| 48G | Percent tax income | | 0.00 | |
| 48H | Limited dividends | | 0.00 | |
| 48I | Qualified housing | | 0.00 | |
| 49 | BITB after qual hous | | 12076048.00 | Corrected computation error(s) on your return. |
| 50 | BITB Before Credits | | 597764.00 | Corrected computation error(s) on your return. |
| 51 | MBT Before Credits | 437860 | 1632601.00 | Corrected computation error(s) on your return. |
| 52 | Surcharge | 96285 | 359009.00 | Corrected computation error(s) on your return. |
| 53 | Total Before Credits | 534145 | 1991610.00 | Corrected addition/subtraction error(s) on your return. |
| 54 | Nonrefundable Cr | 37562 | 37562.00 | |
| 55 | Tax After Nonrefund | 496583 | 1954048.00 | Corrected addition/subtraction error(s) on your return. |
| 56 | Recapture | | 0.00 | |

Michigan Department of Treasury  
4684 (Rev. 10-09), page 7

FEIN# 042486332

| Line No | Description | As Filed | As Corrected by Treasury | Explanation |
|---|---|---|---|---|
| 57 | Total Tax Liability | 496583 | 1954048.00 | Total tax liability has been adjusted. |
| 58 | Prior year overpay | 0 | 0.00 | |
| 59 | Estimate payments | 450000 | 569500.00 | The amount of payments claimed on your return has been adjusted to the actual amount received. |
| 60 | Extension payment | 31000 | 31000.00 | |
| 61 | Refundable Credits | | 0.00 | |
| 62 | Total Payments | 481000 | 600500.00 | Corrected addition/subtraction error(s) on your return. |
| 63A | Original return pmt | | 0.00 | |
| 63B | Overpayment received | | 0.00 | |
| 63C | Payment subtotal | | 600500.00 | Corrected addition/subtraction error(s) on your return. |
| 64 | Tax Due | 15583 | 1353548.00 | Corrected addition/subtraction error(s) on your return. |
| 65 | Underpaid est P & I | | 0.00 | |
| 66B | Annual penalty | | 0.00 | |
| 66C | Annual interest | | 106512.00 | Corrected computation error(s) on your return. |
| 66D | Total annual P & I | | 106512.00 | Corrected computation error(s) on your return. |
| 67 | Payment Due | 15583 | 1460060.00 | Corrected addition/subtraction error(s) on your return. |
| 68 | Overpayment | | 0.00 | |
| 69 | Credit Forward | | 0.00 | |
| 70 | Refund | | 0.00 | |

Michigan Department of Treasury
4684 (Rev. 10-09), page 1

# Michigan Business Tax (MBT) Annual Return Notice of Additional Tax Due
Issued under authority of Public Act 36 of 2007.

**Business Tax Section**
**Michigan Department of Treasury**
**P.O. Box 30059**
**Lansing, MI 48909**
**www.michigan.gov/taxes**

NORTEL NETWORKS INC
DEBTOR IN POSSESSION 1/14/09
4001 EAST CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PARK, NC 27709

Notice Date: March 20, 2012
Account Number: 042486332
Tax Year End: December 31, 2010
Amount Due: $ 196,478.00
Refer To: MBT
Phone: (517) 636-4657
Fax: (517) 636-4488

**Response is due within 30 days of the Notice Date shown above, or the due date of the return, whichever is later. Attach a copy of this Notice to your response.**

The Michigan Department of Treasury received your Michigan Business Tax annual return filed for the Tax Year End identified above. We adjusted your annual return, which resulted in an additional Amount Due as shown above and on the enclosed *Tax, Penalty, and Interest Detail*.

Enclosed is a copy of your adjusted return.

Apportionment percentage adjusted. Under Chapter 3 of the Michigan Business Tax (MBT), if the business activities of a taxpayer are subject to tax within and without the state, each tax base must be apportioned based on the formula of sales in Michigan over sales everywhere (MCL 208.1115).

Please review your return and, if you **agree** with the adjustment(s), follow the payment instructions on the last page of this Notice. If you **disagree** with the adjustment(s), send a letter to the address at the top of this Notice stating why you disagree and include information that supports your conclusions and a copy of this Notice.

For your reference, all payments previously received for the above Account Number are detailed below.

If you have questions, you may contact the Michigan Department of Treasury at the address or phone number shown at the top of this Notice.

