# **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross, Chief Judge** was caused to be made on June 18, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: June 18, 2012                              */s/ Tamara K. Minott*
Wilmington, Delaware                          Tamara K. Minott (No. 5643)


4219743