UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

--------------------------------------------------------------x

In re:                                                   :        Chapter 11 Case No.
                                                         :
NORTEL NETWORKS, INC.                                    :        09-10138 (KG)
                                                         :
                              Debtor.                    :
                                                         :
--------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**WB Claims Holding – Nortel, LLC**           **United States Debt Recovery VIII LP**
       Name of Transferee                            Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 1472.03
should be sent:                                   Amount of Claim as Filed: $3,524,461.63
                                                  Allowed Amount of Claim Held by Transferor:
      c/o Whitebox Advisors, LLC                  $281,117.97
      3033 Excelsior Blvd., Suite 300             Allowed Amount of Claim to be Transferred:
      Minneapolis, MN 55416-4675                  $281,117.97
      Attn: Dale Willenbring                      Debtor: Nortel Networks, Inc.
      Tel: (612) 253-6068
      Email: dwillenbring@whiteboxadvisors.com    Date Claim Filed: July 6, 2009

Name and Address where transferee payments        Name and Address of Transferor:
should be sent (if different from above):  N/A
                                                  940 Southwood Blvd., Suite 101,
                                                  Incline Village, NV 89451
                                                  Attn: Nathan Jones


                                                  **\*\*PLEASE SEE ATTACHED EXHIBITS\*\***


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: June 14, 2012
      Transferee/Transferee's Agent
      Mark Strefling - CLO

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

<u>Exhibit A</u>

Evidence of Transfer of Claim

### EVIDENCE OF TRANSFER OF CLAIM

**United States Debt Recovery VIII LP**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June _14_ , 2012, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 1472, and subsequently designated as claim 1472.03  (the "Claim") attached hereto, in the allowed amount of $281,117.97.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _14_ day of June, 2012.

(Assignor)  
**United States Debt Recovery VIII LP**

By: _Nate E Jones_  
Name:  
Title:  _NATHAN  E. JONES_  

_Managing Director_

(Assignee)  
**WB Claims Holding - Nortel, LLC**

By: _____  
Name:  
Title:

EXECUTION

## EVIDENCE OF TRANSFER OF CLAIM

**United States Debt Recovery VIII LP**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 14, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 1472, and subsequently designated as claim 1472.03 (the "Claim") attached hereto, in the allowed amount of $281,117.97.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 14 day of June, 2012.

(Assignor)
**United States Debt Recovery VIII LP**

(Assignee)
**WB Claims Holding - Nortel, LLC**

By: _____
Name:
Title:

By: _____
Name: Mark Stirling
Title: CLO

Exhibit B

Proof of Claim

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

# PROOF OF CLAIM

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)          0000001472

| In Re: Nortel Networks Inc., et al. Debtors. | Chapter 11 Case No. 09-10138 (KG) Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held **NORTEL NETWORKS INC.** | Case No. of Debtor |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

GLOW NETWORKS, INC.
2140 LAKE PARK BLVD. #303
RICHARDSON, TX 75080
972-699-1994 X203
dsridharan@glownetworks.com

Telephone number:          Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 3,524,461.63

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: Invoices for services rendered
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 4518
3a. Debtor may have scheduled account as:
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $_____   Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.List of invoices attached;supporting documents will be provided

If the documents are not available, please explain: on request. They are not included

FOR COURT USE ONLY

FILED / RECEIVED

JUL 06 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

since they are confidential, voluminous and contain sensitive information.

