UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------------------------x
In re:                                                     :       Chapter 11 Case No.
                                                           :
NORTEL NETWORKS, INC.                                      :       09-10138 (KG)
                                                           :
                            Debtor.                        :
-------------------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **WB Claims Holding – Nortel, LLC** | **United States Debt Recovery III LP** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    c/o Whitebox Advisors, LLC
    3033 Excelsior Blvd., Suite 300
    Minneapolis, MN 55416-4675
    Attn: Dale Willenbring
    Tel: (612) 253-6068
    Email: dwillenbring@whiteboxadvisors.com

Name and Address where transferee payments should be sent (if different from above): N/A

Court Claim # (if known): 1162
Amount of Claim as Filed: $1,291,998.00
Revised Amount of Claim against Debtor: $762,469.26
Amount of Claim to be Transferred: $762,469.26
Debtor: Nortel Networks, Inc.

Date Claim Filed: May 13, 2009

Name and Address of Transferor:

940 Southwood Blvd., Suite 101,
Incline Village, NV 89451
Attn: Nathan Jones

**\*\*PLEASE SEE ATTACHED EXHIBITS\*\***

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: June 14, 2012
    Transferee/Transferee's Agent
    Mark Strefling - CLO

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Exhibit A

Evidence of Transfer of Claim

## EVIDENCE OF TRANSFER OF CLAIM

**United States Debt Recovery III LP**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 14, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding- Nortel, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 1162 (the "Claim") attached hereto, in the amount of $762,469.26

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 14 day of June, 2012.

**(Assignor)**
**United States Debt Recovery III LP**

By: _Natha EJ_
Name:
Title: _Nathan E. Jones_
_Managing Director_

**(Assignee)**
**WB Claims Holding - Nortel, LLC.**

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

**United States Debt Recovery III LP**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 14, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding- Nortel, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 1162  (the "Claim") attached hereto, in the amount of $762,469.26

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 14 day of June, 2012.

**(Assignor)**
**United States Debt Recovery III LP**

By: _____
Name:
Title:

**(Assignee)**
**WB Claims Holding - Nortel, LLC.**

By: _____
Name: Mark Stroflung
Title: CHO

<u>Exhibit B</u>

Proof of Claim

United States Bankruptcy Court for the District of Delaware

Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

**PROOF OF CLAIM**

| In Re: | Chapter 11 |
|---|---|
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)        0000001162

Name of Debtor Against Which Claim is Held

Nortel Networks Inc.

Case No. of Debtor

09-10138

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Macadamian Technologies Inc.
700 Industrial Avenue, Suite 220
Ottawa, Ontario
Canada, K1G0Y9

Telephone number: 613 739-5976 x222    Email Address: jim@macadamian.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Address same as above
Normally payments made by wire transfer

Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 1,291,998.— USD

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: Software development services provided on multiple projects
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: Supplier # 439356
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $_____    Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED

MAY 13 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| May 11, 2009 | [signature]    VP Finance |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Macadamian Technologies Inc**
Nortel Networks Inc.
Claim Summary to January 14, 2009
USD

