UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:                                              :        **Chapter 11 Case No.**
                                                    :
**NORTEL NETWORKS, INC.**                           :        **09-10138 (KG)**
                                                    :
                            Debtor.                 :
-------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **WB Claims Holding – Nortel, LLC** | **United States Debt Recovery V LP** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee          Court Claim # (if known): 6300
should be sent:                                        Amount of Claim as Filed: $619,250.55
                                                       Allowed Amount of Claim: $607,108.40
    c/o Whitebox Advisors, LLC            Allowed Amount of Claim to be Transferred:
    3033 Excelsior Blvd., Suite 300        $607,108.40
    Minneapolis, MN 55416-4675             Debtor: Nortel Networks, Inc.
    Attn: Dale Willenbring
    Tel: (612) 253-6068                    Date Claim Filed: December 17, 2009
    Email: dwillenbring@whiteboxadvisors.com

Name and Address where transferee payments            Name and Address of Transferor:
should be sent (if different from above):  N/A
                                                      940 Southwood Blvd., Suite 101,
                                                      Incline Village, NV 89451
                                                      Attn: Nathan Jones


                                                      **\*\*PLEASE SEE ATTACHED EXHIBITS\*\***


I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____          Date: June 14, 2012
    Transferee/Transferee's Agent
    Mark Strefling - CLO

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

<u>Exhibit A</u>

Evidence of Transfer of Claim

## EVIDENCE OF TRANSFER OF CLAIM

**United States Debt Recovery V LP**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June `14`, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 6300 (the "Claim") attached hereto, in the allowed amount of $607,108.40

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this `14` day of June, 2012.

**(Assignor)**
**United States Debt Recovery V LP**

By: _Nate E J_
Name: _Nathan E Jones_
Title: _Managing Director_

**(Assignee)**
**WB Claims Holding - Nortel, LLC**

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

**United States Debt Recovery V LP**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June _14_, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 6300 (the "Claim") attached hereto, in the allowed amount of $607,108.40

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _14_ day of June, 2012.

**(Assignor)**
**United States Debt Recovery V LP**

By: _____
Name:
Title:

**(Assignee)**
**WB Claims Holding - Nortel, LLC**

By: _____
Name: Mark Strefling
Title: CLO

<u>Exhibit B</u>

Proof of Claim

Form B10 (Official Form 10)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | Chapter 11 PROOF OF CLAIM |
|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: NORTEL NETWORKS, INC.      Case No: 09-10138 (KG)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

UCM/SREP – CORPORATE WOODS, LLC
c/o Stephen Lewis, Esq.
Stoltz Management of Delaware, Inc.
725 Conshohocken State Road
Bala Cynwyd, PA 19004

(610) 667-5800
Telephone No. of Creditor

(610) 617-6217
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)        0000006300

**B. Name and Address of signatory or other person to whom notices must be served, if different from above.** (Check box if): ☒ replaces above ☐ additional address
Name:      Jeffrey C. Wisler, Esquire

Company/Firm:    Connolly Bove Lodge & Hutz LLP

Address:    The Nemours Building, 1007 N. Orange St.
            Wilmington, Delaware 19801

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check box if you have never received any notices in this case.

Account or Other Number by Which Creditor Identifies Debtor: See Attached Exhibit.

Check here if this claim ☐ replaces ☐ amends   a previously filed claim, dated:_____

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other:_____

- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☒ **Real property lease**
  **(Rejection**
- ☐ Personal property lease
- ☐ Other contract:_____

☐ Retiree benefits as defined in 11 U.S.C. § 1114 (a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN:_____

Unpaid compensation for services performed from
_____ to _____
(date)       (date)

**2. Date debt was incurred:   See Attached Exhibits.**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:      ** See Attached Exhibit**

$619,250.55      $_____      $_____      $619,250.55
(unsecured)      (secured)      (priority)      (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additioanal charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other:_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim: $619,250.55 (See Attached Exhibit)**
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,950), *earned within 90 days before filing of the bankruptcy petition or cessation of debtor's business, whichever is earlier -- 11 U.S.C. § 507 (a) (4).
- ☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507 (a) (5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507 (a) (6).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507 (a) (7).
- ☐ Domestic support obligations -- 11 U.S.C. § 507 (a) (1)(A) or (a)(1)(B).
- ☐ Taxes or penalties owed to governmental units -- 11 U.S.C. § 507 (a) (8).
- ☐ Other -- 11 U.S.C. §365(d)(3)
* Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. **See Attached Exhibit.**
**10. Date-Stamped Copy:** To receive acknowledgement of the filing of your claim, enclose a stamped, self-addressed stamped envelope and copy this proof of claim.

