# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD MAY 1, 2012 THROUGH MAY 31, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 5/2/2012 | Calls with J. Sherrett of Cleary to discuss preference analysis. | 0.60 | 420 | 252.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 5/3/2012 | Weekly employee claims call with Cleary and RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 5/10/2012 | Weekly employee claims meeting with Cleary and RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 5/17/2012 | Weekly employee claims call with Cleary, RLKS and Nortel. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 5/21/2012 | Call with L. Bagarella of Cleary regarding employee claims issues. | 0.50 | 420 | 210.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 5/14/2012 | Investigated scheduled items per request of Cleary and RLKS. | 1.00 | 420 | 420.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 5/15/2012 | Updated schedule analysis per request of Cleary and RLKS. | 1.40 | 420 | 588.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 5/18/2012 | Reviewed schedule comments provided by J. Croft of Cleary and documented notes. | 1.80 | 420 | 756.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 5/18/2012 | Updated schedule analysis with position information. | 2.10 | 420 | 882.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 5/21/2012 | Reconciled schedule comments from J. Croft of Cleary and updated analysis accordingly. | 2.20 | 420 | 924.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 5/21/2012 | Reconciled schedule analyses and updated accordingly for upcoming deliverable. | 2.40 | 420 | 1,008.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 5/22/2012 | Reconciled schedule analysis based on notes from Cleary. | 1.70 | 420 | 714.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 5/29/2012 | Updated schedule analysis with revised comments from L. Bagarella of Cleary. | 2.30 | 420 | 966.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 5/29/2012 | Provided updated schedule analyses to A. Tsai of Epiq and M. Cilia of RLKS. | 1.40 | 420 | 588.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 5/16/2012 | Nortel-address DiscOps inquiry from E. Smith of Nortel. | 0.20 | 725 | 145.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Michael Scannella | 5/17/2012 | Schedules research per request of J. Palmer (Cleary). | 1.00 | 350 | 350.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/15/2012 | Updated monthly fee application exhibits. | 1.40 | 420 | 588.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/15/2012 | Updated monthly fee application documents and provided to Huron managing director for review. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/24/2012 | Updated the 13th quarterly fee application documents and provided them to MNAT for filing. | 2.50 | 420 | 1,050.00 |
| 6 | Retention and Fee Applications | James Lukenda | 5/14/2012 | Nortel-review monthly statement and sign-off. | 0.30 | 725 | 217.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/2/2012 | Reviewed and updated preference analysis for J. Sherrett of Cleary. | 1.80 | 420 | 756.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/17/2012 | Reconciled preference settlement information provided by Nortel. | 0.50 | 420 | 210.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/21/2012 | Updated preference summary with settlement information from D. Culver of MNAT. | 0.50 | 420 | 210.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 5/2/2012 | Nortel-coordinate data response for Huron manager. | 0.30 | 725 | 217.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Peter Gnatowski | 5/2/2012 | Research of RMA 2008 and RMA 2009; emails with Huron managing director and manager regarding same. | 0.30 | 350 | 105.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/1/2012 | Reconciled employee claims analyses with T. Perkinson of Nortel. | 2.20 | 420 | 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/1/2012 | Updated employee claims analysis and provided to T. Perkinson of Nortel. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/2/2012 | Updated employee claims analysis and provided to Cleary for review. | 2.10 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/3/2012 | Updated employee claims analysis and reconciled against source file. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/4/2012 | Reviewed employee claims analysis provided by M. Cilia or RLKS. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/4/2012 | Reconciled employee claim information per request of M. Cilia of RLKS. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/4/2012 | Corresponded with D. Parker of Nortel regarding employee claims. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2012 | Reviewed employee claims analysis provided by D. Parker of Nortel. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2012 | Investigated employee claim questions posed by J. Croft of Cleary. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2012 | Updated and provided employee claims analysis to M. Cilia of RLKS. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/8/2012 | Investigated employee claim issues for J. Croft of Cleary. | 1.10 | 420 | 462.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/8/2012 | Investigated employee claim issues for J. Kim of Cleary. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/8/2012 | Reconciled employee claims analysis per request of M. Cilia of RLKS. | 2.40 | 420 | 1,008.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD MAY 1, 2012 THROUGH MAY 31, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/9/2012 | Investigated employee claim issues for M. Cilia of RLKS. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/11/2012 | Reviewed employee claims analysis provided by M. Cilia of RLKS. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/14/2012 | Reviewed employee claim issues from M. Cilia of RLKS. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/14/2012 | Investigated employee claim issues per request of J. Croft of Cleary. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/14/2012 | Updated employee claims analyses and provided comments to M. Cilia of RLKS. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/14/2012 | Corresponded with J. Croft of Cleary and M. Cilia of RLKS regarding employee claim items. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/15/2012 | Updated employee claims analyses and provided to D. Parker of Nortel. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/15/2012 | Corresponded with D. Parker and C. Case of Nortel regarding employee claim issues. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/16/2012 | Updated employee claims analysis with information from Nortel. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/18/2012 | Investigated employee claim issues posed by J. Croft of Cleary. | 0.70 | 420 | 294.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/22/2012 | Prepared employee claims analysis for L. Bagarella of Cleary. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/23/2012 | Reviewed employee claim documents and provided comments to J. Croft of Cleary. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/23/2012 | Worked with A. Tsai of Epiq on employee claim documents. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/23/2012 | Updated employee claims analysis per request of L. Bagarella of Cleary. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/24/2012 | Reviewed employee claim documents and provided comments to J. Croft of Cleary. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/24/2012 | Reviewed employee claims motions and orders and document notes. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/25/2012 | Worked with D. Parker of Nortel on employee claims analysis. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/29/2012 | Updated employee claims analysis with comments from Cleary. | 2.40 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/29/2012 | Reviewed and updated employee claims analyses based on bankruptcy guidelines. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/30/2012 | Reviewed employee claim documents with B. Hunt of Epiq. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/30/2012 | Worked with M. Cilia of RLKS to updated employee claims database. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/30/2012 | Worked with D. Parker of Nortel to update employee claims analysis. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/30/2012 | Corresponded with L. Bagarella of Cleary regarding employee claim issues. | 0.40 | 420 | 168.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/30/2012 | Nortel-call with Huron manager re employee claim filings, update on resolution process | 0.30 | 725 | 217.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/30/2012 | Nortel-update case file and status of Huron workstreams, correspondence regarding employee claim matters. | 1.00 | 725 | 725.00 |