# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD MAY 1, 2012 THROUGH MAY 31, 2012**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
|  |  |  |  | **$0.00** |