IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am over eighteen years of age and that on June 18, 2012, I caused a true and correct copy of the *Reply In Support Motion Of GENBAND US LLC For Leave To Conduct Discovery Pursuant To Rule 2004 Of The Federal Rules Of Bankruptcy Procedure And Local Rule 2004-1* to be served upon each of the persons set forth on **Exhibit A** attached hereto in the manner indicated.

Dated: June 18, 2012

DUANE MORRIS LLP

*/s/ Richard W. Riley*
Michael R. Lastowski (No. 3892)
Richard W. Riley (No. 4052)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-Mail:  mlastowski@duanmorris.com
              rwriley@duanemorris.com

*Counsel for GENBAND US LLC*

## EXHIBIT A

***VIA E-MAIL & HAND DELIVERY***
Raymond H. Lemisch, Esq.
Jennifer R. Hoover, Esq.
Benesch, Friedlander, Coplan
& Aronoff, LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

***VIA E-MAIL & U.S. MAIL***
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

***VIA E-MAIL & HAND DELIVERY***
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

***VIA E-MAIL & U.S. MAIL***
Ken Coleman, Esq.
Laura Hall, Esq.
Lisa Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020

***VIA E-MAIL & HAND DELIVERY***
Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Chad A. Fights, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1346

***VIA E-MAIL & HAND DELIVERY***
William F. Taylor, Jr., Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

***VIA E-MAIL & U.S. MAIL***
Albert Togut, Esq.
Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

***VIA E-MAIL & U.S. MAIL***
Fred S. Hodara, Esq.
Akin Gump Strauss Haurer & Feld
One Bryant Park
New York, NY 10036

***VIA E-MAIL & HAND DELIVERY***
Rafael X. Zahralddin-Aravena, Esq.
Shelley A. Kinsella, Esq.
Jonathan M. Stemerman, Esq.
Elliott Greanleaf
1105 N. Market Street, Suite 1700
Wilmington, DE 19801

***VIA E-MAIL & HAND DELIVERY***
James L. Patton, Esq.
Edwin J. Harron, Esq.
Jaime N. Luton, Esq.
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

DM3\2212307.1

**_VIA E-MAIL & U.S. MAIL_**
Derek J.T. Adler, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

**_VIA E-MAIL & U.S. MAIL_**
Kevin Lloyd, Esq.
John Whiteoak, Esq.
Richard Lawton, Esq.
Herbert Smith LLP
Exchange House
Primrose Street
London
EC2A 2HS

**_VIA E-MAIL & U.S. MAIL_**
Thomas R. Kreller, Esq.
Milbank, Tweed, Hadley & McCoy LLP
601 South Figueroa Street, Suite 3000
Los Angeles, CA 90017

**_VIA E-MAIL & HAND DELIVERY_**
Laura Davis Jones, Esq.
Kathleen P. Makowski, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**_VIA E-MAIL & HAND DELIVERY_**
Kevin P. Callahan, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**_VIA E-MAIL & HAND DELIVERY_**
Anthony W. Clark, Esq.
Robert A. Weber, Esq.
Jason M. Liberi, Esq.
Kristhy M. Peguero, Esq.
Yosef Ibrahimi, Esq.
Skadden, Arps, Slate,
Meager & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**_VIA E-MAIL & U.S. MAIL_**
Davis W. Hansen, Esq.
Skadden, Arps, Slate,
Meager & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301

**_VIA E-MAIL & HAND DELIVERY_**
Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Drew G. Sloan, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801