IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | **Regarding Docket No. 7660** |
| | ) | |

**SUPPLEMENT TO MOTION OF GENBAND US LLC FOR LEAVE
TO CONDUCT DISCOVERY PURSUANT TO RULE 2004 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2004-1**

GENBAND US LLC, formerly GENBAND Inc. ("GENBAND") supplements its Motion For Leave To Conduct Discovery Pursuant To Rule 2004 Of The Federal Rules Of Bankruptcy Procedure And Local Rule 2004-1 (the "Rule 2004 Motion") by withdrawing, without prejudice, the Rule 2004 Motion as to Nortel Networks Corporation and certain of its direct and indirect subsidiaries that are in proceedings under Canada's *Company's Creditors Arrangement Act*. GENBAND will continue to prosecute the Rule 2004 Motion against Nortel Networks, Inc. and certain of its affiliates that are debtors and debtors in possession in the above-captioned jointly administered cases.

Dated: June 18, 2012

DUANE MORRIS LLP

*/s/ Richard W. Riley*
Michael L. Lastowski (No. 3892)
Richard W. Riley (No. 4052)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-Mail:  mlastowski@duanemorris.com
              rwriley@duanmorris.com

*Counsel for GENBAND US LLC*

DM3\2215694.1