# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------X
                                                            :
In re                                                       :    Chapter 11
                                                            :
Nortel Networks Inc., et al.,[1]                            :    Case No. 09-10138 (KG)
                                                            :
            Debtors.                                        :    Jointly Administered
                                                            :
------------------------------------------------------------X
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JUNE 21, 2012 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## CONTINUED MATTERS

1. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

   Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD to June 28, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to June 26, 2012 at 4:00 p.m. (ET). Extended for the Debtors with respect to the Response filed by Kelly Services to August 13, 2012 at 4:00 p.m. (ET).

   Remaining Responses Received:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(a)  Response to Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims. Filed by Kelly Services (D.I. 7245, Filed 2/21/12);

(b)  Informal Response of ASM Capital Regarding Claim No. 7819; and

(c)  Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a)  Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Filed 3/8/12);

(b)  First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Filed 3/22/12); and

(c)  Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Filed 4/18/12); and

(d)  Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Filed 5/9/12).

Status: The hearing on the Objections has been adjourned with respect to responses (b) and (c) above to the omnibus hearing scheduled in these cases for July 11, 2012 at 10:00 a.m. (ET).  The hearing on the Objections has been adjourned with respect to response (a) above to the omnibus hearing scheduled in these cases for August 22, 2012 at 10:00 a.m. (ET).

2.     Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7185, Filed 2/7/12).

    Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital to June 26, 2012 at 4:00 p.n. (ET).

    Remaining Responses Received:

    (a)     Informal Response of ASM Capital Regarding Claim No. 7819.

    Related Pleading:

    (a)     Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7355, Entered 3/8/12);

    (b)     First Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7433, Entered 3/22/12); and

    (c)     Second Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7625, Entered 5/9/12).

    Status: The hearing on the Motion has been adjourned to the omnibus hearing scheduled in these cases for July 11, 2012 at 10:00 a.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

*Nortel Networks Inc. v. Thomas & Betts Manufacturing, Inc. Adv. Case No. 11-50203*

3.     Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Thomas & Betts Manufacturing, Inc. a/k/a Thomas & Betts Fabrication Inc., d/b/a ITS GFI Division (Main Case D.I. 7709, Adv. D.I. 24, Filed 5/29/12).

    Objection Deadline: June 12, 2012 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleading:

    (a)     Certificate of No Objection (Main Case D.I. 7850, Adv. D.I. 25, Filed 6/14/12); and

    (b)     Proposed Form of Order.

    Status: There have been no objections and a CNO was filed.

**CONTESTED MATTERS GOING FORWARD**

4.  Debtors' Twenty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims, and Equity Claims) (D.I. 7585, Filed 4/24/12).

    Objection Deadline: May 10, 2012 at 4:00 p.m. (ET). Extended for Guangdong Nortel Telecommunications Equipment Company Ltd. to June 7, 2012 at 4:00 p.m. (ET).

    Remaining Responses Received:

    (a) Informal Objection from Guangdong Nortel Telecommunications Equipment Company Ltd. Regarding Claim Nos. 3498, 3544, 3545, 3962, 3963, 6818 and 8060.

    Related Pleading:

    (a) Order Granting Debtors' Twenty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims, and Equity Claims) (D.I. 7686, Entered 5/24/12).

    Status: The hearing on this matter will go forward. The Debtors' will hand up a supplemental order at the hearing regarding Guangdong Nortel Telecommunications Equipment Company Ltd.

5.  Motion of GENBAND US LLC for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1 (D.I. 7660, Filed 5/18/12).

    Objection Deadline: May 29, 2012 at 4:00 p.m. (ET). Extended to June 6, 2012 at 4:00 p.m. (ET).

    Responses Received:

    (a) Debtors' Objection to GENBAND US LLC's Motion for Discovery Pursuant to Rule 2004 (D.I. 7800, Filed 6/6/12);

    (b) Joinder of the Canadian Nortel Debtors to the Debtors' Opposition to GENBAND US LLC's Motion for Discovery Pursuant to Rule 2004 (D.I. 7802, Filed 6/6/12); and

    (c) Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc., Et Al. to the Debtors' Opposition to GENBAND US LLC's Motion for Discovery Pursuant to Rule 2004 (D.I. 7824, Filed 6/12/12).

Related Pleading:

(a)  Reply in Support of Motion of GENBAND US LLC for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1 (D.I. 7866, Filed 6/18/12); and

(b)  Supplement to Motion of GENBAND US LLC for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1 (D.I. 7867, Filed 6/18/12).

Status: The hearing on this matter will go forward.

## FEE APPLICATIONS

6.  Thirteenth Quarterly Fee Hearing Applications.

    Related Pleading:

    (a)  See Exhibit A.

    Objection Deadline:  N/A.

    Responses Received:  None.

    Status:  This matter is going forward.

Dated: June 19, 2012　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE　　　　　　　　James L. Bromley (admitted *pro hac vice*)
　　　　　　　　　　　　　　　Lisa M. Schweitzer (admitted *pro hac vice*)
　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　Telephone:  (212) 225-2000
　　　　　　　　　　　　　　　Facsimile:  (212) 225-3999

　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　*/s/ Ann C. Cordo*
　　　　　　　　　　　　　　　Derek C. Abbott (No. 3376)
　　　　　　　　　　　　　　　Eric D. Schwartz (No. 3134)
　　　　　　　　　　　　　　　Ann C. Cordo (No. 4817)
　　　　　　　　　　　　　　　Chad A. Fights (No. 5006)
　　　　　　　　　　　　　　　1201 North Market Street, 18th Floor
　　　　　　　　　　　　　　　Wilmington, DE  19899-1347

Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

5959719