**EXHIBIT A**

**Nortel Networks Inc, Bankruptcy Case No. 09-10138**

**Summary of Fees and Expenses for the Period**
**From February 1, 2012 through April 30, 2012, unless otherwise specified**

**Hearing: June 21, 2012 at 10:00 a.m. (Eastern Time)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.    Thirteenth Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official
Committee Of Unsecured Creditors For The Period February 1, 2012 Through April 30, 2012
(D.I. 7733, Filed 5/30/12).

    1.    Thirty-Seventh Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-
Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance
Of Compensation And For The Reimbursement Of Expenses For Services Rendered
During The Period From February 1, 2012 Through February 29, 2012 (D.I. 7512,
Filed 4/11/12);

    2.    Certification Of No Objection Regarding Thirty-Seventh Monthly Application Of
Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of
Unsecured Creditors, For Interim Allowance Of Compensation And For The
Reimbursement Of Expenses For Services Rendered During The Period From
February 1, 2012 Through February 29, 2012 (D.I. 7611, Filed 5/3/12);

    3.    Thirty-Eighth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-
Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance
Of Compensation And For The Reimbursement Of Expenses For Services Rendered
During The Period From March 1, 2012 Through March 31, 2012 (D.I. 7599, Filed
5/1/12);

    4.    Certification Of No Objection Regarding Thirty-Eighth Monthly Application Of Akin
Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of
Unsecured Creditors, For Interim Allowance Of Compensation And For The
Reimbursement Of Expenses For Services Rendered During The Period From March
1, 2012 Through March 31, 2012 (D.I. 7681, Filed 5/26/12);

    5.    Thirty-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-
Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance
Of Compensation And For The Reimbursement Of Expenses For Services Rendered
During The Period From April 1, 2012 Through April 30, 2012 (D.I. 7730, Filed
5/30/12).

Alvarez & Marsal Healthcare Industry Group, LLC

B.   Third Quarterly Fee Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period February 1, 2012 Through April 30, 2012 (D.I. 7698, Filed 5/24/12).

   1.   Fifth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period February 1, 2012 Through February 29, 2012 (D.I. 7695, Filed 5/24/12);

   2.   Certification Of No Objection Regarding The Fifth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period February 1, 2012 Through February 29, 2012 (D.I. 7855, Filed 6/15/12);

   3.   Sixth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period March 1, 2012 Through March 31, 2012 (D.I. 7696, Filed 5/24/12);

   4.   Certification Of No Objection Regarding The Sixth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period March 1, 2012 Through March 31, 2012 (D.I. 7856, Filed 6/15/12);

   5.   Seventh Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period April 1, 2012 Through April 30, 2012 (D.I. 7697, Filed 5/24/12); and

   6.   Certification Of No Objection Regarding The Seventh Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official

Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period April 1, 2012 Through April 30, 2012 (D.I. 7857, Filed 6/13/12).

Ashurst LLP

C.    Thirteenth Interim Fee Application Request Of Ashurst As European Counsel To The Official Committee Of Unsecured Creditors For The Period February 1, 2012 Through April 30, 2012 (D.I. 7278, Filed 2/27/12).

      1.    Thirty-Seventh Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2012 Through February 29, 2012 (D.I. 7456, Filed 3/27/12);

      2.    Certification Of No Objection Regarding Thirty-Seventh Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2012 Through February 29, 2012 (D.I. 7568, Filed 34/19/12);

      3.    Thirty-Eighth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2012 Through March 31, 2012 (D.I. 7582, Filed 4/24/12);

      4.    Certification Of No Objection Regarding Thirty-Eighth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2012 Through March 31, 2012 (D.I. 7655, Filed 5/17/12);

      5.    Thirty-Ninth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2012 Through April 30, 2012 (D.I. 7694, Filed 5/24/12); and

      6.    Certification Of No Objection Regarding Thirty-Ninth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2012 Through April 30, 2012 (D.I. 7868, Filed 6/18/12).

Benesch, Friedlander, Coplan & Aronoff, LLP

D.   Seventh Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From February 1, 2012 Through April 30, 2012 (D.I. 7640, Filed 5/24/12).

