**CERTIFICATE OF SERVICE**

    I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on June 21, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on June 19, 2012, in the manner indicated upon the parties identified below and on the attached service list.

Dated: June 19, 2012

                  */s/ Ann C. Cordo*
                  Ann C. Cordo (No. 4817)

**Via Fax**

Duane Morris LLP
Richard Riley
222 Delaware Ave.
Wilmington, DE 19801
Fax: 302-657-4901
(Counsel for GENBAND)

**Via Overnight Mail**

ASM Capital
ATTN: ADAM MOSKOWITZ
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Kelly Services
Rhonda Holaway
999 W Big Beaver
Troy, Michigan 48084

Coface North America Insurance Co.
Attn: Managing Partner
50 Millstone Rd.., BLDG. 100, STE 360
East Windsor, NJ 08520

Monarch Master Funding LTD
Attn: Managing Partner
535 Madison Ave.
New York, NY 10022

Guangdong Nortel Telecommunications Equipment Company Ltd.
Attn: May Cai, In House Counsel
Rongli Industrial Park
Liuheng Road
Ronggui, Shunde District
Foshan City, Guangdong 528306
China

3790723.19