IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS, INC., *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Re: Docket No. 7731 |

**CERTIFICATE OF NO OBJECTION REGARDING THIRTY-SEVENTH MONTHLY FEE APPLICATION OF JEFFERIES & COMPANY, INC., FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD OF FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

Undersigned counsel hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Thirty-Seventh Monthly Fee Application of Jefferies & Company, Inc., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period of February 1, 2012 Through February 29, 2012* (the "Application") filed on May 30, 2012, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer or objection to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 19, 2012 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon Websystems, Inc., Alteon Websystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, Coretek, Inc., Nortel Networks Applications Management Solutions, Inc., Nortel Networks Optical Components, Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions, Inc.

2

Dated: June 19, 2012　　　　　　　　　　CROSS & SIMON, LLC
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Christopher P. Simon (No. 3697)
　　　　　　　　　　　　　　　　　　　Kevin S. Mann (No. 4576)
　　　　　　　　　　　　　　　　　　　913 N. Market Street, 11th Floor
　　　　　　　　　　　　　　　　　　　P.O. Box 1380
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1380
　　　　　　　　　　　　　　　　　　　(302) 777-4200
　　　　　　　　　　　　　　　　　　　(302) 777-4224 (Facsimile)
　　　　　　　　　　　　　　　　　　　kmann@crosslaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Jefferies &*
　　　　　　　　　　　　　　　　　　　*Company, Inc.*