Case 09-10138-MFW    Doc 7887    Filed 06/21/12    Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 21, 2012 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## *Matters:*

1) OMNIBUS HEARING
   R / M #:   7,869 / 0

2) **ADV: 1-11-50203**
   **Nortel Networks (CALA) Inc. vs Thomas & Betts Manufacturing, Inc.**
   Settlement Motion
   R / M #:   0 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - These matters have been adjourned to 7/11/12 and 8/22/12
#2 - Adjourned to 7/11/12
#3 - CNO Filed and Order Signed
#4 - ORDER SIGNED
#5 - Motion Denied
#6 - FEE APPLICATIONS - ORDER SIGNED

Page 1 of 1                                                                                                                              6/21/2012    11:11:11AM