# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 - KG
**COURTROOM LOCATION:** 3
**DATE:** 6/21/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Maris J. Kandestin | Young Conaway Stargatt & Taylor | UK Joint Admin/Bratr |
| Richard Riley | Duane Morris | GENBAND |
| Ann Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Emily Bussigel | Cleary Gottlieb Steen & Hamilton | " |
| David Herrington | " | " |
| William Taylor | McCarter | Retirees |
| Brad Kahn | Akin Gump | Comm. tttee |
| Chris Samis | Richards Layton | EI |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 06/21/2012
Calendar Time: 10:00 AM ET

2nd Revision 06/21/2012 06:51 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Neil Berger | | Togut, Segal & Segal LLP | Creditor, Official Committee to the Retiree's / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld | Creditor, Official Committee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | James Bromley | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Devon J. Eggert | | Freeborn & Peters LLP | Consultant, Mercer US, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Nicholas Fung | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | William F. Gray | | Torys, LLP | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Fred S. Hodara | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Lisa Kraidin | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Joanne Lee | | Foley & Lardner, LLP | Financial Advisor, Ernst & Young LLP / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Daniel A. Lowenthal | | Patterson, Belknap, Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Brian Moore | | Togut, Segal & Segal LLP | Creditor, Official Committee of Retirees / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Dennis Ruggere | | UBS Securities LLC | Creditor, UBS / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Lisa M. Schweitzer | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Hondo Sen | | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Rebecca Song | | CITI | Representing, CITI / LISTEN ONLY |

Peggy Drasal    CourtConfCal2009    Page 1 of 3

| | | | | |
|---|---|---|---|---|
| Nortel Networks Inc., 09-10138 et al | Hearing | Robert J. Tennenbaum | Jefferies & Company | Financial Advisor, Jefferies & Company / LIVE |
| Nortel Networks Inc., 09-10138 et al | Hearing | Jack Tracy | Willkie Farr & Gallagher LLP | Creditor, UK Pension Trust Limited / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | Andrew Ungberg | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | Michael J. Wunder | Fraser Milner & Casgrain | Interested Party, Fraser Milner & Casgrain / LIVE |
| Nortel Networks Inc., 09-10138 et al | Hearing | Matthew A Zloto | Aurelius Capital Management, LP | Creditor, Aurelius Capital Management / LISTEN ONLY |