# EXHIBIT "B"

**Togut, Segal & Segal LLP**
**Summary Report**

Nortel Networks Section 1114
4/1/2012...4/30/2012

*6/21/2012*
*11:51:38 AM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---:|---:|
| Meals | | 0.0 | 50.59 |
| Online Research | | 0.0 | 59.89 |
| Photocopies | | 0.0 | 168.10 |
| Postage | | 0.0 | 3.50 |
| Telephone | | 0.0 | 296.29 |
| Travel-ground | | 0.0 | 1,278.05 |
| | **Grand Total:** | **0.0** | **1,856.42** |

1

# Togut, Segal & Segal LLP
## Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter: General** | | | |
| 4/1/12 | atogut / Telephone<br>General | E | 0.0<br>4.25 | 4.25<br>Billable |
| #550212 | TS&S monthly telephone for April 2012. | | | |
| 4/1/12 | nberger / Telephone<br>General | E | 0.0<br>38.92 | 38.92<br>Billable |
| #550483 | Conference call held on 3/14/12. | | | |
| 4/1/12 | nberger / Telephone<br>General | E | 0.0<br>85.26 | 85.26<br>Billable |
| #550484 | Conference call held on 3/21/12. | | | |
| 4/1/12 | nberger / Telephone<br>General | E | 0.0<br>91.56 | 91.56<br>Billable |
| #550485 | Conference call held on 3/28/12. | | | |
| 4/1/12 | atogut / Postage<br>General | E | 0.0<br>3.50 | 3.50<br>Billable |
| #552696 | TS&S monthly postage for April 2012. | | | |
| 4/1/12 | atogut / Online Research<br>General | E | 0.0<br>59.89 | 59.89<br>Billable |
| #557551 | TS&S monthly online research for April 2012. | | | |
| 4/3/12 | atogut / Meals<br>General | E | 0.0<br>21.00 | 21.00<br>Billable |
| #546603 | Dinner on 4/3/12 -- worked late on Nortel matters. | | | |
| 4/3/12 | bmoore / Meals<br>General | E | 0.0<br>9.34 | 9.34<br>Billable |
| #553890 | Dinner on 4/3/12 -- worked late re retiree benefits response. | | | |

Case 09-10138-MFW  Doc 7893-3  Filed 06/22/12  Page 4 of 6

Nortel Networks Section 1114
4/1/2012...4/30/2012

Togut, Segal & Segal LLP
Client Billing Report

6/21/2012
11:52:02 AM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 4/5/12 | dperson / Travel-ground<br>General | E | 0.0<br>74.84 | 74.84<br>Billable |
| #551072 | Car service from office to home at 9:30pm -- worked late re Retiree Benefits issues. | | | |
| 4/10/12 | sskelly / Travel-ground<br>General | E | 0.0<br>99.96 | 99.96<br>Billable |
| #549635 | Car service from office to home on 4/10/12 after 9pm -- worked late re retiree benefits. | | | |
| 4/10/12 | nberger / Telephone<br>General | E | 0.0<br>31.64 | 31.64<br>Billable |
| #550486 | Conference call held on 4/10/12. | | | |
| 4/11/12 | nberger / Telephone<br>General | E | 0.0<br>44.66 | 44.66<br>Billable |
| #550487 | Two conference calls held on 4/11/12. | | | |
| 4/17/12 | nberger / Travel-ground<br>General | E | 0.0<br>121.41 | 121.41<br>Billable |
| #550908 | Car service from office to home on 4/17/12 after 8pm -- worked late re Nortel matter. | | | |
| 4/18/12 | atogut / Travel-ground<br>General | E | 0.0<br>163.00 | 163.00<br>Billable |
| #550302 | Amtrak to mediation hearing. | | | |
| 4/18/12 | nberger / Travel-ground<br>General | E | 0.0<br>244.00 | 244.00<br>Billable |
| #550304 | Amtrak to/from mediation hearing. | | | |
| 4/19/12 | nberger / Travel-ground<br>General | E | 0.0<br>52.67 | 52.67<br>Billable |
| #552736 | Car service from office to home on 4/19/12 at 9:50pm -- worked late re Nortel matters (1/2 car rate billed to non-Nortel case). | | | |

