IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
NORTEL NETWORKS, INC., ET AL.,                                 :    Case No. 09-10138 (KG)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On June 22, 2012, I caused to be served the following document via First-Class Mail on those parties identified on **Exhibit A**:

- Notice of Eighth Monthly Application of Togut, Segal & Segal LLP, as Counsel to the Official Committee of Retired Employees, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, 2012 Through April 30, 2012 **[Docket No. 7893]**
- 

Dated: June 22, 2012

/s/ Karen M. Wagner
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California    )
                       ) ss
County of Los Angeles  )

Subscribed and sworn to (or affirmed) before me on this 22nd day of June 2012, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# Exhibit A

Exhibit A
First-Class Mail Service List

| Company | Name | Addr1 | Addr2 | Addr3 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Akin Gump | Fred S. Hodara Esq | One Bryant Park | | | New York | NY | 10036-0000 | Counsel for Official Committee of Unsecured Creditors |
| Cleary Gottlieb Steen & Hamilton | James L. Bromley | One Liberty Plaza | | | New York | NY | 10006-0000 | Counsel for the Debtors |
| Elliott Greenleaf | Rafael X. Zahralddin-Aravena | 1105 N. Market St Ste 1700 | PO Box 2327 | | Wilmington | DE | 19801-0000 | Counsel for LTD Committee |
| Morris Nichols Arsht & Tunnell LLP | Derek C. Abbott | Ann C Cordo | 1201 N Market St 18th Fl | PO Box 1347 | Wilmington | DE | 19899-1347 | Counsel for the Debtors |
| Nortel Networks Inc | Attn Accounts Payable | PO Box 13010 | | | Research Triangle Park | NC | 27709-0000 | Debtors |
| Office of the U.S. Trustee | Thomas P. Tinker. Esq | 844 King St | Ste 2207 Lockbox 35 | | Wilmington | DE | 19801-3519 | Office of the U.S. Trustee |
| Richards Layton & Finger | Mark D. Collins Esq | Christopher M Samis Esq | One Rodney Square | 920 N King St | Wilmington | DE | 19801-0000 | Counsel for Official Committee of Unsecured Creditors |

Nortel Networks, Inc.
Case No. 09-10138 (KG)