## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.,* [1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
| Nortel Networks Inc., *et. al.* v. Telecom Networks Solutions, Inc. | Adv. Pro. No. 10-55165 |
| Nortel Networks Inc. v. Maritz Canada Inc. | 10-53187 |
| Nortel Networks Inc. v. SBA Network Services, Inc. | 10-55187 |
| Nortel Networks Inc. v. SCI Brockville Corp. d/b/a BreconRidge Corporation | 11-50195 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE

        In accordance with the Court's Chambers' Procedures and the Scheduling Order dated February 9, 2011 entered with respect to the above-captioned adversary proceedings plaintiff Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

Dated:  June 25, 2012<br>
Wilmington, Delaware

                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                 James L. Bromley (admitted *pro hac vice*)<br>
                                 Lisa M. Schweitzer (admitted *pro hac vice*)<br>
                                 Neil P. Forrest (admitted *pro hac vice*)<br>
                                 Nora K. Abularach (admitted *pro hac vice*)

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999


- and -


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Tamara K. Minott*
Donna L. Culver (No. 2983)
Chad Fights (No. 5006)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and*
*Debtors in Possession*

**STATUS B**

**SERVICE COMPLETE, ANSWERS DUE**

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53187 | Maritz Canada Inc. | Plaintiff filed an amended complaint on June 3, 2011. The Pretrial Conference is currently scheduled to take place on August 1, 2012. |

**STATUS E**

**RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED**

| Adversary No. | Defendant | Status |
|---|---|---|
| 11-50195 | SCI Brockville Corp. d/b/a BreconRidge Corporation | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) to approve the proposed settlement was filed on June 12, 2012 and a hearing on the motion is scheduled for July 11, 2012. |

**STATUS F**

**DISCOVERY UNDERWAY**

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55165 | Telecom Networks Solutions, Inc. | Certain Parties have reached an agreement in principle to settle this matter. Discovery will be proceeding with the other Parties in accordance with the Amended Scheduling Order dated October 21, 2011. |

**STATUS G**

**NOTICE OF SELECTION OF MEDIATOR FILED**

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55187 | SBA Network Services, Inc. | Stipulation Regarding Appointment of Mediator filed on July 5, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on July 6, 2011. Pursuant to the Amended Scheduling Order dated June 22, 2012, mediation to be completed by August 21, 2012. |