# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191
Page 2

Client #  732310

Matter # 165839

For services through May 31, 2012

relating to  Case Administration

| Date | Description | | | | |
|---|---|---|---|---|---|
| 05/02/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | | $61.50 |
| 05/02/12 | Participate in weekly Committee call | | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 375.00 | | $412.50 |
| 05/02/12 | Review email from B. Witters re: revised draft critical dates calendar (.1); Review same (.1) | | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | | $75.00 |
| 05/07/12 | Email to B. Witters re: updating FMC service information (.1); Email to B. Kahn re: updating FMC service information (.1) | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | | $75.00 |
| 05/08/12 | E-mail to Epiq re: service address update | | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | | $20.50 |
| 05/09/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (1.) | | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | | $61.50 |
| 05/09/12 | Participate in weekly Committee call (.8); Prepare for weekly Committee call (.3) | | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 375.00 | | $412.50 |
| 05/09/12 | Review email from B. Witters re: draft critical dates calendar (.1); Review same (.2) | | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | | $112.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191
Page 3

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 05/16/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 05/16/12 | Review email from B. Witters re: draft critical dates calendar (.1); Review same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 05/22/12 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.2) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 05/29/12 | Review and calendar upcoming critical dates | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 05/31/12 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 05/31/12 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.2) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |

|  | |
|---|---|
| Total Fees for Professional Services | $1,749.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,749.50** |
| BALANCE BROUGHT FORWARD | $2,819.40 |
| **TOTAL DUE FOR THIS MATTER** | **$4,568.90** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191

Page 4

Client #  732310

Matter # 165839

For services through May 31, 2012
relating to  Automatic Stay/Adequate Protection

| | | | | |
|---|---|---|---|---|
| 05/02/12 | Review Monitor's objection to DCP Plaintiff's motion for determination that recognition order does not stay proceedings against Compensation Committee (1.6); Review Debtors' limited response to DCP Plaintiff's motion for determination that recognition order does not stay proceedings against Compensation Committee (.7) | | | |
| Associate | Christopher M. Samis | 2.30 hrs. | 375.00 | $862.50 |

Total Fees for Professional Services       $862.50

TOTAL DUE FOR THIS INVOICE                 **$862.50**

**TOTAL DUE FOR THIS MATTER**              **$862.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191

Page 5

Client #  732310

Matter # 165839

For services through May 31, 2012
relating to  Claims Administration

| | | | | |
|---|---|---|---|---|
| 05/07/12 | Review motion to establish procedures to settle claims of employees terminated postpetition | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |
| 05/25/12 | Calls from vendor creditors inquiring on status of case (x4) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |

Total Fees for Professional Services                                    $600.00

TOTAL DUE FOR THIS INVOICE                                      **$600.00**
                                                                                            $1,692.30

**TOTAL DUE FOR THIS MATTER**                               **$2,292.30**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 21, 2012
Invoice 409191

Page 6

Client # 732310

Matter # 165839

---

For services through May 31, 2012
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 05/07/12 | Retrieve and review re: 5/9/12 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 5/9/12 agenda pleadings (.6); Prepare 5/9/12 hearing binders x3 (1.2) | | | |
| Paralegal | Barbara J. Witters | 2.00 hrs. | 205.00 | $410.00 |
| 05/07/12 | Review agenda for 5/9/12 hearing | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 05/07/12 | Review email from B. Witters re: 5/9/12 agenda (.1); Review same (.2) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 05/08/12 | Prepare for 5/9/12 hearing | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 375.00 | $225.00 |
| 05/09/12 | Prepare for 5/9/12 hearing (1.0); Attend 5/9/12 hearing (.7); Emails to B. Witters re: obtaining transcript from 5/9/12 hearing (.2) | | | |
| Associate | Christopher M. Samis | 1.90 hrs. | 375.00 | $712.50 |
| 05/10/12 | Circulate to distribution re: 5/9/12 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 05/10/12 | Review transcript from 5/9/12 hearing | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 375.00 | $225.00 |
| 05/10/12 | Review email from B. Witters re: transcript of 5/9/12 hearing (.1); Review transcript of 5/9/12 hearing (.4) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 05/11/12 | Circulate revised 5/9/12 hearing transcript to distribution (.1) | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191

