# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

June 21, 2012
Invoice 409191

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through May 31, 2012
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Court Reporter Services | $24.30 |
| Document Retrieval | $117.50 |
| Filing Fees/Court Costs | $30.00 |
| Long distance telephone charges | $34.75 |
| Messenger and delivery service | $61.60 |
| Photocopying/Printing | $391.90 |
| 2,238 @ $.10 pg. / 1,681 @ $.10 pg. | |
| Postage | $54.00 |
| Other Charges | $714.05 |
| **TOTAL DUE FOR THIS INVOICE** | **$714.05** |
| BALANCE BROUGHT FORWARD | $630.86 |
| **TOTAL DUE FOR THIS MATTER** | **$1,344.91** |

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

| | |
|---|---|
| Nortel Creditors Committee | June 21, 2012 |
| c/o Fred S. Hodara, Esq. | Invoice 409191 |
| Akin Gump Strauss Hauer Feld LLP | Page 19 |
| One Bryant Park | |
| New York NY  10036 | Client #  732310 |

<u>Client:</u>  Official Committee of the Board of Directors of Nortel Networks Inc
Matter:  Nortel - Representation of Creditors Committee
Case Administration
Automatic Stay/Adequate Protection
Claims Administration
Court Hearings
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 04/16/12 | PACER | | DOCRETRI |
| | Amount = | $4.00 | |
| 05/01/12 | Photocopies | | DUP |
| | Amount = | $60.50 | |
| 05/01/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 05/01/12 | Postage | | POST |
| | Amount = | $14.70 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $4.50 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2012
Invoice 409191
Page 20

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/01/12 | Printing | | DUP |
| | Amount = | $3.40 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $1.50 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $0.70 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/01/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/02/12 | PACER | | DOCRETRI |
| | Amount = | $11.50 | |
| 05/02/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 05/02/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 05/03/12 | Photocopies | | DUP |
| | Amount = | $23.50 | |
| 05/03/12 | 12128728121 Long Distance | | LD |
| | Amount = | $23.63 | |
| 05/03/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 05/03/12 | PACER | | DOCRETRI |
| | Amount = | $10.90 | |
| 05/03/12 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 05/03/12 | Postage | | POST |
| | Amount = | $7.50 | |
| 05/03/12 | Printing | | DUP |
| | Amount = | $0.10 | |

Nortel Creditors Committee                                                June 21, 2012
c/o Fred S. Hodara, Esq.                                                  Invoice 409191
Akin Gump Strauss Hauer Feld LLP                                          Page 21
One Bryant Park
New York NY  10036                                                        Client #  732310

| Date | Description | | |
|---|---|---|---|
| 05/03/12 | Printing | | DUP |
| | Amount = $4.10 | | |
| 05/03/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 05/03/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 05/03/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/03/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/03/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/03/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/07/12 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.80 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.60 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $13.40 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $1.00 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $3.20 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.80 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $16.60 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $16.60 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.60 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

June 21, 2012  
Invoice 409191  
Page 22  
Client #  732310  

| Date | Description | | |
|---|---|---|---|
| 05/07/12 | Printing | | DUP |
| | Amount = $0.60 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.60 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.60 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.80 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $5.40 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $5.40 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.60 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $7.40 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.80 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.80 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.60 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.40 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.40 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $6.70 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.40 | | |
| 05/07/12 | Printing | | DUP |
| | Amount = $0.30 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

