Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim (S)**

VAT Invoice Date: **25 June 2012**   Our Ref: **GDB/CCN01.00001**   Invoice No.: **330966**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 10,471.50 |
| For the period to 31 May 2012. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 46.20 |
| **Disbursements:** (NT) | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 41.94 |
| | 0.00 | | 10,559.64 |
| | | VAT | 0.00 |
| | | Total | 10,559.64 |
| | | **Balance Due** | **10,559.64** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 330966 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN
PAPUA NEW GUINEA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.



## The Official Unsecured Creditors Committee for Nortel Networks Inc
### Re: BANKRUPTCY
### GDB/GDB/CCN01.00001
### For the period: to 31/05/2012

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.50 | 345.00 | (C0007) |
|  |  | 0.20 | 138.00 | (C0012) |
|  |  | 0.20 | 138.00 | (C0019) |
|  |  | 0.60 | 414.00 | (C0031 |
|  |  | **1.50** | **1,035.00** |  |
| Partner: | Steven Hull | 0.40 | 264.00 | (C0019) |
|  |  | **0.40** | **264.00** |  |
| Partner: | Marcus Fink | 3.10 | 1,953.00 | (C0019) |
|  |  | **3.10** | **1,953.00** |  |
| Partner: | Angela Pearson | 0.70 | 462.00 | (C0012) |
|  |  | 1.50 | 990.00 | (C0031) |
|  |  | **2.20** | **1,452.00** |  |
| Associate | Antonia Croke | 1.60 | 680.00 | (C0007) |
|  |  | 0.60 | 255.00 | (C0012) |
|  |  | 0.10 | 42.50 | (C0019) |
|  |  | 2.40 | 1,020.00 | (C0031) |
|  |  | **4.70** | **1,997.50** |  |
| Junior Associate | Lindsey Roberts | 5.70 | 1,653.00 | (C0003) |
|  |  | 2.00 | 580.00 | (C0007) |
|  |  | 0.20 | 58.00 | (C0012) |
|  |  | 0.90 | 261.00 | (C0019) |
|  |  | 4.20 | 1,218.00 | (C0031) |
|  |  | **13.00** | **3,770.00** |  |
|  | **Total** | **24.90** | **10,471.50** |  |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/05/2012

## Matter: CCN01.00001 - BANKRUPTCY

### C0003    Ashurst Fee Application/Monthly Billing Reports

| | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|
| **Junior Associate** | | | | | |
| LROBER | Lindsey Roberts | | 5.70 | 290.00 | 1,653.00 |
| | | | | Total | 1,653.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2012 | Lindsey Roberts | LETT | Emails re fee/expenses estimates for April | 0.20 | 290.00 | 58.00 |
| 15/05/2012 | Lindsey Roberts | INTD | Email to S Gibson re: monthly fee application | 0.10 | 290.00 | 29.00 |
| 16/05/2012 | Lindsey Roberts | DRFT | Amends to draft invoice for monthly fee application | 0.80 | 290.00 | 232.00 |
| 17/05/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 1.60 | 290.00 | 464.00 |
| 18/05/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.80 | 290.00 | 232.00 |
| 21/05/2012 | Lindsey Roberts | DRFT | Interim fee application | 0.50 | 290.00 | 145.00 |
| 24/05/2012 | Lindsey Roberts | DRFT | Finalising monthly fee application and email to B Kahn re: the same | 1.10 | 290.00 | 319.00 |
| 28/05/2012 | Lindsey Roberts | DRFT | Finalising interim fee application and email to B Kahn re: the same | 0.60 | 290.00 | 174.00 |

