Exhibit C

## DISBURSEMENT SUMMARY
## MAY 01, 2012 THROUGH MAY 31, 2012

| | |
|---|---:|
| Document Production | £46.20 |
| Travel – Ground Transportation | £29.57 |
| Meals | £12.37 |
| **TOTAL** | **£88.14** |