Exhibit D

## Disbursements Detailed Breakdown

**Document Production** 46.20

**Fares, Courier Charges and Incidental Expenses (Sundries)**

| | | |
|---|---|---|
| 11/05/2012 | PAYEE: Petty Cash; REQUEST#: 487549; DATE: 11/05/2012. - Dinner when working late | 12.37 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 14/05/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/102708; DATE: 14/05/2012 - TAXI - LROBER (EC2A to SW4) | 29.57 |

88.14