Exhibit E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
MAY 01, 2012 THROUGH MAY 31, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 11 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £690 | 1.50 | 1,035.00 |
| Steven Hull | Partner for 15 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, UK | £660 | 0.40 | 264.00 |
| Angela Pearson | Partner for 6 years; Admitted in 1991 in England and Wales; Litigation Group, London | £660 | 2.20 | 1,452.00 |
| Marcus Fink | Partner for 1 month; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £630 | 3.10 | 1,953.00 |
| Antonia Croke | Associate for 5 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £425 | 4.70 | 1,997.50 |
| Lindsey Roberts | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | 13.00 | 3,770.00 |
| TOTAL | | | 24.90 | 10,471.50 |

## COMPENSATION BY PROJECT CATEGORY
## MAY 01, 2012 THROUGH MAY 31, 2012

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 5.70 | 1,653.00 |
| Creditors Committee Meetings | 4.10 | 1,605.00 |
| General Claims Analysis | 1.70 | 913.00 |
| Labor Issues / Employee Benefits | 4.70 | 2,658.50 |
| European Proceedings / Matters | 8.70 | 3,642.00 |
| TOTAL | 24.90 | 10,471.50 |