IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT   )
                                              ) ss.:
COUNTY OF HARTFORD   )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as an Associate Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On June 26, 2012, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

   a) the sellers of the claims as listed on the annexed <u>Exhibit B</u>,
   b) the buyers of the claims as listed on the annexed <u>Exhibit C</u>,
   c) counsel to the Debtors as listed on <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Brian Hunt
Brian Hunt

Sworn to before me this
26th day of June, 2012

/s/ Tim Conklin
Tim Conklin
Notary Public, State of Connecticut

TIMOTHY C. CONKLIN
NOTARY PUBLIC
State of Connecticut
My Commission Expires
May 31, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     **Susan Brooks**
        **31 Winslow Ave., #2**
        **Somerville, MA  02144**

Your claim, in the amount of **$11,489.73** has been transferred, unless previously expunged by Court Order, to:

**Liquidity Solutions, Inc.**
**One University Plaza, Suite 312**
**Hackensack, NJ  07601**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number #7825 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By     /s/ Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 26, 2012

**EXHIBIT B**

SUSAN BROOKS, 31 WINSLOW AVE., #2, SOMERVILLE, MA 02144

WALTER J. BROWN, 3600 IRONSTONE DR., PLANO, TX 75074

JACQUELINE RENUART, 1621 MEADSTON DR., DURHAM, NC 27712

CHANDRA WILDEE, 4821 BASILDON CT., APEX, NC 27539

BENNYFER BRIDGEWATER, 18625 MIDWAY ROAD, #1416A, DALLAS, TX 75287

ASIA FAZAL, 84 S FARVIEW AVE., PARAMUS, NJ 07562

RUSSELL FABER, 7-26 RICHARD STREET, FAIR LAWN, NJ 07410

FADI EDWIN, 6220 BENTWOOD TRAIL #110, DALLAS, TX 75252

ROBERT R. HALL, 3101 COLBY CHASE DRIVE, APEX, NC 27539

ROBERT WALTERS, 267 NORTH TITMUS DRIVE, MASTIC, NY 11950

ESSAM EL-BEIK, 6061 VILLAGE BEND DR., APT. 1516, DALLAS, TX 75206

JOANNE H. PHILLIPS, 1648 LAKESTONE VILLAGE LANE, FUQUAY VARINA, NC 27526

SHERRY-ANN FORTUNE, 2444 DEANWOOD DR., RALEIGH, NC 27615

TIMOTHY P SULLIVAN, 170 RED HILL RD., MIDDLETOWN, NJ 07748

UNITED STATES DEBT RECOVERY VIII LP, ATTN: NATHAN JONES
940 SOUTHWOOD BLVD., SUITE 101, INCLINE VILLAGE, NV 89451

UNITED STATES DEBT RECOVERY III LP, ATTN: NATHAN JONES
940 SOUTHWOOD BLVD., SUITE 101, INCLINE VILLAGE, NV 89451

UNITED STATES DEBT RECOVERY V LP, ATTN: NATHAN JONES
940 SOUTHWOOD BLVD., SUITE 101, INCLINE VILLAGE, NV 89451

TIM WHEN, 2116 COBBLESTONE STREET, SPRINGDALE, AR 72762

CHARLES RITZ, 9501 HANGING ROCK RD., RALEIGH, NC 27613

LISA FITZGERALD, C/O SOREN E. GISLESON, ESQ., HERMAN, HERMAN, KATZ & COTLAR, 820 O'KEEFE AVENUE, NEW ORLEANS, LA 70130

# EXHIBIT C

LIQUIDITY SOLUTIONS, INC., ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ  07601

ASM CAPITAL, L.P., 7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY  11797

ASM SIP, L.P., C/O ASM CAPITAL, 7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY  11797

ASM CAPITAL IV, L.P., C/O ASM CAPITAL, 7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY  11797

WB CLAIMS HOLDING – NORTEL, LLC, C/O WHITEBOX ADVISORS, LLC
ATTN: DALE WILLENBRING, 3033 EXCELSIOR BLVD., SUITE 300
MINNEAPOLIS, MN  55416

HAIN CAPITAL HOLDINGS, LTD, ATTN: RACHEL YAMNIK, 301 ROUTE 17, 7TH
FLOOR, RUTHERFORD, NJ  07070

UNITED STATES DEBT RECOVERY XI, LP, 940 SOUTHWOOD BLVD., SUITE 101
INCLINE VILLAGE, NV  89451

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA, NEW YORK, NY  10006