IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
                                                             :
In re                                                        :
                                                             : Chapter 11
Nortel Networks Inc., *et al..*,                             : Case No. 09-10138 (KG)
                                                             : (Jointly Administered)
            Debtors.                                         :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ X
                                                             :
Nortel Networks Inc.,                                        :
            Plaintiff,                                       :
                                                             : Adv. Proc. No. _____
                                                             :
v.                                                           :
                                                             :
Mera NN,                                                     :
                                                             :
            Defendant.                                       :
------------------------------------------------------------ X

### NOTICE OF APPEARANCE, AND DEMAND FOR SERVICE OF NOTICES OF PLEADINGS

PLEASE TAKE NOTICE that Roman Gambourg, Esq. of Gambourg & Borsen LLP and Vivian A. Houghton, Esq. of Law Office of Vivian A. Houghton, hereby enter their appearance as counsel to MERA NN ("MNN"), a creditor and party-in-interest in above-captioned Chapter 11 cases (collectively, the "Cases"), and pursuant to Section 342 and 1109(b) of Title 11 of the United States Code, as amended (the Bankruptcy Code") and Rule 9010 of the Federal Rules Bankruptcy Rules 2002, 3017, and 9007) given, and all papers served or required to be served, in the Cases, or in any case, controversy, or proceeding related to the Cases, be given to and served upon me at the address, telephone, facsimile number and e-mail indicated above.

1

PLEASE TAKE FURTHER NOTICE that pursuant to 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices referred to in the Bankruptcy Code or Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any applications, motions, orders, complaints, demands, hearings, requests, or petitions, answering or reply papers, memoranda and brief in support of any of the foregoing, any disclosure statement or plan of reorganization, pursuant to Bankruptcy Rule 3017, and any other document brought before this Court with respect to the Cases, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that MNN does not intend that this Notice of Appearance, and Demand for Service of Notice and Pleadings, or any later appearance or pleadings, be deemed or Construed to be a waiver of MNN's rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in the Cases, or any case, controversy, or proceedings, related to the Cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to require that notice be served upon any other person, firm, or governmental agency; and (v) to any other rights, claims, actions setoffs, recoupments, or defenses to which SEAL is may be entitled.

PLEAE TAKE FURTHER NOTICE that this Notice of Appearance, and Demand for Service of Notice and Pleadings shall not be construed as an appointment of Roman Gambourg, Esq. or his firm as the authorized agent of MNN either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure of Rule 4 of the Federal Rules of Civil Procedure.

Dated: May 22, 2012

_____
Roman Gambourg, Esq.
Counsel to Mera NN
The Bridge Plaza Building
2185 Lemoine Avenue, Suite B4
Fort Lee, NJ 07024
(201) 242-0220

Dated: 6-3-12

_____
Vivian A. Houghton, Esq.
Local Counsel to Mera NN
800 West Street
Wilmington, DE 19801
(302) 658-0518

Dated: May 22, 2012

_____
Mera NN