# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| Nortel Networks Inc., et al., § | Case No. 09-10138 (KG) |
| § | (Jointly Administered) |
| Debtors § | |

## WITHDRAWAL OF NOTICE OF APPEARANCE

COMES NOW, Vivian A. Houghton, Counsel for Mera Networks, moves this Honorable Court to permit them to Withdraw the Notice of Appearance that was filed on June 26, 2012 docket number 7908.

Wherefore, Counsel respectfully requests that the Court Withdraw the Notice of Appearance.

Date: June 26, 2012

/s/ Vivian A. Houghton
Vivian A. Houghton, Esquire
800 North West Street, 2nd Floor
Wilmington, DE 19801
(302) 658-0518
Attorney for Mera Networks