# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| Nortel Networks Inc., et al., § | Case No. 09-10138 (KG) |
| § | (Jointly Administered) |
| Debtors § | |

## CERTIFICATE OF SERVICE

I, Vivian A. Houghton, Esquire, do hereby certify that on June 26, 2012 that one (1) copy of the Withdraw Notice of Appearance was served by:

CM/ECF:

Morris, Nichols, Arsht & Tunnell

    /s/ Vivian A. Houghton
Vivian A. Houghton, Esquire
800 North West Street, 2nd Floor
Wilmington, DE 19801
(302) 658-0518
Attorney for Debtor