## CERTIFICATE OF SERVICE

I, Justin R. Alberto, hereby certify that on June 27, 2012, I caused a copy of the foregoing **Response of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund to Debtors' Objection to Proofs of Claim and Motion for an Order Requiring a More Definitive Statement of Claim [D.I. 7818]** to be served on the parties listed on the attached service list via First Class United States Mail and Electronic Mail.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)

| | |
|---|---|
| Derek C. Abbott, Esq.<br>Eric D. Schwartz, Esq.<br>Ann C. Cordo, Esq.<br>Andrew R. Remming, Esq.<br>*Morris Nichols Arsht & Tunnell*<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>Email:   dabbott@mnat.com<br>            eschwartz@mnat.com<br>            acordo@mnat.com<br>            aremming@mnat.com | Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Drew G. Sloan, Esq.<br>*Richards Layton & Finger*<br>One Rodney Square<br>920 N King St<br>Wilmington, Delaware 19801<br>Email:   collins@rlf.com<br>            samis@rlf.com<br>            dsloan@rlf.com |
| Deborah M. Buell, Esq.<br>James L. Bromley, Esq.<br>Lisa M. Schwitzer, Esq.<br>Neil P. Forrest, Esq.<br>*Cleary Gottlieb*<br>One Liberty Plaza<br>New York, New York 10006<br>Email:   dbuell@cgsh.com<br>            jbromley@cgsh.com<br>            lschweitzer@cgsh.com<br>            nforrest@cgsh.com | Thomas R. Kreller, Esq.<br>*Milbank, Tweed, Hadley & McCloy LLP*<br>One Chase Manhattan Plaza<br>New York, New York 10005-1413<br>Email:   tkreller@milbank.com |
| Fred S. Hodara, Esquire<br>David H. Botter, Esquire<br>Lisa Beckerman, Esquire<br>Joshua Sturm, Esquire<br>*Akin Gump Strauss Hauer & Feld LLP*<br>One Bryant Park<br>New York, New York 10036<br>Email:  fhodara@akingump.com<br>           dbotter@akingump.com<br>           lbeckerman@akingump.com<br>           jsturm@akingump.com | Michael Luskin<br>Derek J.T. Adler<br>*Hughes Hubbard*<br>One Battery Park Plaza<br>New York, New York 10004<br>Email:   luskin@hugheshubbard.com<br>            adler@hugheshubbard.com |
| Laura Davis Jones, Esquire<br>Kathleen P. Makowski, Esquire<br>*Pachulski Stang Ziehl & Jones LLP*<br>919 N. Market St. 17th Fl.<br>Wilmington, Delaware 19899-8705<br>Email:   ljones@pszjlaw.com<br>            kmakowski@pszjlaw.com | Patrick Tinker, Esquire<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801-3519<br>Email:   thomas.p.tinker@usdoj.gov |

| | |
|---|---|
| James L. Patton, Esquire<br>Edwin J. Harron, Esquire<br>*Young Conaway Stargatt &*<br>*Taylor LLP*<br>The Brandywine Bldg 17th Fl.<br>1000 West Street<br>Wilmington, Delaware 19801<br>Email:   jpatton@ycst.com<br>            eharron@ycst.com | Amit Kurlekar, Esquire<br>*Akin Gump Strauss Hauer &*<br>*Feld LLP*<br>580 California Street, Suite 1500<br>San Francisco, California 94104<br>Email:   akurlekar@akingump.com |
| Ken Coleman, Esquire<br>Lisa Kraidin, Esquire<br>*Allen & Overy LLP*<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Email:   ken.coleman@allenovery.com<br>            lisa.kraidin@allenovery.com | |

{BAY:02063916v1}