**EXHIBIT A**

**Debtors' Thirteenth Ordinary Course Professional Quarterly Statement for January 1, 2012 – March 31, 2012**

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $1,476.00 | $0.00 | $1436.40 | $0.00 | $3,213.00 | $0.00 | $0.00 | $0.00 | **$6,125.40** |
| Ford & Harrison LLP | Labor and employment legal services, including representation before administrative agencies and in state and federal courts | $30.50 | $0.00 | $30.50 | $0.00 | $61.00 | $0.00 | $0.00 | $0.00 | **$122.00** |
| Hunton & Williams LLP | Intellectual Property Services, Labor & Employment Matters ; advice regarding general corporate issues. | $0.00 | $0.00 | $2,207.50 | $0.00 | $0.00 | $0.00 | $1,130.00[1] | $0.00 | **3,337.50** |

---

[1] Hunton & Williams LLP incurred $1,130.00 in fees for professional services provided to the Debtors during September 2011.

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| KPMG LLP | 401k, VEBA and Retirement Income Plan | $0.00 | $0.00 | $0.00 | $0.00 | $15,180.00 | $0.00 | $0.00 | $0.00 | **$15,180.00** |
| Lex Caribbean Limited | Trinidadian legal services | $2,000.00 | $54.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$2,000.00** |
| Rode & Qualey | Legal services, advice and counsel with respect to import and export laws, regulations and procedures | $700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00[2] | $0.00 | **$1,000.00** |
| Waller Lansden Dortch & Davis | General labor and employment legal services, including representation in employment and employee benefits matters before administrative agencies and federal and state courts | $0.00 | $0.00 | $0.00 | $0.00 | $588.00 | $0.00 | $0.00 | $0.00 | **$588.00** |

---

[2] Rode & Qualey incurred $300.00 in fees for professional services provided to the Debtors during December 2011.

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Willcox & Savage | Assistance and advice in filing pleadings related to sales and use tax in the Richmond, Virginia Circuit Court | $0.00 | $0.00 | $0.00 | $0.00 | $70.00 | $0.00 | $102.00[3] | $0.15 | **$172.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $1,606.50 | $2.40 | $504.00 | $0.00 | $0.00 | $0.00 | $315.00[4] | $0.79 | **$2,425.50** |

---

[3]    Wilcox Savage incurred $102.00 in fees and $0.15 in disbursements and expenses for professional services provided to the Debtors during December 2011.

[4]    William D. Preston, P.A. incurred $315.00 in fees and $0.79 in disbursements and expenses for professional services provided to the Debtors during December 2011.