IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
In re                                                     :    Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :    Case No. 09-10138 (KG)
                                                          :
           Debtors.                                       :    (Jointly Administered)
----------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF COUNSEL

    Please withdraw the appearance of Chad A. Fights, Esquire, of Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), as counsel to the debtors and debtors-in-possessions (collectively, the "Debtors") in the above captioned proceedings and adversary proceedings listed on Exhibit A. Please note that Donna L. Culver, Esquire, Eric D. Schwartz, Esquire, Derek C. Abbott, Esquire, Ann C. Cordo, Esquire, Tamara K. Minott, Esquire and all other counsel of record will remain as counsel to the Debtors.

| | |
|---|---|
| Dated: June 29, 2012<br>Wilmington, DE | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>  */s/ Chad A. Fights*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Chad A. Fights (No. 5006)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>and<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

5997468.1

## Exhibit A

| | |
|---|---|
| Nortel Networks Inc. v. Asteelflash California, Inc. | 10-53166 |
| Nortel Networks Inc. v. CSWL, Inc. | 10-53169 |
| Nortel Networks Inc. v. Maritz Canada Inc. et al | 10-53187 |
| Nortel Networks Inc. et al v. Telecom Networks Solutions, Inc. et al | 10-55165 |
| Nortel Networks Inc. v. Revonet, Inc. | 10-55182 |
| Nortel Networks Inc. v. SBA Network Services, Inc. | 10-55187 |
| Nortel Networks Inc. v. TTI Team Telecom International Inc. | 10-55888 |
| Nortel Networks Inc. v. Sterling Mets, L.P. et al | 10-55903 |
| Nortel Networks Inc. v. Algo Communication Products Ltd. | 10-55913 |
| Nortel Networks Inc. v. Macadamian Technologies Inc. | 10-55915 |
| Nortel Networks Inc. v. BizSphere AG | 10-55918 |
| Nortel Networks Inc. v. Prime Carrier Ltd. | 10-55921 |
| Nortel Networks Inc. v. Dell Services Corporation et al | 10-55934 |
| Nortel Networks Inc. et al v. McCann-Erickson Worldwide, Inc. et al | 10-55937 |
| Nortel Networks Inc. v. SCI Brockville Corp. d/b/a BreconRidge Corporation | 11-50195 |
| Nortel Networks (CALA) Inc. v. Thomas & Betts Manufacturing, Inc. et al | 11-50203 |
| Nortel Networks (CALA) Inc. et al v. Hewlett-Packard Company et al | 11-50207 |
| Nortel Networks Inc. v. AudioCodes, Inc. et al | 11-52298 |
| SNMP Research International, Inc. et al v. Nortel Networks Inc. et al | 11-53454 |
| Horne et al v. Nortel Networks Inc. et al | 11-54007 |
| Nortel Networks, Inc. v. Commonwealth of Virginia Department of Taxation | 12-50608 |
| Nortel Networks Inc. v. State of Michigan Department of Treasury | 12-50773 |