Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 05/07/12 | EH | Review agenda for 5/09/12 hearing in main bankruptcy case | 0.10 |
| 05/16/12 | EH | Review ECF notices and download CNO to BFCA March 2012 monthly fee application | 0.10 |
| 05/22/12 | EH | Review agenda for 5/24/12 hearing | 0.10 |
| 05/23/12 | EH | Review email from J. Hoover regarding GENBAND motion for leave to conduct discovery; track hearing date and objection deadline | 0.10 |
| 05/24/12 | EH | Review ECF notices and download BFCA April 2012 monthly fee application | 0.10 |
| 05/25/12 | EH | Review ECF notices and download BFCA seventh quarterly fee application; track hearing date | 0.10 |
| 05/25/12 | EH | Review email from R. Lemisch regarding adjournment of 6/06/12 hearing on GENBAND motion; track adjourned hearing date | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| <u>PARALEGAL</u> | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.70 | $168.00 |
| | | | 0.70 | $168.00 |
| | | TOTAL: | 0.70 | $168.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 05/02/12 | LMS | Email to M. Cook regarding BFCA monthly accrual estimates | 0.10 |
| 05/03/12 | LMS | Email to M. Cook regarding Benesch estimated accruals for April 2012 | 0.10 |
| 05/08/12 | RHL | Edit time for monthly fee application | 0.20 |
| 05/14/12 | LMS | Review docket regarding objections to BFCA monthly fee application for March 2012 | 0.10 |
| 05/14/12 | LMS | Prepare CNO regarding BFCA monthly fee application for March 2012 | 0.10 |
| 05/14/12 | LMS | File CNO regarding BFCA monthly fee application for March 2012 | 0.10 |
| 05/15/12 | LMS | Preparation of BFCA monthly fee application for April 2012 | 0.50 |
| 05/21/12 | LMS | Preparation of BFCA monthly fee application for April 2012 | 0.20 |
| 05/24/12 | RHL | Review 19th monthly fee application | 0.10 |
| 05/24/12 | LMS | Prepare BFCA monthly fee application for April 2012 | 0.20 |
| 05/24/12 | LMS | File BFCA monthly fee application for April 2012 | 0.10 |
| 05/24/12 | LMS | Docket Objection deadline regarding BFCA monthly fee application for April 2012 | 0.10 |
| 05/24/12 | LMS | Preparation of Seventh Quarterly Fee Application for February through April 2012 | 0.50 |
| 05/24/12 | LMS | File Seventh Quarterly Fee Application for February through April 2012 | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.30 | $187.50 |
| | | | 0.30 | $187.50 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $200.00 | 2.20 | $440.00 |
| | | | 2.20 | $440.00 |
| | | TOTAL: | 2.50 | $627.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2012

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/03/12 | EH | Review 5/03/12 adversary status report | 0.10 |
| 05/07/12 | RHL | Review correspondence from R. Riley, counsel to Genband regarding CTDI settlement and forward to D. Livschiz | 2.00 |
| 05/07/12 | RHL | Check local rules regarding "meet and confer" requirements | 0.20 |
| 05/10/12 | EH | Review 5/10/12 adversary status chart | 0.10 |
| 05/14/12 | RHL | Review D. Herrington response to Genband letter requesting 2004 information | 0.10 |
| 05/16/12 | JRH | Review email from claims agent and discussion with J. Smith regarding Right Management settlement agreement | 0.30 |
| 05/16/12 | JES | Review emails from K. Sidhu, J. Croft and B. Hunt regarding Right Management adversary proceeding (.2); review Right Management order approving settlement and settlement agreement and discuss same with J. Hoover (.4); call B. Hunt regarding scope of Right Management release (.2); follow up email to B. Hunt regarding release (.1) | 0.90 |
| 05/18/12 | RHL | Review Genband motion for 2004 exam | 0.20 |
| 05/21/12 | EH | Review 5/21/12 adversary status report | 0.10 |
| 05/23/12 | RHL | Review e-mails from P. Keller and D. Herrington regarding date for Genband hearing | 0.10 |
| 05/25/12 | RHL | Review e-mail changing hearing date | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.30 | $118.50 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 2.70 | $1,687.50 |
| | | | 3.00 | $1,806.00 |
| **ASSOCIATE** | | | | |
| JENNIFER E. SMITH | (JES) | $265.00 | 0.90 | $238.50 |
| | | | 0.90 | $238.50 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.30 | $72.00 |
| | | | 0.30 | $72.00 |
| | | TOTAL: | 4.20 | $2,116.50 |

Document Reproduction

| Date | User | Description | Amount |
|---|---|---|---:|
| 05/24/12 | LMS | Document Reproduction 63 copies | 6.30 |
| 05/24/12 | LMS | Document Reproduction 189 copies | 18.90 |
| | | TOTAL: | $25.20 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 02/22/12 | LMS | Federal Express 02/22/12 Lisa Behra to D. AbbotE. Schwart | 12.35 |
| 03/23/12 | LMS | Federal Express 03/23/12 Lisa Behra to D. Abbot/E. Schwar | 12.52 |
| 04/17/12 | LMS | Federal Express 04/17/12 Lisa Behra to Thomas P. Tinker E | 12.63 |
| 04/17/12 | LMS | Federal Express 04/17/12 Lisa Behra to M. Collins/C. Sami | 12.63 |
| 04/17/12 | LMS | Federal Express 04/17/12 Lisa Behra to Fred S. Hodara | 12.63 |
| 04/17/12 | LMS | Federal Express 04/17/12 Lisa Behra to D. Abbot/E. Schwar | 12.63 |
| 05/24/12 | LMS | Federal Express 05/24/12 Lisa M. Behra to Thomas P. Tinke | 12.69 |
| 05/24/12 | LMS | Federal Express 05/24/12 Lisa M. Behra to Derek C. Abbott | 12.69 |
| 05/24/12 | LMS | Federal Express 05/24/12 Lisa M. Behra to M. Collins Esq. | 12.69 |
| 05/24/12 | LMS | Federal Express 05/24/12 Lisa M. Behra to Fred S. Hodara | 12.69 |
| | | TOTAL: | $126.15 |

Computer Research

| Date | User | Description | | Amount |
|---|---|---|---|---|
| 04/16/12 | XXX | Computer Research - Pacer PACER 2012 18 PAGES | APRIL | 1.40 |
| 04/26/12 | XXX | Computer Research - Pacer PACER 2012 1 PAGES | APRIL | 0.10 |
| 04/26/12 | XXX | Computer Research - Pacer PACER 2012 1 PAGES | APRIL | 0.10 |
| 04/26/12 | XXX | Computer Research - Pacer PACER 2012 2 PAGES | APRIL | 0.20 |
| 05/14/12 | XXX | Computer Research - Pacer PACER 18 PAGES | MAY 2012 | 1.40 |
| 05/24/12 | XXX | Computer Research - Pacer PACER 35 PAGES | MAY 2012 | 2.80 |
| | | | TOTAL: | $6.00 |