Estelle L. Loggins
6707 Latta Street
Dallas, Texas 75227

June 18, 2012

To: Honorable Judge Kevin Gross

From: Estelle Loggins (EMPLYEE OF NORTEL NETWORKS INC - A LTD RECIPIENT) (EMP. ID: 0883338

Re: Nortel Networks INC. Chapter 11. Case No: 09-10138(KG)

Subject: APPEAL FOR JUSTICE AND CONTINUED SUPPORT

Honorable Kevin Gross United States Bankruptcy Judge:

BACKGROUND

As a Nortel Employee currently receiving long term disability I am very concerned about the way Nortel and Prudential Disability Managements repeatedly deny full Benefits as described in the Summary Plan Description (SPD). As noted in my letter to you dated July 11, 2011. "It took the Department of Labor to force Nortel to reimburse me for monthly Medicare benefit cost; something they promised in the SPD. The DOL ordered them to reimburse me and all the other recipients of LTD; did they comply; not fully.".

Needless to say I am not at all surprised by the action of the debtors ("NNI"). I am apposed to any action of the "Men" directly responsible for driving such a respected company as NNI into Bankruptcy. It was not the line staff who created this mess but, the CEO and his staff of 'greedy' and corrupt managers who brought us here.

Nortel promised its employees that for the hours we worked (sometimes without pay) we would be rewarded with better benefits at retirement or disability. We were promised that as long as there was a Nortel we would be protected!! I believed this until I was injured on the job; what I did not realize is I would have to fight them (in and out of court) and their business partners (such as Prudential) every bit of the way for every dime I received.

The Summary Plan Description (SPD) means nothing to the Debtors (NNI). It took the Department of Labor to force Nortel to reimburse me for monthly Medicare benefit cost; something they promised in the SPD. The DOL ordered them to reimburse me and all the other recipients of LTD; did they comply; not fully. "All I want is what I was promised in the SPD. I will never be able to be gainfully employed again.

Attached is a copy of a page from SPD 2000 describing in detail how monthly Medicare Premiums are to be accounted for as payments to the insured.

My understanding of this is as written "the monthly benefit I receive from the Company (NNI) will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year;" therefore your monthly benefit is subject to increase by the same amount.
What this means to me is that effective August 1, 2003 my monthly benefit would have gone from $3,635.92 to $3,694.62 an increase $58.70 the Medicare Part B premium for that year. My total monthly benefit for 2012 should have increased to $4,310.72 accounting for the yearly increases in the Medicare Part B premium. This increase applies to all recipients of LTM income. If this is the correct interpretation of the SPD Nortel owes me an additional $44, 588.53 in Pay for this error alone.

Issues such as these need to be addressed. What is the sense in writing a contract such as SPD

2000 if you are not going to abide by it?

If Nortel does not keep its word I fear for my future. I relied on the information in the SPD to my detriment. To deny me these benefits as promised assures me a future of poverty and homelessness. I have worked to hard all my life to come to such and end. IT IS NOT JUST; IT IS NOT RIGHT; AND IT IS UNCONSTITUTIONAL!! NO MAN OR WOMAN SHOULD BE DEPRIVED OF THERE LIFE, LIBERTY OR PURSUIT OF HAPPINESS. I have suffered for twelve years as a result of Nortel's and Prudential's hand; if I am forced to continue I will surely DIE!

My mental health has declined and I now am being treated for severe depression due the fact that they have denied me my expected and legally promised financial expectations. I am someone's Mother; how would you feel if your Mother had to suffer such indignation by the actions of such unscrupulous people or a corporation?

Needless to say I have made appeals to Prudential and Nortel (did not even respond) to my concerns. Prudential's response to my appeal is attached to this issue is attached.

I relied on information in the SPD to my detriment. As a result I have lost my Home, Good Credit, and my Self-Respect.

