# EXHIBIT 1

**Miscellaneous:**

09-10138-KG Nortel Networks Inc., et al.

Type: bk                     Chapter: 11 v              Office: 1 (Delaware)
Assets: y                    Judge: KG
Case Flag: CLMSAGNT, LEAD, MEGA, Sealed Doc(s), APPEAL, Exhibits

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Jane A Bee entered on 3/2/2011 at 12:26 PM EST and filed on 3/2/2011
**Case Name:**        Nortel Networks Inc., et al.
**Case Number:**      09-10138-KG
**Document Number:** 5046

**Docket Text:**
Rule 2019 Statement *of Blank Rome LLP and Bernstein, Shur, Sawyer & Nelson, P.A.* Filed by Robert Horne, James Young, and The Ad Hoc Group of Beneficiaries. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Certificate of Service) (Bee, Jane)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Verified Rule 2019 Statement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/2/2011] [FileNumber=9404762-0]
[88beb60a9d2cf403950ef5a96702a12a62b4c51d7805ab16d31fcf65cc262a13380a4
285863f38078508add3b55ce7ba9efc62e6b1d38a334119f3bacc8c8021]]
**Document description:** Exhibit A
**Original filename:** C:\fakepath\v Exhibit A.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/2/2011] [FileNumber=9404762-1]
[6cb5f1f49b2857867f3cfcb596e3983e16dec45edc92dd59d639b28e2ebd2d428125d
ecbae200766e80304e4e9b5fdcf9cfe663920a94804e9fa96a648f0d6c6]]
**Document description:** Exhibit B
**Original filename:** C:\fakepath\v Exhibit B.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/2/2011] [FileNumber=9404762-2]
[5723439d67f63fed5c714e6c56d53c6dd9e80e81ab7f10477ce4aa6b5f1941039df2
23020edd6e8d218f10f60a90475fd18625000b486aeb18ba856d8bed5b9]]
**Document description:** Certificate of Service
**Original filename:** C:\fakepath\v COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/2/2011] [FileNumber=9404762-3]
[26442a865af8ff04cc9c9dabf670ed5ba8f6100bab7becea2d8c2328e52b62f9d7191
c71844be575f6271da3bbfe8a1f3a8d64f7557df2467644ab81e78dfc0c]]

**09-10138-KG Notice will be electronically mailed to:**

Christopher Page
csimon@crosslaw.com

Ira M.
ilevee@lowenstein.com, krosen@lowenstein.com

Michael Seth
metkin@lowenstein.com

Derek C. Abbott on behalf of Debtor Nortel Networks Inc.
dabbott@mnat.com, rfusco@mnat.com;ecampbell@mnat.com;mdecarli@mnat.com

David G. Aelvoet on behalf of Creditor Bexar County
davida@publicans.com

Justin R. Alberto on behalf of Interested Party Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
jalberto@bayardlaw.com,
bankserve@bayardlaw.com,tmatthews@bayardlaw.com;sbreckenridge@bayardlaw.com,lmorton@bayardlaw.com,cdavis@bayardlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.,*[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**VERIFIED STATEMENT OF BLANK ROME LLP AND BERNSTEIN, SHUR,
SAWYER & NELSON, P.A. PURSUANT TO BANKRUPTCY RULE 2019**

TO ALL PARTIES:

Blank Rome LLP ("Blank Rome") and Bernstein, Shur, Sawyer & Nelson, P.A.

("BSSN") hereby make the following verified statements pursuant to Rule 2019 of the

Federal Rules of Bankruptcy Procedure:

1.      Blank Rome and BSSN were retained to represent Robert Horne

("Horne"), James Young ("Young") and the ad hoc group of participants and/or

beneficiaries (collectively with Horne and Young, the "Beneficiaries Group") of the

Nortel Networks U.S. Deferred Compensation Plan (the "Plan").

2.      The names and addresses of the members of the Beneficiaries Group are

shown on Exhibit A attached hereto.  The amounts listed on Exhibit A as representing the

amounts of such member's accounts in the Plan were obtained from proofs of claim and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. ((3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

the Debtors' Schedules F.   The members of the Beneficiaries Group reserve their rights

to amend the amounts as additional information becomes available through discovery.

3.       Each of the members of the Beneficiaries Group is a present or former

employee of one or more of the Debtors and is also a participant in and/or beneficiary of

the Nortel Networks U.S. Deferred Compensation Plan.  The Beneficiaries Group was

formed through the efforts of Horne, Young and other participants.

4.       Blank Rome and BSSN are filing this Rule 2019 Statement at the Debtors'

request, and by virtue of the stipulation reached with respect to the Debtors' turnover

motion relating to the assets of the Plan.  A statement under Rule 2019 is unnecessary

with respect to the Beneficiaries Group because the group only represents the interests of

its own members and does not represent, or purport to represent, the interests of a larger

group at this time.[2]  *See, e.g.,* In re Premier Int'l Holdings, Inc., 423 B.R. 58, 64-65

(Bankr. D. Del. 2010).

5.       Counsel has been or will be retained by each member of the Beneficiaries

Group.  Each member has contributed to the costs of representation and has either already

signed, or committed to sign, an engagement letter identical to the redacted engagement

letter attached hereto as Exhibit B.  To the extent any proposed member does not execute

the engagement letter, such proposed member will not be a member of the Beneficiaries

Group.  Pursuant to the terms of the engagement letters, the Beneficiaries Group is

governed by a subcommittee of up to seven members, and such subcommittee has the

authority to advise and authorize counsel to the Beneficiaries Group.  The initial

---

[2] To the extent that pursuit of class remedies through a class action or class proof of claim is determined to
be appropriate after discovery, the Beneficiaries Group reserves the right to pursue such remedies.

subcommittee was comprised of Horne and Young, but has now been expanded to seven members.

