# EXHIBIT 2

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    David R. Adams
        Print Name:
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
Print Name: GORDON ADAMYK
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Ad Hoc Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

Ad Hoc Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: JAY WALTER ALLAN
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: *[signature]*
Print Name: ERIC BADOWSKI
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
      Print Name: DARNELL D BARBER-MAYE
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:   KALYAN K. BASU
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:   FRANK BAYNO _____
      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:   _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:   _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:   _____
      Print Name: Jack K. BorchGREVINK
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

[Redacted]

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

SEEN AND AGREED TO:

By: _____
    (Print Name: ELLEN BOVARNICK
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
   James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
   Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: STEPHEN M. BRIDGES
   Print Name:
   Participant in or Beneficiary of the Nortel Networks U.S. Deferred
   Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

   James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

   Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    *Kollen Kal Brower*

   Print Name:
   Participant in or Beneficiary of the Nortel Networks U.S. Deferred
   Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: ELIAS CAGIANNOS
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
　　　James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
　　　Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
　　　Print Name:
　　　Participant in or Beneficiary of the Nortel Networks U.S. Deferred
　　　Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____
       Print Name:    */eren  Cassidy*
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:   _____
   James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:   _____
   Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:   _____   2-24-11
   Print Name: _____
   Participant in or Beneficiary of the Nortel Networks U.S. Deferred
   Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
Print Name: Andrew B. Chetton
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    MANMOHAN S. CHIMA

      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:

Print Name: L. J. CICCARELLI

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: Douglas G. Clark
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan



*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:  _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  *Kathryn Lee Clark-Sellers* , KMSellers

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

## SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

## SEEN AND AGREED TO:

By: _____

Print Name: *EGBERT CLARKE*
Participant in or Beneficiary of the Nortel Networks U.S. Deferred Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:     _____

        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:     _____

        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:     _____

        Print Name: Debra K. Coleman
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: *Mark W. Conroy*
    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *NIEL A. COVEY*
    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:   Boyce Harry Creamer Jr
      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    _____
       Print Name: *CHARLA CRISLER*
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____

       Print Name:  BARRY D'AMOUR
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

Redacted

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO,**

By: _____ 02/25/2011    PRABIR DAS

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

New  Address                          Old  Address

Redacted

Redacted

Ad Hoc Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

Ad Hoc Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
      Print Name: MOHAN R. DATTATREYA
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

      4/4/2011

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    *David Dautenhahn*

       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: Patrick A. Davis
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: James D Decker III
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    *Jeff Deween*
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____

    Print Name:   LUC  DHONDT
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____
    James Young, *AS DULY AUTHORIZED BY THE SUBCOMMITTEE*

By: _____
    Robert Horne, *AS DULY AUTHORIZED BY THE SUBCOMMITTEE*

**SEEN AND AGREED TO:**

By: _____
    Print Name: _____
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**                                  03/28/11

By: _____
Print Name:    RANDY DODD
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    _____
       Print Name:  ENIS ERKEL
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
        Robert Home, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

SEEN AND AGREED TO:

By: _____
        Print Name: Greg Farmer
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: PETER FORRANTO 3/18/11

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____
       Print Name:  RUTH  G.  FAX
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

January 17, 2011
Page 7 of 7

either party, be subject to binding arbitration. Either party may request such arbitration by sending a written demand for arbitration to the other. If a demand for arbitration is made, you and the firm shall attempt to agree on the arbitrators. If no agreement can be reached within 30 days of the receipt of the demand, the party demanding arbitration may designate an arbitrator by sending a written notice to the other party. Within two weeks of that initial designation, the other party shall designate an arbitrator in writing. Thereafter, those two designated arbitrators shall meet promptly to select a third arbitrator. The arbitrators shall conduct the arbitration proceedings according to the procedures under the commercial arbitration rules of the American Arbitration Association and shall hold the arbitration hearing in Maine. The arbitrators shall be bound by and follow applicable Maine substantive rules of law as if the matter were tried in court. Either party shall have the right to appeal a decision of the arbitrators on the grounds that the arbitrators failed to properly apply applicable law.

In the event that a dispute between us ends up in court, both parties agree that it shall be tried exclusively in a court in Maine.

*[signature]*   MARCH 6 2011

Redacted

**F A X** • • • •

Donald Fedyk

Redacted

| To: | |
|---|---|
| Fax number: | Redacted |

From:        Donald Fedyk
Fax number:
Business phone:
Home phone:    Redacted

Date & Time:    3/6/2011 10:23:47 AM
Pages:        15
Re:        Ad Hoc Committee of Participants in the Nortel Networks U.S. Deferred
        Compensation Plan

Joining Group

Redacted

-----Original Message-----
From: Don Fedyk
Sent: Sunday, March 06, 2011 10:44 AM
To: charla. Redacted net; jimyoung Redacted ahoo.com; Redacted
Subject: Ad Hoc Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

Hi

Redacted

Regards,
Don

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
       Print Name: MARA E. FOULOIS
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: *MAURICE J. FRADETTE*
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____

    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: RONALD J FRYDACH

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 14, 2011
Page 6 of 6


**SEEN AND AGREED TO:**

By: _Frank Garbis_    FRANK GARBIS
      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____N. GARITO____3/24/11____

       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:  Kevin T Garnica , Kevin T. Garnica
        Print Name:
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Robert M. Graham*
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: DAVID   GRANT
Print Name: _____
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:     _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:     _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:     *Carroll Gray-Preston*
        Print Name:
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
       Print Name: *Kenneth Gretck*
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: CHANDRAKANT  V.  GUNDECHA   (CHAND GUNDECHA)
    _____
    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

Redacted

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: MORRIS GUREVITCH
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____    2/24/11
Print Name: *Levor Ihdosian*
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: *Mark J. Hamilton*
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
      Print Name:     JOHN MARX HEARN
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:     _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:     _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:     _____ 2/24/2011
      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____  2/25/2011

     Print Name: DAVID HILBIG
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
　　　James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
　　　Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
　　　Print Name: Steve Hope
　　　Participant in or Beneficiary of the Nortel Networks U.S. Deferred
　　　Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____

      Print Name: _____
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:             _____
                James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:             _____
                Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:        GREGORY HOY       2/24/2011
             Print Name:
             Participant in or Beneficiary of the Nortel Networks U.S. Deferred
             Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:      _____
          James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:      _____
          Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:      _____     *March 6 / 2011*
          Print Name:  *Vince  Iacoviello*
          Participant in or Beneficiary of the Nortel Networks U.S. Deferred
          Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
  James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
  Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

SEEN AND AGREED TO:

By: _____
  Print Name: TAREK F. IBRAHIM
  Participant in or Beneficiary of the Nortel Networks U.S. Deferred
  Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____Ron Isom_____ _____ 4/1/2011
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
        Print Name: MARK R JANIS
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: Kenneth Johnson
_____
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *John Kalfa*
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:     V. KAPIL
        Print Name:
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: ROB KEATES
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    Susan M. Keegan
        Print Name:
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: BAKUL KHANNA

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan