*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Paul Knudsen*
      Print Name: PAUL KNUDSEN
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    _David H.S. Ko_    (DAVID H.S. KO)    Dec 1, 2011.

     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
        Print Name: EDWIN C. KOEHLER JR.
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  BART  KOHNHORST
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: 

Print Name: GARY E. KUTAC
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

    Print Name: RICHARD M. LACERTE
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____
       Print Name: CESAR A. LAFAURIC
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    *Gregory S. Lagios*
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
          James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
          Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
          Print Name: *LEE J. LASKIN*
          Participant in or Beneficiary of the Nortel Networks U.S. Deferred
          Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
      Print Name: STEPHEN LAU
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____TAL LAVIAN_____ 2/24/2011
    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: *Jerry Layne*  JERRY LAYNE

Participant in or Beneficiary of the Nortel Networks U.S. Deferred Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    M. Anthony Leger
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____   3/12/2011

Print Name: IVO A. LEKICH
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *BRIAN A. LEONARD*
        Print Name:
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: Patrick Lewis
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name:        Yuan-Hao Lin
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

## SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

## SEEN AND AGREED TO:

By: _____

Print Name: DAVID J. LONGAKER
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    *John A Lowe*
     Print Name: JOHN A LOWE
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

     Print Name:  P. MACKINNON
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
    Print Name: PETER J MACLAREN
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Mark Malzahn*
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    *Rajpriya (Priya) Marsonia*

       Print Name:  *Rajpriya  Marsonia*
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____

      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Jenifer Maryak*
      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

SEEN AND AGREED TO:

By: _____    12/20/2011
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

JENNIFER MAY

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:   *Robert A. McCabe*

       Print Name: *Robert A. McCabe*

       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *GILLIAN McCOLGAN*
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

SEEN AND AGREED TO:

By: _____
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan.

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: LORI MCLEAN
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: James C. MERCURE
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:** *Clyde E. Miller*

By: CLYDE E. MILLER
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:      _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:      _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:   *Dennis J. missini*
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Lawrence S Molina Jr*

Print Name: Lawrence S. Molina Jr

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan



*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:   DAN MONDOR
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *GEORGE GEMMELL MONTGOMERY*
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: *Robert J. Moseley*
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: DAVID H. MURASHIGE

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensatio
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  PETER MURPHY

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name:  EDWARD  NATIUK
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____

       Print Name: Ana Ray
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _John F ORBE_____
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    Brian E Page        Brian Page
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
      Print Name:  CAROLYN PALMER
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    Basil  Papantonis                              3/2/2011

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:  _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  _____
Print Name:  Timothy Jon Parker
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    _____
       Print Name:    ANTHONY D. Perez
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    TIMOTHY R. PILLOW

      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

2/26/2011

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: *MARK T. RACZYNSKI*
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By:  _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  _____
Print Name: Edmund A (Tony) Rawbolt
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

SEEN AND AGREED TO:

By: *Cecil D Raynor*
Print Name: CECIL D. RAYNOR
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:  _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  _____
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____

        Print Name:  Bryan  Ritchie
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Richard M. Rose*

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *JOHN P. RYAN JR   3/8/2011   John P. Ryan*
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _CYNTHIA A. SCHMIDT_
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred      2/24/11
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:
      Print Name: JONATHAN SCHMIDT
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____

     Print Name:  *Bruce Schofield*
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____

     Print Name: Harold E Seaman
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: STEVEN SEARLES
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

        Print Name:   John D Seligson

        Participant in or Beneficiary of the Nortel Networks U.S. Deferred

John Seligson

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
      Print Name:    JAG MOHAN SHARMA
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: PRAVEEN SHEKOKAR
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:  _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  _____
     Print Name: FRANK J. SHEPHERD
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
          James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
          Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    _____
          Print Name:  MITCHELL SIM COLE
          Participant in or Beneficiary of the Nortel Networks U.S. Deferred
          Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: THOMAS P. SKIDMORE
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Detlef Soberay*
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    ALAN G. SOWARDS
        Print Name:
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____Mark A. Stukel_____
    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Moses Sun*
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Andrew Sutcliff*   ANDREW SUTCLIFFE   March 4/201
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _SEMRA TARIQ S'TARIQ_____
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

     Print Name: Armando Tello
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____

      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____ JEFF TOWNLEY / *Jeff Townley* _____
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: MARGARET TURNER.
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____

Print Name:  CIRIACO VALDEZ, JR
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____    JOHN W. VALENTINE
        Print Name:
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By:  _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  *Ben M. Warren*

Print Name: BEN M. WARREN

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:      _____
         James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:      _____
         Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:      _____
         Print Name: DIDIER WERKOFF     2/24/2011
         Participant in or Beneficiary of the Nortel Networks U.S. Deferred
         Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:   _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:   _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:   _____
      Print Name: MICHAEL S. WHITEHURST
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: *Reginald Wilcox*
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Nora E. Winje*
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Wing Victor Wong*
Print Name: WING VICTOR WONG
Participant in or Beneficiary of the Nortel Networks U.S. Deferred Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:

Print Name: PAUL WOODRUFF

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: MENG F. YEE (Feb 26/2011)
     Print Name: Dade
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

ROBERT YOUNG

Redacted