# EXHIBIT 4

| | |
|---|---|
| **From:** | ExNortel DCP Ad Hoc Subcommitte |
| **To:** | Mark Raczynski |
| **Subject:** | Re: Nortel DCP - Recent Developments |
| **Date:** | Sunday, June 24, 2012 3:02:27 PM |

Mark,

I also got my copy on Friday. However, this is NOT a settlement offer, but notice of a motion asking for the court's permission to negotiate with each person individually to provide an "approved" claim in the amount of our balances as of the petition date (Jan. 2009)- a questionable tactic that violates the rules of ethics.

The steering committee had a call with our attorneys late Friday so that they could tell us of this filing by Nortel - they're in the process of putting together an update for me to send out sometime Monday.

It is my personal opinion that Nortel is using this motion as an attempt to divide the group. I'll let our attorney's update speak to what the motion means and whether or not we need to respond individually.

Best regards,
Charla Crisler

---

**From:** Mark Raczynski <raczynski@yahoo.com>
**To:** ExNortel DCP Ad Hoc Subcommitte <norteldcp@att.net>; NORTEL DCP <norteldcp@yahoo.com>
**Sent:** Fri, June 22, 2012 12:29:11 PM
**Subject:** Re: Nortel DCP - Recent Developments

I just got a settlement notice from Epiq that apparently outlines a 100% settlement offer.

Is this accurate?

| | |
|---|---|
| **From:** | ExNortel DCP Ad Hoc Subcommitte |
| **To:** | Randy Dodd |
| **Subject:** | Re: Docket 7876 |
| **Date:** | Sunday, June 24, 2012 3:30:41 PM |

Randy,

The steering committee had a brief call with the attorneys late Friday to let us know that this motion had been filed. They are putting together an update for us that will address this motion and whether or not we need to respond individually. I hope to send it out sometime Monday.

If you'll read the motion carefully, it is not an offer to pay 100% of the claim amount - only an offer to grant an "approved" unsecured claim in the amount of 100% as of the bankruptcy date filing. That only means that the claims would not be contested - you would have to wait for the bankruptcy settlement to receive distribution (still could be a couple of years away), and the distribution would be at whatever percentage unsecured claims are paid - it might be 100% of the claim amount, but it could be less. That percentage cannot even begin to be determined until after the current mediation concerning the allocation of assets between the US, Canada and EMEA is settled.

It is my personal opinion that Nortel is using this motion as an attempt to divide the group. I'll let our attorney's update speak to what the motion means and whether or not we need to respond individually.

Hope that helps,

Charla Crisler

---

**From:** Randy Dodd <rkdodd56@gmail.com>
**To:** norteldcp@att.net
**Sent:** Thu, June 21, 2012 5:26:22 PM
**Subject:** Docket 7876

As I'm sure you are aware Docket 7876 was filed with the court regarding Ex Comp payment terms. If approved they will be paid out at 100% as of the bankruptcy date Nortel filed. Please advise status of the Ad Hoc groups lawyers activities and what if anything is happening. It would appear to me that the Ad Hoc groups lawyers petitions ect are getting in the way of the these funds being paid out and I see no upside going forward. Please reply with your thoughts.

      Randy Dodd

| | |
|---|---|
| **From:** | ExNortel DCP Ad Hoc Subcommitte |
| **To:** | walter allan |
| **Subject:** | Re: Nortel DCP - Recent Developments |
| **Date:** | Sunday, June 24, 2012 2:57:24 PM |

Walter,

The steering committee had a call with our attorneys late Friday so that they could tell us of this filing by Nortel - they're in the process of putting together an update for me to send out sometime Monday.

I also got my copy on Friday - if you read the filing carefully, Nortel is asking for permission to negotiate with each person individually - a questionable tactic that violates the rules of ethics.

There has been no decision made on the motion you received in the mail - this motion is scheduled to be heard at 10:00 AM ET on July 11th. The included Exhibit A that seems to indicate the judge's approval is not signed or dated - just prepared in hopes that the judge will approve it as written.

It is my personal opinion that Nortel is using this motion as an attempt to divide the group. I'll let our attorney's update speak to what the motion means and whether or not we need to respond individually.

Best regards,
Charla Crisler

---

**From:** walter allan <wallan4313@yahoo.com>
**To:** ExNortel DCP Ad Hoc Subcommitte <norteldcp@att.net>
**Sent:** Sun, June 24, 2012 9:16:06 AM
**Subject:** Re: Nortel DCP - Recent Developments

I just recieved a notice of debtors motion approving settlement procedures on the Deferreed Compensation Plan. It is a lengthy document and written in incomprehensible legalese, however it seems that a judge has made a decision affecting our claim. Can you please let me know what it means and how it affects our claim? What is our legal counsel saying / doing about this?

Thanks,
Walter