## CERTIFICATE OF SERVICE

I, Victoria A. Guilfoyle, certify that I am not less than 18 years of age, and that service of the **OBJECTION OF ROBERT HORNE, MASON JAMES YOUNG, ELLEN BOVARNICK, CHARLA CRISLER, BART KOHNHORST, BRIAN PAGE, BENJAMIN WARREN, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT PROCEDURES TO RESOLVE CLAIMS OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN** was caused to be made on July 3, 2012 in the manner indicated upon the parties identified below.

Date:   July 3, 2012                                 */s/ Victoria A. Guilfoyle*
                                                      Victoria A. Guilfoyle (No. 5183)

**Via Hand Delivery and Email**

Derek C. Abbot, Esq.                          Thomas P. Tinker, Esq.
(dabbott@mnat.com)                            (Thomas.p.tinker@usdoj.gov)
Eric D. Schwartz, Esq.                         Office of the United States Trustee
(eschwartz@mnat.com)                          844 King Street
Ann C. Cordo, Esq.                            Suite 2207 Lockbox 35
(acordo@mnat.com)                             Wilmington, DE 19801-3519
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801


**Via First Class Mail and Email**

James L. Bromley, Esq.
(jbromley@cgsh.com)
Lisa M. Schweitzer, Esq.
(lschweitzer@cgsh.com)
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006