July 2, 2012

To:
Clerk of the United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Subject:   Case No. 09-10138 (KG)
           Notice of Debtors' Motion for Entry of an Order Approving Settlement Procedures to Resolve Claims of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan

Dear Sir:

This is with reference to the Notice of Debtors' Motion for Entry of an Order Approving Settlement Procedures to Resolve Claims of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan which was sent to me by Epiq Bankruptcy Solutions, LLC, I would like **to object to the procedures described in the document and would like my objection to be registered.** The procedure and the petition date proposed in the notice in my opinion is clearly unfair to the beneficiaries and is not consistent with business practices.

Sincerely Yours

S. Lakshmin

Sankaran Lakshminarayan
9815 Autry Falls Drive
Alpharetta, GA 30022