# CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Reply in Further Support of their Objection to the Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund, and Motion for an Order Requiring a More Definite Statement of Claim** was caused to be made on July 6, 2012, in the manner indicated upon the entities identified below.

Date: July 6, 2012  
Wilmington, DE

*/s/ Tamara K. Minott*  
Tamara K. Minott (No. 5643)

**Via Hand Delivery**

Thomas P. Tinker, Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207 Lockbox 35  
Wilmington, DE 19801-3519

Laura Davis Jones, Esq.  
Timothy P. Cairns, Esq.  
Pachulski Stang Ziehl & Jones LLP  
919 N. Market Street  
17th Floor  
Wilmington, DE 19899-8705

Mary F. Caloway, Esq.  
Buchanan Ingersoll & Rooney  
1105 N. Market Street  
Suite 1900  
Wilmington, DE 19801-1228

Mark D. Collins, Esq.  
Christopher M. Samis, Esq.  
Drew G. Sloan, Esq.  
Richards Layton & Finger  
One Rodney Square  
920 N King Street  
Wilmington, DE 19801

Edwin J. Harron, Esq.  
Young Conaway Stargatt & Taylor LLP  
1000 North King Street  
Wilmington, DE 19801

**Via Hand Delivery and Email**

Charlene D. Davis, Esq.  
(cdavis@bayardlaw.com)  
Justin R. Alberto, Esq.  
(jalberto@bayardlaw.com)  
Bayard, P.A.  
222 Delaware Ave.  
Suite 900  
Wilmington, DE 19899

**Via Overnight Mail**

Ken Coleman, Esq.  
Lisa J.P. Kraidin, Esq.  
Allen & Overy LLP  
1221 Avenue of the Americas  
20th Floor  
New York, NY 10020

Fred S. Hodara, Esq.  
Ryan C. Jacobs, Esq.  
David H. Botter, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036

Thomas R. Kreller, Esq.
MILBANK, TWEED, HADLEY &
MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Derek J.T. Adler, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482

Amit Kurlekar, Esq.
Akin Gump Strauss Hauer & Feld LLP
580 California St.
San Francisco, CA 94104

**<u>Via Overnight Mail and Email</u>**

Marc Abrams, Esq.
(mabrams@willkie.com)
Brian O'Connor, Esq.
(bo'connor@willkie.com)
Sameer Advani, Esq.
(sadvani@willkie.com)
Willkie Farr & Gallagher LLP
787 Seventh Ave.
New York, NY 10019

6032501