**EXHIBIT A**

| From: | Robert J Ryan |
|---|---|
| To: | |
| Subject: | |
| Date: | 07/06/2012 10:14 AM |

Message from "DEBdb_ECF_Reply@deb.uscourts.gov" <DEBdb_ECF_Reply@deb.uscourts.gov> on Wed, 20 -----
----- Jun 2012 17:47:22 +0000

**:To**          <dummail@deb.uscourts.gov" <dummail@deb.uscourts.gov"

**:Subject**          (Ch-11 09-10138-KG Nortel Networks In Motion to Approve (B

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Ann C. Cordo entered on 6/20/2012 at 1:47 PM EDT and filed on 6/20/2012

| **Case Name:** | Nortel Networks Inc., et al |
|---|---|
| **Case Number:** | 09-10138-KG |
| **Document Number:** | 7876 |

**Docket Text:**
Motion to Approve *Settlement Procedures to Resolve Claims of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan* Filed by Nortel Networks Inc., et al.. Hearing scheduled for 7/11/2012 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 7/3/2012. (Attachments: # (1) Notice # (2) Exhibit A) (Cordo, Ann)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**X:\63989\062012 - Deferred Comp Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/20/2012] [FileNumber=10880979-0
] [3aaa72c7aa996d25fece173757204c5dbcdd20d1c0b82bb1f49540b1f3ddf3004e3
3c4ea7ff9eecac1ba2f18694895c20c808a28b8c3faf454ac611b6f8b8dfc]]
**Document description:**Notice
**Original filename:**062012 notice of motion re deferred comp.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/20/2012] [FileNumber=10880979-1
] [15a6f1ea766118788068770386027 4feb61d19c54ea55641de75b826f2feed2dcaa
ce45d7cfe85e125250f83121ec7b5ea0fe9ccc5850fcbc8a7f686a0e9cdbe]]
**Document description:**Exhibit A
**Original filename:**062012 ex a Deferred Comp Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/20/2012] [FileNumber=10880979-2
] [56efb6b0e1b7afe33a0085732dec6e1cf948bf3aa00fed7807096704ebc585ef73e
0e9b78898925a7c7386e1f96498398996e76c7e5cf1448fca3798541fa998]]

**09-10138-KG Notice will be electronically mailed to:**

Christopher Page

csimon@crosslaw.com

Ira M.
ilevee@lowenstein.com, krosen@lowenstein.com

Kenneth E. Aaron on behalf of Defendant Devoteam Danet GmbH
DE_BANKRUPTCY@weirpartners.com, smazur@weirpartners.com

Derek C. Abbott on behalf of Debtor Nortel Networks (CALA) Inc.
dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com

David G. Aelvoet on behalf of Creditor Bexar County
davida@publicans.com

Justin R. Alberto on behalf of Interested Party Nortel Networks UK Pension Trust Limited & The Board of the Pension
Protection Fund
jalberto@bayardlaw.com,
bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

Gayle H. Allen on behalf of Creditor Bell Aliant Regional Communications Limited
gallen@verilldana.com, rmoon@verilldana.com;dkariotis@verilldana.com

Elihu Ezekiel Allinson, III on behalf of Creditor Motorola Solutions, Inc., formerly Motorola, Inc.
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

Christopher M. Alston on behalf of Creditor Tower 333 LLC
alstc@foster.com, ristj@foster.com

Jonathan B. Alter on behalf of Creditor The Bermuda Telephone Company Limited
jonathan.alter@bingham.com

Patricia Antonelli on behalf of Interested Party Annabelle W. Caffry and Susannah C. Lund, Trustees of the John W. Caffry
Family Trust
pa@psh.com

John M. August on behalf of Defendant Queens Ballpark Company, L.L.C.
jaugust@saiber.com, sarah@saiber.com

Mary E. Augustine on behalf of Creditor SNMP Research International, Inc.
maugustine@bglawde.com

Mary E. Augustine on behalf of Creditor SNMP Research International, Inc.
maugustine@bglawde.com

Matthew P. Austria on behalf of Defendant Bick Group, Inc.
maustria@werbsullivan.com

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com

Elizabeth Banda Calvo on behalf of Creditor Grapevine-Colleyville ISD, City of Grapevine
rgleason@pbfcm.com, ebcalvo@pbfcm.com

Richard Michael Beck on behalf of Defendant Manning Global, Inc.
rbeck@klehr.com, lstanton@klehr.com

Jane A Bee on behalf of Creditor Robert Horne, James Young & the Ad Hoc Group of Beneficiaries of the Nortel Networks
U.S. Deferrred Compensation Plan
bee@blankrome.com

Richard J. Bernard on behalf of Creditor Deerfield Investments, Ltd.
rbernard@foley.com

Sanjay Bhatnagar on behalf of Creditor Eltek Valere U.S. Inc.
bankruptcy@coleschotz.com, sbhatnagar@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com

Karen C Bifferato on behalf of Defendant Acme Packet, Inc.

kbifferato@cblh.com

Ian Connor Bifferato on behalf of Interested Party Gores & Siemens Enterprise Network
cbifferato@bifferato.com

William Pierce Bowden on behalf of Creditor AT&T
wbowden@ashby-geddes.com

Patrick M. Brannigan on behalf of Financial Advisor Jefferies & Company, Inc.
pbrannigan@crosslaw.com

James L. Bromley on behalf of Debtor Nortel Networks Inc., et al.
jbromley@cgsh.com, maofiling@cgsh.com

Charles J. Brown on behalf of Attorney Archer & Greiner, P.C.
cbrown@archerlaw.com, dabernathy@archerlaw.com

Scott K. Brown on behalf of Creditor The Prudential Insurance Company of America
sbrown@lrlaw.com, cscruggs@lrlaw.com;sfreeman@LRLaw.com

Stuart M. Brown on behalf of Interested Party Avanex Corporation
stuart.brown@dlapiper.com

Theresa Vesper Brown-Edwards on behalf of Creditor NeoPhotonics Corporation
bankruptcy@potteranderson.com

Mark Browning on behalf of Creditor Texas Comptroller of Public Accounts
BK-MBROWNING@OAG.STATE.TX.US, SHERRI.SIMPSON@OAG.STATE.TX.US

Kate R. Buck on behalf of Creditor Committee Official Committee of Retirees
kbuck@mccarter.com

Deborah M. Buell on behalf of Plaintiff Nortel Networks (CALA) Inc.
maofiling@cgsh.com

William J. Burnett on behalf of Creditor American Express Travel Related Services Company, Inc.
william.burnett@flastergreenberg.com

Mary Caloway on behalf of Debtor Canadian Nortel Debtors
mary.caloway@bipc.com

Kevin M. Capuzzi on behalf of Defendant Actuate Corporation
kcapuzzi@phw-law.com

Jeffrey M. Carbino on behalf of Defendant BWCS, Ltd.
jeffreycarbino@gmail.com

James C. Carignan on behalf of Defendant Right Management Inc.
carignaj@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com

James S. Carr on behalf of Creditor Cypress Communications, Inc.
KDWBankruptcyDepartment@kelleydrye.com

Schuyler G. Carroll on behalf of Creditor SNMP Research International, Inc.
scarroll@perkinscoie.com, DocketNYC@perkinscoie.com

Christopher Joseph Caruso on behalf of Creditor Amphenol Corporation
ccaruso@mosessinger.com,
dkick@mosessinger.com,managingclerks@mosessinger.com,kkolbig@mosessinger.com,akolod@mosessinger.com

Ayesha Chacko Bennett on behalf of Defendant Anixter Inc.
abennett@camlev.com

William E. Chipman on behalf of Interested Party Avanex Corporation
chipman@ccbllp.com, bankruptcyservice@ccbllp.com;dero@ccbllp.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.

schristianson@buchalter.com, cmcintire@buchalter.com

Anthony W. Clark on behalf of Counter-Claimant Communications Test Design, Inc.
, debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com

Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com, bjtobin@vorys.com

Howard A. Cohen on behalf of Defendant SCI Brockville Corp. d/b/a BreconRidge Corporation
howard.cohen@dbr.com

Kevin G. Collins on behalf of Attorney Bifferato LLC
kevin.collins@btlaw.com

Colm F. Connolly on behalf of Defendant Cognizant Technology Solutions US Corporation,
cconnolly@morganlewis.com, lgibson@morganlewis.com

Ann C. Cordo on behalf of Accountant Huron Consulting Group
acordo@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com

Ann C. Cordo on behalf of Plaintiff Nortel Networks, Inc.
acordo@mnat.com, aconway@mnat.com;ecampbell@mnat.com

Patrick M. Costello on behalf of Creditor Polycom, Inc.
pcostello@bbslaw.com, clee@vectislawgroup.com

David N Crapo on behalf of Interested Party Hewlett-Packard Financial Services, Inc.
dcrapo@gibbonslaw.com

Brian C Crawford on behalf of Defendant Avotus Corporation
Brian@TrustWilliams.com

Donna L. Culver on behalf of Plaintiff Nortel Networks (CALA) Inc.
, aconway@mnat.com;jhouser@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks (CALA) Inc.
dculver@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks (CALA) Inc.
dculver@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks (CALA) Inc.
dculver@mnat.com, aconway@mnat.com;jhouser@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks (CALA) Inc.
dculver@mnat.com, mdecarli@mnat.com;jhouser@mnat.com;aconway@mnat.com;rfusco@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks Inc.
dculver@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks Inc.
, mdecarli@mnat.com;jhouser@mnat.com;aconway@mnat.com;rfusco@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks, Inc.
dculver@mnat.com

Michael Joseph Custer on behalf of Attorney Pepper Hamilton LLP
custerm@pepperlaw.com, wlbank@pepperlaw.com

Michael Joseph Custer on behalf of Interested Party Avaya Inc.
custerm@pepperlaw.com, wlbank@pepperlaw.com

Tobey M. Daluz on behalf of Creditor Westchester Fire Insurance Company and ACE USA
daluzt@ballardspahr.com

Johnna M. Darby on behalf of Creditor Janet Bass
jmd@darbylawllc.com

Charlene D. Davis on behalf of Interested Party Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund
bankserve@bayardlaw.com,
cdavis@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com

Michael David Debaecke on behalf of Defendant Cable News Network, Inc. Time, Inc., Turner Broadcasting Sales
debaecke@blankrome.com

John D. Demmy on behalf of Creditor Colonial Gas Company d/b/a National Grid
jdd@stevenslee.com

Stephen Kent Dexter on behalf of Creditor TEKsystems, Inc.
sdexter@lathropgage.com, chuffman@lathropgage.com

Allison M. Dietz on behalf of Defendant State of Michigan Department of Treasury
dietza@michigan.gov

Drew M. Dillworth on behalf of Creditor Telefonica Internacional, S.A.U.
ddillworth@stearnsweaver.com, cgraver@stearnsweaver.com;marocha@stearnsweaver.com;mmesones-mori@stearnsweaver.com

Karen B. Dine on behalf of Defendant AMCC Sales Corporation
karen.dine@pillsburylaw.com, karen.dine@pillsburylaw.com

Heather L. Donald on behalf of Defendant State of Michigan Department of Treasury
donaldh@michigan.gov

Jennifer V. Doran on behalf of Creditor Technology Park X Limited Partnership
jdoran@haslaw.com, calirm@haslaw.com

Amish R. Doshi on behalf of Creditor Oracle America, Inc.
adoshi@magnozzikye.com

Kristi J. Doughty on behalf of Creditor Bank of the West
bk.service@aulgur.com

Thomas F. Driscoll on behalf of Attorney Morris, Nichols, Arsht & Tunnell LLP
tdriscoll@mnat.com

Peter James Duhig on behalf of Foreign Representative Allen & Overy LLP,
peter.duhig@bipc.com

Justin K. Edelson on behalf of Attorney Polsinelli Shughart PC
jedelson@polsinelli.com, LSuprum@Polsinelli.com

Devon J. Eggert on behalf of Other Prof. Mercer (US) Inc.
deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Weston T. Eguchi on behalf of Creditor ABN AMRO Bank N.V.
weguchi@willkie.com

Landon Ellis on behalf of Interested Party ASM Capital, ASM Capital L.P., ASM Capital III, L.P. and ASM Offshore Limited
ellis@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;dellose@lrclaw.com;rogers@lrclaw.com

