**CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Reply in Further Support of their Motion for Entry of an Order Approving Settlement Procedures to Resolve Claims of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan** was caused to be made on July 6, 2012, in the manner indicated upon the entities identified below.

Date: July 6, 2012                                             */s/ Tamara K. Minott*
Wilmington, DE                                                 Tamara K. Minott (No. 5643)

**Via Hand Delivery**

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Drew G. Sloan, Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

Bonnie Glantz Fatell, Esq.
Victoria Guilfoyle, Esq.
BLANK ROME, LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801

**Via Overnight Mail**

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
David H. Botter, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Thomas R. Kreller, Esq.
MILBANK, TWEED, HADLEY & MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Sankaran Lakshminarayan
9815 Autry Falls Dr.
Alpharetta, GA 30022

Robert J. Keach, Esq.
Paul McDonald, Esq.
Daniel J. Murphy, Esq.
Berstein, Shur, Sawyer & Nelson
100 Middle Street
Portland, ME 04104-5029

6033237