**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                        :
In re                                   :    Chapter 11
                                        :
Nortel Networks Inc., et al.,¹          :    Case No. 09-10138 (KG)
                                        :
            Debtors.                    :    Jointly Administered
                                        :
-----------------------------------------------------------X
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 11, 2012 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTINUED MATTERS**

1.   Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

     Objection Deadline:  February 23, 2012 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD to July 18, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to July 17, 2012 at 4:00 p.m. (ET). Extended for the Debtors with respect to the Response filed by Kelly Services to August 13, 2012 at 4:00 p.m. (ET).

     Remaining Responses Received:

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(a) Response to Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) Filed by Kelly Services (D.I. 7245, Filed 2/21/12);

(b) Informal Response of ASM Capital Regarding Claim No. 7819; and

(c) Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a) Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Filed 3/8/12);

(b) First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Filed 3/22/12);

(c) Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Filed 4/18/12); and

(d) Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Filed 5/9/12).

Status: The hearing on the Objections has been adjourned with respect to responses (b) and (c) above to the omnibus hearing scheduled in these cases for August 1, 2012 at 10:00 a.m. (ET). The hearing on the Objections has been adjourned with respect to response (a) above to the omnibus hearing scheduled in these cases for August 22, 2012 at 10:00 a.m. (ET).

2. Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7185, Filed 2/7/12).

Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital to July 17, 2012 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)     Informal Response of ASM Capital Regarding Claim No. 7819.

Related Pleading:

(a)     Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7355, Entered 3/8/12);

(b)     First Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7433, Entered 3/22/12); and

(c)     Second Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7625, Entered 5/9/12).

Status: The hearing on the Objection has been adjourned with respect to response (a) above to the omnibus hearing scheduled in these cases for August 1, 2012 at 10:00 a.m. (ET).

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

*Nortel Networks Inc. v. SCI Brockville Corp., Adv. Proc. Case No. 11-50195 (KG)*

3.     Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and SCI Brockville Corp. d/b/a Breconridge Corporation (Main Case D.I. 7823, Adv. Proc. Case D.I. 30, Filed 6/12/12).

Objection Deadline: June 26, 2012 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading:

(a)     Certificate of No Objection (Main Case D.I. 7926, Adv. Proc. Case D.I. 34, Filed 6/29/12); and

(b)     Proposed Form of Order.

Status: There have been no objections and a CNO was filed.

*Nortel Networks Inc. v. AudioCodes, Inc. and AudioCodes, Ltd., Adv. Proc. Case No. 11-52298 (KG)*

4. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and AudioCodes, Inc. and AudioCodes, Ltd. (Main Case D.I. 7877, Adv. Proc. Case D.I. 37, Filed 6/20/12).

   Objection Deadline: July 5, 2012 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleading:

   (a) Certificate of No Objection (Main Case D.I. TBD, Adv. Proc. Case D.I. TBD, Filed 7/9/12); and

   (b) Proposed Form of Order.

   Status: There have been no objections and a CNO will be filed at 4:00 p.m. (ET).

**UNCONTESTED MATTER GOING FORWARD**

5. Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Non-Filed Entity Settlement Agreement; (II) Authorizing and Approving the Debtors to Take Certain Actions in Connection Therewith; and (III) Granting Related Relief (D.I. 7875, Filed 6/20/12).

   Objection Deadline: July 3, 2012 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleading: None.

   Status: The joint hearing on this matter will go forward.

**CONTESTED MATTERS GOING FORWARD**

6. Debtors' Objection to Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund, and Motion for an Order Requiring a More Definite Statement of Claim (D.I. 7818, Filed 6/11/12).

   Objection Deadline: June 26, 2012 at 4:00 p.m. (ET).

   Responses Received:

   (a) Response of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund to Debtors' Objection to Proofs of Claim and Motion

for an Order Requiring a More Definite Statement of Claim (D.I. 7919, filed 6/27/12).

Related Pleading:

(a) Declaration of Kerrin T. Klein in Support of Debtors' Objection to Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund, and Motion for an Order Requiring a More Definite Statement of Claim (D.I. 7819, Filed 6/11/12); and

(b) Debtors' Reply in Further Support of Their Objection to the Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (As Trustee of the Nortel Networks US Pension Plan) and the Board of the Pension Protection Fund, and Motion for an Order Requiring a More Definite Statement of Claim (D.I. 7942, Filed 7/6/12); and

(c) Joinder of the Official Committee of Unsecured Creditors to the Debtors' Pleadings with Respect to the Objection to Proofs of Claim Filed by the UK Pension Claimants (D.I. 7944, Filed 7/6/12).

