**Exhibit A**

| Nortel Networks, Inc. v. Commonwealth of Virginia Department of Taxation | 12-50608 (KG) |