## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on July 11, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on July 9, 2012, in the manner indicated upon the parties identified below and on the attached service list.

Dated: July 9, 2012

_/s/ Tamara K. Minott_
Tamara K. Minott (No. 5643)

**Via Fax**

(Counsel for SCI)
Drinker Biddle & Reath LLP
Howard Cohen, Esq.
1100 N. Market St.
Wilmington, DE 19801
Fax: 302-467-4201

(Counsel for SCI)
Drinker Biddle & Reath LLP
Robert Malone, Esq.
500 Campus Dr.
Florham Park, NJ 07932
Fax: 973-360-9831

Blank Rome LLP
Victoria Guilfoyle, Esq.
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Fax: 302-425-6464

BERNSTEIN, SHUR, SAWYER &
NELSON
Robert J. Keach, Esq.
Paul McDonald, Esq.
Daniel J. Murphy, Esq.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Fax: 207-774-1127

Jeffrey A. Scharf, Esq.
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294
Fax: 804-440-1171

Allison M. Dietz, Esq.
Heather L. Donald, Esq.
Michigan Dept of Attorney General
3030 W. Grand Blvd
Detroit, MI 48202
Fax: 313-456-0141

**Via Overnight Mail**

ASM Capital
ATTN: ADAM MOSKOWITZ
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Kelly Services
Rhonda Holaway
999 W Big Beaver
Troy, Michigan 48084

Coface North America Insurance Co.
Attn: Managing Partner
50 Millstone Rd.., BLDG. 100, STE
360
East Windsor, NJ 08520

3790723.20

Monarch Master Funding LTD
Attn: Managing Partner
535 Madison Ave.
New York, NY 10022

Sankaran Lakshminarayan
9815 Autry Falls Drive
Alpharetta, GA 30022

Estelle L. Loggins
6707 Latta St.
Dallas, TX 75227

Daniel D. David
2105 Possum Trot Rd.
Wake Forest, NC 27587