NORTEL ALTSYSTEMS, INC. (previously "ALTEON WEBSYSTEMS, INC.")

By: _____
Name: John J. Ray, III
Title: Principal Officer

NORTEL ALTSYSTEMS INTERNATIONAL INC. (previously "ALTEON WEBSYSTEMS INTERNATIONAL, INC.")

By: _____
Name: John J. Ray, III
Title: Principal Officer

NORTEL NETWORKS APPLICATIONS MANAGEMENT SOLUTIONS INC.

By: _____
Name: John J. Ray, III
Title: Principal Officer

NORTEL NETWORKS CABLE SOLUTIONS INC.

By: _____
Name: John J. Ray, III
Title: Principal Officer

NORTEL NETWORKS CAPITAL CORPORATION

By: _____
Name: John J. Ray, III
Title: Principal Officer

NORTEL NETWORKS HPOCS INC.

By: _____
Name: John J. Ray, III
Title: Principal Officer

S-9

*APAC/CALA Settlement Agreement –Signature Page*

NORTEL NETWORKS INTERNATIONAL INC.

By:_____
Name: John J. Ray, III
Title:  Principal Officer

NORTEL NETWORKS OPTICAL COMPONENTS INC.

By:_____
Name: John J. Ray, III
Title:  Principal Officer

NORTHERN TELECOM INTERNATIONAL INC.

By:_____
Name: John J. Ray, III
Title:  Principal Officer

SONOMA SYSTEMS

By:_____
Name: John J. Ray, III
Title:  Principal Officer

*APAC/CALA Settlement Agreement –Signature Page*

SIGNED for and on behalf of Nortel Networks )
UK Limited (in administration) by )
_____C. J. Hill_____ as Joint )
Administrator (acting as agent and without
personal liability) in the presence of:

_____W. Graham_____
Witness signature

Name:      WILMA GRAHAM
Address:

SIGNED for and on behalf of Nortel GmbH )
(in administration) by )
_____C. J. Hill_____ as Joint )
Administrator (acting as agent and without
personal liability) in the presence of:

_____W. Graham_____
Witness signature

Name:      WILMA GRAHAM
Address:

SIGNED for and on behalf of Nortel Networks
SpA (in administration) by   C. J. Hill )
as Joint Administrator (acting as agent and )
without personal liability) in the presence of: )

_____W. Graham_____
Witness signature

Name:      WILMA GRAHAM
Address:

S-11

*APAC/CALA Settlement Agreement – Signature Page*

SIGNED for and on behalf of Nortel Networks )
Hispania S.A. (in administration) by )
_____ C.F. Hill _____ as Joint )
Administrator (acting as agent and without
personal liability) in the presence of:

W. Graham
_____
Witness signature )
)
)
Name:    WILMA   GRAHAM
Address:

SIGNED for and on behalf of Nortel Networks )
B.V. (in administration) by ___ C.F. Hill ___ )
as Joint Administrator (acting as agent and )
without personal liability) in the presence of:

W. Graham
_____
Witness signature
)
)
Name:   WILMA   GRAHAM )
Address:

SIGNED for and on behalf of Nortel Networks )
AB (in administration) by ___ C.F. Hill ___ )
as Joint Administrator (acting as agent and )
without personal liability) in the presence of:

W. Graham
_____
Witness signature )
)
)
Name:   WILMA   GRAHAM
Address:

S-12

*APAC/CALA Settlement Agreement –Signature Page*

SIGNED for and on behalf of Nortel Networks )
N.V. (in administration) by   C. T. Hill )
as Joint Administrator (acting as agent and )
without personal liability) in the presence of:

W. Graham
Witness signature )
)
)
Name:   WILMA GRAHAM
Address:

SIGNED for and on behalf of Nortel Networks )
(Austria) GmbH (in administration) by )
   C. T. Hill   as Joint )
Administrator (acting as agent and without
personal liability) in the presence of:

W. Graham
Witness signature )
)
)
Name:   WILMA GRAHAM
Address:

SIGNED for and on behalf of Nortel Networks )
Portugal S.A. (in administration) by )
   C. T. Hill   as Joint )
Administrator (acting as agent and without
personal liability) in the presence of:

W. Graham
Witness signature )
)
)
Name:   WILMA GRAHAM
Address:

S-13

*APAC/CALA Settlement Agreement –Signature Page*

SIGNED for and on behalf of Nortel Networks    )
s.r.o. (in administration) by    )
_____C.T. Hill_____ as Joint    )
Administrator (acting as agent and without
personal liability) in the presence of:

_____W. Graham_____
Witness signature    )
    )
    )
Name:    WILMA    GRAHAM
Address:

SIGNED for and on behalf of Nortel Networks    )
Polska Sp. z.o.o. (in administration) by    )
_____C.T. Hill_____ as Joint    )
Administrator (acting as agent and without
personal liability) in the presence of:

_____W. Graham_____
Witness signature    )
    )
    )
Name:    WILMA    GRAHAM
Address:

S-14

*APAC/CALA Settlement Agreement –Signature Page*

SIGNED for and on behalf of **Nortel Networks**          )
**France S.A.S.** (in administration) by                )
acting as authorized representative for the Joint        )
Administrators (acting as agent and without
personal liability) in the presence of:

Witness signature

Name: TEISA HARKIN

Address:
      **EY ERNST & YOUNG LLP**
      1 More London Place
      London,
      SE1 2AF
      United Kingdom

S-15

*APAC/CALA Settlement Agreement –Signature Page*

SIGNED for and on behalf of Nortel Networks )
Engineering Service kft (in administration) by )
_____C.J. HILL_____ as Joint )
Administrator (acting as agent and without
personal liability) in the presence of:


........ W. Graham ........
Witness signature )
)
)

Name:   WILMA   GRAHAM
Address:


SIGNED for and on behalf of Nortel Networks )
Slovensko, s.r.o. (in administration) by C.J. HILL )
as Joint Administrator (acting as agent and )
without personal liability) in the presence of:


........ W. Graham ........
Witness signature )
)
)

Name:   WILMA   GRAHAM
Address:


SIGNED for and on behalf of Nortel Networks )
Romania Srl (in administration) by C.J. HILL )
as Joint Administrator (acting as agent and )
without personal liability) in the presence of:


........ W. Graham ........
Witness signature )
)
)

Name:   WILMA   GRAHAM

S-16

*APAC/CALA Settlement Agreement –Signature Page*

SIGNED for and on behalf of Nortel Networks )
Oy (in administration) by )
_____C.~Z.~Hill_____ as Joint )
Administrator (acting as agent and without
personal liability) in the presence of:

_____W.Graham_____
Witness signature )
)
)
Name:   WILMA GRAHAM
Address:
Address:

SIGNED for and on behalf of Nortel Networks )
International Finance & Holding B.V. (in )
administration) by )
_____C.~Z.~Hill_____ as Joint
Administrator (acting as agent and without
personal liability) in the presence of:

_____W.Graham_____
Witness signature )
)
)
Name:     WILMA  GRAHAM
Address: )

*APAC/CALA Settlement Agreement –Signature Page*

SIGNED for and on behalf of Nortel Networks )
Optical Components Limited (in liquidation) )
by _KEVIN TRUST_, as liquidator (acting as )
agent and without personal liability), in the
presence of:

_Kevin Tvin_

Witness signature )
)
)
Name: LEISA HARKIN
Address:
ERNST & YOUNG LLP
1 More London Place
London
SE1 2AF
United Kingdom

S-18

*APAC/CALA Settlement Agreement –Signature Page*

SIGNED for and on behalf of Nortel
Networks (Ireland) Limited (in
. . . . . . . . . . . )
_ _ _ _ Dano Hughes.

t

............ Witness signat re

Name:    NiAmr Flaverd y
Address:   c/o ERNST & Young
           HARCOURT STREET
           Dublin 2.

