# EXHIBIT A

The Motion Record dated June, 27 2012

Court File No. 09-CL-7950

## *ONTARIO*
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,*
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS
GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION and
NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT,*
R.S.C. 1985, c. C-36, AS AMENDED

### MOTION RECORD
(Approving  the Fourth Estate Settlement Agreement)
(returnable July 11, 2012)

June 27, 2012

**NORTON ROSE CANADA LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto Ontario  M5J 2Z4

**Mario Forte**  LSUC#: 27293F

Email: mario.forte@nortonrose.com

Tel:    416.216.4000
Fax:   416.216.3930

Lawyers for the Applicants

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600,
First Canadian Place
100 King Street West
Toronto Ontario  M5X 1G5

**Derrick Tay LSUC#: 21152A**
**Jennifer Stam LSUC#: 46735J**

Email: derrick.tay@gowlings.com
Email: jennifer.stam@gowlings.com

Tel:    416.814.5697
Fax:   416.862.7661

Lawyers for the Applicants

Court File No. 09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**I N D E X**

| TAB | DESCRIPTION | PAGE NO. |
|-----|-------------|----------|
| 1. | Notice of Motion, dated June 27, 2012 | 1 – 30 |
| 2. | Affidavit of Anna Ventresca, sworn June 26, 2012 | 31 – 40 |
| 3. | Draft Order | 41 – 44 |

# TAB 1

001

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(Commercial List)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985,
c. C-36, AS AMENDED

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS
GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION
AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C.
1985, c. C-36, AS AMENDED

**NOTICE OF MOTION**
**(returnable July 11, 2012)**

Nortel Networks Corporation, Nortel Networks Limited ("NNL"), Nortel Networks
Technology Corporation ("NNTC"), Nortel Networks International Corporation and Nortel
Networks Global Corporation (collectively, the "Applicants") will make a motion to Justice
Morawetz of the Commercial List court, on Wednesday, July 11, 2012, or as soon after that
time as the motion can be heard, at 10:00 a.m. at 330 University Avenue, Toronto, Ontario.

PROPOSED METHOD OF HEARING: The motion is to be heard:

☐  in writing under subrule 37.12.1(1) because it is on consent or unopposed ormade without
notice;

☐  in writing as an opposed motion under subrule 37.12.1(4);

☒  orally.

THE MOTION IS FOR AN ORDER, among other things:

(a)    If necessary, abridging and validating the time for service of the Notice of Motion and
Motion Record in respect of this motion and dispensing with further service thereof;

(b)    Approving a certain Allocation Settlement Agreement (APAC/CALA) (the "Fourth
Estate Settlement Agreement") entered into among (i) Nortel Networks Corporation
("NNC"), Nortel Networks Limited ("NNL") and the other Applicants, (ii) Nortel
Networks Inc. ("NNI") and the other U.S. Debtors (as defined below), (iii) Nortel

- 2 -

002

Networks (UK) Limited (In Administration) ("NNUK") and the other EMEA Debtors (as defined below), (iv) certain affiliates of NNC that have not commenced insolvency or creditor protection proceedings as set forth in Schedule 4 of the Fourth Estate Settlement Agreement (the "APAC Entities")[1] (v) certain affiliates of NNC that have not commenced insolvency or creditor protection proceedings as set forth in Schedule 5 of the Fourth Estate Settlement Agreement (the "CALA Entities"[2] and, together with the APAC Entities, the "Non-Filed Entities") and (vi) Nortel Networks S.A. (In Administration and *liquidation judiciare*) ("NNSA"), among others; and

(c)    Approving certain escrow amendments and escrow release instructions associated with the Fourth Estate Settlement Agreement.

THE GROUNDS FOR THE MOTION ARE:

(a)    Pursuant to an Order of this Honourable Court made on January 14, 2009 (the "Filing Date") (as subsequently amended and restated, the "Initial Order"), the Applicants obtained protection pursuant to the *Companies' Creditors Arrangement Act* ("CCAA");

(b)    Under the Initial Order, Ernst & Young Inc., was appointed as monitor (the "Monitor") in the CCAA proceedings;

(c)    Also on January 14, 2009, certain of NNC's U.S. subsidiaries, including its principal U.S. operating subsidiary NNI (together with the other U.S. filing entities, the "U.S. Debtors"), made voluntary filings in the United States Bankruptcy Court for the District of Delaware (the "U.S. Court") under Chapter 11 of the United States Bankruptcy Code (the "Code")(such proceedings, the "U.S. Proceedings");

