006

*May 29, 2012*

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
**R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL
CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL
NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**SERVICE LIST**

TO:   **NORTON ROSE CANADA LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Tony Reyes
Catherine Ma

Email:   tony.reyes@nortonrose.com
catherine.ma@nortonrose.com

Tel:    416.216.4000
Fax:    416.216.3930

Lawyers for the Applicants

AND
TO:   **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Derrick Tay
Jennifer Stam

Email:   derrick.tay@gowlings.com
jennifer.stam@gowlings.com

Tel:    416.862.5697
Fax:    416.862.7661

Lawyers for the Applicants

TO: **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:   nortel.monitor@ca.ey.com

Tel:    416.943.3016
Fax:    416.943.3300

AND
TO: **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Gail Rubenstein
Fred Myers
Chris Armstrong

Email:   jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
grubenstein@goodmans.ca
fmyers@goodmans.ca
carmstrong@goodmans.ca

Tel:    416.597.4107
Fax:    416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND
TO: **OSLER HOSKIN AND HARCOURT
LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8

Lyndon Barnes
Edward Sellers
Adam Hirsh

Email:   lbarnes@osler.com
esellers@osler.com
ahirsh@osler.com

Tel:    416.362.2111
Fax:    416.862.6666

Lawyers for the Boards of Directors of
Nortel Networks Corporation and Nortel
Networks Limited

AND
TO: **FASKEN MARTINEAU DUMOULIN LLP**
66 Wellington Street West
Toronto Dominion Bank Tower
P.O. Box 20, Suite 4200
Toronto, Ontario  M5K 1N6

Donald E. Milner
Aubrey Kauffman
Edmond Lamek
Jon Levin

Email:   dmilner@fasken.com
akauffman@fasken.com
elamek@fasken.com
jlevin@fasken.com

Tel:    416.868.3538
Fax:    416.364.7813

Lawyers for Export Development Canada

AND  **EXPORT DEVELOPMENT CANADA**
TO:   151 O'Connor Street
      Ottawa, Ontario  K1A 1K3

      Jennifer Sullivan

      Email:  jsullivan@edc.ca

      Tel:    613.597.8651
      Fax:   613.598.3113


AND  **McINNES COOPER**
TO:   Purdy's Wharf Tower II
      1300 – 1969 Upper Water Street
      Halifax, NS  B3J 2V1

      John Stringer, Q.C.
      Stephen Kingston

      Email:  john.stringer@mcinnescooper.com
              stephen.kingston@mcinnescooper.com

      Tel:    902.425.6500
      Fax:   902.425.6350

      Lawyers for Convergys EMEA Limited


AND  **CAW-CANADA**
TO:   Legal Department
      205 Placer Court
      Toronto, Ontario M2H 3H9

      Barry E. Wadsworth
      Lewis Gottheil

      Email:  barry.wadsworth@caw.ca
              lewis.gottheil@caw.ca

      Tel.:   416.495.3776
      Fax:   416.495.3786

      Lawyers for all active and retired Nortel
      employees represented by the CAW-Canada


AND  **THORNTON GROUT FINNIGAN LLP**
TO:   3200-100 Wellington Street West
      Toronto-Dominion Centre, Canadian Pacific
      Tower
      Toronto, Ontario  M5K 1K7

      Leanne M. Williams

      Email:  lwilliams@tgf.ca

      Tel:    416.304.1616
      Fax:   416.304.1313

      Lawyers for Flextronics Telecom Systems
      Ltd.


AND  **MILLER THOMSON LLP**
TO:   Scotia Plaza
      40 King Street West, Suite 5800
      P.O. Box 1011
      Toronto, Ontario  M5H 3S1

      Jeffrey Carhart

      Email:  jcarhart@millerthomson.com

      Tel:    416.595.8615/8577
      Fax:   416.595.8695

      Lawyers for Toronto-Dominion Bank


AND  **BOUGHTON LAW CORPORATION**
TO:   Suite 700
      595 Burrard Street
      Vancouver, BC  V7X 1S8

      R. Hoops Harrison

      Email:  hharrison@boughton.ca

      Tel:    604.687.6789
      Fax:   604.683.5317

      Lawyers for Tonko Realty Advisors (BC)
      Ltd., in its capacity as duly authorized agent
      for Holdings 1506 Enterprises Ltd.

AND TO:   **BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, Ontario  M5H 3Y4

Michael J. MacNaughton
Roger Jaipargas
Sam P. Rappos

Email:   mmacnaughton@blgcanada.com
Tel:     416. 367.6646
Fax:     416. 682.2837

Email:   rjaipargas@blgcanada.com
Tel:     416.367.6266
Fax:     416.361.7067

Email:   srappos@blgcanada.com
Tel:     416.367.6033
Fax:     416.361.7306

Lawyers for Bell Canada

AND TO:   **SISKINDS LLP**
680 Waterloo Street
London, Ontario  N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Emilie E. M. Maxwell

Email:   ray.leach@siskinds.com
         dimitri.lascaris@siskinds.com
         emilie.maxwell@siskinds.com

Tel:     519.672.2121
Fax:     519.672.6065

Lawyers for Indiana Electrical Workers
Pension Trust Fund IBEW, Laborers Local
100 and 397 Pension Fund, and Bruce
William Lapare

AND TO:   **McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario  M5J 2T3

Tel:     416.865.7000
Fax:     416.865.7048

Lawyers for ABN AMRO Bank N.V.

