AND TO: **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Lawyers for the Current and Former Employees of Nortel Networks Inc. who are or were Participants in the Long-Term Investment Plan Sponsored by Nortel Networks Inc.

AND TO: **McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Sheryl E. Seigel

Email:  sheryl.seigel@mcmillan.ca
Tel:    416.307.4063
Fax:    416.365.1719

Lawyers for The Bank of New York Mellon

AND TO: **BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email:  susan.grundy@blakes.com
Tel:    416.863.2572
Fax:    416.863.2653

Email:  marc.flynn@blakes.com
Tel:    416.863.2685
Fax:    416.863.2653

Lawyers for Telefonaktiebolaget L M Ericsson (publ)

AND TO: **McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:  hmeredith@mccarthy.ca
Tel:    416.601.8342
Fax:    416.868.0673

Lawyers for Hitachi Communications Technologies, Ltd.

AND TO: **DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:  dwinters@justice.gc.ca
Tel:    416.973.3172
Fax:    416.973.0810

AND TO: **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Kevin P. McElcheran
Ryan Stabile

Email:  kmcelcheran@mccarthy.ca
Tel:    416.601.7730
Fax:    416.868.0673

Email:  rstabile@mccarthy.ca
Tel:    416.601.8335
Fax:    416.868.0673

Lawyers for Avaya Inc.

TOR_LAW\ 7814959\4

| | | | |
|---|---|---|---|
| AND TO: | **BLAKE, CASSELS & GRAYDON LLP**<br>199 Bay Street, Suite 2800<br>Commerce Court West<br>Toronto, Ontario M5L 1A9<br><br>Pamela Huff<br>Milly Chow<br>Hugh DesBrisay<br>Craig Thorburn<br><br>Email:  pamela.huff@blakes.com<br>Tel:  416.863.2958<br>Fax:  416.863.2653<br><br>Email:  milly.chow@blakes.com<br>Tel:  416.863.2594<br>Fax:  416.863.2653<br><br>Email:  hugh.desbrisay@blakes.com<br>Tel:  416.863.2426<br>Fax:  416.863.2653<br><br>Email:  craig.thorburn@blakes.com<br>Tel:  416.863.2965<br>Fax:  416.863.2653<br><br>Lawyers for MatlinPatterson Global Advisers LLC, MatlinPatterson Global Opportunities Partners III L.P. and MatlinPatterson Opportunities Partners (Cayman) III L.P. | AND TO: | **FOGLER, RUBINOFF LLP**<br>Barristers and Solicitors<br>Suite 1200<br>Toronto-Dominion Centre<br>95 Wellington Street West<br>Toronto, Ontario M5J 2Z9<br><br>Jeffrey K. Spiegelman<br><br>Email:  jspiegelman@foglers.com<br>Tel:  416.864.9700<br>Fax:  416.941.8852<br><br>Vern W. DaRe<br><br>Email:  vdare@foglers.com<br>Tel:  416-941-8842<br>Fax:  416-941-8852<br><br>Lawyers for Belden (Canada) Inc. |
| AND TO: | **SACK GOLDBLATT MITCHELL LLP**<br>20 Dundas Street West<br>Suite 1100<br>Toronto, Ontario M5G 2G8<br><br>James McDonald<br>Darrell Brown<br><br>Email:  jmcdonald@sgmlaw.com<br>Tel:  416.979.6425<br>Fax:  416.591.7333<br><br>Email:  dbrown@sgmlaw.com<br>Tel:  416.979.4050<br>Fax:  416.591.7333<br><br>Lawyers for Edmund Fitzgerald | AND TO: | **VINCENT DAGENAIS GIBSON LLP/s.r.l**<br>Barristers and Solicitors<br>600-325 Dalhousie Street<br>Ottawa, ON K1N 7G2<br><br>Thomas Wallis<br><br>E-mail:  thomas.wallis@vdg.ca<br>Tel:  613.241.2701<br>Fax:  613.241.2599<br><br>Lawyers for La Regie des Rentes du Quebec |

AND TO: **STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY 10022

Gordon Cameron
Ron Ferguson

Email: gncameron@stikeman.com
Tel: 212.845.7464
Fax: 212.371.7087

Email: rferguson@stikeman.com
Tel: 212.845.7477
Fax: 212.371.7087

Lawyers for GENBAND Inc.

