| AND TO: | **DAVIS LLP**<br>1 First Canadian Place, Suite 6000<br>100 King Street West<br>P.O. Box 367,<br>Toronto, Ontario  M5X 1E2<br><br>David Foulds<br><br>Email:   dfoulds@davis.ca<br>Tel :     416.941.5392<br>Fax :    416.777.7414<br><br>Lawyers for Lenovo (Singapore) Pte. Ltd. | AND TO: | **CHAITONS LLP**<br>Barristers & Solicitors<br>5000 Yonge Street, 10th Floor<br>Toronto, Ontario  M2N 7E9<br><br>Harvey G. Chaiton<br>Doug Bourassa<br><br>Email:   harvey@chaitons.com<br>Tel :     416.218.1129<br>Fax :    416.218.1849<br><br>Email:   doug@chaitons.com<br>Tel :     416.218.1145<br>Fax :    416.218.1845<br><br>Lawyers for SMNP Research International, Inc. and SMNP Research, Inc. |
| --- | --- | --- | --- |
| AND TO: | **BLAKE, CASSELS & GRAYDON LLP**<br>Box 25, Commerce Court West<br>199 Bay Street, Suite 2800<br>Toronto, Ontario  M5L 1A9<br><br>Beth E. Posno<br><br>Email:   beth.posno@blakes.com<br>Tel:      416.863-2379<br>Fax:     416.863-2653<br><br>Lawyers for GE Intelligent Platforms Embedded Systems, Inc. | AND TO: | **STIKEMAN ELLIOTT LLP**<br>Barristers & Solicitors<br>5300 Commerce Court West<br>199 Bay Street<br>Toronto, Ontario  M5L 1B9<br><br>Ashley John Taylor<br>Email:   ataylor@stikeman.com<br>Tel :     416.869.5236<br>Fax :    416.947.0866<br><br>Lawyers for Sanmina SCI Corporation |

| | | | |
|---|---|---|---|
| AND TO: | **David Quagliana**<br>**Manager, Credit Workout**<br>**CONSTELLATION ENERGY GROUP, INC.**<br><br>100 Constellation Way<br>Suite 600<br>Baltimore, MD 21202<br><br>Email: david.quagliana@constellation.com<br>Tel:     410.470.2058 | AND TO: | **Cathy Barron**<br>**Sr. Counsel**<br>**CONSTELLATION NEWENERGY, INC.**<br><br>116 Huntington Avenue<br>Suite 700<br>Boston, MA 02116<br><br>Email: cathy.barron@constellation.com<br>Tel:     617.717.7906<br>Fax:    617.772.7550 |
| AND TO: | **HEENAN BLAIKIE LLP**<br>Bay Adelaide Centre<br>333 Bay Street, Suite 2900<br>P.O. Box 2900<br>Toronto, Ontario  M5H 2T4<br><br>John Salmas LSUC#: 42336B<br>Kenneth Kraft LSUC: 31919P<br>Sara-Ann Wilson LSUC#: 56016C<br><br>Tel: 416.360.3570<br>Tel: 416.643.6822<br>Tel: 416.777.4171<br><br>Canadian Lawyers for Wilmington Trust, National Association | AND TO: | |

TOR_LAW\ 7814959\4

**COURTESY COPIES:**

AND TO:
**LEWIS AND ROCA**
40 North Central Avenue
Phoenix, Arizona
USA  85004-4429

Scott K. Brown

Email:  sbrown@lrlaw.com

Tel:  602.262.5321
Fax:  602.734.3866

Lawyers for The Prudential Insurance Company of America

AND TO:
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY  10036

Fred S. Hodara

Email:  fhodara@akingump.com

Tel:  212.872.1000
Fax:  212.872.1002

U.S. Lawyers for the Official Committee of Unsecured Creditors

AND TO:
**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail:  sreisman@curtis.com
jdrew@curtis.com

Tel:  212.696.6000
Fax:  212-697-1559

Lawyers for Flextronics International

AND TO:
**MILBANK, TWEED, HADLEY McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa

Email:  TKreller@milbank.com
Tel:  213.892.4463
Fax:  213.629.5063

Email:  JHarris@milbank.com
Tel:  212.530.5475
Fax:  212.530.5219

Email:  APisa@milbank.com
Tel:  212.530.5319
Fax:  212.530.5219

U.S. Lawyers for The Informal Nortel Noteholder Group

| AND TO: | **VEDDER PRICE P.C.**<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br><br>Michael L. Schein<br><br>Email: mschein@vedderprice.com<br><br>Tel: 212.407.6920<br>Fax: 212.407.7799<br><br>U.S. Lawyers for Telmar Network Technology, Inc. and Precision Communication Services, Inc. | AND TO: | **BRYAN CAVE LLP**<br>161 North Clark Street, Suite 4300<br>Chicago, Illinois 60601<br><br>Eric S. Prezant<br><br>Email: eric.prezant@bryancave.com<br>Tel: 312.602.5033<br>Fax: 312.602.5050<br><br>U.S. Lawyers for Tellabs, Inc. |
| --- | --- | --- | --- |
| AND TO: | **LATHAM & WATKINS LLP**<br>885 Third Avenue<br>New York, NY 10022-4834<br><br>Michael J. Riela<br><br>Email: michael.riela@lw.com<br><br>Tel: 212.906.1373<br>Fax: 212.751.4864<br><br>U.S. Lawyers for The Bank of New York Mellon | AND TO: | **COVINGTON & BURLING LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br><br>Susan Power Johnson<br>Tel: 212.841-1171<br>Fax: 646-441-9005<br><br>Amanda Raboy<br>Tel: 212.841.1171<br>Fax: 646.441.9171<br><br>U.S. Lawyers for Wilmington Trust, National Association |

