as monitor (in such capacity, the "Monitor") filed in connection with this motion and on hearing submissions of counsel for the Applicants, the Monitor and those other parties present, no one appearing for any other person on the service list, although served as appears from the Affidavit of Service of ●, sworn ●, 2012, filed.

1. **THIS COURT ORDERS** that the time for the service of the Notice of Motion, the Eighty-Sixth Report, and the Motion Record is hereby abridged and validated so that this Motion is properly returnable today and hereby dispenses with further service thereof.

2. **THIS COURT ORDERS** that capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Ventresca Affidavit.

**Fourth Estate Settlement Agreement**

3. **THIS COURT ORDERS** that: (i) the Fourth Estate Settlement Agreement is hereby approved; (ii) the execution and delivery of the Fourth Estate Settlement Agreement by the Applicants and the Monitor is hereby authorized and approved; and (iii) the performance by the Applicants and the Monitor of their respective obligations, if any, under the Fourth Estate Settlement Agreement be and is hereby authorized and approved.

4. **THIS COURT ORDERS** that: (i) the Escrow Amendments are approved in their entirety; (ii) the execution and delivery of the Escrow Amendments by the Applicants party thereto and by the Monitor is hereby authorized and approved; and (iii) the performance by the Applicants party to the Escrow Amendments and the Monitor of their respective obligations thereunder, if any, be and is hereby approved.

5. **THIS COURT ORDERS** that: (i) the Payment Instructions are approved in their entirety; (ii) the execution and delivery of the Payment Instructions by the Applicants party thereto and the Monitor is hereby authorized and approved; and (iii) the performance by the Applicants party

- 3 -

043

to the Payment Instructions and the Monitor of their respective obligations thereunder, if any, be and is hereby approved.

6. **THIS COURT ORDERS** that the Applicants and the Monitor are hereby authorized to take such additional steps and execute such additional documents as may be necessary or desirable to give effect to the Escrow Amendments, the Payment Instructions and the Fourth Estate Settlement Agreement, and to make such non-material amendments to the foregoing documents as may be agreed to by the Applicants with the consent of the Monitor.

**Miscellaneous**

7. **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the United States, the United Kingdom or elsewhere, to give effect to this Order and to assist the Applicants, the Monitor and their respective agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Applicants and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Monitor in any foreign proceeding, or to assist the Applicants and the Monitor and their respective agents in carrying out the terms of this Order.

8. **THIS COURT ORDERS** that each of the Applicants and the Monitor be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order.

044

| IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION | Court File No: 09-CL-7950 |
|---|---|
| | **ONTARIO**<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)**<br><br>Proceeding commenced at Toronto<br><br>**ORDER**<br>**(FOURTH ESTATE SETTLEMENT AGREEMENT)**<br><br>**NORTON ROSE CANADA** LLP<br>Suite 3800<br>Royal Bank Plaza, South Tower<br>200 Bay Street<br>P.O. Box 84<br>Toronto ON  M5J 2Z4<br><br>**Mario Forte**  LSUC#: 27293F<br>Tel: 416-216-4870<br>Fax: 416-216-3930<br><br>**GOWLING LAFLEUR HENDERSON LLP**<br>Suite 1600, First Canadian Place<br>100 King Street West<br>Toronto, Ontario  M5X 1G5<br><br>**Derrick Tay** LSUC#: 21152A<br>**Jennifer Stam** LSUC#: 46735J<br>Tel: (416) 814-5697<br>Fax: (416) 862-7661<br><br>Lawyers for the Applicants |

DOCSTOR: 2435524\4

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

Proceeding commenced at TORONTO

MOTION RECORD
(Approving the Fourth Estate Settlement Agreement)
(returnable July 11, 2012)

NORTON ROSE CANADA LLP
Suite 3800, Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario  M5J 2Z4

Mario Forte  LSUC#: 27293F

Tel:  416.216.4000
Fax: 416.216.3930

GOWLING LAFLEUR HENDERSON LLP
Suite 1600, , First Canadian Place
100 King Street West
Toronto Ontario  M5X 1G5

Derrick Tay, LSUC# 21152A
Jennifer Stam, LSUC# 46735J

Tel:  416.814.5697
Fax: 416.862.7661

Lawyers for the Applicants