IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                           ) ss.:
COUNTY OF HARTFORD )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as an A ssociate Consultant b y Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On July 9, 2012, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

   a) the sellers of the claims as listed on the annexed Exhibit B,
   b) the buyers of the claims as listed on the annexed Exhibit C,
   c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                       _Brian Hunt_
                                       Brian Hunt

Sworn to before me this
9th day of July, 2012

_Tim Conklin_
Tim Conklin
Notary Public, State of Connecticut

TIMOTHY C. CONKLIN
NOTARY PUBLIC
State of Connecticut
My Commission Expires
May 31, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     **Brandon Fentress**
**1004 Westwood Dr.**
**Raleigh, NC  27607**

Your claim, in the amount of **$43,074.96** has been transferred, unless previously expunged by Court Order, to:

**ASM SIP, L.P.**
**c/o ASM Capital**
**7600 Jericho Turnpike, Suite 302**
**Woodbury, NY  11797**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#7913** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By _____ /s/ Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage prepaid on July 9, 2012

EXHIBIT B

BRANDON FENTRESS, 1004 WESTWOOD DR., RALEIGH, NC 27607

THOMAS TODARO, 3209 VIRGINIA CREEPER LN., WILLOW SPRING, NC 27592

MELISSA KILLEBREW, 2701 CHERLIN PL., RICHARDSON, TX 75082

JAIMIE BYNUM, 5409 NEUSE PLANTERS COURT, RALEIGH, NC 27616

DENIS ORY, 810 FOXWOOD LN., WYLIE, TX 75098

YI QUN ZHU, 1006 NAVARRO DR., ALLEN, TX 75013

BRIAN P. DAVIS, 101 ATLANTIC AVE., SPRING LAKE, NJ 07762

PDX, INC., 101 JIM WRIGHT FREEWAY, SUITE 200, FORT WORTH, TX 76108

MICHAEL CAMPBELL, 13411 CLIFTON DR., FRISCO, TX 75035

JAMES D. LENZ, 5462 SWEET GRASS COURT, CASTLE ROCK, CO 80109

RANDY WRIGHT, 2409 ELLIS COURT, PLANO, TX 75075

EFSTATHIOS MAROULIS, 2430 VICTORY PARK LANE, APT. 2701, DALLAS, TX 75219

EXHIBIT C

ASM SIP, L.P., C/O ASM CAPITAL, 7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY  11797

ASM CAPITAL, L.P., C/O ASM CAPITAL, 7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY  11797

ASM CAPITAL IV, L.P., C/O ASM CAPITAL, 7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY  11797

SONAR CREDIT PARTNERS II, LLC, 200 BUSINESS PARK DRIVE, SUITE 201, ARMONK, NY

HAIN CAPITAL HOLDINGS, LTD, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ  07070

EXHIBIT D

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA, NEW YORK, NY  10006