UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re NORTEL NETWORKS, INC., | Case No. 09-10138-KG |
| Debtor | Chapter 11 |
| | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that Louis J. Cisz, III of the firm Nixon Peabody LLP hereby enters his appearance as counsel for FCS NORTH AMERICA, INC., creditor in the above-captioned Chapter 11 case under sections 9010(b) and 2002(i) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"). The foregoing party hereby requests, pursuant to Rules 1009, 2002, 3013, 3017, 4001, 6004, 9007, 9019, 9010(b) and 9022, and other applicable rules of the Bankruptcy Rules, that all notices given or required to be given in this case, and all pleadings, papers or other documents filed, served, or required to be served in this case, be given to and served upon the following:

> Louis J. Cisz, III (CA Bar No. 142060)
> lcisz@nixonpeabody.com
> NIXON PEABODY LLP
> One Embarcadero Center, 18th Floor
> San Francisco, CA 94111-3600
> Telephone: (415) 984-8200
> Facsimile: (415) 984-8300

In addition thereto, the foregoing party requests that all applications, complaints, demands, motions, petitions, requests, statements, schedules, stipulations, orders, disclosure statements, plans of reorganization, and other pleadings, and any notices, which affect or seek to affect in any way any of the rights or interests of any creditor or parties in interest in this case, including but not limited to, the foregoing party, with respect to the debtor, any property of the debtor, or of the debtor's estate, be given to and served upon counsel at the address set forth above.

1

14059591

- 2 -

Nothing herein or otherwise, including, but without limitation, any later appearance, pleading, claim, or action, is intended or shall be deemed to be a waiver, release, or modification by the foregoing party of its (a) right to have final orders in non-core matters entered after de novo review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which the foregoing party is not may be entitled, all of which are hereby expressly reserved.

Dated: July 9, 2012                                  NIXON PEABODY LLP


By:   */s/ Louis J. Cisz, III*

Louis J. Cisz, III, CA Bar No. 142060
lcisz@nixonpeabody.com
One Embarcadero Center, 18th Floor
San Francisco, California  94111-3600
Tel:  (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Creditor
FCS NORTH AMERICA, INC.

14059591