CERTIFICATE OF SERVICE

CASE NAME: In re Nortel Networks, Inc.
COURT: U.S. Bankruptcy Court, District of Delaware
CASE NO.: 09-10138-KG
NP FILE: 062845-1

    I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On this date, I served the following document(s):

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : __By First-Class Mail__ — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

Addressee(s)

James L. Bromley
Lisa M. Schweitzer
Neil P. Forrest
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Counsel for Debtor*

Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Tamara K. Minott
Morris Nichols Arsht & Tunnell, LLP
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19801
*Counsel for Debtor*

Nortel Networks Inc.
2221 Lakeside Boulevard
Richardson, TX 75082
*Debtor*

Thomas Patrick Tinker
United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

    I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2012, at San Francisco, California.

                                                        Karleen Hall