## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------X : | |
| *In re* : | Chapter 11 |
| : | |
| Nortel Networks Inc., *et al.*,[1] : | Case No. 09-10138 (KG) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |
| ------------------------------------------------------ X : | **Re: D.I. 7955** |
| : | |
| Nortel Networks Inc. v. AudioCodes, Inc. and : AudioCodes, Ld. : | Adv. Proc. No. 11-52298 (KG) **Re: D.I. 42** |
| : | |
| Nortel Networks Inc. v. SCI Brockville Corp. : d/b/a BreconRidge Corporation : | Adv. Proc. No. 11-50195 (KG) **Re: D.I. 36** |
| : | |
| Nortel Networks Inc. v. Commonwealth of : Virginia Department of Taxation : | Adv. Proc. No. 12-50608 (KG) **Re: D.I. 11** |
| : | |
| Nortel Networks Inc. v. State of Michigan : Department of Treasury : | Adv. Proc. No. 12-50773 (KG) **Re: D.I. 21** |
| : | |
| ------------------------------------------------------X | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 10, 2012, a copy of the **Notice of Amended Agenda of Matters Scheduled for Hearing on July 11, 2012 at 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service list.

---

[1] In addition to Nortel Networks Inc. the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

Dated: July 10, 2012
Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP
          James L. Bromley (admitted pro hac vice)
          Lisa M. Schweitzer (admitted pro hac vice)
          One Liberty Plaza
          New York, NY 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          and

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Tamara K. Minott*
          Derek C. Abbott (No. 3376)
          Ann C. Cordo (No. 4817)
          Tamara K. Minott (No. 5643)
          1201 North Market Street, 18th Floor
          Wilmington, DE  19899-1347
          Telephone:  (302) 658-9200
          Facsimile:  (302) 425-4663

          *Counsel for the Debtors and Debtors in Possession*

4498739.17

**Via Fax**

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
Fax: 212-610-6399

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
Fax: 302-652-4400

Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
Fax: 302-651-7701

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
David H. Botter, Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Thomas R. Kreller, Esq.
MILBANK, TWEED, HADLEY & MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

Mark C. Haut, Esq.
Fulbright & Jaworski LLP
666 Fifth Ave.
New York, NY 10103
Fax: 212-318-3400
(Counsel for AudioCodes)

James L. Patton, Esq.
Edwin J. Harron, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Fax: 302-571-1253
(Counsel for EMEA Debtors)

Michael Luskin, Esq.
Derek J.T. Adler, Esq.
HUGHES HUBBARD
One Battery Park Plaza
New York, New York 10004
Fax: 212-422-4726
(Counsel for EMEA Debtors)

4145343.15