# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2012 Through May 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $199.65 |
| Photos/Art/ Spec Duplicating | Out of Office | 1,193.93 |
| Messenger Service | | 78.00 |
| Courier/Delivery Service | | 757.07 |
| Computer Research | Westlaw | 151.12 |
| Special Supplies | | 80.00 |
| In House Duplicating | | 676.75 |
| Postage | | 27.05 |
| Facsimile | | 1,656.00 |
| Pacer | | 50.60 |
| **Grand Total Expenses** | | **$4,870.17** |

Nortel Networks, Inc.
63989-DIP
DATE: 07/05/12 16:35:54

PROFORMA  29785                                    AS OF 05/31/12                    INVOICE# ******

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 949927 | 05/10/12 | B | 163.35 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 05/10/2012 | 506 | 904 | 187747 |
| 952143 | 05/30/12 | B | 36.30 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 05/30/2012 | 506 | 904 | 188054 |
| 952743 | 05/29/12 | B | 1,193.93 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 05/29/2012 | 510 | 900 | 188113 |
| 951068 | 05/01/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 951073 | 05/02/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 951081 | 05/02/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 951083 | 05/02/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 951084 | 05/02/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 951207 | 05/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 951208 | 05/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 951214 | 05/10/12 | B | 18.00 | Messenger Service | 513S | 000 | |
| 951251 | 05/14/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 951265 | 05/15/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 951312 | 05/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 951313 | 05/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 951314 | 05/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 950830 | 04/17/12 | B | 35.50 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 04/17/2012 | 514 | 000 | 187831 |
| 950132 | 05/01/12 | B | 27.60 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 187772 |
| 950133 | 05/03/12 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 187772 |
| 949784 | 05/07/12 | B | 32.86 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 187675 |
| 949413 | 05/07/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187640 |
| 949414 | 05/07/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187640 |
| 949415 | 05/07/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187640 |
| 949416 | 05/07/12 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 187640 |
| 949417 | 05/07/12 | B | 17.34 | Courier/Delivery Service | 514 | 322 | 187640 |
| 949418 | 05/07/12 | B | 17.34 | Courier/Delivery Service | 514 | 322 | 187640 |
| 949419 | 05/07/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187640 |
| 949420 | 05/07/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187640 |
| 949421 | 05/07/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187640 |
| 949422 | 05/07/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187640 |
| 949423 | 05/07/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187640 |
| 950156 | 05/09/12 | B | 89.60 | Courier/Delivery Service - ROADRUNNER EXPRESS INC.` J. BROMLEY - PU; BANKRUPTCY COURT - DO; PHL - 05/09/2012 | 514 AP | 000 | 187777 |

Nortel Networks, Inc.
63989-DIP
DATE: 07/05/12 16:35:54

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 951544 | 05/10/12 | B | 66.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 187911 |
| 954159 | 05/21/12 | B | 34.50 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 188364 |
| 952778 | 05/22/12 | B | 52.34 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 188153 |
| 951951 | 05/22/12 | B | 32.86 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 187960 |
| 951671 | 05/22/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187926 |
| 951672 | 05/22/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187926 |
| 951673 | 05/22/12 | B | 17.34 | Courier/Delivery Service | 514 | 322 | 187926 |
| 951674 | 05/22/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187926 |
| 951675 | 05/22/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187926 |
| 951676 | 05/22/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187926 |
| 951677 | 05/22/12 | B | 17.34 | Courier/Delivery Service | 514 | 322 | 187926 |
| 951678 | 05/22/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187926 |
| 951679 | 05/22/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187926 |
| 951680 | 05/22/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187926 |
| 951934 | 05/24/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187958 |
| 951935 | 05/24/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187958 |
| 951936 | 05/24/12 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 187958 |
| 951937 | 05/24/12 | B | 20.72 | Courier/Delivery Service | 514 | 322 | 187958 |
| 951938 | 05/24/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 187958 |
| 954176 | 05/31/12 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 188365 |
| 948177 | 04/25/12 | B | 98.09 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 951734 | 05/14/12 | B | 17.68 | Computer Research - Westlaw Search Performed by: FIGHTS,CHAD | 515 | 900 | |
| 953678 | 05/31/12 | B | 35.35 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 953907 | 04/19/12 | B | 80.00 | Special Supplies - DELAWARE SECRETARY OF STAT NOTSV OFFICIAL SIGNATURE VERIFY - NOTARY CERTIFICATION FEE - 04/19/2012 | 518H | 904 | 188277 |
| 948278 | 05/02/12 | B | 90.00 | In-House Duplicating | 519 | 623 | |
| 949011 | 05/07/12 | B | 24.70 | In-House Duplicating | 519 | 684 | |
| 949579 | 05/10/12 | B | 8.80 | In-House Duplicating | 519 | 684 | |
| 949598 | 05/10/12 | B | 5.50 | In-House Duplicating | 519 | 605 | |
| 949838 | 05/14/12 | B | 3.60 | In-House Duplicating | 519 | 684 | |
| 950707 | 05/18/12 | B | 17.20 | In-House Duplicating | 519 | 684 | |
| 950862 | 05/21/12 | B | 16.00 | In-House Duplicating | 519 | 684 | |
| 951438 | 05/22/12 | B | 38.80 | In-House Duplicating | 519 | 605 | |
| 951338 | 05/22/12 | B | 23.40 | In-House Duplicating | 519 | 684 | |
| 951339 | 05/22/12 | B | 22.40 | In-House Duplicating | 519 | 684 | |
| 951340 | 05/22/12 | B | 13.00 | In-House Duplicating | 519 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 07/05/12 16:35:54

