**CERTIFICATE OF SERVICE**

    I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Forty-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012** was caused to be made on July 10, 2012, in the manner indicated upon the entities identified below:

Date: July 10, 2012                 */s/ Ann C. Cordo*
Wilmington, DE                   Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**            **VIA FIRST CLASS MAIL**

Thomas P. Tinker, Esq.            Nortel Networks, Inc.
Office of the U.S. Trustee           Attn: Accounts Payable
844 King Street               P.O. Box 13010
Suite 2207, Lockbox 35            RTP, NC 27709
Wilmington, DE 19801-3519          (Debtor)
(Trustee)

Mark D. Collins, Esq.             Fred S. Hodara, Esq.
Christopher M. Samis, Esq.           Akin Gump Strauss Hauer & Feld LLP
Richards Layton & Finger            One Bryant Park
One Rodney Square             New York, NY 10036
920 N King St                (Counsel for Official Committee
Wilmington, DE 19801             Of Unsecured Creditors)
(Counsel for Official Committee
Of Unsecured Creditors)

4089920.2