The Honorable Judge Kevin Gross
C/O clerk of the court David Bird
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

My name is Nancy Wilson. I went on disability from Nortel Networks back in 1997. I am permanently disabled.

I have some issues I would like to be considered before the hearing date of 7/11/12.

I have paid premiums for the highest amount of disability since I started in 1987 and still have premiums subtracted from my check every month. Shouldn't Nortel have protected these premiums?

Why can we not be considered retirees when we can't work and most likely will never work again. At age 46, I will have to resort to living in my car. If Nortel does not come up with a settlement I would at least have some money coming in.

I also think we should have benefits until the case is closed, when Nortel has the money that they have. I realize we are not protected, but we are people who had no control over what happened and were told we would be taken care of until age 65.

I would also like to be able to communicate with the committee instead of just wondering what is going on. This has exacerbated my health problems due to the anxiety of the unknown.

It would be helpful if Nortel attorneys could presented with these points before the hearing date.

I would also like to be included in the hearing, if there is a number I can call.

Thanks so much for taking time to read and consider what we are going through.
Nancy Wilson