7/2/2012

The Honorable Kevin Gross

United States Bankruptcy Court

District of Delaware

824 Market Street, 3rd Floor

Wilmington, DE 19801

Dear Sir:

My name is Brad Henry, I am one of the Nortel Networks Long Term Disability people effected by the current events. I am writing you to ask that you please take our case back into your hands as I am afraid that the 1102 committee and council may not be moving forward in our best interest. I can not tell you how important this is personally to myself and my family, I can not afford insurance without this income if I loose my benefits. I am 52 years old and have multiple seizures every month, migraine head aches that take over my life every week, 3 stents in my right coronary artery. I can't drive, I depend on my wife to get me to appointments, she works full time to help us make ends meet as it is now.

I have become more and more overwhelmed with the lack of communication that has been allowed to the members of the LTD community. With this said I am afraid that we are being sandbagged. I am not sure how the system works, what little bit of extra money we had we put together to council with EG who now has a gag order and cant council us. This is frustrating, I've been told that I need to ask you if I can have my case heard pro-se?

All I do know sir is this, there are 200 plus very sick people out here that are about to get shoved to the street by a bunch of big boys that are going to be smoking their expensive cigars and living well on the money that we helped make for them. Without us working people, when we were able they wouldn't have been high on the rolls that they were known to be on.

I appreciate your time and apologize for my letters mistakes, my seizures have done a few things to my brain that I have to sometime sort out.

Greatly appreciated Yours:

Brad Henry

11596 W. Sierra Dawn Blvd Space 386

Surprise, Arizona 85378

623-444-7435