July 4, 2012

Attn: David D. Bird, Clerk of Court

United States Bankruptcy Court, District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

RE:  Request Telephonic Appearance in July 11th Nortel Hearing

Dear Honorable Judge Gross,

I respectfully request to be granted a telephonic appearance in the Nortel hearing scheduled for July 11th. The specific concerns I wish to raise for the Court's consideration revolve around the retirement status of Long-Term Disabled employees.

1) I implore the Court to enter a formal definition of a "Retired" employee into the U.S. Bankruptcy Court. This term begs legal interpretation as when companies enter bankruptcy, a de facto group impacted is the employees and the ambiguity surrounding this term is a gaping hole. When I research definitions for "Retiree" across different sources, I find it generally in keeping with the interpretation of the average person's understanding:
- Merriam Webster Dictionary "withdrawn from one's position or occupation".
- Wikipedia - "... some are forced to retire when physical conditions no longer allow the person to work any more (by illness or accident ...".

From the vantage of a layperson, I maintain that a Long-Term Disabled employee, one who does not have an occupation as they have been forced due to illness or accident out of that position is indeed Retired. For the benefit of clarity, I would be most grateful for the Court's formal definition.

2) Following-up on the first request ... Could I please seek some lucidity as to if the Long-Term Disabled employees who were pressed into early retirement are afforded the same protections under 1114 bankruptcy code as the voluntary Retirees?

3) Lastly your Honor, back in August 2010, Nortel issued a termination notice to all Long-Term Disabled employees. Later it was gratefully withdrawn in Nortel's response to the Visteon ruling. Can you please provide illumination as to if the Visteon ruling applies to the Long-Term Disabled employees forced into Retirement or not?

I wish to reserve my right to speak to other matters in the future regarding my Nortel employment.

Thank you for your time your Honor,

*[signature]*

Miss Deborah M. M. Jones, P.O. Box 458, Willow Spring, NC 27592

/rcj