Peter Lawrence
16295 Via Venetia W.
Delray Beach, FL 33484

July 05, 2012


The Honorable Kevin Gross
United States Bankruptcy Judge
Judge Gross's Chambers
824 North Market Street
3rd Floor
Wilmington, Delaware 19801


Dear Honorable Judge Gross:

I am writing to you again with several concerns as a Long Term Disability participant in the Nortel Networks bankruptcy proceedings over which you preside. As I write and as you are fully aware, the 1102 LTD committee members that you so graciously appointed to represent the LTD group are presently in mediation with Nortel for our LTD benefits, and they are discussing settlement terms. It is also my understanding from the latest communication that there is another mediation meeting set for July 19th. The stress and lack of clarity is overwhelming for me and I'm certain for all the other LTD members who are not privy to the negotiations between Nortel and our committee members. I am very concerned about some issues that I feel very strongly should be heard by the court in order to cut through this "fog" we've been placed in because of what we are told is confidentiality agreements. While I understand and fully appreciate the position that our committee members are in, I believe this fog only serves Nortel not the LTD employees. The LTD members are blind to the communications and deserve answers to some very important questions so that we can make smarter choices and more informed decisions. This is why I am personally writing to you to raise my concerns. The next Nortel court hearing is scheduled for July 11th, so it is my hope that you will take this matter under consideration because there is just so much at stake.

Here is a list of my concerns and issues that I am unable to get answers to from our committee members because of the non-disclosure they are bound by:

• Are we Retirees or not? I haven't been working for years now because of my disability, haven't showed up for work, and haven't punched a clock. How is this not considered retired? Should we not get retiree protection as "forced retirees"?

• I am over 55-yrs old and enrolled in one of the pension plans. I don't know if I have to or should retire early so that I may be included in the pensioner negotiations with Nortel in order not to lose those benefits. And, if I do retire early, do I still have a valid claim for

the LTD income and/or other benefits that I would have gotten through age 65 as a disability claim that was validated years ago by Prudential as Nortel's representative?

• Does the Visteon ruling apply to us as disabled/forced retirees?

• Why can't our 1102 committee tell us more than "we are meeting with Nortel"? We have no clue of what is going on. This is extremely unfair. Our lives are being impacted by these negotiations and we need to know more in order to make more suitable choices for ourselves and our future which is already severely limited by the fact that we are disabled and don't have many options.

• I fully understand and appreciate the fact that we as a group (by committee) are in mediation, and that we must work through that process, but why can't we get any information at all?

Your Honor, in anticipation of your next court hearing with Nortel, it is my request that you take this matter into consideration. I'm certain other LTD members have similar concerns and it is my hope and prayer that your wisdom in this case prevails to ease the burden that each LTD member carries each and every day.

Thank you Judge for taking the time to consider this matter.

Sincerely,

Peter Lawrence