John J. Rossi
1568 Woodcrest Dr.
Wooster, Ohio 44691

July 3, 2012

Judge Gross
824 N. Market St.
Wilmington, De. 19801

Dear Judge Gross,

Your Honor, my name is John Rossi, and I am a liver cancer patient who had a liver transplant due to hepatitis c infection of the liver which I must have gotten in Vietnam since the Geno type only comes from there. I am on anti-rejection meds for the rest of my life. I am writing this as I may have to go back into hospital again.

I would like to ask that I go Pro Se and request for a hearing regarding my disability benefits, because I feel that the current negotiations are not working toward the best possible outcome for my situation, and pray that Your Honor would hear me.

I am on LTD from Nortel Networks. This disability is for current medical issues I have, and I reserve my rights for future benefits under my already approved LTD claim. I know that there is mediation in process, but no information is being allowed or shared from those negotiations.

First of all, I participated in a supplementary option on my LTD plan with a higher premium which in turn provided me with a 70% benefit on my annual income however; Nortel Networks have not shown accountability of my higher premiums. There were several attempts made by LTD participants with inquiries of an existing trust fund but all inquiries were ignored by Northern Trust, and Bank of America. Nortel was self-insured that Nortel did not get another insurer when they were going to file bankruptcy, or at the very least, create some type of trust fund to make sure employees were protected that had paid premiums toward what they thought were insurance.

Second of all, I would like to know how Nortel Networks can categorize me as an active employee even though I have not worked a single day in the past eleven years.

In addition, another of my critical complaints is how Nortel handled my under age son's Social Security offset who was deemed Loco Parentis, and not living in my house hold causing me a financial burden of over 600.00 a month from 2004 to 2006 and I would ask that these funds be returned to me. This argument was discussed with Nortel HR with no positive results.

Also, I thought that the LTD Committee that was formed to negotiate for everyone on LTD would negotiate on our behalf, and share information regarding those negotiations with all of us, but Nortel has a confidentiality agreement placed on the committee, and the lawyer representing us so that no information is shared with the rest of the employees on Long Term Disability. I know there are a lot of LTDers who would like to ask questions but Nortel has made it impossible for that due to the confidentiality agreement placed on our attorney, and the LTD committee appointed by the Trustee of your court, so how can one make an informed decision without getting any information.

I do not understand how even in the 2009 benefit package it states the premiums that we still had to pay, and not even a word was mentioned that Nortel is self-insured verbally speaking. So, we paid our premiums thinking we were paying for insurance, but instead we were putting the premiums into Nortel Networks general fund. LTD premiums should have been dedicated solely for the purpose of LTD participants. The plan administrator should have informed all of the Plan Participants of the shortage of funds and the situation arising from the shortfall.

I also thought from filings that the 1102 LTD committee and the 1114 committee were to communicate with each other and that is not being observed. So, I ask the court with respect that I may have a hearing Pro Se and reserve the right for future benefits.

Sincerely,

John J. Rossi

AUG 26 '03 13:21 FR PRUDENTIAL                9735487859 TO 914063735442    P.02/02

Claim Services Provided by

The Prudential Insurance Company of America

David Moran
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718  Ext: 5598
Fax: (877) 889-4885
Hours: 07:00 AM  03:00 PM

August 26, 2003

John Rossi
6824 U.S. Highway 312
Billings, MT 59105

Claimant: John Rossi
Control #/Br: 39900 / 000RB
Claim #: 10426721
Date of Birth: 01/18/1952

Via TeleFAX: (406)-~~~-~~~~

Dear Mr. Rossi:

? *  As requested, this letter is to confirm that Prudential Insurance Company is the Long Term Disability (LTD) ~~carrier for the Nortel Networks,~~ Inc. You became entitled to receive a monthly LTD benefit as of October 29, 2001.

Provided that your income from other sources does not change and you continue to have a Total Disability as defined in the Nortel Networks, Inc. Group LTD Plan, you will continue to remain eligible to receive these benefits, but not beyond the attainment of age 65.

If you have any questions regarding this matter, please contact our office at 1-(800) 842-1718, extension 5598.

Sincerely,

David Moran
Disability Consultant

cc:   Nortel Networks

* This goes Against the self insure that Nortel says And shows that Pru. is understood As the Insurer. ?

Thank you

** TOTAL PAGE.02 **