Judge Kevin Gross
C/O Clerk of the US bankruptcy court of Delaware
824 market street, 3rd floor
Wilmington, DE 19801

July 3, 2012

Re: Nortel Networks INC. Chapter 11.  Case No: 09-10138(KG) **July 11, 2012 hearing**

Dear Judge Gross,

Your Honor, I am a Long Term disability recipient, suffering from Cavernous Angioma, Parkinson's and MS under 2000 LTD Plan. Until now Nortel Networks has been full filing their obligation of Disability payment and accompanied benefits under my claim which were approved by Prudential Insurance Co.(Claim administrator for Nortel Networks).

The Year 2000 plan was applied in my case which provides me with an income of 70% of my monthly salary each month which I purchased through the Nortel Networks. Now that Nortel Networks is in bankruptcy the Company wants to negotiate/terminate their obligation to me.

First of all nowhere in the 2000 LTD plan Document there is language about terminating a claim which is already in progress but it does talk about terminating any of welfare plan in administrative document, however, the Claim obligation remain.

Second because of Visteon the employer has to cover my LTD claim as long as the employer is in bankruptcy (or runs out of funds) and thereafter the obligation becomes an unsecured claim.

Therefore, If Your Honor does approve the termination/modification of outstanding LTD claim I request that Your Honor provide me (an LTD participant) with an allowed and undisputed unsecured claim.

I have serious concerns that the Nortel Networks attorneys and people of the court are looking at this issue with different angels but the only angel which is, that LTD claim is Fully manifested Claim upon my disability till I am age 65. I suggest that we all should stop wasting Court valuable time and Nortel Networks assets which could serve a better purpose.

If it pleases the United States Bankruptcy Court for the District of Delaware, I would like to be heard in the **next hearing on July 11th 2012**. I reserve the right to any other issues I may have for a later date.

Thank You,

*Daniel D David* (signature)
_____

Daniel D. David
2105 possum trot rd
Wake Forest, NC  27587
Phone: (919) 554-9291
Email: ddavid4@nc.rr.com