# EXHIBIT B



# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---|
| Invoice Number | 1428871 |
| Invoice Date | 06/26/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 8.00 | $6,285.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 8.40 | $4,877.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.20 | $737.50 |
| 0006 | Retention of Professionals | 1.20 | $497.00 |
| 0007 | Creditors Committee Meetings | 70.30 | $53,411.00 |
| 0008 | Court Hearings | 2.50 | $2,340.00 |
| 0009 | Financial Reports and Analysis | 0.60 | $345.00 |
| 0012 | General Claims Analysis/Claims Objections | 22.20 | $11,864.50 |
| 0014 | Canadian Proceedings/Matters | 0.70 | $712.50 |
| 0017 | General Adversary Proceedings | 3.20 | $1,738.50 |
| 0018 | Tax Issues | 100.40 | $67,397.50 |
| 0019 | Labor Issues/Employee Benefits | 124.30 | $82,242.00 |
| 0025 | Travel | 1.75 | $1,706.25 |
| 0026 | Avoidance Actions | 0.20 | $115.00 |
| 0029 | Intercompany Analysis | 91.60 | $65,219.00 |
| | TOTAL | 436.55 | $299,488.25 |

One Bryant Park / New York, NY 10036 / 212.872.1000 / fax 212.872.1002 / www.akingump.com

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1428871

Page 2  
June 26, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 05/01/12 | SLB | 0002 | Attention to case organization matters. | 0.20 |
| 05/07/12 | BMK | 0002 | TC with Frasers team re: case status | 0.40 |
| 05/08/12 | SLS | 0002 | Participate in update call with the Debtors. | 0.80 |
| 05/08/12 | AQ | 0002 | Weekly status call with Debtors. | 0.70 |
| 05/08/12 | DHB | 0002 | Prepare for Ray call (.1) and attend same (.8); follow-up re same (.1). | 1.00 |
| 05/08/12 | BMK | 0002 | Participate in update call with Debtors (0.7). | 0.70 |
| 05/15/12 | SLS | 0002 | Participate in update call with Debtors (.8). | 0.80 |
| 05/15/12 | DHB | 0002 | John Ray status call (.8); follow-up re same (.5). | 1.30 |
| 05/15/12 | BMK | 0002 | Attend update call with Debtors | 0.80 |
| 05/21/12 | SLS | 0002 | Participate in update call with Company. | 0.50 |
| 05/21/12 | DHB | 0002 | Attend Ray call. | 0.50 |
| 05/22/12 | BMK | 0002 | Conf and emails with F. Hodara re: case status | 0.30 |
| 05/21/12 | SLS | 0003 | Review exhibit to monthly fee statement. | 3.50 |
| 05/22/12 | PJS | 0003 | Review and prepare documents re fee application. | 1.10 |
| 05/23/12 | BMK | 0003 | Begin drafting April fee application | 0.40 |
| 05/24/12 | PJS | 0003 | Review and prepare documents re fee application. | 1.90 |
| 05/25/12 | SLS | 0003 | Review monthly fee statement. | 0.60 |
| 05/29/12 | FSH | 0003 | Work on monthly fee app. | 0.30 |
| 05/30/12 | BMK | 0003 | Draft and finalize interim fee application | 0.60 |
| 05/11/12 | BMK | 0004 | Emails re: KCC invoices (0.2); tc with C. Samis and A. Cordo re: same (0.2) | 0.40 |
| 05/14/12 | BMK | 0004 | Call with KCC re: fee invoices | 0.30 |
| 05/16/12 | BMK | 0004 | Emails re: KCC fees (0.2); tc with A. Cordo re: same (0.2) | 0.40 |
| 05/25/12 | FSH | 0004 | Review fee applications. | 0.10 |
| 05/21/12 | FSH | 0006 | Attention to declaration update. | 0.20 |
| 05/23/12 | BMK | 0006 | Confs with J. Samper re: supplemental declaration | 0.20 |
| 05/23/12 | JAS | 0006 | Research docket for recent transfers of claim and notice of appearances (.6); revise conflict checks schedule (.2). | 0.80 |
| 05/01/12 | SLS | 0007 | Participate in professionals' call (1.4); follow up to same (.2). | 1.60 |
| 05/01/12 | FSH | 0007 | Meet with advisors re pending issues. | 1.40 |
| 05/01/12 | AQ | 0007 | Attend Professionals' call. | 1.40 |
| 05/01/12 | DHB | 0007 | Review agenda (.1); professionals call and follow-up (1.4). | 1.50 |
| 05/01/12 | BMK | 0007 | Attend professionals' call (1.4); draft and send agenda and materials to committee (0.3) | 1.70 |
| 05/01/12 | BMK | 0007 | Draft agenda for committee call (0.2); emails re: UCC professionals' call (0.1) | 0.30 |
| 05/01/12 | KMR | 0007 | Attended weekly professionals meeting. | 1.40 |
| 05/01/12 | JYS | 0007 | Attend Professionals Precall. | 1.40 |
| 05/01/12 | GDB | 0007 | Emails re professionals call (0.2) Attend Professionals call (1.4) | 1.60 |
| 05/01/12 | JPR | 0007 | Professionals meeting in advance of committee call. | 1.40 |
| 05/02/12 | SLS | 0007 | Participate in UCC call (1.0); prepare for same (.1). | 1.10 |
| 05/02/12 | LGB | 0007 | Participate in weekly committee call. | 1.00 |
| 05/02/12 | FSH | 0007 | Prep for Committee call (.2). Attend same (1.0). Follow-up w/working group (.5). | 1.70 |
| 05/02/12 | DHB | 0007 | Prepare for Committee call (.6); attend same (1.0). | 1.60 |
| 05/02/12 | BMK | 0007 | Prepare for committee call (0.3); attend committee call (1.0); follow up with Akin team re: same (0.5) | 1.80 |
| 05/02/12 | KMR | 0007 | Attended creditors committee meeting. | 1.00 |
| 05/02/12 | JYS | 0007 | Attend Committee call. | 1.00 |
| 05/02/12 | SLB | 0007 | Prepare materials for (.2) and attend (1) Committee call. | 1.20 |
| 05/03/12 | FSH | 0007 | Confer w/Committee member. | 0.40 |
| 05/08/12 | SLS | 0007 | Participate in professionals' precall. | 0.60 |
| 05/08/12 | FSH | 0007 | Communications re Committee member. | 0.20 |
| 05/08/12 | AQ | 0007 | Professionals' call. | 0.60 |
| 05/08/12 | DHB | 0007 | Review agenda (.1); professionals pre-call (.7); follow-up re same (.2); | 1.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1428871

