# EXHIBIT C

**DISBURSEMENT SUMMARY**
**MAY 1, 2012 THROUGH MAY 31, 2012**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,437.38 |
| Conference Call /Telephone/Video Conferencing | $3,151.93 |
| Duplicating | $326.90 |
| Duplicating (Third-Party charges billed at cost) | $302.67 |
| Meals/Committee Meeting Expenses | $2,521.99 |
| Travel Expenses – Airfare | $7,253.03 |
| Travel Expenses – Ground Transportation | $1,581.91 |
| Travel Expenses – Incidentals | $20.42 |
| Travel Expenses – Lodging | $1,480.14 |
| Travel Expenses – Train Fare | $314.00 |
| **TOTAL** | **$19,390.37** |

103469298 v1