# EXHIBIT D



# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1428871 |
| Invoice Date | 06/26/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/12 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 03/05/12 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER; INVOICE#: MAR12AG1801CR; DATE: 3/5/2012 - Account ID: AG1801 - Billing Period: 6/1/11-12/31/11 | $-3.60 |
| 03/20/12 | Meals - Business Lunch w/Committee member; F. Hodara and Nortel committee member; Brooklyn Diner | $25.64 |
| 03/28/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Hodara Fred S TICKET #: 0573225015 DEPARTURE DATE: 03/28/2012 ROUTE: EWR/YTZ | $37.00 |
| 03/28/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Kahn Brad M TICKET #: 0573228529 DEPARTURE DATE: 03/28/2012 ROUTE: EWR/YTZ | $37.00 |
| 03/29/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Botter David Ha TICKET #: 0573246172 DEPARTURE DATE: 03/29/2012 ROUTE: EWR/YTZ | $37.00 |
| 04/16/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Beckerman Lisa TICKET | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 04/17/12 | #: 0573859384 DEPARTURE DATE: 04/16/2012 ROUTE: NYP/WIL/NYP Duplication - Off Site Heavy Litigation VENDOR: SITELOGIC TECHNOLOGIES, LLC; INVOICE#: 627348; DATE: 4/17/2012 | $302.67 |
| 04/18/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1153205 DATE: 4/22/2012 Catering Akin Gump - Mendy's at Rock Center - 04/18/2012 | $16.10 |
| 04/18/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Beckerman Lisa TICKET #:  DEPARTURE DATE: 04/16/2012 ROUTE: NYP/WIL/NYP | $114.00 |
| 04/18/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Beckerman Lisa TICKET #:  DEPARTURE DATE: 04/16/2012 ROUTE: NYP/WIL/NYP | $163.00 |
| 04/18/12 | Travel - Ground Transportation Cab ride from train station to One Rodney Square re hearing.; Zizo Car Service | $8.00 |
| 04/19/12 | Travel - Ground Transportation Cab ride from One Bryant Park to Cleary for client meeting.; NYC Taxi Cab Receipt | $18.00 |
| 04/19/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Hodara Fred S M TICKET #: 0574027134 DEPARTURE DATE: 04/19/2012 ROUTE: YTZ/EWR | $37.00 |
| 04/19/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Kahn Brad M Mr TICKET #: 0574027135 DEPARTURE DATE: 04/19/2012 ROUTE: YTZ/EWR | $37.00 |
| 04/20/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Botter David H TICKET #: 0574061024 DEPARTURE DATE: 04/20/2012 ROUTE: JFK/YYZ | $37.00 |
| 04/23/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 685838 DATE: 5/4/2012 Vendor: Executive Royal Voucher #: 288117 Date: 04/23/2012 Name: Fred Hodara‖Car Service, Vendor: Executive Royal Voucher #: 288117 Date: 04/23/2012 Name: Fred Hodara | $91.86 |
| 04/23/12 | Travel - Lodging (Hotel, Apt, Other) Hotel stay (4/23-24/2012) re: meetings in | $368.72 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1428871

