# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD MAY 1, 2012 THROUGH MAY 31, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 13 years; Admitted in 1989; Financial Restructuring Department | $995 | 15.90 | $15,820.50 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $975 | 48.45 | $47,238.75 |
| Fred S. Hodara | Partner for 23 years; Admitted in 1982; Financial Restructuring Department | $1,050 | 37.40 | $39,270.00 |
| Stephen B. Kuhn | Partner for 12 years; Admitted in 1991; Corporate Department | $825 | 1.10 | $907.50 |
| Patricia A. Millett | Partner for 5 years; Admitted in 1988; Litigation Department | $805 | 1.30 | $1,046.50 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $825 | 13.30 | $10,972.50 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $775 | 20.90 | $16,197.50 |
| Bruce E. Simonetti | Partner for 8 years; Admitted in 1995; ERISA Department | $810 | 0.70 | $567.00 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; Tax Department | $625 | 21.50 | $13,437.50 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $705 | 70.40 | $49,632.00 |
| Jason P. Rubin | Counsel for 1 year; Admitted in 2005; Financial Restructuring Department | $600 | 2.90 | $1,740.00 |

103469298 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Graeme D. Bell | International Law Advisor for 4 years; Admitted in 2003; Financial Restructuring Department | $630 | 6.20 | $3,906.00 |
| Daniel Z. Vira | Senor Attorney for 1 year; Admitted in 1993; ERISA Department | $630 | 15.60 | $9,828.00 |
| Sara L. Brauner | Associate for 2 years; Admitted in 2011; Financial Restructuring Department | $425 | 4.10 | $1,742.50 |
| Daniel J. Harris | Associate for 4 years; Admitted in 2009; Financial Restructuring Department | $500 | 39.20 | $19,600.00 |
| Brad M. Kahn | Associate for 5 years; Admitted in 2008; Financial Restructuring Department | $575 | 53.90 | $30,992.50 |
| Adam S. Krotman | Associate for 3 years; Admitted in 2010; Tax Department | $475 | 31.40 | $14,915.00 |
| Joshua Y. Sturm | Associate for 6 years; Admitted in 2007; Financial Restructuring Department | $600 | 17.40 | $10,440.00 |
| James E. Tysee | Associate for 3 years; Admitted in 2008; Litigation Department | $500 | 0.30 | $150.00 |
| Marc Neiman | Summer Associate | $350 | 25.70 | $8,995.00 |
| M. Abby Foley | Legal Assistant for 2 years; Financial Restructuring Department | $195 | 2.20 | $429.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 22 years; Financial Restructuring Department | $235 | 2.70 | $634.50 |
| Jonathan A. Samper | Legal Assistant for 1 year; Financial Restructuring Department | $215 | 0.80 | $172.00 |
| Peter J. Sprofera | Legal Assistant for 36 years; Financial Restructuring Department | $270 | 3.00 | $810.00 |

103469298 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Leslie W. Lanphear | Librarian for 17 years | $220 | 0.20 | $44.00 |

Total Amount of Fees:    $299,488.25
Total Number of Hours:   436.55
Blended Hourly Rate:     $686.03

103469298 v1