**CERTIFICATE OF SERVICE**

      I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Second Amended Agenda of Matters Scheduled for Hearing on July 11, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on July 10, 2012, in the manner indicated upon the entities identified below.

Date: July 10, 2012                                                            */s/ Tamara K. Minott*
Wilmington, DE                                                     Tamara K. Minott (No. 5643)

**Via Fax**

| | |
|---|---|
| Ken Coleman Esq<br>Lisa J.P. Kraidin. Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>20th Floor<br>New York, NY 10020<br>Fax: 212-610-6399 | Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King Street<br>Wilmington, DE 19801<br>Fax: 302-651-7701 |
| Thomas P. Tinker. Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207 Lockbox 35<br>Wilmington, DE 19801-3519<br>Fax: 302-573-6497 | Fred S. Hodara Esq.<br>Ryan C. Jacobs Esq.<br>David H. Botter Esq.<br>Akin Gump<br>One Bryant Park<br>New York, NY 10036<br>Fax: 212-872-1002 |
| Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>Fax: 302-652-4400 | Thomas R. Kreller<br>MILBANK, TWEED, HADLEY & MCLOY LLP<br>601 South Figueroa St., Suite 3000<br>Los Angeles, CA 90017<br>Fax: 213-892-4763 |
| Mary F. Caloway Esq.<br>Mona A. Parikh<br>Buchanan Ingersoll & Rooney<br>1105 N. Market Street<br>Suite 1900<br>Wilmington, DE 19801-1228<br>Fax: 302-552-4295 | Mark C. Haut<br>Fulbright & Jaworski LLP<br>Counsel to AudioCode<br>666 Fifth Ave.<br>New York, NY 10103<br>Fax: 212-318-3400<br>(Counsel for AudioCodes) |

Jeffrey A. Scharf
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294
Fax : 804-440-1171

**Via Overnight Mail**

John J. Rossi
1568 Woodcrest Dr.
Wooster, OH 44691

Brad Henry
11596 W. Sierra Dawn Blvd.
Space 386
Surprise, AZ 85378

Peter Lawrence
16295 Via Venetia W.
Delray Beach, FL 33484

**Via Express Mail**

Deborah Jones
PO Box 458
Willow Spring, NC 27592

4145343.16