Judge Kevin Gross
824 market street, 6th floor
Wilmington, DE 19801

Re: Nortel Networks INC. Chapter 11.  Case No: 09-10138(KG)

Dear Judge Gross,
Your Honor, my name is Jerry Wadlow, and I am on Long Term Disability from Nortel Networks. MY disability is severe degenerative disc disease. I have had 6 back surgeries, 2 neck surgeries, and am on strong pain medication for the rest of my life.

I want to express my concerns regarding the current situation everyone on Long Term Disability is going through. Personally, I did not want to go out on LTD, but after my doctors requesting me to do so three separate times, I finally relented. I wanted to keep working and could have gone out on LTD in 2002 rather than 2004. I truly enjoyed my career, was very good at what I did, and wanted to continue to contribute to Nortel's success as well as my own.

To get on LTD, I had to be approved by Nortel's disability manager (Prudential), had to get on SSDI, and be deemed 100% disabled unable to perform any type of work what so ever, and since I was approved and have had to send a physician's report periodically when requested by Prudential, I feel that due to my claim being approved, reapproved, and still approved by Prudential, that the claim should be closed to any further stipulation. Simply due to the fact that the process to be approved is very stringent, so that anyone on LTD must meet all criteria to be, and remain approved to receive the pay, and benefits promised to us by Nortel.

My first concern is the lack of communication between the LTD committee and the rest of us on LTD. Due to Nortel's confidentiality agreement they had to sign; they are unable to share any information with the rest of us. Without receiving any information, or knowing what is happening, how can I be expected to make any type of decision regarding the pay, and benefits promised by Nortel until I reach the age of 65, I am currently 51 years old.

Secondly, I was approved for long term disability, have been, and still am receiving my benefits at this time. Nortel has already tried to terminate all of our benefits, and I would imagine they are still trying to throw all of us off to the side, and be rid of us. Since I am 100% disabled, how is it possible that Nortel categorizes me as an active employee not working? I would ask the court that my disability claim be allowed, and undisputed.

Your Honor, at the very least, I would like to be heard.

Thank You,
Sincerely,

Jerry Wadlow    PO Box 79              Phone: 405 257 2102    email: jerry.wadlow@yahoo.com
                Wewoka, OK 74884