July 6, 2012

Charles V. Barry
Nortel Networks LTD

Attn: David D. Bird, Clerk of Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Honorable Judge Kevin Gross,

I am writing to you out of concern for the future of my family. I am one of the many LTD employees of Nortel, and anxiously awaiting the outcome of litigation currently taking place.

We are being kept completely in the dark as of the on goings as of late. As we are fully aware of the confidentiality agreements, it is very stressful not knowing the progression of the proceedings. Although I understand and appreciate the committee's responsibility, we are unable at this time to interject our concerns as to the issues that we feel pertinent to our individual situations.
We are immensely grateful to the committee for their diligent work as they represent the LTD Employees of Nortel. We do feel, however, we should be involved in decisions where our future is to be determined by the outcome of these meetings. We are unable at this time to make informed decisions about our future and which direction we need to go in preparation.

My medical condition has rendered me unemployable and I fear for the future of not only myself, but for my Wife and Daughter as well. My medical condition is continually placing stress on them as well. This will only compound our difficulties. We realize that there are people much worse off than we are. These regrettable circumstances have been unjustly forced upon us.

We are confident that the U S Bankruptcy Court will address this case with compassion and fairness. This situation has been clearly brought about, by the greed and poor management of CEO's and their colleagues. It saddens me still, to have witnessed a thriving company such as Nortel be brought to its' demise as a result. We, the LTD's and Retirees are now facing our own personal demise. Nortel needs to be held accountable. We are not asking for anything that we had not agreed upon when we were loyal, hard working employees.

Regards,

Charles V. Barry
LTD Employee, Nortel Networks