Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 06/04/12 | EH | Review agenda for 6/06/12 hearing | 0.10 |
| 06/19/12 | EH | Review agenda for 6/21/12 hearing; discuss with J. Hoover | 0.10 |
| 06/25/12 | EH | Review ECF notices and download thirteenth omnibus order approving fee applications; forward to R. Lemisch and J. Hoover | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.30 | $72.00 |
| | | | 0.30 | $72.00 |
| | | TOTAL: | 0.30 | $72.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2012

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/04/12 | LMS | Email to M. Cook regarding May estimated accruals | 0.10 |
| 06/07/12 | JES | Review email and proposed order from A. Cordo regarding upcoming fee application hearing | 0.20 |
| 06/13/12 | RHL | Edit time for fee application | 0.20 |
| 06/19/12 | JES | Review email from A. Cordo regarding hearing on fee application | 0.10 |
| 06/21/12 | JRH | Email with L. Behra regarding fee order | 0.10 |
| 06/26/12 | LMS | Preparation of BFCA monthly fee application for May 2012 | 0.20 |
| 06/28/12 | LMS | Preparation of BFCA monthly fee application for May 2012 | 0.30 |
| 06/28/12 | LMS | Review docket regarding objections to BFCA monthly fee application for April 2012 | 0.10 |
| 06/28/12 | LMS | Prepare CNO regarding BFCA monthly fee application for April 2012 | 0.10 |
| 06/28/12 | LMS | File CNO regarding BFCA monthly fee application for April 2012 | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.10 | $39.50 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.20 | $125.00 |
| | | | 0.30 | $164.50 |
| ASSOCIATE | | | | |
| JENNIFER E. SMITH | (JES) | $265.00 | 0.30 | $79.50 |
| | | | 0.30 | $79.50 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMS) | $200.00 | 0.90 | $180.00 |
| | | | 0.90 | $180.00 |
| | | TOTAL: | 1.50 | $424.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2012

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/01/12 | EH | Review 5/31/12 adversary status report | 0.10 |
| 06/05/12 | JRH | Telephone call received from E. Bussigel regarding Genband issues and follow up related thereto; review response | 0.50 |
| 06/06/12 | RHL | Review information regarding Genband matter | 0.10 |
| 06/06/12 | EH | Review 6/04/12 adversary status report | 0.10 |
| 06/13/12 | EH | Review 6/07/12 adversary status report | 0.10 |
| 06/19/12 | JRH | Emails with E. Bussigel regarding hearing | 0.20 |
| 06/19/12 | EH | Prepare hearing binder for 6/21/12 hearing regarding GENBAND motion to conduct discovery | 0.30 |
| 06/19/12 | EH | Review 6/18/12 adversary status report | 0.10 |
| 06/20/12 | JRH | Coordinate with E.Hein regarding Nortel agenda and hearing | 0.10 |
| 06/20/12 | EH | Review and respond to email from J. Hoover regarding status of 6/21/12 hearing | 0.10 |
| 06/21/12 | JRH | Review Genband Motion for Leave to take discovery (as it affects CTDI litigation) and attend hearing thereon. | 2.50 |
| 06/21/12 | JRH | Email with R. Bello regarding scheduling issues related to omnibus hearing | 0.10 |
| 06/21/12 | JES | Confer with J. Hoover regrading Court's ruling on Genband's request for discovery | 0.20 |
| 06/22/12 | EH | Review email from J. Hoover regarding outcome of 6/21/12 hearing on GENBAND motion to conduct discovery | 0.10 |
| 06/25/12 | EH | Review 6/25/12 adversary status report | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 3.40 | $1,343.00 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.10 | $62.50 |
| | | | 3.50 | $1,405.50 |
| **ASSOCIATE** | | | | |
| JENNIFER E. SMITH | (JES) | $265.00 | 0.20 | $53.00 |
| | | | 0.20 | $53.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 1.00 | $240.00 |
| | | | 1.00 | $240.00 |
| | | TOTAL: | 4.70 | $1,698.50 |