# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
----------------------------------------------------------X

## NOTICE OF RESCHEDULED HEARING DATE

TO ALL PARTIES ON THE ATTACHED SERVICE LIST:

      PLEASE TAKE NOTICE that all matters originally scheduled for October 24, 2012 at 10:00 a.m. (ET) have been rescheduled to **October 18, 2012 at 11:00 a.m. (ET)**.

      PLEASE TAKE FURTHER NOTICE that the hearing will be held before The Honorable Kevin Gross, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court located at 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Dated: July 11, 2012
       Wilmington, Delaware

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ Tamara K. Minott*
                                  Derek C. Abbott (No. 3376)
                                  Eric D. Schwartz (No. 3134)
                                  Ann C. Cordo (No. 4817)
                                  Tamara K. Minott (No. 5643)
                                  1201 North Market Street, 18th Floor
                                  P.O. Box 1347
                                  Wilmington, DE  19899-1347

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

       Telephone:  302-658-9200
       Facsimile:  302-425-4663

       and

       CLEARY GOTTLIEB STEEN & HAMILTON LLP

       James L. Bromley (admitted *pro hac vice*)
       Lisa M. Schweitzer (admitted *pro hac vice*)
       One Liberty Plaza
       New York, New York 10006
       Telephone:  (212) 225-2000
       Facsimile:  (212) 225-3999

       Counsel for the Debtors and
       Debtors in Possession

4344982.1