IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :
                                                         :   Chapter 11
*In re*                                                  :
                                                         :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
                                                         :   Jointly Administered
        Debtors.                                         :
                                                         :
                                                         :   RE: D.I. 7818
                                                         :
---------------------------------------------------------X

**ORDER REQUIRING THE TRUSTEE FOR THE NORTEL NETWORKS U.K. PENSION PLAN AND THE BOARD OF THE PENSION PROTECTION FUND TO FILE A MORE DEFINITE STATEMENT OF CLAIM**

Upon the objection (the "Objection") and motion (the "Motion") dated June 11, 2012,[2] of Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (the "Debtors") and the supporting papers filed therewith, pursuant to Sections 105 and 502 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 3001, 3007, 7012 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order requiring the Nortel Networks U.K. Pension Trust Limited (as Trustee of the Nortel Networks U.K. Pension Plan) and the Board of the Pension Protection Fund (collectively, the "Claimants") to provide a more definite statement of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332) ("NNI"), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA"). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Objection and Motion.

claims contained in the proofs of claim they filed against NNI and its various affiliated debtors on or about September 30, 2009 and against NN CALA on or about January 25, 2010 (the "Claims"),[3] attaching supporting documentation, and setting July 31, 2012 as the deadline for Claimants to file amended Claims against the Debtors, as more fully described in the Motion; and adequate notice of the Objection and Motion having been given as set forth in the Objection and Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Objection and Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having further determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Objection and Motion are GRANTED.

2. Claimants are ordered to serve a more definite statement of their Claims on or before ~~September 5~~, 2012, which shall attach ~~all~~ supporting documentation ~~as required by applicable law and prior orders of this Court~~. to

3. If Claimants do not file such amended Claims and supporting documentation by ~~September 5~~, 2012, their Claims and any and all prepetition claims of Claimants against the Debtors ~~shall~~ may be disallowed and expunged with prejudice.

---

[3] The Claims include proof of claim numbers 5573, 5574, 5575, 5576, 5577, 5578, 5579, 5580, 5581, 5582, 5583, 5584, 5585, 5586, 5587, and 6979.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 11, 2012
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE