# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| Debtor: | NORTEL NETWORKS INC., ET AL. | | |
| Case Number: | 09-10138-KG | Chapter: | 11 |
| Date / Time / Room: | WEDNESDAY, JULY 11, 2012 10:00 AM   CRT#3, 6TH FL. | | |
| Bankruptcy Judge: | KEVIN GROSS | | |
| Courtroom Clerk: | SHERRY SCARUZZI | | |
| Reporter / ECR: | GINGER MACE | | |

### Matters:

1) OMNIBUS HEARING; Adv. Oral Argument - Commonwealth of Virginia ; (jount hearing w/Canada)
   R / M #:   7,977 / 0

2) **ADV: 1-12-50608**
   **Nortel Networks, Inc. vs Commonwealth of Virginia Department of T**
   Oral Argument  and  Pretrial Conference
   R / M #:   13 / 0

3) **ADV: 1-12-50773**
   **Nortel Networks Inc. vs State of Michigan Department of Treasury**
   Preliminary Injunction Motion
   R / M #:   23 / 0

4) **ADM: 09-10164-KG**
   Joint hearing
   R / M #:   0 / 0

5) **ADV: 1-11-50195**
   **Nortel Networks Inc. vs SCI Brockville Corp. d/b/a BreconRidge C**
   9019 Motion
   R / M #:   39 / 0

6) **ADV: 1-11-52298**
   **Nortel Networks Inc. vs AudioCodes, Inc.**
   9019 Motion
   R / M #:   46 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

**(continue)...    09-10138-KG**            **WEDNESDAY, JULY 11, 2012 10:00 AM**

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 8/22/12 @ 10:00 am
#2 - Adjourned to 8/1/12 @ 10:00 am
#3 -  A- 11-50195 -  CNO Filed and Order Signed
#4 -   A- 11-52298 - CNO Filed and Order Signed
#5 - Joint hearing with Canada -  Approved - ORDER SIGNED
#6 -   ORDER SIGNED - Filing of Amended Proofs of Claim should be done by 9/5/12;
#7 -  Motion Adjourned - ruling differed, Motion to be heard in late September or early October; Parties will confer on a date
#8 - A- 12-50608 -  Denied - ORDER SIGNED
#9 - A- 12-50773 -   Granted - ORDER SIGNED
#10 -  Pretrial Conference is not going forward
#11 -  Mediation is in progress, if settlement is not reached by next week a motion to terminate may be filed, at that time the court will take into consideration the letters from long term disabled former employees at another hearing.  Judge Gross to issue a Notice of Appearance.
#12 - Status Conference for EMEA Debtors - Justice Morawetz and Judge Gross will confer on the concerns of everyone.