**CERTIFICATE OF SERVICE**

      I, William F. Taylor, Jr., hereby certify that July 11, 2012, I caused a true and correct copy of the foregoing *Certificate of No Objection Regarding the Ninth Monthly Application of McCarter & English LLP, As Counsel to The Official Committee of Retirees For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012* to be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

                              /s/ *William F. Taylor, Jr.*
                              William F. Taylor, Jr. (#2936)

| | |
|---|---|
| Thomas P. Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801-3519<br>(Trustee) | Nortel Networks, Inc.<br>Attn: Accounts Payable<br>P.O. Box 13010<br>RTP, NC 27709 |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br>(Counsel for Official Committee Of Unsecured Creditors) | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>(Counsel for Official Committee Of Unsecured Creditors) |
| Derek C. Abbott, Esq.<br>Ann C. Cordo, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(Debtor's Counsel) | James L. Bromley<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(Debtor's Counsel) |
| | Rafael Xavier Zahralddin-Aravena<br>Elliott Greenleaf<br>1105 North Market Street, Suite 1700<br>P.O. Box 2327<br>Wilmington, DE 19801 |

ME1 13780379v.1