# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138/09-10164 - KG
**COURTROOM LOCATION:** 3
**DATE:** 7/11/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian E. O'Connor | Willkie Farr & Gallagher LLP | Trustee of Nortel UK Pensions |
| Jeffrey Schorf | TACS PC | Virginia Dept of Taxation |
| Ken Coleman | Allen & Overy | E&Y as Monitor |
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen & Hamilton | " |
| Sumner Bromley | " | " |
| Neil Forrest | " | " |
| Sara Kim | " | " |
| Fawn Hurley | " | " |
| Emily Bussigel | " | " |
| Megan Fleming | " | " |
| Justin Alberto | Bayard | UK Pension Claimants |
| Rafael Zahralddin | Elliott Greenleaf | LTD Committee |
| Mary Caloway | Buchanan Ingersoll | E&Y as Monitor |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138/09-10164 - KG
**COURTROOM LOCATION:** 3
**DATE:** 7/11/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Dorsey | Young Conaway | EMEA Debtors |
| Fred Hodara | Akin Gump | Official Comm. Unsecd. Creditors |
| David Botter | " | " |
| Brad Kahn | " | " |
| Abid Qureshi | " | " |
| Chris Samis | Richards Layton | " |
| Bonnie Glantz Fatell | Blank Rome | Ad Hoc Committee of Deferred Comp. Plan Beneficiaries |
| Robert Kugler | Bernstein Shur | Fourth Estate |
| Thomas Vitale | Mayor Brown | |
| Patrick Tinker | US Trustee | US Trustee |

# Court Conference

**Calendar Date:** 07/11/2012
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross Courtroom

*Amended Calendar 07/11/2012 06:26 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Chuck Barry (LTD Employee) | | Elliott Greenleaf | Interested Party, Chuck Barry / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Brent Beasley (LTD Employee) | | Elliott Greenleaf | Interested Party, Brent Beasley / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Victoria Belyavsky | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Network, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Stephen Blauner | | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Bonnie Boyer (LTD Employee) | | Elliott Greenleaf | Interested Party, Bonnie Boyer / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Susan S. Chen | | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Marilyn Day (LTD Employee) | | Elliott Greenleaf | Interested Party, Marilyn Day / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Allison M. Dietz | | State of Michigan - Office of the | Defendant(s), State of Michigan Department of Treasury / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Heather Donald | | State of Michigan - Office of the | Defendant(s), State of Michigan Department of Treasury / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Scott Friedman | | Claims Recovery Group, LLC. | Creditor, Claims Recovery Group LLC. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Maureen Gennett (LTD Employee) | | Elliott Greenleaf | Interested Party, Maureen Gennett for Scott Gennett / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Brad Henry | | Brad Henry - In Pro Per/Pro Se | In Propria Persona, Brad Henry / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Robert Horne | | CCC Inc. | In Propria Persona, Robert Horne / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Dianna Irish (LTD Employee) | | Elliott Greenleaf | Interested Party, Dianna Irish / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Mark Janis (LTD Employee) | | Elliott Greenleaf | Interested Party, Mark Janis / LISTEN ONLY |

Raymond Reyes                                            CourtConfCal2009                                            Page 1 of 2

| Case | Type | Name | Firm | Representing |
|---|---|---|---|---|
| Nortel Networks Inc., 09-10138 et al | Hearing | Deb Jones | Deb Jones - In Pro Per/Pro Se | In Propria Persona, Deb Jones (Employee) / LIVE |
| Nortel Networks Inc., 09-10138 et al | Hearing | Peter Lawrence (LTD Employee) | Elliott Greenleaf | Interested Party, Peter Lawrence / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | Estelle Loggins | Estelle Loggins - In Pro Per/Pro Se | Creditor, Nortel Networks / LIVE |
| Nortel Networks Inc., 09-10138 et al | Hearing | Vernon Long (LTD Employee) | Elliott Greenleaf | Interested Party, Vernon Long / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | Daniel A. Lowenthal | Patterson, Belknap, Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | Olivia Mauro | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | Paul McDonald | Bernstein Shur Sawyer & Nelson | Creditor, Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | Michael McWalters (LTD Employee) | Elliott Greenleaf | Interested Party, Michael McWalters / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | Paul Morrison | Paul Morrison - In Pro Per/Pro Se | In Propria Persona, Paul Morrison / LIVE |
| Nortel Networks Inc., 09-10138 et al | Hearing | Carol Raymond | Nortel Networks Inc. | In Propria Persona, Carol Raymond / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | Steven Robinson | Aristeia Capital | Interested Party, Aristeia Capital / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | John J. Rossi | John J. Rossi - In Pro Per/Pro Se | In Propria Persona, John J. Rossi / LIVE |
| Nortel Networks Inc., 09-10138 et al | Hearing | Dennis Ruggere | UBS Securities LLC | Creditor, UBS / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | Stephanie Skelly | Togut, Segal & Segal LLP | Creditor, Offical Committee of Retiree / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | Rebecca Song | CITI | Representing, CITI / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | Kevin J. Starke | CRT Capital Group, LLC | Interested Party, CRT Capital Group LLC / LISTEN ONLY |
| Nortel Networks Inc., 09-10138 et al | Hearing | Nancy A. Wilson | Nancy A. Wilson - In Pro Per/Pro Se | In Propria Persona, Nancy A. Wilson / LIVE |
| Nortel Networks Inc., 09-10138 et al | Hearing | Matthew A Zloto | Aurelius Capital Management, LP | Creditor, Aurelius Capital Management / LISTEN ONLY |