# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JUNE 1, 2012 THROUGH JUNE 30, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/1/2012 | Employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/4/2012 | Employee claims call with M. Cilia of RLKS and J. Croft of Cleary. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/6/2012 | Call with J. Croft of Cleary regarding schedule analyses. | 0.40 | 420 | 168.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/6/2012 | Call with D. Culver of MNAT regarding preference analysis. | 0.60 | 420 | 252.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/7/2012 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/12/2012 | Calls with M. Cilia of RLKS regarding employee claims. | 0.80 | 420 | 336.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/12/2012 | Weekly trade payable claims call with R. Boris of Nortel. | 0.50 | 420 | 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/21/2012 | Weekly employee claims call with M. Cilia of RLKS and J. Croft of Cleary. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/25/2012 | Calls with M. Cilia of RLKS regarding employee claim matters. | 0.80 | 420 | 336.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/28/2012 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/29/2012 | Calls with A. Tsai of Epiq to discuss notification requirements for employee claim matters. | 1.80 | 420 | 756.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 6/5/2012 | Reconciled schedule exhibits provided by A. Tsai of Epiq. | 2.20 | 420 | 924.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 6/5/2012 | Reviewed schedule comments provided by J. Croft of Cleary. | 1.30 | 420 | 546.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 6/8/2012 | Reviewed schedule exhibits and provided updates to A. Tsai of Epiq. | 2.10 | 420 | 882.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 6/11/2012 | Reconciled updated schedule exhibits and documented comments. | 2.30 | 420 | 966.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 6/11/2012 | Reviewed notification documents provided by A. Tsai of Epiq. | 2.10 | 420 | 882.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 6/11/2012 | Reviewed schedule exhibits and provided analysis to L. Bagarella of Cleary. | 2.30 | 420 | 966.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 6/12/2012 | Worked with M. Cilia of RLKS on notification information for schedules. | 1.90 | 420 | 798.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 6/12/2012 | Worked with D. Ray of Nortel and M. Cilia of RLKS on notification information for schedules. | 1.30 | 420 | 546.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 6/12/2012 | Reconciled schedule and employee claim information per request of J. Croft of Cleary. | 2.30 | 420 | 966.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 6/13/2012 | Reviewed schedule information provided by J. Croft of Cleary. | 1.80 | 420 | 756.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 6/26/2012 | Corresponded with M. Cilia of RLKS regarding schedule supporting documentation. | 1.70 | 420 | 714.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Matthew J. Fisher | 6/27/2012 | Review MOR; correspondence with C. Moore (Nortel) | 0.50 | 565 | 282.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/18/2012 | Updated monthly fee application documents and exhibits and provided to Huron managing director for review. | 2.50 | 420 | 1,050.00 |
| 6 | Retention and Fee Applications | James Lukenda | 6/18/2012 | Nortel - review monthly fee statement and sign-off | 0.20 | 725 | 145.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/1/2012 | Updated preference analyses per request of J. Sherrett and K. Sidhu of Cleary. | 1.60 | 420 | 672.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/1/2012 | Updated preference analyses per request of D. Culver of MNAT. | 1.00 | 420 | 420.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/5/2012 | Updated preference exhibit per request of K. Sidhu of Cleary. | 1.10 | 420 | 462.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/5/2012 | Updated preference analysis defenses per request of D. Culver of MNAT. | 2.30 | 420 | 966.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/26/2012 | Corresponded with M. Cilia of RLKS regarding avoidance action summary. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/1/2012 | Updated employee claims analyses and provided comments to M. Cilia of RLKS. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/4/2012 | Reviewed employee claims analyses provided by M. Cilia of RLKS. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/4/2012 | Investigated employee claim issues per request of M. Cilia of RLKS. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/4/2012 | Updated employee claims analysis and provided comments to D. Parker of Nortel. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/4/2012 | Updated employee claims analysis with information provided by Nortel. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/5/2012 | Investigated employee claims issues per request of M. Cilia of RLKS. | 1.10 | 420 | 462.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/6/2012 | Worked with A. Tsai of Epiq on employee claim notifications. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/6/2012 | Corresponded with D. Ray of Nortel regarding employee claim issues. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/6/2012 | Updated employee claims analyses based on comments from M. Cilia of RLKS. | 2.10 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/6/2012 | Reconciled employee claims analyses and updated discrepancies accordingly. | 2.40 | 420 | 1,008.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JUNE 1, 2012 THROUGH JUNE 30, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/7/2012 | Updated employee claims analysis with information provided by D. Parker of Nortel. | 2.40 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/7/2012 | Reconciled employee claim analyses and documented notes. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/7/2012 | Corresponded with M. Cilia of RLKS and D. Parker of Nortel regarding employee claims analyses. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/8/2012 | Reviewed and updated employee claims analysis with information provided by Nortel. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/11/2012 | Updated employee claims analysis and provided to M. Cilia of RLKS. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/13/2012 | Prepared employee claim analysis per request of M. Cilia of RLKS. | 2.10 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/20/2012 | Corresponded with A. Tsai of Epiq regarding employee claim matters. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/20/2012 | Reviewed employee claims notifications and documented notes. | 2.40 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/20/2012 | Reconciled employee claim analyses and noted discrepancies. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/21/2012 | Reconciled employee claims analyses and documented discrepancies. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/21/2012 | Documented employee claim notes and corresponded with J. Croft of Cleary. | 2.40 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/21/2012 | Reviewed and updated employee claims analysis and provided comments to M. Cilia of RLKS. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/22/2012 | Reviewed comments from J. Croft of Cleary and updated employee claim communication documents. | 2.20 | 420 | 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/22/2012 | Corresponded with A. Tsai of Epiq regarding employee claim communication documents. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/22/2012 | Updated employee claims analysis per comments from M. Cilia of RLKS. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/25/2012 | Updated employee claims analysis based on comments from J. Croft of Cleary. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/25/2012 | Reviewed employee claim communication documents provided by A. Tsai of Epiq. | 2.20 | 420 | 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/25/2012 | Reconciled employee claim communication documents against updated analysis. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/25/2012 | Reviewed employee claim methodology document provided by D. Parker of Nortel. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/26/2012 | Reconciled employee claim communication documents and notes regarding the same. | 2.40 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/26/2012 | Reviewed employee claim communication documents and notes from Cleary regarding the same. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/26/2012 | Corresponded with M. Cilia of RLKS regarding employee claims analysis. | 0.90 | 420 | 378.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/27/2012 | Worked with M. Cilia of RLKS on employee claim issues. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/27/2012 | Corresponded with A. Tsai of Epiq regarding employee claim documents. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/27/2012 | Reconciled employee claim communication documents updated by A. Tsai of Epiq. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/27/2012 | Reviewed updated employee claim communication documents provided by A. Tsai of Epiq and documented notes. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/28/2012 | Prepared employee claim communication per request of M. Cilia of RLKS. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/28/2012 | Reconciled employee claim documents provided by A. Tsai of Epiq. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/28/2012 | Reviewed employee claim issues from J. Croft of Cleary and corresponded with A. Tsai of Epiq. | 2.10 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/29/2012 | Worked with A. Tsai of Epiq on employee claim communication documents. | 2.40 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/29/2012 | Corresponded with J. Croft of Cleary and A. Tsai of Epiq regarding employee claim matters. | 1.70 | 420 | 714.00 |
| 25 | Case Administration | James Lukenda | 6/18/2012 | Nortel - update file re correspondence on open matters, discuss status with Huron manager. | 0.50 | 725 | 362.50 |