# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD JUNE 1, 2012 THROUGH JUNE 30, 2012**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
|  |  |  |  | $0.00 |