### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------X
                                                                 :
                                                                 :   Chapter 11
In re                                                            :
                                                                 :
Nortel Networks Inc., et al.,¹                                   :   Bankr. Case No. 09-10138 (KG)
                                                                 :
                Debtors.                                         :
------------------------------------------------------------- X      (Jointly Administered)
Nortel Networks Inc.,                                            :
                                                                 :
                                                                 :
                      Plaintiff,                                 :   Adv. Proc. No. 11-50195 (KG)
v.                                                               :
                                                                 :   Re: D.I. 7967, 38
SCI Brockville Corp. d/b/a BreconRidge Corporation,              :
                                                                 :
                      Defendant.                                 :
-----------------------------------------------------------------X
```

**NOTICE OF SERVICE**

       PLEASE TAKE NOTICE that on July 12, 2012, a copy of the **Order Approving the Stipulation of Settlement of Avoidance Claims by and between Nortel Networks Inc. and SCI Brockville Corp. d/b/a BreconRidge Corporation** was served in the manner indicated on the persons on the attached service list.

Dated: July 12, 2012  
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   /s/ Tamara K. Minott
Donna L. Culver (No. 2983)  
Derek C. Abbott (No. 3376)  
Tamara K. Minott (No. 5643)  
1201 North Market Street  
Wilmington, Delaware 19801  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989  

and

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted pro hac vice)  
Lisa M. Schweitzer (admitted pro hac vice)  
Neil P. Forrest (admitted pro hac vice)  
One Liberty Plaza

---

[1] In addition to Nortel Networks Inc. and Nortel Networks (CALA) Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Counsel for the Debtors and Debtors in Possession

**Via Hand Delivery**

Drinker Biddle & Reath LLP
Howard Cohen
1100 N. Market St.
Wilmington, DE 19801

**Via First Class Mail**

Drinker Biddle & Reath LLP
Robert Malone
500 Campus Dr.
Florham Park, NJ 07932