# **<u>EXHIBIT A</u>**

ME1 13780188v.1



# McCARTER & ENGLISH
### ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

July 11, 2012
Invoice 7796840

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---|
| **TOTAL FEES**.................................................................................................... | $72,315.95 |
| **TOTAL DISBURSEMENTS**................................................................................. | 1,822.50 |
| **TOTAL DUE THIS INVOICE** ............................................................................. | $74,138.45 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $71,838.21 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $145,976.66 |

Please include this page with your remittance. Thank you.



# McCARTER & ENGLISH
## ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment Instructions**
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
July 11, 2012
Invoice 7796840

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


| | |
|---|---|
| **TOTAL FEES**................................................................................ | $72,315.95 |
| **TOTAL DISBURSEMENTS**........................................................... | 1,822.50 |
| **TOTAL DUE THIS INVOICE** .......................................................... | $74,138.45 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $71,838.21 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $145,976.66 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

Professional Services Recorded Through 06/30/2012

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/01/12 | EXAMINATION OF LAW REGARDING ISSUES UNDER THE THREE THEORIES OF CHALLENGING THE TERMINATION OF THE RETIREE MEDICAL, INCLUDING THE CONTRACT THEORY, PROMISSORY ESTOPPEL AND THE BREACH OF FIDUCIARY DUTY. | 00952/MAD | 1.50 |
| 06/01/12 | REVIEW OF EMAILS REGARDING ISSUES RELATED TO THE CALCULATION OF THE SETTLEMENT AMOUNT FOR MEIDCAL LIFE AND LTL BENEFITS. | 00952/MAD | 0.50 |
| 06/01/12 | REVIEW OF PREVIOUSLY APPROVED VEBA DOCUMENTS IN BANKRUPTCY PROCEEDINGS AND EXTRACTING LANGUAGE FOR THE PROPOSED VEBA FOR THE 1114 COMMITTEE OF NORTEL. | 00952/MAD | 1.50 |
| 06/01/12 | INTRAOFFICE CONFERENCE DISCUSSING ISSUES RELATE TO THE ESTABLISHMENT OF A VEBA AND THE TIMEFRAME FOR APPROVAL IN CONNECTION WITH THE CONFIRMATION. | 00952/MAD | 0.50 |
| 06/01/12 | LENGTHY CONFERENCE ALL DISCUSSING VARIOUS ISSUES AND PROCEDURES RELATED TO ESTABLISHING A VEBA. | 00952/MAD | 1.00 |
| 06/01/12 | EXAMINE AND ANALYZE, REVISE AND FINALIZE THE 6TH MONTHLY OF TS&S FOR FILING. | 02718/WFT | 0.30 |
| 06/01/12 | CONTINUING EXAMINATION AND TRANSMITTAL OF JUDICIAL DECISIONS INVOLVING LEGAL CHALLENGES TO TERMINATION OF RETIREE WELFARE PLAN BENEFITS BASED ON EQUITABLE OR PROMISSORY ESTOPPEL THEORIES OF RECOVERY UNDER ERISA. | 02298/JSK | 2.00 |
| 06/01/12 | CONTINUING EXAMINATION AND TRANSMITTAL OF DECISIONS WHERE RETIREES HAVE SUCCESSFULLY CHALLENGED TERMINATION OF RETIREE WELFARE PLAN BENEFITS ON AN ERISA BREACH OF FIDUCIARY DUTY THEORY. | 02298/JSK | 6.00 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/01/12 | OFFICE CONFERENCE REGARDING VEBA PROCEDURAL ISSUES AND LEGAL RESEARCH AND CONSIDERATIONS REGARDING THE SAME. | 03651/KAB | 2.00 |
| 06/01/12 | CONFERENCE CALL WITH RETIREE COMMITTEE REGARDING VEBA ISSUES. | 03651/KAB | 1.00 |
| 06/01/12 | CONSIDERATION OF ITEMS TO ADDRESS IN POTENTIAL SETTLEMENT AGREEMENT REGARDING RETIREE WELFARE BENEFITS, AND DRAFTING BRIEF OUTLINE REGARDING THE SAME. | 03651/KAB | 3.10 |
| 06/01/12 | REVIEW AND CONSIDERATION OF DANA CORP. BANKRUPTCY DOCKET FOR VEBA AGREEMENT; CONFERRED WITH KBROWN AND SBERNSTEIN REGARDING THE SAME | 04979/CEM | 1.30 |
