# **EXHIBIT B**

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---:|---:|
| 06/01/2012 | PHOTOCOPIES | 0.60 | |
| | **Total For: PHOTOCOPIES** | | **0.60** |
| 06/01/2012 | LIBRARY RESEARCH | 301.32 | |
| 06/01/2012 | LIBRARY RESEARCH | 121.79 | |
| 06/01/2012 | LIBRARY RESEARCH | 4.07 | |
| 06/06/2012 | LIBRARY RESEARCH | 19.09 | |
| 06/06/2012 | LIBRARY RESEARCH | 24.38 | |
| 06/07/2012 | LIBRARY RESEARCH | 365.31 | |
| 06/08/2012 | LIBRARY RESEARCH | 105.03 | |
| 06/10/2012 | LIBRARY RESEARCH | 21.72 | |
| 06/11/2012 | LIBRARY RESEARCH | 202.68 | |
| 06/12/2012 | LIBRARY RESEARCH | 272.77 | |
| 06/12/2012 | LIBRARY RESEARCH | 59.92 | |
| 06/13/2012 | LIBRARY RESEARCH | 165.12 | |
| 06/14/2012 | LIBRARY RESEARCH | 17.09 | |
| | **Total For: LIBRARY RESEARCH** | | **1,680.29** |
| 05/14/2012 | COPY OF TRANSCRIPT | 24.30 | |
| | **Total For: SERVICES** | | **24.30** |
| 05/31/2012 | IMAGING Chapters 28 - 30 | 8.56 | |
| | **Total For: IMAGING** | | **8.56** |
| 05/31/2012 | PDF CONVERSION Chapters 28 - 30 | 3.21 | |
| | **Total For: PDF CONVERSION** | | **3.21** |
| 05/08/2012 | FEDERAL EXPRESS Delivery to: Susan Kane INFORMATION NOT SUPPLIED Tracking #: 793540269116 | 22.14 | |
| 05/08/2012 | FEDERAL EXPRESS Delivery to: John T Zalokar INFORMATION NOT SUPPLIED Tracking #: 793540308264 | 22.14 | |
| 05/08/2012 | FEDERAL EXPRESS Delivery to: Michael P Ressner INFORMATION NOT SUPPLIED Tracking #: 798370773946 | 19.51 | |
| 05/08/2012 | FEDERAL EXPRESS Delivery to: Gary R Donahee Chairman Tracking #: 798370777930 | 22.24 | |
| 05/08/2012 | FEDERAL EXPRESS Delivery to: Mark Haupt, Sr INFORMATION NOT SUPPLIED Tracking #: 798370823933 | 19.51 | |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

        Total For: FEDERAL EXPRESS        105.54

**TOTAL DISBURSEMENTS** .................................................................    **$1,822.50**