**CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Potential Avoidance Claims and Inventory Dispute by and Between Nortel Networks Inc. and Inventory Management Partners LLC** was caused to be made on July 12, 2012, in the manner indicated upon the individuals identified below and on the attached service list.

Date: July 12, 2012  /s/ Tamara K. Minott
Wilmington, DE  Tamara K. Minott (No. 5643)

**Via First Class Mail**

D. Ethan Jeffery, Esq.
Murphy & King
One Beacon Street
21st Floor
Boston, MA  02108

4174225

4174225