**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 5/1/2012 through 5/31/2012

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $795 | 27.20 | $21,624.00 |
| J. Borow | Executive Director | $795 | 50.80 | $40,386.00 |
| J. Hyland | Executive Director | $610 | 145.00 | $88,450.00 |
| A. Cowie | Managing Director | $550 | 12.70 | $6,985.00 |
| J. Schad | Director | $400 | 4.10 | $1,640.00 |
| T. Morilla | Director | $360 | 131.40 | $47,304.00 |
| M. Haverkamp | Paraprofessional | $120 | 3.20 | $384.00 |
| **For the Period 5/1/2012 through 5/31/2012** | | | **374.40** | **$206,773.00** |

Capstone Advisory Group, LLC
Invoice for the 5/1/2012-5/31/2012 Fee Statement