## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 5/1/2012 through 5/31/2012

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | 113.70 | $63,223.00 |
| 05. Professional Retention/Fee Application Preparation | | 10.00 | $3,507.00 |
| 07. Interaction/Meetings w Debtors/Counsel | | 11.40 | $8,397.00 |
| 08. Interaction/ Meetings w Creditors | | 56.30 | $39,999.00 |
| 09. Employee Issues/KEIP | | 22.80 | $11,492.00 |
| 10. Recovery/SubCon/Lien Analysis | | 33.80 | $15,960.50 |
| 11. Claim Analysis/Accounting | | 21.70 | $9,831.00 |
| 13. Intercompany Transactions/Balances | | 9.10 | $4,826.00 |
| 18. Operating and Other Reports | | 37.40 | $16,897.00 |
| 19. Cash Flow/Cash Management Liquidity | | 20.80 | $9,542.50 |
| 26. Tax Issues | | 30.90 | $19,994.00 |
| 33. Intellectual Property | | 6.50 | $3,104.00 |
| **For the Period 5/1/2012 through 5/31/2012** | | **374.40** | **$206,773.00** |

Capstone Advisory Group, LLC
Invoice for the 5/1/2012-5/31/2012 Fee Statement

Page 1 of 1