# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 5/1/2012 through 5/31/2012**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 5/1/2012 | T. Morilla | 1.10 | Reviewed and analyzed the U.S. estate-owned assets. |
| 5/3/2012 | C. Kearns | 0.50 | Continued review of issues re: allocation and mediation. |
| 5/3/2012 | A. Cowie | 2.60 | Analyzed assets and claims information in regard to mediation. |
| 5/4/2012 | T. Morilla | 0.90 | Reviewed and analyzed the U.S. estate's assets. |
| 5/4/2012 | J. Hyland | 2.60 | Reviewed and analyzed mediation response information. |
| 5/5/2012 | C. Kearns | 0.30 | Reviewed draft of U.S. Interests' submission to mediator. |
| 5/7/2012 | J. Hyland | 0.70 | Reviewed recovery worksheet. |
| 5/7/2012 | J. Borow | 2.10 | Reviewed analyses for mediation. |
| 5/8/2012 | A. Cowie | 0.80 | Reviewed current outstanding matters regarding case mediation. |
| 5/9/2012 | C. Kearns | 0.50 | Analyzed status of Fourth Estate settlement. |
| 5/9/2012 | C. Kearns | 1.00 | Read Canada briefs and discuss with counsel. |
| 5/9/2012 | T. Morilla | 2.30 | Continued to review the 4th Estate settlement documents. |
| 5/9/2012 | T. Morilla | 2.30 | Began reviewing the mediation statements. |
| 5/9/2012 | J. Hyland | 2.70 | Reviewed 4th Estate agreement appendices. |
| 5/9/2012 | T. Morilla | 2.80 | Reviewed and analyzed the 4th Estate settlement agreement. |
| 5/9/2012 | J. Hyland | 2.90 | Reviewed 4th Estate agreement. |
| 5/10/2012 | C. Kearns | 0.30 | Analyzed Fourth Estate status. |
| 5/10/2012 | A. Cowie | 0.50 | Analyzed Fourth Estate proposed settlement documents. |
| 5/10/2012 | T. Morilla | 2.40 | Continued to review the mediation statements. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/10/2012 | T. Morilla | 2.50 | Continued to review the mediations statements. |
| 5/10/2012 | J. Hyland | 2.70 | Reviewed 4th Estate settlement. |
| 5/10/2012 | J. Hyland | 2.70 | Reviewed 4th Estate appendices. |
| 5/10/2012 | J. Hyland | 2.90 | Analyzed 4th Estate cash flows. |
| 5/11/2012 | J. Hyland | 0.40 | Conducted call with B. Kahn re: 4th Estate appendices. |
| 5/11/2012 | J. Hyland | 0.40 | Conducted call with A. Bifield re: 4th Estate calculations. |
| 5/11/2012 | J. Borow | 1.10 | Reviewed presentation materials for mediation. |
| 5/11/2012 | A. Cowie | 1.30 | Analyzed Fourth Estate allocation documentation. |
| 5/11/2012 | T. Morilla | 1.70 | Continued to review the 4th Estate flow of funds. |
| 5/11/2012 | T. Morilla | 2.20 | Created 4th Estate schedules. |
| 5/11/2012 | T. Morilla | 2.40 | Continued to review and analyze the 4th Estate settlement documents. |
| 5/11/2012 | J. Hyland | 2.70 | Reviewed additional 4th Estate calculation schedule. |
| 5/11/2012 | J. Hyland | 2.80 | Continued analyzing 4th Estate cash flow calculations. |
| 5/11/2012 | J. Hyland | 2.90 | Analyzed 4th Estate cash flow calculations. |
| 5/14/2012 | C. Kearns | 0.30 | Analyzed status of Fourth Estate settlement. |
| 5/14/2012 | J. Hyland | 1.40 | Continued revising schedules for UCC presentation on 4th Estate |
| 5/14/2012 | T. Morilla | 1.50 | Reviewed and analyzed the 4th Estate report produced by counsel. |
| 5/14/2012 | T. Morilla | 1.50 | Continued to review the 4th Estate settlement documents and related report from counsel. |
| 5/14/2012 | T. Morilla | 2.00 | Continued to prepare charts for the 4th Estate settlement presentation. |
| 5/14/2012 | J. Borow | 2.10 | Reviewed presentation materials for mediation processes. |
| 5/14/2012 | T. Morilla | 2.60 | Continued to review and analyze the 4th Estate settlement flow of funds. |
| 5/14/2012 | J. Hyland | 2.80 | Continued analyzing 4th Estate settlement. |
| 5/14/2012 | J. Hyland | 2.90 | Revised schedules for UCC presentation on 4th Estate settlement. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/14/2012 | J. Hyland | 2.90 | Analyzed 4th Estate settlement. |
| 5/15/2012 | J. Borow | 0.90 | Reviewed presentation materials for mediation processes. |
| 5/15/2012 | J. Hyland | 2.80 | Prepared 4th Estate settlement summary. |
| 5/15/2012 | J. Borow | 2.90 | Reviewed presentation materials for mediation processes. |
| 5/16/2012 | J. Hyland | 0.20 | Conducted calls with M. Kennedy re: assets and claims. |
