**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 5/1/2012 through 5/31/2012**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 5/23/2012 | J. Hyland | Airfare for NY trip. | $676.60 |
| **Subtotal - Airfare/Train** | | | **$676.60** |
| **Auto Rental/Taxi** | | | |
| 5/1/2012 | CAG Direct | Taxi in NY. | $97.35 |
| 5/1/2012 | CAG Direct | Taxi in NY. | $88.03 |
| 5/1/2012 | CAG Direct | Taxi in NY. | $70.63 |
| 5/23/2012 | J. Hyland | Taxi during NY trip. | $48.75 |
| 5/24/2012 | J. Hyland | Taxi during NY trip. | $32.92 |
| **Subtotal - Auto Rental/Taxi** | | | **$337.68** |
| **Hotel** | | | |
| 5/24/2012 | J. Hyland | Hotel for NY trip. | $495.77 |
| **Subtotal - Hotel** | | | **$495.77** |
| **Meals** | | | |
| 5/23/2012 | J. Hyland | Meals during NY trip. | $21.92 |
| 5/23/2012 | J. Hyland | Meals during NY trip. | $2.67 |
| 5/24/2012 | J. Hyland | Meal during NY trip. | $8.26 |
| **Subtotal - Meals** | | | **$32.85** |
| **Mileage** | | | |

Capstone Advisory Group, LLC
Invoice for the 5/1/2012-5/31/2012 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/23/2012 | J. Hyland | Mileage for drive to airport. | $23.31 |
| 5/24/2012 | J. Hyland | Mileage for drive from airport. | $23.31 |
| **Subtotal - Mileage** | | | **$46.62** |
| **Parking/Tolls** | | | |
| 5/23/2012 | J. Hyland | Tolls to airport. | $1.60 |
| 5/24/2012 | J. Hyland | Tolls from airport. | $1.60 |
| **Subtotal - Parking/Tolls** | | | **$3.20** |
| **Telecom** | | | |
| 5/4/2012 | CAG Direct | Telecom expense for Nortel. | $431.71 |
| **Subtotal - Telecom** | | | **$431.71** |
| **For the Period 5/1/2012 through 5/31/2012** | | | $2,024.43 |