# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2012 through May 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 2.0 | $520.00 |
| Fee and Employment Applications | 15.8 | $6,695.50 |
| Analysis of Canadian Law | 18.6 | $16,487.00 |
| Intercompany Analysis | 67.5 | $51,555.50 |
| Canadian CCAA Proceedings/Matters | 110.5 | $80,675.50 |
| U.S. Proceedings/Matters | 1.7 | $960.50 |
| **TOTAL** | 216.1 | $156,894.00 |

13715134.1

# **EXHIBIT A**

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Ralph | Dianne | 01/05/2012 | review of court docket (.1); update Inventorys with filed fee application (.1); | 0.2 | 52.00 | 11153255 |
| Ralph | Dianne | 08/05/2012 | review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11170236 |
| Ralph | Dianne | 16/05/2012 | review of court docket (.1); email motion to S. Bomhof (.1) | 0.2 | 52.00 | 11179400 |
| Ralph | Dianne | 15/05/2012 | review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11180196 |
| Ralph | Dianne | 22/05/2012 | review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11186071 |
| Ralph | Dianne | 31/05/2012 | Review of court docket (.1); provide update to attorney (.1) | 0.2 | 52.00 | 11219497 |
| Ralph | Dianne | 24/05/2012 | Review of court docket (.2); retrieve filed April fee application and March CNO (.2); circulate documents to attorneys (.1); update fee application list (.2) | 0.7 | 182.00 | 11219836 |
| Ralph | Dianne | 30/05/2012 | Email to A. Bauer and W. Gray regarding filed quarterly fee application | 0.1 | 26.00 | 11220066 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 03/05/2012 | Work on quarterly fee application | 0.8 | 700.00 | 11160248 |
| Gray | William | 23/05/2012 | Work on fee application | 0.5 | 437.50 | 11193454 |
| Gray | William | 30/05/2012 | Work on monthly and quarterly fee applications | 0.7 | 612.50 | 11205894 |
| Gray | William | 29/05/2012 | Work on monthly and quarterly fee applications | 1.3 | 1,137.50 | 11206107 |
| Bauer | Alison D. | 15/05/2012 | Conference S. Bomhof and attention to fee app filings | 0.1 | 72.50 | 11176815 |
| Bauer | Alison D. | 22/05/2012 | Review fee application and conference D. Ralph (0.3); | 0.3 | 217.50 | 11187068 |
| Bauer | Alison D. | 23/05/2012 | Emails regarding CNO in absence of objections (.1); quarterly fee app review (.1); FC issue and analysis (.1); | 0.3 | 217.50 | 11187960 |
| Bauer | Alison D. | 24/05/2012 | attention to fee application deadlines (.1); review of sixth quarterly fee application (.2) | 0.3 | 217.50 | 11205583 |
| Bauer | Alison D. | 22/05/2012 | attention to filing of fee app | 0.1 | 72.50 | 11205683 |
| Bauer | Alison D. | 18/05/2012 | draft fee application review | 0.1 | 72.50 | 11205858 |
| Ralph | Dianne | 16/05/2012 | review of April time entries (.6); email to J. Brentnall regarding March fee application (.1) | 0.7 | 182.00 | 11179444 |
| Ralph | Dianne | 14/05/2012 | Receipt and review of April time entries and expenses | 0.5 | 130.00 | 11179712 |
| Ralph | Dianne | 17/05/2012 | review of April time entries (.9); draft April fee application (.5); emails to J. Wong regarding same (.2) | 1.6 | 416.00 | 11181820 |
| Ralph | Dianne | 22/05/2012 | Conference with A. Bauer regarding April fee application (.2); revise and finalize fee application (1.3); emails to R. Lackan regarding fee application (.2); email to A. Cordo regarding filing April fee application (0.1); | 1.8 | 468.00 | 11186858 |
| Ralph | Dianne | 14/05/2012 | Revisions to April time entries | 0.8 | 208.00 | 11190056 |
| Ralph | Dianne | 31/05/2012 | Telephone conference with A. Cordo regarding fee application | 0.1 | 26.00 | 11219509 |
