**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2012 through May 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $132.10 |
| Duplicating/Printing | 4,149 pgs @ .10 per pg | $414.90 |
| Miscellaneous | Photographer (Expert) | $607.32 |
| Courier | | $44.02 |
| Taxi & Travel | | - |
| Meals | | - |
| Library Costs | | - |
| Court Searches | Filing Fees | $70.86 |
| Word Processing | | - |
| Telephone | Long Distance | $16.65 |
| **Grand Total Expenses** | | **$1,285.85** |

13715134.1

## **EXHIBIT B**

**Date**

| Date | Amount | Description |
|---|---|---|
| 22/05/2012 | 35.43 | filing factum and affidavit of service with the Court of Appeal; |
| 25/05/2012 | 35.43 | filing factum of Nortel Networks Inc. (returnable May 30, 2012), brief of authorities and affidavit of service of Adam Slavens with the Commercial List; |
| | $ 70.86 | |

| | | |
|---|---|---|
| 24/05/2012 | $ 607.32 | Expert - - VENDOR: Bryan McBurney Photography Andrew Gray-Photography Bill from Meeting |

| Date | Amount | Description |
|---|---|---|
| 09/05/2012 | 0.10 | Copies |
| 22/05/2012 | 3.10 | Copies |
| 24/05/2012 | 40.00 | Copies |
| 24/05/2012 | 2.90 | Copies |
| 25/05/2012 | 35.10 | Copies |
| 31/05/2012 | 7.20 | Copies |
| 01/05/2012 | 0.10 | Laser Printing |
| 02/05/2012 | 7.00 | Laser Printing |
| 04/05/2012 | 11.10 | Laser Printing |
| 09/05/2012 | 0.50 | Laser Printing |
| 10/05/2012 | 0.50 | Laser Printing |
| 11/05/2012 | 1.40 | Laser Printing |
| 11/05/2012 | 2.20 | Laser Printing |
| 14/05/2012 | 6.30 | Laser Printing |
| 14/05/2012 | 42.20 | Laser Printing |
| 14/05/2012 | 34.10 | Laser Printing |
| 15/05/2012 | 33.60 | Laser Printing |
| 15/05/2012 | 3.70 | Laser Printing |
| 16/05/2012 | 7.20 | Laser Printing |
| 17/05/2012 | 63.40 | Laser Printing |
| 18/05/2012 | 2.80 | Laser Printing |
| 18/05/2012 | 5.90 | Laser Printing |
| 22/05/2012 | 41.40 | Laser Printing |
| 22/05/2012 | 0.40 | Laser Printing |
| 23/05/2012 | 0.20 | Laser Printing |
| 23/05/2012 | 6.60 | Laser Printing |
| 23/05/2012 | 7.40 | Laser Printing |
| 24/05/2012 | 5.40 | Laser Printing |
| 24/05/2012 | 2.40 | Laser Printing |
| 24/05/2012 | 0.20 | Laser Printing |
| 25/05/2012 | 7.80 | Laser Printing |
| 25/05/2012 | 4.90 | Laser Printing |
| 28/05/2012 | 3.40 | Laser Printing |
| 29/05/2012 | 3.60 | Laser Printing |
| 30/05/2012 | 9.10 | Laser Printing |
| 31/05/2012 | 0.60 | Laser Printing |
| 09/05/2012 | 0.20 | Laser Printing |
| 14/05/2012 | 0.60 | Laser Printing |
| 14/05/2012 | 0.20 | Laser Printing |
| 17/05/2012 | 0.10 | Laser Printing |
| 17/05/2012 | 0.50 | Laser Printing |
| 18/05/2012 | 0.30 | Laser Printing |
| 18/05/2012 | 0.40 | Laser Printing |
| 18/05/2012 | 0.20 | Laser Printing |
| 18/05/2012 | 0.10 | Laser Printing |
| 18/05/2012 | 0.10 | Laser Printing |
| 18/05/2012 | 0.10 | Laser Printing |
| 18/05/2012 | 0.10 | Laser Printing |
| 18/05/2012 | 0.20 | Laser Printing |
| 18/05/2012 | 0.70 | Laser Printing |
| 18/05/2012 | 1.40 | Laser Printing |
| 18/05/2012 | 0.40 | Laser Printing |
| 22/05/2012 | 1.20 | Laser Printing |

| Date | | |
|---|---|---|
| 22/05/2012 | 0.70 | Laser Printing |
| 22/05/2012 | 1.40 | Laser Printing |
| 22/05/2012 | 0.20 | Laser Printing |
| 23/05/2012 | 0.10 | Laser Printing |
| 23/05/2012 | 0.30 | Laser Printing |
| 23/05/2012 | 0.80 | Laser Printing |
| 23/05/2012 | 0.30 | Laser Printing |
| 23/05/2012 | 0.10 | Laser Printing |
| 30/05/2012 | 0.10 | Laser Printing |
| 30/05/2012 | 0.10 | Laser Printing |
| 30/05/2012 | 0.20 | Laser Printing |
| | $ 414.90 | |
| 24/05/2012 | $ 44.02 | Courier 79 WELLINGTON ST W FLOOR: 30 ,TORYS LLP;ONE LIBERTY PLAZA,CLEARY GOTTLIEB ; |
| 17/05/2012 | 23.79 | On Line Research Charges -WestlaweCarswell Incl. |
| 17/05/2012 | 4.05 | On Line Research Charges -WestlaweCarswell Incl. |
| 18/05/2012 | 104.26 | On Line Research Charges -WestlaweCarswell Incl. |
| | $ 132.10 | |
| 09/05/2012 | 16.59 | US152 TMobile March 2012 |
| 31/05/2012 | 0.03 | Telephone 13026589459 - Wilmington, DE -Time: 10:23 - Dur: 0.27 |
| 31/05/2012 | 0.03 | Telephone 13023519459 - Wilmington, DE - Time: 10:26 - Dur: 0.97 |
| | $ 16.65 | |
| **TOTAL** | **$ 1,285.85** | |