# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc. et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE :
 : SS.
NEW CASTLE COUNTY :

Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 9th day of July, 2012, she caused a copy of the following to be served via hand delivery and via first class mail on the attached list:

*Statement of the Official Committee of Unsecured Creditors in Support of Debtors' Motion for Entry of an Order Approving Settlement Procedures to Resolve Claims of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan [Docket No. 7947]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

RLF1 6235707v. 1

*Barbara J. Witters*
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 10th day of July, 2012.

*Lesley G. Morris*
Notary Public

[Notary Seal: LESLEY A. MORRIS, MY COMMISSION EXPIRES MARCH 22, 2013, NOTARY PUBLIC, STATE OF DELAWARE]

RLF1 6235707v. 1

# NORTEL NETWORKS INC.
## CASE NO. 09-10138 (KG)

**Via Hand Delivery**

(United States Trustee)
Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

(Co-Counsel to the Debtors)
Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Tamara K. Minott, Esq.
Morris, Nichols, Arst & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

(Counsel to Bonds)
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to the Monitor)
Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street, Suite 1900
Wilmington, DE  19801

Bonnie Glantz Fatell, Esq.
Victoria Guilfoyle, Esq.
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**Via First Class Mail**

(Counsel to the Official Committee of Unsecured Creditors)
Fred S. Hodara, Esq.
David H. Botter, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

(Co-Counsel to the Debtors)
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

(Counsel to the Monitor)
Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Thomas R. Kreller, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA 90017

Sankaran Lakshminarayan
9815 Autry Falls Drive
Alpharetta, GA 30022

Robert J. Keach, Esq.
Paul McDonald, Esq.
Daniel J. Murphy, Esq.
Bernstein, Shur, Swayer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

RLF1 6235707v. 1