# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

June 1, 2012 through June 30, 2012

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 6/1/2012    End Date 6/29/2012

**Enter Billing Rate/Hr:** 515.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 2.0 | $515.00 | $1,030.00 |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 168.0 | $515.00 | $86,520.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 2.0 | $515.00 | $1,030.00 |
| 5 | Fee Applications | 6.9 | $515.00 | $3,553.50 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 17.8 | $257.50 | $4,583.50 |
| | **Hours/Billing Amount for Period:** | **196.7** | | **$96,717.00** |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 6/1/2012 | Retiree and Ltd matter | 3 | 3.0 |
| 6/1/2012 | State tax matters | 3 | 2.2 |
| 6/1/2012 | 4th estate and cascade trust matter | 1 | 1.0 |
| 6/1/2012 | NC financials for RTP; review | 3 | 1.3 |
| 6/1/2012 | Mediation matters | 3 | 1.0 |
| 6/1/2012 | call with Cleary re retirees | 3 | 1.0 |
| 6/1/2012 | Claims matters; settlements | 3 | 0.5 |
| 6/1/2012 | Document retention | 3 | 1.0 |
| 6/4/2012 | Weekly case management calls | 3 | 1.5 |
| 6/4/2012 | NC tax matters | 3 | 2.0 |
| 6/4/2012 | Call re NC tax | 3 | 2.2 |
| 6/4/2012 | Call re retiree and Ltd matter | 3 | 1.0 |
| 6/4/2012 | Michigan tax matter | 3 | 1.2 |
| 6/4/2012 | R/E project and cap x budget | 3 | 2.0 |
| 6/4/2012 | Retiree proposal | 3 | 1.3 |
| 6/4/2012 | GDNT matter | 3 | 1.3 |
| 6/4/2012 | Staffing and W/F plan review | 3 | 1.0 |
| 6/4/2012 | Richardson financials review | 3 | 1.0 |
| 6/4/2012 | Deferred comp various benefit matters | 3 | 1.2 |
| 6/4/2012 | Document retention | 3 | 1.0 |
| 6/5/2012 | Retiree matters | 3 | 2.3 |
| 6/5/2012 | Claims settlements | 3 | 1.0 |
| 6/5/2012 | Call with Cleary re case management and litigation | 3 | 2.0 |
| 6/5/2012 | Severance claims and other post petition claims | 3 | 1.3 |
| 6/5/2012 | Data management | 3 | 1.0 |
| 6/5/2012 | Queens claim | 3 | 0.3 |
| 6/5/2012 | RTP financials | 3 | 1.0 |
| 6/5/2012 | Data management matters | 3 | 1.0 |
| 6/5/2012 | RTP lease matter | 3 | 1.3 |
| 6/5/2012 | Deferred comp matter | 3 | 1.0 |
| 6/5/2012 | LTD matter and respond to questions | 3 | 1.3 |
| 6/5/2012 | Various claims settlements | 3 | 1.3 |
| 6/6/2012 | Deferred comp matter and responses | 3 | 2.2 |
| 6/6/2012 | Data issues and retention | 3 | 1.0 |
| 6/6/2012 | Claims settlements | 3 | 0.8 |
| 6/6/2012 | 4th estate | 3 | 1.0 |
| 6/6/2012 | Genband 2004 | 3 | 0.3 |
| 6/6/2012 | Data center relocation | 3 | 1.0 |
| 6/6/2012 | RTP financials and NC matters | 3 | 1.0 |
| 6/6/2012 | Retiree matter | 3 | 1.2 |
| 6/6/2012 | Omni 27 | 3 | 1.0 |
| 6/6/2012 | Liquidation status call | 3 | 1.2 |
| 6/7/2012 | UK pension claim and motions | 3 | 4.0 |
| 6/7/2012 | Retiree matters | 3 | 3.3 |
| 6/7/2012 | Data center realignment | 3 | 4.0 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 6/7/2012 | Tax matters | 3 | 1.3 |
| 6/7/2012 | Litigation matters re Interco | 3 | 1.0 |
| 6/7/2012 | Michigan tax | 3 | 1.2 |
| 6/7/2012 | UK data requests | 3 | 1.0 |
| 6/7/2012 | Cascade trust request | 1 | 1.0 |
| 6/8/2012 | Set up court call for quarterly fee apps | 5 | 0.3 |
| 6/8/2012 | Review quarterly fee app hearing/draft order | 5 | 1.0 |
| 6/8/2012 | WPB remediation | 3 | 3.8 |
