**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

June 1, 2012 through June 30, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $   997.60 |
| Travel – Lodging | | 3,316.55 |
| Travel – Meals | | 226.44 |
| Travel – Car Service | | 300.00 |
| Travel – Parking | | 61.00 |
| Office supplies, shipping, and other office related expenses | | 84.95 |
| PACER | | - |
| TOTAL | | $   4,986.54 |

# Nortel Expense Report

**PERIOD:** June 1, 2012 through June 30, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 6/12/2012 | New York Trip - Airfare | $ 278.00 | | | | | | |
| 6/12/2012 | New York Trip - Airfare additional charge | $ 150.00 | | | | | | |
| 6/12/2012 | New York Trip - Meal | | | $ 49.08 | | | | |
| 6/12/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 6/12/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 6/12/2012 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 6/13/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 6/13/2012 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 6/13/2012 | New York Trip - Meal | | | $ 30.04 | | | | |
| 6/14/2012 | New York Trip - Hotel tax | | $ 575.00 | | | | | |
| 6/14/2012 | New York Trip - | | $ 88.31 | | | | | |
| 6/14/2012 | New York Trip - Meal | | | $ 106.01 | | | | |
| 6/15/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 6/15/2012 | New York Trip - Parking | | | | | $ 61.00 | | |
| 6/26/2012 | New York Trip - Airfare | $ 269.60 | | | | | | |
| 6/26/2012 | New York Trip - Airfare additional charge | $ 150.00 | | | | | | |
| 6/26/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 6/26/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 6/26/2012 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 6/26/2012 | New York Trip - Meal | | | $ 41.31 | | | | |
| 6/27/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 6/27/2012 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 6/27/2012 | New York Trip - Airfare additional charge | $ 150.00 | | | | | | |
| 6/30/2012 | WiFi | | | | | | $ 50.00 | |
| 6/30/2012 | Aircell | | | | | | $ 34.95 | |