# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, [1] <br><br>                   Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc., et al. v. Telecom Network Solutions, Inc., et al. | 10-55165 |
| Nortel Networks Inc. v. CSWL, Inc. | 10-53169 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS

      In accordance with the Court's Chambers' Procedures and the Scheduling Order dated October 21, 2011 entered with respect to Telecom Network Solutions, Inc. and CSWL, Inc., plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through their counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, respectfully submit the following status report with respect to the above-captioned adversary proceedings.

Dated: July 16, 2012
Wilmington, Delaware

                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                          James L. Bromely (admitted *pro hac vice*)
                                          Lisa M. Schweitzer (admitted *pro hac vice*)
                                          Neil P. Forrest (admitted *pro hac vice*)
                                          Nora K. Abularach (admitted *pro hac vice*)
                                          One Liberty Plaza
                                          New York, New York 10006

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

        Telephone:  (212) 225-2000
        Facsimile:  (212) 225-3999

            - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Tamara K. Minott
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and*
*Debtors in Possession*

6062515.1

## STATUS E

## RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-53169 | CSWL, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |

## STATUS F

## DISCOVERY UNDERWAY

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55165 | Telecom Network Solutions, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated October 21, 2011. |