**Wave 9 Service List**

**<u>Via Hand Delivery</u>**

(Counsel for CSWL, Inc.)
Rachel B. Mersky
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange St.
Suite 400
Wilmington, DE 19801

Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

**<u>Via First Class Mail</u>**

(Counsel for CSWL, Inc.)
William T. Webb
Stimmel, Stimmel & Smith PC
155 Montgomery St., Suite 1200
San Francisco, CA 94104

4551245.1