IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | |
| | ) | **Related to Docket No. 7660** |

## CERTIFICATION OF COUNSEL

Undersigned counsel for GENBAND US LLC certifies as follows:

1. At a hearing held on June 21, 2012, on the Motion of GENBAND US LLC For Leave To Conduct Discovery Pursuant To Rule 2004 Of The Federal Rules Of Bankruptcy Procedure And Local Rule 2004-1 (the "Motion") the Court ruled that the Motion was denied.

2. The attached proposed Order denying the Motion has been reviewed and approved by counsel for the Debtor.

3. Accordingly, undersigned counsel, requests that, upon satisfactory review of the attached proposed Order, the Court enter such Order at its earliest convenience.

Date: July 18, 2012
Wilmington, Delaware

/s/ *Richard W. Riley*
Michael R. Lastowski (No. 3892)
Richard W. Riley (No. 4052)
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: rwriley@duanemorris.com

*Counsel to GENBAND US LLC*

DM3\2237757.1