IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

In re                                           :    Chapter 11
                                                :
Nortel Networks Inc., *et al.*,                 :    Case No. 09-10138 (KG)
                                                :
           Debtors.                :    Jointly Administered
                                                :
                                                :    **RE: D.I. 7660**
                                                :

---------------------------------------------------------X

### ORDER DENYING MOTION OF GENBAND US LLC FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2004-1

Upon consideration of the Motion Of GENBAND US LLC For Leave To Conduct Discovery Pursuant To Rule 2004 Of The Federal Rules Of Bankruptcy Procedure And Local Rule 2004-1 (the "Motion"); and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and after oral argument and due deliberation; and sufficient cause appearing therefor; it is hereby:

**ORDERED**, that the Motion is hereby DENIED.

Dated: July ____, 2012
       Wilmington, Delaware

                                                                                THE HONORABLE KEVIN GROSS
                                                                                CHIEF UNITED STATES BANKRUPTCY JUDGE