IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.,*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br> **Re:  Dkt Nos. 5046 & 5405** |

**SECOND SUPPLEMENTAL VERIFIED STATEMENT OF BLANK
ROME LLP AND BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
<u>PURSUANT TO BANKRUPTCY RULE 2019</u>**

Blank Rome LLP ("<u>Blank Rome</u>") and Bernstein, Shur, Sawyer & Nelson, P.A. ("<u>BSSN</u>") hereby make the following verified statements to further supplement the Verified Statement of Bank Rome LLP and Bernstein, Shur, Sawyer & Nelson, P.A. Pursuant to Bankruptcy Rule 2019 dated March 2, 2011 [D.I. 5046], as supplemented by the Supplemental Verified Statement dated May 10, 2011 [D.I. 5405] (collectively, the "<u>2019 Statements</u>"):

1.  Blank Rome and BSSN were retained to represent Robert Horne ("<u>Horne</u>"), James Young ("<u>Young</u>"), and the ad hoc group of participants and/or beneficiaries (collectively with Horne and Young, the "<u>Ad Hoc Committee</u>") of the Nortel Networks U.S. Deferred Compensation Plan (the "<u>Plan</u>").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. ((3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

136316.01600/40202329v.1

2. The 2019 Statements attached the names and addresses of the individuals comprising the Ad Hoc Committee as of May 10, 2011. Blank Rome and BSSN stated in those filings that full membership of the Ad Hoc Committee was still being determined and supplemental Rule 2019 statements would be filed to the extent practicable.

3. Since the 2019 Statements were filed on March 2, 2011, as supplemented on May 10, 2011, the Ad Hoc Committee has grown in size, with 167 members providing signed engagement letters and contributing toward the fees and expenses of the undersigned counsel. Attached hereto as Exhibit A is a list of all current members of the Ad Hoc Committee.[2] Attached hereto as Exhibit B is a copy of counsels' engagement letter, together with the signature pages for the members of the Ad Hoc Committee.[3]

4. The Ad Hoc Committee was formed through the efforts of Horne, Young and other participants. Each of the members of the Ad Hoc Committee is a present or former employee of one or more of the Debtors and is also a participant in and/or beneficiary of the Plan.

5. Pursuant to the terms of the engagement letters, the Ad Hoc Committee is governed by a subcommittee of up to seven members, and such subcommittee has the authority to advise and authorize counsel to the Ad Hoc Committee. The initial subcommittee was comprised of Horne and Young, but has now been expanded to seven members.

---

[2] The amounts listed on Exhibit A represent the amounts of such member's Plan accounts and were obtained from proofs of claim and/or the Debtors' Schedules F. The members of the Ad Hoc Committee reserve their rights to amend the amounts set forth on Exhibit A as additional information becomes available through discovery or otherwise.

[3] Fifteen other individuals have contributed toward the fees and expenses of the undersigned counsel, but have not provided signed engagement letters. Those individuals are identified on the document attached hereto as Exhibit C.

6.      As before, the Ad Hoc Committee is still being determined and additional supplemental Rule 2019 statements will be filed if necessary and to the extent practicable as the Ad Hoc Committee's membership changes.

Dated:   July 18, 2012           **BLANK ROME, LLP**

/s/  *Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
Victoria Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 (telephone)
(302) 425-6464 (facsimile)
Email:  fatell@blankrome.com
            guilfoyle@blankrome.com

-and-

**BERNSTEIN, SHUR, SAWYER & NELSON**

Robert J. Keach (Admitted *Pro Hac Vice*)
Paul McDonald (Admitted *Pro Hac Vice)*
Daniel J. Murphy (Admitted *Pro Hac Vice)*
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
(207) 774-1200 (telephone)
(207) 774-1127 (facsimile)
Email: rkeach@bernsteinshur.com
            pmcdonald@bernsteinshur.com
            dmurphy@bernsteinshur.com

*Counsel for the Ad Hoc Committee*

**<u>VERIFICATION</u>**

We declare under penalty of perjury that the facts set forth in the verified statement of Blank Rome LLP and Bernstein, Shur, Sawyer & Nelson, P.A. pursuant to Bankruptcy Rule 2019 are true and correct, to the best of our personal knowledge, information and belief.

Date: July 18, 2012                 */s/ Bonnie Glantz Fatell*
                                    Bonnie Glantz Fatell (No. 3809)


                                    */s/ Robert J. Keach*
                                    Robert J. Keach (Admitted *Pro Hac Vice*)