# EXHIBIT A

NORTEL NETWORKS, INC.
AD HOC GROUP

| | Last Name | First Name | Address | City | State | Zip | Country | Schedule F Deferred Compensation Claim Amount | Proof of Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ADAMS | DAVID | 2 BARBARA'S PATH | UPTON | MA | 01568 | | $ 13,950.93 | $ - |
| 2 | ADAMYK | GORDON | 137 BROADMEADOW RD | GROTON | MA | 01450 | | $ - | $ 120,275.43 |
| 3 | ALLAN | JAY | 21912 BARBADOS | MISSION VIEJO | CA | 92692 | | $ 4,976.00 | $ 5,076.71 |
| 4 | BADOWSKI | ERIC | 4204 GRANDBROOK LANE | PLANO | TX | 75074 | | $ - | $ - |
| 5 | BANDROWCZAK | STEVEN | 104 CHARMWOOD CT | CARY | NC | 27518-7102 | | $ 35,890.43 | $ 46,916.35 |
| 6 | BARBER-MOYE | DARNELL | 8715 CRESTGATE CIRCLE | ORLANDO | FL | 32819 | | $ 212,135.06 | $ 212,135.06 |
| 7 | BASU | KALYAN | 3605 SAGE BRUSH | PLANO | TX | 75023 | | $ 16,605.56 | $ 16,605.50 |
| 8 | BAYNO | FRANK | 3509 LACOSTA WAY | RALEIGH | NC | 27610 | | $ 8,575.63 | $ 8,575.63 |
| 9 | BORCHGREVINK | JACK | 12006 TIDESWEPT COURT | HOUSTON | TX | 77095 | | $ 33,313.58 | $ 54,824.65 |
| 10 | BOVARNICK | ELLEN | 120 MATTISON COVE | ATLANTA | GA | 30319 | | $ 304,249.86 | $ 420,601.30 |
| 11 | BREWER | DAVE | 9075 OLD KEITH | GAINESVILLE | GA | 30506-6201 | | $ 55,123.20 | $ 56,892.00 |
| 12 | BRIDGES | STEPHEN | 5020 RED CEDAR RD | RALEIGH | NC | 27613 | | $ 78,854.13 | $ 78,856.37 |
| 13 | BROWER | KOLLEN | 1206 MORROW LN | ALLEN | TX | 75002 | | $ 55,498.89 | $ 57,035.56 |
| 14 | CAGIANNOS | ELIAS | 87 WOODLAND ROAD | MADISON | NJ | 07940 | | $ 273,207.79 | $ 273,191.56 |
| 15 | CALLANAN | RICHARD | 29 SYCAMORE LN | RIDGEFIELD | CT | 06877 | | $ 38,464.61 | $ 35,607.64 |
| 16 | CASSIDY | PETER | 6206 BELLE RIVE | BRENTWOOD | TN | 37027 | | $ 16,681.49 | $ 16,681.49 |
| 17 | CELLARIUS | PETER | 6591 LITTLE FALLS | SAN JOSE | CA | 95120 | | $ 60,302.95 | $ 81,196.04 |
| 18 | CHAVEZ | TOM | 6408 CALLE LOMAS | PASO | TX | 79912 | | $ 65,567.16 | $ 65,567.16 |
| 19 | CHEZEM | ANDREW | 5694 BLACKFOOT TR | CARMEL | IN | 46033 | | $ - | $ - |
| 20 | CHIMA | MANMOHAN | 4041 LASER LANE | PLANO | TX | 75023 | | $ 145,541.04 | $ 145,541.04 |
| 21 | CICCARELLI | LAWRENCE | 8 JULIA CIRCLE | EAST SETAUKET | NY | 11733 | | $ 20,224.23 | $ 20,224.23 |
| 22 | CLARK | DOUGLAS | 234 SPADINA ROAD | TORONTO | ON | M5R 2V1 | CANADA | $ 131,789.16 | $ 131,792.91 |
| 23 | CLARK | EGBERT | 16405 DIAMOND PLACE | WESTON | FL | 33331 | | $ 24,515.63 | $ 31,071.00 |
| 24 | CLARK-SELLERS | KATHRYN | 3005 LATTYES LANE | RALEIGH | NC | 27613 | | $ 99,582.10 | $ 99,582.10 |
| 25 | COLEMAN | DEBRA | 5017 STOCKTON DRIVE | RALEIGH | NC | 27606 | | $ 13,306.97 | $ 13,306.97 |
