# EXHIBIT B

207 774-1200 main
207 774-1127 facsimile
bernsteinshur.com

# BERNSTEIN SHUR

## COUNSELORS AT LAW

100 Middle Street
PO Box 9729
Portland, ME 04104-5029

Robert J. Keach
207 228-7334 direct
rkeach@bernsteinshur.com

**VIA E-MAIL**

February 22, 2011

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan (the "Plan")

James Young
jimyoung.mjy3associates@yahoo.com

Robert Horne
robertxhorne@mindspring.com

**Re:    Representation of The Ad Hoc Committee by Bernstein, Shur**

Dear Mr. Young, Mr. Horne and other Participants:

This will serve as an engagement letter between the Ad Hoc Committee (as
defined below) and Bernstein, Shur, Sawyer and Nelson ("Bernstein Shur") and local
counsel, Blank Rome, with respect to those matters noted below for which the Ad Hoc
Committee has sought representation, and to confirm our previous conversations
regarding same.  The Ad Hoc Committee shall consist of any and all participants of the
Nortel Networks U.S. Deferred Compensation Plan ("Participants") who execute a copy
of this letter and contribute to the Retainer (as defined below)(such persons who sign
and contribute to be known herein as "Member Participants").

Bernstein Shur has agreed to represent the Ad Hoc Committee with respect to
the chapter 11 bankruptcy cases (collectively, the "Bankruptcy Case") filed by Nortel
Networks Inc., *et al.,*[1] (collectively, the "Debtors"), subject to Bernstein Shur

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel
Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems
(2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networds Applications Management
Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc.
((3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern
Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks
(CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are
available at http://chapter11.epiqsystems.com/nortel.

---

BERNSTEIN, SHUR, SAWYER & NELSON, P.A.   |   Portland, ME   |   Augusta, ME   |   Manchester, NH



*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 2 of 6

completing a complete check for conflicts of interest and subject to the conditions noted
below. The scope of representation will include representing the Ad Hoc Committee in
connection with their interests as Participants in the Bankruptcy Case, including, to the
extent same can be done in good faith, consistent with Rule 9011 and any ethical
restrictions or rules: (a) attempting to assert the superior right and title of the
Participants to any funds or other assets contributed by the Member Participants, or on
their behalf, to the Plan; (b) attempting to preserve or achieve segregation and
preservation of such funds and assets in the Plan pending an adjudication of the rights of
the Member Participants therein, including by opposing any pending motion seeking a
turnover of such funds; and (c) to the extent that the Member Participants have claims to
be asserted in the Bankruptcy Case as Participants, attempting to maximize the return to
such claims.  The scope of this engagement shall not include the representation of the
Member Participants with respect to the identification, preparation, filing, or prosecution
of any other claims that any Member Participant may hold, including, without
limitation, wage, salary and benefit claims, unless and until such time as the Member
Participant and Bernstein Shur sign a written agreement identifying the terms of such
expanded representation.  The scope of representation of the Ad Hoc Committee shall
not include investigation and assertion of claims against parties or entities other than the
Debtors and/or their respective bankruptcy estates, the Plan, the trustee of the Plan and
any official committees in the Bankruptcy Case asserting claims against the assets in the
Plan or a related rabbi trust, and unrelated to the Plan or trust assets, unless and until this
engagement letter shall be amended and executed to provide for such representation and
Bernstein Shur shall have accepted, in writing, the expansion of the scope of
representation.

        As required by local rules in the United States Bankruptcy Court for the District
of Delaware (the "Bankruptcy Court"), Bernstein Shur will engage local Delaware
counsel, to wit: Blank Rome ("Local Counsel"), on behalf of the Ad Hoc Committee,
and Local Counsel shall also be paid from the Retainer (as defined below).  To the
extent Local Counsel requires execution of an additional engagement letter, the
Subcommittee (as defined below) of the Ad Hoc Committee will execute and deliver
such a letter (the "Local Counsel Letter"), which shall supplement this letter as to Local
Counsel, and be binding upon the Member Participants.

