*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____Susan M. Keegan_____

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: BAKUL KHANNA
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
      Print Name: PAUL KNUDSEN
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *David HS Co* (DAVID H.S. KO) Dec 1, 2011
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:   _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:   _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:   _____

Print Name: EDWIN C. KOEHLER JR.
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: BART KOHNHORST
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
     Print Name: GARY E. KUTAC
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: RICHARD M. LACERTE
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:     _____
         James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:     _____
         Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:     _____
         Print Name:  *CESAR A. LAFAURIC*
         Participant in or Beneficiary of the Nortel Networks U.S. Deferred
         Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: *Gregory S. Lagios*
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
    Print Name: *LEE J. LASKIN*
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: STEPHEN LAU

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: ~~*TAL LAVIAN*~~ _Tal Lavian_   2/24/2011
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

## SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

## SEEN AND AGREED TO:

By: _____
     Print Name: JERRY LAYNE
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Home, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: M. Anthony Leger
    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
           James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
           Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    *BRIAN A. LEONARD*
           Print Name:
           Participant in or Beneficiary of the Nortel Networks U.S. Deferred
           Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
Print Name: Patrick Lewis
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____

       Print Name:    Yuan-Hao Lin
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan



Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: DAVID J. LONGAKER
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
     Print Name: JOHN A LOWE
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name:  P. MACKINNON
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
    Print Name: PETER J MACLAREN
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By:  _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  *Mark Malzahn*
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    *Rajpriya (Priya) Marsonia*

Print Name:  *Rajpriya Marsonia*

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Jenifer Maryak*

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____    12/20/2011
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

JENNIFER MAY

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: *Robert A McCabe*

     Print Name: Robert A. McCabe
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *GILLIAN M^cCOLGAN*
Print Name: _____
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name:

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan.

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____
      Print Name:   LORI  MCLEAN
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: JAMES C MERCURE
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

---

**SEEN AND AGREED TO:** *Clyde E. Miller*

By:   CLYDE E. MILLER
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan



*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: *Dennis J. missini*
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

SEEN AND AGREED TO:

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

SEEN AND AGREED TO:

By: _____
Print Name: Lawrence S. Molina Jr
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan



*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**


By:    DAN MONDOR
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *GEORGE GEMMELL MONTGOMERY*
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____
       Print Name: *Robert S. Moseley*
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

    Print Name: DAVID H. MURASHIGE

    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensatio
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    PETER   MURPHY

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:     _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:     _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:     _____
        Print Name:   EDWARD   NATIUK
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
          James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
          Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____
          Print Name: Ana Kay
          Participant in or Beneficiary of the Nortel Networks U.S. Deferred
          Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: John F. Orbe
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**


By:   Brian E Page     Brian Page
        Print Name:
        Participant in or Beneficiary of the Nortel Networks U.S. Deferred
        Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
     Print Name:   CAROLYN PALMER
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:   Basil  Papantonis                                    3/2/2011

    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
        James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
        Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: Timothy Jon Parker
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:    _____
       Print Name:    ANTHONY D. Perez
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:   TIMOTHY R PILLOW
      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

2/26/2011

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: MARK T. RACZYNSKI

Participant in or Beneficiary of the Nortel Networks U.S. Deferred Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
    Print Name: Edmund A (Tony) Rawbolt
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: CECIL D. RAYNOR
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name:  Bryan  Ritchie
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _Richard M. Rose_
    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:  _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  *JOHN P. RYAN JR  3/8/2011  John P. Ryan*
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  CYNTHIA A. SCHMIDT
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred        2/24/11
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____
      Print Name:  *JONATHAN SCHMIDT*
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
   James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
   Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
   Print Name:  *BRUCE SCHOFIELD*
   Participant in or Beneficiary of the Nortel Networks U.S. Deferred
   Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
    Print Name: *Harold E Seaman*
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____

      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____

      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:

      Print Name: STEVEN SEARLES
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: John D Seligson

Participant in or Beneficiary of the Nortel Networks U.S. Deferred

John Seligson

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
     Print Name: _____ JAG MOHAN SHARMA
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: PRAVEEN  SHEKOKAR
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
     Print Name: FRANK J. SHEPHERD
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: MITCHELL SIM COLE
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
    Print Name:   THOMAS P. SKIDMORE
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
       James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
       Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    *Alan G. Sowaros*
       Print Name:
       Participant in or Beneficiary of the Nortel Networks U.S. Deferred
       Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _Mark A. Stukel_
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Moses Sun*

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: *Andrew Sutcliff*   ANDREW SUTCLIFFE   March 4/201
    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Semra Tariq S'toric*
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: Armando Tello
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:    _____
         James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:    _____
         Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:    _____
         Print Name:
         Participant in or Beneficiary of the Nortel Networks U.S. Deferred
         Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: JEFF TOWNLEY / *Jeff Townley*

Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: MARGARET TURNER.
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____

James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____

Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____

Print Name: CIRIACO VALDEZ, JR

Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____  JOHN W. VALENTINE
    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
　　James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
　　Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
　　Print Name: BEN M. WARREN
　　Participant in or Beneficiary of the Nortel Networks U.S. Deferred
　　Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
     Print Name: DIDIER WERKOFF   2/26/2010
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By: _____
Print Name: MICHAEL S. WHITEHURST
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name: Reginald Wilcox
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: *Nora E. Winje*
    Print Name:
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation Plan

By:  _____
    James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____
    Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:  *Wing Victor Wong*
    Print Name: WING VICTOR WONG
    Participant in or Beneficiary of the Nortel Networks U.S. Deferred
    Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
     Print Name:    PAUL WOODRUFF
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:      _____

      James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:      _____

      Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By:      MENG F. YEE   (Feb 26/2011)

      Print Name:
      Participant in or Beneficiary of the Nortel Networks U.S. Deferred
      Compensation Plan

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By:  _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By:  _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE


**SEEN AND AGREED TO:**

By:  _____
     Print Name:
     Participant in or Beneficiary of the Nortel Networks U.S. Deferred
     Compensation Plan

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _____
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan

— ROBERT YOUNG

Redacted

*Ad Hoc* Committee of Participants in the Nortel Networks
U.S. Deferred Compensation Plan
February 22, 2011
Page 6 of 6

**SEEN AND AGREED TO:**

*Ad Hoc* Committee of Participants in the Nortel Networks U.S. Deferred Compensation
Plan

By: _____
     James Young, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

By: _____
     Robert Horne, AS DULY AUTHORIZED BY THE SUBCOMMITTEE

**SEEN AND AGREED TO:**

By: _STEVEN BANDROWCZAK_
Print Name:
Participant in or Beneficiary of the Nortel Networks U.S. Deferred
Compensation Plan