# EXHIBIT C

**NORTEL NETWORKS, INC.**
**AD HOC GROUP**

| | Last Name | First Name | Address | City | State | Zip | Country | Schedule F Deferred Compensation Claim Amount | Proof of Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BARNES | WILLIAM | 2958 SYRACUSE ST, APT 101 | DENVER | CO | 80238 | | $ 106,893.09 | $ 106,893.09 |
| 2 | BARRAN | DANIEL | 2616 N. E. | FT. LAUDERDALE | FL | 33306 | | $ 28,240.13 | $ 28,240.13 |
| 3 | BUSHNELL | ROGER | 101 MAYBANK COURT | DURHAM | NC | 27713 | | $ 65,886.70 | $ 73,200.79 |
| 4 | CORREIA | FRANK | 21 SACHEM RD | BRISTOL | RI | 02809 | | $ 13,951.76 | $ 17,556.60 |
| 5 | CROWL | JOHN | 13921 GARNETT ST | OVERLAND PARK | KS | 66221 | | $ 59,770.91 | $ 59,770.91 |
| 6 | HORN | KENNETH | 6708 FOXFIRE PLACE | RALEIGH | NC | 27615 | | $ 287,724.62 | $ - |
| 7 | JAMOUSSI | BILEL | 7 JARED CIRCLE | NASHUA | NH | 03063 | | $ 74,462.45 | $ 74,462.45 |
| 8 | KARIA | ARVINDKUMAR | 3517 LAKEBROOK DR | PLANO | TX | 75093 | | $ 45,277.66 | $ 106,722.37 |
| 9 | LONG | JAMES | 2348 S. OCEAN | HIGHLAND BEACH | FL | 33487 | | $ 497,851.37 | $ 497,851.37 |
| 10 | MEAD | JOHN | 349 BAYBERRY COMMONS | FREMONT | CA | 94539 | | $ 249,361.68 | $ 327,775.85 |
| 11 | MONGA | INDERMOHAN | 6 ROSE COURT | ACTON | MA | 01720 | | $ 50,737.15 | $ 54,361.82 |
| 12 | NGUYEN | HOI | 207 PACIFICA WY | MILPITAS | CA | 95035 | | $ - | $ - |
| 13 | SPRADLEY | SUSAN | 2 DORSET PLACE | DALLAS | TX | 75229 | | $ 67,011.67 | $ 67,011.67 |
| 14 | TAN-ATICHAT | EDDIE | 46879 CRAWFORD ST | FREMONT | CA | 94539 | | $ 44,523.63 | $ 64,799.21 |
| 15 | THOMPSON | GEOFFREY | 158 PASEO COURT | MOUNTAIN VIEW | CA | 94043-5280 | | $ - | $ 40,425.00 |
| | | | | | | | | $ 1,591,692.82 | $ 1,519,071.26 |