**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:  )<br>NORTEL NETWORKS, INC., *et al.*  )<br>  )<br>                           Debtors  )<br>  )<br>  ) | CHAPTER 11<br><br>CASE NO. 09-10138 (KG)<br>JOINTLY ADMINISTERED |
| ROBERT HORNE, MASON JAMES YOUNG,  )<br>ELLEN BOVARNICK, CHARLA CRISLER,  )<br>BART KOHNHORST, BRIAN PAGE,  )<br>BENJAMIN WARREN, AND THE AD HOC GROUP )<br>OF BENEFICIARIES OF THE NORTEL  )<br>NETWORKS U.S. DEFERRED COMPENSATION )<br>PLAN, For Themselves And All Others Similarly )<br>Situated,  )<br>  )<br>                           Plaintiffs  )<br>  )<br>                   v.  )<br>  )<br>NORTEL NETWORKS INC., NORTEL NETWORKS )<br>CAPITAL CORPORATION, NORTEL  )<br>ALTSYSTEMS INC., NORTEL ALTSYSTEMS  )<br>INTERNATIONAL INC., XROS, INC., SONOMA  )<br>SYSTEMS, QTERA CORPORATION, CORETEK, )<br>INC., NORTEL NETWORKS APPLICATIONS  )<br>MANAGEMENT SOLUTIONS INC., NORTEL  )<br>NETWORKS OPTICAL COMPONENTS INC.,  )<br>NORTEL NETWORKS HPOCS INC., ARCHITEL )<br>SYSTEMS (U.S.) CORPORATION, NORTEL  )<br>NETWORKS INTERNATIONAL INC., NORTHERN )<br>TELECOM INTERNATIONAL INC., NORTEL  )<br>NETWORKS CABLE SOLUTIONS INC., NORTEL )<br>NETWORKS (CALA) INC.,  )<br>  )<br>                   and  )<br>  )<br>U.S. BANK, N.A.,  )<br>  )<br>                   and  )<br>  ) | ADV. PROC. NO. 11-54007 |

1

|  | ) |
|---|---|
| ROBERT ELLIS BROWN, FRANK C. CARLUCCI, L. YVES FORTIER, SHERWOOD HUBBARD SMITH, JR., LYNTON RONALD WILSON, WILLIAM ARTHUR OWENS, ROBERT ALEXANDER INGRAM, RICHARD DAVID MCCORMICK, HARRY JONATHAN PEARCE, JALYNN HAMILTON BENNETT, JOHN ALAN MACNAUGHTON, JOHN PAUL MANLEY, MANFRED BISCHOFF, AND KRISTINA MARY JOHNSON, IN THEIR CAPACITIES AS MEMBERS OF THE BOARD OF DIRECTORS COMPENSATION COMMITTEE THAT FUNCTIONED AS THE PLAN ADMINISTRATOR OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE* that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq., Blank Rome LLP ("Blank Rome") and Bernstein, Shur, Sawyer & Nelson ("Bernstein") hereby enter their appearance in the above-captioned bankruptcy cases on behalf of Robert Horne ("Horne"), James Young ("Young"), and the ad hoc group of participants and/or beneficiaries (collectively with Horne and Young, the "Ad Hoc Committee")[1] of the Nortel Networks U.S. Deferred Compensation Plan (the "Plan"). Blank Rome and Bernstein request that all notices given or required to be given and all papers served in these cases be given to and served upon the following:

---

[1] The members of the Ad Hoc Committee are identified in the Verified Statement of Bank Rome LLP and Bernstein, Shur, Sawyer & Nelson, P.A. Pursuant to Bankruptcy Rule 2019 dated March 2, 2011 [D.I. 5046], as supplemented by the Supplemental Verified Statement dated May 10, 2011 [D.I. 5405] and as further supplemented by the Second Supplemental Verified Statement of Blank Rome LLP and Bernstein, Shur, Sawyer & Nelson, P.A. pursuant to Bankruptcy Rule 2019, dated July 18, 2012 [D.I. 8013].

2

| | |
|---|---|
| Bonnie Glantz Fatell, Esquire | Robert J. Keach, Esquire |
| Victoria A. Guilfoyle, Esquire | Paul McDonald, Esquire |
| *Blank Rome LLP* | Daniel J. Murphy, Esquire |
| 1201 North Market Street, Suite 800 | *Bernstein, Shur, Sawyer & Nelson* |
| Wilmington, DE 19801 | 100 Middle Street |
| Telephone: (302) 425-6400 | P.O. Box 9729 |
| Facsimile: (302) 425-6464 | Portland, ME 04104-5029 |
| Email:  fatell@blankrome.com | Telephone: (207) 774-1200 |
|         guilfoyle@blankrome.com | Facsimile:  (207) 774-1127 |
| | Email:  rkeach@bernsteinshur.com |
| | pmcdonald@bernsteinshur.com |
| | dmurphy@bernsteinshur.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect or seeks to affect in any way the above-captioned Debtors or the property of the Debtors, or any of the rights or interests held or asserted by the Ad Hoc Committee with respect to the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that all Plan related orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, be sent only to Bernstein and Blank Rome.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the members of the Ad Hoc Committee, including without limitation, to: (a) require that where any non-Plan related adversary proceeding is to be initiated against the members of the Ad Hoc Committee in these cases or any related case or where any proceeding is to be initiated by complaint against the members of the Ad Hoc Committee under applicable non-bankruptcy law, service shall be made on the members

3

of the Ad Hoc Committee in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after <u>de novo</u> review by the United States District Court for the District of Delaware; (c) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (d) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which the members of the Ad Hoc Committee are or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments the members of the Ad Hoc Committee expressly reserve and assert.

Dated:   July 18, 2012                                         **BLANK ROME, LLP**

*/s/  Bonnie Glantz Fatell*_____
Bonnie Glantz Fatell (No. 3809)
Victoria Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 (telephone)
(302) 425-6464 (facsimile)
Email:  fatell@blankrome.com
            guilfoyle@blankrome.com

-and-

**BERNSTEIN, SHUR, SAWYER & NELSON**
Robert J. Keach (Admitted *Pro Hac Vice*)
Paul McDonald (Admitted *Pro Hac Vice*)
Daniel J. Murphy (Admitted *Pro Hac Vice*)
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
(207) 774-1200 (telephone)
(207) 774-1127 (facsimile)

Email: rkeach@bernsteinshur.com
pmcdonald@bernsteinshur.com
dmurphy@bernsteinshur.com

*Counsel for the Ad Hoc Committee*

136316.01600/40202310v.1