**CERTIFICATE OF SERVICE**

   I, Victoria A. Guilfoyle, do hereby certify that on the 18th day of July 2012, I caused service of the **Notice of Appearance** to be made upon the following parties in the manner indicated below.

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| *(United States Trustee)*<br>Thomas P. Tinker, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | *(Debtors)*<br>Allen K. Stout<br>Nortel Networks Inc<br>220 Athens Way, Suite 300<br>Nashville, TN 37228-1304 |
| *(Counsel for Debtors)*<br>Derek C. Abbott, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. 1347<br>Wilmington, DE 19899-1347 | *(Counsel for Debtors)*<br>James L. Bromley, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| *(Counsel for Official Committee of Unsecured Creditors)*<br>Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | *(Counsel for Official Committee of Unsecured Creditors)*<br>Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| *(Counsel for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group)*<br>Mary F. Caloway, Esq.<br>Buchanan Ingersoll & Rooney PC<br>1105 North Market Street<br>Suite 1900<br>Wilmington, DE 19801-1228 | *(Counsel for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group)*<br>Ken Coleman, Esq.<br>Lisa Kraidin, Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |

Dated: July 18, 2012     */s/ Victoria A. Guilfoyle*
              Victoria A. Guilfoyle (No. 5183)

136316.01600/40202336v.1