## Exhibit A

The Fifth Amendment to the Statement of Work



Ernst & Young LLP
Suite 500
4130 ParkLake Avenue
Raleigh, NC 27612-4462

Tel: +1 919 981 2800
Fax: +1 919 981 2997
www.ey.com

June 21, 2012

Mr. Timothy Ross
CFO – Finance Operations and Corporate Secretary
Nortel Networks, Inc.
Nortel Networks India International Inc. and Nortel Ventures LLC
2221 Lakeside Boulevard
Richardson, Texas 75082-4305

Dear Tim:

This letter is the 5th amendment (the "5th Amendment") to the Statement of Work dated March 1, 2011 for tax operations outsourcing and other variable services (as amended, the "SOW") entered into pursuant to the Master Tax Services Agreement dated March 1, 2011 between Nortel Networks Inc. ("NNI"), its U.S. debtor affiliates listed in Appendix A of the SOW, Nortel Networks India International Inc., and Nortel Ventures LLC (collectively, "you", the "Client", the "Company," or "Nortel") and Ernst & Young LLP ("EY") for the provision of certain tax services to the Client (the "Agreement"). Pursuant to this 5th Amendment, the parties agree to the following modifications in the Scope of Services.

## ADDITIONAL SERVICES

As of June 21, 2012 and contingent upon this 5th Amendment taking effect pursuant to the Bankruptcy Court Order entered on July 22, 2011 (the "Order"), modifying the Agreement, EY will provide the Client with the Services described herein (the "Additional Services"). This 5th Amendment will define Additional Services not covered by the SOW as originally executed or in prior amendments thereto and which would otherwise fall into the category of "Out-of-Scope Services".

The Additional Services described herein may be modified from time to time by mutual written consent of the parties in accordance with the Order.

### Out-of-Scope Services

The Out- of-Scope Services described below are, notwithstanding use of the term "will" in the descriptions set forth below, subject to written approval, including email, by the Company prior to proceeding. Any such approval shall also state a range of the estimated fees to be incurred. All such approved Services are hereinafter referred to as "Additional Services."



**Secretary of State Applications**

EY will provide the following advisory services to Client:

1. In connection with the cessation of NNI's business, EY will advise on the appropriate timing for NNI, its U.S. debtor affiliates (as listed on Appendix A of the SOW), Nortel Networks India International Inc. and Nortel Ventures LLC, to take the appropriate action in relevant state and local jurisdictions to withdraw from the various states in which NNI and its affiliates formerly operated.

2. EY will initiate the process required by applicable government entities for each jurisdiction approved by the Client and its bankruptcy counsel and coordinate subsequent correspondence and audit activity, as required, through final clearance.

3. EY will provide timely updates to the Client and its bankruptcy counsel on the status of actions taken and progress against targeted goals.

**FEES RELATED TO OUT-OF-SCOPE SERVICES**

With respect to the Additional Services covered by this 5th Amendment, Client shall pay EY's fees and reimburse EY for reasonable expenses incurred in connection with the Additional Services, subject to and in accordance with Bankruptcy Court approval. It is anticipated that fees for this project will range from $100,000 to $150,000.

The fees for the Additional Services will be billed on a monthly basis using the rates set forth in the SOW (as applicable to the EY Variable Services) and listed below (which may be adjusted annually to reflect the adjustments to the cost of living index):

| Professional | Rate per Hour |
|---|---|
| Partner | $640 |
| Executive Director | $545 |
| Senior Manager | $540 |
| Manager | $430 |
| Senior | $300 |
| Staff | $170 |



You shall also pay any value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the Services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

This letter does not modify any portion of the SOW or Agreement not specifically addressed herein. All other provisions of the SOW and Agreement are applicable hereto.

We appreciate the opportunity to be of continued service to you. If you have any questions regarding the matters discussed in this letter, please contact James E. Scott at (919) 981-2886.

Please indicate your acceptance of the above arrangements by signing and returning the enclosed copy of this letter.

Very truly yours,

*Ernst & Young LLP*

**Nortel Networks Inc. and its U.S. debtor affiliates listed in Appendix A of the SOW**
**Nortel Networks India International Inc.**
**Nortel Ventures LLC**

By: _____   6/21/12
   Mr. Timothy Ross
   CFO- Finance Operations and Corporate Secretary        Date