## **CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of the Fifth Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP** was caused to be made on July 18, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: July 18, 2012                                          */s/ Ann C. Cordo*
Wilmington, DE                                           Ann C. Cordo (No. 4817)