

# STATE OF ISRAEL
## DIRECTORATE OF COURTS
**Legal Assistance to Foreign Countries**
**JERUSALEM**

RECEIVED
JUL 18 2012

05/07/12

Your Reference: 09-10138 (KG)

The United States Bankruptcy Court

For the District of Delaware

824 North Market Street

3rd Floor

Wilmington, Delaware 19801

U,S,A

Dear Madam/ Sir

Request for legal assistance

This is to acknowledge our reception of the attached request dated 2/3/12.

We would like to inform you that the documents sent by you were reviewed by our staff, and our conclustion is that our Department cannot comply with the request due to the fact that the actual request is not clear enough and is not understandable.

In the light of the above, we are unable to execute the request and we are therefore returning you the documents. Should you have any clarifications to be made, you may contact our department again and we will proceed with your new and detailed request.

Sincerely, Legal Assistance to Foreign Countries
Israel.

Legal Assistance to Foreign Countries
Israeli Court Administration
22 Kanfei Nesharim St. Jerusalem, Israel
Tel: (972)-2-6556847 Fax: (972)-2-6556954

---

22 Kanfei Nesharim St., Jerusalem 95464, POB 34142  ISRAEL
Tel: (972)-2-6556847, Fax: (972)-2-6556954