## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
| SNMP RESEARCH INTERNATIONAL INC.<br><br>and<br><br>SNMP RESEARCH, INC.,<br><br>    Plaintiffs,<br>v.<br><br>NORTEL NETWORKS INC., et al.,<br>NORTEL NETWORKS CORPORATION,<br>NORTEL NETWORKS LIMITED, NORTEL<br>NETWORKS GLOBAL CORPORATION,<br>NORTEL NETWORKS INTERNATIONAL<br>CORPORATION, NORTEL NETWORKS<br>TECHNOLOGY CORPORATION,<br>GENBAND US LLC, GENBAND, INC.,<br>PERFORMANCE TECHNOLOGIES, INC.,<br>PERFTECH (PTI) CANADA, AVAYA INC.,<br>RADWARE LTD.,<br><br>and<br><br>JOHN DOE DEFENDANTS 1–100,<br><br>    Defendants. | Adv. Proc. No. 11-53454 (KG) |

---

[1] The U.S. Debtors in these chapter 11 cases, along with the last four digits of each U.S. Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Docket No. 33
March 2, 2012

**ANSWER TO COMPLAINT**

**FILED UNDER SEAL**

Dated: March 2, 2012

/s/ Michael J. Custer
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
Michael J. Custer (DE No. 4843)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Tel: 302-777-6500
Fax: 302-421-8390

and

Paul R. Gupta (*pro hac vice pending*)
Clifford R. Michel (*pro hac vice pending*)
Toi Frederick (*pro hac vice pending*)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
Tel.: 212-506-5000
Fax: 212-506-5151

*Attorneys for Defendant Avaya Inc.*