Image
Removed
By the Court