IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
                                                              :
*In re*                                                       :    Chapter 11
                                                              :
Nortel Networks Inc., *et al.*,                               :    Case No. 09-10138 (KG)
                                                              :
                Debtors.                                :    Jointly Administered
                                                              :
                                                              :    **RE: D.I. 7660**
                                                              :
------------------------------------------------------------- X

### ORDER DENYING MOTION OF GENBAND US LLC FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2004-1

Upon consideration of the Motion Of GENBAND US LLC For Leave To Conduct Discovery Pursuant To Rule 2004 Of The Federal Rules Of Bankruptcy Procedure And Local Rule 2004-1 (the "Motion"); and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and after oral argument and due deliberation; and sufficient cause appearing therefor; it is hereby:

**ORDERED**, that the Motion is hereby **DENIED**.

Dated: July 18, 2012
       Wilmington, Delaware

                                                      _____
                                                       THE HONORABLE ~~KEVIN GROSS~~
                                                       CHIEF UNITED STATES BANKRUPTCY JUDGE

DM3\2231351.2