**Wave 6 Service List**

**Via Hand Delivery**

**Counsel for Prime Carrier**
THORP REED & ARMSTRONG, LLP
Karen M. Grivner
824 N. Market Street
Suite 710
Wilmington, DE 19801

**Via First Class Mail**

THORP REED & ARMSTRONG, LLP
Patrick W. Carothers
Gregory W. Hauswirth
301 Grant Street, 14th Floor
Pittsburgh, PA 15219

4305520.1