IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*                                          :     Chapter 11

Nortel Networks Inc., *et al.*[1],     :     Case No. 09-10138 (KG)

           Debtors.              :     Jointly Administered

------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Marcelo Gumucio hereby withdraws his proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 3885).

Dated: Atherton, California
       June 20, 2012

                                              Marcelo Gumucio

                                              */s/ M. A. Gumucio*
                                              Marcelo Gumucio
                                              195 Atherton Ave.
                                              Atherton, California  94027
                                              Tel. (650) 323-1251
                                              gumucio@aol.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.