**EXHIBIT B**



Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN   416 863 4511
FAX    416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2915395**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| July 12, 2012 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 74,130.50 |
| Disbursements | | 573.14 |
| **Total Amount Due** | **$** | **74,703.64** CDN. |

**FRASER MILNER CASGRAIN LLP**

Per: _____
        Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Fraser Milner Casgrain LLP
and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount.

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount.
Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

MONTRÉAL    OTTAWA    TORONTO    EDMONTON    CALGARY    VANCOUVER                    fmc-law.com

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2915395  
Page 2 of 14  
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 01-May-12 | RSK | 0031 | Conference call with Scott Bomhof and Andrew Gray (Torys) regarding MOE appeal and Chartis motion. | 0.4 |
| 01-May-12 | RSK | 0002 | Participated in Nortel advisor call to prepare for Committee meeting. | 1.3 |
| 01-May-12 | RSK | 0029 | Review of correspondence from Akin and Capstone regarding allocation analysis and assumptions. | 0.3 |
| 01-May-12 | RSK | 0031 | Review of email correspondence from Torys regarding Chartis litigation issues. | 0.2 |
| 01-May-12 | RSK | 0029 | Review of email correspondence regarding exchange of mediation briefs. | 0.2 |
| 01-May-12 | RSK | 0031 | Review of Nortel motion record in support of Vodafone IP Address sale. | 0.3 |
| 01-May-12 | RSK | 0031 | Review of 85th Report of Monitor in support of Vodafone transaction. | 0.3 |
| 01-May-12 | MJW | 0029 | Correspondence with Committee advisors regarding claims and allocation analysis. | 0.2 |
| 01-May-12 | MJW | 0029 | Correspondence with Akin Gump and Cleary with respect to exchange of mediation briefs. | 0.2 |
| 01-May-12 | MJW | 0031 | Call with NNI's Canadian counsel with respect to Chartis insurance policy Canadian motion and Ministry of Environment appeal request of Canadian environmental decision. | 0.4 |
| 01-May-12 | MJW | 0007 | Attend on Committee advisor status call to prepare for Committee meeting. | 1.3 |
| 01-May-12 | MJW | 0031 | Review Canadian motion record for Nortel Canada sale of IP addresses to Vodafone. | 0.6 |
| 01-May-12 | MJW | 0031 | Review Monitor's report in support of sale of IP addresses to Vodafone. | 0.3 |
| 01-May-12 | MJW | 0031 | Review court order with respect to IP address sale to Vodafone, and prior orders for IP address sales. | 0.3 |
| 01-May-12 | MJW | 0018 | Review summary of tax issues and claims. | 0.3 |
| 01-May-12 | RCJ | 0002 | Participate in UCC professionals call (part call). | 0.6 |
| 01-May-12 | RCJ | 0031 | Review 85th Report of the Monitor. | 0.6 |
| 01-May-12 | RCJ | 0024 | Report to Akin Gump team on Vodafone IP sale. | 0.5 |
| 02-May-12 | RSK | 0029 | Review of information request letter sent to Cleary. | 0.1 |
| 02-May-12 | RSK | 0018 | Review of tax summary presentation. | 0.2 |
| 02-May-12 | RSK | 0029 | Review of email from Akin Gump regarding intercompany | 0.1 |

