**EXHIBIT C**

## DISBURSEMENT SUMMARY
## MAY 1 TO MAY 31, 2012
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>
| | |
|---|---|
| Binding Books / Documents | $ 56.40 |
| File Storage Retrieval | $ 74.46 |
| Long Distance Telephone Calls | $ 12.94 |
| Photocopy & Printing Charges | $ 407.90 |
| Transportation Costs | $ 21.44 |
| **Total Non-Taxable Disbursements** | **$ 573.14 CDN.** |

11540569_1|TorDocs