# EXHIBIT D

11515319_3|TorDocs

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2915395
Page 13 of 14
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 30-Apr-12 | Beck Taxi/Inv 1721-040/M.Wunder/taxis to and from mediation April 24/12 | 1.00 | 16.13 |
| 30-Apr-12 | Iron Mountain/Inv. FCW1624 | 1.00 | 74.46 |
| 01-May-12 | Laser Copy;KARTASHM | 4.00 | 0.40 |
| 01-May-12 | Laser Copy;NELSON M | 139.00 | 13.90 |
| 02-May-12 | Laser Copy;NELSON M | 82.00 | 8.20 |
| 03-May-12 | Laser Copy;NELSON M | 36.00 | 3.60 |
| 03-May-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.02 |
| 03-May-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 2.55 |
| 04-May-12 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 04-May-12 | Laser Copy;NELSON M | 9.00 | 0.90 |
| 07-May-12 | Laser Copy;KUKULOWI | 62.00 | 6.20 |
| 07-May-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 07-May-12 | Laser Copy;NELSON M | 60.00 | 6.00 |
| 08-May-12 | Laser Copy;NELSON M | 9.00 | 0.90 |
| 09-May-12 | Laser Copy;Erandio, N. | 505.00 | 50.50 |
| 09-May-12 | Laser Copy;NELSON M | 462.00 | 46.20 |
| 09-May-12 | Laser Copy;KUKULOWI | 11.00 | 1.10 |
| 09-May-12 | Laser Copy;KARTASHM | 23.00 | 2.30 |
| 10-May-12 | Laser Copy;NELSON M | 43.00 | 4.30 |
| 10-May-12 | Laser Copy;KARTASHM | 14.00 | 1.40 |
| 11-May-12 | Laser Copy;NELSON M | 99.00 | 9.90 |
| 14-May-12 | Laser Copy;NELSON M | 229.00 | 22.90 |
| 14-May-12 | Laser Copy;KUKULOWI | 92.00 | 9.20 |
| 15-May-12 | Laser Copy;KUKULOWI | 87.00 | 8.70 |
| 15-May-12 | Laser Copy;MCDONALA | 74.00 | 7.40 |
| 15-May-12 | Parking for M. Wunder on April 22/12; 2012-4-22 | 1.00 | 5.31 |
| 15-May-12 | Laser Copy;NELSON M | 44.00 | 4.40 |
| 15-May-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.02 |
| 16-May-12 | Laser Copy;NELSON M | 84.00 | 8.40 |
| 16-May-12 | Tabs / Cerlox / Clear Cover | 1.00 | 5.60 |
| 16-May-12 | Cerlox / Clear Cover | 1.00 | 4.00 |
| 16-May-12 | Bell Conferencing/Michael Wunder/Inv. 108459525 | 1.00 | 5.80 |
| 16-May-12 | Laser Copy;KUKULOWI | 19.00 | 1.90 |
| 16-May-12 | Laser Copy;DuldulaoF | 189.00 | 18.90 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2915395  
Page 14 of 14  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 16-May-12 | Laser Copy;KARTASHM | 13.00 | 1.30 |
| 17-May-12 | Photocopy;DamaniA | 5.00 | 0.50 |
| 17-May-12 | Laser Copy;NELSON M | 126.00 | 12.60 |
| 17-May-12 | Laser Copy;DamaniA | 432.00 | 43.20 |
| 17-May-12 | Tabs / Cerlox | 1.00 | 9.60 |
| 17-May-12 | Cerlox / Clear Cover | 1.00 | 3.00 |
| 18-May-12 | Laser Copy;NELSON M | 15.00 | 1.50 |
| 18-May-12 | Cerlox / Clear Cover | 1.00 | 3.00 |
| 18-May-12 | Laser Copy;Erandio, N. | 68.00 | 6.80 |
| 22-May-12 | Tabs / Cerlox / Clear Cover | 1.00 | 12.20 |
| 22-May-12 | Laser Copy;KARTASHM | 4.00 | 0.40 |
| 22-May-12 | Laser Copy;KARTASHM | 7.00 | 0.70 |
| 22-May-12 | Laser Copy;NELSON M | 121.00 | 12.10 |
| 22-May-12 | Photocopy;DamaniA | 4.00 | 0.40 |
| 22-May-12 | Photocopy;KUKULOWI | 2.00 | 0.20 |
| 22-May-12 | Tabs / Cerlox | 1.00 | 6.60 |
| 22-May-12 | Tabs / Cerlox | 1.00 | 3.40 |
| 22-May-12 | Laser Copy;DamaniA | 270.00 | 27.00 |
| 23-May-12 | Laser Copy;NELSON M | 64.00 | 6.40 |
| 23-May-12 | Laser Copy;KUKULOWI | 39.00 | 3.90 |
| 23-May-12 | Laser Copy;KARTASHM | 4.00 | 0.40 |
| 24-May-12 | Laser Copy;NELSON M | 25.00 | 2.50 |
| 24-May-12 | Laser Copy;KUKULOWI | 24.00 | 2.40 |
| 25-May-12 | Laser Copy;jacobsr | 80.00 | 8.00 |
| 25-May-12 | Laser Copy;NELSON M | 88.00 | 8.80 |
| 28-May-12 | Laser Copy;jacobsr | 11.00 | 1.10 |
| 28-May-12 | Laser Copy;NELSON M | 203.00 | 20.30 |
| 28-May-12 | Laser Copy;DamaniA | 76.00 | 7.60 |
| 28-May-12 | Photocopy;KARTASHM | 4.00 | 0.40 |
| 28-May-12 | Tabs / Cerlox | 1.00 | 4.80 |
| 28-May-12 | Laser Copy;KARTASHM | 5.00 | 0.50 |
| 28-May-12 | Tabs / Cerlox / Clear Cover | 1.00 | 4.20 |
| 30-May-12 | Laser Copy;NELSON M | 7.00 | 0.70 |
| 31-May-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 2.04 |
| 31-May-12 | Laser Copy;NELSON M | 2.00 | 0.20 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | | **$573.14** |