**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## MAY 1, 2012 THROUGH MAY 31, 2012
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Andy Pushalik | Associate | Employment/Labour | Ontario - 2009 | 3.8 | $430.00 | $ 1,634.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 0.9 | $580.00 | $ 522.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 0.6 | $800.00 | $ 480.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 33.7 | $785.00 | $ 26,454.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 19.4 | $725.00 | $ 14,065.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 35.4 | $875.00 | $ 30,975.00 |
| | | | | | | |
| TOTAL | | | | 93.8 | CDN. | $ 74,130.50 |

11540569_1|TorDocs