**CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Twentieth Supplemental Declaration Of James L. Bromley In Support Of Application Authorizing Employment And Retention Of Cleary Gottlieb Steen & Hamilton LLP As Counsel For Debtors And Debtors In Possession** was caused to be made on July 20, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: July 20, 2012                                         */s/ Ann C. Cordo*
Wilmington, DE                                            Ann C. Cordo (No. 4817)