# SERVICE LIST

BY HAND

Christopher A. Ward Esq
Justin K. Edelson Esq
Polsinelli Shughart PC
222 Delaware Ave
Ste 1101
Wilmington, DE  19801

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave
Ste 1501
Wilmington, DE  19801

Tobey M. Daluz Esq
Leslie Heilman Esq
David T. May
Ballard Spahr
919 Market St
11th Floor
Wilmington, DE  19801

Ian Connor Bifferato
Kevin G. Collins
Bifferato LLC
800 N. King St
First Floor
Wilmington, DE  19801

Jami B. Nimeroff
Brown Stone Nimeroff LLC
901 N. Market St
Ste 1300
Wilmington, DE  19801

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market St
Ste 1700
Wilmington, DE  19801

David B. Stratton Esq
Leigh-Anne M. Raport Esq
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market St
Ste 5100
Wilmington, DE  19801

Henry Jaffe Esq
Pepper Hamilton LLP
1313 Market St
Ste 5100
Wilmington, DE  19801

Domenic Pacitti Esq
Klehr Harrison
919 Market St
Ste 1000
Wilmington, DE  19801

Michael D. DeBaecke  Esq
Blank Rome LLP
1201 Market St
Ste 800
Wilmington, DE  19801

Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Steet
Ste. 8000
Wilmington, DE  19801

William D. Sullivan Esq
Sullivan Hazeltine Allinson LLC
4 E 8th St
Ste 400
Wilmington, DE  19801

Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market St
Ste 950
Wilmington, DE  19801

Adam G.  Landis Esq
Kerri K. Mumford Esq
J. Landon Ellis Esq
Landis Rath & Cobb LLP
919 Market St
Ste 1800
Wilmington, DE  19801

Mary F. Caloway Esq
P.J. Duhig Esq
Buchanan Ingersoll & Rooney
1105 N. Market St
Ste 1900
Wilmington, DE  19801-1228

James L. Patton
Edwin J. Harron
Young Conaway
1000 W. King Street
Wilmington, DE  19801

Brett D. Fallon Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

Carl N. Kunz Esq
Michael J. Custer Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

Stephen M. Miller
Courtney R. Hamilton
Morris James LLP
500 Delaware Ave
Ste. 1500
Wilmington, DE  19801

US Attorney's Office
District of Delaware
1007 N. Orange St
Wilmington, DE  19801

Thomas P. Tinker. Esq
Office of the U.S. Trustee
844 King St
Ste 2207 Lockbox 35
Wilmington, DE  19801-3519

Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Mark D. Collins Esq
Christopher M. Samis Esq
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801

Duane D. Werb Esq
Werb & Sullivan
300 Delaware Ave
13th Floor
Wilmington, DE  19801

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Ste 1410
Wilmington, DE  19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market St
17th Floor
Wilmington, DE  19899-8705

Kathleen M. Miller Esq
Smith Katzenstein & Jenkins LLP
800 Delaware Ave
10th Floor
Wilmington, DE  19801

William P. Bowden Esq
Ashby & Geddes P.A.
500 Delaware Ave
8th Floor
Wilmington, DE  19801

Ricardo Palacio Esq
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

Gregory A. Taylor Esq
Benjamin W. Keenan Esq
Ashby & Geddes P.A.
500 Delaware Ave
8th Floor
Wilmington, DE  19801

Maria Aprile Sawczuk Esq
Stevens & Lee P.C.
1105 N Market St
7th Floor
Wilmington, DE  19801

Rachel B. Mersky Esq
Monzack Mersky McLaughlin Browder
1201 N Orange St
Ste 400
Wilmington, DE  19801

Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave
Ste 1600
Wilmington, DE  19801-1659

Jeffrey S. Wisler Esq
Marc J. Phillips Esq
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

Charlene D. Davis Esq
Daniel A. O'Brien Esq
Justin R. Alberto
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801

