IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>                Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc. | Adv. Proc. No. 10-55937 |
| Nortel Networks Inc. v. Sterling Mets, L.P., *et al.* | Adv. Proc. No. 10-55903 |
| Nortel Networks Inc. v. TTI Team Telecom International Inc. | Adv. Proc. No. 10-55888 |

**STATUS REPORT ON AVOIDANCE ACTIONS
<u>ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE</u>**

        In accordance with the Court's Chambers' Procedures and the Scheduling Order dated March 9, 2011 entered with respect to the above-captioned adversary proceedings, plaintiff Nortel Networks Inc., by and through its undersigned counsel, submits the following status report with respect to the above-captioned adversary proceedings.

Dated: July 23, 2012
Wilmington, Delaware

                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP[2]

                                    James L. Bromley (admitted *pro hac vice*)

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]     Cleary Gottlieb Steen & Hamilton LLP is Debtors' counsel in each of the above-captioned cases except (i) Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc., *et al.*, Adv. Pro. No. 10-55937.

        Lisa M. Schweitzer (admitted *pro hac vice*)
        Neil P. Forrest (admitted *pro hac vice*)
        Nora K. Abularach (admitted *pro hac vice*)
        One Liberty Plaza
        New York, New York 10006
        Telephone:  (212) 225-2000
        Facsimile:  (212) 225-3999

        - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP[3]

        */s/ Tamara K. Minott*
        Donna L. Culver (No. 2983)
        Derek C. Abbott (No. 3376)
        Tamara K. Minott (No. 5643)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE  19899-1347
        Telephone:  (302) 658-9200
        Facsimile:  (302) 425-4663

        *Counsel for the Debtors and*
        *Debtors in Possession*

---

[3] Morris, Nichols, Arsht & Tunnell LLP is Debtors' counsel in each of the above-captioned cases.

[NEWYORK 2427980_12]

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55937 | McCann-Erickson Worldwide, Inc., et al. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |
| 10-55888 | TTI Team Telecom International Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors have provided the Notice Parties with notice of this proposed settlement and are awaiting receipt of the settlement payment from Defendant. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55903 | Sterling Mets, L.P., *et al.* | Discovery will be proceeding in accordance with the Amended Scheduling Order dated June 11, 2012. Defendants' responses to Plaintiff's discovery requests are due September 12, 2012. Plaintiff's responses to Defendants' discovery requests are due September 12, 2012. |