Case 09-10138-MFW    Doc 8030-1    Filed 07/23/12    Page 1 of 1

## **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross, Chief Judge** was caused to be made on July 23, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: July 23, 2012  
Wilmington, Delaware

*/s/ Tamara K. Minott*  
Tamara K. Minott (No. 5643)

5874093