## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
                                                             :
In re                                                        :
                                                             : Chapter 11
Nortel Networks Inc., *et al.*,                              : Case No. 09-10138 (KG)
                                                             : (Jointly Administered)
                          Debtors.                           :
                                                             :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ X
                                                             :
Nortel Networks Inc.,                                        :
                                                             : Adv. Proc. No.
                          Plaintiff,                         :
                                                             :
v.                                                           :
                                                             :
Mera Networks,                                               :
                                                             :
                          Defendant.                         :
------------------------------------------------------------ X

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Roman Gambourg, Esquire, to represent Mera Networks in the above captioned action.

Dated: May 22, 2012                    /s/ Vivian A. Houghton
                                       Vivian A. Houghton    (DE Bar No. 2010)
                                       800 West Street, 2nd Floor
                                       Wilmington, Delaware 19801
                                       302-658-0518

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey, Federal Courts for the District of New Jersey, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also

1

certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Roman Gambourg, Esq.
The Bridge Plaza Building
2185 Lemoine Avenue, Suite B1
Fort Lee, NJ 07024
(201) 242-0220

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: July 23, 2012

United States Bankruptcy Judge