UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re:*                                                 :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :    Case No. 09-10138 (KG)
:
            Debtors.                                :    Jointly Administered
:
:
:
---------------------------------------------------------X

## NOTICE OF WITHDRAWL OF PROOF OF CLAIM

Wells Fargo Bank, National Association, as successor by merger to Wachovia Bank, N.A., solely in its capacity as Special Servicer, for the Nortel Networks Pass-Through Trust, Series 2001-1 ("**Wells Fargo**") hereby withdraws proof of claim number 5599 ("**Claim 5599**") with prejudice. Wells Fargo filed Claim 5599 based on that certain Lease Agreement, dated July 27, 2001 (the "**Lease Agreement**"), between and among State Street Bank and Trust Company, as owner trustee of ZSF Research Network Trust, as lessor, and Nortel Networks, Inc. ("**Debtor**"). Debtor assumed the Lease Agreement pursuant to the *Order Authorizing and Approving (A) The Sale of Certain Assets of the Debtors' CDMA and LTE Business Free and Clear of all Liens, Claims and Encumbrances, (B) The Assumption and Assignment of Contracts and (C) The Assumption and Sublease of Certain Leases* (D.E. 1205), which was entered on July 28, 2010. Accordingly, Wells Fargo withdraws its prepetition claim—Claim 5599—against Debtor under the Lease Agreement. For the avoidance of any doubt, Wells Fargo reserves all

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions, are available at http://dm.epiq11.com/nortel.

rights and remedies as against the Debtor, as lessee, under the assumed Lease Agreement, including, without limitation, its rights under sections 365(g)(3) and 503(b) of the Bankruptcy Code.

Dated this 24th day of July, 2012.

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*

Jeffrey R. Waxman (Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(P) 302.888.6800
(F) 302.571.1750
jwaxman@morrisjames.com

-and-

**ALSTON & BIRD LLP**

David A. Wender (GA Bar No. 748117)
Jonathan T. Edwards (GA Bar No. 134100)

One Atlantic Center
1201 West Peachtree St.
Atlanta, Georgia 30309-3424
(P) 404.881.7000
(F) 404.881.7777
david.wender@alston.com
jonathan.edwards@alston.com

*Counsel to Wells Fargo Bank, National Association, as successor by merger to Wachovia Bank, N.A., solely in its capacity as Special Servicer, for the Nortel Networks Pass-Through Trust, Series 2001-1*