## EXHIBIT A

### SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS
### RENDERING SERVICES FROM
### MAY 1, 2012 THROUGH MAY 31, 2012

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Cupingood, Dara J. | Paralegal | $ 200.00 | 0.60 | $ 120.00 |
| Dallas, Heidi R. | Paralegal | $ 200.00 | 26.50 | $ 5,300.00 |
| Shaw, C. Liana | Paralegal | $ - | 1.00 | $ - |
| Shaw, C. Liana | Paralegal | $ 225.00 | 10.80 | $ 2,430.00 |
| Snow, Theresa M. | Paralegal | $ 225.00 | 13.20 | $ 2,970.00 |
| Curran, Margaret S. | Of Counsel | $ 137.50 | 6.30 | $ 866.25 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 41.20 | $ 11,330.00 |
| Kinsella, Shelley A. | Of Counsel | $ - | 0.80 | $ - |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 23.30 | $ 9,786.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 305.00 | 9.10 | $ 2,775.50 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 33.60 | $ 20,496.00 |
| **Total:** | | | **166.40** | **$ 56,073.75** |
| **Blended Rate:** | | $ **336.98** | | |