## EXHIBIT B

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| | Current – May 2012 | Total |
|---|---|---|
| Case Administration | | $ 932.50 |
| Asset Disposition | | $ 104.50 |
| Relief from Stay/Adequate Protection | | $ - |
| Meetings of and Comm. With Creditors | $ 4,986.00 | $ 103,833.50 |
| EG Retention | | $ 34,298.50 |
| Employment & Retention Application - Other | | $ 9,113.00 |
| EG Fee Applications | $ 4,996.50 | $ 27,736.50 |
| EG Fee Objections | $ 22.50 | $ 3,326.00 |
| Fee Applications and Invoices -Other | $ 4,141.00 | $ 16,462.00 |
| Fee Objections - Others | $ 219.00 | $ 2,973.00 |
| Non-Working Travel | $ 1,372.50 | $ 2,684.00 |
| Avoidance Action Analysis | | $ - |
| Claims and Plan | | $ - |
| Claims Administration and Objections | $ 67.50 | $ 2,477.50 |
| Operations | | $ - |
| Business Operations | | $ 1,059.50 |
| Employee Benefits/Pensions | $ 32,001.25 | $ 210,344.00 |
| Plan and Disclosure Statement | | $ 1,057.00 |
| Financing/Cash Collections | | $ 67.50 |
| Court Hearings | $ 815.00 | $ 14,165.00 |
| Labor Issues | | $ 350.00 |
| Litigation | $ 6,432.50 | $ 151,706.50 |
| Research | $ 1,020.00 | $ 1,020.00 |
| Schedules and Statements | | $ - |
| **Total Fees** | **$ 56,073.75** | **$ 583,710.50** |

# Elliott Greenleaf

www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania  19422
EIN #23-2617189

Attn:  Accounts Payable
Nortel Networks
PO Box 13010
Suite 300

RTP NC  27709

July 24, 2012

Bill Number  109696

File Number  60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re:  In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through  May 31, 2012

Case Administration

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 05/08/12 | CLS | [B110-] Update mediation chart re assignment dates, conference deadlines and mediation deadlines | 1.00 Hrs | |
| | | Totals | 1.00 Hrs | $0.00 |
| | | Case Administration Totals | 1.00 Hrs | $0.00 |

Meetings of and Communications with Creditors

| Date | Init | Description | Hours |
|---|---|---|---|
| 04/09/12 | HRD | [B150-] Review LTD Committee telephone minutes notes, (.2); prepare official minutes, (.2); forward same to LTD and Professional Committees (.1) | 0.50 Hrs |
| 05/04/12 | SAK | [B150-] Conference call with LTD Committee re mediator meeting and related matters | 1.30 Hrs |
| 05/04/12 | SAK | [B150-] Multiple email exchanges with Committee members re KCC website update | 0.30 Hrs |
| 05/04/12 | RXZ | [B150-] Conference call with Committee to discuss meeting with mediator and related susbtatnive and procedural issues | 1.50 Hrs |
| 05/08/12 | RXZ | [B150-] Committee meeting with A&M and Committee re: mediation | 2.40 Hrs |
| 05/09/12 | SAK | [B150-] Review Committee communication for KCC website and suggested revisions re same (.2); instructions to L. Shaw (.1) | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 05/09/12 | SAK | [B150-] Email exchange with co-counsel and committee members re confidentiality issue | 0.20 Hrs | |
|---|---|---|---|---|
| 05/10/12 | SAK | [B150-] Multiple email exchanges re committee confidentiality issues (.3); telephone conference with M. Curran re same and related issues (.3) | 0.60 Hrs | |
| 05/10/12 | SAK | [B150-] Telephone conference with R. Zahralddin and M. Curran re committee dispute | 0.50 Hrs | |
| 05/10/12 | SAK | [B150-] Instructions to L. Shaw re KCC website update; email exchange re same | 0.10 Hrs | |
| 05/21/12 | RXZ | [B150-] Committee conference call with A&M | 0.90 Hrs | |
| 05/24/12 | RXZ | [B150-] E-mails to and from committee chair re: mailer to LTD constituency and confidentiality | 0.30 Hrs | |
| 05/25/12 | SAK | [B150-] Email exchange with R. Zahralddin and B. Gallagher re proposed language for KCC website; review same | 0.20 Hrs | |
| 05/25/12 | RXZ | [B150-] E-mails to and from committee chair re: schedule of committee communications and meetings after mediation | 0.20 Hrs | |
| 05/25/12 | RXZ | [B150-] E-mails and questions through website inquiry from J. Rossi re: PBGC and prepare e-mail summary memo and response re: same | 0.30 Hrs | |
| | | Totals | 9.60 Hrs | $4,986.00 |
| | | Meetings of and Communications with Creditors Totals | 9.60 Hrs | $4,986.00 |

