## EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## MAY 1, 2012 THROUGH MAY 31, 2012

| **Expense Category** | **Total Expenses** |
|---|---|
| Copying[1] | $ 384.50 |
| Postage | $ 726.90 |
| Delivery/Courier | $ 37.50 |
| Outside Professional Services | $5,918.96 |
| Dockets/Research | $ 76.12 |
| Telephone | $ 757.59 |
| Taxi | $ 74.96 |
| Railroad | $ 558.00 |
| Service Fees | $ 20.00 |
| Parking | $ 61.75 |
| **TOTAL THIS BILL:** | **$8,616.28** |

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. Detailed copy charges are listed in Exhibit B.