# EXHIBIT B

ME1 13843864v.1

# Togut, Segal & Segal LLP
## Summary Report

Nortel Networks Section 1114
5/1/2012...5/31/2012

*7/20/2012*
*11:48:25 AM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Meals | | 0.0 | 302.66 |
| Online Research | | 0.0 | 74.03 |
| Photocopies | | 0.0 | 1,300.80 |
| Telephone | | 0.0 | 179.64 |
| Travel-ground | | 0.0 | 1,329.79 |
| | Grand Total: | 0.0 | 3,186.92 |

1

| | | | | |
|---|---|---|---|---|
| Nortel Networks Section 1114 | | Togut, Segal & Segal LLP | | 7/18/2012 |
| 5/1/2012...5/31/2012 | | Client Billing Report | | 3:37:52 PM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|

### Matter: General

| 5/1/12 | nberger / Travel-ground<br>General | E | 0.0<br>108.10 | 108.10<br>Billable |
|---|---|---|---|---|
| #554900 | Car service from office to home on 5/1/12 after 8pm -- worked late re retiree benefits. | | | |
| 5/1/12 | atogut / Telephone<br>General | E | 0.0<br>12.20 | 12.20<br>Billable |
| #559047 | TS&S monthly telephone for May 2012. | | | |
| 5/1/12 | nberger / Telephone<br>General | E | 0.0<br>1.12 | 1.12<br>Billable |
| #559548 | Conference call held on 4/25/12 re Retiree Committee. | | | |
| 5/1/12 | bmoore / Meals<br>General | E | 0.0<br>55.50 | 55.50<br>Billable |
| #561501 | Dinner on 4/30/12 for BFM, RKM and SS -- worked late re preparation for mediation. | | | |
| 5/1/12 | atogut / Photocopies<br>General | E | 0.0<br>1,300.80 | 1,300.80<br>Billable |
| #563194 | TS&S monthly photocopies for May 2012. | | | |
| 5/1/12 | atogut / Online Research<br>General | E | 0.0<br>74.03 | 74.03<br>Billable |
| #567902 | TS&S monthly online research (Westlaw) for May 2012. | | | |
| 5/2/12 | nberger / Telephone<br>General | E | 0.0<br>68.32 | 68.32<br>Billable |
| #559549 | Conference call held on 5/2/12 re Retiree Committee. | | | |
| 5/2/12 | bmoore / Meals<br>General | E | 0.0<br>8.91 | 8.91<br>Billable |
| #561502 | Dinner on 5/2/12 -- worked late re preparation for mediation. | | | |

**Togut, Segal & Segal LLP**
**Client Billing Report**

Nortel Networks Section 1114
5/1/2012...5/31/2012

7/18/2012
3:37:52 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 5/3/12 | bmoore / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #557310 | Car service from office to home on 5/3/12 at 9:30pm -- worked late re mediation. | | | |
| 5/3/12 | bmoore / Meals<br>General | E | 0.0<br>11.29 | 11.29<br>Billable |
| #561503 | Dinner on 5/3/12 -- worked late re preparation for mediation. | | | |
| 5/4/12 | sskelly / Travel-ground<br>General | E | 0.0<br>106.59 | 106.59<br>Billable |
| #557313 | Car service from office to home on 5/4/12 at 9pm -- worked late re retiree benefits. | | | |
| 5/4/12 | nberger / Travel-ground<br>General | E | 0.0<br>108.10 | 108.10<br>Billable |
| #557315 | Car service from office to home on 5/4/12 at 8pm -- worked late re retiree benefits. | | | |
| 5/4/12 | sskelly / Meals<br>General | E | 0.0<br>35.50 | 35.50<br>Billable |
| #563512 | Dinner on 5/4/12 -- worked late on retiree documents. | | | |
| 5/7/12 | bmoore / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #557312 | Car service from office to home on 5/7/12 at 9:30pm -- worked late re mediation. | | | |
| 5/7/12 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #557314 | Car service from office to home on 5/7/12 at 9:30pm -- worked late re retiree benefits. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Nortel Networks Section 1114
5/1/2012...5/31/2012

