IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

### NOTICE OF WITHDRAWAL OF JOE M. FEARS
### PURSUANT TO LOCAL RULE 9010-2(b)

Pursuant to Del.Bankr. L.R. 9010-2(b)(ii), the undersigned hereby withdraws as counsel of record to XETA Technologies, Inc. ("XETA"), and requests to receive no further notifications of filings in the above case. As grounds for this withdrawal, the undersigned states that XETA's claim, as modified, has been allowed and that there are currently no pending motions or proceedings concerning controversies involving XETA before the Court. Counsel certifies that XETA consents to the withdrawal of counsel.

Dated   July 18, 2012
        Tulsa, Oklahoma

_____
Joe M. Fears, Okla. Bar No. 2850
BARBER & BARTZ, P.C.
800 Park Centre
525 South Main Street
Tulsa, Oklahoma 74103-4511
Telephone:   (918) 599-7755
Facsimile:   (918) 599-7756