# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2012 through June 30, 2012

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 3.4 | $1,697.00 |
| Fee and Employment Applications | 9.5 | $4,316.50 |
| Analysis of Canadian Law | 36.3 | $15,286.00 |
| Intercompany Analysis | 30.7 | $26,341.50 |
| Canadian CCAA Proceedings/Matters | 27.1 | $20,386.00 |
| Litigation | 0.5 | $72.50 |
| **TOTAL** | 107.5 | $68,099.50 |

13980352.1

**EXHIBIT A**

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Kennedy | Nick | 01/06/2012 | meeting with S. Bomhof to discuss research assignment re Canadian legal issues (.6); | 0.6 | 111.00 | 11204686 |
| DeMarinis | Tony | 15/06/2012 | updates to court brief and documents; | 1.2 | 1,170.00 | 11230653 |
| Ralph | Dianne | 01/06/2012 | Review of court docket (.1); court calendar and email attorneys regarding fee application objection deadline (.1) | 0.2 | 52.00 | 11219341 |
| Ralph | Dianne | 28/06/2012 | Review of court docket (.1); provide update to attorneys (.1); | 0.2 | 52.00 | 11250841 |
| Ralph | Dianne | 06/06/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11256779 |
| Ralph | Dianne | 21/06/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11256881 |
| Ralph | Dianne | 13/06/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11256917 |
| Ralph | Dianne | 08/06/2012 | Arrange Court Call regarding quarterly fee application for W. Gray | 0.4 | 104.00 | 11259139 |
| Ralph | Dianne | 14/06/2012 | Review of court docket (.1); retrieve and file CNO from docket (.1); | 0.2 | 52.00 | 11260037 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 04/06/2012 | Work on fee applications | 0.7 | 612.50 | 11214547 |
| Gray | William | 11/06/2012 | Work on monthly fee application (.4); Review objection status (.3); Review status of quarterly hearing on fees (.5); | 1.2 | 1,050.00 | 11226332 |
| Gray | William | 21/06/2012 | Work on fee application (.4); Review quote order regarding fees (.4); | 0.8 | 700.00 | 11244962 |
| Bauer | Alison D. | 07/06/2012 | Review of omnibus order and instructions on fee app hearing from local counsel | 0.1 | 72.50 | 11215765 |
| Bauer | Alison D. | 13/06/2012 | Responses on confirmation of no objections | 0.1 | 72.50 | 11226998 |
| Bauer | Alison D. | 19/06/2012 | Emails re fee apps and orders | 0.1 | 72.50 | 11240185 |
| Bauer | Alison D. | 22/06/2012 | Emails and conference D. Ralph re upcoming fee apps and review of recent orders | 0.1 | 72.50 | 11241493 |
| Ralph | Dianne | 26/06/2012 | Review of revised May time entries for fee application | 0.7 | 182.00 | 11252012 |
| Ralph | Dianne | 08/06/2012 | Review of 13th quarterly fee order (.4); email to W. Gray regarding same (.1) | 0.5 | 130.00 | 11258928 |
| Ralph | Dianne | 25/06/2012 | Revising fee application and editing May time entries | 1.3 | 338.00 | 11259109 |
| Ralph | Dianne | 07/06/2012 | Review of 13th quarterly fee order (.6) | 0.6 | 156.00 | 11260145 |
| Ralph | Dianne | 13/06/2012 | Email to attorneys regarding comments and objections to April fee application (.1); email to A. Cordo regarding filing of CNO (.1) | 0.2 | 52.00 | 11260195 |
| Ralph | Dianne | 11/06/2012 | Email to A. Cordo confirming quarterly fee order (.1); email to W. Gray regarding filed monthly fee applications (.3) | 0.4 | 104.00 | 11260259 |
| Ralph | Dianne | 20/06/2012 | Receipt and begin review of May time records and expenses | 1.5 | 390.00 | 11260281 |
| Ralph | Dianne | 21/06/2012 | Court calendar fee application deadline and quarterly hearing date (.2); emails to attorneys regarding same (.2) | 0.4 | 104.00 | 11260687 |
| Ralph | Dianne | 22/06/2012 | Review of May time records and expenses | 0.8 | 208.00 | 11261647 |

LITIGATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Milne | Kristina | 07/06/2012 | placing an order with Industry Canada in order to obtain copies of all charter documents for Nortel Networks Corporation; | 0.5 | 72.50 | 11224435 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/06/2012 | telephone call with L. Barefoot and M. Fleming-Delacrux of Cleary and research regarding Canadian legal issues; | 5.7 | 4,617.00 | 11205271 |
| Slavens | Adam | 01/06/2012 | email correspondence with A. Gray and S. Bomhof re Canadian law research for allocation purposes; | 0.4 | 226.00 | 11206294 |
| Slavens | Adam | 05/06/2012 | reviewing research conducted by N. Kennedy re Canadian law research for allocation purposes; | 1.5 | 847.50 | 11211405 |
| Slavens | Adam | 11/06/2012 | reviewing relevant case law and reporting email of S. Bomhof on Canadian law research for allocation purposes; | 1.3 | 734.50 | 11223690 |
| Kennedy | Nick | 01/06/2012 | case law research regarding Canadian legal issues related to EMEA claims (.3); | 0.3 | 55.50 | 11204786 |
| Kennedy | Nick | 04/06/2012 | case law research regarding Canadian legal issues related to EMEA claims (3.0); drafting memo regarding Canadian case law for legal brief on EMEA claims (5.0); | 8.0 | 1,480.00 | 11208152 |
| Kennedy | Nick | 05/06/2012 | drafting and editing research memo regarding Canadian case law for legal brief on EMEA claims (1.5); meeting with A. Gray to discuss research assignment (.5); | 2.0 | 370.00 | 11210812 |
| Kennedy | Nick | 07/06/2012 | researching limitations period for legal issues related to EMEA claim (10.0); | 10.0 | 1,850.00 | 11215771 |
| Kennedy | Nick | 08/06/2012 | drafting research memo regarding limitations periods (2.3); | 2.3 | 425.50 | 11216088 |
| DeMarinis | Tony | 06/06/2012 | reading materials regarding alternative allocation methodologies; | 1.4 | 1,365.00 | 11213323 |
| DeMarinis | Tony | 11/06/2012 | review of Canadian law relating to claims; | 2.5 | 2,437.50 | 11223782 |
| DeMarinis | Tony | 22/06/2012 | review recent Canadian decisions; | 0.9 | 877.50 | 11243975 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 05/06/2012 | research regarding Canadian legal issues; | 3.0 | 2,430.00 | 11210092 |
| Bomhof | Scott A. | 04/06/2012 | research regarding Canadian legal issues; | 2.5 | 2,025.00 | 11210129 |
| Bomhof | Scott A. | 06/06/2012 | research regarding Canadian legal issues; | 1.5 | 1,215.00 | 11218027 |
| Bomhof | Scott A. | 08/06/2012 | research regarding Canadian legal issues; | 1.5 | 1,215.00 | 11218081 |
| Bomhof | Scott A. | 11/06/2012 | research regarding Canadian legal issues; | 2.0 | 1,620.00 | 11221749 |
| Bomhof | Scott A. | 12/06/2012 | reviewing mediation materials; | 0.9 | 729.00 | 11226596 |
| DeMarinis | Tony | 04/06/2012 | review information regarding claims payout scenarios; | 1.4 | 1,365.00 | 11209103 |
| DeMarinis | Tony | 18/06/2012 | reading correspondence and materials on inter-company allocation issues; | 0.8 | 780.00 | 11232648 |
| Gray | William | 01/06/2012 | Review subordination of debt issues on intercompany claims | 1.3 | 1,137.50 | 11207580 |
| Gray | William | 04/06/2012 | Work on prioritizing of intercompany claim issues | 1.3 | 1,137.50 | 11214522 |
| Gray | William | 05/06/2012 | Work on issues regarding structuring settlement of competing claims from multiple jurisdictions | 1.2 | 1,050.00 | 11214597 |
| Gray | William | 08/06/2012 | Work on priority status of UK pension claims in US proceeding | 1.3 | 1,137.50 | 11226473 |
| Gray | William | 13/06/2012 | Work on prioritizing pension claims regarding legal research | 1.8 | 1,575.00 | 11226504 |
