# EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2012 through June 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $848.04 |
| Duplicating/Printing | 1,059 pgs @ .10 per pg | $105.90 |
| Miscellaneous | | - |
| Courier | | - |
| Taxi & Travel | | - |
| Meals | | - |
| Library Costs | | - |
| Court Searches | | - |
| Word Processing | | - |
| Telephone | | - |
| **Grand Total Expenses** | | **$953.94** |

**EXHIBIT B**

**Date**

| Date | | |
|---|---|---|
| 12/06/2012 | 0.60 | Copies |
| 04/06/2012 | 2.70 | Laser Printing |
| 05/06/2012 | 0.80 | Laser Printing |
| 05/06/2012 | 38.80 | Laser Printing |
| 06/06/2012 | 3.30 | Laser Printing |
| 08/06/2012 | 1.80 | Laser Printing |
| 08/06/2012 | 25.20 | Laser Printing |
| 08/06/2012 | 0.20 | Laser Printing |
| 12/06/2012 | 0.60 | Laser Printing |
| 20/06/2012 | 0.20 | Laser Printing |
| 27/06/2012 | 2.60 | Laser Printing |
| 28/06/2012 | 24.90 | Laser Printing |
| 07/06/2012 | 0.10 | Laser Printing |
| 07/06/2012 | 0.10 | Laser Printing |
| 07/06/2012 | 0.10 | Laser Printing |
| 07/06/2012 | 0.10 | Laser Printing |
| 07/06/2012 | 0.90 | Laser Printing |
| 07/06/2012 | 0.10 | Laser Printing |
| 07/06/2012 | 0.10 | Laser Printing |
| 08/06/2012 | 0.20 | Laser Printing |
| 08/06/2012 | 0.20 | Laser Printing |
| 08/06/2012 | 0.10 | Laser Printing |
| 20/06/2012 | 1.00 | Laser Printing |
| 20/06/2012 | 0.20 | Laser Printing |
| 26/06/2012 | 1.00 | Laser Printing |
| | **$ 105.90** | |
| | | |
| 01/06/2012 | 150.06 | On Line Research Charges - Quicklaw |
| 04/06/2012 | 180.05 | On Line Research Charges - Quicklaw |
| 05/06/2012 | 182.97 | On Line Research Charges - Quicklaw |
| 07/06/2012 | 159.74 | On Line Research Charges - Quicklaw |
| 08/06/2012 | 34.85 | On Line Research Charges - Quicklaw |
| 04/06/2012 | 80.35 | On Line Research Charges -WestlaweCarswell Incl. |
| 05/06/2012 | 54.70 | On Line Research Charges -WestlaweCarswell Incl. |
| 07/06/2012 | 5.32 | On Line Research Charges -WestlaweCarswell Incl. |
| | **$ 848.04** | |

**TOTAL**      **$ 953.94**