**CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Maritz Canada Inc.** was caused to be made on July 25, 2012, in the manner indicated upon the individuals identified below and on the attached service list.

Date: July 25, 2012　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tamara K. Minott*
Wilmington, DE　　　　　　　　　　　　　　　　　　　　　　　　Tamara K. Minott (No. 5643)


**Via First Class Mail**

Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Lucinda McRoberts
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102

Robert J. Pfister
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067

Attn: Officer, Managing or General Agent
Lampsa Hellenic S.A. Hotels
225-227 Kifisias Avenue
C Building, 4th floor
145 61, Kifisia, Athens, Greece

5818636


5818636