UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In Re: Nortel Networks

Chapter 11

Case No. 09-10138 (KG)

Debtor   Nortel Networks

Objections due by: August 13, 2012

Hearing Date: August 22, 2012 10:00 a.m.

NOTICE OF MOTION

TO: Morris, Nichols, Arsht, & Tunnell, LLP

Cynthia Paroski has filed a Motion Order Promissory Estoppel (Docket # 7786) which seeks the following relief:

MOTION FOR THE ORDER PROMISSORY ESTOPPEL (DETRIMENTAL RELIANCE) AGAINST (REFER TO docket 3651)

The Debtors reserve all of their rights with respect to the relief sought in the Motion,

including without limitation the right to file additional pleadings seeking similar relief.

DOCKET ID 3204) (REFER TO EXHIBIT A) DEBTORS ALL OF THEIR RIGHTS RESERVE WITH RESPECT TO THE RELIEF

SOUGHT IN THE MOTION NOTICE OF WITHDRAWAL OF DEBTORS' MOTION AUTHORIZING DEBTORS TO

TERMINATE LONG TERM DISABILITY PLANS PARTICIPANT[S] (REF TO DOCKET ID3204].

You are required to file a response to the attached motion on or before August 13, 2012

At the same time, you must also serve a copy of the response upon movant's attorney:

Cynthia Paroski

333 El Rio Drive

Mesquite, TX 75150

214-264-9912 Phone

877-530-1078 Fax

sparkyray@tx.rr.com Email

HEARING ON THE MOTION WILL BE HELD ON August 22, 2012 10:00 a.m.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT

MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*Cynthia Paroski*

BY: Cynthia A Paroski

Counsel for Stephen Paroski

Date July 17, 2012

**CERTIFICATE OF SERVICE**

I, <u>Cynthia Paroski,</u> certify that I am not less than 18 years of age, and that service of

This notice of motion and a copy of the motion were made on July 17, 2012

Upon:

Morris, Nichols, Arsht, & Tunnell, LLP

1201 North Market Street

PO BOX 1347

Wilmington, Delaware 19801

**Certified Mail**

**Council for Nortel Networks**

Under penalty of perjury, I declare that the foregoing is true and correct.

_Cynthia Paroski_

_Council for Stephen Paroski_

Date   7-17-12

Signature   _Cynthia Paroski_

Local Form 106 (pg. 2)

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In Re:  Nortel Networks                                            Chapter 11

                                                                             Case No. 09-10138 (KG)

Debtor   Nortel Networks

                                                                Objections due by: August 13, 2012

                                                                Hearing Date: August 22, 2012 10:00 a.m.

NOTICE OF MOTION

TO: Wick, Phillips, Gould & Martin LLP

Cynthia Paroski has filed a Motion Order Promissory Estoppel (Docket # 7786) which seeks the following relief:

MOTION FOR THE ORDER PROMISSORY ESTOPPEL (DETRIMENTAL RELIANCE) AGAINST (REFER TO docket 3651)

The Debtors reserve all of their rights with respect to the relief sought in the Motion,

including without limitation the right to file additional pleadings seeking similar relief.

DOCKET ID 3204) (REFER TO EXHIBIT A) DEBTORS ALL OF THEIR RIGHTS RESERVE WITH RESPECT TO THE RELIEF

SOUGHT IN THE MOTION NOTICE OF WITHDRAWAL OF DEBTORS' MOTION AUTHORIZING DEBTORS TO

TERMINATE LONG TERM DISABILITY PLANS PARTICIPANT[S] (REF TO DOCKET ID3204].

You are required to file a response to the attached motion on or before August 13, 2012

At the same time, you must also serve a copy of the response upon movant's attorney:

Cynthia Paroski

333 El Rio Drive

Mesquite, TX 75150

214-264-9912 Phone

877-530-1078 Fax

sparkyray@tx.rr.com Email

HEARING ON THE MOTION WILL BE HELD ON August 22, 2012 10:00 a.m.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT

MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*Cynthia Paroski*

BY: Cynthia A Paroski

Counsel for Stephen Paroski


Date July 17, 2012

## CERTIFICATE OF SERVICE

I, <u>Cynthia Paroski,</u> certify that I am not less than 18 years of age, and that service of

This notice of motion and a copy of the motion were made on July 17, 2012

Upon:

Wick ,Phillips,Gould & Martin  LLP

2100 Ross Avenue, Suite 950

Dallas, Texas  75201

Certified Mail

Council for Nortel Networks


Under penalty of perjury, I declare that the foregoing is true and correct.

*Cynthia Paroski*

*Council for Stephen Paroski*

Date 7-17-12

Signature *Cynthia Paroski*

Local Form 106 (pg. 2)

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In Re:  Nortel Networks                                       Chapter 11

                                                              Case No. 09-10138 (KG)

Debtor   Nortel Networks

                                                              Objections due by: August 13, 2012

                                                              Hearing Date: August 22, 2012 10:00 a.m.

NOTICE OF MOTION

TO: Cleary, Gottlieb, Steen & Hamilton LLP

Cynthia Paroski has filed a Motion Order Promissory Estoppel ( Docket # 7786) which seeks the following relief:

MOTION FOR THE ORDER PROMISSORY ESTOPPEL (DETRIMENTAL RELIANCE) AGAINST (REFER TO docket 3651)

The Debtors reserve all of their rights with respect to the relief sought in the Motion,

including without limitation the right to file additional pleadings seeking similar relief.

DOCKET ID 3204)(REFER TO EXHIBIT A) DEBTORS ALL OF THEIR RIGHTS RESERVE WITH RESPECT TO THE RELIEF

SOUGHT IN THE MOTION NOTICE OF WITHDRAWAL OF DEBTORS' MOTION AUTHORIZING DEBTORS TO

TERMINATE LONG TERM DISABILITY PLANS PARTICIPANT[S] (REF TO DOCKET ID3204].

You are required to file a response to the attached motion on or before August 13, 2012

At the same time, you must also serve a copy of the response upon movant's attorney:

Cynthia Paroski

333 El Rio Drive

Mesquite, TX 75150

214-264-9912 Phone

877-530-1078 Fax

sparkyray@tx.rr.com Email

HEARING ON THE MOTION WILL BE HELD ON August 22, 2012 10:00 a.m.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT

MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*Cynthia Paroski*

BY: Cynthia A Paroski

Counsel for Stephen Paroski


Date July 17, 2012

CERTIFICATE OF SERVICE

I, Cynthia Paroski, certify that I am not less than 18 years of age, and that service of this notice of motion and a copy of the motion was made on July 17, 2012 upon:

Cleary, Gottlieb, Steen & Hamilton LLP

One Liberty Plaza

New York, New York 10006

Certified Mail

Council for Nortel Networks

[Representing _____ ]

Under penalty of perjury, I declare that the foregoing is true and correct.

*Cynthia Paroski*

*Council for Stephen Paroski*

Date 7-17-12

Signature *Cynthia Paroski*

Local Form 106 (pg. 2)