# EXHIBIT A

Nortel Creditors Committee                                July 25, 2012
c/o Fred S. Hodara, Esq.                                  Invoice 411060
Akin Gump Strauss Hauer Feld LLP                         Page 2
One Bryant Park
New York NY  10036                                        Client #  732310

                                                         Matter # 165839

For services through June 30, 2012
relating to  Case Administration

| 06/06/12 | Review docket (.1); Review and update critical dates (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 06/13/12 | Review docket (.1); Review and update critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 06/21/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 06/21/12 | Review email from B. Witters re: revised draft critical dates calendar (.1); Review same (.2) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 06/26/12 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 06/26/12 | Review email from B. Witters re: revised draft critical dates calendar (.1); Review same (.2) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 06/28/12 | Participate in weekly committee call | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 375.00 | $262.50 |
| 06/29/12 | Review and calendar upcoming critical dates | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |

                        Total Fees for Professional Services          $788.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 3
Client #  732310

Matter #  165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$788.00** |
| BALANCE BROUGHT FORWARD | $1,749.50 |
| **TOTAL DUE FOR THIS MATTER** | **$2,537.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060

Page 4

Client #  732310

Matter #  165839

For services through June 30, 2012

relating to  Use, Sale of Assets

| 06/21/12 | Review Cynthia Paroski motion to approve | | | |
|----------|------------------------------------------|----------|--------|----------|
| Associate | Christopher M. Samis | 0.60 hrs. | 375.00 | $225.00 |

Total Fees for Professional Services $225.00

TOTAL DUE FOR THIS INVOICE **$225.00**

**TOTAL DUE FOR THIS MATTER** **$225.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 5
Client #  732310

Matter #  165839

For services through June 30, 2012

relating to  Claims Administration

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/11/12 | | Review motion and declaration re: claim objection and motion for more definitive statement (.5); Review Debtors' opposition to GENBAND 2004 motion (.4) | | | |
| | Associate | Drew G. Sloan | 0.90 hrs. | 375.00 | $337.50 |
| 06/27/12 | | Review response of U.K. Pension Trustee to request for more definite statement of claim | | | |
| | Associate | Christopher M. Samis | 0.90 hrs. | 375.00 | $337.50 |
| 06/27/12 | | Review UK Pension Plan's response to Debtors' motion for a more definite statement (.3); Review Debtors' underlying motion re: same (.3) | | | |
| | Associate | Drew G. Sloan | 0.60 hrs. | 375.00 | $225.00 |

