# **EXHIBIT B**



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

July 25, 2012
Invoice 411060

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through June 30, 2012

relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Court Reporter Services | $126.00 |
| Document Retrieval | $282.80 |
| Filing Fees/Court Costs | $37.00 |
| Long distance telephone charges | $11.12 |
| Messenger and delivery service | $36.40 |
| Photocopying/Printing<br>513 @ $.10/pg. / 2,115 @ $.10/pg. | $262.80 |
| Postage | $19.71 |

| | |
|---|---:|
| Other Charges | $775.83 |
| **TOTAL DUE FOR THIS INVOICE** | **$775.83** |
| BALANCE BROUGHT FORWARD | $714.05 |
| **TOTAL DUE FOR THIS MATTER** | **$1,489.88** |

■ ■ ■

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 17
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
         Case Administration
         Use, Sale of Assets
         Claims Administration
         Court Hearings
         Litigation/Adversary Proceedings
         RLF Fee Applications
         Fee Applications of Others

| Date | Description | | | Summary Phrase |
|------|-------------|---|---|----------------|
| 06/01/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/04/12 | PACER | | | DOCRETRI |
| | | Amount = | $76.60 | |
| 06/04/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/04/12 | Printing | | | DUP.10CC |
| | | Amount = | $69.50 | |
| 06/04/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.60 | |
| 06/04/12 | Printing | | | DUP.10CC |
| | | Amount = | $8.30 | |
| 06/04/12 | Printing | | | DUP.10CC |
| | | Amount = | $1.60 | |
| 06/04/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/05/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/06/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/06/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 18
Client #  732310

| 06/06/12 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =  $1.90 | |
| 06/06/12 | Printing | | DUP.10CC |
| | | Amount =  $4.10 | |
| 06/06/12 | Printing | | DUP.10CC |
| | | Amount =  $2.20 | |
| 06/06/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/06/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/06/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/06/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/06/12 | Printing | | DUP.10CC |
| | | Amount =  $1.50 | |
| 06/06/12 | Printing | | DUP.10CC |
| | | Amount =  $1.50 | |
| 06/06/12 | Printing | | DUP.10CC |
| | | Amount =  $1.60 | |
| 06/06/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/07/12 | PACER | | DOCRETRI |
| | | Amount =  $7.30 | |
| 06/07/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/07/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 06/07/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/07/12 | Printing | | DUP.10CC |
| | | Amount =  $0.90 | |
| 06/07/12 | Printing | | DUP.10CC |
| | | Amount =  $0.80 | |
| 06/07/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 19

Client #  732310

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 06/07/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/07/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/08/12 | PACER | | | DOCRETRI |
| | | Amount = | $23.70 | |
| 06/08/12 | PACER | | | DOCRETRI |
| | | Amount = | $1.20 | |
| 06/08/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/08/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/08/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/11/12 | PACER | | | DOCRETRI |
| | | Amount = | $31.00 | |
| 06/11/12 | PACER | | | DOCRETRI |
| | | Amount = | $1.40 | |
| 06/11/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 06/11/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/11/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/11/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 06/11/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/11/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/11/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/12/12 | Photocopies | | | DUP.10CC |
| | | Amount = | $6.30 | |
| 06/12/12 | Messenger and delivery | | | MESS |
| | | Amount = | $24.00 | |

Nortel Creditors Committee                                          July 25, 2012
c/o Fred S. Hodara, Esq.                                           Invoice 411060
Akin Gump Strauss Hauer Feld LLP                                   Page 20
One Bryant Park
New York NY  10036                                                 Client #  732310

| Date | Description | | | Code |
|---|---|---|---|---|
| 06/12/12 | Messenger and delivery | | | MESS |
| | | Amount = | $6.00 | |
| 06/12/12 | PACER | | | DOCRETRI |
| | | Amount = | $4.60 | |
| 06/12/12 | Postage | | | POST |
| | | Amount = | $4.80 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/12/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 21

Client #  732310

| Date | Description | | |
|---|---|---|---|
| 06/12/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/12/12 | Printing | | DUP.10CC |
| | | Amount =  $0.70 | |
| 06/13/12 | PACER | | DOCRETRI |
| | | Amount =  $4.00 | |
| 06/13/12 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 06/13/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/13/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/13/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/13/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/13/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/13/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/13/12 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 06/18/12 | PACER | | DOCRETRI |
| | | Amount =  $19.80 | |
| 06/18/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/18/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/18/12 | Printing | | DUP.10CC |
| | | Amount =  $1.40 | |
| 06/18/12 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 06/18/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/18/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 22

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 06/19/12 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $95.40 | |
| 06/19/12 | PACER | | DOCRETRI |
| | Amount = | $39.20 | EV |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.70 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $4.70 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $6.20 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $4.40 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 06/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 23

Client #  732310

| Date | Description | | | Code |
|------|-------------|---|---|------|
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $5.20 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $8.60 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $1.70 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $4.70 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $4.20 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $6.20 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $6.90 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $6.90 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $8.60 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 24

Client #  732310

| Date | Description | | | Code |
|------|-------------|---|---|------|
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $1.70 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $4.70 | |
| 06/19/12 | Printing | | | DUP.10CC |
| | | Amount = | $3.40 | |
| 06/20/12 | PACER | | | DOCRETRI |
| | | Amount = | $17.70 | |
| 06/21/12 | 17247766644 Long Distance | | | LD |
| | | Amount = | $11.12 | |
| 06/21/12 | PACER | | | DOCRETRI |
| | | Amount = | $24.50 | |
| 06/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 06/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 06/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/22/12 | DIAZ DATA SERVICES: Transcript | | | CTRPT |
| | | Amount = | $30.60 | |
| 06/22/12 | PACER | | | DOCRETRI |
| | | Amount = | $26.40 | |
| 06/22/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 25

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/22/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/22/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/22/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 06/22/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/22/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 06/22/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/22/12 | Printing | | DUP.10CC |
| | | Amount =  $0.80 | |
| 06/25/12 | Photocopies | | DUP.10CC |
| | | Amount =  $45.00 | |
| 06/25/12 | Messenger and delivery charges | | MESS |
| | | Amount =  $6.40 | |
| 06/25/12 | Postage | | POST |
| | | Amount =  $14.91 | |
| 06/25/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/25/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/25/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/25/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/25/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/25/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/25/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/25/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 06/25/12 | Printing | | DUP.10CC |
| | | Amount =  $2.90 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 25, 2012
Invoice 411060
Page 26
Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 06/25/12 | Printing | | DUP.10CC |
| | | Amount = $2.00 | |
| 06/25/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/25/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 06/25/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/26/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/27/12 | COURTCALL LLC: CCDA-05-1619 | | FLFEE |
| | | Amount = $37.00 | |
| 06/27/12 | PACER | | DOCRETRI |
| | | Amount = $4.00 | |
| 06/27/12 | Printing | | DUP.10CC |
| | | Amount = $1.20 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc

Expenses    $775.83