## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with JDS Uniphase Corporation** was caused to be made on July 26, 2012, in the manner indicated upon the entities identified below and on the attached service list.

Date: July 26, 2012　　　　　　　　　　　　　*/s/ Tamara K. Minott*　　　　　　　
Wilmington, DE　　　　　　　　　　　　　　　Tamara K. Minott (No. 5643)

**Via First Class Mail**

(Counsel to JDS Uniphase)
Merle Meyers
Meyers Law Group
44 Montgomery Street, #1010
San Francisco, CA 94104