# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) **Re: Docket No. 8003** |

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR AN ORDER LIFTING, OR, IN THE ALTERNATIVE, INCREASING THE LIMITS ON FEES FOR LTD COMMITTEE COUNSEL

I, Rafael X. Zahralddin-Aravena, counsel to the Official Committee of Long Term Disability Participants (the "LTD Committee"), hereby certify the following:

1. On July 16, 2012, the LTD Committee filed a *Motion of the Official Committee of Long Term Disability Participants for An Order Lifting, or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel* (Docket No. 8003) (the "Motion").

2. The Debtors', the Official Committee of Unsecured Creditors', the Ad Hoc Noteholder Group's (collectively, the "Parties") and the LTD Committee have agreed that the current cap shall be increased by the fees and expenses incurred by the LTD Committee counsel from May 1, 2012 through and including July 19, 2012, that are approved by the Court as reasonable pursuant to the submission of a fee application, plus an additional $50,000.00 for the period beginning July 20, 2012 through and including August 22, 2012. Additionally, the Parties

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

have agreed that if litigation commences during this time period, the $50,000.00 will be adjusted accordingly.

3.  The deadline to file an objection to the Motion was July 25, 2012 by 4:00 p.m. (extended for some parties) and a hearing on the Motion is scheduled for August 1, 2012 at 10:00 a.m. The Parties have agreed to continue the hearing for the other relief sought in the Motion, including modification of the cap for the period starting August 23, 2012, to the omnibus hearing on August 22, 2012 at 10:00 a.m. The deadline to file an objection to the Motion is extended to August 15, 2012 at 4:00 p.m.

4.  As a result of the LTD Committee's and the Parties continued discussions and agreement, the LTD Committee submits the proposed form of Order, attached hereto as <u>Exhibit A</u>, for the purpose of bridging the time period between the original hearing date for the Motion and the continued hearing date for the Motion, as well as in order to resolve the dispute over the lifting of the fee cap for the period up to and including August 22, 2012.

5.  The LTD Committee respectfully requests that the Court enter the proposed form of Order at its earliest convenience.

Dated:  July 27, 2012
        Wilmington, DE

**ELLIOTT GREENLEAF**

*/s/Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Jonathan M. Stemerman (DE No. 4510)
1105 N. Market Street, Ste. 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*