# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | **Re: Docket No. 8003** |

**ORDER GRANTING MOTION OF THE OFFICIAL
COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS
FOR AN ORDER LIFTING OR, IN THE ALTERNATIVE,
INCREASING THE LIMITS ON FEES FOR LTD COMMITTEE COUNSEL**

Upon consideration of the *Motion of the Official Committee of Long Term Disability Participants for an Order Lifting, or in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel* (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; it is hereby

ORDERED that the Motion is granted solely as set forth below; and it is further

ORDERED that the Current Cap[2] shall be modified as set forth herein; and it is further

ORDERED that the Current Cap shall be increased by (i) the fees and expenses incurred by the LTD Committee counsel from May 1, 2012 through and including July 19, 2012 that are approved by the Court as reasonable pursuant to the submission of a fee application, plus (ii) an additional $50,000.00 for the period beginning July 20, 2012 through and including August 22, 2012; and it is further

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that this Order is without prejudice to the request for relief sought in the Motion for a modification of the Current Cap for the period starting August 23, 2012, which shall be heard at the omnibus hearing on August 22, 2012 at 10:00 a.m., with objections to the Motion to be due on August 15, 2012 at 4:00 p.m.; and it is further

ORDERED that this increase in the Current Cap shall not prejudice the LTD Committee's right to seek, upon notice and a hearing, a further increase in the Current Cap for good cause shown, and is without prejudice to the Debtors', the Official Committee of Unsecured Creditors' or the Ad Hoc Noteholder Group's right to object on any and all grounds to any motion that may be filed by the LTD Committee seeking a further increase in the Current Cap (including the Motion with respect to the period from or after August 23, 2012); and it is further

ORDERED that nothing herein shall constitute a finding of fact with respect to the exchange of information or negotiations between the Debtors and the LTD Committee and its advisors with respect to the modification or termination of the LTD Plans, or the parties' good faith. All of the parties' rights with respect to such issues are reserved; and it is further

ORDERED that nothing in this Order limits the ability of any party in interest to challenge fee applications of the LTD Committee, pursuant to section 328 of the Bankruptcy Code; and it is further

ORDERED that the Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: _____, 2012
Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE