## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

*In re*                                                  :        Chapter 11

                                                         :

Nortel Networks Inc., *et al.*,[1]                       :

                                                         :        Case No. 09-10138 (KG)

               Debtors.                :

                                                         :        (Jointly Administered)

------------------------------------------------------- X

                                                         :

Nortel Networks Inc.                                     :

                                                         :

           Plaintiff,                              :

                                                         :

v.                                                       :        Adv. Proc. No. 10-53169 (KG)

                                                         :

CSWL, Inc.,                                              :

             Defendant.               :

------------------------------------------------------- X

                                                         :

Nortel Networks Inc.                                     :

                                                         :

and                                                      :

                                                         :        Adv. Proc. No. 10-55165 (KG)

Nortel Networks (CALA) Inc.                              :

                                                         :

           Plaintiffs,                             :

                                                         :        **Hearing date:  August 22, 2012 at 10:00 am (ET)**

v.                                                       :        **Objections due: August 10, 2012 at 4:00 pm (ET)**

                                                         :

Telecom Network Solutions, Inc., et al.                  :

                                                         :

           Defendants.               :

                                                         :

-------------------------------------------------------X

---

[1]  In addition to Nortel Networks Inc. the Debtors in the Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

**NOTICE OF DEBTORS' MOTION PURSUANT TO BANKRUPTCY
RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE STIPULATION
OF SETTLEMENT OF AVOIDANCE CLAIMS BY AND AMONG
NORTEL NETWORKS INC., NORTEL NETWORKS (CALA) INC., CSWL, INC. AND
CALIFORNIA SOFTWARE COMPANY LIMITED**

PLEASE TAKE NOTICE that Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), have today filed the attached **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Among Nortel Networks Inc., Nortel Networks (CALA) Inc., CSWL, Inc. and California Software Company Limited** ("Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the objection deadline of **August 10, 2012 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on counsel for the Movants so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **AUGUST 22, 2012 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 27, 2012
     Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
(212) 225-2000

   - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
(302) 658-9200

*Counsel for the Debtors and Debtors in Possession*