**CERTIFICATE OF SERVICE**

      I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Among Nortel Networks Inc., Nortel Networks (CALA) Inc., CSWL, Inc. and California Software Company Limited** was caused to be made on July 27, 2012, in the manner indicated upon the entities identified below and on the attached service list.

Date: July 27, 2012                                    */s/ Tamara K. Minott*
Wilmington, DE                                        Tamara K. Minott (No. 5643)

**Via First Class Mail**

Mark C. Haut
FULBRIGHT & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103-3198