IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                    :    Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :    Case No. 09-10138 (KG)
                                                         :
         Debtors.                                        :    Jointly Administered
                                                         :
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 1, 2012 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**ADJOURNED MATTERS**

1.  Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

    Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to August 8, 2012 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD to August 8, 2012 at 4:00 p.m. (ET). Extended for the Debtors with respect to the Response filed by Kelly Services to August 13, 2012 at 4:00 p.m. (ET).

    Remaining Responses Received:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(a) Response to Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) Filed by Kelly Services (D.I. 7245, Filed 2/21/12);

(b) Informal Response of ASM Capital Regarding Claim No. 7819; and

(c) Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a) Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Filed 3/8/12);

(b) First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Filed 3/22/12);

(c) Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Filed 4/18/12); and

(d) Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Filed 5/9/12).

Status: The hearing on the Objections has been adjourned with respect to responses (a), (b) and (c) above to the omnibus hearing scheduled in these cases for August 22, 2012 at 10:00 a.m. (ET).

2. Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7185, Filed 2/7/12).

Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital to August 8, 2012 at 4:00 p.m. (ET).

Remaining Responses Received:

(a) Informal Response of ASM Capital Regarding Claim No. 7819.

Related Pleading:

(a) Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7355, Entered 3/8/12);

(b) First Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7433, Entered 3/22/12); and

(c) Second Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7625, Entered 5/9/12).

Status: The hearing on the Objection with respect to response (a) has been adjourned to the omnibus hearing scheduled for August 22, 2012 at 10:00 a.m. (ET).

*Nortel Networks Inc. v. AsteelFlash California, Inc. Adv. Proc. Case No. 10-53166 (KG)*

3. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks Inc. and Affiliated Chapter 11 Debtors, on the One Hand and AsteelFlash California, Inc., on the Other Hand and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff (Main Case D.I. 7982, Adv. Proc. D.I. 46, Filed 7/11/12).

Objection Deadline: July 25, 2012 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading: None.

Status: The hearing on this matter has been adjourned to the omnibus hearing scheduled for August 22, 2012 at 10:00 a.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

4. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Regarding Claim 7179 by and Between Wells Fargo Bank, National Association, as Special Servicer and Nortel Networks Inc. (D.I. 7980, Filed 7/11/12).

Objection Deadline: July 25, 2012 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading:

(a) Certificate of No Objection (D.I. 8059, Filed 7/27/12); and

(b) Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

**UNCONTESTED MATTER GOING FORWARD**

5. Motion of the Official Committee of Long Term Disability Participants for an Order Lifting or, in the Alternative, Increasing the Limits on Fees (D.I. 8003, Filed 7/16/12).

Objection Deadline: July 25, 2012 at 4:00 p.m. (ET). Extended for the Debtors, the Official Committee of Unsecured Creditors, and the Bondholder Group to July 30, 2012 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading:

(a) Certification of Counsel Regarding Order Granting Motion of the Official Committee of Long Term Disability Participants for an Order Lifting, or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel (D.I. 8054, filed 7/27/12).

Status: The hearing on this matter will go forward.

**PRETRIAL CONFERENCE**

6. Pretrial Conference in the Adversary Proceeding (See Exhibit A, hereto).

Status: The pretrial conference regarding State of Michigan Department of Treasury has been adjourned to the pretrial conference scheduled for September 5, 2012 at 10:00 a.m. (ET), the pretrial conference regarding Maritz Canada Inc. has been adjourned to the pretrial conference scheduled for September 19, 2012 at 10:00 a.m. (ET), and the pretrial conference regarding SNMP Research International, Inc. has been adjourned to the pretrial conference scheduled for October 3, 2012 at 10:00 a.m. (ET).

| | |
|---|---|
| Dated: July 30, 2012<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and - |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ William M. Alleman, Jr.*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
William M. Alleman, Jr. (No. 5449)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6075085

5