## **Exhibit A**

| | |
|---|---|
| Nortel Networks, Inc. v. Maritz Canada Inc. et al | 10-53187 (KG) |
| SNMP Research International, Inc. et al v. Nortel Networks Inc. et al | 11-53454 (KG) |
| Nortel Networks Inc. v. State of Michigan Department of Treasury | 12-50773 (KG) |