Exhibit B

17

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **30 July 2012**    Our Ref: **GDB/CCN01.00001**    Invoice No.: **332725**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 45,656.00 |
| For the period to 30 June 2012, in connection with the above matter | | | |
| (Please see attached) | | | |
| Document Production (NT) | 0.00 | 0.00 | 80.64 |
| **Disbursements:** (NT) | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 92.18 |
| | 0.00 | | 45,828.82 |
| | | VAT | 0.00 |
| | | Total | 45,828.82 |
| | | **Balance Due** | **45,828.82** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 332725 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

Ashurst LLP

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN
PAPUA NEW GUINEA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/06/2012

|  |  | Time (Hours) | Amount (£) |  |
| --- | --- | --- | --- | --- |
| Partner: | Giles Boothman | 0.30 | 210.00 | (C0007) |
|  |  | 1.00 | 700.00 | (C0019) |
|  |  | 6.10 | 4,270.00 | (C0028) |
|  |  | 0.50 | 350.00 | (C0031) |
|  |  | **7.90** | **5,530.00** |  |
| Partner: | Steven Hull | 0.50 | 337.50 | (C0019) |
|  |  | **0.50** | **337.50** |  |
| Partner: | Marcus Fink | 1.40 | 910.00 | (C0019) |
|  |  | **1.40** | **910.00** |  |
| Partner: | Angela Pearson | 4.80 | 3,240.00 | (C0019) |
|  |  | 1.80 | 1,215.00 | (C0028) |
|  |  | 1.70 | 1,147.50 | (C0031) |
|  |  | **8.30** | **5,602.50** |  |
| Senior Associate | Antonia Croke |  |  |  |
|  |  | 0.80 | 368.00 | (C0007) |
|  |  | 3.30 | 1,518.00 | (C0028) |
|  |  | 2.80 | 1,288.00 | (C0031) |
|  |  | **6.90** | **3,174.00** |  |
| Senior Associate | Luke Rollason | 13.60 | 7,344.00 | (C0019) |
|  |  | 17.60 | 9,504.00 | (C0028) |
|  |  | **31.20** | **16,848.00** |  |
| Associate | Andy Wright | 7.60 | 3,002.00 | (C0019) |
|  |  | **7.60** | **3,002.00** |  |
| Junior Associate | Lindsey Roberts | 5.40 | 1,701.00 | (C0003) |
|  |  | 0.90 | 283.50 | (C0007) |
|  |  | 3.90 | 1,228.50 | (C0019) |
|  |  | 3.60 | 1,134.00 | (C0028) |
|  |  | 3.30 | 1,039.50 | (C0031) |
|  |  | **17.10** | **5,386.50** |  |
| Trainee | Simona Heinonen | 5.80 | 1,073.00 | (C0019) |
|  |  | **5.80** | **1,073.00** |  |
| Trainee | Yasmeen Ghali | 3.00 | 555.00 | (C0019) |
|  |  | 17.50 | 3,237.50 | (C0028) |
|  |  | **20.50** | **3,792.50** |  |
|  | **TOTAL** | **107.20** | **45,656.00** |  |



The Official Unsecured Creditors Committee For Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period:to 30/06/2012

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0003**</u>    <u>**Ashurst Fee Application/Monthly Billing Reports**</u>

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 5.40 | 315.00 | 1,701.00 |
| | | | Total | 1,701.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/2012 | Lindsey Roberts | LETT | Emails re: May fee and expenses estimates | 0.20 | 315.00 | 63.00 |
| 12/06/2012 | Lindsey Roberts | LETT | Email re: monthly fee application | 0.10 | 315.00 | 31.50 |
| 12/06/2012 | Lindsey Roberts | DRFT | Commenting on Exhibit Interim Order and checking figures against interim fee application (and email to B Kahn re: the same) | 0.70 | 315.00 | 220.50 |
| 12/06/2012 | Lindsey Roberts | DRFT | Amending draft invoice for monthly fee application | 0.50 | 315.00 | 157.50 |
| 20/06/2012 | Lindsey Roberts | DRFT | Amending draft invoice for monthly fee application | 0.80 | 315.00 | 252.00 |
| 20/06/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.60 | 315.00 | 189.00 |
| 22/06/2012 | Lindsey Roberts | LETT | Email to B Kahn re: fee application query | 0.10 | 315.00 | 31.50 |
| 22/06/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.80 | 315.00 | 252.00 |
| 25/06/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.90 | 315.00 | 283.50 |
| 25/06/2012 | Lindsey Roberts | READ | Proof reading and final amends to monthly fee application | 0.40 | 315.00 | 126.00 |
| 25/06/2012 | Lindsey Roberts | INTD | Email to GDB re: monthly fee application | 0.10 | 315.00 | 31.50 |
| 25/06/2012 | Lindsey Roberts | LETT | Email B Kahn re: monthly fee application | 0.20 | 315.00 | 63.00 |
| | | | | | | 1,701.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0007     Creditors Committee Meetings

