## Exhibit C

### DISBURSEMENT SUMMARY
### JUNE 01, 2012 THROUGH JUNE 30, 2012

| Document Production | £80.64 |
|---|---|
| Travel – Ground Transportation | £79.18 |
| Meals | £13.00 |
| **TOTAL** | **£172.82** |