**Exhibit D**

**Disbursements Detailed Breakdown**

| | | |
|---|---|---:|
| **Document Production** | | 80.64 |

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---:|
| 06/06/2012 | VENDOR: Conference Room Catering INVOICE#: 04 10 0652012 DATE: 21/06/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Jun 6 2012 | 5.65 |
| 30/05/2012 | VENDOR: Conference Room Catering INVOICE#: 28 03 062012 DATE: 12/06/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - May 30 2012 | 7.35 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---:|
| 14/06/2012 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 161686; DATE: 14/06/2012 - TAXI - LROBER 13/06/12 | 49.61 |
| 21/05/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/102823; DATE: 21/05/2012 - TAXI - LROBER 16/05/12 | 29.57 |
| | | **172.82** |