Exhibit E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
JUNE 01, 2012 THROUGH JUNE 30, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 1 June 2010 | Hourly Billing Rate After 1 June 2010 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|---|
| Giles Boothman | Partner for 11 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £690 | £700 | 7.90 | 5,530.00 |
| Steven Hull | Partner for 15 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, UK | £660 | £675 | 0.50 | 337.50 |
| Angela Pearson | Partner for 6 years; Admitted in 1991 in England and Wales; Litigation Group, London | £660 | £675 | 8.30 | 5,602.50 |
| Marcus Fink | Partner for 2 months; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £630 | £650 | 1.40 | 910.00 |
| Luke Rollason | Associate for 6 years; Admitted in 2005 in England and Wales; Restructuring and Special Situations Group, London | £510 | £540 | 31.20 | 16,848.00 |
| Antonia Croke | Associate for 5 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £425 | £460 | 6.90 | 3,174.00 |
| Andy Wright | Associate for 3 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £360 | £395 | 7.60 | 3,002.00 |
| Lindsey Roberts | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | £315 | 17.10 | 5,386.50 |
| Yasmeen Ghali | Trainee for 1 year; Restructuring and Special Situations Group, UK | £185 | £185 | 20.50 | 3,792.50 |
| Simona Heinonen | Trainee for 1 year; Restructuring and Special Situations Group, UK | £185 | £185 | 5.80 | 1,073.00 |
| TOTAL | | | | 107.20 | 45,656.00 |

20

## COMPENSATION BY PROJECT CATEGORY
### JUNE 01, 2012 THROUGH JUNE 30, 2012

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 5.40 | 1,701.00 |
| Creditors Committee Meetings | 2.00 | 861.50 |
| Labor Issues / Employee Benefits | 41.60 | 18,390.00 |
| Non-Debtor Affiliates | 49.90 | 20,878.50 |
| European Proceedings / Matters | 8.30 | 3,825.00 |
| TOTAL | 107.20 | 45,656.00 |