# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X<br>*In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>                      Debtors.<br>------------------------------------------------------------ X | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 8061** |
| Nortel Networks Inc.<br><br>                      Plaintiff,<br>v.<br><br>Maritz Canada Inc., *et al*.<br><br>                      Defendants.<br>------------------------------------------------------------ X | Adv. Proc. No. 10-53187<br><br>**Re: A.D.I. 96** |
| SNMP Research International, Inc., *et al.*<br><br>                      Plaintiffs,<br>v.<br><br>Nortel Networks Inc., *et al*.<br><br>                      Defendants.<br>------------------------------------------------------------ X | Adv. Proc. No. 11-53554<br><br>**Re: A.D.I. 55** |

---

[1] In addition to Nortel Networks Inc. the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Nortel Networks Inc. | : |
| | : |
| Plaintiff, | : |
| v. | :   Adv. Proc. No. 12-50773 |
| | : |
| State of Michigan Department of Treasury | :   **Re: A.D.I. 30** |
| | : |
| Defendant. | : |
| | : |
| ----------------------------------------------------------X | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 30, 2012, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On August 1, 2012 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

| | |
|---|---|
| Dated: July 30, 2012<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ William M. Alleman, Jr.*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>William M. Alleman, Jr. (No. 5449)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

6145770.1