**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
                   :

*In re*                           :       Chapter 11
                   :

Nortel Networks Inc., *et al.*,[1]    :       Case No. 09-10138 (KG)
                   :

             Debtors.   :       Jointly Administered
                   :
                   :
                   :
------------------------------------------------------------X

**DECLARATION OF JOHN J. RAY III IN SUPPORT OF
DEBTORS' MOTION FOR ENTRY OF AN
ORDER TERMINATING RETIREE BENEFITS AND
APPROVING A SETTLEMENT PROPOSAL PURSUANT TO 11 U.S.C. § 1114**

I, John J. Ray III, declare under penalty of perjury as follows:

1.      On January 6, 2010, upon the motion of Nortel Networks Inc. ("NNI") and the

other above-captioned debtors (together, the "Debtors"), I was appointed by this court as

Debtors' Principal Officer, *nunc pro tunc* to December 7, 2009.  I am also Senior Managing

Director and the sole member of Avidity Partners, LLC.

2.      Except as otherwise indicated, all facts set forth in this declaration are based

upon my personal knowledge, information supplied to me by other members of the Debtors'

management and professionals based on, among other things, a review of the Debtors' files,

books and records, or learned from my review of relevant documents or are based upon my

opinion, which is founded upon my experience and knowledge of the Debtors' operations.  If I

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

were called upon to testify, I could and would testify competently to the facts set forth herein.  I am authorized to submit this declaration.

3.      I submit this declaration in support of the Debtors' motion (the "Retiree Plan Termination Motion")[2] for an order (i) authorizing the Debtors to terminate the Retiree Welfare Plans; (ii) approving the Proposal; and (iii) granting them such other and further relief as the Court deems just and proper.

4.      True and complete copies of the following documents cited in the Retiree Plan Termination Motion are attached to this declaration:

**Exhibit 1:**      1991 Northern Telecom Inc. Retiree Medical Plan and Retiree Life Insurance and Long-Term Care Plan

**Exhibit 2:**      2004 Nortel Networks Inc. Retiree Medical Plan Summary Plan Description

**Exhibit 3:**      Nortel Retiree Committee Settlement Proposal

*[Remainder of page intentionally left blank.]*

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Retiree Plan Termination Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true

and correct to the best of my knowledge, information and belief.

Dated:  July 30, 2012
Location:  Chicago, IL

_____
John J. Ray III

## **EXHIBIT 1**

## ADOPTION OF NORTHERN TELECOM INC.
## RETIREE MEDICAL PLAN AND RETIREE LIFE INSURANCE
## AND LONG-TERM CARE PLAN

I, Roy E. Merrills, acting within my authority as President of Northern Telecom Inc., hereby adopt and approve the Retiree Medical Plan and Retiree Life Insurance and Long-Term Care Plan, attached hereto as Exhibit A.

Executed this _30_ day of _Oct_, 1991.

_____
Roy E. Merrills
President

# RETIREE

# MEDICAL PLAN

# AND

# RETIREE

# LIFE INSURANCE
# AND LONG-TERM

# CARE PLAN

**Effective  April  1,  1991**

## I.   RETIREE LIFE INSURANCE
## AND LONG-TERM CARE PLAN

### Section  1.1   Eligibility

a.   All current full-time employees of Northern Telecom Inc. and its participating affiliates including BNR Inc. (the "Company") who are not members of a bargaining unit which has a collective bargaining agreement with the Company will be eligible for benefits under this Plan provided the employee retires directly from Company service and provided further that if an employee retires directly from Company service prior to his or her reaching age sixty-five (65) the employee must have at least ten (10) Years of Service with the Company to be eligible for benefits under this Plan.   An eligible Retiree's spouse will also be eligible (with actuarially reduced benefit for joint coverage) for long-term care coverage as described below.   "Retirement directly from Company service" means moving from actively at-work status with the company to retirement status.   If there is an intervening period of time in which an employee is receiving severance benefits between an actively at-work status and retirement status, Such employee shall be viewed as retiring directly from Company service.   Retirement directly from Company service does not include any employee who moves from disability status to retirement status.

b.   An eligible Retiree will be covered without evidence of insurability if he or she is actively at work on the day prior to his or her Retirement Date or on the day prior to any intervening severance period between at-work status and retirement status.

c.   For an eligible Retiree's spouse to be eligible for long-term care benefits under Option III in Section 1.2, on the Retirement Date of the Retiree, the spouse must either (i) be covered by the Company's medical plan or (ii) not be confined for medical care or treatment in any institution or at home.

### Section  1.2   Benefit  Options

a.   On his or her Retirement Date, an eligible Retiree and his or her spouse, if applicable, can choose one of the following benefit options:

I.   Retirees who began employment with the Company prior to January 1, 1991, shall be eligible for Option I which is an initial amount of

life insurance coverage equal to the employee's base pay and commissions (on an annualized basis) as of December 31, 1990. Such initial amount of life insurance coverage shall be reduced by 10% of such initial amount on each anniversary of the Retiree's Retirement Date for five years. After five years, the life insurance coverage shall be equal to the lesser of (1) the reduced life insurance coverage and (ii) $50,000 ("Option I").

II.    $35,000 life insurance coverage ("Option II").

III.    $10,000 life insurance coverage plus long-term care coverage for the Retiree up to $100/day with a maximum benefit of $180,000 ("Option III").

IV.    $10,000 life insurance coverage plus long-term care coverage for the Retiree and spouse up to $70/day with a combined maximum benefit of $125,000 ("Option IV").

## Section 1.3    Benefit Eligibility Under Long-Term Care Coverage

a.    In order to receive long-term care benefits under this Plan, the covered individual must, by virtue of physical or mental impairment, be assessed to be dependent on others for assistance in two or more of the following five Activities of Daily Living ("ADL's") -- bathing, dressing, toileting, eating, and transferring from bed to chair -- and have completed the required waiting period.

b.    The waiting period for benefits is sixty days from the date the covered individual is certified as eligible for benefits (i.e., dependent in two of five ADL's) by a Patient Care Coordinator. If the individual has not been confined to a nursing home or received home health care or adult day care services for a period of six consecutive months, a new waiting period must be established unless the Patient Care Coordinator has verified continued ADL dependency during that six-month period.

## Section 1.4    Benefit Amounts

a.    The Maximum Daily Amount ("MDA") is $100 under Option III. The MDA under Option IV is $70 applied separately to each covered individual. The MDA does not increase for the surviving spouse upon the death (or other termination of coverage) of the other.

- 2 -

b.    The maximum lifetime benefit under the long-term care coverage is $180,000 under Option III and $125,000 under Option IV.

c.    Benefits are payable as set forth below:

(i).    100% of the daily charges for qualifying nursing home services, up to the MDA;

(ii).    100% of the per-visit charges for qualifying home health care services, up to one-half the MDA; and

(iii).    100% of the daily charge for adult day care services, up to one-half the MDA.

d.    If multiple services are provided on a single day, the maximum benefit shall be limited to the MDA if the covered individual is a resident in a qualifying nursing home, and otherwise shall be limited to one-half the MDA.

## Section 1.5    Covered Services

a.    Coverage is provided for care furnished in a qualified nursing home for which a room and board charge is made by the nursing home and the nursing home stay commenced after the covered individual became eligible under this Plan.

b.    A qualified nursing home is a facility that

1.    Is Medicare approved as a provider of skilled nursing care services; or

2.    Is licensed by the state in which the institution is located as a skilled nursing home or as an intermediate care facility; or

3.    Meets all of these tests:

-    It is licensed as a nursing home by the state in which the institution is located;

-    Its main function is to provide skilled, intermediate, or custodial nursing care;

- 3 -

    -    It is engaged in providing continuous room and board accommodations to three or more persons;

    -    It is under the supervision of a registered nurse or licensed practical nurse;

    -    It maintains a daily medical record of each patient;

    -    It maintains control and records for all medications dispensed.

c.    Visits by a member of a home health agency, if the agency meets at least one of the following criteria:

    1.    A home health agency licensed in the jurisdiction in which the home health care is delivered; or

    2.    A home health agency as defined by Medicare; or

    3.    An agency or organization which provides a program of home health care which meets all of the following tests:

        -    It is licensed to provide the services in the program of home health care;

        -    It is certified by the Claims Administrator as an appropriate provider of home health care;

        -    It has a full-time administrator;

        -    It maintains written records of services provided to the patient;

        -    Either its staff includes at least one registered nurse or nursing care by a registered nurse is available to it.

d.    Visits to an adult day care facility, if the facility meets the following two criteria:

    1.    If the state in which the facility is located licenses adult day care facilities, the facility must be state licensed; and

- 4 -

2.    The facility must:

-    Provide or be able to arrange for nursing care under the supervision of a registered nurse (RN);

-    Have a staff to patient ratio of no less than one to eight;

-    Provide necessary assistance in Activities of Daily Living;

-    Provide or arrange for physical and restorative therapy;

-    Provide planned therapeutic, social, and educational activities;

-    Provide social services, such as case management and counseling;

-    Provide nutritional services and counseling;

-    Maintain written records of services provided to each patient;

-    Have a full-time administrator.

**Section 1.6    Exclusions**

a.   The following items are specifically excluded from long-term care coverage:

1.    Charges for which benefits are payable under any governmental plan, including Medicare, to the extent permitted by law.

2.    Stays in a nursing facility or other institution owned or operated by the United States Government or any of its agencies, unless payment is legally required.

3.    Stays or visits for injury or sickness caused by or resulting from any war or act of war, even if war is not declared; committing or attempting to commit a felony; engaging in an illegal occupation; or participating in a riot or insurrection.

- 5 -

4.      Stays or visits due to mental, psychoneurotic or personality disorders of an inorganic nature (i.e., schizophrenia, manic depression/depression, neuroses, and psychoses). Alzheimer's disease, organic brain syndrome, chronic brain syndrome, senile dementia are organic and are covered.

5.      Stays or visits outside the United States and its possessions.

6.      Stays or visits caused, wholly or partly, by intentionally self-inflicted injury or attempted suicide, while sane or insane.

7.      Stays or visits due to chronic alcoholism or chemical dependency.

8.      Stays or visits for which no charges would be made in the absence of insurance.

9.      Charges for a service or supply furnished by a close relative. "Close relative" means a spouse, child, grandchild, brother, sister (or a spouse of a child, grandchild, brother, or sister), parent or spouse's parent.

## Section 1.7    Case Management

a.      Covered individuals will be assessed by Patient Care Coordinators, who are registered nurses, for benefit eligibility and determination of long-term care needs as well as the most appropriate source and amount of care required to meet those needs.

b.      Eligibility determination will be based on the degree of physical and/or mental impairment of the insured individual. These dimensions of functioning will be assessed through the use of methods consistent with accepted practices in assessing the ability to perform activities of daily living.

c.      Upon certification of benefits, the Patient Care Coordinator will be responsible for developing a long-term care plan in conjunction with the covered individual and other relevant resources, authorizing qualifying services, monitoring and modifying the plan of care and needed services, benefits counseling and conducting scheduled recertifications.

- 6 -

d.    When a covered individual is certified for benefits, he or she must submit substantiating bills for eligible services.

## Section 1.8    Conversion of Existing Coverages

a.    An employee's coverage under the Employee Life Insurance Plan may be converted to an individual policy without the necessity of a medical examination.   This includes employee term insurance, whether contributory or non-contributory, dependent and spousal term insurance and employee, dependent or spousal accidental death and dismemberment insurance.

## II.   RETIREE MEDICAL PLAN

### Section 2.1    Eligibility

a.    All current full-time employees of Northern Telecom Inc. and its participating affiliates including BNR Inc. (the "Company") who are not members of a bargaining unit which has a collective bargaining agreement with the Company will be eligible at retirement directly from Company service for benefits under this Plan provided the employee has at least five Years of Service with the Company (or is otherwise entitled to retire directly from Company service) and provided further the employee pays all required contributions.   "Retirement directly from Company service" means moving from actively at work status with the company to retirement status.   It does not include any employee who moves from disability status to retirement status.

b.    Under this Plan, an eligible Retiree may elect coverage for Qualified Dependents provided he or she may do so under the terms of the relevant medical plan in effect on his or her Retirement Date, as discussed in Section 2.2.

c.    This Plan will also apply to persons currently retired from the Company.

### Section 2.2    Medical Plan

a.    The initial medical plan in which a Retiree may participate will be designated by the Company.   The Company may designate more than one medical plan for participation by Retirees and, in such event, a Retiree may be given a choice of medical plans in which he or she may participate.

b.    The terms, conditions and benefits of the medical plan in which a Retiree may participate may be modified, amended or terminated by the Company at any time.   A Retiree will be subject to the same modifications and amendments to a medical plan as then current employees of the Company are subject to.   In addition, the Company may terminate an existing medical plan in which a Retiree is participating and replace it with a new plan.   If the Company terminates medical coverage for its then current employees, a Retiree's medical coverage may similarly be terminated.

- 9 -

c. . The terms and conditions concerning specific benefits under the relevant medical plan will be set forth solely in the relevant medical plan and not in this Plan.

d. Retirees and Qualified Dependents who are, or upon reaching the requisite age after retirement become, eligible for Medicare will still be eligible to participate in this Plan. However, once a Retiree or Qualified Dependent is eligible for Medicare coverage, coverage under any Company medical plan pursuant to the provisions of this Plan will, subject to the provisions of Section 2.2.e, convert to Medicare Supplemental Coverage. Under Medicare Supplemental Coverage, benefits will still be available under the relevant medical plan in which the Retiree or Qualified Dependent is participating, but the medical plan will be secondary to Medicare coverage, which is primary. Because Medicare coverage is primary, a Retiree or Qualified Dependent must first seek benefits under Medicare coverage before seeking coverage under the relevant Company medical plan. The relevant medical plan will contain greater detail concerning the impact of Medicare on Retiree medical coverage and such provisions are hereby incorporated by reference herein.

e. In order for a Retiree or Qualified Dependent to be eligible for coverage under a Company medical plan after becoming eligible for Medicare benefits, the Retiree or Qualified Dependent must enroll for benefits under Medicare Part B.

**Section 2.3    Premium; Company Credit.**

a. Each Plan Year, the Company will determine the premium for Retirees and their Qualified Dependents for coverage under the medical plan or plans designated for participation for Retirees and Qualified Dependents. The premium shall be different for Retirees and Qualified Dependents eligible for Medicare and those not so eligible and shall also differ based on whether the coverage is for a Retiree only or for family coverage. In order to receive benefits under this Plan, a Retiree must pay the premium for the type of coverage selected by the Retiree. The premium in effect on the Retirement Date of a Retiree may be increased or decreased in subsequent Plan Years. Retirees and Qualified Dependents shall be given reasonable notice prior to any increase in required premium payments.

b.    The Company shall make a contribution towards the premium cost of any Retiree who has at least five Years of Service.

c.    The amount of the Company contribution will depend on (i) the number of Years of Service of the Retiree recognized under this Plan, (ii) the type of coverage (single or family) selected by the Retiree and (iii) whether the Retiree or any Qualified Dependent is eligible for Medicare. The chart below sets forth the Company contribution for each Year of Service recognized under this Plan:

Single Coverage

| | |
|---|---|
| Prior to Medicare Eligibility | $10.50 |
| Medicare Eligible | $3.00 |

Family Coverage (Provided All Persons are either all Medicare Eligible or all are not Medicare Eligible)

| | |
|---|---|
| Prior to Medicare Eligibility | $26.00 |
| Medicare Eligible | $3.00 |

Anything in this Plan to the contrary notwithstanding, the Company Contribution for any Retiree or Qualified Dependent shall not be greater than the applicable premium for such Retiree or Qualified Dependent.

d.    If a Retiree and one Qualified Dependent are covered and one is Medicare eligible and one is not Medicare eligible, the chart for single coverage will be used to determine the Company contribution for each person.  If within a Family Unit of more than two covered individuals, the Family Unit members differ as to Medicare eligibility, the chart for single coverage will be used to determine the Company Contribution for a covered individual if only one covered individual has a different Medicare eligibility status and the Family Coverage chart will be used to determine the Company contribution for the remaining covered individuals if two or more Family Unit members have the same Medicare eligibility status.

e.    Anything in this Plan to the contrary notwithstanding, the Plan shall not recognize, for Company contribution purposes, any Years of Service in excess of twenty years.  The Company contribution toward premiums under this Plan may not be converted into cash or any other form of benefit if an eligible employee does not elect coverage under this Plan.  If an eligible

- 11 -

employee elects not to be covered under this Plan, any right he or she may have to receive Company contributions shall be forfeited.

## Section 2.4    Special Grandfathering Provision.

a.    Certain eligible employees shall be viewed as having twenty Years of Service under this Plan without reference to the remaining provisions of this Plan.   These eligible employees, who shall be referred to in this Plan as "Grandfathered Employees", are set forth below:

(i)    Current retirees of the Company or eligible employees retiring in 1991 at age 65 or older; and

(ii)    Employees of the Company with combined age and Years of Service recognized under the Retirement Plan equaling 65 (or more) as of December 31, 1991, including employees retiring in 1991 before age 65 where age and service would have equalled 65 on December 31, 1991 had the employee retired on such date.

## Section 2.5    Dental and Vision Coverage.

a.    Retiree medical benefits do not include coverage for any dental or vision charges as defined from time to time by the medical plan or plans of the Company.

## Section 2.6    Continuation of Company Contribution

a.    The Company shall continue to make a Company contribution with respect to a Qualified Dependent after the death of the Retiree associated with such Qualified Dependent.   The Company contribution with respect to any such Qualified Dependent shall continue to be based on the Retiree's Years of Service recognized under the Plan and whether the Qualified Dependent is Medicare eligible and is part of a family group covered under this Plan.

b.    The Company shall cease making a Company contribution with respect to a spouse of a Retiree upon the divorce of the spouse from the Retiree or upon an annulment of their marriage.

- 12 -

### III. PROVISIONS RELATING TO BOTH RETIREE LIFE INSURANCE AND LONG-TERM CARE PLAN AND RETIREE MEDICAL PLAN

**Section 3.1    Administration and Funding**

a.    This Retiree Welfare Plan shall be administered by Northern Telecom Inc. ("Administrator") which shall constitute a named fiduciary under the Retiree Welfare Plan.   The Administrator may delegate in writing responsibility for administrative tasks required under the Retiree Welfare Plan to designated employees of the Company and/or to other agents, including the Employee Benefits Committee of the Company.   The Administrator shall have discretionary authority to interpret the terms and conditions of this Plan.   The Administrator shall rule upon all questions concerning the application or interpretation of the provisions of the Retiree Welfare Plan.

b.    The Retiree Welfare Plan is an unfunded plan and all benefits payable under the Retiree Welfare Plan and all administrative expenses shall be paid from the general assets of the Company.

c.    All claims relating to benefits under the Retiree Welfare Plan will be directed in writing to the attention of the Administrator.   If the Administrator determines that any individual who has claimed a right to receive benefits under the Retiree Welfare Plan is not entitled to receive all or any part of the benefits claimed, he shall inform the claimant by certified mail of this determination and the reasons therefor in layman's terms, with specific reference to pertinent Plan provisions and with a description of the review procedures set forth below.   The claimant may, within sixty (60) days of receipt of such determination, submit to the Administrator by certified mail such further information as will, in the claimant's opinion, establish the claimant's right to such benefits.   If, upon receipt of this further information, the Administrator determines that the claimant is not entitled to the benefits claimed, it shall so advise the claimant by certified mail and give the claimant or the claimant's representative ninety (90) days from the date of such advice to request an opportunity to appear personally before a majority of its members, at the claimant's expense, to submit issues and comments in writing, and to review pertinent documents.   The Administrator shall render its final decision with the specific reasons therefor, in writing, and shall transmit it to the claimant by certified mail within sixty (60) days of any such appearance.

- 13 -

## Section 3.2    Miscellaneous

a.    The Company hopes and expects to continue the Retiree Welfare Plan, but necessarily reserves the right to amend the Retiree Welfare Plan from time to time or terminate the Retiree Welfare Plan at any time.  Any amendment to the Retiree Welfare Plan may reduce or eliminate benefits payable under the Retiree Welfare Plan to persons who are Employees or Retirees as of the effective date of the amendment.

b.    Nothing contained in the Retiree Welfare Plan shall be deemed to give any Employee the right to be retained in the service of the Company or to interfere with the right of the Company to discharge any Employee at any time, nor shall it be deemed to give the Company the right to require any Employee to remain in its service, nor shall it interfere with any Employee's right to terminate his service at any time.

c.    The Retiree Welfare Plan is intended to qualify as a welfare plan within the scope of the Employee Retirement Income Security Act of 1974, as amended ("ERISA").  This Plan shall be construed in accordance with the provisions of ERISA and, to the extent not preempted by ERISA, the laws of the State of Tennessee.

d.    From time to time the Company may increase the Company contribution payable under the Retiree Medical Plan.

## Section 3.3    Definitions

The following terms shall have the meanings set forth below.

"ADL" shall have the meaning assigned to that term in Section 1.3 of the Retiree Welfare Plan.

"Administrator" shall have the meaning assigned to that term in Section 3.1 of the Retiree Welfare Plan.

"Claims Administrator" shall mean Prudential, or any other claims administrator selected from time to time by the Administrator.

"Company" shall mean Northern Telecom Inc., a Delaware corporation and its affiliates participating in the Retiree Welfare Plan.

- 14 -

"Grandfather Employees" shall have the meaning assigned to that term in Section 2.4 of the Retiree Welfare Plan.

"Maximum Daily Amount" or "MDA" shall each have the meaning assigned to that term in Section 1.4 of the Retiree Welfare Plan.

"Medicare" shall mean Title XVIII (health coverage for the aged and disabled) of the United States Social Security Act, as amended from time to time.

"Option I" shall have the meaning assigned to that term in Section 1.2 of the Retiree Welfare Plan.

"Option II" shall have the meaning assigned to that term in Section 1.2 of the Retiree Welfare Plan.

"Option III" shall have the meaning assigned to that term in Section 1.2 of the Retiree Welfare Plan.

"Option IV" shall have the meaning assigned to that term in Section 1.2 of the Retiree Welfare Plan.

"Patient Care Coordinator" shall have the meaning assigned to that term in Section 7.1 of the Retiree Life Insurance and Long-Term Care Plan.

"Plan Year" shall mean a calendar year commencing with January 1 and ending with December 31.

"Prudential" means Prudential Insurance Company of America, a New Jersey corporation.

"Qualified Dependent" shall have the meaning assigned to that term in the relevant medical plan underlying the Retiree Medical Plan.

"Retiree" shall mean a Company employee who has retired from company service pursuant to the provisions of the Retirement Plan.

"Retiree Welfare Plan" means the Retiree Life Insurance and Long-Term Care Plan, the Retiree Medical Plan and all other provisions relating to these plans.

- 15 -

"Retirement Date" shall mean the date a Retiree's retirement from company service is effective pursuant to the terms of the Retirement Plan.

"Retirement Plan" shall mean the Northern Telecom Inc. Retirement Plan for Employees, as amended from time to time or any successor plan designated by the Administrator.

"Year of Service" under the Retiree Welfare Plan shall mean employment service with the Company recognized as a Year of Service under the vesting provisions of the Retirement Plan; provided, however, that if under Appendix A of this Plan, an employee's Years of Service would differ than the Years of Service credited for vesting purposes to such employee under the Retirement Plan, Appendix A shall control.

## EXHIBIT 2

# NORTEL NETWORKS
# RETIREE MEDICAL PLAN
# SUMMARY PLAN DESCRIPTION
# 2004

# IN THIS SECTION

INTRODUCTION................................................................................... 4

IMPORTANT NOTE ABOUT THIS SUMMARY ........................................... 4


## SECTION ONE – RETIREE MEDICAL PLAN BENEFITS

PLAN HIGHLIGHTS ............................................................................. 5

ELIGIBILITY ...................................................................................... 7
For You ............................................................................................ 7
For Your Eligible Dependents ............................................................ 10
For Your Domestic Partner ................................................................ 11
Special Eligibility Rules .................................................................... 12

PARTICIPATION ................................................................................ 12

WHEN COVERAGE BEGINS................................................................ 13

CHANGING YOUR SELECTIONS......................................................... 14
Status changes ................................................................................ 14

COST OF COVERAGE ........................................................................ 16

MAINTENANCE OF BENEFITS............................................................ 18

PRECERTIFICATION .......................................................................... 20
How Precertification Works .............................................................. 20
In an Emergency .............................................................................. 21
For Pregnancy .................................................................................. 21
If You Don't Complete the Precertification Process ............................. 21

OUT-OF-POCKET MAXIMUM .............................................................. 21

LIFETIME MAXIMUM ......................................................................... 22

AUTOMATIC LIMITED RESTORATION ................................................ 22

COVERED EXPENSES ....................................................................... 23
Mental Health and Substance Abuse Treatment Benefits .................... 23
Organ Transplant Benefits................................................................ 26
Prescription Drug Benefits................................................................ 27
Health Management Program ............................................................ 33
Preventive Care Benefits .................................................................. 33
Other Covered Expenses .................................................................. 36

WHAT IS NOT COVERED .................................................................. 47

HOW THE PPO OPTIONS WORK........................................................ 52
Provider Directory ........................................................................... 52
Plan Benefits ................................................................................... 52

Member Services ...................................................................................................57
PPO Options Summary of Medical Benefits ........................................................59

HOW THE COMPREHENSIVE OPTION WORKS ..........................................62
Calendar Year Deductible......................................................................................62
Coinsurance ...........................................................................................................62
Reimbursement Level ............................................................................................62
Out-of-Pocket Maximum.......................................................................................63
Passive PPO ...........................................................................................................63
Common Accident Exception................................................................................63
Precertification.......................................................................................................64
Filing Medical Claims............................................................................................64
Comprehensive Option Summary of Medical Benefits ........................................64

HOW THE INDEMNITY OPTION WORKS ....................................................67
Basic Medical Expense Coverage .........................................................................67
Hospital Expense Coverage...................................................................................67
Covered Hospital Expenses...................................................................................67
Covered Surgical Expenses ...................................................................................68
Accident Expense Coverage ..................................................................................68
Major Medical Expense Coverage ........................................................................69
Calendar Year Deductible......................................................................................69
Coinsurance ...........................................................................................................69
Reimbursement Level ............................................................................................70
Out-of-Pocket Maximum.......................................................................................70
Passive PPO ...........................................................................................................70
Common Accident Exception................................................................................70
Precertification.......................................................................................................71
Filing Medical Claims............................................................................................71
Indemnity Option Summary of Medical Benefits.................................................71

WHEN COVERAGE ENDS ................................................................................74
For You ..................................................................................................................74
For Your Dependents (or Domestic Partner) ........................................................74
Extension of Health Care Protection.....................................................................74
COBRA ..................................................................................................................75
Conversion Privilege..............................................................................................78

THIRD PARTY LIABILITY.................................................................................80

## SECTION TWO – ADMINISTRATIVE INFORMATION

PLAN ADMINISTRATION ................................................................................81
CLAIM PROCEDURES .....................................................................................83

YOUR RIGHTS UNDER ERISA................................................................................. 93
HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT
(HIPAA) PRIVACY NOTICE.................................................................................. 95
FUTURE OF THE PLAN ......................................................................................... 96

## SECTION THREE
GLOSSARY................................................................................................................ 97

## APPENDICES
A. CIGNA and United Behavioral Health Information Used in Claims
   Determination.................................................................................................... 113
B. Medco Health Solutions Information Used in Claims Determinations.................... 116

.

# INTRODUCTION

Nortel Networks Inc. (the "Company") and the other Employers offer the Nortel Networks Retiree Medical Plan to help protect you and your family from the high cost of medical treatment and hospitalization.

This is the Summary Plan Description (SPD) that describes the provisions of the Nortel Networks Retiree Medical Plan that are in effect as of September 1, 2003.  It is designed to provide you with a comprehensive resource providing detailed information about your medical benefits and directing you to other sources of information that could not be described fully in this SPD.  It is divided into the following sections:

- **SECTION ONE – PLAN BENEFITS** describes the provisions of the Retiree Medical Plan that determine your benefits.

- **SECTION TWO – ADMINISTRATIVE INFORMATION** includes administrative details about this plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights, HIPAA Privacy Notice and how the Company may amend the plan.

- **SECTION THREE – GLOSSARY** contains brief descriptions of terms used in this document.
- **APPENDIX** includes supplemental information referenced in this document.

Please note that certain key words in each section are capitalized. You can find an explanation of these words in the Glossary section at the end of this booklet. References to "you" and "your" throughout this document are references to either the enrolled Employee or an enrolled Dependent.

# IMPORTANT NOTE ABOUT THIS SUMMARY

This information is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Retiree Medical Plan can be found in the Plan documents. If there is a difference between the information in this summary and the Plan documents, the Plan documents will govern.

# SECTION ONE –
# RETIREE MEDICAL PLAN BENEFITS

## PLAN HIGHLIGHTS

Under the Retiree Medical Plan, at Retirement you can choose from the following medical benefit options:

- Two PPO Options (available only to retirees less than age 65)
    - 90/70 PPO      • 80/60 PPO
- Comprehensive
- Indemnity

Or, you may choose to decline Retiree Medical Plan coverage. If you decline Retiree Medical Plan coverage at Retirement, you will not be permitted to elect that coverage at any later time. You may elect COBRA coverage when you decline Retiree Medical Plan coverage. However, if you do so, you will not be permitted to elect the Retiree Medical Plan coverage after your COBRA coverage ends. See page 75 for more information about COBRA rights.

No dental, vision or hearing care plan is available under the Retiree Medical Plan.