.................... PAYMENTS ....................

| PAYMENT DATE | AMOUNT |
|---|---|
| 12/15/2010 | $ 25,000.00 |
| 12/22/2010 | $ 15,583.00 |

.................... TAX, PENALTY, AND INTEREST DETAIL ....................

| DESCRIPTION | AMOUNT |
|---|---|
| Tax Due | $ 143,167.00 |
| Underpaid Estimate Penalty and Interest | $ 12,238.00 |
| Deficiency Penalty | $ 35,792.00 |
| Deficiency Interest | $ 5,281.00 |

*-For office use only*
*BP Number: 66530*

Michigan Department of Treasury
4684 (Rev. 10-09), page 2

FEIN# 042486332

Michigan Department of Treasury
4684 (Rev. 10-09), page 3

FEIN# 042486332

## Michigan Business Tax (MBT) Annual Return Notice of Additional Tax Due
## PAYMENT VOUCHER AND INSTRUCTIONS

**RESPONSE DUE WITHIN**
**30 DAYS OF NOTICE DATE OR DUE DATE OF THE RETURN, WHICHEVER IS LATER.**

NORTEL NETWORKS INC
DEBTOR IN POSSESSION 1/14/09
4001 EAST CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PARK, NC 27709

Notice Date:      March 20, 2012
Account Number:   042486332
Tax Year End:     December 31, 2010
Amount Due:       $ 196,478.00
Refer to:         MBT
Phone:            (517) 636-4657
Fax:              (517) 636-4488

As stated on page 1 of this Notice, your MBT annual return was adjusted for the Tax Year End identified above resulting in an additional Amount Due.

**If you agree** with the adjustments, detach the *Michigan Business Tax Payment Voucher* (Form 4690) below and send it to the address on the voucher with payment of the Amount Due shown above.

**If you disagree** with the adjustments, send a letter to the address below stating why you disagree. Include information that supports your conclusions and a copy of this Notice.

  Michigan Department of Treasury
  P.O. Box 30059
  Lansing, MI 48909

If we do not receive a response from you within **30 days** of the Notice Date above, or the due due date of the return, the account will be referred to Michigan Department of Treasury, Collection Division, and a *Notice of Intent to Assess* for the amount due will be issued. Additional penalty and interest may also be due.

If you have questions, you may contact the Michigan Department of Treasury at the address or phone number shown above.

**Detach here and return this voucher with payment.**

---

Michigan Department of Treasury
4690 (Rev. 9-09)

# MICHIGAN Business Tax Payment Voucher
Issued under authority of Public Act 36 of 2007.

| Taxpayer Name and Address (Street, City, State, Zip Code) | Year End Filing Date (YYYYMM) | Federal Employer ID Number (FEIN) or TR Number |
|---|---|---|
| NORTEL NETWORKS INC<br>DEBTOR IN POSSESSION 1/14/09<br>4001 EAST CHAPEL HILL NELSON HWY<br>RESEARCH TRIANGLE PARK, NC 27709 | 201012 | 042486332 |
| | WRITE PAYMENT AMOUNT HERE    $_____.00 | |
| | MAIL TO<br>Michigan Department of Treasury<br>P.O. Box 30774<br>Lansing, MI 48909-8274 | Make check payable to "State of Michigan". Write your FEIN or TR Number and "MBT" on the check. Enclose the check and voucher. Do not fold or staple. |

Michigan Department of Treasury
4684 (Rev. 10-09), page 4

FEIN# 042486332

Michigan Department of Treasury  
4684 (Rev. 10-09), page 5

FEIN# 042486332

FORM 4567

| Line No | Description | As Filed | As Corrected by Treasury | Explanation |
|---|---|---|---|---|
| 1A | Begin date | 20100101 | 20100101 | |
| 1B | End date | 20101231 | 20101231 | |
| 11A | MI sales | | 15090326.00 | |
| 11B | Total sales | | 509860888.00 | |
| 11C | Apportionment % | 1.1366 | 2.9596 | Apportionment percentage corrected. |
| 12 | Gross Receipts | 689568365 | 689568365.00 | |
| 13 | Inventory | 31637225 | 31637225.00 | |
| 14 | Depreciable assets | 3541841 | 3541841.00 | |
| 15 | Materials & supplies | 3391280 | 3391280.00 | |
| 16 | Staffing Company | | 0.00 | |
| 17 | Contractor deduction | | 0.00 | |
| 18 | Film rental | | 0.00 | |
| 19A | QAHP Gross Receipts | | 0.00 | |
| 19B | Restricted units | 0 | 0 | |
| 19C | Total units | 0 | 0 | |
| 19D | Unit percentage | | 0.0000 | |
| 19E | Percent QAHP GR | | 0.00 | |
| 19F | Limited dividends | | 0.00 | |
| 19G | QAHP Deduction | | 0.00 | |
| 20 | Article 25-26 pmnts | | 0.00 | |
| 21 | Miscellaneous | | 0.00 | |
| 22 | Total Subtractions | 38570346 | 38570346.00 | |
| 23 | Modified Gr Recpts | 650998019 | 650998019.00 | |
| 24 | Apportioned MGR | 7399243 | 19266937.00 | Corrected computation error(s) on your return. |
| 25 | .8% MGR subtotal | 59194 | 154135.00 | Corrected computation error(s) on your return. |
| 26 | Enrichment Prohib | | 154135.00 | Corrected computation error(s) on your return. |
| 27 | MGR Before Credits | 59194 | 154135.00 | Modified Gross Receipts Tax before all credits has been adjusted. |
| 28 | Business Income | -402009955 | 402009955.00- | |
| 29 | Interest income | | 0.00 | |
| 30 | Taxes on net income | 3069383 | 3069383.00 | |
| 31 | Tax imposed | 160083 | 160083.00 | |
| 32 | Federal NOL | 0 | 0.00 | |
| 33 | Flow-through losses | 2433520 | 2433520.00 | |