| Date: June 29, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   _____ DEV SRIDHARAN, CFO |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Glow Networks, Inc. | | | | | |
| --- | --- | --- | --- | --- | --- |
| Attachment to Proof of Claim for amounts owed by Nortel Networks Inc. | | | | | |
| Date | Services Rendered for Week as per Nortel Networks Inc. Calendar | P.O. Number | Invoice Number | Due Date | Amount |
| 10/27/2008 | 42 | 4320027590 | 8755 | 01/16/2009 | 1,753.75 |
| 11/03/2008 | 43 | 4320034173 | 8796 | 01/16/2009 | 256,979.75 |
| 11/03/2008 | 43 | 4320056974 | 8798 | 01/16/2009 | 6,000.00 |
| 11/03/2008 | 43 | 4320027591 | 8799 | 01/16/2009 | 1,265.00 |
| 11/03/2008 | 43 | 4320057483 | 8800 | 01/16/2009 | 12,500.00 |
| 11/03/2008 | 43 | 4320047139 | 8801 | 01/16/2009 | 9,000.00 |
| 11/03/2008 | 43 | 4320055168 | 8802 | 01/16/2009 | 24,850.00 |
| 11/03/2008 | 43 | 4320027591 | 8803 | 01/16/2009 | 805.00 |
| 11/10/2008 | 44 | 4320034173 | 8834 | 02/06/2009 | 286,770.73 |
| 11/10/2008 | 44 | 4320021457 | 8835 | 02/06/2009 | 6,175.00 |
| 11/10/2008 | 44 | 4320021100 | 8836 | 02/06/2009 | 16,501.50 |
| 11/17/2008 | 45 | 4320034173 | 8853 | 02/06/2009 | 259,138.37 |
| 11/21/2008 | 45 & 46 | 4320023360 | 8882 | 02/02/2009 | 5,900.00 |
| 11/24/2008 | 46 | 4320034173 | 8884 | 02/02/2009 | 255,527.07 |
| 11/24/2008 | 46 | 4320018584 | 8885 | 02/02/2009 | 1,700.00 |
| 11/24/2008 | 46 | 4320050357 | 8886 | 02/02/2009 | 74,214.00 |
| 11/24/2008 | 46 | 4320060946 | 8887 | 02/02/2009 | 6,000.00 |
| 11/24/2008 | 46 | 4320033768 | 8888 | 02/02/2009 | 4,375.00 |
| 11/24/2008 | 46 | 4320050357 | 8889 | 02/02/2009 | 16,758.00 |
| 11/24/2008 | 46 | 4320060974 | 8890 | 02/02/2009 | 14,350.00 |
| 11/24/2008 | 46 | 4320058104 | 8891 | 02/02/2009 | 28,500.00 |
| 11/24/2008 | 46 | 4320060975 | 8892 | 02/02/2009 | 35,700.00 |
| 11/24/2008 | 46 | 4320055502 | 8893 | 02/02/2009 | 9,050.00 |
| 12/01/2008 | 47 | 4320034173 | 8911 | 02/16/2009 | 264,013.40 |
| 12/01/2008 | 47 | 4320057484 | 8912 | 02/16/2009 | 5,460.00 |
| 12/01/2008 | 47 | 4320061434 | 8913 | 02/16/2009 | 3,480.00 |
| 12/01/2008 | 47 | 4320049113 | 8914 | 02/16/2009 | 4,200.00 |
| 12/01/2008 | 47 | 4320049114 | 8915 | 02/16/2009 | 1,800.00 |
| 12/08/2008 | 48 | 4320034173 | 8957 | 02/16/2009 | 143,940.81 |
| 12/08/2008 | 48 | 4320061433 | 8958 | 02/16/2009 | 1,970.00 |
| 12/08/2008 | 48 | 4320061432 | 8959 | 02/16/2009 | 15,936.00 |
| 12/08/2008 | 48 | 4320047139 | 8960 | 02/16/2009 | 4,000.00 |
| 12/08/2008 | 48 | 4320057703 | 8961 | 02/16/2009 | 43,950.00 |
| 12/08/2008 | 48 | 4320057369 | 8962 | 02/16/2009 | 21,660.00 |
| 12/08/2008 | 48 | 4320057074 | 8963 | 02/16/2009 | 35,160.00 |
| 12/08/2008 | 48 | 4320021457 | 8964 | 02/16/2009 | 4,782.50 |
| 12/15/2008 | 49 | 4320034173 | 8970 | 03/16/2009 | 237,710.77 |
| 12/15/2008 | 49 | 4320049276 | 8971 | 03/03/2009 | 9,600.00 |
| 12/15/2008 | 49 | 4320052210 | 8972 | 03/16/2009 | 32,500.00 |
| 12/15/2008 | 49 | 4320062106 | 8973 | 03/16/2009 | 1,943.00 |
| 12/15/2008 | 49 | 4320021100 | 8974 | 03/16/2009 | 16,500.00 |
| 12/15/2008 | 49 | 4320062162 | 8975 | 03/16/2009 | 11,400.00 |
| 12/15/2008 | 49 | 4320060975 | 8976 | 03/16/2009 | 23,800.00 |
| 12/22/2008 | 50 | 4320034173 | 8984 | 03/16/2009 | 268,667.29 |
| 12/22/2008 | 50 | 4320018584 | 8985 | 03/16/2009 | 11,900.00 |
| 12/22/2008 | 50 | 4320018278 | 8986 | 03/16/2009 | 29,452.50 |