A. ACCOUNTS RECEIVABLE AS AT JANUARY 14, 2009

| Sum of Amount (USD) PO # | Type | Project | Invoice # | Date | Total |
|---|---|---|---|---|---|
| 4320032674 | Fixed Bid | Nortel Networks Inc.::Carrier Support & Development Phase IV | 100192 | August 31, 2008 | 77,333 |
| | | | 100324 | November 30, 2008 | 77,333 |
| | | | 100376 | December 31, 2008 | 77,333 |
| 4320032674 Total | | | | | 232,000 |
| 4320039346 | Time & Material | Nortel Networks Inc.::Carrier Customer Support Phase IV | 100274 | October 31, 2008 | 16,875 |
| | | | 100323 | November 30, 2008 | 16,875 |
| 4320039346 Total | | | | | 33,750 |
| 4320045613 | Time & Material | Nortel Networks Inc.::MCS Architecture & Design Consulting | 100337 | November 30, 2008 | 24,794 |
| | | | 100338 | November 30, 2008 | 20,482 |
| | | | 100379 | December 31, 2008 | 23,716 |
| 4320045613 Total | | | | | 68,992 |
| 4320049094 | Fixed Bid | Nortel Networks Inc.::PBX Communicator | 100320 | November 28, 2008 | 9,746 |
| 4320049094 Total | | | | | 9,746 |
| 4320053743 | Fixed Bid | Nortel Networks Inc.::Robustness Phase 2 | 100345 | December 5, 2008 | 7,464 |
| 4320053743 Total | | | | | 7,464 |
| 4320053746 | Fixed Bid | Nortel Networks Inc.::ASS300 Services | 100318 | November 28, 2008 | 18,872 |
| 4320053746 Total | | | | | 18,872 |
| 4320053812 | Fixed Bid | Nortel Networks Inc.::Qos End to End support | 100321 | November 28, 2008 | 16,867 |
| 4320053812 Total | | | | | 16,867 |
| 4320057256 | Fixed Bid | Nortel Networks Inc.::MCD VOIP | 100350 | December 12, 2008 | 23,168 |
| | | | 100358 | December 19, 2008 | 11,232 |
| 4320057256 Total | | | | | 34,400 |
| 4320059176 | Fixed Bid | Nortel Networks Inc.::IA Revision 3 | 100319 | November 28, 2008 | 46,855 |
| | | | 100357 | December 19, 2008 | 29,438 |
| | | | 100377 | December 26, 2008 | 16,886 |
| 4320059176 Total | | | | | 93,179 |
| 4320060596 | Fixed Bid | Nortel Networks Inc.::PC Client Control of SIP Terminal | 100328 | November 28, 2008 | 59,244 |
| | | | 100351 | December 12, 2008 | 15,499 |
| | | | 100387 | January 2, 2009 | 17,121 |
| 4320060596 Total | | | | | 91,864 |
| 4320062775 | Fixed Bid | Nortel Networks Inc.::7.0 PV | 100344 | November 28, 2008 | 37,333 |
| | | | 100349 | December 12, 2008 | 11,298 |
| 4320062775 Total | | | | | 48,631 |
| 4320063483 | Fixed Bid | Nortel Networks Inc.::SMS-MMS | 100322 | November 28, 2008 | 19,009 |
| 4320063483 Total | | | | | 19,009 |
| 4320063764 | Fixed Bid | Nortel Networks Inc.::Lotus Notes 8 | 100380 | December 28, 2008 | 31,300 |
| | | | 100381 | December 31, 2008 | 56,395 |
| 4320063764 Total | | | | | 87,695 |
| 4320065429 | Time & Material | Nortel Networks Inc.::Enterprise Web Console | 100388 | January 9, 2009 | 10,673 |
| | | | 100389 | January 9, 2009 | 25,112 |
| | | | 100390 | January 9, 2009 | 23,917 |
| | | Nortel Networks Inc.::SIP Sustaining and Microbrowser Work III | 100278 | October 31, 2008 | 117,715 |
| | | | 100325 | November 30, 2008 | 125,562 |
| | | | 100378 | December 31, 2008 | 125,562 |
| 4320065429 Total | | | | | 428,542 |
| 4503574366 | Fixed Bid | Nortel Networks Inc.::Aliant Single Sign On | 100326 | November 28, 2008 | 6,458 |
| | | | 100356 | December 19, 2008 | 24,177 |
| 4503574366 Total | | | | | 30,635 |
| 4503642339 | Fixed Bid | Nortel Networks Inc.::Aliant Custom PA | 100354 | December 12, 2008 | 30,041 |
| | | | 100355 | December 12, 2008 | 22,988 |
| | | | 100382 | December 31, 2008 | 17,323 |
| 4503642339 Total | | | | | 70,352 |
| Grand Total | | | | | 1,291,998 |