This Space Is For Court Use Only

FILED / RECEIVED
DEC 17 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date
12/16/09

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
UCM/SREP – CORPORATE WOODS, LLC

By: _____
Stephen Lewis, Authorized Person

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

#741298

**EXHIBIT A**
**TO PROOF OF CLAIM OF UCM/SREP – CORP WOODS, LLC**
**IN RE:  NORTEL NETWORKS, INC. (CASE NO. 09-10138 (KG))**

1.      On January 14, 2009 ("Petition Date"), Nortel Networks, Inc. ("Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2.      Prior to the Petition Date, UCM/SREP – Corporate Woods, LLC ("Landlord") as landlord, and Debtor, as tenant, entered into an Amended and Restated Lease ("Lease")[1] for certain premises located at 82 Corporate Woods, 10851 Mastin Boulevard, Overland Park, Kansas 66210 ("Premises").

3.      On November 20, 2009, the Debtors filed the *Nineteenth Notice of Rejection of Executory Contract(s) and/or Nonresidential Real Property Lease(s)*, which seeks to reject the Lease, effective as of December 31, 2009 ("Proposed Rejection Date").   As of the date of this proof of claim, the Court has not yet entered an order that approves the rejection of the Lease, and the Debtor has not yet surrendered possession of the Premises to the Landlord.   Landlord expressly reserves it right to amend this claim as necessary in the event the Lease is not rejected on the Proposed Rejection Date and/or the Debtor fails to surrender the Premises to Landlord by the Proposed Rejection Date.

4.      Damages resulting from the rejection of the Lease by the Debtor total $619,250.55, which constitutes one (1) year of rent reserved under the Lease.[2]

5.      In sum, the Debtor's remaining obligations to Landlord total **$619,250.55**("Claim").

6.      Nothing herein shall be deemed a waiver of Landlord's right to seek payment of all or any portion of the Claim pursuant to section 365(d)(3) of the Bankruptcy Code, or as an administrative expense pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

7.      Landlord expressly reserves all rights and remedies that it has or may have against the Debtor or any person or persons liable for all or part of the indebtedness claimed herein. This proof of claim is filed to protect Landlord from forfeiture of its Claim.  The filing of this proof of claim is not: (a) a waiver or release of Landlord's rights or remedies against any person, entity or property; (b) an election of a remedy; or (c) a waiver of the right to assert a different or enhanced classification of priority in respect to the Claim asserted herein.

8.      Landlord expressly reserves the right to amend, modify or supplement this proof of claim to, among other things, assert an unsecured claim for any pre-petition obligations that have not yet been billed under the Lease.

---

[1]  A copy of the Lease is available upon request.
[2]  Landlord is entitled to an unsecured, non-priority claim against the Debtor in an amount equal to the greater of one year's rent reserved under the Lease or fifteen percent (15%) of the remaining rent due under the Lease, not to exceed three years.  11 U.S.C. § 502(b)(6).

Page 1 of 1

From:   Origin ID: HARA   (610) 667-5800
Stephanie Althouse
STOLZ MGMT OF DELAWARE INC
725 Conshohocken State Road

Bala Cynwyd, PA 19004



Ship Date: 16DEC09
ActWgt: 1.0 LB
CAD: 9179609/INET9090
Account#: S *********

Delivery Address Bar Code

SHIP TO:   (610) 667-5800          BILL SENDER
**Nortel Networks, Inc. Claims Proces**
**co Epiq Bankruptcy Solutions, LLC**
**757 3RD AVE FRNT 3**

**NEW YORK, NY 10017**

Ref #     Corporate Wood
Invoice #
PO #
Dept #

RECEIVED

DEC 17 2009



TRK#    7931 0701 2740          THU - 17DEC      A1
0201                             PRIORITY OVERNIGHT

**EB OGSA**

10017
NY-US
EWR



---

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# STOLTZ

725 Conshohocken State Road
Bala Cynwyd, PA 19004
610.667.5800
fax 610.664.1976
www.stoltzusa.com

**VIA OVERNIGHT MAIL**



December 16, 2009

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd FL
New York, NY 10017

>       **RE:    Nortel Networks, Inc.**
>               **Case No.: 09-10138(KG)**

Dear Sir/Madam:

Enclosed please find the following documents:

1. One (1) original Proof of Claim for Nortel Networks, Inc. filed on behalf of UCM/SREP Corporate Woods, LLC,

2. One (1) copy of the Proof of Claim for Nortel Networks, Inc. filed on behalf of UCM/SREP Corporate Woods, LLC,

3. One (1) self addressed stamped envelope.

    Please return a time stamped copy of the Proof of Claim using the enclosed self addressed stamped envelope.

Thank you for your cooperation in this matter.

>       Very truly yours,
>
>       UCM/SREP Corporate Woods, LLC
>
>       Stephen Lewis—SA
>
>       Stephen Lewis
>       Authorized Person