   1.   Seventeenth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From February 1, 2012 Through February 29, 2012 (D.I. 7438, Filed 3/23/12);

   2.   Certification Of No Objection Regarding Docket No. 7438 (D.I. 7535, Filed 4/16/12);

   3.   Eighteenth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From March 1, 2012 Through March 31, 2012 (D.I. 7538, Filed 4/17/12);

   4.   Certification Of No Objection Regarding Docket No. 7538 (D.I. 7636, Filed 5/14/12);

   5.   Nineteenth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From April 1, 2012 Through April 30, 2012 (D.I. 7684, Filed 5/24/12); and

   6.   Certification Of No Objection Regarding Docket No. 77684 (D.I. TBD, Filed 6/15/12).

Capstone Advisory Group, LLC

E.   Thirteenth Interim Fee Application Request Of Capstone As Financial Advisor For The Official Committee Of Unsecured Creditors for the Period February 1, 2012 Through April 30, 2012 (D.I. 7741, Filed 5/30/12).

   1.   Thirty-Seventh Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2012 Through February 29, 2012 (D.I. 7452, Filed 3/26/12);

   2.   Certification Of No Objection Regarding Thirty-Seventh Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2012 Through February 29, 2012 (D.I. 7563, Filed 4/18/12);

3.      Thirty-Eighth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2012 Through March 31, 2012 (D.I. 7600, Filed 5/1/12);

4.      Certification of No Objection Regarding Thirty-Eighth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2012 Through March 31, 2012 (D.I. 7682, Filed 5/24/12); and

5.      Thirty-Ninth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2012 Through April 30, 2012 (D.I. 7729, filed 5/30/12).

Chilmark Partners LLC

F.      Ninth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period February 1, 2012 Through April 30, 2012 (D.I. 7687, Filed 5/24/12 ).

1.      Twenty-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From February 1, 2012 Through February 29, 2012 (D.I. 7443, Filed 3/23/12);

2.      Certificate of No Objection Regarding Twenty-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From February 1, 2012 Through February 29, 2012 (D.I. 7536, Filed 4/16/12);

3.      Twenty-Fifth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From March 1, 2012 Through March 31, 2012 (D.I. 7657, Filed 5/18/12);

4.      Certificate of No Objection Regarding Twenty-Fifth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim

Reimbursement Of All Actual And Necessary Expenses During The Period From March 1, 2012 Through March 31, 2012 (D.I. 7820, Filed 7/11/12);

5.    Twenty-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period April 1, 2012 Through April 30, 2012 (D.I. 7658, Filed 5/18/12); and

6.    Certificate Of No Objection Regarding Twenty-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period April 1, 2012 Through April 30, 2012 (D.I. 7821, Filed 7/11/12).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

G.    Thirteenth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period February 1, 2012 Through April 30, 2012 (D.I. 7746, Filed 5/30/12).

1.    Thirty-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7465, Filed 3/28/12);

2.    Certificate Of No Objection Regarding Thirty-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7567, Filed 4/19/12);

3.    Thirty-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7606, Filed 5/2/12);

4.    Certificate Of No Objection Regarding Thirty-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7701, Filed 5/25/12);

5.     Fortieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7708, Filed 5/29/12); and

6.     Certificate Of No Objection Regarding Fortieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. TBD, Filed 6/20/12).

Crowell & Moring LLP

H.     Thirteenth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2012 Through April 30, 2012 (D.I. 7676, Filed 5/22/12).

1.     Thirty-Eighth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7673, Filed 5/22/12);

2.     Certificate Of No Objection Regarding Thirty-Eighth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7828, Filed 6/13/12);

3.     Thirty-Ninth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7674, Filed 5/22/12);

4.     Certificate Of No Objection Regarding Thirty-Ninth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7829, Filed 6/13/12);

5.     Fortieth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7375, Filed 5/22/12 ); and

6.     Certificate Of No Objection Regarding Fortieth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For

Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7830, Filed 6/13/12).

Elliott Greenleaf

I.      Third Quarterly Fee Application Of Elliott Greenleaf, Co-Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period February 1, 2012 Through April 30, 2012 (D.I. 7755, Filed 5/31/12).