**Togut, Segal & Segal LLP**
Client Billing Report

6/21/2012
11:52:02 AM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 4/19/12 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #552740 | Car service from office to home on 4/19/12 at 9:45pm -- worked late re retiree matters. | | | |
| 4/19/12 | bmoore / Travel-ground<br>General | E | 0.0<br>106.85 | 106.85<br>Billable |
| #552741 | Car service from office to home on 4/19/12 at 9:45pm -- worked late re mediation. | | | |
| 4/19/12 | rmilin / Travel-ground<br>General | E | 0.0<br>5.90 | 5.90<br>Billable |
| #553899 | Taxi from office to home on 4/19/12 at 9pm -- worked late re mediation issues. | | | |
| 4/19/12 | rmilin / Meals<br>General | E | 0.0<br>20.25 | 20.25<br>Billable |
| #553900 | Dinner on 4/19/12 -- worked late re mediation issues. | | | |
| 4/23/12 | rmilin / Travel-ground<br>General | E | 0.0<br>6.70 | 6.70<br>Billable |
| #553901 | Taxi from office to home on 4/23/12 at 9pm -- worked late re mediation issues. | | | |
| 4/24/12 | rmilin / Travel-ground<br>General | E | 0.0<br>6.30 | 6.30<br>Billable |
| #553902 | Taxi from office to home on 4/24/12 at 9pm -- worked late re ERISA issues and drafting and revising letter to R. Levin. | | | |
| 4/24/12 | nberger / Travel-ground<br>General | E | 0.0<br>54.89 | 54.89<br>Billable |
| #554949 | Car service from office to home on 4/24/12 after 8pm -- worked late re retiree benefits (1/2 car rate billed to non-Nortel client). | | | |

Case 09-10138-MFW   Doc 7893-3   Filed 06/22/12   Page 6 of 6

Nortel Networks Section 1114
4/1/2012...4/30/2012

Fogut, Segal & Segal LLP
Client Billing Report

6/21/2012
11:52:02 AM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 4/25/12 | nberger / Travel-ground<br>General | E | 0.0<br>115.31 | 115.31<br>Billable |
| #552742 | Car service from office to home on 4/25/12 at 9:50pm -- worked late re Nortel matters. | | | |
| 4/25/12 | rmilin / Travel-ground<br>General | E | 0.0<br>6.30 | 6.30<br>Billable |
| #553903 | Taxi from office to home on 4/25/12 after 8pm -- worked late re document review, retiree issues and conferences re settlement offer. | | | |
| 4/26/12 | rmilin / Travel-ground<br>General | E | 0.0<br>7.50 | 7.50<br>Billable |
| #553905 | Taxi from office to home on 4/26/12 at 11pm -- worked late drafting response to Levin and conferences re mediation strategy and next steps. | | | |
| 4/30/12 | atogut / Photocopies<br>General | E | 0.0<br>168.10 | 168.10<br>Billable |
| #552545 | TS&S monthly photocopies for April 2012. | | | |
| 4/30/12 | sskelly / Travel-ground<br>General | E | 0.0<br>108.38 | 108.38<br>Billable |
| #554942 | Car service from office to home on 4/30/12 after 8pm -- worked late re retiree benefits. | | | |

|  | Matter Total: | 0.00 | 1,856.42 |
|---|---|---|---|
|  | Total Time Bill: | | 205,953.00 |
|  | Total Time Non Bill: | | |
|  | Total Costs Bill: | | 1,856.42 |
|  | Total Costs Non Bill: | | |
|  | Total Non Billable: | | |
|  | Total Billable: | | 207,809.42 |
|  | Grand Total: | | 207,809.42 |