Page 7

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 05/11/12 | Review email from B. Witters re: revised transcript of 5/9/12 transcript (.1); Review same (.3) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 375.00 | $150.00 |
| 05/22/12 | Retrieve re: 5/24/12 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 5/24/12 agenda pleadings (.1); Prepare 5/24/12 hearing binder (.3) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| 05/22/12 | Review email from B. Witters re: 5/24/12 hearing agenda (.1); Review same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 05/23/12 | Attention to e-mail re: telephonic appearance for the 5/24/12 hearing (.1); Telephone call to Courtcall re: B. Kahn, D. Botter and F. Hodara telephonic appearances for the 5/24/12 hearing (.3); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 05/23/12 | Prepare for 5/24/12 hearing | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |
| 05/25/12 | Organize three volumes of binders utilized by Court and counsel at the 5/9/12 hearing (.3); Organize one binder utilized by counsel at the 5/24/12 hearing (.1); Circulate 5/24/12 hearing transcript (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 05/25/12 | Review email from B. Witters re: transcript of 5/24/12 hearing (.1); Review same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |

Total Fees for Professional Services           $2,766.50

TOTAL DUE FOR THIS INVOICE                      **$2,766.50**

$4,500.20

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191

Page 8

Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                                      **$7,266.70**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191

Page 9

Client #  732310

Matter # 165839

For services through May 31, 2012

relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 05/01/12 | Review petition for writ certiorari by UK Pension Trustee | | | |
| Director | Mark D. Collins | 0.30 hrs. | 750.00 | $225.00 |
| 05/03/12 | Call to B. Kahn re: allocation mediation progress and next steps regarding same in U.S. Bankruptcy Court | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |
| 05/04/12 | Review petition for certiorari to Supreme Court in U.K. Pension litigation (1.9); Review mediator' preliminary comments to mediation and mediation website (.8) | | | |
| Associate | Christopher M. Samis | 2.70 hrs. | 375.00 | $1,012.50 |
| 05/09/12 | Email to B. Kahn re: Canadian mediation materials | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 05/10/12 | Review shared allocation mediation submissions of U.S. and Canadian parties | | | |
| Associate | Christopher M. Samis | 4.60 hrs. | 375.00 | $1,725.00 |
| 05/18/12 | Review Genband motion to conduct discovery and related documentation | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |
| 05/18/12 | Review Genband 2004 motion (.3); Review email from R. Riley re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 375.00 | $150.00 |
| 05/29/12 | Review notice of Canadian D&O insurance motion (.4); Review Thomas & Betts 9019 motion and related certification of counsel (.7) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 375.00 | $412.50 |

Total Fees for Professional Services                    $4,012.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191
Page 10

Client #  732310

Matter #  165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$4,012.50** |
| | $1,254.50 |
| **TOTAL DUE FOR THIS MATTER** | **$5,267.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191

Page 11

Client #  732310

Matter # 165839

For services through May 31, 2012

relating to  RLF Fee Applications

| 05/02/12 | E-mail to accounting re: RLF estimated fees and expense for the month of April (.1); E-mail to B. Kahn re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 05/09/12 | Review April RLF bill memo and meal charge | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 05/10/12 | Review April 2012 bill memos re: RLF monthly fee application (.4); Discussion with B. Witters re: comments to same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 05/16/12 | Prepare cno re: RLF March fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 05/16/12 | E-mail to BJW re: clearance to file CNO for March 2012 RL&F fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 05/16/12 | Review email from B. Witters re: filing certificate of no objection re: RLF monthly fee application (.1); Review email from C. Samis re: same (.1); Review and execute certificate of no objection re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 05/18/12 | Review and revise RLF April fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191

Page 12

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 05/18/12 | Review and revise draft RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1); Review and execute revised draft of same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.80 hrs. | 375.00 | $300.00 |
| 05/29/12 | Prepare RLF 13th interim fee application (.4); E-mail to accounting re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 05/30/12 | Prepare cos re: RLF 13th interim fee application (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 05/30/12 | Review and execute RLF interim fee application (.2); Review and execute certificate of service re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |

Total Fees for Professional Services      $1,344.50


TOTAL DUE FOR THIS INVOICE      **$1,344.50**

$1,355.60

**TOTAL DUE FOR THIS MATTER**      **$2,700.10**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191

Page 13

Client #  732310

Matter # 165839

For services through May 31, 2012
relating to  Fee Applications of Others

| 05/01/12 | Attention to e-mail re: Capstone March fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail re: Akin Gump March fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 2.00 hrs. | 205.00 | $410.00 |
| 05/01/12 | Review email from B. Kahn re: Capstone monthly fee application for filing (.1); Review same (.2); Review and execute notice re: same (.1); Review email from B. Kahn re: Akin Gump monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.90 hrs. | 375.00 | $337.50 |
| 05/02/12 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 05/03/12 | Prepare cno re: Akin Gump February fee application (.2); Finalize and file cno re: same (.2); Attention to e-mail re: Fraser Milner February fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of filing of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |
| 05/03/12 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1); Review email from M. Wunder re: filing of Fraser Milner monthly fee application (.1); Review email from B. Witters re: same (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.90 hrs. | 375.00 | $337.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 21, 2012
Invoice 409191