June 21, 2012  
Invoice 409191  
Page 23  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 05/07/12 | Printing | | DUP |
| | Amount = | $8.30 | |
| 05/07/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 05/07/12 | Printing | | DUP |
| | Amount = | $0.40 | |
| 05/07/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 05/07/12 | Printing | | DUP |
| | Amount = | $2.70 | |
| 05/07/12 | Printing | | DUP |
| | Amount = | $0.50 | |
| 05/07/12 | Printing | | DUP |
| | Amount = | $1.60 | |
| 05/07/12 | Printing | | DUP |
| | Amount = | $0.40 | |
| 05/07/12 | Printing | | DUP |
| | Amount = | $3.70 | |
| 05/08/12 | 12128728121 Long Distance | | LD |
| | Amount = | $2.78 | |
| 05/08/12 | PACER | | DOCRETRI |
| | Amount = | $60.70 | |
| 05/08/12 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 05/08/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/09/12 | DIAZ DATA SERVICES: Transcript - 165839 | | CTRPT |
| | Amount = | $24.30 | |
| 05/09/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 05/09/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/11/12 | 12128728121 Long Distance | | LD |
| | Amount = | $8.34 | |
| 05/14/12 | Printing | | DUP |
| | Amount = | $0.80 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 21, 2012  
Invoice 409191  
Page 24  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/14/12 | Printing | | DUP |
| | Amount = $0.40 | | |
| 05/15/12 | Photocopies | | DUP |
| | Amount = $25.50 | | |
| 05/15/12 | Messenger and delivery | | MESS |
| | Amount = $12.00 | | |
| 05/15/12 | PACER | | DOCRETRI |
| | Amount = $0.40 | | |
| 05/15/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/15/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 05/15/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/15/12 | Printing | | DUP |
| | Amount = $4.50 | | |
| 05/15/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/16/12 | PACER | | DOCRETRI |
| | Amount = $4.80 | | |
| 05/16/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/16/12 | Printing | | DUP |
| | Amount = $1.00 | | |
| 05/16/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 05/16/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/16/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/17/12 | PACER | | DOCRETRI |
| | Amount = $24.20 | | |
| 05/17/12 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 05/17/12 | Printing | | DUP |
| | Amount = $0.30 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 21, 2012  
Invoice 409191  
Page 25  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/17/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/17/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/18/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 05/18/12 | Postage | | POST |
| | Amount = | $7.50 | |
| 05/18/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/18/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/18/12 | Printing | | DUP |
| | Amount = | $2.00 | |
| 05/18/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 05/18/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 05/22/12 | Photocopies | | DUP |
| | Amount = | $0.80 | |
| 05/22/12 | Printing | | DUP |
| | Amount = | $4.70 | |
| 05/22/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 05/22/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/22/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/22/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/22/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/22/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/23/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/23/12 | Printing | | DUP |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

June 21, 2012  
Invoice 409191  
Page 26  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 05/23/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/23/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 05/23/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/23/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/23/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/23/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 05/23/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/23/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/24/12 | Photocopies | | DUP |
| | Amount = | $18.00 | |
| 05/24/12 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |
| 05/24/12 | Postage | | POST |
| | Amount = | $6.30 | |
| 05/24/12 | Printing | | DUP |
| | Amount = | $3.00 | |
| 05/24/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 05/24/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 05/24/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/24/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 05/29/12 | Photocopies | | DUP |
| | Amount = | $1.50 | |
| 05/29/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 05/29/12 | Postage | | POST |
| | Amount = | $3.30 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 21, 2012  
Invoice 409191  
Page 27  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/29/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 05/29/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/29/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/29/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/29/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/29/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 05/29/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/29/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/29/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/29/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/29/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/29/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/29/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/30/12 | Photocopies | | DUP |
| | Amount = $94.00 | | |
| 05/30/12 | Messenger and delivery | | MESS |
| | Amount = $12.00 | | |
| 05/30/12 | Postage | | POST |
| | Amount = $14.70 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.10 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 21, 2012  
Invoice 409191  
Page 28  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/30/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $4.60 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $4.00 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.40 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.40 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.70 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $1.30 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.20 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 21, 2012  
Invoice 409191  
Page 29  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/30/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $3.50 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.40 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.20 | | |
| 05/30/12 | Printing | | DUP |
| | Amount = $0.30 | | |
| 05/31/12 | COURTCALL LLC: CCDA-05-1619 5/24-6/8 | | FLFEE |
| | Amount = $30.00 | | |
| 05/31/12 | Printing | | DUP |
| | Amount = $1.60 | | |
| 05/31/12 | Printing | | DUP |
| | Amount = $0.20 | | |

TOTALS FOR  732310        Official Committee of the Board of Directors of Nortel Networks Inc

Expenses    $714.05