1,653.00

Matter: CCN01.00001 - BANKRUPTCY

## C0007    Creditors Committee Meetings

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.50 | 690.00 | 345.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 1.60 | 425.00 | 680.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.00 | 290.00 | 580.00 |
| | | | Total | 1,605.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/05/2012 | Antonia Croke | ATTD | Attend UCC call | 1.00 | 425.00 | 425.00 |
| 09/05/2012 | Giles Boothman | ATTD | UCC call and read materials | 0.50 | 690.00 | 345.00 |
| 09/05/2012 | Lindsey Roberts | PHON | Weekly UCC call | 0.40 | 290.00 | 116.00 |
| 16/05/2012 | Antonia Croke | PHON | Attend UCC call re: Fourth settlement agreement | 0.60 | 425.00 | 255.00 |
| 16/05/2012 | Lindsey Roberts | ATTD | UCC call re: Fourth settlement agreement | 0.60 | 290.00 | 174.00 |
| 24/05/2012 | Lindsey Roberts | PHON | Weekly UCC call | 0.50 | 290.00 | 145.00 |
| 31/05/2012 | Lindsey Roberts | PHON | Weekly UCC call | 0.50 | 290.00 | 145.00 |
| | | | | | | 1,605.00 |

Matter: CCN01.00001 - BANKRUPTCY

### C0012      General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.70 | 660.00 | 462.00 |
| GDB | Giles Boothman | 0.20 | 690.00 | 138.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 0.60 | 425.00 | 255.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.20 | 290.00 | 58.00 |
| | | | Total | 913.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 02/05/2012 | Antonia Croke | READ | Consider emails re inter estate claims/tax | 0.10 | 425.00 | 42.50 |
| 02/05/2012 | Angela Pearson | READ | Review emails re inter estate claims/tax | 0.20 | 660.00 | 132.00 |
| 07/05/2012 | Giles Boothman | READ | Emails re inter estate claims | 0.20 | 690.00 | 138.00 |
| 08/05/2012 | Antonia Croke | READ | Consider emails re inter-estate claims; DPW and Profs call | 0.50 | 425.00 | 212.50 |
| 08/05/2012 | Lindsey Roberts | READ | Reading emails re tax/inter-state claims | 0.20 | 290.00 | 58.00 |
| 14/05/2012 | Angela Pearson | READ | Review emails re fourth estate settlement agreement | 0.50 | 660.00 | 330.00 |
| | | | | | | 913.00 |

Matter: CCN01.00001 - BANKRUPTCY

### C0019     Labor Issues/Employee Benefits

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.20 | 690.00 | 138.00 |
| MDF | Marcus Fink | 3.10 | 630.00 | 1,953.00 |
| SEH | Steven Hull | 0.40 | 660.00 | 264.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 0.10 | 425.00 | 42.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.90 | 290.00 | 261.00 |
| | | | Total | **2,658.50** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 16/05/2012 | Giles Boothman | LETT | Email to A Croke re UK pensions issues | 0.20 | 690.00 | 138.00 |
| 16/05/2012 | Lindsey Roberts | LETT | Emails about the US Third Circuit Pension decision and review of UK/US press | 0.40 | 290.00 | 116.00 |
| 23/05/2012 | Lindsey Roberts | INTD | Email to M Fink re: draft objection in pension proceedings | 0.20 | 290.00 | 58.00 |
| 23/05/2012 | Lindsey Roberts | INTD | Discussion with AMP re: pension objections | 0.30 | 290.00 | 87.00 |
| 24/05/2012 | Antonia Croke | LETT | Emails re: UK pensions objections | 0.10 | 425.00 | 42.50 |
| 25/05/2012 | Marcus Fink | MISC | Review draft debtor's objection to pension claim and provide comments | 3.10 | 630.00 | 1,953.00 |
| 25/05/2012 | Steven Hull | READ | Review Marcus Fink mark up of Objection/Motion for more definitive statement of UK Pension Trustee/PPF proofs of claim and email to Lindsey Roberts | 0.40 | 660.00 | 264.00 |