Respectively yours,

*Estelle L. Loggins*
Estelle L. Loggins

Attachments.  1. Page 19 from SPD 2000
                 2. Prudential's Response to my appeal.
                 3. My appeal letter to Prudential.
                 4. My appeal letter to Nortel.
                 5. Chart of my Prudential Vouchers contract to date.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If LTD benefits have been overpaid, this plan will either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

# Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay Claims first and the Company's plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment process.) Coverage under Medicare Part A is free while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

*It is your responsibility to complete any required applications, such as for Social Security benefits...*

# Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation pro-

Claims Services Provided by

**The Prudential Insurance Company of America**

Lynn Schneider
Disability Consultant

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87626
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

May 30, 2012

Estelle Loggins
6707 Latta St.
Dallas, TX  75227

Claimant: Estelle Loggins
Claim No.: 10328806
Date of Birth: 12/11/1947
Control No./Br.: 39900 / 000RB

Dear Ms. Loggins:

We have reviewed your letter dated April 12, 2012 regarding an appeal of four items. Item #1 referenced the reimbursement of an amount owed due to failure to account for Medicare Part B Premiums. Items 2 and 3 referenced the calculation of your benefits with regards to your BTA award. Item # 4 referenced an issue with your vacation pay from Nortel.

Please note that as per the June 1, 2009 letter from James Furman the application of the Medicare Part B premium was addressed. You were advised that you were approved for the Medicare Part B premium effective August 3, 2003. This premium reimbursement was applied to your benefit as noted in the letter.

Following are the premium reimbursement amounts that have been applied to your claim to current.:

August 1, 2003 through December 31, 2003-Medicare Part B premium $58.70/month
January 1, 2004 through December 31, 2004-Medicare Part B premium $66.60/month
January 1, 2005 through December 31, 2005-Medicare Part B premium $78.20/month
January 1, 2006 through December 31, 2006-Medicare Part B premium $88.50/month
January 1, 2007 through December 31, 2007-Medicare Part B premium $93.50/month
January 1, 2008 through December 31, 2009-Medicare Part B premium $96.40/month
January 1, 2010 through December 31, 2011-Medicare Part B premium $110.50/month
January 1, 2012—Medicare Part B premium $99.90/month

Effective January 1, 2012 your net LTD benefit is :

| | |
|---|---|
| Scheduled LTD benefit: | $3,635.92 |
| Less Social Security: | $1,188.00 |
| | ---------- |
| | $2,447.92 |
| Plus Part Medicare B reimbursement | $99.90 |
| | ---------- |
| Net LTD benefit | $2,547.82 |

The amount of Medicare Part B premiums could change December of each year and therefore, your Medicare reimbursement amount is subject to change at that time, as we are made aware of

such changes.

The June 1, 2009 letter also addressed the issue concerning the calculation of your LTD benefit with regards to your BTA award. Please note that as per the June 1, 2009 letter, you have exhausted your appeal rights and our decision regarding the calculation of your benefit is final and cannot be appealed further to Prudential.

Prudential does not administer your vacation pay and we are unable to comment on this issue. It is suggested that if you have questions concerning your vacation pay you address them with Nortel.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
**Lynn Schneider**
Lynn Schneider
Disability Consultant

Prudential Disability Management Services
P. O. Box 13480
Philadelphia, Pa 19176

Attention: Prudential Claims Administrator

April 18, 2012

Re: GID # 0188338; Claim # 10328806 Formal Appeal for Four (4) Items:

1. Reimbursement of amount owed due to failure to account for Medicare Part B Premiums as described in the Plan.) Chart attached. " Nortel's Disability Plan clearly sates that "at the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year." (copy of document is attached.) the amount owed is 42,565.30 this amount will increase each month it is paid incorrectly.

2. Reimbursement of $16,942.67 that resulted after you overlayed the BTA award creating an artificial overpayment due to timing of BTA booking. Nortel has always been in control of the timing and receipt of the payment from AIG. If the amount of this payment had been booked upon receipt this overpayment would not have occurred, or if had been booked after the judges order the overpayment would not have occurred.

3. Furthermore, in Nortel pleadings to the court they stated I would realize a benefit of $189,940.20 after the offset. If this is correct then why was the offset booked at $5,250.00 per month. I will never realize the $189,940.20 as promised. (Copy of document attached.)

I understand that the Plan Administrator has the right to interpret the plan, but does this right include the right to interpret the plan to benefit the administrator and to the detriment of the employee. I relied on the information in the plan, I thought it would protect me from the loss of everything I had worked for all my life in the event I was disabled; but it didn't.