6.     Full membership of the Beneficiaries Group is still being determined and supplemental Rule 2019 statements will be filed to the extent practicable as new members are added to the Beneficiaries Group, or to the extent current members cease to be members of the Beneficiaries Group.

Date: March 2, 2011

**BLANK ROME LLP**

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell, Esq. (No.3809)
Jane Ann Bee (No. 5457)
1201 Market Street
Suite 800
Wilmington, DE  19801
Telephone: (302) 425-6423
Telecopier: (302) 428-5110
Email: Fatell@BlankRome.com

-and-

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**
Robert J. Keach, Esq.
Paul McDonald, Esq.
Jessica A. Lewis, Esq.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
Telecopier: (207) 774-1127

## **VERIFICATION**

We declare under penalty of perjury that the facts set forth in the verified statement of Blank Rome LLP and Bernstein, Shur, Sawyer & Nelson, P.A. pursuant to Bankruptcy Rule 2019 are true and correct, to the best of our personal knowledge, information and belief.

Date: March 2, 2011                    /s/ *Bonnie Glantz Fatell*
                                                      Bonnie Glantz Fatell (No. 3809)


                                                      /s/ *Robert J. Keach*
                                                      Robert J. Keach, Esq.

4

NORTEL NETWORKS, INC.
AD HOC GROUP
SUMMARY OF DEFERRED COMPENSATION CLAIMS

| Last Name | First Name | AD HOC GRP # | Address | City | State | Zip | Country | Schedule F Deferred Compensation Claim Amount | Proof of Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| YOUNG | MASON | 1 | 2984 FRANKLIN OAKS | OAK HILL | VA | 20171-2254 | | $ 27,830.58 | $ 31,138.98 |
| HORNE | ROBERT | 2 | 10015 HIGH FALLS | ALPHARETTA | GA | 30022 | | $ 181,123.14 | $ 184,043.00 |
| MACLAREN | PETER | 3 | 1496 WEST HILL | WARREN | VT | 05674 | | $ 775,979.96 | $ 775,979.96 |
| WINJE | NORA | 4 | 678 COOLEDGE AVE | ATLANTA | GA | 30306 | | $ 108,038.64 | $ 107,981.09 |
| LONG | JAMES | 5 | 2348 S. OCEAN | HIGHLAND BEACH | FL | 33487 | | $ 497,851.37 | $ 497,851.37 |
| DANIEL | RICHARD | 6 | PO BOX 4276 | CARY | NC | 27519 | | $ - | $ 86,247.58 |
| WARREN | BEN | 7 | 31 CREST LANE | WATSONVILLE | CA | 95076 | | $ 606,144.98 | $ 601,015.00 |
| KEATES | ROB | 8 | 10519 138 ST | EDMONTON | AB | T5N 2J5 | CANADA | $ 106,339.09 | $ 104,779.50 |
| BASU | KALYAN | 9 | 3605 SAGE BRUSH | PLANO | TX | 75023 | | $ 16,605.56 | $ 16,605.56 |
| SHEKOKAR | PRAVEEN | 10 | 3521 WILLETT PL. | SANTA CLARA | CA | 95051 | | $ 43,200.68 | $ 43,201.00 |
| RYAN | JOHN | 11 | 5 JOSEPH ROAD | HOPKINTON | MA | 01748 | | $ 12,609.95 | $ 17,868.00 |
| CASSIDY | PETER | 12 | 6206 BELLE RIVE | BRENTWOOD | TN | 37027 | | $ 16,681.49 | $ 16,681.49 |
| KAPIL | VIVEK | 13 | 2712 MERLIN DR | LEWISVILLE | TX | 75056 | | $ 171,928.02 | $ 222,089.96 |
| BARBER-MOYE | DARNELL | 14 | 8715 CRESTGATE CIRCLE | ORLANDO | FL | 32819 | | $ 212,135.06 | $ 212,135.06 |
| FOULOIS | MARA | 15 | 10910 BELMONT BLVD | LORTON | VA | 22079 | | $ 67,787.42 | $ 70,357.88 |
| LAYNE | SAMUEL | 16 | 9317 W 139TH | OVERLAND PARK | KS | 66221 | | $ 15,644.66 | $ 15,644.66 |
| PILLOW | TIMOTHY | 17 | 575 LOVE HENRY | SOUTHLAKE | TX | 76092 | | $ 84,913.69 | $ 124,953.15 |
| KOHNHORST | BART | 18 | 5724 CEDAR GROVE | PLANO | TX | 75093 | | $ 47,975.93 | $ 47,207.43 |