Michael E. Emrich on behalf of Creditor Riverside Claims, LLC.
notice@regencap.com

Epiq Bankruptcy Solutions LLC
nmrodriguez@epiqsystems.com

Scott L. Esbin on behalf of Creditor Monarch Master Funding Ltd
mchappell@esbinalter.com

Nancy G. Everett on behalf of Debtor Nortel Networks Inc., et al.
neverett@winston.com, ecf_bank@winston.com

Justin Cory Falgowski on behalf of Creditor Qwest Services Corporation
jfalgowski@reedsmith.com, jfalgowski@reedsmith.com

Brett D. Fallon on behalf of Creditor Andrew, LLC
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Brian E Farnan on behalf of Defendant TTI Team Telecom International Inc.
bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Bonnie Glantz Fatell on behalf of Other Prof. Robert Horne, James Young, and The Ad Hoc Group of Beneficiaries
fatell@blankrome.com, senese@blankrome.com;moody@blankrome.com

Joe M. Fears on behalf of Interested Party Xeta Technologies, Inc.
jfears@barberbartz.com

Mark E. Felger on behalf of Interested Party MatlinPatterson Global Advisers LLC
mfelger@cozen.com, mmillis@cozen.com

Chad A. Fights on behalf of Debtor Nortel Networks Inc., et al.
cfights@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com

Chad A. Fights on behalf of Plaintiff Nortel Networks Inc.
, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com

John V. Fiorella on behalf of Creditor Automotive Rentals, Inc.
jfiorella@archerlaw.com, mfriedman@archerlaw.com;adavid@archerlaw.com

David M. Fournier on behalf of Interested Party Hitachi, Ltd.
fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com

Mark E. Freedlander on behalf of Interested Party GE Fanuc Embedded Systems, Inc.
mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com;dsaltz@ford.com

Susan R. Fuertes on behalf of Creditor Aldine Independent School District
courtnotices@fuerteslawfirm.com, sfuertes@fuerteslawfirm.com

Thomas M. Gaa on behalf of Creditor Sun Microsystems, Inc.
tgaa@bbslaw.com, yessenia@bbslaw.com

Alissa T. Gazze on behalf of Attorney Morris, Nichols, Arsht & Tunnell LLP
agazze@mnat.com, mdecarli@mnat.com

Jan Meir Geht on behalf of Creditor United States on behalf of Internal Revenue Service
jan.m.geht@usdoj.gov, eastern.taxcivil@usdoj.gov

Ronald S. Gellert on behalf of Creditor Jabil Circuit, Inc.
rgellert@eckertseamans.com, delawarebankruptcy@eckertseamans.com;rgellert@eckertseamans.com

Soren E. Gisleson on behalf of Interested Party Lisa Fitzgerald
sgisleson@hhkc.com

Matthew A. Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Richard H. Golubow on behalf of Defendant MobileNet Services, Inc.
rgolubow@winthropcouchot.com

Missty C. Gray on behalf of Creditor Mobile County License Commissioner
missty@rossandjordan.com, jrockhold@rossandjordan.com

Michelle L. Green on behalf of Defendant Communications Test Design, Inc.
michelle.green@skadden.com, paula.dunne@skadden.com

James S. Green on behalf of Defendant STMicroelectronics N.V.
jgreen@svglaw.com, spappa@svglaw.com

Joseph Grey on behalf of Creditor Charles Rowe
jgrey@crosslaw.com

Karen M. Grivner on behalf of Creditor SNMP Research International, Inc.
kgrivner@thorpreed.com, sambrose@thorpreed.com

Nathan D. Grow on behalf of Financial Advisor Jefferies & Company, Inc.
bankfilings@ycst.com

Victoria A. Guilfoyle on behalf of Plaintiff Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred
Compensation Plan, For Themselves And All Others Similarly Situated
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred
Compensation Plan, For Themselves And All Others Similarly Situated
guilfoyle@blankrome.com

Kurt F. Gwynne on behalf of Creditor Qwest Communications Corporation and Qwest Corporation
kgwynne@reedsmith.com, llankford@reedsmith.com

Courtney R. Hamilton on behalf of Creditor Law Debenture Trust Company of New York
chamilton@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Aaron L. Hammer on behalf of Other Prof. Mercer (US) Inc.
ahammer@sugarfgh.com, ccoleman@sugarfgh.com;mbrandess@sugarfgh.com

Jason W. Harbour on behalf of Defendant Sumitomo Electric Device Innovations, U.S.A., Inc. f/k/a ExceLight
Communications, Inc.
jharbour@hunton.com

Lee Harrington on behalf of Creditor Corning, Incorporated
lharrington@nixonpeabody.com

Donna L. Harris on behalf of Interested Party Solus Alternative Asset Management LP as holder of 7.785% bonds issued by
NNCC
dharris@phw-law.com

Edwin J. Harron on behalf of Financial Advisor Jefferies & Company, Inc.
bankfilings@ycst.com

William A. Hazeltine on behalf of Creditor AudioCodes Ltd and AudioCodes Inc.
Bankruptcy001@sha-llc.com

Leslie C. Heilman on behalf of Creditor Prudential Insurance Company of America
heilmanl@ballardspahr.com

Adam Hiller on behalf of Interested Party American Registry for Internet Numbers
ahiller@hillerarban.com

Matthew L. Hinker on behalf of Defendant Green Hills Software, Inc.
hinkerm@gtlaw.com, thomase@gtlaw.com;bankruptcydel@gtlaw.com;dellitdock@gtlaw.com

Daniel K. Hogan on behalf of Creditor MTS Allstream, Inc.
dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com,lcampbell@dkhogan.com

Steven T. Hoort on behalf of Interested Party Avaya Inc.
shoort@ropesgray.com, Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com

Jennifer R. Hoover on behalf of Creditor Safe Records Center LLC dba Archives USA
jhoover@beneschlaw.com,
ehein@beneschlaw.com;rlemisch@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com

Vivian A. Houghton on behalf of Defendant Baldwin& Creative LLC
bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com

James E. Huggett on behalf of Creditor Oracle America, Inc.
jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com

Joseph H. Huston on behalf of Creditor Computer Sciences Corporation
jhh@stevenslee.com

Henry Jon Jaffe on behalf of Defendant Weston Solutions, Inc.
jaffeh@pepperlaw.com

Bruce E. Jameson on behalf of Interested Party The Fourth Estate Directors and Fourth Estate Subsidiaries
Bejameson@prickett.com

Ericka Fredricks Johnson on behalf of Creditor Andrew, LLC
erjohnson@wcsr.com, pgroff@wcsr.com;klytle@wcsr.com;hsasso@wcsr.com

Nathan Jones on behalf of Creditor US Debt Recovery IIA, LLC
nate@usdrllc.com

Roland Gary Jones on behalf of Defendant BizSphere AG
rgjresearch3@gmail.com

Laura Davis Jones on behalf of Interested Party Ad Hoc Committee of Bondholders
ljones@pszjlaw.com, efile1@pszyjw.com

Michael Joseph Joyce on behalf of Creditor Nortel US Retirement Protection Committee
mjoyce@crosslaw.com

Maris J. Kandestin on behalf of Defendant Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and
Stephen John Harris as court-appointed administrators and authorized foreign representatives
bankfilings@ycst.com

Shanti M. Katona on behalf of Creditor OSS Nokalva, Inc.
skatona@polsinelli.com, docket@polsinelli.com;LSuprum@Polsinelli.com

Robert J. Keach on behalf of Creditor Robert Horne, James Young & the Ad Hoc Group of Beneficiaries of the Nortel
Networks U.S. Deferrred Compensation Plan
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;astewart@bernsteinshur.com;jlewis@bernsteinshur.com;hmoncure@bernsteinshur.com

Benjamin W. Keenan on behalf of Creditor ACS Cable Systems, Inc.
bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com

Brya M. Keilson on behalf of Defendant Real Time Monitors, Inc.
delawarebankruptcy@eckertseamans.com, bkeilson@eckertseamans.com

Shelley A. Kinsella on behalf of Creditor Committee Official Committee of Long-Term Disability Participants
sak@elliottgreenleaf.com

Theodore Allan Kittila on behalf of Interested Party Barbara Gallagher
tak@elliottgreenleaf.com

Matthew N. Kleiman on behalf of Defendant Exide Technologies
mkleiman@mnkpc.com

Julia B. Klein on behalf of Defendant Axerra Networks, Inc.
klein@teamrosner.com

Steven K. Kortanek on behalf of Creditor Google Inc.
skortanek@wcsr.com, pgroff@wcsr.com;klytle@wcsr.com;hsasso@wcsr.com

Joyce A. Kuhns on behalf of Interested Party Harte-Hanks, Inc. and Affiliated Companies
jkuhns@saul.com

Carl N. Kunz on behalf of Creditor Deka Immobilien Investment GmbH
ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Darryl S. Laddin on behalf of Creditor Affiliates of Verizon Communications Inc.
bkrfilings@agg.com

Michael R. Lastowski on behalf of Creditor Airvana, Inc.
mlastowski@duanemorris.com

Kenneth Thomas Law on behalf of Creditor Starent Networks Corp.
klaw@bbslaw.com, pcostello@bbslaw.com

Brooke Leach on behalf of Defendant Devonteam Danet GmbH
bleach@weirpartners.com

Mark G. Ledwin on behalf of Interested Party THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
mark.ledwin@wilsonelser.com

David S. Leinwand on behalf of Creditor Avenue TC Fund, LP
dleinwand@amroc.com

Raymond Howard Lemisch on behalf of Counter-Defendant Nortel Networks, Inc.
rlemisch@beneschlaw.com,
jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com

Scott J. Leonhardt on behalf of Creditor Cypress Communications, Inc.
leonhardt@teamrosner.com

Jason M. Liberi on behalf of Defendant Communications Test Design, Inc.
jason.liberi@skadden.com, christopher.heaney@skadden.com;debank@skadden.com;bsilverb@skadden.com

Douglas J. Lipke on behalf of Creditor Mike Zafirovski
dlipke@vedderprice.com

Nancy F. Loftus on behalf of Creditor County of Fairfax
Nancy.Loftus@fairfaxcounty.gov

Christopher Dean Loizides on behalf of Attorney Loizides PA
loizides@loizides.com

Russell S. Long on behalf of Creditor Core Brookfield Lakes, LLC
rlong@dkattorneys.com, porin@dkattorneys.com

Gaston Plantiff Loomis on behalf of Defendant Systems & Software Services, Inc.
gloomis@eckertseamans.com, delawarebankruptcy@eckertseamans.com

Donald K. Ludman on behalf of Creditor SAP America, Inc.
dludman@brownconnery.com

Jaime Luton Chapman on behalf of Interested Party Joint Administrators and Foreign Representatives for Nortel Networks UK Limited
bankfilings@ycst.com

Gabriel R. MacConaill on behalf of Defendant Aricent Technologies (Holdings) Limited
gmacconaill@sidley.com, bankruptcy@potteranderson.com

Thomas G. Macauley on behalf of Defendant Precision Communication Services, Inc.
bankr@zuckerman.com

Kathleen P. Makowski on behalf of Interested Party Ad Hoc Committee of Bondholders
kmakowski@pszjlaw.com

Kathleen P. Makowski on behalf of Interested Party Ad Hoc Committee of Bondholders
kmakowski@pszjlaw.com

Robert W. Mallard on behalf of Creditor ADC Telecommunications Sales, Inc.
mallard.robert@dorsey.com

Kevin Scott Mann on behalf of Creditor Ritz-Carlton Hotel Co., LLC
kmann@crosslaw.com

Douglas K Mayer on behalf of Creditor Google Inc.
dkmayer@wlrk.com

Laura L. McCloud on behalf of Creditor Tennessee Department of Revenue
agbankdelaware@ag.tn.gov

Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Matthew B. McGuire on behalf of Creditor Linex Technologies, Inc.
mcguire@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

Michelle McMahon on behalf of Creditor Hok, Inc.
michelle.mcmahon@bryancave.com, dortiz@bryancave.com

R. Stephen McNeill on behalf of Defendant International Data Group, Inc.
bankruptcy@potteranderson.com, bankruptcy@potteranderson.com

Robert S. McWhorter on behalf of Creditor Bell Microproducts Canada-Tenex Data ULC
rmcwhorter@nossaman.com