Status: The hearing on this matter will go forward.

7. Debtors' Motion for Entry of an Order Approving Settlement Procedures to Resolve Claims of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (D.I. 7876, Filed 6/20/12).

Objection Deadline: July 3, 2012 at 4:00 p.m. (ET).

Responses Received:

(a) Objection of Robert Horne, Mason James Young, Ellen Bovarnick, Charla Crisler, Bart Kohnhorst, Brian Page, Benjamin Warren, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Debtors' Motion for Entry of an Order Approving Settlement Procedures to Resolve Claims of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (D.I. 7937, Filed 7/3/12); and

(b) Objection Filed by Sankaran Lakshminarayan Regarding Debtors' Motion for Entry of an Order Approving Settlement Procedures to Resolve Claims of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (D.I. 7940, Filed 7/3/12).

Related Pleading:

(a) Debtors' Reply in Further Support of their Motion for Entry of an Order Approving Settlement Procedures to Resolve Claims of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (D.I. 7943, Filed 7/6/12).

Status: The hearing on this matter will go forward.

*Nortel Networks Inc. v. Commonwealth of Virginia Department of Taxation, Adv. Proc. Case No. 12-50608 (KG)*

8. Virginia Department of Taxation's Request for Abstention (Adv. Proc. D.I. 6, Filed 5/31/12).

   Responses Received:

   (a) Plaintiff Nortel Network Inc.'s Memorandum of Law in Opposition to Defendant's Request for Abstention (Adv. Proc. D.I. 7, Filed 6/22/12).

   Related Pleading:

   (a) Declaration of John Ray in Support of Nortel Network Inc.'s Opposition to Defendant's Request for Abstention (Adv. Proc. D.I. 8, Filed 6/26/12).

   Status: The hearing on this matter will go forward.

*Nortel Networks Inc. v. State of Michigan Department of Treasury, Adv. Proc. Case No. 12-50773 (KG)*

9. NNI's Motion for a Preliminary Injunction (Adv. Proc. D.I. 4, Filed 6/15/12).

   Responses Received:

   (a) Michigan Department of Treasury's Answering Brief in Response to Nortel Network Inc.'s Motion for Preliminary Injunction (Adv. Proc. D.I. 18, Filed 6/29/12).

   Related Pleading:

   (a) Brief in Support of NNI's Motion for a Preliminary Injunction (Adv. Proc. D.I. 5, Filed 6/15/12);

   (b) NNI's Motion for Entry of an Order Under 11 U.S.C. § 105 Requesting to Set a Hearing Date on NNI's Motion for a Preliminary Injunction (Adv. Proc. D.I. 6, Filed 6/15/12);

(c)     Order Under 11 U.S.C. § 105(a) Approving NNI's Motion for Entry of an Order Under 11 U.S.C. § 105 Requesting to Set a Hearing Date on NNI's Motion for a Preliminary Injunction (Adv. Proc. D.I. 8, Entered 6/18/12); and

(d)     Reply in Further Support of NNI's Motion for Preliminary Injunction (Adv. Proc. D.I. 19, Filed 7/6/12).

Status: The hearing on this matter will go forward.

## PRETRIAL CONFERENCE

10.     Pretrial Conference in the Adversary Proceeding (See Exhibit A, hereto).

Status: The pretrial conference will go forward.

## LETTERS

11.     Letters and Informal Request Received from LTD Plan Participants.

(a)     Letter Filed by Estelle L. Loggins (D.I. 7931, Filed 6/26/12);

(b)     Letter Filed by Daniel D. David (D.I. 7941, Filed 7/5/12);

(c)     Letter from Nancy Wilson; and

(d)     Informal Request from John Rossi.

Status: The letters request to be heard at the July 11, 2012 hearing and as such, the Debtors have included the letters and informal request on the agenda and in the binder for the Court's consideration.

Dated: July 9, 2012  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)

Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

5996180