S-19

*APAC/CALA Settlement Agreement –Signature Page*

SIGNED for and on behalf of Nortel          )          *Kerry Trigg*
Networks (Northern Ireland) Limited (in     )          ....................................................
liquidation) by ~~KERRY TRIGG~~, as         )
liquidator (acting as agent and without personal
liability), in the presence of:

....................................................
Witness signature LEISA HARKIN )
                                            )
                                            )
Name:                    **EY ERNST & YOUNG LLP**
Address:                 1 More London Place
                         London
                         SE1 2AF
                         United Kingdom

S-20

*APAC/CALA Settlement Agreement · Signature Page*

SIGNED for and on behalf of Nortel Networks )
AG by _____ in the )
presence of: )

...............................................................
Witness signature

Name:
Address:

*APAC/CALA Settlement Agreement –Signature Page*

SIGNED by Alan Bloom                              )
                                                  )
In his own capacity and on behalf of the Joint    )
Administrators without personal liability and
solely for the benefit of the provisions of this
Agreement expressed to be conferred on or given
to the Joint Administrators:

...........  W. Graham ...........................................
Witness signature


Name:    WILMA  GRAHAM                             )
Address:                                          )
                                                  )

S-22

*APAC/CALA Settlement Agreement –Signature Page*

SIGNED by Kerry Trigg )

In her own capacity and on behalf of the Joint
Liquidators without personal liability and solely
for the benefit of the provisions of this Agreement
expressed to be conferred on or given to the Joint
Liquidators:

Witness signature LEISA HARKIN

Name: ⑆ ERNST & YOUNG LLP )
Address: 1 More London Place )
London
SE1 2AF )
United Kingdom

S-23

*APAC/CALA Settlement Agreement – Signature Page*

SIGNED for and on behalf of Nortel Networks )
AS by _____ in the )
presence of: )

...............................................
Witness signature

Name: Perihan Yazici
Address: Nortel - Fleming House )
71 King Street Maidenhead )
SL6 7DU    UK )

SIGNED for and on behalf of Nortel Networks )
South Africa (Pty) Limited )
by _____ )
in the presence of: )

...............................................
Witness signature

Name: Perihan Yazici )
Address: Nortel )
Fleming House )
71 King Street )
Maidenhead - U.K )
SL6 7DU )

*APAC/CALA Settlement Agreement –Signature Page*

SIGNED for and on behalf of NORTEL          )
NETWORKS S.A. (in administration and        )     ..............................................
secondary proceedings) by Maître Cosme      )     Cosme/Rogeau
Rogeau, in his capacity as French Liquidator )
(Mandataire Liquidateur), acting as agent and
without personal liability, in the presence of:

Witness signature  ............................
                                            )
                   ..............................  )
Name:  RAJEEV SHARMA   FOUEER
Address:  PARTNER, FTIA
          1 bis avenue Foch
          75116 PARIS, FRANCE

S-25

*APAC/CALA Settlement Agreement –Signature Page*

SIGNED for and on behalf of Nortel networks   )
S.A. (in administration and secondary          )
proceedings) by __C. X. Hill__ acting as       )
authorised representative for the Joint         )
Administrators (acting as agent and without    )
personal liability) in the presence of:

Witness signature                               )
                                                )
.........................................       )
Name:        WENDY GRAHAM
Address:
             ⊞ ERNST & YOUNG LLP
             1 More London Place
             London
             SE1 2AF
             United Kingdom

S-26

*APAC/CALA Settlement Agreement –Signature Page*

## Schedule 1

## Canadian Debtors

1.    Nortel Networks Corporation

2.    Nortel Networks Limited

3.    Nortel Networks Global Corporation

4.    Nortel Networks International Corporation

5.    Nortel Networks Technology Corporation

Schedule 2

**US Debtors**

1.  Nortel Networks Inc.

2.  Architel Systems (U.S.) Corporation

3.  CoreTek, Inc.

4.  Nortel Altsystems, Inc. (previously "Alteon WebSystems, Inc.")

5.  Nortel Altsystems International Inc. (previously "Alteon WebSystems International, Inc.")

6.  Nortel Networks Applications Management Solutions Inc.

7.  Nortel Networks Cable Solutions Inc.

8.  Nortel Networks Capital Corporation

9.  Nortel Networks (CALA) Inc.

10. Nortel Networks HPOCS Inc.

11. Nortel Networks International Inc.

12. Nortel Networks Optical Components Inc.

13. Northern Telecom International Inc.

14. Qtera Corporation

15. Sonoma Systems

16. Xros, Inc.

## Schedule 3

## EMEA Debtors

1.   Nortel Networks UK Limited (In Administration)

2.   Nortel Networks (Ireland) Limited (In Administration)

3.   Nortel Networks NV (In Administration)

4.   Nortel Networks SpA (In Administration)

5.   Nortel Networks BV (In Administration)

6.   Nortel Networks Polska Sp z.o.o. (In Administration)

7.   Nortel Networks Hispania, SA (In Administration)

8.   Nortel Networks (Austria) GmbH (In Administration)

9.   Nortel Networks sro (In Administration)

10.  Nortel Networks Engineering Services Kft (In Administration)

11.  Nortel Networks Portugal SA (In Administration)

12.  Nortel Networks Slovensko, sro (In Administration)

13.  Nortel Networks Romania Srl (In Administration)

14.  Nortel GmbH (In Administration)

15.  Nortel Networks Oy (In Administration)

16.  Nortel Networks AB (In Administration)

17.  Nortel Networks International Finance & Holding BV (In Administration)

18.  Nortel Networks France S.A.S. (In Administration)

Schedule 4

**APAC Entities**

1.  Nortel Networks (Asia) Limited

2.  Nortel Networks Australia Pty. Limited

3.  Nortel Networks (India) Private Limited

4.  PT Nortel Networks Indonesia

5.  Nortel Networks Japan (Japanese name is Nortel Networks Kabushiki Kaisha)

6.  Nortel Networks Korea Limited

7.  Nortel Networks Malaysia Sdn. Bhd.

8.  Nortel Networks New Zealand Limited

9.  Nortel Networks Singapore Pte Ltd

10. Nortel Networks (Thailand) Limited

11. Nortel Vietnam Limited

12. Nortel Networks (China) Limited

13. Nortel Networks Telecommunications Equipment (Shanghai) Co., Ltd

14. Nortel Technology Excellence Centre Private Limited

Schedule 5

CALA Entities

1.    Nortel Networks de Argentina S.A.

2.    Nortel Networks Chile S.A.

3.    Nortel Networks del Ecuador S.A.

4.    Nortel Networks de Guatemala Ltda.

5.    Nortel Networks de Mexico, S.A. de C.V.

6.    Nortel Networks Perú S.A.C.

7.    Nortel Networks del Uruguay S.A.

8.    Nortel de Mexico, S. de R.L de C.V.

9.    Nortel Trinidad and Tobago Limited

## Schedule 6

## EMEA NFEs

1.    Nortel Networks AS

2.    Nortel Networks AG

3.    Nortel Networks South Africa (Pty) Limited

Schedule 7

**List of Global Sales**

Those sales pertaining to the following sale agreements and any related sale agreements entered into by any of the EMEA Debtors:

1.  The Asset Purchase Agreement entered into among certain of the Nortel Parties and Radware Ltd., as of February 19, 2009, as may have been amended from time to time until such transaction closed on April 1, 2009 (the "**Layer 4-7 Sale Agreement**")

2.  The Asset Sale Agreement entered into among certain of the Nortel Parties and Telefonaktiebolaget L M Ericsson (publ), as of July 24, 2009, as may have been amended from time to time until such transaction closed on November 13, 2009. (the "**CDMA Sale Agreement**")

3.  The Amended and Restated Asset and Share Sale Agreement entered into among certain of the Nortel Parties and Avaya Inc., as of September 14, 2009, as may have been amended from time to time until such transaction closed on December 18, 2009 (the "**Enterprise Sale Agreement**")

4.  The Asset Sale Agreement entered into among certain of the Nortel Parties and Ciena Corporation, as of November 24, 2009, as may have been amended from time to time until such transaction closed on March 31, 2010 (the "**MEN Sale Agreement**")

5.  The Asset Sale Agreement entered into among certain of the Nortel Parties and Telefonaktiebolaget L M Ericsson (publ), as of November 24, 2009, as may have been amended from time to time until such transaction closed on March 31, 2010 (the "**GSM/GSM-R Sale Agreement**")

6.  The Asset Sale Agreement entered into among certain of the Nortel Parties and Kapsch CarrierCom AG, as of November 24, 2009, as may have been amended from time to time until such transaction closed on March 31, 2010.