(d)    Additionally, on January 15, 2009, NNUK and certain subsidiaries of the Nortel group incorporated in Europe, the Middle East or Africa (collectively, the "EMEA Debtors") and NNSA each obtained an administration order for the appointment of

---

[1]    The APAC Entities are Nortel Networks (Asia) Limited, Nortel Networks Australia Pty. Limited, Nortel Networks (India) Private Limited, PT Nortel Networks Indonesia, Nortel Networks Japan (Japanese name is Nortel Networks Kabushiki Kaisha), Nortel Networks Korea Limited, Nortel Networks Malaysia Sdn. Bhd., Nortel Networks New Zealand Limited, Nortel Networks Singapore Pte Ltd., Nortel Networks (Thailand) Limited, Nortel Vietnam Limited, Nortel Networks (China) Ltd., Nortel Networks Telecommunications Equipment (Shanghai) Co., Ltd., and Nortel Technology Excellence Centre Private Limited.

[2]    The CALA Entities are Nortel Networks de Argentina S.A., Nortel Networks Chile S.A., Nortel Networks del Ecuador S.A., Nortel Networks de Guatemala Ltda., Nortel Networks de Mexico S.A. de C.V., Nortel Networks Peru S.A.C., Nortel Networks del Uruguay S.A., Nortel de Mexico, S. De R.L de C.V., and Nortel Trinidad and Tobago Limited.

administrators from the English High Court of Justice under the Insolvency Act 1986 (the "Administration Proceedings");

(e)     References to "Nortel" herein are references to the global enterprise as a whole;

*Non-Filed Entities*

(f)     The Non-Filed Entities include several wholly- or majority-owned subsidiaries of NNL, most of which have ceased active operations and many of which are preparing to commence liquidation or dissolution under the laws of their respective jurisdictions;

*Nortel Asset Sales*

(g)     In total over $7.3 billion in proceeds have been raised from certain Nortel global asset sale transactions (the "Sale Proceeds") and are now held in separate escrow accounts (the "Escrow Accounts") which were established at the time of each transaction and are each governed by a separate escrow agreement (the "Escrow Agreement");

(h)     Each Nortel seller that participated in a global asset sale transaction that generated a portion of the Sale Proceeds is a party (in such a capacity, a "Depositor") to the Escrow Agreement governing the Escrow Account in which the Sale Proceeds from the relevant transaction were placed;

(i)     Following lengthy good-faith negotiations, on or about June 19, 2012, the Applicants, the U.S. Debtors, the EMEA Debtors, NNSA and the Non-Filed Entities, among others, executed the Fourth Estate Settlement Agreement to document the below described settlement;

(j)     The Applicants have concluded that it is in their best interests to settle the allocation of Sale Proceeds to the Non-Filed Entities on the terms that have been negotiated, which will greatly simplify the global allocation negotiations by reducing the number of participating parties and allow the Non-Filed Entities to efficiently resolve their remaining liabilities and liquidate without further delay;

(k)     Under the proposed settlement, the parties thereto have agreed that most of the Non-Filed Entities will receive sale proceeds allocations (each such allocation, a

004

"Settlement Share") in consideration for the termination of their rights under the relevant Escrow Agreements and their removal as Depositors under the related Escrow Accounts, where the aggregate amount of Sale Proceeds proposed to be paid to the Non-Filed Entities is $44.9 million;

(l)     The Fourth Estate Settlement Agreement crystallizes inter-company balances between the Non-Filed Entities and other parties including the Applicants, the U.S. Debtors and the EMEA Debtors and contains certain mutual releases of claims;

(m)    The Fourth Estate Settlement Agreement represents an important step forward in the ultimate allocation of sale proceeds and winding-down of the various Nortel estates;

*Miscellaneous*

(n)     The provisions of the CCAA; and

(o)     Further and other grounds as counsel may advise and this Honourable Court permit.

THE FOLLOWING DOCUMENTARY EVIDENCE will be used at the hearing of the motion:

(a)     Affidavit of Anna Ventresca, sworn and dated June 26, 2012;

(b)     The Eighty-Sixth Report of the Monitor to be filed in connection with this Motion; and

(c)     Such further and other evidence as counsel may advise and this Honourable Court may permit.

- 5 -

005

June 27, 2012

**NORTON ROSE CANADA** LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto ON  M5J 2Z4

**Mario Forte**  LSUC#: 27293F
Tel: 416-216-4870
Fax: 416-216-3930

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

**Derrick Tay** LSUC#: 21152A
**Jennifer Stam** LSUC#: 46735J
Tel: (416) 814-5697
Fax: (416) 862-7661

Lawyers for the Applicants

TO:      The Attached Service List