AND TO:   **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan

Email:   zychk@bennettjones.com
Tel:     416.777.5738
Fax:     416.863.1716

Email:   orzyr@bennettjones.com
Tel:     416.777.5737
Fax:     416.863.1716

Email:   finlaysong@bennettjones.com
Tel:     416.777.5762
Fax:     416.863.1716

Email:   swanr@bennettjones.com
Tel:     416.777.7479
Fax:     416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

AND
TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Andrea McKinnon

| | |
|---|---|
| Email: | mzigler@kmlaw.ca |
| Tel: | 416.595.2090 |
| Fax: | 416.204.2877 |

| | |
|---|---|
| Email: | sphilpott@kmlaw.ca |
| Tel: | 416.595.2104 |
| Fax: | 416.204.2882 |

| | |
|---|---|
| Email: | amckinnon@kmlaw.ca |
| Tel: | 416.595.2150 |
| Fax: | 416.204.2874 |

Lawyers for the Former Employees of Nortel

AND
TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Andrea McKinnon

| | |
|---|---|
| Email: | mzigler@kmlaw.ca |
| Tel: | 416.595.2090 |
| Fax: | 416.204.2877 |

| | |
|---|---|
| Email: | sphilpott@kmlaw.ca |
| Tel: | 416.595.2104 |
| Fax: | 416.204.2882 |

| | |
|---|---|
| Email: | amckinnon@kmlaw.ca |
| Tel: | 416.595.2150 |
| Fax: | 416.204.2874 |

Lawyers for the LTD Beneficiaries

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart
Margaret Sims
James Klotz

| | |
|---|---|
| Email: | jcarhart@millerthomson.com |
| Tel: | 416.595.8615 |
| Fax: | 416.595.8695 |

| | |
|---|---|
| Email: | msims@millerthomson.com |
| Tel: | 416.595.8577 |
| Fax: | 416.595.8695 |

| | |
|---|---|
| Email: | jmklotz@millerthomson.com |
| Tel: | 416.595.4373 |
| Fax: | 416.595.8695 |

Lawyers for LG Electronics Inc.

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart
Margaret Sims

| | |
|---|---|
| Email: | jcarhart@millerthomson.com |
| Tel: | 416.595.8615 |
| Fax: | 416.595.8695 |

| | |
|---|---|
| Email | msims@millerthomson.com |
| Tel: | 416.595.8577 |
| Fax: | 416.595.8695 |

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision
Communication Services, Inc.

AND
TO:

**LG ELECTRONICS INC.**
11/F, LG Twin Towers (West)
20 Yeouido-dong, Yeongduengpo-gu
Seoul 150-721, Korea

Joseph Kim

Email:   joseph.kim@lge.com

Tel:      +82.2.3777.3171
Fax:     +82.2.3777.5345

AND
TO:

**PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP**
Suite 501
250 University Avenue
Toronto, Ontario  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Tina Lie

Email:   ken.rosenberg@paliareroland.com
Tel:      416.646.4304
Fax:     416.646.4301

Email:   max.starnino@paliareroland.com
Tel:      416.646.7431
Fax:     416.646.4301

Email:   lily.harmer@paliareroland.com
Tel:      416.646.4326
Fax:     416.646.4301

Email:   tina.lie@paliareroland.com
Tel:      416.646.4332
Fax:     416.646.4301

Lawyers for the Superintendent of Financial
Services as Administrator of the Pension
Benefits Guarantee Fund

AND
TO:

**CHAITONS LLP**
Barristers & Solicitors
5000 Yonge Street, 10th Floor
Toronto, Ontario  M2N 7E9

Harvey G. Chaiton

Email:   harvey@chaitons.com
Tel:      416.218.1129
Fax:     416.218.1849

Lawyers for IBM Canada Limited

AND
TO:

**FRASER MILNER CASGRAIN LLP**
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1B2

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs

Email:   Shayne.kukulowicz@fmc-law.com
            Michael.wunder@fmc-law.com
            ryan.jacobs@fmc-law.com

Tel:      416.863.4511
Fax:     416.863.4592

Canadian Lawyers for the Official Committee
of Unsecured Creditors

AND TO:  **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

E. Patrick Shea

Email:  patrick.shea@gowlings.com

Tel:    416.369.7399
Fax:    416.862.7661

Lawyers for Westcon Group


AND TO:  **AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Harry Fogul
Peter K. Czegledy

Email:  hfogul@airdberlis.com
Tel:    416.865.7773
Fax:    416.863.1515

Email:  pczegledy@airdberlis.com
Tel:    416.865.7749
Fax:    416.863.1515

Lawyers for Microsoft Corporation


AND TO:  **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email:  renglish@airdberlis.com
        smitra@airdberlis.com

Tel:    416.863.1500
Fax:    416.863.1515

Lawyers for Tata Consultancy Services
Limited and Tata America International
Corporation


AND TO:  **MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Raymond M. Slattery
David T. Ullmann

Email:  rslattery@mindengross.com
        dullmann@mindengross.com
Tel:    416.369.4149
Fax:    416.864.9223

Lawyers for Verizon Communications Inc.


AND TO:  **GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3Y2

Jonathan Wigley

Email:  jwigley@gardiner-roberts.com
Tel:    416.865.6655
Fax:    416.865.6636

Lawyers for Andrew, LLC


AND TO:  **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Canadian Lawyers for Tellabs, Inc.