AND TO: **BLAKE, CASSELS & GRAYDON**
Box 25, Commerce Court West
199 Bay Street, Suite 2800
Toronto, Ontario  M5L 1A9

Pamela J. Huff
J. Jeremy Forgie

Email: pamela.huff@blakes.com
Tel: 416.863.2958
Fax: 416.863.2653

Email: jeremy.forgie@blakes.com
Tel: 416.863.3888
Fax: 416.863.2653

Lawyers for The Northern Trust Company, Canada

AND TO: **LERNERS LLP**
130 Adelaide St. West
Suite 2400
Toronto, ON  M5H 3P5

William E. Pepall

Email: wpepall@lerners.ca
Tel: 416.601.2352
Fax: 416.867.2415

Lawyers for the Former Employees in Respect of the Distribution of the Corpus of the Health and Welfare Trust

AND TO: **BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
Scotia Plaza, Suite 4400
40 King Street West
Toronto, ON  M4H 3Y4

John D. Marshall
Craig J. Hill

Email: jmarshall@blgcanada.com
Tel: 416.367.6024
Fax: 416.361.2763

Email: chill@blgcanada.com
Tel: 416.367.6156
Fax: 416.631.7301

Lawyers for the U.K. Pensions Regulator

AND TO: **ROCHON GENOVA LLP**
121 Richmond Street West
Suite 900
Toronto, ON  M5H 2K1

Joel P. Rochon

Email: jrochon@rochongenova.com
Tel: 416.363.1867
Fax: 416.363.0263

Lawyers for the Opposing LTD Employees

AND TO: **SACK GOLDBLATT MITCHELL**
500 – 30 rue Metcalfe St.
Ottawa, ON  K1P 5L4

Peter Engelmann
Fiona Campbell

Email: pengelmann@sgmlaw.com
Tel: 613-482-2452
Fax: 613-235-3041

Email: fcampbell@sgmlaw.com
Tel: 613-482-2451
Fax: 613-235-3041

Lawyers for the LTD Beneficiaries in Respect of the Distribution of the Corpus of the Health and Welfare Trust

- 18 -

023

| | | | |
|---|---|---|---|
| AND TO: | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>One Liberty Plaza<br>New York, NY 10006<br><br>James Bromley<br>Lisa Schweitzer<br>Martin N. Kostov<br><br>Email: jbromley@cgsh.com<br>  lschweitzer@cgsh.com<br>  mkostov@cgsh.com<br>Tel: 212.225.2000<br>Fax: 212.225.3999<br><br>Lawyers for Nortel Networks Inc. | AND TO: | **McCARTHY TETRAULT LLP**<br>Suite 5300, Toronto Dominion Bank Tower<br>Toronto, Ontario  M5K 1E6<br><br>Barbara J. Boake<br>James D. Gage<br>Elder C. Marques<br><br>E-mail: bboake@mccarthy.ca<br>Tel: 416.601.7557<br>Fax: 416.868.0673<br><br>Email: jgage@mccarthy.ca<br>Tel: 416.601.7539<br>Fax: 416.686.0673<br><br>Email: emarques@mccarthy.ca<br>Tel: 416.601.7822<br>Fax: 416.686.0673<br><br>Lawyers for Morneau Shepell Limited |
| AND TO: | **McMILLAN LLP**<br>Brookfield Place<br>181 Bay Street, Suite 4400<br>Toronto, ON  M5J 2T3<br><br>D. Brent McPherson<br><br>Email: brent.mcpherson@mcmillan.ca<br>Tel: 416.307.4103<br>Fax: 416.304.3769<br><br>Lawyers for Wells Fargo Bank, National Association, as successor by merger to Wachovia Bank, N.A., in its capacity as Servicer for the Nortel Networks Pass-Through Trust, Series 1-1 | AND TO: | **DAVID STEER**<br>10 Cypress Court<br>Nepean, ON  K2H 8Z8<br><br>E-mail: davidsteer127@sympatico.ca |