C:\Documents and Settings\cma\Desktop\Service List-TOR_LAW-7814959-v4.DOC

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**

Proceeding commenced at Toronto

**NOTICE OF MOTION**
**(returnable July 11, 2012)**

**NORTON ROSE CANADA** LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto ON  M5J 2Z4

**Mario Forte**  LSUC#: 27293F
Tel: 416-216-4870
Fax: 416-216-3930

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

**Derrick Tay** LSUC#: 21152A
**Jennifer Stam** LSUC#: 46735J
Tel: (416) 814-5697
Fax: (416) 862-7661

Lawyers for the Applicants

030

DOCSTOR: 2457840

# TAB 2

031

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(Commercial List)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

**AFFIDAVIT OF ANNA VENTRESCA**
(sworn June 26, 2012)

I, Anna Ventresca, of the city of Hamilton, in the Province of Ontario, MAKE OATH AND SAY:

1. I am the General Counsel-Corporate and Corporate Secretary of Nortel Networks Corporation ("NNC") and Nortel Networks Limited ("NNL") and have held this position since August 2009. From July, 2007 to July, 2009 I was the Assistant General Counsel – Corporate and Assistant Secretary. As such, I have personal knowledge of the matters to which I hereinafter depose in this Affidavit. Where I do not possess personal knowledge, I have stated the source of my information and, in all such cases, believe it to be true. While I am also a director of certain of the Non-Filed Entities (as such term is defined below), I swear this affidavit as a representative of NNC and NNL.

2. I swear this Affidavit in support of the motion to approve, among other things, a certain Allocation Settlement Agreement (APAC/CALA) (the "Fourth Estate Settlement Agreement") entered into among (i) Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL") and the other Applicants (as defined below), (ii) Nortel Networks Inc. ("NNI") and the other U.S. Debtors (as defined below), (iii) Nortel Networks (UK) Limited (In Administration) ("NNUK") and the other EMEA Debtors (as defined below), (iv) certain affiliates of NNC that have not commenced insolvency or creditor protection proceedings as set forth in Schedule 4 of the Fourth Estate

DOCSTOR: 2435416\5

- 2 -

032

Settlement Agreement (the "APAC Entities")[1] (v) certain affiliates of NNC that have not commenced insolvency or creditor protection proceedings as set forth in Schedule 5 of the Fourth Estate Settlement Agreement (the "CALA Entities"[2] and, together with the APAC Entities, the "Non-Filed Entities") and (vi) Nortel Networks S.A. (In Administration and *liquidation judiciare*) ("NNSA"), among others. I am aware that a copy of the Fourth Estate Settlement Agreement will be attached as an appendix to the Eighty-Sixth Report (the "Eighty-Sixth Report") of the Monitor (as defined below) to be filed in connection with this motion.

3. References to "Nortel" herein are references to the global enterprise as a whole.

**BACKGROUND**

4. On January 14, 2009 (the "Filing Date"), NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "Applicants") were granted protection under the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended (the "CCAA") pursuant to an initial order (as subsequently amended and restated, the "Initial Order") of this Honourable Court and Ernst & Young Inc. was appointed as monitor (the "Monitor") in the CCAA proceedings.

5. Also on January 14, 2009, certain of NNC's U.S. subsidiaries, including its principal U.S. operating subsidiary NNI (together with the other U.S. filing entities, the "U.S. Debtors"), made voluntary filings in the United States Bankruptcy Court for the District of Delaware (the "U.S. Court") under Chapter 11 of the United States Bankruptcy Code (the "Code")(such proceedings, the "U.S. Proceedings"). On the same date, this Honourable Court granted an Order pursuant to Section 18.6(4) of the CCAA recognizing the Chapter 11 cases as "foreign proceedings" in Canada and giving effect in Canada to the automatic stay under the Code.

---

[1] The APAC Entities are Nortel Networks (Asia) Limited, Nortel Networks Australia Pty. Limited, Nortel Networks (India) Private Limited, PT Nortel Networks Indonesia, Nortel Networks Japan (Japanese name is Nortel Networks Kabushiki Kaisha), Nortel Networks Korea Limited, Nortel Networks Malaysia Sdn. Bhd., Nortel Networks New Zealand Limited, Nortel Networks Singapore Pte Ltd., Nortel Networks (Thailand) Limited, Nortel Vietnam Limited, Nortel Networks (China) Ltd., Nortel Networks Telecommunications Equipment (Shanghai) Co., Ltd., and Nortel Technology Excellence Centre Private Limited.

[2] The CALA Entities are Nortel Networks de Argentina S.A., Nortel Networks Chile S.A., Nortel Networks del Ecuador S.A., Nortel Networks de Guatemala Ltda., Nortel Networks de Mexico S.A. de C.V., Nortel Networks Peru S.A.C., Nortel Networks del Uruguay S.A., Nortel de Mexico, S. De R.L de C.V., and Nortel Trinidad and Tobago Limited.

DOCSTOR: 2435416\5