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 951439 | 05/23/12 | B | 25.70 | In-House Duplicating | 519 | 684 | |
| 951440 | 05/23/12 | B | 10.10 | In-House Duplicating | 519 | 684 | |
| 951981 | 05/29/12 | B | 111.10 | In-House Duplicating | 519 | 684 | |
| 951982 | 05/29/12 | B | 24.90 | In-House Duplicating | 519 | 684 | |
| 951983 | 05/29/12 | B | 6.30 | In-House Duplicating | 519 | 684 | |
| 952390 | 05/31/12 | B | 4.90 | In-House Duplicating | 519 | 684 | |
| 952391 | 05/31/12 | B | 13.20 | In-House Duplicating | 519 | 546 | |
| 952392 | 05/31/12 | B | 3.80 | In-House Duplicating | 519 | 684 | |
| 951013 | 05/02/12 | B | 4.40 | Postage | 520 | 000 | |
| 951016 | 05/03/12 | B | 13.15 | Postage | 520 | 000 | |
| 951033 | 05/14/12 | B | 1.50 | Postage | 520 | 000 | |
| 951036 | 05/15/12 | B | 3.40 | Postage | 520 | 000 | |
| 951047 | 05/18/12 | B | 4.60 | Postage | 520 | 000 | |
| 949436 | 05/07/12 | B | 855.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 05/07/2012 | 522H | 684 | 187652 |
| 951714 | 05/22/12 | B | 801.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 05/22/2012 | 522H | 684 | 187946 |
| 950476 | 04/30/12 | B | 21.60 | Pacer charges for the month of April | 529 | 000 | |
| 954498 | 05/31/12 | B | 27.70 | Pacer charges for the month of May | 529 | 000 | |
| 954512 | 05/31/12 | B | 1.30 | Pacer charges for the month of May | 529 | 000 | |
| 947590 | 05/02/12 | B | 3.60 | In-House Printing - black & white | 541 | 684 | |
| 948279 | 05/02/12 | B | 11.05 | In-House Printing - black & white | 541 | 623 | |
| 948280 | 05/03/12 | B | 7.15 | In-House Printing - black & white | 541 | 684 | |
| 948390 | 05/04/12 | B | 19.80 | In-House Printing - black & white | 541 | 684 | |
| 949012 | 05/07/12 | B | 28.95 | In-House Printing - black & white | 541 | 684 | |
| 949948 | 05/15/12 | B | 6.15 | In-House Printing - black & white | 541 | 684 | |
| 950708 | 05/18/12 | B | 5.90 | In-House Printing - black & white | 541 | 684 | |
| 950863 | 05/21/12 | B | 2.65 | In-House Printing - black & white | 541 | 684 | |
| 951341 | 05/21/12 | B | 6.40 | In-House Printing - black & white | 541 | 605 | |
| 951342 | 05/22/12 | B | 57.10 | In-House Printing - black & white | 541 | 684 | |
| 951441 | 05/23/12 | B | 6.65 | In-House Printing - black & white | 541 | 684 | |
| 951452 | 05/23/12 | B | 1.05 | In-House Printing - black & white | 541 | 203 | |
| 951592 | 05/24/12 | B | 8.95 | In-House Printing - black & white | 541 | 684 | |
| 951853 | 05/25/12 | B | 23.00 | In-House Printing - black & white | 541 | 605 | |
| 951984 | 05/29/12 | B | 16.00 | In-House Printing - black & white | 541 | 684 | |
| 952157 | 05/30/12 | B | 6.65 | In-House Printing - black & white | 541 | 684 | |
| 952393 | 05/31/12 | B | 2.30 | In-House Printing - black & white | 541 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 07/05/12 16:35:54

PRO FORMA    299163                    AS OF 06/30/12

4,870.17