Page 3  
June 26, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | extensive email communications re new counsel to Law Debenture and information needs (.5). | |
| 05/08/12 | SBK | 0007 | Attend weekly professionals call | 0.60 |
| 05/08/12 | BMK | 0007 | Participate in professionals' call (0.6); draft/edit agenda and email to UCC (0.3); review and comment on materials for Committee call (0.8); emails with new counsel to committee member (0.3) | 2.00 |
| 05/08/12 | KMR | 0007 | Attended professionals meeting. | 0.60 |
| 05/09/12 | SLS | 0007 | Participate in UCC call. | 0.80 |
| 05/09/12 | LGB | 0007 | Participate on Committee call (0.7). | 0.80 |
| 05/09/12 | FSH | 0007 | Communications re Committee meeting. | 0.20 |
| 05/09/12 | AQ | 0007 | Attend Committee call. | 0.80 |
| 05/09/12 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.8); follow up to same (0.3); prepare documents for committee member (0.8) | 2.10 |
| 05/09/12 | KMR | 0007 | Attended creditors committee meeting (.8) and follow up discussions (.20. | 1.00 |
| 05/09/12 | GDB | 0007 | Attend UCC Call. | 0.80 |
| 05/14/12 | FSH | 0007 | Communications re Committee call. | 0.10 |
| 05/14/12 | GDB | 0007 | Emails re UCC call (0.2) | 0.20 |
| 05/15/12 | DHB | 0007 | Email communications with Committee members re articles and next Committee meeting (.1). | 0.10 |
| 05/16/12 | SLS | 0007 | Participate in UCC call (.6); prepare for same (.1). | 0.70 |
| 05/16/12 | FSH | 0007 | Communications re Committee call. | 0.20 |
| 05/16/12 | DHB | 0007 | Prepare for Committee call (.5); emails with Committee members re same (.1); attend same (.6) and follow-up (.2). | 1.40 |
| 05/16/12 | DHB | 0007 | Meet with counsel to Law Debenture re case status (portion). | 2.00 |
| 05/16/12 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.6); attend in-person meeting with Patterson Belknap team (2.5) | 3.30 |
| 05/16/12 | KMR | 0007 | Participated in creditors committee meeting. | 0.60 |
| 05/16/12 | GDB | 0007 | Attend UCC Call. | 0.60 |
| 05/22/12 | FSH | 0007 | Communications w/ working group re upcoming meeting. | 0.20 |
| 05/22/12 | BMK | 0007 | Draft agenda for upcoming committee call (0.2); email with F. Hodara, S. Schultz and D. Botter re: same (0.2) | 0.40 |
| 05/23/12 | SLS | 0007 | Participate in professionals' pre-call for UCC call (.5). | 0.50 |
| 05/23/12 | FSH | 0007 | Meet w/advisors to prepare for Committee call and to review pending matters (.5); follow up to same (.3). | 0.80 |
| 05/23/12 | AQ | 0007 | Attend Professionals' call. | 0.50 |
| 05/23/12 | DHB | 0007 | Professionals pre-call (.5) and follow-up (.2). | 0.70 |
| 05/23/12 | BMK | 0007 | Attend professionals' call (0.5); prepare agenda and materials for committee call (0.3) | 0.80 |
| 05/23/12 | KMR | 0007 | Attended professionals meeting | 0.50 |
| 05/23/12 | JYS | 0007 | Attend Professionals Call (partial attendance). | 0.30 |
| 05/23/12 | JPR | 0007 | Attend Professionals call in advance of committee call. | 0.50 |
| 05/24/12 | SLS | 0007 | Participate in UCC call (.5); prepare for same (.1). | 0.60 |
| 05/24/12 | FSH | 0007 | Prep for Committee meeting (.3). Attend same (.5). | 0.80 |
| 05/24/12 | AQ | 0007 | Attend Committee call. | 0.50 |
| 05/24/12 | DHB | 0007 | Prepare for Committee meeting (.1); attend same (.5). | 0.60 |
| 05/24/12 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.5) | 0.70 |
| 05/24/12 | KMR | 0007 | Attended part of creditors committee meeting (0.6). | 0.60 |
| 05/24/12 | JYS | 0007 | Attend Committee Call. | 0.50 |
| 05/24/12 | GDB | 0007 | Attend UCC Call. | 0.50 |
| 05/29/12 | FSH | 0007 | Communications re Committee meeting. | 0.10 |
| 05/29/12 | BMK | 0007 | Prepare for meeting with counsel to Law Debenture (0.8); attend same with F. Hodara (1.5); emails re: professionals' call (0.2) | 2.50 |
| 05/30/12 | SLS | 0007 | Participate in professionals' pre-call (.6). | 0.60 |
| 05/30/12 | FSH | 0007 | Review materials for meeting w/working group (.2). Attend same (.6). Confer w/DB re pending issues (.3). Communicate w/LB re same (.1). | 1.20 |
| 05/30/12 | AQ | 0007 | Attend Professionals' pre-call. | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1428871