| Date | Description | Amount |
|---|---|---|
| 04/23/12 | Toronto.; Trump International - Toronto; Nortel - Trump International - Toronto Meals - Business In-Room lunch (4/23/12) and mini bar (4/24/12) re: meetings in Toronto.; D. Botter; Nortel - Trump Int'l Toronto - Meals | $86.44 |
| 04/23/12 | Travel - Incidentals - Out-of-Town Travel Hotel laundry/dry cleaning re: meetings in Toronto.; Nortel - Trump Int'l Toronto - Laundry | $20.42 |
| 04/23/12 | Travel - Ground Transportation cab to meeting in restaurant; Diamond Taxicab | $10.04 |
| 04/23/12 | Travel - Ground Transportation Cab to hotel after meeting with clients; Beck Taxi | $15.06 |
| 04/23/12 | Meals - Business Meal before boarding flight; F. Hodara; Great American Bagel Kiosk | $11.73 |
| 04/23/12 | Travel - Ground Transportation Cab to work after a.m. meeting; Medallion cab | $10.22 |
| 04/23/12 | Meals - Business Dinner re: Nortel; F. Hodara; Trump International Hotel & Tower | $62.23 |
| 04/23/12 | Travel - Lodging (Hotel, Apt, Other) Lodging to attend Nortel meetings in Canada; Lodging to attend Nortel meetings in Can; Trump International Hotel & Tower | $368.72 |
| 04/23/12 | Travel - Airfare Airfare to travel from Toronto to New York re hearing; Airfare re client meeting.; Porter Airlines | $989.03 |
| 04/23/12 | Travel - Airfare Airfare for travel from NY to Toronto re hearing; Travel NY to Toronto re hearing; Delta Airlines | $621.30 |
| 04/23/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1142235 DATE: 5/9/2012 Vendor: Dial Car Voucher #: DLA3245268 Date: 04/23/2012 Name: David Botter||Car Service, Vendor: Dial Car Voucher #: DLA3245268 Date: 04/23/2012 Name: David Botter | $135.84 |
| 04/23/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1142235 DATE: 5/9/2012 Vendor: Dial Car Voucher #: DLA3653259 Date: 04/23/2012 Name: Abid Qureshi||Car Service, Vendor: Dial Car Voucher #: DLA3653259 Date: 04/23/2012 Name: Abid Qureshi | $142.79 |
| 04/23/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Botter David H TICKET #: 7054340964 DEPARTURE DATE: 04/20/2012 ROUTE: JFK/YYZ | $584.30 |
| 04/23/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: APR12- | $679.99 |

| Date | Description | Amount |
|---|---|---|
| | 53062500000206 DATE: 4/25/2012 PASSENGER: Botter David Ha TICKET #:  DEPARTURE DATE: 03/29/2012 ROUTE: EWR/YTZ | |
| 04/23/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 03/28/2012 ROUTE: EWR/YTZ | $679.99 |
| 04/23/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 03/28/2012 ROUTE: EWR/YTZ | $679.99 |
| 04/23/12 | Travel - Ground Transportation  Cab fare from Airport to court house; Taxi Cab | $73.32 |
| 04/24/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.00 |
| 04/24/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 10.0 | $135.00 |
| 04/24/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: BECKERMAN  LISA; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 04/24/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 685838 DATE: 5/4/2012 Vendor: Executive Royal Voucher #: 108585 Date: 04/24/2012 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 108585 Date: 04/24/2012 Name: Brad Kahn | $172.74 |
| 04/24/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 685838 DATE: 5/4/2012 Vendor: Executive Royal Voucher #: 315766 Date: 04/24/2012 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 315766 Date: 04/24/2012 Name: Lisa Beckerman | $67.99 |
| 04/24/12 | Travel - Ground Transportation  Cab to meeting; CIO Taxi | $15.06 |
| 04/24/12 | Travel - Ground Transportation  Cab to meeting; CIO Taxi | $10.04 |
| 04/24/12 | Meals - Business  Lunch after meeting; F. Hodara, B. Kahn; Starbucks Coffee Canada | $21.70 |