| 06/01/12 | CONFER WITH COUNSEL, REVIEW AND FORWARD PROPOSED EXHIBIT RELATED TO ORDER APPROVING QUARTERLY FEE APPLICATIONS; | 04990/JFS | 0.90 |
| 06/01/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY FEE APPLICATION OF TOGUT SEGAL AND SEGAL; PREPARE SERVICE OF SAME; | 04990/JFS | 0.50 |
| 06/04/12 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLEY REGARDING THE 1997 RETIREE DOCUMENT; CONSIDERATION OF LEGAL ISSUES REGARDING THE RESERVATION OF THE RIGHTS CLAUSE. | 00952/MAD | 0.50 |
| 06/04/12 | CONSIDERATION OF LEGAL ISSUES REGARDING VEBA RELATED IMPLEMENTATION ISSUES; FURTHER REVIEW OF MODEL VEBA LANGUAGE. | 00952/MAD | 0.80 |
| 06/04/12 | REVIEW OF PRECEDENT ORDERS AND SETTLEMENT AGREEMENTS REGARDING RETIREE WELFARE BENEFITS AND AN ESTABLISHMENT OF VEBAS. | 03651/KAB | 2.75 |
| 06/04/12 | REVIEW AND CONSIDERATION OF GM, DELPHI AND DANA BANKRUPTCY DOCKETS FOR INFORMATION RELATING TO VEBA AGREEMENTS; CONFERRED WITH KBROWN | 04979/CEM | 2.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | REGARDING THE SAME | | |
| 06/05/12 | REVIEW OF THE LETTER FROM CLEARY REGARDING ITS COUNTER OFFER AND MODIFICATION; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 1.00 |
| 06/05/12 | EXAMINE AND ANALYZE, EDIT AND APPROVE UNDERLYING DOCUMENTATION FOR UPCOMING M&E FEE APPLICATION. | 02718/WFT | 1.50 |
| 06/05/12 | EXAMINE AND ANALYZE AGENDA FOR UPCOMING HEARING ON JUNE 6TH TO DETERMINE WHAT MATTERS SCHEDULED FOR THAT DAY MAY AFFECT CLIENT INTERESTS. | 02718/WFT | 0.30 |
| 06/05/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 1.20 |
| 06/05/12 | REVIEW OF CORRESPONDENCE FROM DEBTORS' COUNSEL ENCLOSING SETTLEMENT PROPOSALS SUMMARIZING DEBTORS' COUNTER-OFFER TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES. | 02298/JSK | 0.10 |
| 06/05/12 | REVIEW AND ANALYZE COURT NOTICES AND MATTERS SET FOR HEARING ON 6/6. | 03706/KRB | 0.20 |
| 06/06/12 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER; REVIEW OF THE SUBMISSION TO THE MEDIATOR WITH RESPECT TO THE ALTERNATIVE THEORIES FOR TERMINATION OF THE RETIREE MEDICAL. | 00952/MAD | 1.30 |
| 06/06/12 | CONFERRING WITH NEIL BERGER REGARDING THE UPCOMING MEDIATION; CONFERRING WITH RESPECT TO ISSUES REGARDING THE SAME. | 00952/MAD | 0.50 |
| 06/06/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE ARGUMENTS TO BE MADE TO THE MEDIATOR WITH RESPECT TO CONTRACTUAL VESTING, PROMISSORY ESTOPPAL AND OTHER RELATED ARGUMENTS REGARDING THE TERMINATION OF RETIREE MEDICAL. | 00952/MAD | 0.80 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/06/12 | PARTICIPATING IN THE 1114 COMMITTEE WEEKLY MEETING. | 00952/MAD | 0.50 |
| 06/06/12 | TELEPHONE CALL FROM BRIAN MOORE REGARDING AUTHORITY CITED BY ATTORNEY FOR THE DEBTORS IN SUPPORT OF A CLAIMED RIGHT TO TERMINATE RETIREE WELFARE PLAN COVERAGE AT ANY TIME. | 02298/JSK | 0.05 |
| 06/06/12 | REVIEW OF JUNE 5, 2012 LETTER FROM ATTORNEY FOR THE COMMITTEE OF NORTEL RETIREES TO THE MEDIATOR SETTING OUT ARGUMENTS AS TO WHY RETIREE BENEFITS MAY NOT BE TERMINATED OR MODIFIED UNLESS THE DEBTORS REACH AN AGREEMENT WITH THE COMMITTEE OR OBTAIN A COURT ORDER. . | 02298/JSK | 0.10 |
| 06/06/12 | EXAMINATION OF CASE LAW CITED BY ATTORNEY FOR THE DEBTORS AS SUPPORT FOR A CLAIMED RIGHT TO UNILATERALLY TERMINATE RETIREE WELFARE PLAN COVERAGE AT ANY TIME. | 02298/JSK | 2.50 |
| 06/06/12 | PREPARE NINTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 1.20 |
| 06/07/12 | EXAMINE AND ANALYZE, DRAFT, REVISE AND FINALIZE THE 9TH MONTHLY OF M&E. | 02718/WFT | 0.50 |
| 06/07/12 | TELEPHONE CALL WITH COUNSEL FOR THE RETIREES' COMMITTEE REGARDING DECISIONS IN THE THIRD CIRCUIT PERTAINING TO CLAIMS THAT RETIREES HAVE BECOME " CONTRACTUALLY" VESTED IN THEIR WELFARE BENEFITS. | 02298/JSK | 0.10 |