| 5/16/2012 | C. Kearns | 0.60 | Review counsel deck on Fourth Estate settlement and related distribution waterfall. |
| 5/16/2012 | T. Morilla | 1.90 | Reviewed and analyzed the U.S. Debtors' revised estate-owned assets. |
| 5/17/2012 | C. Kearns | 1.00 | Reviewed draft submission to mediator. |
| 5/17/2012 | J. Borow | 1.40 | Reviewed presentation information to be submitted in the mediation process. |
| 5/17/2012 | J. Hyland | 1.80 | Reviewed documents for mediator. |
| 5/17/2012 | J. Hyland | 2.20 | Analyzed asset listing. |
| 5/18/2012 | J. Hyland | 0.10 | Conducted call with B. Kahn re: submissions to the Mediator. |
| 5/18/2012 | C. Kearns | 0.50 | Analyzed status of response to mediator information request. |
| 5/18/2012 | J. Borow | 2.10 | Reviewed presentation information to be submitted in the mediation process. |
| 5/18/2012 | J. Hyland | 2.90 | Reviewed submissions to the Mediator. |
| 5/21/2012 | J. Hyland | 1.80 | Analyzed mediation statement calculations. |
| 5/21/2012 | T. Morilla | 2.20 | Continued to review the mediation statements. |
| 5/23/2012 | A. Cowie | 1.30 | Analyzed mediation documents and rest of world May operating report. |
| 5/24/2012 | J. Hyland | 2.60 | Reviewed mediation statement. |
| 5/25/2012 | T. Morilla | 1.60 | Continued to review the mediation statements. |
| 5/25/2012 | T. Morilla | 2.10 | Reviewed documents submitted to the mediator. |
| 5/31/2012 | J. Hyland | 2.80 | Continued to review Canadian claims reports. |
| Subtotal | | 113.70 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **05. Professional Retention/Fee Application Preparation** | | | |
| 5/21/2012 | M. Haverkamp | 1.90 | Prepared April 2012 fee application. |
| 5/22/2012 | T. Morilla | 1.60 | Continued reviewing the April fee application. |
| 5/22/2012 | T. Morilla | 2.50 | Reviewed the April fee application. |
| 5/23/2012 | M. Haverkamp | 0.80 | Prepared April 2012 fee application. |
| 5/23/2012 | J. Hyland | 1.90 | Reviewed fee application. |
| 5/24/2012 | M. Haverkamp | 0.50 | Prepared 13th interim fee application. |
| 5/25/2012 | J. Hyland | 0.40 | Reviewed revised fee application. |
| 5/29/2012 | J. Hyland | 0.40 | Finalized fee application. |
| Subtotal | | 10.00 | |
| **07. Interaction/Meetings w Debtors/counsel** | | | |
| 5/1/2012 | C. Kearns | 1.10 | Participated in call with Debtors re: tax issues and related analysis/follow up. |
| 5/5/2012 | C. Kearns | 0.70 | Participated in calls with counsel and CGSH to debrief after discussions with mediator's counsel. |
| 5/6/2012 | C. Kearns | 0.50 | Participated in call with CGSH, Milbank and counsel to debrief with ad hocs. |
| 5/8/2012 | J. Hyland | 0.70 | Participated in call with J. Bromley, Cleary, Chilmark, counsel, Fraser, and Jefferies re: weekly status call. |
| 5/8/2012 | C. Kearns | 1.00 | Prepared for (0.3) and participated in (0.7) status call with Debtor and related follow up with counsel. |
| 5/8/2012 | J. Borow | 1.20 | Prepared for (0.5) and participated in (0.7) discussion with U.S. Debtors and Debtors' professionals re: status of mediation and related mediation issues. |
| 5/15/2012 | J. Hyland | 0.70 | Participated in call with Cleary, J. Ray, counsel, and Fraser re: weekly status call. |
| 5/16/2012 | J. Hyland | 0.50 | Participated in call with Cleary, J. Ray, counsel, and Milbank re: U.S. taxes. |
| 5/16/2012 | J. Borow | 1.10 | Prepared for and participated in meeting with Debtor and advisors re: mediation submissions. |
| 5/16/2012 | C. Kearns | 1.20 | Prepared for (0.7) and participated in (0.5) call with CGSH, counsel and Milbank re: tax related issues and related follow up with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/21/2012 | C. Kearns | 0.40 | Participated in debrief call with Debtors re: mediation and US claims resolution issues. |
| 5/21/2012 | J. Hyland | 0.50 | Prepared for (0.1) and participated in (0.4) weekly status call with Cleary, Chilmark, J. Ray, Fraser, Jefferies, and counsel. |
| 5/29/2012 | C. Kearns | 0.60 | Participated on status call with Debtors and counsel. |
| 5/30/2012 | J. Hyland | 0.10 | Conducted calls with A. Bifield re: case status. |
| 5/30/2012 | J. Hyland | 1.10 | Conducted call with J. Ray re: case status. |
| Subtotal | | 11.40 | |