| Ralph | Dianne | 23/05/2012 | Emails to attorneys regarding March fee application (.3); preparation of sixth quarterly fee application (1.8); email to R. Lackan regarding quarterly fee application information (.2) | 2.3 | 598.00 | 11219512 |
| Ralph | Dianne | 18/05/2012 | update and review April fee application (.8); email to R. Lackan regarding fee application (.1); | 0.9 | 234.00 | 11219681 |
| Ralph | Dianne | 24/05/2012 | Finalize sixth quarterly fee application (2.4); emails to A. Cordo regarding same (.2); | 2.6 | 676.00 | 11233174 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 18/05/2012 | research regarding Canadian legal issues related to mediation and allocation protocol; | 2.7 | 2,187.00 | 11183741 |
| Bomhof | Scott A. | 22/05/2012 | research regarding Canadian legal issues; | 1.0 | 810.00 | 11185388 |
| Bomhof | Scott A. | 29/05/2012 | research regarding Canadian legal issues; | 2.1 | 1,701.00 | 11202286 |
| Bomhof | Scott A. | 31/05/2012 | research regarding Canadian legal issues; | 1.2 | 972.00 | 11205220 |
| Slavens | Adam | 18/05/2012 | conducting research on Rules of Civil Procedure re allocation purposes; | 0.5 | 282.50 | 11182449 |
| Slavens | Adam | 22/05/2012 | reviewing memorandum re Canadian appeal routes; | 0.4 | 226.00 | 11186475 |
| DeMarinis | Tony | 01/05/2012 | analysis of Canadian claims, proof of claim process, and court orders on same; | 1.8 | 1,755.00 | 11153149 |
| DeMarinis | Tony | 11/05/2012 | reading research materials on claims issues; | 1.2 | 1,170.00 | 11174077 |
| DeMarinis | Tony | 17/05/2012 | review and analysis of parties' shared mediation submissions; | 2.5 | 2,437.50 | 11181282 |
| DeMarinis | Tony | 23/05/2012 | review and analysis of materials and law relating to positions taken by parties in 3rd mediation initiative; | 2.5 | 2,437.50 | 11187371 |
| DeMarinis | Tony | 28/05/2012 | reading research materials regarding valuation of claims in Canadian insolvency proceedings; | 2.5 | 2,437.50 | 11196156 |
| Mauro | Clare | 17/05/2012 | document retrieval/delivery of cases (A. Slavens); | 0.2 | 71.00 | 11182664 |

ANALYSIS OF CANADIAN LAW

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 07/05/2012 | follow up on issues related to mediation and exchange of mediation briefs; | 0.5 | 405.00 | 11165826 |
| Bomhof | Scott A. | 08/05/2012 | telephone call with R. Echelrod of Cleary and reviewing NNC asset purchase agreements; | 3.0 | 2,430.00 | 11166946 |
| Bomhof | Scott A. | 09/05/2012 | reviewing request from R. Eckelrod and discussing same and preparing summary of allocation issues; | 4.0 | 3,240.00 | 11170992 |
| Bomhof | Scott A. | 10/05/2012 | reviewing asset purchase transactions regarding allocation of proceeds; | 3.1 | 2,511.00 | 11171398 |
| Bomhof | Scott A. | 11/05/2012 | reviewing asset purchase transaction regarding allocation issues; | 3.0 | 2,430.00 | 11172957 |
| Bomhof | Scott A. | 14/05/2012 | reviewing mediation briefs filed by Canadian debtors and Canadian creditors committee; | 2.0 | 1,620.00 | 11174834 |
| Bomhof | Scott A. | 15/05/2012 | telephone call with J. Bromley regarding allocation issues (.3); attend status call with Cleary, J. Ray and advisors to UCC (1.2); reviewing mediation briefs (2.4); | 3.9 | 3,159.00 | 11176506 |
| Bomhof | Scott A. | 17/05/2012 | reviewing mediation briefs; | 1.8 | 1,458.00 | 11180951 |
| Bomhof | Scott A. | 23/05/2012 | attend meetings on allocation issues; | 5.5 | 4,455.00 | 11191715 |
| Bomhof | Scott A. | 25/05/2012 | discussions related to allocation of sale proceeds and mediation issues; | 0.5 | 405.00 | 11196669 |
| Bomhof | Scott A. | 29/05/2012 | reviewing issues related to mediation and reviewing mediation briefs; | 0.7 | 567.00 | 11202309 |