| 6/8/2012 | Flex request re tax matters | 3 | 2.0 |
| 6/8/2012 | Michigan matter | 3 | 2.0 |
| 6/8/2012 | Claims settlements | 3 | 2.0 |
| 6/8/2012 | Retiree and Ltd matters | 3 | 1.0 |
| 6/11/2012 | Case management calls with Cleary | 3 | 1.5 |
| 6/11/2012 | Tax matters update | 3 | 1.0 |
| 6/11/2012 | NC tax matter | 3 | 1.0 |
| 6/11/2012 | 4th estate | 3 | 1.0 |
| 6/11/2012 | Data management, claims matters | 3 | 1.0 |
| 6/11/2012 | RTP lease | 3 | 2.0 |
| 6/11/2012 | UK pension claims | 3 | 2.0 |
| 6/11/2012 | Call with UCC | 3 | 1.0 |
| 6/12/2012 | Prepare May fee app | 5 | 2.3 |
| 6/12/2012 | Travel to NY for meetings | 7 | 4.3 |
| 6/12/2012 | Data management | 3 | 1.3 |
| 6/12/2012 | Claims matters | 3 | 2.0 |
| 6/13/2012 | Prepare for mediation | 3 | 4.0 |
| 6/13/2012 | Prepare May fee app | 5 | 2.5 |
| 6/14/2012 | Mediation with retirees | 3 | 11.5 |
| 6/14/2012 | Travel from mediation | 7 | 4.5 |
| 6/14/2012 | NC tax apportionment | 3 | 1.0 |
| 6/15/2012 | May fee app | 5 | 0.3 |
| 6/15/2012 | Cancel quarterly fee app hearing court call | 5 | 0.2 |
| 6/15/2012 | Data management | 3 | 1.0 |
| 6/15/2012 | Claims matters | 3 | 1.0 |
| 6/15/2012 | Data center relocation | 3 | 1.2 |
| 6/15/2012 | India tax matters | 3 | 1.0 |
| 6/15/2012 | NC tax matter | 3 | 2.6 |
| 6/15/2012 | Dubai entity matters | 3 | 0.3 |
| 6/15/2012 | RTP lease | 3 | 2.0 |
| 6/15/2012 | Michigan tax matters | 3 | 1.3 |
| 6/15/2012 | Litigation matters | 3 | 2.0 |
| 6/15/2012 | Deferred comp chapter 15 matter | 3 | 0.2 |
| 6/18/2012 | Administrative matters related to employees, staffing, expenses | 3 | 0.5 |
| 6/18/2012 | Deferred comp matter | 3 | 2.0 |
| 6/18/2012 | Claims management | 3 | 1.0 |
| 6/18/2012 | Travelers stip | 3 | 1.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 6/18/2012 | Retiree and Ltd matters | 3 | 2.0 |
| 6/18/2012 | UK data | 3 | 1.0 |
| 6/18/2012 | Genband matter | 3 | 0.5 |
| 6/19/2012 | Review quarterly fee app hearing/draft order | 5 | 0.3 |
| 6/19/2012 | RTP matter | 3 | 2.0 |
| 6/19/2012 | Tax matters | 3 | 1.0 |
| 6/19/2012 | Employee issues | 3 | 0.8 |
| 6/19/2012 | Insurance renewals | 3 | 0.3 |
| 6/20/2012 | Genband matter | 3 | 1.0 |
| 6/20/2012 | RTP lease matter | 3 | 1.0 |
| 6/20/2012 | Veba review | 3 | 1.3 |
| 6/21/2012 | MOR review | 3 | 1.0 |
| 6/21/2012 | Virginia tax matter | 3 | 1.2 |
| 6/21/2012 | Tax claims re Texas | 3 | 1.0 |
| 6/21/2012 | RTP lease matter | 3 | 1.3 |
| 6/21/2012 | Retiree and Ltd matter | 3 | 2.0 |
| 6/22/2012 | Deferred comp matter | 3 | 1.0 |
| 6/22/2012 | Ltd requests | 3 | 1.3 |
| 6/22/2012 | Claims matters | 3 | 0.8 |
| 6/25/2012 | Claims matters | 3 | 0.3 |
| 6/25/2012 | Ltd matter | 3 | 0.0 |
| 6/25/2012 | EY engagement | 3 | 3.0 |
| 6/25/2012 | Virginia tax matter | 3 | 0.3 |
| 6/26/2012 | Ltd matter | 3 | 0.3 |
| 6/26/2012 | WPB re mediation | 3 | 1.0 |
| 6/26/2012 | Claims matters | 3 | 2.0 |
| 6/26/2012 | UK pension motion | 3 | 1.0 |
| 6/26/2012 | Flight to NY | 7 | 4.5 |
| 6/27/2012 | LTD mediation prep and attendance at mediation | 3 | 9.8 |
| 6/28/2012 | Flight from mediation | 7 | 4.5 |
| 6/28/2012 | GDNT matter | 3 | 0.3 |
| 6/28/2012 | Ltd follow up | 3 | 1.0 |
| 6/28/2012 | Litigation matter discussions | 3 | 0.3 |
| 6/28/2012 | Call with Cleary and UCC re mediation re allocation | 4 | 2.0 |
| 6/29/2012 | Call with Cleary re various matters | 3 | 2.0 |