| 26 | CONROY | MARK | 20 ROBIN HOOD | LONDONDERRY | NH | 03053 | | $ - | $ 56,102.59 |
| 27 | COVEY | NIEL | 23314 SE 13TH | SAMMAMISH | WA | 98075 | | $ 366,757.26 | $ 427,392.27 |
| 28 | CREAMER | BOYCE | 27 GATE 11 | CAROLINA SHORES | NC | 28467 | | $ - | $ 81,268.35 |
| 29 | CRISLER | CHARLA | #3 WOODY CREST | FAIRVIEW | TX | 75069 | | $ 341,334.90 | $ 341,334.90 |
| 30 | CVJETKOVIC | MAURICIO | 19701 E COUNTRY #5-106 | AVENTURA | FL | 33180 | | $ 19,073.10 | $ 19,073.10 |
| 31 | D'AMOUR | BARRY | 1001 KELTON COTTAGE | MORRISVILLE | NC | 27560 | | $ 340,273.83 | $ 340,273.83 |
| 32 | DANIEL | RICHARD | PO BOX 4276 | CARY | NC | 27519 | | $ - | $ 86,247.58 |
| 33 | DAS | PRABIR | 6307 WIND RIDER | COLUMBIA | MD | 21045 | | $ 133,287.04 | $ 133,287.04 |
| 34 | DATTATREYA | MOHAN | 1569 BLACKHAWK DRIVE | SUNNYVALE | CA | 94087 | | $ 60,898.03 | $ 60,898.03 |
| 35 | DAUTENHAHN | DAVID | 13913 HAYES | OVERLAND PARK | KS | 662221 | | $ - | $ 457,676.48 |
| 36 | DAVIS | PATRICK | 3000 FOWNES COURT | RALEIGH | NC | 27613 | | $ 78,383.92 | $ 92,606.28 |
| 37 | DECKER | JAMES | 2332 INVERNESS CIRCLE | JAMISON | PA | 18929 | | $ 195,862.67 | $ 192,684.78 |
| 38 | DENEEN | JEFFREY | 53 WYN OAK | NASHVILLE | TN | 37205-5000 | | $ 18,114.86 | $ 18,732.37 |
| 39 | DHONDT | LUC | 1604 HOPE DRIVE, APT 137 | SANTA CLARA | CA | 95054 | | $ 120,858.71 | $ 120,858.71 |
| 40 | DIBURRO | LAWRENCE | 9 GLENWOOD CIRCLE | HAVERHILL | MA | 01830 | | $ 61,509.18 | $ 80,632.00 |
| 41 | DODD | RANDY | 14009 HAYES ST | OVERLAND PARK | KS | 66221 | | $ - | $ 375,120.79 |
| 42 | ERKEL | ENIS | FATMAKADIN SOK. MARMARA, APT 14/29 | SUADIYE | ISTANBUL | 34740 | TURKEY | $ 435,141.12 | $ 441,080.12 |
| 43 | FARMER | CECIL | 621 A STREET NE | WASHINGTON | DC | 20002 | | $ 666,533.57 | $ 723,054.69 |
| 44 | FARRANTO | PETER | 1716 WITHMERE WAY | ATLANTA | GA | 30338 | | $ 63,620.02 | $ 89,491.12 |
| 45 | FAX | RUTH | 148 MILL ST | NEWTON | MA | 02459 | | $ 67,870.49 | $ 66,464.01 |
| 46 | FEDYK | DONALD | 220 HAYDEN RD | GROTON | MA | 01450 | | $ 36,387.60 | $ 34,966.51 |
| 47 | FOULOIS | MARA | 10910 BELMONT BLVD | LORTON | VA | 22079 | | $ 67,787.42 | $ 70,357.88 |
| 48 | FRADETTE | MAURICE | 36 GLENWOOD RD | HARTFORD | CT | 06107 | | $ 4,398.10 | $ 4,398.10 |
| 49 | FRYDACH | RONALD | 101 FOX BRIAR LANE | CARY | NC | 27518 | | $ 49,307.86 | $ 49,306.10 |
| 50 | GARBIS | FRANK | 18295 CANFIELD PLACE | SAN DIEGO | CA | 92128 | | $ 16,950.24 | $ 16,950.24 |
| 51 | GARITO | NICOLA | 19164 NE 44TH CT | SAMMAMISH | WA | 98074 | | $ 11,765.32 | $ 11,765.32 |
| 52 | GARNICA | KEVIN | 120 LINCOLNSHIRE LN | SPRINGBORO | OH | 45066 | | $ - | $ 169,508.46 |

*As of 7/17/2012*

NORTEL NETWORKS, INC.