        The Ad Hoc Committee shall be represented in its dealings with Bernstein Shur
and Local Counsel by a subcommittee consisting of not less than two and not more than
seven Member Participants (the "Subcommittee").  Bernstein Shur and Local Counsel
will consult with the Subcommittee on all matters relevant to the representation and
Bernstein Shur and Local Counsel shall be entitled to rely on the direction and
instruction of the Subcommittee in taking actions in connection with the representation.
Bernstein Shur and Local Counsel shall communicate with the Subcommittee in writing
or verbally as frequently as the circumstances may require, but neither Bernstein Shur
nor Local Counsel shall have any duty or obligation to communicate directly with the
other Member Participants.  The Subcommittee may act based upon a majority vote of

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 3 of 6

the members of the Subcommittee in connection with any action. **The Subcommittee will endeavor to keep the full Ad Hoc Committee informed to the extent practicable through periodic reports and, when it deems it advisable in its sole discretion, to consult with as many Member Participants as is practicable on certain matters, but the Subcommittee may act and direct Bernstein Shur and Local Counsel without such consultation and, provided it acts in good faith (which will always be present to the extent it acts on advice of counsel), the Subcommittee and each member thereof, shall have no liability to any Member Participant with respect to such actions or directions.** The Subcommittee shall hold and control the attorney-client privilege for the Ad Hoc Committee and only the Subcommittee may waive such privilege in whole or in part upon an appropriate vote thereof.  Without limiting the foregoing, the Subcommittee may enter into agreements with Bernstein Shur to modify the terms of this engagement letter, including, without limitation, any terms and conditions as to compensation. The initial Subcommittee shall consist of:

James Young

Robert Horne

The members of the initial Subcommittee may agree, by simple majority, to add up to but not more than five (5) additional members of the Subcommittee.  In the event of resignation by any member of the Subcommittee, the remaining members of the Subcommittee may appoint a replacement by a simple majority vote and, in the event of a tie, Bernstein Shur shall determine the identity of the replacement member.

Bernstein Shur and Local Counsel will each establish a separate billing account for the matter noted above.  Billing rates for Local Counsel will be at the standard rates for such firm; Local Counsel will be used as necessary under the local rules, but Bernstein Shur will undertake reasonable efforts to minimize expenditures for Local Counsel, and it is intended that all substantive work product will be originated by Bernstein Shur.

The Retainer, as defined below, will be used to compensate Bernstein Shur and Local Counsel for (a) filing, on February 8, 2011, the objection to the pending turnover motion relating to the Plan; (b) appearances at the hearing on the turnover motion on February 9, 2011; (c) initial analysis of the strengths and weaknesses of the Participants' claim to the Plan's assets (including assets held in the rabbi trust); and (d) other preliminary matters (conducted prior to February 22, 2011) relating to the Participants' case.  **Provided, however, upon agreement with the Subcommittee to proceed with prosecution of the Participants' claims, within the scope of engagement denoted above, Bernstein Shur will represent the Ad Hoc Committee on a contingent fee basis as set forth below (and will not be paid from the Retainer, which shall be reserved for expenses and for fees and expenses of Local Counsel).**