MONTRÉAL   OTTAWA   TORONTO   EDMONTON   CALGARY   VANCOUVER                    fmc-law.com

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2915395  
Page 3 of 14  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | claims. | |
| 02-May-12 | RSK | 0007 | Participated on Committee call. | 1.0 |
| 02-May-12 | RSK | 0031 | Office conference with Jane Dietrich regarding Chartis litigation issues. | 0.1 |
| 02-May-12 | RSK | 0029 | Correspondence with Akin Gump regarding conference call with Randy Bennett (mediator's counsel). | 0.2 |
| 02-May-12 | MJW | 0007 | Attend on Committee call. | 1.0 |
| 02-May-12 | JOD | 0031 | Discussion with Shayne Kukulowicz regarding Chartis issues and Canadian party call. | 0.1 |
| 02-May-12 | JOD | 0031 | Participate on conference call with Canadian counsel regarding Chartis motion, status and issues. | 0.5 |
| 02-May-12 | JOD | 0031 | Report regarding Chartis call with Canadian counsel. | 0.3 |
| 03-May-12 | RSK | 0029 | Email correspondence with Randy Bennett and Akin Gump regarding allocation mediation update call. | 0.3 |
| 03-May-12 | RSK | 0031 | Office conference with Jane Dietrich and exchanged correspondence with Torys regarding Chartis litigation issues. | 0.3 |
| 03-May-12 | RSK | 0032 | Review of objection of the Monitor and limited response of the US Debtors to deferred compensation committee Chapter 15 lift stay motion. | 0.3 |
| 03-May-12 | MJW | 0031 | Review correspondence and negotiations with respect to Canadian Chartis insurance policy litigation. | 0.4 |
| 03-May-12 | MJW | 0031 | Review draft Canadian court order in connection with Chartis motion. | 0.1 |
| 03-May-12 | MJW | 0031 | Email correspondence with Canadian counsel for NNI with respect to Canadian environmental order appeal issues. | 0.2 |
| 03-May-12 | MJW | 0032 | Review pleadings filed by CCAA Monitor and U.S. Debtors in connection with Chapter 15 litigation by deferred compensation committee. | 0.4 |
| 03-May-12 | MJW | 0029 | Review inter-estate claims summary and email correspondence with Committee advisors regarding allocation process. | 0.4 |
| 03-May-12 | RCJ | 0029 | Analysis of allocation issues. | 0.8 |
| 03-May-12 | RCJ | 0029 | Review fourth estate settlement agreement. | 0.6 |
| 04-May-12 | RSK | 0031 | Review of correspondence with Torys, Norton Rose and other Canadian firms regarding MOE appeal factum. | 0.2 |
| 04-May-12 | RSK | 0031 | Exchanged emails with Torys regarding Chartis litigation issues, and review of draft court order. | 0.2 |
| 04-May-12 | RSK | 0029 | Participated on conference call with Randy Bennett and UCC advisors regarding allocation mediation. | 0.8 |
| 04-May-12 | RSK | 0029 | Review draft summary of US Debtors' claims. | 0.2 |
| 04-May-12 | MJW | 0029 | Call with Committee advisors and R. Bennett with respect to allocation mediation issues and process. | 0.7 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2915395
Page 4 of 14
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 04-May-12 | MJW | 0029 | Review summary of claims data in connection with allocation analysis. | 0.4 |
| 04-May-12 | MJW | 0003 | Prepare March, 2012 fee application. | 1.3 |
| 04-May-12 | RCJ | 0012 | Review material regarding US Debtor claims in connection with allocation analysis. | 0.8 |
| 04-May-12 | RCJ | 0029 | Examine allocation and mediation issues. | 0.7 |
| 05-May-12 | RSK | 0029 | Review of allocation analysis prepared by Capstone. | 0.2 |
| 05-May-12 | RSK | 0029 | Email correspondence with UCC advisors regarding Inter-Estate claims. | 0.2 |
| 07-May-12 | RSK | 0029 | Call with Akin Gump regarding response to Mediator's request for summary of assets and claims. | 0.2 |
| 07-May-12 | RSK | 0029 | Review of emails regarding amount of tax claims for Assets and Claims analysis. | 0.2 |
| 07-May-12 | RSK | 0031 | Review of court order and endorsement regarding Vodafone sale approval. | 0.2 |
| 07-May-12 | RSK | 0031 | Office conference with Michael Wunder regarding MOE leave for appeal request and Chartis litigation. | 0.2 |
| 07-May-12 | MJW | 0008 | Attend to Canadian court hearing for IP address sale to Vodafone. | 2.3 |
| 07-May-12 | MJW | 0031 | Review issued Canadian court order (re: Vodafone) and endorsement and report to Committee advisors regarding same. | 0.2 |
| 07-May-12 | MJW | 0029 | Call with Akin Gump to discuss allocation mediation. | 0.5 |
| 07-May-12 | MJW | 0029 | Review allocation analysis from Committee advisors. | 0.3 |
| 07-May-12 | MJW | 0029 | Email correspondence with Committee advisors regarding claims and allocation issues. | 0.2 |
| 08-May-12 | MMP | 0019 | Review material regarding status of wind-up Canadian pension deficit claim. | 0.2 |
| 08-May-12 | RSK | 0029 | Review of updated allocation analysis from Capstone. | 0.2 |
| 08-May-12 | RSK | 0029 | Participated in status call with Cleary, J. Ray and UCC advisors. | 0.7 |
| 08-May-12 | MJW | 0002 | Attend on status call with Committee advisors, J. Ray and Cleary. | 0.7 |
| 08-May-12 | MJW | 0007 | Attend on Committee advisor call in preparation for Committee meeting. | 0.6 |
| 08-May-12 | MJW | 0012 | Review claims and allocation summaries and analysis. | 0.3 |
| 09-May-12 | RSK | 0007 | Participated in Committee call. | 0.8 |
| 09-May-12 | RSK | 0031 | Review of emails from Torys and Norton Rose regarding Chartis motion and reservation of rights endorsement. | 0.2 |
| 09-May-12 | RSK | 0029 | Review of allocation mediation briefs filed by Canadian parties. | 1.8 |
| 09-May-12 | MJW | 0007 | Attend on Committee call. | 0.8 |