Bruce E. Jameson
Prickett Jones & Elliott PA
1310 King St
Box 1328
Wilmington, DE  19899

Christopher P. Simon
Cross & Simon LLC
913 N. Market St
11th Floor
Wilmington, DE  19801

John V. Fiorella Esq
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801

Charles J. Brown III Esq
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market St
Ste 1500
Wilmington, DE  19801

Kurt F. Gwynne Esq
J. Cory Falgowski Esq
Reed Smith LLP
1201 N Market St
Ste 1500
Wilmington, DE  19801

Nicholas  Skiles Esq
Swartz Campbell LLC
300 Delaware Ave
Ste 1410
Wilmingtno, DE  19801

BY FIRST CLASS MAIL

Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems  Division
216 Totsuka-cho
Totsuka-ku
Yokohama-shi,   244-8567
JAPAN

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
ENGLAND

Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place
100 King St. West_Ste. 1600
Toronto, Ontario  M5X 1G5
CANADA

Tony Reyes
Norton Rose
Royal Bank Plaza South Tower
200 Bay St. Ste. 3800
Toronto, Ontario  M5J 2Z4
CANADA

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King St West
Ste 400
Toronto, Ontario  M5K 0A1
CANADA

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario  M5H 2S7
CANADA

Derek  Austin
Export Development Canada
151 O'Connor St
Ottowa, Ontario  K1A 1K3
CANADA

Seth B. Shapiro Esq
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044

Jan M. Geht Esq
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Sheryl L. Moreau Esq
Missouri Dept of Revenue
Bankruptcy Division
P.O. Box 475
Jefferson City, MO  65105-0475

Laura L. McCloud Esq
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

John P. Dillman Esq
Linebarger Goggan Blair  & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 71476
Richmond, VA  23255

Rod Andrerson Esq
Noel R. Boeke Esq
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288

Amos U. Priester IV Esq
Anna B. Osterhout Esq
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC  27602-2611

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

Secretary of Treasury
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE  19901

Secretary of State
Div of Corporations_Franchise Tax
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE  19901

Vicente Matias Murrell Esq
Stephen D. Schreiber Esq
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC  20005-4026

Robert  Winter
Paul Hastings Janofsky & Walker LLP
875 15th St  N.W.
Washington, DC  20005

James H. Lister
Birch Horton Bittner & Cherot
1155 Connecticut Ave NW
Ste 1200
Washington, DC  20036

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW
Ste 200
Washington, DC  20036

Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Ave
Wallingford, CT  06492

Joseph E. Shickich Jr. Esq
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192

Ramona Neal Esq
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID  83714

David G. Aelvoet Esq
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Ste 300
711 Navarro
San Antonio, TX  78205

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave
19th Floor
New York, NY  10173-1922

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY  10019

David M. Feldman
Mitchell A. Karlan
Matthew K. Kelsey
Gibson Dunn & Krutcher LLP
200 Park Ave
New York, NY  10166-0193

David A. Rosenzweig Esq
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Ste 400
New York, NY  10281-1022

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY  10019

Michael L. Schein Esq
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

Raniero  D'Aversa Jr. Esq
Laura D. Metzger Esq
Orrick Herrington & Sutcliffe LLP
666 Fifth Ave
New York, NY  10103-0001

Dennis Dunne Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

Michelle McMahon Esq
Bryan Cave LLP
1290 Ave of the Americas
New York, NY  10104

N. Thodore Zink Jr. Esq
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Alan  Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Chrysler Building
405 Lexington Ave
New York, NY  10174

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY  10036-8704

Ken Coleman Esq
Lisa J.P. Kraidin. Esq
Allen & Overy LLP
1221 Ave of the Americas
20th Floor
New York, NY  10020

Lawrence E. Miller Esq
Dewey & LeBoeuf LLP
1301 Ave of the Americas
New York, NY  10019-6092

Carren B. Shulman Esq
Kimberly K. Smith Esq
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY  10112