EG Fee Applications

| 05/03/12 | TMS | [B170-] Conference with L. Shaw regarding unredacted invoices and review files for same | 0.10 Hrs |
|---|---|---|---|
| 05/11/12 | SAK | [B170-] Conference with R. Zahralddin and paralegals re preparation of fee application | 0.20 Hrs |
| 05/21/12 | TMS | [B170-] Preparation of EG 8th monthly fee application (.6); preparation of EG March monthly fee application exhibit B (.8) emails regarding same (.2) | 1.60 Hrs |
| 05/23/12 | SAK | [B170-] Instructions to T. Snow re preparation of Elliott Greenleaf's fee applications | 0.10 Hrs |
| 05/24/12 | SAK | [B170-] Redactions to Elliott Greenleaf's 8th Monthly Fee Application Exhibit B (.5); instructions to T. Snow re same (.1) | 0.60 Hrs |
| 05/24/12 | SAK | [B170-] Revisions downward to Exhibit B to Elliott Greenleaf's 9th Monthly Fee Application (.7); instructions to T. Snow re same (.2) | 0.90 Hrs |
| 05/24/12 | SAK | [B170-] Further revisions to Elliott Greenleaf's Exhibit B and multiple instructions to T. Snow re same | 0.80 Hrs |
| 05/24/12 | SAK | [B170-] Finalize Elliott Greenleaf's 8th Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to T. Snow re revisions to same (.1) | 0.50 Hrs |
| 05/24/12 | TMS | [B170-] Prepare EG 9th monthly fee application (.4); prepare exhibit B of EG 9th monthly fee application (.3); prepare notice (.1); numerous emails regarding exhibit B (.1) | 0.90 Hrs |
| 05/25/12 | SAK | [B170-] Review and revise downward Exhibit B to Elliott Greenleaf's 9th Monthly Fee Application and redactions re same (.6); instructions to T. Snow re revisions/redactions (.1) | 0.70 Hrs |
| 05/25/12 | TMS | [B170-] Prepare redacted Exhibit B of EG 8th monthly fee application (.3) | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | |
|---|---|---|---|---|
| 05/25/12 | TMS | [B170-] Supplement EG 9th monthly fee application (.7); supplement exhibit B of EG 9th monthly fee application (1.2); prepare COS (.1) | 2.00 Hrs | |
| 05/29/12 | HRD | [B170-] Create and effectuate service on numerous parties regarding 8th Monthly Fee Application | 2.90 Hrs | |
| 05/29/12 | TMS | [B170-] File EG 8th monthly fee application (.3) effectuate service of EG 8th monthly fee application (March 2012) (1.1); email to J. McStravick regarding fee application (.1) | 1.50 Hrs | |
| 05/29/12 | TMS | [B170-] Prepare exhibit B to EG 9th monthly fee application (.5); emails regarding same (.1) | 0.60 Hrs | |
| 05/31/12 | CLS | [B170-] Prepare Notice and chart to Third Quarterly Fee Application (.4); prepare Third Quarterly Fee Application (.7); prepare COS to application (.2); assemble exhibits to application (.4); assist in service (.6) | 2.30 Hrs | |
| 05/31/12 | HRD | [B170-] Create and effectuate service on local parties, notice parties, top 30 creditors, and 2002 list, regarding the 3rd Quarterly and 9th Monthly fee applications | 2.80 Hrs | |
| 05/31/12 | SAK | [B170-] Finalize Elliott Greenleaf's 9th Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service | 0.40 Hrs | |
| 05/31/12 | SAK | [B170-] Finalize Elliott Greenleaf's 3rd Quarterly Fee Application (.4); instructions to L. Shaw re revisions to same (.1) | 0.50 Hrs | |
| 05/31/12 | SAK | [B170-] Instructions to L. Shaw re unredacted Elliott Greenleaf fee applications | 0.20 Hrs | |
| 05/31/12 | SAK | [B170-] Multiple emails from L. Shaw re upcoming deadlines | 0.10 Hrs | |
| | | Totals | 20.00 Hrs | $4,996.50 |
| | | EG Fee Applications Totals | 20.00 Hrs | $4,996.50 |

Fee Objections EGS

| | | | | |
|---|---|---|---|---|
| 05/29/12 | TMS | [B171-] Email professionals and calendar objection deadline for EG 8th monthly fee application (March 2012) | 0.10 Hrs | |
| | | Totals | 0.10 Hrs | $22.50 |
| | | Fee Objections EGS Totals | 0.10 Hrs | $22.50 |