*7/18/2012*
*3:37:52 PM*

| Date / Slip Number | Description | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 5/7/12 | nberger / Travel-ground  General | E | 0.0  128.62 | 128.62  Billable |
| #559674 | Car service from office to home on 5/7/12 at 9:30 pm -- worked late re retiree benefits. | | | |
| 5/7/12 | rmilin / Travel-ground  General | E | 0.0  7.90 | 7.90  Billable |
| #561487 | Taxi from office to home on 5/7/12 at 10pm -- worked late preparing for mediation. | | | |
| 5/7/12 | bmoore / Meals  General | E | 0.0  19.20 | 19.20  Billable |
| #561504 | Dinner on 5/7/12 -- worked late re preparation for mediation. | | | |
| 5/7/12 | sskelly / Meals  General | E | 0.0  78.60 | 78.60  Billable |
| #563516 | Dinner on 5/7/12 for NB, RKM, CS and SAS -- worked late on retiree documents. | | | |
| 5/7/12 | sskelly / Travel-ground  General | E | 0.0  48.00 | 48.00  Billable |
| #563518 | Taxi home on 5/7/12 -- worked late on retiree benefits. | | | |
| 5/8/12 | nberger / Travel-ground  General | E | 0.0  12.00 | 12.00  Billable |
| #555340 | Taxi from mediator meeting -- NB, AT, RKM and BM. | | | |
| 5/8/12 | nberger / Telephone  General | E | 0.0  36.82 | 36.82  Billable |
| #559550 | Conference call held on 5/8/12 re Retiree Committee. | | | |
| 5/8/12 | rmilin / Travel-ground  General | E | 0.0  9.40 | 9.40  Billable |
| #561488 | Taxi to mediation. | | | |

Page: 3

Nortel Networks Section 1114  
5/1/2012...5/31/2012

Togut, Segal & Segal LLP  
Client Billing Report

7/18/2012  
3:37:52 PM

| Date / Slip Number | | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 5/9/12 | nberger / Travel-ground<br>General | E | 0.0<br>2.50 | 2.50<br>Billable |
| #555739 | Subway to meeting with mediator. | | | |
| 5/16/12 | sskelly / Travel-ground<br>General | E | 0.0<br>108.38 | 108.38<br>Billable |
| #561112 | Car service from office to home on 5/16/12 -- worked late re retiree benefits. | | | |
| 5/16/12 | bmoore / Meals<br>General | E | 0.0<br>14.65 | 14.65<br>Billable |
| #561505 | Dinner on 5/16/12 -- worked late re retiree benefits research | | | |
| 5/17/12 | sskelly / Meals<br>General | E | 0.0<br>11.75 | 11.75<br>Billable |
| #563523 | Dinner on 5/17/12 -- worked late on retiree documents. | | | |
| 5/21/12 | nberger / Travel-ground<br>General | E | 0.0<br>82.33 | 82.33<br>Billable |
| #561111 | Car service from office to home on 5/21/12 at 10:30pm -- worked late re retiree benefits (1/2 car rate billed to non-Nortel client). | | | |
| 5/21/12 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #561113 | Car service from office to home on 5/21/12 -- worked late re retiree benefits. | | | |
| 5/21/12 | rmilin / Travel-ground<br>General | E | 0.0<br>7.10 | 7.10<br>Billable |
| #561489 | Taxi from office to home on 5/21/12 at 11:30pm -- worked late revising letter to Nortel and reviewing various retiree documents. | | | |

**Togut, Segal & Segal LLP**
**Client Billing Report**

Nortel Networks Section 1114
5/1/2012...5/31/2012

7/18/2012
3:37:52 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 5/21/12 | sskelly / Meals<br>General | E | 0.0<br>47.01 | 47.01<br>Billable |
| #563528 | Dinner on 5/21/12 for NB, RKM and SAS -- worked late on retiree documents. | | | |
| 5/22/12 | rmilin / Meals<br>General | E | 0.0<br>20.25 | 20.25<br>Billable |
| #561490 | Dinner on 5/22/12 -- worked late revising Nortel letter per NB's comments and preparation for call with McCarter. | | | |
| 5/22/12 | bmoore / Telephone<br>General | E | 0.0<br>30.66 | 30.66<br>Billable |
| #570023 | Conference call held on 5/22/12. | | | |
| 5/23/12 | nberger / Telephone<br>General | E | 0.0<br>30.52 | 30.52<br>Billable |
| #570585 | Conference call held on 5/23/12. | | | |
| 5/29/12 | nberger / Travel-ground<br>General | E | 0.0<br>57.10 | 57.10<br>Billable |
| #564241 | Car service from office to home on 5/29/12 after 8pm -- worked late re retiree benefits (1/2 car rate billed to non-Nortel case). | | | |
| 5/31/12 | nberger / Travel-ground<br>General | E | 0.0<br>127.51 | 127.51<br>Billable |
| #565983 | Car service from office to home on 5/31/12 at 9pm -- worked late re mediation. | | | |

|  |  |
|---|---|
| Matter Total: | 0.00         3,186.92 |
| Total Time Bill: | |
| Total Time Non Bill: | |
| Total Costs Bill: | 3,186.92 |
| Total Costs Non Bill: | |
| Total Non Billable: | |
| Total Billable: | 3,186.92 |
| Grand Total: | 3,186.92 |