| Gray | William | 12/06/2012 | Legal research regarding prioritizing UK pension claims and related claim priority issues | 1.7 | 1,487.50 | 11226509 |
| Gray | William | 14/06/2012 | Work on pension claims and relative priorities | 1.6 | 1,400.00 | 11231950 |
| Gray | William | 20/06/2012 | Review implied contract and statute of limitation issues | 1.4 | 1,225.00 | 11235503 |
| Gray | William | 19/06/2012 | Review issue regarding implied contract | 0.6 | 525.00 | 11235675 |
| Gray | William | 21/06/2012 | Work on legal research regarding status of pension claims | 1.4 | 1,225.00 | 11244931 |
| Gray | William | 26/06/2012 | Review decision regarding Supreme Court decision not to accept hearing on EMEA pension claims | 0.6 | 525.00 | 11248431 |
| Gray | William | 25/06/2012 | Review decision regarding Supreme Court decision not to accept hearing on EMEA pension claims | 0.8 | 700.00 | 11248471 |
| Gray | William | 28/06/2012 | Review EMEA pension issues | 0.8 | 700.00 | 11252892 |
| Gray | William | 29/06/2012 | Review mediation briefs | 1.3 | 1,137.50 | 11252943 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/06/2012 | attend weekly status call with J. Ray and Cleary (.5); attend status call with Cleary and UCC advisors (.6); | 1.1 | 891.00 | 11210125 |
| Bomhof | Scott A. | 11/06/2012 | attend weekly status call (1.4); attend call with US debtors advisors and UCC advisors (2.1); | 3.5 | 2,835.00 | 11221739 |
| Bomhof | Scott A. | 26/06/2012 | telephone call with M. Wunder re Court of Appeal decision on environmental liabilities; | 0.3 | 243.00 | 11251215 |
| Bomhof | Scott A. | 27/06/2012 | review CCAA motion materials re: joint hearing to approve settlement with 4th Estate and discuss same with R. Eckenrod of Cleary; | 2.0 | 1,620.00 | 11251975 |
| Gray | Andrew | 04/06/2012 | reviewing caselaw on legal research issue (0.6); | 0.6 | $ 426.00 | 11208644 |
| Gray | Andrew | 01/06/2012 | conference call regarding Canadian legal issues (1.0); researching Canadian legal issues (1.3); | 2.3 | 1,633.00 | 11209188 |
| Gray | Andrew | 05/06/2012 | reviewing and discussing legal research (1.2); | 1.2 | 852.00 | 11210187 |
| Gray | Andrew | 06/06/2012 | reviewing and discussing Canadian law research (1.2); email correspondence regarding Canadian legal proceedings (0.2); | 1.4 | 994.00 | 11213832 |
| Gray | Andrew | 07/06/2012 | reviewing Canadian legal research (1.3); drafting email memorandum regarding same (0.8); | 2.1 | 1,491.00 | 11219660 |
| Gray | Andrew | 08/06/2012 | reviewing legal research; | 0.8 | 568.00 | 11220105 |
| Gray | Andrew | 11/06/2012 | reviewing legal research and email correspondence regarding same; | 0.3 | 213.00 | 11223250 |
| Gray | Andrew | 12/06/2012 | reviewing documents and reporting on same on Canadian legal issue (0.4); reviewing email on strategic issues (0.1); | 0.5 | 355.00 | 11225443 |
| Slavens | Adam | 22/06/2012 | reviewing CCAA case court materials; | 2.0 | 1,130.00 | 11243592 |
| Slavens | Adam | 27/06/2012 | reviewing CCAA case court materials; | 0.8 | 452.00 | 11249192 |
| Slavens | Adam | 28/06/2012 | reviewing CCAA case court materials; | 3.2 | 1,808.00 | 11251376 |
| DeMarinis | Tony | 25/06/2012 | reading materials relating to pension claims; | 0.7 | 682.50 | 11246106 |
| DeMarinis | Tony | 27/06/2012 | review of materials relating to 4th estate settlement, including monitor's report, Canadian debtor motion record, and underlying documents; | 2.3 | 2,242.50 | 11249294 |
| DeMarinis | Tony | 28/06/2012 | review of Canadian pension issues and related information; | 2.0 | 1,950.00 | 11250655 |