Total Fees for Professional Services $900.00

TOTAL DUE FOR THIS INVOICE **$900.00**

$600.00

**TOTAL DUE FOR THIS MATTER** **$1,500.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 6
Client #  732310

Matter #  165839

For services through June 30, 2012
relating to  Court Hearings

| 06/04/12 | Retrieve and review re: 6/6/12 agenda (.1); E-mail to distribution re: same (.1); Retrieve and review re: ch 15 6/6/12 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: ch 15 6/6/12 agenda pleadings (.6); Prepare hearing binder of same (.5) | | | |
| --- | --- | --- | --- | --- |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |
| 06/04/12 | Review email from B. Witters re: agenda re: 6/6/12 hearing (.1); Review agenda re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 06/06/12 | Meeting with C. Samis re: 6/11 hearing (.1); Research on docket re: same (.2); Meeting with B. Witters re: same (.1) | | | |
| Associate | Andrew C. Irgens | 0.40 hrs. | 325.00 | $130.00 |
| 06/06/12 | Retrieve and review re: ch 15 6/6/12 amended agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 06/06/12 | Emails to L. Beckerman re: coverage for 6/11/12 hearing (.2); Emails to A. Irgens and M. Terranova re: coverage for 6/11/12 hearing (.2) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |
| 06/06/12 | Meeting with C. Samis re: attendance at 6/11/12 hearing | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 375.00 | $37.50 |
| 06/07/12 | Email correspondence with B. Witters re: amended agenda re: 6/11 hearing (.1); Review same (.2); Email correspondence with B. Witters re: same (.1) | | | |
| Associate | Andrew C. Irgens | 0.40 hrs. | 325.00 | $130.00 |
| 06/07/12 | Retrieve and review re: ch 15 - 6/11/12 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 25, 2012
Invoice 411060
Page 7
Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 06/07/12 | Review email from B. Witters re: agenda re: 6/11/12 hearing (.1); Review same (.1); Preparation for same (.2) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 375.00 | $150.00 |
| 06/08/12 | Meeting with B. Witters re: agenda binder re: same (.1); Review motion and objections re: pension fund motion (.8); Prepare for 6/11 hearing (.4) | | | |
| Associate | Andrew C. Irgens | 1.30 hrs. | 325.00 | $422.50 |
| 06/08/12 | Retrieve re: additional 6/11/12 pleadings (.1); Revise 6/11/12 hearing binder (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 06/11/12 | Email to B. Kahn and L. Beckerman re: outcome of 6/11/12 hearing (.1); Review summary of outcome of 6/11/12 hearing (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |
| 06/14/12 | Circulate to distribution re: 6/11/12 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 06/14/12 | Review email from B. Witters re: transcript of 6/11/12 hearing (.1); Review same (.6) | | | |
| Associate | Drew G. Sloan | 0.70 hrs. | 375.00 | $262.50 |
| 06/18/12 | Attention to e-mail from C. Samis re: matters being heard at 6/21/12 hearing (.1); E-mail to C. Samis re: same (.1); Attention to e-mail from B. Kahn re: telephonic appearances for the 6/21/12 hearing (.1); Telephone call to Courtcall re: telephonic appearances for F. Hodara and D. Botter (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| 06/18/12 | Email to B. Witters re: preparation for 6/21/12 hearing (.1); Email to B. Kahn re: preparation for 6/21/12 hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 8
Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 06/19/12 | Retrieve and review re: 6/21/12 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 6/21/12 agenda pleadings (.4); Prepare 6/21/12 hearing binders x4 (.8); Attention to e-mails re: M. Wunder 6/21/12 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.70 hrs. | 205.00 | $348.50 |
| 06/19/12 | Review emails (x2) from B. Witters re: agenda re: 6/21/12 hearing (.1); Review same (.2) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 06/21/12 | Attend 6/21/12 hearing (1.1); Prepare for 6/21/12 hearing (.7); Emails to B. Kahn re: logistics of 6/21/12 hearing (.2) | | | |
| Associate | Christopher M. Samis | 2.00 hrs. | 375.00 | $750.00 |
| 06/22/12 | Circulate 6/21/12 hearing transcript to distribution | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 06/22/12 | Emails to J. Sturm re: local practice with respect to motions not calendared for hearing (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 06/22/12 | Review email from B. Witters re: 6/21/12 hearing transcript (.1); Review same (.4) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

Total Fees for Professional Services                      $3,633.50

TOTAL DUE FOR THIS INVOICE                      **$3,633.50**

$2,766.50

**TOTAL DUE FOR THIS MATTER**                      **$6,400.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 9

Client #  732310

Matter # 165839

For services through June 30, 2012

relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 06/12/12 | Preparation for filing of joinder to opposition to GENBAND 2004 motion (.3); Import and finalize joinder per C. Samis (.2); Prepare certificate of service and service list for same (.1); Finalize and efile same (.1); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 0.80 hrs. | 205.00 | $164.00 |
| 06/12/12 | Prepare service re: joinder GENBAND US motion rule 2004 (.3); Discussion with A. Jerominski re: filing of motion and service (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 06/12/12 | Review joinder to opposition to Genband 2004 (.4); Call to B. Kahn re: comments to and filing of joinder to opposition to Genband 2004 (.2); Email to B. Witters re: filing and service of joinder to opposition to Genband 2004 (.1) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 375.00 | $262.50 |
| 06/12/12 | Review emails (x2) from B. Kahn re: draft joinder to opposition to GENBAND 2004 motion (.1); Review same (.2); Call with B. Witters re: same (.1); Review Debtors' opposition re: same (.2); Review email from B. Witters re: same (.1); Review email from C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.80 hrs. | 375.00 | $300.00 |
| 06/13/12 | Meeting with C. Samis re: filing of joinder to Debtors' opposition to GENBAND 2004 motion | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 06/18/12 | Review State of Michigan adversary complaint (.8); Review Genband reply to objections to 2004 motion and amended 2004 motion (1.2) | | | |
| Associate | Christopher M. Samis | 2.00 hrs. | 375.00 | $750.00 |
| 06/18/12 | Review supplement to GENBAND 2004 motion (.1); Review reply re: same (.3); Review email from R. Riley re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 25, 2012  
Invoice 411060  
Page 10  
Client #  732310

Matter #  165839

---

| 06/21/12 | Calls to M. Marshell re: status of Nortel allocation mediation (.4); Review Audiocodes 9019 (.7); Review settlement procedures motion for deferred compensation claimants (.9); Review 9019 for non-filed entity dispute (.9) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 2.90 hrs. | 375.00 | $1,087.50 |