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.30 | 700.00 | 210.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.80 | 460.00 | 368.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.90 | 315.00 | 283.50 |
| | | | Total | 861.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/06/2012 | Antonia Croke | PHON | Attending UCC call | 0.80 | 460.00 | 368.00 |
| 14/06/2012 | Lindsey Roberts | ATTD | Weekly UCC call | 0.40 | 315.00 | 126.00 |
| 28/06/2012 | Giles Boothman | ATTD | UCC call | 0.30 | 700.00 | 210.00 |
| 28/06/2012 | Lindsey Roberts | PHON | Weekly UCC call | 0.50 | 315.00 | 157.50 |
| | | | | | | 861.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0019 | Labor Issues/Employee Benefits | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 4.80 | 675.00 | 3,240.00 |
| GDB | Giles Boothman | 1.00 | 700.00 | 700.00 |
| MDF | Marcus Fink | 1.40 | 650.00 | 910.00 |
| SEH | Steven Hull | 0.50 | 675.00 | 337.50 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 13.60 | 540.00 | 7,344.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 7.60 | 395.00 | 3,002.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 3.90 | 315.00 | 1,228.50 |
| **Trainee** | | | | |
| SHEINO | Simona Heinonen | 5.80 | 185.00 | 1,073.00 |
| YGHALI | Yasmeen Ghali | 3.00 | 185.00 | 555.00 |
| | | | Total | **18,390.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019    Labor Issues/Employee Benefits**