Here's an overview of the Retiree Medical Plan options currently offered by the Employers. The Company reserves the right to change Plan features and Plan options at any time or to terminate the Retiree Medical Plan completely. As a result, the options described below may provide different benefits or may not be available at your Retirement. Please read further for details on plan limits, maximums, deductibles, precertification requirements and other Plan features:

| Benefit Description | 80/60 PPO Option Administered by CIGNA | | 90/70 PPO Option Administered by CIGNA | |
|---|---|---|---|---|
| | In-Network | Out-of-Network | In-Network | Out-of-Network |
| **Calendar Year Deductible** | | | | |
| • Individual | $300 | $600 | $150 | $300 |
| • Family | $900 | $1,800 | $450 | $900 |

|  | 80/60 PPO Option Administered by CIGNA | | 90/70 PPO Option Administered by CIGNA | |
|---|---|---|---|---|
| **Calendar Year Out-of-Pocket Maximum (excludes deductible/ /copayments/amounts exceeding R&C limits)** | | | | |
| • Individual | • $2,500 | • $7,500 | • $2,500 | • $5,000 |
| • Family | • $5,000 | • $15,000 | • $5,000 | • $10,000 |
| **Lifetime Medical Maximum** | Unlimited | | $2,000,000* | |

*Includes medical plan benefits paid by the Nortel Networks Medical Plan while you were employed with Nortel Networks but not mental health and substance abuse treatment or prescription drug benefits

| **Benefit Description** | **Comprehensive Option Administered by CIGNA** | **Indemnity Option Administered by CIGNA** |
|---|---|---|
| **Calendar Year Deductible** | | |
| • Individual | $300 | $200 |
| • Family | $900 | $400 |
| **Reimbursement** *Based on Reasonable and Customary (R &C) limits where applicable and Subject to Calendar Year Deductible* | | |
| • For most covered services | • 80% | • 80% (other than hospital/outpatient surgery) |
| • Hospital/outpatient surgery *If precertified* | • 80% | • 100% (not subject to Calendar Year Deductible) |
| **Calendar Year Out-of-Pocket Maximum (excludes deductible/ /copayments/amounts exceeding R&C limits)** | | |
| • Individual | • $2,000 | • $1,500 |
| • Family | • $4,000 | • $3,000 |
| **Lifetime Medical Maximum** | $2,000,000* | |

*Includes medical plan benefits paid by the Nortel Networks Medical Plan while you were employed with Nortel Networks but not mental health and substance abuse treatment or prescription drug benefits.

|  | Prescription Drug Benefits Provided through Medco Health Solutions | |
|---|---|---|
| **Retail Prescription Drug Benefits** (Up to a 30-day supply) | **In-Network** | **Out-of-Network** |
| Generic<br><br>Preferred Brand-Name<br><br>Non-Preferred Brand-Name | • 20% of prescription cost with $7 minimum and $25 maximum<br>• 20% of prescription cost with $15 minimum and $50 maximum<br>• 30% coinsurance with $30 minimum and $65 maximum) | 60% of prescription cost |
| **Home Delivery Pharmacy Service** (Up to a 90-day supply) | **In-Network** | **Out-of-Network** |
| Generic<br><br>Preferred Brand-Name<br><br>Non-Preferred Brand-Name | • 15 copayment for Generic Drugs<br>• $45 copayment for Preferred Brand-Name Drugs*<br>• $90 copayment for Non-Preferred Brand-Name Drugs* | Not applicable |

*Plus difference between Generic and Brand-Name cost for Brand-Name when Generic is available.

|  | **Mental Health and Substance Abuse Treatment Benefits Administered by United Behavioral Health (UBH)** |
|---|---|
| **Mental Health and Substance Abuse Treatment Benefits** | See details of coverages on page 23 |

Note: Prescription Drug Benefits and Mental Health/Substance Abuse Treatment benefits are the same under each of the Retiree Medical Plan options.

# ELIGIBILITY

## For You

### For currently Retired Employees

At the time that you became a Retired Employee, you were provided with information about your eligibility for Retiree Medical Plan coverage. In order to be eligible for the Retiree Medical Plan, you must have enrolled at the time of your Retirement and you must have started receiving your retirement benefit immediately after your termination of employment.

Until March 31, 2003, you could discontinue your coverage after having participated in the Plan for at least one month and still have re-enrollment rights. In order to re-enroll, a Status Change (see page 14) was required and you were required to re-enroll within 31 days of the date of that Status Change. As of April 1, 2003, enrollment in the Retiree Medical Plan is a one-time choice. If you discontinue your coverage for any reason, you forfeit your right to participate in the Plan in the future.

**For employees who are currently working for an Employer**
Your eligibility for Retiree Medical coverage depends upon*:

- Which Capital Accumulation and Retirement Program you are eligible for and select,
- Your age and service at your Retirement Start Date,
- Your being a member of the Nortel Networks Medical Plan for active employees immediately before your Retirement Start Date,
- Your Retirement (as defined in the Glossary), and
- Your enrollment in the Retiree Medical Plan as of your Retirement Start Date.

*Note for members of the Investor Program: If you meet all of the requirements for participation in the Retiree Medical Plan when you leave Nortel Networks except that you are not "retiring," you may elect to participate in the Retiree Medical Plan at your own cost if you are a participant in the Nortel Networks Medical Plan as of your last day worked or end of your severance period, whichever is later.

Below is a Table detailing the different Capital Accumulation and Retirement Programs (Traditional, both grandfathered and non-grandfathered, Balanced and Investor Programs) and the retiree medical eligibility requirements for each Program).

| | Traditional Program | | Balanced Program | Investor Program |
|---|---|---|---|---|
| | Grandfathered[1] | Non-grandfathered | | |
| Eligible to participate in the Retiree Medical Plan | Age: 55 Service: 5 years[2,3] | Age: 55 Service: 10 years[3] | Age: 55 Service: 10 years[3] | Age: 55 Service: 10 years |
| Eligible for Employer contribution toward cost of retiree medical coverage | Age: 55 Service: 5 years[2,3] | Age: 55 10 years of service after age 40[3] | Age: 55 10 years of service after age 40[3] | (Access Only) |
| Maximum service recognized for Employer contribution toward cost of retiree medical coverage | 20 Years | 25 Years | 25 years | (Access Only) |

[1]    If you were at least age 50 and had at least one year of service at April 30, 2000 and elected to remain in the Traditional Program, you are "Grandfathered."

[2]    Grandfathered employees are also eligible to participate in the Retiree Medical Plan if they retire at age 65 with 1 year of service.

[3]    Employees in the Traditional and Balanced Programs who do not meet the eligibility requirements for Employer contributions toward the cost of retiree medical coverage are entitled to coverage under the Retiree Medical Plan on an access only basis (no Employer contribution toward cost of coverage).

Note that where a Nortel Networks Retiree is married to another Nortel Networks Retiree or active employee, then special eligibility rules apply. Each is treated as a Nortel Networks Retiree or employee. See "Special Eligibility Rules" for additional information (page 12).

***Note: Eligibility for the Retiree Medical Plan benefits requires that you and any eligible Dependents for whom you desire coverage be covered by the Nortel Networks Medical Plan immediately prior to your Retirement Start Date. Remember that you may only make changes to the enrollment of dependents in the Nortel Networks Medical Plan if you have a "Status Change" as defined under the Plan. So plan ahead. (See Status Changes, page14.)***

**For rehired employees who had previously retired from Nortel Networks Inc.**
If you had previously retired from Nortel Networks Inc. or its predecessor, Northern Telecom Inc., you may be eligible to re-enroll in the Nortel Networks Retiree Medical Plan under the same terms and conditions that you retired under previously.  To be eligible to re-enroll under the same terms and conditions, you must be a member of the Nortel Networks Retiree Medical Plan at the time of your rehire. The terms and conditions for which you may be eligible would include Company contributions toward the cost of coverage determined in the same manner as the contributions had been determined when you previously retired.

Please note, however, that the premiums are based upon the actual costs of the plan. The premium you pay for the Retiree Medical Plan is the difference between the cost of the Retiree Medical Plan and the Employer contribution. While the Employer contribution will be determined in the same manner as they had been when you previously retired, the premiums you will be charged may change because the cost of the plan has changed.

Re-enrollment in the Nortel Networks Retiree Medical Plan is dependent upon satisfaction of the Plan's eligibility criteria.  Eligibility criteria include, but are not limited to, that at the time of your rehire, you were enrolled in the Nortel Networks Retiree Medical Plan, discontinue coverage in the Retiree Medical Plan to enroll in the Nortel Networks Medical Plan and are covered under Nortel Networks Medical Plan at the time that you retire from the Company in the future.

Any Retiree Medical Plan changes that may have occurred to these plans while you are in active service and that are still in effect when you terminate/retire again would apply to you, including plan termination.

Further, upon your rehire and selection of a Capital Accumulation and Retirement Program (CARP), you will earn service according to the terms of the CARP program you select and of which you are member while actively employed as a regular Nortel Networks Inc. employee.

If you had reached the maximum number of years of service that may be credited for the purposes of determining your contributions for coverage when you initially retired, no additional years of service will be credited.

# For Your Eligible Dependents

If you are eligible for and enrolled in Retiree Medical Plan coverage, you may enroll your eligible Dependents. **Eligibility for the Retiree Medical Plan benefits requires that any eligible Dependents be covered by the Nortel Networks Medical Plan immediately prior to your Retirement Start Date.**

Eligible Dependents include:
- your *existing* spouse (as of your Retirement Start Date), including your common-law spouse as recognized by applicable state law
- your qualified Domestic Partner, (see definition of "Domestic Partner")
- your unmarried Children and your Domestic Partner's unmarried Children who are under age 19. "Children" include:
    - your natural or legally adopted (or placed for adoption) children
    - your step-children, legally authorized foster Children, and any child for whom you are legal guardian, if these Children depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the Calendar Year
- your unmarried Children under age 25 who are full-time students at an accredited school and are primarily supported by you
- your eligible unmarried Children of any age who are mentally or physically incapable of self-care and dependent on you for support and maintenance. They must have become disabled and dependent before age 19 or before age 25 while a full-time student.

Your Children will be eligible for the Retiree Medical Plan if you are required to cover them as a result of a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order or judgment from a court that directs the Plan Administrator to cover a child for benefits under the health care plans. Coverage under the plan will be provided in accordance with the plan and applicable federal and state law. Federal law provides that a medical child support order must meet certain form and content requirements in order to be a QMCSO. When an order is received, each affected participant and each child (or the child's representative) covered by the order will be given notice of the receipt of the order and a copy of the plan's procedure for determining if the order is valid. Coverage under the plan pursuant to a QMCSO will not become effective until the Plan Administrator determines that the order is a QMCSO. A Qualified Medical Child Support Order cannot create benefits or provide for eligibility that does not follow the terms of the Company plan. If you have any questions or would like to receive a copy of the written procedure for determining whether a QMCSO is valid, please contact Global Employee Services. A copy of the written procedure will be provided to you without charge.

# For Your Domestic Partner

You may also enroll your *existing* Domestic Partner for the Retiree Medical Plan if this Domestic Partner is covered by the Nortel Networks Medical Plan immediately prior to your Retirement Start Date. You may also enroll the Child(ren) of your Domestic Partner if they meet the definition of an eligible Dependent described on page 10 and they were also covered by the Nortel Networks Medical Plan immediately prior to your Retirement Start Date.

Note: In order for your Domestic Partner to be covered under the Nortel Networks Medical Plan prior to your Retirement, you must have received the Employer's approval of the Affidavit of Domestic Partnership and enrolled your Domestic Partner in that plan prior to your Retirement Start Date. Approval of this affidavit requires that the partner becomes qualified under the Nortel Networks Medical Plan's eligibility criteria.

Special tax and legal considerations apply when covering a Domestic Partner. The value of coverage for your Domestic Partner that is paid for by your Employer will be considered taxable income to you and will be reported to the IRS. This will not be the case, however, if your Domestic Partner qualifies as your tax "dependent" under section 152 of the Internal Revenue Code (whether or not you claim a personal exemption for them on your income tax return. Each year when you enroll for Domestic Partner coverage, you will need to inform Global Employee Services if your Domestic Partner is your tax dependent. If you do not, it will be assumed that your Domestic Partner is not your tax dependent and coverage for that partner will be considered taxable income. You may wish to consult with a tax or legal advisor before enrollment. Also, IRS Publication 17 contains information regarding tax dependents.

## Changes in Circumstances

If there is any change in circumstances attested to in the Affidavit of Domestic Partnership, you must notify Global Employee Services in writing within 31 days of the change.

If your domestic partnership ends, you must file a Termination of Domestic Partnership Statement with Global Employee Services within 31 days of the termination. The following rules apply:

- Your Domestic Partner's coverage will end at the end of the month when your partnership terminates.
- Under the Retiree Medical Plan you cannot add new partners. Therefore, you will not be eligible to file another Affidavit of Domestic Partnership. This 12-month limitation applies to your Domestic Partner if he/she also works for the Company and seeks to add you to his/her coverage as a Domestic Partner.
- The Company or its agent(s) will not be responsible for notifying your Domestic Partner of the filing of the Statement of Termination of Domestic Partnership.
- If you do not file a request to terminate coverage within 31 days, you will have to wait until the next Annual Enrollment Period. You will continue to pay premiums

for your Domestic Partner's coverage until the start of the next Plan Year, even though your Domestic Partner is ineligible for coverage.

# Special Eligibility Rules

### *If You and Your Spouse (or Domestic Partner) Both Retire from Nortel Networks*
If you and your spouse (or Domestic Partner) are both eligible to participate in the Retiree Medical Plan, then special rules apply for enrolling in the Plan. You may enroll as a Retiree or a spouse (or Domestic Partner), but not both. Only one of you may enroll your eligible Dependent Children. In addition, both you and your spouse (or Domestic Partner) must elect the same plan option in order for your combined expenses to apply to the family Deductible or family Out-of-Pocket Maximum.

### *If Both You and Your Child (or Your Domestic Partner's Child)*
### *Work for the Company*
Your child (or Domestic Partner's child) will not be considered an eligible Dependent if your Child is covered under the Nortel Networks Medical Plan as an Employee.

### *If Your Spouse (or Domestic Partner) or Child is in the Armed Forces*
Your spouse (or Domestic Partner) or child is not eligible for coverage while on Active Duty in the armed forces of any country.

# PARTICIPATION

Retiree Medical Plan benefits are available to you when you become a Retired Employee provided you meet the eligibility requirements (see page 7). Upon eligible Retirement, you will have the opportunity to elect Retiree Medical Plan coverage and determine which plan option best meets your needs. Effective April 1, 2003, the choice to participate in the Retiree Medical Plan is a one-time choice at the time of retirement. For your Retiree Medical benefits to begin, you must complete the necessary election forms within 31 days after your Retirement Start Date and also make the necessary premium payments within 31 days after your Retirement Start Date. **If you choose not to enroll in the Retiree Medical Plan at that time and do not make the necessary premium payment, you will not be eligible for enrollment in the Plan later**. If you do not enroll in the Retiree Medical Plan, you may be eligible for continuation of benefits through COBRA. You may also be eligible for continuation of certain benefits not provided under the Retiree Medical Plan even if you do enroll in the Retiree Medical Plan. Please refer to the COBRA section of this document for further information. If you choose to enroll in the Retiree Medical Plan, you will be able to choose from the following dependent coverage levels:

- you only
- you and your family. This coverage level includes your eligible spouse (or Domestic Partner) and Children.

# WHEN COVERAGE BEGINS

Provided you meet the eligibility requirements, elect coverage and pay your premium on time, your Retiree Medical Plan coverage will begin on your Retirement Start Date for your and your eligible Dependents' initial coverage.

## For Your Newborn and Adopted Children

The following rules apply with respect to a child born to you or a child that you adopt after you first become covered by the Plan:

The child will become covered (temporarily) from the moment of birth, adoption or placement for adoption. The benefits for the child will end as described in "When Coverage Ends" on page 74, except that:

- That coverage will end after thirty-one (31) days unless you elect coverage for the child no later than thirty-one (31) days after the child's birth, adoption, or placement for adoption.

You must notify Global Employee Services of the birth, adoption or placement for adoption of your child within 31 days of the birth, adoption or placement for adoption and make a specific election for coverage of that child in order to have continuous coverage for that child. Neither submission of paperwork after the thirty-one (31) day deadline nor evidence of good health will continue coverage for the child beyond that period if you do not elect coverage for the child within 31 days of the child's birth, adoption, or placement for adoption.

If more than thirty-one (31) days from the date of birth, adoption or placement for adoption has elapsed, you may add the child to your Retiree Medical Plan coverage as follows:

- As of the date that your enrollment is complete if all of the following criteria are met within 12 months after the birth and in the same Calendar Year in which the 31-day enrollment period following the birth ended:

    1. You notify Global Employee Services of the birth of your child
    2. You complete the enrollment process to add the child to your coverage and pay the required contribution.

**If you submit your election within the required 31 days and your child becomes covered, the benefits for that child will end as described in "When Coverage Ends" on page 74.**

# CHANGING YOUR SELECTIONS

Only during the Annual Enrollment Period will you have the opportunity to change the Retiree Medical Plan options you initially select. Your Retiree Medical Plan election remains in effect for the 12-month period following the effective date of the annual enrollment changes. However, if you experience a Status Change and meet the eligibility requirements, you may be able to make certain changes to your Retiree Medical Plan selection (see "Status Changes" below for more information). You must request the change, document the event and Global Employee Services must receive your Change Request form within 31 days of the event. The required supporting documentation includes the legal documents (such as birth certificate or divorce decree) that prove that the event occurred.

## Status Changes

The table on the following page presents the election changes that you may make throughout the year *only* if you have a **Status Change** (formerly called "qualified family status change" or "life event"). Your selection change must be consistent with the Status Change. You must submit your completed Retiree Medical Change Request form within the 31-day period after you experience the Status Change.

The selection changes allowed as the result of a Status Change are limited to changes in dependent coverage level (i.e., you only, you and family) or the addition or removal of an individual(s) from coverage. Changes to the choice between the Retiree Medical Plan Options (PPO, Comprehensive, and Indemnity) may not be made in conjunction with Status Changes. Changes in the Retiree Medical Plan Options can be made only during the Annual Enrollment Period.

In the table below, when referring to "new" spouses and Domestic Partners, the term "new" is defined as when the date of marriage/partnership is after the Retirement Start Date. The term "new child" refers to Children or other dependents of the "new" spouse/Domestic Partner who are not the natural or adopted Children of the Retiree.

Eligibility limitations apply under the Retiree Medical Plan rules that require your spouse, Domestic Partner or dependent child to have been covered under the Nortel Networks Medical Plan for active employees immediately prior to your Retirement Start Date from Nortel Networks and commencement of coverage under the Retiree Medical Plan. Even with these plan limitations, you may still be able to make certain election changes (e.g., waive coverage) at the time of an applicable Status Change. Qualified Medical Child Support Orders may also allow you to make certain election changes.

### *A Special Note on Loss of Other Coverage*

Where the Status Change is a loss of other health coverage, proof of loss of coverage is required. That proof may be a letter from the employer who provided the coverage or similar documentation.

| STATUS CHANGE EVENT | You Can (within 31 days)* |
|---|---|
| Birth or adoption of your child [if not "new" child] | Can add Dependent child |
| Dependent child age 19-25 returns to school full-time [if not "new" child] | Can add Dependent child |
| Dependent child becomes ineligible for Nortel Networks Retiree Medical Plan [turns 19 or 25, if full-time student] | Can drop Dependent child coverage |
| Your divorce or dissolution of a domestic partnership | Can drop spouse or Domestic Partner and can drop Dependent child's coverage |
| Your divorce is rescinded [if not "new" spouse and children] | Can add spouse and Dependent child |
| Your spouse/Domestic Partner/Dependent child losses other coverage | Can add coverage for spouse/Domestic Partner/other Dependent [if not "new" spouse, Domestic Partner, or child] |
| Change in spouse's or Domestic Partner's employment - loss t of spouse's or Domestic Partner's employment [if not "new" spouse or Domestic Partner] | Can add spouse or Domestic Partner and Dependent child's coverage (if not "new" child) |
| Change in spouse's or Domestic Partner's employment - commencement of spouse's or Domestic Partner's employment [if not "new" spouse] | Can drop spouse or Domestic Partner and Dependent child's coverage |
| Your Domestic Partner is no longer eligible for Nortel Networks Retiree Medical Plan | Can drop Domestic Partner coverage |
| Death – spouse or Domestic Partner | Drop spouse coverage |
| Death - Dependent child | Drop Dependent child's coverage |
| Death - Domestic Partner | Drop Domestic Partner coverage and Dependent child's coverage |
| Rehire of Retiree | Drop Retiree/Dependent coverage |
| Death of Retiree | Drop Retiree coverage and drop coverage for spouse, Domestic Partner, and Dependent child |

*Changes in dependent coverage level must be made consistent with the addition or removal of dependents. Dependent coverage level refers to dependent coverage category (for example, retiree plus family or retiree only).

> *An important note:*
> Effective April 1, 2003, you can no longer re-enroll in the Nortel Networks Retiree Medical Plan if you discontinue your coverage in the plan. Your dependents may discontinue coverage and subsequently re-enroll according to the Status Change rules above.

# COST OF COVERAGE

You and your Employer share the cost of Retiree Medical Plan coverage if you are a member the Traditional or Balanced Program under the Capital Accumulation and Retirement Programs at the time of your Retirement. If you are a member of the Investor Program at the time you retire, you pay the entire cost for Retiree Medical Plan coverage.

The premium you pay for the Retiree Medical Plan is the difference between the cost of the Retiree Medical Plan and the Employer contribution. Costs are determined for each of the options and dependent coverage levels.

## EMPLOYER CONTRIBUTIONS

### IF YOU RETIRED PRIOR TO MAY 1, 2000

Your Employer's contribution is a percentage of the cost of coverage based on:
- the year in which you retired,
- your Years of Service as a Pension Service Plan (introduced January 1, 1999) or Prior Plan (introduced May 1, 1974) member,
  (Years of Service for the determination of the Employer contribution toward the costs of the Retiree Medical Plan are credited as they are for the purposes of vesting under the Nortel Networks Retirement Income Plan.)
- the Dependent coverage level you select (you only or you and your family), and,
- whether you or any eligible Dependent is eligible for Medicare.
- the plan option you select.

The table below shows some examples of the percentage paid by your Employer for Indemnity Option single coverage for several lengths of service. Your share of the cost is a higher percentage for family coverage than for single coverage

| % Paid by Your Employer | | |
|---|---|---|
| Years of Service | Pre-Medicare | Post-Medicare |
| 10 | 56 % | 52 % |
| 15 | 77 % | 61 % |
| 20 | 97 % | 64 % |

## IF YOU RETIRE AFTER MAY 1, 2000, AND ARE GRANDFATHERED UNDER THE TRADITIONAL PROGRAM

You are grandfathered for the Retiree Medical Plan if you were at least age 50 on April 30, 2000, a member of the Pension Service Plan and selected the Traditional Capital Accumulation and Retirement Program.

Your Employer's contribution will be determined as described in the section above, "IF YOU RETIRED PRIOR TO MAY 1, 2000."

## IF YOU ARE A TRADITIONAL PROGRAM MEMBER (NON-GRANDFATHERED)

If you are an active or retired member of the Traditional Program, but not grandfathered as described above, your Employer's contribution will be based on:
- your Years of Service after age 40,
- the Dependent coverage level you select (you only or you and your family), and,
- whether you or any eligible Dependent is eligible for Medicare.

For each Year of Service after the age of 40, the Employer contributes a defined annual dollar amount, referred to as "retiree units." The value of the retiree units may increase by a maximum of 2 percent per year as determined by the Nortel Networks Inc. The value of a retiree unit is $318.36 in 2003 for non-Medicare-eligible retirees and $79.68 for Medicare-eligible retirees. This amount is multiplied by your Years of Service. If you choose to cover your spouse, the Employers contribute an additional 40 percent of your allowance. To determine the premium that you pay, the total value of the retiree units is subtracted from the costs of Retiree Medical Plan coverage.

Here is an **example** of how this works:
Assuming that you were retiring this year, if you began working for Nortel Networks at age 45 and were retiring at age 55 as a member of the Traditional Program, the Employer contribution for you would be 10 X $318.36, or $3,183.60 on an annual basis. If you also covered your spouse, the Employer contribution for coverage for your spouse would be 40% X $3,183.60, or $1,273.44. If you had started work for Nortel Networks at 45, now are 65 and eligible for Medicare, the Employer contribution would be 20 X $79.68, or $1,593.60 on an annual basis.

## IF YOU ARE A BALANCED PROGRAM MEMBER

If you are currently an employee of one of the Employers and a member of the Balanced Program, your Employer's contribution will be based on:
- your Years of Service after age 40,
- the Dependent coverage level you select (you only or you and your family), and,
- whether you or any eligible Dependent is eligible for Medicare.

Retiree Medical Plan                                                          17
September 1, 2004

The Employer contributions are determined in the same manner as described for non-grandfathered Traditional Program members, except that:

- the annual benefit units are one-half the value of the retiree units for Traditional Program members.
- an allowance is only provided to surviving spouses. In the event of your death prior to your enrolled spouse, your surviving spouse would receive an allowance that is 50 percent of the allowance that you would have received [the two (2) percent maximum cost of living adjustment would be applied as it is for Nortel Networks retirees].

Here is an **example** of how this works:

Assuming that you were retiring this year, if you began working for Nortel Networks at age 45 and were retiring at age 55 as a member of the Balanced Program, the Employer contribution for you would be 10 X $159.18, or $1,591.80 on an annual basis. If you had started work for Nortel Networks at 45, now are 65 and eligible for Medicare, the Employer contribution would be 20 X $53.06, or $1,061.20 on an annual basis.

## IF YOU ARE A INVESTOR PROGRAM MEMBER

If you are currently an employee of one of the Employers and a member of the Investor Program, your Employer will not contribute to the cost of your coverage but you may purchase the coverage at full cost if you have 10 Years of Service and meet the other eligibility requirements (see page 7).

**Note: The premiums in effect on the date you retire are subject to change at any time.**

# MAINTENANCE OF BENEFITS

The Retiree Medical Plan includes a Maintenance of Benefits provision that coordinates benefits available from more than one plan. For example, if both you and your spouse (or Domestic Partner) are covered under separate plans, you and your Dependents (and/or Domestic Partner) may be covered under both the Nortel Networks Retiree Medical Plan and your spouse's (or Domestic Partner's) plan. The Maintenance of Benefits provision coordinates benefits provided under all medical programs (including Medicare) so that you can receive up to, but no more than, the amount that would have been covered by the Nortel Networks Retiree Medical Plan.

A medical program is defined as a program that provides benefits or services for, or by reason of, medical care or treatment, including:

- Coverage under a governmental program (e.g., Medicare) required or provided by law. This does not include a state plan under Medicaid or any law or plan with

benefits in excess of those of any private insurance program or other non-governmental program.
- Group insurance or other coverage for persons in a group, whether insured or uninsured. This includes prepayment, group practice or individual practice coverage. But, this does not include:
  - school accident-type coverage for grammar school or high school students, or
  - any individually underwritten and issued contract or plan of insurance that meets both of these tests:
    - it provides solely for Accident and Sickness benefits, and
    - it is a contract or plan of insurance for which the insured, or member of the insured's family, or the insured's guardian has paid 100% of the premiums.
- Medical coverage under the "no fault" or medical payments provisions of an automobile insurance contract.

The Maintenance of Benefits provision reduces the advantages of double coverage, so you should consider whether coverage under two plans is beneficial. You may wish to be covered by this Retiree Medical Plan or by other coverage that you may have.

# How the Maintenance of Benefits Provision Works

The plan that pays benefits first is "primary." The plan that pays benefits next is "secondary." When the Retiree Medical Plan is secondary, it will pay its normal benefits, reduced by any benefits paid by the primary plan. This means that you will not receive any benefits from the Retiree Medical Plan if the primary plan pays benefits that are equal to or greater than the benefits the Retiree Medical Plan would normally pay. Remember, both the primary and secondary plans' deductibles must be satisfied before any plan benefits will be paid.

Determination of which plan is primary is as follows:
- Coverage as a Retiree is considered primary over coverage as a Dependent.
- When a Dependent Child is covered under two or more plans, the plan of the parent whose birthday comes earlier in the year (regardless of age) will be the primary plan. If the other plan has not adopted the birthday rule, the other plan's coordination rule will govern. If the Dependent Child's parents are separated or divorced, the following applies:
  1. The plan of the parent with custody pays first.
  2. The plan of the spouse of the custodial parent pays next.
  3. The parent without custody pays next.
  4. Regardless of which parent has custody, whenever a court order specifies the parent who is financially responsible for the child's health care expenses, the coverage of that parent pays first.
  5. If the other plan does not have the rule concerning the custodial parent's plan paying Dependent claims second where there is a divorce, then that rule will not apply.
- If both parents have the same birthday, the benefits of the plan that covered the parent longer are determined before those of the plan that covered the other parent for a shorter period of time.

- Coverage as an active employee or that employee's Dependent is determined before coverage as a laid off or Retired Employee. If the other plan does not have this rule, and if, as a result, the programs do not agree on the order of benefits, this rule is ignored.
- When none of the above circumstances applies, the coverage you have had for the longest time pays first.

When the above rules reduce the Retiree Medical Plan's benefits, the benefits in each coverage category are reduced proportionately to its reimbursement level in the same manner as if no reduction in benefits had been applied.

## Coordination with Medicare

Retirees and covered Dependents who are eligible for Medicare or become eligible for Medicare after Retirement are eligible to participate in the Retiree Medical Plan. However, in order for a Retiree or Dependent to be eligible for coverage under the Retiree Medical Plan after becoming eligible for Medicare benefits, the Retiree or Dependent must enroll for benefits under Medicare Parts A and B. Once a Retiree or Dependent is eligible for Medicare coverage, coverage under the Retiree Medical Plan will be secondary to Medicare coverage, which is primary.