Michigan Department of Treasury  
4684 (Rev. 10-09), page 6

FEIN# 042486332

| Line No | Description | As Filed | As Corrected by Treasury | Explanation |
|---|---|---|---|---|
| 34 | Royalty expense | | 0.00 | |
| 35 | Miscellaneous | | 0.00 | |
| 36 | Total Additions | 5662986 | 5662986.00 | |
| 37 | Bus Inc Tax Base | -396346969 | 396346969.00- | |
| 38 | Dividends received | 11161284 | 11161284.00 | |
| 39 | Flow-through income | 1924720 | 1924720.00 | |
| 40 | Interest income | | 0.00 | |
| 41 | Self-employment | | 0.00 | |
| 42 | Miscellaneous | | 0.00 | |
| 43 | Total Subtractions | 13086004 | 13086004.00 | |
| 44 | Bus Inc Tax Base | -409432973 | 409432973.00- | |
| 45 | Apportioned BITB | -4653615 | 12117578.00- | Corrected computation error(s) on your return. |
| 46 | Available MBT loss | | 0.00 | |
| 47 | BITB after loss | -4653615 | 12117578.00- | Corrected addition/subtraction error(s) on your return. |
| 48A | QAHD Gross rental | | 0.00 | |
| 48B | Rental expense | | 0.00 | |
| 48C | Taxable income | | 0.00 | |
| 48D | MI rental units | 0 | 0 | |
| 48E | Total rental units | 0 | 0 | |
| 48F | Unit percentage | | 0.0000 | |
| 48G | Percent tax income | | 0.00 | |
| 48H | Limited dividends | | 0.00 | |
| 48I | Qualified housing | | 0.00 | |
| 49 | BITB after qual hous | | 0.00 | |
| 50 | BITB Before Credits | | 0.00 | |
| 51 | MBT Before Credits | 59194 | 154135.00 | Corrected computation error(s) on your return. |
| 52 | Surcharge | 13017 | 33894.00 | Corrected computation error(s) on your return. |
| 53 | Total Before Credits | 72211 | 188029.00 | Corrected addition/subtraction error(s) on your return. |
| 54 | Nonrefundable Cr | 4279 | 4279.00 | |
| 55 | Tax After Nonrefund | 67932 | 183750.00 | Corrected addition/subtraction error(s) on your return. |
| 56 | Recapture | | 0.00 | |
| 57 | Total Tax Liability | 67932 | 183750.00 | Total tax liability has been adjusted. |
| 58 | Prior year overpay | | 0.00 | |

Michigan Department of Treasury  
4684 (Rev. 10-09), page 7                                             FEIN# 042486332

| Line No | Description | As Filed | As Corrected by Treasury | Explanation |
|---|---|---|---|---|
| 59 | Estimate payments | 144500 | 25000.00 | The amount of payments claimed on your return has been adjusted to the actual amount received. |
| 60 | Extension payment | | 0.00 | |
| 61 | Refundable Credits | | 0.00 | |
| 62 | Total Payments | 144500 | 25000.00 | Corrected addition/subtraction error(s) on your return. |
| 63A | Original return pmt | | 0.00 | |
| 63B | Overpayment received | | 0.00 | |
| 63C | Payment subtotal | | 25000.00 | Corrected addition/subtraction error(s) on your return. |
| 64 | Tax Due | | 158750.00 | Corrected addition/subtraction error(s) on your return. |
| 65 | Underpaid est P & I | | 12238.00 | Underpaid estimate penalty and interest corrected to agree with Total Penalty and Interest determined on Form 4582. |
| 66B | Annual penalty | | 35792.00 | Corrected computation error(s) on your return. |
| 66C | Annual interest | | 5281.00 | Corrected computation error(s) on your return. |
| 66D | Total annual P & I | | 41073.00 | Corrected computation error(s) on your return. |
| 67 | Payment Due | | 212061.00 | Corrected addition/subtraction error(s) on your return. |
| 68 | Overpayment | 76568 | 0.00 | Corrected addition/subtraction error(s) on your return. |
| 69 | Credit Forward | 76568 | 0.00 | Corrected computation error(s) on your return. |
| 70 | Refund | | 0.00 | |