**Glow Networks, Inc.**

**Attachment to Proof of Claim for amounts owed by Nortel Networks Inc.**

| Date | Services Rendered for Week as per Nortel Networks Inc. Calendar | P.O. Number | Invoice Number | Due Date | Amount |
|---|---|---|---|---|---|
| 12/22/2008 | 50 | 4320049529 | 8987 | 03/16/2009 | 5,750.00 |
| 12/22/2008 | 50 | 4320060946 | 8988 | 03/16/2009 | 8,875.00 |
| 12/22/2008 | 50 | 4320050357 | 8989 | 03/16/2009 | 63,042.00 |
| 12/22/2008 | 50 | 4320063688 | 8990 | 03/16/2009 | 39,932.00 |
| 12/22/2008 | 50 | 4320057703 | 8991 | 03/16/2009 | 10,650.00 |
| 12/22/2008 | 50 | 4320057369 | 8992 | 03/16/2009 | 18,490.00 |
| 12/22/2008 | 50 | 4320057074 | 8993 | 03/16/2009 | 15,440.00 |
| 12/22/2008 | 46 | 4320058104 | 8994 | 12/22/2008 | -20,000.00 |
| 12/31/2008 | 51 & 52 | 4320023360 | 9010 | 03/09/2009 | 5,900.00 |
| 01/08/2009 | 52 | 4320066152 | 9037 | 03/17/2009 | 60,204.37 |
| 01/08/2009 | 52 | 4320066334 | 9038 | 03/17/2009 | 2,471.66 |
| 01/12/2009 | 1 | 4320066152 | 9039 | 04/01/2009 | 75,492.22 |
| 01/12/2009 | 1 | 4320066149 | 9040 | 04/01/2009 | 3,400.00 |
| 01/12/2009 | 1 | 4320066150 | 9041 | 04/01/2009 | 14,535.00 |
| 01/12/2009 | 1 | 4320066334 | 9042 | 04/01/2009 | 10,785.85 |
| 01/12/2009 | 1 | 4320021457 | 9043 | 04/01/2009 | 4,782.50 |
| 01/19/2009 | 2 | 4320066152 | 9064 | 04/01/2009 | 228,579.74 |
| 01/19/2009 | 2 | 4320066150 | 9065 | 04/01/2009 | 11,900.00 |
| 01/19/2009 | 2 | 4320058414 | 9066 | 04/01/2009 | 22,250.00 |
| 01/19/2009 | 2 | 4320021100 | 9067 | 04/01/2009 | 9,900.01 |
| 01/20/2009 | 3 | 4320066152 | 9087 | 04/01/2009 | 48,060.49 |
| 01/21/2009 | 3 | 4320066152 | 9092 | 04/01/2009 | 29,724.92 |
| 01/21/2009 | 3 | 4320066334 | 9094 | 04/01/2009 | 1,064.00 |
| 01/22/2009 | 3 | 4320066152 | 9101 | 04/02/2009 | 24,371.69 |
| 01/22/2009 | 3 | 4320066334 | 9104 | 04/01/2009 | 1,166.44 |
| 01/23/2009 | 3 | 4320066152 | 9105 | 04/03/2009 | 4,157.76 |
| 01/26/2009 | 1,2 & 3 | 4320066149 | 9110 | 04/15/2009 | 3,400.00 |
| 01/26/2009 | 2 & 3 | 4320066334 | 9112 | 04/04/2009 | 3,724.00 |
| 01/28/2009 | 3 | 4320066152 | 9118 | 04/15/2009 | 4,004.55 |
| 01/28/2009 | 2, 3 | 4320023360 | 9122 | 04/15/2009 | 3,687.50 |
| 01/29/2009 | 3 | 4320066152 | 9129 | 04/15/2009 | 1,195.46 |
| 01/02/2009 | 51 | 4320034173 | 9017 A | 03/16/2009 | 238,843.63 |
| 01/02/2009 | 51 | 4320066152 | 9017 B | 03/13/2009 | 41,041.40 |
| | | | **Total amount of Claim** | | 3,524,461.63 |



**Glow**®

**Glow knows networks.**®

June 29, 2009

Claims Agent
Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P O Box 5075
New York, NY 10150-5075

Re: Proof of Claim

Dear Sir/Madam:

Attached please find two copies of the Proof of Claim on behalf of Glow Networks, Inc.
Appreciate if you could acknowledge our filing by signing the second copy and mail it
back to us in the enclosed self-addressed envelope.

Thank you for all the help.

Sincerely

Dev Sridharan
Chief Financial Officer