      1.      Seventh Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period February 1, 2012 Through February 29, 2012 (D.I. 7437, Filed 3/22/12);

      2.      Certificate Of No Objection Regarding Seventh Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period February 1, 2012 Through February 29, 2012 (D.I. 7529, Filed 4/13/12);

      3.      Eighth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term, Disability Participants, For Compensation And Reimbursement Of Expenses For The Period March 1, 2012 Through March 31, 2012 (D.I. 7706, Filed 5/29/12);

      4.      Certification Of No Objection Regarding Eighth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term, Disability Participants, For Compensation And Reimbursement Of Expenses For The Period March 1, 2012 Through March 31, 2012 (D.I. TBD, Filed 6/20/12); and

      5.      Ninth Monthly Application of Elliott Greenleaf, Counsel To The Official Committee Of Long Term, Disability Participants, For Compensation And Reimbursement Of Expenses For The Period April 1, 2012 Through April 30, 2012 (D.I. 7753, Filed 5/31/12).

Ernst & Young LLP

J.      Thirteenth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of February 1, 2012 Through April 30, 2012 (D.I. 7719, Filed 5/29/12).

      1.      Sixteenth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The

Debtors And Debtors-In-Possession For Period Of February 1, 2012 Through April 30, 2012 (D.I. 7666, Filed 5/21/12); and

2.   Certificate Of No Objection Regarding Sixteenth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2012 Through April 30, 2012 (D.I. 7834, Filed 6/13/12).

Fraser Milner Casgrain LLP

K.   Thirteenth Interim Fee Application Request Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period February 1, 2012 Through April 30, 2012 (D.I. 7743, Filed 5/30/12).

1.   Thirty-Seventh Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2012 Through February 29, 2012 (D.I. 7609, Filed 5/3/12);

2.   Certification Of No Objection Regarding Thirty-Seventh Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2012 Through February 29, 2012 (D.I. 7715, Filed 5/29/12);

3.   Thirty-Eighth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2012 Through March 31, 2012 (D.I. 7648, Filed 5/15/12);

4.   Certification Of No Objection Regarding Thirty-Eighth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2012 Through March 31, 2012 (D.I. 7812, Filed 6/7/12); and

5.   Thirty-Ninth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2012 Through April 30, 2012 (D.I. 7728, Filed 5/30/12).

Huron Consulting Group

L.      Thirteenth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period February 1, 2012 Through April 30, 2012 (D.I. 7692, Filed 5/24/12).

    1.      Thirty-Seventh Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7406, Filed 3/20/12);

    2.      Certificate Of No Objection Regarding Thirty-Seventh Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7514, Filed 4/11/12);

    3.      Thirty-Eighth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7525, Filed 4/13/12);

    4.      Certificate Of No Objection Regarding Thirty-Eighth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7618, Filed 5/7/12);

    5.      Thirty-Ninth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7643, Filed 5/15/12); and

    6.      Certificate Of No Objection Regarding Thirty-Ninth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7801, Filed 6/6/12).

Jackson Lewis LLP

M.      Thirteenth Quarterly Fee Application Request Of Jackson Lewis LLP As Counsel To Debtors
        And Debtors-In-Possession, The Period February 1, 2012 Through April 30, 2012 (D.I. 7711,
        Filed 5/29/12).

        1.      Thirty-Sixth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And
                Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim
                Reimbursement Of All Actual And Necessary Expenses Incurred For The Period
                February 1, 2012 Through April 30, 2012 (D.I. 7710, Filed 5/29/12); and

        2.      Certificate Of No Objection Regarding Thirty-Sixth Interim Application Of Jackson
                Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of
                Interim Compensation And For Interim Reimbursement Of All Actual And Necessary
                Expenses Incurred For The Period February 1, 2012 Through April 30, 2012 (D.I.
                TBD, Filed 6/20/12).

Jeffries & Company, Inc

N.      Thirteenth Interim Application Of Jeffries As Investment Banker To The Official Committee
        Of Unsecured Creditors, For Compensation And Reimbursement Of Expenses For The
        Period February 1, 2012 Through April 30, 2012 (D.I. 7745, Filed 5/30/12).