Page 14

Client # 732310

Matter # 165839

| Date | Description | | | |
|---|---|---|---|---|
| 05/11/12 | Call with B. Kahn and A. Cordo re: KCC billing inquiries (.3); Call from A. Cordo re: KCC billing inquiries (.2); Email to B. Kahn re: KCC billing inquiries (.1) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 375.00 | $225.00 |
| 05/14/12 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| 05/15/12 | Attention to e-mail re: Fraser Milner March fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 205.00 | $225.50 |
| 05/15/12 | Review email from M. Wunder re: Fraser Milner monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 05/17/12 | Prepare cno re: Ashurst March fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 05/17/12 | Review, revise and finalize CNO for 38th Ashurst fee application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 05/17/12 | Review email from B. Witters re: filing certificate of no objection re: Ashurst monthly fee application (.1); Review email from B. Kahn re: same (.1); Discussion with B. Witters re: drafting of same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 05/23/12 | Prepare cno re: Akin Gump March fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone March fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 205.00 | $164.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191

Page 15

Client #  732310

Matter # 165839

---

| 05/23/12 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump monthly fee application and Capstone monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute certificates of no objection (x2) re: same (.2) | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.40 hrs. | 375.00 | $150.00 |
| 05/23/12 | Email to B. Witters re: deadline to file interim fee applications (.1); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 05/24/12 | Attention to e-mail re: Ashurst April fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 05/24/12 | Emails to B. Kahn re: filing and service of April 2012 Ashurst fee application (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 05/24/12 | Review emails (x4) from B. Kahn re: Ashurst monthly fee application (.1); Call with C. Samis re: same (.1); Review monthly fee application re: same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 375.00 | $225.00 |
| 05/29/12 | Prepare cno re: Fraser Milner February fee application (.2); Finalize and file cno re: same (.2); Attention to e-mail re: Ashurst 13th interim fee application (.1); Retrieve re: same (.1); Prepare aos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 205.00 | $225.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191

Page 16

Client #  732310

Matter # 165839

---

| 05/29/12 | Review emails (x2) from M. Wunder re: Fraser Milner monthly fee application certificate of no objection (.1); Review email from B. Witters re: same (.1); Review and execute same (.1); Review email from B. Kahn re: Ashurst interim fee application (.1); Review same (.1); Review email from B. Witters re: same (.1); Review and execute certificate of service re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.70 hrs. | 375.00 | $262.50 |

| 05/30/12 | Attention to e-mail re: Akin Gump April fee application (.1); Retrieve and assemble re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Akin Gump 13th interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Capstone April fee application (.1); Retrieve and assemble re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Fraser Milner April fee application (.1); Retrieve and assemble re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); E-mail to M. Wunder re: confirmation of filing of same (.1); Attention to e-mail re: Capstone 13th interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Fraser Milner 13th interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); E-mail to M. Wunder re: confirmation of filing of same (.1) | | | |
| Paralegal | Barbara J. Witters | 4.40 hrs. | 205.00 | $902.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191

Page 17

Client #  732310

Matter # 165839

---

| 05/30/12 | Review email from B. Kahn re: Capstone monthly fee application (.1); Review email from B. Witters re: same (.1); Review application re: same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1); Review email from M. Wunder re: Fraser Milner monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Review email from B. Kahn re: Akin Gump monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Email to B. Kahn re: same (.1); Review Akin Gump interim fee application (.1); Review and execute certificate of service re: same (.1); Review email from B. Kahn re: Capstone interim fee application (.1); Review same (.1); Review and execute certificate of service re: same (.1); Review Capstone interim fee application (.1); Review and execute certificate of service re: same (.1); Review Fraser Milner interim fee application (.1); Review and execute certificate of service re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 2.50 hrs. | 375.00 | $937.50 |

|  | Total Fees for Professional Services | $5,706.00 |
| --- | --- | --- |
|  | TOTAL DUE FOR THIS INVOICE | **$5,706.00** |
|  |  | $3,150.10 |
|  | **TOTAL DUE FOR THIS MATTER** | **$8,856.10** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191
Page 18

Client #  732310

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 21.30 | 205.00 | 4,366.50 |
| Christopher M. Samis | 21.00 | 375.00 | 7,875.00 |
| Drew G. Sloan | 12.20 | 375.00 | 4,575.00 |
| Mark D. Collins | 0.30 | 750.00 | 225.00 |
| TOTAL | 54.80 | $310.98 | 17,041.50 |

**TOTAL DUE FOR THIS INVOICE**                                        **$17,755.55**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310