                                                                                        **2,658.50**

Matter: CCN01.00001 - BANKRUPTCY

| C0031 | European Proceedings/Matters | | | |
|---|---|---|---|---|
| | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Partner** | | | | | |
| AMP | Angela Pearson | | 1.50 | 660.00 | 990.00 |
| GDB | Giles Boothman | | 0.60 | 690.00 | 414.00 |
| **Associate** | | | | | |
| ACROKE | Antonia Croke | | 2.40 | 425.00 | 1,020.00 |
| **Junior Associate** | | | | | |
| LROBER | Lindsey Roberts | | 4.20 | 290.00 | 1,218.00 |
| | | | | Total | 3,642.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2012 | Antonia Croke | LETT | Emails re UCC call | 0.10 | 425.00 | 42.50 |
| 01/05/2012 | Giles Boothman | READ | Emails | 0.20 | 690.00 | 138.00 |
| 01/05/2012 | Lindsey Roberts | LETT | Nortel Professionals' Call | 1.50 | 290.00 | 435.00 |
| 02/05/2012 | Antonia Croke | READ | Consider papers for UCC call | 0.10 | 425.00 | 42.50 |
| 08/05/2012 | Lindsey Roberts | ATTD | Nortel professionals' call | 0.60 | 290.00 | 174.00 |
| 09/05/2012 | Antonia Croke | LETT | Emails re INSOL | 0.10 | 425.00 | 42.50 |
| 09/05/2012 | Antonia Croke | READ | Consider UCC agenda | 0.10 | 425.00 | 42.50 |
| 09/05/2012 | Angela Pearson | READ | Review emails and review of materials for UCC call | 1.00 | 660.00 | 660.00 |
| 09/05/2012 | Angela Pearson | LETT | Emails to G Boothman re INSOL | 0.20 | 660.00 | 132.00 |
| 09/05/2012 | Lindsey Roberts | LETT | Emails re INSOL conference | 0.30 | 290.00 | 87.00 |
| 15/05/2012 | Antonia Croke | LETT | Emails re: UCC call | 0.10 | 425.00 | 42.50 |
| 16/05/2012 | Antonia Croke | INTD | Discussion with LROBER re case management | 0.10 | 425.00 | 42.50 |
| 16/05/2012 | Antonia Croke | LETT | Emails re: UCC call | 0.50 | 425.00 | 212.50 |
| 16/05/2012 | Antonia Croke | READ | Review materials for UCC telephone conversation | 0.50 | 425.00 | 212.50 |
| 16/05/2012 | Lindsey Roberts | READ | Review of materials in advance of UCC call | 0.60 | 290.00 | 174.00 |
| 16/05/2012 | Lindsey Roberts | INTD | Discussion with ACROKE re: case management | 0.10 | 290.00 | 29.00 |
| 22/05/2012 | Antonia Croke | LETT | Emails re: calls and US draft objection | 0.30 | 425.00 | 127.50 |
| 23/05/2012 | Antonia Croke | LETT | Emails re: calls | 0.10 | 425.00 | 42.50 |
| 23/05/2012 | Giles Boothman | ATTD | Nortel Professionals' call | 0.40 | 690.00 | 276.00 |
| 23/05/2012 | Lindsey Roberts | PHON | Nortel professionals' call | 0.50 | 290.00 | 145.00 |
| 29/05/2012 | Antonia Croke | LETT | Emails re: UCC calls | 0.10 | 425.00 | 42.50 |
| 30/05/2012 | Antonia Croke | LETT | Emails re: UCC calls | 0.20 | 425.00 | 85.00 |
| 30/05/2012 | Antonia Croke | LETT | Emails re Nortel professionals call | 0.10 | 425.00 | 42.50 |
| 30/05/2012 | Angela Pearson | READ | Review emails re interim fee application | 0.30 | 660.00 | 198.00 |
| 30/05/2012 | Lindsey Roberts | PHON | Nortel Professionals' call | 0.60 | 290.00 | 174.00 |

3,642.00