Nortel told the court that BTA was disability insurance; however, BTA is listed in SPD Plan Year 2000, Pub. 6/2000 as Life/AD&D insurance. Nortel implied that they took the money because of the Maintenance of Benefits provision, but the Plan states the maintenance of benefits provision coordinates benefits under all medical programs so that you can receive no more than the amount that would have been covered by the company plan. (implies internal payer versus external payer.) If the Plan paid Clarence Chandra his BTA monies they should have paid me too.

**"Extension of Health Care Protection**

The following applies to all coverage's other than the Hospice Care Program:

Your protection under the Plan may be extended after the date you cease to be covered under Plan. Coverage will be extended if, on the date you cease to be covered, you are totally disabled (as defined in the Disability Section of this binder) from a Sickness or Injury and are under a Doctor's care. Coverage will be extended for the time you remain disabled. (as defined in the Disability Section of this binder) from a sicknesses or Injury and under a Doctor's care."

4. At the time of my disability I was given a handout of "LTD Procedure/Benefit Entitlement Form" This form stated that upon returning to work, I would receive an vacation pay my manager reiterated this to me. However, when information was sent out last year and I tried to get my vacation pay I was told it was pass the statue of limitation period to receive it. I had accrued two weeks vacation at the time of my leave. The amount owed is $10,388.34

Under ERISA my rights in Plan benefits are vested in the Plan in effect at the date disability began.

I beg you to get Nortel to pay what they contractually said they would pay and to ensure I receive the monies they told the court I would receive. Please remember that GAAP prohibits go-mingling of Assets between Plans.

Sincerely,

Estelle Loggins

Employee Benefits Department
Nortel HR Shared Services
4001 E. Chapel Hill Nelson Hwy.
RTP, North Carolina  277079-3010

December 8, 2011

Re:  GID # 0188338; Claim # 10328806 Formal Appeal for Two (2) Items:
1. Reimbursement of amount owed due to failure to account for Medicare Part B Premiums as described in the Plan.) Chart attached.

2. Reimbursement of $16,942.67 that resulted after you overlayed the BTA award creating an artificial overpayment due to timing of offset.  Nortel has always been in control of the timing and receipt of the payment from AIG.  If the amount of this payment had been booked upon receipt this overpayment would not have occurred.

Furthermore, in Nortel pleadings to the court stated I would realize a benefit of $189,940.20 after the offset.  If this is correct then why was the offset booked at $5,250.00 per month.  I will never realize the $189,940.20 as promised. (Copy of document attached.)

I understand that the Plan Administrator has the right to interpret the plan, but this right include the right to interpret the plan to benefit the administrator to the detriment of the employee.   I relied on the information in the plan, I thought it would protect me from the loss of everything I had worked for all my life in the event I was disabled; but it didn't.  Needless to say Nortel and Prudential has resorted to every trick in the book to avoid paying me what was contractually promised.  The only thing I could do was pray!

I have attached document that show you have lied to the courts and to me as well as the DOL.  You told the court that BTA was disability insurance; however, BTA is listed in SPD Plan Year 2000, Pub. 6/2000 as Life/AD&D insurance. You implied that this was done because of the Maintenance of Benefits provision, but the Plan states the maintenance of benefits provision coordinates benefits under all medical programs so that you can receive no more than the amount that would have been covered by the company plan. (implies internal payer versus external payer.)

1. Nortel's Disability Plan clearly sates that "at the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997).  The Medicare Part B premium is subject to increase each year." (copy of document is attached.)

2. Nortel's disability Plan states 'any single lump sum, payment including any periodic payments wich you or your Dependents receive in a single lump sum will be alloted to 60 monthly periods." Nowhere in the Disability Plan does it imply that an offset will

create an additional liability for the Plan employee.

Under ERISA my rights in Plan benefits are vested in the Plan in effect at the date disability began.