| MONDOR | DAN | 19 | 3650 NEWPORT BAY | ALPHARETTA | GA | 30005 | | $ 33,153.91 | $ 33,153.91 |
| SHEPHERD | FRANK | 20 | 2426-1 SHIPS MECHANIC | GALVESTON | TX | 77550 | | $ 43,379.73 | $ 54,240.98 |
| KALFA | JOHN | 21 | 75 JOHNSON PL | WOODMERE | NY | 11598 | | $ 173,042.54 | $ 173,032.26 |
| PAGE | BRIAN | 22 | 1108 REDFIELD RIGDE | DUNWOODY | GA | 30338 | | $ 36,673.95 | $ 40,115.47 |
| DAS | PRABIR | 23 | 6307 WIND RIDER | COLUMBIA | MD | 21045 | | $ 133,287.04 | $ 133,287.04 |
| CAGIANNOS | ELIAS | 24 | 87 WOODLAND ROAD | MADISON | NJ | 07940 | | $ 273,207.79 | $ 273,191.56 |
| PAPANTONIS | BASIL | 25 | 515 BIRCHINGTON CLOSE | ALPHARETTA | GA | 30022 | | $ 239,668.18 | $ 430,256.73 |
| HOY | GREGORY | 26 | 430 HIGHLAND OAKS | SOUTHLAKE | TX | 76092 | | $ - | $ 28,575.25 |
| GRAHAM | ROBERT | 27 | BOX 9096 | RANCO SANTA FE | CA | 92067 | | $ 132,570.08 | $ 132,570.08 |
| SOWARDS | ALAN | 28 | 103 LINDENTHAL CT | CARY | NC | 27513 | | $ 130,361.38 | $ 203,844.06 |
| BREWER | DAVE | 29 | 9075 OLD KEITH | GAINESVILLE | GA | 30506-6201 | | $ 55,123.20 | $ 56,892.00 |
| PEREZ | ANTHONY | 30 | 23 MARYETTA CT | SYOSSET | NY | 11791 | | $ 201,621.69 | $ 208,711.78 |
| SCHMIDT | CYNTHIA | 31 | PO BOX 119 | OREGON HOUSE | CA | 95962 | | $ 47,306.15 | $ 47,306.15 |
| GUNDECHA | CHAND | 32 | 11309 RIDGEGATE DRIVE | RALEIGH | NC | 27617 | | $ 19,832.58 | $ 18,244.26 |
| BARRAN | DANIEL | 33 | 2616 N. E. | FT. LAUDERDALE | FL | 33306 | | $ 28,240.13 | $ 28,240.13 |
| TOWNLEY | JEFFREY | 34 | 4109 ENGLISH GARDEN | RALEIGH | NC | 27612 | | $ - | $ 131,821.13 |
| CVJETKOVIC | MAURICIO | 35 | 19701 E COUNTRY #5-106 | AVENTURA | FL | 33180 | | $ 19,073.10 | $ 19,073.10 |
| HILBIG | DAVID | 36 | 1420 FARINGDON DR | PLANO | TX | 75075 | | $ - | $ 272,727.33 |
| DAUTENHAHN | DAVID | 37 | 13913 HAYES | OVERLAND PARK | KS | 662221 | | $ - | $ 457,676.48 |
| SPRADLEY | SUSAN | 38 | 2 DORSET PLACE | DALLAS | TX | 75229 | | $ 67,011.67 | $ 67,011.67 |
| FAX | RUTH | 39 | 148 MILL ST | NEWTON | MA | 02459 | | $ 67,870.49 | $ 66,464.01 |
| SCHMIDT | JONATHAN | 40 | 202 CLIFFSIDE SAN | ANTONIO | TX | 78231 | | $ 22,078.27 | $ 22,078.27 |
| BARNES | WILLIAM | 41 | 2958 SYRACUSE ST, APT 101 | DENVER | CO | 80238 | | $ 106,893.09 | $ 106,893.09 |
| LAFAURIE | CESAR | 42 | 101 WILLOWCREEK BLVD | SWEETWATER | TN | 37874 | | $ 50,826.40 | $ 50,826.40 |
| WERKOFF | DIDIER | 43 | 81 ELLSWORTH ST | SAN FRANCISCO | CA | 94110 | | $ 82,793.49 | $ 84,487.13 |
| SUTCLIFFE | ANDREW | 44 | 34300 LANTERN BAY, UNIT 50 | DANA POINT | CA | 92629 | | $ 251,022.40 | $ 310,203.44 |
| KO | DAVID | 45 | 920 BROOKLINE WAY | ALPHARETTA | GA | 30022 | | $ 29,419.46 | $ 37,408.40 |
| MERCURE | JIM | 46 | 210 CELLARS WAY | WALLACE | NC | 28446 | | $ 24,187.66 | $ 24,789.90 |
| KEEGAN | SUSAN | 47 | 8 QUAIL RIDGE | FLEMINGTON | NJ | 08822 | | $ 162,945.66 | $ 171,359.71 |
| TAN-ATICHAT | EDDIE | 48 | 46879 CRAWFORD ST | FREMONT | CA | 94539 | | $ 44,523.63 | $ 64,799.21 |
| CROWL | JOHN | 49 | 13921 GARNETT ST | OVERLAND PARK | KS | 66221 | | $ 59,770.91 | $ 59,770.91 |
| CORREIA | FRANK | 50 | 21 SACHEM RD | BRISTOL | RI | 02809 | | $ 13,951.76 | $ 17,556.60 |
| HABOSIAN | LEVON | 51 | 11 DOUGLAS RD | WESTFORD | MA | 01886 | | $ 11,615.39 | $ 11,989.96 |
| CELLARIUS | PETER | 52 | 6591 LITTLE FALLS | SAN JOSE | CA | 95120 | | $ 60,302.95 | $ 81,196.04 |