Selinda A. Melnik on behalf of Other Prof. DLA Piper LLP (US)
selinda.melnik@dlapiper.com

Dennis A. Meloro on behalf of Interested Party WITEC, LLC
bankruptcydel@gtlaw.com, thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Evelyn J. Meltzer on behalf of Defendant Axxion Group Corporation
meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com

Kell C. Mercer on behalf of Creditor Freescale Semiconductor, Inc
kmercer@brownmccarroll.com, pkeller@brownmccarroll.com;rmates@brownmccarroll.com;twolf@brownmccarroll.com

Rachel B. Mersky on behalf of Creditor CSWL, Inc.
rmersky@monlaw.com

Merle C. Meyers on behalf of Creditor JDS Uniphase Corporation
mmeyers@mlg-pc.com

Michael P. Migliore on behalf of Creditor Verizon Communications Inc. and for Cellco Partnership d/b/a Verizon Wireless
mpm@skjlaw.com

Kathleen M. Miller on behalf of Creditor Affiliates of Verizon Communications Inc.
kmiller@skjlaw.com, dlm@skjlaw.com

Stephen M. Miller on behalf of Defendant Getty Images, Inc.
smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Stephan William Milo on behalf of Defendant Media5 Corporation
smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;KRichman@wawlaw.com;ehebb@wawlaw.com

Phillip Mindlin on behalf of Creditor Google Inc.
pmindlin@wlrk.com, dmayer@wlrk.com

Kenneth M. Misken on behalf of Creditor SprintCom, Inc.
kmisken@milesstockbridge.com

Carol E. Momjian on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue
cmomjian@attorneygeneral.gov

Francis A. Monaco Jr. on behalf of Mediator Francis Monaco
fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com

Norman M. Monhait on behalf of Defendant AMCC Sales Corporation
nmonhait@rmgglaw.com

Eric J. Monzo on behalf of Creditor Sprint Nextel Corporation
emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Sheryl L. Moreau on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

Edmon L. Morton on behalf of Financial Advisor Jefferies & Company, Inc.
bankfilings@ycst.com

Adam Scott Moskowitz on behalf of Creditor ASM Capital III, L.P.
asmcapital@aol.com

Kerri K. Mumford on behalf of Creditor ASM Capital III, L.P.
mumford@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com;dellose@lrclaw.com

Lucian Borders Murley on behalf of Defendant SBA Network Services, Inc.
, lmurley@saul.com;rwarren@saul.com

Ryan M. Murphy on behalf of Defendant CoAMS, Inc.
bankruptcy@potteranderson.com

Vicente Matias Murrell on behalf of Creditor Pension Benefit Guaranty Corporation
murrell.vicente@pbgc.gov, efile@pbgc.gov

Ramona S. Neal on behalf of Creditor Hewlett-Packard Company
ramona.neal@hp.com

Carl D. Neff on behalf of Creditor SNMP Research International, Inc.
cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com

Carl D. Neff on behalf of Creditor SNMP Research International, Inc.
cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com

Lyle R. Nelson on behalf of Creditor Brookings Municipal Utilities
lyle@lylenelsonlaw.com

James D. Newbold on behalf of Creditor Illinois Department of Revenue
James.Newbold@illinois.gov

Jill L. Nicholson on behalf of Creditor Cummins, Inc., et al.
jnicholson@foley.com, khall@foley.com;lapeterson@foley.com

Jami B. Nimeroff on behalf of Creditor Microsoft Corporation
jnimeroff@bsnlawyers.com, cmhannan@bsnlawyers.com

Edward Patrick O'Brien on behalf of Creditor 485 Lexington Owner LLC & Reckson Operating Partnership, L.P.
eobrien@sbchlaw.com

Daniel A. O'Brien on behalf of Creditor Credit Solutions of America, Inc.
dobrien@bayardlaw.com;bankserve@bayardlaw.com;
tmatthews@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com

Domenic E. Pacitti on behalf of Defendant Certicom Corporation
dpacitti@klehr.com

Ricardo Palacio on behalf of Creditor Johnson Controls, Inc.
rpalacio@ashby-geddes.com

Mona A. Parikh on behalf of Counter-Defendant Nortel Networks Limited
mona.parikh@bipc.com

Kristhy M. Peguero on behalf of Counter-Claimant Communications Test Design, Inc.
kristhy.peguero@skadden.com, debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com

Herman G. Petzold on behalf of Creditor State Of Michigan, Dept. Of Treasury
petzoldh@michigan.gov, DietzA@Michigan.gov

Marc J. Phillips on behalf of Creditor Paradigm Tax Group, LLC
mphillips@cblh.com

Sarah E. Pierce on behalf of Interested Party Nokia Siemens Networks B.V.
sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com

Dana S. Plon on behalf of Creditor Unisys Corporation
dplon@sirlinlaw.com

Gregory G. Plotko on behalf of Interested Party ZSF/Research Gateway Trust
gplotko@kramerlevin.com, tmayer@kramerlevin.com

David L. Pollack on behalf of Creditor UBS Realty Investors LLC
pollack@ballardspahr.com, blunt@ballardspahr.com

Amos U. Priester, IV on behalf of Creditor Gilmore Global Logistics Services Inc.
apriester@smithlaw.com, aosterhout@smithlaw.com;kbarden@smithlaw.com

Leigh-Anne M. Raport on behalf of Creditor AT&T
lraport@ashby-geddes.com

Scott Eric Ratner on behalf of Creditor Committee Official Committee of Retirees
seratner@teamtogut.com,
kackerman@teamtogut.com;dperson@teamtogut.com;echafetz@teamtogut.com;rmilin@teamtogut.com;dcahir@teamtogut.com

Timothy P. Reiley on behalf of Creditor Embarq Management Company
treiley@reedsmith.com

Andrew R. Remming on behalf of Debtor Alteon WebSystems, Inc.
aremming@mnat.com, rfusco@mnat.com;bspringart@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Richard W. Riley on behalf of Creditor Aon Consulting
rwriley@duanemorris.com

Jeffrey B. Rose on behalf of Creditor Charles Rowe
jrose@tishlerandwald.com, bmurzanski@tishlerandwald.com

George Rosenberg on behalf of Creditor Treasurer of Arapahoe County, Colorado
grosenberg@co.arapahoe.co.us, jholmgren@co.arapahoe.co.us

Edward B. Rosenthal on behalf of Defendant Global Electric Electronic Processing (USA), Inc. and Global Electric
Electronic Processing, Inc.
erosenthal@rmgglaw.com, jmeekins@rmgglaw.com

Frederick Brian Rosner on behalf of Creditor Cypress Communications, Inc.
rosner@teamrosner.com

Sommer Leigh Ross on behalf of Defendant TGS, Inc.
slross@duanemorris.com

W. Bradley Russell on behalf of Creditor United States on behalf of Internal Revenue Service
William.B.Russell@usdoj.gov, eastern.taxcivil@usdoj.gov

Jeremy William Ryan on behalf of Defendant Aricent Technologies (Holdings) Limited
jryan@potteranderson.com, bankruptcy@potteranderson.com

Christopher M. Samis on behalf of Creditor Committee Official Committee of Unsecured Creditors of Nortel Networks Inc.,
et al.
samis@rlf.com, rbgroup@rlf.com

Christopher M. Samis on behalf of Creditor Committee Official Committee of Unsecured Creditors of Nortel Networks Inc.,
et al.
samis@rlf.com, rbgroup@rlf.com

Joseph E. Sarachek on behalf of Creditor CRT Capital Group LLC
jsarachek@crtllc.com, bschwab@crtllc.com;grosenblum@crtllc.com

John Henry Schanne on behalf of Interested Party Avaya Inc.
schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com

Jeffrey A. Scharf on behalf of Defendant Commonwealth of Virginia Department of Taxation
jeff@taxva.com

Michael Schein on behalf of Creditor Telmar Network Technology, Inc. and its affilitates, including Precision
Communication Services, Inc.
mschein@vedderprice.com, ecfnydocket@vedderprice.com

Eric D. Schwartz on behalf of Debtor Nortel Networks Inc., et al.
eschwartz@mnat.com, aconway@mnat.com;mdecarli@mnat.com

Seth B. Shapiro on behalf of Creditor Department of the Navy
seth.shapiro@usdoj.gov

Joseph Emil Shickich on behalf of Creditor Microsoft Corporation
jshickich@riddellwilliams.com, ctracy@riddellwilliams.com

Carren Shulman on behalf of Creditor NeoPhotonics Corporation
cshulman@sheppardmullin.com, mcademartori@sheppardmullin.com;ksmith@sheppardmullin.com

William L. Siegel on behalf of Creditor Campbell Creek, Ltd.
bsiegel@cowlesthompson.com

Laurie Selber Silverstein on behalf of Defendant Perot Systems Corporation
bankruptcy@potteranderson.com

Nicholas E. Skiles on behalf of Creditor Communications Test Design, Inc.
jwetzel@wgflaw.com

Karen B. Skomorucha Owens on behalf of Creditor Flextronics Telecom Systems Ltd
kskomorucha@ashby-geddes.com

Drew G. Sloan on behalf of Attorney Richards, Layton & Finger, PA
dsloan@rlf.com, rbgroup@rlf.com

Drew G. Sloan on behalf of Creditor Committee Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.
dsloan@rlf.com, rbgroup@rlf.com

Natasha M. Songonuga on behalf of Creditor Hewlett-Packard Company
nsongonuga@gibbonslaw.com

Stephen W Spence on behalf of Mediator Stephen Spence
ss@pgslaw.com

Stephen W. Spence on behalf of Mediator Stephen Spence
ss@pgslaw.com, scs@pgslaw.com

Sarah R Stafford on behalf of Debtor Nortel Networks Inc., et al.
sstafford@beneschlaw.com, docket@beneschlaw.com;ehein@beneschlaw.com

Karen J. Stapleton on behalf of Creditor County of Loudoun
Karen.Stapleton@loudoun.gov, bankrupt@loudoun.gov;Belkys.Escobar@loudoun.gov

Stephen C. Stapleton on behalf of Creditor GTCI
sstapleton@cowlesthompson.com

Jonathan M. Stemerman on behalf of Creditor Committee Official Committee of Long-Term Disability Participants
jms@elliottgreenleaf.com

William D. Sullivan on behalf of Creditor Bell Microproducts, Inc.
wdsecfnotices@sha-llc.com

Gregory Alan Taylor on behalf of Creditor ACS Cable Systems, Inc.
gtaylor@ashby-geddes.com

William F. Taylor on behalf of Creditor Committee Official Committee of Retirees
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

Max Taylor, III on behalf of Creditor City and County of Denver
max.taylor@denvergov.org, bankruptcy.max@denvergov.org

Judy D. Thompson on behalf of Creditor Sodexo, Inc.
jdt@jdthompsonlaw.com

Christina Maycen Thompson on behalf of Creditor UCM/SREP - Corp Woods, LLC
cthompson@cblh.com

Thomas Patrick Tinker
thomas.p.tinker@usdoj.gov

James Tobia on behalf of Defendant BizSphere AG
jimtobia@comcast.net;bankserve@tobialaw.com

Albert Togut on behalf of Creditor Committee Official Committee of Retirees
lsheikh@teamtogut.com;echafetz@teamtogut.com

Brian Trust on behalf of Interested Party The Fourth Estate Directors and Fourth Estate Subsidiaries
btrust@mayerbrownrowe.com, mlotito@mayerbrown.com

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

Lauren F. Verni on behalf of Interested Party Annabelle W. Caffry and Susannah C. Lund, Trustees of John W. Caffry
Family Trust
lfv@psh.com

Diane E. Vuocolo on behalf of Mediator Diana Vuocolo
vuocolod@gtlaw.com

Deborah Waldmeir on behalf of Creditor State Of Michigan, Dept. Of Treasury
waldmeird@michigan.gov, gamep@michigan.gov

Christopher A. Ward on behalf of Creditor ABN AMRO Bank N.V.
cward@polsinelli.com, LSuprum@Polsinelli.com

Lynnette R Warman on behalf of Creditor Excelight Communications, Inc.
lwarman@hunton.com

John Edward Waters on behalf of Creditor Iowa Department of Revenue
idrbankruptcy@iowa.gov

Jeffrey R. Waxman on behalf of Defendant Focus Legal Management, LLC
jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Robert Alan Weber on behalf of Counter-Claimant Communications Test Design, Inc.
robert.weber@skadden.com, debank@skadden.com;christopher.heaney@skadden.com