7.  The Asset Sale Agreement entered into among certain of the Nortel Parties and GENBAND Inc., as of December 22, 2009, as may have been amended from time to time until such transaction closed on May 28, 2010 (the "**CVAS Sale Agreement**")

8.  The Asset Sale Agreement entered into among certain of the Nortel Parties and Telefonaktiebolaget L M Ericsson (publ), as of May 11, 2010, as may have been amended from time to time until such transaction closed on June 4, 2010 (the "**GSM Retained Contracts Sale Agreement**")

9.  The Asset Sale Agreement entered into among certain of the Nortel Parties and Telefonaktiebolaget L M Ericsson (publ), as of September 24, 2010, as may have been amended from time to time until such transaction closed on March 11, 2011 (the "**MSS Sale Agreement**")

10.    The Asset Sale Agreement entered into among certain of the Nortel Parties and Rockstar Bidco, LP, as of June 30, 2011, as may have been amended from time to time until such transaction closed on July 29, 2011 (the "**Global IP Sale Agreement**")

11.    The Transaction Agreement entered into among certain of the Nortel Parties and Hitachi, Ltd., as of October 25, 2009, as may have been amended from time to time until such transaction closed on December 8, 2009 (the "**Packet Core Sale Agreement**")

27

Schedule 8

Escrow Agreements

1.   CDMA/LTE Access

Escrow Agreement dated as November 11, 2009 by and among NNC, NNL, NNI, the EMEA Filed Entities, the Estate Fiduciaries and the Escrow Agent.

2.   Enterprise Solutions

Escrow Agreement dated as of December 18, 2009, and as amended from time to time, by and among NNC, NNL, NNI, the other entities identified therein as Sellers, the EMEA Filed Entities, the Estate Fiduciaries and the Escrow Agent.

3.   Metro Ethernet Networks

MEN Distribution Escrow Agreement dated as of March 19, 2010, and as amended from time to time, by and among NNC, NNL, NNI, the other entities identified therein as Sellers, the EMEA Sellers and certain of their Affiliates as identified therein, NNSA, the Estate Fiduciaries and the Escrow Agent.

4.   GSM/GSM-R

GSM/GSM-R Distribution Escrow Agreement dated as of March 31, 2010, and as amended from time to time, by and among NNC, NNL, NNI, the other entities identified therein as Sellers, the EMEA Sellers as identified therein, NNSA, Nortel Networks (Asia) Limited, the entities identified therein as North American ALT Selling Debtors, the entities identified therein as EMEA ALT Selling Debtors, the Estate Fiduciaries and the Escrow Agent.

5.   Carrier Voice-Over IP and Application Solutions

CVAS Distribution Escrow Agreement dated as of May 27, 2010, and as amended from time to time, by and among  NNC, NNL, NNI, the other entities identified therein as Sellers, the EMEA Sellers and certain of their Affiliates as identified therein, NNSA, the Estate Fiduciaries and the Escrow Agent.

6.   GSM Retained Contracts

GSM Retained Contracts Distribution Escrow Agreement dated June 3, 2010, and as amended from time to time, by and among NNL, NNI, Nortel Networks (CALA) Inc., the other entities identified therein as Sellers, the Estate Fiduciaries and the Escrow Agent.

700081299 09242174

7.    Multi-Service Switch

MSS Distribution Escrow Agreement dated as of March 11, 2001, and as amended from time to time, by and among NNC, NNL, NNI, the other entities identified therein as Sellers, the EMEA Sellers and Certain of their Affiliates as identified therein, NNSA, the Israeli Company, the Estate Fiduciaries and the Escrow Agent.

8.    Layer 4-7

Escrow Agreement dated as of March 31, 2009 by and among NNI, NNL, those entities identified therein as EMEA Sellers, the Joint Administrators and the Escrow Agent.

29

## Schedule 9

## Other Sales

1.    The Asset Sale Agreement entered into among NNL, Nortel Networks Technology Corporation and 7522312 Canada Inc., as of June 17, 2010, as may have been amended from time to time until such transaction closed on June 30, 2010 (the "**Relay Sale Agreement**")

2.    The Share Purchase Agreement entered into between NNL and Telefonaktiebolaget L M Ericsson (publ), as of April 21, 2010, as may have been amended from time to time until such transaction closed on June 29, 2010 (the "**LG-Nortel Sale Agreement**")

3.    The Asset Sale Agreement entered into among NNL, Nortel Networks Technology Corporation and CSC Holdings, LLC, dated November 23, 2011 (the "**IP Address Cablevision Sale Agreement**")

4.    The Asset Sale Agreement entered into among NNL, Nortel Networks Technology Corporation and Salesforce.com, Inc., dated December 1, 2011 (the "**IP Address Salesforce Sale Agreement**")

5.    The Asset Sale Agreement entered into between NNI and Microsoft Cororation, as of March 16, 2011, as may have been amended from time to time until such transaction closed on May 11, 2011 (the "**US IP Address Sale Agreement**")

6.    The Asset Sale Agreement entered into among Guangdong Nortel Telecommunications Equipment Company Ltd. ("**GDNT**") and Ericsson (China) Communications Company Ltd., as of December 1, 2010, as may have been amended from time to time until such transaction closed on May 12, 2011 (the "**GDNT Sale Agreement**") [1]

7.    The Asset Sale Agreement entered into among NNL, Nortel Networks Technology Corporation and Bell Aliant Regional Communications, Limited Partnership dated January 30, 2012

8.    The Asset Sale Agreement entered into among NNL, Nortel Networks Technology Corporation and Vodafone Americas Inc. dated February 9, 2012, as amended

---

[1]  Notwithstanding the release provided in Section 4.1(a) hereof, Nortel Networks (China) Ltd does not release any claim it may have to sale proceeds arising from the GDNT Sale Agreement in its capacity as a shareholder of GDNT.