TOR_LAW\ 7814959\4

AND TO:
**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario M5J 2Z9

Jeffrey K. Spiegelman

Email:   jspiegelman@foglers.com

Tel:   416.864.9700
Fax:   416.941.8852

Lawyers for Apex Logistics Inc.

AND TO:
**TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens

Email:   tdemarinis@torys.com
         sbomhof@torys.com
         sblock@torys.com
         agray@torys.com
         aslavens@torys.com

Tel:   416.865.0040
Fax:   416.865.8730

Lawyers for Nortel Networks Inc.

AND TO:
**TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario K7K 6Y3

Harold Van Winssen
R. Benjamin Mills

Email:   hvw@tmlegal.ca
         rbm@tmlegal.ca

Tel:   613.542.1889
Fax:   613.542.8202

Lawyers for The Corporation of the City of Belleville

AND TO:
**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

Brett Harrison

Email:   brett.harrison@mcmillan.ca
Tel :   416.865.7932
Fax :   416.865.7048

Lawyers for Rogers Communications Inc.

AND TO:
**ATTORNEY GENERAL FOR ONTARIO**
Crown Law Office -- Civil
720 Bay Street, 8th Floor
Toronto, Ontario M7A 2S9

Leonard Marsello
William MacLarkey
Mario Faieta

Email:   leonard.marsello@ontario.ca
Tel:   416.326.4939
Fax:   416.326.4181

Email:   William.MacLarkey@ontario.ca
Tel:   416.326.4082

AND TO:
**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario M5L 1A9

Steven J. Weisz
Jackie Moher

Email:   steven.weisz@blakes.com
Tel:   416.863.2616
Fax:   416.863.2653

Email:   jackie.moher@blakes.com
Tel:   416.863.3174
Fax:   416.863.2653

Fax:   416.326.4181

Email:   mario.faieta@ontario.ca
Tel:   416.314.6482
Fax:   416.314.6579

Lawyers for Her Majesty the Queen in right of Ontario, as represented by the Ministry of the Environment

AND TO:   **TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario  K7K 6Y3

Harold Van Winssen
R. Benjamin Mills

Email:   hvw@tmlegal.ca
         rbm@tmlegal.ca

Tel:   613.542.1889
Fax:   613.542.8202

Lawyers for Algonquin and Lakeshore Catholic District School Board

AND TO:   **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M6H 3S1

Craig A. Mills

Email:   cmills@millerthomson.com
Tel:   416.595.8596
Fax:   416.595.8695

Lawyers for 2058756 Ontario Limited

Lawyers for the American Registry for Internet Numbers

AND TO:   **McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

Andrew J. F. Kent
Wael Rostom

Email:   andrew.kent@mcmillan.ca
Tel :   416.865.7160
Fax :   416.865.7048

Email:   wael.rostom@mcmillan.ca
Tel :   416.865.7790
Fax :   416.865.7048

Lawyers for the Norpax LLC and RPX Corporation, in its capacity as Managing Member of Norpax LLC

AND TO:   **STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West
199 Bay Street
Toronto, Ontario  M5L 1B9

Elizabeth Pillon
Dan Murdoch

Email:   lpillon@stikeman.com
Tel:   416.869.5623
Fax:   416.947.0866

Email:   dmurdoch@stikeman.com
Tel:   416.869.5529
Fax:   416.947.0866

Lawyers for Apple Inc.