Page 4  
June 26, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 05/30/12 | DHB | 0007 | Professionals pre-call (.6) and follow-up with F. Hodara (.2). | 0.80 |
| 05/30/12 | BMK | 0007 | Draft/edit agenda for committee call (0.2); email to UCC re: same (0.1) | 0.30 |
| 05/30/12 | KMR | 0007 | Attended weekly professionals meeting. | 0.60 |
| 05/30/12 | JYS | 0007 | Attend Professionals Precall (0.6); Prep for same (0.2). | 0.80 |
| 05/31/12 | SLS | 0007 | Participate in UCC call (.6); prepare for same (.1). | 0.70 |
| 05/31/12 | LGB | 0007 | T/c with Committee. | 0.60 |
| 05/31/12 | FSH | 0007 | Prep for Committee call (2). Attend same (.6). | 0.80 |
| 05/31/12 | AQ | 0007 | Attend Committee call. | 0.60 |
| 05/31/12 | DHB | 0007 | Prepare for and attend Committee call. | 0.60 |
| 05/31/12 | BMK | 0007 | Attend committee call (0.6); follow up with Akin team re: same (0.1). | 0.70 |
| 05/31/12 | KMR | 0007 | Attended part of creditors committee meeting. | 0.50 |
| 05/31/12 | JYS | 0007 | Attend Committee Call (0.6); Prep for same (0.2). | 0.80 |
| 05/31/12 | GDB | 0007 | Attend UCC Call. | 0.60 |
| 05/31/12 | MN | 0007 | Attend Nortel conference call. | 0.60 |
| 05/07/12 | FSH | 0008 | Attention to agenda and communications re court hearing. | 0.20 |
| 05/08/12 | DHB | 0008 | Office conferences with team re court hearing (.1) (.1); email communications re hearing and review agenda (.2). | 0.40 |
| 05/09/12 | DHB | 0008 | Prepare for and attend omnibus hearing. | 1.50 |
| 05/22/12 | FSH | 0008 | Examine court agenda. | 0.10 |
| 05/24/12 | BMK | 0008 | Telephonically appear at omnibus hearing | 0.30 |
| 05/07/12 | BMK | 0009 | Review and comment on Capstone cash report | 0.60 |
| 05/10/12 | FSH | 0012 | Review claims issues. | 0.30 |
| 05/10/12 | MAF | 0012 | Review cases re: claims issues. | 0.10 |
| 05/14/12 | FSH | 0012 | Review claims issues. | 0.20 |
| 05/17/12 | FSH | 0012 | Attention to bond claims. | 0.20 |
| 05/17/12 | BMK | 0012 | Review of claim issues | 0.60 |
| 05/21/12 | FSH | 0012 | Analyze bondholder claim issue. | 0.60 |
| 05/22/12 | FSH | 0012 | Confer w/BK re claim analysis (.2). Communicate w/ Capstone re same (.1). | 0.30 |
| 05/23/12 | BMK | 0012 | Review memo re: claims issue (0.8); tc with Capstone re: same (0.3) | 1.10 |
| 05/24/12 | FSH | 0012 | Communications w/ parties re: claims. | 0.20 |
| 05/29/12 | FSH | 0012 | TC C. Kearns re claims (.1). Communicate w/J. Sturm re claim objection (.2). Meet w/working group re motion (.4). Review claims info for meeting w/Committee member (.2). Attend same (1.3). Confer w/NNI re same (.4). Continue work on same (.5). | 3.10 |
| 05/29/12 | BMK | 0012 | Conf with M. Neiman re: claims issue (0.3); analysis re: same (0.4) | 0.70 |
| 05/29/12 | MN | 0012 | Conference with B. Kahn (.2); research claims issue (6.4). | 6.60 |
| 05/30/12 | MN | 0012 | Conference with B. Kahn (.3); research claims issue (4.5). | 4.80 |
| 05/31/12 | FSH | 0012 | Analyze claim issue and confer w/ LB re same. | 0.20 |
| 05/31/12 | MN | 0012 | Research claims issue. | 3.20 |
| 05/07/12 | FSH | 0014 | Review Canadian order. | 0.10 |
| 05/17/12 | DHB | 0014 | Email communications re Chartis issues. | 0.30 |
| 05/18/12 | FSH | 0014 | Review and analyze pending Canadian litigation issues. | 0.30 |
| 05/18/12 | GDB | 0017 | Emails re Genband dispute (0.2) | 0.20 |
| 05/21/12 | BMK | 0017 | TC with Cleary Gottlieb re: GENBAND 2004 motion | 0.20 |
| 05/23/12 | FSH | 0017 | Review info re Genband discovery request. | 0.30 |
| 05/23/12 | BMK | 0017 | Review and comment on summary of GENBAND 2004 motion | 0.60 |
| 05/23/12 | SLB | 0017 | Prepare summary of 2004 Motion (1.5); confer w/ B. Kahn re: same (.2) | 1.70 |
| 05/30/12 | BMK | 0017 | TC with Cleary re: response to GENBAND 2004 motion | 0.20 |
| 05/01/12 | FSH | 0018 | Participate in portion of tax call with NNI (1.0). Review and analyze E&Y document (.6). Confer with K. Rowe re issues (.5). Follow-up with NNI (.1). | 2.20 |
| 05/01/12 | DHB | 0018 | Call re US tax issues and follow-up. | 1.20 |
| 05/01/12 | BMK | 0018 | Prepare for tax call (0.4); participate in tax call with Debtors (1.5); follow up with F. Hodara, K. Rowe and A. Krotman (0.5) | 2.40 |
| 05/01/12 | KMR | 0018 | Reviewed prior NNI tax presentations (0.7); participated in call with NNI tax team and follow up internal discussions (2.0); reviewed main | 5.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 5
Invoice Number: 1428871  June 26, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | tax issues and work on power point presentation on tax update (2.5). | |
| 05/01/12 | JYS | 0018 | Telephone call with AG tax team, EY and Cleary re tax matters (1.5); Follow up with AG team (0.5). | 2.00 |
| 05/01/12 | ASK | 0018 | Participate in Nortel conference calls re NNI tax liability (2.0); prepare for same; research tax issues in connection with NNI tax liability (2.3); prepare powerpoint re same (2.4). | 7.30 |
| 05/02/12 | DHB | 0018 | Review tax analysis and summary of same. | 0.60 |
| 05/02/12 | KMR | 0018 | Continued work on presentation on state tax issues for the committee (2.0); continued research re: tax issues (1.2). | 3.20 |
| 05/04/12 | KMR | 0018 | Discussion with J. Hyland re: tax reserve (0.3); reviewed tax issues in light of reserve issue (1.0). | 1.30 |
| 05/07/12 | FSH | 0018 | Review tax research. | 0.20 |
| 05/07/12 | DHB | 0018 | Consider status report issues and tax issues (.4). | 0.40 |
| 05/07/12 | KMR | 0018 | Reviewed tax issues (0.5); Discussion with J. Hyland re: tax issues (0.4); Research re: tax issues (1.5). | 2.40 |
| 05/07/12 | JYS | 0018 | Review correspondence re tax liability. | 0.30 |
| 05/08/12 | DHB | 0018 | Email communications re tax issues and next steps. | 0.30 |
| 05/08/12 | KMR | 0018 | Discussion with J. Hyland re: tax issues (0.4); research and analysis of tax matters (6.0). | 6.40 |
| 05/09/12 | KMR | 0018 | Continue analysis of tax issues (1.2). | 1.20 |
| 05/10/12 | KMR | 0018 | Discussion with McRae re: state tax summary (0.1); work on analysis of tax issues (3.2) | 3.30 |
| 05/11/12 | KMR | 0018 | Research and draft file memo on tax issues. | 5.70 |
| 05/14/12 | KMR | 0018 | Continued analysis of tax issues (3.8); work on file memo re: same (2.4). | 6.20 |
| 05/15/12 | KMR | 0018 | Continued research re: tax issues (1.2); reviewed analysis of same (2.5); email exchanges re: the tax reserve (0.7). | 4.40 |
| 05/16/12 | BMK | 0018 | Attend call with Debtors and ad hoc group re: tax issues | 0.50 |
| 05/16/12 | KMR | 0018 | Continued analysis and review of tax issues (2.2); participated in conference call re: tax issues (0.6); follow up emails re: samel (1.0). | 3.80 |
| 05/16/12 | ASK | 0018 | Conference call re tax issues (0.6); prepare for same (0.5). | 1.10 |
| 05/17/12 | KMR | 0018 | Research re: consolidated return issues in connection with NNI wind down. | 1.20 |
| 05/18/12 | KMR | 0018 | Continued analysis of consolidated return issues relating to NNI tax projections. | 1.20 |
| 05/21/12 | KMR | 0018 | Reviewed draft letter to tax authorities (2.3); discussion with A. Krotman re: tax issues (0.3); | 2.60 |
| 05/21/12 | ASK | 0018 | Research re NNI state tax liability. | 5.60 |
| 05/22/12 | FSH | 0018 | Review and analyze tax letter draft (.5). Communications re same (.1). | 0.60 |
| 05/22/12 | DHB | 0018 | Emails re tax issues (.1); attention to same (.6). | 0.70 |
| 05/22/12 | KMR | 0018 | Continued review of draft tax letter. | 2.20 |
| 05/23/12 | FSH | 0018 | Meet w/ K. Rowe re tax letter. | 0.50 |
| 05/23/12 | DHB | 0018 | Conference re tax letter. | 0.50 |
| 05/23/12 | BMK | 0018 | Review tax letter (0.5); attend meeting with F. Hodara, D. Botter and K. Rowe re: same (0.5) | 1.00 |
| 05/23/12 | KMR | 0018 | Continued review of tax letter (1.8); internal meeting re: same (0.5). | 2.30 |
| 05/23/12 | ASK | 0018 | Research re state tax liability issues. | 2.20 |
| 05/24/12 | KMR | 0018 | Reviewed tax letter (0.7). | 0.70 |
| 05/24/12 | ASK | 0018 | Analyze and research NNI state tax liability. | 1.60 |
| 05/25/12 | KMR | 0018 | Continued research re: tax issues. | 0.80 |
| 05/25/12 | ASK | 0018 | Analyze and research NNI state tax liability issues. | 2.10 |
| 05/29/12 | FSH | 0018 | Conf. call w/NNI re tax letter draft (.7). Confer w/K. Rowe re same and further call w/NNI (.3). | 1.00 |
| 05/29/12 | DHB | 0018 | Attend tax call. | 0.50 |
| 05/29/12 | BMK | 0018 | Participate in call with Debtors re: state tax issue (0.7); follow up call with Debtors re: same (0.3) | 1.00 |
| 05/29/12 | KMR | 0018 | Continued review of tax letter (1.5); conference call with Cleary and debtors (0.7); follow up analysis of tax issues (0.8) | 3.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1428871