| Date | Description | Amount |
|---|---|---|
| 04/24/12 | Travel - Lodging (Hotel, Apt, Other) Hotel Lodging in Toronto re: Nortel hearing; Hotel Lodging in Toronto re: Nortel hrg.; Trump International Hotel Invoice | $368.72 |
| 04/24/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1165262 DATE: 4/29/2012 Catering Akin Gump - Mendy's at Rock Center - 04/24/2012 | $16.10 |
| 04/24/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1142235 DATE: 5/9/2012  Vendor: Dial Car Voucher #: DLA3151158 Date: 04/24/2012 Name: David Botter||Car Service, Vendor: Dial Car Voucher #: DLA3151158 Date: 04/24/2012 Name: David Botter | $116.73 |
| 04/24/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1142235 DATE: 5/9/2012  Vendor: Dial Car Voucher #: DLA3151708 Date: 04/24/2012 Name: Abid Qureshi||Car Service, Vendor: Dial Car Voucher #: DLA3151708 Date: 04/24/2012 Name: Abid Qureshi | $93.49 |
| 04/24/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: BOTTER DAVID TICKET #: 7050908774 DEPARTURE DATE: 04/16/2012 ROUTE: YYZ/LGA | $1,347.15 |
| 04/24/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: BOTTER DAVID TICKET #: 0573845853 DEPARTURE DATE: 04/16/2012 ROUTE: YYZ/LGA | $45.00 |
| 04/24/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Hodara Fred S M TICKET #:  DEPARTURE DATE: 04/19/2012 ROUTE: YTZ/EWR | $702.14 |
| 04/24/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: APR12-53062500000206 DATE: 4/25/2012 PASSENGER: Kahn Brad M Mr TICKET #:  DEPARTURE DATE: 04/19/2012 ROUTE: YTZ/EWR | $702.14 |
| 04/24/12 | Travel - Lodging (Hotel, Apt, Other) Hotel stay for hearing.; Hotel stay for hearing.; Trump International | $373.98 |
| 04/24/12 | Travel - Ground Transportation  Cab ride from court house to airport re hearing.; Co-op Cab | $35.45 |
| 04/26/12 | Computerized Legal Research - Westlaw User: HARRIS,DAN Date: 4/26/2012 | $59.36 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1428871

|  |  |  |
|---|---|---|
|  | AcctNumber: 1000532285 ConnectTime: 0.0 |  |
| 04/26/12 | Meals - Business  Dinner; D. Harris; The Big Board | $27.50 |
| 04/26/12 | Travel - Ground Transportation  Travel from office to home; Taxi fare | $14.00 |
| 04/27/12 | Computerized Legal Research - Westlaw User: HARRIS,DAN Date: 4/27/2012 AcctNumber: 1000532285 ConnectTime: 0.0 | $145.88 |
| 04/27/12 | Meals (100%) 4/25/12  N Kunen - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800186; DATE: 4/27/2012 | $374.80 |
| 04/29/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: DOCUMENT PRINTING; Quantity: 4.0 | $54.00 |
| 04/29/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: SEARCHES; Quantity: 2.0 | $253.80 |
| 04/29/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.0 | $54.00 |
| 04/29/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: BECKERMAN  LISA; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.0 | $13.95 |
| 04/30/12 | Computerized Legal Research - Westlaw User: HARRIS,DAN Date: 4/30/2012 AcctNumber: 1000532285 ConnectTime: 0.0 | $107.43 |
| 05/01/12 | Duplication - In House  Photocopy - Beckerman, Lisa, NY, 390 page(s) | $39.00 |
| 05/01/12 | Duplication - In House  Photocopy - Kahn, Brad, NY, 300 page(s) | $30.00 |
| 05/01/12 | Computerized Legal Research - Westlaw User: HARRIS,DAN Date: 5/1/2012 AcctNumber: 1000532285 ConnectTime: 0.0 | $181.00 |
| 05/01/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: DOCUMENT PRINTING; Quantity: 14.0 | $189.00 |
| 05/01/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: SEARCHES; Quantity: 3.0 | $218.70 |
| 05/01/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; | $54.00 |