| 06/07/12 | EXAMINATION AND TRANSMITTAL OF JUDICIAL DECISIONS INVOLVING LEGAL CHALLENGES TO TERMINATION OF RETIREE WELFARE PLAN BENEFITS BASED ON A "CONTRACTUAL" VESTING THEORY OF RECOVERY UNDER ERISA, INCLUDING DECISIONS PERTAINING TO IDENTIFICATION OF THE "CONTROLLING PLAN DOCUMENTS" TO BE EXAMINED IN DETERMINING THE MERITS OF THE CLAIM, DECISIONS ADDRESSING CIRCUMSTANCES UNDER WHICH PLAN DOCUMENTS HAVE BEEN | 02298/JSK | 10.25 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | DETERMINED TO BE AMBIGUOUS REGARDING AN INTENT TO VEST TRIGGERING CONSIDERATION OF EXTRINSIC EVIDENCE OF INTENT. | | |
| 06/08/12 | EXAMINE AND ANALYZE, FINALIZE AND APPROVE FOR FILING THE EIGHTH MONTHLY APPLICATION OF MCCARTER & ENGLISH LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD APRIL 1, 2012 THROUGH APRIL 30, 2012. | 02718/WFT | 0.40 |
| 06/08/12 | EXAMINATION AND TRANSMITTAL OF ERISA JUDICIAL DECISIONS CITED IN DEBTORS' JUNE 4, 2012 SETTLEMENT PROPOSAL TO COUNSEL FOR THE COMMITTEE. | 02298/JSK | 4.50 |
| 06/08/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.40 |
| 06/08/12 | REVISE AND ELECTRONICALLY FILE NINTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.70 |
| 06/10/12 | REVIEW OF THE SUMMARY OF THE UNISYS CASES REGARDING THE TERMINATION OF RETIREE MEDICAL IN PREPARATION FOR THE MEDIATION. | 00952/MAD | 1.00 |
| 06/10/12 | PREPARATION OF SYNTHESIS MATERIALS IDENTIFYING STRONGEST CASE LAW FOR PROPOSITIONS BEING URGED IN THE MEDIATION REGARDING RETIREES' RIGHTS TO CONTINUED UNCHANGED RETIREE WELFARE BENEFITS. | 02298/JSK | 3.00 |
| 06/11/12 | REVIEW OF THE PROPOSED COUNTER OFFER IN CONNECTION WITH THE PROPOSED SETTLEMENT; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME; PREPARING A MARK UP OF THE COUNTER OFFER AND EMAIL COMMUNICATION TO NEIL BERGER OF TOGUT FORWARDING THE SAME. | 00952/MAD | 1.80 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/11/12 | REVIEW OF EMAIL COMMUNICATION AND QUESTIONS BY RICHARD MILIN OF TOGUT; CONFERRING WITH RESPECT TO PROPOSED RESPONSES RELATED TO THE SAME; REVIEW OF CASE LAW REGARDING CONTRACT CLAIM VESTING AND PROMISSORY ESTOPPAL CLAIMS. | 00952/MAD | 1.00 |
| 06/11/12 | TELEPHONE CALL WITH COUNSEL FOR THE COMMITTEE REGARDING VARIOUS ELEMENTS OF THE ARGUMENT TO BE PRESENTED TO THE MEDIATOR THAT THE RETIREES MAY PREVAIL ON A CONTRACTUAL VESTING CLAIM. | 02298/JSK | 0.25 |
| 06/11/12 | REVIEW OF 1991 SUMMARY PLAN DESCRIPTION AND 1992 PLAN DOCUMENT AND EMAIL ADVICE TO COUNSEL FOR COMMITTEE REGARDING THEIR RELATION. | 02298/JSK | 2.25 |
| 06/11/12 | EXAMINATION AND TRANSMITTAL OF JUDICIAL DECISIONS TO COUNSEL FOR THE COMMITTEE SUPPORTING THE CLAIMS THAT THE RESERVATION OF RIGHTS PROVISION IN THE 1991 SUMMARY PLAN DESCRIPTION IS AMBIGUOUS, THAT CLASS-WIDE RELIEF IS APPROPRIATE FOR CERTAIN RETIREES, AND THAT THE APPLICATION FOR RETIREMENT BENEFITS CONSTITUTES A SEPARATE ERISA PLAN CONTAINING AN UNQUALIFIED AFFIRMATIVE PROMISE TO PAY BENEFITS FOR LIFE. | 02298/JSK | 5.00 |
| 06/11/12 | TELEPHONE CALL WITH COUNSEL FOR THE COMMITTEE REGARDING THE EXTENT TO WHICH THE 1991 SUMMARY PLAN DESCRIPTION IS CONSISTENT WITH THE 1992 PLAN DOCUMENT AND CASE LAW FAVORABLE TO THE RETIREES' "CONTRACTUAL" VESTING CLAIM. | 02298/JSK | 0.25 |
| 06/11/12 | REVIEW OF DRAFT SETTLEMENT COUNTERPROPOSAL PROPOSED BY THE RETIREES' COMMITTEE. | 02298/JSK | 0.25 |
| 06/11/12 | EMAIL ADVICE TO COUNSEL FOR THE COMMITTEE REGARDING WHETHER THE RETIREE WELFARE PLAN CONSTITUTES A "TOP HAT" PLAN. | 02298/JSK | 0.25 |
| 06/11/12 | PREPARATION FOR CALL WITH COUNSEL FOR | 02298/JSK | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | THE COMMITTEE REGARDING MOST FAVORABLE THIRD CIRCUIT JUDICIAL DECISIONS SUPPORTING RETIREES' CONTRACTUAL VESTING CLAIM. | | |