**08. Interaction/Meetings w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/1/2012 | A. Cowie | 1.10 | Reviewed and analyzed the agenda items for the UCC call. |
| 5/1/2012 | C. Kearns | 1.40 | Participated in weekly status call with counsel to review issues and discuss next steps to respond to mediator's information requests. |
| 5/1/2012 | J. Hyland | 1.40 | Participated in call with counsel, Fraser, Jefferies, and Ashurst re: weekly status call and taxes. |
| 5/2/2012 | A. Cowie | 0.80 | Prepared updated operational and settlement information for UCC call. |
| 5/2/2012 | C. Kearns | 1.00 | Participated on UCC call. |
| 5/2/2012 | J. Hyland | 1.00 | Participated in UCC call with UCC professionals. |
| 5/2/2012 | C. Kearns | 1.10 | Participated in call with counsel and DPW re: mediator's information needs and related follow up. |
| 5/2/2012 | J. Borow | 1.80 | Prepared for (0.7) and participated in (1.1) meeting with advisors to UCC. |
| 5/2/2012 | J. Hyland | 2.10 | Prepared for UCC call. |
| 5/4/2012 | C. Kearns | 1.50 | Participated in calls with counsel and counsel to the mediator. |
| 5/6/2012 | C. Kearns | 0.50 | Emailed with counsel and team to review submission drafts. |
| 5/7/2012 | C. Kearns | 0.20 | Emailed with counsel re: mediation next steps. |
| 5/8/2012 | C. Kearns | 0.50 | Participated in weekly prep call with counsel and Jeffries. |
| 5/8/2012 | J. Hyland | 0.60 | Prepared for (0.1) and participated in (0.5) weekly status call with UCC professionals. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/8/2012 | J. Borow | 1.10 | Prepared for (0.6) and participated in (0.5) meeting with UCC professionals re: status of pending matters in the case. |
| 5/9/2012 | A. Cowie | 0.80 | Prepared detailed supporting information for UCC call. |
| 5/9/2012 | J. Hyland | 0.80 | Participated in weekly UCC call with UCC professionals. |
| 5/9/2012 | C. Kearns | 1.20 | Prepared for (0.4) and participated in (0.8) UCC call and related follow up with counsel. |
| 5/9/2012 | J. Borow | 1.80 | Prepared for (1.0) and participated in (0.8) meeting with UCC. |
| 5/9/2012 | J. Borow | 2.10 | Participated in discussions with creditors and other parties in interest re: status of matter. |
| 5/9/2012 | J. Hyland | 2.50 | Prepared for UCC call. |
| 5/10/2012 | J. Borow | 1.10 | Participated in discussions with creditors and other parties in interest re: status of matter. |
| 5/11/2012 | J. Borow | 1.30 | Participated in discussions with creditors and other parties in interest re: status of matter. |
| 5/16/2012 | C. Kearns | 0.60 | Prepared for and participated on UCC call. |
| 5/16/2012 | J. Hyland | 0.60 | Participated in weekly UCC call with UCC professionals. |
| 5/16/2012 | J. Borow | 1.40 | Prepared for (0.8) and participated in (0.6) meeting of UCC and professionals to UCC. |
| 5/16/2012 | J. Borow | 2.50 | Prepared for and participated in meeting with new counsel to member of the UCC. |
| 5/16/2012 | J. Hyland | 2.60 | Prepared for UCC call and finalized 4th Estate documentation. |
| 5/17/2012 | J. Hyland | 0.30 | Conducted call with M. Kennedy re: documents for mediator. |
| 5/21/2012 | J. Borow | 1.10 | Participated in discussion with various creditors and parties in interest re: status of the matter. |
| 5/22/2012 | C. Kearns | 0.20 | Prepared agenda for next UCC call. |