| Slavens | Adam | 08/05/2012 | office conference with S. Bomhof re review of CCAA court documents for allocation purposes (0.2); reviewing CCAA court documents and preparing analysis of same (1.3); | 1.5 | 847.50 | 11169499 |
| Slavens | Adam | 09/05/2012 | reviewing CCAA court documents for allocation purposes and preparing analysis of same; | 2.5 | 1,412.50 | 11170553 |
| Slavens | Adam | 11/05/2012 | reviewing CCAA court documents for allocation purposes and preparing analysis of same; | 2.8 | 1,582.00 | 11171239 |
| Slavens | Adam | 10/05/2012 | reviewing CCAA court documents for allocation purposes and preparing analysis of same; | 6.0 | 3,390.00 | 11171584 |
| Slavens | Adam | 15/05/2012 | reviewing briefs filed by interested parties in connection with mediation; | 1.5 | 847.50 | 11176967 |
| Slavens | Adam | 22/05/2012 | reviewing US Debtors response to April 27 letter and exhibits to same; | 0.7 | 395.50 | 11186137 |
| Slavens | Adam | 28/05/2012 | office conferences with S. Bomhof and T. DeMarinis re mediation matters; | 0.5 | 282.50 | 11195286 |
| Slavens | Adam | 28/05/2012 | reviewing mediation memoranda filed in connection with mediation process; | 2.3 | 1,299.50 | 11196112 |
| Slavens | Adam | 29/05/2012 | reviewing mediation memoranda filed in connection with mediation process; | 2.3 | 1,299.50 | 11199012 |
| Slavens | Adam | 30/05/2012 | reviewing mediation memoranda filed in connection with mediation process; | 1.6 | 904.00 | 11203885 |
| DeMarinis | Tony | 14/05/2012 | review and consideration of mediation materials exchanged among North American parties; | 2.5 | 2,437.50 | 11175930 |
| DeMarinis | Tony | 18/05/2012 | review and analysis of multi-party mediation submissions and legal issues (3.0); reading U.S. Debtor correspondence and exhibits to mediator (0.5); | 3.5 | 3,412.50 | 11184385 |
| DeMarinis | Tony | 22/05/2012 | reading appended materials to mediation submissions; | 1.0 | 975.00 | 11186301 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 25/05/2012 | report on mediation consultation, and counsel emails and follow-up review of stakeholder representative groups, compositions, authority and related matters; | 3.4 | 3,315.00 | 11192762 |
| Gray | William | 02/05/2012 | Work on employee related claims and priorities in cross-border bankruptcy situation | 1.8 | 1,575.00 | 11157050 |
| Gray | William | 01/05/2012 | Conference call with T. DeMarinis regarding mediation results (.4); Review employee related claims (.4); | 0.8 | 700.00 | 11157099 |
| Gray | William | 03/05/2012 | Legal research and discussions regarding Canadian legal issues and related intercompany issues | 1.7 | 1,487.50 | 11159833 |
| Gray | William | 04/05/2012 | Work on Canadian legal issue | 0.6 | 525.00 | 11160211 |
| Gray | William | 21/05/2012 | Legal research regarding intercompany claims | 1.7 | 1,487.50 | 11184041 |
| Gray | William | 23/05/2012 | Work on report on mediation consultation | 0.8 | 700.00 | 11193406 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/05/2012 | telephone call with A. Merskey and C. Armstrong regarding Insurance issues (1.0); telephone call with Cleary to discuss insurance motion (.3); | 1.3 | 1,053.00 | 11154314 |
| Bomhof | Scott A. | 01/05/2012 | reviewing court materials related to sale of documents and discussing same with Cleary (1.1); telephone call with Fraser Milner to discuss update on insurance motion (.4); | 1.5 | 1,215.00 | 11154405 |
| Bomhof | Scott A. | 03/05/2012 | various telephone calls with Cleary, Goodmans and FMC regarding insurance motion and deferral of U.S. hearing (1.9); reviewing Ministry of Environment (MOE) appeal materials regarding Nortel Canada environmental remediation issues (1.0); | 2.9 | 2,349.00 | 11157189 |