AD HOC GROUP

|  | Last Name | First Name | Address | City | State | Zip | Country | Schedule F Deferred Compensation Claim Amount | Proof of Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| 53 | GARRICK | LYNN | 13330 RAVENS CAW | CYPRESS | TX | 77429 |  | $ 32,294.63 | $ 32,292.71 |
| 54 | GRAHAM | ROBERT | BOX 9096 | RANCO SANTA FE | CA | 92067 |  | $ 132,570.08 | $ 132,570.08 |
| 55 | GRANT | DAVID | 205 REEDHAM WAY | RALEIGH | NC | 27615 |  | $ 315,868.47 | $ 315,868.47 |
| 56 | GRAY-PRESTON | CARROLL | 101 HALLEY'S CT | MORRISVILLE | NC | 27560 |  | $ 233,011.81 | $ 219,085.79 |
| 57 | GRELCK | KENNETH | 117 TARKINGTON CT | MORRISVILLE | NC | 27560 |  | $ - | $ 28,005.87 |
| 58 | GUNDECHA | CHAND | 11309 RIDGEGATE DRIVE | RALEIGH | NC | 27617 |  | $ 19,832.58 | $ 18,244.26 |
| 59 | GUREVITCH | MORRIS | 17890 ABERDEEN WAY | BOCA RATON | FL | 33496 |  | $ 41,295.30 | $ 41,403.66 |
| 60 | HABOSIAN | LEVON | 11 DOUGLAS RD | WESTFORD | MA | 01886 |  | $ 11,615.39 | $ 11,989.96 |
| 61 | HAMILTON | MARK | 438 PLUMWOOD WAY | FAIRVIEW | TX | 75069 |  | $ 2,894.80 | $ 2,894.80 |
| 62 | HANKEL | MARK | 8 FOX HOLLOW | PLAISTOW | NH | 03865 |  | $ 22,225.18 | $ 22,225.18 |
| 63 | HEARN | JOHN | 1556 WATERSIDE CT | DALLAS | TX | 75218 |  | $ 18,845.75 | $ 18,846.00 |
| 64 | HESLOP | MICHAEL | 8404 WEST 127 | OVERLAND PARK | KS | 66213 |  | $ - | $ 132,074.13 |
| 65 | HILBIG | DAVID | 1420 FARINGDON DR | PLANO | TX | 75075 |  | $ - | $ 272,727.33 |
| 66 | HOPE | STEVE | 16562 ELM STREET | OMAHA | NE | 68130 |  | $ 36,020.51 | $ 36,020.51 |
| 67 | HORNE | ROBERT | 10015 HIGH FALLS | ALPHARETTA | GA | 30022 |  | $ 181,123.14 | $ 184,043.00 |
| 68 | HOY | GREGORY | 430 HIGHLAND OAKS | SOUTHLAKE | TX | 76092 |  | $ - | $ 28,575.25 |
| 69 | IACOVIELLO | VINCE | 20 BROADVIEW AVE | MADISON | NJ | 07940 |  | $ - | $ 380,961.67 |
| 70 | IBRAHIM | TAREK | 224 HUDSON STREET, APT 4B | HOBOKEN | NJ | 07030 |  | $ - | $ 250,468.46 |
| 71 | ISOM | RONALD | 1127 N SHANNON DR | FARMINGTON | UT | 84025 |  | $ - | $ 12,495.63 |
| 72 | JANIS | MARK | 193 VIA SODERINI | APTOS | CA | 95003 |  | $ 17,992.22 | $ 17,688.11 |
| 73 | JOHNSON | KENNETH | 14425 MAPLE | OVERLAND PARK | KS | 66223 |  | $ 377,940.42 | $ 377,940.42 |