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 4 of 6

Upon the agreement to proceed as set forth in the preceding paragraph, Bernstein Shur will represent the Ad Hoc Committee on a contingent fee basis.  In lieu of hourly fees, Bernstein Shur's fee will be as follows: 10% of the total amount distributed by the Debtors, the Debtors' estates and/or the Plan to the class of Member Participants (as defined in this engagement letter), in any capacity as claimants or creditors or participants and whether pursuant to the Plan, any Chapter 11 plan or otherwise (the "Participants' Distribution"), up to and including fifty percent (50%) of the aggregate balances of the Member Participants in the Plan; fifteen percent (15%) of any Participants' Distribution above fifty percent (50%) and up to and including seventy-five percent (75%) of the aggregate balances of the Member Participants in the Plan; and twenty percent (20%) of any Participants' Distribution above seventy-five percent (75%) and up to one hundred percent (100%) of the aggregate balance of the Member Participants in the Plan.  Bernstein Shur will also present this arrangement as the fee arrangement applicable to the entire class of Participants when and if the Ad Hoc Committee seeks class certification or any other order (such as an order approving a settlement or confirming a plan of reorganization) that would bind all participants in the Plan as to such contingent fees, and seek court approval to have the arrangement apply to all members of any class so certified or all Participants so bound, provided, however, that the arrangement shall be binding on the Member Participants who executed the original engagement letter (or any facsimile thereof) whether or not the class is certified or the arrangement is approved for the certified class or otherwise.  To the extent permitted by law or any applicable rules, Bernstein Shur will seek to have some or all of the defendants in any adversary proceeding commenced by or on behalf of the Participants (or the Debtor's estate in the event no adversary proceeding is commenced) pay all fees and expenses, including at this contingency fee rate, and any amounts received from any or all of the defendants or the estate pursuant to any such order awarding attorneys fees and costs shall be deducted from the amount due to Bernstein Shur under this engagement letter. ***Provided, however,* that once Bernstein Shur has collected its total unpaid expenses and fees at its hourly rates from the amount to be paid as described above,  the next funds will be used to reimburse the Member Participants in whole or in part for any contributions to fund the Retainer, with any remainder after that being paid to and/or retained by Bernstein Shur as fees.**

The Participants acknowledge that Local Counsel shall be paid on an hourly basis from the Retainer, as same may be renewed and replenished, and the Participants shall remain liable, without contingency, for the fees and expenses of Local Counsel, expert witness fees and expenses, court fees and costs, and other out-of-pocket expenses, regardless of the balance of the Retainer.  Accordingly, the Participants acknowledge that it will be necessary to raise funds for the Retainer for such purposes.  The Subcommittee agrees to use best efforts to raise such funds for the Retainer, subject to the terms set forth in this engagement letter.

To secure the payment of the above-referenced fees and expenses, the Ad Hoc Committee and the Member Participants have agreed to pay to us an initial retainer (the "Retainer").  Representation will not formally commence until payment of the Retainer in same-day funds aggregating not less than $10,000.00.  Each proposed Member

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 5 of 6

Participant shall pay his or her share of the amount of the initial retainer contribution shown as agreed to with the Subcommittee.

A Participant can become a member of the Ad Hoc Committee only by signing a copy of this letter and sending the signed letter to the address noted above, and paying the amount of the contribution agreed to with the Subcommittee.  In the event the retainer is reduced to $3,000 or less, Bernstein Shur and/or the Subcommittee will send a notice to the Member Participants and request payment of an additional amount equal to the initial retainer contribution.  If, in the sole determination of Bernstein Shur, the Retainer is not adequately restored by such subsequent contributions, Bernstein Shur and Local Counsel may resign from the representation, upon notice to the Subcommittee and subject to applicable Court rules and rules of ethics.  Any unused retainer shall be returned, at the conclusion of the representation, on a pro-rata basis (based on the amount of each contribution.)

   This representation is also subject to the standard Bernstein Shur terms and conditions attached hereto as **Exhibit A** (the "Bernstein Shur Standard Terms"), provided, however, that in the event of any conflict between this letter and such attached terms and conditions, this letter shall govern.  As to Bernstein Shur, this engagement shall be governed by the Maine Bar Rules of Professional Conduct, including, without limitation, Rule 1.5(c).  This representation – as it pertains to local counsel – is also further governed by the Local Counsel Letter.

   If I have accurately set forth our understanding, and if the Ad Hoc Committee consents to our representation of the Ad Hoc Committee under the terms and conditions set forth above, please sign the copy of this letter enclosed and forward it to my attention.  Please do not hesitate to contact us with questions or concerns regarding this letter, should you have any.  We look forward to being of service to the Ad Hoc Committee in this regard.