Case 09-10138-MFW    Doc 8026-3    Filed 07/20/12    Page 6 of 15

**FRASER MILNER CASGRAIN LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2915395  
Page 5 of 14  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 09-May-12 | MJW | 0029 | Review and analyze mediation briefs submitted by North American parties including Canadian Debtors/Monitor, Canadian creditor group and Wilmington Trust. | 1.7 |
| 09-May-12 | RCJ | 0029 | Review of mediation statements. | 1.2 |
| 10-May-12 | RSK | 0031 | Email correspondence with Canadian counsel for Nortel Canada and NNI regarding MOE leave for appeal request. | 0.2 |
| 10-May-12 | RSK | 0031 | Review updates from Torys and Norton Rose regarding Chartis litigation. | 0.2 |
| 10-May-12 | RSK | 0031 | Email correspondence with Akin Gump regarding status of Chartis litigation. | 0.2 |
| 10-May-12 | MJW | 0031 | Review correspondence from Torys and Norton Rose with respect to Chartis insurance policy Canadian motion. | 0.2 |
| 10-May-12 | MJW | 0031 | Email correspondence with Norton Rose and Torys with respect to Ministry of Environment appeal of Canadian environmental order. | 0.2 |
| 10-May-12 | MJW | 0032 | Review transcript of U.S. hearing relating to allocation update issues. | 0.2 |
| 10-May-12 | RCJ | 0012 | Email correspondence with FMC and Akin Gump regarding Chartis issues and next steps. | 0.2 |
| 10-May-12 | RCJ | 0017 | Email correspondence with FMC team regarding MOE appeal issues. | 0.2 |
| 10-May-12 | RCJ | 0029 | Continued review of mediation statements. | 1.1 |
| 12-May-12 | RSK | 0031 | Review of draft Nortel Canada factum in response to MOE leave to appeal motion for Canadian environmental order. | 0.6 |
| 14-May-12 | MMP | 0019 | Review information regarding Nortel's Canadian pension plans. | 0.2 |
| 14-May-12 | RSK | 0031 | Email correspondence with Torys regarding Chartis litigation and NNI reservation of rights. | 0.2 |
| 14-May-12 | RSK | 0031 | Review of email correspondence regarding status of EMEA discovery motion. | 0.2 |
| 14-May-12 | RSK | 0031 | Review draft factum of Nortel Canada regarding Chartis insurance litigation. | 0.5 |
| 14-May-12 | RSK | 0031 | Telephone attendance with Torys and FMC regarding MOE appeal and Chartis litigation. | 0.3 |
| 14-May-12 | RSK | 0031 | Review of factum filed by Nortel Canada officers and directors for Chartis insurance litigation. | 0.4 |
| 14-May-12 | RSK | 0031 | Email correspondence with Canadian counsel for bond group regarding MOE leave motion. | 0.2 |
| 14-May-12 | MJW | 0031 | Email correspondence with Canadian parties relating to Chartis insurance policy litigation. | 0.2 |
| 14-May-12 | MJW | 0031 | Call to Torys to discuss negotiations with Canadian debtors and Chartis relating to Chartis insurance policy motion. | 0.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2915395  
Page 6 of 14  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 14-May-12 | MJW | 0003 | Prepare April, 2012 account. | 1.4 |
| 14-May-12 | MJW | 0029 | Email correspondence from Akin Gump with respect to fourth estate settlement issues. | 0.1 |
| 15-May-12 | RSK | 0031 | Exchange of emails with Gavin Finlayson (counsel for bond group) and Scott Bomhof (counsel for NNI) regarding MOE leave application. | 0.5 |
| 15-May-12 | RSK | 0031 | Review factum filed by City of Belleville regarding MOE leave for appeal application. | 0.2 |
| 15-May-12 | RSK | 0031 | Conference call with Scott Bomhof regarding filing joint factum on MOE leave motion. | 0.2 |
| 15-May-12 | RSK | 0031 | Direct preparation of responding factum on MOE leave motion. | 0.2 |
| 15-May-12 | RSK | 0029 | Review summary and documentation regarding Fourth Estate settlement. | 0.5 |
| 15-May-12 | RSK | 0002 | Participate in weekly status call with UCC advisors, John Ray and Cleary. | 0.7 |