Edmond P. O'Brien Esq
Stempel Bennett Claman & Hochberg PC
675 Third Ave
31st Floor
New York, NY  10017

Steven J. Reisman Esq
James V. Drew Esq
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave
New York, NY  10178-0061

Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas
19th Floor
New York, NY  10036

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY  10036

Jeremy E. Crystal Esq
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019-6099

Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Ave
Ste 1000
New York, NY  10022-4068

David S. Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Ave
Ste 1000
New York, NY  10022-4068

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY  10019-6064

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178

Dennis F. Dunne Esq
Thomas R. Kreller Esq
Albert A. Pisa Esq
Andrew M. Leblanc Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

Fred S. Hodara Esq
Ryan C. Jacobs Esq
David H. Botter Esq
Akin Gump
One Bryant Park
New York, NY  10036

Kenneth E. Noble Esq
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585

Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Ave of the Americas
New York, NY  10020

Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza
New York, NY  10119

Thomas R. Kreller
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa St
Ste 3000
Los Angeles, CA  90017

Stephen C. Stapleton
Cowles & Thompson PC
901 Main St. Ste. 3900
Dallas, TX  75202

Mark H. Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Ave
Ste 200
Dallas, TX  75219

Judith W. Ross
Baker Botts LLP
2001 Ross Ave
Dallas, TX  75201

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Ste 3700
Dallas, TX  75202-2799

| | |
|---|---|
| Carol E. Momjian Esq<br>PA Senior Deputy Atty Gen<br>21 S 12th St<br>3rd Floor<br>Philadelphia, PA  19107-3603 | Christopher J. Horvay Esq<br>Gould & Ratner LLP<br>222 N Lasalle St<br>Ste 800<br>Chicago, IL  60601 |
| Fred S. Kurtzman Esq<br>Klehr Harrison<br>1835 Market St<br>Ste 1400<br>Philadelphia, PA  19103 | Aaron L. Hammer Esq<br>Devon J. Eggert Esq<br>Freeborn & Peters LLP<br>311 South Wacker Dr<br>Ste 3000<br>Chicago, IL  60606 |
| David L. Pollack Esq<br>Jeffrey Meyers Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>51st Fl Mellon Bank Ctr<br>1735 Market St<br>Philadelphia, PA  19103 | Mary E. Olson<br>Wildman Harrold Allen & Dixon LLP<br>225 West Wacker Drive<br>Ste 3000<br>Chicago, IL  60606 |
| Dana S. Plon Esq<br>Sirlin Gallogly & Lesser<br>123 S. Broad St<br>Ste 2100<br>Philadelphia, PA  19109 | Eric S. Prezant Esq<br>Bryan Cave LLP<br>161 N Clark St<br>Ste 4300<br>Chicago, IL  60601 |
| Alan S. Kopit Esq<br>Christopher W. Peer Esq<br>Hahn Loeser & Parks LLP<br>200 Public Square<br>Ste 2800<br>Cleveland, OH  44114 | Craig Reimer<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL  60604-1404 |
| Susan R. Fuertes Esq<br>Aldine Independent School District<br>14910 Aldine-Westfield Road<br>Houston, TX  77032 | Mohsin N. Khambati<br>Dewey & LeBoeuf LLP<br>Two Prudential Plaza Ste 3700<br>180 N. Stetson Ave<br>Chicago, IL  60601-6710 |
| William F. Taylor Jr.<br>McCarter & English LLP<br>405 N. King St  8th Floor<br>Renaissance Centre<br>Wilmington, DE  19801 | Jeffrey B. Rose<br>Tishler & Walk Ltd.<br>200 S. Wacker Drive<br>Ste 3000<br>Chicago, IL  60606 |
| Linda Boyle<br>tw telecom inc.<br>10475 Park Meadows Dr<br>Ste 400<br>Littleton, CO  80124 | Cullen K. Kuhn Esq<br>Bryan Cave LLP<br>211 N Broadway<br>Ste 3600<br>St. Louis, MO  63102 |
| Dustin P. Branch Esq<br>Katten Muchin Rosenman LLP<br>2029 Century Park East<br>Ste 2600<br>Los Angeles, CA  90067-3012 | David L. Uranga<br>Bell Microproducts Inc<br>201 Monroe St<br>Ste 300<br>Montgomery, AL  36104 |