Fee Applications and Invoices - Other

| | | | | |
|---|---|---|---|---|
| 05/02/12 | CLS | [B175-] Prepare Notice of Corrected Exhibit A re Fourth Application of the Official Committee of Long Term Disability Participants for Reimbursement of Expenses Incurred by Committee Members (.2); file with Court (.2) | 0.40 Hrs | |
| 05/02/12 | SAK | [B175-] Finalize Revised Exhibit A for LTD Committee member's 4th expense request and Notice of same; instructions to L. Shaw | 0.30 Hrs | |
| 05/02/12 | TMS | [B175-] (NC) Emails to/from Cleary regarding LTDer's 4th application exhibit and review of file (.2); conference with R. Zahralddin regarding amended exhibit and preparation of amended exhibit (.1) | 0.30 Hrs | |
| 05/08/12 | TMS | [B175-] Emails to/from J. McStravick regarding reimbursement of LTD Committee members | 0.10 Hrs | |
| 05/10/12 | SAK | [B175-] Instructions to L. Shaw re payment of committee member reimbursements; email exchange with G. Lepore re same | 0.20 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/18/12 | HRD | [B175-] Review interim compensation order regarding committee member reimbursement procedures, (.3) draft memorandum for clients and firm file regarding same. (.6) | 0.90 Hrs |
| 05/23/12 | SAK | [B175-] Email exchange with D. Greer re A&M fee application preparations; instructions to T. Snow re same | 0.20 Hrs |
| 05/24/12 | CLS | [B175-] Review e-mail from D. Greer regarding monthly fee applications and quarterly application to be filed (.1); prepare Notice for 5th Monthly Fee Application of Alvarez & Marsal (.2); prepare COS to 5th monthly fee application with service list (.3); assemble and prepare for filing (.2); file with Court (.2); assemble and prepare filing 6th monthly fee application of Alvarez & Marsal (.2); file with Court (.2); prepare Notice for 7th monthly fee application (.2); assemble and prepare filing (.2); file with Court (.2); revise and edit Quarterly fee application (.3); proof Notice and COS (.3); assemble and prepare filing (.2); prepare distribution for 5th, 6th, 7th and part of quarterly (2.0); 5 telephone calls with HRD regarding filings and service (.5); check e-mails regarding service issues | 5.30 Hrs |
| 05/24/12 | HRD | [B175-] Review fifth, sixth, and seventh monthly fee applications concerning Alvarez & Marsal Healthcare Industry Group (.6); effectuate extensive service of same on local parties, top 30 creditors, 2002 list, and notice parties (2.9) | 3.50 Hrs |
| 05/24/12 | SAK | [B175-] Finalize A&M's 5th Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to L. Shaw re revisions and filing of same (.1) | 0.50 Hrs |
| 05/24/12 | SAK | [B175-] Finalize A&M's 6th Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to L. Shaw re revisions to Exhibit and filing of same (.1) | 0.50 Hrs |
| 05/24/12 | SAK | [B175-] Finalize A&M's 7th Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to L. Shaw re filing of same (.1) | 0.50 Hrs |
| 05/24/12 | SAK | [B175-] Email exchange with R. Zahralddin and L. Shaw re revisions to A&M quarterly fee application | 0.20 Hrs |
| 05/24/12 | TMS | [B175-] Numerous emails and telephone conferences with W. Fugazy and D. Greer regarding 5th, 6th, 7th and quarterly fee applications (.2); emails and conferences with S. Kinsella and L. Shaw regarding applications (.1); supplement A&M 6th monthly fee application (.4) prepare certificate of service (.1) | 0.80 Hrs |
| 05/24/12 | RXZ | [B175-] Finalize Quarterly Fee Application of Alvarez & Marsal Healthcare Industry Group, LLC (.2) supervise filing and service (.1) | 0.30 Hrs |
| 05/24/12 | RXZ | [B175-] E-mails from A&M and H. Dallas re: Quarterly Fee Application of Alvarez & Marsal Healthcare Industry Group, LLC | 0.30 Hrs |
| 05/24/12 | RXZ | [B175-] Analyze e-mails and related documents from L. Shaw re: A&M 5th monthly fee application | 0.30 Hrs |
| 05/25/12 | CLS | [B175-] Calendar hearing and objection deadlines re: 5th, 6th, 7th and Third Quarterly fee applications (.2); telephone call with R. Winters re: Fee Application filings, forward invite (.1) | 0.30 Hrs |
| 05/25/12 | SAK | [B175-] Conference with T. Snow re preparation of Elliott Greenleaf quarterly fee application; email exchange with Debtors' counsel re same | 0.20 Hrs |

| | | Totals | 15.10 Hrs | $4,141.00 |
|---|---|---|---|---|
| | Fee Applications and Invoices - Other Totals | | 15.10 Hrs | $4,141.00 |

Fee Objections - Others

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | |
|---|---|---|---|---|
| 05/03/12 | CLS | [B176-] Update critical dates with deadlines of committee expense objections | 0.20 Hrs | |
| 05/16/12 | SAK | [B176-] Finalize Certificate of No Objection re LTD Committee's 3rd expense reimbursement request; instructions to L. Shaw re revisions to same | 0.20 Hrs | |
| 05/16/12 | CLS | [B176-] Prepare Certificate of No Objection regarding Third Application of the Official Committee of Long Term DIsability Participants (.2); file with Court (.2) | 0.40 Hrs | |
| | Totals | | 0.80 Hrs | $219.00 |
| | Fee Objections - Others Totals | | 0.80 Hrs | $219.00 |

Non-Working Travel

| | | | | |
|---|---|---|---|---|
| 05/03/12 | RXZ | [B195-] Travel time to meeting with mediator | 4.50 Hrs | |
| | Totals | | 4.50 Hrs | $1,372.50 |
| | Non-Working Travel Totals | | 4.50 Hrs | $1,372.50 |