Total Fees for Professional Services     $2,929.00

TOTAL DUE FOR THIS INVOICE     **$2,929.00**

$4,012.50

**TOTAL DUE FOR THIS MATTER**     **$6,941.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 11
Client #  732310

Matter # 165839

For services through June 30, 2012
relating to  RLF Fee Applications

| 06/06/12 | Attention to e-mail from B. Kahn re: RLF May fee and expense estimates (.1); E-mail to accounting re: same (.1); E-mail to B. Kahn re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 06/06/12 | Review email from B. Witters re: estimated costs and expenses | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 375.00 | $37.50 |
| 06/11/12 | Prepare cno re: RLF April fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 06/11/12 | Review email from B. Witters re: filing certificate of no objection re: RLF monthly fee application (.1); Email to B. Witters and C. Samis re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 06/14/12 | Review RLF May bill memos | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 06/25/12 | Review and revise May fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 06/25/12 | Review and execute RLF monthly fee application (.3); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

Total Fees for Professional Services          $747.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 12
Client #  732310

Matter # 165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | $747.50 |
| | $1,344.50 |
| **TOTAL DUE FOR THIS MATTER** | **$2,092.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 13
Client #  732310

Matter # 165839

For services through June 30, 2012
relating to  Fee Applications of Others

| 06/05/12 | Finalize and file AOS re: Ashurst 13th interim fee application | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 06/06/12 | Update fee status chart (1.0); Prepare exhibit B re: 13th interim fee applications (.6) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 205.00 | $328.00 |
| 06/07/12 | Prepare cno re: Fraser Milner March fee application (.2); Finalize and file cno re: same (.2); Review 13th interim fee exhibit (.5) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 205.00 | $184.50 |
| 06/07/12 | Review email from B. Witters re: filing certificate of no objection re: Fraser Milner monthly fee application (.1); Review email from M. Wunder re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 06/11/12 | Revise exhibit B re 13th interim fee order (1.4); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |
| 06/12/12 | Attention to e-mails re: comments to exhibit B to 13th interim fee order (.1); Revise exhibit B re same (.3); E-mail to R. Tennenbaum of Jefferies re: 80% fee footnote (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 06/13/12 | Review Exhibit B to the 13th omnibus interim fee order (.3); E-mail to M. DeCarli re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 06/15/12 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 25, 2012
Invoice 411060
Page 14
Client #  732310

Matter #  165839

---

| 06/18/12 | Prepare cno re: Ashurst April fee application (.2); Finalize and file cno re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 06/18/12 | Review email from B. Witters re: filing certificate of no objection re: Ashurst monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 06/19/12 | Email to B. Kahn re: entry of interim fee order | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 06/21/12 | Prepare cno re: Fraser Milner April fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 06/21/12 | Review email from B. Witters re: filing certificate of no objection re: Fraser Milner monthly fee application (.1); Review email from M. Wunder re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 06/22/12 | Prepare cno re: Capstone April fee application (.2); Finalize and file cno re: same (.2); Prepare cno re Akin Gump April fee application (.2); Finalize and file cno re: same (.2); Update fee status chart (.6) | | | |
| Paralegal | Barbara J. Witters | 1.40 hrs. | 205.00 | $287.00 |
| 06/22/12 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump and Capstone monthly fee applications (.1); Review email from B. Kahn re: same (.1); Review and execute certificate of no objection re: Capstone monthly fee application (.1); Review and execute certificate of no objection re: Akin Gump monthly fee application (.1); Discussion with B. Witters re: filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 15
Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 06/25/12 | Attention to e-mail from B. Kahn re: Ashurst May fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| | | | | |
| 06/25/12 | Review email from B. Kahn re: Ashurst monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| | | | | |
| 06/27/12 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |

Total Fees for Professional Services            $2,595.00

TOTAL DUE FOR THIS INVOICE                **$2,595.00**

$5,706.00

**TOTAL DUE FOR THIS MATTER**                **$8,301.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 16

Client #  732310

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Andrew C. Irgens | 2.10 | 325.00 | 682.50 |
| Ann Jerominski | 0.80 | 205.00 | 164.00 |
| Barbara J. Witters | 17.30 | 205.00 | 3,546.50 |
| Christopher M. Samis | 11.20 | 375.00 | 4,200.00 |
| Drew G. Sloan | 8.60 | 375.00 | 3,225.00 |
| TOTAL | 40.00 | $295.45 | 11,818.00 |

**TOTAL DUE FOR THIS INVOICE**                         **$12,593.83**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310