|  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/06/2012 | Lindsey Roberts | READ | Review of Pension Claim Objections | 0.70 | 315.00 | 220.50 |
| 12/06/2012 | Angela Pearson | READ | Review emails/filed pension documents | 0.50 | 675.00 | 337.50 |
| 25/06/2012 | Andy Wright | LETT | Research re benefits payable during PPF assessment period; analysis of trustee/employee considerations; conference call. | 2.70 | 395.00 | 1,066.50 |
| 25/06/2012 | Angela Pearson | PHON | Telephone conversation with Akin re pension/employee advice | 0.80 | 675.00 | 540.00 |
| 25/06/2012 | Angela Pearson | LETT | Email to Brad re pensions/employee advice | 0.30 | 675.00 | 202.50 |
| 25/06/2012 | Angela Pearson | READ | Review emails re pensions/employee advice | 0.30 | 675.00 | 202.50 |
| 25/06/2012 | Lindsey Roberts | READ | Emails on pension/employee benefits | 0.20 | 315.00 | 63.00 |
| 25/06/2012 | Lindsey Roberts | PHON | Telephone conversation with Akin Gump re: pension/employee benefits and follow up with team | 0.70 | 315.00 | 220.50 |
| 25/06/2012 | Lindsey Roberts | READ | Review of pension benefits memo | 0.80 | 315.00 | 252.00 |
| 25/06/2012 | Marcus Fink | LETT | Preparation for and participate in call with Akin concerning impetus for trustees to settle and potential pressures from UK pension scheme members to do. Discuss same with AMP and ACW | 1.40 | 650.00 | 910.00 |
| 26/06/2012 | Andy Wright | LETT | Email correspondence re pension issues | 0.10 | 395.00 | 39.50 |
| 26/06/2012 | Angela Pearson | INTD | Emails to A Wright re pensions/employee benefits | 0.20 | 675.00 | 135.00 |
| 26/06/2012 | Angela Pearson | LETT | Email to Brad Khan re pensions/employee benefits | 0.20 | 675.00 | 135.00 |
| 26/06/2012 | Angela Pearson | PHON | Telephone conversation with Brad Khan re pensions/employee benefits | 0.30 | 675.00 | 202.50 |
| 26/06/2012 | Angela Pearson | LETT | Email to Giles Boothman re pensions/employee benefits | 0.20 | 675.00 | 135.00 |
| 26/06/2012 | Giles Boothman | SUPE | Review of analysis of pensions and severance claims | 0.50 | 700.00 | 350.00 |
| 27/06/2012 | Andy Wright | LETT | Email correspondence re. note on employee claims | 0.10 | 395.00 | 39.50 |
| 27/06/2012 | Angela Pearson | INTD | Telephone conversation with Luke Rollason | 0.30 | 675.00 | 202.50 |
| 27/06/2012 | Angela Pearson | READ | Review emails re pensions/employee benefits | 0.50 | 675.00 | 337.50 |
| 27/06/2012 | Giles Boothman | LETT | Email to Luke Rollason re employee severance claims/ ranking | 0.50 | 700.00 | 350.00 |
| 27/06/2012 | Luke Rollason | LETT | Reviewing Angela Pearson email re researching NNUK employee claims. Email to Giles Boothman re unite union case and scope of review. Research re government protection schemes for redundancy claimants. | 2.70 | 540.00 | 1,458.00 |
| 27/06/2012 | Lindsey Roberts | READ | Reading emails on employee claims from Giles Boothman and Luke Rollason | 0.20 | 315.00 | 63.00 |
| 27/06/2012 | Simona Heinonen | LETT | Company searches and printing reports/filing. Discussions with Yasmeen and Luke. Search for case. Compiling table of employment claims. | 3.20 | 185.00 | 592.00 |
| 27/06/2012 | Yasmeen Ghali | MISC | 1. Receiving instructions from Luke 2. Explaining background to Simona 3. Reviewing Administrators Progress reports | 2.00 | 185.00 | 370.00 |
| 28/06/2012 | Andy Wright | LETT | Memo on position of pension trustees | 0.50 | 395.00 | 197.50 |
| 28/06/2012 | Angela Pearson | READ | Review emails re employee benefits claims | 0.20 | 675.00 | 135.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019**      **Labor Issues/Employee Benefits**

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 28/06/2012 | Luke Rollason | LETT | Commencing memo re employee claims Reading Unite case re redundancy awards against NNUK. Checking relevant case law. Reviewing table summary by Simona Heinonen on progress reports and employee claims mentions. | 4.10 | 540.00 | 2,214.00 |
| 28/06/2012 | Lindsey Roberts | READ | Review of pension parties response to request for a more definitive statement | 0.50 | 315.00 | 157.50 |
| 28/06/2012 | Lindsey Roberts | READ | Review of pension legislation and commentary on Contribution Notices under the pension acts | 0.80 | 315.00 | 252.00 |
| 28/06/2012 | Simona Heinonen | MISC | Finish table summarising employment claims. Incorporate Yasmeen's findings. Find case. Emailing Luke Rollason. | 1.90 | 185.00 | 351.50 |
| 28/06/2012 | Yasmeen Ghali | DRFT | Reviewing Administrators' Progress Reports to identify potential employee claims issues | 1.00 | 185.00 | 185.00 |
| 29/06/2012 | Andy Wright | LETT | Review of memo re. pension parties' incentives for early settlement | 4.20 | 395.00 | 1,659.00 |
| 29/06/2012 | Angela Pearson | READ | Review emails/draft memo | 0.80 | 675.00 | 540.00 |
| 29/06/2012 | Angela Pearson | INTD | Telephone conversation with Luke Rollason | 0.20 | 675.00 | 135.00 |
| 29/06/2012 | Luke Rollason | LETT | Reviewing NNUK progress report summaries. Amending memorandum re employee rights. Researching preferential claims and government protection schemes. Inserting table as schedule. | 6.80 | 540.00 | 3,672.00 |
| 29/06/2012 | Steven Hull | READ | Review Andy Wright email to Luke Rollason, Giles Boothman and Angela Pearson regarding draft note on pensions aspects of redundancy payments from Andy Wright | 0.50 | 675.00 | 337.50 |
| 29/06/2012 | Simona Heinonen | RSCH | Amending summary table. Researching employment claims. | 0.70 | 185.00 | 129.50 |