Although plans for retirees under age 65 are generally primary (pay first) over Medicare, Medicare may provide primary benefits in some cases of Total Disability. Medicare is considered primary for anyone age 65 or older.

# PRECERTIFICATION

To receive full benefits under the Retiree Medical Plan, you must precertify all Hospital admissions and certain other services (refer to the Summary of Benefits for each of the plan options for services requiring precertification). Precertification is designed to help save you and your Employer time and money, and to ensure a high level of medical care. It helps you make informed decisions about proposed treatment, and encourages Physicians to provide care in the most appropriate setting for your situation. Your Doctor still directs your treatment and you make the final decision about the treatment you receive.

## How Precertification Works

If you or a covered Dependent is scheduled for a Hospital admission or other service requiring precertification, you must have the service authorized ahead of time for full benefits to be paid. To begin the review and authorization process, you or your Doctor must call the Claims Administrator at the number shown on your ID card for Hospital Precertification of each Inpatient Hospital admission or other service requiring precertification. For Hospital admissions, Precertification is required for authorization that the admission is appropriate for the services to be rendered. It is not a guarantee of payment for services received nor of payment at a specific benefit level.

You and your Doctor will be notified if the treatment/admission is certified. In some cases, alternate treatment options and benefits will be suggested.

If the admission or service is not certified even after further review and contact with your Doctor, you will be notified of the reasons why and given the opportunity to appeal the decision.

## In an Emergency

If you are hospitalized as a result of an Emergency situation, the Hospital Precertification process must be initiated by calling the telephone number shown on your ID card within 48 hours following your admission.

Emergency rooms should only be used for Emergencies. Services rendered in emergency rooms or other non-participating offices or clinics are subject to review. The Claims Administrator will review the Claim to determine if it meets the criteria to be paid as an Emergency/urgent care Claim.

## For Pregnancy

Precertification is not required for hospital lengths of stay within certain limits for childbirth. See Maternity and Newborn Coverage on page 42.

If you or your covered spouse (or Domestic Partner) is pregnant, you may contact the Claims Administrator at the number shown on your ID card during the first trimester to receive prenatal advice.

## If You Don't Complete the Precertification Process

If you do not complete the Precertification process before your admission to the Hospital (or after an Emergency admission) or performance of other service requiring precertification, benefits will be reduced by 20% if the confinement or service is determined to be Medically Necessary (where allowed under Federal Law). If you stay in the Hospital longer than the approved length of stay, you will be responsible for 100% of the charges for the excess days. If you decide upon hospitalization or other service after a precertification denial, you will be required to pay 100% of the charges.

# OUT-OF-POCKET MAXIMUM

When the amount you have paid in a Plan Year reaches the Calendar Year Out-of-Pocket Maximum, the Retiree Medical Plan will pay 100% of the Reasonable and Customary Charge for Covered Expenses for the rest of that Plan Year. The out-of-pocket maximum varies with the specific Retiree Medical Plan option. Refer to each of those sections for details.

The following expenses do not count toward the Out-of-Pocket Maximum:

- charges for mental health and substance abuse treatment
- charges in excess of the Reasonable and Customary limit
- charges above plan maximum amounts
- charges applied to the Deductible
- charges under the Plan's Prescription Drug Benefit
- copayments

# LIFETIME MAXIMUM

For in-network benefits in the PPO Options there is no lifetime maximum. For all other Retiree Medical Plan options and out-of-network benefits in the PPO Options, the Lifetime Maximum benefit is $2,000,000 per covered person. This includes medical benefits paid under the Nortel Networks Medical Plan while you were employed with Nortel Networks and excludes Prescription Drug Benefits and Mental Health and Substance Abuse Treatment Benefits.

# AUTOMATIC LIMITED RESTORATION

At the start of each Calendar Year, any previously used part of the Lifetime Maximum benefit will be restored for future charges, up to the lesser of:

- $2,000 or
- the amount needed to restore the full maximum.

Here's an example of automatic limited restoration:
2003 Lifetime Maximum equals............................ $2,000,000
2003 Benefits paid equals .................................……….1,975,000
2003 Balance available equals .....................…...…….. 25,000
Amount restored .......................…....…...........………...2,000
2004 Lifetime Maximum available ..................…......$27,000

**OR**
2003 Lifetime Maximum equals ……....…......... $2,000,000
2003 Benefits paid equals .......................…...…… 1,200
2003 Balance available equals ...........…...…...........1,998,800
Amount restored ....................................…………1,200
2004 Lifetime Maximum available.....…...............$2,000,000

# COVERED EXPENSES

In general, the medical expenses described on this section are covered under all the Retiree Medical Plan options.

To be an eligible medical expense, the service must be Medically Necessary. In some cases, the charges may be subject to Reasonable and Customary limits or other limits and maximums. The Summaries of Medical Benefits on pages 59, 64 and 71 show the details on benefit levels and limits for Covered Expenses. Expenses specifically excluded from coverage begin on page 47

## Mental Health and Substance Abuse Treatment Benefits

### *Employee Assistance Program*
The Retiree Medical Plan includes a confidential Employee Assistance Program (EAP), provided through the United Behavioral Health (UBH) network. The EAP benefit offers confidential telephone assessment, referral services and brief short-term counseling, if necessary.

You may receive up to eight outpatient visits (generally not exceeding a weekly 50-minute visit) per Calendar Year through the EAP at no cost to you, as long as you receive counseling from an UBH Provider. However, if you or your covered family members require additional outpatient treatment beyond the eight EAP visits, or any Inpatient treatment, these expenses will be covered according to the provisions of the Retiree Medical Plan's managed mental health and substance abuse treatment benefits. UBH will coordinate the additional care, and you will be required to pay the applicable Copayments or Coinsurance.

If you or a covered Dependent needs assistance with work or family issues, mental health or substance abuse concerns, or other situations that may need the support of a professional, contact UBH at 1-800-842-2991.

**Note:** EAP benefits are only available through UBH providers. If you choose to receive services from an Out-of-Network Provider, you will be responsible for any charges incurred.

### *Managed Mental Health and Substance Abuse Treatment Benefits*
If you select coverage under either of the Retiree Medical Plan options, you have mental health and substance abuse treatment benefits in addition to the EAP, UBH. Two levels of benefits apply for mental health and substance abuse treatment:
- *Highest Benefit Level*, which offers benefits when your care is certified by UBH and provided by a UBH Network Provider, and
- *Alternate Benefit Level*, which provides coverage when your care has

been provided by an Out-of-Network Provider.

Any charges you pay for mental health and substance abuse treatment expenses do not apply to the Retiree Medical Plan's Out-of-Pocket Maximum.

**Certified Care**
To receive mental health and substance abuse treatment benefits with no penalty or reduction in benefits, you must have your care certified by UBH.

*Highest Benefit Level:* If your care is certified by UBH and provided by a UBH Network Provider (in-network benefits), your benefits will, in most cases, be paid at 100%, less any applicable Copayments, with no Deductible. (See the "Summary of Managed Mental Health and Substance Abuse Treatment Benefits" on page 25 for further information.)

*Alternate Benefit Level:* If your care is certified by UBH and provided by a non-UBH Provider (Out-of-Network Benefits), you will have to satisfy a $200 per person Calendar Year Deductible before your benefits can begin. There is also a $150 per admission Hospital Deductible. In addition, Out-of-Network benefits under the Mental Health and Substance Abuse Treatment Program is subject to Reasonable and Customary limits. You may be required to file a Claim form with UBH to apply for reimbursement of eligible expenses under the program. The reimbursement level will depend on the type of care you receive.

There are no annual dollar maximums for Mental Health and Substance Abuse Treatment expenses. The combined Lifetime Maximum benefit for Inpatient and outpatient In-Network and Out-of-Network treatment is $2,000,000.

Any charges you pay for mental health and substance abuse treatment expenses do not apply to the Retiree Medical Plan's Out-of-Pocket Maximum.

See the "Summary of Mental Health and Substance Abuse Treatment Benefits" on page 25 for further details on in-network and Out-of-Network coverage amounts.

**Uncertified Care**
Expenses incurred for mental health and substance abuse treatment services that are not certified by UBH prior to receiving the services are subject to penalties and reductions in benefits. This includes, but is not limited to, outpatient individual, group, or family counseling and hospitalization. The services will be reviewed to determine if they were Medically Necessary. The review will be completed following receipt of the Claim by UBH. If determined to be Medically Necessary by UBH, the services will be covered at the Out-of-Network Benefit level. Coverage is limited to Reasonable and Customary Charges. The standards UBH follows in making these determinations are contained in the documents listed under "Claims Administrator Information Used in Claim Determinations" on pages 114 and 115 in Appendix A. Information on how to obtain copies is also described there.

If care is determined to be Medically Necessary and your expenses exceed Reasonable and Customary Charges, the excess amounts will be your responsibility to pay.   If care is determined not to be Medically Necessary, no benefits will be paid under the plan.

Additionally, if inpatient treatment or other intensive levels of care are not pre-certified by UBH, a $200 non-notification penalty will be applied and benefits will be reduced by an additional 10%. This non-notification penalty and 10% benefit reduction do not count toward the Retiree Medical Plan's overall Out-of-Pocket Maximum.

## Summary of Mental Health and Substance Abuse (MH/SA) Treatment Benefits

Mental Health and Substance Abuse (MH/SA) treatment benefits are administered by United Behavioral Health (UBH). All Inpatient and outpatient services must be coordinated by UBH or Out-of-Network Benefits will apply.

| BENEFIT DESCRIPTION | In-Network | Out-of-Network |
|---|---|---|
| **Employee Assistance Program (EAP)** | 8 routine outpatient visits per year; no copayment | No Benefit |
| **MH/SA Inpatient Care** | | $150 per admission hospital deductible[a,b,c,g] |
| Mental Health | No hospital deductible 100%, up to 60 days per year[c] | 70% of eligible charges after $200 calendar year deductible, up to 60 days per year[c,h,i] |
| Substance Abuse | 100%, up to 30 days per year[c] | $150 per admission hospital deductible[a,b,c,g] 70% of eligible charges after $200 calendar year deductible, up to 30 days per year, with a maximum of one episode per lifetime[c,h,i] |
| **MH/SA Intermediate Care** | 100%[d,e] | $150 per admission hospital deductible[a,b,c,g] 80% of eligible charges after $200 calendar year deductible[c,d,h,i] |
| **MH/SA Outpatient Care** | Visit 1-8: no copay (EAP) Visit 9-25: $20 copay[e,f,j] Visits over 25: $30 copay[e,f,j] | 50% of reasonable and customary charges after $200 calendar year deductible with a maximum of 25 visits per year[j] |
| **Mental Health - In-home Mental Health Care** | 100%[e] | No Benefit |
| **Drug Testing as an Adjunct to SA Treatment** | 100%[e] | No Benefit |

Retiree Medical Plan
September 1, 2004

25

| BENEFIT DESCRIPTION | In-Network | Out-of-Network |
|---|---|---|
| Medication Management | $5 for up to 30-minute visit; no limit[c] | 50% of Reasonable and Customary Charges, after $200 Calendar Year Deductible[g,h] |
| MH/SA Calendar Year Deductible | None | $200 per person [g] |
| MH/SA Lifetime Maximum (all services combined) | $2,000,000 | |

a.  If there is a combined medical/MH or medical/SA admission, only the primary diagnosis inpatient deductible applies.

b   The $150 per admission hospital deductible for out-of-network admissions applies after the calendar year $200 deductible is met.

c   If hospital or intermediate care is not precertified, there is a non-notification penalty of $200, plus 10% of the remaining hospital bill. There is a 48-hour grace period for emergencies. Non-notification penalties do not count towards the Out-of-Pocket Maximum.

d   Includes, but is not limited to, 24-hour intermediate care facilities, e.g., residential treatment, group homes, half-way houses, therapeutic foster care, day/partial hospitals, structured outpatient treatment programs. Intermediate Care is subject to the same plan maximums that apply to Inpatient Care benefits.

e   Subject to care manager approval.

f   Concurrent review of outpatient care after the 10th visit and every 10 visits thereafter for routine cases.

g   Annual out-of-network MH/SA deductible is separate from the medical deductible and can be met by outpatient or inpatient out-of-pocket expenses. The $200 per-person annual deductible is subtracted from a claim before any benefit is paid and is separate from the inpatient deductible.

h   Subject to reasonable and customary limits.

i   All out-of network care is subject to retrospective review for Medical Necessity if not precertified by UBH.

j   Group treatment copayment: $10, $20, respectively.

# Organ Transplant Benefits

Both Retiree Medical Plan options offer you and your covered Dependents access to the finest Hospitals in the country for approved organ transplant procedures, as well as coronary bypass grafts, angioplasties and other procedures, through CIGNA's LIFESOURCE Organ Transplant Network®.

LIFESOURCE Organ Transplant Network ® is nationally recognized for its delivery of highly specialized procedures and for the state-of-the-art care provided to patients. However, you do not have to use LIFESOURCE Organ Transplant Network® to receive benefits for these procedures or therapies.

Any of the services and supplies described in this "Other Covered Expenses" section that are required for a live donor as a result of an organ transplant procedure, whether the covered person is the donor or the recipient, are covered under the plan.

However, if the covered person is the recipient of the transplant, the services and supplies will be considered to be furnished on account of the recipient's Illness or Injury. In addition,

Covered Expenses will be limited to the extent to which benefits for the charges, services and supplies are not provided by the donor's coverage under:

- any group or individual contract
- any arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), including prepayment coverage

### *What is covered*

The program covers both the procedure itself, according to the Retiree Medical Plan option you select, and transportation to and from the Hospital for the patient and one companion. These procedures require you or your doctor to obtain Precertification from the Claims Administrator as soon as the possibility of the procedure arises (and, for transplants, before the time a pre-transplantation evaluation is performed at a transplant center) to be eligible for benefits.

### *Companion Travel Program*

Under the Companion Travel Program, you can choose a person to accompany you to a Center of Excellence and to remain there for all or a portion of your stay. The Companion Travel Program pays benefits for some of the charges incurred by the person accompanying you.

**Maximum Travel and Lodging Benefit**
There is a $10,000 lifetime maximum benefit per procedure.

For more information on LIFESOURCE Organ Transplant Network® and participating institutions, contact **CIGNA Healthcare** at the number shown on your ID card.

# Prescription Drug Benefits

When you choose coverage under any Retiree Medical Plan option, you and your covered dependents receive prescription drug benefits through Medco Health Solutions, L.L.C. You can obtain prescription drug benefits through the Medco network of participating retail pharmacies, non-network retail pharmacies and through Medco Health's Home Delivery Service.

This Prescription Drug Benefits Program covers all eligible prescriptions filled on an outpatient basis. Drugs dispensed in a Hospital, other inpatient settings or physician's office are covered as Hospital or Physician expenses under the Retiree Medical Plan option in which you enrolled.

## Prescription Drug Formulary

The Retiree Medical Plan's prescription drug formulary is a list of Preferred Brand-Name and generic drugs that have been selected by Medco Health's independent pharmacy and therapeutics committee based on their safety, effectiveness, and cost. Brand-Name drugs listed on the Medco Health formulary may offer greater discounts than Non-preferred Brand-Name drugs do.

The formulary applies whether you buy your prescription drugs at a retail pharmacy or through the Home Delivery Pharmacy Service. You can choose between:

- Generic drugs — that is, drugs that have the same active ingredients in the same dosage form as brand-name drugs and that are therapeutically equivalent to the brand-name drugs but are sold under their chemical — or "generic" — name,
- Preferred Brand-Name drugs - drugs that are included on the Medco Health formulary are marketed under a specific trade name by a pharmaceutical company, and are still under patent protection, and
- Non-preferred Brand-Name drugs - drugs that aren't included on the Medco Health formulary and that may have one or more Medco Health formulary alternatives.

If you choose the more expensive, Brand-Name prescription drug that isn't on the formulary, you'll pay a larger share of the cost.

To make sure you're receiving the treatment that works best for you - both clinically and financially - share the formulary list with your doctor and ask him/her to use it when considering which drugs to prescribe for your treatment. To request a copy of the formulary, contact Medco Health at 1-800-711-3460 or visit www.medcohealth.com.

## Member Pay-the-Difference Feature

The Pay-the-Difference feature is designed to provide higher coverage for lower-cost alternatives to Brand-Name Drugs. Whenever you buy a Brand-Name Drug that has a lower-cost generic equivalent, whether through a retail pharmacy or through the Home Delivery Service, you'll pay the applicable Brand-Name Copayment/coinsurance plus the difference between the cost of the generic equivalent and the cost of the Brand-Name Drug. This includes anytime that your doctor indicates that the prescription should be "Dispensed As Written".

## Retail Pharmacy Benefits

### In-Network Benefits

When present your Medco Health Prescription Drug Program ID card at a participating retail pharmacy, you will pay the following:

Generic drugs:
>20% copayment for up to a 30-day supply
>Maximum: $25 copayment for up to a 30-day supply
>Minimum: $7 copayment for up to a 30-day supply

Preferred Brand-Name Drugs:
>20% copayment for up to a 30-day supply
>Maximum: $50 copayment for up to a 30-day supply
>Minimum: $15 copayment for up to a 30-day supply

Non-preferred Brand-Name Drugs:
>30% copayment for up to a 30-day supply
>Maximum: $65 copayment for up to a 30-day supply
>Minimum: $30 copayment for up to a 30-day supply

Unless your Physician specifies a Brand-Name Drug, your prescription will be filled with a Generic Drug, where available. If you choose to purchase the Brand-Name Drug when a Generic Drug is available or if your doctor indicates the prescription should be "Dispensed As Written", you will be responsible for the Brand-Name Drug Copayment plus the difference between the cost of the Generic and the Brand-Name Drug.

Remaining Covered Expenses will be paid at 100%. See "What Is Not Covered Under Prescription Drug Benefits" on page 32 for charges not covered under the Prescription Drug Benefits.

> Your Doctor may choose to write DAW (Dispense as Written) on your prescription if there is a medical reason (such as an allergy to certain drug ingredients) for you to take a Brand-Name Drug when a Generic Drug is available.

## Out-of-Network Benefits

If you have your prescription filled at a non-participating retail pharmacy, you will pay full price at the pharmacy and then submit a Claim form to be reimbursed at 40% of the Covered Expenses.

- The Plan pays 40% of Covered Expenses for Generic, Preferred or Non-preferred Brand-Name Drugs

- You pay 60% of Covered Expenses for Generic, Preferred or Non-preferred Brand-Name Drugs

## Retail Refill Allowance for Maintenance Medications

At an in-network retail pharmacy, the plan will cover the initial prescription plus two 30-day refills of your covered Maintenance Medication, and you'll pay the applicable

Copayment/coinsurance (i.e., 20% or 30%, subject to the applicable minimums and maximums) each time. For any additional refills of the same Maintenance Medication at an in-network retail pharmacy, you'll pay 60% of the cost of the medication.

Alternatively, if you use the Home Delivery Pharmacy Service, your costs will be based on the Home Delivery Pharmacy Service Copayment. You'll pay only one Copayment for up to a 90-day supply of medication.

## When You are Traveling

If you need a prescription filled when you are away from home, contact Medco Health's customer service department at 1-800-711-3460 to obtain the name and location of the nearest participating pharmacy. The same benefits are available to you at any Medco Health participating pharmacy.

## If You Do Not Live Near a Network Pharmacy

If you live in an area that does not have a Medco Health participating pharmacy within seven miles of your home, you will be considered an exception to the In-Network Benefit rules and will receive a letter instructing you to:

- use your local pharmacy to have your prescription filled,
- pay the full amount for the drug at the pharmacy, and
- complete the Claim form and mail it to the address on the form within 180 days of purchasing the prescription.

Your Claim will be treated as a participating pharmacy purchase and you will be reimbursed for Covered Expenses less the applicable Copayment. As the Medco Health Network is expanded and pharmacies are added within a seven-mile radius of your home, you will no longer be considered an exception and will be expected to begin using the participating pharmacies available in your area to receive In-Network Benefits.

## Emergencies

If you have a medical Emergency and Prescription Drugs are needed immediately, you will be reimbursed for those prescriptions needed for Emergency treatment at the participating pharmacy rate, provided the situation has been declared an Emergency by the attending Physician.

## Home Delivery Pharmacy Service

All Medical Plan options offer the Home Delivery Pharmacy Service administered by Medco Health Solutions, L.L.C.

The Home Delivery Pharmacy Service is used for long-term or Maintenance Drugs, such as medication for high blood pressure or arthritis. It is designed to save money if you have a chronic condition that requires you to refill your prescription on an ongoing basis.

Through the Home Delivery Pharmacy Service you can receive up to a 90-day supply per prescription. You will pay the following:

**For Up to a 90-day Supply**

- $15 Copayment for Generic Drug

- $45 Copayment for Preferred Brand-Name Drug

- $90 Copayment for Non-preferred Brand-Name Drug

Remaining Covered Expenses will be paid at 100%. See "What Is Not Covered Under Prescription Drug Benefits" below for charges not covered under the Prescription Drug Benefit.

You must complete the request form, enclose the prescription written by your Physician (your Physician should write the prescription for a 90-day supply) and send it to Medco Health along with your Copayment for each order. You will receive the prescription along with a new order form by return mail.

Most new prescription orders take 14 days to be filled and returned to you unless there are mail delays. Refill prescription orders take up to 10 days to be filled and returned to you. If you need a supply of medication while waiting for your home delivery (mail-order) prescription, ask your Doctor for two prescriptions so you can get a small supply of medication from your local pharmacy while waiting for your home delivery (mail-order) to arrive.

The Home Delivery Pharmacy Service is used for long-term or Maintenance Drugs...

Note: Any out-of-pocket expenses for prescription drug benefits administered through Medco Health (Out-of-Network Prescription Drug expenses, In-Network Prescription Drug Coinsurance or Copayments) do not apply toward your Retiree Medical Plan Out-of-Pocket Maximum.

## Maximum Benefit

There is no lifetime limit or lifetime maximum to the Prescription Drug Program benefit.

## Covered Prescription Drugs

To be covered under the Prescription Drug Benefit, the drug must be:

- an eligible Prescription Drug for which a written prescription is required

- oral and injectable insulin dispensed only upon the written prescription of a Physician
- a compound medication of which at least one ingredient is a federal legend drug
- any other drug which, under the applicable state law, may be dispensed only upon the written prescription of a Physician or other lawful Provider

Additionally, there are certain medications for which prior authorization is required.

## What Is Not Covered Under Prescription Drug Benefits

The following charges are not covered under the Prescription Drug Benefit:

- charges that would not have been made if the person were not covered by these benefits
- charges that you are not legally required to pay
- drugs not approved by the Federal Drug Administration (FDA) for treatment
- expenses incurred to the extent that payment is unlawful where the person lives when the expenses are incurred
- Experimental drugs or drugs labeled "Caution — limited by federal law to investigational use"
- immunization agents, biological sera, blood or blood plasma
- medication which is taken or administered, in whole or part, at the place where it is dispensed or while a person is a patient in an institution which operates, or allows to be operated, on its premises a facility for dispensing pharmaceuticals
- non-federal legend drugs, other than insulin
- prescriptions filled in excess of the number specified by the Physician
- prescriptions dispensed more than one year from the date of the Physician's order
- prescriptions dispensed prior to consumption of 75% of existing prescription when taken as directed
- prescriptions for more than a 90-day supply at any one time
- prescriptions that can be reimbursed under any Workers' Compensation law or government program, other than Medicaid
- Rogaine or Propecia for hair growth or Renova for cosmetic use
- Retin-A/Avita for participants over age 35 without preauthorization
- therapeutic devices and supplies, except for disposable hypodermic syringes and needles for the administration of insulin and glucose test strips.

When processing your prescription benefit Claims, Medco refers to the resources listed under "Claims Administrator Information Used In Claim Determination" – see pages 113

Retiree Medical Plan                                                      32
September 1, 2004

and 114.   Prescription medications that require prior authorization and information on how you can obtain the clinical information Medco relies upon in determination of your Claim is also described there.   Additional Medco information that is used in prescription benefit Claims determinations is included in Appendix B of this SPD.

# Health Management Program

The Health Management program is designed to assist retirees less than age 65 and their eligible dependents who are Retiree Medical Plan participants in managing their health. CorSolutions is a third party provider and therefore not related to Nortel Networks health plan providers (CIGNA, United Behavioral Health, and Medco Health Solutions). This program is offered to you and your eligible dependents at no cost.   It includes:

- **Nurse Connections** - a toll-free support line that provides access to registered nurses 24-hours a day, 7 days a week, for questions about conditions, symptoms, medications, or other health information.
- **CorSolutions Web Site** - for health related information, health tools such as health risk assessment, weight and exercise logs, carbohydrate calculator, and blood sugar tracker, e-mail a nurse feature, links to other useful web sites, and more.  Be sure to register to fully access all the resources available on this web site.
- **Voice Connections** - a toll-free recorded health information line.
- **Chronic disease** (diabetes, hypertension, heart disease, etc) **management assistance:**
    - understanding your condition and how to manage symptoms
    - understanding and following your physician's treatment plan
    - understanding medications, side effects, contraindications, etc.
    - becoming a good health care consumer
    - navigating the health care system
    - providing your physician with updates (requires your consent) and national treatment guidelines on your condition

Employees and dependents with chronic health conditions (e.g. diabetes, asthma, heart disease) can choose to participate in a confidential program to help improve their health by contacting CorSolutions at 866-676-0740.  Those participants with more serious health conditions may receive an invitation by telephone to participate from CorSolutions.

# PREVENTIVE CARE BENEFITS

### Preferred Provider Organization (PPO) In-Network Coverage

When you choose coverage in one the PPO Options and use an In-Network Provider, Preventive Care expenses are covered at 100% for you and your eligible Dependents after the office visit Copayment.

In-Network Preventive Care services are based on American Medical Association (AMA) schedules for recommended periodic health examinations for Children and adults. Some of the preventive services that are eligible under the plan include:

**Well-child care for Children**

- height and weight screening
- immunizations (according to AMA recommendations) for your infant from birth to eighteen months (at ages two, four, six, fifteen and eighteen months)
- parent education on diet, injury protection and dental health for infants and Children
- screening for infants and Children at high risk for health problems, including hearing tests at 18 months for infants with a family history of childhood hearing impairment

**Adults**

- annual flu shot for adults, or as prescribed by Physician for high risk patients (e.g., immunosuppressed, chronic disease)
- annual Pap smear for women
- immunizations for tetanus-diphtheria every 10 years
- laboratory and diagnostic procedures for individuals at high risk for particular health problems
- mammograms (according to AMA recommendations)
- physical exam (according to AMA recommendations)
- sigmoidoscopy (according to AMA recommendations)
- vision and hearing tests for adults

In-Network Preventive Care services are based on American Medical Association (AMA) schedules for recommended periodic health examinations for Children and adults.

**Preferred Provider Organization (PPO) Options**
**Out-of-Network Coverage**

When you use an Out-of-Network Provider under one of the PPO Options, you and your eligible Dependents age six and over will generally be covered at 60% (80/60 PPO) or 70% (90/70 PPO) for routine Preventive Care, up to $300 every 24 months, after you satisfy your annual Deductible.

- The $300 includes services performed during the physical exam by your physician and related tests including laboratory and X-ray procedures.
- The $300 excludes the well-woman or OB/GYN exam (mammography and Pap smear).

Well-baby care expenses up to age six, including immunizations, are also generally covered at 60% (80/60 PPO) or 70% (90/70 PPO), and benefits for these expenses are excluded from the $300 physical exam maximum benefit.

Note that the PPO Options' out-of-network Preventive Care benefits are limited to Reasonable and Customary Charges.

**Comprehensive Option Coverage**

If you are enrolled in the Comprehensive Option, you and your eligible Dependents age six and over will generally be covered at 100% for a routine Preventive Care, up to $300 every 24 months, with no annual Deductible.

- The $300 includes services performed during the physical exam by your physician and related tests including laboratory and X-ray procedures.
- The $300 excludes the well-woman or OB/GYN exam (mammography and Pap smear) and routine immunizations and injections.

Well-baby care expenses up to age six, including immunizations, are also generally covered at 100%, and benefits for these expenses are excluded from the $300 routine preventive care benefit.

Note that the Comprehensive Option's Preventive Care benefits are limited to Reasonable & Customary Charges.

**Indemnity Option Coverage**

If you are enrolled in the Indemnity Option, you and your eligible Dependents age six and over will generally be covered at 100% for a routine Preventive Care, up to $200 every 24 months, with no annual Deductible.

- The $200 includes services performed during the physical exam by your physician and related tests including laboratory and X-ray procedures.
- The $200 excludes the well-woman or OB/GYN exam (mammography and Pap smear) and routine immunizations and injections.

Well-baby care expenses up to age six, including immunizations, are also generally covered at 100%, and benefits for these expenses are excluded from the $200 limit on routine preventive care.

Note that the Indemnity Option's Preventive Care benefits are limited to Reasonable & Customary Charges.

# OTHER COVERED EXPENSES

The following expenses are also covered under the Retiree Medical Plan options. See the Summaries of Medical Benefit, pages 59, 64 and 71, for details on coverage levels, limits and maximums.

Remember: To be an eligible medical expense, the service must be Medically Necessary and adhere to Common Medical Standards. In some cases, coverage is limited to Reasonable and Customary Charges or other limits and maximums. The Claims Administrator determines whether a service meets the plan's Medically Necessary criteria and Common Medical Standards under the plan. The Claims Administrator also determines what Reasonable and Customary Charges are under the plan. Certain services and supplies require Precertification or preauthorization by the Claims Administrator in advance of receiving the services and supplies for full benefits to be paid. Services for which you must receive Precertification or preauthorization are noted in this section. Expenses specifically excluded from coverage are shown in "What is Not Covered" beginning on page 47.