        1.      Thirty-Seventh Monthly Fee Application Of Jefferies & Company, Inc., For
                Allowance Of Compensation For Services Rendered And For Reimbursement Of
                Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors,
                For The Period February 1, 2012 Through February 29, 2012 (D.I. 7731, Filed
                5/30/12);

        2.      Thirty-Eighth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance
                Of Compensation For Services Rendered And For Reimbursement Of Expenses As
                Financial Advisor To The Official Committee Of Unsecured Creditors, For The
                Period March 1, 2012 Through March 31, 2012 (D.I. 7732, Filed 5/3012); and

        3.      Thirty-Ninth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance
                Of Compensation For Services Rendered And For Reimbursement Of Expenses As
                Financial Advisor To The Official Committee Of Unsecured Creditors, For The
                Period April 1, 2012 Through April 30, 2012 (D.I. 7734, Filed 5/30/12).

John Ray

O.      Ninth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc.
        And Its Affiliates, For The Period February 1, 2012 Through April 30, 2012 (D.I. 7707, Filed
        5/29/12).

1.     Twenty-Sixth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7379, Filed 3/14/12);

2.     Certificate Of No Objection Regarding Twenty-Sixth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7495, Filed 4/15/12);

3.     Thirty-Seventh Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7506, Filed 4/9/12);

4.     Certificate Of No Objection Regarding Thirty-Seventh Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7605, Filed 5/2/12);

5.     Thirty-Eighth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7628, Filed 5/10/12); and

6.     Certificate Of No Objection Regarding Thirty-Eighth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7778, Filed 6/4/12).

Keightley & Ashner LLP

P.     Fourth Quarterly or Semiannual Fee Application Request of Keightley & Ashner LLP as Special Pension Benefit Counsel for Debtors and Debtors In-Possession, for the Period November 1, 2011 Through April 30, 2012 (D.I. 7713, Filed 5/29/12).

1.     Fifth Interim Application of Keightley & Ashner LLP, as Special Pension Benefits Counsel for Debtors and Debtors-In-Possession, for Allowance of Interim Compensation for the Period November 1, 2011 Through April 30, 2012 (D.I. 7712, filed 5/29/12).

Linklaters LLP

Q.     Ninth Quarterly Fee Application Of Linklaters LLP, As U.K. Counsel For  Debtors And Debtors-In-Possession, For The Period February 1, 2012 Through April 30, 2012 (D.I. 7751, Filed 5/31/12).

      1.     Tenth Monthly Application Of Linklaters LLP, As. U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through April 30, 2012 (D.I. 7750, Filed 5/31/12).

McCarter & English LLP

R.     Third Quarterly  Fee Application of McCarter & English, LLP for Compensation for Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period February 1, 2012 Through April 30, 2012 (D.I. 7677, Filed 5/23/12).

      1.     Sixth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period February 1, 2012 Through February 29, 2012 (D.I. 7366, Filed 3/12/12);

      2.     Certificate Of No Objection Regarding Sixth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period February 1, 2012 Through February 29, 2012 (D.I. 7487, Filed 4/4/12);

      3.     Seventh Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period March 1, 2012 Through March 31, 2012 (D.I. 7569, Filed 4/20/12);

      4.     Certificate Of No Objection Regarding Seventh Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period March 1, 2012 Through March 31, 2012 (D.I. 7651, Filed 5/16/12);

      5.     Eighth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period April 1, 2012 Through April 30, 2012 (D.I. 7656, Filed 5/18/12); and

      6.     Certificate Of No Objection Regarding Eighth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period April 1, 2012 Through April 30, 2012 (D.I. 7815, Filed 7/11/12).

Mercer (US) Inc.

S.      Thirteenth Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist To The Debtors, For The Period Of February 1, 2012 Through April 30, 2012 (D.I. 7723, Filed 5/29/12).

   1.      Thirteenth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of February 1, 2012 Through April 30, 2012 (D.I. 7722, Filed 5/29/12); and

   2.      Certificate Of No Objection Regarding Thirteenth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of February 1, 2012 Through April 30, 2012 (D.I. TBD, Filed 6/20/12).