Sincerely,

Estelle Loggins

Attachments: 1. Payment Chart; 2. Memo on Plan Document

Control No: 39900
Claim No: 10328806

Date From: 10/3/2000
To: 12/31/2011

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | To | Benefit Amount | Workers Comp | Less BTA | Less Cyclical Adjustments or SSI | Less Social Security | Net LTD Benefits Before Taxes & Ins. | Insurance | Tax | Net LTD Benefit Payable | Total Payments To Me |
| 7 | 10/31/2000 | 3,635.92 | 2,224.30 | | | | 1,411.62 | 132.29 | 183.79 | 1,095.54 | 974.34 |
| 8 | 11/30/2000 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 136.85 | 88.00 | 1,110.07 | 1,110.07 |
| 9 | 12/31/2000 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 136.85 | 88.00 | 1,110.07 | 1,110.07 |
| 10 | 1/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 11 | 2/28/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 12 | 3/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 13 | 4/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 14 | 5/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 15 | 6/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 16 | 7/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 17 | 8/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 18 | 9/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 19 | 10/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 20 | 11/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 21 | 12/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 22 | 1/31/2002 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 96.44 | 88.00 | 1,150.48 | 1,150.48 |
| 23 | 2/28/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 24 | 3/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 25 | 4/30/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 26 | 5/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 27 | 6/30/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 28 | 7/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 29 | 8/31/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 30 | 9/30/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 31 | 10/31/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 32 | 11/30/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 33 | 12/31/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 34 | 1/1/2003 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 35 | 2/28/2003 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 36 | 3/31/2003 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 37 | 4/30/2003 | 3,635.92 | 0.00 | | 0.00 | 1,188.00 | 2,447.92 | 58.36 | 80.73 | 2,308.83 | 2,308.83 |
| 38 | 5/31/2003 | 3,635.92 | 0.00 | | 2,364.31 | 3,552.31 | 83.61 | 58.36 | 0.00 | 25.25 | 25.25 |
| 39 | 6/30/2003 | 3,635.92 | 0.00 | | 2,364.31 | 3,552.31 | 83.61 | 58.36 | 0.00 | 25.25 | 25.25 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 7/31/2003 | 3,635.92 | | 5,250.00 | 2,364.31 | 3,552.31 | 363.59 | 58.36 | 0.00 | 305.23 | 25.25 |
| 41 | **8/31/2003** | 3,694.62 | | 5,250.00 | 2,364.31 | 3,552.31 | 369.46 | 58.36 | 0.00 | 311.10 | 25.25 |
| 42 | 9/30/2003 | 3,694.62 | | 5,250.00 | 2,389.56 | 3,577.56 | 369.46 | 58.36 | 0.00 | 311.10 | 0.00 |
| 43 | 10/31/2003 | 3,694.62 | | 5,250.00 | 2,389.56 | 3,577.56 | 369.46 | 58.36 | 0.00 | 311.10 | 0.00 |
| 44 | 11/30/2003 | 3,694.62 | | 5,250.00 | 2,389.56 | 3,577.56 | 369.46 | 58.36 | 0.00 | 311.10 | 0.00 |
| 45 | 12/31/2003 | 3,694.62 | | 5,250.00 | 2,389.56 | 3,577.56 | 369.46 | 58.36 | 0.00 | 311.10 | 0.00 |
| 46 | 1/31/2004 | 3,761.22 | | 5,250.00 | 2,389.56 | 3,577.56 | 58.36 | 14.78 | 0.00 | 43.58 | 43.58 |
| 47 | 2/29/2004 | 3,761.22 | | 5,250.00 | 0.00 | 1,188.00 | 363.59 | 74.96 | 0.00 | 288.63 | 288.63 |
| 48 | 3/31/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 49 | 4/30/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 50 | 5/31/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 51 | 6/30/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 52 | 7/31/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 53 | 8/31/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 54 | 9/30/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 55 | 10/31/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 56 | 11/30/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 57 | 12/31/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 58 | 1/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 59 | 2/28/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 60 | 3/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 61 | 4/30/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 62 | 5/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.86 | 0.00 | 315.73 | 0.00 |