NORTEL NETWORKS, INC.
AD HOC GROUP
SUMMARY OF DEFERRED COMPENSATION CLAIMS

| Last Name | First Name | AD HOC GRP # | Address | City | State | Zip | Country | Schedule F Deferred Compensation Claim Amount | Proof of Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| WOODRUFF | PAUL | 53 | 1489 RAMON DR | SUNNYVALE | CA | 94087 | | $ - | $ - |
| LONGAKER | DAVID | 54 | 1446 Q ST. | WASHINGTON | DC | 20009 | | $ - | $ 202,393.52 |
| TWYNHAM | ANDREW | 55 | 10451 BIG CANOE | JASPER | GA | 30143 | | $ 59,835.80 | $ 76,708.95 |
| LEGER | ANTHONY | 56 | 9409 STONE MOUNTAIN | RALEIGH | NC | 27613 | | $ 53,466.86 | $ 81,282.95 |
| DAVIS | PATRICK | 57 | 3000 FOWNES COURT | RALEIGH | NC | 27613 | | $ 78,383.92 | $ 92,606.28 |
| CRISLER | CHARLA | 58 | #3 WOODY CREST | FAIRVIEW | TX | 75069 | | $ 341,334.90 | $ 341,334.90 |
| RAYNOR | CECIL | 59 | 1508 BRIARWOOD PL. | RALEIGH | NC | 27614 | | $ 157,681.12 | $ 157,681.12 |
| MACKINNON | PETER | 60 | 706 BANDERA DRIVE | ALLEN | TX | 75013 | | $ 166,780.65 | $ 166,780.65 |
| GRAY-PRESTON | CARROLL | 61 | 101 HALLEY'S CT | MORRISVILLE | NC | 27560 | | $ 233,011.81 | $ 219,085.79 |
| REID | ALAN | 62 | 2900 SHADYWOOD LANE | PLANO | TX | 75023 | | $ 14,207.90 | $ 14,971.22 |
| IACOVIELLO | VINCE | 63 | 20 BROADVIEW AVE | MADISON | NJ | 07940 | | $ - | $ 380,961.67 |
| JANIS | MARK | 64 | 193 VIA SODERINI | APTOS | CA | 95003 | | $ 17,992.22 | $ 17,688.11 |
| MARSONIA | RAJPRIYA | 65 | 400 CAPELLAN ST. | WAKE FOREST | NC | 27587 | | $ 9,245.44 | $ 11,076.96 |
| LEONARD | BRIAN | 66 | 1030 CHASEWOOD TRAIL | ALPHARETTA | GA | 30005 | | $ - | $ 115,117.68 |
| VALDEZ | CIRIACO | 67 | 13208 WEST 129TH | TER OVERLAND PARK | KS | 66213 | | $ 48,327.96 | $ 40,921.57 |
| GUREVITCH | MORRIS | 68 | 17890 ABERDEEN WAY | BOCA RATON | FL | 33496 | | $ 41,295.30 | $ 41,403.66 |
| LASKIN | LEE | 69 | 863 NEVADA AVE | SAN JOSE | CA | 95125 | | $ 112,677.80 | $ 139,563.00 |
| SEARLES | STEVEN | 70 | 19119 STREAM CROSSING | LEESBURG | VA | 20176 | | $ 83,055.34 | $ 83,055.34 |
| LEE | YUET | 71 | 2195 CANYON OAK | DANVILLE | CA | 94506 | | $ - | $ 59,715.04 |
| TARIQ | MASOOD | 72 | 12325 RICHMOND RUN | RALEIGH | NC | 27614-6413 | | $ 507,601.98 | $ 507,601.98 |
| LAU | STEPHEN | 73 | 982 SANDALRIDGE CT | MILPITAS | CA | 95035 | | $ 131,931.72 | $ 131,931.72 |
| THOMPSON | GEOFFREY | 74 | 158 PASEO COURT | MOUNTAIN VIEW | CA | 94043-5280 | | $ - | $ 40,425.00 |
| SKIDMORE | THOMAS | 75 | 16743 W 157TH | TER OLATHE | KS | 66062 | | $ 27,398.52 | $ 27,398.52 |
| ROSE | RICHARD | 76 | 17 THERESA BLVD | WAPPINGERS FALLS | NY | 12590 | | $ - | $ 147,735.63 |
| SELIGSON | JOHN | 77 | 1311 CROCKER DRIVE | DORADO HILLS | CA | 95762 | | $ 157,031.55 | $ 157,031.55 |
| JOHNSON | KENNETH | 78 | 14425 MAPLE | OVERLAND PARK | KS | 66223 | | $ 377,940.42 | $ 377,940.42 |
| JAMOUSSI | BILEL | 79 | 7 JARED CIRCLE | NASHUA | NH | 03063 | | $ 74,462.45 | $ 74,462.45 |
| MCCOLGAN | GILLIAN | 80 | 2 BIRCH RD | WILMINGTON | MA | 01887 | | $ 48,447.08 | $ 50,655.87 |
| MCNITT | STEVEN | 81 | 3441 SUNDANCE DR | GAINESVILLE | GA | 30506 | | $ - | $ 410,966.17 |
| DOWNING | DAVID | 82 | 4820 LUDWELL BRANCH | RALEIGH | NC | 27612 | | $ 19,417.55 | $ 24,543.21 |
| WHITEHURST | MICHAEL | 83 | 801 SILVERPOINT ROAD | CHAPIN | SC | 29036 | | $ 64,532.96 | $ 70,410.00 |
| HAMILTON | MARK | 84 | 438 PLUMWOOD WAY | FAIRVIEW | TX | 75069 | | $ 2,894.80 | $ 2,894.80 |
| LAGIOS | GREGORY | 85 | 22 DEER RUN | FREEDOM | NH | 03836 | | $ 388,127.60 | $ 388,127.60 |
| DODD | RANDY | 86 | 14009 HAYES ST | OVERLAND PARK | KS | 66221 | | $ - | $ 375,120.79 |
| SUN | MOSES | 87 | 9208 STONEBROOK DR | COLLEGE STATION | TX | 77845 | | $ - | $ 59,337.33 |
| CONROY | MARK | 88 | 20 ROBIN HOOD | LONDONDERRY | NH | 03053 | | $ - | $ 56,102.59 |
| MARYAK | JENIFER | 89 | 10720 DUNHILL TER | RALEIGH | NC | 27615 | | $ 53,098.76 | $ 53,098.76 |
| ERKEL | ENIS | 90 | FATMAKADIN SOK. MARMARA, APT 14/29 | SUADIYE | ISTANBUL | 34740 | TURKEY | $ 435,141.12 | $ 441,080.12 |
| TO | PAUL | 91 | 904 THERESA CT | MENLO PARK | CA | 94025 | | $ 38,772.39 | $ 37,256.87 |
| CHIMA | MANMOHAN | 92 | 4041 LASER LANE | PLANO | TX | 75023 | | $ 145,541.04 | $ 145,541.04 |
| MONGA | INDERMOHAN | 93 | 6 ROSE COURT | ACTON | MA | 01720 | | $ 50,737.15 | $ 54,361.82 |
| COVEY | NIEL | 94 | 23314 SE 13TH | SAMMAMISH | WA | 98075 | | $ 366,757.26 | $ 427,392.27 |
| ADAMYK | GORDON | 95 | 137 BROADMEADOW RD | GROTON | MA | 01450 | | $ - | $ 120,275.43 |
| SCHOFIELD | BRUCE | 96 | 15 FARWELL RD | TYNGSBORO | MA | 01879 | | $ 51,536.60 | $ 51,533.54 |
| MOSELEY | ROBERT | 97 | 7718 MEADOWHAVEN DR. | DALLAS | TX | 75254 | | $ 28,467.75 | $ 29,369.84 |
| SEAMAN | HAROLD | 98 | 118 WEST CODA | DELRAY BEACH | FL | 33444 | | $ 54,463.02 | $ 54,463.02 |
| CLARK-SELLERS | KATHRYN | 99 | 3005 LATTYES LANE | RALEIGH | NC | 27613 | | $ 99,582.10 | $ 99,582.10 |
| GARBIS | FRANK | 100 | 18295 CANFIELD PLACE | SAN DIEGO | CA | 92128 | | $ 16,950.24 | $ 16,950.24 |
| BAYNO | FRANK | 101 | 3509 LACOSTA WAY | RALEIGH | NC | 27610 | | $ 8,575.63 | $ 8,575.63 |
| LAVIAN | TAL | 102 | 1640 MARIANI | SUNNYVALE | CA | 94087 | | $ 105,241.10 | $ 105,050.35 |
| TURNER | MARGARET | 103 | 2306 MARCHURST ROAD | KANATA | ON | 00K2K-1X7 | CANADA | $ 53,425.37 | $ 53,425.37 |
| MISSINI | DENNIS | 104 | 616 RUSSETWOOD LN | POWDER SPRINGS | GA | 30127 | | $ 132,726.65 | $ 132,726.65 |