Helen Elizabeth Weller on behalf of Creditor City of Richardson
dallas.bankruptcy@publicans.com

Annie C. Wells on behalf of Defendant Cognizant Technology Solutions US Corporation,
awells@morganlewis.com

Duane David Werb on behalf of Creditor Emerson Network Power Embedded
maustria@werbsullivan.com;riorii@werbsullivan.com

John A. Wetzel on behalf of Creditor Communications Test Design, Inc.
jwetzel@swartzcampbell.com, jgagliardi@swartzcampbell.com

David Brian Wheeler on behalf of Creditor Public Service of North Carolina, Incorporated
davidwheeler@mvalaw.com, reiddyer@mvalaw.com

John Legare Williams on behalf of Defendant Avotus Corporation
delawyer76@aol.com

Joanne Bianco Wills on behalf of Interested Party Export Development Canada
jwills@klehr.com

Michael Gregory Wilson on behalf of Creditor Excelight Communications, Inc.
mwilson@hunton.com, shislop@hunton.com

Amanda Marie Winfree on behalf of Creditor AT&T
awinfree@ashby-geddes.com

Robert E. Winter on behalf of Creditor IBM Canada Limited
robertwinter@paulhastings.com

Christopher Martin Winter on behalf of Defendant Aviat Networks, Inc.
cmwinter@duanemorris.com

Jeffrey C. Wisler on behalf of Interested Party iStar CTL North Glenville-Richardson LLC
jwisler@cblh.com

Etta Ren Wolfe on behalf of Defendant Oplink Communications, Inc.
ewolfe@potteranderson.com, bankruptcy@potteranderson.com

John L. Wood on behalf of Creditor SNMP Research International, Inc.
jwood@emlaw.com

E. Rebecca Workman on behalf of Creditor Barnes & Thornburg LLP
rebecca.workman@btlaw.com

Karon Y. Wright on behalf of Creditor Travis County
karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

James S. Yoder on behalf of Creditor Polycom, Inc.
yoderj@whiteandwilliams.com

Steven M. Yoder on behalf of Defendant PMC-Sierra, Inc.,
syoder@potteranderson.com, bankruptcy@potteranderson.com

Rafael Xavier Zahralddin-Aravena on behalf of Creditor Committee Official Committee of Long-Term Disability
Participants
rxza@elliottgreenleaf.com

**09-10138-KG Notice will not be electronically mailed to:**

ACE American Insurance Company
,

AMC Technology, LLC
,

APC Workforce Solutions, LLC
Doug Goin
Chief Financial Officer
420 South Orange Avenue
6th Floor
Orlando, FL 32801

Joneece S Abbie
171 Moonlight Drive
Murphy, TX 75094

Derek C. Abbott on behalf of Debtor Alteon WebSystems, Inc.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
dabbott@mnat.com, aconway@mnat.com

Bernardo Abello

15 Morningside Dr.
Coral Gables, FL 33133

Ronald A. Abraham
PO Box 851685
Mesquite, TX 75185-1685

Nora K Abularach on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Acme Packet, Inc.
,

Acushnet Company
Titleist & FootJoy
Attn: Credit Dept
Attn: Credit Dept.
PO Boxx 965
Fairhaven, MA 02719

Youssef Ad
,

Gordon Adamyk
,

Addrex Inc.
,

Malford Arlon Adkinson
1629 Frances Dr.
Apopka, FL 32712

Loretta Adler
,

Loretta F Adler
5308 Highlands Dr.
McKinney, TX 75070

Prince Fred Adom
,

Norval James Agnew
26 Lafoy Drive
Clayton, NC 27527

Sharyl Elizabeth Agnew
26 Lafoy Drive
Clayton, NC 27527

Akin Gump Strauss Hauer & Feld LLP
,

Alpha Network USA, Inc.
,

Alpha Networks, Inc.
,

Debra Amato
9053 Grassey Creek Road
Bullock, NC 27507

American Furukawa, Inc

47677 Galleon Dr
Plymouth, MI 41870

George B. Amoss
PO Box 13
Mendenhall, PA 19357

John R Anderson
4524 Still Meadow Dr
Apt 103
Wilmington, NC 28412

Lynn Anderson
2708 Regal Road
Plano, TX 75075

Anderson Gorecki & Manaras LLP
,

Josefina R. Angustia
3601 Turkey Path Bend
Cedar Park, TX 78613

Anixter, Inc.
,

Martin Appell
,

Aramark Uniform and Career Aparel , LLC (Means Services, Inc.)
,

Archon Bay Capital, LLC
P.O. Box 14610
Surfside Beach, SC 29587

Argonaut Insurance Company
,

Ashurst LLP
,

Darrell K. Asing
1955 Assunta Way
San Jose, CA 95124

Mark B. Astor
1318 Young Ave.
Maryville, TN 37801

Robert Atteridge
1705 Coit Rd., Apt 1122
Plano, TX 75075

Avnet, Inc.
,

Gerry Bacchiochi
,

George Bagetakos
,

Robin J. Baik on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
One Liverty Plaza
New York, NY 10006

Bakul Khanna & Chander Khanna
58 Blake Road
Lexington, MA 02420

Martin A. Ball
5713 Cloverwood Drive
Brentwood, TN 37027

Charles D. Ballard
170 Dublin Ct.
Four Oaks, NC 27524

Darnell D. Barber Moye
8715 Crestgate Circle
Orlando, FL 32819

Darnell D. Barber-Moye
8715 Crestgate Circle
Orlando, FL 32819

Luke A. Barefoot
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

William Barnes
5765 Bozeman Dr
Apt 2114
Plano, TX 75024

Marilyn T. Barnhouse
2212 Blue Cypress Dr.
Richardson, TX 75082-3320

Daniel Barran
2616 NE 27th Terrace
Fort Lauderdale, FL 33306

Andrew Barrett
2513 Constitution Dr
Raleigh, NC 27615

Charles V. Barry
,

Frank Bayno
,

Thomas O. Bean
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Thomas O. Bean on behalf of Interested Party American Registry for Internet Numbers
McDermott, Will & Emery LLP
28 State Street
Boston, MA 02109-1775

Gordon W. Beattie
1535 Marshall Farm St.
Wake Forest, NC 27587

Ronald C. Bell
8404 Camellia St.
Raleigh, NC 27603

Rogelio Beltran
2000 David Ave Apt 26
Monterey, CA 93940

Benesch Friedlander Coplan & Aronoff, LLP
222 Delaware Ave.
Suite 801
Wilmington, DE 19801

Earl Joseph Beneteau
6716 Virgilia Ct
Raleigh, NC 27616

Eric W Benisek
Vasquez Benisek & Lindren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Eric W. Benisek on behalf of Defendant Accton Technology Corporation
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd.
Suite 300
Lafayette, CA 94549

Steven E. Bennett
,

Gloria Benson
1824 Wilson Pike
Brentwood, TN 37027

Neil Berger on behalf of Creditor Committee Official Committee of Retirees
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

Ronit J. Berkovich
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Ronit J. Berkovich on behalf of Interested Party Apple, Inc.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Ellen Bevarnick
,

Jeff D Bickham
3560 CR 2338
Douglassville, TX 75560

Ian Connor Bifferato on behalf of Mediator Ian Bifferato
Bifferato LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

Ian Connor Bifferato on behalf of Mediator Ian Connor Bifferato
Bifferato LLC
800 N. King Street
Plaza Level
Wilmington,, DE 19801

Louis H. Bilodeau
12820 Tee Time Way

Raleigh, NC 27614

Scott E. Binner
,

Diana Birkett
5732 Cr 2592
Royse City, TX 75189

Dr. Manfred Bischoff
,

Leonard Blair
,

Blue Heron Micro Opportunities Fund, LLP
P.O. Box 14610
Surfside Beach, SC 29587

Bookham Technology Plc.
George W. Shuster, Jr./Lisa Jack
Wilmer Cutler Pickering Hale and Dorr LL
George W. Shuster, Jr.
60 State Street
Boston, MA 02109

Joan Charlene Bosley
70 Spring Church Rd
Troy, MO 63379-5420

George William Bothwell
,

Deborah Bourland
1806 Meadow Cove
Richardson, TX 75081

A. Robert Boutin
,

William P. Bowden on behalf of Mediator William Bowden
ASHBY & GEDDES
500 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19801

Keith A. Bowers
,

Billy J. Boyd
,

Elizabeth Boyd
1706 Woodoak Drive
Richardson, TX 75082

Kenneth J. Boyd
30 Deer Ridge Lane
West Chazy, NY 12992

Raymond W. Brecker
154 Culver Pkwy.
Rochester, NY 14609

Brent Dorian Brehm on behalf of Interested Party Lorraine Placido
Kantor & Kantor, LLP
19839 Nordhoff Street

Northridge, CA 91324

Tamara J. Britt
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

George Brody
204 High Canyon Court
Richardson, TX 75080

David Brombal
8312 Halkin Ct.
Plano, TX 75024

Broward County
,

Bruce T. Brown
1171 Stanton Rd
Lake Zurich, IL 60047

John Walter Brown
3082 Greenwood Rd
Rock Hill, SC 29730

Remajos Brown
2353 Sword Dr.
Garland, TX

Peter A. Brown on behalf of Defendant Avotus Corporation
D'Ambrosio LLP
185 Devonshire Street
10th Floor
Boston, MA 02110

Stephen V. Browne
4823 Spyglass Dr.
Dallas, TX 75287

Michael Bryan
,

Peter S. Budihardjo
103 Lochfield Drive
Cary, NC 27518

John M. Bulger
,

David D.R. Bullock on behalf of Interested Party Spectrum Group Management LLC
Spectrum Group Management LLC
1250 Broadway
Suite 810
New York, NY 10001

Charles Bunner
1 Brook Road
Mont Vernon, NH 03057

Sally Hyde Burdick
One Masters Cove
Pittsford, NY 14534

Howard R. Burns
1216 Colmar Drive
Plano, TX 75023

Roger J. Bushnell
,

CREDITOR LIQUIDITY, LP
c/o Tannor partners Credit Fund II, LP
150 Grand St
Suite 401
White Plains, NY 10601

CT Corporation
,

CT Corporation
,

CT Corporation
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Gerry Cabot
5452 Golden Currant Way
Parker, CO 80134

Robert J. Cabral
,

William P. Cade, Jr.
,

John & Annabelle Caffry
,

Elias Cagiannos
87 Woodland Rd
Madison, NJ 07940

David R Cairns Jr.
1564 Puerto Vallarta Drive
San Jose, CA 95120

California Franchise Tax Board
,

Louis Caltrider
102 Vashon Ct
Cary, NC 27513-5153

Elizabeth Banda Calvo on behalf of Interested Party City of Grapevine
Purdue, Brandon, Fielder, Colins & Mott
P. O. Box 13430
Arlington, TX 76094-0430

Terrence S. Campbell
9417 Koupela Drive
Raleigh, NC 27615-2233

Capstone Advisory Group, LLC
,

Richard Carlsen
,

Schuyler G. Carroll on behalf of Creditor SNMP Research International, Inc.
Perkins Coie LLP
30 Rockefeller Center, 25th Floor

New York, NY 10112-0085

Peter Cassidy
6206 Belle Rive Dr
Brentwood, TN 37027

Caterpillar Inc.
,

Roberto Centeno
P.O. Box 771028
Coral Springs, FL 33077-1028

Casey Ceponis
240 Hampton Court
Palatine, IL 60067

Benson S. Chan
60 Wilson Way
#155
Milpitas, CA 95035-2526

Edgar Chang
1210 Eva Avenue
Los Altos, CA 94024

Dhansukh Chauhan
454 Southridge Way
Irving, TX 75063

Tom Chavez
6408 Calle Lomas
El Paso, TX 79912

Julian A Cheatham
188 Westpoint Drive
Clarksville, VA 23927

Judith A. Cheek
,

Hwei-Ling Chen
105 Exeter Ct.
Cary, NC 27511

Mark Cheng
1144 Littleoak Circle
San Jose, CA 95129

Chilmark Partners, LLC
,

William S. Chipping
3909 Whitland Ave
Apartment 105
Naville, TN 37205

Avinash Chitnis
1825 Klamath Court
Tracy, CA 95304

Neeta Chitnis
1825 Klamath Court
Tracy, CA 95304

Greg Chugha
,

Jeffrey S. Cianciulli
Weir & Partners LLP
824 Market Street Mall
Suite 1001
Wilmington, DE 19899