## List of Appendices

Appendix A     -     Allocation of Sale Proceeds to Non-Filed Entities by Escrow Account

Appendix B     -     Payment of Settlement Amount to Settlement Payment Parties

Appendix C-1     -     Outstanding Balances as of September 30, 2011

Appendix C-2     -     Certain Payments Made After September 30, 2011

Appendix C-3     -     Certain Surviving Obligations

Appendix D     -     [Reserved]

Appendix E     -     Form of Amendments to Escrow Agreements

Appendix F     -     Form of Escrow Account Release Instructions

Appendix G     -     Form of Intermediate Distribution Account Release Instruction

Appendix H     -     Form of Full and Final Acknowledgement and Release (Paraguay)

**Appendix A**

ESCROW ACCOUNTS
Fair Market Value

| Entities | Carrier Voice-Over IP and Application Solutions | Enterprise Solutions | CDMA/LTE Access | GSM/GSM-R | GSM Retained Contracts | Metro Ethernet Networks | Multi-Service Switch | Total Fair Market Value (rounded) |
|---|---|---|---|---|---|---|---|---|
| **CALA** | | | | | | | | |
| 3100 Nortel de Argentina S.A. | NA | - | NA | NA | - | 2,600,000 | NA | 2,600,000 |
| 3130 Nortel Chile S.A. | NA | 50,000 | NA | NA | NA | NA | NA | 50,000 |
| 3150 Nortel del Ecuador S.A. | NA | NA | NA | NA | NA | 50,000 | NA | 50,000 |
| 3160 Nortel de Guatemala Ltda. | - | NA | NA | NA | 400,000 | 200,000 | NA | 600,000 |
| 3170 Nortel Networks de Mexico S.A. | 300,000 | 600,000 | 200,000 | NA | - | 700,000 | - | 1,800,000 |
| 3200 Nortel Peru S.A.C. | - | - | NA | NA | NA | 200,000 | - | 200,000 |
| 3210 Nortel del Uruguay S.A. | NA | NA | NA | NA | 100,000 | NA | NA | 100,000 |
| **CALA Total** | **300,000** | **650,000** | **200,000** | **0** | **500,000** | **3,750,000** | **0** | **5,400,000** |
| | | | | | | | | |
| **APAC** | | | | | | | | |
| 6100 Nortel Networks Australia Pty | 2,700,000 | 5,000,000 | NA | NA | NA | 4,000,000 | 400,000 | 12,100,000 |
| 6120 Nortel Indonesia | NA | NA | NA | NA | NA | 50,000 | - | 50,000 |
| 6130 Nortel Japan | 1,200,000 | 1,100,000 | NA | NA | NA | 2,400,000 | - | 4,700,000 |
| 6160 Nortel Malaysia Sdn. Bhd. | 200,000 | 300,000 | NA | NA | NA | 400,000 | NA | 900,000 |
| 6180 Nortel New Zealand Ltd | 200,000 | NA | NA | NA | NA | NA | - | 200,000 |
| 6190 Nortel Asia - Pakistan Br | NA | - | NA | NA | NA | - | NA | 0 |
| 6200 Nortel Philippines Branch | 100,000 | - | NA | NA | NA | - | NA | 100,000 |
| 6210 Nortel Networks Singapore Pte | 200,000 | 4,100,000 | NA | NA | NA | 1,000,000 | 50,000 | 5,350,000 |
| 6220 Nortel (Thailand) Ltd. | - | - | NA | NA | NA | - | - | 0 |
| 7100 Nortel Networks (Asia) Limited | 350,000 | 1,750,000 | NA | 600,000 | NA | 3,400,000 | 300,000 | 6,400,000 |
| 7110 Nortel Asia - Taiwan Branch | 200,000 | 100,000 | 400,000 | 2,900,000 | NA | 100,000 | 100,000 | 3,800,000 |
| 7112 Nortel (Asia) Ltd- Offshore | 200,000 | 400,000 | NA | 4,800,000 | NA | NA | NA | 5,400,000 |
| **APAC Total** | **5,350,000** | **12,750,000** | **400,000** | **8,300,000** | **0** | **11,350,000** | **850,000** | **39,000,000** |
| | | | | | | | | |
| **Total for all entities (rounded)** | **5,650,000** | **13,400,000** | **600,000** | **8,300,000** | **500,000** | **15,100,000** | **850,000** | **44,400,000** |
| | | | | | | | | |
| **Local sales agreement adjustment** | | | | | | | | |
| 6111 Nortel (India) Pvt. Ltd. | (50,000) | 800,000 | NA | NA | NA | (250,000) | NA | 500,000 |
| **Total Adjustment** | **(50,000)** | **800,000** | **0** | **0** | **0** | **(250,000)** | **0** | **500,000** |
| | | | | | | | | |
| **Fair Market Value including adjustments** | **5,600,000** | **14,200,000** | **600,000** | **8,300,000** | **500,000** | **14,850,000** | **850,000** | **44,900,000** |

# Asset Sale Proceeds Allocation
## Summary of allocation

(Figures in USD)
APPENDIX B                                                      DRAFT

### 1. Entities under Debt Restructuring

| Code | Entity Name | Direct Allocation | Total |
|------|-------------|-------------------|-------|
| 6210-1 | NN Singapore Group | - | - |
| 7100-1 | NN Asia Group | | 258,166 |
| 6100 | NN Australia | - | 296,775 |
| 6160 | NN Malaysia | - | 184,713 |
| 6111 | NN India (Pvt) | 500,000 | 500,000 |
| 6120 | NN Indonesia | 50,000 | 265,668 |
| 6130 | NN Japan | 4,700,000 | 9,246,311 |
| 6140 | NN Korea | - | 2,044,253 |
| 6180 | NN New Zealand | 900,000 | 932,371 |
| 6220 | NN Thailand | - | 447,665 |
| 6231 | NN Vietnam | - | - |
| | **Subtotal** | **6,150,000** | **14,175,923** |

### 2. Filed Entities

| Code | Entity Name | Direct Allocation | Total |
|------|-------------|-------------------|-------|
| 1002-1 | NNL Group | - | 11,352,539 |
| 1101 | NN Tech Corp | - | - |
| 1102 | NN Int'l Corp | - | 227,109 |
| 1104 | NN Global Corp | - | 52,221 |
| 2001 | NNI | - | 7,558,330 |
| 2002 | NN CALA | - | - |
| 2106 | NN AMSI | - | 328 |
| 2107 | Alteon WebSystems | - | 11 |
| 4160 | NN S.A. | - | 17,982 |
| 4162 | NN France | - | 30 |
| 4180 | NN Germany | - | - |
| 4210 | NN Ireland | - | 2,073 |
| 4220 | NN S.P.A. | - | - |
| 4240 | NN B.V. | - | 1,915,683 |
| 4260 | NN Polska | - | - |
| 4310 | NN Hispania | - | 1,949 |
| 4360 | NN UK | - | 4,195,255 |
| 5102 | NN Israel | - | - |
| 5180 | NN Dubai | - | 567 |
| | **Subtotal** | **-** | **25,324,077** |

### 2. Other Non Filed Entities

| Code | Entity Name | Direct Allocation | Total |
|------|-------------|-------------------|-------|
| 3100 | NN Argentina | 2,600,000 | 2,600,000 |
| 3130 | NN Chile | 50,000 | 50,000 |
| 3150 | NN Ecuador | 50,000 | 50,000 |
| 3160 | NN Guatemala | 600,000 | 600,000 |
| 3170 | NN Mexico | 1,800,000 | 1,800,000 |
| 3200 | NN Peru | 200,000 | 200,000 |
| 3210 | NN Uruguay | 100,000 | 100,000 |
| | **Subtotal** | **5,400,000** | **5,400,000** |

| | **TOTAL** | **11,550,000** | **44,900,000** |

Appendix C - 1
Inter-company balances as at September 30, 2011
e USD
Pre-filing balances using January 14, 2005 fx rates
Post-filing balances using September 30, 2011 fx rates
India Pvt. Net payable pre-filing balances per RBI approval submission (November 30, 2010 fx rates)
For balances a positive number = Receivable and a negative number = Payable