Page 6
June 26, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 05/29/12 | ASK | 0018 | Call re NNI state tax liability (.7); research re same (1.1). | 1.80 |
| 05/30/12 | FSH | 0018 | Communications w/NNI re tax letter and confer w/KR re same. | 0.20 |
| 05/30/12 | BMK | 0018 | Review and comment on document re: state tax issue | 0.40 |
| 05/30/12 | KMR | 0018 | Work on comments to draft tax letter (1.8); continued research re: same (1.0). | 2.80 |
| 05/30/12 | ASK | 0018 | Research and analyze NNI state tax liability. | 1.10 |
| 05/31/12 | FSH | 0018 | Examine K. Rowe comments. | 0.10 |
| 05/31/12 | KMR | 0018 | Continued review of draft tax letter (0.7); drafted email to J Ray re: same (0.4). | 1.10 |
| 05/01/12 | LGB | 0019 | T/c with Millett, Forrest re cert petition (0.5); Email Lerman, Kurlekar, Strum re same (0.1). | 0.60 |
| 05/01/12 | DJH | 0019 | Research re 1114 issues (2.6, 2.9); follow-up re same (.3). | 5.80 |
| 05/01/12 | PAM | 0019 | Call with Nortel attorneys re cert response strategies. | 0.50 |
| 05/01/12 | JYS | 0019 | Review correspondence re cert petition. | 0.20 |
| 05/02/12 | LGB | 0019 | Review 1114 research (0.5); T/c with Harris re additional 1114 research (0.2); Review limited response by Debtors to recognition order motion (0.3); Review email from Hodara (0.1); Respond to same (0.1); Review monitors response to recognition order motion (0.7). | 1.90 |
| 05/02/12 | ASL | 0019 | Confer with L. Beckerman re: deferred comp. issue. | 0.50 |
| 05/02/12 | DJH | 0019 | Research re 1114 issues (1.7); email with team and follow-up re same (.4). | 2.10 |
| 05/02/12 | JYS | 0019 | Review NNUK Pension cert petition. | 0.30 |
| 05/02/12 | GDB | 0019 | Emails re objection of monitor and response to deferred compensation group's chapter 15 lift stay motion. | 0.20 |
| 05/03/12 | LGB | 0019 | Review email from Forrest re cert petition response (0.1); Respond to same (0.1). | 0.20 |
| 05/03/12 | FSH | 0019 | Attention to employee claims. | 0.10 |
| 05/03/12 | FSH | 0019 | Communications re cert petition. | 0.10 |
| 05/03/12 | BMK | 0019 | TC and emails with V. Murrell re: Uk pension appeal | 0.40 |
| 05/03/12 | DJH | 0019 | Research re 1114 issues (2.6, 1.9). | 4.50 |
| 05/04/12 | DJH | 0019 | Research re 1114 issues (2.4, 2.7). | 5.10 |
| 05/06/12 | LGB | 0019 | Email Kim re Keach proposal (0.1); Review response to same (0.1). | 0.20 |
| 05/07/12 | LGB | 0019 | Email Botter, Lilling re prep session re deferred comp (0.1); Review response (0.1). | 0.20 |
| 05/07/12 | DJH | 0019 | Research re 114 issues (2.6); review dockets and case proceedings re same (1.8). | 4.40 |
| 05/07/12 | MAF | 0019 | Research cases re: employee issues. | 0.30 |
| 05/08/12 | LGB | 0019 | Review email from Kim re meeting (0.1); Respond to same (0.1); Review email from Harris re 1114 re search (0.2); Respond to same (0.1). | 0.50 |
| 05/08/12 | DJH | 0019 | Research re 1114 issues (2.7, 1.5); draft summary re status update (.6); follow-up re research (.4). | 5.20 |
| 05/08/12 | MAF | 0019 | Research related case re: employee issue (.1); confer with Westlaw courtexpress (.4, .5). | 1.00 |
| 05/09/12 | LGB | 0019 | Email Lilling re Deferred Comp litigation (0.1); Review response to same (0.1); Email Kim re same (0.1); Review response to same (0.1). | 0.40 |
| 05/09/12 | DZV | 0019 | Review law and documentation regarding deferred compensation plan issues (2.8); conference with A. Lilling regarding same (0.3); review law regarding equitable claims under ERISA (1.7). | 4.80 |
| 05/09/12 | ASL | 0019 | Attention to OPEB issues (.3); attention to deferred compensation research (.5); review deferred compensation materials in preparation for conference (2.7). | 3.50 |
| 05/09/12 | DJH | 0019 | Section 1114 research re claims issues (2.6, 2.2, 1.4). | 6.20 |
| 05/09/12 | MAF | 0019 | Research on employee issue (.2); research related case (.1). | 0.30 |
| 05/10/12 | LGB | 0019 | Review Keach settlement proposal (0.4); O/c with Lilling/ Botter re same/ deferred comp. litigation (0.9); Email Kim re same (0.1); T/c with Kim re same (0.2). | 1.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1428871