| Date | Description | Amount |
|---|---|---|
| | Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.0 | |
| 05/02/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1166675 DATE: 5/6/2012 Catering Akin Gump - Mendy's at Rock Center - 5/2/2012 8 | $16.10 |
| 05/02/12 | Meals - Business  Dinner; D. Harris; Levante's | $24.10 |
| 05/02/12 | Travel - Ground Transportation  Travel from office to home; Taxi fare | $14.00 |
| 05/03/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.00 |
| 05/03/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $27.00 |
| 05/04/12 | Meals (100%) 5/2/12   N Kunen - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800187; DATE: 5/4/2012 | $483.68 |
| 05/04/12 | Meals (100%) 5/2/12  S Brauner VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800187; DATE: 5/4/2012 | $293.96 |
| 05/04/12 | Meals (100%) 5/2/12  S Brauner VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800187; DATE: 5/4/2012 | $258.36 |
| 05/05/12 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 05001-01001-12; DATE: 5/5/2012 | $3,151.93 |
| 05/07/12 | Computerized Legal Research - Westlaw User: HARRIS,DAN Date: 5/7/2012 AcctNumber: 1000532285 ConnectTime: 0.0 | $36.78 |
| 05/08/12 | Computerized Legal Research - Westlaw User: FOLEY,ABBY Date: 5/8/2012 AcctNumber: 1000532285 ConnectTime: 0.0 | $60.61 |
| 05/09/12 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 5/9/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $14.08 |
| 05/09/12 | Computerized Legal Research - Westlaw User: HARRIS,DAN Date: 5/9/2012 AcctNumber: 1000532285 ConnectTime: 0.0 | $190.19 |
| 05/09/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1171020 DATE: 5/13/2012 Lilling Austin - Kodama Japanese - 05/09/2012 | $28.36 |

| Date | Description | Amount |
|---|---|---|
| 05/09/12 | Travel - Ground Transportation  Travel from office to home; Taxi fare | $16.00 |
| 05/09/12 | Meals - Business  Dinner; D. Harris; Two Amys | $25.00 |
| 05/09/12 | Document Production - In House REQUESTOR: B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 390; DATE ORDERED: 5/9/12 | $39.00 |
| 05/09/12 | Document Production - In House REQUESTOR: S BRAUNER; DESCRIPTION: COLOR COPIES; QUANTITY: 390; DATE ORDERED: 5/9/12 | $39.00 |
| 05/09/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1143375 DATE: 5/30/2012  Vendor: Dial Car Voucher #: DLA3541041 Date: 05/09/2012 Name: Austin Lilling||Car Service, Vendor: Dial Car Voucher #: DLA3541041 Date: 05/09/2012 Name: Austin Lilling | $194.27 |
| 05/09/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1143375 DATE: 5/30/2012  Vendor: Dial Car Voucher #: DLA3644772 Date: 05/09/2012 Name: David Botter||Car Service, Vendor: Dial Car Voucher #: DLA3644772 Date: 05/09/2012 Name: David Botter | $129.48 |
| 05/10/12 | Computerized Legal Research - Westlaw User: HARRIS.DAN Date: 5/10/2012 AcctNumber: 1000532285 ConnectTime: 0.0 | $194.43 |
| 05/10/12 | Meals (100%) 5/8/12  S Brauner VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800188; DATE: 5/10/2012 | $124.12 |
| 05/10/12 | Meals (100%) 5/9/12  P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800188; DATE: 5/10/2012 | $146.16 |
| 05/14/12 | Duplication - In House  Photocopy - Krasa-Berstell, Dagmar, NY, 1159 page(s) | $115.90 |
| 05/14/12 | Duplication - In House  Photocopy - Krasa-Berstell, Dagmar, NY, 640 page(s) | $64.00 |
| 05/15/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1172636 DATE: 5/20/2012  Catering Akin Gump - Mendy's at Rock Center - 05/15/2012 | $16.10 |
| 05/15/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1143375 DATE: 5/30/2012  Vendor: Dial Car Voucher #: DLA3561604 Date: 05/15/2012 Name: Austin Lilling||Car Service, Vendor: Dial | $197.53 |

| | | |
|---|---|---|
| 05/18/12 | Car Voucher #: DLA3561604 Date: 05/15/2012 Name: Austin Lilling Computerized Legal Research - Westlaw User: KRASA-BERSTELL,DAGMARA Date: 5/18/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $183.88 |
| 05/18/12 | Meals (100%)  5/16/12   M Andino - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800189; DATE: 5/18/2012 | $463.81 |
| 05/24/12 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 5/24/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $89.59 |
| 05/24/12 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 5/24/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $117.32 |
| | Current Expenses | $19,390.37 |