| 06/11/12 | EMAIL ADVICE TO COUNSEL FOR THE COMMITTEE REGARDING THIRD CIRCUIT CASE LAW SUPPORTING THE PROPOSITION THAT CLASS-WIDE RELIEF ON A CONTRACTUAL VESTING CLAIM IS AVAILABLE AND WITH RESPECT TO THE RELATIVE STATUS OF A SUMMARY PLAN DESCRIPTION AND A PLAN DOCUMENT WHERE THE TWO ARE INCONSISTENT, IN EVALUATING THE CONTRACTUAL VESTING CLAIM. | 02298/JSK | 0.50 |
| 06/11/12 | EXAMINATION OF THIRD CIRCUIT PRECEDENT AND EMAIL ADVICE TO COUNSEL FOR THE COMMITTEE IDENTIFYING THE STRONGEST CASE LAW IN SUPPORT OF THE PROPOSITION THAT THE RETIREE WELFARE PLAN AND SUMMARY PLAN DESCRIPTION DOCUMENTS ARE OF EQUAL IMPORTANCE IN EVALUATING A "CONTRACTUAL" VESTING CLAIM. | 02298/JSK | 3.25 |
| 06/11/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 06/12/12 | REVIEW OF CASE LAW ADDRESSING RESERVATION RIGHTS CLAUSE WHEN THERE IS AMBIGUITY AND THE LANGUAGE AND THE IMPLICATIONS FOR THE TERMINATION OF RETIREE MEDICAL. | 00952/MAD | 0.80 |
| 06/12/12 | REVIEW OF THE FINAL VERSION OF THE TERM SHEET AND RECONCILIATION PROVIDED TO THE MEDIATOR. | 00952/MAD | 0.50 |
| 06/12/12 | COMMUNICATING WITH RICHARD MILLEN FORWARDING COMMENTS TO THE DRAFT SETTLEMENT PROPOSAL. | 00952/MAD | 0.50 |
| 06/12/12 | REVIEW OF THE COUNTER PROPOSAL FOR THE TERM SHEET, AND PREPARATION OF REVISIONS AND COMMENTS. | 00952/MAD | 1.00 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/12/12 | FOLLOW UP TELEPHONE CONVERSATION WITH RICHARD MILLIN OF TOGUT REGARDING ADDITIONAL REVISIONS AND COMMENTS TO THE COUNTER PROPOSAL. | 00952/MAD | 0.30 |
| 06/12/12 | EXAMINATION OF THIRD CIRCUIT PRECEDENT REGARDING THE AVAILABILITY OF CLASS-WIDE RELIEF ON A CONTRACTUAL VESTING CLAIM. | 02298/JSK | 0.20 |
| 06/12/12 | EXAMINATION AND TRANSMITTAL OF THIRD CIRCUIT UNISYS DECISIONS DISCUSSING INJUNCTIVE RELIEF AWARDED TO RETIREES FOUND TO HAVE ESTABLISHED THAT THE EMPLOYER BREACHED ITS FIDUCIARY DUTY UNDER ERISA IN CONNECTION WITH COMMUNICATING THE CONDITIONS UNDER WHICH RETIREE WELFARE PLAN COVERAGE COULD BE TERMINATED. | 02298/JSK | 1.75 |
| 06/12/12 | EXAMINATION OF CASE LAW REGARDING AN APPLICATION FOR BENEFITS CONSTITUTING A SEPARATE ERISA PLAN WHERE ANOTHER PLAN ARGUABLY PROVIDING THE BENEFITS FOR WHICH THE APPLICATION IS MADE IS TERMINABLE AT ANY TIME BY THE PLAN SPONSOR. | 02298/JSK | 1.50 |
| 06/12/12 | REVIEW OF RETIREE COMMITTEE'S SETTLEMENT COUNTER PROPOSAL TERM SHEET. | 02298/JSK | 1.00 |
| 06/12/12 | TELEPHONE CALL WITH COUNSEL FOR THE COMMITTEE REGARDING DRAFT SETTLEMENT COUNTER PROPOSAL. | 02298/JSK | 0.08 |
| 06/12/12 | EXAMINATION AND TRANSMITTAL TO COUNSEL FOR THE COMMITTEE OF JUDICIAL DECISIONS IN WHICH RETIREE WELFARE PLAN AMENDMENT AND TERMINATION PROVISIONS WERE HELD TO BE AMBIGUOUS REGARDING THE EMPLOYER'S INTENT TO PROVIDE NON-TERMINABLE BENEFITS FOR LIFE. | 02298/JSK | 4.50 |
| 06/12/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SECOND QUARTERLY FEE APPLICATION OF TSS; | 04990/JFS | 0.40 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/12/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING THIRD QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.40 |
| 06/13/12 | EXAMINATION OF CASES REGARDING TERMINATION OF RETIREE MEDICAL; CONFERRING WITH RESPECT TO THE SAME. | 00952/MAD | 2.50 |
| 06/13/12 | CALL FROM COUNSEL FOR CREDITOR TEKSYSTEMS TO DISCUSS STATUS OF CASE AND PAYMENT ISSUES. | 02718/WFT | 0.30 |
| 06/13/12 | EXAMINE AND ANALYZE DRAFT NORTEL CNO REGARDING THIRD QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; DRAFT AND FINALIZE SAME FOR FILING. | 02718/WFT | 0.30 |