| 5/22/2012 | J. Hyland | 0.50 | Conducted call with M. Sandberg re: case status and mediation. |
| 5/23/2012 | C. Kearns | 0.40 | Participated in weekly status call with UCC professionals. |
| 5/23/2012 | J. Hyland | 0.50 | Prepared for (0.1) and participated in (0.4) call with counsel and Fraser re: weekly status call. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/23/2012 | J. Borow | 1.20 | Participated in discussion with various creditors and parties in interest re: status of the matter. |
| 5/24/2012 | J. Hyland | 0.50 | Participated on UCC call. |
| 5/24/2012 | A. Cowie | 0.70 | Reviewed agenda items for the UCC call. |
| 5/24/2012 | C. Kearns | 1.00 | Participated on UCC call (0.5) and related follow up with counsel (0.5). |
| 5/24/2012 | J. Borow | 1.30 | Prepared for (0.8) and participated in (0.5) meeting with UCC and professionals to UCC. |
| 5/24/2012 | J. Hyland | 2.90 | Reviewed materials for UCC call. |
| 5/25/2012 | J. Borow | 1.20 | Participated in discussion with various creditors and parties in interest re: status of the matter. |
| 5/29/2012 | C. Kearns | 1.50 | Met with counsel to UCC member to discuss current issues. |
| 5/30/2012 | C. Kearns | 0.20 | Prepared agenda and related preparation for next UCC call. |
| 5/30/2012 | J. Hyland | 0.50 | Participated in weekly status call with UCC professionals. |
| 5/30/2012 | A. Cowie | 0.50 | Participated in pre-call for UCC call. |
| 5/30/2012 | J. Hyland | 2.60 | Prepared for UCC call. |
| 5/31/2012 | A. Cowie | 0.50 | Reviewed and analyzed agenda items for the UCC call. |
| 5/31/2012 | J. Hyland | 0.50 | Participated in weekly UCC call with UCC professionals. |
| 5/31/2012 | C. Kearns | 0.60 | Prepared for (0.1) and participated (0.5) on weekly UCC call. |
| 5/31/2012 | J. Borow | 1.10 | Prepared for (0.6) and participated in (0.5) meeting with UCC and advisors to UCC. |
| 5/31/2012 | J. Borow | 1.10 | Participated in discussions with various creditors and parties in interest re: status of matter. |
| Subtotal | | 56.30 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/3/2012 | J. Hyland | 1.30 | Reviewed APAC AIP. |
| 5/3/2012 | J. Hyland | 1.30 | Analyzed APAC results as it related to the employee incentive programs. |
| 5/7/2012 | T. Morilla | 1.20 | Continued to review previous Asia AIP presentations. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/7/2012 | T. Morilla | 1.80 | Continued to prepare the Asia AIP report. |
| 5/7/2012 | J. Hyland | 2.20 | Reviewed Asia Q2 AIP report and related documentation. |
| 5/7/2012 | T. Morilla | 2.30 | Reviewed and analyzed the Debtors' presentation on the Asia AIP results. |
| 5/7/2012 | T. Morilla | 2.80 | Began preparing the Asia AIP presentation. |
| 5/8/2012 | J. Hyland | 0.50 | Conducted call with A. Bifield re: Asia AIP. |
| 5/8/2012 | T. Morilla | 0.90 | Reviewed and analyzed Asia AIP issues. |
| 5/8/2012 | J. Borow | 1.10 | Reviewed issues and report relating to AIP payments. |
| 5/8/2012 | T. Morilla | 1.70 | Revised and edited the Asia AIP presentation. |
| 5/8/2012 | J. Hyland | 2.50 | Revised Asia Q1 and Q2 AIP report with NNL follow-up. |
| 5/8/2012 | J. Hyland | 2.70 | Revised AIP report. |
| 5/30/2012 | J. Hyland | 0.20 | Conducted calls with L. Beckerman re: retirees. |
| 5/30/2012 | C. Kearns | 0.30 | Read retiree committee proposal. |
| Subtotal | | 22.80 | |