| Bomhof | Scott A. | 04/05/2012 | various telephone calls with C. Armstrong of Goodmans and A. Merskey of Norton Rose and reviewing Nortel materials regarding insurance motion (1.1); follow up with Goodmans and Norton Rose on Ministry of Environment appeal materials (.4); | 1.5 | 1,215.00 | 11159620 |
| Bomhof | Scott A. | 07/05/2012 | prepare for and attend motion before Morawetz J. (2.9); discussing NNI team status call with A. Gray (.2); | 3.1 | 2,511.00 | 11165819 |
| Bomhof | Scott A. | 08/05/2012 | prepare for and attend status call with UCC and advisors (1); telephone call with C. Armstrong regarding insurance issues (.2); | 1.2 | 972.00 | 11166955 |
| Bomhof | Scott A. | 11/05/2012 | exchange e-mails with A. Merskey, C. Armstrong and E. Busigell regarding insurance motion issues (.9) telephone call with FMC and reviewing draft NNC factum regarding MOE appeal (.7); | 1.6 | 1,296.00 | 11173051 |
| Bomhof | Scott A. | 14/05/2012 | various telephone calls with representatives of Norton Rose, Fraser Milner, Bennett Jones and Cleary regarding Ministry of Environment (Ontario) appeal materials (1.1); reviewing factum of NNL regarding MOE appeal (.3); reviewing factums of NNL and Canadian directors regarding insurance motion and draft NNI factum for Insurance motion (1.5); attending weekly status call with J. Bay and Cleary (1.1); telephone call with M. Gotlieb regarding status of EMEA discovery motion (.3); | 4.3 | 3,483.00 | 11174777 |
| Bomhof | Scott A. | 15/05/2012 | reviewing court materials for May 30 insurance motion and preparing NNI factum (.7); reviewing MOE environmental claim appeal materials (.4); telephone call with FMC regarding pending court hearings on insurance and MOE appeal (.6); exchange e-mails with J. Ray regarding MOE appeal (.2); | 1.9 | 1,539.00 | 11176412 |
| Bomhof | Scott A. | 16/05/2012 | various telephone calls with FMC and Bennett Jones and e-mail exchange with Cleary regarding MOE appeal (.9); reviewing draft joint factum of NNI UCC and Noteholders regarding MOE appeal | 2.1 | 1,701.00 | 11178965 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 17/05/2012 | (.2); discussing insurance issues with FMC (.3); reviewing factum and brief of authorities of NNL regarding insurance motion (.7); reviewing e-mail from EMEA counsel and respond to same regarding insurance motion and discussion with Cleary (1.2); revising draft factum on MOE appeal (.7); telephone call with J. Opolosky regarding CCAA issues (.2); | 2.1 | 1,701.00 | 11180975 |
| Bomhof | Scott A. | 21/05/2012 | attending weekly U.S. Debtor status call (1.1); attending weekly status call with advisors to U.S. Debtors and the UCC (.7); | 1.8 | 1,458.00 | 11183739 |
| Bomhof | Scott A. | 18/05/2012 | appearing before Mr. Justice Morawetz regarding EMEA motion on insurance issues (1.5); reviewing and revising U.S. Debtor factum on insurance motion (1.2); reviewing Cleary comments on MOE appeal factum and discussing same with J. Opolosky (.7); finalizing MOE appeal factum matters and service of factum (1.2); | 4.6 | 3,726.00 | 11183750 |
| Bomhof | Scott A. | 18/05/2012 | prepare for meeting with R. Bennett; | 0.7 | 567.00 | 11183755 |
| Bomhof | Scott A. | 22/05/2012 | reviewing factums filed in insurance matter (.9); revising memo on Ontario appeal rules (.5); file NNI UCC and Noteholder factum on MOE leave to appeal application (.9); reviewing case law/briefs for insurance motion (.9); | 3.2 | 2,592.00 | 11185371 |
| Bomhof | Scott A. | 23/05/2012 | discussing insurance motion with L. Schwitzer and J. Ray and finalizing same (1.5); assist J. Croft of Cleary with Canadian creditor claims against NNI (.5); | 2.0 | 1,620.00 | 11191790 |