| 74 | KALFA | JOHN | 75 JOHNSON PL | WOODMERE | NY | 11598 |  | $ 173,042.54 | $ 173,032.26 |
| 75 | KAPIL | VIVEK | 2712 MERLIN DR | LEWISVILLE | TX | 75056 |  | $ 171,928.02 | $ 222,089.96 |
| 76 | KEATES | ROB | 10519 138 ST | EDMONTON | AB | T5N 2J5 | CANADA | $ 106,339.09 | $ 104,779.50 |
| 77 | KEEGAN | SUSAN | 8 QUAIL RIDGE | FLEMINGTON | NJ | 08822 |  | $ 162,945.66 | $ 171,359.71 |
| 78 | KHANNA | BAKUL | 58 BLAKE ROAD | LEXINGTON | MA | 02420 |  | $ 109,862.46 | $ 109,862.46 |
| 79 | KNUDSEN | PAUL | 801 SADDLEBROOK DRIVE | LUCAS | TX | 75002 |  | $ - | $ 264,712.87 |
| 80 | KO | DAVID | 920 BROOKLINE WAY | ALPHARETTA | GA | 30022 |  | $ 29,419.46 | $ 37,408.40 |
| 81 | KOEHLER JR. | EDWIN C. | 7319 FURNACE ROAD | ONTARIO | NY | 14519 |  | $ - | $ 41,014.45 |
| 82 | KOHNHORST | BART | 5724 CEDAR GROVE | PLANO | TX | 75093 |  | $ 47,975.93 | $ 47,207.43 |
| 83 | KUTAC | GARY | 1552 SAN SABA | DALLAS | TX | 75218 |  | $ - | $ 20,428.09 |
| 84 | LACERTE | RICHARD | BOX 10428 | BEDFORD | NH | 03110 |  | $ 20,417.58 | $ 20,383.64 |
| 85 | LAFAURIE | CESAR | 101 WILLOWCREEK BLVD | SWEETWATER | TN | 37874 |  | $ 50,826.40 | $ 50,826.40 |
| 86 | LAGIOS | GREGORY | 22 DEER RUN | FREEDOM | NH | 03836 |  | $ 388,127.60 | $ 388,127.60 |
| 87 | LASKIN | LEE | 863 NEVADA AVE | SAN JOSE | CA | 95125 |  | $ 112,677.80 | $ 139,563.00 |
| 88 | LAU | STEPHEN | 982 SANDALRIDGE CT | MILPITAS | CA | 95035 |  | $ 131,931.72 | $ 131,931.72 |
| 89 | LAVIAN | TAL | 1640 MARIANI | SUNNYVALE | CA | 94087 |  | $ 105,241.10 | $ 105,050.35 |
| 90 | LAYNE | SAMUEL | 9317 W 139TH | OVERLAND PARK | KS | 66221 |  | $ 15,644.66 | $ 15,644.66 |
| 91 | LEGER | ANTHONY | 9409 STONE MOUNTAIN | RALEIGH | NC | 27613 |  | $ 53,466.86 | $ 81,282.95 |
| 92 | LEKICH | IVO | 1235 VICTORIA LANE | WEST CHESTER | PA | 19380 |  | $ - | $ 22,132.70 |
| 93 | LEONARD | BRIAN | 1030 CHASEWOOD TRAIL | ALPHARETTA | GA | 30005 |  | $ - | $ 115,117.68 |
| 94 | LEWIS | PATRICK | 7009 S NETHERLAND | AURORA | CO | 80016 |  | $ - | $ 75,036.55 |
| 95 | LIN | YUAN-HAO | 219 RINCONADA AVE | PALO ALTO | CA | 94301-3728 |  | $ 665,677.13 | $ - |

*As of 7/17/2012*

NORTEL NETWORKS, INC.