Sincerely,

Robert J. Keach

RJK/alc

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:  _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**


By:  _____
      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

207 774-1200 main
207 774-1127 facsimile
bernsteinshur.com

100 Middle Street
PO Box 9729
Portland, ME 04104-5029

**BERNSTEIN SHUR**

COUNSELORS AT LAW

## STANDARD TERMS OF ENGAGEMENT FOR LEGAL SERVICES

This statement sets forth the standard terms of our engagement as your lawyers. Unless modified in writing by mutual agreement, these terms will be an integral part of our agreement with you. Therefore, we ask that you review this statement carefully and contact us promptly if you have any questions. We suggest that you retain this statement in your file.

## The Scope of Our Work

Any expressions on our part concerning the outcome of your legal matters are expressions of our best professional judgment, but are not guarantees. Such opinions are necessarily limited by our knowledge of the facts and are based on the state of the law at the time they are expressed.

The person or entity that we represent is the person or entity that is identified as the client in our engagement letter or on our billing statement and, unless otherwise agreed to, does not include any officers, directors, employees or affiliates of such person or entity (e.g., if you are a corporation, partnership or limited liability company, any parents, subsidiaries, employees, officers, directors, managers, shareholders, members or partners of the corporation or partnership, or commonly owned corporations or partnerships are not considered to be clients, unless otherwise expressly agreed to or unless those persons or entities are or have been our clients on other matters). For conflict of interest purposes, we may represent another client with interests adverse to any such affiliate without obtaining your consent.



## How Our Fees Will Be Set

Except where we have otherwise agreed, such as where we have a flat or minimum fee or a contingency fee arrangement, we bill on an hourly fee basis for our services.  We will keep records of the time we devote to your work, including conferences, negotiations, factual and legal research and analysis, document preparation and revision, travel on your behalf, and other related matters. We record our time in units of tenths of an hour. The hourly rates of our lawyers and legal assistants have an important bearing on the fees we charge. These rates are generally adjusted annually and attorneys may have different hourly rates for different types of matters reflecting market factors or their level of expertise.

We are often requested to estimate the amount of fees and costs likely to be incurred in connection with a particular matter.  Whenever possible, we will furnish such an estimate based upon our professional judgment, but absent agreement, such estimates are not a maximum or fixed-fee quotation. The ultimate cost frequently is more or less than the amount estimated. For certain well-defined services (such as, a simple business incorporation), we may quote a flat fee. In undertaking representation of a client with a personal injury or in specialized business transactions, we will, in appropriate circumstances, provide legal services on a contingent fee basis. Any such contingent fee arrangement must be reflected in a signed, written contingent fee agreement between us.

## Disbursements

We will usually charge clients for ancillary services provided such as messenger deliveries, expedited delivery services, travel costs, computerized research services, and

January 17, 2011
Page 3 of 7

the use of our facsimile and photocopy machines. While our charges for these services

are measured by use, they do not always reflect our actual out-of-pocket costs. For many

of these items, the true cost of providing the service is difficult to establish. We would

be pleased to discuss the specific schedule of charges for these additional services with

you and to answer any questions that you may have. If you would prefer, in some

situations we can arrange for these ancillary services to be provided by third-parties with

direct billing to you.

To keep costs down, we require that payment of third-party charges, including

costs for depositions, expert witnesses, appraisals and similar costs be paid by the client

directly to the vendor or services or that arrangement be made in advance for payment

by the client when engaged by us on your behalf.

### Advance Payments and Trust Deposits

New clients of the firm are commonly asked to deposit an advance fee payment

with the firm. If you deposit an advance fee with us, you grant us a security interest in

that deposit. Unless otherwise agreed, the advance fee deposit will be credited from time

to time at our option toward your unpaid invoices. At the conclusion of our legal

representation or at such time as the deposit is unnecessary or is appropriately reduced,

the remaining balance or an appropriate part of it will be returned to you. If the advance

fee deposit proves insufficient to cover current anticipated expenses and fees, it may

have to be increased.