| 15-May-12 | MJW | 0002 | Attend on status call with Committee advisors, J. Ray and NNI's advisors. | 0.7 |
| 15-May-12 | MJW | 0031 | Call with NNI's Canadian counsel to discuss Canadian litigation issues. | 0.2 |
| 15-May-12 | MJW | 0031 | Conference with S. Kukulowicz with respect to UCC factum for Canadian environmental order leave for appeal motion by Ontario Government. | 0.2 |
| 15-May-12 | MJW | 0031 | Review factum submitted by City of Belleville relating to environmental leave for appeal motion. | 0.2 |
| 16-May-12 | RSK | 0007 | Participated in Committee call. | 0.6 |
| 16-May-12 | RSK | 0029 | Review summary of US Debtor assets and claims. | 0.2 |
| 16-May-12 | RSK | 0031 | Review correspondence regarding joint UCC/NNI factum for request MOE leave to appeal. | 0.1 |
| 16-May-12 | RSK | 0031 | Review Nortel Canada supplemental motion record and factum regarding Chartis litigation. | 0.4 |
| 16-May-12 | MJW | 0029 | Review fourth estate settlement agreement and summary to prepare for Committee meeting. | 0.6 |
| 16-May-12 | MJW | 0007 | Attend on Committee call. | 0.6 |
| 16-May-12 | MJW | 0031 | Review and provide comments to A. Pushalik regarding joint UCC/NNI/bonds factum for MOE leave for appeal of Canadian environmental order. | 0.4 |
| 16-May-12 | RCJ | 0029 | Review draft 4th estate settlement motion. | 0.3 |
| 16-May-12 | RCJ | 0017 | Review draft factum regarding MOE appeal. | 0.3 |
| 16-May-12 | RCJ | 0014 | Review supplemental Canadian motion record regarding Chartis litigation. | 0.7 |
| 16-May-12 | AGP | 0031 | Draft joint factum for UCC/NNI/bonds (re: MOE leave to | 2.7 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2915395  
Page 7 of 14  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | appeal motion). | |
| 17-May-12 | RSK | 0031 | Review of comments from Scott Bomhof and Gavin Finlayson regarding draft reply factum for MOE leave motion. | 0.3 |
| 17-May-12 | RSK | 0031 | Exchange of emails with Canadian counsel for NNI, Nortel Canada and UK Joint Administrators regarding UK Administrators request for Canadian court conference for the Chartis insurance litigation. | 0.6 |
| 17-May-12 | RSK | 0031 | Telephone attendance regarding Chartis litigation and chambers conference requested by counsel for EMEA. | 0.2 |
| 17-May-12 | RSK | 0031 | Review of Factum of Nortel Canada Board of Directors regarding Chartis motion. | 0.3 |
| 17-May-12 | MJW | 0031 | Review factums filed by Nortel Canada and Canadian directors with respect to Chartis insurance policy litigation. | 0.6 |
| 17-May-12 | MJW | 0031 | Review supplemental motion record filed by Nortel Canada with respect to Chartis insurance policy litigation motion. | 0.4 |
| 17-May-12 | MJW | 0031 | Call and email correspondence with NNI's Canadian counsel with respect to Chartis litigation motion. | 0.3 |
| 17-May-12 | MJW | 0031 | Email correspondence with Canadian counsel for EMEA and other parties with respect to Chartis insurance policy motion and request by EMEA for chambers conference with Canadian court. | 0.3 |
| 17-May-12 | MJW | 0031 | Report to Committee advisors regarding Canadian Chartis insurance policy litigation and related U.S. estate issues. | 0.7 |
| 17-May-12 | MJW | 0031 | Forward update report to Committee advisors with respect to Canadian chambers appointment requested by Canadian counsel for EMEA debtors. | 0.2 |
| 17-May-12 | MJW | 0031 | Call with S. Kukulowicz and R. Jacobs to discuss Chartis insurance policy litigation issues. | 0.2 |
| 17-May-12 | RCJ | 0031 | Email correspondence with Akin Gump and FMC regarding Chartis litigation issues and EMEA court conference request. | 0.7 |
| 17-May-12 | RCJ | 0031 | Call with M. Wunder and S. Kukulowicz regarding Chartis motion and Canadian chambers conference. | 0.2 |
| 17-May-12 | RCJ | 0031 | Review draft factum regarding MOE leave to appeal. | 0.4 |
| 17-May-12 | RCJ | 0029 | Review allocation mediation statements. | 1.7 |