Patricia Antonelli  
Lauren F. Verni  
Partridge Snow & Hahn LLP  
180 S. Main St  
Providence, RI   02903  

Jeffrey B. Ellman Esq  
Robbin S. Rahman Esq  
Jones Day  
1420 Peachtree St NE  
Ste 800  
Atlanta, GA   30309  

Darryl S. Laddin Esq  
Frank N. White Esq  
Arnall Golden Gregory LLP  
171 17th St NW  
Ste 2100  
Atlanta, GA   30363-1031  

Doug  Goin CFO  
APC Workforce Solutions LLC  
420 South Orange Ave  
6th Floor  
Orlando, FL   32801  

Steve  Jackman Esq VP  
Flextronics  
847 Gibralter Drive  
Milpitas, CA   95035  

Joyce A. Kuhns  
Saul Ewing LLP  
500 E. Pratt St  
8th Floor  
Baltimore, MD   21202  

Richard M. Kremen Esq  
Dale K. Cathell Esq  
DLA Piper LLP (US)  
6225 Smith Ave  
Baltimore, MD   21209  

James E. Van Horn  
McGuireWoods LLP  
7 Saint Paul St  
Ste 1000  
Baltimore, MD   21202-1671  

Randall D. Crocker Esq  
VonBriesen & Roper S.C.  
411 E Wisconsin Ave  
Ste 700  
Milwaukee, WI   53202  

Shawn M. Christianson Esq  
Buchalter Nemer  
55 Second Street  
17th Floor  
San Francisco, CA   94105-3493  

Merle C. Meyers Esq  
Michele Thompson Esq  
Meyers Law Group P.C.  
44 Montgomery St  
Ste 1010  
San Francisco, CA   94104  

Elizabeth Weller Esq  
Linebarger Goggan Blair & Sampson LLP  
2323 Bryan St  
Ste 1600  
Dallas, TX   75201  

James C. Waggoner Esq  
Davis Wright Tremaine LLP  
1300 SW 5th Ave  
Ste 2300  
Portland, OR   97201-5630  

Soren E. Gisleson  
Herman Herman Katz & Cotlar  
820 O'Keefe Ave  
New Orelans, LA   70113  

Kell C. Mercer  
Afton Sands-Puryear  
Brown McCarroll LLP  
111 Congress Ave  
Ste 1400  
Austin, TX   78701  

Amish R. Doshi  
Magnozzi & Kye LLP  
23 Green Street  
Suite 302  
Huntington, NY   11743  

Rachel S. Budke Esq  
FPL Law Department  
700 Universe Blvd  
Juno Beach, FL   33408  

Devin  Lawton Palmer  
Boylan Brown  
2400 Chase Square  
Rochester, NY   14604  

Scott K. Brown Esq  
Lewis and Roca LLP  
40 North Central Ave  
Ste 1900  
Phoenix, AZ   85004

Denise A. Mertz  
UC Tax Agent/Bankr Rep  
PA Department of Labor & Industry  
Reading Bankr & Complaince Unit  
625 Cherry St Room 203  
Reading, PA  19602-1184  

Tiffany Strelow Cobb  
Vorys Sater Seymour and Pease  
55 East Gay St  
Columbus, OH  43215  

Jennifer V. Doran Esq  
Hinckley Allen & Snyder LLP  
28 State St  
Boston, MA  02109  

Frank F. McGinn Esq  
Bartlett Hackett Feinberg P.C.  
155 Federal St  
9th Floor  
Boston, MA  02110  