Employee Benefits/Pensions

| | | | |
|---|---|---|---|
| 05/03/12 | RXZ | [B220-] Prepare for mediation meeting with R. Levine | 1.20 Hrs |
| 05/03/12 | RXZ | [B220-] Attend meeting with R. Levine (2.6) and related follow up with A&M and M. Curran (.7) | 3.30 Hrs |
| 05/03/12 | SAK | [B220-] Instructions from R. Zahralddin re research of pension issues | 0.20 Hrs |
| 05/03/12 | MSC | [B220-] Travel to and from meeting with mediator in New York (Travel charge at 1/2 cost) (2.4); conference with financial professionals from Alvarez & Marsal in preparation for meeting with mediator and to coordinate strategy after meeting with mediator (1.6); attend initial conference with mediator (2.3) | 6.30 Hrs |
| 05/04/12 | MSC | [B220-] Attend telephone conference call with LTD Committee (1.2); telephone conference with R. Zahraldin and S. Kinsella regarding strategy for preparation of counter-offer (.5); prepared email to Debtors' counsel regarding missing pages of 1982 Group Benefits Plan (.1) | 1.80 Hrs |
| 05/04/12 | RXZ | [B220-] Working and case strategy meeting regarding proposal to submit to mediator with S. Kinsella and M. Curran (.6) related analysis of research and discovery (1.5) | 2.10 Hrs |
| 05/05/12 | MSC | [B220-] Legal research for case law establishing the burden of proof for the terms of an ERISA plan when plan documents and summary plan descriptions are missing (1.0); began drafting counter-offer with supporting memorandum for mediator (5.1) | 6.10 Hrs |
| 05/06/12 | MSC | [B220-] Legal research for Third Circuit case law on ERISA section 510 claim (.2); continued drafting of counter-offer with supporting memorandum for mediator (3.5) | 3.70 Hrs |
| 05/07/12 | SAK | [B220-] Instructions from R. Zahraldin re pension issues (.1); research re same (.6) | 0.70 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 05/07/12 | MSC | [B220-] Telephone call with Alvarez & Marsal professionals D. Greer and R. Winters regarding preparation of exhibit setting out counter-proposal (.4); legal research for updated Third Circuit case law on [redact] ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ as litigation theory for counter-offer statement (.5); continued drafting and supplementing legal arguments for counter-offer (2.8) | 3.70 Hrs |
|---|---|---|---|
| 05/07/12 | RXZ | [B220-] Forward Debtors' Motion for an Order Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees Terminated Post-Petition to T. Snow for summary (.1) analyze summary and further instructions to same (.3) | 0.40 Hrs |
| 05/08/12 | SAK | [B220-] Email exchange with R. Zahralddin and M. Curran re employee contributions | 0.20 Hrs |
| 05/08/12 | SAK | [B220-] Analyze A&M summary of benefits | 0.30 Hrs |
| 05/08/12 | SAK | [B220-] Email exchange with R. Zahralddin re PBGC issues | 0.10 Hrs |
| 05/08/12 | MSC | [B220-] Telephone calls with R. Zahralddin regarding strategy and structure of counter-offer (1.4); attend telephone conference call with LTD Committee regarding counter-offer (2.2); revise and supplement counter-offer (1.8); review documents provided by LTD Committee member (.5); coordinate revisions to counter-offer document with T. Snow (.5) | 6.40 Hrs |
| 05/08/12 | TMS | [B220-] Conference with R. Zahralddin and M. Curran regarding counter proposal (.2); supplement counter offer and review case law (.8); conferences and email to M. Curran regarding same (.1) | 2.00 Hrs |
| 05/08/12 | RXZ | [B220-] Prepare arguments re: 1114 for mediation proposal, analyze numbers, updates to M. Curran draft and research re: same | 6.00 Hrs |
| 05/09/12 | CLS | [B220-] Receive, review letter and confidential counter offer of committee (.3); prepare for distribution to counsel (.2); forward to all committee members (.1); | 0.60 Hrs |
| 05/09/12 | DC1 | [B220-] Review and edit confidential counter-offer | 0.60 Hrs |
| 05/09/12 | MSC | [B220-] Telephone call with S. Kinsella regarding final revisions to counter-offer statement for mediator (.9); telephone calls with Alvarez & Marsal professionals D. Greer regarding inclusion of administrative costs in counter-offer (.7); telephone calls with R. Zahralddin regarding finalization of counter-offer (.3); telephone calls with R. Zahralddin and Alvarez & Marsal professionals D. Greer and R. Winters regarding calculation of LTD liability for counter-offer (.2); review and analyze Alvarez & Marsal prepared exhibit for counter-offer and communicated with D. Greer regarding same (.4); revised counter-offer and prepared for submission to mediator (.8) | 3.30 Hrs |
| 05/09/12 | RXZ | [B220-] Call from L. Schweitzer re: proposal deadline and realted issues | 0.20 Hrs |