                                                                                                    **18,390.00**

**Matter: CCN01.00001 - BANKRUPTCY**

| <u>C0028</u> | <u>**Non-Debtor Affiliates**</u> | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.80 | 675.00 | 1,215.00 |
| GDB | Giles Boothman | 6.10 | 700.00 | 4,270.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 3.30 | 460.00 | 1,518.00 |
| LAR | Luke Rollason | 17.60 | 540.00 | 9,504.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 3.60 | 315.00 | 1,134.00 |
| **Trainee** | | | | |
| YGHALI | Yasmeen Ghali | 17.50 | 185.00 | 3,237.50 |
| | | | Total | **20,878.50** |

## Matter: CCN01.00001 - BANKRUPTCY

### C0028   Non-Debtor Affiliates

|  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/2012 | Antonia Croke | READ | Review emails re APAC calls | 0.10 | 460.00 | 46.00 |
| 06/06/2012 | Antonia Croke | LETT | Emails re: APAC | 0.40 | 460.00 | 184.00 |
| 06/06/2012 | Angela Pearson | INTD | Email ACROKE | 0.40 | 675.00 | 270.00 |
| 06/06/2012 | Angela Pearson | INTD | Email GYB | 0.40 | 675.00 | 270.00 |
| 06/06/2012 | Giles Boothman | READ | Email to LROBER re APAC meeting | 0.20 | 700.00 | 140.00 |
| 06/06/2012 | Lindsey Roberts | INTD | Email to GDB re: In person meeting on APAC repatriation | 0.20 | 315.00 | 63.00 |
| 07/06/2012 | Antonia Croke | LETT | Emails re: APAC calls | 0.10 | 460.00 | 46.00 |
| 07/06/2012 | Antonia Croke | DRFT | Draft email re: APAC repatriation | 0.40 | 460.00 | 184.00 |
| 07/06/2012 | Antonia Croke | INTD | Discussion with LROBER re APAC repatriation | 0.30 | 460.00 | 138.00 |
| 07/06/2012 | Antonia Croke | LETT | Emails re: APAC | 0.20 | 460.00 | 92.00 |
| 07/06/2012 | Giles Boothman | PHON | Call with PDB, LROBER, message for Brad, read materials on APAC repatriation | 0.50 | 700.00 | 350.00 |
| 07/06/2012 | Lindsey Roberts | INTD | Discussion with ACROKE re: APAC analysis | 0.30 | 315.00 | 94.50 |
| 07/06/2012 | Lindsey Roberts | READ | Reviews of emails on APAC repatriation | 0.10 | 315.00 | 31.50 |
| 07/06/2012 | Lindsey Roberts | READ | Review of report on APAC repatriation | 0.40 | 315.00 | 126.00 |
| 07/06/2012 | Lindsey Roberts | INTD | Emails to ACROKE re APAC repatriation | 0.20 | 315.00 | 63.00 |
| 11/06/2012 | Antonia Croke | LETT | Emails re: liquidation advice | 0.30 | 460.00 | 138.00 |
| 11/06/2012 | Lindsey Roberts | READ | Review of APAC document and email to ACROKE re: the same | 0.60 | 315.00 | 189.00 |
| 12/06/2012 | Antonia Croke | INTD | Discussion with LROBER | 0.10 | 460.00 | 46.00 |
| 12/06/2012 | Antonia Croke | LETT | Emails re: APAC call | 0.10 | 460.00 | 46.00 |
| 12/06/2012 | Antonia Croke | LETT | Emails re: APAC liquidation advice | 0.20 | 460.00 | 92.00 |
| 12/06/2012 | Antonia Croke | LETT | Emails re: ARA; confer L Rollason re: same | 0.20 | 460.00 | 92.00 |
| 12/06/2012 | Giles Boothman | SUPE | Team briefing re APAC | 0.50 | 700.00 | 350.00 |
| 12/06/2012 | Giles Boothman | READ | Emails/ docs re APAC | 0.50 | 700.00 | 350.00 |
| 12/06/2012 | Giles Boothman | PHON | Call with B Kahn re APAC | 0.40 | 700.00 | 280.00 |
| 12/06/2012 | Luke Rollason | LETT | Meeting with Giles Boothman and Yasmeen Ghali re APAC liquidation analysis. Call with Brad Kahn re liquidation report and cash balances update. Reviewing ROW liquidation report. Locating Asia Restructuring Agreement. | 3.20 | 540.00 | 1,728.00 |
| 12/06/2012 | Lindsey Roberts | READ | Emails from GDB and ACROKE re APAC | 0.10 | 315.00 | 31.50 |
| 12/06/2012 | Lindsey Roberts | READ | Full read of APAC repatriation document | 1.50 | 315.00 | 472.50 |
| 12/06/2012 | Lindsey Roberts | INTD | Discussion with ACROKE | 0.10 | 315.00 | 31.50 |