## Chiropractic Benefits

The plan covers chiropractic services including diagnosis and related services. Remember: Covered services are limited to Common Medical Standards. To qualify for coverage under the plan, the service must adhere to generally accepted medical practice based on recommendations from the American Medical Association (AMA). Pretreatment evaluation and progress reports may be requested by the plan at various intervals to ensure treatment is Medically Necessary.

All chiropractic expenses are covered under **Outpatient Short-Term Rehabilitation** benefits. In the PPO Options, any combination of In-Network and Out-of-Network Benefits for chiropractic treatment is limited to 90 visits per condition, per Calendar Year. The amounts you must pay for covered chiropractic expenses (including Copayment and any annual Deductible) are the same as required under the **Outpatient Short-Term Rehabilitation** benefits and the same limits (e.g., Reasonable and Customary Charge limits) are applicable.

Both the Comprehensive and Indemnity Options provide coverage at 80%, after the deductible is met, subject to Reasonable and Customary per the Summary of Medical Benefits (pages 64 and 71).

Please see the Summaries of Medical Benefits on pages 59, 64 and 71 for further information on benefits under the option you have selected.

## Dental Care Coverage

Dental coverage is provided under the Medical Plan for treatment due to accidental Injury to sound, natural teeth. This treatment must be provided within twelve months of the Accident. Coverage includes charges for Doctor's services, X-ray exams and services necessary to

restore or replace injured teeth. When you receive preauthorization from the Claims Administrator, Dental Coverage under the Medical Plan is also provided for:

- a charge made for removal of a malignant or nonmalignant Non-odontogenic tumor.
- other Medically Necessary services to treat:
  o Temporomandibular Joint Disorder (TMJ)
  o malocclusion involving joints or muscles (such as for wiring or repositioning teeth)
  o correction of Congenital anomaly in Children that occurred at birth.

No other charge for dental services is covered under the Medical Plan.

Additional dental exclusion information can be referenced in "What is Not Covered" on page 48.

# Durable Medical Equipment

The plan covers the rental or purchase of medical, surgical or related Hospital equipment and supplies, including, but not limited to:

- equipment for administration of oxygen
- Hospital beds
- ventilator
- wheelchairs
- artificial limbs, larynx and eyes (for functionally necessary replacements)
- heart pacemaker (for functionally necessary replacements)
- orthopedic braces, splints, trusses, casts, crutches or other similar items (for functionally necessary replacements)
- surgical dressings (for functionally necessary replacements)

If you are enrolled in a PPO Option, the Network Manager determines whether the equipment will be rented or purchased for coverage under the plan.  If you are enrolled in the Comprehensive Option or the Indemnity Option, the plan will cover either rental or purchase of the equipment.

If equipment is purchased, repair and maintenance of Durable Medical Equipment (not covered under a manufacturer's warranty or purchase agreement) is also covered. Benefits are provided for a single unit of Durable Medical Equipment (example: one insulin pump).

For a PPO Option, to receive In-Network Benefits, you must purchase or rent the Durable Medical Equipment from the vendor the Network Manager identifies.

**Predetermination Review:**

For all Retiree Medical Plan options: You are strongly urged to contact Member Services and submit a written Claim to predetermine that the Durable Medical Equipment you plan to purchase is a Covered Expense. You should obtain an estimate of the benefits considered eligible for payment under the plan from the Claims Administrator before your purchase of the Durable Medical Equipment.

For the Comprehensive options and Out-of-Network Benefits under the PPO options, there is a $2,000 benefit maximum per participant for Durable Medical Equipment each Calendar Year (external prosthetic appliances are excluded from this limit). For the PPO Options, benefits paid for Durable Medical Equipment received in-network will also count toward the $2,000 Out-of-Network Benefit maximum. The Indemnity Option does not have a Calendar Year maximum.

# Emergency Care

An Emergency is a sudden and serious situation that happens unexpectedly and requires immediate medical attention. If an emergency room is used for a condition that is not a medical Emergency, benefits will be reduced (and in some cases no benefits will be paid). See the "Summary of Benefits" for details. Examples of emergencies include an apparent heart attack, loss of consciousness, excessive bleeding, severe or multiple Injuries or serious burns. Colds, influenza, ordinary sprains, ear infections, nausea and headaches are *not* considered Emergencies.

The Plan covers the following types of Emergency care:

- Ambulance transportation to the nearest Emergency facility and transfers to other facilities in order to receive appropriate services
- Doctor's office
- Hospital emergency room care — within 48 hours of an Accidental Injury or the onset of a sudden or serious Illness
- Urgent care centers

# Home Health Care

Through the use of an authorized Home Health Care Agency, you may be able to shorten your Hospital stay and speed your recovery in your own home. The plan covers Home Health Care for covered services and supplies.

For the Comprehensive and Indemnity Options and for Out-of-Network Benefits under the PPO Options, there is a benefit maximum of 100 visits per participant each Calendar Year. For the PPO Options, benefits paid for Home Health Care visits that are received in-network will also count toward the 100 visit Out-of-Network Benefit maximum. There is an unlimited maximum on the number of visits for in-network benefits under the PPO Options.

For all Retire Medical Plan Options:
- Two hours of home health aide care counts as one visit; each visit by any other member of the home health team counts as one visit, regardless of the length of visit.
- Durable Medical Equipment billed by the Home Health Care Agency will be covered under the Durable Medical Equipment benefit.

The following are expenses covered under the Plan for Home Health Care services and supplies:

- part-time or intermittent home nursing care given or supervised by a registered nurse
- part-time or intermittent home health aide service, mainly for care of the person
- physical, occupational or respiratory therapy by a qualified therapist
- therapy by a qualified speech therapist if needed to restore or rehabilitate any speech loss or impairment caused by an Illness or Injury, or by surgery for that Illness or Injury (If the Illness or Injury is a Congenital defect, this includes therapy only after surgery for that defect). Covered therapy does not include therapy for which no further improvement can be expected.
- nutritional counseling furnished or supervised by a registered dietitian
- medical supplies, lab services, drugs and medicines prescribed by a Physician

These services and supplies will be covered only if **all** of the following conditions are met:

- the services are furnished to a person who is under a Physician's care,
- the services are prescribed in writing by the person's Physician,
- the services are not mainly custodial care,
- the services are Medically Necessary for the care and treatment of the person's Illness
  or Injury as part of a home health care plan submitted by the Physician to a Home Health Care Agency,
- the services are in substitution of the person's Inpatient stay in a Hospital or Skilled Nursing Facility that would be required in the absence of such services,
- the services are furnished by the Home Health Care Agency for that care and treatment is in the patient's home and charged for by the Home Health Care Agency.

# Hospice Care Program

The Retiree Medical Plan covers Hospice care services provided to a covered person diagnosed with a Terminal Illness. Terminally Ill means a life expectancy of six months or less, as certified by the patient's treating Physician who recommends admittance to a Hospice care facility. The Retiree Medical Plan also covers Hospice care expenses incurred for counseling services provided to the Terminally Ill patient's family unit after that person's death.

A Hospice is a facility that provides short periods of stay for a Terminally Ill person in a homelike setting for either direct care or respite. This facility may be either free-standing or affiliated with a Hospital. It must operate as an integral part of the Hospice Care Program.

A Hospice Team is a team of professionals and volunteer workers who provide care to:

- reduce or abate pain or other symptoms of mental or physical distress and
- meet the special needs arising out of the stresses of a terminal illness, dying and bereavement.

The Hospice Team must include a Physician and a Registered Graduate Nurse and may consist of a social worker, a clergyman/counselor, volunteers, a clinical psychologist, a physiotherapist and/or an occupational therapist.

All Hospice care will be considered one period of care unless the patient is readmitted to a Hospice for a subsequent period of care at least three months after he or she last received Hospice care.

Eligible services and supplies are considered Covered Expenses only if they meet *all* of the following conditions:

- the Hospice facility operates as an integral part of a Hospice Care Program that meets standards set by the National Hospice Organization and is approved by the Terminally Ill person's chosen medical provider. If such a facility is required by a state to be licensed, certified, or registered, it must also meet that requirement to be considered a Hospice,
- the Hospice Team includes at least a Physician and a Registered Graduate Nurse,
- services and supplies are ordered by the Physician directing the Hospice Care Program (treating Physician) as part of the Hospice Care Program,
- services and supplies are furnished while the Terminally Ill person is in a Hospice Care Program (certification of the Terminal Illness must be provided by the Physician before treatment can be confirmed as Hospice Care), and
- services and supplies are provided within six months from the date the Terminally Ill person entered the Hospice Care Program or re-entered such program for the Comprehensive and Indemnity Options.  For the PPO Options, the limit is seven months.

Covered charges include:
- counseling services provided by members of the Hospice team
- Hospice Room and Board while an inpatient in a Hospice facility and
- necessary medical and surgical supplies.

Counseling services are defined as supportive services provided by members of the Hospice Team in counseling sessions with the family unit. The services are to assist the family unit in dealing with the death of the Terminally Ill person.

There is a benefit maximum of 3 bereavement counseling sessions per family, per occurrence, for in-network and out-of-network care combined.

Hospice benefits are subject to the following maximums for the Indemnity Option:

- daily Hospice Inpatient benefit — $150 maximum
- inpatient benefit — $3,000 lifetime maximum
- outpatient benefit — $2,000 lifetime maximum
- family unit counseling services — $200 maximum per occurrence

The following charges related to Hospice care are **not covered** under any option:

- charges for a service furnished by a close relative. "Close relative" means, you, your spouse, your Domestic Partner, a child, a Domestic Partner's child, brother, sister, your parent, your spouse's parent or the Terminally Ill person
- charges incurred after the Terminally Ill person has been discharged from the Hospice Care Program
- charges for the treatment of a diagnosed Illness or Injury of a member of the family unit if covered, in full or in part, under any other coverage

## Infertility

The plan covers charges for the diagnosis and medical treatment of infertility. Additionally, a benefit is available for "assisted reproduction" expenses (which includes actual or attempted impregnation or fertilization, including artificial insemination, gamete intrafallopian transfer (gift) and in-vitro fertilization). There is a $5,000 lifetime benefit maximum per covered member (employee, spouse and any dependents) for assisted reproduction expenses.

## Inpatient Hospital Services

The Retiree Medical Plan covers services and supplies furnished by a Hospital during a Hospital stay, including:

- Ambulance use for local travel to the nearest facility that can provide the appropriate services*
- Anesthetics and their administration
- chemotherapy or radiation therapy
- diagnostic laboratory and x-ray services
- drugs and medications
- Hemodialysis
- Hospital Room and Board — charges for a Semi-Private Room and Board, private room if Medically Necessary, or 90% of the lowest room rate in a facility that only has private rooms
- operating and recovery room charges

- rehabilitation services
- other Medically Necessary Inpatient services and supplies

*If you are enrolled in the Indemnity Option, Ambulance use is covered in full if the service is provided by the Hospital. However, if the Ambulance services are provided by an agency other than the Hospital, the benefit for Ambulance use is limited to 80% after the Calendar Year Deductible. If you are enrolled in the Comprehensive Option, Ambulance services are covered at 80% of Reasonable and Customary Charges after the Calendar Year Deductible. For the PPO Options, Ambulance services are covered at 80% after the Calendar Year Deductible in the 80/60 PPO Option or 90% after the Calendar Year Deductible in the 90/70 PPO Option for true emergencies.  Otherwise, Ambulance services are covered at 60% in the 80/60 PPO Option or 70% in the 90/70 PPO Option after the Calendar Year Deductible.*

Inpatient Hospital benefits will be paid at 100% for a maximum of 365 days under the basic medical coverage provision of the Indemnity Option. After exhaustion of benefits under the Basic Medical coverage provision, the Major Medical benefit provisions take effect and provide 80% coverage thereafter. The Comprehensive Option pays In Patient Hospital benefits at 80% coinsurance after the deductible. For the PPO Options, Inpatient Hospital benefits will be paid at 80% for In-Network Benefits and 60% for Out-of-Network Benefits in the 80/60 PPO Option.  In the 90/70 PPO Option, Inpatient Hospital benefits will be paid at 90% for In-Network Benefits and 70% for Out-of-Network Benefits.

## Inpatient Physician and Surgeon Services
Medical care or treatment by a Physician during a Hospital stay is covered under the Plan when all Precertification requirements have been satisfied.

## Mastectomy
Under Federal Law (the Women's Health and Cancer Rights Act of 1998) breast reconstruction benefits in connection with a mastectomy necessitated by cancer will include:

- reconstruction of the breast on which the mastectomy was performed
- surgery and reconstruction of the other breast to produce a symmetrical appearance
- prostheses and treatment of physical complications in all stages of mastectomy, including lymphedema (swelling associated with the removal of lymph nodes)

## Maternity and Newborn Coverage
Under Federal Law, the Retiree Medical Plan may not restrict benefits (or fail to provide reimbursement) for any hospital length of stay in connection with childbirth for the mother or Newborn child to less than 48 hours following a normal vaginal delivery, or less than 96 hours following a cesarean section, or require that providers obtain authorization for stays which are not in excess of the above stated periods. The attending

provider, after consulting with the mother, may discharge the mother or her Newborn earlier than 48 or 96 hours as applicable.

# Medical Supplies

Covered medical supplies include:

- allergy sera and biological sera
- anesthetics and their administration
- blood and blood transfusions by or for the patient (if blood is not replaced)
- drugs and medication prescribed by a Doctor, or dispensed and administered in a Doctor's office
- hypodermic needles and syringes other than for insulin
- casts
- other fluids to be injected into the circulatory system
- oxygen
- surgical dressings

# Newborn Care

The following services and supplies authorized by your Physician and furnished by a Hospital to a healthy Newborn baby for routine nursery care are covered for the first seven days after the baby's birth:

- Hospital Room and Board
- supplies and non-professional services furnished by the Hospital for medical care in that Hospital

# Organ Transplant

Any of the services and supplies described in this "Other Covered Expenses" section that are required for a live donor as a result of an organ transplant procedure, whether the covered person is the donor or the recipient, are covered under the Retiree Medical Plan. See the "Organ Transplant Benefits" section on page 26 for more information.

If the covered person is the recipient of the transplant, the services and supplies will be considered to be furnished on account of the recipient's Illness or Injury. In addition, Covered Expenses will be limited to the extent to which benefits for the charges, services and supplies are not provided by the donor's coverage under:

- any group or individual contract
- any arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), including prepayment coverage

# Orthoptic (Visual) Therapy

Coverage is provided for Medically Necessary eye muscle exercises; including training by an Ophthalmologist, Optometrist or orthoptic technician.

# Outpatient Physician Services

Coverage for outpatient services includes:
- Anesthesiologists
- Surgeons

# Outpatient Services

The following outpatient treatments are covered under the Retiree Medical Plan:
- chemotherapy and radiation therapy
- Hemodialysis
- pathology interpretations
- x-ray and laboratory exams made to diagnose Illness or Injury

# Outpatient Short-Term Rehabilitation

The Retiree Medical Plan covers charges by a Physician or a licensed or certified physical, occupational or speech therapist for services to restore a body function that has been lost or impaired due to an Injury, Illness or Congenital defect.

Covered services include:
- cardiac rehabilitation
- chiropractic therapy
- speech therapy to:
  - develop or improve speech after Surgery to correct a defect that existed at birth **and** impaired or would have impaired the ability to speak.
  - restore speech after a loss or impairment of a demonstrated previous ability to speak caused by an Injury or Illness.
  - Covered speech therapy does not include therapy for which no further improvement can be expected.
- Speech therapy expenses for Children under age 5 whose speech is impaired due to one of the following conditions:
  - infantile autism
  - developmental delay or cerebral palsy
  - hearing impairment
  - major congenital anomalies that affect speech such as, but not limited to, cleft lip and cleft palate
  - to correct pre-speech deficiencies
  - to improve speech skills that have not fully developed
  - for the diagnosis of developmental delay
- treatment by a physical or occupational therapist

# Physician Services

Medical care or treatment is covered under the Retiree Medical Plan for services provided by a family practitioner, internist, pediatrician, obstetrician/gynecologist, or

other licensed medical practitioner who is practicing within the scope of his license and is licensed to prescribe and administer drugs or to perform surgery.

# Private Duty Professional Nursing

Private duty professional nursing services by a registered graduate nurse are covered under the Retiree Medical Plan, as long as:

- intensive nursing care by such a nurse is required to medically treat an acute Illness or Injury and
- the patient is not in either a Hospital, or any other health care institution that provides nursing care.

There is a $10,000 limit on private duty professional nursing services in each Calendar Year for the Comprehensive and Indemnity Options and Out-of-Network Benefits under the PPO Options. There is no Calendar Year limit for In-Network Benefits in the PPO Options but benefits paid for In-Network private duty professional nursing will count toward the $10,000 Out-of-Network Calendar Year maximum.

# Skilled Nursing Facility

The Retiree Medical Plan options cover Skilled Nursing Facility services and supplies that are furnished for recovery from either an Illness or Injury that caused a prior Hospital stay or from a related Illness or Injury.

The following are expenses covered under the Plan for services and supplies furnished during a person's Skilled Nursing Facility stay:

- daily Room and Board up to the Semi-Private room rate, including normal daily services and supplies furnished by the Skilled Nursing Facility
- general nursing care
- necessary medical supplies furnished by the facility for use during confinement

These services and supplies will be covered only if **all** of the following conditions are met:

- the person is under continuous care of his or her Physician and
- the stay is not in connection with care for a mental disorder. Mental disorders include, but are not limited to, senile deterioration, drug addiction, alcoholism, chronic brain syndrome and mental retardation.

If a confinement is in a distinct part of an institution which meets both the definition of a Hospital and of a Skilled Nursing Facility, then the benefits, if any, payable for that confinement will be determined on the basis of the benefits payable for the Skilled Nursing Facility confinement rather than those for a Hospital confinement.

The Medical Plan options cover Skilled Nursing Facility services and supplies that are furnished for recovery from either an Illness or Injury that caused a prior Hospital stay or from a related Illness or Injury.

Depending on the option you select, certain conditions must be met. There are differences in the benefit levels dependent on the option selected. Please see the Summaries of Medical Benefits on pages 59, 64 and 71 for details.

## Specialty Physician Services

Coverage for specialty Physician services includes:

- allergy testing and treatment
- office visits
- pre- and post-natal exams
- referral Physician services
- Second Surgical Opinion

## Surgical Services

The Retiree Medical Plan covers services performed in connection with surgical procedures in a Hospital, outpatient department, surgical facility or Physician's office (in certain situations). Surgical procedures include the closed or open reduction of fractures or dislocations of the jaw.

A charge is a Covered Expense if it is made by a Doctor for a service in connection with a covered surgical procedure. The service must be included in the following list to be covered under the Retiree Medical Plan:

- the immediate pre-operative exam of the person by the Doctor who performs the surgical procedure
- the performance of the surgical procedure by a Doctor
- aid by a Doctor in the performance of the surgical procedure, if such aid is required by the nature of the surgical procedure or the person's condition, or if it is required by the Hospital in which the surgical procedure is performed
- the post-operative care that is required by and directly related to the surgical procedure and is given by a Doctor
- the closed or open reduction of fractures or dislocation of the jaw

If two or more surgical procedures are performed in one session, benefits depend on the nature of the additional procedures. The maximum benefit will be:

- 100% of the charges for the major procedure, plus
- 50% of the fee for the other procedure(s) as if both(all) operations had been performed separately.

## Temporomandibular Joint Disorder

To the extent that the services or supplies provided are recommended by a Physician, and are essential and necessary care and treatment of an Injury or an Illness, coverage is applicable. Covered services include medical or surgical treatments directed exclusively at the temporomandibular joint (i.e. intracapsular structures).

All treatment must be authorized by the Claims Administrator in advance for coverage under the plan. The Claims Administrator will determine whether the treatment is medical or dental in nature and if medical in nature, whether the plan's Medical Necessity criteria is satisfied.

## Urgent Care Center Services

The plan covers services received at an urgent care center. An urgent care center is a facility, other than a Hospital, that provides covered services, as determined by the Claims Administrator, required:

- to prevent serious deterioration of your health,
- as a result of an unforeseen Illness, or Injury, or the onset of acute or severe symptoms.

# WHAT IS NOT COVERED

The following services and supplies are not covered by any Retiree Medical Plan Option, except as specifically noted in the Plan. Consult **"SECTION THREE – GLOSSARY"** for definitions of all capitalized terms.

## Blood

The amount that a charge for blood is reduced by blood donations.

## Chiropractor

Charges by a chiropractor for:

- Preventive Care, vitamins, liniments, nutritional supplements and cervical pillows
- Any type of service or supply for the treatment of a condition that ceases to be therapeutic treatment and is instead administered to maintain a level of functioning.

## Common Medical Standards

Charges for services that do not meet Common Medical Standards.

# Confinement

Expenses for:
- confinement in an extended care facility for Custodial Care, senile deterioration, mental deficiency or mental retardation
- education, training and Room and Board while confined in an institution which is mainly a school or other institution for training, a place of rest, a place for the aged or a nursing home

# Convenience Items

Charges for personal comfort items and services.

# Cosmetic Surgery

Charges for Cosmetic Surgery, except when necessary:
- because of an Accidental Injury while covered
- because of infection or other diseases, such as Surgery to reconstruct a breast after a mastectomy
- to treat a condition, including a birth defect, which impairs the function of a body organ of a Child

# Custodial Care

Expenses for Custodial Care (see the Glossary for definition).

# Dental Care Expenses for:

- routine dental services, including X-ray exams of the teeth, nerves or roots of the teeth, tissue and structure surrounding the teeth, gingival or alveolar, except for:
  - accidental Injuries to natural teeth treated within twelve months of the Accident
  - treatment or removal of a malignant or nonmalignant Non-odontogenic tumors
- Hospital confinements as an Inpatient or outpatient for dental Surgery, unless the dental Surgery is a covered medical expense (due to a concurrent medical condition or child's age) and it is Medically Necessary for the dental Surgery to be performed in a Hospital
- temporomandibular (TMJ) or maxillofacial Surgery, except when Medically Necessary and as described under the "Other Covered Expenses" section.

# Equipment

Charges for purchase or rental of common use items such as motorized transportation equipment, saunas, whirlpools, air purifiers, air conditioners, hypoallergenic pillows or mattresses or exercise equipment.

# Experimental

Investigational, Experimental or educational charges.

# Eye Care

The following charges related to treatment of the eye:

- eyeglasses or contact lenses of any type, except for initial replacements for loss of the natural lens
- eye exams to determine the need for or changes in eyeglasses or lenses of any type
- radial keratotomy or any surgical procedure to correct refraction errors of the eye, e.g., myopia (nearsightedness), hyperopia (farsightedness) or astigmatism (distortion), including any confinement, treatment, services or supplies given in connection with or related to the Surgery

# Foot Conditions

A charge for Doctor's services for:

- corns, calluses or toenails, except the removal of nail roots and necessary services in the treatment of metabolic or peripheral-vascular disease
- weak, strained, flat, unstable or unbalanced feet, except open cutting operations
- metatarsalgia or bunions, except open cutting operations

# Hearing Care

Charges for:

- hearings aids
- exams to determine the need for hearing aids or the need to adjust them

# Homemaker

Charges for services of a homemaker.

# Hospital

Any charges:

- for Hospital care and services rendered after the patient has been discharged from the Hospital
- for Hospital care and services when a registered bed patient is absent from the Hospital
- for Inpatient Hospital care and services if the covered person's condition does not require:
  - constant direction and supervision by a Physician
  - constant availability of nursing personnel
  - immediate availability of diagnostic therapeutic facilities and equipment found only in a Hospital setting
- for private Hospital room, unless Medically Necessary or unless the Hospital has no Semi-Private room
- at a federal Hospital or any other Hospital operated by a government unit, except for charges you are legally required to pay, or charges covered under any government

law or plan, except a federal/state program (e.g., Medicaid) or law or plan where benefits are in excess of the benefits provided by the Retiree Medical Plan

# Hypnosis

Charges for hypnosis, except as part of the Physician's treatment of a mental Illness, or when used instead of an anesthetic.

# Insurance Laws

Charges paid or payable under any no-fault automobile insurance law or an uninsured motorist insurance law. The Claims Administrator will take into account any adjustment option chosen under such part by you or any one of your qualified Dependents (or Domestic Partner).

# Medically Unnecessary

Charges for any treatment or services that are not Medically Necessary as determined by the Claims Administrator.

# Obesity

Charges for treatment of obesity, weight reduction, diet pills or dietetic control unless Medically Necessary.

# Observation or Diagnostic Study

Charges incurred for:

- any medical observation or diagnostic study when no disease or Injury is revealed, unless:
  - the Claim is in order in all other respects
  - there is definite symptomatic condition other than hypochondria
  - they are not part of a routine physical exam or check-up
- routine check-up examinations or tests, except as specified under the Preventive Care Benefit

# Other Charges

- Charges made by the Company, a family member or someone who lives in your household. This includes you and your spouse (or Domestic Partner), child, brother, sister, parent or spouse's (or Domestic Partner's) parent.

- Charges in excess of any plan limitations, maximums or Reasonable and Customary Charges.

- Charges for which the patient is not legally required to pay.

## Sexual Function

Expenses for:

- treatment to improve sexual function (an implantable penile prosthesis is considered an eligible expense when Medically Necessary to restore sexual function caused by certain medical conditions, such as diabetes, cancer, spinal cord injury and Peyronie's disease)
- sex change operations and therapies, including hormonal therapy

## Therapy and Counseling

Charges for marital/family therapy and counseling, except through the Mental Health and Substance Abuse Treatment Benefits.

## TMJ

Expenses for treatment of Temporomandibular Joint Dysfunction (TMJ), unless Medically Necessary.

## Travel

Expenses for travel or accommodations (except through the Companion Travel Program).

## War

Charges for Illness and Injury due to a war or any act of war.

## Work-Related Injuries

Expenses for work-related Injuries or Illnesses for which benefits under Workers' Compensation or any other occupational disease law or similar law are payable.

# HOW THE PPO OPTIONS WORK

The PPO Options represent a managed medical approach with a network referred to as a Preferred Provider Organization or PPO. The PPO network is the same for both the 80/60 PPO and the 90/70 PPO. This network is a group of Physicians, Hospitals and other health care Providers. Physicians must meet strict eligibility standards before they can be admitted to the Network. Some of the considerations are:

- graduation from an accredited medical school
- completion of an approved residency program
- board certification or board eligible in specialty (internal medicine, cardiology, etc.)
- admitting privileges to a Network Hospital
- appropriate treatment history
- state licensing.

The Network Manager screens and contracts with the Providers, and continues to monitor them on an ongoing basis. The Network Manager for the Retiree Medical Plan PPO Options is CIGNA.  A CIGNA network may or may not be available where you live. Your home ZIP code will determine which Network is available in your area.

A major advantage of the PPO Network is that the Providers in the network have contracted with CIGNA to provide discounted fees, creating savings for both you and Nortel Networks.

The PPO Options are available to Retirees less than 65 years of age and their enrolled eligible Dependents.

## Provider Directory

The Provider Directory lists Primary Care Physicians, specialists, independent practitioners, Hospitals, and other Network Providers.  You can obtain a copy of the Provider Directory from:

> The Claim Administrator's internet site or by calling their Member/Customer Services.  See the "Contact Information for Claims Filing" chart in **"SECTION TWO – ADMINISTRATIVE INFORMATION."**

## Plan Benefits

The PPO Options pay the maximum level of benefits when you use In-Network Providers. In-Network means that you are receiving care from a doctor, laboratory, Hospital, etc. that is participating in the Network. You may use Out-of-Network Providers, but benefits are reduced, except in a life-threatening Emergency.

Keep in mind that all benefits are limited to plan maximums and coverage for a particular service is based on how it is billed by the Provider.

## In-Network Benefits

You will pay a Copayment, a flat dollar amount, for certain Physician and other professional services received from In-Network Providers (without having to first meet the Calendar Year deductible). Then for all other services you must first satisfy a Calendar Year Deductible before In-Network Benefits begin. When the Deductibles for all family members combined reach the family Deductible, the Deductible will be considered satisfied for all family members that Calendar Year. However, in reaching the family Deductible, no one person can contribute more than one individual Deductible. There is a separate Deductible for each In-Network Hospital admission. For most other in-network services, like hospitalization, the plan pays 80% of covered charges in the 80/60 PPO Option or 90% of covered charges in the 90/70 PPO Option, and you pay the rest. When the amount of Covered Expenses you pay reaches the Out-of-Pocket Maximum in a Calendar Year (not including the Deductible, Copayments or amounts exceeding Reasonable and Customary Charges), the plan pays 100% of the covered charges for the rest of the Calendar Year. (See the PPO Options Summary of Benefits on pages 59-62.)

The separate Deductible for each In-Network Hospital admission applies to the mother and each Newborn.

Note: Under the PPO Options, the Hospital Inpatient Deductible per admission, whether an In-Network or Out-of-Network Hospital, will be waived if a person is released from the Hospital and readmitted for the same or related condition within 14 consecutive calendar days.

When you use In-Network Providers, you will not have to file Claim forms, your doctor takes care of Hospital Precertification, and Reasonable and Customary Charge coverage limits do not apply. Your doctor is just acting on your behalf, however. Your benefits and rights under the plan are not assignable to the doctor or to any other Provider. The rights and benefits of you and your eligible Dependents under this plan are not subject to the Claim of your creditors and cannot be voluntarily or involuntarily assigned, sold, or transferred to anyone else. Employees and their eligible Dependents are the only "participants" and "beneficiaries" of this plan, as defined under the provisions of the Employee Retirement Income Security Act of 1974.