Morris, Nichols, Arsht & Tunnell LLP

T.      Thirteenth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2012 Through April 30, 2012 (D.I. 7703, Filed 5/25/12).

   1.      Thirty-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7521, Filed 4/12/12);

   2.      Certificate of No Objection Regarding Thirty-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7615, Filed 5/4/12);

   3.      Thirty-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7588, Filed 4/25/12);

   4.      Certificate Of No Objection Regarding Thirty-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And

For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7654, Filed 5/17/12);

5.    Fortieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7663, Filed 5/21/12);  and

6.    Certificate Of No Objection Regarding Fortieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7835, Filed 6/13/12).

Punter Southall LLC

U.    Twelfth Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period February 1, 2012 Through April 30, 2012 (D.I. 7727, Filed 5/29/12).

1.    Fourteenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period  February 1, 2012 Through April 30, 2012 (D.I. 7726, Filed 5/29/12); and

2.    Certificate Of No Objection Regarding Fourteenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period  February 1, 2012 Through April 30, 2012 (D.I. TBD, Filed 6/20/12).

Richards, Layton & Finger, PA

V.    Thirteenth Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2012 Through April 30, 2012 (D.I. 7744, Filed 5/30/12).

1.    Thirty-Seventh Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2012 Through February 29, 2012 (D.I. 7422, Filed 3/21/12);

2.    Certification Of No Objection Regarding Thirty-Seventh Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official

Committee Of Unsecured Creditors For The Period From February 1, 2012 Through February 29, 2012 (D.I. 7523, Filed 4/12/12);

3.     Thirty-Eighth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2012 Through March 31, 2012 (D.I. 7581, Filed 4/24/12);

4.     Certification Of No Objection Regarding Thirty-Eighth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2012 Through March 31, 2012 (D.I. 7652, Filed 5/16/12);

5.     Thirty-Ninth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2012 Through April 30, 2012 (D.I. 7659, Filed 5/18/12); and

6.     Certification Of No Objection Regarding Thirty-Ninth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2012 Through April 30, 2012 (D.I. 7822, Filed 6/11/12).

RLKS Executive Solutions, LLC

W.     Eighth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period February 1, 2012 Through April 30, 2012 (D.I. 7725, Filed 5/29/12).

1.     Twentieth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7669, Filed 5/22/12);

2.     Certificate Of No Objection Regarding Twentieth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7832, Filed 6/13/12);

3.     Twenty-First Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim

Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7670, Filed 5/22/12);

4.   Certificate Of No Objection Regarding Twenty-First Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7833, Filed 6/13/12); and

5.   Twenty-Second Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7724, Filed 5/29/12); and

6.   Certificate Of No Objection Regarding Twenty-Second Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7831, Filed 6/13/12).

Togut, Segal & Segal LLP

X.   Second Quarterly Fee Application Of Togut, Segal & Segal LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retired Employees For The Period November 1, 2011 Through January 31, 2012 (D.I. 7678, Filed 5/23/12).

1.   Third Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7138, Filed 1/27/12);

2.   Certificate Of No Objection Regarding the Third Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7265, Filed 2/24/12);

3.   Fourth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7224, Filed 2/16/12);

4.      Certificate Of No Objection Regarding the Fourth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7367, Filed 3/12/12);

5.      Fifth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7532, Filed 4/16/12); and

6.      Certificate Of No Objection Regarding the Fifth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7642, Filed 5/15/12).

Torys LLP

Y.      Sixth Quarterly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through April 30, 2012 (D.I. 7691, Filed 5/24/12).

1.      Eleventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7449, Filed 3/26/12);

2.      Certificate Of No Objection Regarding Eleventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012  (D.I. 7564, Filed 4/18/12);

3.      Twelfth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7597, Filed 4/30/12);

4.      Amended Certificate Of No Objection Regarding Ninth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7749, Filed 5/31/12);

5.      Thirteenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7671, Filed 5/22/12); and

6.      Certificate Of No Objection Regarding Thirteenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7831, Filed 6/13/12).