| 63 | 6/30/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 64 | 7/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 65 | 8/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.53 | 0.00 | 316.06 | 0.00 |
| 66 | 9/30/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 67 | 10/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 68 | 11/30/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 69 | 12/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 70 | 1/31/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 71 | 2/28/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 72 | 3/31/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 73 | 4/30/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 74 | 5/31/2006 | 3,927.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 75 | 6/30/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 76 | 7/31/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 77 | 8/31/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 78 | 9/30/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 79 | 10/31/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 80 | 11/30/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 81 | 12/31/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 82 | 1/31/2007 | 4,021.42 | | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 0.00 |
| 83 | 2/28/2007 | 4,021.42 | | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 0.00 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 128 | 9/30/2010 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 271.05 | 0 | 2,851.67 | 2,273.27 |
| 129 | 10/31/2010 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 271.05 | 0 | 2,851.67 | 2,273.27 |
| 130 | 11/30/2010 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 271.05 | 0 | 2,851.67 | 2,273.27 |
| 131 | 12/31/2010 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 271.05 | 0 | 2,851.67 | 2,273.27 |
| 132 | 1/31/2011 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 325.33 | 0 | 2,797.39 | 2,218.99 |
| 133 | 2/28/2011 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 325.33 | 0 | 2,797.39 | 2,218.99 |
| 134 | 3/31/2011 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 325.33 | 0 | 2,797.39 | 2,218.99 |
| 135 | 4/30/2011 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 325.33 | 0 | 2,797.39 | 2,218.99 |
| 136 | 5/31/2011 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 325.33 | 0 | 2,797.39 | 2,218.99 |
| 137 | 6/30/2011 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 325.33 | 0 | 2,797.39 | 2,218.99 |
| 138 | 7/31/2011 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 325.33 | 0 | 2,797.39 | 2,218.99 |
| 139 | 8/31/2011 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 325.33 | 0 | 2,797.39 | 2,218.99 |
| 140 | 9/30/2011 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 325.33 | 0 | 2,797.39 | 2,218.99 |
| 141 | 10/31/2011 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 325.33 | 0 | 2,797.39 | 2,218.99 |
| 142 | 11/30/2011 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 325.33 | 0 | 2,797.39 | 2,218.99 |
| 143 | 12/31/2011 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 325.33 | 0 | 2,797.39 | 2,218.99 |
| 144 | 1/31/2012 | 4410.22 | 0 | 0 | 0 | 1,188.00 | 3,222.22 | 325.32 | 0 | 2,896.90 | 2,222.49 |
| 145 | 1/17/2012 | | 338.40 Adj. for Med | | 0 | | 338.40 | | 0 | 338.40 | 338.40 |
| 146 | 2/1/2012 | 4410.22 | 0 | 0 | 0 | 1,188.00 | 3,222.22 | 325.32 | 0 | 2,896.90 | 2,222.49 |
| 147 | 3/1/2012 | 4410.22 | | | 0 | 1,188.00 | 3,222.22 | 325.32 | 0 | 2,896.90 | 2,222.49 |
| 148 | 4/1/2012 | 4410.22 | 0 | 0 | 0 | 1,188.00 | 3,222.22 | 325.32 | 0 | 2,896.90 | 2,222.49 |
| 149 | 5/1/2012 | 4410.22 | 0 | 0 | 0 | 1,188.00 | 3,222.22 | 325.32 | 0 | 2,896.90 | 2,222.49 |
| 150 | 6/1/2012 | 4410.22 | 0 | 0 | 0 | 1,188.00 | 3,222.22 | 325.32 | 0 | 2,896.90 | 2,222.49 |
| 151 | 7/1/2012 | 4410.22 | 0 | 0 | 0 | 1,188.00 | 3,222.22 | 325.32 | 0 | 2,896.90 | 2,222.49 |
| 152 | | | | | | | | | | | |
| 153 | | 569,065.42 | 39,040.30 | 315,000.00 | 46,347.71 | 171,403.71 | 242,733.84 | 18,752.02 | 3,275.87 | 220,705.95 | 176,117.42 |
| 154 | | | | | | | | | | | |
| 155 | | | | | | | | | | | |
| 156 | Net LTD Payable | | 220,705.95 | | | | | | | | |
| 157 | Payments to Me | | 176,117.42 | | | | | | | | |
| 158 | Underpayment | | 44,588.53 | | | | | | | | |