NORTEL NETWORKS, INC.
AD HOC GROUP
SUMMARY OF DEFERRED COMPENSATION CLAIMS

| Last Name | First Name | AD HOC GRP # | Address | City | State | Zip | Country | Schedule F Deferred Compensation Claim Amount | Proof of Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| CHAVEZ | TOM | 105 | 6408 CALLE LOMAS | PASO | TX | 79912 | | $ 65,567.16 | $ 65,567.16 |
| PARKER | TIMOTHY | 106 | 730 SUGAR PINE | SCOTTS VALLEY | CA | 95066 | | $ 15,081.29 | $ 15,081.29 |
| MEAD | JOHN | 107 | 349 BAYBERRY COMMONS | FREMONT | CA | 94539 | | $ 249,361.68 | $ 327,775.85 |
| MCCABE | ROBERT | 108 | 2009 MISSION RD | EDMOND | OK | 73034 | | $ 68,927.18 | $ 68,923.08 |
| BOTTORFF | PAUL | 109 | 135 FOXWOOD DR. | PORTOLA VALLEY | CA | 94028 | | $ 10,463.94 | $ 10,463.94 |
| BOVARNICK | ELLEN | 110 | 120 MATTISON COVE | ATLANTA | GA | 30319 | | $ 304,249.86 | $ 420,601.30 |
| MATHENY | SCOTT | 111 | 155 BAY DR | HENDERSONVILLE | TN | 37075 | | $ - | $ 18,613.49 |
| HESLOP | MICHAEL | 112 | 8404 WEST 127 | OVERLAND PARK | KS | 66213 | | $ - | $ 132,074.13 |
| BROUGHAL | KELLY | 113 | 80 LARK STREET | PEARL RIVER | NY | 10965 | | $ - | $ - |
| MCEVOY | SEAN | 114 | 120 PEACEABLE STREET | RIDGEFIELD | CT | 06877 | | $ - | Not in Epiq Database |
| DASSANI | JAGDISH | 115 | 5317 WOOD VALLEY | RALEIGH | NC | 27613 | | $ 155,118.62 | $ 154,398.12 |
| GARNICA | KEVIN | 116 | 120 LINCOLNSHIRE LN | SPRINGBORO | OH | 45066 | | $ - | $ 169,508.46 |
| KUTAC | GARY | 117 | 1552 SAN SABA | DALLAS | TX | 75218 | | $ - | $ 20,428.09 |
| LEWIS | PATRICK | 118 | 7009 S NETHERLAND | AURORA | CO | 80016 | | $ - | $ 75,036.55 |
| KARIA | ARVINDKUMAR | 119 | 3517 LAKEBROOK DR | PLANO | TX | 75093 | | $ 45,277.66 | $ 106,722.37 |
| DHONDT | LUC | 120 | 1604 HOPE DRIVE, APT 137 | SANTA CLARA | CA | 95054 | | $ 120,858.71 | $ 120,858.71 |
| FRADETTE | MAURICE | 121 | 36 GLENWOOD RD | HARTFORD | CT | 06107 | | $ 4,398.10 | $ 4,398.10 |
| VALENTINE | JOHN | 122 | 719 QUARTERSTAFF ROAD | WINSTON-SALEM | NC | 27104 | | $ 35,188.87 | $ 35,188.87 |
| D'AMOUR | BARRY | 123 | 1001 KELTON COTTAGE | MORRISVILLE | NC | 27560 | | $ 340,273.83 | $ 340,273.83 |
| BROWER | KOLLEN | 124 | 1206 MORROW LN | ALLEN | TX | 75002 | | $ 55,498.89 | $ 57,053.56 |
| | | 124 | | | | | | $ 11,942,910.52 | $ 16,214,259.04 |