City of Philaldephia
c/o Ashely M. Chan, Esq
Hangley Aronchick Segal Pudlin & Schille
One Logan Square, 27th Floor
Philadelphia, PA 19103

Douglas G Clark
330 Spadina Rd.
Apt. 1904
On M5R 2V9
Toronto, CA

Gerald R. Clark
1056 E 700 N
Huntington, IN 46750

Maria G. Clark
,

Egbert Clarke
16405 Diamond Place
Weston, FL 33331

Cleary Gottlieb Steen & Hamilton LLP
,

Debra K. Cobb
,

Ronald C. Cohea
5121 Vera Cruz Dr.
Garland, TX 75043

Sheila Colclasure
3823 Ridgeoak
Dallas, TX 75244

Judith A. Cole
1506 Schooner Bay Dr.
Wylie, TX 75098

Kathyrn Coleman
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004

Ken Coleman on behalf of Foreign Representative Ernst & Young Inc., As Monitor & foreign Representative of the Canadian
Nortel Group
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Kathryn Coleman on behalf of Interested Party Joint Administrators and Foreign Representatives for Nortel Networks UK
Limited
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004

Commonwealth of Pennsylvania, Department of Labor and Industry
,

Commonwealth of Virginia, Department of Taxation
Taxing Authority Consulting Services, P.
Attn: Mark K. Ames
P.O. Box 71476
Richmond, VA 23255

Conductive Circuits, Inc.
c/o Marty Bachman, VP
360 State Street
Garner, IA 50438

Roger D. Conklin
,

Blair Connelly
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

Chris Conners
1219 Chimney Hill Drive
Apex, NC 27502

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830

Stephen Kurt Corpening
PO Box 1102
Kermit, WV 25674

Corre Opportunities Fund, L.P.
1370 Avenue of the Americas
29th Floor
New York, NY 10019

Court(no signature on document)
,

Niel A. Covey
,

Lee W. Crapco, Jr.
,

Creditor Liquidity, LP
c/o Tannor Partners Credit Fund II, LP
150 Grand Street, Suite 401
White Plains, NY 10601

Claude T. Creswell
150 Main Street
Bloomfield, NY 14469

Charla Crisler
,

James Croft on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

James C. Crosby
8 Jackson Ct.
Uxbridge, MA 01569

Michael T Crotty
1072 Meadow Hill Drive
Lavon, TX 75166

Crowell & Moring LLP
,

John C. Crowl
,

Donna L. Culver on behalf of Plaintiff Nortel Networks (CALA) Inc.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Donna L. Culver on behalf of Plaintiff Nortel Networks Inc.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Donna L. Culver on behalf of Plaintiff Nortel Networks Inc.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

F. Paul Cummings
2500 La Vida Place
Plano, TX 75023

Stephen J. Cunningham
410 Clayton Rd.
Chapel Hill, NC 27514

Kathleen Cusinato
28864 W Harvest Glen Circle
Cary, IL 60013

Mauricio Cvjetkovic
,

Barry D'Amour
1001 Kelton Cottage Way
Morrisville, NC 27560

DACA 2010L, LP
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

DACA V, LLC
Attn: Andrew Whatnall
1565 HOTEL CIRCLE SOUTH
SUITE 310
San Diego, Ca 92108

DUN & BRADSTREET RECEIVABLE MANAGEMENT SERVICES, INC.
,

Ajay Dabral
7009 Clouerhanen Way
Plano, TX 75074

Patrick J. Dagert
,

Gerald D. Dale
10901 SW 71st Circle
Ocala, FL 34476

Louis Dallago
2103 Chestnut Hill Ln.
Richardson, TX 75082

Joyce Darcangelo
,

Prabir Das
2237 Flanders Lane
Plano, TX 75025

Prabir Das
6307 Wind Rider Way
Columbia, MD 21045

Jagdish D. Dassani
5317 Wood Valley Drive
Raleigh, NC 27613

Mohan Dattatreya
1569 Blackhawk Dr.
Sunnyvale, CA 94087

David Dautenhahn
,

Daniel D. David
,

Daniel D. David
,

David D David
2105 Possum Trot Rd
Wake Forest, NC 27587

Patrick Davis
,

Marilyn J. Day
,

Mark A. DeFeo on behalf of Creditor Liberty Mutual Insurance Company and Helmsman Management Services, LLC
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110

Najam Dean
,

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Cindy C. Delano on behalf of Interested Party The Bondholder Group
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Deloitte & Touche LLP
,

Delta Networks, Inc, and Delta Networks International Limited-Macao Commercial Offshore
,

Timothy Dempsey
PO Box 8193
Ocean Isle Beach, NC 28469

Debrah L Denemark
4633 Livingston Avenue
Dallas, TX 75209

Linda Denning
6 Crosswinds Estates Dr.
Pittsboro, NC 27312

Department of Taxation, State of Hawaii
PO Box 259
Honolulu, HI 96809

Lee Derry
,

Lee Derry
1144 Gilbert
Downers Grove, IL 60515

Deutsche Bank Securities Inc.
,

Luc Dhondt
Groenstraat 11
9820 Merelbeke
Belgium,

Tom Dikens
,

Ha K. Dinh
Wyoming Drive
Murphy, TX 75094

Doculink International Inc.
,

Dover Master Fund II, L.P., c/o Longacre Management, LLC
810 Seventh Avenue, 33rd Floor
New York, NY 10019

Dr. Manfred Bischoff
,

Irene Drake
115 Duncansby Court
Cary, NC 27511

Juliet A. Drake
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Juliet A. Drake on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Thomas F. Driscoll on behalf of Debtor Nortel Networks Inc., et al.
Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
Wilmington, DE 19801

Dtel Network Solutions Inc.
,

Marvin J. DuBois
8703 Driftwood Dr.
College Station, TX 77845

Marie-Josee Dube on behalf of Creditor IBM Corporation/IBM Credit LLC
1360 Rene-Levesque W., Suite 400
Montreal, Qc, H3G 2W6

Fred W. Duncan
108 Eagle Ridge Dr.
Parachute, CO 81635

Karen L. Duncan
108 Eagle Ridge Dr.
Parachute, CO 81635

David A. Dunson
100 Bridlebit Court
Cary, NC

Jim Dupail
17524 NW 63rd CT
Miami Lakes, FL 33015-6288

E.I. du Pont Nemours and Company
,

EMC Corporation
,

East Camelback Road, Inc.
,

Charlie Eddins
4304 Tipperary Dr
Raleigh, NC 27604-3543

Jim Edgar
12028 Pembridge Ln
Raleigh, NC 27613

Janet S. Edwards
8-21 Oakbrier Court
Penfield, NY 14526

Jonathan T. Edwards
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Roger J. Edwards
775 Hawksbill Island Drive
Satellite Beach, FL 33062

Stephen J. Edwards
472 Thornhill Ct SW
Ocean Isle Beach, NC 28469

Jonathan T. Edwards on behalf of Interested Party Nokia Corporation
Alston & Bird LLP
1201 West Peachtreet Street

Atlanta, GA 30309-3424

Eigenlight Corporation
,

Richard W. Eller
,

Gilbert O. Elliott
3376 SE Fairway Oaks Trail
Stuart, FL 34997

John S. Elliott
,

Jeffrey B. Ellman on behalf of Defendant Beeline.com, Inc.
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309

Employment Security Commission of North Carolina
,

Carlos M. Encomenderos
,

Raymond Eng
,

Raymond Eng
297 Cardiff Drive
Morganville, NJ 07751

Richard Engleman
,

Alvin Enns
6325 Winthrop Dr
Raleigh, NC 27612

Gail Entringer
,

Enis Erkel
,

William H Ernst
171 Cedar Ave.
Poughkeepsie, NY 12603

Ernst & Young LLP
,

John Etten
4106 Thornill Ln
Vadnais Hts, MN 55127

Eugene F. Collins
,

Anthony Evans
,

Exide Technologies
,

Fair Harbor Capital, LLC

Ansonia Finance Station
PO Box 237037
New York, NY 10023

Nanette Faison
,

Pierre Farmer
,

Peter Farranto
,

Mark E. Felger Esq. on behalf of Mediator Mark Felger
Cozen O'Connor
Chase Manhattan Centre
Ste 1400
1201 Market Street
Wilmington, DE 19801-1147

David M. Felman
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

David M. Felman on behalf of Creditor Microsoft Corporation
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Ralph Fields
1959 Bowles Ave.
Creedmoor, NC 27522

Albert F. Finch
2309 Pembroke St.
Garland, TX 75040

Robert Fleming
1006 Cherokee Ct.
Apex, NC 27502

Florida Power & Light Company
,

Neil P Forrest on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamiton LLP
One Liberty Plaza
New York, NY 10006

Mara Foulois
10910 Belmont Blvd.
Mason Neck, VA 22079

Mara E. Foulois
10910 Belmont Blvd.
Mason Neck, VA 22079

Mario Fournier
12667 SW 144 Terrace
Miami, FL 33186

Maurice J. Fradette
36 Glenwood Road
West Hartford, CT 06107

David Frame

633 Raford Hill Ln
Richardson, TX 75081

Patricia P. Francis
8218 Summer Place Drive
Austin, TX 78759

Melinda C. Franek on behalf of Defendant Opnext Subsystems, Inc. f/k/a Stratalight Communications, Inc.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Janie Frank
208 Meadowlark Ln.
Wylie, TX 75098

Russell L. Fraser
,

Fraser Milner Casgrain LLP
,

Tor Frederick on behalf of Defendant Avaya Inc.,
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

Frank X. Froncek
4508 Hedrick Street
North Myrtle Beach, SC 29582

Inggit Frost
4817 Monte Vista Ln
McKinney, TX 75070

Charles J. Frumerie
931 Douglas Lane
Mount Shasta, CA 96067

Fulton County Tax Commissioner
,

John Funk
1159 Dora Whitley Rd
Franklin, TN 37067

J. Warren Fuson
3702 Burwell Rollins Circle
Raleigh, NC 27612

GFI, a division of Thomas & Betts Manufacturing Inc.
,

Charles M. Gage
5815 Edgewood Drive
McKinney, TX 75070

Jon D. Gaier
,

Vivian Judd Gainey
5603 Felder Ave
Apex, NC 27539

Frank Gallardo
,

Walter Bruce Galt
,

Fred L. Gann
792 Bridlewood Ct
Chico, CA 95926

Fred L. Gann
792 Bridlewood Ct.
Chico, CA 95926

Kenneth Garcew
,

Nick Garito
,

Kevin Garnica
,

Joseph T. Gauthier on behalf of Interested Party Macro 4, Inc.
15535 San Fernando Mission Boulevard
UNICOM Plaza
Suite 310
Mission Hills, CA 91345

Scott Gennett
16 Wildwood Street
Lake Grove, NY 11755

Gary Gervitz
,

Cheryl Jean Gibson
4621 Wilhoite Road
Franklin, TN 37064

Charles T. Glass
2605 Timothy Drive
Fuquay Varina, NC 27526

Arlene Godgrey
625 Duvall Blvd
Highland Village, TX 75077

Daniel Gold on behalf of Defendant Nera, Inc.,
Ehrenstein Charbonneau Calderin
501 Brickell Key Drive, Third Floor
Miami, FL 33131

Stuart Goldberg
4223 Glen Ridge Dr.
Arlington, TX 76016

Aren Goldsmith on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
12, rue de Tilsitt
Paris, FR 75008

Marcia L. Goldstein
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Marcia L. Goldstein on behalf of Interested Party Apple, Inc.
Weil, Gotshal & Manges LLP
767 Fifth Avenue

New York, NY 10153

Imre M. Gombos
6830 Lancaster Circle
Cumming, GA 30040

Kenneth W. Gordon
1039 Monroe Avenue
Rochester, NY 14620

Joyce Gorman
5012 Enclave Ct.
McKinney, TX 75070

Gilles Gosselin
8404 Grand Messina CIr.
Boynton Beach, FL 33472

Patricia C. Goyette
351 Gardner Lane
Dover, AR 72837

Gregory Graham
216 Santa Fe Trail #2068
Irving, TX 75063

Robert M Graham
14169 Circa Del Sur
Rancho Santa Fe, CA 92067

David F. Grant
205 Reedham Way
Raleigh, NC 27615

Grant Thornton LLP
,

Carroll Gray-Preston
,

Louis Graziano on behalf of Creditor United States Equal Employment Opportunity Commission
33 Whitehal Street
5th Floor
New York, NY 10004