## Singapore

| Code | Trading Parter | Legal Entity Name | Net post filing position as at September 30, 2011 | Net Pre-Filing position per ARA | Gross Initial and Subsequent Payments | Net pre-filing balance as at September 30, 2011 | 4th Estate Settlement Net Cash Balance - Payments | Remaining pre-filing balance | Withholding tax | Net cash balance received |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-filing receivable from:** | | | | | | | | | | |
| 6210 | 1002 | NNL | 18,353 | - | - | 91,167,570 | - | 91,167,570 | - | - |
| 6210 | 1101 | NNTC | - | - | - | 9,212 | - | 9,212 | - | - |
| 6210 | 1102 | Nortel IH Corp | 48,297 | - | - | - | - | - | - | - |
| 6210 | 2112 | Nortel Networks India Inl | - | - | - | 12,086 | - | 12,086 | - | - |
| 6210 | 6170 | Nortel Mauritius Ltd | - | - | - | 49,042 | - | 49,042 | - | - |
| 6210 | 6130 | Nortel Networks Japan | - | 548,236 | (548,236) | - | - | - | - | - |
| 6210 | 6160 | Nortel Networks Australia Pty Limited | - | 1,329,110 | (1,329,110) | - | - | - | - | - |
| 6210 | 6140 | Nortel Networks Korea Limited | - | 10,196,042 | (5,095,943) | 5,100,099 | - | 5,100,099 | - | - |
| 6210 | 6210 | Nortel Vietnam Ltd | 764 | 1,824,776 | - | 1,824,776 | - | 1,824,776 | - | - |
| **Pre-filing payables to:** | | | | | | | | | | |
| 6210 | 2001 | NNI | 14,762 | (16,214,329) | 2,908,072 | (7,305,255) | 324,421 | (6,980,835) | - | 324,421 |
| 6210 | 2106 | Nortel Networks Appl. Mgn. Solutions Inc. | - | (10,347) | 2,946 | (7,307) | 329 | (7,098) | - | 328 |
| 6210 | 2107 | Nortel Altsystems Inc. | - | (399) | 99 | (299) | 11 | (287) | - | 11 |
| 6210 | 4160 | Nortel Networks SA (French entity) | - | (30,124) | 26,522 | (56,620) | 2,958 | (63,644) | - | 2,958 |
| 6210 | 4240 | Nortel Networks BV | - | (4,158) | 1,186 | (2,977) | 132 | (2,845) | - | 132 |
| 6210 | 4310 | Nortel Networks Hispania, S.A. | - | (1,974) | 561 | (1,410) | 63 | (1,347) | - | 63 |
| 6210 | 4360 | Nortel Networks UK Limited | - | (6,335,811) | 1,801,616 | (4,534,195) | 200,917 | (4,333,280) | - | 200,917 |
| 6210 | 6100 | Nortel Networks S.p.A. | - | (376,286) | 107,162 | (269,106) | 11,951 | (257,155) | - | 11,951 |
| 6210 | 6120 | PT Nortel Networks Indonesia | - | (6,590,676) | 1,878,754 | (4,717,922) | 209,519 | (4,508,403) | - | 209,519 |
| 6210 | 6160 | Nortel Networks Malaysia Sdn. Bhd | - | (12,155,000) | 3,461,782 | (8,693,218) | 386,059 | (8,307,159) | - | 386,059 |
| 6210 | 6210 | Nortel Networks Singapore Pte Ltd | - | (18) | 5 | (13) | - | (11) | - | - |
| 6210 | 6220 | Nortel Networks (Thailand) Ltd. | - | (14,094,026) | 4,014,194 | (10,080,435) | 447,664 | (9,632,770) | - | 447,664 |
| 6210 | 7111 | NN (Asia) Ltd - Taiwan sales (7112) | - | (121,719,556) | 34,868,106 | (87,053,450) | 3,865,977 | (83,187,474) | - | 3,865,977 |
| 6210 | 6111 | Nortel (India) Pvt. Ltd | 9,396,220 | - | - | (39,020,355) | - | (39,029,356) | - | - |
| 6210 | 6112 | Nortel Tech Exp. Centre Pvt Ltd | - | - | - | (11,556) | - | (11,556) | - | - |
| 6210 | 7120 | Nortel (China) Ltd | - | - | - | (419,492) | - | (419,492) | - | - |
| 6210 | 3171 | Nortel de México | - | - | - | (479) | - | (479) | - | - |
| 6210 | 7121 | Nortel Shanghai Co Ltd | 21,840 | - | - | - | - | - | - | - |
| | | **TOTAL** | | (171,502,234) | 48,870,000 | (102,153,060) | 5,450,000 | (156,733,060) | - | 5,450,000 |

## NN Asia

| Code | Trading Parter | Legal Entity Name | Net post filing position as at September 30, 2011 | Net Pre-Filing position per ARA | Gross Initial and Subsequent Payments | Net pre-filing balance as at September 30, 2011 | 4th Estate Settlement Net Cash Balance - Payments | Remaining pre-filing balance | Withholding tax | Net cash balance received |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-filing receivables from:** | | | | | | | | | | |
| 7100 | 1101 | NNTC | - | - | - | 176,933 | - | 176,933 | - | - |
| 7100 | 2007 | NN Cala Inc. | - | - | - | 7,694 | - | 7,694 | - | - |
| 7100 | 4160 | Nortel Networks S.A. | (10,628) | - | - | 265,892 | - | 265,892 | - | - |
| 7100 | 4162 | Nortel France SAS | - | - | - | 22,406 | - | 22,406 | - | - |
| 7100 | 7120 | NN China | 1,583,620 | - | - | 5,684,628 | - | 5,684,628 | - | - |
| 7100 | 7125 | Nortel Networks Communications | (8,223) | - | - | 13,184 | - | 13,184 | - | - |
| 7100 | 6210 | Nortel Networks Singapore Pte Ltd | (180) | 121,719,556 | (34,066,106) | 87,053,450 | (3,865,977) | 83,187,474 | - | - |
| 7100 | 6160 | Nortel Networks (Thailand) Ltd. | - | 478,805 | (385,256) | 92,549 | (24,302) | 67,748 | - | - |
| 7100 | 6160 | Nortel Networks (Thailand) Ltd. | - | 1,156,704 | - | 1,156,704 | - | 1,156,704 | - | - |
| 7100 | 6231 | Nortel Vietnam Ltd | 11,853 | 9,631,127 | - | 9,631,127 | - | 9,631,127 | - | - |
| 7100 | 6111 | Nortel (India) Pvt. Ltd | 446,607 | 253,027 | - | 253,027 | - | 253,027 | - | - |
| 7100 | 7121 | Nortel Shanghai Co Ltd | 1,737,876 | - | - | 3,277,335 | - | 3,277,335 | - | - |
| 7100 | 7126 | Guandong Nortel Telecom | (4,929,118) | - | - | 3,919,963 | - | 3,919,963 | - | - |
| **Pre-filing payables to:** | | | | | | | | | | |
| 7100 | 1002 | NNIC | 61,990 | (1,884,681) | 1,148,377 | (736,304) | 227,109 | (509,195) | - | 227,109 |
| 7100 | 1002 | NNL - Taiwan sales (7111) | 272,142 | (2,115,225) | 2,503,938 | (4,619,202) | 1,484,016 | (3,527,230) | - | 1,484,016 |
| 7100 | 1104 | NNIC | (443) | (433,357) | 294,054 | (139,303) | 52,321 | (117,083) | - | 52,321 |
| 7100 | 2001 | NNI | 181,056 | (40,826,244) | 28,544,442 | (18,301,802) | 5,845,084 | (12,656,718) | - | 5,845,084 |
| 7100 | 4160 | Nortel Networks S.A. | (13,020) | - | - | - | - | - | - | - |
| 7100 | 4210 | Nortel Networks (Ireland) Limited | (11,378) | (17,132) | 10,438 | (6,693) | 2,064 | (4,629) | - | 2,064 |
| 7100 | 4220 | Nortel Networks S.p.A. | (7,071) | - | - | - | - | - | - | - |
| 7100 | 4240 | Nortel Networks BV | (8,318) | (15,420,100) | 9,395,864 | (6,024,201) | 1,858,160 | (4,166,137) | - | 1,569,093 |
| 7100 | 4310 | Nortel Networks Hispania, S.A. | - | (15,651) | 9,536 | (6,114) | 1,885 | (4,228) | - | 1,886 |
| 7100 | 4360 | Nortel Networks UK Limited | (33,414) | (21,094,628) | 12,853,418 | (8,241,209) | 2,541,253 | (5,699,256) | - | 2,541,253 |
| 7100 | 6160 | Nortel Networks Australia Pty Limited | - | (6,568,268) | 5,002,201 | (2,566,068) | 791,496 | (1,774,572) | - | 791,496 |
| 7100 | 6120 | PT Nortel Networks Indonesia | - | (31,001) | 31,076 | (10,225) | 6,148 | (15,770) | - | 6,148 |
| 7100 | 6130 | Nortel Networks Japan | - | (37,724,292) | 22,986,237 | (14,738,056) | 4,545,887 | (10,192,168) | - | 4,545,887 |
| 7100 | 6140 | Nortel Networks Korea Limited | - | (16,904,424) | 8,016,792 | (8,047,628) | 2,044,252 | (6,003,374) | - | 2,044,252 |
| 7100 | 6160 | Nortel Networks New Zealand Limited | - | (268,633) | 163,684 | (104,949) | 32,371 | (72,578) | - | 32,371 |
| 7100 | 7111 | NN (Asia) Ltd - Taiwan sales (7112) | - | - | - | (60) | - | (60) | - | - |
| 7100 | 3171 | Nortel de México | (72,644) | - | - | (77,593) | - | (77,593) | - | - |
| | | **TOTAL** | | (159,803,864) | 96,830,000 | (63,651,212) | 19,232,621 | (44,818,591) | (268,106) | 18,974,455 |