Page 7  
June 26, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 05/10/12 | LGB | 0019 | Review Lanstei reply letter (0.3); Review email from Huebrer re same (0.1); Respond to same (0.1); Email Guerrieri/ Seligman re same (0.1). | 0.60 |
| 05/10/12 | FSH | 0019 | Attention to mediation proposal. | 0.20 |
| 05/10/12 | BES | 0019 | Review of deferred compensation motion. | 0.70 |
| 05/10/12 | DHB | 0019 | Meet with L. Beckerman and A. Lilling re deferred comp status (.8); review new proposal (.4); begin review of background materials in preparation for meeting (1.0); emails re same (.2). | 2.40 |
| 05/10/12 | DZV | 0019 | Review proposed settlement memorandum regarding deferred compensation plan issues (1.0); research settlement agreements in comparable cases (1.5); review attorney's fee awards under ERISA (1.2); conference with A. Lilling regarding same (0.4). | 4.10 |
| 05/10/12 | LWL | 0019 | Obtain copies of various pension settlement agreements for D. Vira. | 0.20 |
| 05/10/12 | ASL | 0019 | Review settlement proposal (.2); confer with FR team re: same (.9); consider proposal issues (.8); prepare summary (.5); confer with B. Simonetti (.2); ERISA research (.7). | 3.30 |
| 05/10/12 | DJH | 0019 | Research re 1114 claims issues (2.2); draft analysis re 1114 research (1.7). | 3.90 |
| 05/11/12 | DZV | 0019 | Review proposed settlement memorandum and comparable settlement agreements regarding deferred compensation plan claims (2.4); follow-up review of law and documentation regarding deferred compensation claims (1.5). | 3.90 |
| 05/11/12 | ASL | 0019 | Review settlement agreements. | 0.30 |
| 05/11/12 | DJH | 0019 | Draft 1114 research summary (1.4); follow-up research re same (.6). | 2.00 |
| 05/11/12 | MAF | 0019 | Research related case re: employee issues. | 0.50 |
| 05/14/12 | LGB | 0019 | T/c with Schwitzer, Kim re Keach proposal (0.3); Email Botter, Lilling re same (0.1). | 0.40 |
| 05/14/12 | DZV | 0019 | Review settlement documentation in preparation for upcoming conference regarding settlement of deferred compensation claims (1.0); conference with A. Lilling regarding same (0.3). | 1.30 |
| 05/14/12 | ASL | 0019 | Prepare for meeting re: deferred comp issues. | 1.60 |
| 05/15/12 | FSH | 0019 | Communications re retiree issues. | 0.20 |
| 05/15/12 | DHB | 0019 | Prepare for Deferred comp negotiations and attend same and follow-up. | 5.30 |
| 05/15/12 | ASL | 0019 | Meeting re: deferred compensation (5.3); prepare summary (.4). | 5.70 |
| 05/16/12 | LGB | 0019 | Review email from Schweitzer re call with Bob Keach (0.1); Review email from Botter re same (0.1) | 0.20 |
| 05/16/12 | FSH | 0019 | Analyze deferred comp proposals and issues. | 0.20 |
| 05/16/12 | DHB | 0019 | Email communications re Deferred Comp issues. | 0.30 |
| 05/17/12 | LGB | 0019 | Review email from Forrest re waiver letter (0.1); Review email from Millett re same (0.1); Respond to same (0.1); T/c with Lilling re DCP claims, mediation (0.1); T/c with Fleming re 1114/ LTD issues (0.5); Review files re same (0.5); Email Fleming re same (0.1). | 1.50 |
| 05/17/12 | ASL | 0019 | Confer with L. Beckerman re: update (.2); review proposal (.2); VEBA research (.8). | 1.20 |
| 05/17/12 | PAM | 0019 | Revisions to Nortel's waiver letter (.2); calls with working group re: same (.1). | 0.30 |
| 05/17/12 | JYS | 0019 | Review LTD settlement proposal. | 0.40 |
| 05/17/12 | JET | 0019 | Draft letter to Court re waiver of response to the petition for a writ of certiorari. | 0.30 |
| 05/18/12 | LGB | 0019 | Email Krasa-Berstell, Samper re cases cited by LTD 1114 committees (0.1). | 0.10 |
| 05/18/12 | DKB | 0019 | Pull cases for L. Beckerman re: employee issues. | 0.60 |
| 05/20/12 | LGB | 0019 | Review Keach email re settlement (0.2); Email Kim, Schweitzer re call (0.1); Review response to same (0.1). | 0.40 |
| 05/21/12 | LGB | 0019 | T/c with Kim, Schweitzer, Lilling re Keach's proposal (0.5); T/c with Millett re waiver (0.2). | 0.70 |
| 05/21/12 | FSH | 0019 | Review deferred comp pleading. | 0.60 |
| 05/21/12 | BMK | 0019 | Begin review of draft motion for definitive statement re UK pension | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1428871