| 06/13/12 | CONTINUED EXAMINATION AND TRANSMITTAL TO COUNSEL FOR THE COMMITTEE OF THE MOST FAVORABLE PRO-RETIREE JUDICIAL DECISIONS HOLDING THAT RETIREE WELFARE PLAN DOCUMENTS CONTAIN AMBIGUOUS RESERVATION OF RIGHTS TO TERMINATE PROVISIONS. | 02298/JSK | 6.25 |
| 06/13/12 | REVIEW OF EMAIL FROM COUNSEL FOR THE COMMITTEE AND PREPARATION OF EMAIL RESPONSE REGARDING THE CONTINUED VALIDITY OF THE DECISION IN ALEXANDER V. PRIMERICA AS PRECEDENT IN SUPPORT OF THE ARGUMENT THAT THE 1991 NORTEL SUMMARY PLAN DESCRIPTION IS AMBIGUOUS REGARDING AN INTENT TO PROVIDE LIFETIME RETIREE MEDICAL AND LIFE INSURANCE COVERAGE. | 02298/JSK | 0.50 |
| 06/13/12 | REVIEW OF FINAL SETTLEMENT COUNTER PROPOSAL PREPARED BY COUNSEL FOR THE COMMITTEE. | 02298/JSK | 0.25 |
| 06/13/12 | EMAIL ADVICE TO COUNSEL FOR THE COMMITTEE REGARDING THE DECISION IN CIGNA V. AMARA AND ITS POSSIBLE IMPACT ON A CONTRACTUAL VESTING THEORY OF RECOVERY. | 02298/JSK | 0.25 |
| 06/13/12 | CONFERRING REGARDING THIRD CIRCUIT PRECEDENT TO BE USED IN ASSERTING A CONTRACTUAL VESTING THEORY OF | 02298/JSK | 1.40 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | RECOVERY AND THE AVAILABILITY OF CLASS-WIDE RELIEF FOR RETIREES WHO WORKED OR RETIRED DURING THE PERIOD THAT A SUMMARY PLAN DESCRIPTION CONTAINING A QUALIFIED RESERVATION OF RIGHTS TO TERMINATE WAS IN EFFECT. | | |
| 06/13/12 | CONTINUED EXAMINATION OF LAW REGARDING THE AVAILABILITY OF CLASS-WIDE RELIEF FOR NORTEL RETIREES WHO RETIRE OR WORK DURING THE PERIOD THAT A SUMMARY PLAN DESCRIPTION CONTAINING AN AMBIGUOUS RESERVATION OF RIGHTS TO TERMINATE THE PLAN IS IN EFFECT. | 02298/JSK | 3.00 |
| 06/14/12 | ATTENDING AND PARTICIPATING IN THE NORTEL MEDIATION AT CLEARY'S OFFICE IN NEW YORK CITY. | 00952/MAD | 12.00 |
| 06/14/12 | REVIEW OF MEMORANDA, CASE LAW AND OTHER DOCUMENTS IN PREPARATION FOR MEDIATION. | 00952/MAD | 0.80 |
| 06/14/12 | TRAVEL TO AND FROM THE OFFICE OF COUNSEL FOR THE DEBTORS TO ATTEND MEDIATION. | 02298/JSK | 2.00 |
| 06/14/12 | ATTENDANCE AT MEDIATION BETWEEN DEBTOR AND THE COMMITTEE IN NEW YORK CITY. | 02298/JSK | 9.00 |
| 06/14/12 | EXAMINATION OF CASE LAW DECIDED SUBSEQUENT TO THE DECISION IN ALEXANDER V. PRIMERICA AND EMAIL ADVICE TO COUNSEL FOR THE COMMITTEE REGARDING ANY DECISIONS PROVIDING MATERIAL ADDITIONAL SUPPORT FOR THE RETIREES' THEORIES OF RECOVERY IN AN ACTION BROUGHT UNDER ERISA CHALLENGING THE UNILATERAL TERMINATION OF THEIR RETIREE WELFARE PLAN COVERAGE. | 02298/JSK | 2.75 |
| 06/15/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING SECOND QUARTERLY FEE APPLICATION OF TSS; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 06/15/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SEVENTH MONTHLY FEE | 04990/JFS | 0.40 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | APPLICATION OF TSS; | | |
| 06/15/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING THIRD QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 06/15/12 | CONFER WITH COUNSEL REGARDING FEE APPLICATION OMNIBUS HEARING AND PROPOSED ORDER; | 04990/JFS | 0.30 |
| 06/18/12 | PARTICIPATING IN A CONFERENCE CALL OF THE PROFESSIONALS REGARDING THE WORK PLAN FOR ESTABLISHING A VEBA AND OTHER RELATED ISSUES. | 00952/MAD | 0.70 |
| 06/18/12 | OFFICE CONFERENCE REGARDING THE TERMS OF THE WORK PLAN FOR THE ESTABLISHMENT OF THE VEBA, THE VARIOUS TAX AND REPORTING REQUIREMENTS AND OTHER RELATED ISSUES. PREPARATION OF CHECKLIST. | 00952/MAD | 0.80 |
| 06/18/12 | EXAMINE AND ANALYZE, EDIT AND FINALIZE TS&S 7TH MONTHLY CNO. | 02718/WFT | 0.30 |
| 06/18/12 | EXAMINE AND ANALYZE DEBTORS MOTION TO EITHER EXPUNGE CLAIMS OF UK RETIREES OR FOR MORE DEFINITE STATEMENT. | 02718/WFT | 0.70 |
| 06/18/12 | CONFERENCE CALL WITH COUNSEL FOR THE COMMITTEE REGARDING NEXT STEPS TO BE TAKEN IN ESTABLISHING A VEHICLE TO HOLD SETTLEMENT PROCEEDS. | 02298/JSK | 0.70 |