### 10. Recovery/SubCon/Lien Analysis

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/1/2012 | T. Morilla | 2.30 | Ran additional recovery analyses scenarios. |
| 5/2/2012 | J. Borow | 1.10 | Reviewed updated recovery scenarios. |
| 5/2/2012 | T. Morilla | 1.80 | Ran additional recovery analyses. |
| 5/2/2012 | T. Morilla | 1.90 | Continued to run additional recovery analyses. |
| 5/3/2012 | T. Morilla | 1.90 | Continued to review and analyze the recovery results. |
| 5/4/2012 | T. Morilla | 1.10 | Continued to review the recovery sensitivity analyses. |
| 5/4/2012 | J. Borow | 1.60 | Reviewed updated recovery scenarios. |
| 5/4/2012 | T. Morilla | 1.90 | Reviewed and analyzed the recovery waterfall. |
| 5/4/2012 | J. Hyland | 2.10 | Reviewed recovery sensitivity analysis. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/5/2012 | T. Morilla | 2.70 | Continued to edit the recovery waterfall chart. |
| 5/5/2012 | T. Morilla | 2.80 | Created recovery waterfall chart. |
| 5/6/2012 | T. Morilla | 2.00 | Reviewed and edited the recovery waterfall document. |
| 5/7/2012 | C. Kearns | 0.20 | Reviewed summary document on waterfall recoveries. |
| 5/8/2012 | T. Morilla | 0.90 | Continued to review and edit the recovery charts. |
| 5/8/2012 | T. Morilla | 1.50 | Reviewed and edited the recovery flow chart. |
| 5/8/2012 | T. Morilla | 1.90 | Reviewed and analyzed the recovery model. |
| 5/10/2012 | J. Borow | 2.60 | Reviewed issues pertaining to recovery scenarios and mediation presentations. |
| 5/23/2012 | J. Hyland | 0.50 | Conducted call with B. Kahn re: claim recovery matter for a creditor. |
| 5/23/2012 | J. Hyland | 1.00 | Reviewed claim recovery matters for a creditor. |
| 5/23/2012 | J. Hyland | 2.00 | Reviewed claim recovery calculations and summary. |
| Subtotal | | 33.80 | |

## 11. Claim Analysis/Accounting

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/1/2012 | T. Morilla | 1.50 | Reviewed and analyzed the U.S. claim estimates. |
| 5/4/2012 | T. Morilla | 1.50 | Reviewed the U.S. estate's claims. |
| 5/8/2012 | C. Kearns | 0.40 | Continue to review and consider tax reserve amount in claim base analyses. |
| 5/16/2012 | T. Morilla | 1.90 | Reviewed and analyzed the U.S. Debtors' revised claims. |
| 5/22/2012 | J. Borow | 1.30 | Reviewed various claims by bondholder groups. |
| 5/22/2012 | T. Morilla | 2.50 | Reviewed certain claims documents. |
| 5/23/2012 | J. Borow | 0.60 | Reviewed bondholder claims issues. |
| 5/24/2012 | T. Morilla | 2.10 | Continued to review certain claims issues. |
| 5/24/2012 | T. Morilla | 2.10 | Continued to review certain claims issues. |
| 5/25/2012 | C. Kearns | 0.50 | Analyzed current status of claims analysis and wind down. |

Capstone Advisory Group, LLC
Invoice for the 5/1/2012-5/31/2012 Fee Statement

Page 9 of 13

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/29/2012 | A. Cowie | 0.40 | Analyzed UK pension documents. |
| 5/31/2012 | T. Morilla | 1.50 | Continued to review the Canadian claims. |
| 5/31/2012 | T. Morilla | 2.50 | Reviewed and analyzed the Canadian claims. |
| 5/31/2012 | J. Hyland | 2.90 | Reviewed Canadian claims. |
| Subtotal | | 21.70 | |