| Bomhof | Scott A. | 24/05/2012 | finalize and serve insurance motion (.7); preparing for May 30 hearing regarding insurance motion (.3); | 1.0 | 810.00 | 11191860 |
| Bomhof | Scott A. | 25/05/2012 | prepare for May 30 hearing regarding insurance; | 0.7 | 567.00 | 11196676 |
| Bomhof | Scott A. | 28/05/2012 | various telephone calls with FMC and NR and preparing draft reservation of rights language for insurance motion (1.1); preparing for May 30 hearing on insurance motion (.7); | 1.8 | 1,458.00 | 11199895 |
| Bomhof | Scott A. | 30/05/2012 | preparing for and attending motion before Mr. Justice Morawetz regarding insurance issues obligation; | 6.5 | 5,265.00 | 11200115 |
| Bomhof | Scott A. | 29/05/2012 | attend weekly status call with Cleary and J. Ray (1.1); preparing for May 30 motion regarding insurance issues and discussing draft endorsement language with E. Busigel (1.2); | 2.3 | 1,863.00 | 11202288 |
| Bomhof | Scott A. | 31/05/2012 | telephone call with M. Fleming-Delacrux regarding CCAA process issues; | 1.0 | 810.00 | 11205348 |
| Gray | Andrew | 01/05/2012 | conference calls and email correspondence regarding upcoming CCAA proceedings (1.5); reviewing court materials, including Monitor's report (0.7); internal discussion regarding next steps in CCAA (0.4); | 2.6 | 1,846.00 | 11153857 |
| Gray | Andrew | 02/05/2012 | conference calls and email correspondence regarding upcoming CCAA motions and appeal; | 1.9 | 1,349.00 | 11155025 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 07/05/2012 | conference call and email regarding status of mediation and court proceedings; | 1.0 | 710.00 | 11164911 |
| Gray | Andrew | 09/05/2012 | reviewing correspondence regarding upcoming and previous motions; | 0.3 | 213.00 | 11170589 |
| Gray | Andrew | 11/05/2012 | reviewing court materials for CCAA hearing (0.4); email regarding CCAA proceeding (0.1) | 0.5 | 355.00 | 11172985 |
| Gray | Andrew | 14/05/2012 | conference calls regarding mediation (0.4); conference call regarding CCAA motions (0.3); discussion of upcoming CCAA motions and email regarding same (0.4); | 1.1 | 781.00 | 11175719 |
| Gray | Andrew | 15/05/2012 | conference calls regarding mediation process (0.6); email and discussion regarding upcoming CCAA motions (0.5); | 1.1 | 781.00 | 11176513 |
| Gray | Andrew | 16/05/2012 | reviewing court materials for CCAA proceedings (0.8); working on mediation issues (0.3); | 1.1 | 781.00 | 11179443 |
| Gray | Andrew | 21/05/2012 | conference call and email regarding mediation; | 0.5 | 355.00 | 11183530 |
| Gray | Andrew | 18/05/2012 | reviewing court materials and correspondence regarding upcoming motions (1.0); email communications regarding mediation and review of mediation materials (1.2); | 2.2 | 1,562.00 | 11183541 |
| Gray | Andrew | 19/05/2012 | drafting memorandum on Canadian litigation issues; | 1.2 | 852.00 | 11183565 |
| Gray | Andrew | 17/05/2012 | reviewing court materials for upcoming motions (0.6); email and telephone communications regarding mediation issues (0.5); reviewing mediation briefs (1.3); | 2.4 | 1,704.00 | 11183589 |
| Gray | Andrew | 22/05/2012 | drafting memorandum and email regarding same (0.7); reviewing proof of claim and email regarding same (0.4); working on mediation issues (0.4); | 1.5 | 1,065.00 | 11185255 |
| Gray | Andrew | 23/05/2012 | reviewing mediation materials (0.8); reviewing CCAA court documents (1.2); reviewing claims documentation (0.3); email communications regarding CCAA matters (0.4); | 2.7 | 1,917.00 | 11187184 |
| Gray | Andrew | 24/05/2012 | meetings regarding CCAA case issues (4.0); reviewing and revising CCAA court materials -0.9 | 4.9 | 3,479.00 | 11192894 |