AD HOC GROUP

|  | Last Name | First Name | Address | City | State | Zip | Country | Schedule F Deferred Compensation Claim Amount | Proof of Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| 96 | LONGAKER | DAVID | 1446 Q ST. | WASHINGTON | DC | 20009 |  | $ - | $ 202,393.52 |
| 97 | LOWE | JOHN | 228 HEIN DRIVE | CLAYTON | NC | 27527 |  | $ 29,511.81 | $ - |
| 98 | MACKINNON | PETER | 706 BANDERA DRIVE | ALLEN | TX | 75013 |  | $ 166,780.65 | $ 166,780.65 |
| 99 | MACLAREN | PETER | 1496 WEST HILL | WARREN | VT | 05674 |  | $ 775,979.96 | $ 775,979.96 |
| 100 | MALZAHN | MARK | 1013 TIMBERLINE LN | ALLEN | TX | 75002 |  | $ 94,861.20 | $ 94,861.20 |
| 101 | MARSONIA | RAJPRIYA | 400 CAPELLAN ST. | WAKE FOREST | NC | 27587 |  | $ 9,245.44 | $ 11,076.96 |
| 102 | MARYAK | JENIFER | 10720 DUNHILL TER | RALEIGH | NC | 27615 |  | $ 53,098.76 | $ 53,098.76 |
| 103 | MATHENY | SCOTT | 155 BAY DR | HENDERSONVILLE | TN | 37075 |  | $ - | $ 18,613.49 |
| 104 | MAY | JENNIFER | 1326 HOOVER STREET #10 | MENLO PARK | CA | 94025 |  | $ 15,174.26 | $ 15,174.26 |
| 105 | MCCABE | ROBERT | 2009 MISSION RD | EDMOND | OK | 73034 |  | $ 68,927.18 | $ 68,923.08 |
| 106 | MCCOLGAN | GILLIAN | 2 BIRCH RD | WILMINGTON | MA | 01887 |  | $ 48,447.08 | $ 50,655.87 |
| 107 | MCCUNE | BRIAN | 1638 MATTHEWS AVE. | VANCOUVER | BC | V6J 2T2 | CANADA | $ 21,081.38 | $ 21,081.38 |
| 108 | MCLEAN | LORI | 614 WEST MAIN STREET, APT. 201 | DURHAM | NC | 27701 |  | $ 18,656.76 | $ 18,656.76 |
| 109 | MCNITT | STEVEN | 3441 SUNDANCE DR | GAINESVILLE | GA | 30506 |  | $ - | $ 410,966.17 |
| 110 | MERCURE | JIM | 210 CELLARS WAY | WALLACE | NC | 28466 |  | $ 24,187.66 | $ 24,789.90 |
| 111 | MILLER | CLYDE | 1680 CENTER GROVE CHURCH RD | MONCURE | NC | 27559 |  | $ 18,823.86 | $ 18,823.86 |
| 112 | MISSINI | DENNIS | 616 RUSSETWOOD LN | POWDER SPRINGS | GA | 30127 |  | $ 132,726.65 | $ 132,726.65 |
| 113 | MOLINA | LAWRENCE | PO BOX 28473 | ST. LOUIS | MO | 63146-0973 |  | $ - | $ 56,573.15 |
| 114 | MONDOR | DAN | 3650 NEWPORT BAY | ALPHARETTA | GA | 30005 |  | $ 33,153.91 | $ 33,153.91 |
| 115 | MONTGOMERY | GEORGE | 9808 ST ANNES DR | PLANO | TX | 75025 |  | $ 353,964.19 | $ 353,964.19 |
| 116 | MOSELEY | ROBERT | 7718 MEADOWHAVEN DR. | DALLAS | TX | 75254 |  | $ 28,467.75 | $ 29,369.84 |
| 117 | MURASHIGE | DAVID H. | 2604 RUTGERS COURT | PLANO | TX | 75093 |  | $ 11,352.34 | $ 14,290.65 |
| 118 | MURPHY | PETER | 5555 GROVE POINT RD | JOHNS CREEK | GA | 30022 |  | $ 109,000.07 | $ 109,005.50 |