Deposits that are received to cover specific items will be disbursed as provided

in our agreement with you, and you will be notified from time to time of the amounts

applied or withdrawn. Any amount remaining after disbursement will be returned to you.

Depending on the size of the advance fee payment, it may be deposited in the firm's account, an IOLTA account as described below, or a separate segregated account. If we think it is likely that the advance will be applied to legal services in the next month or two after it is received, the advance fee will go in the firm's account.  If the advance fee is larger than that, and if it is not expected to earn a net return to you, taking into consideration the size and anticipated duration of the deposit and the costs of establishing a separate account, then we will place it in a pooled account known as an Interest on Lawyers Trust Account or "IOLTA" account.  The IOLTA account is created by order of the Maine courts. By court rule, interest earned on the IOLTA account is payable to a charitable foundation established in accordance with the court's rule and used to fund legal service for the poor.  Very large advance fee payments that are likely to earn a return will be placed by us in a segregated account for your benefit.  Interest earned on any segregated trust account will be added to the deposit for your benefit and will be includable in your taxable income.

## Communication by E-mail

E-mail communication has proven to be a great benefit to most clients and we ordinarily communicate by unencrypted e-mail. However, we recognize that it is technologically possible to intercept unencrypted e-mail and that there is no guarantee that unencrypted e-mail will remain private. Although we routinely communicate with many clients using unencrypted e-mail, we do not do so if the client has any concerns or

January 17, 2011
Page 5 of 7

instructs us not to do so. Therefore, we ask that you consider this issue carefully and

advise us promptly if you do not wish to communicate by unencrypted e-mail.

### <u>Termination/Withdrawal</u>

Either party may terminate our representation at any time, with or without cause.

If such termination occurs, papers and property that you have provided to us will be

returned to you. Our own files pertaining to the case will be retained, subject to your

rights of access under applicable bar rules. Your termination of our services will not

affect your responsibility for payment of legal services rendered and additional charges

incurred before termination and in connection with an orderly transition of the matter.

We are subject to the codes of professional responsibility for the jurisdictions in

which we practice, which list several types of conduct or circumstances that require or

allow us to withdraw from representing a client, including for example: nonpayment of

fees or costs, misrepresentation or failure to disclose material facts, action contrary to

our advice, and conflict of interest with another client. We try to identify in advance and

discuss with our client any situation that may lead to our withdrawal and if withdrawal

ever becomes necessary we give the client written notice of our withdrawal.

### <u>Billing Arrangements and Terms of Payments</u>

Unless agreed otherwise, we will bill you on a regular basis, normally each

month, for both fees and disbursements. You agree to make payment within 30 days of

receiving our statement. Unpaid fees and disbursements accrue a late charge of 1 ½ %

per month from the beginning of the month in which they became overdue. (Where fees

and disbursements are regularly paid out of a retainer deposit, no interest will be

charged.) We will give you notice if your account becomes delinquent.  If the

January 17, 2011
Page 6 of 7

delinquency continues and you do not arrange satisfactory payment terms, we will

withdraw from the representation and pursue collection of your account. You agree to

pay the costs of collecting the debt, including court costs, filing fees and reasonable

attorneys' fees.

### File Retention of Completed Matters

When we complete a matter, it is our practice to retain the closed file in our

offsite storage facility for eight (8) years.   At the time the file is sent to storage, all

original documents in the file that belong to you such as your business or personal

records, signed originals of contracts or transactional documents will be returned to you.

You will be notified that the file is being closed and will be asked to tell us whether you

wish to have the file destroyed or returned to you at the end of the storage period.  If you

ask us to return the file, you will also be asked to keep us informed of any changes in

your address so that we can be in touch with you when the storage period comes to an

end.