| 17-May-12 | AGP | 0031 | Review and revise joint UCC/NNI/bonds factum for MOE leave to appeal. | 1.1 |
| 18-May-12 | RSK | 0029 | Review of letter and exhibits from Cleary to US counsel for mediator regarding US Debtors. | 0.6 |
| 18-May-12 | RSK | 0031 | Review final draft factum by UCC/NNI/bonds in response to MOE leave application. | 0.2 |
| 18-May-12 | RSK | 0008 | Attend Canadian court conference regarding Chartis motion and reported on same to Akin Gump. | 0.9 |
| 18-May-12 | RSK | 0031 | Review of email correspondence regarding responding factum | 0.3 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2915395  
Page 8 of 14  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | for MOE leave application and discuss with M. Wunder. | |
| 18-May-12 | RSK | 0031 | Exchange of emails with counsel for Nortel Canada regarding UCC responding factum for MOE leave for appeal application. | 0.3 |
| 18-May-12 | RSK | 0031 | Exchange of emails with Canadian counsel for NNI and bonds regarding joint factum for MOE appeal. | 0.3 |
| 18-May-12 | MJW | 0031 | Email correspondence with Canadian counsel for Nortel, NNI, and bondholders regarding MOE Canadian environmental leave for appeal motion, and joint responding factum. | 0.3 |
| 18-May-12 | MJW | 0031 | Instructions to A. Pushalik regarding filing of factum and coordinating with NNI's Canadian counsel. | 0.2 |
| 18-May-12 | MJW | 0029 | Review claims and allocation analysis. | 0.5 |
| 18-May-12 | RCJ | 0031 | Review Ministry of Environment factum regarding leave to appeal. | 0.4 |
| 18-May-12 | RCJ | 0031 | Office conference with S. Kukulowicz regarding Canadian chambers appointment regarding EMEA request on Chartis. | 0.2 |
| 21-May-12 | RSK | 0002 | Participated in weekly status call with J. Ray, NNI advisors and UCC advisors. | 0.5 |
| 21-May-12 | RSK | 0032 | Review of draft objection regarding UK Pension Trustee / PPF proofs of claim. | 0.7 |
| 21-May-12 | MJW | 0002 | Attend on weekly status call with Committee advisors, J. Ray and Cleary. | 0.5 |
| 22-May-12 | MMP | 0019 | Reviewed updated information regarding Nortel Canada registered pension plans. | 0.2 |
| 22-May-12 | RSK | 0031 | Review of Nortel Canada Board of Directors factum in response to MOE leave application. | 0.2 |
| 22-May-12 | RSK | 0031 | Review of Chartis Canadian motion materials to prepare for court hearing. | 0.8 |
| 22-May-12 | MJW | 0029 | Review correspondence to mediator's counsel with respect to allocation mediation process and related claims and allocation information. | 0.6 |
| 22-May-12 | MJW | 0031 | Review factum filed by Nortel Canada board of directors with respect to Canadian environmental order. | 0.1 |
| 22-May-12 | RCJ | 0029 | Analysis of mediation/allocation issues. | 1.1 |
| 22-May-12 | RCJ | 0031 | Review court material regarding Chartis litigation. | 0.5 |
| 22-May-12 | RCJ | 0012 | Analysis of claim resolution and allocation distribution issues. | 0.9 |
| 23-May-12 | RSK | 0007 | Participated on Committee advisor call. | 0.5 |
| 23-May-12 | RSK | 0031 | Review factum filed by Chartis regarding Nortel motion for directions regarding insurance policy. | 0.7 |
| 23-May-12 | RSK | 0031 | Review draft NNI factum for Chartis insurance policy motion. | 0.3 |
| 23-May-12 | RSK | 0029 | Email correspondence with Randy Bennett regarding allocation mediation update. | 0.3 |
| 23-May-12 | RSK | 0032 | Review of summary of Genband discovery motion. | 0.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2915395  
Page 9 of 14  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 23-May-12 | MJW | 0031 | Review factum filed by Chartis with respect to Chartis insurance Canadian motion. | 0.5 |
| 23-May-12 | MJW | 0031 | Review draft NNI factum for Chartis insurance Canadian motion. | 0.4 |