James M. Wilton  
Patricia I. Chen  
Ropes & Gray LLP  
Prudential Tower  
800 Boylston St  
Boston, MA  02199-3600  

Samuel H. Rudman  
David A. Rosenfeld  
Robbins Geller Rudman & Dowd LLP  
58 S. Service Road  
Ste 200  
Melville, NY  11747  

Rick A. Steinberg  
Ciardi Ciardi & Astin  
100 Church St  
8th Floor  
New York, NY  10007  

David W. Hansen Esq  
525 University Ave  
Ste 1100  
Palo Alto, CA  94301  

Lawrence M. Schwab Esq  
Thomas M. Gaa Esq  
Patrick M. Costello Esq  
Bialson Bergen & Schwab  
2600 El Camino Real  
Ste 300  
Palo Alto, CA  94306  

David I. Swan Esq  
Kenneth M. Misken Esq  
McGuireWoods LLP  
1750 Tysons Blvd  
Ste 1800  
McLean, VA  22102-4215  

Shannon E. Hoff  
Poyner Spruill LLP  
301 S. College St  
Ste 2300  
Charlotte, NC  28202  

David M.  Schilli Esq  
Ty E. Shaffer Esq  
Robinson Bradshaw & Hinson P.A.  
101 North Tryon St  
Ste 1900  
Charlotte, NC  28246  

J. Scott Douglass Esq  
909 Fannin  
Ste 1800  
Houston, TX  77010  

Brian W. Bisignani Esq  
Post & Schell P.C.  
17 N 2nd St  
12th Floor  
Harrisburg, PA  17101-1601  

Max Taylor Asst. City Atty.  
Municipal Operations  
201 W. Colfax Ave  
Dept. 1207  
Denver, CO  80202-5332  

Stephen K. Dexter Esq  
Lathrop & Gage LLP  
US Bank Tower Ste 2400  
950 Seventeenth St  
Denver, CO  80202  

Stephen C. Tingey Esq  
Ray Quinney & Nebeker P.C.  
36 South State St  
Ste 1400  
Salt Lake City, UT  84145-0385  

Elizabeth  Banda Esq  
Perdue Brandon Fielder Collins & Mott LLP  
4025 Woodland Park Blvd  
Ste 300  
Arlington, TX  76013

Marie-Josee Dube
Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
1360 Rene-Levesque W.
Ste 400
Montreal, QC  H3G 2W6
CANADA

Donald K. Ludman Esq
Brown & Connery LLP
6 North Broad St
Ste 1000
Woodbury, NJ  08096

Attn: Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY  10022

Mark G. Ledwin Esq
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY  10604

Robert S. McWhorter Esq
Nossaman LLP
915 L St
Ste 1000
Sacramento, CA  95814

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

Ann Groninger Esq
Patterson Harkavy
225 E. Worthington Ave
Ste 200
Charlotte, NC  28203

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Floor
Dallas, TX  75234

Robert E. Nies Esq
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

Vincent A. D'Agostino Esq
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

David N. Crapo Esq
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

Ronald Rowland Esq
EMC Corporation
c/o Receivable Management Servs
307 International Circle Ste 270
Hunt Valley, MD  21094

Off of Unemplmt Ins Contrib  Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw St Room 401
Baltimore, MD  21201

Deborah B. Waldmeir Esq
State of MI Dept of Treasury
Cadillac Place Ste 10-200
3030 W Grand Blvd.
Detroit, MI  48202

Attn:  Nathan  Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

Securities & Exchange Commission
100 F St NE
Washington, DC  20549

Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle Street Suite 2600
Chicago, IL  60601

Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Ave. Ste. 1400
Milwaukee, WI  53202-6613

Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036-6710

Louis J. Cisz III
Nixon Peabody LLP
One Embarcadero Center
18th Floor
San Francisco, CA  94111-3600

Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME  04104-5029