| 05/09/12 | RXZ | [B220-] Calls and e-mails from A&M re: counter proposal (analysis of data and revisions of exhibits to proposal and related data) (1.2) updates to legal analysis to proposal (1.5) and meetings with paralegals re: cite checking and research (.5) verify and confirm research and updates to M. Curran drafts of argument (.4) | 3.60 Hrs |
| 05/10/12 | MSC | [B220-] Telephone call with S. Kinsella regarding confidentiality concerns of Committee (.3); telephone call with R. Zahralddin regarding Committee's confidentiality concerns (.5); prepared email to LTD constituent J. Rossi regarding confidentiality (.5); review email correspondence from Committee members regarding confidentiality concerns (.4) | 1.70 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 05/10/12 | CLS | [B220-] Receive and review update for KCC website, proof, prepare for distribution to K. Wagner and B Gallagher (.3); numerous e-mail with B. Wagner and KCC re updated report (.2); locate addresses of committee members and forward to accounting for distribution of expense checks (.3) | 0.80 Hrs |
| 05/11/12 | CLS | [B220-] Receive and review e-mails regarding committee update to website with revisions (.1); discussion regarding procedures via e-mail (.2) | 0.30 Hrs |
| 05/11/12 | MSC | [B220-] Telephone call with R. Zahralddin regarding [redact] ▉▉▉▉▉▉▉ | 0.30 Hrs |
| 05/14/12 | RXZ | [B220-] Conference call with committee re: mediation issues | 1.20 Hrs |
| 05/14/12 | MSC | [B220-] Renewed review of documents provided by LTD constituent C. Totman for any additional vesting language in Nortel publications to employees for potential use as extrinsic evidence of vesting | 1.00 Hrs |
| 05/14/12 | RXZ | [B220-] Calls to and from L. Schweitzer re: mediator meeting with Debtors (.2) follow up call with M. Fleming (.3) report to committee re: same (.2) | 0.70 Hrs |
| 05/14/12 | RXZ | [B220-] Calls from Debtors' counsel and return calls re: mediation (.1) call with M. Fleming re: same (.4) update for committee re: same (.2) | 0.70 Hrs |
| 05/15/12 | MSC | [B220-] Begin review of Visteon documents | 1.50 Hrs |
| 05/16/12 | HRD | [B220-] Instructions from T. Snow regarding Plan documents from LTDers (.2) review and organization of Plan documents from LTDers (1.0); email to M. Curran forward same (.1) | 1.20 Hrs |
| 05/16/12 | MSC | [B220-] Read and respond to emails from LTD Committee member regarding (redact) ▉▉▉▉▉▉▉▉▉▉ | 0.30 Hrs |
| 05/21/12 | TMS | [B220-] Analyze Plan documents received from numerous LTDers (.1); instructions to H. Dallas regarding organization of Plan documents received from numerous LTDers | 0.30 Hrs |
| 05/22/12 | TMS | [B220-] Review and organization of Plan materials received from M. Janis | 0.20 Hrs |
| 05/25/12 | RXZ | [B220-] E-mails and follow up strategy calls with M. Curran, S. Kinsella and paralegals following mediation session | 0.50 Hrs |
| 05/25/12 | RXZ | [B220-] E-mail from R. Levin re: back up to counter proposal and follow up for Debtors (.1) e-mail instructions to paralegals and respond to R. Levin (.2) | 0.30 Hrs |
| 05/25/12 | RXZ | [B220-] E-mails from R. Levin and reply | 0.10 Hrs |
| 05/29/12 | HRD | [B220-] Conference with T. Snow regarding documents provided by LTDers and organization of same; (.3.); email to T. Snow (.1) | 0.40 Hrs |
| 05/29/12 | RXZ | [B220-] Analyze e-mail summaries re: discovery from M. Curran (.4) and committee members (.5) | 0.90 Hrs |
| 05/29/12 | RXZ | [B220-] E-mails to and from A&M and client re: notice of leave of absence from Debtors (.3) call to M. Curran to discuss violation of stay of litigation/status qou (.2) | 0.50 Hrs |
| 05/30/12 | HRD | [B220-] Conference with T. Snow regarding documents provided by LTDers and organization of same (.5); email T. Snow regarding same (.1) | 0.50 Hrs |
| 05/30/12 | MSC | [B220-] Review plan-related documents submitted by LTD constituents (2.0); legal research in response to mediator's question regarding burden of proving terms of missing LTD plans (1.9). | 3.90 Hrs |
| 05/31/12 | RXZ | [B220-] Prepare for (2) and attend mediation session with R. Levin (3) | 5.00 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | |
|---|---|---|---|---|
| 05/31/12 | RXZ | [B220-] Travel to attend mediation session with R. Levin (4.6)[bill at 1/2 rate] | 4.60 Hrs | |
| 05/31/12 | MSC | [B220-] Travel to and from meeting with mediator at offices in New York (Travel charge at 1/2 cost)  (4.5); attend meeting with mediator (3,0). | 7.50 Hrs | |
| | | Totals | 87.20 Hrs | $32,001.25 |
| | | Employee Benefits/Pensions Totals | 87.20 Hrs | $32,001.25 |