| 12/06/2012 | Yasmeen Ghali | MISC | 1. Briefing from Giles regarding background of Nortel<br>3. Familiarising and reading Nortel Repatriation Analysis<br>2. Call with Akin to get direction<br>3. Receiving instructions from Luke<br>4. Compiling table illustrating status of group companies | 6.00 | 185.00 | 1,110.00 |
| 13/06/2012 | Antonia Croke | INTD | Discussion with LROBER | 0.10 | 460.00 | 46.00 |
| 13/06/2012 | Angela Pearson | READ | Review emails re APAC | 0.50 | 675.00 | 337.50 |
| 13/06/2012 | Luke Rollason | LETT | Supervising Yasmeen Bhali re liquidation analysis review. Reading report. | 1.70 | 540.00 | 918.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| <u>**C0028**</u> | <u>**Non-Debtor Affiliates**</u> | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 13/06/2012 | Lindsey Roberts | INTD | Discussion with ACROKE | 0.10 | 315.00 | 31.50 |
| 13/06/2012 | Yasmeen Ghali | DRFT | 1. Reviewing Liquidation & Repatriation Analysis 2. Identifying issues relating to employee, tax and intercompany claims in APAC jurisdictions 3. Filling in table with key issues to highlight | 6.00 | 185.00 | 1,110.00 |
| 14/06/2012 | Antonia Croke | READ | Review global liquidation analysis | 0.50 | 460.00 | 230.00 |
| 14/06/2012 | Luke Rollason | LETT | Supervising Yasmeen Ghali re APAC liquidation and priorities summary. Reviewing ROW liquidation report re tax and employee rights. Reviewing Asia Restructuring Agreement (ARA). | 4.10 | 540.00 | 2,214.00 |
| 14/06/2012 | Yasmeen Ghali | DRFT | Reading through Liquidation Analysis to highlight key factors in relation employee, tax and intercompany claims | 2.00 | 185.00 | 370.00 |
| 15/06/2012 | Yasmeen Ghali | LETT | Completing table highlighting key issues in relation to employee, tax and intercompany liabilities | 1.00 | 185.00 | 185.00 |
| 20/06/2012 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | 202.50 |
| 21/06/2012 | Antonia Croke | LETT | Emails regarding repatriation presentations. | 0.10 | 460.00 | 46.00 |
| 21/06/2012 | Luke Rollason | LETT | Reviewing liquidation report from 2010. Amending table of APAC jurisdictions by Yasmeen Ghali. Prep for conference call with Akin Gump. | 3.80 | 540.00 | 2,052.00 |
| 22/06/2012 | Antonia Croke | INTD | Confer with L Rollason; emails regarding the same. | 0.20 | 460.00 | 92.00 |
| 22/06/2012 | Angela Pearson | INTD | Email to Luke Rollason re call | 0.20 | 675.00 | 135.00 |
| 22/06/2012 | Giles Boothman | ATTD | Call re repatriation | 2.00 | 700.00 | 1,400.00 |
| 22/06/2012 | Giles Boothman | PREP | Read presentation and other materials re repatriation in prep for call and discuss internally | 2.00 | 700.00 | 1,400.00 |
| 22/06/2012 | Luke Rollason | LETT | Reviewing liquidation and repatriation analysis. Checking priorities of claimants. Reviewing table of APAC jurisdictions by Yasmeen Ghali. Attending conference call with Akin Gump, Capstone and Giles Boothman. | 4.80 | 540.00 | 2,592.00 |
| 22/06/2012 | Yasmeen Ghali | PHON | Listening to call with unsecured creditors' committee regarding repatriation of funds in different jurisdictions | 1.50 | 185.00 | 277.50 |
| 22/06/2012 | Yasmeen Ghali | LETT | Reading Nortel Global and Liquidation analysis in preparation for phone call | 1.00 | 185.00 | 185.00 |
| | | | | | | **20,878.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0031 | European Proceedings/Matters | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.70 | 675.00 | 1,147.50 |
| GDB | Giles Boothman | 0.50 | 700.00 | 350.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.80 | 460.00 | 1,288.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 3.30 | 315.00 | 1,039.50 |
| | | | Total | **3,825.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