It is the Retiree Medical Plan's intention, under certain circumstances, to provide benefits above the PPO Options' In-Network Benefit limit for the following benefits:

- Skilled Nursing Facility

- Outpatient Short-Term Rehabilitation.

In this respect, the Plan Administrator reserves the right to waive the PPO Options' In-Network Benefit limits on the above listed benefits in order to provide alternatives to an acute care setting when all of the following criteria are met:

- the service or treatment is Medically Necessary and the Claims Administrator approves the service or treatment
- there is a potential improvement in quality of life due to care being provided outside of the Hospital
- the person's Physician recommends the services or treatment
- the person agrees to the service or treatment
- if the waiver of the benefit limit is not granted, the person must return to the Hospital
- there is a cost savings to the Medical Plan for waiving the limit.

The determination of waiving these plan limits is made by the Claims Administrator on the criteria listed above.

### If You are in the Middle of a Course of Medical Treatment

If you are in the middle of a course of medical treatment with an Out-of Network Doctor it may be possible for you to continue using that provider for a limited time, but receive certain In-Network Benefits for that provider's services. Depending on the Network option you choose, you may be eligible for transition benefits if you are:

- In the second or third trimester of pregnancy (or at any point in a high-risk pregnancy),
- Receiving a course of chemotherapy or radiation for cancer,
- Undergoing dialysis for end-stage renal disease (ESRD),
- Recovering from a transplant operation or
- Terminally Ill.

If you are in counseling treatment with an Out-of Network mental health Specialist, you may also be able to continue treatment for a limited period of time.
The Medical Plan Claim Administrators determine transition benefit eligibility on a case-by-case basis. If you believe you may qualify for transition benefits, contact Member Services for the Medical Plan Network option you chose.

These are the circumstances under which transition benefits may be appropriate, but only if the criteria described above applies at the time of such circumstances. Those circumstances are:

- When you enroll as a new participant in the Retiree Medical Plan,
- When you change your Retiree Medical Plan selection from one option (e.g., PPO, Comprehensive) to another, or
- When your participating Provider leaves the Network.

## Out-of-Network Benefits

Under PPO Options, you may use Out-of-Network Providers any time you need health care, but benefits are reduced. With the PPO Options, you must first satisfy a Calendar Year Deductible before Out-of-Network Benefit payments begin. When the Deductibles for all family members combined reach the family Deductible, the Deductible will be considered satisfied for all family members that Calendar Year. However, in reaching the family Deductible, no one person can contribute more than their individual Deductible. There is a separate Hospital Admission Deductible for each Out-of-Network Hospital admission under the PPO Options.

... you may use Out-of-Network Providers any time you need health care, but benefits are reduced. You will have to pay an annual Deductible for most Covered Expenses before benefit payments begin.

Then the plan pays a percentage of the cost, and you pay the rest. When the amount of Covered Expenses you pay out of your own pocket reaches the "Out-of-Pocket Maximum" in a Calendar Year (not including certain expenses like the Deductible, any Copayments and any charges in excess of the Reasonable and Customary Charges), the plan pays 100% of the covered charges for the rest of that Calendar Year. The Out-of-Network Out-of-Pocket Maximum is shown in the "Summary of Health Benefits." (See page 59)

When you use Out-of-Network Providers, you will have to file a Claim to be reimbursed for plan benefits.   Refer to "**SECTION TWO – ADMINISTRATIVE INFORMATION,**" under "Filing Claims" for information about how and where to file Claims.

Note that the separate Deductible for each Out-of-Network Hospital admission applies to the mother and each Newborn.

**Important Note:** Out-of-Network Benefits are limited to Reasonable and Customary Charges. You will have to pay any charges above those considered Reasonable and Customary Charges. These additional charges do not count toward the Out-of-Pocket Maximum.

### A Note About the Out-of-Pocket Maximum

When the amount you have paid in a Calendar Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Calendar Year. The Out-of-Pocket Maximum "cross applies," which means that the money you pay applies to both In-Network and Out-of-Network Out-of-Pocket Maximums under the PPO Options.

The following expenses do not count toward the Out-of-Pocket Maximum:

- charges for mental health and substance abuse treatment
- charges in excess of Reasonable and Customary Charges
- charges above plan maximums
- charges applied to the Deductibles
- expenses incurred under the plan's Prescription Drug Program
- Copayments

**Emergencies**

An Emergency is a sudden and serious situation that happens unexpectedly and requires immediate medical attention. Examples include an apparent heart attack, severe bleeding, sudden loss of consciousness, severe or multiple injuries, convulsions, apparent poisoning. Colds, influenza, ordinary sprains, ear infections, nausea and headaches are not considered Emergencies. If you are enrolled in a PPO Option, contact Member Services if there is any question of whether a condition is considered an Emergency. The contact information is included on your Retiree Medical ID card.

In an Emergency, you should get medical care as quickly as possible. If you are a PPO Option participant, In-Network Benefits may be available even though you may receive treatment from an out-of-network Hospital. To be eligible for In-Network Benefits due to an Emergency, there are specific procedures you must follow. In general, you should contact your In-Network Physician within 48 hours so she or he can coordinate your care. Failure to contact your In-Network Physician within 48 hours will result in benefits payable at the applicable Out-of-Network Benefit level or lower.

To qualify as an Emergency, the care must be provided within 48 hours of an accidental Injury or the onset of a sudden or serious Illness. Remember, emergency rooms should only be used for Emergencies.

Services rendered in emergency rooms or other non-participating offices or clinics may be subject to review for coverage by the Claims Administrator.


# Your Retiree Medical ID Card

Your Retiree Medical ID Card includes your Copayment amount for easy reference when you need care. You will need to show your card when you go to In-Network Providers for care so your Physician will know how much your Copayment is. In addition, there are important telephone numbers printed on the card which you may need for Emergencies

and Hospital Precertification. Be sure to keep your Medical ID Card with you at all times to ensure you receive In-Network Benefits.

Your Retiree Medical ID Card includes your Copayment amount for easy reference when you need care. You will need to show your card when you go in-network for care so your Physician will know how much your Copayment is.

# Member Services

All the Networks have customer service centers called Member Services. Trained Network representatives are available to answer your questions about your PPO Option. You can call Member Services to:

- learn about Network Providers
- arrange care with Network Providers if you are away from home
- get a new Network Provider Directory
- register comments or complaints about Network Providers or services
- order a Medical ID Card
- check on plan features and procedures
- check on Claims payments and/or denials
- ask questions about your Explanation of Benefits (EOB).

Member Services' telephone numbers are listed on your Retiree Medical ID Card.

**Note:** You must contact Global Employee Services in order to add or drop a Dependent from coverage or request other such changes that are permitted due to a Status Change. **Do not** contact the Network Manager (e.g., CIGNA) to facilitate these types of requests.

**Remember**: Benefits are paid under the plan in accordance with the written terms of the plan. Member Services responds to your questions based on the specific information that you provide to them. If you provide incomplete or inaccurate information, Member Services' response to you, being based on your incomplete or inaccurate information, will also be inaccurate or incomplete. If clerical errors or other mistakes occur, those errors do not create a right to benefits. These errors include, but are not limited to, providing misinformation on eligibility or benefit coverages.

While Member Services will make every effort to ensure their information provided to you is complete, their response is not exhaustive nor is it the final determinant of benefits. It is your responsibility to confirm the accuracy of Member Services statements, in accordance with the terms of this SPD and other Retiree Medical Plan documents. You

are responsible for reading the written plan provisions and asking questions about these plan provisions.

The final determinant of benefits is the governing plan documentation contained in this SPD and the other written documents described in this document as setting the provisions and standards of the Plan. The Plan Administrator (or its delegate) has the discretionary authority to administer and interpret the Retiree Medical Plan.

## PPO Options Summary of Medical Benefits

| Benefit Description | 80/60 PPO | | 90/70 PPO | |
|---|---|---|---|---|
| | In-Network Benefits | Out-of-Network Benefits | In-Network Benefits | Out-of-Network Benefits |
| Calendar Year Deductible | | | | |
| ▪ Individual | ▪ $300 | ▪ $600 | ▪ $150 | ▪ $300 |
| ▪ Family | ▪ $900 | ▪ $1,800 | ▪ $450 | ▪ $900 |
| | Covered expenses you pay for both in- and out-of-network care count toward both deductibles | | Covered expenses you pay for both in- and out-of-network care count toward both deductibles | |
| Separate Deductible Per Hospital Admission (precertification required)[2] | ▪ $300 | ▪ $400 | ▪ $150 | ▪ $300 |
| Calendar Year Out-of-Pocket Maximum[8] | | | | |
| ▪ Individual | ▪ $2,500 | ▪ $5,000 | ▪ $2,500 | ▪ $5,000 |
| ▪ Family | ▪ $5,000 | ▪ $10,000 | ▪ $5,000 | ▪ $10,000 |
| Lifetime Maximum Per Person | Unlimited | $2,000,000[4,10] | Unlimited | $2,000,000[4,10] |
| **Physician Services** | | | | |
| Doctor's Office Visits | $20 copayment | 60%[1,5] | $15 copayment | 70%[1,5] |
| Pre-natal Visits | $20 copayment (for first visit only) | 60%[1,5] | $15 copayment (for first visit only) | 70%[1,5] |
| Outpatient Surgeon's Fees | 80%[2,5] | 60%[2,3,5] | 90%[2,5] | 70%[2,3,5] |
| Inpatient Surgeon's Fees (precertification required) | 80%[2,3,5] | 60%[1,2,3,5] | 90%[2,3,5] | 70%[1,2,3,5] |
| **Specialty Physician Services** | | | | |
| Allergy testing and treatment | $20 copayment[11] | 60%[1,5] | $15 copayment[11] | 70%[1,5] |
| Second surgical opinion | | | | |
| **Inpatient Hospital Services** (precertification required) | 80%[2,3,5] | 60%[1,2,3,5] | 90%[2,3,5] | 70%[1,2,3,5] |
|    Semi-Private Room & Board | | | | |
|    Operating & Recovery Room | | | | |
|    Anesthetic Services and Ancillary Services | | | | |
|    Lab & X-Ray | | | | |
|    Drugs, Medications | | | | |
|    Hemodialysis | | | | |

| Benefit Description | 80/60 PPO | | 90/70 PPO | |
|---|---|---|---|---|
| | In-Network Benefits | Out-of-Network Benefits | In-Network Benefits | Out-of-Network Benefits |
| **Inpatient Hospital Services** | | | | |
| Radiation & Chemotherapy Rehab Services Intensive Care Preadmission Testing Well-Newborn Care Other Eligible Hospital Charges | 80%[2,3,5] | 60%[1,2,3,5] | 90%[2,3,5] | 70%[1,2,3,5] |
| **Outpatient Hospital Services** | | | | |
| Operating & Recovery Room | 80%[2,5] | 60%[1,2,3,5] | 90%[2,5] | 70%[1,2,3,5] |
| Presurgical testing | 80%[2,5] | 60%[1,2,3,5] | 90%[2,5] | 70%[1,2,3,5] |
| Anesthesiologist, pathology interpretations, etc. | 80%[2,5] | 60%[1,2,3,5] | 90%[2,5] | 70%[1,2,3,5] |
| **Other Professional Services** | | | | |
| Outpatient Short-Term Rehabilitation (including physical, speech, occupational therapy and chiropractic care) | $20 copayment[4,6] | 60%[1,5,6] | $15 copayment[4,6] | 70%[1,5,6] |
| Private Duty Nursing | 80%[4,6] | 60%[1,4,5] up to $10,000 per person per calendar year | 90%[4,6] | 70%[1,4,5] up to $10,000 per person per calendar year |
| **Preventive Care** | | | | |
| Well-baby Care (up to age 6) | $20 copayment | 60%[1,5] | $15 copayment | 70%[1,5] |
| Child's Physical Exam (age 6 and over) | $20 copayment | 60%[1,5] up to $300 every 24 months | $15 copayment | 70%[1,5] up to $300 every 24 months |
| Adult Physical Exam | $20 copayment | 60%[1,5] up to $300 every 24 months | $15 copayment | 70%[1,5] up to $300 every 24 months |
| Routine OB/GYN Exam (includes routine mammogram) | $20 copayment | 60%[1,5] | $15 copayment | 70%[1,5] |
| **Hospital Services** | | | | |
| Inpatient Treatment | 80% after per hospital admission deductible[2,3,5] | 60% after per hospital admission deductible[1,2,3,5] | 90% after per hospital admission deductible[2,3,5] | 70% after per hospital admission deductible[1,2,3,5] |
| Outpatient Treatment | 80%[2,3,5] | 60%[1,2,3,5] | 90%[2,3,5] | 70%[1,2,3,5] |

| Benefit Description | 80/60 PPO | | 90/70 PPO | |
|---|---|---|---|---|
| | In-Network Benefits | Out-of-Network Benefits | In-Network Benefits | Out-of-Network Benefits |
| Emergency Room | $75 copayment (waived if admitted) | 60%[1,5,9] | $75 copayment (waived if admitted) | 70%[1,5,9] |
| Emergency Care-Ambulance | 80%[5] | 60%[1,5] | 90%[5] | 70%[1,5] |
| Skilled Nursing Facility (up to 60 days per calendar year) | 80%[2,3,5,6] | 60%[1,2,3,5,6] | 90%[2,3,5,6] | 70%[1,2,3,5,6] |
| Hospice | 80%[5] | 60%[1,5] | 90%[5] | 70%[1,5] |
| **Other Medical Services** | | | | |
| Assisted Reproduction (up to $5,000 lifetime maximum per person) | 80%[5,7] | 60%[1,5,7] | 90%[5,7] | 70%[1,5,7] |
| Infertility diagnosis and treatment | 80%[5] | 60%[1,5] | 90%[5] | 70%[1,5] |
| Home Health Care | 80%[4,5] | 60%[1,4,5] up to 100 visits per calendar year | 90%[4,5] | 70%[1,4,5] up to 100 visits per calendar year |
| Diagnostic X-ray and Lab | 80%[5] (must use network labs) | 60%[1,5] | 90%[5] (must use network labs) | 70%[1,5] |
| Radiation and Chemotherapy | 80%[5] | 60%[1,5] | 90%[5] | 70%[1,5] |
| Durable Medical Equipment | 80%[4,5] | 60%[1,4,5] ($2,000 maximum per calendar year) | 90%[4,5] | 70%[1,4,5] ($2,000 maximum per calendar year) |
| External Prosthetic Appliances | 80%[1,5] | 60%[1,5] | 90%[1,5] | 70%[1,5] |
| Dental | For accidental injury to sound, natural teeth | | For accidental injury to sound, natural teeth | |
| Precertification | Provider initiated[12] | Patient initiated[2] | Provider initiated[12] | Patient initiated[2] |

[1]*Subject to reasonable and customary (R&C) limits.*
[2]*Whenever a covered person faces confinement in a Hospital or needs non-emergency surgery, follow the directions for Hospital Precertification of these services as described on your Retiree Medical ID Card. Eligible charges for hospitalization may be reduced for days not precertified and eligible charges for elective surgery may also be reduced or denied for payment.*
[3]*Subject to hospital precertification.*
[4]*In-network benefits count toward out-of-network maximum benefit.*
[5]*Subject to Calendar Year deductible.*
[6]*Benefits paid for both in-network and out-of-network care count toward the medical plan's annual benefit limit.*

[7] *The medical plan pays up to a $5,000 lifetime maximum per participant for assisted reproduction services (e.g., impregnation or fertilization). Benefits paid for both in-network and out-of-network care count toward the medical plan's lifetime benefit limit.*

[8] *Covered expenses you pay for both in-network and out-of-network care count toward both out-of-pocket maximums.*

[9] *Note concerning Emergency Room: In-network benefits are available for Emergency Room charges only for medical emergencies. If the Emergency Room is used for a condition that is not a medical emergency, out-of-network benefits apply. A medical emergency is generally defined as an illness or injury of such a nature that failure to get immediate medical care could put a person's life in danger or cause serious harm to bodily functions. Some examples of a medical emergency are apparent heart attack, severe bleeding and sudden loss of consciousness.*

[10] *Benefits incurred as an active employee are included in the $2 million limit, excluding behavioral health and prescription drug benefits.*

[11] *In-network allergy injections when billed independently without an office visit are not subject to the office visit Copayment*

[12] *TheEmployee is responsible for ensuring that the admitting Doctor completes the Precertification process.*

# HOW THE COMPREHENSIVE OPTION WORKS

See the "Summary of Benefits" for further information on benefit levels for each category of service. The following is an overview of the features of the Comprehensive Option.

## Calendar Year Deductible

Before benefits are paid for Covered Expenses, you pay a Calendar Year individual Deductible of $200. When the Deductibles for all `family members combined reaches the calendar year family Deductible of $600, the Deductible will be considered satisfied for all family members that Calendar Year. However, in reaching the family Deductible, no one person can contribute more than their individual Deductible of $200.

## Coinsurance

Coinsurance is the portion of covered expenses paid by the Retiree Medical Plan after you pay your Deductible or Copayment.

## Reimbursement Level

After you satisfy the Deductible, the Comprehensive Option generally pays 80% of Reasonable and Customary Charges for most Covered Expenses.

# Out-of-Pocket Maximum

When the amount you have paid in a Calendar Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Calendar Year.

The following expenses do not count toward the Out-of-Pocket Maximum:

- charges for mental health and substance abuse treatment
- charges in excess of the Reasonable and Customary Charge
- charges above plan maximum amounts
- charges applied to the Deductible
- any expenses you incur under the plan's Prescription Drug Program

Before benefit payments begin, you will pay an annual Deductible. After you satisfy the Deductible, the Comprehensive Option pays 80% of Reasonable and Customary Charges for most Covered Expenses.

When the amount you have paid in a Calendar Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Calendar Year.

# Passive PPO

The Indemnity Option includes a "passive PPO network" feature for retirees less than age 65. The passive PPO feature means that if you seek treatment from a CIGNA network provider, you will receive the benefit of their discounted fee. The passive PPO *does not* have in-network and out-of-network benefit levels.  This feature does not affect the services covered and the benefit level. With the passive PPO network discounts, however, your out-of-pocket costs should be lower if you obtain care from an in-network provider.

# Common Accident Exception

When two or more covered persons in a family are injured in the same Accident, Covered Expenses for those Injuries will be combined to meet one Deductible for all such covered persons for that Calendar Year. This exception applies only to determine benefits for those Injuries. Any amount payable solely because of this exception will not count against the Lifetime Maximum benefit.

# Precertification

You must call Intracorp at 1-800-257-2702 to get Precertification for all Hospital Inpatient Stays, Skilled Nursing Facility admissions and certain other services (see table, this page and the following two pages).

# Filing Medical Claims

You must submit a written Claim along with the original bills or receipts for services to the Claims Administrator to receive benefits under the plan.

Refer to "**SECTION TWO – ADMINISTRATIVE INFORMATION**," under "Filing Claims" for information about how and where to file Claims.

| Comprehensive Option Summary of Medical Benefits | |
| --- | --- |
| Benefit Description | Benefit Level |
| Calendar Year Deductible (Individual/Family) | $300/$900 |
| Calendar Year Out-of-Pocket Maximum (Individual/Family) | $2,000/$4,000 (plus deductible) |
| Lifetime Medical Maximum | $2,000,000[7] |
| Inpatient Hospital Services:<br>• Semi-private Room & Board<br>• Operating & Recovery Room<br>• Intensive Care; Lab & X-Ray<br>• Drugs, Medications; Pre-admission Testing<br>• Hemodialysis; Radiation & Chemotherapy<br>• Rehab Services; Well-Newborn Care<br>• Other Eligible Hospital Charges | 80% coinsurance[1,2,3,4] |
| Inpatient Physician Services | 80% coinsurance[2,3,4] |
| Inpatient Surgeon's Services | 80% coinsurance[2,3,4] |
| Physician Services:<br>• Preventive Care<br>• Well-Child Care<br>• Routine Immunization & Injections<br>• Annual OB/GYN Exam<br>• Sigmoidoscopy | 80% coinsurance[2,5] |
| Physician Services:<br>• Adult Medical Care | 80% coinsurance[2,4] |

# Comprehensive Option
## Summary of Medical Benefits

| Benefit Description | Benefit Level |
| --- | --- |
| • Child Medical Care | |
| **Specialty Physician Services:** | 80% coinsurance[2,4] |
| • Office Visits | |
| • Second Surgical Opinion | |
| • Pre- and Post-Natal Exam | |
| • Allergy Testing & Treatment | |
| **Outpatient Surgical Charges:** | 80% coinsurance[2,3,4] |
| • Operating & Recovery Room | |
| • Presurgical Testing | |
| **Outpatient Treatments** | 80% coinsurance[2,4] |
| • Hemodialysis | |
| • Radiation & Chemotherapy | |
| **Outpatient Services:** (includes anesthesiologist, pathology interpretations, etc.) | 80% coinsurance[2,3,4] |
| **Outpatient Surgeon's Services** | 80% coinsurance[2,3,4] |
| **Outpatient X-Ray & Lab** | 80% coinsurance[2,4] |
| **Emergency Care:** | 80% coinsurance[2,4] |
| • Doctor's Office | |
| **Emergency Care:** | 80% coinsurance[2,4] |
| • Hospital Emergency Room | |
| • Accident or Illness | |
| **Emergency Care:** | 80% coinsurance[2,4] |
| • Ambulance | |
| **Outpatient Short-Term Rehabilitation** | 80% coinsurance[2,4] |
| **Private Duty Professional Nursing** | 80% coinsurance up to $10,000 per patient per Calendar Year[2,4] |
| **Home Health Care** | 80% coinsurance to a $50 maximum per visit[2,4] |
| **Skilled Nursing Facility** | 80% coinsurance[1,2,4] (Semi-private room, limited to 60 days per Calendar Year) |
| **Durable Medical Equipment** | 80% coinsurance, $2,000 maximum per Calendar Year[2,4] |
| **External Prosthetic Appliances** | 80% coinsurance[2,4] |
| **Assisted Reproduction (up to $5,000 lifetime maximum per person)** | 80% coinsurance[2,4,6] |
| **Infertility diagnosis and treatment** | 80% coinsurance[2,4] |

## Comprehensive Option
## Summary of Medical Benefits

| Benefit Description | Benefit Level |
| --- | --- |
| **Chiropractic Services** | 80% coinsurance[2,4] |
| **Dental Emergency Surgery** | For Accidental Injury to sound, natural teeth |
| **Precertification** | Patient initiated[3] |

1   *Subject to Hospital certification.*
2   *Subject to Reasonable and Customary Charges (R&C).*
3   *Whenever a covered person faces confinement in a Hospital or needs non-emergency surgery, follow the directions for Hospital Precertification of these services described on your Medical ID card. Eligible charges for hospitalization may be reduced for days not precertified, and eligible charges for elective surgery may also be reduced.*
4   *Subject to Calendar Year Deductible.*
5   *100% of R&C for the following: well-child care up to age 6, Pap smear every year, immunization for tetanus-diphtheria every ten years, mammograms according to AMA recommendations, sigmoidoscopy every three years for covered persons age 45 and over. $300 per Calendar Year for preventive care for children 6 yrs of age and older and adults (not subject to the deductible).*
6   *The medical plan pays up to a $5,000 lifetime maximum per participant for assisted reproduction services (e.g., impregnation or fertilization).*
7   *Benefits incurred as an active employee are included in the $2 million limit, excluding mental health and substance abuse treatment and prescription drug benefits.*

# HOW THE INDEMNITY OPTION WORKS

See the "Summary of Medical Benefits" for further information on benefit levels. The following is an overview of the features of the Indemnity Option:

The Indemnity Option is comprised of two parts. The first part is the Basic Medical Expense coverage that pays first and covers 100% of the Covered Expenses (subject to the limitation described on the pages that follow). The second part is the Major Medical Expense coverage that provides benefits for any Covered Expenses not eligible under the Basic Medical Expense coverage, in addition to any Covered Expenses that exceed the Basic Medical Expense coverage maximums.

To the extent that there is coverage for a particular service under both the Basic and Major Medical Expense coverage, Major Medical Expense coverage would begin only after the maximums for the particular coverage under the Basic Medical coverage are exhausted.

## Basic Medical Expense Coverage

Basic Medical consists of Hospital Expense Coverage, Surgical Expense Coverage, Hospital Medical Expense Coverage, Diagnostic X-Ray and Laboratory Expense Coverage, Accident Expense Coverage, Home Health Care Expense Coverage, Skilled Nursing Facility, Preventive Services Expense Coverage and Hospice Care Coverage.

## Hospital Expense Coverage

Under the Indemnity Option, the Basic Medical provision provides coverage at 100% without a Deductible, as long as the hospitalization is precertified, for Inpatient Hospital expenses, Inpatient and outpatient surgical expenses, and Inpatient and Surgery-related outpatient diagnostic X-ray and laboratory exams. Surgeon's expenses are subject to Reasonable and Customary limits.

Note: Precertification is not required for certain lengths of stay for childbirth. See Maternity and Newborn Coverage, page 42.

## Covered Hospital Expenses

This coverage pays benefits for Covered Expenses incurred for a Hospital stay. Benefit maximums apply to any one period of a person's Hospital stay.

Inpatient Hospital benefits will be paid at 100% for a maximum of 365 days under the Basic Medical provision. After exhaustion of benefits under the Basic Medical provision, the Major Medical provisions take effect and provide 80% coverage thereafter.

The benefit for each day is the amount of the Covered Expenses for room and board for that day, but not more than the Hospital's Semi-private Rate.

"Semi-private Rate" means the Hospital's standard semi-private room daily rate. If the Hospital has no semi-private rooms, the Semi-private Rate is 90% of its lowest private room daily rate.

One period of Hospital stays consists of all related Hospital stays. Separate Hospital stays of a person starting while the person is covered are considered related if the confinement is separated by less than three months **or** the confinement results from related causes.

# Covered Surgical Expenses

A charge is a Covered Expense if it is made by a Doctor for a service in connection with a surgical procedure performed. The service must be included in the following list to be covered:

- the immediate pre-operative exam by the Doctor who performs the surgical procedure
- the performance of the surgical procedure by a Doctor
- aid by a Doctor in the performance of the surgical procedure, if such aid is required by the nature of the surgical procedure or the person's condition or required by the relevant Hospital in which the surgical procedure is performed
- the post-operative care that is required by and directly related to the surgical procedure and is given by a Doctor
- the closed or open reduction of fractures or dislocation of the jaw.

# Accident Expense Coverage

The Indemnity Option provides coverage for medical care of your or your Dependent's Accidental Injuries that are not otherwise covered under Basic Medical. If the service is covered by another coverage under Basic Medical (regardless of the Covered Expense), it will not be covered under Accident Expense Coverage. However, Accident Expense Coverage (which has no Deductible) would pay prior to coverage under Major Medical (which generally has a Deductible).

Accident benefits are limited to $300. For all Injuries that result from one Accident, the amount payable is the amount of Covered Expenses for those Injuries, but not more than $300.

A charge is a Covered Expense under the Accident Expense Coverage if made for the medical care of an Accidental Injury. The service or supply must be ordered by a Doctor and must be furnished within 90 days after the Accident. Covered Expenses are:

- services and supplies, including room and board, furnished by a Hospital for medical care in that Hospital
- Doctor's services for surgery and for other medical care
- X-ray exams and laboratory exams
- private duty professional nursing by a registered graduate nurse

Retiree Medical Plan                                                                          68
September 1, 2004

- casts, splints, trusses, braces, crutches, artificial limbs and artificial eyes
- surgical dressings
- ambulance use for local travel to the nearest facility that can provide the appropriate services
- treatment of Accidental Injury to natural teeth when the charges are for Doctors' services or x-ray exams ("treatment" includes replacement/restoration of those teeth)
- rental of wheelchairs, Hospital type beds and artificial respirators

Please refer to the section entitled "What is Not Covered" for a list of services and supplies not covered by this benefit.

# Major Medical Expense Coverage

Major Medical pays benefits for many of the charges incurred for care and treatment of Illnesses and Injuries. There is a Deductible that applies to all Covered Expenses. The amount payable, once the Deductible is satisfied, is the Covered Percent for the particular charge. This is generally 80% of Reasonable and Customary Charges, subject to benefit maximums, as well as the $1,000,000 lifetime medical maximum. If a charge is covered by both Basic and Major Medical coverage, benefits under Basic Medical will be exhausted prior to coverage under Major Medical.

Major Medical also includes the following special provisions for charges incurred for:

- Home Health Care (after exhaustion of Basic Medical Expense coverage, covered at 80% and a $50 per visit maximum, unlimited visits)
- a Skilled Nursing Facility stay (after exhaustion of Basic Medical Expense coverage, covered at 80%, unlimited visits)
- Hospice Care (after exhaustion of Basic Medical Expense coverage, covered at 80%; unlimited Hospice care coverage)

# Calendar Year Deductible

Before benefits are paid for other Covered Expenses, you pay a Calendar Year individual Deductible of $200. When the Deductibles for all family members combined reaches the Calendar Year family Deductible of $400, the Deductible will be considered satisfied for all family members that Plan Year. However, in reaching the family Deductible, no one person can contribute more than their individual Deductible of $200.

# Coinsurance

Coinsurance is the portion of covered expenses paid by your Retiree Medical Plan after you pay your Deductible or Copayment.

## Reimbursement Level

After you satisfy the Deductible and any applicable Copayments, the Indemnity Option pays either 100% or 80% (depending on the services rendered) of Reasonable and Customary Charges for most Covered Expenses.

## Out-of-Pocket Maximum

When the amount you have paid in a Calendar Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Calendar Year.