207 774-1200 main
207 774-1127 facsimile
bernsteinshur.com

100 Middle Street
PO Box 9729
Portland, ME 04104-5029

# BERNSTEIN SHUR

### COUNSELORS AT LAW

Robert J. Keach
207 228-7334 direct
rkeach@bernsteinshur.com

**VIA E-MAIL**

February 22, 2011

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan (the "Plan")

James Young
jimyoung.mjy3associates@yahoo.com

Robert Horne
robertxhorne@mindspring.com

**Re:**    **Representation of The Ad Hoc Committee by Bernstein, Shur**

Dear Mr. Young, Mr. Horne and other Participants:

      This will serve as an engagement letter between the Ad Hoc Committee (as defined below) and Bernstein, Shur, Sawyer and Nelson ("Bernstein Shur") and local counsel, Blank Rome, with respect to those matters noted below for which the Ad Hoc Committee has sought representation, and to confirm our previous conversations regarding same. The Ad Hoc Committee shall consist of any and all participants of the Nortel Networks U.S. Deferred Compensation Plan ("Participants") who execute a copy of this letter and contribute to the Retainer (as defined below)(such persons who sign and contribute to be known herein as "Member Participants").

      Bernstein Shur has agreed to represent the Ad Hoc Committee with respect to the chapter 11 bankruptcy cases (collectively, the "Bankruptcy Case") filed by Nortel Networks Inc., *et al.,*[1] (collectively, the "Debtors"), subject to Bernstein Shur

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. ((3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).   Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

---



*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 2 of 6

completing a complete check for conflicts of interest and subject to the conditions noted below. The scope of representation will include representing the Ad Hoc Committee in connection with their interests as Participants in the Bankruptcy Case, including, to the extent same can be done in good faith, consistent with Rule 9011 and any ethical restrictions or rules: (a) attempting to assert the superior right and title of the Participants to any funds or other assets contributed by the Member Participants, or on their behalf, to the Plan; (b) attempting to preserve or achieve segregation and preservation of such funds and assets in the Plan pending an adjudication of the rights of the Member Participants therein, including by opposing any pending motion seeking a turnover of such funds; and (c) to the extent that the Member Participants have claims to be asserted in the Bankruptcy Case as Participants, attempting to maximize the return to such claims. The scope of this engagement shall not include the representation of the Member Participants with respect to the identification, preparation, filing, or prosecution of any other claims that any Member Participant may hold, including, without limitation, wage, salary and benefit claims, unless and until such time as the Member Participant and Bernstein Shur sign a written agreement identifying the terms of such expanded representation. The scope of representation of the Ad Hoc Committee shall not include investigation and assertion of claims against parties or entities other than the Debtors and/or their respective bankruptcy estates, the Plan, the trustee of the Plan and any official committees in the Bankruptcy Case asserting claims against the assets in the Plan or a related rabbi trust, and unrelated to the Plan or trust assets, unless and until this engagement letter shall be amended and executed to provide for such representation and Bernstein Shur shall have accepted, in writing, the expansion of the scope of representation.

As required by local rules in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), Bernstein Shur will engage local Delaware counsel, to wit: Blank Rome ("Local Counsel"), on behalf of the Ad Hoc Committee, ████████████████████████████████ To the extent Local Counsel requires execution of an additional engagement letter, the Subcommittee (as defined below) of the Ad Hoc Committee will execute and deliver such a letter (the "Local Counsel Letter"), which shall supplement this letter as to Local Counsel, and be binding upon the Member Participants.

The Ad Hoc Committee shall be represented in its dealings with Bernstein Shur and Local Counsel by a subcommittee consisting of not less than two and not more than seven Member Participants (the "Subcommittee"). Bernstein Shur and Local Counsel will consult with the Subcommittee on all matters relevant to the representation and Bernstein Shur and Local Counsel shall be entitled to rely on the direction and instruction of the Subcommittee in taking actions in connection with the representation. Bernstein Shur and Local Counsel shall communicate with the Subcommittee in writing or verbally as frequently as the circumstances may require, but neither Bernstein Shur nor Local Counsel shall have any duty or obligation to communicate directly with the other Member Participants. The Subcommittee may act based upon a majority vote of

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 3 of 6

the members of the Subcommittee in connection with any action. **The Subcommittee will endeavor to keep the full Ad Hoc Committee informed to the extent practicable through periodic reports and, when it deems it advisable in its sole discretion, to consult with as many Member Participants as is practicable on certain matters, but the Subcommittee may act and direct Bernstein Shur and Local Counsel without such consultation and, provided it acts in good faith (which will always be present to the extent it acts on advice of counsel), the Subcommittee and each member thereof, shall have no liability to any Member Participant with respect to such actions or directions.** The Subcommittee shall hold and control the attorney-client privilege for the Ad Hoc Committee and only the Subcommittee may waive such privilege in whole or in part upon an appropriate vote thereof. Without limiting the foregoing, the Subcommittee may enter into agreements with Bernstein Shur to modify the terms of this engagement letter, including, without limitation, any terms and conditions as to compensation. The initial Subcommittee shall consist of:

> James Young
>
> Robert Horne

The members of the initial Subcommittee may agree, by simple majority, to add up to but not more than five (5) additional members of the Subcommittee. In the event of resignation by any member of the Subcommittee, the remaining members of the Subcommittee may appoint a replacement by a simple majority vote and, in the event of a tie, Bernstein Shur shall determine the identity of the replacement member.