Diane Greanier
3813 Orchard Street
Walworth, NY 14568

David Green
73 Dunning Boulevard
Bangor, ME 04401

Marilyn Green
1106 Boston Hollow Road
Ashland City, TN 37015

Norman & Sandra Grills
632 Post Oak Drive
Plano, TX 75025

Sandra Grills
,

Brian P. Guiney on behalf of Creditor Law Debenture Trust Company of New York
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas

New York, NY 10036

Chand V. Gundecht
,

Chandrakant V. Gundedra
11309 Ridgegate Dr.
Raleigh, NC 27617

Paul R. Gupta on behalf of Defendant Avaya Inc.,
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

Matthew Gurgel on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, NY 10006

Daniel Guyder on behalf of Other Prof. Ernst & Young LLP
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Levon Habosian
,

Hain Capital Group, LLC
301 Route 17
7th Floor
Rutherford, NJ 07070

Hain Capital Holdings, Ltd
301 Route 17
7th Floor
Rutherford, NJ 07070

Matthew W. Hamilton on behalf of Creditor Fulcrum Distressed Opportunities Fund I, LP
Fulcrum Credit Partners LLC
111 Congress Avenue
Suite 2550
Austin, TX 78701
e-notice@fulcruminv.com

Harmon L Hanig
P.O. Box 1103
Lafayette, CA 94549

David C Hannah
405 Skulley Drive
Alpharetta, GA 30004

James E. Harden III
1460 Chinook Court
Lilburn, GA 30047

Michael Hardwick
1914 Flint Oak
San Antonio, TX 78248

Harris County
Attn. John P. Dillman
P O Box 3064
Houston, Tx 77253

Mark M. Haupt
10533 Tarton Fields Cir.

Raleigh, NC 27617

Joy N. Haymore
,

Judith A. Hazelden
,

Alan Heinbaugh
,

Heather Heinbaugh
,

Helein & Marashlian, LLC
,

Joseph R. Herrage
4302 Springhill Estates Drive
Parker, TX 75002

Michael Heslop
,

Earl S. Hewitt
,

Henry Hewitt
5928 Volunteer Pl.
Rockwall, TX 75032

Morris Wayne Higgins
,

David Hilbig
1420 Faringdon Dr
Plano, TX 75075

Ross Hildebrand
3300 Land Park Drive
Sacramento, CA 95818

Richard Geoffrey Hill on behalf of Interested Party Joint Administrators and Foreign Representatives for Nortel Networks
UK Limited
4 Stone Buildings
Lincoln's Inn
,

Barbara Joan Hinson
317 Westridge Drive
Raleigh, NC 27609

Lorne Hinz
7309 Lougheed Plaza
Plano, TX 75025

James G. Hix
2709 Safari Cir
Plano, TX 75025

Shirley A. Hix
2709 Safari Cir
Plano, TX 75025

Vinh Hoang
2200 Stacia Ct.
Plano, TX 75025

Joseph T. Hodges
4415 Heidi Place
Midlothian, VA 23112

Mathew Hollingsworth
7206 Woodsprings Dr
Garland, TX 75044

Fereidoun Homayoun
2805 Covey Place
Plano, TX 75093

Brian Hopf
1081 Silverleaf Dr.
Youngsville, NC 27596

Robert Horne
,

Robert Horne
10015 High Falls Pointe
Alpharetta, GA 30022

Jonathan L. Howell
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
Dallas, TX 75201

Gregory J. Hoy
430 Highland Oaks
Southlake, TX 76092

Huddleston Bolen LLP
,

William Hughes
1102 NW 133 Ave
Sunrise, FL 33323

Stephen Hunt
5880 Hershinger Close
Duluth, GA 30097

IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, Il 60181

ITC Netwroks SRL
c/o Val Mandel, P.C.
80 Wall Street, Suite 1115
New York,

Vince Iacoviello
,

Intech Group, Inc.
Ernie Holling, President
305 Exton Commons
Exton, PA 19341

Nancy Isip
1915 Esparanza Ct
Allen, TX 75002

J. Scott Douglass
909 Fannin

Suite 1800
Houston, TX 77010

JMock & Co., SA
,

Jackson Lewis LLP
,

Anthony Jamroz
7814 Red River Rd.
West Palm Beach, FL 33411

Bruce K. Jarvah
702 Potomac Drive
Chocowiwity, NC 27817

John Ray, as Principal Officer of Nortel Networks, Inc.
,

William and Mary Johnson
,

James L. Johnson on behalf of Defendant Media5 Corporation
Wharton Aldhizer & Weaver PLC
The American Hotel
125 South Augusta Street
Suite 2000
Staunton, VA 24401

Tomislav A. Joksimovic on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, NY 10006

Deborah M. Jones
,

KPMG LLP
,

John Kalfa
75 Johnson Place
Woodmere, NY 11598

Vivek and Kamna Kapil
,

Mitchell A. Karlan
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Mitchell A. Karlan on behalf of Creditor Microsoft Corporation
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

William N. Kashul
,

Douglas S. Kasten
,

Lawrence A. Katz on behalf of Defendant TTI Team Telecom International Inc.
Leach Travell Britt pc
8270 Greensboro Drive

Suite 1050
McLean, VA 22102

Eli J. Kay-Oliphant
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

Jordan Daniel Kaye on behalf of Creditor Drawbridge Special Opportunities Fund LP
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036
jkaye@kramerlevin.com

Wlodzimierz Kazimierski
7782 Georgetown Chase
Roswell, GA 30075

Rob Keates
10519 138 St NW
Edmonton, AB, CA T5N 2J5,

Susan Keegan
,

Keightley & Ashner LLP
,

Kelley Drye & Warren LLP
,

Sharon Kelly
,

William P. Kelly
14 Cohasset Lane
Cherry Hill, NJ 08003

Kelly Services
,

Matthew K. Kelsey
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Matthew K. Kelsey on behalf of Creditor Microsoft Corporation
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Robert Kenedi
11726 Nigh Heron Drive
Naples, FL 34119-8888

Joseph Ketsler
7617 Waasland Drive
Plano, TX 75025

Joseph and Rita Ketsler
,

Abdul M. Khawar
11103 Empire Lakes Drive
Raleigh, NC 27617

Robert Bruce King, Jr.

,

Jeffrey H Kingdon
81 La Rue Place NW
Atlanta, GA 30327

Bruce Klein
8220 Fountain Park Dr
Raleigh, NC

Kerrin T. Klein on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Dave Ko
920 Brookline Way
Alpharetta, GA 30022i

David Ko
,

Bart Kohnhorst
,

William P. Koller
1335 Miami Lane
DesPlaines, IL 60018

Kraft Foods Global, Inc.
,

Lisa Kraidin on behalf of Foreign Representative Ernst & Young Inc., As Monitor & foreign Representative of the Canadian
Nortel Group
Allen & Overy LLP
1221 Avenue of The Americas
New York, NY 10020

Jeffrey Krueger
,

David J. Kurth
1849 Quail Point S.E.
Bolivia, NC 28422

Robert Kwee
8911 Halfmoon Ct.
Apt. 106
Raleigh, NC 27613

George LaBranche
PO Box 231623
Centreville, VA 20120-7623

Gregory S. Lagios
22 Deer Run Drive
Freedom, NH 03836

Richard A. Lalime
,

Timothy Lane
844-F Athens Drive
Raleigh, NC 27606

Tai Lavian
,

Norman Lawrence
3717 Walker Creek Rd
Central Point, OR 97502

Samuel Layne
,

Lazard Freres & Co. LLC
,

Jennie H. Leach
,

Charles and Diane Lee
1103 CR 3470
Hawkins, TX 75765

Kun Lee on behalf of Creditor Springwell Capital Partners LLC
Springwell Capital Partners
6 Landmark Square
4th Floor
Stamford, CT 06910

Herbert W. Lefaiver
,

Anthony M. Leger
9409 Stone Mountain Rd
Raleigh, NC 27613

Raymond Howard Lemisch on behalf of Plaintiff Nortel Networks Inc.
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

Janice Lennox
,

Brian Leonard
,

Jonathan I. Levine on behalf of Creditor Hewlett-Packard Company
Andrews Kurth LLP
450 Lexington Avenue
15th Floor
New York, NY 10017
bankruptcy@andrewskurth.com

Michelle A. Levitt on behalf of Interested Party Chartis Insurance Company of Canada f/k/a AIG Commercial Insurance
Company of Canada
175 Water Street
18th Floor
New York, NY 10038

Marion Lewis
7634 Astoria Place
Raleigh, NC 27601

Rose Lewis
414 Canyon Creek Dr
Richardson, TX 75080

Jeffrey T. Lindgren
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd.,

Suite 300
Lafayette, CA 94549

Jeffrey T. Lindgren on behalf of Defendant Accton Technology Corporation
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd.
Suite 300
Lafayette, CA 94549

Michael A. Lindsay
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Michael A. Lindsay on behalf of Interested Party The Institute Of Electrical And Electronics Engineers, Inc.
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Louis A. Lipner on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Liquidity Solutions, Inc.
One University Plaza, Ste 312
Hackensack, NJ 07601

Lita Higginbotham
750 W. Rosewood
Tavares, FL 32278

Charles R. Littlewood
2005 Quail Ridge Road
Raleigh, NC 27609-4137

Edward A. Lizak
,

Rodolfo Llanes
,

Michael D. Lockwood
5501 Stonehenge Dr.
Richardson, TX 75082

Mary Loftus
,

Estelle Loggins
6717 Latta Street
Dallas, TX 75227

James R. Long
2348 S. Ocean Blvd.
Highland Beach, FL 33487

Jerry Long
2047 O'Kelly Chapel Rd.
Durham, NC 27713

Longacre Institutional Opportunity Fund, L.P.
810 Seventh Avenue, 33rd Floor
New York, NY 10019

Longacre Opportunity Fund, L.P.
810 Seventh Avenue, 33rd Floor
New York, NY 10019

David Longaker
,

Julio C. Lopez
98 SW 13th Avenue
Boca Raton, FL 33486

Los Angeles County Treasurer & Tax Collector
,

Judith A. Love
3236 Verbena Dr.
Plano, TX 75075

Daniel A. Lowenthal on behalf of Creditor Law Debenture Trust Company of New York
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

David A Ludwick
205 Old Baldmin Rd
Black Mountain, NC 28711

Louis Lusignan
744 Goodwin Dr
Park Ridge, IL 60068

Thomas Lyons
,

MEN Acquisition LLC
,

Peter J. MacLaren
1496 West Hill Road
Warren, VT 05674

Thomas G. Macauley on behalf of Defendant PowerSteering Software, Inc.
Macauley LLC
300 Delaware Avenue, Suite 760
Wilmington, DE 19801

Mack Thorpe, Jr.
,

Jacques D Mader Jr
822 Bonnie CT
Murphy, TX 75094

John A. Mahoney
,

Kevin Malek on behalf of Interested Party Solus Alternative Asset Management LP as holder of 7.785% bonds issued by
NNCC
Malek Schiffrin LLP
340 Madison Avenue
Nineteenth Floor
New York, NY 10173-1922

James R. Malloch
2925 Westview Dr.
Canyon Lake, TX 78133

Richard C. Maloney
11 Hyder Street
Westborough, MA 01581

Martin G. Mand
,

Manistique Papers, Inc.
453 S. Mackinac Avenue
Manistique, MI 49854

James P Manley
1204 Edgefield
Plano, TX 75075

Charles R Mann
329 Kyfields
Weaverville, NC 28787-9282

Felicia Jones Mann
,

L. Stuart Mapes
1514 Shinnecock Hills Drive
Georgetown, TX 78628

Margolis Edelstein
750 Shipyard Dr.
Ste. 102
Wilmington, DE 19801

William E. Mariotti, Sr.
,

Arnold J. Martin
904 Andersonwood Dr.
Fuquay-Varina, NC 27526

Jenifer Maryak
10720 Dunhill Terrace
Raleigh, NC 27615

Gary Masales
25 Mead Lane
Hilton Head Island, SC 29926

Terry Masseingill
,

Scott A Matheny
155 Bay Dr
Hendersonville, TN 37075

Richard J. Mathias
,

Cesare Matrundola
8157 Pleasant Hill Rd
Lithonia, GA 30058

Thomas J. Matz
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Douglas K. Mayer