## Japan

| Code | Trading Parter | Legal Entity Name | Net post filing position as at September 30, 2011 | Net Pre-Filing position per ARA | Gross Initial and Subsequent Payments | Net pre-filing balance as at September 30, 2011 | 4th Estate Settlement Net Cash Balance - Payments | Remaining pre-filing balance | Withholding tax | Net cash balance received |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-filing receivables from:** | | | | | | | | | | |
| 6130 | 7100 | Nortel Networks (Asia) Limited | - | 37,724,292 | (22,986,237) | 14,738,056 | (4,545,887) | 10,192,168 | 0 | - |
| 6130 | 6160 | Nortel Networks Australia Pty Limited | - | 1,022 | (578) | 444 | (444) | - | 0 | - |
| 6130 | 8111 | Nortel (India) Pvt. Ltd | - | - | - | - | - | - | - | - |
| **Pre-filing payables to:** | | | | | | | | | | |
| 6130 | 1002 | NNL | (187,580) | - | - | - | - | - | - | - |
| 6130 | 1002 | NNL - Taiwan sales (7111) | - | (10,257,860) | 10,257,860 | - | - | - | - | - |
| 6130 | 2001 | NNI | (1,466,034) | (251,351) | 251,351 | - | - | - | - | - |
| 6130 | 4240 | Nortel Networks BV | - | (1,642) | 1,642 | - | - | - | - | - |
| 6130 | 4360 | Nortel Networks UK Limited | - | (1,154,171) | 1,156,171 | - | - | - | - | - |
| 6130 | 6160 | Nortel Networks Malaysia Sdn. Bhd. | - | (4,452) | 4,452 | - | - | - | - | - |
| 6130 | 6210 | Nortel Networks Singapore Pte Ltd | - | (548,236) | 548,236 | - | - | - | - | - |
| 6130 | 7120 | Nortel (China) Ltd | (28,021) | - | - | (47,896) | - | (47,896) | - | - |
| | | **TOTAL** | | (2,220,211) | 12,220,211 | - | - | (47,896) | - | - |

Appendix C - 1
Inter-company balances as at September 30, 2011
in USD
Pre-filing balances using January 14, 2009 fx rates
Post-filing balances using September 30, 2011 fx rates
India Pvt. Net payable pre-filing balances per RBI approval submission (November 30, 2010 fx rates)
For Balances a positive number = Receivable and a negative number = Payable

## New Zealand

| | Code | Trading Parter | Legal Entity Name | Net post filing position as at September 30, 2011 | Net Pre-Filing position per ARA | Gross Initial and Subsequent Payments | Net pre-filing balance as at September 30, 2011 | 4th Estate Settlement Net Cash Balance Payments | Remaining pre-filing balance | Withholding tax | Net cash balance received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-filing receivables from | 6180 | 1002 | NNL | (17,289) | | | 3,040,612 | | 3,040,612 | - | - |
| | 6180 | 4260 | Nortel Networks B.V | (1,173) | | | 570 | | 570 | - | - |
| | 6180 | 7100 | Nortel Networks (Asia) Limited | | 268,633 | (160,364) | 104,949 | (32,371) | 452 | - | - |
| | 6180 | 6220 | Nortel Networks (Thailand) Ltd | | | | 452 | | 452 | - | - |
| | 6180 | 6111 | Nortel (India) Pvt. Ltd. | 2 | 24,595 | | 24,595 | | 24,595 | - | - |
| | | | | | | | | | | | |
| Pre-filing payables to | 6180 | 2001 | NNI | | (26,333) | | 26,333 | | - | - | - |
| | 6180 | 4360 | Nortel Networks UK Limited | | (261,078) | | 361,028 | | - | - | - |
| | 6180 | 6130 | Nortel Networks Australia Pty Limited | | (53,621) | | 53,621 | | - | - | - |
| | 6180 | 6160 | Nortel Networks Malaysia Sdn. Bhd. | | (8,124) | | 8,124 | | - | - | - |
| | 6180 | 6210 | Nortel Networks Singapore Pte Ltd | | (1,329,110) | | 1,329,110 | | - | - | - |
| | TOTAL | TOTAL | | | (1,726,296) | | 1,728,296 | | - | - | - |

## Australia

| | Code | Trading Parter | Legal Entity Name | Net post filing position as at September 30, 2011 | Net Pre-Filing position per ARA | Gross Initial and Subsequent Payments | Net pre-filing balance as at March 28, 2012 | 4th Estate Settlement Net Cash Balance Payments | Remaining pre-filing balance | Withholding tax | Net cash balance received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-filing receivables from | 6100 | 1102 | Nortel Jet Corp | | | | 1,480 | | 1,480 | - | - |
| | 6100 | 4210 | Nortel (Ireland) Ltd | | | | 75 | | 75 | - | - |
| | 6100 | 4220 | Nortel Portugal S.A. | | | | 1,749 | | 1,749 | - | - |
| | 6100 | 6101 | Nortel Networks (Photonics) Pty Ltd | | | | 27,414,783 | | 27,414,783 | - | - |
| | 6100 | 6112 | Nortel Tech Esc Centre Pvt Ltd | | | | 142,467 | | 142,467 | - | - |
| | 6100 | 7121 | Nortel Shanghai Co Ltd | | | | 23,517 | | 23,517 | - | - |
| | 6100 | 6210 | Nortel Networks Singapore Pte Ltd | | 376,269 | (107,162) | 269,106 | (11,951) | 257,155 | - | - |
| | 6100 | 7100 | Nortel Networks (Asia) Limited | | 6,568,593 | (4,002,001) | 2,566,088 | (791,491) | 1,774,592 | - | - |
| | 6100 | 6180 | Nortel Networks New Zealand Limited | | 53,621 | (53,621) | - | | - | - | - |
| | 6100 | 6120 | PT Nortel Networks Indonesia | | 41,483 | (41,483) | - | | - | - | - |
| | 6100 | 6140 | Nortel Networks Korea Limited | | 931,101 | (460,303) | 460,738 | | 460,738 | - | - |
| | 6100 | 6160 | Nortel Networks Malaysia Sdn. Bhd | | 2,057,572 | (1,656,850) | 397,712 | (106,586) | 291,127 | - | - |
| | 6100 | 6220 | Nortel Networks (Thailand) Ltd | | 3,090,059 | | 3,090,059 | | 3,090,059 | - | - |
| | 6100 | 6231 | Nortel Vietnam Ltd | | 1,232,741 | | 1,232,741 | | 1,232,741 | - | - |
| | 6100 | 6111 | Nortel (India) Pvt. Ltd. | 1,165 | 7,121,169 | | 7,121,169 | | 7,121,169 | - | - |
| | 6100 | 7120 | Nortel (China) Ltd | | | | 293,104 | | 293,104 | - | - |
| | | | | | | | | | | | |
| Pre-filing payables to | 6100 | 1002 | NNL - Taiwan sales (7111) | (5,340) | (22,397,015) | 12,647,107 | (9,719,908) | 9,719,923 | (0) | 9,719,923 |
| | 6100 | 4110 | NNI | (130) | (3,876,986) | 1,909,467 | (1,467,519) | 1,467,519 | (0) | 1,467,519 |
| | 6100 | 4160 | Nortel Networks SA (French entity) | | (34,574) | 19,549 | (15,025) | 15,025 | (0) | 15,025 |
| | 6100 | 4246 | Nortel Networks BV | | (112,067) | 74,675 | (37,392) | 57,392 | (0) | 57,392 |
| | 6100 | 4360 | Nortel Networks UK Limited | | (3,322,199) | 1,869,775 | (1,452,385) | 1,452,385 | (0) | 1,452,385 |
| | 6100 | 5180 | Dubai, United Arab Emirates branch | | (1,326) | 738 | (588) | 588 | (0) | 588 |
| | 6100 | 6130 | Nortel Networks Japan | | (1,023) | 578 | (444) | 444 | (0) | 444 |
| | 6100 | 7124 | Guandong Nortel Telecom | | | | | | | | |
| | 6100 | 7125 | Nortel Networks Communications | | | | | | | | |
| | TOTAL | | | | (29,255,145) | 16,541,889 | (12,713,256) | 12,713,256 | (0) | 12,713,256 |