Page 8  
June 26, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | claims | |
| 05/21/12 | ASL | 0019 | Review settlement proposal emails and consider same (.4); call re: same (.7). | 1.10 |
| 05/21/12 | PAM | 0019 | Revisions to waiver notice (.3); call with L. Beckerman re caption issue for SCT (.1); email to C. Vasil (.1). | 0.50 |
| 05/21/12 | JYS | 0019 | Review waiver of response to NNUK Pension cert petition (0.2); Correspondence with B. Kahn re same (0.1). | 0.30 |
| 05/22/12 | SLS | 0019 | Began review and comment on objection to UK Pension trust claims (.9). | 0.90 |
| 05/22/12 | LGB | 0019 | T/c with Keach re settlement (0.2); T/c with Millett re cert process (0.1); Review response to same (0.1); Review draft letter to Levin (0.4); Email Ryan re same (0.1). | 0.90 |
| 05/23/12 | SLS | 0019 | Review UK Pension claim objection (4.3); email communication to Akin working group regarding same (.4) | 4.70 |
| 05/23/12 | LGB | 0019 | Review motion for a more definite statement and mark up same (0.7); Email Kahn, Hodara, Botter and Sturm re same (0.1). | 0.80 |
| 05/23/12 | FSH | 0019 | Analyze aspects of draft motion for more definite statement. | 0.50 |
| 05/23/12 | ASL | 0019 | Research ERISA issues. | 2.10 |
| 05/24/12 | FSH | 0019 | Analyze certiorari issues. | 0.20 |
| 05/24/12 | JYS | 0019 | Research re NNUK Pension Claim Objection (1.6); Correspondence and office conferences with S. Schultz and S. Brauner re same (0.4); Review Cleary Draft Objection to NNUK Pension Claim (0.8); Correspondence with AG team re timing for filing same (0.3). | 3.10 |
| 05/24/12 | SLB | 0019 | Corr w/ S. Schultz & J. Sturm re: UK claims research questions (.2); confer w/ J. Sturm re: same (.2); call w/ S. Schultz & J. Sturm re: same (.2); conduct research in connection with the same (.4) | 1.00 |
| 05/25/12 | JYS | 0019 | Review Cleary Draft Objection to NNUK Pension Claims. | 1.20 |
| 05/27/12 | LGB | 0019 | Email Hodara/ Botter re motion for more definite statement (0.1). | 0.10 |
| 05/28/12 | FSH | 0019 | Continue work on UK pension claim motion. | 0.60 |
| 05/28/12 | DHB | 0019 | Begin review and comment on UK pension pleadings and emails re same. | 0.60 |
| 05/28/12 | JYS | 0019 | Correspondence with AG team re Cleary Draft Objection to NNUK Pension Claims (0.2); Prep for meeting with AG team re same (0.1). | 0.30 |
| 05/29/12 | LGB | 0019 | O/c with Sturm, Hodara and Botter re pension definite statement motion (0.4); T/c with Schewitzer, Fleming re LTD/ 1114 committees/ counterproposal (0.3); Email Schweitzer, Fleming re call (0.1); T/c with Fleming re same (0.1); Email Botter, Hodara, Sturm, Kahn, Lilling, Harris re LTD response/ counterproposal (0.1); Review correspondence re same (0.2); Review email from Hodara re pension definite statement motion (0.1); Review mark up of same (0.3); Email Sturm re same (0.1). | 1.40 |
| 05/29/12 | FSH | 0019 | Review retiree and LTD concepts. | 0.10 |
| 05/29/12 | DHB | 0019 | Final review and comment on UK pension pleadings (.6); emails re same and office conference with F. Hodara, L. Beckerman and J. Sturm re same (.4); follow-up with F. Hodara (.1); review and revise draft (.4). | 1.50 |
| 05/29/12 | BMK | 0019 | TC with F. Hodara and Debtors re: UK pension issues | 0.30 |
| 05/29/12 | ASL | 0019 | Review LTD materials. | 0.70 |
| 05/29/12 | JYS | 0019 | Office conference with L. Beckerman, F. Hodara, and D. Botter re Cleary draft NNUK Pension Claim Objection (0.4); Prep for same (0.3); Comments re same (1.1); Office conferences and correspondence with AG team re same (0.3); Correspondence with Cleary re same (0.3). | 2.10 |
| 05/30/12 | LGB | 0019 | Email Hodara, Botter, Kahn, Sturm re Debtors' proposal (0.1); T/c with Hyland re same (0.3). | 0.40 |
| 05/30/12 | DZV | 0019 | Review retiree welfare benefits documentation provided. | 1.50 |
| 05/30/12 | ASL | 0019 | Review proposal materials (0.8); review LTD proposal (0.7). | 1.50 |
| 05/31/12 | LGB | 0019 | T/c with Hodara re 1114/ LTD/ pension motion (0.3); Email Schweitzer, Fleming re 1114/ LTD counter proposal (0.1). | 0.40 |
| 05/31/12 | FSH | 0019 | Confer w/ LB re retiree discussions (.3). Follow-up communications re | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1428871