| 06/18/12 | CONFERRING REGARDING GOVERNANCE ISSUES FOR ANY PROPOSED VEBA TO HOLD SETTLEMENT PROCEEDS. | 02298/JSK | 0.30 |
| 06/18/12 | CONFERENCE CALL WITH RETIREE MEDICAL PROFESSIONALS REGARDING SETTLEMENT AND POTENTIAL VEBA IMPLEMENTATION. | 03651/KAB | 0.75 |
| 06/18/12 | OFFICE CONFERENCE REGARDING TASK LIST FOR RETIREE MEDICAL VEBA IMPLEMENTATION AND GOVERNANCE. | 03651/KAB | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/18/12 | CONSIDERATIONS WITH RESPECT TO TASK LIST FOR VEBA IMPLEMENTATION AND GOVERNANCE. | 03651/KAB | 2.50 |
| 06/18/12 | REVIEW AND CONSIDERATION OF GM BANKRUPTCY DOCKET FOR INFORMATION RELATING TO VEBA AGREEMENTS; CONFERRED WITH KBROWN REGARDING THE SAME | 04979/CEM | 0.40 |
| 06/18/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING SEVENTH MONTHLY FEE APPLICATION OF TSS; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 06/19/12 | CORRESPOND WITH DEBTORS RE STATUS OF FEE APPLICATIONS AND UPDATE ALL COMMITTEE COUNSEL RE SAME. | 02718/WFT | 0.30 |
| 06/19/12 | GENERAL STRATEGY / STATUS CALL WITH LEAD COUNSEL ON MEDIATION AND OTHER ISSUES. | 02718/WFT | 0.30 |
| 06/19/12 | FURTHER CONSIDERATION AND DRAFTING OF TASK LIST. | 03651/KAB | 1.75 |
| 06/19/12 | CORRESPONDENCE RE COURT APPROVAL OF FEE APPLICATIONS. | 03706/KRB | 0.10 |
| 06/19/12 | REVIEW AND CONSIDERATION OF GM AND AK STEEL HOLDING CORP BANKRUPTCY DOCKETS FOR INFORMATION RELATING TO VEBA AGREEMENTS; CONFERRED WITH KBROWN REGARDING THE SAME | 04979/CEM | 0.70 |
| 06/19/12 | PREPARE TELEPHONIC APPEARANCE FOR COUNSEL REGARDING JUNE 21, 2012 HEARING; | 04990/JFS | 0.40 |
| 06/20/12 | FOLLOW UP CONVERSATION WITH KEVIN GRAYSON OF A&M REGARDING THE HCTL CREDIT AND THE USE OF THE CONSULTANT. | 00952/MAD | 0.10 |
| 06/20/12 | OFFICE CONFERENCE REGARDING ISSUES RELATED TO THE HEALTHCARE TAX CREDIT AND THE IMPLICATIONS FOR THE VEBA. | 00952/MAD | 0.50 |
| 06/20/12 | REVIEW OF EMAIL COMMUNICATION FROM MARK HAUPT REGARDING THE PROCESS RELATED TO THE IMPLEMENTATION OF THE | 00952/MAD | 0.80 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | PROPOSED SETTLEMENT AGREEMENT AND CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | | |
| 06/20/12 | PARTICIPATING IN A CONFERENCE CALL WITH DEAN GLOUSTER REGARDING VARIOUS ISSUES RELATED TO THE VEBA AND THE HCTC CREDIT. | 00952/MAD | 0.60 |
| 06/20/12 | EXAMINE AND ANALYZE VERY SIGNIFICANT AGENDA FOR NEXT OMNIBUS HEARING RE CASE STATUS AND ATTENDANCE AT SAME. | 02718/WFT | 0.30 |
| 06/20/12 | CONFERRING REGARDING PREPARATION OF DRAFT VEBA TRUST AGREEMENT. | 02298/JSK | 0.05 |
| 06/20/12 | OFFICE CONFERENCE REGARDING HEALTH COVERAGE TAX CREDIT. | 03651/KAB | 0.50 |
| 06/20/12 | CONFER WITH COUNSEL, DEBTOR'S COUNSEL REGARDING FEE APPLICATION OMNIBUS HEARING AND PROPOSED ORDER; | 04990/JFS | 0.40 |
| 06/20/12 | PREPARE ADDITIONAL TELEPHONIC APPEARANCE FOR COUNSEL REGARDING JUNE 21, 2012 HEARING; | 04990/JFS | 0.40 |
| 06/21/12 | EXAMINATION OF LAW REGARDING ISSUES RELATED TO THE APPLICABILITY OF THE HCTC CREDIT FOR RETIREES OF NORTEL WHO ARE RECEIVING BENEFITS FROM THE PENSION BENEFITS GUARANTY CORPORATION; REVIEW OF INFORMATION REGARDING ADVANCE PAYMENT PROCEDURES ADOPTED BY THE IRS TO ASSIST THOSE RETIREES IN PAYING OR PROVIDING A CREDIT FOR THEIR SHARE OF THE LIABILITY. | 00952/MAD | 0.70 |
| 06/21/12 | CONFERENCE CALL WITH DOUG GRIER, KEVIN GREGSON AND RON WINTERS DISCUSSING ISSUES RELATED TO THE HCTC CREDIT AND THE PROPOSAL BY DEAN TO PROVIDE SUCH SERVICES AND THE IMPLICATIONS FOR THE COMMUNICATION TO RETIREES OF THE VEBA. | 00952/MAD | 0.50 |