### 13. Intercompany Transactions/Balances

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/1/2012 | T. Morilla | 1.10 | Reviewed and analyzed the intercompany claims. |
| 5/7/2012 | J. Hyland | 2.30 | Reviewed Restructuring Manager's report and related cash flows. |
| 5/18/2012 | J. Hyland | 2.10 | Reviewed MRDA documentation. |
| 5/23/2012 | J. Hyland | 1.80 | Reviewed Restructuring Manager's report. |
| 5/23/2012 | T. Morilla | 1.80 | Reviewed and analyzed the RM report. |
| Subtotal | | 9.10 | |

### 18. Operating and Other Reports

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/1/2012 | T. Morilla | 1.10 | Reviewed and analyzed the UCC agenda and reports. |
| 5/2/2012 | T. Morilla | 1.10 | Continued to review UCC agenda items and reports. |
| 5/4/2012 | C. Kearns | 1.30 | Prepared summary of waterfall for consideration by mediator. |
| 5/11/2012 | C. Kearns | 0.20 | Reviewed document production status. |
| 5/15/2012 | J. Hyland | 2.30 | Reviewed package for new counsel for a Committee member. |
| 5/15/2012 | T. Morilla | 2.40 | Continued to prepare summary document package for the new advisors to a UCC member. |
| 5/15/2012 | T. Morilla | 2.90 | Prepared summary document for meeting with new counsel to one of the UCC members. |
| 5/16/2012 | J. Hyland | 1.60 | Reviewed assets and claims summary. |
| 5/22/2012 | J. Hyland | 0.80 | Reviewed document for upcoming meeting with Cleary. |
| 5/23/2012 | T. Morilla | 1.30 | Reviewed the UCC agenda and related report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/29/2012 | T. Morilla | 1.90 | Reviewed professional fee submissions. |
| 5/29/2012 | T. Morilla | 2.30 | Reviewed and analyzed the EMEA Administrator's progress reports. |
| 5/29/2012 | T. Morilla | 2.30 | Continued to review the EMEA Administrator's progress reports. |
| 5/30/2012 | T. Morilla | 1.20 | Reviewed and analyzed the UCC agenda items. |
| 5/30/2012 | T. Morilla | 1.80 | Continued to review the cascading D&O trust agreement and related side agreement. |
| 5/30/2012 | J. Hyland | 1.90 | Reviewed status of case issues. |
| 5/30/2012 | J. Hyland | 2.10 | Summarized operational information for Committee. |
| 5/30/2012 | T. Morilla | 2.70 | Reviewed and analyzed the cascading D&O trust agreement. |
| 5/31/2012 | C. Kearns | 0.30 | Reviewed draft report on wind down for UCC. |
| 5/31/2012 | T. Morilla | 1.60 | Continued to review the EMEA Administrator's progress reports. |
| 5/31/2012 | J. Hyland | 1.90 | Reviewed UCC reports. |
| 5/31/2012 | T. Morilla | 2.40 | Continued to review the EMEA Administrator's progress reports. |
| Subtotal | | 37.40 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/1/2012 | T. Morilla | 1.00 | Reviewed and analyzed the U.S. cash forecast report. |
| 5/1/2012 | J. Hyland | 1.30 | Reviewed cash report and analyzed amounts. |
| 5/2/2012 | T. Morilla | 0.40 | Reviewed and analyzed the April 27 cash flash. |
| 5/2/2012 | T. Morilla | 1.10 | Reviewed and edited the cash forecast report. |
| 5/3/2012 | J. Hyland | 1.70 | Updated cash reporting. |
| 5/3/2012 | T. Morilla | 2.00 | Continued to review and edit the cash forecast report. |
| 5/4/2012 | T. Morilla | 0.70 | Reviewed and analyzed the U.S. cash balances. |
| 5/4/2012 | J. Hyland | 2.00 | Reviewed revised cash report. |
| 5/7/2012 | J. Borow | 0.70 | Reviewed liquidity and related report to UCC. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/8/2012 | J. Hyland | 1.20 | Revised cash reporting for UCC. |
| 5/8/2012 | T. Morilla | 1.30 | Reviewed and analyzed the cash report. |
| 5/9/2012 | T. Morilla | 0.70 | Reviewed and analyzed the escrow accounts. |
| 5/10/2012 | T. Morilla | 0.90 | Reviewed and analyzed the U.S. cash balances. |
| 5/11/2012 | T. Morilla | 1.80 | Reviewed and analyzed the Canadian cash forecast. |
| 5/14/2012 | T. Morilla | 0.50 | Reviewed and analyzed the U.S. cash balances. |
| 5/15/2012 | T. Morilla | 0.50 | Reviewed and analyzed the May 11 cash flash. |
| 5/21/2012 | J. Hyland | 0.80 | Reviewed cash activity. |
| 5/24/2012 | T. Morilla | 0.40 | Reviewed and analyzed the U.S. cash balances. |
| 5/24/2012 | T. Morilla | 1.00 | Reviewed and analyzed the Canadian cash forecast. |
| 5/29/2012 | T. Morilla | 0.50 | Reviewed and analyzed the U.S. cash balances. |
| 5/30/2012 | T. Morilla | 0.30 | Reviewed and analyzed the May 25 global cash flash. |
| Subtotal | | 20.80 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/1/2012 | J. Borow | 1.30 | Reviewed tax issues and related analyses. |
| 5/1/2012 | A. Cowie | 1.40 | Reviewed and analyzed tax issues. |
| 5/1/2012 | J. Hyland | 1.50 | Prepared for (0.4) and participated in (1.1) call with Cleary, E&Y U.S. Tax, Chilmark, counsel, FTI, Milbank, and Fraser re: U.S. taxes. |
| 5/1/2012 | J. Hyland | 1.70 | Prepared for tax call. |
| 5/1/2012 | J. Borow | 2.70 | Prepared for (1.4) and participated in (1.3) discussion re: status of tax issues. |
| 5/1/2012 | J. Hyland | 2.80 | Analyzed tax calculations. |
| 5/2/2012 | J. Borow | 2.80 | Reviewed tax issues including NOL carrybacks, state tax issues, carry forward concepts. |
| 5/3/2012 | J. Hyland | 2.00 | Reviewed tax calculations. |
| 5/4/2012 | J. Hyland | 0.40 | Conducted call with K. Rowe re: U.S. taxes. |