| Gray | Andrew | 30/05/2012 | drafting report on legal research issue; | 0.8 | 568.00 | 11202133 |
| Gray | Andrew | 31/05/2012 | reviewing agreement and reporting on legal issues regarding same (0.8); telephone conference on Canadian court procedure (0.7) | 1.5 | 1,065.00 | 11203326 |
| Slavens | Adam | 14/05/2012 | office conference with S. Bomhof and A. Gray re CCAA factum on insurance matters (0.3); reviewing US case law and email correspondence from E. Bussigel re same (1.5); reviewing CCAA motion materials filed by parties in interest (1.6); | 3.4 | 1,921.00 | 11175425 |
| Slavens | Adam | 15/05/2012 | preparing factum re insurance motion (3.0); conducting research re same (1.5); | 4.5 | 2,542.50 | 11176888 |
| Slavens | Adam | 16/05/2012 | reviewing CCAA court materials filed by interested parties in connection with insurance motion; | 1.5 | 847.50 | 11179863 |
| Slavens | Adam | 16/05/2012 | preparing factum re insurance motion (2.3); | 3.3 | 1,864.50 | 11179936 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 17/05/2012 | conducting research re same (1.0); preparing factum re insurance motion (3.0); conducting research re same (0.7); email correspondence with S. Bomhof, A. Gray and Cleary re same (0.2); office conference with S. Bomhof re same (0.2); | 4.1 | 2,316.50 | 11181956 |
| Slavens | Adam | 18/05/2012 | preparing factum re insurance motion (0.5); reviewing comments of S. Bomhof on same (0.3); email correspondence with S. Bomhof, A. Gray and Cleary re same (0.1); office conference with S. Bomhof re same (0.2); | 1.1 | 621.50 | 11182584 |
| Slavens | Adam | 24/05/2012 | revising factum re insurance motion (0.4); email correspondence with M. Wunder re same (0.1); compiling brief of authorities re same (1.0); updating case service list (0.3); | 1.8 | 1,017.00 | 11190893 |
| Slavens | Adam | 23/05/2012 | reviewing comments on factum re insurance motion (0.5); telephone call with E. Bussigel and S. Bomhof re same (0.2); office conference with S. Bomhof re same (0.3); reviewing factums and court materials filed by other interested parties re insurance motion (1.5) | 2.5 | 1,412.50 | 11191199 |
| Slavens | Adam | 25/05/2012 | finalizing factum re insurance motion and brief of authorities re same (1.4); serving and filing factum and brief of authorities (2.7) | 4.1 | 2,316.50 | 11193042 |
| Slavens | Adam | 28/05/2012 | reviewing court documents filed in CCAA case re appeal of March 9, 2012 decision of Morawetz J.; | 1.5 | 847.50 | 11195632 |
| Slavens | Adam | 29/05/2012 | reviewing CCAA court materials filed re insurance motion; | 0.8 | 452.00 | 11198301 |
| DeMarinis | Tony | 02/05/2012 | review of claims information, orders and materials in the Canadian proceedings; | 2.0 | 1,950.00 | 11154579 |
| DeMarinis | Tony | 10/05/2012 | updates to Canadian brief and review of materials; | 0.8 | 780.00 | 11170964 |
| DeMarinis | Tony | 17/05/2012 | reading supplemental motion record, factum and brief served by Applicants in re May 30 hearing (0.6); review materials served by board of directors for May 30 hearing (0.5); reading monitor's reports and materials (0.5); | 1.6 | 1,560.00 | 11181292 |
| DeMarinis | Tony | 18/05/2012 | review joint U.S. factum for MOE appeal and materials filed by Canadian applicants in re same; | 0.8 | 780.00 | 11184600 |
| DeMarinis | Tony | 22/05/2012 | review MOE appeal materials; | 0.3 | 292.50 | 11186612 |

U.S. PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 25/05/2012 | reviewing and commenting on US notice of joint hearing (1.0); reviewing cross-border protocol re same and CCAA filings (0.5); email correspondence with E. Bussigel and S. Bomhof re same (0.2); | 1.7 | 960.50 | 11192381 |