| 119 | NATIUK | EDWARD | 6143 NW 124TH DRIVE | CORAL SPRINGS | FL | 33076 |  | $ 11,299.29 | $ 14,530.00 |
| 120 | NOY | ANA | 10202 SW 158TH CT | MIAMI | FL | 33196 |  | $ 8,980.04 | $ 9,027.77 |
| 121 | ORBE | JOHN | 2008 KEHRSBORO DRIVE | CHESTERFIELD | MO | 63005 |  | $ 30,887.39 | $ 29,470.02 |
| 122 | PAGE | BRIAN | 1108 REDFIELD RIGDE | DUNWOODY | GA | 30338 |  | $ 36,673.95 | $ 40,115.47 |
| 123 | PALMER | CAROLYN | 3171 WINDING LAKE DR | GAINESVILLE | GA | 30504 |  | $ 11,539.58 | $ 14,138.17 |
| 124 | PAPANTONIS | BASIL | 515 BIRCHINGTON CLOSE | ALPHARETTA | GA | 30022 |  | $ 239,668.18 | $ 430,256.73 |
| 125 | PARKER | TIMOTHY | 730 SUGAR PINE | SCOTTS VALLEY | CA | 95066 |  | $ 15,081.29 | $ 15,081.29 |
| 126 | PEREZ | ANTHONY | 23 MARYETTA CT | SYOSSET | NY | 11791 |  | $ 201,621.69 | $ 208,711.78 |
| 127 | PILLOW | TIMOTHY | 575 LOVE HENRY | SOUTHLAKE | TX | 76092 |  | $ 84,913.69 | $ 124,953.15 |
| 128 | RACZYNSKI | MARK | 5590 TOURNAMENT DRIVE | HAYMARKET | VA | 20169 |  | $ 33,440.02 | $ 48,353.00 |
| 129 | RAUBOLT | EDMUND (TONY) | 26824 KOERBER | SAINT CLAIR SHORES | MI | 48081 |  | $ - | $ 105,246.43 |
| 130 | RAYNOR | CECIL | 1508 BRIARWOOD PL. | RALEIGH | NC | 27614 |  | $ 157,681.12 | $ 157,681.12 |
| 131 | REID | ALAN | 2900 SHADYWOOD LANE | PLANO | TX | 75023 |  | $ 14,207.90 | $ 14,971.22 |
| 132 | RITCHIE | BRYAN | 370 FAIRLEAF CT | ALPHARETTA | GA | 30022 |  | $ - | $ - |
| 133 | ROSE | RICHARD | 17 THERESA BLVD | WAPPINGERS FALLS | NY | 12590 |  | $ - | $ 147,735.63 |
| 134 | RYAN | JOHN | 5 JOSEPH ROAD | HOPKINTON | MA | 01748 |  | $ 12,609.95 | $ 17,868.00 |
| 135 | SCHMIDT | JONATHAN | 202 CLIFFSIDE SAN | ANTONIO | TX | 78231 |  | $ 22,078.27 | $ 22,078.27 |
| 136 | SCHMIDT | CYNTHIA | PO BOX 119 | OREGON HOUSE | CA | 95962 |  | $ 47,306.15 | $ 47,306.15 |
| 137 | SCHOFIELD | BRUCE | 15 FARWELL RD | TYNGSBORO | MA | 01879 |  | $ 51,536.60 | $ 51,533.54 |
| 138 | SEAMAN | HAROLD | 118 WEST CODA | DELRAY BEACH | FL | 33444 |  | $ 54,463.02 | $ 54,463.02 |
| 139 | SEARLES | STEVEN | 19119 STREAM CROSSING | LEESBURG | VA | 20176 |  | $ 83,055.34 | $ 83,055.34 |
| 140 | SELIGSON | JOHN | 1311 CROCKER DRIVE | DORADO HILLS | CA | 95762 |  | $ 157,031.55 | $ 157,031.55 |
| 141 | SHARMA | JAG | 113 COUNCIL GAP COURT | CARY | NC | 27513 |  | $ 174,479.11 | $ 179,633.05 |
| 142 | SHEKOKAR | PRAVEEN | 3521 WILLETT PL. | SANTA CLARA | CA | 95051 |  | $ 43,200.68 | $ 43,201.00 |

NORTEL NETWORKS, INC.