### Arbitration

If you disagree with the amount of our fee, please take up the question with your

principal attorney contact or with the firm's managing partner. Typically, such

disagreements are resolved to the satisfaction of both sides with little inconvenience or

formality.  In the event of a fee dispute that is not readily resolved, you shall have the

right to submit the fee dispute to arbitration under the Maine Code of Professional

Responsibility.   Any fee dispute that you do not submit to arbitration under the Maine

Code of Professional Responsibility, and any other dispute that arises out of or relates to

this agreement or the services provided by the law firm shall also, at the election of

January 17, 2011
Page 7 of 7

either party, be subject to binding arbitration.  Either party may request such arbitration by sending a written demand for arbitration to the other.   If a demand for arbitration is made, you and the firm shall attempt to agree on the arbitrators.  If no agreement can be reached within 30 days of the receipt of the demand, the party demanding arbitration may designate an arbitrator by sending a written notice to the other party.  Within two weeks of that initial designation, the other party shall designate an arbitrator in writing.  Thereafter, those two designated arbitrators shall meet promptly to select a third arbitrator.  The arbitrators shall conduct the arbitration proceedings according to the procedures under the commercial arbitration rules of the American Arbitration Association and shall hold the arbitration hearing in Maine.  The arbitrators shall be bound by and follow applicable Maine substantive rules of law as if the matter were tried in court.  Either party shall have the right to appeal a decision of the arbitrators on the grounds that the arbitrators failed to properly apply applicable law.

In the event that a dispute between us ends up in court, both parties agree that it shall be tried exclusively in a court in Maine.

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:  David R. Adams
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____

       Print Name: GORDON ADAMYK
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

SEEN AND AGREED TO:

By:  *JAY WALTER ALLAN*
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: 

Print Name: ERIC BADOWSKI

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____

       Print Name:  DARNELL D BARBER-MAYE
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: KALYAN K. BASU        *K. Basu.*
      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
          James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
          Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    FRANK BAYNO _____
          Print Name:
          Participant in or Beneficiary of the Nortel Networks U.S. Deferred
          Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

       Print Name: JACK K. BorchGREVINK
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
(Print Name: ELLEN BOVARNICK
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    DAVE BREWER.
        _____
        Print Name:
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

        *Dave Brewer*
        Mar 1/ 2011

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: STEPHEN M. BRIDGES

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Kollen Kal Brower*
    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name:  ELIAS  CAGIANNOS

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:     _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:     _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:     *Richard P. Callanan*
        _____
        Print Name:
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name:    *Peter    Cassidy*
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Home, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____  2-24-11
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: Andrew B. Cheten

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  MANMOHAN S. CHIMA
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:

Print Name: *L. J. Ciccarelli*

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

       Print Name:    Douglas G. Clark
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan



*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    *Kathryn Lee Clark-Sellers*,
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

## SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____

 James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

 Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

## SEEN AND AGREED TO:

By: _____

 Print Name: *EGBERT CLARKE*
 Participant in or Beneficiary of the Nortel Networks U.S. Deferred
 Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
     Print Name: Debra K. Coleman
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:  *Mark W. Conroy*
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *NIEL A. COVEY*
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:   Boyce Harry Creamer Jr
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    _____
       Print Name: *CHARLA CRISLER*
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: MAURICIO CVJETROVIC
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

     Print Name: BARRY D'AMOUR

     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

Redacted

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____ 02/25/2011     PRABIR DAS
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

New Address

Redacted

Old Address

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name:  MOHAN R. DATTATREYA
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

4/4/2011

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *David Dautenhahn*
        Print Name:
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:  _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  Patrick A. Davis
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
     Print Name: James D Decker III
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name:   LUC  DHONDT

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

## SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

## SEEN AND AGREED TO:

By: _____
Print Name: Lawrence (T) Butts
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:  _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  _____       03/28/11
Print Name:     RANDY DODD
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
      Print Name:  ENIS ERKEL
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Home, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