| 23-May-12 | MJW | 0007 | Attend on Committee advisor call to prepare for Committee meeting. | 0.5 |
| 24-May-12 | RSK | 0031 | Review revised NNI factum for Chartis litigation. | 0.3 |
| 24-May-12 | RSK | 0007 | Participated on Committee call. | 0.5 |
| 24-May-12 | RSK | 0029 | Arrange conference call for UCC advisors with Randy Bennett. | 0.1 |
| 24-May-12 | MJW | 0017 | Review report regarding Genband litigation. | 0.2 |
| 24-May-12 | MJW | 0031 | Review revised NNI factum with respect to Chartis insurance Canadian motion. | 0.3 |
| 24-May-12 | MJW | 0031 | Review court filings filed in Canadian proceeding with respect to Chartis motion and forward update report to Committee advisors. | 0.4 |
| 24-May-12 | MJW | 0007 | Attend on Committee call. | 0.5 |
| 24-May-12 | RCJ | 0012 | Analysis of claim issues in context of allocation/mediation. | 1.2 |
| 25-May-12 | RSK | 0029 | Conference call with Randy Bennett and UCC advisors regarding allocation mediation process. | 0.5 |
| 25-May-12 | RSK | 0029 | Email correspondence with UCC advisors regarding call with Randy Bennett and follow-up issues. | 0.3 |
| 25-May-12 | RSK | 0031 | Review final NNI factum and brief of authorities regarding Chartis insurance policy motion. | 0.3 |
| 25-May-12 | RCJ | 0029 | Analysis of allocation issues and distribution mechanics. | 0.8 |
| 28-May-12 | RSK | 0031 | Conference call with NNI's Canadian counsel and FMC regarding Chartis motion. | 0.3 |
| 28-May-12 | RSK | 0029 | Analysis regarding allocation mediation and next steps. | 0.8 |
| 28-May-12 | RSK | 0031 | Email correspondence with Canadian counsel for NNI and UK Joint Administrators regarding Chartis motion. | 0.2 |
| 28-May-12 | RSK | 0031 | Review of MOE reply factum. | 0.2 |
| 28-May-12 | MJW | 0031 | Call with NNI's Canadian counsel in preparation for Chartis insurance Canadian litigation motion. | 0.3 |
| 28-May-12 | MJW | 0031 | Review court material and Chartis insurance policy in preparation for Chartis insurance Canadian hearing. | 0.6 |
| 28-May-12 | MJW | 0003 | Prepare April, 2012 fee application. | 1.6 |
| 28-May-12 | MJW | 0031 | Review Ontario government reply factum for leave for appeal motion with respect to Canadian environmental order. | 0.2 |
| 29-May-12 | RSK | 0031 | Review of email correspondence regarding Chartis motion including draft reservation of rights endorsement. | 0.5 |
| 29-May-12 | RSK | 0031 | Review of case authorities in factums to prepare for Chartis motion. | 0.3 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2915395
Page 10 of 14
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 29-May-12 | MJW | 0031 | Email correspondence with Canadian counsel for NNI and EMEA regarding Canadian Chartis insurance motion. | 0.2 |
| 29-May-12 | MJW | 0031 | Email and call with Canadian counsel for bondholder group with respect to Chartis Canadian insurance motion. | 0.1 |
| 29-May-12 | MJW | 0031 | Review drafts of reservation of rights endorsement for U.S. Debtors for Canadian court hearing with respect to Chartis insurance litigation. | 0.2 |
| 29-May-12 | RCJ | 0031 | Email correspondence with B. Kahn at Akin Gump regarding CCAA Monitor's reports. | 0.3 |
| 29-May-12 | RCJ | 0029 | Email correspondence with Akin Gump regarding allocation mediation submissions. | 0.3 |
| 29-May-12 | RCJ | 0029 | Review allocation mediation statements. | 0.8 |
| 30-May-12 | RSK | 0008 | Attend Canadian Court hearing on Chartis insurance policy interpretation. | 4.4 |
| 30-May-12 | MJW | 0007 | Attend on Committee advisor call in preparation for Committee meeting. | 0.5 |
| 30-May-12 | MJW | 0003 | Prepare and arrange for filing of quarterly fee application. | 0.3 |
| 31-May-12 | MJW | 0007 | Attend on Committee call. | 0.5 |
| 31-May-12 | RCJ | 0029 | Consider allocation mediation process issues. | 0.6 |
| 31-May-12 | RCJ | 0012 | Analysis of bond claims. | 0.7 |
| | | | **Total** | **93.8** |

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Andy Pushalik | Associate | Employment/Labour | Ontario - 2009 | 3.8 | $430.00 | $1,634.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 0.9 | $580.00 | $ 522.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 0.6 | $800.00 | $ 480.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 33.7 | $785.00 | $26,454.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 19.4 | $725.00 | $14,065.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 35.4 | $875.00 | $30,975.00 |
| | | | | | | |
| TOTAL | | | | 93.8 | CDN. | $ 74,130.50 |

**TOTAL PROFESSIONAL FEES**                                           $    74,130.50

**NON-TAXABLE DISBURSEMENTS**
  Binding Books / Documents                              $        56.40
  File Storage Retrieval                                              74.46

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2915395  
Page 11 of 14  
Matter # 538462-000001

| | |
|---|---:|
| Long Distance Telephone Calls | 12.94 |
| Photocopy & Printing Charges | 407.90 |
| Transportation Costs | 21.44 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | **$ 573.14** |

**TOTAL DISBURSEMENTS**  573.14

**TOTAL AMOUNT DUE**  $ 74,703.64 CDN.

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2915395
Page 12 of 14
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|---|---|---|---|
| 0002 | General Case Administration | 5.0 | 4,114.00 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 4.6 | 3,611.00 |
| 0007 | Creditors Committee Meetings | 9.7 | 7,920.50 |
| 0008 | Court Hearings | 7.6 | 6,443.00 |
| 0012 | General Claims Analysis/Claims Objections | 4.1 | 2,990.50 |
| 0014 | CCAA Order/Court-Ordered Charges/Canadian Analysis | 0.7 | 507.50 |
| 0017 | General Adversary Proceedings | 0.7 | 519.50 |
| 0018 | Tax Issues | 0.5 | 410.50 |
| 0019 | Labor Issues/Employee Benefits | 0.6 | 480.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 0.5 | 362.50 |
| 0029 | Intercompany Analysis | 25.4 | 20,149.00 |
| 0031 | Canadian Proceedings/Matters | 32.6 | 25,101.50 |
| 0032 | U.S. Proceedings/Matters | 1.8 | 1,521.00 |
|  | Total | 93.8 | $74,130.50 |

**TOTAL PROFESSIONAL FEES**              $   74,130.50

MONTRÉAL    OTTAWA    TORONTO    EDMONTON    CALGARY    VANCOUVER              fmc-law.com

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2915395  
Page 13 of 14  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 30-Apr-12 | Beck Taxi/Inv 1721-040/M.Wunder/taxis to and from mediation April 24/12 | 1.00 | 16.13 |
| 30-Apr-12 | Iron Mountain/Inv. FCW1624 | 1.00 | 74.46 |
| 01-May-12 | Laser Copy;KARTASHM | 4.00 | 0.40 |
| 01-May-12 | Laser Copy;NELSON M | 139.00 | 13.90 |
| 02-May-12 | Laser Copy;NELSON M | 82.00 | 8.20 |
| 03-May-12 | Laser Copy;NELSON M | 36.00 | 3.60 |
| 03-May-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.02 |
| 03-May-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 2.55 |
| 04-May-12 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 04-May-12 | Laser Copy;NELSON M | 9.00 | 0.90 |
| 07-May-12 | Laser Copy;KUKULOWI | 62.00 | 6.20 |
| 07-May-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 07-May-12 | Laser Copy;NELSON M | 60.00 | 6.00 |
| 08-May-12 | Laser Copy;NELSON M | 9.00 | 0.90 |
| 09-May-12 | Laser Copy;Erandio, N. | 505.00 | 50.50 |
| 09-May-12 | Laser Copy;NELSON M | 462.00 | 46.20 |
| 09-May-12 | Laser Copy;KUKULOWI | 11.00 | 1.10 |
| 09-May-12 | Laser Copy;KARTASHM | 23.00 | 2.30 |
| 10-May-12 | Laser Copy;NELSON M | 43.00 | 4.30 |
| 10-May-12 | Laser Copy;KARTASHM | 14.00 | 1.40 |
| 11-May-12 | Laser Copy;NELSON M | 99.00 | 9.90 |
| 14-May-12 | Laser Copy;NELSON M | 229.00 | 22.90 |
| 14-May-12 | Laser Copy;KUKULOWI | 92.00 | 9.20 |
| 15-May-12 | Laser Copy;KUKULOWI | 87.00 | 8.70 |
| 15-May-12 | Laser Copy;MCDONALA | 74.00 | 7.40 |
| 15-May-12 | Parking for M. Wunder on April 22/12; 2012-4-22 | 1.00 | 5.31 |
| 15-May-12 | Laser Copy;NELSON M | 44.00 | 4.40 |
| 15-May-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.02 |
| 16-May-12 | Laser Copy;NELSON M | 84.00 | 8.40 |
| 16-May-12 | Tabs / Cerlox / Clear Cover | 1.00 | 5.60 |
| 16-May-12 | Cerlox / Clear Cover | 1.00 | 4.00 |
| 16-May-12 | Bell Conferencing/Michael Wunder/Inv. 108459525 | 1.00 | 5.80 |
| 16-May-12 | Laser Copy;KUKULOWI | 19.00 | 1.90 |
| 16-May-12 | Laser Copy;DuldulaoF | 189.00 | 18.90 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2915395
Page 14 of 14
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 16-May-12 | Laser Copy;KARTASHM | 13.00 | 1.30 |
| 17-May-12 | Photocopy;DamaniA | 5.00 | 0.50 |
| 17-May-12 | Laser Copy;NELSON M | 126.00 | 12.60 |
| 17-May-12 | Laser Copy;DamaniA | 432.00 | 43.20 |
| 17-May-12 | Tabs / Cerlox | 1.00 | 9.60 |
| 17-May-12 | Cerlox / Clear Cover | 1.00 | 3.00 |
| 18-May-12 | Laser Copy;NELSON M | 15.00 | 1.50 |
| 18-May-12 | Cerlox / Clear Cover | 1.00 | 3.00 |
| 18-May-12 | Laser Copy;Erandio, N. | 68.00 | 6.80 |
| 22-May-12 | Tabs / Cerlox / Clear Cover | 1.00 | 12.20 |
| 22-May-12 | Laser Copy;KARTASHM | 4.00 | 0.40 |
| 22-May-12 | Laser Copy;KARTASHM | 7.00 | 0.70 |
| 22-May-12 | Laser Copy;NELSON M | 121.00 | 12.10 |
| 22-May-12 | Photocopy;DamaniA | 4.00 | 0.40 |
| 22-May-12 | Photocopy;KUKULOWI | 2.00 | 0.20 |
| 22-May-12 | Tabs / Cerlox | 1.00 | 6.60 |
| 22-May-12 | Tabs / Cerlox | 1.00 | 3.40 |
| 22-May-12 | Laser Copy;DamaniA | 270.00 | 27.00 |
| 23-May-12 | Laser Copy;NELSON M | 64.00 | 6.40 |
| 23-May-12 | Laser Copy;KUKULOWI | 39.00 | 3.90 |
| 23-May-12 | Laser Copy;KARTASHM | 4.00 | 0.40 |
| 24-May-12 | Laser Copy;NELSON M | 25.00 | 2.50 |
| 24-May-12 | Laser Copy;KUKULOWI | 24.00 | 2.40 |
| 25-May-12 | Laser Copy;jacobsr | 80.00 | 8.00 |
| 25-May-12 | Laser Copy;NELSON M | 88.00 | 8.80 |
| 28-May-12 | Laser Copy;jacobsr | 11.00 | 1.10 |
| 28-May-12 | Laser Copy;NELSON M | 203.00 | 20.30 |
| 28-May-12 | Laser Copy;DamaniA | 76.00 | 7.60 |
| 28-May-12 | Photocopy;KARTASHM | 4.00 | 0.40 |
| 28-May-12 | Tabs / Cerlox | 1.00 | 4.80 |
| 28-May-12 | Laser Copy;KARTASHM | 5.00 | 0.50 |
| 28-May-12 | Tabs / Cerlox / Clear Cover | 1.00 | 4.20 |
| 30-May-12 | Laser Copy;NELSON M | 7.00 | 0.70 |
| 31-May-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 2.04 |
| 31-May-12 | Laser Copy;NELSON M | 2.00 | 0.20 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | | **$573.14** |

MONTRÉAL    OTTAWA    TORONTO    EDMONTON    CALGARY    VANCOUVER    fmc-law.com