<u>Claims Administration and Objections</u>

| | | | | |
|---|---|---|---|---|
| 05/07/12 | TMS | [B310-] Review docket for Debtors' Motion for an Order Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees Terminated Post-Petition (.1); summation and emails to R. Zahralddin, S. Kinsella and M. Curran regarding motion (.2) | 0.30 Hrs | |
| | | Totals | 0.30 Hrs | $67.50 |
| | | Claims Administration and Objections Totals | 0.30 Hrs | $67.50 |

<u>Court Hearings</u>

| | | | | |
|---|---|---|---|---|
| 05/07/12 | CLS | [B430-] Review agenda with HRD in preparation for hearing binder (.2) | 0.20 Hrs | |
| 05/07/12 | SAK | [B430-] Analyze Notice of Agenda for 05/09/12 hearing; conference with R. Zahralddin re same | 0.20 Hrs | |
| 05/22/12 | HRD | [B430-] Email from R. Zahralddin regarding Agenda for hearing May 24, 2012, (.1); Review and analyze attachments regarding Agenda and eleven exhibits (.9); summarize exhibits (.7); multiple emails to/from Committee (.3) | 2.00 Hrs | |
| 05/22/12 | SAK | [B430-] Review Notice of Agenda for 05/24/12 hearing | 0.10 Hrs | |
| 05/22/12 | RXZ | [B430-] Instructions to H. Dallas re: agenda and claim objections (.2) analyze summary prepared for committee and recommendation (.2) | 0.40 Hrs | |
| | | Totals | 2.90 Hrs | $815.00 |
| | | Court Hearings Totals | 2.90 Hrs | $815.00 |

<u>Legal Research</u>

| | | | | |
|---|---|---|---|---|
| 05/07/12 | HRD | [B500-] Receive email from R. Zahralddin regarding assignment. Go to ARM Corporation docket. Find complaint exhibit A. Research each of the eleven cases referenced in exhibit A. Find the complaints for each case, save, download, and forward to R. Zahralddin for review. | 2.20 Hrs | |
| 05/10/12 | HRD | [B500-] Review offer and mediation settlement for long term disability mediator, (.3) review Datacomm opinion regarding pinpoint sites throughout the case, and supplement into offer and mediation settlement (.5) review Knapp v. Seligson regarding pinpoint sites throughout the case, and supplement into offer and mediation settlement (.4) review Granfinanciera v. Nordberg regarding pinpoint sites throughout the case, and supplement into offer and mediation settlement (.4) | 1.60 Hrs | |
| 05/16/12 | HRD | [B500-] Review multiple Visteon Corporation documents regarding matter research (.2) Create digital copies of each document (.9) Forward same to M. Curran in multiple emails (.2) | 1.30 Hrs | |
| | | Totals | 5.10 Hrs | $1,020.00 |

(Nortel) Official Committee of Long Term Disability Plan Participants

Legal Research Totals                                                          5.10 Hrs        $1,020.00

<u>Litigation</u>

| | | | | |
|---|---|---|---|---|
| 04/06/12 | SAK | [B600-] Analyze summary prepared by D. Greer re discovery requests and confirm the same | 0.40 Hrs | |
| 04/10/12 | HRD | [B600-] Research regarding potential mediators (Judge Conrad, Judge Lyons, Judge Fitzgerald) collective bargaining agreements views, (.8); research U.S. Bankruptcy Code, Chapter 11, Sections 1113 and 1114 regarding published opinions, employee benefits, pension funds, disability retirement alterations, (1.1); locate within docket, Judge Fitzgeralds Orders regarding same, (.9); draft memorandum regarding findings, (1.4); supplement, revise, and edit same, (.4); email correspondence regarding case law history, judicial practice, mediation tendencies, (.2) | 3.80 Hrs | |
| 05/02/12 | SAK | [B600-] Preparation re upcoming mediator meeting (2.2); email exchanges and conference with R. Zahralddin re same (.4) | 2.60 Hrs | |
| 05/03/12 | SAK | [B600-] Attend teleconference with Mediator | 2.40 Hrs | |
| 05/03/12 | SAK | [B600-] Telephone conference with R. Zahralddin and M. Curran re mediation conference | 0.40 Hrs | |
| 05/04/12 | SAK | [B600-] Email from M. Curran re missing documents in Debtors' document production; review Debtors' response | 0.20 Hrs | |
| 05/07/12 | SAK | [B600-] Review draft of counter proposal (.3); instructions to T. Snow re same (.1) | 0.40 Hrs | |
| 05/07/12 | SAK | [B600-] Analyze motion for settlement procedures for terminated employees; email to R. Zahralddin and paralegals re same | 0.40 Hrs | |
| 05/08/12 | SAK | [B600-] Conference with R. Zahralddin re revisions to counter-proposal and further research needed | 0.20 Hrs | |
| 05/08/12 | SAK | [B600-] Conference with R. Zahralddin re discovery issues | 0.20 Hrs | |
| 05/08/12 | TMS | [B600-] Review Visteon docket regarding 1102 appointment; download pertinent documents and provide to R. Zahralddin | 2.10 Hrs | |
| 05/09/12 | SAK | [B600-] Analyze revisions from D. Greer to counter offer and emails from M. Curran re same (.4); related conference with R. Zahralddin re follow up (.1) | 0.50 Hrs | |
| 05/09/12 | SAK | [B600-] Telephone conference with with M. Curran re revisions to counter-proposal (1.0); multiple email exchanges re same (.3) | 1.30 Hrs | |
| 05/14/12 | SAK | [B600-] Email from Mediator re meeting with Debtors | 0.10 Hrs | |
| 05/15/12 | SAK | [B600-] Analyze case law forwarded by M. Curran | 0.20 Hrs | |
| 05/16/12 | SAK | [B600-] Email from committee members re discovery issues | 0.20 Hrs | |
| 05/17/12 | SAK | [B600-] Email from committee member re Plan changes | 0.10 Hrs | |
| 05/18/12 | SAK | [B600-] Emails with committee members re discovery | 0.10 Hrs | |
| 05/23/12 | SAK | [B600-] Conference with T. Snow re discovery issues; multiple email exchanges re same | 0.20 Hrs | |
| 05/24/12 | SAK | [B600-] Analyze documents forwarded by LTD plan participants | 0.20 Hrs | |
| 05/24/12 | SAK | [B600-] Analyze Order authorizing procedures for settlement of employee termination claims | 0.20 Hrs | |
| 05/25/12 | SAK | [B600-] Multiple email exchanges with mediator re counter-proposal issues; conference with R. Zahralddin re same | 0.20 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | |
|---|---|---|---|---|
| 05/30/12 | HRD | [B600-] Create service regarding upcoming filing regarding first supplemental declaration of Ronald Winters | 2.90 Hrs | |
| 05/30/12 | SAK | [B600-] Conference with R. Zahraldin re mediation proceedings | 0.30 Hrs | |
| 05/31/12 | SAK | [B600-] Email from M. Curran re detailed action list pursuant to mediator's requests; conference with R. Zahralddin re same | 0.20 Hrs | |
| | Totals | | 19.80 Hrs | $6,432.50 |
| | Litigation Totals | | 19.80 Hrs | $6,432.50 |
| | | TOTAL LEGAL SERVICES | | $56,073.75 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| Kinsella, Shelley A. | 0.80  Hrs | 0 /hr | $0.00 |
| Shaw, C. Liana | 1.00  Hrs | 0 /hr | $0.00 |
| CURRAN, MARGARET S. | 6.30  Hrs | 138 /hr | $866.25 |
| Cupingood, Dara J | 0.60  Hrs | 200 /hr | $120.00 |
| Dallas, Heidi  R | 26.50  Hrs | 200 /hr | $5,300.00 |
| Shaw, C. Liana | 10.80  Hrs | 225 /hr | $2,430.00 |
| Snow, Theresa  M | 13.20  Hrs | 225 /hr | $2,970.00 |
| CURRAN, MARGARET S. | 41.20  Hrs | 275 /hr | $11,330.00 |
| Zahralddin-Aravena, Rafael X. | 9.10  Hrs | 305 /hr | $2,775.50 |
| Kinsella, Shelley A. | 23.30  Hrs | 420 /hr | $9,786.00 |
| Zahralddin-Aravena, Rafael X. | 33.60  Hrs | 610 /hr | $20,496.00 |
| | 166.40  Hrs | | $56,073.75 |

**Reimbursement for out of pocket expenses**

COMPUTERIZED LEGAL RESEARCH

| | | |
|---|---|---|
| 05/18/12 | [] LEXISNEXIS (BB/WB/SC/DE)---INV #1204358630 DTD 04/30/12: LEGAL RESEARCH FOR THE PERIOD: APR 01, 2012 - APR 31, 2012 | 49.14 |
| 05/21/12 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #824936087 DTD 05/01/12: WESTLAW LEGAL RESEARCH FOR THE PERIOD: APR 01, 2012 - APR 30, 2012 | 26.98 |
| | | $76.12 |

COPYING

| | | |
|---|---|---|
| 05/04/12 | [] Device Cost | 0.40 |
| 05/24/12 | [] Device Cost | 70.80 |
| 05/24/12 | [] Device Cost | 70.80 |
| 05/24/12 | [] Device Cost | 0.10 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | |
|---|---|---|
| 05/25/12 | [] Device Cost | 34.60 |
| 05/29/12 | [] Device Cost | 29.60 |
| 05/29/12 | [] Device Cost | 35.20 |
| 05/31/12 | [] Device Cost | 69.20 |
| 05/31/12 | [] Device Cost | 35.40 |
| 05/31/12 | [] Device Cost | 31.50 |
| 05/31/12 | [] Device Cost | 6.90 |
| | | $384.50 |

DELIVERY/COURIER SERVICE

| | | |
|---|---|---|
| 05/04/12 | [] RELIABLE WILMINGTON---INV #WL033587 DTD 04/30/12: PROFESSIONAL SERVICE PERIOD: 04/16-04/30/12: GROSS ON 4/18/12 FOR RXZ | 7.50 |
| 05/04/12 | [] RELIABLE WILMINGTON---INV #WL033587 DTD 04/30/12: PROFESSIONAL SERVICE PERIOD: 04/16-04/30/12: 4 HD ON 4/25/12 FOR RXZ | 30.00 |
| | | $37.50 |

OUTSIDE PROFESSIONAL SVCES

| | | |
|---|---|---|
| 05/04/12 | [] KURTZMAN CARSON CONSULTANTS LLC---INV #US_KCC418703 DTD 02/15/12 PROFESSIONAL SERVICES FOR THE PERIOD: 01/01/12-01/31/12 (RXZ) | 1,795.22 |
| 05/04/12 | [] KURTZMAN CARSON CONSULTANTS LLC---INV #US_KCC424466 DTD 03/20/12 PROFESSIONAL SERVICES FOR THE PERIOD: 02/01/12-02/29/12 (RXZ) | 997.77 |
| 05/04/12 | [] KURTZMAN CARSON CONSULTANTS LLC---INV #US_KCC430190 DTD 04/13/12 PROFESSIONAL SERVICES FOR THE PERIOD: 03/01/12-03/31/12 (RXZ) | 1,892.54 |
| 05/21/12 | [] KURTZMAN CARSON CONSULTANTS LLC---INV # 4141-9 DTD 05/14/12 PROFESSIONAL SERVICES FOR THE PERIOD: 04/01/12 - 04/30/12 | 1,233.43 |
| | | $5,918.96 |

PARKING

| | | |
|---|---|---|
| 05/14/12 | [] MSC---INV #05/03/12 MSC DTD 05/04/12 EXPENSE VOUCHER PARKING AT 30ST STATION PHILADELPHIA, PA FOR MEETING IN NEW YORK, NY ON 05/03/12 | 23.00 |
| 05/15/12 | [] RXZ---INV #05/02-05/03/12 RXZ DTD 05/10/12 EXPENSES VOUCHER MEETING | 38.75 |
| | | $61.75 |

POSTAGE

| | | |
|---|---|---|
| 05/24/12 | [] Postage | 235.90 |
| 05/29/12 | [] Postage | 215.10 |
| 05/31/12 | [] Postage | 275.90 |
| | | $726.90 |

(Nortel) Official Committee of Long Term Disability Plan Participants

**SERVICE FEES / DEPUTIZATION FEES**

| | | |
|---|---|---|
| 05/23/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #05/09/12 DTD 05/09/12 MONTHLY EXPENSES: STAR TRAVEL---TRAVEL AGENCY FEE RE: NY PENN ON 05/03/12 - MSC | 20.00 |
| | | $20.00 |

**TAXI**

| | | |
|---|---|---|
| 05/15/12 | [] RXZ---INV #05/02-05/03/12 RXZ DTD 05/10/12 EXPENSES VOUCHER MEETING | 11.36 |
| 05/31/12 | [] PETTY CASH - ARLENE FORDHAM---INV # 12/04/11-05/03/12 DTD 05/15/12 REIMBURSE DE PETTY CASH - REIMBURSE THE DIFFERENCE RE: TAXI NEW YORK TRIP DIANNA IRISH ON 12/14/11 | 63.60 |
| | | $74.96 |

**TELEPHONE**

| | | |
|---|---|---|
| 05/29/12 | [] THE CONFERENCE GROUP, LLC---INV#136 - MAR 2012 DTD 04/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 03/01-03/31/12 (RXZ) | 223.29 |
| 05/29/12 | [] THE CONFERENCE GROUP, LLC---INV#137 - APR 2012 DTD 05/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 04/01-04/30/12 (RXZ) | 534.30 |
| | | $757.59 |

**TRAVEL - RAILROAD**

| | | |
|---|---|---|
| 05/15/12 | [] RXZ---INV #05/02-05/03/12 RXZ DTD 05/10/12 EXPENSES VOUCHER MEETING | 277.00 |
| 05/23/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #05/09/12 DTD 05/09/12 MONTHLY EXPENSES: AMTRAK---PHILA PA, NY PENN, PHILA PA ON 05/03/12 MSC | 281.00 |
| | | $558.00 |

| | |
|---|---|
| Total Reimbursement for out of pocket expenses | $8,616.28 |

| | |
|---|---|
| TOTAL THIS BILL | $64,690.03 |
| GRAND TOTAL DUE | $64,690.03 |

(Nortel) Official Committee of Long Term Disability Plan Participants

**Task Billing Summary Page**

Re:  In re Nortel 09-10138(KG)

|  |  | Current Bill |
|---|---|---|
| Case Administration | | |
| | | $0.00 |
| | Subtotals | $0.00 |
| Meetings of and Communications with Creditors | | |
| | | $4,986.00 |
| | Subtotals | $4,986.00 |
| EG Fee Applications | | |
| | | $4,996.50 |
| | Subtotals | $4,996.50 |
| Fee Objections EGS | | |
| | | $22.50 |
| | Subtotals | $22.50 |
| Fee Applications and Invoices - Other | | |
| | | $4,141.00 |
| | Subtotals | $4,141.00 |
| Fee Objections - Others | | |
| | | $219.00 |
| | Subtotals | $219.00 |
| Non-Working Travel | | |
| | | $1,372.50 |
| | Subtotals | $1,372.50 |
| Employee Benefits/Pensions | | |
| | | $32,001.25 |
| | Subtotals | $32,001.25 |
| Claims Administration and Objections | | |
| | | $67.50 |
| | Subtotals | $67.50 |
| Court Hearings | | |
| | | $815.00 |
| | Subtotals | $815.00 |
| Legal Research | | |

(Nortel) Official Committee of Long Term Disability Plan Participants

|  |  |  |
|---|---|---|
|  |  | $1,020.00 |
|  | Subtotals | $1,020.00 |
| Litigation |  |  |
|  |  | $6,432.50 |
|  | Subtotals | $6,432.50 |
|  | Totals | $56,073.75 |

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.
**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED
PLEASE CONTACT PAT ROONEY AT (215) 977-1014***