### C0031     European Proceedings/Matters

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/2012 | Antonia Croke | LETT | Emails re: calls | 0.20 | 460.00 | 92.00 |
| 06/06/2012 | Lindsey Roberts | PHON | Nortel Professionals' call | 1.00 | 315.00 | 315.00 |
| 12/06/2012 | Lindsey Roberts | INTD | Emails with ACROKE re: calls | 0.20 | 315.00 | 63.00 |
| 13/06/2012 | Antonia Croke | LETT | Emails re: calls | 0.20 | 460.00 | 92.00 |
| 13/06/2012 | Lindsey Roberts | INTD | Email to ACROKE re: Professionals Call | 0.20 | 315.00 | 63.00 |
| 13/06/2012 | Lindsey Roberts | PHON | Nortel's Professionals' call | 0.50 | 315.00 | 157.50 |
| 14/06/2012 | Antonia Croke | READ | Review UCC Agenda | 0.10 | 460.00 | 46.00 |
| 14/06/2012 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 15/06/2012 | Antonia Croke | LETT | Emails re: telephone calls | 0.20 | 460.00 | 92.00 |
| 15/06/2012 | Antonia Croke | READ | Consider update on retiree/ltd mediation | 0.30 | 460.00 | 138.00 |
| 18/06/2012 | Antonia Croke | READ | Email re: Michigan tax dispute | 0.10 | 460.00 | 46.00 |
| 18/06/2012 | Antonia Croke | LETT | Emails re: call | 0.10 | 460.00 | 46.00 |
| 18/06/2012 | Antonia Croke | READ | Emails re: Genband | 0.10 | 460.00 | 46.00 |
| 18/06/2012 | Angela Pearson | READ | Review emails re LTD mediation | 0.20 | 675.00 | 135.00 |
| 18/06/2012 | Lindsey Roberts | PHON | Telephone conversation re Retiree mediation (and review of summary email) | 0.50 | 315.00 | 157.50 |
| 19/06/2012 | Antonia Croke | READ | Consider emails re meeting | 0.10 | 460.00 | 46.00 |
| 20/06/2012 | Antonia Croke | READ | Consider emails regarding updates. | 0.50 | 460.00 | 230.00 |
| 20/06/2012 | Antonia Croke | LETT | Emails regarding calls. | 0.20 | 460.00 | 92.00 |
| 22/06/2012 | Angela Pearson | READ | Review emails re tax dispute + Genband | 0.30 | 675.00 | 202.50 |
| 22/06/2012 | Angela Pearson | LETT | Email to Brad | 0.20 | 675.00 | 135.00 |
| 23/06/2012 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | 202.50 |
| 23/06/2012 | Angela Pearson | INTD | Emails to Giles Boothman | 0.20 | 675.00 | 135.00 |
| 24/06/2012 | Antonia Croke | LETT | Consider emails re ltd and retirees | 0.10 | 460.00 | 46.00 |
| 25/06/2012 | Antonia Croke | LETT | Consider emails | 0.10 | 460.00 | 46.00 |
| 25/06/2012 | Giles Boothman | ATTD | Call re pensions and LTD benefits | 0.50 | 700.00 | 350.00 |
| 27/06/2012 | Lindsey Roberts | ATTD | Nortel's professionals call | 0.60 | 315.00 | 189.00 |
| 28/06/2012 | Antonia Croke | LETT | Consider emails re Professionals and UCC calls; and pensions appeal and ltd/retiree negotiations | 0.50 | 460.00 | 230.00 |
| 28/06/2012 | Lindsey Roberts | READ | Review of emails re: progress of LTD mediation | 0.20 | 315.00 | 63.00 |
| 28/06/2012 | Lindsey Roberts | READ | Email on recent bond pricing | 0.10 | 315.00 | 31.50 |

                                                                          **3,825.00**