The following expenses do not count toward the Out-of-Pocket Maximum:

- charges for mental health and substance abuse treatment
- charges in excess of the Reasonable and Customary Charge
- charges above plan maximum amounts
- charges applied to the Deductible
- expenses you incur under the plan's Prescription Drug Program

Before certain benefit payments begin, you will pay an annual Deductible. After you satisfy the Deductible, the Indemnity Option pays 80% of Reasonable and Customary Charges for many Covered Expenses.

When the amount you have paid in a Calendar Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Calendar Year.

## Passive PPO

The Comprehensive Option includes a "passive PPO network" feature for retirees less than age 65. The passive PPO feature means that if you seek treatment from a CIGNA network provider, you will receive the benefit of their discounted fee. The passive PPO *does not* have in-network and out-of-network benefit levels. This feature does not affect the services covered and the benefit level. With the passive PPO network discounts, however, your out-of-pocket costs should be lower if you obtain care from an in-network provider.

## Common Accident Exception

When two or more covered persons in a family are injured in the same Accident, Covered Expenses for those Injuries will be combined to meet one Deductible for all such covered persons for that year. This exception applies only to determine benefits for those Injuries. Any amount payable solely because of this exception will not count against the lifetime maximum benefit.

# Precertification

You must call Intracorp at 1-800-257-2702 to get Precertification for all Hospital Inpatient Stays, Skilled Nursing Facility admissions and certain other services (see table, this page and the following two pages).

# Filing Medical Claims

You must submit a written Claim along with the original bills or receipts for services to the Claims Administrator to receive benefits under the plan.

Refer to **"SECTION TWO – ADMINISTRATIVE INFORMATION,"** under "Filing Claims" for information about how and where to file Claims.

| Indemnity Option Summary of Medical Benefits | |
| --- | --- |
| **Benefit Description** | **Benefit Level** |
| **Calendar Year Deductible** | $200/$400 |
| **Calendar Year Out-of-Pocket Maximum** | $1,500/$3,000 (plus deductible) |
| **Lifetime Medical Maximum** | $2,000,000[7] |
| **Inpatient Hospital Services:**<br>• Semi-private Room & Board<br>• Operating & Recovery Room<br>• Intensive Care; Lab & X-Ray<br>• Drugs, Medications; Pre-admission Testing<br>• Hemodialysis; Radiation & Chemotherapy<br>• Rehab Services; Well-Newborn Care<br>• Other Eligible Hospital Charges | 100% coinsurance[1,3] |
| **Inpatient Physician Services** | 100% coinsurance[3] |
| **Inpatient Surgeon's Services** | 100% coinsurance[2,3] |
| **Physician Services:**<br>• Preventive Care (children 6 and over and adults)<br>• Well-Child Care (up to age 6)<br>• Routine Immunization & Injections<br>• Annual OB/GYN Exam<br>• Sigmoidoscopy | 100% coinsurance[5] |

# Indemnity Option
# Summary of Medical Benefits

| Benefit Description | Benefit Level |
|---|---|
| **Physician Services:** | 80% coinsurance[4] |
| • Adult Medical Care | |
| • Child Medical Care | |
| **Specialty Physician Services:** | |
| • Office Visits | 80% coinsurance[4] |
| • Second Surgical Opinion | 100% coinsurance |
| • Pre- and Post-Natal Exam | 100% coinsurance |
| • Allergy Testing & Treatment | 80% coinsurance[4] |
| **Outpatient Surgical Charges:** | 100% coinsurance[4] |
| • Operating & Recovery Room | |
| • Presurgical Testing | |
| **Outpatient Treatments** | 80% coinsurance[4] |
| • Hemodialysis | |
| • Radiation & Chemotherapy | |
| **Outpatient Services:** (includes anesthesiologist, pathology interpretations, etc.) | 100% coinsurance[3] |
| **Outpatient Surgeon's Services** | 100% coinsurance[3] |
| **Outpatient X-Ray & Lab** | 80% coinsurance[4] |
| **Emergency Care:** | 80% coinsurance[4] |
| • Doctor's Office | |
| **Emergency Care:** | |
| • Hospital Emergency Room | |
|   • Accident | • 100% coinsurance if treatment rendered within 48 hours |
|   • Illness | • 80% coinsurance after $25 copay[4] |

Retiree Medical Plan
September 1, 2004

72

## Indemnity Option
## Summary of Medical Benefits

| Benefit Description | Indemnity |
|---|---|
| **Emergency Care:** | |
| • Ambulance | 100% coinsurance if hospital ambulance, otherwise $25 base benefit; remainder at 80% coinsurance[4] |
| **Outpatient Short-Term Rehabilitation** | 80% coinsurance[4] |
| **Private Duty Professional Nursing** | 80% coinsurance up to $10,000 per patient per plan year[4] |
| **Home Health Care** | Basic medical: 100% coinsurance limited to 100 visits per plan year to a maximum of $50 per visit<br>Major medical: 80%, unlimited visits, maximum $50 per visit[2,4] |
| **Skilled Nursing Facility** | Basic medical: 100% coinsurance limited to 365 days per confinement[1]<br>Major medical: 80%, unlimited days[2,4] |
| **Durable Medical Equipment** | 80% coinsurance[4] |
| **External Prosthetic Appliances** | 80% coinsurance[4] |
| **Assisted Reproduction (up to $5,000 lifetime maximum per person)** | 80% coinsurance[2,4,6] |
| **Infertility diagnosis and treatment** | 80% coinsurance[2,4,6] |
| **Chiropractic Services** | 80% coinsurance[4] |
| **Dental Emergency Surgery** | For Accidental Injury to sound, natural teeth |
| **Precertification** | Patient-initiated[3] |

*1 Subject to Hospital Precertification.*
*2 Subject to Reasonable and Customary Charges (R&C).*
*3 Whenever a covered person faces confinement in a Hospital or needs non-emergency surgery, follow the directions for Hospital Precertification of these services described on your Medical ID card. Eligible charges for hospitalization may be reduced for days not precertified, and eligible charges for elective surgery may also be reduced.*
*4 Subject to Calendar Year Deductible.*
*5 100% of R&C for the following: well-child care up to age 6, Pap smear every year, immunization for tetanus-diphtheria every 10 years, mammograms according to AMA recommendations, sigmoidoscopy every 3 years for covered persons age 45 and over. $200 per 24 consecutive months for preventive care, including immunizations, for*

*children 6 yrs of age and older and adults (100% of R&C, up to $200 maximum, not subject to the deductible).*

6 *The medical plan pays up to a $5,000 lifetime maximum per participant for assisted reproduction services (e.g., impregnation or fertilization).*

7 *Benefits incurred as an active employee are included in the $2 million limit, excluding mental health and substance abuse treatment and prescription drug benefits.*

# WHEN COVERAGE ENDS

## For You

Retiree Medical Plan coverage will end on the last day of the month in which one of the following occurs:

- the date you stop qualifying for coverage,
- the date the Retiree Medical Plan is terminated,
- the date you fail to pay any required contribution

## For Your Dependents (or Domestic Partner)

Retiree Medical Plan coverage for your Dependents (or Domestic Partner) will end on the last day of the month in which the following occurs:

- the date you stop qualifying for coverage or your covered Dependent (or Domestic Partner) stops qualifying for coverage, or
- the date the part of the Plan providing the coverage ends, or
- the date you fail to pay any required contribution

## Extension of Health Care Protection

The following applies to all coverages other than the Hospice Care Program.

Your protection under the Retiree Medical Plan may be extended after the date you cease to be covered under the Plan. Coverage will be extended if, on the date you cease to be covered, you are Totally Disabled from a Sickness or Injury and are under a Doctor's care. The extension covers any Sickness or Injury that results in Total Disability. However, the extension applies only to those expenses incurred in connection with the Illness or Injury that caused the Total Disability. Coverage will be extended for the time you remain Totally Disabled from that Sickness or Injury and under a Doctor's care.

The following applies to Hospice Care Program coverage:

If you or a covered Dependent is Totally Disabled and under a Doctor's care on the date coverage under the Plan terminates, Hospice Care coverage during that Total Disability will be extended up to three (3) months if coverage terminated because:

- the Plan was terminated
  OR
- the Hospice Care Program within the Retiree Medical Plan was terminated for all Retired Employees of the Company or for a group of Retired Employees of which the person is a member.

If such coverage terminates for any other reason, Hospice Care Program coverage during that Total Disability will be extended for up to twelve (12) months.

Extended Hospice Care Program coverage will cease immediately when you or your covered Dependent becomes covered under any other group plan.

# COBRA

You and your covered Dependents may have the option to temporarily extend your health care coverages at full group rates, plus a 2% administration fee, in certain instances when coverage under the Nortel Networks FLEX Benefits program or Retiree Medical Plan would otherwise end.

This is called COBRA coverage. COBRA refers to the Consolidated Omnibus Budget Reconciliation Act of 1985. To be eligible for COBRA coverage continuation you must first be enrolled in the health plan the day before you become ineligible for the respective plan.

## BEFORE YOU RETIRE OR LEAVE ACTIVE SERVICE

At the time of your Retirement, if you and your Dependents are members of the FLEX Benefits Program, you and those covered Dependents will have the option of selecting COBRA coverage continuation for Medical, EAP, Dental/Vision/ Hearing Care Plans and the Health Care Reimbursement Account. For complete information regarding COBRA coverage continuation, see the Summary Plan Description(s) in the Benefits folder on Services@Work for the plan(s) for the plans that you may wish to continue coverage.

*Note: If you or your covered Dependents elect COBRA medical coverage, eligibility for the Nortel Networks Retiree Medical Plan is forfeited.*

If, on the other hand, you waive COBRA medical coverage continuation at the time of your Retirement from Nortel Networks and enroll in the Retiree Medical Plan, under some circumstances, your covered Dependents may continue coverage under the Retiree Medical Plan through COBRA provisions. See the section below.

# FOR RETIREE MEDICAL PLAN MEMBERS

### COBRA Qualifying Events for Retiree Medical Plan Members
If one of the qualifying events listed in the COBRA Continuation Period chart on the following page causes one or more of your covered Dependent(s) to lose Retiree Medical Plan coverage, they may continue coverage in this plan as described in the chart.

| CIRCUMSTANCES | YOU | SPOUSE/ DOMESTIC PARTNER | CHILD(REN) |
|---|---|---|---|
| You and your spouse or divorce | *N/A* | *36 MONTHS* | *36 MONTHS* |
| Your or your spouse's/Domestic Partner's covered child no longer qualifies as a Dependent | *N/A* | *N/A* | *36 MONTHS* |

## NOTIFICATION
The COBRA Administrator, COBRAServ, will notify you or your Dependents by mail of your COBRA election rights when the qualifying event is termination of employment or Retirement. You will receive instructions on how to continue your health care benefits under COBRA.

If you and your eligible Dependents are covered through the Retiree Medical Plan and a covered Dependent loses coverage due to divorce or loss of
Dependent status, you (or a family member) must notify Global Employee Services within 60 days of the event so that COBRA can be offered and their election rights can be mailed to them.

## ELECTION
It is the responsibility of you, your spouse, your Domestic Partner, or your Dependent Children to contact Global Employee Services within 60 days of the event to elect continued participation under COBRA. You or your eligible Dependent will have an additional 45-dayperiod (after the 60-day election period) to pay any premiums missed.

If Global Employee Services is not notified within 60 days of the qualifying event, eligibility to elect COBRA is forfeited.

If COBRA continuation coverage is elected:
- The level of coverage must be appropriate to the individuals covered (single coverage or family coverage if a parent and child will be participating).
- Coverage will be effective as of the date of the qualifying event.

COBRA participants are held to similar guidelines concerning their Retiree Medical coverage elections as Retiree Medical Plan participants. Changes in the Retiree Medical Plan Option elected can only be made during the Annual Enrollment Period that typically occurs in the summer. Changes in participants (e.g., dropping a Dependent) can be made under the usual plan rules (see Status Changes, page 14).

## COST OF PARTICIPATION

COBRA participants must pay the full monthly premiums for their coverage:

- For Retiree Medical coverage, premiums are based on a group rate per covered person set at the beginning of the Coverage Year, plus 2% to cover administrative costs.
- Regular monthly premiums are due to the COBRA Administrator (COBRAServ) by the first day of each month.

## WHEN COBRA ENDS

COBRA coverage will end before the maximum continuation period if:

- a person who was covered under COBRA becomes covered under another group health plan not offered by the Employer (providing the plan does not have Preexisting Condition limitations affecting the covered person). COBRA coverage will end if the Preexisting Condition limitation does not apply, or will end as of the date when that limitation expires. The covered person is entitled to receive credit equal to the period of his/her COBRA coverage against the new plan's Preexisting Condition limitation period, so long as the new coverage begins without a break in coverage of 63 days or longer.
- a person covered under COBRA becomes entitled to Medicare. Other covered Dependents who are not entitled to Medicare can continue coverage under COBRA until the maximum continuation period is reached.
- a person covered under COBRA meets the Preexisting Condition exclusions under a new employer's plan.
- any required premium for continued coverage is not paid within 30 days after it is due. (Payments are due on the first day of each month.)
- the Employer ceases to provide benefits to all active employees or Retirees, whichever is applicable.

## SPECIAL NOTE REGARDING HEALTH CARE REIMBURSEMENT ACCOUNTS FOR EMPLOYEES WHO HAVE NOT YET LEFT ACTIVE SERVICE

If you retire or terminate employment with the Company, you may be able to continue to participate in the Health Care Reimbursement Account through COBRA coverage continuation on an after-tax basis if the remaining benefit available, as of the date of the qualifying event, exceeds the maximum COBRA premium that could be charged for the balance of the plan year. In this situation, continuation of the Health Care Reimbursement Account is allowed only the remainder of the year of the qualifying event and not for subsequent years.

If you do not elect COBRA, you can still use any money left in your account to pay eligible health care expenses **incurred before** your employment ends. However, expenses **incurred after** your employment ends cannot be reimbursed and you will forfeit any prior contributions left in your account.

# Conversion Privilege

The Conversion Privilege describes when and how you, or your covered Dependent, may get an individual Health Care Converted Contract when your, your spouse's or covered Dependent's coverage under the Retiree Medical Plan ends.

You or your Dependents must first enroll in continuation of coverage through COBRA prior to the following conversion privilege (except in the following states: Maryland, New York, South Carolina, South Dakota and Wisconsin).

## Right to Convert

A right under this provision is subject to the rest of this Conversion Privilege. It is important to note that individuals are not entitled to convert if their doing so would result in their being over insured. The following is a definition of over insured:

A person will be considered over insured if either of the following occurs:

1) his/her insurance under this plan is replaced by similar group coverage within 31 days

2) the benefits under the converted policy combined with similar benefits result in an excess of insurance based on CIGNA's underwriting standards for individual policies. Similar benefits are:
   a) those for which the person is covered by another hospital, surgical or medical expense insurance policy or a hospital or a medical service subscriber contract or a medical practice or other prepayment plan or by any other plan or program; or
   b) those for which the person is eligible, whether or not covered, under any plan of group coverage on an insured or uninsured basis; or
   c) those available for the person by or through any state, provincial or Federal law.

You have the right to get a Health Care Converted Contract if both of these are met:

- your medical coverage ends for any reason other than your failure to pay, when due, any contribution required by the Plan
- you have been covered for at least three (3) months for medical coverage (or for it and for similar benefits under any group plan that it replaced).

Your spouse and each covered Dependent has the right to get a Converted Contract if both of these are met:

- your Dependent coverage under the Plan ends for one of the following reasons:
  - your death
  - your spouse ceases to be an eligible Dependent, due to divorce of your marriage
  - your spouse or other covered Dependent ceases to be an eligible Dependent for any other reason, and you do not have the right to get a Converted Contract at that time.
- you have been covered for at least three (3) months for Retiree Medical coverage (or for it and for similar benefits under any group plan that it replaced).

If your spouse or Domestic Partner and any of your Children have the right to get a converted contract at the same time, your spouse or Domestic Partner may elect conversion for all.

## Application and First Premium Payment

The person who has the right to get the Converted Contract must apply for it, and pay the first premium, to the Claims Administrator within thirty-one (31) days after Retiree Medical coverage for that person ends. Evidence of good health is not required.

## Effective Date

The Converted Contract will take effect on the day after Retiree Medical coverage ends. Some of the Retiree Medical coverages may not be available under the Converted Contract. The level of benefits under the Converted Contract may be lower than those of the Employer's Retiree Medical Plan. Premiums for the Converted Contract will be based on the Claims Administrator's rates for:

- the age and class of risk (but not health) of each person covered under it
- the type and amount of insurance it provides, and
- its premium period. Premiums will not be due less often than quarterly unless the insured agrees.

## Persons Covered

Subject to the exceptions below, the following are covered:

- if the Converted Contract is issued to you, you and your Qualified Dependents whose medical coverage ended when yours did,
- if your spouse has the right to get a Converted Contract and it is issued to your spouse, your spouse and any of your Dependent Children whose medical coverage ended at the same time, and
- if your child has the right to get a Converted Contract and it is issued to your child, only that child.

Exceptions to the above rules are:
- the Claims Administrator may issue a separate Converted Contract to any person
- the Claims Administrator is not required to issue a Converted Contract covering the following:
  - a person who is or could be covered by Medicare,
  - a person whose medical coverage ends by reason of the end of all medical Coverage for a group of Retirees, by amendment or otherwise, if it is replaced for the group of Retirees by similar benefits under a group plan within the next thirty-one (31) days, or
  - a person to whom one or more of the items below applies, when the benefits of the Converted Contract, together with the similar benefits provided or available from the sources shown in those items, would result in overinsurance under the Plan Administrator's standards:

    - the person is covered by an insurance or other contract, a plan or a program,
    - the person is eligible for coverage (whether or not covered) under any insured or uninsured arrangement for coverage for persons in a group, or
    - a law that requires that benefits be provided or made available to that person.

# THIRD PARTY LIABILITY

In the event that you suffer an Injury or Illness caused by a third party, you agree in good faith to pursue a Claim against the responsible third party to recover medical benefits received under the Nortel Networks Retiree Medical Plan for that Injury or Illness.

Any payments you receive from the third party will be used to repay the Retiree Medical Plan for benefits you have already received for the Injury or Illness. Any future plan benefits for the Injury or Illness will be reduced by the amount of any payments you receive or will receive in the future from the third party.

A reasonable apportionment of fees and costs you incur in pursuing a recovery from the third party may be deducted from amounts to be repaid to the Retiree Medical Plan.

The Retiree Medical Plan has the right to review any proposed settlement between you and the third party, and the Plan has the express right to reject any settlement that does not adequately provide for the recovery of the Plan's benefits paid or to be paid to you in connection with the Injury or Illness. You agree not to enter into any settlement with the third party that has been reasonably rejected by the Retiree Medical Plan.

…you agree in good faith to pursue a Claim against the responsible third party to recover medical benefits received under the Plan for that Injury or Illness.

# SECTION TWO - ADMINISTRATIVE INFORMATION

## PLAN ADMINISTRATION

This section contains information on the administration of Nortel Networks Retiree Medical Plan, contacts you may need in certain situations and your rights as a plan participant. Please note that certain key words in each section are capitalized. You can find these words in the Glossary section of the Summary Plan Description (SPD).

### Plan Year

- For Deductibles and Calendar Year Out-of-Pocket Maximums the Plan Year is January 1 to December 31.
- The period for which selections remain in effect, excluding Status Changes, is September 1 to August 31 (this date is subject to change based on the determined dates for the Annual Enrollment Period).

### Plan Administrator and ERISA Claims Fiduciaries

Nortel Networks Inc. is the Plan Administrator. The Plan Administrator has delegated various responsibilities for plan administration to other entities. Global Employee Services provides basic information to Retirees regarding vendors of benefit services and enrollment processes. Some of the Claims Administrators have been contracted to provide administrative services as well as process Claim reimbursements.

The ultimate decision about your eligibility for benefits under the plan is made by the named ERISA "claims fiduciary" that has responsibility for the determination of your Claim. For Claims filed on or after January 1, 2003, certain Claim Administrators have been designated claims fiduciaries. (For information on appeal procedures for Claims incurred prior to 1/1/2003, see the Plan Administration section of prior Nortel Networks Retiree Medical Plan Summary Plan Descriptions corresponding to the year in which the Claim was incurred.)

Each of the Claims fiduciaries has been delegated the exclusive authority by the Plan Administrator to interpret and administer the provisions of the Plan that apply to the Claim under review, including discretionary authority to:

- construe and interpret the terms of the plan,
- determine the validity of charges submitted under the plan, and
- make final, binding determinations concerning the availability of plan benefits.

Please note that determinations made by the claims fiduciary relate solely to whether or not benefits are available under the plan for the proposed treatment or procedure or whether eligibility for plan participation is available under the written terms of the plan. The determination as to whether a health service will be provided to you is between you and your Physician.

The claims fiduciaries for each type of Claim under the Retiree Medical Plan are noted in the list on pages 83-84, except for determination of prescription drug benefits under the plan for which the Company is the final claims fiduciary.

The Employee Benefits Committee (EBC) is the final authority to review denied Claims for those benefits for which the Company is the final claims fiduciary. Should you need to contact the Plan Administrator or the Employee Benefits Committee, refer to the following address:

Employee Benefits Committee
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

# Plan Identifying Information

Plan Type under ERISA:  Welfare Plan

Plan Number:  517

Funding Method:  Self-funded with contributions held in trust

Contribution Source:  the Companies that sponsor the Plan and participating Retirees contribute to the cost of coverage

Companies that Sponsor the Plan:  Nortel Networks Inc. (employer identification number 04-2486332) and certain other related companies sponsor this Plan for their eligible Employees.  For a current list of sponsoring companies, please contact Global Employee Services

The address for Nortel Networks Inc. is:
　　　　　Nortel Networks Inc.
　　　　　220 Athens Way, Suite 300
　　　　　Nashville, TN 37228

Agent for Service of Legal Process:  Attn:  Lynn Egan
　　　　　Nortel Networks Inc.
　　　　　220 Athens Way, Suite 300
　　　　　Nashville, TN 37228-1397
　　　　　615-432-4787

Retiree Medical Plan                                                                                            82
September 1, 2004

Legal Process may also be served upon the trustee of a trust that funds benefits under the Plan.

> Trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the Plan):
>> Retirement Services Group
>> Bank of America
>> 213 South LaSalle Street
>> Chicago, IL 60697
>> 312-828-2345

# CLAIMS PROCEDURES

## Contact Information for Claims Filing

The chart below provides addresses and phone numbers both for filing Claims and appealing denials of Claims for each of the listed benefits. Call Global Employee Services at 1-800-676-4636 if you cannot locate the information you need in the list that follows.

The claims fiduciaries for each type of Claim under the Medical Plan are noted in the list below.

| Claims Administrator | Address | Phone Number |
|---|---|---|

**Medical Benefits**
All Claims and appeals of denied Claims for medical benefits as described in this Summary Plan Description other than eligibility to participate in the plan and cost of coverage.

| | | |
|---|---|---|
| **CIGNA** | PO Box 33668 | 1-800-257-2702 |
| | Charlotte, NC 28233-3668 | |
| | Prospective members: www.cigna.com | |
| | Participants: www.mycigna.com | |

**Employee Assistance Program (EAP), Mental Health and Substance Abuse Treatment Benefits**
All Claims and appeals of denied Claims for EAP and/or mental health and substance abuse benefits as described in this Summary Plan Description other than eligibility to participate in the plan and cost of coverage.

| | | |
|---|---|---|
| **United Behavioral Health** | P O Box 30755 | 1-800-842-2991 |
| | Salt Lake City, UT 84130-0755 | |

Retiree Medical Plan                                                                83
September 1, 2004

www.liveandworkwell.com

**Prescription Drug Benefits**

Medco Health Solutions provides initial determination of claims payments according to the benefits as described in this Summary Plan Description and the first level appeal following an adverse benefit decision on matters other than eligibility and the cost of coverage.   The Company is the final claims fiduciary for all appeals of denied Claims for Prescription Drug benefits as described in this Summary Plan Description including eligibility to participate in the plan, cost of coverage and benefits payable under the prescription drug benefit program administered by Medco Health Solutions.

| | | |
|---|---|---|
| **Medco Health Solutions, Inc.** | PO Box 2187<br>Lee's Summit, MO 64063-2187<br>www.medcohealth.com | 1-800-711-3460 |
| Initial Claims regarding eligibility to participate in the Retiree Medical Plan; enrollment of Dependents in the Retiree Medical Plan; coverage option elected; Effective Date of enrollment in the Retiree Medical Plan; COBRA eligibility | Global Employee Services<br>Nortel Networks<br>PO Box 13010,<br>Research Triangle Park, N.C. 27709-3010 | 1-800-676-4636<br>Direct: 919-992-4636<br>ESN: 352-4636 |
| Appeals of denied Claims regarding eligibility to participate in the Retiree Medical Plan; enrollment of Dependents in the Retiree Medical Plan; coverage option elected; Effective Date of enrollment in the Retiree Medical Plan; COBRA eligibility | Employee Benefits Committee<br>Nortel Networks<br>220 Athens Way, Suite 300<br>Nashville, TN 37228 | |

The contact information of the Retiree Medical Plan's administrator for COBRA and the HIPAA certificate of health coverage is:

Ceridian COBRA Continuation Services (CobraServ)                    1-800-877-7994
3201 34th Street South
St. Petersburg, FL 33711-3828

Ceridian COBRA Continuation Services (CobraServ) is an external vendor which has been contracted to provide only administrative services for COBRA and the HIPAA certificate of health coverage.  They review Claims or appeals of denied Claims only as they relate to termination of coverage due to lack of timely payment.  They do not review Claims or appeals of denied Claims regarding the medical benefits coverages that are provided during your elected COBRA period.

Retiree Medical Plan                                                                                      84
September 1, 2004

# Filing Claims

This section outlines the procedures and applicable time limits for filing Claims and filing appeals of denied Claims and other benefit determinations under the Retiree Medical Plan. These procedures are intended to comply with the requirements of ERISA and will be interpreted in accordance with ERISA requirements. These procedures are effective for Claims filed on or after January 1, 2003.

To make a formal Claim for benefits, you must file the appropriate Claim form, if applicable, (along with the original bills or receipts for services) with the Claims Administrator. Providers may also file Claims directly for you if you authorize them to do that on your behalf.

In order to properly process your request, please refer to the "Contact Information for Claims Filing" chart on page 83 for a complete list of all Claims Administrators, their respective addresses and phone numbers. Claim forms are available from Global Employee Services. The Claim must describe the occurrence, character and extent of the service.

You must file your Claim by the end of the Calendar Year after the Calendar Year in which the service was rendered. If you don't submit the Claim by the end of the Calendar Year after the Calendar Year in which the service was rendered, benefits for that health service will be denied. This time limit does not apply if you are legally incapacitated to file a Claim.

Please note that determinations made by the Claims Administrator or Employee Benefits Committee (EBC) relate solely to whether or not benefits are available under the plan for the proposed treatment or procedure or whether eligibility for plan participation is available under the written terms of the plan. The determination as to whether a health service will be provided to you is between you and your Physician or other health care provider.

# Payment of Plan Claims

The Claims Administrator will make a benefit determination as set forth below. Benefits will be paid to the Provider as soon as possible after your Claim is received by the Claims Administrator when any of the following is true.
- The Provider is an In-Network Provider and In-Network Benefits are applicable.
- The Provider notifies the Claims Administrator that your signature is on file on a document requesting that payment of benefits on your behalf be made to that Provider.
- You make a written request for the Out-of-Network Provider to be paid directly at the time you submit your Claim.

You will be responsible for payment to the Provider if none of the above is true.

Should you die before a benefit that is to be paid to you is paid, the benefit will be paid to your estate.

The rights and benefits of you (Retiree Medical Plan members) and your eligible Dependents under this plan are not subject to the Claims of your creditors and cannot be voluntarily or involuntarily assigned, sold or transferred to anyone else. Retirees and their eligible Dependents are the only "participants" and "beneficiaries" of this plan, as defined under the provisions of the Employee Retirement Income Security Act of 1974.

The plan will not reimburse third parties who have purchased or been assigned benefits by Physicians or other Providers.

# Claim Determinations

Federal regulations define guidelines for review, payment and appeal of four types of Claims:

- **Urgent care Claims** – Claims for treating conditions that could seriously jeopardize your life, health or your ability to recover or would result in severe pain, if not treated.
- **Pre-service Claims** – Claims that involve advance coverage authorization of a non-urgent course of treatment.
- **Concurrent care Claims** – Claims where you are notified that your benefit for an ongoing course of treatment (urgent or non-urgent) will be reduced or terminated.
- **Post-service Claims** – Claims that involve non-urgent courses of treatment that have already been provided.

## Timeframe for Claim Determinations

### Urgent Care Claims that Require Immediate Action

Urgent care Claims are those Claims where:
- the terms of the Retiree Medical Plan condition receipt of the benefit on approval of the benefit prior to receiving medical care, and
- a delay in treatment could seriously jeopardize your life or health or the ability to regain maximum function or, in the opinion of a physician with knowledge of your medical condition could cause severe pain.

In these situations:
- The Claims Administrator will notify you of the initial benefit determination in writing or electronically within 72-hours after the Claims Administrator receives all necessary information, taking into account the seriousness of your condition.
- Notice of denial may be oral with a written or electronic confirmation.

- If you filed an urgent Claim improperly, or did not supply enough information for the Claim Administrator to make a decision, here is the process for urgent Claim determinations:
  1. The Claims Administrator will notify you of the improper filing and how to correct it within 24 hours after the urgent Claim was received.
  2. If additional information is needed to process the Claim, the Claims Administrator will notify you of the information needed within 24 hours after the Claim was received.
  3. You will then have 48 hours to provide the specified additional information to the Claims Administrator.
  4. The Claims Administrator will notify you of a determination no later than 48 hours after:
     - The Claims Administrator's receipt of the requested information; or
     - The end of the 48 hour period within which you were to provide the additional information to the Claims Administrator, if the information is not received within that time.
       - If you don't provide the specified additional information within the 48 hour period to the Claims Administrator, your Claim may be denied.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the Claim appeal procedures.

If you are asking for an extension of a course of treatment that is already in progress, the Claims Administrator will respond within 24 hours of the receipt of your request, provided that the request is made at least 24 hours before the previously approved benefits for the course of treatment expires.

**Pre-Service Claims**

Pre-service Claims are those Claims where the terms of the Retiree Medical Plan condition receipt of the benefit on approval of the benefit in advance of obtaining medical non-urgent care. This decision can be a determination of whether or not benefits will be paid at all, or the level of benefits that will be received.

If your Claim was a pre-service Claim and was submitted properly with all needed information, the Claims Administrator will notify you of the Claim decision within 15 days of receipt of the Claim.

The Claims Administrator may request a one-time 15-day extension if:

1. An extension is necessary, due to matters beyond the control of the plan and
2. The Claims Administrator notifies you before the initial 15-day period expires of the reasons why an extension is required and a date by which you can expect a decision.

If the extension is necessary due to your failure to submit necessary information to make a determination, the extension notice will describe the information needed. You will have 45 days after you receive the Claims Administrator's notice to provide all of the specified additional information.

The plan's timeframe for making a benefit determination stops on the date the Claims Administrator sends you the extension notification until the date you provide all of the specified additional information to the Claims Administrator.

If all of the needed information is received by the Claims Administrator within the 45-day time frame, the Claims Administrator will notify you of the determination within 15 days after the information is received. If all of the needed information is not received by the Claims Administrator within the 45-day period, your Claim will be denied.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the Claim appeal procedures.

**Concurrent Care Claims**

Concurrent care Claims are those Claims where the terms of the Retiree Medical Plan require the Claims Administrator to reduce or terminate benefits for an on-going (already in progress) treatment that benefits were previously approved by the Claims Administrator.

If benefits were previously approved for treatment already in progress and you request benefits for an extension of that treatment under an urgent care Claim as defined above:

- The Claims Administrator will notify you of a determination on your request for benefits for the extended treatment within 24 hours, provided the Claims Administrator receives your request at least 24 hours prior to the end of the treatment for which benefits were previously approved.

  o If your request for benefits for the extended treatment is not made at least 24 hours prior to the end of the treatment for which benefits were previously approved, the request will be treated as an urgent care Claim and decided according to the timeframes described above.

If benefits were previously approved for treatment already in progress and you request benefits for an extension of that treatment in a non-urgent circumstance, your request will be considered a new Claim and decided according to post-service or pre-service timeframes, whichever applies.

**Post-Service Claims**

Post-Service Claims are those Claims that are filed for payment of benefits after medical care has been received. If your post-service Claim was submitted properly with all

needed information, the Claims Administrator will notify you of the Claim decision within 30 days of receipt of the Claim.

The Claims Administrator may request a one-time 15-day extension if:

1. An extension is necessary, due to matters beyond the control of the plan and
2. The Claims Administrator notifies you before the initial 30-day period expires of the reasons why an extension is required and a date by which you can expect a decision.

If the extension is necessary due to your failure to submit necessary information to make a determination, the extension notice will describe the information needed.   You will have 45 days after you receive the Claims Administrator's notice to provide all of the specified additional information.

The plan's timeframe for making a benefit determination stops on the date the Claims Administrator sends you the extension notification until the date you provide all of the specified additional information to the Claims Administrator.

If all of the needed information is received by the Claims Administrator within the 45-day time frame, the Claims Administrator will notify you of the determination within 30 days after the information is received. If all of the needed information is not received by the Claims Administrator within the 45-day period, your Claim will be denied.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the Claim appeal procedures.

# Appealing a Denied Claim

### If You Receive an Adverse Benefit Determination

The Claims Administrator will provide you with notification of any adverse benefit determination, which will set forth:

1. The specific reason(s) for the adverse benefit determination.
2. Reference to the specific plan provisions on which the benefit determination is based.
3. A description of any additional material or information that is necessary for you to perfect the Claim and an explanation of why that material or information is necessary.
4. A description of the plan's appeal procedures and time limits applicable to such procedures, including a statement of your right to bring civil action under Section 502(a) of ERISA after a final adverse benefit determination on appeal.
5. A statement describing any voluntary appeal procedures offered by the plan and your right to obtain the information about such procedures, as well as a statement of your right to bring an action under ERISA.

Retiree Medical Plan                                                                                    89
September 1, 2004

6. Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse benefit determination; a statement or copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse determination will be provided free of charge to you upon request.

7. If the adverse benefit determination was based on a Medical Necessity or Experimental treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the adverse determination (applying the terms of the plan to your medical circumstances) or a statement that such explanation will be provided free of charge upon request.

8. If the adverse determination involves urgent care, a description of the expedited appeal process applicable.

**Procedures for Appealing an Adverse Benefit Determination**

If you disagree with a Claim for payment determination, you can file an appeal with the Claims Administrator who denied your original Claim by writing to the Claims Administrator and including the following in your written appeal request:

- o The patient's name and the identification number from the ID card (if applicable).
- o The date(s) of medical service(s).
- o The Provider's name.
- o The reason you believe the Claim should be paid.
- o Any documentation or other written information to support your request for Claim payment.

You, or your authorized representative, have 180 days following the receipt of a notification of an adverse benefit determination within which to submit your first appeal request to the Claims Administrator.

You have the right to:

1. Submit written comments, documents, records and other information relating to the Claim for benefits.

2. Request free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your Claim for benefits. For this purpose, a document, record or other information is treated as "relevant" to your Claim if it:
   - Was relied upon in making the benefit determination
   - Was submitted, considered or generated in the course of making the benefit determination, regardless of whether such document, record or other information was relied upon in making the benefit determination
   - Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination

- ▪ Constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for your diagnosis, regardless of whether such statement was relied upon in making the benefit determination.
3. A review that takes into account all comments, documents, records and other information submitted by you relating to the Claim, regardless of whether such information was submitted or considered in the initial benefit determination.
4. A review that does not defer to the initial adverse benefit determination and that is conducted by the claims fiduciary of the plan who is neither the individual who made the adverse determination nor that person's subordinate.
5. If the appeal involved an adverse benefit determination based in whole, or in part, on a medical judgment, you have the right to require the claims fiduciary to consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment and who was neither consulted in connection with the initial adverse benefit determination nor the subordinate of any such individual.
6. The identification of medical or vocational experts whose advice was obtained in connection with the adverse benefit determination, without regard to whether the advice was relied upon in making the decision.

A qualified individual who was not involved in the decision being appealed will be appointed to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field who was not involved in the prior determination. The Claims Administrator may consult with, or seek the participation of, medical experts as part of the appeal resolution process. Upon request and free of charge you have the right to reasonable access to and copies of, all documents, records, and other information relevant to your Claim for benefits.

**Urgent Claim Appeals That Require Immediate Action**

Your appeal may require immediate action if a delay in treatment could significantly increase the risk to your health or the ability to regain maximum function or cause severe pain. In these urgent situations:

- o The appeal does not need to be submitted in writing. You or your Physician should call the claims fiduciary to request the appeal as soon as possible.
- o The claims fiduciary will provide you with a written or electronic determination as soon as possible, but no longer than 72 hours following receipt by the claims fiduciary of your request for review of the determination taking into account the seriousness of your condition.

**Pre-Service and Post-Service Claim Appeals**

You will be provided written or electronic notification of decision on your appeal as follows.

Retiree Medical Plan                                                                                      91
September 1, 2004

For appeals of **pre-service Claims** (as defined on page 86)

- o   The first level appeal will be conducted and you will be notified by the Claims Administrator of the decision within 15 days from receipt of a request for appeal of a denied Claim.
- o   If you are not satisfied with the first level appeal decision of the Claims Administrator, you have the right to request a second level appeal from the claims fiduciary. Your second level appeal request must be submitted to the claims fiduciary within 60 days from receipt of the first level appeal decision.
- o   The second level appeal will be conducted and you will be notified by the claims fiduciary of the decision within 15 days from receipt of a request for review of the first level appeal decision.

For appeals of **post-service Claims** (as defined on page 86)

- o   The first level appeal will be conducted and you will be notified by the Claims Administrator of the decision within 30 days from receipt of a request for appeal of a denied Claim.
- o   If you are not satisfied with the first level appeal decision of the Claims Administrator, you have the right to request a second level appeal from the claims fiduciary.  Your second level appeal request must be submitted to the claims fiduciary within 60 days from receipt of the first level appeal decision.
- o   The second level appeal will be conducted and you will be notified by the claims fiduciary of the decision within 30 days from receipt of a request for review of the first level appeal decision.

**Participation Appeals**

For appeals regarding denial of your eligibility to participate in the plan, the enrollment of your Dependents in the plan, coverage option elections, the Effective Date of enrollment in the plan under all options, or COBRA eligibility, the Company retains the exclusive right to interpret and administer the participation provisions of the Retiree Medical Plan.

- o   The first level appeal will be conducted and you will be notified by Global Employee Services, the Claims Administrator, of the decision within 60 days from receipt of a request for appeal of a denied Claim.
- o   If you are not satisfied with the first level appeal decision of the Claims Administrator, you have the right to request a second level appeal from the Employee Benefits Committee, the claims fiduciary. Your second level appeal request must be submitted to the claims fiduciary within 60 days from receipt of the first level appeal decision.
- o   See below for a description of procedures for the second level appeal conducted by the Employee Benefits Committee.

Retiree Medical Plan                                                                                        92
September 1, 2004

The Employee Benefits Committee (EBC) conducts the second level appeal for determining your eligibility to participate in the Retiree Medical Plan, the enrollment of your Dependents in the Retiree Medical Plan, coverage option elections or the Effective Date of enrollment in the plan under all options. The EBC will make a decision on your appeal of a denial of your participation Claim under the plan no later than the date of the meeting of the EBC that immediately follows the plan's receipt of a request for review, unless the request for review is filed within thirty (30) days preceding the date of such meeting. (The EBC holds monthly meetings.)  In such case, a benefit determination may be made by no later than the date of the second meeting following the plan's receipt of the request for review.  If special circumstances require a further extension of time for processing, a benefit determination shall be rendered not later than the third meeting of the EBC following the plan's receipt of the request for review.  If such an extension of time for review is required because of special circumstances, the EBC will provide you with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension.

In the event an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination on review stops on the date the EBC sends you the extension notification until the date you respond to the request for additional information.

The EBC will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

## Final Note on Retiree Medical Plan Claim Appeals

Following a final adverse benefit decision, you have the right to bring a civil action under ERISA section 502(a). You and your plan may have other voluntary alternative options, such as mediation.  One way to find out what may be available to you is to contact your local U.S. Department of Labor Office and your state insurance regulatory agency.

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's Employee benefit plan, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

**Receive Information About Your Plan and Benefits**

- Examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents governing the plan, including insurance contracts, and a copy of the latest annual report (Form 5500 Series)  filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

Retiree Medical Plan                                                                                               93
September 1, 2004

- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may request a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a summary of this annual report.

## Continue Group Health Plan Coverage

- Continue health care coverage for your spouse or Dependents if there is a loss of coverage under the plan as a result of a qualifying event. Your Dependents may have to pay for such coverage. Review this summary plan description and the documents governing the plan on the rules governing COBRA continuation coverage rights.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your Employee benefit plan.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your Claim for a welfare benefit is denied in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a Claim for benefits that is denied or ignored, in whole or in part, you may file suit in Federal or state court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a medical child support order, you may file suit in Federal court.

If it should happen that a plan fiduciary misuses the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in Federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if the court finds your Claim is frivolous.

**Assistance With Your Questions**

If you have questions about your plan, you should contact the Plan Administrator.  If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator you should contact the nearest office of the Pension and Welfare Benefit Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

# HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPAA) PRIVACY NOTICE

Effective April 14, 2003, the Nortel Networks Group Health Plan which includes this plan, the Nortel Networks Retiree Medical Plan, was amended to include the health information privacy requirements specified in HIPAA.  The following section describes the permitted use and disclosure of protected health information under this Act.

Nortel Networks (including Nortel Networks Inc., Nortel Networks Limited and any subsidiary of either or of Nortel Networks Corporation whose Retirees are covered by the Plan) may only use and disclose protected health information it receives from the Plan as permitted and/or required by, and consistent with the HIPAA Privacy regulations found at 45 CFR Part 164, Subpart A. This includes, but is not limited to, the right to use and disclose participant's protected health information in connection with payment, treatment and health care operations (as defined within the regulations).

The Plan will disclose protected health information to Nortel Networks only upon receipt of a certification by Nortel Networks Inc., the Plan Sponsor that the plan documents have been amended to incorporate all of the required provisions as described below.

**Nortel Networks will:**

- Not use or further disclose the information other than as permitted or required by the plan documents or as required by law;
- Ensure that any agents, including a subcontractor, to whom it gives protected health information received from the Plan, agree to the same restrictions and conditions that apply to Nortel Networks with respect to such information;
- Not use or disclose the information for employment-related actions and decisions or in connection with any other benefit or Employee benefit plan of Nortel Networks;
- Report to the Plan any use or disclosure of the information that is inconsistent with the uses or disclosures provided for of which Nortel Networks becomes aware;
- Make available protected health information in accordance with individuals' rights to review their protected health information;
- Make available protected health information for amendment and incorporate any amendments to protected health information consistent with the HIPAA rules;
- Make available the information required to provide an accounting of disclosures in accordance with the HIPAA rules;
- Make its internal practices, books, and records relating to the use and disclosure of protected health information received from the Plan available to the Secretary of HHS for purposes of determining compliance by the Plan;
- If feasible, return or destroy all protected health information received from the Plan that Nortel Networks still maintains in any form. Nortel Networks will retain no copies of protected health information when no longer needed for the purpose for which disclosure was made. An exception may apply if such return or destruction is not feasible, but the Plan must limit further uses and disclosures to those purposes that make the return or destruction of the information infeasible.

# FUTURE OF THE PLAN

Although the benefits currently available (in the 2004 Plan Year) are described in this summary for the Company's Retiree Medical Plan, the Company reserves the right to change or end the plan described in this summary at any time. Any plan changes will result from actions taken and approved by the Company. The Company may adopt such changes or terminate the plan at any time and for any reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law.

# SECTION THREE - GLOSSARY

Sometimes, to describe a benefit plan accurately, some technical terms must be used. Here to help you understand them are brief definitions in alphabetical order. If there are any differences between this Glossary and the terms contained in the plan documents, the plan documents will govern.

If a different definition of any of the following words is provided in the section describing a particular benefit plan that definition applies instead of the definition listed below.

**Accident**
An unexpected event resulting in bodily Injury by an external trauma.

**Accidental Injury**
Injuries sustained as the direct result of an Accident.

**Active Duty**
Currently enlisted in the armed forces of any country and called upon to serve.

**Affiliates**
Subsidiaries of, or other companies related to, Nortel Networks Inc. (NNI), that have been authorized by the Board of Directors of NNI to provide coverage for their employees under the Company's benefit programs and have adopted those programs.

**Ambulance**
Ground or air transportation by a commercial or municipal ambulance service that is issued a license or certificate by the appropriate licensing authority.

**Annual Enrollment Period**
The annual period during which you may change your Retiree Medical Plan Option for the coming year. Annual enrollment is held each summer.

**Brand-Name Drug**
A prescription medicine that is available only from its original manufacturer or licensee under a recognized brand name. A brand name drug may have a generic equivalent after the original patent expires. Brand-name drugs are typically sold at a higher price than Generic Drugs.

**Calendar Year**
January 1 through December 31. This period is also the "Plan Year" for the purposes of the Retiree Medical Plan.

**Capital Accumulation and Retirement Programs**
Effective May 1, 2000, Nortel Networks Inc. and certain other Employers introduced and sponsored three Capital Accumulation and Retirement Programs – the Traditional program, the Balanced program and the Investor program. These programs are designed to enable employees, with help from their Employer, accumulate assets through different combinations of pension, retiree welfare, investment and stock purchase plans.

**Children**
Dependents who are:
- your natural children,
- children legally adopted by you or placed with you for adoption
- your step-children,
- your legal foster children,
- your responsibility as legal guardian,
- children of your Domestic Partner, or
- children for whom you are required to provide health coverage, as specified by a Qualified Medical Child Support Order (QMSCO). A QMCSO is an order of judgment from a court that directs a plan administrator to cover a child for benefits under a health care plan

To be eligible for coverage as a child, stepchildren, legally authorized foster children, children for whom you the legal guardian and children of your Domestic Partner must depend on you for support and maintenance and live with you for at least six months of the Calendar Year in a regular, parent-child relationship.

**Claim**
A request by a covered person for a benefit under a specific plan.

**Claims Administrator**
The company or third party administrators responsible for processing and paying benefit Claims and other various administrative services.

**Coinsurance**
The portion of covered expenses paid by your Retiree Medical Plan after you pay your Deductible or Copayment or the specified percentage that you pay when you receive certain services or supplies.

**Common Medical Standards**
Generally accepted medical practice based on recommendations from the American
Medical Association (AMA), the American College of Obstetricians and Gynecologists
(ACOG), the American Cancer Society (ACS) and others.

**Company**
Nortel Networks Inc. (NNI).

**Congenital**
A condition present at birth that is not hereditary

**Copay, Copayment**
The specified dollar amount that you pay when you receive certain services or supplies.

**Cosmetic Surgery**
Procedures performed mainly to change a person's appearance rather than for the
improvement, restoration or correction of normal bodily functions. It includes Surgery
performed to treat a mental, psychoneurotic or personality disorder through change in
appearance.

**Coverage Year**
The period for which the Retiree Medical Plan Option election remains in effect. See
Annual Enrollment Period. In general, the effective date of any Option change is the first
of the second month following the month in which the Annual Enrollment Period occurs.
Generally, premium changes go into effect with the beginning of the new Coverage Year.

**Covered Expense**
Charges that may be used as the basis for a Claim under the plan. They are the charges
for certain services and supplies to the extent the charges meet the terms specified in the
Retiree Medical Plan's "Covered Expenses."

**Covered Percent**
A percentage of Covered Expenses used to determine the benefits payable for those
charges under the coverages. The Covered Percent is not applied to charges used to meet
any Deductible or Copayment.

**Custodial Care**
Care that provides a level of routine maintenance for the purpose of meeting personal
needs. Custodial Care includes, but is not limited to: help in walking and getting into and
out of bed, help in bathing, dressing and eating, help in other functions of daily living of a
similar nature, administration of or help in using or applying medications, creams and
ointments, routine administration of medical gases after a regimen of therapy has been set

Retiree Medical Plan                                                                    99
September 1, 2004

up, routine care of a patient, including functions such as changes of dressings, diapers and protective sheets and periodic turning and positioning in bed, routine care and maintenance in connection with casts, braces and other similar devices, or other equipment and supplies used in treatment of a patient, such as colostomy and ileostomy bags and indwelling catheters, routine tracheostomy care, general supervision of exercise programs, including carrying out of maintenance programs or repetitive exercises that do not need the skills of a therapist and are not skilled rehabilitation services.

**Deductible**
The amount of Covered Expenses you and your enrolled dependents must pay each year before the plan begins to pay benefits.

**Dependent**
For your medical coverage, dependents include:
- your spouse, including your common-law spouse as recognized by applicable state law
- your qualified Domestic Partner, (see definition of "Domestic Partner")
- your unmarried Children and your Domestic Partner's unmarried Children under the age of 19,
- your unmarried Children and your Domestic Partner's unmarried Children between the ages 19 and 25 who are full-time students at an accredited school and are primarily supported by you
- your unmarried Children and your Domestic Partner's unmarried Children of any age who have a mental or physical disability that began before age 19 (or age 25 if they are a full-time student) and who are Wholly Dependent on you for support and maintenance and became dependent before age 19 (or age 25 if a full-time student)

**Dispense as Written (DAW)**
A phrase prescribers use when writing a prescription to indicate their preference that the pharmacy dispense the Brand-Name Drug ordered rather than a generic substitute. The Doctor may indicate DAW on your prescription if there is a medical reason (such as an allergy to certain drug ingredients) for you to take only a Brand-Name Drug.

**Doctor**
A licensed practitioner of the healing arts acting within the scope of his or her license.

**Domestic Partner**
An individual of either gender who is not your spouse and who is certified by required proof to be:
- not married to anyone else,
- not related to you by blood that would prohibit legal marriage in the state in which you live,

Retiree Medical Plan                                                                      100
September 1, 2004

- your sole and exclusive partner whom you publicly represent as your Domestic Partner,
- sharing in your financial obligations,
- living with you and meeting all of the other requirements listed above for at least 12 months immediately before you certify domestic partnership,
- mentally competent to consent to a contract, and
- age 18 or older.

To be eligible for medical coverage, your Domestic Partner must be qualified under the Plan rules including your completion of an Affidavit of Domestic Partnership. Contact Global Employee Services at: ESN 352-4636 or 1-800-676-4636. Hearing impaired call (TDD) 919-992-6914.

**Durable Medical Equipment**
Equipment needed for a medical condition which is able to withstand repeated use, including wheelchairs and Hospital beds.

**Effective Date**
The date coverage goes into effect under the Plan.

**Emergency**
A sudden and serious situation that happens unexpectedly and requires immediate medical attention, or an Illness or Injury of such a nature that failure to get immediate medical care could put that person's life in danger or cause serious harm to that person's bodily functions. Some examples of an Emergency are apparent heart attack including, but not limited to, severe, crushing chest pain radiating to the arms and jaw, cerebral vascular accidents, severe shortness of breath or difficulty in breathing, severe bleeding, sudden loss of consciousness, convulsions, severe or multiple Injuries, including obvious fractures, serious burns, severe allergic reactions, high fever, cyanosis, apparent poisoning. Some examples of conditions that are not usually medical emergencies are colds, influenza, ordinary sprains, Children's ear infections, nausea and headaches. In connection with the pregnancy of a covered person, a term delivery, whether vaginally or by a Cesarean section, is not an Emergency.

**Employers**
Nortel Networks Inc. and subsidiaries of, or other companies related to, Nortel Networks Inc.(NNI), that have been authorized by the Board of Directors of NNI to provide coverage for their employees under the Retiree Medical Plan and have adopted the Retiree Medical Plan.

**Enrollment Period**
The 31-day period after you first become eligible for benefits as a newly Retired Employee or after you experience a Status Change. See "Annual Enrollment Period" also.

**Evidence of Insurability (EOI)**
Proof of a person's physical condition verifying good health may be required for his or her acceptance for coverage.

**Experimental or Investigational**
Services, supplies or treatment not recognized or approved by the relevant standard setting body as accepted medical practice and/or as safe and effective for the diagnosis or treatment of a specific condition. Such standard setting organizations include the American Medical Association (AMA) and the U.S. Food and Drug Administration (FDA).

**Generic Drug**
Equivalent version of a Brand-Name Drug produced when the patent on the Brand-Name Drug expires. Generic Drugs have the same active ingredients as Brand-Name Drugs but are less expensive.

**Global Employee Services**
The service center for the Employer's benefit plans. By contacting Global Employee Services, you can ask questions about the Retiree Medical Plan, request needed forms or change your employee information, such as your address.

**Hemodialysis**
The process of filtering the blood and removing from it the toxic urinary substances and other waste products of protein metabolism.

**Hire Date**
The date your employment with your Employer began.

**Home Delivery Prescription Service**

All Retiree Medical Plan options offer a mail order prescription drug benefit to be used for long-term or maintenance drugs, such as medication for high blood pressure or arthritis.

**Home Health Care**
A program, prescribed in writing by a person's physician and administered by a Home Health Care Agency, that provides for the care and treatment of a person's Sickness or Injury in the person's home.

**Home Health Care Agency**

An organization that meets at least one of the following three requirements:

1. It is established and operated in accordance with applicable licensing and other laws.
2. It is a Home Health Care Agency as defined in Medicare.
3. It administers a home health care plan and meets all of these requirements:
   - It has a full-time administrator.
   - It keeps written records of services and supplies furnished to the patient.
   - Its staff includes at least one registered nurse (RN) or it has access to nursing care by a registered nurse.
   - Its employees are bonded.
   - It maintains malpractice insurance.
   - It has the primary purpose of providing home health care.
   - It has a delivery system for bringing supportive services to the home.

**Hospice**

A health care program directed by a Physician and providing services rendered at home, in outpatient settings or in institutional settings for covered persons suffering from a terminal illness. A Hospice must have a team of personnel that includes at least one Physician and one registered nurse. It must also:

- maintain central clinical records on all patients
- meet the standards of the National Hospice Organization (NHO) and applicable state licensing certification or registration requirements
- have care available 24 hours a day, seven days a week
- be approved by the claims administrator.

In addition to the Physician and registered nurse, Hospice personnel may include a social worker, a clergyman/counselor, volunteers, a clinical Psychologist, a physiotherapist or an occupational therapist, and provide care to:

- reduce pain or other symptoms of mental or physical distress
- meet the special needs arising out of the stresses of the terminal Illness, dying and bereavement.

**Hospital**

An institution that meets either of these two tests:

1. It is accredited as a hospital under the Hospital Accreditation Program of the Joint Commission of Accreditation of Health Care Organizations (JCAHO).

2. It is legally operated, has 24 hour a day supervision by a staff of Physicians, has 24 hour a day nursing service by registered nurses and complies with one of the following conditions:

- It mainly provides general Inpatient medical care and treatment of ill and injured persons through the use of medical, diagnostic and major surgical facilities. All such facilities are in it or under its control.

- It mainly provides specialized Inpatient medical care and treatment of ill or injured persons through the use of medical and diagnostic facilities (including x-ray and laboratory). All such facilities are in it, under its control or available to it under a written agreement with a Hospital (as defined above) or with a specialized provider of those facilities.

Hospital does not include nursing homes or institutions, or parts of institutions that:

- are used mainly as a place for convalescence, rest, nursing care or for the aged
- furnish mainly Custodial Care or training in the routines of daily living
- are mainly like schools.

**Hospital Inpatient Stay**
A hospital stay for which a room and board charge is made by the Hospital.

**Hospital Outpatient Stay**
A hospital stay for which no room and board charge is made by the Hospital.

**Hospital Precertification**
A process where the need for your Hospital admission, as well as your length of stay, is verified prior to admittance.

**Illness**
Any disorder of the body or mind of a covered person, but not an injury or pregnancy, including abortion, miscarriage or childbirth.

**Imputed Income**
According to the IRS, Imputed Income is the value of certain types of Employer-paid benefits. If your Domestic Partner is enrolled in the Nortel Networks Retiree Medical Plan, the value of coverage for your Domestic Partner that is paid for by your Employer may be considered Imputed Income to you. (See Domestic Partner, pages 11 and 12.)

**Injury**
A condition that results in damage to the covered person's body, independently of illness.

**In-Network Benefits**
The level of benefits you receive when you use Network Providers for your medical care. For instance, the Retiree Medical Plan's PPO options pay In-Network Benefits at a higher rate than Out-of-Network Benefits for most medical care. For mental health and

substance abuse treatment, you receive a higher level of benefit when your care is provided by a United Behavioral Health (UBH) Network Provider.

**In-Network Providers**
See "Network Providers."

**Inpatient**
A person admitted to an accredited facility as a registered bed patient for medical care and charges.

**Intermediate Care Facility**
An institution that provides care and treatment of mental, psychoneurotic and personality disorders, alcoholism or substance abuse through one or more specialized programs and meets all three of the following conditions:

1. It must be staffed by registered nurses and other mental health professionals.
2. It must provide for the clinical supervision of such specialized programs by Physicians who are licensed in the state in which the facility is located.
3. Each specialized program provided through the institution must:
   - provide treatment for no less than three hours and no more than 12 hours per day
   - furnish a written, individual treatment plan that states specific goals and objectives
   - maintain, at a minimum, weekly progress notes which demonstrate periodic review and direct patient evaluation by the attending Physician, and
   - meet either of these two tests:
     - be accredited by the Joint Commission of Accreditation of Health Care Organizations (JCAHO)
     - be licensed, accredited or approved by the appropriate agency in the state in which the facility is located to provide the type of specialized program described above.

**Lifetime Maximum**
The total of all medical benefits paid under the Comprehensive and Indemnity Options and out-of-network medical services in the PPO Options, excluding prescription drug benefits and mental health and substance abuse treatment benefits. Mental health and substance abuse treatment benefits are subject to a separate lifetime maximum.

**Maintenance Drug**
A Prescription Drug used for the treatment of chronic medical conditions including, but not limited to: chronic obstructive pulmonary disease, clotting disorders, congestive heart failure, coronary artery disease (angina), diabetes (oral agents only), glaucoma, hypertension, thyroid disease or seizure disorders.

**Maintenance of Benefits**
A provision that applies to your medical coverage if you (or your eligible dependents) have coverage from more than one source. If you're in a plan that covers less than 100% of eligible expenses, and you've already received that amount (or more) from another plan, the Nortel Networks plan will pay only up to the level it would pay if it were the only plan. For example, if you're in a medical option that covers 80% of eligible expenses and you've already received that 80% of eligible expenses for a Dependent through your spouse's plan, the Nortel Networks plan will not make up the additional 20%.

**Medicaid**
Title XIX (Grants to States for Medical Assistance Programs) of the Federal Social Security Act, as amended from time to time.

**Medically Necessary, Medical Necessity**
Services and supplies, including tests and check-up exams rendered by a Provider that are:
- necessary and appropriate for, and consistent with, the symptoms and diagnosis for direct care and treatment of the Illness or Injury
- within the standards of good medical practice in accordance with all the applicable professional and legal standards
- the most appropriate supply or level of service
- provided in the most appropriate setting
- not primarily for the convenience of the covered person, his/her family members or the provider(s) of the service
- necessary for the diagnosis of an Illness or Injury.

To be considered necessary, a service or supply must meet all of these tests:
- it is ordered by a Physician
- it is recognized throughout the Physician's profession as safe and effective, is required for the diagnosis or treatment of the particular Illness or Injury and is employed appropriately in a manner and setting consistent with generally accepted U.S. medical standards, and
- it is not Educational, Experimental or Investigational in nature.

Your Employer may require proof in writing that any type of service or supply is Medically Necessary, and Medical Necessity will be determined solely by your Employer. The fact that a Physician may prescribe, order, recommend or approve a service or supply does not, in itself, make this service or supply Medically Necessary.

Medical Necessity does not include a repeated test that is not necessary, experimental service or supply, services or supplies provided for psychological support, education or vocational training of the covered person, or implant of any artificial organ for any reason

Retiree Medical Plan                                                                    106
September 1, 2004

whatsoever. The Plans do not cover all Medically Necessary procedures, services and supplies, as some specific exclusions and limits on coverage may apply.

**Medicare**
Title XVIII (Health Coverage for the Aged and Disabled) of the Federal Social Security Act, as amended from time to time.

**Member Services**
Customer service centers staffed with representatives who can answer questions concerning coverage and claims, provide information about Network Providers, send you a Provider directory, identification cards and provide other administrative services.

**Network Provider**
Providers including Hospitals, Physicians, other health care providers and pharmacies who have entered into an agreement to participate in a network.

**Newborn**
An infant from the date of birth until the initial Hospital discharge or until the infant is 31 days old, whichever occurs first.

**Non-odontogenic**
Conditions that do not arise from disorders of the teeth.

**Non-preferred Brand Drug**
These are brand-name drugs not included on the Formulary of the prescription benefit claims administrator that may have one or more Formulary alternatives.

**Out-of-Network Benefits**
The level of benefits you receive under a managed medical plan option or coverage under a medical plan option that is managed (e.g., the Mental Health and Substance Abuse Treatment Benefit and Prescription Drug Benefit under all the Nortel Networks Retiree Medical Plan options) when you use a health care provider who does not participate in the network.

**Out-of-Pocket Maximum**
The maximum dollar amount you pay annually out of your pocket for covered medical expenses, excluding Deductibles, Copayments and any amounts over reasonable and customary limits. This amount also excludes mental health and substance abuse treatment benefits and prescription drug benefit expenses. The plan pays 100% of any Covered Expenses (except outpatient treatment for mental Illness, alcohol or substance abuse) after the maximum is reached, up to the Retiree Medical Plan's maximum benefit.

**Pension Service Plan**

The Nortel Networks Pension Service Plan that became effective on January 1, 1999, and became part of the Traditional program within the Capital Accumulation and Retirement Program that was introduced May 1, 2000.youryour

**Physician**
See "Doctor."

**Plan Administrator**
Nortel Networks Inc. (NNI) acting by and through its Board of Directors.

**Plan Year**
For Deductibles, Calendar Year Out-of-Pocket Maximums, and EAP visits the Plan Year for the Retiree Medical Plan is January 1 to December 31.

**Preexisting Condition**
Any condition for which you:

- receive treatment or services,
- incur expense,
- receive diagnosis, or
- take prescribed medication before coverage begins.

**Preferred Brand-Name Drug**
These are brand-name drugs that are included on the Formulary of the prescription benefit claims administrator. These drugs may offer greater discounts than non-preferred brand-name drugs, which reduces both your and the Company's costs.

**Prescription Drug**
For Prescription Drugs payable under the Retiree Medical Plan, this means only:
1. A medicinal substance that, by law, can be dispensed only by prescription
2. A compound medication that includes a substance described in (1) or
3. Prescribed oral and injectable insulin and insulin syringes.

It does not include experimental drugs, allergy and biological sera, therapeutic devices or appliances and injectables, other than prescribed injectable insulin

**Preventive Care**
For purposes of your Retiree Medical Plan, Preventive Care includes services such as well baby care, annual physicals rendered solely for health maintenance and not for Illness or Injury, routine OB/GYN diagnostic care, routine mammogram and sigmoidoscopy. Limitations apply.

**Prior Plan**
The Northern Telecom Inc. Retirement Plan for Employees as in effect prior to January 1, 1999.

**Provider**
A person or organization, such as a Physician, Hospital or pharmacy, that provides health care services.

**Psychologist**
A person who is licensed or certified as a clinical Psychologist or who is considered qualified as a clinical Psychologist by a recognized psychological association.

**Qualified Medical Child Support Order (QMCSO)**
An order or judgment from a court that directs the Plan Administrator to cover a child for benefits under a group health plan, as required under Section 609 of the Employee Retirement Income Security Act of 1974.

**Reasonable and Customary Charge**
A charge for a Covered Expense under the Medical Plan that is the normal charge made by a licensed practitioner for a similar service and does not exceed the normal charge made by most providers in the geographic area where the service is provided.

**Retirement**
Moving from actively at-work status with an Employer to "Early Retirement," "Normal Retirement" or "Late Retirement" status, as defined according to the terms of the Nortel Networks Retirement Income Plan that apply to the Retiree as a Traditional or Balanced program member. With respect to an Investor program member, "Retirement" means moving from actively at-work status with an Employer to retirement status after reaching age 55. If there is a period of time during which an employee is receiving Nortel Networks standard severance benefits from the Employer between actively-at-work status and retirement status, the employee will be considered to have retired directly from Company service. Retirement from Company service does not include any employee who moves from disability status to retirement status.

**Retirement Start Date**
The date a Retiree's Retirement from Employer service is effective according to the terms of the Nortel Networks Retirement Income Plan.

**Retired Employee, Retiree**
An employee of the Employers who has retired from the active service of the Employers according to the provisions of the Nortel Networks, Inc., Retirement Plan

Retiree Medical Plan                                                                                         109
September 1, 2004

**Retiree Medical Plan**
The plan described in this summary that provides medical benefits to Retired Employees and their eligible and enrolled Dependents.

**Room and Board**
Charges made by a Hospital for room and meals and for all general services and activities needed for the care of registered bed patients.

**Second Surgical Opinion**
An opinion secured by a Physician who:
- is not in practice with or related to the Physician who gave the original recommendation for Surgery, and
- whose practice would normally include treatment of the condition for which Surgery was originally recommended.

The second surgical opinion may not be rendered by the physician selected to perform the Surgery.

**Semi-Private**
A class of accommodations in a hospital or skilled nursing facility in which at least two patient beds are available per room.

**Short-Term Rehabilitation**
Therapy that is expected to result in the improvement of a body function (including the restoration of the level of an existing speech function) which has been lost or impaired due to an Injury, disease or Congenital defect.

**Sickness**
See "Illness."

**Skilled Nursing Facility**
An institution that meets all of these tests:

- it is legally operated.
- it mainly provides short-term nursing and rehabilitation services for persons recovering from Illness or Injury. The services are provided for a fee from its patients, and include both:
  - Room and Board, and
  - twenty-four hour a day skilled nursing service.
- it provides the services under the full-time supervision of a Doctor or registered nurse (RN).
- it keeps adequate medical records.
- if not supervised by a Doctor, it has the services of one available under a fixed agreement.

"Skilled Nursing Facility" does not include an institution or part of one that is used mainly as a place for rest or for the aged.

**Specialist**
A Physician whose practice is limited to a particular branch of medicine or Surgery other than general practice, internal medicine, pediatrics, or family practice.

**Status Change**
You can make certain changes in the Dependents who are covered and your dependent coverage level under the Nortel Networks Retiree Medical Plan during the 31-day period after you or your covered Dependent(s) experiences certain events. Please see Section "Changing Your Selection" for details concerning Status Changes.

**Surgery**
Generally recognized and accepted Medically Necessary operative procedures for the treatment, diagnosis or evaluation of an Illness or Injury.

**Temporomandibular Joint Dysfunction (TMJ)**
A malfunction of the joint between the lower jawbone and the temporal bone.

**Terminally Ill**
The medical prognosis of a person with a chronic, progressive illness that has been designated not curable by the covered person's attending physician. Expected survival must be six months or less at the time of referral to a hospice.

**Termination Date**
The last day you work for the Employer.

**Total Disability**
For determination of benefits under the Nortel Networks Retiree Medical Plan, the inability to engage in the normal activities of a person of the same age, sex, and ability or, in the case of a Dependent who normally works for wage and profit, his inability to work for wage or profit. Medicare standards for determination of total disability may differ from those used by the Retiree Medical Plan.

**Wholly Dependent**
Complete dependency for the full care, support and maintenance of a physically or mentally disabled individual, including services necessary to maintain life, such as room and board, health and comfort of the Dependent.

**Workers' Compensation Benefits**
Benefits covered under Workers' Compensation law.

**Years of Service**

A year of Vesting Service under Section 3.2 of the Nortel Networks Retirement Income Plan.

Further, for non-grandfathered Traditional and Balanced Program members, the year in which the member becomes 40 years of age is counted as a full year of service for the purpose of determining years of service for the Retiree Medical Plan, if such year would not otherwise be counted as a Year of Service." Also, the year in which the non-grandfathered Traditional or Balanced Program member retires is counted as a full year of service for the purpose of determining years of service for the Retiree Medical Plan and if such year would not otherwise be counted as a Year of Service.

# APPENDIX A

## Claims Administrator Information Used In Claim Determinations

The following is a list of the resources relied upon in Claims determination by the Claims Administrators for the Medical Plan, including:
- Connecticut General Life Insurance Company (CIGNA)
- Medco Health  (Medco)
- United Behavioral Health (UBH)

You can obtain information on the criteria the Claims Administrator relies upon in determination of your Claim as described below.

### CIGNA

- CIGNA Standard Operating Procedures
  - Used to determine whether your Claim meets the following standards that apply under this plan:  Common Medical Standards; Educational, Experimental or Investigational; and Medically Necessary services, supplies and treatments.

- CIGNA Clinical Resource Tools
  - Used to determine whether your Claim meets the following standards that apply under this plan:  Common Medical Standards; Educational, Experimental or Investigational; and Medically Necessary services, supplies and treatments.

- Milliman & Roberts' Guidelines
  - Used to determine whether your Claim meets the following standards that apply under this plan:   Common Medical Standards; Educational, Experimental or Investigational; and Medically Necessary services, supplies and treatments.  Provides independent medical guidelines.

- Ingenix's Prevailing Healthcare Charges System
  - Used to determine whether your Claim meets the following standards that apply under this plan:  Reasonable and Customary Charges.

To request the documents listed above that CIGNA relies upon in determination of your Claim, send a written request to CIGNA at the Claim office address on your Medical Plan ID card.

### Medco
- Medco Plan ESM Plan Design Document is used for retail Claims to determine:

Retiree Medical Plan                                                                                          113
September 1, 2004

- o Covered Expenses,
- o treatments that require prior authorization, and
- o exclusions, and limits, including dispensing limits

- Medco Plan ESN Plan Design Document is used for home delivery Claims to determine:
  - o Covered Expenses,
  - o quantity per Copayment requirements,
  - o treatments that require prior authorization, and
  - o exclusions, and limits, including dispensing limits

See "Appendix B" of this SPD for the above Medco documents.

- Medco clinical information is used when prescription medications require prior authorization. Medco refers to its clinical information in evaluating whether your prescription medication is covered under the plan.

To request the clinical information document that Medco relies upon in determination of your Claim, call Medco member services at 1-800-711-3460.

**UBH**

- Level of Care Guidelines, including:
  UBH Level of Care Guidelines - Introduction
  a.      Mental Health Guidelines: Introduction
          MH Level Of Care Criteria: Crisis Assessment
          MH Level Of Care Criteria: 23-Hour Observation
          MH Level Of Care Criteria: Acute Inpatient
          MH Level Of Care Criteria: Subacute Inpatient
          MH Level Of Care Criteria: Residential Treatment
          MH Level Of Care Criteria: Partial Hospital/Day Treatment
          MH Level Of Care Criteria: Intensive Outpatient
          MH Level Of Care Criteria: Home Health
          MH Level Of Care Criteria: Outpatient
          MH Level Of Care Criteria: Outpatient Termination Guidelines
          Mental Health Continued Stay Criteria
  b.      Substance Abuse Guidelines: Introduction
          SA Level Of Care Criteria: Crisis Assessment Services
          SA Level Of Care Criteria: 23-Hour Observation
          SA Level Of Care Criteria: Inpatient Detoxification
          SA Level Of Care Criteria: Inpatient Rehabilitation
          SA Level Of Care Criteria: Residential Rehabilitation
          SA Level Of Care Criteria: Chemical Dependence Halfway House
          SA Level Of Care Criteria: Partial Hospital/Day Treatment
          SA Level Of Care Criteria: Intensive Outpatient Program
          SA Level Of Care Criteria: Outpatient

SA Level Of Care Criteria: Outpatient Discharge Guidelines
Substance Abuse Continued Stay Criteria
c.    Mental Health LOC Guidelines Summary
d.    Substance Abuse LOC Guidelines Summary
e.    Dual Diagnosis LOC Guidelines Summary

You may access the UBH Level of Care Guidelines at the following UBH website:

http://www.ubhonline.com/html/guidelines/levelOfCareUSBHPC/index.html

- Ingenix's Prevailing Healthcare Charges System  (used to determine whether your Claim meets the plan's standard for:  Reasonable and Customary Charges)

# APPENDIX B

## Prescription Benefits - Medco Information Used In Claim Determination

### Retail Plan (ESM Plan Design Document)

#### Covered Drugs:

The following are covered benefits unless listed as an exclusion below

♦ Federal Legend Drugs
♦ State Restricted Drugs
♦ Compounded Medications of which at least one ingredient is a legend drug
♦ Insulin
♦ Needles and Syringes
♦ OTC Diabetic Supplies (except Blood Glucose Testing Monitors)
♦ Oral Contraceptives
♦ Legend Contraceptive devices and injections
♦ Retin-A/ Avita through age 35
♦ Yohimbine
♦ Anabolic Steroids

#### Managed Care Prior Authorization:

♦ Drugs to treat Impotency (i.e. Caverject, Edex, Muse) limited to a 6 day supply or 6 units, whichever is lesser per claim
♦ IVR - Viagra limited to a 6 day supply or 6 tablets whichever is lesser per claim
♦ IVR – Retin-A/ Avita age 36 and older

#### Exclusions:

The following are excluded from coverage unless specifically listed as a benefit under "Covered Drugs".
♦ Non-Federal Legend Drugs
♦ OTC Contraceptive jellies, creams, foams, or devices
♦ Contraceptive implants
♦ Gamma Globulin
♦ Ostomy Supplies
♦ Blood Glucose Testing Monitors
♦ Therapeutic devices or appliances
♦ Drugs whose sole purpose is to promote or stimulate hair growth (i.e. Rogaine®, Propecia®) or for cosmetic purposes only (i.e. Renova®).
♦ Allergy Sera
♦ Biologicals, Immunization agents or Vaccines

- Blood or blood plasma products
- Drugs labeled "Caution-limited by Federal law to investigational use", or experimental drugs, even though a charge is made to the individual.
- Medication for which the cost is recoverable under any Workers' Compensation or Occupational Disease Law or any State or Governmental Agency, or medication furnished by any other Drug or Medical Service for which no charge is made to the member.
- Medication which is to be taken by or administered to an individual, in whole or in part, while he or she is a patient in a licensed hospital, rest home, sanitarium, extended care facility, skilled nursing facility, convalescent hospital, nursing home or similar institution which operates on its premises or allows to be operated on its premises, a facility for dispensing pharmaceuticals.
- Any prescription refilled in excess of the number of refills specified by the physician, or any refill dispensed after one year from the physician's original order.
- Charges for the administration or injection of any drug.

**Dispensing Limits:**

- The amount of drug which is to be dispensed per prescription or refill will be in quantities prescribed up to a 90 day supply.

# Home Delivery (Mail-Order) Plan (ESN Plan Design Document)

## Covered Drugs:

The following are covered benefits unless listed as an exclusion below

- Federal Legend Drugs
- State Restricted Drugs
- Compounded Medications of which at least one ingredient is a legend drug
- Insulin
- Needles and Syringes
- OTC Diabetic Supplies (except Blood Glucose Testing Monitors)
- Oral Contraceptives
- Legend Contraceptive devices and injections
- Retin-A/ Avita through age 35
- Anabolic Steroids

## Quantity Per Copayment:

- Drugs to treat Impotency (except Viagra) for males age 18 and over limited to a 90 day supply or 18 units, whichever is lesser per claim

## Managed Care Prior Authorization:

- IVR - Viagra limited to a 90 day supply or 18 tablets whichever is lesser

## Exclusions:

The following are excluded from coverage unless specifically listed as a benefit under "Covered Drugs".

- Non-Federal Legend Drugs

Retiree Medical Plan                                                                 117
September 1, 2004

- OTC Contraceptive jellies, creams, foams, or devices
- Contraceptive implants
- Gamma Globulin
- Retin-A/ Avita age 36 and over
- Ostomy Supplies
- Blood Glucose Testing Monitors
- Therapeutic devices or appliances
- Drugs whose sole purpose is to promote or stimulate hair growth (i.e. Rogaine®, Propecia®) or for cosmetic purposes only (i.e. Renova®).
- Allergy Sera
- Biologicals, Immunization agents or Vaccines
- Blood or blood plasma products
- Drugs labeled "Caution-limited by Federal law to investigational use", or experimental drugs, even though a charge is made to the individual.
- Medication for which the cost is recoverable under any Workers' Compensation or Occupational Disease Law or any State or Governmental Agency, or medication furnished by any other Drug or Medical Service for which no charge is made to the member.
- Medication which is to be taken by or administered to an individual, in whole or in part, while he or she is a patient in a licensed hospital, rest home, sanitarium, extended care facility, skilled nursing facility, convalescent hospital, nursing home or similar institution which operates on its premises or allows to be operated on its premises, a facility for dispensing pharmaceuticals.
- Any prescription refilled in excess of the number of refills specified by the physician, or any refill dispensed after one year from the physician's original order.
- Charges for the administration or injection of any drug.

## Dispensing Limits:

The amount of drug which is to be dispensed per prescription or refill will be in quantities prescribed up to a 90 day supply.

———————————

.

# **EXHIBIT 3**

### Nortel Retiree Committee Settlement Proposal

*This term sheet settlement proposal, made by the Nortel U.S. Debtors pursuant to section 1114(f)(1)(A) of the Bankruptcy Code, is governed by Federal Rule of Evidence 408 and all bankruptcy and state law equivalents. Nothing contained herein may be used by any party as evidence of or support for any legal or factual position in any litigation, including without limitation, in any litigation related to the applicability or scope of section 1114 and/or whether a specific benefit, level of benefit, plan design or premium level is covered by section 1114 of the Bankruptcy Code.*

| Clause | Description of Terms |
|---|---|
| Definition of Retiree Welfare Plans | • As used herein, "Retiree Welfare Plans" shall include (as amended or modified from time to time) the Nortel Networks Inc. Retiree Medical Plan, the Nortel Networks Inc. Retiree Life Insurance and Long-Term Care Plan, and other formal or informal benefit plans, agreements, arrangements or programs (including plans, agreements, arrangements or programs that are funded through the purchase of insurance) or arrangements for current or future retired employees, their surviving spouses and eligible dependents, including plans, arrangements, agreements or programs for medical, surgical, or hospital care benefits, or benefits in the event of sickness, accident, disability, or death (collectively and in each case as amended or modified from time to time).[1] |
| Termination of Retiree Welfare Plans | • The Debtors will terminate all Retiree Welfare Plans including, for the avoidance of doubt, all coverage and benefits provided thereunder, on December 31, 2012 (the "Termination Date"). |
| Run Off Period | • The time period for making a claim for reimbursement for benefits covered by and approved pursuant to the relevant Retiree Welfare Plans for claims incurred prior to the Termination Date shall be reduced to six months (or such shorter period as provided under the terms of the relevant LTD Plan), commencing on the Termination Date. |
| Retiree Claim Consideration | • The Retiree Payment Amount shall be equal to $40 million (the "Gross Claim Amount") minus all documented amounts paid by the Debtors for the purpose of providing Retiree Benefits (as defined below) on or after July 1, 2012 through and including the Termination Date (the "Retiree Benefit Expenses").<br><br>• On the Payment Date (as defined below), the Debtors shall pay |

---

[1] The Nortel Networks Retiree Medical Plan and the Nortel Networks Retiree Life Insurance and Long-Term Care Plan are included in a single plan document referred to as the "Retiree Welfare Plan."

<table>
<tr>
<td></td>
<td>

the Committee of Retired Employees (including the members of the committee in their capacity as such, the "<u>Retiree Committee</u>") or its designee, which designee shall be acceptable to the Debtors,[2] an amount (the "<u>Termination Date Payment</u>") equal to $40 million minus (x) the Retiree Benefit Expenses paid by the Debtors on or prior to the Termination Date, and (y) the Debtors' estimated amount (the "<u>Holdback Amount</u>") of additional Retiree Benefit Expenses incurred but not paid by the Debtors on or prior to the Termination Date (the "<u>Incurred Benefit Expenses</u>").

- The amount of the Incurred Benefit Expenses actually paid or owing by the Debtors shall be determined by the Debtors no more than nine (9) months after the Termination Date.  If the actual amount of the Incurred Benefit Expenses is less than the Holdback Amount, then the Debtors shall pay the difference to the Retiree Committee or its designee.  If the actual amount of the Incurred Benefit Expenses is greater than the Holdback, then the Retiree Committee, its agent or any trust or vehicle established to hold the Termination Date Payment shall pay or direct the payment of the difference (the "<u>Debtor True-up Amount</u>") to the Debtors; provided, however, that the Debtors' sole recourse for payment of the Debtor True-up Amount shall be any Retiree Payment Amount funds that remain undistributed by the Retiree Committee or its agents on the date the Retiree Committee receives written notice of the Debtor True-Up Amount.

</td>
</tr>
<tr>
<td>

Payment of the Retiree Payment Amount

</td>
<td>

- The Debtors shall continue to pay the Retiree Benefits that arise in the ordinary course and are payable under and in accordance with the Retiree Welfare Plans until the Termination Date.  Within thirty (30) days of entry of an order that has become a final and non-appealable order that binds all individuals with Retiree Claims (as defined below) (such date, the "<u>Payment Date</u>"), the Debtors shall pay the Termination Date Payment to the Retiree Committee or its designee.  The Retiree Payment Amount shall be used to satisfy the Retiree Claims, where the Retiree Committee shall determine the allocation of the Retiree Payment Amount among the Retirees and any costs to doing so

</td>
</tr>
</table>

---

[2]    The Debtors will not consent to the use of a VEBA to administer or distribute the Retiree Payment Amount.

| | |
|---|---|
| | shall be satisfied from the Retiree Payment Amount. |
| | • The Gross Retiree Payment Amount shall constitute full and final satisfaction of any and all Retiree Claims (as defined below) by the Debtors.[3] |
| Satisfaction of Retiree Claims | • The termination of the Retiree Welfare Plans and the payment of the Settlement Amount shall fully satisfy the Retiree Claims, and the Retirees shall be stopped from asserting any further Retiree Claims. |
| | • As used herein, the "Retiree Claims" shall include any and all actual and potential claims, demands, causes of action, debts, liabilities or obligations, whether based on any legal or equitable theory or otherwise, including, but not limited to suits in contract, tort or equity, whether arising under contract, the Employee Retirement Income Security Act of 1974 (ERISA), the Consolidated Omnibus Budget Reconciliation Act (COBRA), or any other statute, rule, regulation, common law or otherwise, and whether arising under the laws of the United States, any political subdivision thereof or the laws of any other jurisdiction, in all cases relating to: |
| | ○ Any past, current or future benefits or any other obligation or claim arising under or relating to the Retiree Welfare Plans (the "Retiree Benefits"); |
| | ○ The administration of the Retiree Welfare Plans, including, but not limited to, the calculation of Retiree Benefits, the application of offsets against Retiree Benefits, the denial of Retiree Benefits, the determination of eligibility to receive Retiree Benefits, the interpretation of the Retiree Welfare Plans and the drafting of the Retiree Welfare Plans; and |
| | ○ The amendment, modification and/or termination of any of the Retiree Welfare Plans and/or any benefits or coverage thereunder, whether done previously or as provided for under the terms of the Proposal. |
| | • For the avoidance of doubt, Retiree Claims shall exclude the following claims: |
| | ○ Claims arising from or relating to the Nortel Networks Severance Allowance Plan or the Nortel Networks |

---

[3]    The payment terms of the Retiree Payment Amount are to be determined.

Enhanced Severance Allowance Plans, including related fringe benefits;

o   Claims arising under or relating to the Nortel Networks U.S. Deferred Compensation Plan or the Northern Telecom Inc. Senior Management Incentive Award Program;

o   Claims for qualified pension benefits arising under or relating to the Nortel Networks Retirement Income Plan, Nortel Networks Pension Service Plan, Nortel Networks Cash Balance Plan, Northern Telecom Inc. Retirement Plan for Employees or the Nortel Networks Capital Accumulation and Retirement Program, which are properly asserted only against the Pension Benefit Guaranty Corporation;

o   Claims for non-qualified pension benefits arising under or relating to the Nortel Networks Retirement Income Plan Restoration Plan, Nortel Networks Cash Balance Restoration Plan, Northern Telecom Inc. Excess Pension Plan, Nortel Networks Long-Term Investment Restoration Plan, Nortel Networks Supplementary Executive Retirement Plan, the Nortel Networks Special Pension Benefits Plan and the Nortel Networks Special Pension Credit Plan;

o   Except to the extent described above, valid claims for benefit payments covered by and approved pursuant to the Retiree Welfare Plans incurred prior to the Termination Date that are properly brought prior to the expiration of the run-off period (as amended);

o   Claims for expatriate benefits and relocation expenses;

o   Claims for the account balance currently vested in an individual's account under the Nortel Networks Long-Term Investment Plan or Northern Telecom Inc. Thrift Savings Plan; and

o   Claims directly arising under a written employment agreement between an individual Retiree and the Debtors that are wholly unrelated to life insurance, death benefits, retirement payments, medical insurance, long-term care insurance or any other Retiree Claims.

•   Any and all Retiree Claims shall be enforceable only against the

|  | Retiree Payment Amount and shall be satisfied by the amounts determined by the Retiree Committee to be paid with respect to each such claim.  The Retiree Payment Amount shall be the sole source of recourse for any and all Retiree Claims. |
|  | • The Approval Order shall not result in the loss or waiver of any right of current employees of the Debtors as of the date a Settlement Agreement becomes final and non-appealable (the "Effective Date"), including those currently receiving employer-paid long-term disability benefits (the "LTD Employees"), or former employees of the Debtors to participate in the settlement set forth in the Proposal, which right to participate and receive benefits or payments thereunder shall be based on the individual's eligibility to receive benefits under the Retiree Welfare Plans as of the Effective Date, provided that in order to preserve any such right, such employees must make an election to participate in the Retiree Welfare Plans for which they are eligible within thirty (30) days after the Effective Date and any such election made from the Effective Date through the Termination Date shall be effective as of the Termination Date. In order for a current employee, including an LTD Employee, to elect to receive benefits under the Retiree Welfare Plans as of the Effective Date, such employee must voluntarily terminate his or her employment with the Debtors and relinquish his or her right to receive benefits under the plans, arrangements, agreements and programs available to current employees, including, without limitation, income continuation benefits pursuant to the Nortel Networks Inc. Long-Term Disability Plan, consistent with the plan terms and prior practice. |
|  | • Any and all proofs of claim filed by individual Retirees on account of Retiree Claims shall be disallowed and expunged from the Debtors' claims register on the Effective Date, solely with respect to the portion of the proof of claim relating to Retiree Claims. |
|  | • Nothing herein shall waive or limit defenses available against a proof of claim filed against the Debtors in their bankruptcy cases based on a failure to timely file such claim on or before the applicable bar date. |
| Binding Effect of Settlement | • The order approving the Proposal (the "Approval Order") shall find that it is effective to bind all holders of Retiree Claims to its terms. |
| Continuation of the | • After the Effective Date, the Retiree Committee shall exist solely for the purpose of administering the allocation, |

| | |
|---|---|
| Retiree Committee | distribution and payment of the Retiree Payment Amount to the holders of Retiree Claims, and shall cease to exist upon the date of distribution of the entire Retiree Payment Amount.[4]  The Debtors shall not be liable to pay fees, expenses or costs incurred by the Retiree Committee or its professionals, advisors or agents after the Effective Date, and any such amounts shall instead be paid out of the Retiree Payment Amount. |
| Court Approval | • The Proposal shall be subject to the approval of the Bankruptcy Court. |
| Jurisdiction | • The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation or performance of the Proposal and the Approval Order. |
| Final Settlement | • The Proposal is being entered into, and the payment of the Retiree Payment Amount is being made in full and final satisfaction of the Retiree Claims and upon the occurrence of the Effective Date shall supersede any prior obligations of the Debtors with respect to the Retiree Welfare Plans, such that the Retiree Committee and all holders of Retiree Claims shall be forever estopped and barred from seeking further relief pursuant to section 1114(g) of the Bankruptcy Code related to the Retiree Welfare Plans, the Retiree Claims or the Proposal. |

---

[4]    Note that the Retiree Committee may be able to be disbanded on the Termination Date, where they will be superseded by the management of the new vehicle or if the money is fully distributed then.