Bernstein Shur and Local Counsel will each establish a separate billing account for the matter noted above. Billing rates for Local Counsel will be at the standard rates for such firm; Local Counsel will be used as necessary under the local rules, but Bernstein Shur will undertake reasonable efforts to minimize expenditures for Local Counsel, and it is intended that all substantive work product will be originated by Bernstein Shur.



*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 4 of 6



Each proposed Member

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 5 of 6

Participant shall pay his or her share of the amount of the initial retainer contribution shown as agreed to with the Subcommittee.

A Participant can become a member of the Ad Hoc Committee only by signing a copy of this letter and sending the signed letter to the address noted above, and paying the amount of the contribution agreed to with the Subcommittee.

This representation is also subject to the standard Bernstein Shur terms and conditions attached hereto as **Exhibit A** (the "Bernstein Shur Standard Terms"), provided, however, that in the event of any conflict between this letter and such attached terms and conditions, this letter shall govern. As to Bernstein Shur, this engagement shall be governed by the Maine Bar Rules of Professional Conduct, including, without limitation, Rule 1.5(c). This representation – as it pertains to local counsel – is also further governed by the Local Counsel Letter.

If I have accurately set forth our understanding, and if the Ad Hoc Committee consents to our representation of the Ad Hoc Committee under the terms and conditions set forth above, please sign the copy of this letter enclosed and forward it to my attention. Please do not hesitate to contact us with questions or concerns regarding this letter, should you have any. We look forward to being of service to the Ad Hoc Committee in this regard.

Sincerely,

Robert J. Keach

RJK/alc

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
          James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
          Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**


By: _____
          Print Name:
          Participant in or Beneficiary of the Nortel Networks U.S. Deferred
          Compensation Plan

207 774-1200 main
207 774-1127 facsimile
bernsteinshur.com

# BERNSTEIN SHUR

100 Middle Street
PO Box 9729
Portland, ME 04104-5029

## COUNSELORS AT LAW

## STANDARD TERMS OF ENGAGEMENT FOR LEGAL SERVICES

This statement sets forth the standard terms of our engagement as your lawyers. Unless modified in writing by mutual agreement, these terms will be an integral part of our agreement with you. Therefore, we ask that you review this statement carefully and contact us promptly if you have any questions. We suggest that you retain this statement in your file.

### The Scope of Our Work

Any expressions on our part concerning the outcome of your legal matters are expressions of our best professional judgment, but are not guarantees. Such opinions are necessarily limited by our knowledge of the facts and are based on the state of the law at the time they are expressed.

The person or entity that we represent is the person or entity that is identified as the client in our engagement letter or on our billing statement and, unless otherwise agreed to, does not include any officers, directors, employees or affiliates of such person or entity (e.g., if you are a corporation, partnership or limited liability company, any parents, subsidiaries, employees, officers, directors, managers, shareholders, members or partners of the corporation or partnership, or commonly owned corporations or partnerships are not considered to be clients, unless otherwise expressly agreed to or unless those persons or entities are or have been our clients on other matters). For conflict of interest purposes, we may represent another client with interests adverse to any such affiliate without obtaining your consent.



### How Our Fees Will Be Set

Except where we have otherwise agreed, such as where we have a flat or minimum fee or a contingency fee arrangement, we bill on an hourly fee basis for our services. We will keep records of the time we devote to your work, including conferences, negotiations, factual and legal research and analysis, document preparation and revision, travel on your behalf, and other related matters. We record our time in units of tenths of an hour. The hourly rates of our lawyers and legal assistants have an important bearing on the fees we charge. These rates are generally adjusted annually and attorneys may have different hourly rates for different types of matters reflecting market factors or their level of expertise.

We are often requested to estimate the amount of fees and costs likely to be incurred in connection with a particular matter. Whenever possible, we will furnish such an estimate based upon our professional judgment, but absent agreement, such estimates are not a maximum or fixed-fee quotation. The ultimate cost frequently is more or less than the amount estimated. For certain well-defined services (such as, a simple business incorporation), we may quote a flat fee. In undertaking representation of a client with a personal injury or in specialized business transactions, we will, in appropriate circumstances, provide legal services on a contingent fee basis. Any such contingent fee arrangement must be reflected in a signed, written contingent fee agreement between us.

### Disbursements

We will usually charge clients for ancillary services provided such as messenger deliveries, expedited delivery services, travel costs, computerized research services, and

the use of our facsimile and photocopy machines. While our charges for these services

are measured by use, they do not always reflect our actual out-of-pocket costs. For many

of these items, the true cost of providing the service is difficult to establish. We would

be pleased to discuss the specific schedule of charges for these additional services with

you and to answer any questions that you may have. If you would prefer, in some

situations we can arrange for these ancillary services to be provided by third-parties with

direct billing to you.

   To keep costs down, we require that payment of third-party charges, including

costs for depositions, expert witnesses, appraisals and similar costs be paid by the client

directly to the vendor or services or that arrangement be made in advance for payment

by the client when engaged by us on your behalf.

### Advance Payments and Trust Deposits

   New clients of the firm are commonly asked to deposit an advance fee payment

with the firm. If you deposit an advance fee with us, you grant us a security interest in

that deposit. Unless otherwise agreed, the advance fee deposit will be credited from time

to time at our option toward your unpaid invoices. At the conclusion of our legal

representation or at such time as the deposit is unnecessary or is appropriately reduced,

the remaining balance or an appropriate part of it will be returned to you. If the advance

fee deposit proves insufficient to cover current anticipated expenses and fees, it may

have to be increased.

   Deposits that are received to cover specific items will be disbursed as provided

in our agreement with you, and you will be notified from time to time of the amounts

applied or withdrawn. Any amount remaining after disbursement will be returned to you.

Depending on the size of the advance fee payment, it may be deposited in the firm's account, an IOLTA account as described below, or a separate segregated account. If we think it is likely that the advance will be applied to legal services in the next month or two after it is received, the advance fee will go in the firm's account. If the advance fee is larger than that, and if it is not expected to earn a net return to you, taking into consideration the size and anticipated duration of the deposit and the costs of establishing a separate account, then we will place it in a pooled account known as an Interest on Lawyers Trust Account or "IOLTA" account. The IOLTA account is created by order of the Maine courts. By court rule, interest earned on the IOLTA account is payable to a charitable foundation established in accordance with the court's rule and used to fund legal service for the poor. Very large advance fee payments that are likely to earn a return will be placed by us in a segregated account for your benefit. Interest earned on any segregated trust account will be added to the deposit for your benefit and will be includable in your taxable income.

### Communication by E-mail

E-mail communication has proven to be a great benefit to most clients and we ordinarily communicate by unencrypted e-mail. However, we recognize that it is technologically possible to intercept unencrypted e-mail and that there is no guarantee that unencrypted e-mail will remain private. Although we routinely communicate with many clients using unencrypted e-mail, we do not do so if the client has any concerns or

January 17, 2011
Page 5 of 7

instructs us not to do so. Therefore, we ask that you consider this issue carefully and

advise us promptly if you do not wish to communicate by unencrypted e-mail.

### Termination/Withdrawal

Either party may terminate our representation at any time, with or without cause.

If such termination occurs, papers and property that you have provided to us will be

returned to you. Our own files pertaining to the case will be retained, subject to your

rights of access under applicable bar rules. Your termination of our services will not

affect your responsibility for payment of legal services rendered and additional charges

incurred before termination and in connection with an orderly transition of the matter.

We are subject to the codes of professional responsibility for the jurisdictions in

which we practice, which list several types of conduct or circumstances that require or

allow us to withdraw from representing a client, including for example: nonpayment of

fees or costs, misrepresentation or failure to disclose material facts, action contrary to

our advice, and conflict of interest with another client. We try to identify in advance and

discuss with our client any situation that may lead to our withdrawal and if withdrawal

ever becomes necessary we give the client written notice of our withdrawal.

### Billing Arrangements and Terms of Payments

Unless agreed otherwise, we will bill you on a regular basis, normally each

month, for both fees and disbursements. You agree to make payment within 30 days of

receiving our statement. Unpaid fees and disbursements accrue a late charge of 1 ½ %

per month from the beginning of the month in which they became overdue. (Where fees

and disbursements are regularly paid out of a retainer deposit, no interest will be

charged.) We will give you notice if your account becomes delinquent.  If the

January 17, 2011
Page 6 of 7

delinquency continues and you do not arrange satisfactory payment terms, we will

withdraw from the representation and pursue collection of your account. You agree to

pay the costs of collecting the debt, including court costs, filing fees and reasonable

attorneys' fees.

### File Retention of Completed Matters

When we complete a matter, it is our practice to retain the closed file in our

offsite storage facility for eight (8) years.  At the time the file is sent to storage, all

original documents in the file that belong to you such as your business or personal

records, signed originals of contracts or transactional documents will be returned to you.

You will be notified that the file is being closed and will be asked to tell us whether you

wish to have the file destroyed or returned to you at the end of the storage period.  If you

ask us to return the file, you will also be asked to keep us informed of any changes in

your address so that we can be in touch with you when the storage period comes to an

end.

### Arbitration

If you disagree with the amount of our fee, please take up the question with your

principal attorney contact or with the firm's managing partner. Typically, such

disagreements are resolved to the satisfaction of both sides with little inconvenience or

formality.  In the event of a fee dispute that is not readily resolved, you shall have the

right to submit the fee dispute to arbitration under the Maine Code of Professional

Responsibility.  Any fee dispute that you do not submit to arbitration under the Maine

Code of Professional Responsibility, and any other dispute that arises out of or relates to

this agreement or the services provided by the law firm shall also, at the election of

either party, be subject to binding arbitration. Either party may request such arbitration by sending a written demand for arbitration to the other. If a demand for arbitration is made, you and the firm shall attempt to agree on the arbitrators. If no agreement can be reached within 30 days of the receipt of the demand, the party demanding arbitration may designate an arbitrator by sending a written notice to the other party. Within two weeks of that initial designation, the other party shall designate an arbitrator in writing. Thereafter, those two designated arbitrators shall meet promptly to select a third arbitrator. The arbitrators shall conduct the arbitration proceedings according to the procedures under the commercial arbitration rules of the American Arbitration Association and shall hold the arbitration hearing in Maine. The arbitrators shall be bound by and follow applicable Maine substantive rules of law as if the matter were tried in court. Either party shall have the right to appeal a decision of the arbitrators on the grounds that the arbitrators failed to properly apply applicable law.

In the event that a dispute between us ends up in court, both parties agree that it shall be tried exclusively in a court in Maine.

## CERTIFICATE OF SERVICE

I, Bonnie Glantz Fatell, hereby certify that on March 2, 2011, I caused service of the

attached **Verified Statement of Blank Rome LLP and Bernstein, Shur, Sawyer & Nelson,**

**P.A. Pursuant to Bankruptcy Rule 2019** to be made on the parties listed below in the manner

indicated.

<table>
<tr><td>

**VIA HAND DELIVERY**

*(United States Trustee)*
Thomas P. Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801


*(Counsel for Debtors)*
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347


*(Counsel for Official Committee of
Unsecured Creditors)*
Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

</td><td>

**VIA FIRST CLASS MAIL**

*(Debtors)*
Allen K. Stout
Nortel Networks Inc
220 Athens Way, Suite 300
Nashville, TN 37228-1304


*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006


*(Counsel for Official Committee of
Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

</td></tr>
</table>

/s/ *Bonnie Glantz Fatell*
**Bonnie Glantz Fatell**