Wachtell, Lipton, Rosen, & Katz
51 West 52nd Street
New York, NY 212-403-1251

Robert A. McCabe
2009 Mission Rd
Edmond, OK 73034

Michael McCarthy
69 Auckland St.
Dorchester, MA 02125

McCaughran QC on behalf of Interested Party Joint Administrators and Foreign Representatives for Nortel Networks UK
Limited
One Essex Court
Temple
,

Gillian McColgan
,

Scott D. McCoy on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

William R. McDonald
202 Woodfield Dr.
Asheville, NC 28803

Alan McKie
11985 Leeward Walk Circle
Alpharetta, GA 30005

Marva M. McLaurin
,

Thomas K. McManus
710 Ashcreek Court
Roswell, GA 30075

Susan E. McPherson
406 Paseo De La Concha
Redondo Beach, CA 90277

Michael McWalters
PO Box 338
Alviso, CA 95002

Meadwestvaco Corp
,

Daniel J. Merrett on behalf of Defendant Beeline.com, Inc.
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309

Roy Merrills
10401 Manly Dr.
Chapel Hill, NC 27517

Laura D. Metzger
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

James L. Michael

4216 New Hill-Holleman Rd.
New Hill, NC 27562

Sergei Michailov
6056 Willow Wood Lane
Dallas, TX 75252

Clifford R. Michel on behalf of Defendant Avaya Inc.,
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

Richard K. Milin on behalf of Creditor Committee Official Committee of Retirees
Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Loren D. Miller
2461 Ravenhurst Drive
Plano, TX 75025

Philip Mindlin
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Olga Minkina on behalf of Creditor New York City Department of Finance
,

Dennis J. Missini
,

Jacqueline Moessner on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, NY 10006

Monarch Alternative Capital LP
535 Madison Avenue
New York, NY 10022

Dan Mondor
,

Inder Monga
,

George Montgomery
,

Christopher Moore
5167 Killingsworth Trace
Norcross, GA 30092

Brian F. Moore on behalf of Creditor Committee Official Committee of Retirees
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119

Paul E. Morrison
,

Bradley J. Morrow
,

John C. Morse

5438 Hunter Road
Ooltwah, TN 37363

Gary Moton
3319 Hillpark Lane
Carrollton, TX 75007

Vicente Moyano
,

Godfrey W. Muehle
1613 Kalispell Court
Sunnyvale, CA 94087

Peter Murphy
,

Richard E. Muse
12 Lincoln St.
Apt 11
Dover, NH 03820

Bhimrao Vijay Naik
415 Dairy Rd
Ste E-530
Kahului, HI 96732

Dianne Napier-Wilson
14358 Wood Road
Alpharetta, GA 30004

Edward Natiuk
6143 NW 124th Drive
Coral Springs, FL 33076

NetIQ Corporation
1233 West Loop South
Suite 810
Houston, TX 77027

Jane Neumann
,

New York State Department Of Taxation And Finance
Bankruptcy Section
Collection/Civil Enforcement Division
Albany, NY 12205-0100

New York State Department of Labor
,

Judith Newborn
312 Lakepoint Loop
Pottsboro, TX 75076-4640

Nha Trong Nguyen
,

Kenneth E. Noble
,

Stanley Norman
1700 Steamboat Dr.
Plano, TX 75025

Randall H. Nunn
601 NW 7th Avenue

Mineral Wells, TX 76067

Kenneth Oakley
,

Oclaro Technology Ltd. f/k/a Oclaro Technology Plc f/k/a Bookham Technology Plc
,

Lawrence Olesko
10244 Tressor Court
Las Vegas, NV 89135q

John F Orbe
,

Nancy Ormsby
4109 Sonora Dr.
Plano, TX 75074

Ron Osborn
,

Bettina B. Osborne
,

Danny L. Owenby
,

Neil J. Oxford on behalf of Interested Party Joint Administrators and Foreign Representatives for Nortel Networks UK
Limited
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Bill Ozer
4036 Legend Ranch Dr.
San Antonio, TX 78230

Pacific Carriage Limited
,

Dinesh Pai
,

Palisades Capital Advisors LLC
,

Palisades Capital Management LLC
,

Devin Lawton Palmer on behalf of Creditor Arthur Russell
Boylan, Brown, Code Vigdor & Wilson, LLP
2400 Chase Square
Rochester, NY 14604

Basil Papantonis
,

Cynthia Paroski
,

George Pate
1015 Castle Rock CT
Murrells Inlet, SC 29576

Chand J Patel
3605 Longbow Lane

Plano, TX 75023

Girishkumar Patel
,

Subhash Patel
7020 Valley Lake Drive
Raleigh, NC 27612

Robert Patenaude
11300 NW 12th St
Plantation, FL 33323

Paul S. Payne
4911 Chatham Walk
Gainesville, GA 30504

Lauren L. Peacock on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, NY 10006

John Pellegrini
303 County Road 2266
Mineola, TX 75773

Peggy Pellegrini
303 County Road 2266
Mineola, TX 75773

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
,

Anthony D. Perez
23 Maryetta Court
Syosset, NY 11791

Perkins Coie LLP
1201 Third Avenue, 48th Fl
Seattle, WA 98101-3099

Gregory E. Pessin
Wathtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Gregory E. Pessin on behalf of Creditor Google Inc.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Norman Peters
3513 Enclave Trl
Plano, TX 75074

Scott C. Peters
,

Jeffrey Peterson
,

Herman G. Petzold, III
3030 West Grand Blvd
Ste. 10-200
Detroit, MI 48202

Mark A. Phillips

,

Leslie H. Phipps
817 Kimpton Court
Fuquay Varina, NC 27526

Edward J. Pillman
5203 Stone Arbor Court
Dallas, TX 75287

Timothy R. Pillow
,

John E. Polich on behalf of Creditor County of Ventura, State of California
County Counsel
800 South Victoria Avenue
Ventura, CA 93009-1830

Mario Poma
,

Phyllis Poole Barnes
115 Maid Marian Court
Manteo, NC 27954

Mysore N Prakash
5212 Lakecreek Ct
Plano, TX 75093

Gene M. Presson
4900 Bartwood Drive
Raleigh, NC 27613

Carita E. Prichard
1803 Palace Court
Corinth, TX 76210

Frankie Proctor
,

Janie Proctor
,

James R. Propes
,

Leonida Prosperi
14911 Hole In 1 Cir, Ph 5
Fort Myers, FL 33919

Gretta Prosser
537 Greenleaf Dr.
Richardson, TX 75080

Punter Southall LLC
,

RLKS Executive Solutions LLC
,

RMS Bankruptcy Recovery Services Agent for Webex Communications
307 International Circle
Suite 270
Hunt Valley, MD 21030

Mark H. Ralston
Ciardi Ciardi & Astin

2603 Oak Lawn Ave., Ste. 200
Dallas, TX 75219

Mark H. Ralston on behalf of Creditor SNMP Research International, Inc.
Ciardi Ciardi & Astin, P.C.
2603 Oak Lawn Avenue
Suite 200
Dallas, TX 75219-9109

Kasturi Ram Ramaswamy
140 Jilstone Court
Duluth, GA 30097

Ted B. Ramsey
3000 St. Tropez Ct.
McKinney, TX 75070

Cecil D. Raynor
1508 Briarwood Place
Raleigh, NC 27614

Receivable Management Services Corporation
,

Paul Redish
4511 Outlook Drive
Marietta, GA 30066

Linda Reed
115 Kearney Court
Nolensville, TN 37135

Linda E. Reed
,

Alan B. Reid
,

Steven Renbarger
,

Restoration Holdings LTD
325 Greenwich Avenue
3rd Floor
Greenwich, CT 06830

Jack Reynolds
,

Vincent E. Rhynes
,

Vincent E. Rhynes
1514 West Manchester Ave., #5
Los Angeles, CA 90047

Vincent E. Rhynes
513 W. 159th Street
Gardena, CA 90248

Richard C. Brand
,

Richard Giere
,

Cynthia B. Richardson

,

Robert Richardson

,

Jonathan Lee Riches
Federal Medical Center
P.O. Box 14500
Lexington, KY 40948-018

George A. Riedel

,

Gib D. Ritenour
PO Box 904
Osprey, FL 34229

Robert J. Cabral

,

Robert L. Kenas
12 Edgemere Drive
Matawan, NJ 07747

Charles C. Robinson on behalf of Defendant Getty Images, Inc.
Garvey Schubert Barer
Second & Seneca Building
1191 Second Avenue
18th Floor
Seattle, WA 98101-2939

Robert L. Robson
1013 Manor Glen Way
Raleigh, NC 27615

Eric L. Rognlie
151 North Bay Dr.
Bullard, TX 75757

Chester M. Rollan
3121 Kingston Dr.
Richardson, TX 75082

Lisa Ronga on behalf of Creditor Kuehne + Nagel, Inc.
22 Spencer Street

,

Chong Rose
701 Lakebird Dr.
Sunnyvale, CA 94089

Janeen L. Rose
3101 Tampa Drive
Garland, TX 75043

Richard Rose
17 Theresa Blvd
Wappingers Falls, NY 12590

David A. Rosenfeld on behalf of Interested Party Kien Chen
Coughlin Stoia Geller Rudman & Robbins L
58 South Service Road, Suite 200
Melville, NY 11747

Benjamin M. Roth on behalf of Creditor Google Inc.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street

New York, NY 10019

Jean Charles Roy
8112 Sapwood Court
Raleigh, NC 27615

Inna Rozenberg on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Samuel H. Rudman on behalf of Interested Party Kien Chen
Coughlin Stoia Geller Rudman & Robbins
58 South Service Road, Suite 200
Melville, NY 11747

Richard Ruen
,

Steven Ruff
,

Russell T. Schooley
1603 Clearmeadow Drive
Allen, TX 75002

Stephen M. Ryan
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005

John P. Ryan Jr
,

Stephen M. Ryan on behalf of Interested Party American Registry for Internet Numbers
McDermott, Will & Emery
600 13th Street, N.W.
Washington, DC 20005-3096

SEAL Consulting, Inc.
,

Sacramento County Tax Collector, CA
,

Joseph Samuel
102 Bathgate Lane
Cary, NC 27513

Hector Santiago
978 Greystone Dr.
Biloxi, MS 39532

Barry Satlow
1951 Vista Drive
Boulder, CO 8304

Joe K. Scammerhorn
1537 Edgeside Ct.
Raleigh, NC 27609

John Scheer
5736 Chadwick Lane
Brentwood, TN 37027

John A. Schick
44 Arroyo Drive

Moraga, CA 94556

Javier Schiffrin on behalf of Interested Party Solus Alternative Asset Management LP as holder of 7.785% bonds issued by
NNCC
Malek Schiffrin LLP
340 Madison Avenue
Nineteenth Floor
New York, NY 10173-1922

Herbert E. Schledwitz
,

Cynthia A Schmidt
P.O. Box 119
Oregon House, CA 95962

Cynthia A. Schmidt
,

Robert A. Schmoll on behalf of Defendant Beeline.com, Inc.
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309

Bruce Schofield
,

Karl Schurr
,

Roger A. Schwantes
233 Stanley Park Lane
Franklin, TN 37069

Scott Douglass
909 Fannin
Suite 1800
Houston, TX 77010

Harold Seaman
118 West Coda Circle
Delray Beach, FL 33444

John Seligson
,

Meghan Sercombe
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Martha Serwatowski
805 Sunset Hill Dr.
Rockwall, TX 75087

Lynette K. Seymour
,

J.E. Shannon
132 Dublin Road
Murphy, TX 75094

Virginia L Sharp
1704 Arena Dr
Plano, TX 75025

Shearman & Sterling, LLP

,

Tahir Sheikh
3604 Camp Mangum Wynd
Raleigh, NC 27612

Lara Sheikh on behalf of Creditor Committee Official Committee of Retirees
Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

John E. Sheppard
4808 Wood Valley Drive
Raleigh, NC 27613-6334

Jesse D.H. Sherrett on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

John Sherwood on behalf of Interested Party Kien Chen
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Charles J. Shipman
1081 Grazer Lane
Prescott, AZ 86301

Kamal Sidhu on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

David J. Sidor
,

Larry L. Siegle
324 Home Place Dr
Easley, SC 29640

Sierra Liquidity Fund, LLC
,

Tilak Sikri
8235 St. Marlo Fairway Dr.
Duluth, GA 30097

Joseph Simeone
4847 N.W. 124th Way
Coral Springs, FL 33076

Edgar B. Simmons
218 South Bay Dr.
Bullard, TX 75757

Robert F. Simon on behalf of Creditor Mike Zafirovski
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601

Gregory Skinner
79 SW 12th Street
Unit 3512
Miami, FL 33130

Terry Lee Sledge
516 Ronal Circle
Raleigh, NC 27603

Terry and Wanda Smith
,

Jennifer E. Smith on behalf of Plaintiff Nortel Networks Inc.
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

David M. Snider
,

Timothy Snyder
,

Sonar Credit Partners II, LLC
200 Business Park Drive
Suite 201
Armonk, NY 10504

Sonar Credit Partners, LLC
200 Business Park Drive
Suite 201
Armonk, NY 10504

Lucy Sookdeo
822 Palm Desert Drive
Garland, TX 75044

Special Counsel, Inc.
,

Danny Sprouse
7014 FM 3054
Malakoff, TX 75148

James R. Spurlock
1102 Manchester Drive
Cary, NC 27511

Richard R. Standel
,

Sharon Stanley on behalf of Interested Party Brenntag Great Lakes, LLC
,

Dianne Stanton
736 Branniff Drive
Cary, NC 27513

Charles A. Stanziale on behalf of Mediator Charles Stanziale
100 Mulberry Street
Newark, NJ 07102

Robert J. Starkes
,

State Board of Equalization
,

State Of Maryland, Comptroller Of The Treasury
,

State Of New Jersey, Division of Taxation
P.O. Box 245
Trenton, NJ 08695

State Of Rhode Island Division Of Taxation
One Capitol Hill
Providence, RI 02908-5800

State of Georgia, Department of Revenue
Compliance Division
P.O. Box 161108
Atlanta, GA 30321

State of Maryland, Department of Labor, Licensing and Regulation
1100 N. Eutaw Street
Baltimore, MD 21201

State of New Jersey Department of Labor and Workforce Development
,

Tim Steele
,

David Steer
10 Cypress Ct.
Nepean, Ontario, K2H 8Z8

Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church Street
8th Floor
New York, NY 10007

Olive Jane Stepp
,

Gary Steven Stone on behalf of Interested Party Ernest Demel
South Brooklyn Legal Services
105 Court Street 3rd Floor
Brooklyn, NY 11201

James Stovall
565 Fifth Avenue
New York, NY 10017

Graham Strange
4960 Bridgehampton Blvd
Sarasota, FL 34238

Raymond L. Strassburger
,

Strategic Policy Sector of the Department of Industry
,

Moses Sun
9208 Stonebrook Dr
College Station, TX 77845

Alan Svejda
,

William C. Swanson
12046 Ridgeview Lane
Parker, CO 80138

T3 Energy Services, Inc.
,

TR Capital Management, LLC
336 Atlantic Avenue, Suite 302
East Rockaway, NY 11518

TTI Team Telecom Netherlands B.V.
,

Tandberg
,

Tannor Capital Partners Fund II, LP
150 Grand Street, Suite 401
White Plains, NY 10601

Tannor Partners Credit Fund II, LP
200 Business Park Drive, Suite 200
Armonk, NY 10504

Samra Tariq
12325 Richmond Run Drive
Raleigh, NC 27614

Semra Tariq
,

Technology Properties Limited LLC
,

TelStrat International LLP
,

Texas Comptroller of Public Accounts
,

Texas Workforce Commission
,

The Commonwealth of Massachusetts, Department of Revenue
,

The Louisiana Department of Revenue
,

The Seaport Group LLC
360 Madison Avenue
22nd Floor
New York, NY 10017

The State Of Oklahoma ex rel. Oklahoma Tax Commission ("Commission")
,

Hendrikus E. Theloosen
162 Waterton
Williamsburg, VA 23188

Thomas A. Gigliotti
,

Vernon Thompson
,

Allan S. Thomson
,

George P. Thomson
28 Northumberland
Nashville, TN 37215

Rene E. Thorne on behalf of Debtor Nortel Networks Inc., et al.
Jackson Lewis LLP
650 Poydras Street
Suite 1900
New Orleans, LA 70130

Charles L. Till
75196 Chippenham Ct
Raleigh, NC 27613

Stephen C. Tingey on behalf of Interested Party Ray Quinney & Nebeker, P.C.
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
P.OBox 45385
Salt Lake City, UT 84145-0385

Michael Tjia
,

Woon Cheung Tong
122 Hidden Rock Court
Cary, NC 27513

Torys LLP
237 Park Avenue
New York, NY 10017

Jerrrey D Townley
4115 English Garden Way
Raleigh, NC 27612

Jackson Townsend, III
139 Dan Moody Trail
Georgetown, TX 78633

Jack M Tracy on behalf of Interested Party Nortel Networks UK Pension Trust Limited & The Board of the Pension
Protection Fund
Willkie Farr & Gallagher LLP
787 Seventh Ave.
New York, NY 10019

Travelers
One Tower Square4
5MN
Hartford, CT 06183

John Trick
,

Robert H. Troxell
7260 W. Peterson Ave.
Apartment E-410
Chicago, IL 60631

True Partners Consulting LLC
,

True Partners Consulting LLC
225 W. Wacker Drive
Suite 1600
Chicago, IL 60606

Tulsa County Treasurer
500 S. Denver Ave.
Tulsa, OK 74103

Willie Mae Turrubiarte
101 Live Oak Drive
Krugerville, TX 76227-2901

Andrew Twynham
,

Caroline Underwood
,

Andrew J. Ungberg on behalf of Plaintiff Nortel Networks Inc.
CLEARLY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

Sigmund Unger
,

United States Equal Employment Opportunity Commission
,

Universal Service Administrative Company
,

Hilla Uribe on behalf of Defendant International Business Machines Corporation
Paul Hastings Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Jeffrey D. Vanacoie on behalf of Creditor SNMP Research International, Inc.
Perkins Coie LLP
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085

Matthew Vanek
Cleary Gottieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

Richard C. Vasquez
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Layfayette, CA 94549

Richard C. Vasquez on behalf of Defendant Accton Technology Corporation
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd
Suite 300
Lafayette, CA 94549

Carol and Comar Vaughn
2804 Brown Circle
Las Vegas, NV 89107

Donald Vaughn
,

Alice Vega
34089 Lyttle Dowdle Drive
Golden, CO 80403

Palanivelu Venkatasubramaniam

,

Vincent E. Rhynes
1514 W. Manchester Ave. #5
Los Angeles, CA 90047

Thomas M Vitale on behalf of Interested Party The Fourth Estate Directors and Fourth Estate Subsidiaries
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Volex, Inc.
Wilmer Cutler Pickering Hale and Dorr LL
Lisa Jack
60 State Street
Boston, MA 02109

William E. Vosburg
,

Jerry L. Wadlow
,

James C. Waggoner on behalf of Attorney Clearwire Corporation
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201

Theodore W. Wagner
121 Penwood Drive
Cary, NC 27511

Donald K. Waldron
1847 San Leanna Dr.
Allen, TX 75013

Brian M. Walker on behalf of Creditor Google Inc.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

John M. Wallis
8932 Willow Trace Court
Apex, NC 27539-6807

Xin Wang
,

Ben Warren
37 Crest lane
Watsonville, CA 95075

Thelma Watson
,

Donna H Wayman
724 Westown Road
Unit I-4
Hot Springs, AR 71913

Michael A Wayman
724 Weston Road
Unit I-4
Hot Springs, AR 71913

Mark Weare
,

Joel D. Webb
101 Allenbrook Dr.
Youngsville, NC 27596

George D. Weise
992 Turner Road
Palmyra, NY 14522

Janet Weiss
Gibson Dunn
200 Park Avenue
New York, NY 10166-0193

John C. Weitnauer
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

John C. Weitnauer on behalf of Interested Party Nokia Corporation
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Didier Werkoff
,

Jennifer M. Westerfield on behalf of Debtor Nortel Networks Inc., et al.
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

Nora Weyand
305 Lago Grande Trail
Wylie, TX 75098

James G. Whercer
4805 Duromecroft Place
Fuquay-Varina, NC 24526

Michael S. Whitehurst
801 SilverPoint Road
Chapin, SC 29036

D.G. Wiggins
1037 Beech Tree Lane
Brentwood, TN 37027

Laura Wiles
6024 Cabin Creek Road
Lothian, MD 20711-9700

Janet Wilkinson
1619 Park Dr.
Raleigh, NC 27605

Jeffrey E. Williams
201 Windy Knoll Ln.
Wylie, TX 75098

Vernon G Williams
507 Pangola Drive
North Fort Myers, FL 33903

John B. Wilson
14358 Wood Road
Alpharetta, GA 30004

Richard B. Wilson
629 Mossycup Oak Drive
Plano, TX 75025

Wind Telecom, S.A.
,

Nora E. Winje
678 Cooledge Ave, NE
Atlanta, GA 30306

Nicholas F. Winterberg
PO Box 3021
Johnson City, TN 37602

Wireless (TX) LP
,

Robert Wohlford
30 Alexander Place
Pittsburgh, PA 15243

Ronald F. Wojcik
3308 Kemble Ridge Dr.
Wake Forest, NC 27587

Cash Wolfson
,

Allister N Wolowidnyk
1213 Gannon Drive
Plano, TX 75025

Cho Lun Wong
Flat A1, 3/F Summit Court
144 Tin Hau Temple Road
North Point,

Betsy Wood
516 Cascade Terrace South
Sunnyvale, CA 94087-3249

James E. Wood
3229 Regatta Pointe Ct.
Midlothian, VA 23112

Pierce Glen Wood
255 Elliot Circle
Watkinsville, GA 30677

Freddie Wormbaker
,

Thomas Roy Worthy
1740 SW Monarch Club Drive
Palm City, FL 34990

Robert Wrigglesworth
4500 Richmond Hill Dr.
Murrells Inlet, SC 29576

Susan Wuorinen on behalf of Interested Party NORTHWESTERN UNIVERSITY
Office of the General Counsel
,

Sandra M. Wyatt

,

Patricia A Yandell
7100 Chase Oaks Blvd. #4305
Plano, TX 75025

Clifford C Yarosh
10 Fay Street
Westborough, MA 01581

Emil Ami Yeshaya
23629 Spires Street
West Hills, CA 91304

Charles M. Young
1616 Dye Pl.
Wilmington, NC 28405

Mason James Young
2984 Franklin Oaks Dr
Oak Hill, VA 20171

Robert Young
313 Promenade St. South
Montgomery, TX 77356

Marc D. Youngelson
,

Mary Ann Yowell
140 Knob Hill
Holly Lake Ranch, TX 75765

Roger B Yowell
140 Knob Hill
Holly Lake Ranch, TX 75765

Bruce J. Zabarauskas on behalf of Plaintiff Nortel Networks (CALA) Inc.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Howard S Zelbo
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Zone 4 Solutions, Inc.
,

James A. Zukas
10900 Quimby Point Lane
Reston, VA 20191

Regenia Anne Zukosky
208 N. Carriage House Way
Wylie, TX 75098

iStar Ctl I, L.P.
,

tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

**09-10138-KG These participants in a related case have chosen not to receive notice from this case:**
Gregory W. Hauswirth on behalf of Defendant Prime Carrier Ltd.

ghauswirth@thorpreed.com,
pcarothers@thorpreed.com;rhotaling@thorpreed.com;dtomko@thorpreed.com;sambrose@thorpreed.com

Daniel C. Kerrick on behalf of Defendant Market Probe, Incorporated
dkerrick@cicontewasserman.com, bankruptcy@cicontewasserman.com

---

Robert J. Ryan
Cleary Gottlieb Steen & Hamilton LLP
Assistant: bprzyblinski@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2602 | f: +1 212 225 3999
www.clearygottlieb.com | rryan@cgsh.com