## Indonesia

| | Code | Trading Parter | Legal Entity Name | Net post filing position as at September 30, 2011 | Net Pre-Filing position per ARA | Gross Initial and Subsequent Payments | Net pre-filing balance as at September 30, 2011 | 4th Estate Settlement Net Cash Balance Payments | Remaining pre-filing balance | Withholding tax | Net cash balance received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-filing receivables from | 6120 | 4160 | Nortel Networks S.A. | | | | 3,066 | | 3,066 | - | - |
| | 6120 | 4210 | Nortel (Ireland) Ltd | | | | 70 | | 70 | - | - |
| | 6120 | 6210 | Nortel Networks Singapore Pte Ltd | | 6,596,076 | (1,878,754) | 4,717,322 | (209,519) | 4,508,403 | - | - |
| | 6120 | 7100 | Nortel Networks (Asia) Limited | | 51,001 | (31,076) | 19,925 | (6,148) | 13,778 | - | - |
| | 6120 | 6160 | Nortel Networks Malaysia Sdn. Bhd. | | 51 | (45) | 12 | 13 | | - | - |
| | 6120 | 6231 | Nortel Vietnam Ltd | 2871 | | | | | | - | - |
| | | | | | | | | | | | |
| Pre-filing payables to | 6120 | 1002 | NNL - Taiwan sales (7111) | | (53,202) | 53,202 | - | | - | - | - |
| | 6120 | 2001 | NNI | | (13,992) | 13,992 | - | | - | - | - |
| | 6120 | 6100 | Nortel Networks Australia Pty Limited | | (41,483) | 41,483 | - | | - | - | - |
| | 6120 | 6220 | Nortel Networks (Thailand) Ltd. | | (13,920) | 13,920 | - | | - | - | - |
| | 6120 | 6111 | Nortel (India) Pvt. Ltd | (265,245) | | | (7,381) | | (7,381) | - | - |
| | 6120 | 7120 | Nortel (China) Ltd | | | | (25,280) | | (25,280) | - | - |
| | 6120 | 3171 | Nortel de México | | | | (171) | | (171) | - | - |
| | TOTAL | | | | (122,598) | 122,598 | (32,832) | | (32,832) | - | - |

## Korea

| | Code | Trading Parter | Legal Entity Name | Net post filing position as at September 30, 2011 | Net Pre-Filing position per ARA | Gross Initial and Subsequent Payments | Net pre-filing balance as at September 30, 2011 | 4th Estate Settlement Net Cash Balance Payments | Remaining pre-filing balance | Withholding tax | Net cash balance received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-filing receivables from | 6140 | 2001 | Nortel Networks Inc. | | | | 2,166,851 | | 2,166,851 | - | - |
| | 6140 | 4360 | Nortel Networks UK Limited | | | | 33,761 | | 33,761 | - | - |
| | 6140 | 6210 | Nortel Networks SA (French entity) | | 16,964,420 | (8,878,793) | 8,041,828 | (2,064,285) | 6,003,374 | - | - |
| | 6140 | 6220 | Nortel Networks (Thailand) Ltd. | | | | 3,087 | | 3,087 | - | - |
| | | | | | | | | | | | |
| Pre-filing payables to | 6140 | 1101 | NNTC | | (1,913) | 956 | (957) | | (2,050,147) | - | - |
| | 6140 | 1002 | NNL - Taiwan sales (7111) | | (5,318,130) | 2,657,981 | (2,680,149) | | (2,680,149) | - | - |
| | 6140 | 4160 | Nortel Networks SA (French entity) | | (1,871,479) | 935,358 | (936,121) | | (936,121) | - | - |
| | 6140 | 4210 | Nortel (Ireland) Ltd | | (16,670) | 8,336 | (8,343) | | (8,343) | - | - |
| | 6140 | 6100 | Nortel Networks Australia Pty Limited | | (921,101) | 460,303 | (460,738) | | (460,738) | - | - |
| | 6140 | 6160 | Nortel Networks Malaysia Sdn. Bhd. | | (62,150) | 31,062 | (31,087) | | (31,087) | - | - |
| | 6140 | 6210 | Nortel Networks Singapore Pte Ltd | | (10,186,047) | 5,095,943 | (5,100,099) | | (5,100,099) | - | - |
| | 6140 | 7120 | Nortel (China) Ltd | | (55,000) | | (55,000) | | (55,000) | - | - |
| | TOTAL | | | | (18,387,485) | 9,190,000 | (9,203,495) | | (9,203,495) | - | - |

Appendix C - 1
Inter-company balances as at September 30, 2011
in USD
Pre-filing balances using January 14, 2009 fx rates
Post-filing balances using September 30, 2011 fx rates
India Pvt. Net payable pre-filing balances (November 30, 2010 fx rates)
India Pvt. Net payable a positive number per RBI approval submission (November 30, 2010 fx rates)
For Balances a positive number = Receivable and a negative number = Payable

## Malaysia

| Code | Trading Parter | Legal Entity Name | Net post filing position as at September 30, 2011 | Net Pre-Filing position per ARA | Gross Initial and Subsequent Payments | Net pre-filing balance as at September 30, 2011 | 4th Estate Settlement Net Cash Balance Payments | Remaining pre-filing balance | Withholding tax | Net cash balance received |
|------|------|------|------|------|------|------|------|------|------|------|
| Pre-filing receivables from: | 6160 | 1101 | Nortel Technology Corp | | | 9,222 | | | 9,222 | - | - |
| | 6160 | 3170 | Nortel Networks de Mexico S.A. | | | 28,783 | | | 28,783 | - | - |
| | 6160 | 4160 | Nortel Networks S.A. | | | 3,035 | | | 3,035 | - | - |
| | 6160 | 4360 | Nortel Networks UK Limited | | | 98,358 | | | 98,358 | - | - |
| | 6160 | 6210 | Nortel Networks Singapore Pte Ltd | | 12,155,000 | (3,481,782) | 8,683,218 | | (2,360,000) | 8,301,193 | - | - |
| | 6160 | 6130 | Nortel Networks Japan | | | 4,452 | (4,452) | | | - | - | - |
| | 6160 | 8140 | Nortel Networks New Zealand Limited | | | 8,124 | (8,124) | | | - | - | - |
| | 6160 | 8140 | Nortel Networks Korea Limited | | | 62,150 | (31,062) | 31,087 | | | 31,087 | - | - |
| | 6160 | 6220 | Nortel Networks (Thailand) Ltd. | | | 2,970 | | 2,970 | | | 2,970 | - | - |
| Pre-filing payables to: | 6160 | 1002 | NNL - Taiwan sales (7111) | | | (2,058,549) | 2,314,158 | (554,487) | | (148,601) | (405,886) | - | 148,601 |
| | 6160 | 2001 | NNL | | | (2,341,739) | 1,889,982 | (452,606) | | 121,305 | (331,331) | - | 121,305 |
| | 6160 | 4162 | Nortel Networks France SAS | | | (554) | 471 | (133) | | | (83) | - | 30 |
| | 6160 | 4210 | Nortel Networks (Ireland) Limited | | | (162) | | (314) | | | (23) | - | 3 |
| | 6160 | 8100 | Nortel Networks Australia Pty Limited | | | (2,057,972) | 1,690,850 | (397,712) | | 106,668 | (291,127) | (924) | 105,982 |
| | 6160 | 6120 | PT Nortel Networks Indonesia | | | (53) | 43 | (10) | | | (7) | - | 3 |
| | 6160 | 7100 | NN (Asia) Ltd. - Taiwan sales (7112) | | | (428,809) | 389,256 | (92,549) | | 24,203 | (67,746) | (89) | 24,714 |
| | 6160 | 8111 | Nortel (India) Pvt. Ltd | | | | | (54,035) | | | (54,035) | - | - |
| | 6160 | 7120 | Nortel (China) Ltd | | | | | (19,981) | | | (19,981) | - | - |
| | 6160 | 3171 | Nortel de México | | | | | (780) | | | (780) | - | - |
| | TOTAL | | | | 7,747,535 | 6,250,060 | | (1,572,314) | 401,338 | (1,170,978) | (1,013) | 400,623 |

## Thailand

| Code | Trading Parter | Legal Entity Name | Net post filing position as at September 30, 2011 | Net Pre-Filing position per ARA | Gross Initial and Subsequent Payments | Net pre-filing balance as at September 30, 2011 | 4th Estate Settlement Net Cash Balance Payments | Remaining pre-filing balance | Withholding tax | Net cash balance received |
|------|------|------|------|------|------|------|------|------|------|------|
| Pre-filing receivables from: | 6220 | 4160 | Nortel Networks S.A. | | | | 30,095 | | | 30,095 | - | - |
| | 6220 | 7120 | Nortel (China) Ltd | | | | 1,572 | | | 1,572 | - | - |
| | 6220 | 7121 | Nortel Shanghai Co Ltd | | | | 272 | | | 272 | - | - |
| | 6220 | 6210 | Nortel Networks Singapore Pte Ltd | | 14,094,828 | (15,929) | 10,060,435 | | (447,664) | 9,632,770 | - | - |
| | 6220 | 6120 | PT Nortel Networks Indonesia | | 13,920 | | | | | 8 | - | 8 |
| | 6220 | 6231 | Nortel Vietnam Ltd | | | | 1,221 | | | 1,221 | - | - |
| Pre-filing payables to: | 6220 | 1002 | NNL - Taiwan sales (7111) | | (9923) | (3,786,563) | | (3,786,563) | | | (3,786,563) | - | - |
| | 6220 | 2001 | NNL | | | (2,454,454) | | (2,454,454) | | | (2,454,454) | - | - |
| | 6220 | 4360 | Nortel Networks UK Limited | | | (680,564) | | (680,564) | | | (680,564) | - | - |
| | 6220 | 8100 | Nortel Networks Australia Pty Limited | | | (5,080,090) | | (5,080,090) | | | (5,080,090) | - | - |
| | 6220 | 8140 | Nortel Networks Malaysia Sdn. Bhd. | | | (3,097) | | (3,097) | | | (3,097) | - | - |
| | 6220 | 8160 | Nortel Networks Malaysia Sdn. Bhd. | | | (2,970) | | (2,970) | | | (2,970) | - | - |
| | 6220 | 8180 | Nortel Networks New Zealand Limited | | | (452) | | (452) | | | (452) | - | - |
| | 6220 | 7100 | NN (Asia) Ltd - Taiwan sales (7112) | | | (1,156,704) | | (1,156,704) | | | (1,156,704) | - | - |
| | 6220 | 3171 | Nortel de México | | | (503) | | (503) | | | (503) | - | - |
| | 6220 | 8111 | Nortel (India) Pvt. Ltd. | | | (17,704) | | (17,704) | | | (17,704) | - | - |
| | TOTAL | | | | (11,174,651) | | | (11,192,556) | | (11,192,858) | - | - |

## Vietnam

| Code | Trading Parter | Legal Entity Name | Net post filing position as at September 30, 2011 | Net Pre-Filing position per ARA | Gross Initial and Subsequent Payments | Net pre-filing balance as at September 30, 2011 | 4th Estate Settlement Net Cash Balance Payments | Remaining pre-filing balance | Withholding tax | Net cash balance received |
|------|------|------|------|------|------|------|------|------|------|------|
| Pre-filing receivables from: | 6231 | 1002 | Nortel Networks Limited | | 73,302 | | | | | | - | - |
| | 6231 | 4160 | Nortel Networks S.A. | | | | 9,842 | | | 9,842 | - | - |
| | 6231 | 7121 | Nortel Shanghai Co Ltd | | | | 460 | | | 460 | - | - |
| Pre-filing payables to: | 6231 | 2001 | NNL | | (46,899) | 1,532,036 | | (1,532,036) | | | (1,532,036) | - | - |
| | 6231 | 2002 | Nortel Networks (CALA) Inc. | | | (57,939) | | (57,939) | | | (57,939) | - | - |
| | 6231 | 4360 | Nortel Networks UK Limited | | | (191,941) | | (191,941) | | | (191,941) | - | - |
| | 6231 | 8100 | Nortel Networks Australia Pty Limited | | (1,149) | (1,232,741) | | (1,232,741) | | | (1,232,741) | - | - |
| | 6231 | 6120 | PT Nortel Networks Indonesia | | (267) | | | | | | - | - |
| | 6231 | 6210 | Nortel Networks Singapore Pte Ltd | | (744) | (1,824,788) | | (1,824,788) | | | (1,824,788) | - | - |
| | 6231 | 6220 | Nortel Networks (Thailand) Ltd. | | | (1,218) | | (1,218) | | | (1,218) | - | - |
| | 6231 | 1002 | NNL - Taiwan sales (7111) | | | (1,272,073) | | (1,272,073) | | | (1,272,073) | - | - |
| | 6231 | 7100 | NN (Asia) Ltd - Taiwan sales (7112) | | (11,953) | (9,637,127) | | (9,637,127) | | | (9,637,127) | - | - |
| | 6231 | 3171 | Nortel de México | | | (2,768) | | (2,768) | | | (2,768) | - | - |
| | 6231 | 7120 | Nortel (China) Ltd | | | (976,187) | | (976,187) | | | (976,187) | - | - |
| | 6231 | 8111 | Nortel (India) Pvt. Ltd. | | (89) | (815,836) | | (815,836) | | | (815,836) | - | - |
| | TOTAL | | | | (15,740,951) | | | (17,344,643) | | (17,344,643) | - | - |