Page 9  
June 26, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (.1). | |
| 05/09/12 | DHB | 0025 | Travel to and from Delaware. (Actual time - 3.5) | 1.75 |
| 05/29/12 | BMK | 0026 | TC with J. Sherrett re: SCI preference settlement | 0.20 |
| 04/02/12 | ASK | 0029 | Review mediation brief filed Canadian debtors, mediation brief filed by ad hoc committee of creditors of Canadian debtor, and EMEA position paper; research transfer pricing tax issues. | 8.60 |
| 05/01/12 | FSH | 0029 | Review info requested by mediator (.3). Communications with NNI re mediation statements (.2). Analyze data (.2). | 0.70 |
| 05/01/12 | DHB | 0029 | Email communications re statements (.2); consider next steps (.3); emails re potential actions and outcomes (.2). | 0.70 |
| 05/01/12 | BMK | 0029 | Emails re: exchange of mediation statements (0.3); tc with F. Hodara re: same (0.1) | 0.40 |
| 05/01/12 | BMK | 0029 | Review and analyze inter-estate claim issues | 0.80 |
| 05/01/12 | GDB | 0029 | Emails re allocation issues (0.1) | 0.10 |
| 05/02/12 | FSH | 0029 | Confer with DB re next steps (.2). Communicate w/S. Kukulowitz re: mediation (.1). Analyze mediation issues (.3). Follow-up re mediation statements (.2). Call w/DPW re issues in Mediation (.8). Follow up call w/working group re same (.3). | 1.90 |
| 05/02/12 | AQ | 0029 | Conference call with Davis Polk, counsel to mediator. | 0.70 |
| 05/02/12 | AQ | 0029 | Confer with team regarding call with counsel to mediator. | 0.30 |
| 05/02/12 | DHB | 0029 | Email communications re mediation issues (.3); telephone call with mediator vs. counsel and follow-up call with team (1.0). | 1.30 |
| 05/02/12 | BMK | 0029 | Call with Davis Polk re: mediation process (0.6); follow up with F. Hodara, A. Qureshi and D. Botter (0.5) | 1.10 |
| 05/03/12 | FSH | 0029 | Communications with working group re mediation issues (.5). Emails re exchange of mediation statements (.2). | 0.70 |
| 05/03/12 | FSH | 0029 | Examine revised Fourth Estate document. | 0.10 |
| 05/03/12 | DHB | 0029 | Email communications re mediation issues, briefing and next steps (.4); telephone call with counsel to Law Debenture (.3). | 0.70 |
| 05/03/12 | BMK | 0029 | Analysis of fourth estate settlement issues (0.7); analysis of confidentiality issues (0.4) | 1.10 |
| 05/04/12 | FSH | 0029 | Prepare for calls w/Mediator's representatives (.3). Participate in same (1.5). Follow-up with working group (.4). | 2.20 |
| 05/04/12 | AQ | 0029 | Conference call with Randy Bennett, Canadian counsel to mediator. | 0.80 |
| 05/04/12 | AQ | 0029 | Conference call with DPW, US counsel to mediator. | 0.70 |
| 05/04/12 | AQ | 0029 | Confer with team and with Capstone re discussions with counsel to mediator. | 0.30 |
| 05/04/12 | DHB | 0029 | Conference calls with Canadian and U.S. counsel to mediator (1.5) and extensive follow-up communications (.8). | 2.30 |
| 05/04/12 | BMK | 0029 | TC with R. Bennett re: allocation mediation (0.7); follow up analysis re: same (0.6); tc with DPW re: same (0.8); follow up emails to DPW (0.3) | 2.40 |
| 05/04/12 | BMK | 0029 | Review revised draft of mediation submission | 0.60 |
| 05/04/12 | KMR | 0029 | Reviewed summary of claims for the mediator (0.4). | 0.40 |
| 05/05/12 | AQ | 0029 | Conference call with Cleary regarding mediation. | 0.50 |
| 05/05/12 | DHB | 0029 | Email communications re mediation issues (.2); telephone call with C. Kearns re same (.2); conference call with U.S. Debtors re mediator calls (.5); review chart re flows (.3); office conference with B. Kahn re same and changes (.2). | 1.40 |
| 05/05/12 | SBK | 0029 | Several emails to/from Akin team re intercompany claims analysis | 0.50 |
| 05/06/12 | AQ | 0029 | Conference call with Cleary and Milbank re mediation. | 0.50 |
| 05/06/12 | AQ | 0029 | Review and analyze Capstone recovery waterfall. | 0.30 |
| 05/06/12 | DHB | 0029 | Review new flow charts for mediation (.2); emails re same (.2); conference call with bonds (.5) and follow-up emails (.1). | 1.00 |
| 05/06/12 | BMK | 0029 | Participate in call with D. Botter, A. Qureshi, J. Bromley and D. Dunne re: allocation mediation | 0.50 |
| 05/06/12 | GDB | 0029 | Emails re inter-estate claims (0.4). | 0.40 |
| 05/07/12 | FSH | 0029 | Work on diligence info requested by Mediator (.3). Communications | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                   Page 10
Invoice Number: 1428871                                                                    June 26, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | with working group re same (.3). | |
| 05/07/12 | AQ | 0029 | Emails regarding mediation. | 0.20 |
| 05/07/12 | DHB | 0029 | Telephone call with C. Kearns re mediator response (.1); emails re same (.2); telephone call with J. Bromley re same (.3); emails with team re same (.2) and exchange of briefs (.1). | 0.90 |
| 05/07/12 | BMK | 0029 | TC with K. Luftglass re: mediation issues (0.2); follow up re: same (0.3) | 0.50 |
| 05/08/12 | FSH | 0029 | Communications re mediation matters. | 0.20 |
| 05/08/12 | DHB | 0029 | Telephone call with S. Kelly re mediation next steps (.3); emails re same (.1) (.1). | 0.50 |
| 05/08/12 | BMK | 0029 | Tc with C. Samis re: allocation update (0.2) | 0.20 |
| 05/09/12 | AQ | 0029 | Confer with Capstone re mediation briefs. | 0.30 |
| 05/09/12 | DHB | 0029 | Email communications re statement exchanges (.1); review article re Nortel issues (.2); emails and telephone calls re same (.4) (.1); begin review of new mediation briefs and emails re same (1.2). | 2.00 |
| 05/09/12 | BMK | 0029 | Review mediation statements form North American parties (2.7); analysis of intercompany claim issues (0.6) | 3.30 |
| 05/09/12 | KMR | 0029 | Reviewed North American mediation briefs (1.2). | 1.20 |
| 05/09/12 | JYS | 0029 | Review 4th Circuit precedent re allocation issues (0.4); Summarize for AG team (0.5). | 0.90 |
| 05/09/12 | GDB | 0029 | Emails re allocation issues (0.3)  Emails re mediation statements (0.1) | 0.40 |
| 05/10/12 | FSH | 0029 | Communications w/working group re mediation statements, related matters. | 0.30 |
| 05/10/12 | DHB | 0029 | Conference with Law Debenture re counsel re allocation issues and history (.5); office conference with B. Kahn re same (.1); continue review of briefs and emails re same (.5). | 1.10 |
| 05/10/12 | BMK | 0029 | Analysis of fourth estate settlement issues (0.6); tc with R. Eckenrod re: same (0.1); tc with J. Hyland re: same (0.2) | 0.90 |
| 05/10/12 | KMR | 0029 | Continued review of mediation statements (0.5). | 0.50 |
| 05/10/12 | JYS | 0029 | Review circulated mediation statements. | 1.50 |
| 05/11/12 | BMK | 0029 | Summarize fourth estate settlement for committee (3.3); tc with J. Hyland re: same (0.3); tc with R. Eckenrod re: same (0.1) | 3.70 |
| 05/11/12 | GDB | 0029 | Reviewing mediation statements (0.6) | 0.60 |
| 05/11/12 | JPR | 0029 | Reviewed mediation statements. | 1.00 |
| 05/14/12 | FSH | 0029 | Attention to Fourth Estate stip and next steps. | 0.20 |
| 05/14/12 | DHB | 0029 | Review presentation re 4th estate settlement and changes thereto (.8); emails re same (.2). | 1.00 |
| 05/14/12 | BMK | 0029 | Analysis of fourth estate settlement issues (1.8); emails and tcs with J. Hyland re: same (0.5) | 2.30 |
| 05/14/12 | DKB | 0029 | Confer with S. Brauner re preparation of mediation materials (.2); Review and organize the above (1); Prepare index therefor (.5); Confer with attorney re status (.1); Prepare additional sets for attorneys (.3). | 2.10 |
| 05/15/12 | FSH | 0029 | Review mediation issues and communications re same. | 0.40 |
| 05/15/12 | BMK | 0029 | Review and comment on fourth estate motion (0.6); emails with Akin team re: same (0.1); analysis of allocation issues (0.2); prepare and revise documents re: fourth estate settlement (1.6) | 2.50 |
| 05/16/12 | SLS | 0029 | Review 4th estate draft motion (.2); participate in update call with Company and bondholders (.8). | 1.00 |
| 05/16/12 | FSH | 0029 | Analyze allocation issues. | 0.60 |
| 05/16/12 | FSH | 0029 | Follow up re 4th estate. | 0.10 |
| 05/16/12 | DHB | 0029 | Review and comment on 4th estate motion and emails re same (.6); execute agreement (.1); telephone call with J. Bromley re mediator information requests (.3) and emails re same (.2); emails with F. Hodara re status (.1). | 1.30 |
| 05/16/12 | BMK | 0029 | Review and comment on fourth estate settlement motion | 0.60 |
| 05/17/12 | FSH | 0029 | Communications w/parties re various mediation issues. | 0.50 |
| 05/17/12 | DHB | 0029 | Review mediation submission and emails re same. | 0.50 |
| 05/18/12 | FSH | 0029 | Call w/ Cleary re submission (.2). Work on finalization of same (.8). | 1.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1428871

Page 11  
June 26, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 05/18/12 | AQ | 0029 | Review and analyze draft materials for submission to DPW. | 1.80 |
| 05/18/12 | AQ | 0029 | Confer with D. Botter regarding DPW submission. | 0.20 |
| 05/18/12 | AQ | 0029 | Conference call with Cleary re DPW submission. | 0.20 |
| 05/18/12 | AQ | 0029 | Emails re submission to DPW. | 0.20 |
| 05/18/12 | DHB | 0029 | Continue review of mediator submissions and emails re same (.6); emails re same (.2); office conference with A. Qureshi re issues arising therefrom (.2); telephone call with J. Bromley re same (.2). | 1.20 |
| 05/18/12 | BMK | 0029 | Review and comment on mediation submission docs | 0.80 |
| 05/21/12 | FSH | 0029 | Attention to exchanged mediation statements (.2). Communications with parties re pending items (.2). Call w/NNI re pending items (.5). | 0.90 |
| 05/22/12 | FSH | 0029 | Analyze research issues and communications w/ working group re same. | 0.20 |
| 05/22/12 | DHB | 0029 | Email communications re Nortel outstanding allocation issues (.2). | 0.20 |
| 05/23/12 | FSH | 0029 | Communications w/ S. Kukulowitz re mediation matters. | 0.10 |
| 05/23/12 | KMR | 0029 | Reviewed new mediation materials relating to inter-estate claims and UK pension motion (0.5). | 0.50 |
| 05/24/12 | SLS | 0029 | Telephone call with J. Sturm and S. Brauner regarding allocation related research (.3) | 0.30 |
| 05/24/12 | FSH | 0029 | Examine report of allocation issues. | 0.20 |
| 05/24/12 | MN | 0029 | Conference with B. Kahn re: Nortel (.6); review mediation submissions (3.2). | 3.80 |
| 05/25/12 | SLS | 0029 | Review communications regarding the 4th estate (.1); review research regarding allocation (.2); review communication from F. Hodara regarding status of mediation (.1) | 0.40 |
| 05/25/12 | FSH | 0029 | TC w/ R. Bennett (.4). Communications w/ working group re same (.1). | 0.50 |
| 05/25/12 | FSH | 0029 | Attention to Fourth Estate settlement agreement. | 0.20 |
| 05/25/12 | AQ | 0029 | Call with Randy Bennett, Canadian counsel to mediator. | 0.20 |
| 05/25/12 | AQ | 0029 | Confer with C. Kearns re mediation. | 0.20 |
| 05/25/12 | DHB | 0029 | Conference call with R. Bennett re status of mediation (.3); follow-up emails re same (.2). | 0.50 |
| 05/25/12 | MN | 0029 | Review mediation submissions. | 5.40 |
| 05/28/12 | FSH | 0029 | Analyze NNL arguments and related issues. | 1.00 |
| 05/29/12 | SLS | 0029 | Email communication to group regarding allocation research issues (.2). | 0.20 |
| 05/29/12 | FSH | 0029 | Research re case issues (.2). Confer w/R. Jacobs re: same (.2). Review aspects of mediation submissions (.6). TC J. Bromley re pending items (.1). | 1.10 |
| 05/29/12 | AQ | 0029 | Emails regarding mediation (.1); related research issues (.1). | 0.20 |
| 05/29/12 | MN | 0029 | Review mediation documents. | 1.30 |
| 05/30/12 | FSH | 0029 | Communications w/CK, DB, J. Bromley re mediation items. | 0.40 |
| 05/31/12 | FSH | 0029 | Meet w/ working group re mediation (.4). Communications re same (.1). | 0.50 |

Total Hours  436.55

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| L G BECKERMAN | 15.90 | at | $995.00 | = | $15,820.50 |
| F S HODARA | 37.40 | at | $1050.00 | = | $39,270.00 |
| B E SIMONETTI | 0.70 | at | $810.00 | = | $567.00 |
| A QURESHI | 13.30 | at | $825.00 | = | $10,972.50 |
| D H BOTTER | 48.45 | at | $975.00 | = | $47,238.75 |
| S B KUHN | 1.10 | at | $825.00 | = | $907.50 |
| P A MILLETT | 1.30 | at | $805.00 | = | $1,046.50 |
| S L SCHULTZ | 20.90 | at | $775.00 | = | $16,197.50 |
| A S LILLING | 21.50 | at | $625.00 | = | $13,437.50 |
| K M ROWE | 70.40 | at | $705.00 | = | $49,632.00 |
| G D BELL | 6.20 | at | $630.00 | = | $3,906.00 |
| J P RUBIN | 2.90 | at | $600.00 | = | $1,740.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1428871

Page 12  
June 26, 2012

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| B M KAHN | 53.90 | at | $575.00 | = | $30,992.50 |
| D J HARRIS | 39.20 | at | $500.00 | = | $19,600.00 |
| J Y STURM | 17.40 | at | $600.00 | = | $10,440.00 |
| S L BRAUNER | 4.10 | at | $425.00 | = | $1,742.50 |
| A S KROTMAN | 31.40 | at | $475.00 | = | $14,915.00 |
| J E TYSSE | 0.30 | at | $500.00 | = | $150.00 |
| D Z VIRA | 15.60 | at | $630.00 | = | $9,828.00 |
| M NEIMAN | 25.70 | at | $350.00 | = | $8,995.00 |
| P J SPROFERA | 3.00 | at | $270.00 | = | $810.00 |
| D KRASA-BERSTELL | 2.70 | at | $235.00 | = | $634.50 |
| M A FOLEY | 2.20 | at | $195.00 | = | $429.00 |
| J A SAMPER | 0.80 | at | $215.00 | = | $172.00 |
| L W LANPHEAR | 0.20 | at | $220.00 | = | $44.00 |

Current Fees $299,488.25

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $1,060.43 |
| Computerized Legal Research - Other | $-3.60 |
| Computerized Legal Research - Westlaw | $1,380.55 |
| Duplication - Off Site | $302.67 |
| Duplication - In House | $248.90 |
| Document Production - In House | $78.00 |
| Meals - Business | $284.34 |
| Meals (100%) | $2,237.65 |
| Audio and Web Conference Services | $3,151.93 |
| Travel - Airfare | $7,253.03 |
| Travel - Ground Transportation | $1,581.91 |
| Travel - Incidentals - Out-of-Town Travel | $20.42 |
| Travel - Lodging (Hotel, Apt, Other) | $1,480.14 |
| Travel - Train Fare | $314.00 |

Current Expenses $19,390.37

**Total Amount of This Invoice** $318,878.62