| 06/21/12 | EXAMINE AND ANALYZE RELEVANT PLEADINGS SET TO BE BEFORE THE COURT AT OMNIBUS HEARING THIS MORNING. | 02718/WFT | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/21/12 | ATTEND OMNIBUS HEARING ON FEES AND MEDIATION ISSUES. | 02718/WFT | 1.40 |
| 06/21/12 | ASSIST WITH PREPARATION FOR JUNE 21, 2012 HEARING; | 04990/JFS | 0.40 |
| 06/22/12 | COMMUNICATING WITH BRIAN MOORE REGARDING THE STATUS OF THE LIST OF RETIREES WHO ARE CURRENTLY RECEIVING PENSIONS FUNDED BY THE PBGC FOR PURPOSES OF DETERMINING THE HCTC CREDIT; CONSIDERATION OF LEGAL ISSUES REGARDING THE APPLICABILITY OF HCTC CREDIT FOR THE VEBA. | 00952/MAD | 0.50 |
| 06/22/12 | CONTINUED PREPARATION OF A CHECK LIST OF KEY PROVISIONS FOR THE VEBA TRUST IN ANTICIPATION OF ESTABLISHING THE SAME. | 00952/MAD | 0.70 |
| 06/22/12 | EXAMINE AND ANALYZE, FINALIZE TS&S 8TH MONTHLY APPLICATION. | 02718/WFT | 0.30 |
| 06/22/12 | FURTHER DRAFTING OF TASK LIST FOR VEBA IMPLEMENTATION AND GOVERNANCE. | 03651/KAB | 2.90 |
| 06/22/12 | DRAFTING VEBA TRUST AGREEMENT. | 03651/KAB | 4.50 |
| 06/22/12 | REVIEW AND CONSIDERATION OF NORTEL BANKRUPTCY DOCKET; CONFERRED WITH KBROWN REGARDING THE SAME | 04979/CEM | 0.40 |
| 06/22/12 | REVISE AND ELECTRONICALLY FILE EIGHTH MONTHLY FEE APPLICATION OF TSS; | 04990/JFS | 0.70 |
| 06/25/12 | REVIEWING AND REVISING THE VEBA IMPLEMENTATION AND GOVERNANCE TASK LIST; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME; COMMUNICATING WITH THE NORTEL PROFESSIONALS FORWARDING A DRAFT OF THE TASK LIST. | 00952/MAD | 1.00 |
| 06/25/12 | PARTICIPATING IN A LENGTHY CONFERENCE CALL WITH THE NORTEL PROFESSIONALS (TOGURT AND A&M) DISCUSSING VARIOUS ISSUES RELATED TO THE VEBA IMPLEMENTATION AND GOVERNANCE LIST, THE BIDS FOR INSURANCE CARRIERS AND OTHER | 00952/MAD | 1.50 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | RELATED ISSUES IN CONNECTION WITH THE USE OF THE PROPOSED SETTLEMENT PROCEEDS TO PROVIDE THE BENEFITS EXISTING ON THE DATE THE WELFARE PLAN IS TERMINATED. | | |
| 06/25/12 | OFFICE CONFERENCE REGARDING VEBA ESTABLISHMENT AND GOVERNANCE TASK LIST. | 03651/KAB | 0.50 |
| 06/25/12 | CONFERENCE CALL WITH RETIREE COMMITTEE ADVISORS REGARDING VIABILITY AND IMPLEMENTATION OF VEBA. | 03651/KAB | 1.50 |
| 06/25/12 | CORRESPONDENCE WITH CO-COUNSEL RE POSSIBLE CONSENT ORDER UNDER CERTIFICATION OF COUNSEL; FURTHER ANALYSIS RE SAME. | 03706/KRB | 0.60 |
| 06/25/12 | ANALYSIS OF PROCEDURAL ISSUES FOR CONSENTED RULE 2004 EXAM. | 03706/KRB | 0.80 |
| 06/25/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING EIGHTH MONTHLY FEE APPLICATION OF TSS; | 04990/JFS | 0.20 |
| 06/26/12 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING THE CLAIMS IN THE UK; CONSIDERATION OF LEGAL ISSUES REGARDING THE VEBA AND THE FUNDING MECHANISM. | 00952/MAD | 0.50 |
| 06/27/12 | REVIEWING SELECTED GOVERNANCE PROVISIONS OF THE TRUST AGREEMENT FOR THE VEBA IN THE EVENT THE SETTLEMENT PROCEEDS ARE RECEIVED AND THE VEBA TRUST IS SET UP. | 00952/MAD | 0.50 |
| 06/27/12 | CONTINUED DRAFTING OF VEBA TRUST AGREEMENT. | 03651/KAB | 2.50 |
| 06/28/12 | CONFERRING WITH NEIL BERGER REGARDING NEXT ACTION STEPS WITH RESPECT TO THE VEBA IMPLEMENTATION TO THE EXTENT POSSIBLE AND THE NEXT STEPS WITH THE MEDIATION. | 00952/MAD | 0.20 |
| 06/28/12 | PARTICIPATING IN CONFERENCE CALL WITH MEMBERS OF THE COMMITTEE UPDATING THEM ON THE STATUS OF THE MEDIATION AND OTHER | 00952/MAD | 0.40 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | RELATED MATTERS. | | |
| 06/28/12 | REVIEW AND CONSIDERATION OF METALDYNE CORPORATION BANKRUPTCY DOCKET FOR INFORMATION RELATING TO VEBA AGREEMENTS; CONFERRED WITH KBROWN REGARDING THE SAME | 04979/CEM | 0.30 |
| 06/29/12 | FURTHER DRAFTING OF VEBA TRUST AGREEMENT. | 03651/KAB | 3.90 |
| | TOTAL HOURS: | | 174.93 |

**TOTAL FEES**.................................................................................... $72,315.95
**TOTAL DISBURSEMENTS**................................................................ 1,822.50

**TOTAL DUE THIS INVOICE** ............................................................ $74,138.45

**AMOUNT OUTSTANDING FROM PRIOR INVOICES**            $71,838.21

**TOTAL AMOUNT DUE AS OF THIS INVOICE**                       $145,976.66

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| ID | Name | Title | Hours | | Rate | Value |
|---|---|---|---|---|---|---|
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 8.90 | Hours @ | 525.00 | 4,672.50 |
| 00952 | MARK A. DANIELE | PARTNER | 42.60 | Hours @ | 525.00 | 22,365.00 |
| 02298 | JANE S. KIMBALL | SPEC COUNSEL | 76.58 | Hours @ | 390.00 | 29,866.20 |
| 03651 | KEVIN A. BROWN | ASSOCIATE | 30.45 | Hours @ | 385.00 | 11,723.25 |
| 03706 | KATE R. BUCK | ASSOCIATE | 1.70 | Hours @ | 295.00 | 501.50 |
| 04979 | CHRISTOPHER, E MANELLA | ASSOCIATE | 5.40 | Hours @ | 220.00 | 1,188.00 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 9.30 | Hours @ | 215.00 | 1,999.50 |

**ATTORNEY TOTALS:**                   **174.93**                      **72,315.95**