Capstone Advisory Group, LLC
Invoice for the 5/1/2012-5/31/2012 Fee Statement

Page 12 of 13

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/4/2012 | J. Hyland | 1.80 | Analyzed tax matters. |
| 5/7/2012 | C. Kearns | 0.20 | Continued consideration of tax issues on claim base. |
| 5/7/2012 | J. Hyland | 0.50 | Conducted call with K. Rowe re: U.S. tax claim. |
| 5/7/2012 | J. Hyland | 2.60 | Analyzed tax amounts and calculations. |
| 5/8/2012 | J. Hyland | 0.60 | Conducted call with K. Rowe re: U.S. tax claim calculations. |
| 5/14/2012 | C. Kearns | 0.30 | Continued review of tax related issues. |
| 5/15/2012 | C. Kearns | 0.50 | Analyzed status of tax reserve needs for recovery waterfall and related emails/call with D. Botter. |
| 5/15/2012 | T. Morilla | 1.30 | Reviewed and analyzed the tax issues. |
| 5/23/2012 | C. Kearns | 0.20 | Reviewed draft letter for state tax authorities. |
| 5/24/2012 | J. Hyland | 2.80 | Reviewed information for NNI state taxes. |
| 5/29/2012 | C. Kearns | 0.40 | Analyzed status of tax related analyses. |
| 5/29/2012 | J. Hyland | 0.60 | Participated in call with Cleary, E&Y, J. Ray, and counsel re: U.S. taxes. |
| 5/29/2012 | J. Hyland | 2.50 | Reviewed tax issues/documents. |
| Subtotal | | 30.90 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/25/2012 | J. Hyland | 2.40 | Analyzed IP allocation. |
| 5/30/2012 | J. Schad | 1.90 | Analyzed IP allocation. |
| 5/31/2012 | J. Schad | 2.20 | Continued analyzing IP allocation. |
| Subtotal | | 6.50 | |
| **Total Hours** | | **374.40** | |

Invoice for the 5/1/2012-5/31/2012 Fee Statement

Page 13 of 13