AD HOC GROUP

| | Last Name | First Name | Address | City | State | Zip | Country | Schedule F Deferred Compensation Claim Amount | Proof of Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| 143 | SHEPHERD | FRANK | 2426-1 SHIPS MECHANIC | GALVESTON | TX | 77550 | | $ 43,379.73 | $ 54,240.98 |
| 144 | SIMCOE | MITCHELL | 1085 TIMBERLINE PL | ALPHARETTA | GA | 30005 | | $ 4,855.25 | $ 5,002.18 |
| 145 | SKIDMORE | THOMAS | 16743 W 157TH | TER OLATHE | KS | 66062 | | $ 27,398.52 | $ 27,398.52 |
| 146 | SOBERAY | DETLEF | 4241 INWOOD RD. | MINNETONKA | MN | 55345 | | $ - | $ 105,198.03 |
| 147 | SOWARDS | ALAN | 103 LINDENTHAL CT | CARY | NC | 27513 | | $ 130,361.38 | $ 203,844.06 |
| 148 | STUKEL | MARK | 14601 HOWE DR | LEAWOOD | KS | 66224 | | $ 35,954.03 | $ 37,203.92 |
| 149 | SUN | MOSES | 9208 STONEBROOK DR | COLLEGE STATION | TX | 77845 | | $ - | $ 59,337.33 |
| 150 | SUTCLIFFE | ANDREW | 34300 LANTERN BAY, UNIT 50 | DANA POINT | CA | 92629 | | $ 251,022.40 | $ 310,203.44 |
| 151 | TARIQ | MASOOD | 12325 RICHMOND RUN | RALEIGH | NC | 27614-6413 | | $ 507,601.98 | $ 507,601.98 |
| 152 | TELLO | ARMANDO | 2545 WINDSOR LN | NORTHBROOK | IL | 60062 | | $ - | $ - |
| 153 | TO | PAUL | 904 THERESA CT | MENLO PARK | CA | 94025 | | $ 38,772.39 | $ 37,256.87 |
| 154 | TOWNLEY | JEFFREY | 4109 ENGLISH GARDEN | RALEIGH | NC | 27612 | | $ - | $ 131,821.13 |
| 155 | TURNER | MARGARET | 2306 MARCHURST ROAD | KANATA | ON | 00K2K-1X7 | CANADA | $ 53,425.37 | $ 53,425.37 |
| 156 | VALDEZ | CIRIACO | 13208 WEST 129TH | TER OVERLAND PARK | KS | 66213 | | $ 48,327.96 | $ 40,921.57 |
| 157 | VALENTINE | JOHN | 719 QUARTERSTAFF ROAD | WINSTON-SALEM | NC | 27104 | | $ 35,188.87 | $ 35,188.87 |
| 158 | WARREN | BEN | 31 CREST LANE | WATSONVILLE | CA | 95076 | | $ 606,144.98 | $ 601,015.00 |
| 159 | WERKOFF | DIDIER | 81 ELLSWORTH ST | SAN FRANCISCO | CA | 94110 | | $ 82,793.49 | $ 84,487.13 |
| 160 | WHITEHURST | MICHAEL | 801 SILVERPOINT ROAD | CHAPIN | SC | 29036 | | $ 64,532.96 | $ 70,410.00 |
| 161 | WILCOX | REGINALD | 22 EWING COURT | LUCAS | TX | 75002 | | $ 82,152.39 | $ 82,152.39 |
| 162 | WINJE | NORA | 678 COOLEDGE AVE | ATLANTA | GA | 30306 | | $ 108,038.64 | $ 107,981.09 |
| 163 | WONG | WING | 3016 BONSAI DRIVE | PLANO | TX | 75093 | | $ 13,650.85 | $ 14,006.64 |
| 164 | WOODRUFF | PAUL | 1489 RAMON DR | SUNNYVALE | CA | 94087 | | $ - | $ - |
| 165 | YEE | MENG | 1506 SOMERSET PL | RICHARDSON | TX | 75081 | | $ 17,371.08 | $ 26,263.60 |
| 166 | YOUNG | ROBERT | 313 PROMENADE SOUTH | MONTGOMERY | TX | 77356 | | $ 24,566.23 | $ 24,566.23 |
| 167 | YOUNG | MASON | 2984 FRANKLIN OAKS | OAK HILL | VA | 20171-2254 | | $ 27,830.58 | $ 31,138.98 |
| | | | | | | | | $ 14,362,090.73 | $ 18,774,568.74 |

*As of 7/17/2012*