SEEN AND AGREED TO:

By: _____
    Print Name: Greg Farmer
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____

Print Name: PETER FORRANTO  3/18/11

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____

Print Name:  RUTH  G.  FAX
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

January 17, 2011
Page 7 of 7

either party, be subject to binding arbitration. Either party may request such arbitration by sending a written demand for arbitration to the other. If a demand for arbitration is made, you and the firm shall attempt to agree on the arbitrators. If no agreement can be reached within 30 days of the receipt of the demand, the party demanding arbitration may designate an arbitrator by sending a written notice to the other party. Within two weeks of that initial designation, the other party shall designate an arbitrator in writing. Thereafter, those two designated arbitrators shall meet promptly to select a third arbitrator. The arbitrators shall conduct the arbitration proceedings according to the procedures under the commercial arbitration rules of the American Arbitration Association and shall hold the arbitration hearing in Maine. The arbitrators shall be bound by and follow applicable Maine substantive rules of law as if the matter were tried in court. Either party shall have the right to appeal a decision of the arbitrators on the grounds that the arbitrators failed to properly apply applicable law.

In the event that a dispute between us ends up in court, both parties agree that it shall be tried exclusively in a court in Maine.

MARCH 6 2011

Redacted

**F  A  X**  . . . .

Donald Fedyk

Redacted

| | |
|---|---|
| To: | Redacted |
| Fax number: | |

| | |
|---|---|
| From: | Donald Fedyk |
| Fax number: | |
| Business phone: | Redacted |
| Home phone: | |

Date & Time:   3/6/2011 10:23:47 AM
Pages:         15
Re:            Ad Hoc Committee of Participants in the Nortel Networks U.S. Deferred

Joining Group

Redacted

-----Original Message-----
From: Don Fedyk
Sent: Sunday, March 06, 2011 10:44 AM
To: charla.                        net; jimyoung                     ahoo.com;
Subject: Ad Hoc Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

Hi

Redacted

Regards,
Don

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

SEEN AND AGREED TO:

By: _____
Print Name: MARA E. FOULDIS
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____
Print Name: MAURICE J. FRADETTE
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6


**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: RONALD J FRYDACH

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 14, 2011
Page 6 of 6


**SEEN AND AGREED TO:**

By: _*Frank Garbis*_   FRANK GARBIS
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: ___N. GARITO___ 3/24/11
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    Kevin T Garnica, Kevin T. Garnica
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    Robert M. Graham
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  DAVID  GRANT
Print Name: _____
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:     *Carroll Gray-Preston*
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

    Print Name: *Kenneth  Greck*
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:   CHANDRAKANT V. GUNDECHA  (CHAND GUNDECHA)
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

Redacted

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name:   MORRIS   GUREVITCH
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____   2/24/11
      Print Name: *Levor Tabosian*
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:      _____
              James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:      _____
              Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:      _____
              Print Name:  *Mark J. Hamilton*
              Participant in or Beneficiary of the Nortel Networks U.S. Deferred
              Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    _____
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____   2/24/2011
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:  _____

     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____

     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:  _____  2/25/2011

     Print Name: DAVID HILBIG

     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
       Print Name: *Steve Hope*
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: _____
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
          James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
          Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    GREGORY HOY                                    2/24/2011
          Print Name:
          Participant in or Beneficiary of the Nortel Networks U.S. Deferred
          Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____     March 6 / 2011
    Print Name:  Vince  Iacoviello
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

SEEN AND AGREED TO:

By: _____
        Print Name: TAREK F. IBRAHIM
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: ___*Ron Isom*___  _Ron Isom_ - 4/1/2011
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:        _____
           James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:        _____
           Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:        _____
           Print Name: MARK R JANIS
           Participant in or Beneficiary of the Nortel Networks U.S. Deferred
           Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *John Kalfa*
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: V. KAPIL
    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: ROB KEATES
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan