**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
                                    :

*In re*                                :    Chapter 11

Nortel Networks Inc., *et al.*,[1]      :    Case No. 09-10138 (KG)

               Debtors.      :    Jointly Administered
                                    :
                                    :
-----------------------------------------------------------X

**DECLARATION OF JOHN J. RAY III IN SUPPORT OF
DEBTORS' MOTION FOR ENTRY OF AN ORDER
PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE
DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM
DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

        I, John J. Ray III, declare under penalty of perjury as follows:

        1.      On January 6, 2010, upon the motion of Nortel Networks Inc. ("NNI") and the

other above-captioned debtors (together, the "Debtors"), I was appointed by this court as

Debtors' Principal Officer, *nunc pro tunc* to December 7, 2009.  I am also Senior Managing

Director and the sole member of Avidity Partners, LLC.

        2.      Except as otherwise indicated, all facts set forth in this declaration are based

upon my personal knowledge, information supplied to me by other members of the Debtors'

management and professionals based on, among other things, a review of the Debtors' files,

books and records, or learned from my review of relevant documents or are based upon my

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

opinion, which is founded upon my experience and knowledge of the Debtors' operations.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.  I am authorized to submit this declaration.

3.      I submit this declaration in support of the Debtors' motion (the "LTD Plan Termination Motion")[2] for an order (i) authorizing the Debtors to terminate the LTD Plans effective as of December 31, 2012 so as to cease providing employer-paid benefits, including for long-term disability income continuation benefits, to current and future participants as of that date, (ii) terminating the employment of the LTD Employees, and (iii) granting them such other and further relief as the Court deems just and proper.

4.      True and complete copies of the following documents cited in the LTD Plan Termination Motion are attached to this declaration:

| | |
|---|---|
| **Exhibit 1:** | 2006 Nortel Networks Inc. Short-Term Disability and Long-Term Disability Plan Summary Plan Description |
| **Exhibit 2:** | 2010 Nortel Networks Inc. Long-Term Disability Plan Summary Plan Description |
| **Exhibit 3:** | 1989 Nortel Networks Inc. Group Benefits Plan |
| **Exhibit 4:** | 2004 Nortel Networks Inc. Medical Plan Summary Plan Description |
| **Exhibit 5:** | 2004 Nortel Networks Inc. Short-Term Disability and Long-Term Disability Plan Summary Plan Description |
| **Exhibit 6:** | 1998 Nortel Networks Inc. Employment Agreement |
| **Exhibit 7:** | 2004 Nortel Networks Inc. Employment Agreement |
| **Exhibit 8:** | 2008 Nortel Network Inc. Employment Agreement |

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the LTD Plan Termination Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  July 30, 2012
Location:  Chicago, IL

_____
John J. Ray III

## **EXHIBIT 1**

# Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan

# Summary Plan Description 2006

# IN THIS SUMMARY PLAN DESCRIPTION

ABOUT THIS SUMMARY PLAN DESCRIPTION.................................................................................5

## SECTION ONE - SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN BENEFITS

INTRODUCTION TO SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN BENEFITS...6

      Claims Administrator Information Used in Claim

      Determinations ........................................................6

PLAN HIGHLIGHTS.................................................................................................................. 7

WHO IS ELIGIBLE ...............................................................................................................8

      You..........................................................................................................................8

HOW TO ENROLL ...............................................................................................................8

      If You are on Disability During an Annual Enrollment Period............................................................9

      Short-Term Disability Plan and Long-Term Disability Plan Options under FLEX............................................. 9

WHEN COVERAGE BEGINS.......................................................................................................10

      Core Short-Term Disability Plan and Long-Term Disability Plan Benefits...........................................10

      Optional Short-Term Disability Plan and Long-Term Disability Plan Benefits.......................................10

      During the New Hire Enrollment Period............................................................................. 11

      During the Annual Enrollment Period................................................................................ 11

      Delay of Effective Date.............................................................................................. 11

      Changing Your Selections............................................................................................ 13

WHEN COVERAGE ENDS.......................................................................................... 13

      For You      ..................................................................................... . . . . ....... 13

WHAT COVERAGE COSTS........................................................................................ 13

WHEN CONTRIBUTIONS BEGIN................................................................................... 13

FLEX EARNINGS................................................................................................... 14

SHORT-TERM DISABILITY BENEFITS............................................................................. 14

      STD Benefit Amount....................................................................................................16

      Definition of Disability for STD Purposes ............................................................................ 16

      Reasonable Accommodations...........................................................................................17

      When Benefits Begin and End..........................................................................................17

      Reduction of STD Benefits Due to Other Income.......................................................................19

Applying for Social Security Benefits...................................................................................................20

Exclusions........................................................................................................................................20


LONG-TERM DISABILITY BENEFITS ...................................................................................................21

LTD Benefit Amount.......................................................................................................    ..21

Definition of Disability for LTD Purposes ...................................................................................22

Reasonable Accommodations.......................................................................................................22

When Benefits Begin and End.......................................................................................................22

Waiver of Premium........................................................................................................................24

Reduction of LTD Benefits Due to Other Income........................................................................25

Applying for Social Security Benefits..........................................................................................26

Social Security Disability Benefits and Medicare........................................................................26

Mandatory Vocational Rehabilitation Program............................................................................27

Cost-of-Living Adjustment............................................................................................................27

Exclusions.....................................................................................................................................28

Preexisting Conditions Exclusion.................................................................................................28

OCCUPATIONAL DISABILITY BENEFITS..........................................................................................29

OTHER IMPORTANT INFORMATION....................................................................................................29

A Note about State Disability Laws..............................................................................................29

# SECTION TWO - ADMINISTRATIVE INFORMATION

IDENTIFYING INFORMATION.................................................................................................................30

CONTACT INFORMATION FOR CLAIMS FILING AND APPEAL REVIEW.......................................31

Claims Administrator Contact Information....................................................................................31

Final Appeal Reviewer Contact Information.................................................................................31

Filing Claims...................................................................................................................................31

Determination of Short-Term Disability Benefits and Long-Term Disability Benefits by the Claims

Administrator...........................................................................................................................32

Appealing a Denied Short-Term Disability Claim or Long-Term Disability Claim to the Claims

Administrator...........................................................................................................................33

Appealing a Denied Short-Term Disability Claim or Long-Term Disability Claim to the Nortel Networks

Employee Benefits Committee................................................................................................34

Final Note on Short-Term Disability Plan and Long-Term Disability Plan Claim Appeals ................................ 36

YOUR RIGHTS UNDER ERISA ........................................................................................................................ 36

FUTURE OF THE PLAN .................................................................................................................................... 37

# SECTION THREE - GLOSSARY

# ABOUT THIS SUMMARY PLAN DESCRIPTION

This is the Summary Plan Description (SPD) that describes the provisions of the Nortel Networks Short-Term Disability Plan and the Long-Term Disability Plan that are in effect for the 2006 Calendar Year. It is designed to provide you with a comprehensive resource providing detailed information about your short-term and long-term disability benefits and connecting you to other sources of information that could not be described fully in this SPD. It is divided into the following sections:

- **SECTION ONE – SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN BENEFITS** describes the provisions of the Short-Term Disability Plan and the Long-Term Disability Plan that determine your benefits.

- **SECTION TWO – ADMINISTRATIVE INFORMATION** includes administrative details about the Short-Term Disability Plan and the Long-Term Disability Plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

- **SECTION THREE – GLOSSARY** contains brief descriptions of terms used in this SPD.

In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in this document are capitalized. You can find these words defined in the applicable sections of this SPD or in the Glossary section at the end of this document. References to "you" throughout this document are references to the enrolled Employee.

# SECTION ONE – SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN BENEFITS

This section describes the provisions of the Short-Term Disability Plan and the Long-Term Disability Plan, including who is eligible, how participation is elected, what benefits are paid, and when participation ends.

## Introduction to Short-Term Disability Plan and Long-Term Disability Plan Benefits

The Short-Term Disability Plan and the Long-Term Disability Plan are two parts of the Nortel Networks FLEX Program. The FLEX Program is a flexible benefits or "cafeteria" plan that offers you a choice among different types and levels of benefits. FLEX offers two kinds of benefits: "Core" and "Optional". Under FLEX, you may choose among various Core and Optional FLEX Program benefits to create your own customized benefits package. Under the Short-Term Disability Plan and the Long-Term Disability Plan, you are provided short-term and long-term disability coverage as part of your Core FLEX Benefits and, as part of your Optional FLEX Benefits, you can choose optional short-term and optional long-term disability coverage for yourself. Or you may decline optional coverage.

Your disability benefits are designed to continue all of your income for a period of time and a portion of your income for an additional period if you are unable to work due to Illness or Injury and meet specific definitions of "Disabled" under the plans. The Company has chosen The Prudential Insurance Company of America (Prudential) to administer the Short-Term and Long-Term Disability Plans.

The information contained in this document is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Short-Term Disability Plan and the Long-Term Disability Plan consist of:
- this SPD, as well as
- subsequent information that is provided to you about plan changes from year-to-year, and
- certain information developed and used by the Claims Administrator in evaluating your Claims.

Such information includes the resources listed below.

## Claims Administrator Information Used In Claim Determinations

In connection with the appointment of Prudential as the Claims Administrator of the Long-Term Disability Plan and the Short Term Disability Plan (the "Disability Plans"), the Plan Administrator delegated the exclusive authority to interpret and administer the provisions of the Disability Plans, including discretionary authority to:

§    construe and interpret the terms of the Disability Plans,

§    determine the validity of charges submitted under the Disability Plans, and

§    make final, binding determinations concerning the availability of benefits under the Disability Plans.

In addition to the standards described in this SPD, when Prudential makes a claims decision they also rely on standard texts and Prudential policies concerning medical conditions, disabling conditions, and physical and mental requirements for the performance of different occupations.

In connection with the determination of your Claim, you may request, free of charge, reasonable access to, and copies of all documents, records, and other information relevant to your Claim--including any written standards that were relevant other than this SPD. For this purpose, a document, record, or other information is treated as "relevant" to your Claim if it:

(1) was relied upon in making the determination on your Claim;

(2) was submitted, considered, or generated in the course of making the determination on your Claim, regardless of whether such document, record, or other information was relied upon in making the determination;

(3) demonstrates compliance with the administrative processes and safeguards required in making the determination on your Claim; or

(4) constitutes a statement of policy or guidance with respect to the Long-Term Disability Plan, regardless of whether such statement was relied upon in making the determination on your Claim.

To request a document, record, or other information described above in determination of your Claim, send a written request to Prudential at the following address:

Prudential Insurance Company of America
2 Ravinia Drive
Suite 1650
Atlanta, GA 30346

# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

| Core STD Benefit | Optional STD Benefit |
|---|---|
| 100% of your pre-disability FLEX Earnings for up to 6 weeks, then 66 2/3%* of your pre-disability FLEX Earnings up through the next 20 weeks | Increase core coverage from 66 2/3% to 90% of your pre-disability FLEX Earnings for the 7th week through the 26th week |

## Long-Term Disability (STD)

| Core LTD Benefit | Optional LTD Benefit |
|---|---|
| 55%* of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks | Increase your core coverage from55% to 66 2/3% of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks |

*Or statutory minimum (if greater)

STD and LTD benefits are mutually exclusive and the determination of whether each option pays benefits is independent of the decision made under the other. However, you must receive benefits for the maximum period of 26 weeks under the STD Plan to be eligible for benefits under the LTD Plan. Under no circumstances will STD and LTD benefits be paid concurrently.

# WHO IS ELIGIBLE

You are eligible to participate in the Short-Term Disability Plan and the Long-Term Disability Plan if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for the Short-Term Disability Plan and the Long-Term Disability Plan unless specified in the collective bargaining agreement.   If you are a non-payrolled worker or independent contractor you are not eligible for the Short-Term Disability Plan and the Long-Term Disability Plan.

# HOW TO ENROLL

You are automatically enrolled in the portion of the Short-Term Disability Plan and the Long-Term Disability Plan that provides the Core STD Benefits and the Core LTD Benefits (as described under "Plan Highlights" above.  You may choose to enroll for **optional** short-term disability and/or **optional** long-term disability plan benefits:

- Within 31 days of your Hire Date or the date you become eligible if you are not eligible on your Hire Date,
- During an Annual Enrollment Period, or
- When you experience a Status Change (see "Changing Your Selections" on page 12 for more information on status changes).

To enroll, you must complete the enrollment process and pay the applicable Employee contributions. The Short-Term Disability Plan and the Long-Term Disability Plan options you are eligible to choose from and your costs for these options are shown on the FLEX online enrollment tool (or your Personalized Enrollment Worksheet if you do not have intranet access).  You will automatically be provided with materials to help you make your decision when you are hired and prior to the Annual Enrollment Period.  However, you must contact HR Shared Services (formerly Global Employee Services) and report your Status Change to receive information and make new elections following a Status Change.  To report a Status Change or to obtain information about enrollment in the Short-Term Disability Plan and the Long-Term Disability Plan upon your hire or during the Annual Enrollment Period, contact HR Shared Services (formerly Global Employee Services) at: 1-800-676-4636.  You may not enroll in the Short-Term Disability Plan and the Long-Term Disability Plan or change your coverage by contacting any of the Claims Administrators that process benefit Claims under the Plan; you must contact HR Shared Services (formerly Global Employee Services) to do that.

# If You are on Disability During an Annual Enrollment Period

## STD

If you are receiving STD Plan benefits during an Annual Enrollment Period, and you are still receiving such benefits when your newly selected coverage is supposed to begin, the following provisions will apply:

- You will receive FLEX Credits and may select new choices for your FLEX Benefits, including optional STD and/or optional LTD. However, your new choices will not affect the benefits you are currently receiving, as explained further below.

- You will continue to be eligible for STD benefits under the selections you were enrolled in at the time your STD began. Should you become eligible for LTD, your benefits would be paid under the provisions of the selections you were enrolled in during your STD as well.

- Once you return to Active Work for two consecutive weeks, you will be covered under your new selections (your choices at the Annual Enrollment Period), and any Payroll Deductions for the new coverage will begin.

## LTD

If you are receiving LTD Plan benefits during an Annual Enrollment Period, you will not be eligible to enroll in STD or change your current LTD selection. (However, medical, dental/vision/hearing care, life insurance, and AD&D benefits will continue to be available to you.) In addition, the following provisions will apply:

- You may change your medical and/or dental/vision/hearing care selections.

- You may not increase optional life insurance or optional AD&D insurance coverage for yourself or your eligible Dependents. However, you may decrease or drop this coverage.

- You will continue to be eligible for LTD benefits under the selection in which you were enrolled when your LTD began.

- Once you return to Active Work for 30 days, you may change your enrollment selections, since this is considered a Status Change. For more information on status changes, refer to page 12.

# Short-Term Disability Plan and Long-Term Disability Plan Options under FLEX

## Core FLEX Benefits

You are eligible for core STD and core LTD coverage on your Hire Date. You do not need to enroll for core STD and core LTD coverage in order to participate. The amount of core STD and core LTD coverage available is described on pages 9, 16 and 21.

---

## Optional FLEX Benefits

You may select from the following options for disability plan benefits under the FLEX Program:
- No Coverage
- Optional Short-Term Disability
- Optional Long-Term Disability

If you choose to enroll in optional benefits, you may select coverage as follows:
- You only

The amount of optional short-term and optional long-term disability coverage available is described on pages 9, 19 and 21.

# WHEN COVERAGE BEGINS

## Core Short-Term Disability Plan and Long-Term Disability Plan Benefits

Core Short-Term and Long-Term Disability Plan coverage is automatically effective on your date of hire as a new Employee. Refer to "Plan Highlights" on page 7 for more information about this coverage.

## Optional Short-Term Disability Plan and Long-Term Disability Plan Benefits

If you select any optional Short-Term or Long-Term Disability Plan coverage during your election of FLEX Benefits, your coverage will begin as follows:

| If you enroll **and pay** the required contribution … | Your coverage will be effective on … |
|---|---|
| As a new Employee within 31 days after your Hire Date | The day HR Shared Services (formerly Global Employee Services) receives your selections. |
| Within 31 days of a Status Change event | The date the Status Change event occurs. |
| During the Annual Enrollment Period | The first day of the next Plan Year, normally January 1 |

If you do not enroll under any of the above circumstances, you will be covered under core STD and core LTD plans only, and you must wait until the next Annual Enrollment Period (or experience an applicable Status Change) to select optional STD or optional LTD coverage.

# During the New Hire Enrollment Period

You have 31 days from your Hire Date to enroll in the optional benefits provided under the Short-Term Disability Plan and the Long-Term Disability Plan. If you enroll within 31 days of your Hire Date, your optional Short-Term Disability Plan and the Long-Term Disability Plan coverage will be effective on the date HR Shared Services (formerly Global Employee Services) receives your selections. You will not have coverage under any optional Short-Term Disability Plan or Long-Term Disability Plan benefits until you enroll in the Plan. The Effective Date of the enrollment is explained above.

## If You Do Not Enroll

If you do not enroll under any of the above circumstances, you will be covered under core Short-Term and Long-Term Disability Plan coverage only. (Information about the core benefits is provided on page 9. YOU WILL HAVE NO OPTIONAL COVERAGE until the next Plan Year (if you elect such optional coverage during the next Annual Enrollment Period) or until you elect optional coverage following an applicable Status Change.

# During the Annual Enrollment Period

Each year during the Annual Enrollment Period (generally in the fall), you will make your FLEX selections, including your choices among the Short-Term Disability Plan and the Long-Term Disability Plan options, for the next Plan Year. Before the Annual Enrollment Period begins, you will receive materials to help you make your decisions, as well as instructions on how to enroll. The FLEX selections you make during the Annual Enrollment Period will go into effect on the first day of the following Plan Year and remain in effect through the end of the Plan Year unless you make a new selection due to a Status Change. The Effective Date of the enrollment is explained under "Changing your Selections During the Plan Year" on page 12,

## If You Do Not Enroll

If you do not enroll during the Annual Enrollment Period the Short-Term Disability Plan and Long-Term Disability Plan option and coverage level in which you were enrolled in 2005 continue in 2006.

# Delay of Effective Date

If you are not Actively at Work on the day your enrollment or change in coverage would otherwise be effective, the Effective Date will be delayed until you return to Active Work status, regardless of the reason for your absence.

# Changing Your Selections During the Plan Year

Your FLEX Benefits selections for your Short-Term Disability Plan and Long-Term Disability Plan remain in effect through the end of the Plan Year (December 31st). You generally cannot change your selections until the next Annual Enrollment Period, unless you experience a Status Change that permits it.

You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following Status Changes. The list of Status Changes includes but is not limited to:
- Marriage,
- Divorce, annulment, or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,
- Death of a spouse,
- Death of Dependent Child
- Change in your employment status affecting benefit eligibility (such as from or to part-time or full-time),
- Change in your spouse's employment status affecting benefits eligibility (such as from or to part-time or full-time),
- Beginning or end of your spouse's employment.

If you make changes to your benefit selections due to a Status Change, the change must be consistent with the Status Change. For example, if you experience the birth of a Dependent child, you may wish to add additional optional STD and LTD because of your new added responsibilities as a parent..

To make a change to your benefit selections, you must contact HR Shared Services (formerly Global Employee Services) within 31 days of the Status Change and indicate that you wish to make FLEX enrollment changes due to the Status Change. HR Shared Services (formerly Global Employee Services) will initiate the Status Change in the FLEX online enrollment tool, which will allow you to go online to make your benefit changes. Changes submitted within 31 days of the Status Change event will be effective the date of the event.

Alternatively, you may ask to change your benefit selections by fax or mail. Contact HR Shared Services (formerly Global Employee Services) for a Personalized Enrollment Worksheet and an affidavit, which you must complete and return to HR Shared Services (formerly Global Employee Services) within 31 days of the Status Change.

When you request to change your benefit selections due to a Status Change, HR Shared Services (formerly Global Employee Services) may ask you to provide supporting documentation (such as a marriage or birth certificate, or a divorce decree). Such a request may either be made at the time you report your Status Change or at a later date for audit purposes.

If you submit your changes (either online or by notarized affidavit) more than 31 days after the date your Status Change occurred, you cannot change any FLEX Benefit Program options (e.g., adding optional Short-Term Disability Plan coverage) until the next Annual Enrollment Period.

# WHEN COVERAGE ENDS

Your core and optional STD and LTD Plan coverage will end on the earliest of:
- the date your employment ends, or
- the date you stop qualifying for coverage, or
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required premium contribution.

For coverage purposes, your employment will end when you are no longer Actively at Work as an eligible full-time or part-time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence from work.

If you stop Active Work for any reason, you should contact HR Shared Services (formerly Global Employee Services) at once to determine what arrangements, if any, can be made to continue any of your coverage.

# WHAT COVERAGE COSTS

Core STD and Core LTD coverage are provided at no cost to you.  You pay the full cost of optional STD and optional LTD coverage.  The cost of coverage is determined by the Company each year. The Company reserves the right to change your cost of coverage as necessary.

If you select optional STD or LTD coverage, your Employee contributions are deducted from your paycheck each pay period on a Before-Tax basis or you may be able to use FLEX Credits to pay some of the cost if you do not use your FLEX Credits to pay for other benefits.  The Company makes available FLEX Credits which may be used to pay for Optional FLEX Benefits under the FLEX Program. (More information about FLEX Credits is provided in the FLEX Overview SPD, located on Services@Work.) All full-time and part-time Employees who are eligible to participate in the Plan receive the same number of FLEX Credits.  The amount of FLEX Credits you receive as well as your cost for each of the options available under FLEX is shown on the FLEX online enrollment tool or your Personalized Enrollment Worksheet (if you don't have intranet access).  The Amount of FLEX Credits may also be changed by the Company.

# WHEN CONTRIBUTIONS BEGIN

Contributions for the optional Short-Term Disability Plan and the optional Long-Term Disability Plan benefits begin with the first full pay cycle following the Effective Date of your coverage.  Effective Dates are described under " When Coverage Begins " on page 10.

Core STD and Core LTD coverage is provided at no cost to you. You will pay for optional STD and LTD coverage with before-tax dollars. Contributions are deducted from your paycheck each pay period.

# FLEX EARNINGS

FLEX Earnings are the basis on which your STD benefits are calculated.  For example, under Core STD, the benefit is 100% of your pre-disability FLEX Earnings for six weeks and then 66 2/3 % of your pre-disability FLEX earnings up through the next 20 weeks. FLEX Earnings generally equal your base salary.  However, if you are eligible for sales incentives, your FLEX Earnings include your target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

| If you are enrolling: | Your FLEX Earnings are your base salary as of: |
|---|---|
| For 2006 annual enrollment | September 23, 2005 |
| As a new hire | Your Hire Date |
| Part-time to full-time or vice versa | Effective Date of employment Status Change |

FLEX Earnings do not include:
- overtime pay,
- shift differentials,
- relocation payments or
- bonuses.

If your FLEX Earnings and FLEX Credits change during the Calendar Year (except due to an employment Status Change - e.g., full-time to part-time), related FLEX Payroll Deductions and Credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year. If your FLEX Earnings *increase* during the year, pay-related benefits (e.g., disability, term life insurance, etc.) will be based on your FLEX Earnings at the time of your disability.. However, if your FLEX Earnings *decrease* during the year (except due to an employment Status Change - e.g., full-time to part-time), pay-related benefits will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year.

FLEX Earnings are generally your annual base salary. However, if you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives as defined each year by the Company (excluding bonuses).

# SHORT-TERM DISABILITY PLAN (STD) BENEFITS

STD benefits will be paid to you for up through 26 weeks if you become Totally Disabled by an Injury or Illness while you are covered under the plan. To be eligible to receive STD benefits, the Claims Administrator must receive the required paperwork from your physician  within 15 days of the first day you are absent from work. If required paperwork is not received by the Claims Administrator within the 15-day deadline it may result in a denial of STD benefits.  On receipt of the required paperwork, the Claims Administrator will  review the information to determine if you qualify for STD benefits.  The discretion to make the decision about your qualification for the STD benefit has been delegated to the Claims Administrator.

STD applications are reviewed for concurrent Family Medical Leave eligibility. STD benefits will apply toward meeting the total leave entitlement required under the Family and Medical Leave Act of 1993 or similar state laws if applicable.

# STD Benefit Amount

## Core STD Benefit

Before STD benefits can begin, you must be Ill or Injured for five consecutive days. These five days constitute the "waiting period." If you are subsequently approved for STD, the five-day waiting period is treated as week one of your STD benefit period. The STD plan pays a weekly benefit of 100% of your pre-disability FLEX Earnings for up through six weeks of your disability. After the first six weeks of disability, the core STD Plan pays 66 2/3% of your pre-disability FLEX Earnings for up through the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described under the "Reduction of STD Benefits Due to Other Income" section on page 19.

## Optional STD Benefit

If you elected optional STD coverage, it increases your coverage so that after the first six weeks of disability, the plan pays 90% of your pre-disability FLEX Earnings for up through the next 20 weeks. Optional STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described under the "Reduction of STD Benefits Due to Other Income" section on page 19.

## STD Benefits for Part-Time Employees

If you are a part-time Employee and work 20 hours or more per week, the number of hours you are regularly scheduled to work will be used to determine the amount of your disability benefit.

If you work less than 20 hours a week:

- Your medical leave of absence will be unpaid, unless otherwise required by applicable state law.

- You are eligible for a medical leave of absence only if you have been Actively at Work for at least 1,250 hours during the 12 months immediately prior to the beginning of the period of disability.

You may request a personal leave of absence if you are not eligible for a medical leave of absence but you are medically unable to work.

## Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis during the first six weeks that you are receiving STD benefits, you will receive all of your earned wages for the period that you work plus a reduced STD benefit for the period you receive disability benefits.

Because your return to work on a part-time basis will decrease the amount of STD benefits you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your pre-disability FLEX Earnings.

# Definition of "Disability" for STD Plan Purposes

You are entitled to benefits from the STD Plan only if you are considered "Totally Disabled". You are considered Totally Disabled only when the Claims Administrator determines that you are unable to perform the essential functions of your job and this finding is supported by documentation from your Physician. This means that you

cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician at all times during the period when you claim to be Totally Disabled to receive a benefit from the STD Plan.

A "Physician" means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a "Physician" means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for STD benefits at its discretion. Independent Medical Evaluations (IMEs) (either additional physical examinations and medical testing or file reviews of existing medical records) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required time.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. "Self-reported symptoms" means the manifestations of your condition you share with your Doctor which are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness, and loss of energy. The pay period limitations are at the discretion of the Claims Administrator If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

# Reasonable Accommodations

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work. If a reasonable accommodation has been identified, but you choose not to accept the accommodation, your STD benefit may be discontinued.  If the Company is unable to accommodate limitations resulting from your Illness or Injury, your benefit will not be affected. Reasonable accommodations may include, but are not limited to:

- General accommodations — the removal of structural, communication, or other barriers, and

- Job-related accommodations, such as:

    o    Part-time or modified work schedules,

    o    Home-based work,

    o    Reassignment to vacant positions,

    o    Acquisition or modification of tools, equipment, and/or furniture, and

    o    Modifications to business travel schedules.

# When Benefits Begin and End

Administratively, STD Plan benefits will begin on the sixth consecutive working day of your disability. At the onset of your disability, if you are a full-time employee working part-time (due to your disability)and

---

on partial disability the remainder of the time, STD benefits will not begin until your absence satisfies the equivalent of five full-time work days, e.g., 10 part-time work days. If you begin to receive STD benefits, the five-day waiting period will count toward your total period of disability.

 If you begin to receive STD benefits, the five-day waiting period will count toward your total period of disability benefit payments.

STD benefits end when:

- Your eligibility ends,

- You are no longer Totally Disabled,

- Your employment with the Company ends, or

- You have received 26 weeks of STD benefits.

# If You Are Disabled Again

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum STD benefit), you will have no STD coverage until you return to Active Work status.

If, after you return to Active Work, you become Totally Disabled again, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, *and*

- You were Actively at Work less than 30 consecutive days since you were Totally Disabled, *or*

- You have not returned for one full day of full-time Active Work between the two disability periods.

You will be considered Actively at Work on any of the Company's scheduled workdays if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

Here are some examples of how this provision works:

- You have received STD benefits for 10 weeks, and you return to Active Work for one week before the same Illness requires you to stay at home again. In this case, STD benefits continue under the previous Claim for the rest of the 26-week period (if you are determined to be Totally Disabled under the STD plan provisions).

- You have received STD benefits for 10 weeks, and you return to Active Work for 30 consecutive days.. Then, the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for STD benefits for a new 26-week period (if you are determined to be Totally Disabled under the STD plan provisions).

- You have received STD benefits for 10 weeks, and you return to Active Work for one day. Then, a different Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for STD benefits for a new 26-week period (if you are determined to be Totally Disabled under the STD plan provisions).

- You have received STD benefits for 10 weeks and are released to return to work. You do not return to work and a different (or the same) Illness or Accident prevents you from working. In this

case, you are not eligible for STD benefits under a new or previous claim as you did not return to Active Work (i.e., you must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits).

# Reduction of STD Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not have yet received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),

- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:

    o   Unemployment compensation benefits,

    o   No-fault wage replacement benefits,

    o   Statutory disability benefits, and

    o   Social Security benefits (if a family offset is applicable, the family offset will be applied against your STD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and

    o   the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan,

For example, if your weekly STD benefit is $200, and you are also receiving $100 a week from Workers' Compensation, then your STD benefits will be reduced to $100 a week so that your total income equals $200 a week.

For the purposes of this plan, other income will be treated as follows:

- Any periodic payments will be allocated to weekly periods,

- Any single lump-sum payment, including any periodic payments that you or your Dependents have elected to receive in a single lump sum will be allocated to weekly periods. However, any single lump-sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan, or

- Any periodic or single lump-sum payments received as a retroactive award may be allocated retroactively.

It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If the Claims Administrator finds that the actual amount of Social Security and other income that you receive is different from the amount used to determine your STD benefits, the following rules apply:

- If STD benefits have been underpaid, this plan will be required to make a lump-sum payment to bring the total payments to the amount that should have been paid.

- If STD benefits have been overpaid, you will be required to make a lump-sum reimbursement payment to the plan, or future payments to you will be reduced or eliminated.

# Applying for Social Security Benefits

If you anticipate that your Illness or Injury will be long term or will result in a permanent disability, you must apply for Social Security Disability benefits in a timely and diligent manner.

While your application for Social Security or other sources of disability income is pending, the plan may estimate your income from these sources and use that amount to determine your benefit under this plan. Before your Social Security benefits or other sources of disability income begin, you may choose to sign a Reimbursement Agreement to reimburse the plan for the amount of the excess payment that you receive as an STD benefit. If you sign this agreement, your Social Security benefit or other income will not be taken into consideration for your STD benefit while your applications, and any subsequent appeals, are pending. However, you will have to pay that amount back immediately when your Social Security benefit begins. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined in the Administrative Information section on page 29.

If your claim for Social Security disability benefits is denied, you must appeal at the Reconsideration level. If benefits are denied again, you must appeal at the Administrative Law Judge level.

If you do not give the STD plan written proof that your application for other disability benefits has been denied, the plan may estimate your weekly Social Security benefits and other income, and use that amount to determine your benefit under this plan.

# Exclusions

STD benefits will not be paid for any disability resulting from:

- Intentionally self-inflicted injuries, including a disability or an Injury that results from the use of hallucinogenic or narcotic drugs, except when legally prescribed by a Physician and taken in accordance with the Physician's direction,

- Your participation in the commission of an assault or felony, or

- War or any act of war (declared or undeclared), insurrection, or rebellion, or your participation in a riot or civil commotion.

# LONG-TERM DISABILITY (LTD) PLAN BENEFITS

LTD Plan benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan and if you remain Totally Disabled (as defined under the LTD Plan).

# LTD Benefit Amount

## Core LTD Benefit

Core LTD coverage pays a monthly benefit of55% of your pre-disability FLEX Earnings after you have been Totally Disabled and have received benefits from the STD Plan for 26 consecutive weeks. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment  whichever is greater.

Core LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 25.

## Optional LTD Benefit

Optional LTD coverage increases your coverage so that the LTD plan pays a monthly benefit of66 2/3% of your pre-disability FLEX Earnings when you qualify for LTD Plan benefits. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment, whichever is greater.

Optional LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 25.

# Definition of "Disability" for LTD Plan Purposes

You are entitled to benefits from the LTD Plan only if you are considered "Totally Disabled". You are considered Totally Disabled initially when the Claims Administrator determines that you are unable to perform the essential functions of your job and this finding is supported by documentation from your Physician. This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and who must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. You must continue to be under the regular care of a Physician who certifies your Total Disability throughout the period when you claim to be Totally Disabled to receive a benefit from the LTD Plan.  The Claims Administrator has the discretion to make the decision regarding whether you are Totally Disabled—not your Physician.

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required (either additional physical examinations and medical testing or file reviews of existing medical records), at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury.

After the first 18 months of covered Total Disability (from the first day of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training, or experience.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Claims Administrator. If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

# Reasonable Accommodations

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work  If a reasonable accommodation has been identified, but you choose not to accept the accommodation, your STD benefit may be discontinued.  If the Company is unable to accommodate limitations resulting from your Illness or Injury, your benefit will not be affected.  . Reasonable accommodations may include, but are not limited to:

- General accommodations — the removal of structural, communication, or other barriers, and

- Job-related accommodations, such as:

  o   Part-time or modified work schedules,

  o   Home-based work,

  o   Reassignment to vacant positions,

  o   Acquisition or modification of tools, equipment, and/or furniture, and

  o   Modifications to business travel schedules.

# When Benefits Begin and End

You are eligible for LTD Plan benefits after you have been Totally Disabled and have received STD Plan benefits for 26 consecutive weeks, provided you give written proof of the continuation of your Total Disability beyond 26 weeks within the required timeframe and that proof is satisfactory to the Claims Administrator. The Claims Administrator remains in frequent contact with you during STD.  Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request it  from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 30 days your monthly LTD benefits and any retroactive payments could be delayed   If Claims Administrator approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

Benefits end when your period of Total Disability ends. This happens when the first of the following occurs:

- You are no longer Totally Disabled,

- You die,

- You are no longer under the care of a Physician,

- You fail to furnish the latest required proof of the continuance of your Total Disability to the Claims Administrator or refuse to be examined by a Physician designated by the plan,

- You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart under Maximum Benefit Period, or

- Your employment with the Company ends.

# Maximum Benefit Period

The maximum length of time LTD benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.

## If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, and

You were Actively at Work less than three consecutive months since your first disability.

If your disability is considered a continuation of your initial disability, LTD benefits are immediately payable. If your disability is a new disability, LTD benefits are payable only after you complete a new 26-week waiting period during which you are paid benefits from the STD Plan.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit), you will have no LTD coverage and no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day, in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

# Waiver of Premium

While you are receiving LTD benefits (either full or partial), you will not be required to pay premiums for any optional STD, optional LTD, or optional employee life insurance coverage you have selected. You

will be required to pay premiums for optional child and/or optional spouse life insurance coverage you have selected.

# Reduction of LTD Plan Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your LTD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not yet have received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),

- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:

    o Unemployment compensation benefits,

    o No-fault wage replacement benefits,

    o Statutory disability benefits,

    o Social Security benefits (if a family offset is applicable, the family offset will be applied against your LTD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and,

    o the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan.

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

- Any periodic payments will be allocated to monthly periods,

- Any single lump-sum payment, including any periodic payments that you or your Dependents have elected to receive in a single lump sum, will be allocated to 60 monthly periods. However, any single lump-sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan, or

- Any periodic or single lump-sum payments received as a retroactive award may be allocated retroactively.

It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different from the amount used to determine your LTD benefits, the following rules apply:

- If LTD benefits have been underpaid, this plan will be required to make a lump-sum payment to bring the total payments to the amount that should have been paid.

- If LTD benefits have been overpaid, you will be required to make a lump-sum reimbursement payment to the plan, or to reduce or eliminate future payments. In this case, plan minimums will not apply.

# Applying for Social Security Benefits

If you anticipate that recovery from your Illness or Injury will be long term or will result in a permanent disability, you must apply for Social Security disability benefits in a timely and diligent manner.

While your application for Social Security or other sources of disability income is pending, the plan may estimate your income from these sources and use that amount to determine your benefit under this plan. Before your Social Security benefits or other sources of disability income begin, you must sign a Reimbursement Agreement to reimburse the plan for the amount of the excess payment that you receive as an LTD benefit. If you sign this agreement, your Social Security benefit or other income will not be taken into consideration for your LTD benefits while your applications, and any subsequent appeals, are pending. However, you will have to pay the full amount of your Social Security disability benefits award or other income award (up to the amount of LTD Plan benefits that have been paid to you) to the Claims Administrator immediately on receipt of the award. The Claims Administrator will provide you with a Reimbursement Agreement during your transition from STD to LTD.

If your claim for Social Security disability benefits is denied, you must appeal at the Reconsideration level. If benefits are denied again, you must appeal at the Administrative Law Judge level.

If you do not give the plan written proof that your application for other disability benefits has been denied, the plan may estimate your weekly Social Security benefits and other income, and use that amount to determine your benefit under this plan.

# Social Security Disability Benefits and Medicare

Disabled Employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. To be protected as completely as possible, you need to accept Medicare coverage (Part A and Part B) when you become eligible. You may be contacted by a representative, acting on behalf of the Company, who will assist you in the Medicare enrollment process.

Coverage under Medicare Part A is free, while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefits you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

Once you are enrolled in Medicare, Medicare will pay medical Claims first and the Company's medical plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (such as prescription drugs).

# Mandatory Vocational Rehabilitation Program

For disabilities beginning on or after January 1, 1999, you will be required to take part in an "approved rehabilitation program" to help you get back to work if you are deemed able to be rehabilitated while you are receiving LTD benefits. (Refusal to participate in an approved rehabilitation program could result in termination of your LTD benefits.)

An approved rehabilitation program is:

- A program of vocational rehabilitation, or

- A period of part-time work with the Company for purposes of rehabilitation which is recommended by your Physician and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator, and the Plan Administrator approve such a program in writing and will end when your Physician, the Claims Administrator, and the Plan Administrator withdraw their approval.

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while in an approved rehabilitation program. During this period, your regular monthly LTD benefits will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your pre-disability FLEX Earnings.

Here is an example:

| | |
|---|---|
| Monthly LTD Benefits From the Plan | $1,600 |
| Rehabilitative Earnings | $300 |
| 50% Reduction | $150 |
| Net LTD Benefits From the Plan | $1,750 |

If the plan determines that it is within your ability to become self-supporting through a rehabilitation program, the plan may pay certain expenses of such a program, at the discretion of the Plan Administrator. The maximum payment is $10,000.

If this applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program.

# Cost-of-Living Adjustment

For disabilities beginning on or after July 1, 1994 but before January 1, 2000, prior plan provisions provide a cost-of-living adjustment (COLA) for LTD benefits. This adjustment applies to your core and optional LTD benefits each year after the first year of LTD. This adjustment increases your total LTD benefits by

60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase by 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one-year anniversary date that your LTD benefits began and is increased each year thereafter (when a CPI increase applies), beginning the same calendar month as your first COLA increase.

The LTD plan does not provide a COLA increase for LTD benefits for disabilities beginning on or after January 1, 2000.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by any of the following:

- Intentionally self-inflicted Injury, including a disability or Injury that results from the use of hallucinogenic or narcotic drugs, except when legally prescribed by a Physician and taken in accordance with the Physician's direction,

- Your participation in the commission of an assault or felony,

- War or any act of war (declared or undeclared), insurrection, or rebellion, or your participation in a riot or civil commotion,

- A Preexisting Condition (as described below),

- A disability or Injury that occurs while you are on a personal leave of absence, a military leave of absence, or while not Actively at Work, or

- A disability or Injury that occurs after a period of Total Disability has ended, but prior to your returning to Active Work.

# Preexisting Conditions Exclusion

If you are a newly hired Employee, you will not be covered for LTD benefits if a Total Disability occurs within 12 months after your LTD Plan coverage is initially effective, and if the disability is caused by or in any way related to a "Preexisting Condition" that existed within 90 days of your coverage Effective Date.

A "Preexisting Condition" is an Illness, Injury, or condition for which you:

- Received treatment or services from a Physician,

- Took drugs or medicines prescribed by a Physician,

- Incurred expenses, or

- Received a diagnosis.

A "Preexisting Condition" is also a disability or Injury that occurs:

- While on a personal leave of absence, a military leave of absence, or while not Actively at Work, or

- After a period of Total Disability has ended, but prior to your returning to Active Work.

The Preexisting Condition exclusion will not apply to Employees who become covered under the Nortel Networks FLEX program due to the acquisition of their employer by the Company and their employer's subsequent election to cover its Employees under the LTD plan as an Affiliate.

# OCCUPATIONAL DISABILITY BENEFITS

Disability benefits may be payable to you for an occupational disability. Occupational disabilities are those caused by:

- An Injury arising out of, or in the course of, any employment for wage or profit, or

- A disease covered with respect to such employment by any Workers' Compensation law, occupational disease law, or similar legislation.

This benefit is provided on the same terms as the benefit for a non-occupational disability. (See Reduction of STD Benefits Due to Other Income on page 19 or Reduction of LTD Benefits Due to Other Income on page 25.) STD benefits are provided as a supplement to your Worker's Compensation pay. Total disability benefits paid will not exceed the applicable STD and LTD benefit amounts.

# OTHER IMPORTANT INFORMATION

## A Note about State Disability Laws

In certain locations, state-mandated disability plans supersede the Company's plans. As a result, applicable state disability law may alter the provisions described in this summary.

## Limits on Assignments

Benefits under the plans may be assigned only as a gift assignment. The Claims Administrator will not:

- Be responsible for determining the validity of a purported gift assignment, or

- Be held to know about an assignment unless it has received a copy of it.

For more information on limits of assignments or how to assign disability benefits as a gift, contact the Claims Administrator (as listed on page 30).

## Errors in Payments

If the Claims Administrator determines that you have received an overpayment of benefits due to an error, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under the STD plan, the LTD plan, or any other Company welfare plan.

# SECTION TWO – ADMINISTRATIVE INFORMATION

This Administrative Information section provides further administrative details about this plan, such as identifying information about the Plan that is required under ERISA, how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

## Identifying Information

Plan Type under ERISA:  Welfare Plan

Plan Number:  509

Funding Method:  Self-funded with contributions held in trust

Contribution Source:  the Companies that sponsor the Plan pay the full cost of the core STD and core LTD plan coverage and participating Employees contribute to the cost of the optional STD and optional LTD plan coverages.

Companies that Sponsor the Plan:  Nortel Networks Inc. (employer identification number 04-2486332) and certain other related companies sponsor this Plan for their eligible Employees.  For a current list of sponsoring companies, please contact HR Shared Services (formerly Global Employee Services) at 1-800-676-4636.

The address for Nortel Networks Inc. is:  Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

Agent for Service of Legal Process:  Attn:  Lynn Egan
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228-1397
615-432-4787

Legal Process may also be served upon the trustee of a trust that funds benefits under the Plan.

Trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the Plan):
Retirement Services Group
Bank of America
213 South LaSalle Street
Chicago, IL 60697
312-828-2345

---

# CONTACT INFORMATION FOR CLAIMS FILING AND APPEAL REVIEW

The chart below provides addresses and phone numbers both for filing Claims and appealing denials of Claims for each of the listed benefits. Call HR Shared Services (formerly Global Employee Services) at 1-800-676-4636 if you cannot locate the information you need in the list that follows.

The entities responsible for each type of Claim and Appeal of denied Claims under the Short-Term Disability Plan and the Long-Term Disability Plan are noted in the list below.

## Claims Administrators

**Short-Term Disability Plan and Long-Term Disability Plan -**

| | | |
|---|---|---|
| Initial Claims for payment of STD and LTD benefits and first level appeals of denied claims for payment of STD and LTD benefits as described in this Summary Plan Description: | The Prudential Insurance Company of America<br>PO Box 13480<br>Philadelphia, PA 19101 | 1-800-842-1718 |
| Initial Claims regarding eligibility<br><br>to participate in the plan;<br>coverage option elected;<br>Effective Date of enrollment and cost of coverage | HR Shared Services (formerly Global Employee Services)<br><br>Nortel Networks<br>PO Box 13010,<br>Research Triangle Park, NC 27709-3010 | 1-800-676-4636<br>Direct: 919-905-9351<br>ESN: 355-9351 |

## Final Appeal Reviewer

| | | |
|---|---|---|
| All second/final level appeals of denied STD and LTD benefit claims; and first/final appeals of denied claims regarding Eligibility to participate in the plan, coverage option elected effective date of enrollment and cost of coverage | Employee Benefits Committee<br>Nortel Networks<br>220 Athens Way, Suite 300<br>Nashville, TN 37228 | 615-432-4787 |

# FILING CLAIMS AND APPEALS

This section outlines the procedures and applicable time limits for filing Claims and filing appeals of denied Claims and other benefit determinations under the Short-Term Disability Plan and the Long-Term Disability Plan. These procedures are intended to comply with the requirements of ERISA and will be interpreted in accordance with ERISA requirements.

In order to properly process your request, please refer to the "Contact Information for Claims Filing and Appeal Review" chart above for a complete list of all Claims Administrators, their respective addresses and phone numbers.

## A. Short-Term Disability Plan and Long-Term Disability Plan Benefit Claims and Appeals

1. Filing a Claim for payment of a benefit under the Short-Term Disability Plan:

The process for requesting a Short-Term Disability Plan benefit is as follows:

    a. Contact the TOPS Leave Administrator at 877-664-8677 to initiate the process. An agent will conduct an interview to obtain all necessary information for your Short-Term Disability claim.

    b. , Prudential will contact your treating physician(s) to obtain all medical information. Once obtained, Prudential will review all documentation and notify you of the decision to approve or deny your request for Short-Term Disability Plan benefits. If Prudential is unable to reach the physician, s/he will communicate to you and send necessary forms by regular mail to you for your physician to complete. To avoid delay in processing the claim, you may also download the necessary forms Medical Release and Attending Physicians Statement from S@W and send to Prudential. (If Prudential does not receive the completed medical forms within **15 calendar days of last day worked, your pay will be suspended.**)

2. Filing a Claim for payment of a benefit under the Long-Term Disability Plan:

Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 15 days your monthly LTD benefits and any retroactive payments could be delayed   If Claims Administrator approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

### 3. Decision Regarding An Initial Claim for Short-Term Disability Plan Benefits or Long-Term Disability Plan Benefits by Prudential

Prudential will notify you of the Claim decision on your Short-Term Disability Plan claim or your Long-Term Disability Plan claim (as applicable) within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your Claim, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which Prudential expects to decide on your Claim, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to decide the Claim, the period for making the benefit determination by Prudential will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from Prudential of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a.   the specific reason(s) for the denial,
b.   references to the specific plan provisions on which the benefit determination was based,
c.   a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,
d.   a description of Prudential's appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following your appeals, and
e.   if an adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination will be provided free of charge upon request.

**4. Appealing a Denied Short-Term Disability Plan Claim or Long-Term Disability Plan Claim to Prudential –First Level Appeal To Prudential**

If your Claim for benefits under the Short-Term Disability Plan or the Long-Term Disability Plan is denied or if you do not receive a response to your Claim within the appropriate time frame (in which case the Claim for benefits is deemed to have been denied), you or your representative may appeal your denied Claim in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date the Claim is denied. See the "Claims Administrators" chart above for contact information. You may submit with your appeal any written comments, documents, records and any other information relating to your Claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your Claim free of charge.

A full review of the information in the Claim file and any new information submitted to support the appeal will be conducted by the Prudential Appeals Review Unit. The Claim decision will be made by a member of the Prudential Claims Management Team. The Prudential Appeals Review Unit and Claims Management Team members are made up of individuals not involved in the initial benefit determination. This review will not give any deference to the initial benefit determination.

The Prudential Appeals Review Unit will make a determination on your Claim appeal within 45 days of the receipt of your appeal request. This period may be extended by up to 90 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date that the Prudential Appeals Review Unit expects to render a decision will be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If the Claim on appeal is denied in whole or in part, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by the applicant and will include:

(a)  the specific reason(s) for the adverse determination,
(b)  references to the specific plan provisions on which the determination was based,
(c)  a statement that you are entitled to receive upon request and free of charge reasonable access to, and make copies of, all records, documents and other information relevant to your benefit Claim upon request,
(d)  a description of Prudential's review procedures and applicable time limits,
(e)  a statement that you have the right to obtain upon request and free of charge, a copy of internal rules or guidelines relied upon in making this determination, and
(f)  your right to appeal the decision to Nortel Networks Employee Benefits Committee as well as a description of the Nortel Networks Employee Benefits Committee's appeal procedures, applicable time limits, and how to contact the Nortel Networks Employee Benefits Committee and
(g)  your right to bring a civil suit under section 502(a) of ERISA following the conclusion of all of your appeals.

If a decision on appeal is not furnished to you within the time frames mentioned above, the Claim will be deemed denied on appeal.

If you are not satisfied with the first level appeal decision of Prudential, you have the right to request a second level appeal from the Employee Benefits Committee, the claims fiduciary of this type of appeal. Your second level appeal request must be submitted to the Employee Benefits Committee within 60 days from receipt of the first level appeal decision. See below for a description of procedures for the second level appeal conducted by the Employee Benefits Committee.

## 5. Appealing a Denied Short-Term Disability Plan Claim or Long-Term Disability Plan Claim to the Nortel Networks Employee Benefits Committee –Final Appeal Level for Denied Claims

If a Short-Term Disability Plan or Long-Term Disability Plan benefit Claim appeal is denied by the Claims Administrator (see item "4" above) or if an eligibility to participate or a coverage level Claim is denied by GES (see item "6" below) the Employee Benefits Committee reviews any additional appeal request that you file, i.e. they make the decision concerning your final appeal.

If your Claim or appeal of a Claim under item "4" or item "6" is denied or if you do not receive a response to such Claim or appeal within the appropriate time frame (in which case the Claim or appeal is deemed to have been denied), you or your representative may appeal your denied Claim or appeal in writing to the Employee Benefits Committee (EBC). See the "Claims Administrators" chart above for contact information. Your final appeal must be submitted within 180 days of your receipt of the written notice of denial or 180 days from the date such Claim is denied. You may submit with your appeal any written comments, documents, records and any other information relating to your Claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your Claim free of charge.

You have the right to:

1. Submit written comments, documents, records and other information relating to the participation appeal.
2. Request free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your participation appeal. For this purpose, a document, record or other information is treated as "relevant" to your participation appeal if it:
    o   Was relied upon in making the benefit determination
    o   Was submitted, considered or generated in the course of making the benefit determination, regardless of whether such document, record or other information was relied upon in making the benefit determination
    o   Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination.
3. A review that takes into account all comments, documents, records and other information submitted by you relating to the appeal, regardless of whether such information was submitted or considered in the prior appeal determination.
4. A review that does not defer to the prior adverse appeal determination and that is conducted by the Plan Administrator of the plan who is neither the individual who made the adverse determination nor that person's subordinate.
5. If the appeal involved an adverse benefit determination based in whole, or in part, on a medical judgment, you have the right to require the Plan Administrator to consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment and who was neither consulted in connection with the prior adverse benefit determination nor the subordinate of any such individual.
6. The identification of medical or vocational experts whose advice was obtained in connection with the adverse benefit determination.

The EBC will make a decision on your appeal of a denial of your participation Claim under the plan no later 45 days of the receipt of your appeal request. This period may be extended by up to 90 days if the EBC determines that special circumstances require an extension of time. If such an extension of time for review is required because of special circumstances, the EBC will provide you with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension

In the event an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination on review stops on the date the EBC sends you the extension notification until the date you respond to the request for additional information. The EBC will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

The EBC's notice of an adverse benefit determination on your final appeal will contain all of the following information:

1. The specific reason(s) for the adverse appeal determination.
2. Reference to the specific plan provisions on which the appeal determination is based.
3. A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your appeal.
4. Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse appeal determination or notice that a copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse determination will be provided free of charge to you upon request.
5. A statement of your right to bring an action under ERISA.

## 6. Filing a Claim Regarding Participation/Coverage Levels and Decision on Review of Claim by HR Shared Services (formerly GES)

Claims regarding eligibility to participate in the LTD Plan or the STD Plan and elections regarding coverage levels under those Plans (such as whether you had a Status Change that would entitle you to change your coverage level or whether you elected Optional Short or Long-Term Disability Plan coverage) must be made in writing to HR Shared Services (formerly Global Employee Services) (GES). See the "Claims Administrators" chart above for contact information. Your Claim should include an explanation of the eligibility to participate or coverage level issue, the facts surrounding the request, and any documentation that will support the request for the approval of eligibility or coverage level including a copy of the applicable enrollment confirmation form, proof of status change date, or documentation supporting the request for eligibility outside the enrollment periods for Annual Enrollment, New Hire enrollment, or Status Change deadlines. HR Shared Services (formerly Global Employee Services –GES) )will review the information and review enrollment files, call center tickets, and refer to the plan document for the particular eligibility or coverage change being requested.

HR Shared Services (formerly Global Employee Services –GES) will notify you of the Claim decision on your participation or coverage level issue under the Short-Term Disability Plan claim or your Long-Term Disability Plan claim (as applicable) within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your Claim, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which HR Shared Services (formerly Global Employe Services –GES)expects to decide on your Claim, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to decide the Claim, the period for making the benefit determination by HR Shared Services (formerly Global Employee Services –GES) will be stopped from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from HR Shared Services (formerly Global Employee Services)of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a. the specific reason(s) for the denial,
b. references to the specific plan provisions on which the benefit determination was based,
c. a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,

d.    a description of your final appeal rights to file and appeal with the Employee Benefits Committee (as explained under item "5" above, the appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following the conclusion of your appeals,

## Final Note on Short-Term Disability Plan and Long-Term Disability Plan Claim Appeals

Following a final adverse benefit decision, you have the right to bring a civil action under ERISA section 502(a). You and the Plan representatives may have other voluntary alternative options, such as mediation. One way to find out what may be available to you is to contact your local U.S. Department of Labor Office.

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's Employee benefit plan, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

## Receive Information about Your Plan and Benefits

- Examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents governing the plan, including insurance contracts (if any), and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration (EBSA).
- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts (if any), and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may request a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a summary of this annual report.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your Employee benefit plan.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your Claim for a welfare benefit is denied in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a Claim for benefits that is denied or ignored, in whole or in part, you may file suit in Federal or state court.

If it should happen that a plan fiduciary misuses the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in Federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if the court finds your Claim is frivolous.

## Assistance with Your Questions

If you have questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator you should contact the nearest office of the Employee Benefits Security Administration (EBSA), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration (EBSA), U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration (EBSA).

# FUTURE OF THE PLAN

Although the benefits currently available (in the 2006 Plan Year) are described in this summary for the Company's Short-Term Disability Plan and the Long-Term Disability Plan, the Company reserves the right to change or end the plans described in this summary at any time. Any plan changes will result from actions taken and approved by the Company. The Company may adopt such changes or terminate the plan at any time and for any reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law. However, this does not constitute an implied or expressed contract or guarantee of employment.

# SECTION THREE – GLOSSARY

If a different definition of any of the following words is provided in the section describing a particular benefit plan, that definition applies instead of the definition listed below.

*Sometimes, to describe a benefit plan accurately, some technical terms must be used. Here, to help you understand them, are brief definitions in alphabetical order.*

**Accident/Accidental**
An unexpected event resulting in bodily Injury by an external trauma.

**Active Work, Actively at Work**
You will be considered Actively at Work on any of the Company's scheduled work
days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at a Company defined place of business or at some location to which you are required to travel for Company business.

**Affiliates**
Subsidiaries of, or other companies related to, Nortel Networks Inc. (NNI), that have been authorized by the Board of Directors of NNI to provide coverage for their employees under the Company's Short-Term Disability Plan and Long-Term Disability Plan and have adopted those programs.

**Annual Enrollment Period**
The period during which you may enroll yourself and/or your eligible Dependents in benefits for the coming year. The FLEX Annual Enrollment Period is held each fall. Benefits selected during the Annual Enrollment Period are generally effective the following January 1.

**Before-Tax Contribution**
A contribution for benefits coverage that is deducted from your pay before federal income, FICA (Social Security), and most state and local income taxes are deducted, reducing your taxable income and saving you money in taxes.

**Behavioral Illness**
A mental, psychoneurotic or personality disorder, or chemical dependency (alcohol and substance abuse).

**Calendar Year**
January 1 through December 31. This period is also known as the Plan Year.

**Children**
Dependents who are:
- your natural Children,
- Children legally adopted by you or placed with you for adoption,
- your stepchildren,
- your legal foster Children,
- your responsibility as a legal guardian,
- Children of your Domestic Partner (Children of a Domestic Partner are not eligible for coverage under Optional Dependent Life Insurance, Optional Family AD&D Insurance or the Health Care and Dependent Day Care Reimbursement Accounts), or
- Children for whom you are required to provide health coverage, as specified by a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order of judgment from a court that directs a plan administrator to cover a child for benefits under a health care plan.

To be eligible for coverage, stepchildren, legally authorized foster Children, Children for whom you are the legal guardian and Children of your Domestic Partner must depend on you for support and maintenance and live with you at least six months of the Calendar Year in a regular parent-child relationship.

**Claim**
A request by a covered person for a benefit under a specific plan.

**Claims Administrator**
The company or third party administrators responsible for processing and paying benefit Claims and other various administrative services.

Company – Nortel Networks Inc.

**Core FLEX Benefits**
Benefits fully paid by the Company. You are automatically enrolled in the following core coverage and have no choices to make in order to have coverage in these benefits:
- Short-Term Disability coverage at 100% of your pre-disability base salary (called FLEX Earnings - see this glossary for more on what is and isn't included in this amount) for six weeks, then 66 /3% of your pre-disability FLEX Earnings for up to 20 additional weeks,
- Long-Term Disability coverage at 55% of your pre-disability FLEX Earnings after you have been disabled for 26 consecutive weeks,
- Employee Life Insurance equal to one times your FLEX Earnings,
- Employee Assistance Program provides free confidential counseling for up through the first 8 visits.

You can supplement your Core FLEX Benefits by purchasing Optional FLEX Benefits with FLEX Credits provided by the Company and with Before-Tax and After-Tax Contributions.

**Dependent**
For the purpose of Status Changes, Dependents include:
- your spouse, including your common-law spouse as recognized by applicable state law,
- your qualified Domestic Partner, (see definition of Domestic Partner),
- your unmarried Children and your Domestic Partner's unmarried Children under the age of 19, (see definition of Children),
- your unmarried Children and your Domestic Partner's unmarried Children between the ages 19 and 25 who are full-time students at an accredited school and are primarily supported by you, and
- your unmarried Children and your Domestic Partner's unmarried Children of any age who have a mental or physical disability that began before age 19 (or age 25 if they are a full-time student) and who are Wholly Dependent on you for support and maintenance and became dependent before age 19 (or age 25 if a full-time student).

For the purpose of a reduction in STD or LTD benefits due to other income (i.e., application of the family offset), a Dependent includes:
- any Dependent receiving Social Security Disability Benefits due to your disability regardless of whether or not that Dependent is living with you and is or is not considered a Dependent for tax purposes.

**Doctor**
A licensed practitioner of the healing arts acting within the scope of the license.

**Effective Date**
The date coverage goes into effect under the plan.

**Employee**
A person employed by the Company or any of its Affiliates on a permanent basis; the term also applies to that person for any rights after coverage ends. The term specifically excludes independent contractors and all other workers providing services to the Company or an Affiliate who are not recorded as employees on the payroll records of the Company or an Affiliate, including any such individual who is subsequently reclassified by a court of law or a regulatory body as a common law employee of an Employer.

**Enrollment Period**
See "Annual Enrollment." The FLEX Benefits may be selected during a 31-day enrollment period when you first become eligible for benefits as a new employee or after you experience a Status Change.

**FLEX Benefits**
One of the Company's benefit programs, which offers you the flexibility to choose from different types and levels of benefits. Through FLEX Benefits you can design the benefits program that is best for you and your family.

**FLEX Credits**
Company-provided benefit dollars you may use to purchase Optional FLEX Benefits.

**FLEX Earnings**
Generally, your base salary. FLEX Earnings do not include other types of pay, including but not limited to, overtime, shift differentials, relocation payments or bonuses. However, if you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses). Part-time employees' premium calculations under the FLEX Disability, Life and AD&D plans are based on a 25-hour work week if the employee regularly works 20-34.5 hours per week, and on a 40-hour work week if the employee regularly works more than 35 hours per week. Claim calculations on these benefits are based on the number of hours worked that a part-time employee has averaged over the 12 weeks immediately preceding the event which caused a claim for benefits to be filed. If you are a part-time employee and work 20 hours or more per week, the number of hours you are regularly scheduled to work each week will be the number of hours you will receive each week for your disability benefit.

**Gross Disability Payment**
60% of pre disability FLEX Earnings before any deductions are taken for Core Short Term Disability
66 2/3% of pre-disability FLEX Earnings before any deductions are taken for Optional Long Term Disability

**Hire Date**
The date your employment with the Company begins.

**HR Shared Services (formerly Global Employee Services)**
The service center for the Company's benefit plans. By contacting HR Shared Services (formerly Global Employee Services), you can ask questions about any of the plans, request needed forms or change your employee information, such as your home address.

**Illness**
Any disorder of the body or mind of a covered person, but not an Injury or pregnancy, including abortion, miscarriage or childbirth.

**Injury**
A condition that results in damage to the covered person's body, independently of Illness.

**Medicaid**
Title XIX (Grants to States for Medical Assistance Programs) of the Federal Social Security Act, as amended from time to time.

**Medical Plan**
A plan that provides medical benefits for you and your enrolled Dependents.

**Medicare**

Title XVIII (Health Coverage for the Aged and Disabled) of the Federal Social Security Act, as amended from time to time.

**Optional FLEX Benefits**
Benefits you pay for with FLEX Credits, Before-Tax Contributions or After-Tax Contributions. Optional FLEX Benefits supplement Company paid Core FLEX Benefits. You can apply FLEX Credits or make Before-Tax Contributions to the following options:
- Medical coverage for yourself or yourself and your enrolled Dependents (you have sufficient FLEX Credits to buy medical coverage for yourself only under the Preferred Provider Organization, or Out-of-Area Comprehensive option if you don't live within a Network Area, but you may waive medical coverage if you choose),
- Dental, Vision and Hearing Care coverage for yourself or yourself and your eligible dependents,
- Optional Short-Term Disability coverage that increases your Core benefit to 90% of your pre-disability FLEX Earnings for up to 20 weeks after the first six weeks of disability,
- Optional Long-Term Disability coverage that increases your Core benefit to 66 2/3% of your pre-disability FLEX Earnings when you have been disabled for 26 consecutive weeks, and/or
- Health Care and/or Dependent Day Care Reimbursement Accounts

You can apply FLEX Credits or make After-Tax Contributions to the following options:
- Additional life insurance for yourself,
- Dependent life insurance for your spouse and/or Children, and
- Optional AD&D insurance for your spouse and/or Children.

**Payroll Deduction**
Contributions taken from your pay either before or after federal income, FICA (Social Security) and most state and local income taxes are deducted.

**Physician**
See "Doctor."

**Plan Administrator**
Nortel Networks Inc. (NNI) acting by and through its Board of Directors.

**Plan Year**
January 1 to December 31. The Plan Year may change from time to time as determined by the Plan Administrator prior to the first day of the Plan Year.

**Preexisting Condition**
Any condition for which you:
- receive treatment or services,
- incur expense,
- receive diagnosis, or
- take prescribed medication

before coverage begins.

**Sickness**
See "Illness."

**Status Change**
You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following Status Changes. Other than the Annual Enrollment Period, the occurrence of a Status Change is the only time you can change your FLEX choices. The list of Status Changes includes but is not limited to:
- Marriage,
- Domestic Partner relationship becoming qualified for eligibility and verified by HR Shared Services (formerly Global Employee Services)

- Divorce, annulment or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,
- Disability of a spouse, enrolled Domestic Partner or Dependent child,
- Death of a spouse, enrolled Domestic Partner or Dependent child,
- Change in employment status affecting benefit eligibility for you, your spouse or enrolled Domestic Partner or Dependent Child (such as from or to part- time or full-time or a paid leave of absence),
- Change in your spouse's, enrolled Domestic Partner's or Dependent Child's employment status affecting benefits eligibility (such as from or to part- time or full-time or a paid leave of absence),
- Beginning or end of your spouse's or enrolled Domestic Partner's employment,
- You, your spouse or enrolled Domestic Partner take an unpaid leave of absence,
- Relocations affecting a Medical Plan network availability,
- Covered child's loss of Dependent status (e.g., no longer a full-time student)
- Dependent child becomes eligible (e.g., becomes a full-time student),
- Termination of your relationship with an enrolled Domestic Partner,
- Loss of spouse's or Domestic Partner's medical or dental, vision and hearing care coverage,
- You, your spouse or enrolled Domestic Partner become eligible for Medicare or Medicaid,
- Shift change,
- Loss of other group health plan coverage (for the employee who declined coverage due to having other coverage but not due to failure to pay premiums on a timely basis, voluntary disenrollment or termination for cause),
- Loss of the employer contribution toward other group health plan coverage (for the employee who declined coverage due to having other coverage),
- Loss of other group health plan coverage when the other coverage was COBRA and the maximum COBRA coverage period ends,
- Benefits plan year of a spouse's or domestic partner's plan differs from Nortel Networks' plan year,
- For Dependent Day Care Reimbursement Account participants - dependent child turns 13, or
- For Dependent Day Care Reimbursement Account participants - certain cost changes that occur related to dependent child's day care provider. The costs should increase or decrease a minimum of 5% to warrant a change to your Reimbursement Account.

The benefit selections you may make must be consistent with the Status Change. For example, if you have a baby, you may add coverage for the child under your Medical, Dental, Vision and Hearing Care plans, select Optional Dependent Life Insurance for your child, increase your Optional Employee Life Insurance and/or change your contribution to your Health Care and/or Dependent Day Care Reimbursement Accounts.

You must contact HR Shared Services (formerly Global Employee Services) and make your selection within 31 days of the Status Change. HR Shared Services (formerly Global Employee Services) will initiate the Status Change in the FLEX Benefits system that will allow you to go online to make your benefits changes. If you prefer you may request to make your selections by fax or mail. Contact HR Shared Services (formerly Global Employee Services) and they will send you a Personalized Enrollment Worksheet and an affidavit which must be completed and returned within 31 days of the Status Change. Employees must be able to provide supporting documentation (such as a marriage or birth certificate or divorce decree) at such time as may be requested by HR Shared Services (formerly Global Employee Services) for audit purposes.

If you submit your changes (either online or by notarized affidavit) more than 31 days after your event occurred:
- the plan does not permit you to change any FLEX Benefit options (e.g., medical, life or disability coverage) until the next Annual Enrollment period
- you may change your medical and dental, vision and hearing care dependent coverage level (e.g., employee and spouse, employee and child) by requesting the addition or deletion of Dependent coverage under your current medical or dental, vision and hearing care option and

- your dependent coverage level change will be effective the date all documents are received (i.e., via fax or mail)or via online affidavit in HR Shared Services (formerly Global Employee Services).

Note: most HMOs do not allow Dependent additions after 31 days of the event.

**Termination Date**
The last day you work for the Company.

**Total Disability, Totally Disabled**
For the Short-Term Disability plan, the inability to perform the work you normally perform due to Illness or accidental Injury, as certified by a Physician.
For the Long-Term Disability plan, during the first 12 months, the inability to perform the work you normally perform. After the first 12-month period, you will be considered Totally Disabled if you are unable to perform any job you are or could become qualified to do with your education, training or experience.

**Wholly Dependent**
Complete dependency for the full care, support and maintenance of a physically or mentally disabled individual, including services necessary to maintain life, such as Room and Board, health and comfort of the Dependent.

**Workers' Compensation Benefits**
Benefits covered under Workers' Compensation law.

**EXHIBIT 2**

# Nortel Networks Inc. Long-Term Disability Plan

# Summary Plan Description 2010

# IN THIS SUMMARY PLAN DESCRIPTION

ABOUT THIS SUMMARY PLAN DESCRIPTION.................................................................................4

## SECTION ONE LONG-TERM DISABILITY PLAN BENEFITS

INTRODUCTION TO LONG-TERM DISABILITY PLAN BENEFITS.......................................................5

    Claims Administrator Information Used in Claim Determinations ...................................................5

PLAN HIGHLIGHTS............................................................................................................... 6

WHO IS ELIGIBLE ................................................................................................................6

HOW TO ENROLL ................................................................................................................7

    If You are on Disability During an Annual Enrollment Period...........................................................8

    Long-Term Disability Plan Options under FLEX.........................................................................9

WHEN COVERAGE BEGINS.....................................................................................................9

    Core Long-Term Disability Plan Benefits.................................................................................9

    Optional Long-Term Disability Plan Benefits.............................................................................9

    During the New Hire Enrollment Period................................................................................. 10

    During the Annual Enrollment Period................................................................................... 10

    Delay of Effective Date................................................................................................... 11

    Changing Your Selections................................................................................................ 11

WHEN COVERAGE ENDS..................................................................................................... 12

WHAT COVERAGE COSTS.................................................................................................... 12

WHEN CONTRIBUTIONS BEGIN............................................................................................. 12

FLEX EARNINGS...............................................................................................................13

LONG-TERM DISABIITY BENEFITS .........................................................................................14

    LTD Benefit Amount.................................................................................................. ..14

    Definition of Disability for LTD Purposes .............................................................................. 14

    Reasonable Accommodations............................................................................................ .15

    When Benefits Begin and End............................................................................................15

    Waiver of Premium.......................................................................................................18

    Reduction of LTD Benefits Due to Other Income.......................................................................18

    Applying for Social Security Benefits....................................................................................19

    Social Security Disability Benefits and Medicare........................................................................20

    Mandatory Vocational Rehabilitation Program..........................................................................20

Cost-of-Living Adjustment..................................................................................21

Exclusions............................................................................................................21

Preexisting Conditions Exclusion.......................................................................21

OCCUPATIONAL DISABILITY BENEFITS..................................................................22

OTHER IMPORTANT INFORMATION...........................................................................22

A Note about State Disability Laws....................................................................22

# SECTION TWO - ADMINISTRATIVE INFORMATION

IDENTIFYING INFORMATION.................................................................................23

CONTACT INFORMATION FOR CLAIMS FILING AND APPEAL REVIEW.........................24

Claims Administrator Contact Information..........................................................24

Final Appeal Reviewer Contact Information........................................................24

Filing Claims and Appeals..................................................................................24

- Decision Regarding An Initial Claim for Long-Term Disability Plan Benefits by Prudential ....................25

- Appealing a Denied Long-Term Disability Plan Claim to Prudential.................................................. 25

- Appealing a Denied Long-Term Disability Plan Participation/Coverage Level Claim to HR Shared Services and

Employee Benefits Committee ...................................................................................27

Final Note on Long-Term Disability Plan Claim Appeals ..................................................... 29

YOUR RIGHTS UNDER ERISA ........................................................................... 29

FUTURE OF THE PLAN .......................................................................................31

# SECTION THREE - GLOSSARY

# ABOUT THIS SUMMARY PLAN DESCRIPTION

This is the Summary Plan Description (SPD) that describes the Nortel Networks Long-Term Disability Plan that is in effect for the 2010 Calendar Year.  It is designed to provide you with a comprehensive resource providing detailed information about your long-term disability benefits and connecting you to other sources of information that could not be described fully in this SPD.  It is divided into the following sections:

- **SECTION ONE –LONG-TERM DISABILITY PLAN BENEFITS** describes the provisions of the Long-Term Disability Plan that determine your benefits.

- **SECTION TWO – ADMINISTRATIVE INFORMATION** includes administrative details about the Long-Term Disability Plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

- **SECTION THREE – GLOSSARY** contains brief descriptions of terms used in this SPD.

In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in this document are capitalized. You can find these words defined in the applicable sections of this SPD or in the Glossary section at the end of this document.   References to "you" throughout this document are references to the enrolled Employee.

# SECTION ONE –LONG-TERM DISABILITY PLAN BENEFITS

This section describes the provisions of the Long-Term Disability Plan, including who is eligible, how participation is elected, what benefits are paid, and when participation ends.

# Introduction to Long-Term Disability Plan Benefits

The Long-Term Disability Plan is part of the Nortel Networks FLEX Program, referred to as FLEX or FLEX Program in this document. The FLEX Program is a flexible benefits or "cafeteria" plan that offers you a choice among different types and levels of benefits. FLEX offers two kinds of benefits: "Core" and "Optional". Under FLEX, you may choose among various Core and Optional FLEX Program benefits to create your own customized benefits package. Under the Long-Term Disability Plan, you are provided long-term disability coverage as part of your Core FLEX Benefits and, as part of your Optional FLEX Benefits, you can choose optional long-term disability coverage for yourself. Or you may decline optional coverage.

Your Long -Term disability benefits are designed to continue a portion of your income if you are unable to work due to Illness or Injury after having first received benefits for the maximum period of 26 weeks under the Short Term Disability Plan (STD) and meet specific definitions of "Disabled" under the plan. The Company has chosen The Prudential Insurance Company of America (Prudential) to administer the Long-Term Disability Plan. Additional information about the STD plan can be found in the STD Summary Plan Description.

The information contained in this document is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Long-Term Disability Plan consist of:

- this SPD, as well as
- subsequent information that is provided to you about plan changes from year-to-year, and
- certain information developed and used by the Claims Administrator in evaluating your Claims.

Such information includes the resources listed below.

# Claims Administrator Information Used In Claim Determinations

In connection with the appointment of Prudential as the Claims Administrator of the Long-Term Disability Plan, the Plan Administrator delegated the exclusive authority to interpret and administer the provisions of the Disability Plans, including discretionary authority to:

§     construe and interpret the terms of the Disability Plan,

§     determine the validity of charges submitted under the Disability Plan, and

§     make final, binding determinations concerning the availability of benefits under the Disability Plan.

In addition to the standards described in this SPD, when Prudential makes a claims decision they also rely on standard texts and Prudential policies concerning medical conditions, disabling conditions, and physical and mental requirements for the performance of different occupations.

In connection with the determination of your Claim, you may request, free of charge, reasonable access to, and copies of all documents, records, and other information relevant to your Claim--including any written standards that were relevant other than this SPD. For this purpose, a document, record, or other information is treated as "relevant" to your Claim if it:

(1) was relied upon in making the determination on your Claim;

(2) was submitted, considered, or generated in the course of making the determination on your Claim, regardless of whether such document, record, or other information was relied upon in making the determination;

(3) demonstrates compliance with the administrative processes and safeguards required in making the determination on your Claim; or

(4) constitutes a statement of policy or guidance with respect to the Long-Term Disability Plan, regardless of whether such statement was relied upon in making the determination on your Claim.

To request a document, record, or other information described above in determination of your Claim, send a written request to Prudential at the following address:

Prudential Insurance Company of America
2 Ravinia Drive
Suite 1650
Atlanta, GA 30346

# PLAN HIGHLIGHTS

| Core LTD Benefit | Optional LTD Benefit |
| --- | --- |
| 55%* of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks | Increase your core coverage from 55% to 66 2/3% of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks |

*or statutory minimum (if greater)

STD and LTD benefits are mutually exclusive and the determination of whether each option pays benefits is independent of the decision made under the other. Under no circumstances will STD and LTD benefits be paid concurrently.

# WHO IS ELIGIBLE

You are eligible to participate in the Long-Term Disability Plan if you are a regular Employee working 20 or more hours per week.   You must receive benefits for the maximum period of 26 weeks under the STD Plan to be eligible for benefits under the LTD Plan

If you are a member of a bargaining unit, you are not eligible for Long-Term Disability Plan unless specified in the collective bargaining agreement.   If you are a non-payrolled worker or independent contractor you are not eligible for the Long-Term Disability Plan.

# HOW TO ENROLL

You are automatically enrolled in the portion of the Long-Term Disability Plan that provides the Core LTD Benefits (as described under "Plan Highlights" above. You may choose to enroll for optional long-term disability plan benefits:

- Within 31 days of your Hire Date or the date you become eligible if you are not eligible on your Hire Date,
- During an Annual Enrollment Period, or
- When you experience a Status Change (see "Changing Your Selections" below for more information on status changes).

To enroll, you must complete the enrollment process and pay the applicable Employee contributions. The Long-Term Disability Plan options you are eligible to choose from and your costs for these options are shown on the FLEX online enrollment tool (or your Personalized Enrollment Worksheet if you do not have intranet access). You will automatically be provided with materials to help you make your decision when you are hired and prior to the Annual Enrollment Period. However, you must contact HR Shared Services and report your Status Change to receive information and make new elections following a Status Change. To report a Status Change or to obtain information about enrollment in the Long-Term Disability Plan upon your hire or during the Annual Enrollment Period, contact HR Shared Services at: 1-800-676-4636. You may not enroll in the Long-Term Disability Plan or change your coverage by contacting any of the Claims Administrators that process benefit Claims under the Plan; you must contact HR Shared Services to do that.

# If You are on Long Term Disability During an Annual Enrollment Period

If you are receiving LTD Plan benefits during an Annual Enrollment Period, you will not be eligible to enroll in STD or change your current LTD selection. (However, medical, dental/vision/hearing care, life insurance, and AD&D benefits will continue to be available to you.) In addition, the following provisions will apply:

- You may change your medical and/or dental/vision/hearing care selections.

- You may not increase optional life insurance or optional AD&D insurance coverage for yourself or your eligible Dependents. However, you may decrease or drop this coverage.

- You will continue to be eligible for LTD benefits under the selection in which you were enrolled when your LTD began.

- Once you return to Active Work for 30 days, you may change your enrollment selections, since this is considered a Status Change. For more information on status changes, refer to page 12.

# Long-Term Disability Plan Options under FLEX

## Core FLEX Benefits

You are eligible for core LTD coverage on your Hire Date. You do not need to enroll for core LTD coverage in order to participate. The amount of core LTD coverage available is described on pages 6, 13, and, 14.

## Optional FLEX Benefits

You may select from the following options for disability plan benefits under the FLEX Program:
- No Coverage
- Optional Long-Term Disability

If you choose to enroll in optional benefits, you may select coverage as follows:
- You only

The amount of optional long-term disability coverage available is described on pages 6, and 14.

# WHEN COVERAGE BEGINS

## Core Long-Term Disability Plan Benefits

Core Long-Term Disability Plan coverage is automatically effective on your date of hire as a new Employee. Refer to "Plan Highlights" on page 6 for more information about this coverage.

## Optional Long-Term Disability Plan Benefits

If you select any optional Long-Term Disability Plan coverage during your election of FLEX Benefits, your coverage will begin as follows:

| If you enroll and pay the required contribution … | Your coverage will be effective on … |
|---|---|
| As a new Employee within 31 days after your Hire Date | The day HR Shared Services receives your selections. |
| Within 31 days of a Status Change event | The date the Status Change event occurs. |
| During the Annual Enrollment Period | The first day of the next Plan Year, normally January 1 |

If you do not enroll under any of the above circumstances, you will be covered under core LTD plan only, and you must wait until the next Annual Enrollment Period (or experience an applicable Status Change) to select optional LTD coverage.

# During the New Hire Enrollment Period

You have 31 days from your Hire Date to enroll in the optional benefits provided under the Long-Term Disability Plan. If you enroll within 31 days of your Hire Date, your optional Long-Term Disability Plan coverage will be effective on the date HR Shared Services receives your selections. You will not have coverage under any optional Long-Term Disability Plan benefits until you enroll in the Plan. The Effective Date of the enrollment is explained above.

## If You Do Not Enroll

If you do not enroll under any of the above circumstances, you will be covered under the core Long-Term Disability Plan coverage only. (Information about the core benefits is provided on page 7.) YOU WILL HAVE NO OPTIONAL COVERAGE until the next Plan Year (if you elect such optional coverage during the next Annual Enrollment Period) or until you elect optional coverage following an applicable Status Change.

# During the Annual Enrollment Period

Each year during the Annual Enrollment Period (generally in the fall), you will make your FLEX selections, including your choice among the Long-Term Disability Plan options, for the next Plan Year. Before the Annual Enrollment Period begins, you will receive materials to help you make your decisions, as well as instructions on how to enroll. The FLEX selections you make during the Annual Enrollment Period will go into effect on the first day of the following Plan Year and remain in effect through the end of the Plan Year unless you make a new selection due to a Status Change. The Effective Date of the enrollment is explained under "Changing your Selections During the Plan Year" on page 11.

## If You Do Not Enroll

If you do not enroll during the Annual Enrollment Period the Long-Term Disability Plan option and coverage level in which you were enrolled in 2009 continue in 2010.

---

## Delay of Effective Date

If you are not Actively at Work on the day your enrollment or change in coverage would otherwise be effective, the Effective Date will be delayed until you return to Active Work, regardless of the reason for your absence. Note that this provision will not apply in instances in which doing so would violate Federal law.

# Changing Your Selections During the Plan Year

Your FLEX Benefits selections for your Long-Term Disability Plan remain in effect through the end of the Plan Year (December 31st). You generally cannot change your selections until the next Annual Enrollment Period, unless you experience a Status Change that permits it.

You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following Status Changes. The list of Status Changes includes but is not limited to:
- Marriage,
- Divorce, annulment, or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,
- Death of a spouse,
- Death of Dependent Child
- Change in your employment status affecting benefit eligibility (such as from or to part-time or full-time),
- Change in your spouse's employment status affecting benefits eligibility (such as from or to part-time or full-time),
- Beginning or end of your spouse's employment.

If you make changes to your benefit selections due to a Status Change, the change must be consistent with the Status Change. For example, if you experience the birth of a Dependent child, you may wish to add additional optional LTD because of your new added responsibilities as a parent..

To make a change to your benefit selections, you must contact HR Shared Services within 31 days of the Status Change and indicate that you wish to make FLEX enrollment changes due to the Status Change. HR Shared Services will initiate the Status Change in the FLEX online enrollment tool, which will allow you to go online to make your benefit changes. Changes submitted within 31days of the Status Change event will be effective the date of the event.

Alternatively, you may ask to change your benefit selections by fax or mail. Contact HR Shared Services for a Personalized Enrollment Worksheet and an affidavit, which you must complete and return to HR Shared Services within 31 days of the Status Change.

When you request to change your benefit selections due to a Status Change, HR Shared Services may ask you to provide supporting documentation (such as a marriage or birth certificate, or a divorce decree). Such a request may either be made at the time you report your Status Change or at a later date for audit purposes.

If you submit your changes (either online or by notarized affidavit) more than 31 days after the date your Status Change occurred, you cannot change any FLEX Benefit Program options (e.g., adding optional Long -Term Disability Plan coverage) until the next Annual Enrollment Period.

# WHEN COVERAGE ENDS

Your core and optional LTD Plan coverage will end on the earliest of:
- the date your employment ends, or
- the date you stop qualifying for coverage, or
- the date the LTD Plan or the part of the plan providing the coverage ends, or
- the date you fail to pay any required premium contribution.

For coverage purposes, your employment will end when you are no longer Actively at Work as an eligible full-time or part-time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence from work.

# WHAT COVERAGE COSTS

Core LTD coverage is provided at no cost to you. You pay the full cost of optional LTD coverage. The cost of coverage is determined by the Company each year. The Company reserves the right to change your cost of coverage as necessary. If you select optional LTD coverage, your Employee contributions are deducted from your paycheck each pay period on a Before-Tax basis.

# WHEN CONTRIBUTIONS BEGIN

Contributions for the optional Long-Term Disability Plan benefits begin with the first full pay cycle following the Effective Date of your coverage. Effective Dates are described under " When Coverage Begins " on page 9.

Core LTD coverage is provided at no cost to you. You will pay for optional LTD coverage with before-tax dollars. Contributions are deducted from your paycheck each pay period.

# FLEX EARNINGS

FLEX Earnings are the basis on which your LTD benefits are calculated.  Under Core LTD, the benefit is 55% of your pre-disability FLEX Earnings.  FLEX Earnings generally equal your base salary.  However, if you are eligible for sales incentives, your FLEX Earnings include your target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

| If you are enrolling: | Your FLEX Earnings are your base salary as of: |
|---|---|
| For 2010 annual enrollment | January 1, 2010 |
| As a new hire | Your Hire Date |
| Part-time to full-time or vice versa | Effective Date of employment Status Change |

FLEX Earnings do not include:
  • overtime pay,
  • shift differentials,
  • relocation payments or
  • bonuses.

If your FLEX Earnings and FLEX Credits change during the Calendar Year (except due to an employment Status Change - e.g., full-time to part-time), related FLEX Payroll Deductions and Credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year. If your FLEX Earnings *increase* during the year, pay-related benefits (e.g., disability, term life insurance, etc.) will be based on your FLEX Earnings at the time of your disability. However, if your FLEX Earnings *decrease* during the year (except due to an employment Status Change - e.g., full-time to part-time), pay-related benefits will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year.

FLEX Earnings are generally your annual base salary. However, if you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives as defined each year by the Company (excluding bonuses).

# LONG-TERM DISABILITY (LTD) PLAN BENEFITS

LTD Plan benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan and if you remain Totally Disabled (as defined under the LTD Plan).

## LTD Benefit Amount

### Core LTD Benefit

Core LTD coverage pays a monthly benefit of 55% of your pre-disability FLEX Earnings after you have been Totally Disabled and have received benefits from the STD Plan for 26 consecutive weeks. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment whichever is greater.

Core LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 24.

### Optional LTD Benefit

Optional LTD coverage increases your coverage so that the LTD plan pays a monthly benefit of 66 2/3% of your pre-disability FLEX Earnings when you qualify for LTD Plan benefits. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment, whichever is greater.

Optional LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 24.

## Definition of "Disability" for LTD Plan Purposes

You are entitled to benefits from the LTD Plan only if you are considered "Totally Disabled". You are considered Totally Disabled initially when the Claims Administrator determines that you are unable to perform the essential functions of your job and this finding is supported by documentation from your Physician. This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and who must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. You must continue to be under the regular care of a Physician who certifies your Total Disability throughout the period when you claim to be Totally Disabled to receive a benefit from the LTD Plan. The Claims Administrator has the discretion to make the decision regarding whether you are Totally Disabled—not your Physician.

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required (either additional physical examinations and medical testing or file reviews of existing medical records), at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury.

After the first 18 months of covered Total Disability (from the first day of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training, or experience.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Claims Administrator. If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

# Reasonable Accommodations

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work. If a reasonable accommodation has been identified, but you choose not to accept the accommodation, your Disability benefit may be discontinued. If the Company is unable to accommodate limitations resulting from your Illness or Injury, your benefit will not be affected.  . Reasonable accommodations may include, but are not limited to:

- General accommodations — the removal of structural, communication, or other barriers, and

- Job-related accommodations, such as:

    o   Part-time or modified work schedules,

    o   Home-based work,

    o   Reassignment to vacant positions,

    o   Acquisition or modification of tools, equipment, and/or furniture, and

    o   Modifications to business travel schedules.

# When Benefits Begin and End

You are eligible for LTD Plan benefits after you have been Totally Disabled and have received STD Plan benefits for 26 consecutive weeks, provided you give written proof of the continuation of your Total Disability beyond 26 weeks within the required timeframe and that proof is satisfactory to the Claims Administrator. The Claims Administrator remains in frequent contact with you during STD.  Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request it from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 30 days your monthly LTD benefits and any retroactive payments could be delayed   If Claims Administrator approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

Benefits end when your period of Total Disability ends. This happens when the first of the following occurs:

- You are no longer Totally Disabled,

- You die,

- You are no longer under the care of a Physician,

- You fail to furnish the latest required proof of the continuance of your Total Disability to the Claims Administrator or refuse to be examined by a Physician designated by the plan,

- You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart under Maximum Benefit Period, or

- Your employment with the Company ends.

# Maximum Benefit Period

The maximum length of time LTD benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | Benefits will continue no longer than the following number of months after STD benefits began* : |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

*Note that this is a total period of disability benefits, including both the STD benefit (capped at 26 weeks) and LTD benefits.

# Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.

# If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, and

  You were Actively at Work less than three consecutive months since your first disability.

If your disability is considered a continuation of your initial disability, LTD benefits are immediately payable. If your disability is a new disability, LTD benefits are payable only after you complete a new 26-week waiting period during which you are paid benefits from the STD Plan.

If you return to Active Work from STD the same day you would have become eligible for LTD and become Totally Disabled within three consecutive months of your STD return to work date due to the same or related cause, you may be eligible to commence LTD benefits.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit), you will have no LTD coverage and no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day, in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

# Waiver of Premium

While you are receiving LTD benefits (either full or partial), you will not be required to pay premiums for any optional STD, optional LTD, or optional employee life insurance coverage you have selected.  You will be required to pay premiums for optional child and/or optional spouse life insurance coverage you have selected.

# Reduction of LTD Plan Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your LTD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not yet have received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),

- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:

    o Unemployment compensation benefits,

    o No-fault wage replacement benefits,

    o Statutory disability benefits,

    o Social Security benefits (if a family offset is applicable, the family offset will be applied against your LTD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and,

    o the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan.

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

- Any periodic payments will be allocated to monthly periods,

- Any single lump-sum payment, including any periodic payments that you or your Dependents have elected to receive in a single lump sum, will be allocated to 60 monthly periods. However, any single lump-sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan, or

- Any periodic or single lump-sum payments received as a retroactive award may be allocated retroactively.

It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different from the amount used to determine your LTD benefits, the following rules apply:

- If LTD benefits have been underpaid, this plan will be required to make a lump-sum payment to bring the total payments to the amount that should have been paid.

- **If LTD benefits have been overpaid, you will be required to make a lump-sum reimbursement payment to the plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your LTD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.**

# Applying for Social Security Benefits

If you anticipate that recovery from your Illness or Injury will be long term or will result in a permanent disability, you must apply for Social Security disability benefits in a timely and diligent manner.

**While your application for Social Security or other sources of disability income is pending, the plan may estimate your income from these sources and use that amount to determine your benefit under this plan. Before your Social Security benefits or other sources of disability income begin, you must sign a Reimbursement Agreement to reimburse the plan for the amount of the excess payment that you receive as an LTD benefit. If you sign this agreement, your Social Security benefit or other income will not be taken into consideration for your LTD benefits while your applications, and any subsequent appeals, are pending. However, you will have to pay the full amount of your Social Security disability benefits award or other income award (up to the amount of LTD Plan benefits that have been paid to you) to the Claims Administrator immediately on receipt of the award. The Claims Administrator will provide you with a Reimbursement Agreement during your transition from STD to LTD.   You must make a lump-sum reimbursement payment to the Plan equal to the amount of the offset for the Social Security benefit that was not taken while the Social Security (or other disability income) benefit award was pending.  Contact the Claims Administrator immediately upon your receipt of notification that your Social Security (or other) benefit has been awarded.  The Claims Administrator will calculate the amount of the overpayment that you must repay to the Plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your STD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.**

If your claim for Social Security disability benefits is denied, you must appeal at the Reconsideration level. If benefits are denied again, you must appeal at the Administrative Law Judge level.

If you do not give the plan written proof that your application for other disability benefits has been denied, the plan may estimate your weekly Social Security benefits and other income, and use that amount to determine your benefit under this plan.

# Social Security Disability Benefits and Medicare

Disabled Employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. To be protected as completely as possible, you need to accept Medicare coverage (Part A and Part B) when you become eligible. You may be contacted by a representative, acting on behalf of the Company, who will assist you in the Medicare enrollment process.

Coverage under Medicare Part A is free, while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefits you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

Once you are enrolled in Medicare, Medicare will pay medical Claims first and the Company's medical plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (such as prescription drugs).

# Mandatory Vocational Rehabilitation Program

For disabilities beginning on or after January 1, 1999, you will be required to take part in an "approved rehabilitation program" to help you get back to work if you are deemed able to be rehabilitated while you are receiving LTD benefits. (Refusal to participate in an approved rehabilitation program could result in termination of your LTD benefits.)

An approved rehabilitation program is:

- A program of vocational rehabilitation, or

- A period of part-time work with the Company for purposes of rehabilitation which is recommended by your Physician and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator, and the Plan Administrator approve such a program in writing and will end when your Physician, the Claims Administrator, and the Plan Administrator withdraw their approval.

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while in an approved rehabilitation program. During this period, your regular monthly LTD benefits will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your pre-disability FLEX Earnings.

Here is an example:

| Monthly LTD Benefits From the Plan | $1,600 |
|---|---|
| Rehabilitative Earnings | $300 |

| 50% Reduction | $150 |
|---|---|
| Net LTD Benefits From the Plan | $1,750 |

If the plan determines that it is within your ability to become self-supporting through a rehabilitation program, the plan may pay certain expenses of such a program, at the discretion of the Plan Administrator. The maximum payment is $10,000.

If this applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program.

# Cost-of-Living Adjustment

For disabilities beginning on or after July 1, 1994 but before January 1, 2000, prior plan provisions provide a cost-of-living adjustment (COLA) for LTD benefits. This adjustment applies to your core and optional LTD benefits each year after the first year of LTD. This adjustment increases your total LTD benefits by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase by 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one-year anniversary date that your LTD benefits began and is increased each year thereafter (when a CPI increase applies), beginning the same calendar month as your first COLA increase.

The LTD plan does not provide a COLA increase for LTD benefits for disabilities beginning on or after January 1, 2000.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by any of the following:

- Intentionally self-inflicted Injury, including a disability or Injury that results from the use of hallucinogenic or narcotic drugs, except when legally prescribed by a Physician and taken in accordance with the Physician's direction,

- Your participation in the commission of an assault or felony,

- War or any act of war (declared or undeclared), insurrection, or rebellion, or your participation in a riot or civil commotion,

- A Preexisting Condition (as described below),

- A disability or Injury that occurs while you are on a personal leave of absence, a military leave of absence, or while not Actively at Work, or

- A disability or Injury that occurs after a period of Total Disability has ended, but prior to your returning to Active Work.

# Preexisting Conditions Exclusion

If you are a newly hired Employee, you will not be covered for LTD benefits if a Total Disability occurs within 12 months after your LTD Plan coverage is initially effective, and if the disability is caused by or in any way related to a "Preexisting Condition" that existed within 90 days of your coverage Effective Date.

A "Preexisting Condition" is an Illness, Injury, or condition for which you:

- Received treatment or services from a Physician,

- Took drugs or medicines prescribed by a Physician,

- Incurred expenses, or

- Received a diagnosis.

A "Preexisting Condition" is also a disability or Injury that occurs:

- While on a personal leave of absence, a military leave of absence, or while not Actively at Work, or

- After a period of Total Disability has ended, but prior to your returning to Active Work.

The Preexisting Condition exclusion will not apply to Employees who become covered under the Nortel Networks FLEX program due to the acquisition of their employer by the Company and their employer's subsequent election to cover its Employees under the LTD plan as an Affiliate.

# OCCUPATIONAL DISABILITY BENEFITS

Disability benefits may be payable to you for an occupational disability. Occupational disabilities are those caused by:

- An Injury arising out of, or in the course of, any employment for wage or profit, or

- A disease covered with respect to such employment by any Workers' Compensation law, occupational disease law, or similar legislation.

This benefit is provided on the same terms as the benefit for a non-occupational disability. (See Reduction of LTD Benefits Due to Other Income on page 18.)  Disability benefits are provided as a supplement to your Worker's Compensation pay. Total disability benefits paid will not exceed the applicable LTD benefit amounts.

# OTHER IMPORTANT INFORMATION

## A Note about State Disability Laws

In certain locations, state-mandated disability plans supersede the Company's plans. As a result, applicable state disability law may alter the provisions described in this summary.

## Limits on Assignments

Benefits under the plans may be assigned only as a gift assignment. The Claims Administrator will not:

- Be responsible for determining the validity of a purported gift assignment, or

---

- Be held to know about an assignment unless it has received a copy of it.

For more information on limits of assignments or how to assign disability benefits as a gift, contact the Claims Administrator (as listed on page 30).

## Errors in Payments

If the Claims Administrator determines that you have received an overpayment of benefits due to an error, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under the LTD plan or any other Company welfare plan.

# SECTION TWO – ADMINISTRATIVE INFORMATION

This Administrative Information section provides further administrative details about this plan, such as identifying information about the Plan that is required under ERISA, how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

# Identifying Information

Plan Type under ERISA: Welfare Plan

Plan Number: 520

Funding Method: Self-funded with contributions held in trust

Contribution Source: the Companies that sponsor the Plan pay the full cost of the core LTD plan coverage and participating Employees contribute to the cost of the optional LTD plan coverages.

Companies that Sponsor the Plan: Nortel Networks Inc. (employer identification number 04-2486332) and certain other related companies sponsor this Plan for their eligible Employees. For a current list of sponsoring companies, please contact HR Shared Services at 1-800-676-4636.

The address for Nortel Networks Inc. is:
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

Agent for Service of Legal Process:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Legal Process may also be served upon the trustee of a trust that funds benefits under the Plan.

Trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the Plan):
Retirement Services Group

Bank of America
213 South LaSalle Street
Chicago, IL 60697
312-828-2345

# CONTACT INFORMATION FOR CLAIMS FILING AND APPEAL REVIEW

The list below provides addresses and phone numbers both for filing Claims and appealing denials of Claims for each of the listed benefits.  Call HR Shared Services at 1-800-676-4636 if you cannot locate the information you need in the list that follows.

The entities responsible for each type of Claim and Appeal of denied Claims under the Long-Term Disability Plan are noted in the list below:

**Initial Claims for LTD eligibility to participate/coverage level and initial Claims and all appeals for denied payment of LTD benefits Claims:**

The Prudential Insurance Company of America
PO Box 13480
Philadelphia, PA 19101
1-800-842-1718

**First level appeals of denied eligibility to participate/ coverage levels Claims:**

HR Shared Services
c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010
Direct: 919-905-9351
ESN: 355-9351
Toll Free 1-800-676-4636

**Second/final level appeals of denied eligibility to participate/ coverage levels Claims:**

Employee Benefits Committee
c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC  27709

# FILING CLAIMS AND APPEALS

This section outlines the procedures and applicable time limits for filing Claims and filing appeals of denied Claims and other benefit determinations under the Long-Term Disability Plan.   These procedures are intended to comply with the requirements of ERISA and will be interpreted in accordance with ERISA requirements.

In order to properly process your request, please refer to the "Contact Information for Claims Filing and Appeal Review" chart above for a complete list of all Claims Administrators, their respective addresses and phone numbers.

# Long-Term Disability Plan Benefit Claims and Appeals

## 1. Filing a Claim for payment of a benefit under the Long-Term Disability Plan:

Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 15 days your monthly LTD benefits and any retroactive payments could be delayed. If Claims Administrator approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

## 2. Decision Regarding A Long-Term Disability Plan Benefits by Prudential

Prudential will notify you of the Claim decision on your Long-Term Disability Plan claim within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your Claim, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which Prudential expects to decide on your Claim, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to decide the Claim, the period for making the benefit determination by Prudential will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from Prudential of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a.  the specific reason(s) for the denial,
b.  references to the specific plan provisions on which the benefit determination was based,
c.  a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,
d.  a description of Prudential's appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following your appeals, and
e.  if an adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination will be provided free of charge upon request.

## 3. Appealing a Long-Term Disability Plan Claim to Prudential

If your Claim for benefits under the Long-Term Disability Plan is denied or if you do not receive a response to your Claim within the appropriate time frame (in which case the Claim for benefits is deemed to have been denied), you or your representative may appeal your denied Claim in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date the Claim is denied. See the "Claims Administrators" chart above for contact information. You may submit with your appeal any written comments, documents, records and any other information relating to your Claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your Claim free of charge.

A full review of the information in the Claim file and any new information submitted to support the appeal will be conducted by the Prudential Appeals Review Unit. The Claim decision will be made by a member of the Prudential Claims Management Team. The Prudential Appeals Review Unit and Claims

Management Team members are made up of individuals not involved in the initial benefit determination. This review will not give any deference to the initial benefit determination.

The Prudential Appeals Review Unit will make a determination on your Claim appeal within 45 days of the receipt of your appeal request. This period may be extended by up to 90 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date that the Prudential Appeals Review Unit expects to render a decision will be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If the Claim on appeal is denied in whole or in part, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by the applicant and will include:

(a) the specific reason(s) for the adverse determination,
(b) references to the specific plan provisions on which the determination was based,
(c) a statement that you are entitled to receive upon request and free of charge reasonable access to, and make copies of, all records, documents and other information relevant to your benefit Claim upon request,
(d) a description of Prudential's review procedures and applicable time limits,
(e) a statement that you have the right to obtain upon request and free of charge, a copy of internal rules or guidelines relied upon in making this determination, and
(f) your right to a second appeal to Prudential, applicable time limits, and how to contact the Prudential Appeals Review Unit and
(g) your right to bring a civil suit under section 502(a) of ERISA following the conclusion of all of your appeals.

If a decision on appeal is not furnished to you within the time frames mentioned above, the Claim will be deemed denied on appeal.

If your initial appeal is denied or if you do not receive a response to the appeal within the appropriate time frame (in which case the appeal is deemed to have been denied), you or your representative may make a second appeal of the denial in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date such Claim is deemed denied. You may submit with the second appeal any written comments, documents, records and any other information relating to the Claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to the Claim free of charge.

Upon receipt of a second appeal, the Prudential Appeals Review Unit will again conduct a full review of the Claim file and any additional information submitted. The Claim decision will be made by a member of the Prudential Senior Claims Management Team. The Appeals Unit and Senior Claims Management Team member would not have been involved in the initial benefit determination or in the first appeal.

The Prudential Appeals Review Unit will make a determination on the second Claim appeal within 45 days of the receipt of the appeal request. This period may be extended by up to 90 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date by which the Appeals Review Unit expects to render a decision will be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the date on which you responds to the request for additional information.

If the Claim on appeal is denied in whole or in part for a second time, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by you and shall include the same information that was included in the first adverse determination letter. If a

decision on appeal is not furnished to you within the time frames mentioned above, the Claim will be deemed denied upon appeal.

## 4. Appealing a Long-Term Disability Plan Participation/Coverage Levels Claim to HR Shared Services and Employee Benefits Committee

**First Level Appeals for Denied Participation/Coverage Levels Claims to HR Shared Services**

Appeals regarding eligibility to participate in the LTD Plan and elections regarding coverage levels under those Plans (such as whether you had a Status Change that would entitle you to change your coverage level or whether you elected Optional Long-Term Disability Plan coverage) must be made in writing to HR Shared Services.  See the list above for contact information.  Your appeal should include an explanation of the eligibility to participate or coverage level issue, the facts surrounding the request, and any documentation that will support the request for the approval of eligibility or coverage level including a copy of the applicable enrollment confirmation form, proof of status change date, or documentation supporting the request for eligibility outside the enrollment periods for Annual Enrollment, New Hire enrollment, or Status Change deadlines.  HR Shared Services will review the information and review enrollment files, call center tickets, and refer to the plan document for the particular eligibility or coverage change being requested.

HR Shared Services will notify you of the appeal decision on your participation or coverage level issue under the Long-Term Disability Plan (as applicable) within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your appeal, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which HR Shared Services expects to decide on your appeal, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to render a decision, the period for making the benefit determination by HR Shared Services will be stopped from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from HR Shared Services of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a.   the specific reason(s) for the denial,
b.   references to the specific plan provisions on which the benefit determination was based,
c.   a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,
d.   a description of your right to file a second/final appeal with the Employee Benefits Committee (as explained below), the appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following the conclusion of your appeals.

**Second/Final Level Appeal for Denied Participation/Coverage Levels Claims to the Employee Benefits Committee (EBC)**

If a Long-Term Disability Plan eligibility to participate or a coverage level appeal is denied by HR Shared Services, the Employee Benefits Committee reviews any additional appeal request that you file, i.e. they make the decision concerning your final appeal.

If your eligibility to participate/coverage level appeal is denied or if you do not receive a response to such appeal within the appropriate time frame (in which case the appeal is deemed to have been denied), you or your representative may appeal in writing to the Employee Benefits Committee (EBC). See the list above for contact information.   Your final appeal must be submitted within 180 days of your receipt of the written notice of denial or 180 days from the date such an appeal is denied. You may submit with your appeal any

written comments, documents, records and any other information relating to your appeal. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your appeal free of charge.

You have the right to:

1. Submit written comments, documents, records and other information relating to the participation/coverage level appeal.
2. Request free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your participation/coverage level appeal. For this purpose, a document, record or other information is treated as "relevant" to your participation/coverage level appeal if it:
    o   Was relied upon in making the benefit determination
    o   Was submitted, considered or generated in the course of making the benefit determination, regardless of whether such document, record or other information was relied upon in making the benefit determination
    o   Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination.
3. A review that takes into account all comments, documents, records and other information submitted by you relating to the appeal, regardless of whether such information was submitted or considered in the prior appeal determination.
4. A review that does not defer to the prior adverse appeal determination and that is conducted by the Plan Administrator of the plan who is neither the individual who made the adverse determination nor that person's subordinate.
5. If the appeal involved an adverse benefit determination based in whole, or in part, on a medical judgment, you have the right to require the Plan Administrator to consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment and who was neither consulted in connection with the prior adverse benefit determination nor the subordinate of any such individual.
6. The identification of medical or vocational experts whose advice was obtained in connection with the adverse benefit determination.

The EBC will make a decision on your appeal of a denial of your participation/coverage level appeal under the plan no later 45 days of the receipt of your appeal request. This period may be extended by up to 90 days if the EBC determines that special circumstances require an extension of time. If such an extension of time for review is required because of special circumstances, the EBC will provide you with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension

In the event an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination on review stops on the date the EBC sends you the extension notification until the date you respond to the request for additional information. The EBC will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

The EBC's notice of an adverse benefit determination on your final appeal will contain all of the following information:

1. The specific reason(s) for the adverse appeal determination.
2. Reference to the specific plan provisions on which the appeal determination is based.
3. A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your appeal.
4. Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse appeal determination or notice that a copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse determination will be provided free of charge to you upon request.
5. A statement of your right to bring an action under ERISA.

## Final Note on Long-Term Disability Plan Claim Appeals

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in state or Federal court, *but only after you have exhausted the plan's claims and appeals procedure as described above*

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's Employee benefit plan, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

## Receive Information about Your Plan and Benefits

- Examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents governing the plan, including insurance contracts (if any), and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Adminstration (EBSA).
- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts (if any), and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may request a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a summary of this annual report.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your Employee benefit plan.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your Claim for a welfare benefit is denied in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you

may file suit in Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a Claim for benefits that is denied or ignored, in whole or in part, you may file suit in Federal or state court.

If it should happen that a plan fiduciary misuses the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in Federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if the court finds your Claim is frivolous.

## Assistance with Your Questions

If you have questions about your plan, you should contact the Plan Administrator.  If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator you should contact the nearest office of the Employee Benefits Security Administration (EBSA), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration (EBSA), U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration (EBSA).

# FUTURE OF THE PLAN

Although the benefits currently available (in the 2010 Plan Year) are described in this summary for the Company's Long-Term Disability Plan, the Company reserves the right to change or end the plans described in this summary at any time. Any plan changes will result from actions taken and approved by the Company. The Company may adopt such changes or terminate the plan at any time and for any reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law. However, this does not constitute an implied or expressed contract or guarantee of employment.

# SECTION THREE – GLOSSARY

If a different definition of any of the following words is provided in the section describing a particular benefit plan, that definition applies instead of the definition listed below.

*Sometimes, to describe a benefit plan accurately, some technical terms must be used. Here, to help you understand them, are brief definitions in alphabetical order.*

**Accident/Accidental**
An unexpected event resulting in bodily Injury by an external trauma.

**Active Work, Actively at Work**
You will be considered Actively at Work on any of the Company's scheduled work
days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at a Company defined place of business or at some location to which you are required to travel for Company business.

**Affiliates**
Subsidiaries of, or other companies related to, Nortel Networks Inc. (NNI), that have been authorized by the Board of Directors of NNI to provide coverage for their employees under the Company's Long-Term Disability Plan and have adopted those programs.

**Annual Enrollment Period**
The period during which you may enroll yourself and/or your eligible Dependents in benefits for the coming year. The FLEX Annual Enrollment Period is held each fall. Benefits selected during the Annual Enrollment Period are generally effective the following January 1.

**Before-Tax Contribution**
A contribution for benefits coverage that is deducted from your pay before federal income, FICA (Social Security), and most state and local income taxes are deducted, reducing your taxable income and saving you money in taxes.

**Behavioral Illness**
A mental, psychoneurotic or personality disorder, or chemical dependency (alcohol and substance abuse).

**Calendar Year**
January 1 through December 31. This period is also known as the Plan Year.

**Children**
Dependents who are:
- your natural Children,
- Children legally adopted by you or placed with you for adoption,
- your stepchildren,
- your legal foster Children,
- your responsibility as a legal guardian,
- Children of your Domestic Partner, or
- Children for whom you are required to provide health coverage, as specified by a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order of judgment from a court that directs a plan administrator to cover a child for benefits under a health care plan.

To be eligible for coverage, stepchildren, legally authorized foster Children, Children for whom you are the legal guardian and Children of your Domestic Partner must depend on you for support and maintenance and live with you at least six months of the Calendar Year in a regular parent-child relationship.

**Claim**
A request by a covered person for a benefit under a specific plan.

**Claims Administrator**
The company or third party administrators responsible for processing and paying benefit Claims and other various administrative services.

Company -- Nortel Networks Inc.

**Core FLEX Benefits**
Benefits fully paid by the Company. You are automatically enrolled in the following core coverage and have no choices to make in order to have coverage in these benefits:

- Short-Term Disability coverage at 100% of your pre-disability base salary (called FLEX Earnings - see this glossary for more on what is and isn't included in this amount) for six weeks, then 66 /3% of your pre-disability FLEX Earnings for up to 20 additional weeks,
- Long-Term Disability coverage at 55% of your pre-disability FLEX Earnings after you have been disabled for 26 consecutive weeks,
- Employee Life Insurance equal to one times your FLEX Earnings,
- Employee Assistance Program provides free confidential counseling for up through the first 8 visits.

You can supplement your Core FLEX Benefits by purchasing Optional FLEX Benefits with FLEX Credits provided by the Company and with Before-Tax and After-Tax Contributions.

**Dependent**
For the purpose of Status Changes, Dependents include:

- your spouse, including your common-law spouse as recognized by applicable state law,
- your qualified Domestic Partner, (see definition of Domestic Partner),
- your unmarried Children and your Domestic Partner's unmarried Children under the age of 19, (see definition of Children),
- your unmarried Children and your Domestic Partner's unmarried Children between the ages 19 and 25 who are full-time students at an accredited school and are primarily supported by you, and
- your unmarried Children and your Domestic Partner's unmarried Children of any age who have a mental or physical disability that began before age 19 (or age 25 if they are a full-time student) and who are Wholly Dependent on you for support and maintenance and became dependent before age 19 (or age 25 if a full-time student).

For the purpose of a reduction in STD or LTD benefits due to other income (i.e., application of the family offset), a Dependent includes:

- any Dependent receiving Social Security Disability Benefits due to your disability regardless of whether or not that Dependent is living with you and is or is not considered a Dependent for tax purposes.

**Doctor**
A licensed practitioner of the healing arts acting within the scope of the license.

**Effective Date**
The date coverage goes into effect under the plan.

**Employee**
A person employed by the Company or any of its Affiliates on a permanent basis; the term also applies to that person for any rights after coverage ends. The term specifically excludes independent contractors and all other workers providing services to the Company or an Affiliate who are not recorded as employees on the payroll records of the Company or an Affiliate, including any such individual who is subsequently reclassified by a court of law or a regulatory body as a common law employee of an Employer.

**Enrollment Period**
See "Annual Enrollment." The FLEX Benefits may be selected during a 31-day enrollment period when you first become eligible for benefits as a new employee or after you experience a Status Change.

**FLEX Benefits**
One of the Company's benefit programs, which offers you the flexibility to choose from different types and levels of benefits. Through FLEX Benefits you can design the benefits program that is best for you and your family.

**FLEX Earnings**
Generally, your base salary. FLEX Earnings do not include other types of pay, including but not limited to, overtime, shift differentials, relocation payments or bonuses. However, if you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses). Part-time employees' premium calculations under the FLEX Disability, Life and AD&D plans are based on a 25-hour work week if the employee regularly works 20-34.5 hours per week, and on a 40-hour work week if the employee regularly works more than 35 hours per week. Claim calculations on these benefits are based on the number of hours worked that a part-time employee has averaged over the 12 weeks immediately preceding the event which caused a claim for benefits to be filed. If you are a part-time employee and work 20 hours or more per week, the number of hours you are regularly scheduled to work each week will be the number of hours you will receive each week for your disability benefit.

**Gross Disability Payment**
Core Long Term Disability:  55% of pre-disability FLEX Earnings before any deductions are taken
Optional Long Term Disability:  66 2/3% of pre-disability FLEX Earnings before any deductions are taken

**Hire Date**
The date your employment with the Company begins.

**HR Shared Services**
The service center for the Company's benefit plans. By contacting HR Shared Services, you can ask questions about any of the plans, request needed forms or change your employee information, such as your home address.

**Illness**
Any disorder of the body or mind of a covered person, but not an Injury or pregnancy, including abortion, miscarriage or childbirth.

**Injury**
A condition that results in damage to the covered person's body, independently of Illness.

**Medicaid**
Title XIX (Grants to States for Medical Assistance Programs) of the Federal Social Security Act, as amended from time to time.

**Medical Plan**
A plan that provides medical benefits for you and your enrolled Dependents.

**Medicare**
Title XVIII (Health Coverage for the Aged and Disabled) of the Federal Social Security Act, as amended from time to time.

**Optional FLEX Benefits**

Optional FLEX Benefits supplement Company paid Core FLEX Benefits. You can make Before-Tax Contributions to the following options:

- Medical coverage for yourself or yourself and your enrolled Dependents (you have sufficient FLEX Credits to buy medical coverage for yourself only under the Preferred Provider Organization, or Out-of-Area Comprehensive option if you don't live within a Network Area, but you may waive medical coverage if you choose),
- Dental, Vision and Hearing Care coverage for yourself or yourself and your eligible dependents,
- Optional Short-Term Disability coverage that increases your Core benefit to 90% of your pre-disability FLEX Earnings for up to 20 weeks after the first six weeks of disability,
- Optional Long-Term Disability coverage that increases your Core benefit to 66 2/3% of your pre-disability FLEX Earnings when you have been disabled for 26 consecutive weeks, and/or
- Health Care and/or Dependent Day Care Reimbursement Accounts

You can make After-Tax Contributions to the following options:

- Additional life insurance for yourself,
- Dependent life insurance for your spouse and/or Children, and
- Optional AD&D insurance for your spouse and/or Children.

**Payroll Deduction**
Contributions taken from your pay either before or after federal income, FICA (Social Security) and most state and local income taxes are deducted.

**Physician**
See "Doctor."

**Plan Administrator**
Nortel Networks Inc. (NNI) acting by and through its Board of Directors.

**Plan Year**
January 1 to December 31. The Plan Year may change from time to time as determined by the Plan Administrator prior to the first day of the Plan Year.

**Preexisting Condition**
Any condition for which you:

- receive treatment or services,
- incur expense,
- receive diagnosis, or
- take prescribed medication

before coverage begins.

**Sickness** See "Illness."

**Status Change**
You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following Status Changes. Other than the Annual Enrollment Period, the occurrence of a Status Change is the only time you can change your FLEX choices. The list of Status Changes includes but is not limited to:

- Marriage,
- Domestic Partner relationship becoming qualified for eligibility and verified by HR Shared Services
- Divorce, annulment or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,
- Disability of a spouse, enrolled Domestic Partner or Dependent child,
- Death of a spouse, enrolled Domestic Partner or Dependent child,
- Change in employment status affecting benefit eligibility for you, your spouse or enrolled Domestic Partner or Dependent Child (such as from or to part- time or full-time or a paid leave of absence),

- Change in your spouse's, enrolled Domestic Partner's or Dependent Child's employment status affecting benefits eligibility (such as from or to part- time or full-time or a paid leave of absence),
- Beginning or end of your spouse's or enrolled Domestic Partner's employment,
- You, your spouse or enrolled Domestic Partner take an unpaid leave of absence,
- Relocations affecting a Medical Plan network availability,
- Covered child's loss of Dependent status (e.g., no longer a full-time student)
- Dependent child becomes eligible (e.g., becomes a full-time student),
- Termination of your relationship with an enrolled Domestic Partner,
- Loss of spouse's or Domestic Partner's medical or dental, vision and hearing care coverage,
- You, your spouse or enrolled Domestic Partner become eligible for Medicare or Medicaid,
- Shift change,
- Loss of other group health plan coverage (for the employee who declined coverage due to having other coverage but not due to failure to pay premiums on a timely basis, voluntary disenrollment or termination for cause),
- Loss of the employer contribution toward other group health plan coverage (for the employee who declined coverage due to having other coverage),
- Loss of other group health plan coverage when the other coverage was COBRA and the maximum COBRA coverage period ends,
- Benefits plan year of a spouse's or domestic partner's plan differs from Nortel Networks' plan year,
- For Dependent Day Care Reimbursement Account participants - dependent child turns 13, or
- For Dependent Day Care Reimbursement Account participants - certain cost changes that occur related to dependent child's day care provider. The costs should increase or decrease a minimum of 5% to warrant a change to your Reimbursement Account.

The benefit selections you may make must be consistent with the Status Change. For example, if you have a baby, you may add coverage for the child under your Medical, Dental, Vision and Hearing Care plans, select Optional Dependent Life Insurance for your child, increase your Optional Employee Life Insurance and/or change your contribution to your Health Care and/or Dependent Day Care Reimbursement Accounts.

You must contact HR Shared Services and make your selection within 31 days of the Status Change. HR Shared Services will initiate the Status Change in the FLEX Benefits system that will allow you to go online to make your benefits changes. If you prefer you may request to make your selections by fax or mail. Contact HR Shared Services and they will send you a Personalized Enrollment Worksheet and an affidavit which must be completed and returned within 31 days of the Status Change. Employees must be able to provide supporting documentation (such as a marriage or birth certificate or divorce decree) at such time as may be requested by HR Shared Services for audit purposes.

If you submit your changes (either online or by notarized affidavit) more than 31 days after your event occurred:
- the plan does not permit you to change any FLEX Benefit options (e.g., medical, life or disability coverage) until the next Annual Enrollment period
- you may change your medical and dental, vision and hearing care dependent coverage level (e.g., employee and spouse, employee and child) by requesting the addition or deletion of Dependent coverage under your current medical or dental, vision and hearing care option and
- your dependent coverage level change will be effective the date all documents are received (i.e., via fax or mail) or via online affidavit in HR Shared Services.

Note: most HMOs do not allow Dependent additions after 31 days of the event.

**Termination Date**
The last day you work for the Company.

**Total Disability, Totally Disabled**

For the Long-Term Disability plan, during the first 12 months, the inability to perform the work you normally perform. After the first 12-month period, you will be considered Totally Disabled if you are unable to perform any job you are or could become qualified to do with your education, training or experience.

**Wholly Dependent**
Complete dependency for the full care, support and maintenance of a physically or mentally disabled individual, including services necessary to maintain life, such as Room and Board, health and comfort of the Dependent.

**Workers' Compensation Benefits**
Benefits covered under Workers' Compensation law.

**<u>EXHIBIT 3</u>**

# GROUP
# BENEFITS
# PLAN





northern
telecom

1-1-89

Revised
Plan

# Your Benefit Plan

The Plan Supplement issued to you as a part of this Booklet summarizes the coverage and the amount of the benefits available to you under this Group Benefits Plan ("Plan").

You will become eligible to receive benefits only if you meet the benefit eligibility requirements, enroll for each coverage as required and agree to make any required contributions.

Source of Benefits — The Employee Term Life and Accidental Death and Dismemberment Insurance, Dependents Term Life Insurance and Dependent Spouse Term Life Coverage are provided under a group insurance policy underwritten by The Prudential Insurance Company of America. The Weekly Disability Benefits (applicable to Hourly Employees), Long Term Disability and Medical and Dental Benefits are provided directly by Northern Telecom Inc. through a self-funded program under which The Prudential Insurance Company of America provides certain administrative and claim services. The Weekly Disability Benefits (applicable to Salaried Employees) are provided directly by Northern Telecom Inc.

NORTHERN TELECOM INC.

# Table of Contents

### PART I

Term Life and Accidental Death and Dismemberment Insurance.
Underwritten by The Prudential Insurance Company of America.

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Your Term Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Your Accidental Death and Dismemberment Insurance . . . . . . . . . . . . 5
Term Life Insurance For Your Dependents . . . . . . . . . . . . . . . 6
Term Life Coverage For Your Dependent Spouse . . . . . . . . . . . . 7
Termination of Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

### PART II

Weekly Disability, Long Term Disability and Medical and Dental
Expense Benefits, Provided by Northern Telecom Inc.

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Weekly Disability Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Long Term Disability Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Medical Expense Benefits Foreword . . . . . . . . . . . . . . . . . . . . . . . 17
The Prudential Patient Advisory Support Services
Program (PruPASS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
Second Surgical Opinion Program . . . . . . . . . . . . . . . . . . . . . . . . . 24
Hospital Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Provisions Applying to the Treatment of Alcoholism/Drug Dependency . 27
Convalescent Facility Expense Benefits . . . . . . . . . . . . . . . . . . . . . 28
Surgical Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Physicians Expense Benefits (In Hospital) . . . . . . . . . . . . . . . . . . . 32
Diagnostic Laboratory and X-Ray Expense Benefits . . . . . . . . . . . . . 33
Supplemental Accident Expense Benefits . . . . . . . . . . . . . . . . . . . . 34
Hospice Care Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . 35
Home Health Care Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . 37
Preventive Services Expense Benefits . . . . . . . . . . . . . . . . . . . . . . 38
Major Medical Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . 39
Dental Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
Miscellaneous Medical Expense Provisions . . . . . . . . . . . . . . . . . . . 46
Termination of Coverage Provisions . . . . . . . . . . . . . . . . . . . . . . . 54
Extension of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
Conversion Privilege for Medical Expense Benefits . . . . . . . . . . . . . 66
General Provisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67

### PART III

Insurance Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
Summary Plan Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95

# Part I
# Employee Term Life and Accidental Death and Dismemberment Insurance, Dependents Term Life Insurance and Dependent Spouse Term Life Coverage

Underwritten by The Prudential Insurance
Company of America

# Eligibility Provisions

## Eligibility

If you are a regular full-time employee and meet the eligibility requirements set forth in the Plan Supplement, you will become covered for Employee Term Life Insurance (Non-Contributory and Contributory), Employee Accidental Death and Dismemberment Insurance (Non-Contributory and Contributory), Dependents Term Life Insurance (Non-Contributory) and Dependent Spouse Term Life Coverage (Contributory) under this Plan on the first day on or after the Effective Date shown in the Plan Supplement on which you are eligible if you have enrolled for the Coverage. You may not enroll for Dependents Term Life Insurance coverage unless you have Dependent Medical Expense and Dental Expense Benefits coverage under Part II of this Plan.

If you do not enroll for the Contributory Employee Life and Employee Accidental Death and Dismemberment Insurance and Contributory Dependent Spouse Term Life Coverage within 31 days after you first become eligible for that coverage, you will be required to furnish evidence of good health and, in addition, coverage will not become effective until Prudential has determined that evidence to be satisfactory.

If you are both disabled and away from work on the date you would otherwise become covered, your coverage will not start until you return to active work.

## Eligible Dependents

(For Dependents Term Life Insurance and Dependent Spouse Term Life Coverage) Eligible dependents include your wife or husband (except in the event of divorce or annulment), and your unmarried children (including lawfully adopted children) who are 14 or more days of age but less than 19 years of age. However, no dependent child will be eligible while that dependent is employed and is covered under his employer's group benefits plan.

In addition to a natural or lawfully adopted child, any stepchild, foster child or child for whom you are a legal guardian is an eligible dependent included under Dependents Term Life Insurance coverage, provided the child depends on you for support and maintenance and lives with you in a regular parent-child relationship.

Your unmarried children age 19 or more but less than age 25 who are full-time students in an accredited educational institution and who depend wholly upon you for support and maintenance will also be considered eligible dependents for Dependents Term Life Insurance coverage.

No child will be eligible for benefits both as an employee and as a dependent. No one will be eligible while in active military service. A dependent will not be covered unless you are covered.

An eligible dependent is covered at the same time your coverage commences. However, if a dependent is confined for medical care or treatment in any institution or at home when coverage would normally start, the dependent will not be covered by the NTI Group Benefits Plan until the illness or injury which caused the confinement has been remedied and such dependent is released by his or her physician from such confinement.

(For Contributory Dependent Spouse Term Life Coverage)
An eligible spouse is your wife or husband (except in the event of divorce or annulment). However a spouse will not be eligible while in active military service and, if eligible to receive Medicare benefits, will be entitled to Modified Health Care Coverage for Persons Eligible for U.S. Medicare as described in the Plan Summary.

Your eligible dependent spouse is covered at the same time your coverage commences. However, if a dependent spouse is confined for medical care or treatment in any institution or at home when coverage would normally start, the dependent spouse will not be covered by the NTI Group Benefits Plan until the illness or injury which caused the confinement has been remedied and such dependent is released by his or her physician.

# Your Term Life Insurance

See the Plan Supplement for the amount of insurance available to you.

Your Term Life Insurance will be paid to any beneficiary you name if you die from any cause. You may change your beneficiary whenever you wish, on a form provided by your Employer.

## Insurance During Total Disability

If you become totally disabled, contact your Employer as soon as possible to determine what arrangements can be made to continue your insurance. To have your Employer pay the cost of this insurance, you must furnish proof of total disability between nine and 12 months after total disability commenced, and as required thereafter. Should you die during the first 12 months of total disability, your insurance will be paid even if you had not furnished proof of the disability or premiums had not been continued.

## Change To An Individual Policy

During the 31 days following termination of your employment, you may change your Group Term Life Insurance, without having to furnish evidence of good health, to one of a number of Prudential individual life policies. If elected, such individual life policy will be effective at the end of the 31-day period, and the premiums will be the same as you would ordinarily pay if you applied for an individual policy at that time. If you die during this 31-day period, your Group Term Life Insurance will be paid whether or not you have applied for an individual policy.

The amount of any reduction in your Term Life Insurance due to your retirement may be changed to an individual policy under the same conditions described above.

## Certificate

Refer to the Certificate at the end of this booklet for additional information on your Group Term Life Insurance coverage.

# Your Accidental Death and Dismemberment Insurance

See the Plan Supplement for the amount of insurance available to you.

Your Accidental Death and Dismemberment Insurance will be paid for any of the following losses as the result of an accident occurring on or off the job while you are insured. It is payable regardless of other insurance.

Loss of Life . . . . . . . . . . . . . . . . . . . . . . . Full Amount of Insurance
(Paid to your beneficiary)

Loss of:
Both hands, . . . . . . . . . . . . . . . . . . . .
Both feet, . . . . . . . . . . . . . . . . . . . . .
Sight of both eyes, . . . . . . . . . . . . . . .     Full Amount
One hand and one foot, . . . . . . . . . . . .     of Insurance
One hand and sight of one eye, or . . . .     (Paid to you)
One foot and sight of one eye . . . . . .

Loss of:
One hand, . . . . . . . . .     One-half the Amount
One foot, or . . . . . . . .     of Insurance
Sight of one eye . . . . . .     (Paid to you)

Loss of sight means total and irrecoverable loss of sight. Loss of a hand or foot means loss by severance at or above the wrist or ankle.

### Exclusions

The Accidental Death and Dismemberment Insurance does not cover loss that occurs more than 90 days after the accident, nor any loss resulting from war (including undeclared war and armed aggression), suicide, attempted suicide, bodily or mental infirmity or disease, an infection other than a pyogenic infection of an accidental cut or wound, or participation in the commission of an assult or felony.

The total payment for all losses due to any one accident will not be more than the full amount of insurance.

### Certificate

Refer to the Certificate at the end of this booklet for additional information on your Accidental Death and Dismemberment Insurance coverage.

4

5

# Term Life Insurance
# For Your Dependents

See the Plan Supplement for the amount of insurance available to you. Dependents Term Life Insurance coverage applies only if you have Dependent Medical Expense and Dental Expense Benefits coverage under Part II of this Plan.

Your Dependents Term Life Insurance will be paid to you if one of your covered dependents dies from any cause.

**Change To An Individual Policy**

During the 31 days following termination of your employment, arrangements may be made to change each of your dependent's Dependents Term Life Insurance to one of a number of Prudential individual life insurance policies without the need to furnish evidence of good health. If elected, such individual life policy(ies) will be effective at the end of the 31-day period, and the premium will be the same as would ordinarily be paid if an individual policy were applied for at that time. If a dependent dies during this 31-day period, your Dependents Term Life Insurance will be paid whether or not an individual policy was applied for.

This privilege also is available for a covered dependent if you should die or if the dependent ceases to be eligible for the Term Life Insurance.

**Certificate**

Refer to the Certificate at the end of this booklet for additional information on your Dependents Term Life Insurance coverage.

# Term Life Coverage
# For Your Dependent Spouse

See the Plan Supplement for the amount of insurance available to you.

The amount of Spouse Term Life Coverage for which you have enrolled will be paid to you if your covered spouse dies. However, if you predecease your spouse, the death benefit is payable to the estate of your spouse or, at Prudential's option, to any one or more of the following surviving relatives of your spouse: mother, father, children, brothers or sisters.

**Change To An Individual Policy**

During the 31 days following termination of your employment, you may convert your Spouse Term Life Coverage to one of a number of Prudential individual life insurance policies without the need to furnish evidence of good health. If elected, such individual life policy will be effective at the end of the 31-day period, and the premium will be the same as would ordinarily be paid if an individual policy were applied for at that time. If your spouse dies during this 31-day period, the Spouse Term Life Coverage will be paid whether or not an individual policy was applied for.

This privilege also is available for your covered spouse if you should die or if your spouse ceases to be eligible for the Term Life Coverage.

**Certificate**

Refer to the Certificate at the end of this booklet for additional information on your Dependent Spouse Term Life Coverage.

# Termination of Insurance Provisions

**Termination of Insurance**

The insurance coverages described in this Part I of the Plan will terminate if you cease to be a member of an Eligible Class, or the Group Insurance is discontinued by your Employer. In addition, any contributory insurance coverage will also terminate if you discontinue your contributions.

Ceasing active employment will be considered to be immediate termination of employment, except that if you are absent from active work because of sickness, injury, temporary lay-off, or leave of absence, employment may be deemed to continue for the purposes of some of the coverages up to the limits specified in the Plan.

If you cease active work for any reason, you should find out immediately from your Employer what coverages, if any, can be continued in force so that you will be able to exercise any conversion rights you may have under the Plan.

**Dependents Coverage Only**

In addition to the termination events described above, Dependent's Term Life Insurance coverage for dependents will also terminate when the dependent ceases to be an eligible dependent or when you cease to have Dependent Medical Expense and Dental Expense Benefits coverage under Part II of this Plan.

**POLICY AND CERTIFICATES**

The benefits are described more fully in the certificate at the end of this booklet. The extent of the insurance for each individual is governed at all times by the complete terms of the Group Insurance policy or policies issued by Prudential.

8

# Part II
# Weekly Disability, Long Term Disability, Medical Expense and Dental Expense Benefits

These Part II benefits are provided by Northern Telecom Inc. under a self-funded program. Under this program, The Prudential Insurance Company of America provides certain administrative claim services.

9

# Eligibility Provisions

## Eligibility

If you are a regular full-time employee in an Eligible Class shown in the Plan Supplement, you will become covered for Weekly Disability, Long Term Disability, Medical Expense and Dental Expense Benefits, Contributory Dependents Medical Expense and Dental Expense Benefits under this Plan on the first day on or after the Effective Date shown in the Plan Supplement on which you are eligible and have enrolled for the coverage.

If you are both disabled and away from work on the date you would otherwise become covered, your coverage and that of any eligible dependents will not start until you return to active work.

## Eligible Dependents

(For Contributory Dependents Medical Expense and Dental Expense Benefits) If you are a regular full-time employee, your eligible dependents include your wife or husband (except in the event of divorce or annulment) and each unmarried child who is under 19 years of age. If both you and your spouse are Employees of Northern Telecom, you must each elect coverage under this Plan as an Employee before you can be eligible for coverage as a Dependent under this Plan.

"Child" includes your natural child, lawfully adopted child, any stepchild, foster child, or child for whom you are a legal guardian will be covered under Dependents Medical Expense and Dental Expense Benefits provided the child depends on you for support and maintenance and lives with you in a regular parent-child relationship.

Any of your unmarried children age 19 or more but less than age 25 who are full-time students in an accredited educational institution and depend wholly upon you for support and maintenance will also be considered your eligible dependents for Dependents Medical Expense and Dental Expense Benefits.

No child will be eligible for benefits both as an employee and as a dependent, or while in active military service. A dependent will not be covered unless you are covered.

If you have met the requirements for covering your dependents shown in the Eligible Provisions of the Plan Supplement, an eligible dependent will become covered at the same time as your coverage commences. However, if a dependent is confined for medical care or treatment in any institution or at home when coverage would normally start, the dependent will not be covered until the illness or injury which caused the confinement has been remedied and such dependent is released by his or her physician.

# Your Weekly Disability Benefits

The Plan will pay you a Weekly Disability Benefit for a period of time specified in the Plan Supplement if you become totally disabled by an accidental bodily injury or disease while covered under the Plan.

## Non-Occupational Disability Benefit

The Plan Supplement shows the amount of your Weekly Disability Benefit and the beginning date for benefits during a period of total disability.

You are considered totally disabled when you cannot work because of sickness or accidental injury, and are under the regular care of a physician. No benefits will be payable for any day on which you are doing any work, anywhere, for pay or profit other than Part-time work for Northern Telecom which has been approved by Northern Telecom and your Physician.

While you are totally disabled, benefits will continue for up to the Maximum Period of Payments shown in the Plan Supplement for any one period of total disability.

Successive periods of total disability separated by less than two consecutive weeks of full-time active work will be considered one period of disability, unless the subsequent period of disability results from causes unrelated to the causes of the earlier period and you have returned to one day of full-time active work between the periods.

This Non-Occupational Disability benefit is only paid for disabilities which are not Occupational Disabilities. Occupational Disabilities are those caused by (a) an injury arising out of or in the course of, any employment for wage or profit or (b) a disease covered with respect to such employment, by any workers' compensation law, occupational disease law or similar legislation.

## Occupational Disability Benefit

The Plan will also pay you a Weekly Disability Benefit for a total disability which is an Occupational Disability as defined above. This benefit is provided on the same terms as the benefit for non-occupational disability. The amount of Weekly Disability Benefit payable, however, is equal to the excess of the Non-Occupational Weekly Disability Benefit over the benefits payable under any workers' compensation law, occupational disease law or similar legislation.

# Your Long Term Disability Benefits

This Plan will pay you Monthly Income Benefits for a period of total disability caused by an accidental bodily injury or disease while covered under this Plan. There is a waiting period which must elapse before benefits become payable. This is described in the Plan Supplement.

## Total Disability

You are considered totally disabled at any time that you are unable to work because of a disease or injury.

During the first 24 months of a period of total disability after your completion of the six month waiting period for benefits under this coverage, you will be considered unable to work if you cannot perform the work you normally perform.

After the first 24 months of a period of total disability after your completion of the six month waiting period for benefits under this coverage, you will be considered unable to work only if you are unable to work at any reasonable occupation. A reasonable occupation is any gainful activity for which you are fitted by your education, training or experience, or for which you could reasonably become fitted.

The rules for determining a "period of total disability" are set forth on the following page.

## Monthly Income Benefit

This benefit for each month is equal to 70% of your "Monthly Rate of Basic Earnings" before you become totally disabled but in no event more than the Maximum Monthly Benefit shown in the Plan Supplement. This benefit is reduced by any "other income benefits" you receive for that month or which you would be entitled to receive if timely claim for them had been made by you, but in no event shall this benefit be less than the Minimum Monthly Benefit shown in the Plan Supplement.

## When Benefits Begin

Your Monthly Income Benefits will start as soon as you complete the waiting period shown in the Plan Supplement, provided that written proof of your total disability is furnished to Prudential within six months following completion of the waiting period. Otherwise Monthly Income Benefits will commence on the day six months following the date written proof of your total disability is so furnished.

## How Long Benefits are Paid

You will continue to receive Monthly Income Benefits while you remain totally disabled (as described herein), up to the end of the Maximum Benefit Period shown in the Plan Supplement.

For information about continued eligibility for Group Medical Benefits under the Plan refer to page 54 — "Termination of Coverage Provisions".

## Period of Total Disability

Since benefits are payable only during a period of total disability, it is important that you understand when this period begins and ends.

Each period of total disability will start as soon as you are both totally disabled and under the care of a physician. You will not be considered to be under the care of a physician more than 31 days before he has been seen and treated you personally for the disease or injury causing the total disability.

Your period of total disability will end when any one of the following occurs:

1.  You cease to be totally disabled or you die; or

2.  You actually start working at the type of occupation in which you normally engage or at any reasonable occupation. Work at an Approved Rehabilitation Program as defined later will not count as work at the type of occupation in which you normally engage or at a reasonable occupation; or

3.  You cease to be under the care of a physician; or

4.  You fail to furnish the latest required proof of the continuance of your total disability to this Plan or refuse to be examined by a physician designated by this Plan.

Once a period of total disability has ended, any new period of total disability will be treated separately. However, two separate periods of total disability resulting from the same or related causes which are separated by less than 3 months will be considered as and combined into one period.

The rule just described for combining two periods of total disability into one period will also apply to any successive additional periods of total disability resulting from the same or related causes separated by less than 3 months. Two periods will not be combined unless you were covered for this benefit at the start of the earlier period.

## Other Income Benefits

This Plan defines "other income benefits" as

(1) Income received from any employer or from any occupation for compensation or profit

(2) Any disability, retirement, or unemployment benefits required or provided for under any law of a government — for example,
    (a) unemployment compensation benefits,
    (b) no-fault wage replacement benefits,
    (c) statutory disability benefits,
    (d) benefits under the Federal Social Security Act, the Canada Pension Plan, and the Quebec Pension Plan, including dependents benefits, but not counting any increase in benefits enacted after the monthly Long Term Disability benefit payments have started under this Plan.

(3) Disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis).

(4) Any benefits received under workers' compensation law or any other similar law, excluding payments received for legal fees incurred in the claim process.

Benefits of the type listed above payable to you or your spouse, children or dependents by reason of your disability or retirement are included as "other income benefits".

For the purposes of this Plan, "other income benefits" will be determined as follows:

(1) Any periodic payments will be allocated to monthly periods.

(2) Any single lump sum payment including any periodic payments which you or your spouse, children or dependents have elected to receive in a single lump sum will be allocated to sixty monthly periods with the exception of workers' compensation benefits. Any single lump sum payment under workers' compensation laws will be fully offset in its entirety against any benefits otherwise payable by this Plan.

(3) Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

**Estimated Other Income Benefits**

"Other income benefits" include benefits that would be payable if timely claim for them had been made by you. In the case of Social Security benefits under the Federal Social Security Act, this includes timely and diligent pursuit of benefits through each of these steps:

(1) Application for such benefits;

(2) Appeal at the reconsideration level, if benefits are denied.

(3) Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give this Plan written proof that you have completed the application process for other income benefits, and benefits are finally denied, this Plan may:

(1) estimate your monthly Social Security and other income benefits; and

(2) use that amount to determine your monthly benefit.

Your Social Security or other income benefits will not be estimated while your application and appeals are pending if you sign a Reimbursement Agreement on a form satisfactory to the Plan.

If this Plan finds that the amount of other income benefits that should have been used to determine your Monthly Income Benefit differs from the amount actually used, these rules apply:

(1) If Monthly Income Benefits have been underpaid, this Plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

(2) If Monthly Income Benefits have been overpaid, this Plan may either require a lump sum reimbursement payment to this Plan, or at its option, reduce or eliminate future payments. If this Plan reduces or eliminates future payments, the Minimum Monthly Benefit will not apply.

**Monthly Rate of Basic Earnings**

Your Monthly Rate of Basic Earnings will be determined by using the rule below which applies to you, and separately for each period of total disability. A retroactive change in your rate of earnings will be considered to take effect on the date the new rate is determined.

For all regular hourly and salaried employees — Your Monthly Rate of Basic Earnings shall be your basic monthly pay rate in effect for the last complete payroll period before the start of the period of total disability, excluding bonuses, overtime pay or any other form of compensation. If the employee is a piece worker, his average monthly piece-work earnings over his basic monthly pay rate for the three months before the start of the period of total disability will be added to his monthly rate of basic earnings.

Commissioned Salesmen — Your Monthly Rate of Basic Earnings shall be one twelfth of your total basic income received from your Employer, consisting of base salary and commissions but excluding bonuses or any other form of compensation for the last full calendar year just before the start of the period of total disability. If you have not been employed for a full calendar year prior to the commencement of the period of total disability, your Monthly Rate of Basic Earnings shall be your basic income (as previously defined) for your actual period of employment divided by the number of months of such employment.

Executives eligible for an incentive bonus — The employee's basic monthly pay rate in effect for the last complete payroll period before the start of the period of total disability, plus his average monthly bonus for the preceding two full calendar years before the start of the period of total disability, but excluding any other extra compensation.

**Approved Rehabilitation Program**

An "approved rehabilitation program" means

(1) a program of vocational rehabilitation, or

(2) a period of part-time work with the company for purposes of rehabilitation,

which will be considered to begin only when this Plan approves such program in writing, and to end when this Plan withdraws its approval.

14

15

This Plan includes this rehabilitation program to help you get back to work. With this Plan's approval, you may continue receiving Long Term Disability benefits for a limited time while on an approved rehabilitation program. Thus, you may get back into a gainful occupation with the assurance that for a specified period you will not lose your eligibility for benefits. During this period, your monthly Monthly Income Benefit will be your regular Monthly Income Benefit payment less 80% of your earnings from the rehabilitative job.

Also, certain expenses of a vocational rehabilitation program may be paid by this Plan at the discretion of the Plan Administrator. If this Plan determines that a program that should make you self-supporting is within your ability, you will be notified of the type and duration of the expenses covered, and the conditions for payment. If you agree to undertake the program, the charges for the approved covered expenses will be paid, up to a maximum benefit of $10,000.

### Physician

"Physician" means a licensed practitioner of the healing arts acting within the scope of his practice; except that with respect to a period of total disability, or any portion thereof, during which total disability is caused by any condition other than a medically determinable physical impairment, "physician" shall mean a legally qualified physician who either specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to render the necessary evaluation and treatment of mental illness.

### Exclusions

Pre-existing Disease or Injury — If, at the time you become covered under this Plan for Long Term Disability Benefits, you have recently been treated for any condition, a period of total disability that starts within the first 12 months that you are covered under the Long Term Disability Plan will not be covered if its causes are in any way related to the causes of the condition for which you were treated. A recently treated condition is a disease or injury for which you received treatment or services or took drugs or medicines which were prescribed or recommended by a physician during the three month period just before you last became covered for this benefit.

### Other Exclusions —

You are not covered for any disability which is in any way caused by any of the following:

1. Intentionally self-inflicted injuries.

2. Your participation in the commission of an assault or felony.

3. War or any act of war (whether war is declared or not), insurrection, rebellion, or participation in a riot or civil commotion.

16

# Medical Expense Benefits

### Foreword

The Medical Expense Benefits and Dental Benefits described on the following pages are designed to help you meet expenses in connection with medical and dental care. Medical Expense and Dental Expense coverage, on a contributory basis, is also available for your eligible dependents. Benefits for each of your covered eligible dependents will be determined on the same basis as for you except where otherwise specifically provided.

Since many people receive benefits for medical and dental care costs under more than one plan, this Plan contains a "Coordination With Other Benefits" provision which may reduce the benefits of this Plan in the event there is other coverage. How this provision works is explained in the Miscellaneous Medical Expense Provisions section. That section also contains exclusions which apply to all of the Medical Expense Benefits.

Certain terms used in this portion of this Plan have special meanings. They are defined in the General Provisions Section.

17

# THE PRUDENTIAL PATIENT ADVISORY SUPPORT SERVICES (PruPASS) PROGRAM

The PruPASS Program is a combination of three health care plan services: (1) Pre-Admission and Concurrent Review Service (PACRS); (2) Second Surgical Opinion Program (SSOP); and (3) the Support Specialist. The Program is designed to evaluate all inpatient hospital admissions and non-emergency elective surgical procedures that you or your covered eligible dependents may require. The purpose of the Program is to make sure that you understand the length of hospital stay and elective surgical procedures that will be considered necessary under this Plan, before you incur the expense. The services provided by PACRS and SSOP are described in detail on the following pages.

To receive the benefits of the PruPASS Program, you or your covered eligible dependent must call the PruPASS toll-free number, 1-800-251-7277, **before** scheduling surgery or entering the hospital. A Support Specialist will then be assigned to assist you.

**If you or your covered eligible dependents have been admitted to a hospital because of an emergency, PruPASS must be called within two working days of admission.**

The Support Specialist, under the supervision of a PruPASS medical professional and together with your doctor, will evaluate your or your covered eligible dependent's medical condition. The Support Specialist will approve a hospital length of stay that will be fully eligible under this Plan. However, this approval does not guarantee either the payment of benefits or the amount of benefits.

When your doctor recommends non-emergency elective surgery, the Support Specialist will arrange for a second opinion examination, at no cost to you or your covered eligible dependent. If the second opinion doctor does not confirm the need for the proposed surgery, then a third opinion may be arranged, again, at no cost to you or your covered eligible dependent. If a second confirming opinion is not obtained, your eligible charges will be reduced. However, you and your attending doctor may discuss alternative treatments that may be fully eligible under this Plan.

# THE PRUDENTIAL PATIENT ADVISORY SUPPORT SERVICES (PruPASS) PROGRAM — (Continued)

Maximum benefits are available under this Plan only if you or your covered eligible dependents use the PruPASS Program. If you **do not** use the PruPASS Program for a scheduled hospitalization, or if the stay in the hospital is beyond the approved number of days, **eligible hospital charges, that would otherwise have been covered, will be reduced as described on the following pages.**

Likewise, if you or your covered eligible dependents undergo elective surgery without obtaining a second opinion, as required by the PruPASS Program, **surgical charges, that would otherwise have been covered, will be reduced as described on the following pages.**

To receive maximum hospital and surgical benefits under this Plan, call the PruPASS Support Specialist at 1-800-251-7277.

# PRE-ADMISSION & CONCURRENT REVIEW SERVICE (PACRS) - EARLY DETERMINATION OF NEED FOR HOSPITAL CONFINEMENT UNDER HOSPITAL AND MAJOR MEDICAL EXPENSE BENEFITS

**For You and Your Covered Dependents**

Under the terms of this Plan, Eligible Expenses do not include expenses for services or supplies which are not "reasonably necessary" for medical care of a diagnosed sickness or injury. To be considered "reasonably necessary", a service or supply, including a hospital confinement, must meet the tests described in the general "Medical Expense Benefits Exclusions". Prudential will make a Determination of Need for each day of an Inpatient Hospital Confinement. That Determination of Need is solely for the purpose of determining Eligible Expenses under this Plan and is not medical advice.

For days of Inpatient Hospital Confinement found not "reasonably necessary" under a Determination of Need, no benefits are payable under this Plan. This could include all days of Inpatient Hospital Confinement or some of them.

Section C. describes the procedures and time limits that apply to a request for an early Prudential Determination of Need for days of an Inpatient Hospital Confinement. Unless such a request is made and complies with Section C. and within those time limits, the Eligible Expenses for approved days of Inpatient Hospital Confinement are subject to the Eligible Expense limit in Section A. This can result in a smaller benefit under this Plan, since benefits are based upon Eligible Expenses.

See Section B. for definition of the terms used here.

A. **Effect on Eligible Expenses When a Request For Prudential's Determination Of Need Is Not Made On Time**

The Eligible Expense limit below applies to expenses incurred for each day of Inpatient Hospital Confinement that Prudential's Support Specialist approves as needed for medical care of the patient's condition, other than:

(1)  Any day approved as a result of a Determination of Need or extension request that complies with Section C. below, including its time limits.

(2)  Any day which (a) is approved as a result of a Determination of Need or extension request that complies with Section C. below, except for its time limits, and (b) occurs on or after the date of Prudential's receipt of the request.

Thus, the Eligible Expense limit only applies to an approved day not described in (1) or (2) above. That Eligible Expense limit does not apply when there is full compliance with Section C (Request for Early Prudential Determination of Need). The request procedures are those of Prudential's Pre-Admission and Concurrent Review Service (PACRS), a program for early Determination of Need for hospital stays.

**Eligible Expense limit:** The Eligible Expenses for each such day will be only 80% of the expenses that would otherwise be Eligible Expenses.

B. **Definitions**

**Inpatient Hospital Confinement:** A hospital confinement for which a room and board charge is made by the hospital.

**Determination of Need:** A determination by Prudential, under the terms of this Plan, that approves or disapproves a day or days of Inpatient Hospital Confinement (including hospital services and supplies) as needed for medical care of a diagnosed sickness or injury.

**Eligible Expenses:** Expenses that may be used as the basis for a claim under the terms of this Plan.

**Non-Emergency Admission:** A hospital admission which is for an Inpatient Hospital Confinement but is not an Emergency Admission.

**Emergency Admission:** A hospital admission for an Inpatient Hospital Confinement for a condition which, unless promptly treated on an inpatient basis, would:

(1)  put the patient's life in danger; or

(2)  cause serious damage to a bodily function of the patient.

**Support Specialist:** The person who will review the need and/or length of Inpatient Hospital Confinement.

C. **Request For Early Prudential Determination Of Need**

1. **Non-Emergency Admission.**

   You or the patient must arrange for a request for Prudential's Determination of Need to be made. The request must meet these tests:

   (a)  It must be made by phone call to Prudential's PruPASS Support Specialist at 1-800-251-7277 from the physician who will treat you or the patient before the hospital confinement starts.

(b) It must include the facts requested by Prudential for its Determination of Need. If the request does not include all such facts, Prudential has the right to ask you or the physician for them. The request for Determination of Need will not be considered complete unless they are supplied by the end of the second day after Prudential asks.

If the above tests are met, the Support Specialist will tell the physician and the hospital by phone, the number of days of Inpatient Hospital Confinement that Prudential approves as needed for medical care of the patient's condition. This will be confirmed by written notice sent to you, to the doctor and to the hospital.

**2. Emergency Admission.**

The rules for Non-Emergency Admission apply, except that:

(a) The request for Prudential's Determination of Need must be made by phone, not later than the second day after the hospital confinement starts.

(b) The phone call may be made by the patient's physician, the hospital or a member of the patient's family.

**3. Extension of Length of Hospital Confinement.**

It may be possible to extend the number of days of Inpatient Hospital Confinement that Prudential had approved as needed for medical care of the patient's condition under the terms of this Plan. You or the patient must arrange for the patient's physician to request such an extension by phoning the Support Specialist, before the previously approved length of stay is over.

When the request is made, the Support Specialist will make a new Determination of Need on the basis of information given by the physician. The physician will be told how many additional days, if any, that Prudential approves the extension of Inpatient Hospital Confinement as needed for medical care of the patient's condition. This will be confirmed by written notice sent to you, to the physician and to the hospital.

D. **Early Prudential Determination Of Need Does Not Guarantee Benefits**

Prudential's Determination of Need under Section C. does not guarantee either payment of benefits or the amount of benefits. Eligibility for, and payment of, benefits are subject to all of the terms of the Plan. But Prudential's Determination of Need under that Section is binding on it, unless Prudential has been misled by the information furnished to it.

E. **Instructional Material; Prudential's Phone Number**

Prudential will give the Employer instructional material to give to you. The Support Specialist's phone number and the facts to be supplied with each request are outlined in this Plan for your convenience.

# Second Surgical Opinion Program

The Second Surgical Opinion Program, arranged with Prudential, is aimed at providing information which may lead to a decision to use alternative treatment for the medical condition involved, before someone decides to have elective surgery.

You and your covered eligible dependents may use the Program while covered under the Medical Expense Benefit Coverage, when:

- there is a medical condition for which a surgeon has proposed to perform an Elective Surgical Procedure covered by this Plan (see General Provisions for a list of Elective Surgical Procedures on page 71).

- the surgery is to be performed while the patient is confined as an inpatient in a hospital or in an ambulatory surgical center, or the surgery is performed in a doctor's office or in a hospital's outpatient department. (The Second Surgical Opinion Program will not apply to emergency surgery.)

The Program gives you access to the advice of one or two Board Certified Specialists to consider along with the opinion of your or the patient's own surgeon. This advice will make you better able to determine the medical advisability of the proposed elective surgery, and acquaint you with possible alternative methods of treating a condition.

**You can arrange for a second opinion by phoning the PruPASS Support Specialist at 1-800-251-7277.**

You will be given the names of two or three specialists participating in the Program who treat medical conditions like the one for which surgery was recommended. Those specialists will be selected on the basis of location, so that the patient will usually not have to travel far from home or work to obtain a second opinion. After you choose a specialist from the names provided, Prudential will make and confirm an appointment in writing.

Under the Program the completion of a claim form for the second opinion will not be necessary. There is no cost to the patient for this opinion. The specialist has been instructed to submit the bill directly to Prudential for payment. The Program also covers the cost of any additional X-ray and laboratory tests which that doctor might need.

If the second opinion specialist does not confirm the advisability of the proposed surgery, a third opinion may be arranged (and will be paid for) in the same manner as the second.

When elective surgery is proposed, it is up to you to decide whether or not to use the Program and, if it is used, the extent to which any advice given by the specialist or specialists is followed. However, the decision will affect the benefit payable under your Medical Expense Benefit Coverage for an elective surgical procedure.

As indicated in the previous pages of this Plan, there is no change in the benefit provided for an elective surgical procedure performed after its advisability has been confirmed by a second or third opinion under the Program. But the benefit will be smaller if the procedure is performed without having been so confirmed. In this case the Eligible Expense for the procedure under your Medical Expense Benefit Coverage will be 80% of the expense which would otherwise be eligible.

We urge the Employees to use the the Second Surgical Opinion Program when elective surgery is proposed. An opinion confirming the advisability of surgery may give you and your covered eligible dependents greater peace of mind, and a non-confirming opinion may provide an alternative non-surgical method of treatment for the medical condition. If you do not use the Program, you will be passing up the chance to get additional medical advice at no cost to you or your covered eligible dependents. Also, if you choose to proceed with elective surgery when its advisability has not been confirmed under the Program, there is a smaller group insurance benefit for the surgery.

# Hospital Expense Benefits

This Plan will pay a Hospital Expense Benefit for Board and Room Charges and Miscellaneous Charges in connection with a hospital confinement caused solely by a non-occupational disease or non-occupational injury.

## Board and Room Charges

The benefit payable is equal to the actual charges made by a hospital for board and room. For each day of confinement in a private room, benefits will not be paid for any board and room charges in excess of the Private Room Limit shown in the Plan Supplement. Benefits will be payable for the Maximum Period of Benefits shown in the Plan Supplement.

## Miscellaneous Charges

The benefit payable is equal to the actual charges made for the miscellaneous services and supplies listed below during the period for which board and room charges are payable. Benefits will be payable for the Maximum Period of Benefits shown in the Plan Supplement.

The charges for miscellaneous services and supplies for which hospital expense benefits are payable are the following.

1. The charges made by a hospital in its own behalf for necessary services and supplies, other than board and room.

2. The charges made by an agency other than a hospital for necessary professional ambulance service to or from the hospital, up to a maximum amount of $25.00 during any one continuous period of disability.

3. The charges made by a physician who is not the operating physician or his assistant, for the administration of anesthetics other than local infiltration anesthestics.

## Continuous Period of Disability

Payment is made for one period of hospital confinement up to the Maximum Period of Benefits shown in the Plan Supplement. For you, two or more periods of hospital confinement are considered one period of hospital confinement unless they are separated by your return to active work. For a dependent, all periods of hospital confinement separated by less than three months are considered one period of hospital confinement unless due to entirely unrelated causes.

## Limitations

As this coverage is intended for hospital expenses, benefits are payable only under the following conditions.

1 The person must be confined in a hospital.

2. The Hospital Benefit covers Miscellaneous Charges only if they are incurred during a period for which benefits are payable for Board and Room Charges. This requirement will be waived if treatment is given in a hospital and the only hospital charge is for services and supplies rendered in connection with and on the same day as a surgical procedure or is for emergency treatment of a non-occupational injury, given on the day of the injury or the next following day.

3. Confinement must commence while the person is covered for this benefit.

No benefits are payable for charges for the services of any physician or intern, or for any private duty or special nursing services, regardless of whether the services are rendered under the direction of the hospital or otherwise, or for charges described in the Medical Expense Benefits Exclusions.

If a confinement is in a distinct part of an institution which meets both the definition of a hospital and of a convalescent facility, then the benefits, if any, payable for that confinement will be determined on the basis of the benefits payable for convalescent facility confinement rather than those for a hospital confinement.

## Provisions Applying to the Treatment of Alcoholism/Drug Dependency

This Plan will pay a benefit for treatment of alcoholism/chemical dependency for Board and Room charges and Miscellaneous charges in connection with a confinement in a hospital subject to the following: See definition of Hospital which includes an approved Treatment Facility and Intermediate Care Facility.

### Board and Room Charges

The benefit payable is equal to the actual charges made for board and room. Benefits will be payable for 2 confinements per lifetime up to the Maximums shown in the Plan Supplement.

Separate confinements will be considered one confinement unless separated by at least 30 days.

### Limitations

Benefits for detoxification are not eligible unless follow-up treatment for alcoholism/chemical dependency begins within 31 days after release from the prior confinement.

# Convalescent Facility Expense Benefits

This Plan will pay a Convalescent Facility Expense Benefit for Board and Room charges and Miscellaneous Charges in connection with a convalescent facility confinement caused solely by a non-occupational disease or non-occupational injury.

## Board and Room Charges

The benefit payable is equal to the actual charges made by a convalescent facility for board and room during a Convalescent Period. However, the benefit payable for each day of confinement in a private room will not exceed the Convalescent Facility Private Room Limit shown in the Plan Supplement. Benefits will be payable for the Maximum Period of Benefits during a Convalescent Period shown in the Plan Supplement.

## Miscellaneous Charges

The benefit payable is equal to the actual charges made for the miscellaneous services and supplies listed below during a Convalescent Period. The benefit will be payable until the expiration of the Maximum Period of Benefits during a Convalescent Period shown in the Plan Supplement.

The charges for miscellaneous services and supplies for which Convalescent Facility Expense benefits are payable are the charges made by a convalescent facility in its own behalf for the following.

1. Use of special treatment rooms; x-ray and laboratory examinations; physical, occupational, or speech therapy; oxygen and other gas therapy; and other medical services customarily provided by a convalescent facility except private duty or special nursing services or physician services.

2. Drugs, biologicals, solutions, dressings and casts but no other supplies.

## Convalescent Period

Definition of "convalescent period" —— In order for a convalescent period to begin, an individual must have been confined in a hospital for at least three consecutive days and then, within 14 days following the termination of the hospital confinement, become confined in a convalescent facility to receive skilled nursing services and physical restoration services for convalescence from the injury or disease which caused the hospital confinement. The convalescent period will begin on the first day of that confinement in the convalescent facility and even though there may be several confinements in a Convalescent Facility, the Convalescent Period will continue until there has been a period of 90 consecutive days during which the individual has been free of confinement in any type of institution providing nursing care.

## Limitations

Since Convalescent Facility Expense Benefits are intended to cover confinements while convalescing from a disease or injury. Convalescent Facility Benefits will be paid only under the following conditions.

1. The charges must be for services and supplies which are solely for use during a convalescent facility confinement and for convalescing from the disease or injury which caused the confinement.

2. The charges must be other than in connection with care for mental disorders. Mental disorders include (but are not limited to) senile deterioration, drug addiction, alcoholism, chronic brain syndrome and mental retardation.

If a confinement is in a distinct part of an institution which meets both the definition of a hospital and of a convalescent facility, then the benefits, if any, payable for that confinement will be determined on the basis of the benefits payable for convalescent facility confinement rather than those for a hospital confinement.

No benefits are payable for charges incurred unless both the hospital confinement for a particular disease or injury and the following convalescent facility confinement commence while the family member is covered for this benefit nor are benefits payable for any charges described in the Medical Expense Benefits Exclusions.

# Surgical Expense Benefits

This Plan will pay a Surgical Expense Benefit for services described in this section in connection with the diagnosis or treatment of a non-occupational disease or non-occupational injury equal to the usual and prevailing charge for the particular type of service performed.

A "usual and prevailing charge" is a charge by a physician for a service to the extent the charge is reasonable and is not greater than the usual fee charged for a comparable service by physicians in the area with training, experience, and professional standing similar to that of the physician performing the service.

## Surgical Charges

This benefit is equal to the usual and prevailing charges made by the operating physician for performing a surgical procedure. However, the benefit for Elective Surgical Procedures performed without an affirmative second or third surgical opinion is equal to 80% of the usual and prevailing charges made by the operating physician.

A "surgical procedure" is any procedure in one of the following categories performed by a physician.

1. The incision, excision, or electrocauterization of any organ of the body.

2. The manipulative reduction of a fracture or dislocation.

3. The suturing of a wound.

4. Endoscopy.

5. Applying plaster casts.

A "surgical procedure" also means any obstetrical procedure.

The immediate, pre-operative examination by the physician performing the procedure, and the post-operative care required by and directly related to the procedure, will be considered as part of the surgical procedure.

## Oral Surgery

The above benefits are also payable for the following oral surgical procedures.

1. The excision of partially or completely unerupted teeth.

2. The excision of a tooth root without the extraction of the entire tooth (not including root canal therapy).

3. The closed or open reduction of fractures or dislocation of the jaw.

4. Other incision or excision procedures on the gums and tissues of the mouth when not performed in connection with the extraction of teeth.

For the purposes of the oral surgery covered by the benefit, the term "physician" includes a duly licensed dentist.

## Surgical Assistance Charges

This benefit is equal to the usual and prevailing charges made by a physician for Surgical Assistance Services given in connection with a surgical procedure or obstetrical procedure for which Surgical Expense Benefits are payable under this plan.

Surgical Assistance Services are the services of a physician for necessary technical surgical assistance given to the operating physician while the person is confined in a hospital as an inpatient and at a time when surgical assistance is not routinely available as a hospital service. Prudential will determine whether a surgical procedure requires technical assistance and whether surgical assistance is routinely available.

## Limitations

Surgical Expense Benefits will be payable only for services performed while the person is covered for this benefit.

Benefits will not be payable for cosmetic surgery unless necessary for prompt repair of a non-occupational injury.

Benefits will not be payable for any services performed by a resident physician or intern of a hospital.

Benefits will not be payable for diagnostic x-rays, laboratory services, x-ray or radioactive therapy, drugs or medicines, dental work or oral surgery except as described in the section entitled Oral Surgery, or for charges described in the Medical Expense Benefits Exclusions.

Benefits will not be payable for charges described in the Medical Expense Benefits Exclusions, except that the "Dental Services Charge" part will not apply to the following as described in the section entitled "Oral Surgery": diagnostic x-rays, laboratory services, x-ray or radioactive therapy, drugs or medicines, dental work or oral surgery.

# Physicians Expense Benefits (In Hospital)

This Plan will pay a Physician's Expense Benefit for the services described in this section in connection with the diagnosis or treatment of non-occupational disease or a non-occupational injury equal to the usual and prevailing charge for the service.

A "usual and prevailing charge" is a charge by a physician for a service to the extent the charge is reasonable and is not greater than the usual fee charged for a comparable service by physicians in the area with training, experience, and professional standing similar to that of the physician performing the service.

### Physicians Charges

This benefit is equal to the usual and prevailing charges made for Physicians Services during any one continuous period of disability up to the number of days of hospital confinement shown in the Plan Supplement.

Physicians Services are the services of a physician for medical treatment given to covered persons while the person is confined in a hospital as an inpatient.

Physicians Services will not include:

1. Any dental work or dental treatment, eye examinations or the fitting of glasses, diagnostic x-ray or laboratory services, x-ray or radioactive therapy, administration of an anesthetic, or consultations.

2. Any service for which a Surgical Expense Benefit is payable under this plan.

### Continuous Period of Disability

Payment up to the Maximum Period of Payment will be made for as many separate and distinct periods of disability as may occur. A "continuous period of disability" is defined in the Hospital Expense Benefits section.

### Limitations

For this benefit to be payable, the treatment must be performed, and the hospital confinement must have commenced, while the person is covered for this benefit.

Benefits will not be payable for drugs or medicines or for charges described in the Medical Expense Benefits Exclusions.

The charges of a resident physician or intern will not be included as Physicians Services.

# Diagnostic Laboratory and X-Ray Expense Benefits

This plan will pay a Laboratory and X-Ray Expense Benefit for the services described in this section in connection with the diagnosis of a non-occupational disease or a non-occupational injury equal to the usual and prevailing charge for the service.

A "usual and prevailing charge" is a charge by a physician for a service to the extent the charge is reasonable and is not greater than the usual fee charged for a comparable service by physicians in the area with training, experience, and professional standing similar to that of the physician performing the service.

### Examination Charges

This benefit is equal to 80% of the usual and prevailing charges made by a physician for Laboratory and X-Ray Services.

Laboratory and X-Ray Services are laboratory or X-ray examinations for diagnosis only given by a physician or the interpretation of the examination by a physician who is not a resident physician or intern of a hospital. Examinations made in or through a hospital are not included as Laboratory and X-Ray Services unless given as outpatient care and unless no hospital expense benefit of any kind is payable for the examination under this plan.

### Limitations

Benefits will be payable only for examinations performed while the person is covered for this benefit.

Benefits will not be payable for charges described in the Medical Expense Benefits Exclusions.

Benefits will not be payable for charges described in the Medical Expense Benefits Exclusions, except that the "Dental Services Charge" part will not apply to dental X-rays which are given in connection with either a non-occupational injury or oral surgery for which Surgical Benefits are payable under this Plan. For covered dental X-rays, the term "physician" includes a duly-licensed dentist.

32

# Supplemental Accident Expense Benefits

This Plan will pay an Accident Expense Benefit for covered expenses (see list below) incurred in connection with a non-occupational injury.

### Benefit

This benefit is equal to the amount by which the charges actually made for covered expenses exceed the amount of any other Basic Medical Expense Benefits payable under this plan for those expenses. The maximum amount payable, however, for all injuries sustained in connection with any one accident, is the Supplemental Accident Expense Benefit Maximum shown in the Plan Supplement.

### List of Covered Expenses

Covered expenses are only the charges made for the following services, and only if those services are required for the treatment of the injury.

Hospital services.
Services of a physician.
Services of a registered graduate nurse.
Professional ambulance service when used to transport a person from the place where he is injured to the first hospital where treatment is given.
Drugs and dressings, braces, crutches and artificial limbs and eyes.
Rental of wheel chairs, hospital-type beds and artificial respirators.

For the purposes of the services recognized by this paragraph, the term "physician" includes a duly licensed dentist.

### Limitations

Benefits will be payable only if the injury is sustained by a person while covered for this benefit.

Benefits will not be payable for any expenses incurred more than 90 days after the date of the accident which caused that injury, or for charges described in the Medical Expense Benefits Exclusions.

Benefits will not be payable for any expenses incurred more than 90 days after the date of the accident which caused that injury, or for charges described in the Medical Expense Benefits Exclusions, except that the "Dental Services Charge" part will not apply to expenses incurred in connection with the accident which caused that injury.

# Hospice Care Expense Benefits

### Hospice Care Benefit

This Plan will pay a benefit for charges incurred for a terminally ill person while in a hospice care program.

Certification of the terminal illness must be given to Prudential by the primary attending physician in order for a terminally ill person to be considered in a hospice care program.

The benefit will be paid if the hospice services or the hospice stay is:

1. provided while the terminally ill person is a covered individual;

2. ordered by the supervising physician as part of the hospice care program;

3. charged for by the hospice care program; and

4. provided within 6 months of the terminally ill person's entry or re-entry (after a remission period) in the hospice care program.

**While Not An Inpatient In a Hospice** — The benefit will pay the charges incurred for all hospice services for one period of care in the hospice care program up to the Maximum Outpatient Benefit shown in the Plan Supplement.

**While An Inpatient In a Hospice** — The benefit will pay the charges incurred for one period of care in the hospice care program up to the Maximum Daily Hospice Inpatient Benefit, and Maximum Hospice Inpatient Benefit shown in the Plan Supplement.

All periods of care in a hospice care program will be considered related and to have occurred in the one period of care unless separated by at least 3 consecutive months.

### Limitations under Hospice Care Benefit

The following charges are not covered:

1. Charges in connection with an accident related to employment, or sickness covered under workers' compensation or similar law.

2. Charges for services or supplies (a) furnished by or for the U.S. Government any other government unless payment is legally required; or (b) to the extent provided under any governmental program or law under which the individual is or could be covered. Item (b) does not apply to state plans under (i) Medicaid or (ii) to any law or plan which states that its benefits are excess to those of any private insurance program or other governmental program.

3. Charges incurred during a remission period. This applies if, during remission, the terminally ill person is discharged from the hospice care program.

4. Charges for services provided by yourself, spouse, or a child, brother, sister, or parent of yourself or spouse.

## Bereavement Benefit

This benefit will pay for charges incurred for counseling services for the family unit, if ordered and received under the hospice care program.

The benefit will be paid if (1) on the day prior to death the terminally ill person was in the hospice care program, a member of the family unit, and a covered individual; and (2) the charges are incurred by the family unit within three months following the date the terminally ill person dies.

The benefit will pay the charges up to the Maximum Bereavement Benefit Per Family Unit shown in the Plan Supplement.

## Limitations under Bereavement Benefit

The following charges are not covered:

1. Charges for the treatment of a diagnosed sickness or injury of a family unit member to the extent that benefits are payable under another coverage. If benefits of such a coverage are expressed as a percent of charges, this exclusion will apply as if the percent were 100%.

2. Charges for services provided by yourself, spouse, or a child, brother, sister or parent of yourself or spouse.

# Home Health Care Expense Benefits

This Plan will pay a benefit for charges incurred for home health care. These are the charges made by a Home Health Care Agency for the following services and supplies ordered by a physician and furnished in a person's home under a home health care program prescribed in writing by a physician.

1. Charges for the following, but only to the extent that the charge for each home health care visit does not exceed $50.

   (a) Part-time or intermittent nursing care provided or supervised by a Registered Nurse (R.N.).

   (b) Part-time or intermittent home health aide services, primarily for the patient's care.

   (c) Physical, occupational, speech or respiratory therapy by a qualified therapist.

   (d) Nutrition counseling provided by or under the supervision of a registered dietician.

Not more than 100 home health care visits will be included in the charges for any one person in a calendar year. Each visit by a member of a home health care team is counted as one visit.

2. Charges for medical supplies, laboratory services, drugs and medications prescribed by a physician.

Charges for home health care services and supplies will be covered to the extent they would have been covered if furnished by a Hospital during inpatient confinement. They must be furnished by someone other than you, your spouse, or a child, brother, sister or parent of you or your spouse.

# Preventive Services Expense Benefits

This Plan will pay for the services described in this section, up to the usual and prevailing charge for such service.

A "usual and prevailing charge" is a charge by a physician for a service to the extent the charge is reasonable and is not greater than the usual fee charged for a comparable service by physicians in the area with training, experience, and professional standing similar to that of the physician performing the service.

## Mammography

For screening purposes in women at low risk of breast cancer:

- one baseline low dose mammogram between the ages of 35-39
- every two calendar years ages 40-49
- once each calendar year age 50 and above

## Pap Smears/Pelvic Exam/Breast Exam

- one normal exam and lab test per calendar year.

## Sigmoidoscopy

- Every 3 calendar years for men and women age 45 and over.

## Tetanus Immunizations

- Every 10 years

## Well Baby Care/Immunizations

- Routine physical examinations by a doctor, and standard immunizations administered by or under the immediate direction of a doctor for children up to and including age 5.

# Major Medical Expense Benefits

This Plan will pay Major Medical Expense Benefits for Covered Medical Expenses (as described on the following pages) incurred in connection with a non-occupational disease or non-occupational injury.

### Benefit

This benefit will be payable if the amount of a person's Covered Medical Expenses, incurred in any calendar year, exceeds the sum of (1) the Deductible shown in the Plan Supplement and (2) the Basic Medical Expense Benefits, as described earlier in this Booklet, payable for such expenses. The Benefit Percentage payable for these excess Covered Medical Expenses and the person's Lifetime Maximum Benefit are shown in the Plan Supplement.

### Covered Medical Expenses

Covered Medical Expenses are the expenses listed below providing that such expenses are incurred while Major Medical coverage is in force for the person. If, however, any of the listed expenses are excluded from coverage because of the Medical Expense Benefits Exclusions, those expenses will not be considered Covered Medical Expenses.

**Hospital Expenses** — These are the charges made by a hospital in its own behalf for the following.

1. Board and Room. However, if private accommodations are used, benefits will not be paid for any board and room charges over the Private Room Limit shown in the Plan Supplement.

2. Necessary hospital services and supplies, other than board and room, furnished by the hospital.

**Other Medical Expenses** — The following charges are considered "Other Medical Expenses", provided that they have not been considered as "Hospital Expenses".

1. The fees of a physician.

2. The charges of a registered graduate nurse — other than a nurse who ordinarily resides in your home, or is a member of your family or your spouse's family.

3. The charges for the following medical services and supplies.
   (a) Drugs and medicines obtainable only upon the prescription of a physician.
   (b) Diagnostic laboratory and X-ray examinations.

(c) X-ray, radium and radioactive isotopes therapy.
(d) Anesthetics and oxygen.
(e) Rental of iron lung and other durable medical or surgical equipment.
(f) Artificial limbs and artificial eyes, but not eyeglasses, or hearing aids.
(g) Professional ambulance service when used to transport an individual from the place where he is injured by an accident or stricken by a disease to the first hospital where treatment is given — no other charges in connection with travel are included.
(h) Charges by a qualified Social Worker for treatment of a specifically diagnosed mental or nervous disorder, provided such treatment is given in accordance with a prescribed treatment program which is medically related to injury or sickness.

4. Speech therapy — By a qualified speech therapist to restore or rehabilitate any speech loss or impairment caused by injury or sickness except a mental, psychoneurotic or personality disorder or by surgery for that injury or sickness. In the case of a congenital defect, speech therapy expenses will be considered only if incurred after corrective surgery for the defect. These services must be furnished by someone other than you, your spouse, or a child, brother, sister or parent of you or your spouse.

**Mouth Conditions** — Expenses incurred in connection with dental work or oral surgery will be considered Covered Medical Expenses only if they are incurred for the prompt repair of natural teeth or other body tissues, required as a result of a non-occupational injury occurring while covered.

For the purposes of the dental work or oral surgery recognized by this paragraph, the term "physician" includes a duly licensed dentist.

**Cosmetic Surgery** — Any of the listed expenses incurred in connection with cosmetic surgery will be considered Covered Medical Expenses only if the cosmetic surgery is necessary for the prompt repair of a non-occupational injury which occurs while the person is a covered for this benefit.

### The Deductible

The Deductible is the amount of Covered Medical Expenses, in excess of Basic Medical Expense Benefits, which must be paid before Major Medical Expense Benefits are payable. The amount of the Deductible is shown in the Plan Supplement. A separate Deductible will apply to each covered member of your family.

The Deductible applies only once in any calendar year even though there may be several different injuries or diseases. So that Major Medical benefit payments will not be subject to a Deductible late in one calendar year and soon again in the next following year, any expenses applies against the Deductible in the last three months of a calendar year will reduce the Deductible for the next calendar year.

**If a Common Accident** causes injury to two or more members of your family, the Deductible Amount will be applied, in both the calendar year in which the accident occurs and the next following calendar year, to the combined covered charges incurred in such year as a result of the common accident.

### Family Deductible Limit

If two or more covered members of a person's family have eligible expenses during a calendar year which are not payable because of the application of the separate deductibles, and the sum of those expenses equal the Family Limit on Deductibles shown in the Plan Supplement, the requirement that each person has to satisfy the individual deductible will be waived for all covered members of the person's family for the rest of the year and benefits will be paid for all eligible expenses incurred by them during the remainder of the year.

### Maximum Benefit

The Lifetime Maximum Benefit for each covered person for all Covered Medical Expenses combined is shown in the Plan Supplement.

At any time when at least $1,000 has been counted against the Maximum Benefit, an individual may apply to have the total amount of his Maximum Benefit reinstated by submitting, at his own expense, satisfactory evidence of good health. However, on each January 1 while covered, the amount which has been counted against the Maximum Benefit (but not more than $2,000 on any January 1) will be restored to the Maximum Benefit, for Covered Medical Expenses other than such expenses in connection with Alcoholism and Drug Dependency, and in connection with Mental or Nervous disorders incurred after the date of the restoration, without the need for any further action on the individual's part.

### Limitations

Benefits will not be payable for charges described in the Medical Expense Benefits Exclusions, except that the "Dental Services Charge" part will not apply to expenses described in the section entitled "Mouth Conditions".

# Dental Expense Benefits

This Plan will pay Dental Expense Benefits for Covered Dental Expenses (see list below) incurred in connection with a non-occupational disease or non-occupational injury.

## Benefit

Benefits are payable during a calendar year at the applicable Coinsurance Rate shown in the Plan Supplement for Covered Dental Expenses which are specified below in Parts I, II, and III and are in excess of the applicable Dental Deductible Amounts shown in the Plan Supplement for Parts II, and III.

Covered Dental Expenses are the actual charges for necessary dental treatment or service (to the extent that such charges are usual and prevailing for the area and type of service).

Total payment for all covered expenses incurred during calendar year shall not exceed the applicable Maximum Payment shown in the Plan Supplement, except as provided in the next following paragraph.

If Covered Dental Expenses exceed the Maximum Payment shown in the Plan Supplement under Parts I and II in any calendar year because of charges for initial replacement of full upper and lower dentures, the Maximum Payment for that calendar year may be increased by an amount equal to the next calendar year (but only the next calendar year) Maximum Payment. The Maximum Payment available for the next calendar year will then be reduced by the excess paid over the Maximum Payment for the prior calendar year.

## Covered Dental Expenses

PART I — Routine Oral Examinations:
  Cleaning of teeth
  X-rays where professionally indicated
  Examinations and diagnosis
  Sodium Fluoride treatment (if under age 18)
  Dental Covered Charges shall not include charges for more than two routine oral examinations in any one calendar year with respect to a covered individual.

PART II — Restorative Dentistry, Oral Surgery and Prosthetics:
  Extractions and oral surgery, including excision of impacted teeth
  Fillings, inlays and crowns
  Treatment of periodontal and other diseases of the gums and tissues of the mouth
  Endodontic treatment, including root canal therapy
  Initial installation of prosthesis (including dentures) for replacement of one or more natural teeth extracted while covered for this benefit. Replacement of full or partial dentures

  Repair and maintenance of prosthesis
  Space maintainers
  Anesthetics administered in connection with oral surgery or other covered dental services.

PART III — Orthodontia
  Straightening of teeth including orthodontic appliances.

**Predetermination of Benefits** — Charges incurred by you or your covered eligible dependents are eligible only when the dentist's proposed course of treatment ("Treatment Plan") has been submitted to and reviewed by Prudential, and returned to the dentist showing the estimated benefits. No "Treatment Plan" need be submitted if the total charges do not exceed $300 or if emergency care is required.

A "Treatment Plan" is the dentist's report that (a) itemizes his recommended services, (b) shows his charge for each service, and (c) is accompanied by supporting X-rays where required or requested by Prudential.

Predetermination of benefits permits the review of the proposed treatment in advance and allows for resolution of any questions before, rather than after, the work has been done. Additionally, both you and the dentist will know in advance what is covered and what the estimated benefits are, assuming you or your covered eligible dependents remain covered.

## The Deductible

The Deductible is the amount of Covered Dental Expenses which must be paid before Dental Expense Benefits for Parts II and III are payable. The amount of the Deductible is shown in the Plan Supplement. A separate Deductible will apply to each covered eligible dependent.

The Deductible applies only once in any calendar year. So that Dental benefit payments will not be subject to a Deductible late in one calendar year and soon again in the next following year, any expenses applied against the Deductible in the last three months of a calendar year will reduce the Deductible for the next calendar year.

## Family Deductible Limit

If two or more covered family members incur Covered Dental Expenses during a calendar year which are not payable because of the application of the separate deductibles, and the sum of those expenses equal the Family Limit on Deductibles shown in the Plan Supplement, the requirement that each person has to satisfy the individual deductible will be waived for all covered members of your family for the rest of the year.

## Orthodontic Claim Payments

A claim for orthodontic treatment will be paid in instalments beginning when the orthodontic appliances are first inserted, and quarterly thereafter for the estimated duration of the treatment plan, as long as the patient remains covered. The instalments will be in equal amounts, except that the initial instalment will be the initial charge made by the orthodontist up to the maximum orthodontic benefit.

**Maximum Payment** — The applicable Maximum Payment for you and each covered eligible dependent is shown in the Plan Supplement.

## Limitations

No Dental Expense Benefits are provided under this Plan for the following:

1. Charges for any dental services or supplies which are included as Covered Medical Expenses under the Major Medical Expense Benefits coverage provided under this Plan or under any other plan sponsored by your Employer.

2. Services or supplies for which any other Basic Medical Expense Benefit is payable either under this Plan or under any other plan sponsored by your Employer.

3. Charges for treatment by anyone except a dentist. However, charges for cleaning or scaling of teeth performed by a licensed dental hygienist under the supervision and direction of the dentist will be covered. "Dentist" means only a duly licensed dentist or a physician authorized by his license to perform the particular procedure rendered by him.

4. Charges for first installation of dentures and bridgework (including crowns and inlays forming the abutments), when the charges are for the replacement of congenitally missing teeth. or for replacement of natural teeth all of which are lost while the family member was not covered for this benefit.

5. Charges for services and supplies that are partially or wholly cosmetic in nature, including charges for personalization or characterization of dentures.

6. Charges for an appliance. or modification of one, where an impression was made before the patient was covered; a crown. bridge or gold restoration for which the tooth was prepared before the patient was covered; root canal therapy if the pulp chamber was opened before the patient was covered.

7. Charges for any replacement of bridgework or of full artificial or partial artificial dentures unless one of the following conditions applies: (a) the replacement or addition of teeth is required to replace one or more natural teeth extracted while the person was covered for this benefit, (b) the existing denture or bridgework was installed at least five years prior to its replacement and the existing denture or bridgework cannot be made serviceable, or (c) the existing denture is an immediate temporary denture and replacement by a permanent denture is required and done within twelve months from the date the immediate temporary denture was installed.

8. Charges for the replacement of a lost or stolen prosthetic device.

9. Charges for an orthodontic procedure for which an active appliance was installed before the person was covered (or installed before the person was covered for two years, if coverage started more than 31 days after the person was first eligible to be covered).

10. Charges or expenses described in the Medical Expense Benefits Exclusions. except that the "Dental Services Charge" part will not apply.

As a part of the Predetermination of Benefits. and as a part of the proof of loss required in the "General Provisions" section of this Plan:

(a) Prudential, at not cost to you, has the right to have an oral examination of the person made, and

(b) You are responsible for furnishing to Prudential all diagnostic and evaluative material which Prudential may require to predetermine a benefit or to establish this Plan's liability.

**If a Predetermination of Benefits is not made, or if any diagnostic or evaluative material which the Prudential may require is not furnished. the benefits payable may be less than would otherwise be payable, to the extent Prudential cannot reasonably verify the Covered Dental Expenses for the course of treatment.**

# Miscellaneous Medical Expense Provisions

## MEDICAL EXPENSE BENEFITS EXCLUSIONS

No Medical Expense Benefits are provided under this Plan for the following:

1. Charges caused by an occupational disease or an occupational injury. This includes any charges incurrred in connection with (a) injury arising out of, or in the course of, any employment for wage or profit or (b) disease covered, with respect to such employment, by any workers' compensation law, occupational disease law or similar legislation.

2. Charges for services or supplies which are furnished, paid for or otherwise provided for (a) by reason of the past or present service of any person in the armed forces of a government, or (b) under any law of a government (national or otherwise) except where the payments or the benefits are provided under a plan specifically established by a government for its own civilian employees or their dependents.

   If any law of the jurisdiction in which this Plan applies to an employee prohibits or restricts the application of this exclusion as to a facility owned or operated by such jurisdiction or by any of its political subdivisions, this exclusion shall be applicable only to the extent permitted by such law.

3. Charges for services or supplies not recommended and approved by a Physician.

4. Charges for Unnecessary Services and Supplies. This means charges for services or supplies, including tests or check-up exams, that are not reasonably necessary for the medical care of the patient's sickness or injury. To be considered "reasonably necessary", the service or supply must be ordered by a physician and must be commonly and customarily recognized throughout the physician's profession as appropriate in the treatment of the patient's diagnosed sickness or injury. The service or supply must not be educational or experimental in nature. For the purpose of this Plan, investigational procedures are considered experimental. The service or supply must not be provided primarily for the purpose of medical or other research. In addition, in the case of hospital confinement, on an inpatient or outpatient basis, the length of confinement and hospital services and supplies will be considered "reasonably necessary" only to the extent they are determined by this Plan to be (a) related to the treatment of the condition involved and (b) not allocable to scholastic education or vocational training of the patient.

5. Charge in Excess of Usual and Prevailing Charge. This means the portion of any charge for any service or supply in excess of the usual and prevailing charge as determined by this Plan. The usual and prevailing charge for any service or supply is the usual charge of the provider for the service or supply in the absence of insurance, but not more than the prevailing charge in the area for a like service or supply. A like service is of the same nature and duration, requires the same skill, and is performed by a provider of similar training and experience. A like supply is one which is identical or substantially equivalent. "Area" means the municipality (or, in the case of a large city, the subdivision thereof) in which the service or supply is actually provided or such greater area as is necessary to obtain a representative cross-section of charges for a like service or supply.

6. Charges for Custodial Care (see Definitions).

7. Eye Care Charges. A charge for or in connection with (a) exams to determine the need for (or changes of) eyeglasses or lenses of any type; (b) eyeglasses or lenses of any type; (c) eye surgery such as radial keratotomy, when the primary purpose is to correct myopia (nearsightedness), hyperopia (farsightedness) or astigmatism (blurring).

8. Charges for prescription drugs and medicines payable through the National Pharmacies, Inc. Prescription Drug Benefits Optional Program of the Purchaser, including the Employee's cost of each prescription or refill.

9. A charge for actual or attempted impregnation or fertilization which involves either a covered person or a surrogate as a donor or recipient.

10. Dental Services Charge. A charge for physician's services or x-ray exams involving one or more teeth, the tissue or structure around them, the alveolar process or the gums. This applies even if a condition requiring any of these services involves a part of the body other than the mouth such as the treatment of Temporomandibular Joint Disorders (TMJD) or malocclusions involving joints or muscles by methods including but not limited to, crowning, wiring or repositioning teeth. This exclusion does not apply to charges made for treatment or removal of a malignant tumor.

11. Charges incurred in connection with cosmetic surgery, unless the cosmetic surgery is necessary for the prompt repair of a non-occupational injury which occurs while the person is covered for this benefit.

12. Charges incurred for routine newborn circumcisions.

13. Charges for services or supplies which are furnished under the Base Plan.

**Hospital Audit Reward Program (HARP)** — By reviewing your hospital bills for accuracy, you can be eligible for a cash reward if you should find a billing error. A billing error is defined as a bill which includes services not provided to you. It will not include mathematical errors or typing errors. Each time your efforts lead to a corrected hospital billing and the error would have resulted in an overpayment, you will receive 50% of the benefit overpayment that would have been made. There is a $10.00 minimum (i.e. a $20.00 bill error) and a $500.00 maximum (i.e. a $1,000 billing error) award for you. Contact your Benefit Administrator for more information.

**PROVISION FOR CO-ORDINATION OF BENEFITS UNDER THIS PLAN (OUR PLAN) WITH OTHER PLANS.**

This Plan contains a provision coordinating it with coverage the patient has under other plans. The provision is designed to guard against overpayment of actual expenses and helps to control the cost of the benefits for everyone.

**Benefit Determination** — If a person is covered under two or more plans (including this Plan), the benefits under this Plan may be reduced to the extent that the sum of the benefits payable under this Plan and the benefits available under all other plans with respect to Allowable Expenses incurred for him in any calendar year does not exceed the total of such Allowable Expenses.

**How This Works** — When a claim is made, the primary plan pays its benefits without regard to any other plans. The secondary plans adjust their benefits so that the total benefits available will not exceed the allowable expenses. No plan pays more than it would without the coordination provision.

A plan without a coordinating provision similar to ours is always the primary plan. If all plans have such a provision: (1) the plan covering the patient directly, rather than as an employee's dependent, is primary and the others secondary; (2) if a child is covered under both parents' plans, the plan of the parent whose birthday falls earlier in a year will be primary (if both parents have the same birthday, the benefits of the plan which covered the parent for a longer period of time); but when the parents are separated or divorced, their plans pay in the following order: (a) if a court decree has established financial responsibility for the child's health care expenses, the plan of the parent with this responsibility; (b) the plan of the parent with custody of the child; (c) the plan of the stepparent married to the parent with custody of the child; (d) the plan of the parent not having custody of the child; (3) the plan covering the person as an employee who is neither laid off nor retired, or as that employee's dependent, is primary over the plan covering the person as a laid off or retired employee or as that employee's dependent (however, if the other plan does not determine the order of benefits in this same way and as a result does not agree on the order of benefits, this rule (3) will be ignored); (4) if neither (1), (2) nor (3) above applies, the plan which has covered the person longest is primary.

When this Plan is the secondary plan and its payment is reduced to consider the primary plan's benefits, a record is kept of the reduction. This amount will be used to increase this Plan's payments on the patient's later claims under a secondary plan in the same calendar year — to the extent there are allowable expenses that would not otherwise be fully paid by this Plan and the others.

48

49

Plans — are these types of medical or dental care benefits: (a) coverage (other than natural) under a governmental program or required or provided by statute, including "no fault" coverage to the extent required in policies or contracts by a motor vehicle insurance statute or similar legislation; (b) group insurance or other coverage for a group of individuals, including prepayment, group and individual practice coverage, including student coverage obtained through an educational institution above the high school level.

If both persons are Employees of Northern Telecom covered under this Plan, the part of this Plan covering the person as an employee will be primary to the part of this Plan covering the person as a dependent.

Allowable Expense — is any necessary, reasonable and customary item of expense covered at least in part by one of the plans. If benefits are provided in the form of services, the reasonable cash value of each service rendered shall be considered both an Allowable Expense and a benefit paid.

Administration — This Plan may release or obtain such information which we consider necessary for purposes of the coordination provisions or any similar provision of any other plan. This Plan may obtain from you information required to implement this provision.

This Plan shall have the right to pay to any organization which has made payments under other plans which should have been made under this Plan, any amounts which this Plan shall determine are proper for the purposes of this provision. Amounts so paid by this Plan shall be considered benefits paid under this Plan, and this Plan shall be fully discharged from liability to the extent of such payments.

If, at any time, payments made by this Plan with respect to Allowable Expenses total more than the maximum amount necessary at that time to satisfy the intent of this provision, this Plan shall have the right to recover such overpayment.

## HOW MEDICARE AFFECTS MEDICAL EXPENSE BENEFITS UNDER THIS PLAN

It is recommended that your local Social Security Office be contacted for information concerning enrollment in Medicare at least 45 days before the month in which a person can qualify for coverage under the Health Insurance portion of the Social Security Act of the United Stated known as Medicare.

On the date an individual can first be covered for part A of Medicare, the individual's Medical Expense benefits will be modified as explained on the next page.

However this modification shall not apply to:

(1)  Active Employees eligible for Medicare because of age;

(2)  An active Employee's dependent spouse who is eligible for Medicare because of age;

(3)  Individuals eligible for Medicare solely because of disability; or

(4)  Individuals eligible for Medicare solely because of end-stage renal disease during the first 12 consecutive months or lesser period (as determined by Medicare rules) of each period of Medicare end-stage renal disease entitlement.

An individual who is or will be eligible for part A of Medicare may apply for part A (hospital insurance) and part B (supplementary medical insurance) of the Medicare program even if he/she elects to retain the Plan as the primary coverage.

### Modified Benefits For Person's Eligible for U.S. Medicare

The aggregate payments under this plan are reduced by the aggregate benefits available under Medicare.

It works this way:

1.  In determining benefits under this Plan the first step is to calculate the aggregate amount that would be paid if the person had no Medicare coverage.

2.  The above amount is reduced by the aggregate Medicare benefits for the same expenses upon which our benefits are based.

    Determination of Medicare benefits is based on the benefits which would be payable under both part A and part B of Medicare (whether or not the individual has enrolled for both part A and part B) in the absence of benefits payable under another employer's group health plan.

"Aggregate" payments, benefits or amounts mean those calculated for the current calendar year.

If Medicare benefits are paid for expenses not covered under this Plan, they will not be used to reduce our benefits. In the case of services and supplies for which Medicare makes direct reimbursement to the provider, the amount of expenses and Medicare benefits will be determined on the basis of the reasonable and customary charges for the services and supplies.

## EFFECT OF MEDICAL EXPENSE COVERAGE UNDER A HEALTH MAINTENANCE ORGANIZATION PLAN

Regardless of any other provision of this Plan to the contrary, the following applies to you and your eligible dependents who are enrolled in a health maintenance organization ("HMO") plan offered by your Employer as an alternate to the Medical Expense Benefits coverage under this Plan:

(1) Neither you nor your eligible dependents shall be a member of an eligible class for the Medical Expense Benefits under this Plan.

(2) No Medical Expense Benefits will be payable under this Plan with respect to charges for services and supplies furnished while you and your eligible dependents are enrolled in such an HMO plan.

### Persons Previously Enrolled in a Health Maintenance Organization.

If the above paragraph applies to you and you cease to be enrolled in an HMO plan offered by your Employer as an alternate to the Medical Expense Benefits under this Plan, you may, notwithstanding any other provisions for becoming covered by the Medical Expense Benefits under this Plan, become covered for such benefits in accordance with (1) or (2) below:

(1) You will become covered immediately under this Plan upon such cessation, if all of the following are then satisfied —

  (a) In the case of an employee, you are a member of an eligible class for this Plan; in the case of your dependents, they are eligible dependents and you are covered by the Medical Expense Benefit coverage of this Plan and elect to have contributory coverage for your eligible dependents.

  (b) You elect the Medical Expense Benefits coverage under this Plan with respect to yourself and your eligible dependents either —

    (i) during an annual enrollment period established by your Employer for electing medical coverage alternatives offered by your Employer; or

    (ii) immediately upon ceasing to be enrolled in an HMO plan due to a change of residence or to the HMO ceasing operation or to maintain an agreement with your Employer.

(2) If you and your eligible dependents do not become covered by the Medical Expense Benefit coverage in accordance with the above, you may obtain such coverage in accordance with the terms of this Plan exclusive of this section.

### Non-Duplication of Benefits.

The following shall in no event be considered a service or supply giving rise to an eligible charge under any Medical Expense Benefit coverage under this Plan:

  Any service or supply provided on a prepayment basis by an HMO plan in accordance with an agreement between your Employer and the HMO whereby the HMO is offered by the Employer as an alternative to the Medical Expense Benefits under this Plan.

### Terms and Conditions of HMO Plan Coverage.

If you elect to obtain your Medical Expense Benefits coverage through an HMO plan offered by your Employer, you must also obtain Medical Expense Benefits coverage for your eligible dependents under such HMO plan. Medical Expense Benefits coverage under an HMO plan is contributory.

Also if you elect to obtain your Medical Expense Benefits coverage for yourself and your eligible dependents through an HMO plan offered by your Employer, you shall be deemed to have agreed to and to be bound by the terms and conditions of the contract between the HMO and your Employer pursuant to which such benefits are made available.

# Termination of Coverage Provisions

When your employment with your Employer terminates or you cease to be a member of a class eligible for coverage under any part of this Plan, your coverage under this Plan or the applicable part thereof will cease. If you are required to make contributions for any of the coverages provided under this Plan and you fail to make such contributions, such contributory coverage(s) will cease, unless terminated sooner for other reasons, at the end of the period for which contribution has been made. Satisfactory evidence of good health must be furnished before such contributory coverage(s) can again be obtained.

Your coverage under a particular part or parts of this Plan will also terminate if this Plan or the applicable part thereof is discontinued.

Ceasing active work will be considered to be immediate termination of employment, except that if you are absent from active work because of temporary lay-off, or approved leave of absence, employment may be deemed to continue for the purposes of some of the coverages up to the limits specified by your Employer.

You and your covered dependents will continue to be eligible to receive Medical Expense Benefits and Dental Benefits under this Plan if you are unable to work because of a Total Disability during the Period of Total Disability and during which you receive Long Term Disability Benefits for a period not to exceed thirty (30) months from the date the Period of Total Disability begins.

For Long Term Disability coverage, if you are absent from active work because of temporary lay-off or leave of absence, your employment will be deemed (except Long Term Disability coverage) to terminate on your last full day of active work prior to the start of the lay-off or leave of absence.

If you are absent from active work because of a leave of absence approved by your Employer, your employment may be deemed to continue for the purposes of this Plan (except Long Term Disability coverage) up to two years as specified by your Employer.

If you cease active work for any reason, you should find out immediately from your Employer what coverages, if any, can be continued in force.

## Dependents Coverage Only

A dependent's coverage under this Plan will terminate at the earliest of the following dates (a) upon discontinuance of all dependents coverage under this Plan, (b) when you cease to be in a class of employees eligible for dependents coverage, (c) when a dependent becomes covered for employee coverage, (d) when a dependent ceases to meet this Plan's definition of an eligible dependent, (e) when your employee coverage terminates, or (f) failure to make required contributions when due.

## Continuation of Coverage for Handicapped Children

If you have an unmarried dependent child who is fully handicapped and who is covered under this Plan at the time he reaches the maximum eligibility age for coverage of dependent children, such child's coverage under this Plan (except any life insurance) will be continued, as long as such child remains fully handicapped, until the earliest termination of your dependent coverage under this Plan, for any of the reasons stated in the previous section other than the age of such child.

Your dependent child is considered fully handicapped if he/she is unable to earn his/her own living because he/she is mentally retarded or physically handicapped and he/she depends chiefly on you for support and maintenance.

Proof that your dependent child is fully handicapped must be submitted not later than 31 days after he/she would have ceased to be covered as a dependent under this Plan because of age. Your Employer also has the right to require, at reasonable intervals, proof that your child has been fully handicapped continuously since the last proof was submitted. After your child's coverage has been continued under this section for two years, this proof will not be required more often than once a year. If you fail to submit any required proof, or refuse to permit medical examination of your child, he/she will be considered to be no longer fully handicapped.

## MEDICAL EXPENSE BENEFITS COVERAGES FOR RETIRED EMPLOYEES

The following Medical Expense Benefits Coverages are provided to retired employees and their dependents who meet the eligibility requirements.

### Mirror Medicare Coverage

Mirror Medicare Coverage applies if the following conditions are met:

1.  You are retired from your Employer; and

2.  At the time of your retirement from your Employer you have at least 10 years of service with your Employer or affiliates of your Employer; and

3.  You are at least 55 years of age;

4.  You and your eligible dependents are not eligible for coverage under Part A or Part B of Medicare (see definition below).

Mirror Medicare Coverage will pay benefits for those charges which are Medicare Eligible Expenses (see definition below) under Part A or Part B of Medicare. The amount of benefits to be paid for these charges will be determined in the same way as the benefits are determined under Medicare. This means that the deductibles, benefit percentages, maximums per calendar year and lifetime, and exclusions which apply are the same as those which are then in effect under Medicare. The benefits will change when Medicare changes.

The following standard provisions of Medical Expense Benefits Coverage, as described in this Plan, will continue to apply to Mirror Medicare Coverage:

1. Exclusion of ''Charges for Unnecessary Services and Supplies'' and ''Charges in Excess of Usual and Prevailing Charge''.

2. Provisions for Coordination of Benefits under this Plan with other plans.

3. ''Eligible Dependents'' eligibility provisions.

Mirror Medicare Coverage for your eligible dependents is available on a contributory basis commencing with your coverage.

Mirror Medicare Coverage for you will cease on the earliest to occur of (i) your becoming eligible for coverage under Part A or Part B of Medicare, (ii) your death, or (iii) discontinuance of this Plan or this part of this Plan. Contributory Mirror Medicare Coverage for an eligible covered dependent will cease on the earliest to occur of (i) failure to make required contributions when due, (ii) a covered dependent ceasing to meet this Plan's definition of an eligible dependent, (iii) a covered dependent becoming eligible under Part A or Part B of Medicare (iv) death of the covered dependent, or (v) discontinuance of this Plan or this part of this Plan.

## Definitions

Medicare means Title XVIII (Health Insurance for the Aged) of the United States Social Security Act, as amended from time to time.

Medicare Eligible Expenses means health care expenses of the kinds covered by Medicare to the extent allowable and medically necessary under Medicare.

### Medicare Supplemental Medical Expense Coverage

Medicare Supplemental Medical Expense Coverage applies only if the following conditions are met:

1. You are retired from your Employer; and

2. You are at least 55 years of age; and

3. At the time of your retirement from your Employer, if you retire between the age 55 and before age 65, you have at least 10 years of service with your Employer or affiliates of your Employer, or

   At the time of your retirement from your Employer, if you retire at age 65 or later, you have at least 5 years of service with your Employer or affiliates of your Employer; and

4. You are covered either by Mirror Medicare coverage under this Plan or by Part A or Part B of Medicare. Medicare Supplemental Medical Expense coverage is available to you only a contributory basis.

Medicare Supplemental Medical Expense coverage will pay the following benefits:

1. The deductible on Medicare reimbursements under Part A or Part B of Medicare; and

2. 80% of the cost of out-of-hospital prescription drugs and of the cost of out-of-hospital private duty nursing care by a registered graduate nurse (other than a relative) subject to a $50 annual deductible.

Medicare Supplemental Medical Expense coverage for your eligible dependents on a contributory basis commencing with your coverage.

The following standard provisions of Medical Expense Benefits coverage will continue to apply to Medicare Supplemental Medical Expense coverage:

1. Exclusion of ''Charges for Unnecessary Services and Supplies'' and ''Charges in Excess of Usual and Prevailing Charge''.

2. Provisions for Coordination of Benefits under this Plan and other plans.

3. "Eligible Dependents" eligibility provisions.

Medicare Supplemental Medical Expense coverage for you will cease on the earliest to occur of (i) failure to make required contributions when due, (ii) your death, or (iii) discontinuance of this Plan or this part of this Plan.

Medicare Supplemental Medical Expense coverage for your eligible covered dependents will cease on the earliest to occur of (i) failure to make required contributions when due (ii) a covered dependent ceasing to meet this Plan's definition of an eligible dependent, (iii) death of the covered dependent, or (iv) discontinuance of this Plan or this part of this Plan.

# ELECTIVE CONTINUATION OF MEDICAL EXPENSE AND DENTAL EXPENSE BENEFITS

## Overview

This section sets out the conditions under which you and your dependents who are covered by the Medical Expense and Dental Expense coverage of this Plan, including alternative health maintenance organization coverage, may elect to purchase continuation of such Medical Expense and Dental Expense coverage after that point in time when coverage would otherwise terminate under this Plan. The option to elect to purchase continuation of coverage as described in this section applies only to Medical Expense and Dental Expense Benefits, including alternative health maintenance organization coverage, as offered under the Plan from time to time, and does not extend to any other benefits described in this Plan.

## Who May Elect Continuation of Coverage

Each "qualified beneficiary" (as defined below) under this Plan who, pursuant to the terms of this Plan, would lose Medical Expense and Dental Expense coverage under this Plan upon the occurrence of a "qualifying event" (as defined below) may elect to purchase continuation of such Medical Expense and Dental Expense coverage for the applicable additional time period specified below in this section.

## Definitions

For purposes of this section, "covered employee" means an employee who is (or was) covered by the Medical Expense and Dental Expense coverage portions of this Plan, including alternative health maintenance organization coverage, by virtue of the eligibility provisions of the Plan.

For purposes of this section, "qualified beneficiary" means:

(a) The spouse and/or dependent children of a covered employee, if, on the day before the occurrence of the qualifying event such spouse and/or dependent children were actually covered by the Medical Expense and Dental Expense coverage portions of this Plan, including alternative health maintenance organization coverage; and

(b) The covered employee, himself/herself, if the qualifying event is termination of employment (for other than gross misconduct) or reduction of work hours.

For purposes of this section, "qualifying event" shall mean any of the following events occurring to a covered employee which will result in the termination of Medical Expense and Dental Expense coverage under this Plan of a qualified beneficiary:

(a) Death of a covered employee;

(b) Termination of employment (for other than gross misconduct) or reduction in work hours of a covered employee;

(c) Divorce or legal separation of a covered employee from his or her spouse; or

(d) A dependent child ceasing to be an eligible dependent pursuant to the eligibility provisions of this Plan.

(e) A covered employee becoming entitled to benefits under Title XVIII of the Social Security Act.

(f) Loss of coverage upon completion of 24 months on Long Term Disability as determined pursuant to this Group Benefits Plan.

(See below regarding employee notification requirements concerning certain qualifying events).

For purposes of this section "termination of Medical Expense and Dental Expense coverage" shall mean the date when full Medical Expense and Dental Expense coverage, including alternative health maintenance organization coverage, terminates as a result of a qualifying event, even though under certain circumstances Medical Expense and/or Dental Expense coverage may continue for a limited period of time after the qualifying event as described in the provisions of this Plan dealing with extension of benefits.

**Period of Continuation of Coverage**

If a qualified beneficiary elects to purchase continuation of Medical Expense and Dental Expense coverage under this Plan pursuant to this section, the maximum duration of such continuation Medical Expense and Dental Expense coverage which may be purchased shall be as follows:

| QUALIFYING EVENT | QUALIFIED BENEFICIARY(IES) | MAXIMUM COVERAGE FROM TIME OF QUALIFYING EVENT |
|---|---|---|
| Termination of employment of covered employee (for other than gross misconduct) | Employee, spouse dependent children | 18 months |
| Reduction in work hours of covered employee | Employee, spouse, dependent children | 18 months |
| Death of covered employee | Spouse, dependent children | 36 months |
| Divorce or legal separation of covered employee from his/her spouse | Spouse, dependent children | 36 months |
| Dependent child ceases to be an eligible dependent child under the eligibility provisions of this Plan | Affected dependent child | 36 months |
| Covered employee becoming entitled to Medicare pursuant to Title XVIII of the Social Security Act | Spouse, dependent children | 36 months |
| Covered employee completing 24 months on long term disability | Spouse, dependent children | 18 months |

If there are multiple qualifying events, the maximum period of coverage shall be calculated from the date of the earliest qualifying event.

The maximum period of coverage shall be reduced by any period of time which Medical Expense and Dental Expense Benefits are extended beyond the time a qualifying event occurs. Such extension of Medical Expense and Dental Expense Benefits shall include, but not be limited to any extension of coverage pursuant to the Northern Telecom Inc. Severance Allowance Plan and other similar severance plan or arrangement.

Prior to the end of the maximum coverage period, the occurrence of the following events will result in the automatic discontinuation, as of the date of such occurrence, of any continuation of Medical Expense and Dental Expense coverage which may have been elected by a qualified beneficiary under this section.

(a)  The date the Employer ceases to provide any medical expense and/or dental expense coverage to any of its employees;

(b)  The date on which a qualified beneficiary fails to make timely payment of the premiums required for continuation of Medical Expense and Dental Expense coverage under this section (See below concerning premium payment requirements);

(c)  The date on which a qualified beneficiary becomes covered by any other group health plan; or

(d)  The date on which a qualified beneficiary becomes entitled for Medicare benefits.

If a qualified beneficiary has elected to purchase continuation of Medical Expense and Dental Expense coverage under this Plan, such qualified beneficiary may voluntarily discontinue such continuation coverage at any time prior to the end of the maximum coverage period.

## Election Time Period

A qualified beneficiary has a period of time to elect to purchase continuation of Medical Expense and Dental Expense coverage under this Plan beginning on the date that medical expense and dental expense coverage terminates under the terms of this Plan as a result of qualifying event and ending no earlier than sixty (60) days after the later of:

(a)  the date the Medical Expense and Dental Expense coverage terminates under the terms of the Plan as a result of the qualifying event; or

(b)  in the case of qualified beneficiaries who receive notice pursuant to the notification provisions of this section below, the date of such notice.

Unless an election expressly provides to the contrary, any election to continue Medical Expense and Dental Expense coverage by a qualified beneficiary who is either a covered employee or the spouse of a covered employee shall be deemed to include any other qualified beneficiaries in the family group of the covered employee or spouse making the election.

The continuation Medical Expense and Dental Expense coverage which may be purchased as a result of an election under this section shall include the coverages offered from time to time under the Plan to similarly situated employees and dependents who have not been affected by a qualifying event, including the election to continue medical and dental coverage under an applicable health maintenance organization available under the alternate health maintenance organization coverage provisions of this Plan.

## Premiums for Continuation of Coverage

Each qualified beneficiary who elects to purchase continuation of Medical Expense and Dental Expense coverage shall pay to the Employer a monthly premium as a condition of maintaining such continuation of coverage.

The amount of such monthly premium shall be determined by this Plan administrator pursuant to applicable law.

Each monthly premium shall be due and payable monthly in advance of the coverage month to which the premium applies, except that the premium applicable to the period of continuation coverage between the date that Medical Expense and Dental Expense coverage terminates under this Plan and the date of election to purchase continuation of such coverage shall be due and payable within forty-five (45) days after the date of election.

No invoices shall be issued by this Plan with respect to premium payments, except that, at the time of election to purchase continuation of Medical Expense and Dental Expense coverage, each electing qualified beneficiary shall be informed of the amount of the monthly premium and the amount of the premium which must be paid within forty-five (45) days after the date of election. It is the responsibility of each qualified beneficiary who has elected to purchase continuation of Medical Expense and Dental Expense coverage to pay the monthly premiums on a timely basis in accordance with the above.

If a qualified beneficiary fails to pay the monthly premiums(s) within the time required, as specified above, the continuation of Medical Expense and Dental Expense coverage shall automatically terminate as of the day after the last day of continuation coverage for which premiums have been paid.

## Notice Concerning Qualifying Events

Each covered employee or qualified beneficiary is responsible for notifying this Plan of the occurrence of any of the following qualifying events:

(a)  Divorce or legal separation of a covered employee from his/her spouse; or

(b)  A dependent child covered under this Plan ceasing to be an eligible dependent pursuant to the eligibility provisions of this Plan.

Such notice shall be in writing addressed to the Human Resources manager of the covered employee's business unit of the Employer and must be given by the covered employee or qualified beneficiary within 60 days of the event specified in (a) or (b) above.

The Employer is responsible for notifying this Plan of the occurrence of any of the following qualifying events:

(a)  Death of a covered employee; or

(b)  Termination of employment or reduction of work hours of a covered employee.

**Notice by the Plan**

Within fourteen (14) days after becoming aware of the occurrence of a qualifying event through notice from the Employer or from the covered employee or qualified beneficiary, as applicable, the Plan administrator shall notify in writing each individual who is a qualified beneficiary as a result of such qualifying event of such individual's right to elect to purchase continuation of Medical Expense and Dental Expense coverage under this section.

Any such notice by this Plan to an individual who is a qualified beneficiary because such individual is the spouse of a covered employee shall be deemed to be notice to all other qualified beneficiaries residing with such spouse at the time of notice.

Such notice shall be given by mailing the notice to the last known address known to this Plan of each such qualified beneficiary. A spouse and dependent children will be presumed to reside with the covered employee unless this Plan is advised of another address.

**Nondiscrimination**

The right to elect to purchase continuation of Medical Expense and Dental Expense coverage under this section is not conditioned upon any qualified beneficiary providing evidence of insurability.

# Extension of Benefits

**Long Term Disability Coverage**

If a period of total disability is in progress when your coverage terminates, you will continue to be eligible to receive the Long Term Disability Benefits as long as they would otherwise be available under this Plan.

**Hospice Care Coverage**

If you or a covered eligible dependent is totally disabled and under a doctor's care on the date coverage under this Plan terminates. Hospice Care Expense Benefits during that disability will be extended for up to three months if coverage terminated because (a) the Plan was terminated, or (b) the Hospice Care Expense Benefits portion of the Plan was terminated, or (c) the Hospice Care Expense Benefits portion of the Plan was terminated for the person's class. If such Hospice Care Expense Benefits coverage terminates for any other reason, Hospice Care Expense Benefits during that disability will be extended for up to 12 months.

Extended Hospice Care Expense benefits will cease immediately when a person becomes covered under any other group plan for benefits of a similar type.

**Dental Expense Coverage**

Benefits after termination of coverage are continued for Covered Dental Expenses incurred within one month following termination and while this Plan is in force, if such charges are incurred because of a condition which existed on the date of termination and for which a plan of treatment was approved and commenced while covered.

# Conversion Privilege For Medical Expense

If the Medical Expense Benefits for you and your covered eligible dependents are terminated through termination of your employment or transfer out of an eligible class, you may, subject to established rules, obtain a Prudential individual policy of medical care benefits. The benefits and provisions of the individual policy differ from those of this Plan.

This conversion privilege also is available to your covered eligible dependents if you die while an employee and to your covered dependents who cease to be eligible dependents.

Application from the individual policy must be made and the first premium paid within 31 days from the termination of coverage under the Plan, and is subject to the employee having been covered under the Plan for at least 3 months.

This conversion privilege is also available to a person who elects to purchase continuation of Medical Expense Coverage under the section of this Plan entitled "Elective Continuation of Medical Expense and Dental Expense Benefits" and arises at the expiration of the maximum period of such elective continuation coverage.

Application for the individual policy must be made and the first premium paid prior to expiration of such elective continuation coverage.

Additional information may be obtained from Prudential by anyone who is eligible for an individual policy. A form to be used for this purpose will be furnished by the employer.

# General Provisions

**Employer** — The term "Employer" as used in this Plan shall mean Northern Telecom Inc. and its United States subsidiaries.

**Misstatements** — If any facts relevant to the existence or amount of coverage shall have been misstated, the true facts will determine whether or not, and how much, coverage is in force.

**Change or Discontinuance of Plan** —

**WHILE THE EMPLOYER INTENDS TO MAINTAIN THIS GROUP BENEFITS PLAN INDEFINITELY, THE EMPLOYER HAS NO OBLIGATION WHATSOEVER TO MAINTAIN THE PLAN OR TO PROVIDE ANY BENEFITS PURSUANT TO THE PLAN (INCLUDING, BUT NOT LIMITED TO, MEDICAL EXPENSE BENEFITS FOR RETIRED EMPLOYEES) FOR ANY GIVEN LENGTH OF TIME, AND RESERVES THE RIGHT TO AMEND THE PLAN AT ANY TIME OR FROM TIME TO TIME OR TO TERMINATE THE PLAN.**

**Plan** — This booklet and the Plan Supplement constitutes the Group Benefits Plan for Employees of Northern Telecom Inc. (referred to as either the "Group Benefits Plan" or the "Plan"). In the event of any question regarding the intepretation of this Booklet or the proper payment of benefits, further information may be obtained from your Employer.

**Plan Year** — The Plan Year shall be the twelve (12) month period beginning on January 1 and ending on December 31.

**Multiple Coverage** — If you are in the employ of or connected with two or more employers, you will not be eligible for multiple coverage under this Plan.

**Extension of Benefits to Former Employees**

In connection with the sale of a business, or portion thereof, involving employees covered by this Plan, the NTI Vice-President, Human Resources, may, at his discretion, extend one or more of the coverages provided in this Plan to cover former employees of the business, or portion thereof, being sold and their dependents for a period of time after they have become employees of the acquiring company as a result of the sale. Such discretionary extension of coverages(s) to former employees and their dependents shall be limited to an appropriate transition period arising in connection with such sale of a business, or portion thereof, where it is not reasonably practicable for the acquiring company to provide comparable coverage(s) to such former employees and their dependents immediately upon consumation of the sale and their becoming employees of the acquiring company.

**THE FOLLOWING PROVISIONS APPLY TO MEDICAL EXPENSE COVERAGE ONLY.**

**Definition of Physician** — A licensed practitioner of the healing arts acting within the scope of his practice. The Long Term Disability section of this Booklet contains a special definition that applies to that coverage.

**Definition of Hospital** — This means only:

(1) an institution which is accredited as a hospital under the Hospital Accreditation Program of the Joint Commission on Accreditation of Healthcare Organizations.

(2) any other institution which is operated pursuant to law, under the supervision of a staff of Physicians and with twenty-four hour a day nursing service, and which is primarily engaged in providing:
    (a) general inpatient medical care and treatment of sick and injured persons through medical, diagnostic and major surgical facilities, all of which facilities must be provided on its premises or under its control, or
    (b) specialized inpatient medical care and treatment of sick or injured persons through medical and diagnostic facilities (including x-ray and laboratory) on its premises, under its control, or through a written agreement with a Hospital (as defined above) or with a specialized provider of those facilities.

(3) an institution not meeting all the requirements of (1) or (2) but which is (a) licensed or approved as a community health center by the appropriate agency of the state in which the services are furnished, (b) qualified to provide a program for the inpatient or outpatient treatment of emotionally disturbed or mentally ill persons under a written treatment plan monitored by a physician, and (c) affiliated with a Hospital under a contractual agreement with an established system for patient referral.

(4) an institution which is (a) qualified to provide a program for the inpatient treatment of alcoholism or drug dependence under a written treatment plan monitored by a physician, (b) accredited by the Joint Commission on Accreditation of Healthcare Organizations, and (c) licensed as a residential treatment facility by the appropriate agency of the state in which it is located.

(5) an intermediate care facility.

In no event shall the term "Hospital" include a convalescent nursing home or include an institution or part thereof which (i) is used principally as a convalescent facility, rest facility, nursing facility, or facility for the aged, or (ii) furnishes primarily domiciliary or custodial care, including training in the routines of daily living, or (iii) is operated primarily as a school.

**Definition of Intermediate Care Facility** - A facility that provides care and treatment of mental, psychoneurotic, and personality disorders; alcoholism; or drug abuse through one or more specialized programs and meets all of these three tests:

(1) It is staffed by registered graduate nurses and other mental health professionals.

(2) It provides for the clinical supervision of such specialized programs by Doctors who are licensed in the state in which it is located.

(3) Each specialized program provided by it must:
    (a) provide treatment for no less than three hours nor more than twelve hours per day; and
    (b) furnish a written, individual treatment plan which states specific goals and objectives; and
    (c) maintain, at a minimum, ongoing weekly progress notes which demostrate periodic review and direct patient evaluation by the attending Doctor; and
    (d) meet either of these two tests:
        (i) It is accredited by the Joint Commission on Accreditation of Healthcare Organizations to provide the type of specialized program described above; or
        (ii) It is licensed, accredited or approved by the appropriate agency in the state in which it is located to provide the type of specialized program described above.

**Definition of Board and Room Charges** —– This includes, in addition to charges for board and room, any charges which are made by an institution as a condition of occupancy or on a regular daily or weekly basis for other services such as general nursing services.

**Definition of Custodial Care** —– Custodial care is care which consists of services and supplies, including board and room and other institutional services, furnished to an individual primarily to assist him in activities of daily living, whether or not he is disabled. These services and supplies are custodial care regardless of the practitioner or provider who prescribed, recommended or performed them.

When board and room and skilled nursing services must be combined with other necessary therapeutic services and supplies in accordance with generally accepted medical standards to establish a program of medical treatment, they will not be considered custodial care. However, to meet this test they must be provided to an individual in an institution for which coverage is available under the plan and the program of medical treatment must be one which can reasonably be expected to substantially improve the individual's medical condition.

**Definition of Convalescent Facility** —– An institution (or distinct part thereof) which meets fully every one of the following tests:

1. It is primarily engaged in and licensed to provide Skilled Nursing Services and Physical Restoration Services to convalescing patients for compensation on an inpatient basis.
2. It is providing these services on a 24-hour basis and under the full-time supervision of a physician or a registered professional nurse with licensed nursing personnel on duty at all times.
3. It maintains a complete medical record on each patient and it has a utilization review plan for all of its patients.
4. It is not other than incidentally a place for rest, for custodial care, for educational care, for the care of mental disorders or a place for the aged. Mental disorders include, but are not limited to, drug addiction, alcoholism, chronic brain syndrome and mental retardation.

A convalescent facility will be treated the same as a hospital as the term is used in determining benefits for physicians services.

**Definition of "skilled nursing services"** —– The professional services that may be rendered by a registered professional nurse or by a licensed practical nurse under the direction of a registered professional nurse.

**Definition of "physical restoration services"** —– Services which assist the patient to achieve a sufficient degree of body functioning to permit self-care in the essential activities of daily living.

**Definition of pregnancy** —– Pregnancy, including resulting childbirth, abortion or miscarriage, shall be treated as an illness for all purposes of the Plan.

**Definition of Qualified Social Worker** —– An individual who (a) is legally licensed or certified by the state in which he practices and who is in private practice, (b) has a degree in social work or social welfare from a school accredited by the Council on Social Work Education, and (c) has at least two years' work experience in psychiatric social work in a hospital, outpatient clinic, medical rehabilitation or medical care program.

**Definition of Elective Surgical Procedure** —– A non-emergency surgical procedure scheduled at the patient's convenience without jeopardizing the patient's life or causing serious impairment to the patient's bodily functions and is performed while the patient is confined in a hospital as an inpatient or in an ambulatory surgical center.

The elective surgical procedures are:

Arterial excision, graft or by-pass
Arthrotomy of knee
Caesarean section
Colectomy (excision of all or part of the colon)
Coronary bypass
Gastroplasty (obesity surgery)
Hemorrhoidectomy, internal and external only
Hernia repair, umbilical
Hysterectomy
Ileum By-pass (obesity)
Laminectomy (removal of intervertebral disc)
Lens extraction (cataract removal)
Meniscectomy (excision semilunar cartilage of knee joint)
Ocular muscles, any type of operation
Osteotomy of smaller bones (bone graft)
Pacemaker insertions
Salpingectomy and/or oophorectomy (excision of any ovary and/or uterine tube)
Tympanotomy
Tendon lesion excision, other than digits
Thyroidectomy, subtotal or partial (thyroid gland)
Tonsillectomy and/or adenoidectomy
Total knee or hip joint replacement
Transurethral prostatectomy (prostate gland)

Of course any procedure (even those listed) will not be considered elective if the operation is of an emergency nature (that is, must be scheduled without delay), as determined by the patient's surgeon.

**Definition of Ambulatory Surgical Center** —– A public or private institution that is:

(1)    established, equipped and operated primarily as a facility for performance of surgical procedures and meets the following requirements; (a) is operated under the supervision of a staff of doctors, maintains adequate medical records and provides for periodic review of the facility and its operation by a Utilization and/or Tissue Committee composed of doctors other than those owning or supervising the facility; (b) permits a surgical procedure to be performed only by a doctor privileged to perform such procedure in a hospital in its area and requires that a licensed anesthesiologist administer the anesthetics and be present during the surgical procedure, unless only local infiltration anesthetics are used; (c) provides no overnight accommodations for patients, has at least two operating rooms, one post-anesthesia recovery room and full-time services of registered nurses (R.N.) in all operating and most anesthesia recovery rooms; (d) is equipped to perform diagnostic x-ray and laboratory examinations and has the necessary equipment and trained personnel to handle

foreseeable emergencies, including a defibrillator for cardiac arrest, a tracheotomy set for airway obstruction, and a blood bank or other supply for hemorrhaging; (e) maintains written agreements with hospitals in its area for immediate acceptance of patients who develop complications or require postoperative confinement; or

(2) licensed as an ambulatory surgical center by the state in which the center is located.

**Definition of Second Surgical Opinion** — An opinion of a board certified specialist arranged through Prudential, based on his examination of the patient, of the advisability of an elective surgical procedure after another doctor, licensed to practice medicine and perform surgery, has proposed to perform surgery, but prior to the performance of the surgery.

**Definition of Third Surgical Opinion** — An opinion of the board certified specialist arranged through Prudential, of the advisability of an elective surgical procedure, based on his examination of the patient, after the second surgical opinion of another board certified specialist indicated that the proposed elective surgical procedure is not medically advisable.

**Definition of Affirmative Second or Third Surgical Opinion** — A second surgical opinion or a third surgical opinion arranged through Prudential, that confirms the advisability of the proposed elective surgical procedure.

**Definition of Board Certified Specialist** — A doctor, designated by Prudential, who holds the rank of Diplomate of an American Board (M.D.) or Certified Specialist (D.O.).

**Definition of Home Health Care Agency** — Any of the following (1) a Home Health Agency, (HHA) licensed in the jurisdiction in which the home health services are delivered, or (2) an HHA as defined in Medicare, or (3) any agency or organization which provides a program of home health care and meets all of the following requirements:

It is certified by the patient's physician as an appropriate provider of home health services;

It keeps written records of services provided to the patient;

And, it has at least one registered nurse (R.N.) or nursing care by an R.N. available to it.

**Definition of a Home Health Care Plan** — A home health care program prescribed in writing by a Physician for care and treatment of a sickness or injury in the patient's home, including certification by the Physician that inpatient confinement in a Hospital, convalescent nursing home or skilled nursing facility would be required if the home care weren't provided.

**Terminally Ill Person** — A member of the family unit whose life expectancy is six months or less, as certified by the primary attending doctor.

**Family Unit** — An employee and his covered dependents.

**Hospice Care Program** — A formal program directed by a doctor to help care for a terminally ill person. This may be through either:

(1) a centrally-administered, medically directed and nurse-coordinated program which: (a) provides a coherent system primarily of home care; (b) uses a hospice team; and (c) is available 24 hours a day, seven days a week; or

(2) confinement in a hospice.

The program must meet standards set by the National Hospice Organization and approved by Prudential. If such a program is required by a state to be licensed, certified, or registered, it must also meet that requirement to be considered a hospice care program.

**Hospice Team** — A team of professionals and volunteer workers who provide care to: (1) reduce or abate pain or other symptoms of mental or physical distress; and (2) meet the special needs arising out of the stresses of the terminal illness, dying and bereavement. The team includes at least: a doctor; a registered graduate nurse; and could include the following: a social worker; a clergyman/counselor; volunteers; a clinical psychologist; physiotherapist; and occupational therapist.

**Hospice** — A facility which provides short periods of stay for a terminally ill person in a home-like setting for either direct care or respite. This facility may be either freestanding or affiliated with a hospital. It must operate as an integral part of the hospice care program.

If such a facility is required by a state to be licensed, certified, or registered, it must also meet that requirement to be considered a hospice.

**Hospice Services** — Services and supplies furnished to a terminally ill person by: (1) a hospice; and/or (2) hospice team.

**Primary Attending Doctor** — The doctor who: (1) is treating the terminally ill person; and (2) recommends admittance to a hospice care program.

**Supervising Doctor** — The doctor directing the hospice care program.

**Remission** — A halt in the progression of a terminal disease; or an actual reduction in the extent to which the disease has already progressed.

**Counseling Services** — Supportive services provided after the death of the terminally ill person, by members of the hospice team in counseling sessions with the family unit.

## CLAIM PROVISIONS

**Time Limit on Certain Defenses** — An individual's claim, under any given coverage, for a loss which is incurred or which commences more than 2 years (1 year as to Long Term Disability Coverage) after the coverage becomes effective for the individual, will not be reduced or denied because there existed prior to the effective date, a disease or physical condition not expressly excluded from the coverage on the date of the loss.

**Proof of Loss** — Written proof of total disability under Long Term Disability coverage must be given to the Plan within 90 days after the end of the waiting period shown in the Plan Supplement and subsequent written proof of the continuance of the disability must be furnished at such intervals as the Plan may reasonably require. Written proof of loss under any other coverage must be given to the Plan within 90 days after the loss.

Proof of loss under Long Term Disability coverage must also include evidence satisfactory to the Plan that you, your spouse, child or dependent has made proper application, and reapplication within a reasonable time if benefits were denied, for all "other income benefits" payable. You need not make application for retirement benefits available only on a reduced basis or for disability benefits under a group life insurance policy if the payment would reduce the amount of life insurance, however, such benefits will be considered "other income benefits" if applied for and received. Evidence satisfactory to the Plan must be furnished that all of the proofs required to support such application or reapplication for other income benefits have been submitted, that such benefits have not subsequently been waived and of the amount of such benefits.

Late proof may be accepted only if, under the particular circumstances, it was furnished as soon as was reasonably possible, and, in any event except in the absence of your legal capacity, within one year after the time it was otherwise required.

No action at law or in equity may be brought to recover under the Plan after 3 years from the time written proof is required to be furnished.

**Payment of Claims** — All accrued benefits under Long Term Disability coverage will be paid at the end of each calendar month during the period for which benefits are payable.

In order to be considered for payment, all claims must be submitted to Prudential by December 31 of the year following the year in which the claim was incurred.

A Long Term Disability Benefit payable for less than a full month will be pro-rated on the basis of one-thirtieth of the monthly benefit for each day of eligibility for payment.

Benefits payable for any other loss will be paid immediately upon receipt of due written proof of loss. All benefits will be payable to you. However, unless you request otherwise in writing not later than the time proof of loss is filed, the Plan may pay any part or all of any benefits provided on account of hospital, nursing, medical or surgical service directly to the hospital or person providing the services.

If any benefit is payable to you, and you are a minor or otherwise not competent to give a valid release, or if any benefit is payable to your estate, the Plan may deduct up to $1,000 from the benefit payable and pay it to any of your relatives (by blood or marriage) whom it believes is fairly entitled to it.

The Plan at its own expense will have the right and opportunity to examine the person of any individual whose injury or disease is the basis of a claim when and as often as it may reasonably require during the period for which such individual claims benefits. The Plan will also have the right to recover any overpayment of Long Term Disability benefits either directly from you or by deduction from your future monthly income benefit payments.

**Determination of Fact** — The Employer's determination in good faith (subject to adjustment for error) of the existence and duration of your employment, any absence from work, and of any facts relating to your monthly rate of basic earnings or any Employer retirement plan, will be binding on all persons for the purposes of the Long Term Disability Benefit coverage.

**Third Party Liability** — In the event that you or one of your covered eligible dependants ("Claimant") suffers an injury or illness covered by the medical and/or dental coverage portions of this Plan which injury or illness is caused by a third party, that is, by a person, corporation or other legal entity other than the person for whom a claim for medical and/or dental benefits under this Plan is being made ("Responsible Third Party"), you agree in good faith to pursue a claim against such Responsible Third Party for recovery of the value of the medical and/or dental benefits paid by this Plan in connection with such injury or illness.

To the extent payments for medical and/or dental expenses resulting from such injury or illness are made to a Claimant or his/her legal representative, or may be made to a Claimant or his/her legal representative in the future, by or for the Responsible Third Party (as a result of a legal judgment, settlement or in any other manner) such expenses are excluded from the Claimant's Medical and Dental Expense coverage under this Plan.

When a Claimant files a claim for Medical and/or Dental Expense benefits under this Plan which benefits would be payable but for the above exclusion, this Plan will pay such benefits provided:

(1) That payment for such benefits has not yet been made to the Claimant or his/ her representative by or for the Responsible Third Party; and

(2) That the Claimant (or, if incapable, his/her legal representative) agrees in writing, using a form designated by this Plan, to promptly pay back to this Plan the amounts of any Medical and Dental Expense benefits so paid by this Plan in connection with such injury or illness to the extent of any payments made to the Claimant or his representative by or for the Responsible Third Party. This agreement shall apply (a) whether or not liability for the injury or illness is admitted by the Responsible Third Party, and (b) whether or not the payments from the Responsible Third Party itemize what they are for. A reasonable apportionment of the fees and costs incurred by the Claimant in pursuing a recovery from the Responsible Third Party may be deducted from amounts to be repaid to this Plan.

When any payments are made to a Claimant or his representative by or for a Responsible Third Party, such payments shall first be applied to reimburse this Plan for Medical and/or Dental Expense benefits previously paid by this Plan in connection with the injury or illness. To the extent such payments to a Claimant or his representative by the Responsible Third Party exceed such reimbursable amount, the future Medical and/or Dental Expense benefits payable under this Plan in connection with the injury or illness shall be redetermined by reducing the amount of such benefits by the amount of the payments made or to be made to the Claimant or his representative by or for the Responsible Third Party.

The Claimant agrees that amounts reimbursable to this Plan in accordance with the above may, as payments are received by the Claimant or his representative from or for the Responsible Third Party, be deducted from other Medical and/or Dental Expense benefits payable by the plan to the Claimant.

When a final judgment or settlement payment is received from or for the Responsible Third Party by the Claimant or his representative such that no future or additional payments will be received from or for the Responsible Third Party and when, based on such final payment from or for the Responsible Third Party, reimbursement of this Plan and a redetermination of medical and/or dental benefits payable by the Plan as to known future treatment of the Claimant in connection with the injury or illness have been made, the Claimant agrees to and shall continue to be obligated to reimburse the Plan, from any remaining portion of the payments from the Responsible Third Party previously retained by the Claimant or his repesentative, for any subsequent Medical and/or Dental Expense benefits paid by this Plan in connection with treatment for the injury or illness occurring within twenty-four (24) months after the redetermination of medical and/or dental benefits made at the time of the final judgment or settlement and not included in such redetermination.

There shall be no obligation by the Claimant to reimburse this Plan for Medical and/or Dental Expense benefits payable under this Plan for treatment for the injury or illness occurring more than twenty-four (24) months after the redetermination of benefits made at the time of the final judgment or settlement payment which treatment was not included as part of such redetermination.

Each Claimant or his/her representative shall promptly notify this Plan of the name of any Responsible Third Party involved in an injury or illness for which the Claimant seeks to receive Medical and/or Dental Expense benefits under this Plan. Each Claimant shall keep this Plan fully informed of all actions being taken by the Claimant to obtain a recovery from the Responsible Third Party, including informing this Plan of any payments received from the Responsible Third Party, any final judgment recovered against the Responsible Third Party or any discussions with the Responsible Third Party concerning settlement of the claim.

This Plan shall have the right to review any proposed settlement of the Claimant's claim for recovery from the Responsible Third Party and this Plan shall have the express right, at its option, to reject any such settlement which does not adequately provide for the recovery from the Responsible Third Party of Medical and/or Dental Expense benefits paid or to be paid by this Plan to the Claimant in connection with the injury or illness. The Claimant agrees not to enter into any settlement with the Responsible Third Party which has been reasonably rejected by this Plan as provided for above.

# Part III
# Insurance Certificate
# and
# Summary Plan Description

# THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

CERTIFIES that insurance is provided for certain Employees under Group Policy G-34900

POLICYHOLDER

## NORTHERN TELECOM INC.

EMPLOYEES INSURED — The Employees who are eligible to become insured under the Group Policy and the effective dates of their insurance are determined by the Eligibility Provisions of the Employee Benefit Plan Booklet in which this Certificate is included. Termination of Insurance is governed by the Termination of Employee Insurance and Termination of Dependents Insurance sections of the Certificate.

BENEFICIARY FOR DEATH BENEFITS — See Beneficiary Provisions of the Certificate.

AMOUNTS OF INSURANCE — See Coverage Schedule of the Certificate.

The provisions of the Group Policy principally affecting the insurance provided for eligible Employees are summarized in the Certificate. A Certificate issued to an Employee replaces any certificates previously issued with respect to the Group Coverage or Coverages summarized. All benefits are subject in every respect to the Group Policy, which alone constitutes the agreement under which payments are made.

### THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

GROUP INSURANCE CERTIFICATE

GRP 31300
CERT                          78                    (1-102) ED 6-66

---

COVERAGE SCHEDULE

(The pages which follow refer to this Schedule)

Employee Term Life Insurance — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount is described in the Plan Supplement made a part of the Employee Plan Booklet in which this Certificate is included.

Employee Accidental Death and Dismemberment Insurance — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount is described in the Plan Supplement made a part of the Employee Plan Booklet in which this Certificate is included.

Dependents Term Life Insurance — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount applicable to each of an Employee's dependents is described in the Plan Supplement made a part of the Employee Plan Booklet in which this Certificate is included.

Dependent Spouse Term Life Coverage — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount ($10,000 or $20,000) elected by the Employee on the enrollment card for Optional Contributory Spouse Term Life Insurance, but not more than 50% of the Employee's total amount of Employee Term Life Insurance.

GRP 31300                              (2-101) ED 3-66
CERT

---

DEFERMENT OF EFFECTIVE DATE

Employee Insurance: If the Employee is both disabled and away from work when he would otherwise become insured for Employee Insurance under a coverage or when any adjustment in the benefits under such insurance would take effect, the effective date of such insurance or adjustment will be deferred until the first day thereafter on which he returns to active work.

Dependents Insurance: If Dependents Insurance applies to an Employee, he will be insured for such insurance with respect to each of his qualified dependents, subject to the following —

(1)  An Employee shall not become insured for any Dependents Insurance unless he is insured for Employee Insurance.

(2)  An Employee shall not be insured with respect to any qualified dependent for whom evidence of insurability satisfactory to Prudential is required because of late enrollment or enrollment after previous termination of any insurance because of failure to contribute.

79

DEFERMENT OF EFFECTIVE DATE — Continued

(3)  If any qualified dependent is confined for medical care or treatment either in an institution or at home on the date any Dependents Insurance under a coverage, or adjustment thereof, would otherwise become effective with respect to that dependent, such insurance or adjustment will be deferred until his final medical release from all such confinement. This paragraph (3) will not operate to defer the effective date of an Employee's Dependents Term Life Insurance with respect to a child who is born to the Employee, and becomes a qualified dependent under that insurance at fourteen days of age, while the Employee is continuously insured under that insurance with respect to one or more other dependents.

GENERAL DEFINITIONS

The Employer: When the term "the Employer" is used, it means collectively all employers included under the Group Policy.

Covered Individual under a coverage: An Employee who is insured for Employee Insurance; a qualified dependent with respect to whom an Employee is insured for Dependents Insurance.

Qualified Dependent:

A.  For Dependents Term Life Insurance —

An Employee's spouse or unmarried child, other than (1) a person after that person has ceased to be a spouse of the Employee by reason of divorce or annulment; (2) a child less than fourteen days of age; (3) a child nineteen or more years of age unless (a) wholly dependent upon the Employee for support and maintenance, (b) enrolled as a full-time student in an educational institution, and (c) less than twenty-five years of age; (4) a spouse or child who (a) has complied with all requirements for becoming insured for Employee Term Life Insurance under the Group Policy other than the requirement that he have no protection under any Dependents Term Life Insurance of the Group Policy, or (b) has any protection under such Employee Term Life Insurance following termination of such insurance; (5) a spouse or child on active duty in any military, naval or air force of any country; and (6) a spouse or child who is insured for Employee Insurance under the Group Policy.

An Employee's children include, in addition to legally adopted children, any stepchildren, foster children or children for whom the Employee is a legal guardian provided they are dependent on the Employee for support and maintenance and live with the Employee in a regular parent-child relationship.

A child shall not be a qualified dependent of more than one Employee. If more than one Employee would otherwise be insured under the Group Policy with respect to a child as a qualified dependent, the child will be considered to be the qualified dependent only of that one of such Employees with the longest period of continuous service with the Employer according to the Policyholder's records, unless otherwise determined by the mutual written agreement of all such Employees filed with the Policyholder.

B.  For Dependent Spouse Term Life Coverage —

An Employee's spouse, other than (1) a person after that person has ceased to be a spouse of the Employee by reason of divorce or annulment; (2) a spouse who

80

GENERAL DEFINITIONS — Continued

(a) has complied with all the requirements for becoming insured for Employee Term Life Insurance under the Group Policy other than the requirement that he have no protection under Dependent Spouse Term Life Coverage of the Group Policy, or (b) has any protection under such Employee Term Life Insurance following termination of such insurance; and (3) a spouse on active duty in any military, naval or air force of any country.

Physician: A licensed practitioner of the healing arts acting within the scope of his practice.

Prudential's Home Office: Prudential's Home Office in Newark, New Jersey, or any of its other Home or Head Offices.

GRP 31300
CERT                                    (3-101)

EMPLOYEE TERM LIFE INSURANCE

## A.   DEATH BENEFIT WHILE A COVERED INDIVIDUAL.

If the Employee dies while a covered individual, the amount of his insurance under this Coverage is payable when Prudential receives due written proof of death.

## B.   DEATH BENEFITS DURING CONVERSION PERIOD.

This benefit is payable if the Employee dies within thirty-one days after he ceased to be a covered individual and while entitled (under Section C) to a conversion of his insurance under this Coverage to an individual policy.

An amount equal to that which might have been issued under the individual policy is payable under the Group Policy when Prudential receives due written proof of death, whether or not the Employee applied for conversion.

## C.   CONVERSION PRIVILEGE.

An Employee ceasing to be a covered individual may convert his insurance under this Coverage to an individual policy of life insurance, without evidence of insurability, if he then ceases to be insured under the Group Policy by reason of-

(1)   termination of his membership in the classes eligible for such insurance or

(2)   termination, by amendment or otherwise, of the provisions for such insurance as to the eligible class of which he is a member, provided that at the date of such termination he has been so insured under such provisions (or under such provisions and any Prudential rider or group policy replaced by such provisions) for at least five years prior to such termination date.

Any such conversion shall be subject to the remainder of this Section.

**Availability:** The individual policy will be issued only if written application and the first premium payment for it are made to Prudential within thirty-one days after such cessation.

**Individual Policy Requirements:** The individual policy must conform to the following—

Amount—not in excess of the amount of his insurance under this Coverage at such cessation. Furthermore, if such cessation occurs by reason of termination, by amendment or otherwise, of the term life insurance provisions of the Group Policy as to his class, the total amount of individual insurance obtainable with respect to all his life insurance then terminating under the Group Policy shall in no event exceed the lesser of (1) the total amount of such insurance then terminating, reduced by the amount of any life insurance for which he is or becomes eligible under any group life insurance coverage issued by any insurance carrier within thirty-one days thereafter, and (2) $2,000.

EMPLOYEE TERM LIFE INSURANCE — Continued

Form—Any form of life insurance contract that:

(1)   conforms to Title VII of the Civil Rights Act of 1964, as amended, having no distinction based on sex; and

(2)   is one that Prudential usually issues at the age and amount applied for.

This does not include term insurance of a contract with disability or supplementary benefits.

GRP 85582

Premium—based on Prudential's rate applicable to its form and amount, to the class of risk to which he belongs, and to his attained age on its effective date.

Effective Date—at the end of the thirty-one day period during which application for it may be made.

———————————

Any death benefit provided under a section of this Coverage is payable in accordance with that section and the Group Policy's Beneficiary and Mode of Settlement provisions.

———————————

GRP 31300                                    Group Employee Term Life Insurance
LIFE R-201 (as modified by GRP 85582)        Coverage LIFE 201(7-9)

———————————

EMPLOYEE ACCIDENTAL DEATH AND
DISMEMBERMENT INSURANCE

**Payable for:** The Employee's loss of life, sight, hand or foot.

Loss of sight means total and irrecoverable loss of sight. Loss of a hand or foot means loss by severance at or above the wrist or ankle.

**Conditions for Benefit:** All of the following—
(1)  The Employee sustained an accidental bodily injury while a covered individual.
(2)  The injury, directly and independently of all other causes, resulted in the loss.
(3)  The loss occurred within ninety days after the injury was sustained.

**Amount Payable:**

| | For Loss of |
|---|---|
| Life<br>Both Hands<br>Both Feet<br>Sight of Both Eyes<br>One Hand and One Foot<br>One Hand and Sight of One Eye<br>One Foot and Sight of One Eye | The Employee's amount of insurance under this Coverage |
| One Hand<br>One Foot<br>Sight of One Eye | One-half the Employee's amount of insurance under this Coverage |

Amount Limitation—The amount payable for all losses of the Employee as the result of the same accident is limited to his amount of insurance under this Coverage.

**Not Covered:** Any loss which results—
(1)  from suicide or attempted suicide, whether the Employee is sane or insane, or
(2)  directly or indirectly from bodily or mental infirmity or disease or medical or surgical treatment thereof, or
(3)  from any infection, other than a pyogenic infection occurring through and at the time of an accidental cut or wound, or
(4)  from war or any act of war ("war" means declared or undeclared war and includes resistance to armed aggression), or
(5)  directly or indirectly while participating in the commission of an assualt or felony.

_____

Each benefit of this Coverage is payable to the Employee, except that any benefit unpaid at his death or becoming payable on account of his death will be paid to his Beneficiary or Beneficiaries determined under the Group Policy's Beneficiary Provisions. Payment is subject to the Group Policy's Claim Provisions.

_____

GRP 31300
AD&D R-101    ED 3-66

Group Employee Accidental Death
and Dismemberment Insurance
Coverage AD&D 101(7-70)

_____

## DEPENDENTS TERM LIFE INSURANCE

### A.   DEATH BENEFIT WHILE A COVERED INDIVIDUAL.

If a dependent dies while a covered individual, the amount of insurance on the dependent under this Coverage is payable when Prudential receives due written proof of death.

### B.   DEATH BENEFIT DURING CONVERSION PERIOD.

This benefit is payable if a dependent dies within thirty-one days after ceasing to be a covered individual and while entitled (under Section C) to a conversion of the insurance to an individual policy.

An amount equal to that which might have been issued under the individual policy is payable under the Group Policy when Prudential receives due written proof of death, whether or not application for conversion has been made.

### C.   CONVERSION PRIVILEGE.

A dependent ceasing to be a covered individual may have the insurance on him under this Coverage converted to an individual policy of life insurance without evidence of insurability, if the Employee then ceases to be insured for Dependents Term Life Insurance under the Group Policy with respect to that dependent for any reason other than:

(1)   termination, by amendment or otherwise, of the provisions for such insurance as to the eligible class of which the Employee is a member, unless at the date of such termination the Employee has been so insured with respect to the dependent under such provisions (or under such provisions and any Prudential rider or group policy replaced by such provisions) for at least five years prior to such termination date, or

(2)   the Employee's failure to make any required contribution for insurance under the Group Policy.

Any such conversion shall be subject to the remainder of this Section.

**Availability:** The individual policy will be issued only if written application and the first premium payment for it are made to Prudential within thirty-one days after such cessation.

**Individual Policy Requirements:** The individual policy must conform to the following—

Amount—not in excess of the amount of insurance on the dependent under this Coverage at such cessation. Furthermore, if such cessation occurs by reason of termination, by amendment or otherwise, of the Dependents Term Life Insurance provisions of the Group Policy as to the Employee's class, the total amount of individual insurance obtainable

86

## DEPENDENTS TERM LIFE INSURANCE — Continued

with respect to all the Dependents Term Life Insurance on the dependent then terminating under the Group Policy shall in no event exceed the lesser of (1) the total amount of such insurance then terminating, reduced by the amount of any life insurance for which the Employee is or becomes eligible with respect to the dependent under any group life insurance coverage issued by any insurance carrier within thirty-one days thereafter, and (2) $2,000.

Form—Any form of life insurance contract that:
(1)   conforms to Title VII of the Civil Rights Act of 1964, as amended, having no distinction based on sex; and
(2)   is one that Prudential usually issues at the age and amount applied for.

This does not include term insurance of a contract with disability or supplementary benefits.

GRP 85582

Premium—based on Prudential's rate applicable to its form and amount, to the class of risk to which the dependent belongs, and to the dependent's attained age on its effective date.

Effective Date—at the end of the thirty-one day period during which application for it may be made.

———————

Any death benefit provided under a section of this Coverage is payable to the Employee, if living at the death of the dependent. If the Employee predeceased the dependent, the death benefit is payable to the estate of the dependent or, at Prudential's option, to any one or more of the following surviving relatives of the dependent: wife, husband, mother, father, children, brothers or sisters.

———————

GRP 31300                                        Group Dependents Term Life Insurance
DEPL R-103 (as modified by GRP 85582)              Coverage DEPL 103(7-3)

———————

## DEPENDENT SPOUSE TERM LIFE COVERAGE

FOR THE EMPLOYEE'S DEPENDENT SPOUSE ONLY

### A.   DEATH BENEFIT WHILE A COVERED PERSON.

If a dependent spouse dies while a Covered Person, the amount of insurance on that dependent spouse under this Coverage is payable when Prudential receives written proof of death.

87

DEPENDENT SPOUSE TERM LIFE COVERAGE — Continued

B.  DEATH BENEFIT DURING A CONVERSION PERIOD.

A death benefit is payable under this Section B if a dependent spouse dies:

(1)  within 31 days after ceasing to be a Covered Person; and

(2)  while entitled (under Section C) to a conversion of the insurance under this Coverage to an individual contract.

The amount of the benefit is equal to the amount of Dependent Spouse Term Life Coverage which could have been converted. It is payable even if conversion was not applied for. It is payable when Prudential receives written proof of death.

C.  CONVERSION PRIVILEGE.

This privilege applies if the Employee ceases to be insured for the Dependent Spouse Term Life Coverage of the Group Contract with respect to a dependent spouse. That dependent spouse may have the Employee's insurance on the dependent spouse under this Coverage which then ends, converted to an individual life insurance contract. Evidence of insurability is not required. However, conversion is not available if the insurance ends for one of these reasons:

(1)  The Employee fails to make any required contribution for insurance under the Group Contract.

(2)  The Dependent Spouse Term Life Coverage of the Group Contract for the Employee's class ends by amendment or otherwise. This (2) does not apply if, on the date it ends, the Employee has been insured with respect to the dependent spouse for five years for that insurance (or for that insurance and any Prudential rider or group contract replaced by that insurance).

Any such conversion is subject to the rest of this Section C.

**Availability:** The individual contract must be applied for and the first premium must be paid by the later of:

(1)  the thirty-first day after the Employee ceases to be insured for Dependent Spouse Term Life Coverage with respect to the dependent spouse; and

(2)  the fifteenth day after the Employee has been given written notice of the conversion privilege. But, in no event may the Employee convert the insurance to an individual contract if he does not apply for the contract and pay the first premium prior to the ninety-second day after he ceases to be insured for Dependent Spouse Term Life Coverage with respect to the dependent spouse.

**Individual Contract Rules:** The individual contract must conform to the following.

**Amount:** Not more than the amount of Dependent Spouse Term Life Coverage on the dependent spouse ending under this Coverage. But, if it ends because the Dependent Spouse Term Life Coverage of the Group Contract for the Employee's class ends, the total amount of individual insurance which may be obtained in place of the Dependent Spouse Term Life Coverage on the dependent spouse then ending under the Group Contract will not exceed the lesser of the following:

(1)  The total amount of the Employee's Dependent Spouse Term Life Coverage on the dependent spouse then ending under the Group Contract reduced by the amount of group life insurance from any carrier for which he is or becomes eligible with respect to the dependent spouse within the next 31 days.

(2)  $2,000.

**Form**—Any form of life insurance contract that:
(1)  conforms to Title VII of the Civil Rights Act of 1964, as amended, having no distinction based on sex; and
(2)  is one that Prudential usually issues at the age and amount applied for.

This does not include term insurance of a contract with disability or supplementary benefits.

GRP 85582

**Premium:** Based on Prudential's rate as it applies to the form and amount, and to the dependent spouse's class of risk and age at the time.

**Effective Date:** The end of the 31 day period after the Employee ceases to be insured for Dependent Spouse Term Life Coverage with respect to the dependent spouse.

---

Any death benefit provided under a section of this Coverage is payable to the Employee. If the Employee is not living at the death of the dependent spouse, the death benefit is payable to the dependent spouse's estate or, at Prudential's option, to any one or more of these surviving relatives of the dependent spouse: wife; husband; mother; father; children; brothers; sisters.

83500
DPL R 7001 (as modified by GRP 85582)                    (7-2)

DEPENDENT SPOUSE TERM LIFE COVERAGE — Continued

## BENEFICIARY PROVISIONS

Any insurance under the Group Policy becoming payable on account of the death of an Employee will be payable to the person designated by the Employee as his or her Beneficiary on a form satisfactory to Prudential, subject to the Assignment Limitations section of the General Provisions.

At any time the Employee may, without the consent of his Beneficiary, change the Beneficiary by filing written notice of the change through the Policyholder on a form satisfactory to Prudential. The new designation will take effect on the date the notice was signed, except that it will not apply as to any amount paid by Prudential before receipt of the notice.

If more than one Beneficiary is designated and in such designation the Employee has failed to specify their respective interests, the Beneficiaries will share equally. Unless otherwise provided in the Employee's Beneficiary designation, the interest of any designated Beneficiary predeceasing the Employee will terminate and will be shared equally by any Beneficiaries who survive the Employee. Any amount of the insurance for which there is no disposition of a terminated interest as provided above, and any other amount of the insurance for which there is no Beneficiary at the death of the Employee, will be payable to the estate of the Employee unless otherwise provided in the Assignment Limitations.

## MODE OF SETTLEMENT PROVISIONS
### (for Employee Life Insurance)

A mode of settlement other than lump sum payment may be arranged with Prudential, subject to the provisions of the Group Policy, for all or a part of the Employee Life Insurance payable at a Employee's death. Information about the modes of settlement available may be obtained from Prudential upon request to the Policyholder.

## INCONTESTABILITY OF AN INDIVIDUAL'S LIFE INSURANCE

All statements with respect to Life Insurance under the Group Policy made by a person insured therefor shall be deemed representations and not warranties. With respect to each amount of such insurance for which a person is insured, no such statement shall be used in any contest of such insurance unless a copy of the instrument containing the statement is or has been furnished to the Employee or to his or her Beneficiary. No statement made by a person insured under the Group Policy relating to his insurability for such insurance shall be used in contesting the validity of the insurance with respect to which such statement was made after such insurance has been in force prior to the contest for a period of two years during his or her lifetime.

GRP 31300
CERT B-102   ED 3-66                                                     (1-2)

## CLAIM PROVISIONS

These provisions apply to each coverage under the Group Policy which contains a specific provision subjecting the payment of benefits under the coverage to the Group Policy's Claim Provisions.

Written proof of the loss under a coverage upon which claim may be based must be furnished to Prudential within ninety days after—

(1) the end of each month or lesser period for which Prudential is liable under the coverage, if the coverage provides for payment at such periodic intervals; and

(2) the date of the loss, in the case of any other coverage.

Failure to furnish such proof within the required time shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible.

All benefits will be paid upon receipt of written proof covering the occurrence, character and extent of the event for which claim is made; except that if any coverage provides for payment at monthly or at more frequent periodic intervals, Prudential shall not be required to make payment of benefits thereunder more often than so provided.

## CLAIM PROVISIONS — Continued

Prudential at its own expense shall have the right and opportunity to examine the person whose sickness or injury is the basis of claim when and so often as it may reasonably require during pendency of claim.

No action at law or in equity shall be brought to recover under the Group Policy prior to the expiration of sixty days after written proof of the loss upon which claim is based has been furnished as required above. No such action shall be brought more than three years after the expiration of the time within which proof of such loss is required.

## INDIVIDUAL'S STATEMENT AS TO COVERAGE
## SUBJECT TO CLAIM PROVISIONS

All statements with respect to the insurance under such coverage which are made by a person insured therefor shall be deemed representations and not warranties. With respect to each amount of such insurance for which a person is insured, no such statement made for the purpose of effecting such insurance of the person shall be used in any contest to avoid the insurance with respect to which such statement was made or to reduce benefits thereunder after such insurance has been in force prior to the contest for a period of two years during his lifetime, nor unless such statement is contained in a written application signed by him and a copy of such application is or has been furnished to him.

GRP 31300
GEN C-101   ED 3-66

---

## TERMINATION OF EMPLOYEE INSURANCE

The Employee Insurance of an Employee under a coverage will automatically terminate when:

(1) he ceases to be a member of the coverage classes for the insurance because of termination of employment (described below) or for any other reason, or

(2) his class is no longer included in the coverage classes for the insurance, or

(3) the provisions of the Group Policy for the insurance terminate, or

(4) if the insurance is contributory, any contribution required of him for any insurance under the Group Policy is not made when due.

## TERMINATION OF EMPLOYEE INSURANCE — Continued

Termination of Employment—For insurance purposes, an Employee's employment will be considered to terminate when he is no longer actively engaged in work on a full-time basis for the Employer. However, the Group Policy has provisions under which the Policyholder may consider the Employee as still employed within the coverage classes for the insurance, subject to any time limits or other conditions stated in the Group Policy.

(Note: If the Employee stops active work for any reason, he should contact his employer immediately to determine what arrangements, if any, have been made to continue any of his insurance.)

## TERMINATION OF DEPENDENTS INSURANCE

An Employee's Dependents Insurance will terminate under the circumstances described in the section "Termination of Employee Insurance" as though that section's reference to "Employee Insurance" were a reference to "Dependents Insurance".

All of the Dependents Insurance under the Group Policy with respect to a particular qualified dependent will automatically terminate if that dependent ceases to be a qualified dependent.

## ASSIGNMENT LIMITATIONS

Insurance under a coverage is not assignable unless the Coverage Schedule indicates that it is assignable. An assignment may apply to any right, benefit or privilege of the Employee including, without limiting the generality of the foregoing, any right of the Employee to designate a Beneficiary or to convert to another policy. No responsibility for the validity or sufficiency of any assignment is assumed by Prudential. Prudential shall not be considered to have knowledge of any assignment unless the original or a duplicate is filed with Prudential through the Policyholder.

If, under an insurance for which the Group Policy allows Beneficiary designations, any amount of insurance becomes payable on account of the death of an Employee and there is, as to such amount of insurance, at the Employee's death an assignment in effect but no Beneficiary designated by the assignee, such amount of insurance will be payable to the assignee, if living, otherwise to the estate of the assignee and not as otherwise provided in the Beneficiary Provisions of the Group Policy.

GRP 31300
CERT                                          (4-101) ED 3-66 (1-13)

## NOTICE TO EMPLOYEE

The above certificate evidences insurance protection under a Group Insurance Policy issued by THE PRUDENTIAL INSURANCE COMPANY OF AMERICA. This insurance replaces coverage previously provided under a group policy of another insurer. Your Beneficiary under the Prudential Group Policy is, unless and until you change your Beneficiary, the person designated as the beneficiary of record under the group policy of the other insurer.

If you wish to change your Beneficiary, contact your employer.

NORTHERN TELECOM INC.

# Summary Plan Description

This information, together with this booklet, is the Summary Plan Description and is designed to inform you, as a Plan participant, of the provisions and benefits of your Group Benefit Plan. This information complies with the Employee Retirement Income Security Act of 1974 (ERISA).

Plan Name: Group Benefits Plan for Employees of Northern Telecom Inc.

Employer Identification Number: 04-2486332

Plan Number: 506

Plan Sponsor:  Northern Telecom Inc.
        200 Athens Way
        Nashville, Tennessee 37228-1803

Type of Plan: Welfare

Plan Year Ends: June 30

Plan Administrator: Employee Benefits Committee of
        Northern Telecom Inc.
        200 Athens Way
        Nashville, Tennessee 37228-1803
        Tel: (615) 734-4000

Agent for Service of Legal Process: Plan Administrator

Group Term Life and Accidental Death and Dismemberment Insurance benefits are underwritten by:

    The Prudential Insurance Company of America
    Central Atlantic Group Operations
    Horsham, PA 19044

All other benefits under this Plan are provided by Northern Telecom Inc.

Plan eligibility, benefits under this Plan, termination rules, and information on which Plan costs are paid by your Employer and which by the Employee are previously described in this booklet.

Claims — This booklet contains information on reporting claims. Forms for submitting claims may be obtained from your Human Resources Department.

If your claim is denied in whole or in part, you will receive a written notice of the denial, explaining the reason for the denial.

You may request a review of the denied claim. The request must be submitted, in writing, within 60 days after you receive the notice. Include your reasons for requesting the review and submit your request to the same office to which you submitted your claim. Your claim will be reviewed, and you will ordinarily be notified of the final decision within 60 days of the receipt of your request for review. The final decision will be made by The Prudential Insurance Company of America which is providing claim services under this Plan.

Your Rights under ERISA — As a participant in this Plan, you are entitled to certain rights and protections under ERISA. ERISA provides that all Plan participants shall be entitled to:

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all Plan documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by this Plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

Obtain copies of all Plan documents and other Plan information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of this Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of this Plan. The people who operate this Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your Employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have your claim reviewed. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from this Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay the court costs and legal fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous. If you have any questions about this Plan, you should contact the Plan Administrator, your Director of Human Resources, or the Director of Benefits for Northern Telecom Inc. If you have any questions about this statement or about your rights under ERISA you should contact the nearest Area Office of the U.S. Labor-Management Services Administration, Department of Labor.

39900 Ed. 1-89

**EXHIBIT 4**

# Nortel Networks Inc. Medical Plan

# Summary Plan Description 2004

# In This Summary Plan Description

ABOUT THIS SUMMARY PLAN DESCRIPTION…………………………………………………….……...5

AN IMPORTANT NOTE ABOUT THIS SPD…………………………………………………………………5

## SECTION ONE - MEDICAL PLAN BENEFITS

INTRODUCTION TO MEDICAL PLAN BENEFITS…………………………………………………………6
     Claims Administrator Information Used in Claim Determinations………………………………………7

PLAN HIGHLIGHTS……………………………………………………………………………………………9

WHO IS ELIGIBLE………………………………………………………………………………………………10
     You……………………………………………………………………………………………………10
     Your Dependents……………………………………………………………………………………… 10
     Your Domestic Partner and His or Her Child(ren)......................................………..11
     Special Eligibility Rules……………………………………………………………………………....13

HOW TO ENROLL …………………………………………………………………………………….……14
     Medical Plan Options under FLEX...............................................................................14

WHEN COVERAGE BEGINS…………………………………………………………………………………15
     During the New Hire Enrollment Period.......................................................................15
     During the Annual Enrollment Period……………………………………………………….......16
     Special Enrollment Period……………………………………………………………………………16
     Rules for HMO Optional Enrollment…………………………………………………………………17
     Delay of Effective Date……………………………………………………………………….......17
     Special Dependent Coverage Rules for Newborn Children………………………………......17
     Changing Your Selections……………………………………………………………………………18

WHAT COVERAGE COSTS………………………………………………………………………….....................19

WHEN CONTRIBUTIONS BEGIN……………………………………………………………………….......20

MAINTENANCE OF BENEFITS PROVISION………………………..…………………………………………20

MEDICAL BENEFITS………………………………………………………………………………………21

HOSPITAL PRECERTIFICATION………………………………………………………………………………21
     How Precertification Works.......................................................................................... 22
     If You Do Not Complete the Precertification Process ................................................. 22

HOSPITAL AUDIT REWARD PROGRAM (HARP)…………………………………………………………23

LIFETIME MAXIMUM…………………………………………………………………………………………23

COVERED EXPENSES………………………………………………………………………………………23
     Mental Health and Substance Abuse Treatment Benefits ......................................... 24
          Summary of Managed Mental Health and Substance Abuse Benefits…………………………26

Prescription Drug Benefits ........................................................................................................28
Health Management Program ..........................................................................................................32
Preventive Care Benefits ...........................................................................................................33
    Network Area Options .........................................................................................................33
    Non-Network Area Options ..................................................................................................34
Other Covered Expenses ......................................................................................... 34

WHAT IS NOT COVERED ................................................................................................47

HOW THE NETWORK AREA MANAGED CARE OPTIONS WORK ..................................................50
Provider Directory .........................................................................................................50
Network Medical Plan Names .....................................................................................................51
Your Primary Care Physician (PCP) ............................................................................................. 51
Plan Benefits ............................................................................................. 52
Your Medical ID Card ................................................................................................. 56
Member Services ......................................................................................................... 57
Managed Care Options Summary of Health Benefits (PPO) ......................................................... 58
Managed Care Options Summary of Health Benefits (EPO) ......................................................... 63

HOW THE OUT-OF-AREA COMPREHENSIVE OPTION WORKS ....................................................67
Annual Deductible ......................................................................................... 67
Reimbursement Level ............................................................................................. 67
Out-of-Pocket Maximum ............................................................................................. 67
Common Accident Exception ................................................................................................. 68
Hospital Precertification ......................................................................................................... 68
Filing Medical Claims ......................................................................................................... 68
Out-of-Area Comprehensive Option Summary of Health Benefits ................................................ 69

WHEN COVERAGE ENDS ..........................................................................................................73
For You ......................................................................................................... 73
For Your Dependents ......................................................................................................... 73
Continuing Coverage ......................................................................................................... 73
    Extension of Health Care Protection .........................................................................................73
    COBRA ..............................................................................................................74
    Conversion Privilege ..............................................................................................................74

# SECTION TWO - ADMINISTRATIVE INFORMATION

IDENTIFYING INFORMATION ..................................................................................................76

CONTACT INFORMATION FOR CLAIMS FILING ..........................................................................77
Claims Administrator Contact Information ..................................................................................77
Filing Claims ......................................................................................................... 79
    Payment of Plan Claims ..........................................................................................................79
        Claim Determinations ..........................................................................................................80
    Appealing a Denied Claim ..........................................................................................................82
    Final Note on Medical Plan Claim Appeals ..................................................................................85

YOUR RIGHTS UNDER COBRA ..................................................................................................85
COBRA Participation ......................................................................................................... 86
COBRA Continuation Period ......................................................................................................... 86
Notification ......................................................................................................... 87

Election ....................................................................................................................................................... 87
Cost of Participation...................................................................................................................................... 88
When COBRA Ends ....................................................................................................................................... 88

THIRD PARTY LIABILITY…………………………………………………………………………….89

YOUR RIGHTS UNDER ERISA…………………………………………………………………………89

RIGHT TO CERTIFICATE OF HEALTH COVERAGE………………………………………….........................91

HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPAA) PRIVACY NOTICE………...91

FUTURE OF THE PLAN…………………………………………………………………………………92

# SECTION THREE - GLOSSARY

# APPENDICES

APPENDIX A - MEDCO INFORMATION USED IN CLAIM DETERMINATION …………………………………105

APPENDIX B - PUERTO RICO OPTIONS - SUMMARY OF HEALTH BENEFITS………………………….108

APPENDIX C - HAWAII OPTION - SUMMARY OF HEALTH BENEFITS………………………………….....114

# ABOUT THIS SUMMARY PLAN DESCRIPTION

This is the Summary Plan Description (SPD) that describes the provisions of the Nortel Networks Medical Plan that are in effect for the 2004 Calendar Year.  It is designed to provide you with a comprehensive resource providing detailed information about your medical benefits and connecting you to other sources of information that could not be described fully in this SPD.  It is divided into the following sections:

- **SECTION ONE – MEDICAL PLAN BENEFITS** describes the provisions of the Medical Plan that determine your benefits.

- **SECTION TWO – ADMINISTRATIVE INFORMATION** includes administrative details about this plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights, HIPAA Privacy Notice and how the Company may amend the plan.

- **SECTION THREE – GLOSSARY** contains brief descriptions of terms used in this document.

- **APPENDIX** includes supplemental information referenced in this document.

In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in this document are capitalized. You can find these words defined in the applicable sections of this SPD or in the Glossary section at the end of this document.   References to "you" and "your" throughout this document are references to either the enrolled Employee or an enrolled Dependent.

# AN IMPORTANT NOTE ABOUT THIS SPD

This Medical Plan SPD provides general information about the Managed Care and Out-of-Area Comprehensive Medical Plan options.  None of the information in this Medical Plan SPD applies to the Hawaii PPO, the Puerto Rico PPO or HMO coverage details, unless noted.

- If you are in the Puerto Rico PPO, refer to Appendix B for a description of your medical coverage.

- If you are in the Hawaii PPO, refer to Appendix C for a description of your medical coverage.

- If you are in an HMO option, a separate SPD describing your HMO coverage will be furnished to you by the HMO upon request.  Please contact the HMO Member Services Department if you would like to receive a copy of the SPD.

In addition, please note that the Managed Care options may contain slightly different features depending on your Network Manager, e.g., Connecticut General Life Insurance Company (CIGNA)or UnitedHealthcare (UHC).   Significant effort was undertaken in this SPD to document the variations that currently exist. However, new variations sometimes arise, for instance, when a new technology or treatment is developed. When there is a new variation, the Claims Administrator's documented internal protocol will be used to determine your coverage.  As such differences are identified in the future, they will be documented in the plan's SPD as soon as possible.

# SECTION ONE – MEDICAL PLAN BENEFITS

This section describes the provisions of the Medical Plan, including who is eligible, how participation is elected, what benefits are paid, and when participation ends.

# INTRODUCTION TO MEDICAL PLAN BENEFITS

The Medical Plan is part of the Nortel Networks FLEX Program.  The FLEX Program is a flexible benefits or "cafeteria" plan that offers you a choice among different types and levels of benefits.  FLEX offers two kinds of benefits:  "Core" and "Optional".  Under FLEX, you may choose among various Core and Optional FLEX Program benefits to create your own customized benefits package.  The Medical Plan is an "Optional" benefit under the FLEX Program.  There are no Core FLEX Benefits for Medical coverage – participation in the plan is voluntary.

The Company offers medical coverage to help protect you and your family from the high cost of medical treatment or hospitalization. Under FLEX, you can choose from a variety of medical options.  During the annual FLEX enrollment, you are provided with a personalized enrollment worksheet or an online enrollment worksheet that shows your options.

The Medical Plan options available to you depend on whether you live in a Network Area or a Non-Network Area. If you live in a specified Service Area where Networks exist, you may enroll in one of the following "Network Area" options:
- No Coverage
- Preferred Provider Organization (PPO) (where available)
- Exclusive Provider Organization (EPO) (where available)
- Health Maintenance Organization (HMO) (where available)

If there are no Networks in your area, then you may enroll in one of the following "Non-Network Area" options:
- No Coverage
- Out-of-Area Comprehensive
- Health Maintenance Organization (HMO) (where available)

The information contained in this document is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA).   The complete terms of the Medical Plan consist of:
- this SPD, as well as
- subsequent information that is provided to you about the plan changes from year-to-year, and
- certain information developed and used by the Claims Administrator in evaluating your Claims.

Such information includes the resources listed below.

# Claims Administrator Information Used In Claim Determinations

The following is a list of the resources relied upon in Claims determination by the Claims Administrators for the Medical Plan, including:

- Connecticut General Life Insurance Company (CIGNA)
- Medco Health  (Medco)
- United Behavioral Health (UBH)
- UnitedHealthcare (UHC)

You can obtain information on the criteria the Claims Administrator relies upon in determination of your Claim as described below.

## CIGNA and UHC

- CIGNA Standard Operating Procedures
- UHC Standard Operating Procedures
  - o   Used to determine whether your Claim meets the following standards that apply under this plan:  Common Medical Standards; Educational, Experimental or Investigational; and Medically Necessary services, supplies and treatments.

- CIGNA Clinical Resource Tools
- UHC Clinical Resource Tools
  - o   Used to determine whether your Claim meets the following standards that apply under this plan:  Common Medical Standards; Educational, Experimental or Investigational; and Medically Necessary services, supplies and treatments.

- Milliman & Roberts' Guidelines
  - o   Used to determine whether your Claim meets the following standards that apply under this plan:   Common Medical Standards; Educational, Experimental or Investigational; and Medically Necessary services, supplies and treatments.  Provides independent medical guidelines.

- Ingenix's Prevailing Healthcare Charges System
  - o    Used to determine whether your Claim meets the following standards that apply under this plan:  Reasonable and Customary Charges.

To request the documents listed above that CIGNA relies upon in determination of your Claim, send a written request to CIGNA at the Claim office address on your Medical Plan ID card.

To request the documents listed above that UHC relies upon in determination of your Claim, send a written request to UHC at the following address:

UnitedHealthcare
P.O. Box 30432
Salt Lake City, UT   84130-0432

## Medco

- Medco Plan ESM Plan Design Document is used for retail Claims to determine:
  - o   Covered Expenses,
  - o   treatments that require prior authorization, and
  - o   exclusions, and limits, including dispensing limits

- Medco Plan ESN Plan Design Document is used for home delivery Claims to determine:
  - Covered Expenses,
  - quantity per Copayment requirements,
  - treatments that require prior authorization, and
  - exclusions, and limits, including dispensing limits

See "Appendix A" of this SPD for the above Medco documents.

- Medco clinical information is used when prescription medications require prior authorization. Medco refers to its clinical information in evaluating whether your prescription medication is covered under the plan.

To request the clinical information document that Medco relies upon in determination of your Claim, call Medco member services at 1-800-711-3460.

## UBH

- Level of Care Guidelines, including:
  UBH Level of Care Guidelines - Introduction
  a.    Mental Health Guidelines: Introduction
        MH Level Of Care Criteria: Crisis Assessment
        MH Level Of Care Criteria: 23-Hour Observation
        MH Level Of Care Criteria: Acute Inpatient
        MH Level Of Care Criteria: Subacute Inpatient
        MH Level Of Care Criteria: Residential Treatment
        MH Level Of Care Criteria: Partial Hospital/Day Treatment
        MH Level Of Care Criteria: Intensive Outpatient
        MH Level Of Care Criteria: Home Health
        MH Level Of Care Criteria: Outpatient
        MH Level Of Care Criteria: Outpatient Termination Guidelines
        Mental Health Continued Stay Criteria
  b.    Substance Abuse Guidelines: Introduction
        SA Level Of Care Criteria: Crisis Assessment Services
        SA Level Of Care Criteria: 23-Hour Observation
        SA Level Of Care Criteria: Inpatient Detoxification
        SA Level Of Care Criteria: Inpatient Rehabilitation
        SA Level Of Care Criteria: Residential Rehabilitation
        SA Level Of Care Criteria: Chemical Dependence Halfway House
        SA Level Of Care Criteria: Partial Hospital/Day Treatment
        SA Level Of Care Criteria: Intensive Outpatient Program
        SA Level Of Care Criteria: Outpatient
        SA Level Of Care Criteria: Outpatient Discharge Guidelines
        Substance Abuse Continued Stay Criteria
  c.    Mental Health LOC Guidelines Summary
  d.    Substance Abuse LOC Guidelines Summary
  e.    Dual Diagnosis LOC Guidelines Summary

You may access the UBH Level of Care Guidelines at the following UBH website:

http://www.ubhonline.com/html/guidelines/levelOfCareUSBHPC/index.html

- Ingenix's Prevailing Healthcare Charges System  (used to determine whether your Claim meets the plan's standard for:  Reasonable and Customary Charges)

# PLAN HIGHLIGHTS

## Network Area Medical Options

| Description | Preferred Provider Organization (PPO) 80/60 Option | | Preferred Provider Organization (PPO) 90/70 Option | | Exclusive Provider Organization (EPO) Option[9] |
|---|---|---|---|---|---|
| | In-Network | Out-of-Network | In-Network | Out-of-Network | |
| **Deductible** | | | | | |
| Annual Individual | $300 | $600 | $150 | $300 | None |
| Annual Family | $900 | $1,800 | $450 | $900 | None |
| Separate deductible for hospital admission[1] | $300 | $400 | $150 | $300 | $150 |
| **Reimbursement** | | | | | |
| Hospital | 80%[3,4,5] | 60%[2,3,4,5] | 90%[3,4,5] | 70%[2,3,4,5] | |
| 100%[4,5] | | | | | |
| Office Visit Copayment | $20 | 60%[2,3] | $15 | 70%[2,3] | $15 |
| **Out-of-Pocket Maximum[6]** (Plus Deductible/Copayment) | | | | | |
| Individual | $3,500 | $7,500 | $3,500 | $5,000 | None |
| Family | $10,500 | $22,500 | $10,500 | $15,000 | None |
| **Lifetime Medical Maximum** | Unlimited[7] | $2,000,000[7] | Unlimited[7] | $2,000,000[7] | Unlimited |

**One or more HMO options may also be available to you.**

## Non-Network Area Medical Option

| | Out-of-Area Comprehensive Option |
|---|---|
| **Deductible** | |
| Annual Individual | $300 |
| Annual Family | $900 |
| Separate deductible for hospital admission[1] | $300 |
| **Reimbursement** | |
| Hospital | 80%[2,3,4,5] |
| Office Visits | 80%[2,3] |
| **Out-of-Pocket Maximum[6]** (Plus Deductible/Copayment) | |
| Individual | $2,500 |
| Family | $6,000 |
| **Lifetime Medical Maximum** | $2,000,000 |

**One or more HMO options may also be available to you.**

[1] Precertification required

[2] Coverage is limited to Reasonable and Customary Charges

[3] Subject to annual Deductible

[4] If precertified

[5] Less Deductible per Hospital confinement

[6] Out-of-pocket maximum does not include Deductibles, Copayments, and any amounts you pay above Reasonable and Customary Charges

[7] In-Network Benefits count towards Out-of-Network Benefit maximum

[8] Under the 90/70 or 80/60 PPO option, you are subject to a hospital deductible for each Hospital confinement in addition to your annual deductible

[9] The EPO option is an In-Network Benefits only option, which means you must use your PCP and other In-Network Providers for benefits to be paid  If you use an Out-of-Network Provider under this option, there is no coverage, except in a life-threatening Emergency  See "HOW THE NETWORK AREA MANAGED CARE OPTIONS WORK" for more details on how the EPO option works

# WHO IS ELIGIBLE

## You

You are eligible for the Medical Plan if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for the Medical Plan unless specified in the collective bargaining agreement. If you are a non-payrolled worker or independent contractor you are not eligible for the Medical Plan.

If you are a short-term or long-term expatriate Employee on international assignment for the Company (as defined by the Company), you are not eligible for the Medical Plan. You will be eligible for health care coverage including medical under the International Health Services Plan.   If you are a short-term or long-term expatriate Employee on international assignment for the Company (as defined by the Company) and your eligible Dependents accompany you on the assignment, they will also be eligible for coverage under the International Health Services Plan.  If you are a short-term expatriate Employee on international assignment for the Company (as defined by the Company) and your eligible Dependents do not accompany you on the assignment, you are eligible to continue your Medical Plan coverage under this Plan for your eligible Dependents only. If this situation applies to you, you will be given additional information about your benefits.

## Your Dependents

If you are eligible for and enrolled in the Medical Plan, you may enroll your eligible Dependents. Eligible Dependents include:

- your spouse, including your common-law spouse (under state law) or Domestic Partner (qualified under plan rules),
- your unmarried Child(ren) and/or Domestic Partner's Child(ren) under age 19. "Children" include:
    - your natural or legally adopted (or placed for adoption) Children
- your step-Children, legally authorized foster Children, and any child for whom you are legal guardian, if these Children depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the Calendar Year.
- your unmarried Child(ren) and/or Domestic Partner's Child(ren) under age 25 who are registered full-time students at an accredited school and are primarily supported by you, and
- your eligible, unmarried, physically or mentally disabled Child(ren) and/or Domestic Partner's Child(ren) age 19 or over who are Wholly Dependent on you, incapable of self-sustaining employment, and unable to engage in the normal activities of a person of the same age, sex and ability by reason of mental or physical handicap and became disabled and Dependent before age 19 (or before age 25 if a full-time student).   You must provide a notice of the disability to Global Employee Services within 31 days of your child turning age 19 (or age 25 if a full-time student) for that child to be considered an eligible Dependent.

### Qualified Medical Child Support Order

Your Children will be eligible for the Medical Plan if you are required to cover them as a result of a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order or judgment from a court that

directs the Plan Administrator to cover a child for benefits under the health care plans. Coverage under the plan will be provided in accordance with the plan and applicable federal and state law. Federal law provides that a medical child support order must meet certain form and content requirements in order to be a QMCSO. When an order is received, each affected participant and each child (or the child's representative) covered by the order will be given notice of the receipt of the order and a copy of the plan's procedure for determining if the order is valid. Coverage under the plan pursuant to a QMCSO will not become effective until the Plan Administrator determines that the order is a QMCSO. A Qualified Medical Child Support Order cannot create benefits or provide for eligibility that does not follow the terms of the Company plan. If you have any questions or would like to receive a copy of the written procedure for determining whether a QMCSO is valid, please contact Global Employee Services. A copy of the written procedure will be provided to you without charge.

# Your Domestic Partner and His or Her Child(ren)

You may enroll your Domestic Partner in the Medical Plan, when your relationship with that person meets the plan's eligibility requirements and when the Company has given you written approval of the Affidavit of Domestic Partnership. You may also enroll Child(ren) of your Domestic Partner if they meet the definition of an eligible Dependent as described under "Your Dependents" in this "WHO IS ELIGIBLE" section.

However, special tax and legal considerations apply when covering a Domestic Partner and/or your Domestic Partner's Child(ren). For example, the cost of the coverage for your Domestic Partner and/or Domestic Partner's Child(ren) must be paid on an After-Tax basis and the Company's cost is added to your gross earnings for tax purposes (this is considered imputed income). As a result, you may wish to consult with a tax or legal advisor before enrolling.

## About Domestic Partners

To be eligible for Domestic Partner coverage under the Medical Plan, you and your Domestic Partner must satisfy the following guidelines:

1. For the 12-month period before you sign the Affidavit of Domestic Partnership, you and your Domestic Partner must have:
   --lived in the same residence
   --shared financial obligations (including basic living expenses)
   --been each other's sole and exclusive partner
   --publicly represented yourself as Domestic Partners
   --intended to continue this relationship in this manner indefinitely
2. Neither you, nor your Domestic Partner, may be married to anyone else.
3. You may not be related to your Domestic Partner by blood or marriage to a degree that would prohibit a legal marriage in the state where you live.
4. You and your Domestic Partner must be at least 18 years old.
5. You and your Domestic Partner must be mentally competent to consent to a contract.

You may add your Domestic Partner to health coverages within 31 days of a Status Change (including an establishment of a domestic partnership) or during an Annual Enrollment Period.

If you make false statements on the Affidavit of Domestic Partnership, the Company or its agent(s) may take civil action to recover direct or indirect losses and attorney's fees, and may discipline you up to and including terminating your employment (and your Domestic Partner's employment, if employed by the Company).

# Enrolling Your Domestic Partner

If you are interested in enrolling your Domestic Partner for the first time, call Global Employee Services within 31 days of your qualifying event to give notice of your intent to add a Domestic Partner. Global Employee Services will contact you with instruction on how to enroll. Enrollment can be completed online or if preferred, you may submit via mail. You must be able to present two supporting documents if required for audit purposes. The supporting documents must clearly refer to you and your Domestic Partner, and must show that your relationship has existed for at least the past 12 months. No more than one document from each of the following categories may be submitted:

--Domestic Partnership Agreement

--Registration of domestic partnership with local government where you live

--Joint mortgage or lease or other evidence of joint ownership of real estate
--Designation of Domestic Partner as primary Beneficiary in your will, life insurance or IRA accounts (for these purposes only, primary Beneficiary means a person to whom you have allocated 50% or more of your estate, life insurance or IRA accounts as applicable)

--Durable power of attorney for property or health care

--Evidence of joint ownership of a motor vehicle

--Evidence of joint checking, savings or credit accounts

The Company and its designated agent(s) will determine if the documents are sufficient proof of domestic partnership. Once approved, you may then enroll your Domestic Partner in Medical Plan coverage. You may enroll your Domestic Partner's Children in medical coverage.

If your domestic partnership ends, you must file a Termination of Domestic Partnership Statement with Global Employee Services within 31 days of the termination. If you do not file a request to terminate coverage within 31 days, you will have to wait until the next Annual Enrollment Period. You will continue to pay premiums for your Domestic Partner's coverage until the start of the next Plan Year, even though your Domestic Partner is ineligible for coverage.

…support documents must clearly refer to you and your Domestic Partner, and at least one document must show that your relationship has existed for at least the past 12 months.

# Changes in Circumstances

If there is any change in circumstances attested to in the Affidavit of Domestic Partnership, you must notify Global Employee Services in writing within 31 days of the change.

If your domestic partnership ends, you must file a Termination of Domestic Partnership Statement with Global Employee Services within 31 days of the termination. The following rules apply:

--Your Domestic Partner's coverage will end at the end of the month when your partnership terminates.
--You will not be eligible to file or be designated a Domestic Partner on another Affidavit of Domestic Partnership for another 12 months. This 12-month limitation applies to your Domestic Partner if he/she also works for the Company.
--The Company or its agent(s) will not be responsible for notifying your Domestic Partner of the filing of the Statement of Termination of Domestic Partnership.
If you do not file a request to terminate coverage within 31 days, you will have to wait until the next Annual Enrollment Period. You will continue to pay premiums for your Domestic Partner's coverage until the start of the next Plan Year, even though your Domestic Partner is ineligible for coverage.

# Special Eligibility Rules

## If Both You and Your Spouse (or Domestic Partner) Work for the Company

If both you and your spouse (or Domestic Partner) are eligible to participate in the Medical Plan, then special rules apply for enrolling in the plan. You may enroll as an Employee or as a Dependent, but not both. Only one of you may enroll your eligible Children as Dependents. In addition, both you and your spouse (or enrolled Domestic Partner) must select the same Medical Plan option in order for your combined expenses to apply to the family Deductible or family Out-of-Pocket Maximum.

## If Both You and Your Child (or Your Domestic Partner's Child) Work for the Company

Your child (or Domestic Partner's child) will not be considered an eligible Dependent if your Child is covered under this plan as an Employee.

## If Your Eligible Dependent is in the Armed Forces

Your eligible Dependent is not eligible for coverage while on Active Duty in the armed forces of any country.

## If You Have a Split Family

If you have eligible Dependents who permanently live apart from you (e.g., as a result of a divorce) and you want to enroll them in the plan, you must enroll them in the Medical Plan option you choose for yourself. If you are enrolled in a Managed Care option, they may receive In-Network Benefits if your Network Manager offers a Network where your Children live, and the Company contracts with the Network in that area. Otherwise, they will receive Out-of-Network Benefits. If this situation applies to you, please contact Global Employee Services to arrange for your dependent to have In-Network Benefits where they live. For this provision to apply, the following eligible Dependents must meet certain criteria:

- your step-Children, legally authorized foster Children, and any child for whom you are legal guardian, if these Children depend on you for support and maintenance must live with you in a regular, parent-child relationship for at least six months of the Calendar Year.

For additional details on eligible Dependents, please refer to page 10.

## If Your Dependent is a College Student

If you have eligible Dependents who are attending college full-time out of your Service Area, you must enroll them in the Medical Plan option you choose for yourself. If you are enrolled in the EPO Managed Care option, they may choose a Primary Care Physician in your Network to receive in-network care while at home. At school, they will receive Out-of-Network Benefits for medical care, except for Emergency treatment. If your Network Manager offers a Network where they go to school, and the Company contracts with the Network in that area, they may receive in-network medical care while at school. Otherwise, they

will receive Out-of-Network Benefits for medical care, except for Emergency treatment. If this situation applies to you, please contact Global Employee Services for further information.

# HOW TO ENROLL

You may choose to enroll for Medical Plan benefits:

- ▪ Within 31 days of your Hire Date or the day you become eligible if you are  not eligible on your Hire Date,

- ▪ During an Annual Enrollment Period, or

- ▪ When you experience a Status Change.

To enroll, you must complete the enrollment process and pay the applicable Employee contributions. The Medical Plan options you are eligible to choose from and your costs for these options are shown on the FLEX online enrollment tool (or your Personalized Enrollment Worksheet if you do not have intranet access) that are made available at the time of enrollment.  You will automatically be provided with materials to help you make your decision when you are hired and prior to the Annual Enrollment Period.  However, you must contact Global Employee Services and report your Status Change to receive information and make new elections following a Status Change.  To report a Status Change or to obtain information about enrollment in the Medical Plan upon your hire or during the Annual Enrollment Period, contact Global Employee Services at: 1-800-676-4636.  You may not enroll in the Medical Plan or change your coverage by contacting any of the Claims Administrators that process benefit Claims under the Plan; you must contact Global Employee Services to do that.

# Medical Plan Options under FLEX

The Medical Plan options available to you depend on whether you live in a Network Area or a Non-Network Area. Your Personalized Enrollment Worksheet or your online enrollment worksheet will show your available options based on your home ZIP code. If you have any questions about Network Areas, call Global Employee Services at 1-800-676-4636.

If you live in a Network Area, you may select from the following options for Medical Plan benefits under the FLEX Program:

- • No Coverage
- • Preferred Provider Organization (PPO) (where available)
  - • 90/70 PPO or
  - • 80/60 PPO
- • Exclusive Provider Organization (EPO) (where available)
- • Health Maintenance Organization (HMO) (where available)

If you live in a Non-Network Area, you may enroll in one of the following options:

- • No Coverage,
- • Out-of-Area Comprehensive
- • Health Maintenance Organization (HMO) (where available)

If you choose to enroll, you may select one of the following dependent coverage levels:

- You only,
- You and your Child(ren) and/or your Domestic Partner's Child(ren),
- You and your Spouse or Domestic Partner, or
- You and your Family (Spouse or Domestic Partner, Child(ren) and/or your Domestic Partner's Child(ren))

# WHEN COVERAGE BEGINS

If you select Medical Plan FLEX Benefits, your coverage will begin as follows:

| If you enroll and pay the required contribution … | Your coverage will be effective on … |
| --- | --- |
| As a new Employee within 31 days after your Hire Date | The day Global Employee Services receives your selections. |
| Within 31 days of a Status Change event | The date the Status Change event occurs. |
| During the Annual Enrollment Period | The first day of the next Plan Year, normally January 1 |

If you do not enroll under any of the above circumstances for medical coverage, you will have to wait until the next Annual Enrollment Period (or the date you experience a Status Change) to make a Medical Plan selection.

# During the New Hire Enrollment Period

You and your eligible Dependents will automatically be enrolled for Company-paid medical coverage up to the day you make your Medical Plan benefits selections or for up to the first 31 days of your employment, whichever occurs first.

As a new Employee, you and your eligible Dependents are automatically covered for up to the first 31 days of employment under the following option –
- o  if you live in a Network Area:
  - ▪ the UnitedHealthcare 80/60 PPO option unless that Network option is not offered in your Service Area.  In that case, you and your eligible Dependents are covered under the CIGNA HealthCare 80/60 PPO, if available.
- o  if you live in a Non-Network Area:
  - ▪ the CIGNA Out-of-Area Comprehensive option.

You have 31 days from your Hire Date to enroll in the Medical Plan.  If you enroll within 31 days of your Hire Date, your medical coverage will be effective on the date Global Employee Services receives your selections.

After the first 31 calendar days of your date of hire (or eligibility date), you will be defaulted to coverage for you only.   Your Dependents will only be covered for EAP benefits and YOUR DEPENDENTS WILL HAVE NO COVERAGE under the Medical Plan.

Your Medical Plan new hire default coverage (for you only, as explained above) will be the following option –
- o   if you live in a Network Area:
  - ▪   the UnitedHealthcare 80/60 PPO option unless that Network option is not offered in your Service Area.  In that case, you and your eligible Dependents are covered under the CIGNA HealthCare 80/60 PPO, if available.
- o   if you live in a Non-Network Area:
  - ▪   the CIGNA Out-of-Area Comprehensive option.

## If You Do Not Enroll

If you do not enroll under any of the above circumstances for medical coverage, you will have to wait until the next Annual Enrollment Period (or the date you experience a Status Change) to make a Medical Plan selection that changes your coverage out of the default option described in the section above.

# During the Annual Enrollment Period

Each year during the Annual Enrollment Period (generally in the fall), you will make your FLEX selections, including your choices among the Medical Plan options, for the next Plan Year.  Before the Annual Enrollment Period begins, you will receive materials to help you make your decisions, as well as instructions on how to enroll.  The FLEX selections you make during the Annual Enrollment Period will go into effect on the first day of the following Plan Year and remain in effect through the end of the Plan Year unless you make a new selection due to a Status Change.

## If You Do Not Enroll

If you do not enroll during the Annual Enrollment Period the option and coverage level in which you were enrolled in the prior year will continue through the next year.  For example, if you were covered under the UnitedHealthcare PPO option during the 2003 Plan Year and did not enroll during the Annual Enrollment Period for the 2004 Plan Year, you will continue to be covered by that option through the 2004 Plan Year (unless you experience a Status Change that permits you to elect a different option for the remainder of the Plan Year).

# Special Enrollment Period

If you or your Dependents declined coverage under this plan because you or they have medical coverage elsewhere and one of the following events occurs, you have 31 days from the date of the event to enroll yourself and/or your dependents in this plan.

- • You and/or your Dependent(s) lose the other health coverage because eligibility was lost for reasons including legal separation, divorce, death, termination of employment or reduced work hours (but not due to failure to pay premiums on a timely basis, voluntary disenrollment, or termination for cause).
- • The employer contributions to the other coverage have stopped.
- • The other coverage was COBRA and the maximum COBRA coverage period ends.

As an employee, you may enroll your new spouse within 31 days of your marriage and a new child within 31 days of his/her birth, adoption or placement for adoption. In addition, if you are not enrolled in the plan as an Employee, you must enroll in the plan before you enroll any of these Dependents. And, if your spouse or Domestic Partner is not enrolled in the plan, you may enroll him/her in the plan when you enroll a child due to birth, adoption or placement for adoption provided you add the Dependent within 31 days of the Status Change. Coverage can be retroactive to the date of marriage, birth, adoption, or placement for adoption.

# Rules for HMO Optional Enrollment

If you and your eligible Dependents are currently enrolled in a Health Maintenance Organization (HMO), you are not eligible for coverage under any of the other Medical Plan options during the time you are covered under any HMO option provided under this Medical Plan. In addition, no benefits will be payable under any other Medical Plan option for any services or supplies you receive while enrolled in the HMO.

If you and your eligible Dependents were previously enrolled in an HMO, but are no longer enrolled, you may elect coverage under the Medical Plan provided you and your Dependents meet the Medical Plan's eligibility requirements. However, you will have to wait for an Annual Enrollment to elect other Medical Plan coverage, unless your HMO enrollment ended because:

- you changed your residence to a location outside the HMO's Service Area, or

- the HMO ceased operations.

# Delay of Effective Date

If you are not Actively at Work on the day your enrollment or change in coverage would otherwise be effective, the Effective Date will be delayed until you return to Active Work, regardless of the reason for your absence.

Note that this provision will not apply in instances in which doing so would violate Federal law.  The enrollment or change in coverage for an eligible Dependent will become effective without regard to whether he or she is confined for medical treatment on the Effective Date. Your eligible Newborn child will be covered automatically for the first 31 days immediately following birth including hospitalization. You must actively select the plan in which you want to enroll your new Dependents. No one, including Newborns, will automatically be enrolled in the Medical Plan, even if you're already enrolled for family coverage.

# Special Dependent Coverage Rules for Newborn and Adopted Children

The following rules apply with respect to a child born to you or that you adopt when you:

- are covered under the plan, and

- are not covered for that child under the above rules.

You will become covered for that child from the moment of the child's birth, adoption or placement for adoption.  The benefits for the child will end as described in "When Coverage Ends," except that:

- any Dependent child born while you are covered for Employee coverage will be covered automatically from birth for a period of thirty-one (31) days.  Such coverage on a Newborn child will be continued beyond that thirty-one (31) day period only if:

  – you select coverage for the child no later than thirty-one (31) days after the child's birth.

You must notify Global Employee Services of the birth, adoption or placement for adoption of your child and complete the enrollment process to add the child to your coverage within thirty-one (31) days of the birth, adoption or placement for adoption in order to have continuous coverage for that child beyond the first thirty-one (31) days of life or adoption or placement for adoption. Neither submission of paperwork after the thirty-one (31) day deadline nor any evidence of good health will continue coverage for the child continuously beyond that period if you do not elect coverage for the child within thirty-one (31) days of the child's birth, adoption or placement for adoption.  No one, including Newborns or newly adopted children, will automatically be enrolled in the Medical Plan, even if you are already enrolled for family coverage.

If more than thirty-one (31) days from the date of birth, adoption or placement for adoption has elapsed, you may add the child to your Medical Plan coverage as follows:

- At the next Annual Enrollment period for the Plan Year following that Annual Enrollment Period,
- As of the date that your enrollment is complete following  your next Status Change that permits it, or
- As of the date that your enrollment is complete if  all of the following criteria is met within 12 months after the birth, adoption or placement for adoption and in the same Calendar Year in which the 31-day enrollment period following the birth, adoption or placement for adoption ended:
  1. You notify Global Employee Services of the birth, adoption or placement for adoption of your child
  2. You complete the enrollment process to add the child to your coverage and pay the required contribution.

# Changing Your Selections

Your FLEX Benefits selections remain in effect through the end of the Plan Year (usually December 31). You generally cannot change your selections until the next Annual Enrollment Period, unless you experience a Status Change that permits it.

You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following Status Changes.  The list of Status Changes includes but is not limited to:
- Marriage,
- Domestic Partner relationship becoming qualified for eligibility, and verified by Global Employee Services,
- Divorce, annulment, or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,
- Death of a spouse, enrolled Domestic Partner or Dependent child,
- Change in your employment status affecting benefit eligibility (such as from or to part-time or full-time),
- Change in your spouse's or enrolled Domestic Partner's employment status affecting benefits eligibility (such as from or to part-time or full-time),
- Beginning or end of your spouse's or enrolled Domestic Partner's employment,
- Loss of spouse's or Domestic Partner's medical coverage,
- You, your spouse or enrolled Domestic Partner becomes eligible for Medicare or Medicaid,
- Loss of other group health plan coverage (for the Employee who declined coverage due to having other coverage but not due to failure to pay premiums on a timely basis, voluntary disenrollment or termination for cause),

- Loss of employer contribution toward other group health plan coverage (for the Employee who declined coverage due to having other coverage),
- Covered child's loss of Dependent status (i.e., no longer a full-time student),
- Dependent child becomes eligible (i.e., becomes a full-time student),
- Loss of other group health plan coverage when the other coverage was COBRA and the maximum COBRA coverage period ends,
- Benefits plan year of a spouse's or Domestic Partner's benefit plan differing from the Company Play Year (e.g., your spouse's or Domestic Partner's benefits are effective on July 1 and yours are effective on January 1),

If you make changes to your benefit selections due to a Status Change, the change must be consistent with the Status Change.  For example, if you experience the birth of a Dependent child, you may add coverage for your child under your Medical, Dental/Vision/Hearing Care plans, select Optional Dependent Life Insurance for your child, increase your Optional Employee Life Insurance and/or change your contribution to your Health Care and or Dependent Day Care Reimbursement Accounts.

To make a change to your benefit selections, you must contact Global Employee Services within 31 days of the Status Change.  Global Employee Services will initiate the Status Change in the FLEX online enrollment tool, which will allow you to go online to make your benefit changes.  Changes submitted within 31 days of the Status Change event will be effective the date of the event.

Alternatively, you may ask to change your benefit selections by fax or mail.  Contact Global Employee Services for a Personalized Enrollment Worksheet and an affidavit, which you must complete and return to Global Employee Services within 31 days of the Status Change.

When you request to change your benefit selections due to a Status Change, Global Employee Services may ask you to provide supporting documentation (such as a marriage or birth certificate, or a divorce decree).  Such a request may either be made at the time you report your Status Change or at a later date for audit purposes.

If you submit your changes (either online or by notarized affidavit) more than 31 days after the date your Status Change occurred, you cannot change your Medical Plan option, for example from a PPO to an EPO, until the next Annual Enrollment Period.  However, you may change your Dependent coverage level (e.g., Employee and spouse, Employee and child) for the Medical Plan. Your Dependent coverage level change will be effective on the date Global Employee Services receives all documents (i.e., via fax or mail, or via online affidavit).  This type of change must be completed within 12 months of the date the Status Change occurred *and* within the Calendar Year in which the 31-day Enrollment Period following the Status Change ended. No other changes to Optional FLEX Program Benefits are permitted outside the 31-day Enrollment Period.

Please note:
- Most HMOs will not allow you to change your dependent coverage level after 31 days following the Status Change.
- Coverage for Dependents who become ineligible will be terminated back to the date of the Status Change event that made them ineligible.

# WHAT COVERAGE COSTS

You and the Company share the cost of Medical Plan coverage. The cost of coverage is determined by the Company each year.  The Company reserves the right to change the cost of coverage as necessary.  Each of the Medical Plan options has a different price, based on the level of coverage under the Plan.  If you select the Medical Plan, your Employee contributions are deducted from your paycheck each pay period on a

Before-Tax basis or you may be able to use FLEX Credits to pay some of the cost if you do not use your FLEX Credits to pay for other benefits. The Company makes available FLEX Credits which may be used to pay for Optional FLEX Program benefits under the FLEX Program. (More information about FLEX Credits is provided in the SPD for the FLEX Program, located on Services@Work. All full-time and part-time Employees who are eligible to participate in the Plan receive the same number of FLEX Credits. The amount of FLEX Credits you receive as well as your cost for each of the options available under FLEX is shown on the FLEX online enrollment tool or your Personalized Enrollment Worksheet (if you don't have intranet access) that is made available at the time of an enrollment. The Amount of FLEX Credits may also be changed by the Company.

The cost of coverage for a Domestic Partner and a Domestic Partner's Child(ren) is paid with After-Tax contributions. When you pay for benefits Before-Tax, it means that the cost of coverage is deducted from your pay before Federal taxes are taken out (as well as most state and local taxes, except in New Jersey and Pennsylvania). Because your taxable income is effectively lowered, therefore, you pay less in taxes. You do not pay FICA (Social Security) tax on these benefits, so your Social Security benefits may be reduced slightly in the future. These Before-Tax Contributions will not affect the amount of your other benefits (like life insurance), which are calculated based on your FLEX Earnings.

# WHEN CONTRIBUTIONS BEGIN

Contributions for Medical FLEX Benefits begin with the first full pay cycle following the Effective Date.

# MAINTENANCE OF BENEFITS PROVISION

All of the Medical Plan options contain the Maintenance of Benefits provision, which coordinates benefits available from more than one plan. If both you and your spouse (or your Domestic Partner) are working, you and your eligible Dependents may be covered under both the Company plan and your spouse's (or Domestic Partner's) plan. The Maintenance of Benefits provision coordinates benefits provided under all medical programs so that you can receive up to — but no more than — the amount that would have been covered by the Company plan.

A medical program is defined as any of these which provide benefits or services for, or by reason of, medical care or treatment.

- Coverage under a governmental plan or required or provided by law. This does not include a state plan under Medicaid or any law or plan when, by law, its benefits are in excess of those of any private insurance program or other non-governmental program.

- Group insurance or other coverage for persons in a group, whether insured or uninsured. This includes prepayment, group practice or individual practice coverage. But, this does not include:

  1. school accident-type coverage for grammar school or high school students, or

  2. any individually underwritten and issued contract or plan of insurance that meets both of these tests:

     – it provides solely for Accident and Sickness benefits, and

     – it is a contract or plan of insurance for which the insured, member of the insured's family, or the insured's guardian has paid 100% of the premiums.

- Medical coverage under the "no fault" or medical payment provisions of an automobile insurance contract.

The Maintenance of Benefits provision reduces the advantages of double coverage, so you should decide whether you wish to be covered by the Company Medical Plan or by your spouse's (or Domestic Partner's) employer's Medical Plan.

Here is how the Maintenance of Benefits provision works:

The plan that pays benefits first is "primary." The plan that pays benefits next is "secondary." When the Company's Medical Plan is secondary, it will pay its normal benefits, reduced by any benefits paid by the primary plan. This means that you will not receive any benefits from the Medical Plan if the primary plan pays benefits that are equal to or greater than the benefits this plan would normally pay.

Determination of which plan is primary is as follows:

- Coverage as an Employee is considered primary over coverage as a Dependent.

- When a Dependent child is covered under two or more plans, the plan of the parent whose birthday comes earlier in the year (regardless of age) will be the primary plan unless the Dependent child's parents are separated or divorced. Then the following applies:

  1. The plan of the parent with custody pays first.

  2. The stepparent's plan pays next.

  3. The parent without custody pays next.

  4. Regardless of which parent has custody, whenever a court order specifies the parent who is financially responsible for the child's health care expenses, the coverage of that parent pays first.

  5. If both parents have the same birthday, the benefits of the plan which covered the parent longer are determined before those of the plan which covered the other parent for a shorter period of time.

- Coverage as an active Employee or that Employee's Dependent is determined before coverage as a laid-off or retired Employee. If the other plan does not have this rule and if, as a result, the programs do not agree on the order of benefits, this rule is ignored.

- When none of the above circumstances applies, the coverage you have had for the longest time pays first.

When the above rules reduce the plan's benefits, the benefits in each coverage category are reduced proportionately to its reimbursement level in the same manner as if no reduction in benefits had been applied.

If you select your spouse's (or Domestic Partner's) medical coverage and that coverage ends during the Calendar Year as the result of a Status Change, you may return to the Company  Medical Plan option of your choice within 31 days of the loss of coverage, with no Evidence of Insurability required. However, you will be required to provide proof of the loss of coverage.

# MEDICAL BENEFITS

The plan pays benefits for eligible charges incurred for medical services. The following is a summary of these benefits.

# HOSPITAL PRECERTIFICATION

You must precertify Hospital and Skilled Nursing Facility admissions if you:

- are enrolled in the Out-of-Area Comprehensive option

- receive care under the 90/70 or 80/60 PPO option (for both In-Network Benefits and Out-of-Network Benefits)

Precertification is a program designed to help save you and the Company time and money, and to ensure a high level of medical care. It helps you make informed decisions about proposed treatment, and encourages Physicians to provide care in the most appropriate setting for your situation. Your Doctor still directs your treatment, and you make the final decision about the treatment you receive.

# How Precertification Works

If you or a covered Dependent is scheduled for a Hospital admission, you must have the admission authorized ahead of time for full benefits to be paid. You or your Doctor begins the review and authorization process by calling the phone number on your Medical Plan ID card.

You and your Doctor will be notified if the treatment is certified. In some cases, alternate treatment options and benefits will be suggested.

If the admission is not certified even after further review and contact with your Doctor, you will be notified of the reasons why and given the opportunity to appeal the decision. Please refer to **"SECTION TWO - ADMINISTRATIVE INFORMATION"** for further details on the appeal process.

## In an Emergency

If you are hospitalized as a result of an Emergency situation, you, your Doctor or your covered Dependent must call the Hospital Precertification number within 48 hours following your admission for maximum benefits to be paid.

## For Pregnancy

In accordance with the Federal law, Newborn's and Mother's Health Protection Act (NMHPA), the plan may not restrict benefits for any hospital length of stay in connection with childbirth for the mother or Newborn child to less than 48 hours following a normal (vaginal) delivery, or less than 96 hours following a cesarean section. However, Federal law generally does not prohibit the mother's or Newborn's attending provider from discharging the mother or Newborn earlier, as long as the attending provider has consulted with the mother. The plan may not require that an attending provider obtain authorization to prescribe a length of stay that does not exceed the periods (48 or 96 hours). The plan, however, does require that an attending provider obtain authorization to prescribe a length of stay exceeding the 48 or 96 hour limit.

# If You Do Not Complete the Precertification Process

If you do not complete the Hospital Precertification process before your admission to the Hospital or Skilled Nursing Facility, or after an Emergency admission, benefits will be reduced by an additional 20% if the confinement is determined to be Medically Necessary. If you decide upon hospitalization or Skilled Nursing Facility admission after a Precertification denial, you will be required to pay 100% of the charges.

And if you stay in the Hospital or Skilled Nursing Facility longer than the approved length of stay, you will be responsible for 100% of the charges for the excess days.

# HOSPITAL AUDIT REWARD PROGRAM (HARP)

All Medical Plan coverage options (except the Hawaii PPO and HMO options) participate in the Hospital Audit Reward Program. By reviewing your Hospital bills for accuracy, you could be eligible for a cash reward if you find an error in billing. A billing error is defined as a bill that includes services not provided to you. It does not include mathematical errors or typing errors.

Each time your efforts lead to a corrected Hospital billing and the error would have resulted in a Medical Plan overpayment, you will receive 50% of the benefit overpayment that would have been made. There is a minimum reward of $10 (i.e. a $20 bill error) and a $500 maximum reward (i.e. a $1,000 billing error) if you can determine an error was made.

If you find an error on a Hospital bill, contact Global Employee Services to receive a HARP form. In addition, you may be required to contact your Provider, Hospital and/or carrier. Global Employee Services will submit the HARP form directly to the Medical Plan. You will be reimbursed through payroll.

# LIFETIME MAXIMUM

The Lifetime Maximum benefit (the total of all benefits paid under the Medical Plan) for the Out-of-Area Comprehensive option is $2,000,000 per person. There is no Lifetime Maximum benefit under the EPO option or under In-Network benefits of the 90/70 or 80/60 PPO option.  The 90/70 and 80/60 PPO options Out-of-Network benefits Lifetime Maximum is $2,000,000 per person.

# COVERED EXPENSES

In general, the following medical expenses (in this "Covered Expenses" section) are covered under all Medical Plan options, except HMOs.   Variations between Managed Care options are noted.

To be an eligible medical expense, the service must be Medically Necessary and adhere to Common Medical Standards.  In some cases, coverage is limited to Reasonable and Customary Charges or other limits and maximums.  The Claims Administrator determines whether a service meets the plan's Medically Necessary criteria and Common Medical Standards.   The Claims Administrator also determines what Reasonable and Customary Charges are under the plan.   The information developed and used by the Claims Administrator in their determinations of Medically Necessary criteria, Common Medical Standards and Reasonable and Customary Charges are contained in the resources listed under "Claims Administrator Information Used in Claim Determinations" on pages 7 and 8.  You can obtain information on the criteria the Claims Administrator relies upon in determination of your Claim as explained within the list.

Certain services and supplies require Precertification, or preauthorization by the Claims Administrator in advance of receiving the services and supplies for full benefits to be paid.  Services for which you must receive Precertification or preauthorization are noted in this section and in the 2004 "Summary of Health Benefits" located on Services@Work (link to the 2004 SOHB).  The "Summary of Health Benefits" also shows the details on benefit levels and limits for Covered Expenses. Expenses specifically excluded from coverage are shown in "What is not Covered."

# Mental Health and Substance Abuse Treatment Benefits

If you select coverage under any of the Medical Plan options except an HMO or the Hawaii PPO, you have mental health and substance abuse treatment benefits in addition to the EAP, administered by UBH. Two levels of benefits apply for mental health and substance abuse treatment:

- Highest Benefit Level, which offers benefits when your care is certified by UBH and provided by a UBH Network Provider, and

- Alternate Benefit Level, which provides coverage when your care has been provided by an Out-of-Network Provider.

Nortel Networks Managed Mental Health and Substance Abuse Treatment benefit provides assistance in addressing such problems as depression, and drug or alcohol abuse.  Mental health services include outpatient individual, family, group, child, or adolescent therapy; medication management; evening and weekend programs; day treatment programs; and hospitalization.  Substance abuse services include sober living programs, halfway homes, structured outpatient programs, partial day treatment, and residential treatment for substance abuse rehabilitation, as well as acute inpatient care.

## Certified Care

To receive mental health and substance abuse treatment benefits with no penalty or reduction in benefits, you must have your care certified by UBH.

**Highest Benefit Level**: If your care is certified by UBH and provided by a UBH Network Provider (In-Network Benefits), your benefits will, in most cases, be paid at 100%, less any applicable Copayments, with no Deductible. (See the "Summary of Managed Mental Health and Substance Treatment Abuse Benefits" for further information.)

**Alternate Benefit Level**: If your care is provided by a non-UBH provider (Out-of-Network Benefits), you will have to satisfy a $200 per person Deductible before your benefits can begin. All intermediate and inpatient levels of care must be certified by UBH or benefits will be reduced. In addition, Out-of-Network Benefits under the Mental Health and Substance Abuse Program are limited to Reasonable and Customary Charges. You may be required to file a Claim form with UBH to apply for reimbursement of eligible expenses under the Program. The reimbursement level will depend on the type of care you receive.

There are no annual dollar maximums for Mental Health and Substance Abuse Treatment benefits.  The combined Lifetime Maximum benefit for inpatient and outpatient in-network and out-of-network treatment is $2,000,000.

Any charges you pay for mental health and substance abuse treatment expenses do not apply to the Medical Plan's overall Out-of-Pocket Maximum

See the "Summary of Mental Health and Substance Abuse Treatment Benefits" on page 26 for further details on In-Network and Out-of-Network Benefit amounts.

## Uncertified Care

Expenses incurred for mental health and substance abuse treatment services that are not certified by UBH prior to receiving the services are subject to penalties and reductions in benefits. This includes, but is not limited to, outpatient individual, group, or family counseling and hospitalization. The services will be reviewed to determine if they were Medically Necessary.  The review will be completed following receipt of the Claim by UBH.   If determined to be Medically Necessary by UBH, the services will be covered at

the Out-of-Network Benefit level.  Coverage is limited to Reasonable and Customary Charges. The standards UBH follows in making these determinations are contained in the documents listed under "Claims Administrator Information Used In Claim Determinations" on pages 7 and 8.  Information on how to obtain copies is also described there.

If care is determined to be Medically Necessary and your expenses exceed Reasonable and Customary Charges, the excess amounts will be your responsibility to pay.   If care is determined not to be Medically Necessary, no benefits will be paid under the plan.

Additionally, if inpatient treatment or other intensive levels of care are not pre-certified by UBH, a $200 non-notification penalty will be applied and benefits will be reduced by an additional 10%. This non-notification penalty and 10% benefit reduction do not count toward the Medical Plan's overall Out-of-Pocket Maximum.

# Summary of Managed Mental Health and Substance Abuse Treatment Benefits

This information outlines the mental health and substance abuse treatment benefits available if you enroll in a PPO, EPO or Out-of-Area Comprehensive Option under the Medical Plan.

| Description | Coverage | |
|---|---|---|
| | **In-Network** | **Out-of-Network** |
| **Employee Assistance Program (EAP)** | Up to 8 routine EAP outpatient visits per person; no Copayment | No benefit |
| **Calendar Year Deductible** | None | $200/person[1,7] |
| **Separate Deductible for Hospital Admission** | None | $150/per admission[2,3,7] |
| **Inpatient Services**[1,3] | | |
| Mental Health | 100%, up to 60 days/year (no Copayment) | 70% of eligible charges after a $200 Calendar Year Deductible and a $150 Hospital Deductible up to 60 days/year[1,2,3,4,7,8,9] |
| Substance Abuse | 100%, up to 30 days/year (no Copayment) | 70% of eligible charges after a $200 Calendar Year Deductible and a $150 Hospital Deductible up to 30 days/year[1,2,3,4,7,8,9] with maximum of one episode/lifetime |
| **Intermediate Care** | 100%[4,5] | 80% of eligible charges after $200 Calendar Year Deductible and a $150 Hospital Deductible up to 60 days/year[1,2,3,4,5,7,8,9] |
| **Outpatient Services** | | |
| Individual Treatment: | Visits 1-17: $20 Copayment[5,6] (Does not include EAP visits) | 50% of Reasonable and Customary Charges, after $200 Calendar Year Deductible, up to25 visits[7,8] per Calendar Year (up to 25 visits total for combined individual and group treatment). |
| | Visits over 17: $30 Copayment[5,6] | |
| Group Treatment: | Visits 1-17: $10 Copayment[5,6] | 50% of Reasonable and Customary Charges, after $200 Calendar Year Deductible, up to 25 visits[7,8] per Calendar Year (up to 25 visits total for combined individual and group treatment. |
| | Visits over 17: $20 Copayment[5,6] | |

| | | |
|---|---|---|
| **In-Home Mental Health Care** | 100%[5] | No benefit |
| **Drug Testing as an Adjunct to Substance Abuse Treatment** | 100%[5] | No benefit |

| Description | Coverage | |
|---|---|---|
| | **In-Network** | **Out-of-Network** |
| **Medication Management** | $5 Copayment for up to 30-minute visit, no limit [5] | 50% of Reasonable and Customary Charges, after $200 Calendar Year Deductible for up to 30-minute visit, no limit. [7,8] |
| **Calendar Year Out-of-Pocket Maximum (excluding Deductible and Copayments)** | None | None |

| | |
|---|---|
| **Lifetime Maximum (separate from Lifetime Maximum for medical expenses)** | $2,000,000 combined |

**NOTES**

[1] Inpatient and Intermediate Care are subject to Precertification. If there is a combined medical/mental health or medical/substance abuse treatment admission, only the Hospital Inpatient Deductible for the primary diagnosis applies.

[2] The $150 per admission Hospital Deductible for Out-of-Network admissions applies after the annual $200 Deductible is met.

[3] If Hospital or Intermediate Care is not precertified, there is a non-notification penalty of $200 plus 10% of the remaining Hospital bill. There is a 48-hour grace period for Emergencies.

[4] Includes, but is not limited to, 24-hour Intermediate Care Facilities, e.g., residential treatment, group homes, half-way houses, therapeutic foster care, day/partial Hospitals, structured outpatient treatment programs. Intermediate Care is subject to the same plan maximums that apply to Inpatient Care benefits.

[5] Subject to care manager approval.

[6] Outpatient care is reviewed after visit 10 and every 10 visits thereafter.

[7] Annual Out-of-Network MH/SA treatment Deductible is separate from the medical Deductible and can be met by outpatient or inpatient out-of-pocket expenses. The $200 per person annual Deductible is subtracted from a Claim before any benefit is paid and is separate from the Hospital Inpatient Deductible.

[8] Coverage is limited to Reasonable and Customary Charges.

[9] If care is not precertified by UBH, your Claim for benefits will be reviewed following receipt of the Claim by UBH to determine if the care was Medically Necessary. If the care is determined not to be Medically Necessary, no benefits will be paid under the plan.

# Prescription Drug Benefits

When you choose coverage under any Medical Plan option except an HMO or the Hawaii PPO, you and your covered dependents receive prescription drug benefits through Medco Health Solutions, L.L.C. You can obtain prescription drug benefits through the Medco network of participating retail pharmacies, non-network retail pharmacies and through Medco Health's Home Delivery Service.

This Prescription Drug Benefits Program covers all eligible prescriptions filled on an outpatient basis. Drugs dispensed in a Hospital, other inpatient settings or physician's office are covered as Hospital or Physician expenses under the Medical Plan option in which you enrolled.

Note:
HMO members receive Prescription Drug services through their HMO. Please refer to your HMO SPD for Prescription Drug coverage information.

Hawaii PPO plan members receive Prescription Drug coverage under the Hawaii PPO.   Refer to Appendix C for Hawaii PPO Prescription Drug coverage information.

# Prescription Drug Formulary

The Medical Plan's prescription drug formulary is a list of Preferred Brand-Name and generic drugs that have been selected by Medco Health's independent pharmacy and therapeutics committee based on their safety, effectiveness, and cost. Brand-Name drugs listed on the Medco Health formulary may offer greater discounts than Non-preferred Brand-Name drugs do.

The formulary applies whether you buy your prescription drugs at a retail pharmacy or through the Home Delivery Pharmacy Service. You can choose between:

- Generic drugs — that is, drugs that have the same active ingredients in the same dosage form as brand-name drugs and that are therapeutically equivalent to the brand-name drugs but are sold under their chemical — or "generic" — name,

- Preferred Brand-Name drugs - drugs that are included on the Medco Health formulary are marketed under a specific trade name by a pharmaceutical company, and are still under patent protection, and

- Non-preferred Brand-Name drugs - drugs that aren't included on the Medco Health formulary and that may have one or more Medco Health formulary alternatives.

If you choose the more expensive, Brand-Name prescription drug that isn't on the formulary, you'll pay a larger share of the cost.

To make sure you're receiving the treatment that works best for you - both clinically and financially - share the formulary list with your doctor and ask him/her to use it when considering which drugs to prescribe for your treatment. To request a copy of the formulary, contact Medco Health at 1-800-711-3460 or visit www.medcohealth.com.

# Member Pay-the-Difference Feature

The Pay-the-Difference feature is designed to provide higher coverage for lower-cost alternatives to Brand-Name Drugs.  Whenever you buy a Brand-Name Drug that has a lower-cost generic equivalent, whether through a retail pharmacy or through the Home Delivery Service, you'll pay the applicable Brand-Name Copayment/coinsurance plus the difference between the cost of the generic equivalent and the cost of the Brand-Name Drug. This includes anytime that your doctor indicates that the prescription should be "Dispensed As Written".

# Retail Pharmacy Benefits

## In-Network Benefits

When present your Medco Health Prescription Drug Program ID card at a participating retail pharmacy, you will pay the following:

Generic drugs:
> 20% copayment for up to a 30-day supply
> Maximum: $25 copayment for up to a 30-day supply
> Minimum:  $7 copayment for up to a 30-day supply

Preferred Brand-Name Drugs:
> 20% copayment for up to a 30-day supply
> Maximum: $50 copayment for up to a 30-day supply
> Minimum:  $15 copayment for up to a 30-day supply

Non-preferred Brand-Name Drugs:
> 30% copayment for up to a 30-day supply
> Maximum: $65 copayment for up to a 30-day supply
> Minimum:  $30 copayment for up to a 30-day supply

Unless your Physician specifies a Brand-Name Drug, your prescription will be filled with a Generic Drug, where available. If you choose to purchase the Brand-Name Drug when a Generic Drug is available or if your doctor indicates the prescription should be "Dispensed As Written", you will be responsible for the Brand-Name Drug Copayment plus the difference between the cost of the Generic and the Brand-Name Drug.

Remaining Covered Expenses will be paid at 100%.  See "What Is Not Covered Under Prescription Drug Benefits" on page 31 for charges not covered under the Prescription Drug Benefits.

> Your Doctor may choose to write DAW (Dispense as Written) on your prescription if there is a medical reason (such as an allergy to certain drug ingredients) for you to take a Brand-Name Drug when a Generic Drug is available.

## Out-of-Network Benefits

> If you have your prescription filled at a non-participating retail pharmacy, you will pay full price at the pharmacy and then submit a Claim form to be reimbursed at 40% of the Covered Expenses.

- The Plan pays 40% of Covered Expenses for Generic, Preferred or Non-preferred Brand-Name Drugs

- You pay 60% of Covered Expenses for Generic, Preferred or Non-preferred Brand-Name Drugs

## Retail Refill Allowance for Maintenance Medications

At an in-network retail pharmacy, the plan will cover the initial prescription plus two 30-day refills of your covered Maintenance Medication, and you'll pay the applicable Copayment/coinsurance (i.e., 20% or 30%, subject to the applicable minimums and maximums) each time. For any additional refills of the same Maintenance Medication at an in-network retail pharmacy, you'll pay 60% of the cost of the medication.

Alternatively, if you use the Home Delivery Pharmacy Service, your costs will be based on the Home Delivery Pharmacy Service Copayment. You'll pay only one Copayment for up to a 90-day supply of medication.

# When You are Traveling

If you need a prescription filled when you are away from home, contact Medco Health's customer service department at 1-800-711-3460 to obtain the name and location of the nearest participating pharmacy.  The same benefits are available to you at any Medco Health participating pharmacy.

# If You Do Not Live Near a Network Pharmacy

If you live in an area that does not have a Medco Health participating pharmacy within seven miles of your home, you will be considered an exception to the In-Network Benefit rules and will receive a letter instructing you to:

- use your local pharmacy to have your prescription filled,

- pay the full amount for the drug at the pharmacy, and

- complete the Claim form and mail it to the address on the form within 180 days of purchasing the prescription.

Your Claim will be treated as a participating pharmacy purchase and you will be reimbursed for Covered Expenses less the applicable Copayment. As the Medco Health Network is expanded and pharmacies are added within a seven-mile radius of your home, you will no longer be considered an exception and will be expected to begin using the participating pharmacies available in your area to receive In-Network Benefits.

# Emergencies

If you have a medical Emergency and Prescription Drugs are needed immediately, you will be reimbursed for those prescriptions needed for Emergency treatment at the participating pharmacy rate, provided the situation has been declared an Emergency by the attending Physician.

# Home Delivery Pharmacy Service

All Medical Plan options, except HMOs and the Hawaii PPO, offer the Home Delivery Pharmacy Service administered by Medco Health Solutions, L.L.C.

The Home Delivery Pharmacy Service is used for long-term or Maintenance Drugs, such as medication for high blood pressure or arthritis.  It is designed to save money if you have a chronic condition that requires you to refill your prescription on an ongoing basis.

Through the Home Delivery Pharmacy Service you can receive up to a 90-day supply per prescription. You will pay the following:

**For Up to a 90-day Supply**

- $15 Copayment for Generic Drug

- $45 Copayment for Preferred Brand-Name Drug

- $90 Copayment for Non-preferred Brand-Name Drug

Remaining Covered Expenses will be paid at 100%.  See "What Is Not Covered Under Prescription Drug Benefits" below for charges not covered under the Prescription Drug Benefit.

You must complete the request form, enclose the prescription written by your Physician (your Physician should write the prescription for a 90-day supply) and send it to Medco Health along with your Copayment for each order. You will receive the prescription along with a new order form by return mail.

Most new prescription orders take 14 days to be filled and returned to you unless there are mail delays. Refill prescription orders take up to 10 days to be filled and returned to you.  If you need a supply of medication while waiting for your home delivery (mail-order) prescription, ask your Doctor for two prescriptions so you can get a small supply of medication from your local pharmacy while waiting for your home delivery (mail-order) to arrive.

The Home Delivery Pharmacy Service is used for long-term or Maintenance Drugs…

Note: Any out-of-pocket expenses for prescription drug benefits administered through Medco Health (Out-of-Network Prescription Drug expenses, In-Network Prescription Drug Coinsurance or Copayments) do not apply toward your Medical Plan Out-of-Pocket Maximum.

# Maximum Benefit

There is no lifetime limit or lifetime maximum to the Prescription Drug Program benefit.

# Covered Prescription Drugs

To be covered under the Prescription Drug Benefit, the drug must be:

- an eligible Prescription Drug for which a written prescription is required
- oral and injectable insulin dispensed only upon the written prescription of a Physician
- a compound medication of which at least one ingredient is a federal legend drug
- any other drug which, under the applicable state law, may be dispensed only upon the written prescription of a Physician or other lawful Provider

Additionally, there are certain medications for which prior authorization is required.

# What Is Not Covered Under Prescription Drug Benefits

The following charges are not covered under the Prescription Drug Benefit:

- charges that would not have been made if the person were not covered by these benefits
- charges that you are not legally required to pay
- drugs not approved by the Federal Drug Administration (FDA) for treatment
- expenses incurred to the extent that payment is unlawful where the person lives when the expenses are incurred
- Experimental drugs or drugs labeled "Caution — limited by federal law to investigational use"
- immunization agents, biological sera, blood or blood plasma

- medication which is taken or administered, in whole or part, at the place where it is dispensed or while a person is a patient in an institution which operates, or allows to be operated, on its premises a facility for dispensing pharmaceuticals

- non-federal legend drugs, other than insulin

- prescriptions filled in excess of the number specified by the Physician

- prescriptions dispensed more than one year from the date of the Physician's order

- prescriptions dispensed prior to consumption of 75% of existing prescription when taken as directed

- prescriptions for more than a 90-day supply at any one time

- prescriptions that can be reimbursed under any Workers' Compensation law or government program, other than Medicaid

- Rogaine or Propecia for hair growth or Renova for cosmetic use

- Retin-A/Avita for participants over age 35 without preauthorization

- therapeutic devices and supplies, except for disposable hypodermic syringes and needles for the administration of insulin and glucose test strips.

When processing your prescription benefit Claims, Medco refers to the resources listed under "Claims Administrator Information Used In Claim Determination" – see pages 7 and 8.   Prescription medications that require prior authorization and information on how you can obtain the clinical information Medco relies upon in determination of your Claim is also described there.   Additional Medco information that is used in prescription benefit Claims determinations is included in Appendix A of this SPD.


# Health Management Program

The Health Management program is designed to assist non-HMO Medical Plan option participants and their eligible dependents in managing their health. CorSolutions is a third party provider and therefore not related to Nortel Networks health plan providers (CIGNA, UnitedHealthcare). This program is offered to you and your eligible dependents at no cost.   It includes:

- **Nurse Connections** - a toll-free support line that provides access to registered nurses 24-hours a day, 7 days a week, for questions about conditions, symptoms, medications, or other health information.
- **CorSolutions Web Site** - for health related information, health tools such as health risk assessment, weight and exercise logs, carbohydrate calculator, and blood sugar tracker, e-mail a nurse feature, links to other useful web sites, and more.  Be sure to register to fully access all the resources available on this web site.
- **Voice Connections** - a toll-free recorded health information line.
- **Chronic disease** (diabetes, hypertension, heart disease, etc) **management assistance:**
  - understanding your condition and how to manage symptoms
  - understanding and following your physician's treatment plan
  - understanding medications, side effects, contraindications, etc.
  - becoming a good health care consumer
  - navigating the health care system
  - providing your physician with updates (requires your consent) and national treatment guidelines on your condition

Employees and dependents with chronic health conditions (e.g. diabetes, asthma, heart disease) can choose to participate in a confidential program to help improve their health by contacting CorSolutions at 866-676-0740.

Those participants with more serious health conditions may receive an invitation by telephone to participate from CorSolutions.

# Preventive Care Benefits

## Network Area Options

### Preferred Provider Organization (PPO), or Exclusive Provider Organization (EPO) Options In-Network Coverage

When you choose coverage in the 90/70 or 80/60 PPO option or the EPO option and use an In-Network Provider, Preventive Care expenses are covered at 100% for you and your eligible dependents after the office visit Copayment.

In-Network Preventive Care services are based on American Medical Association (AMA) schedules for recommended periodic health examinations for Children and adults. Specific benefits may vary depending on your Network. However, some of the preventive services that are eligible under the plan include:

**Well-child care for Children**

- height and weight screening
- immunizations (according to AMA recommendations) for your infant from birth to eighteen months (at ages two, four, six, fifteen and eighteen months)
- parent education on diet, injury protection and dental health for infants and Children
- screening for infants and Children at high risk for health problems, including hearing tests at 18 months for infants with a family history of childhood hearing impairment

**Adults**

- annual flu shot for adults, or as prescribed by Physician for high risk patients (e.g., immunosuppressed chronic disease)
- annual Pap smear for women
- immunizations for tetanus-diphtheria every 10 years
- laboratory and diagnostic procedures for individuals at high risk for particular health problems
- mammograms (according to AMA recommendations)
- physical exam (according to AMA recommendations)
- sigmoidoscopy (according to AMA recommendations)
- vision and hearing tests for adults

In-Network Preventive Care services are based on American Medical Association (AMA) schedules for recommended periodic health examinations for Children and adults.

### Preferred Provider Organization (PPO) Option - Out-of-Network Coverage

When you use an Out-of-Network Provider under the 90/70 or 80/60 PPO option, you and your eligible dependents age six and over will generally be covered at 90% (90/70 PPO) or 80% (80/60 PPO) for a Preventive Care physical exam, up to $300 every 24 months, after you satisfy your annual Deductible.

- The $300 includes services performed during the physical exam by your physician and related tests including laboratory and X-ray procedures.

- The $300 excludes the well-woman or OB/GYN exam (mammography and Pap smear).

Well-baby care expenses up to age six, including immunizations, are also generally covered at 90% (90/70 PPO) or 80% (80/60 PPO), and benefits for these expenses are excluded from the $300 physical exam maximum benefit.

Note that both PPO options' out-of-network Preventive Care benefits are limited to Reasonable and Customary Charges.

## Non-Network Area Option

### Out-of-Area Comprehensive Option Coverage

If you are enrolled in the Out-of-Area Comprehensive option, you and your eligible Dependents age six and over will generally be covered at 100% for a Preventive Care physical exam, up to $300 every 24 months, with no annual Deductible.

- The $300 includes services performed during the physical exam by your physician and related tests including laboratory and X-ray procedures.

- The $300 excludes the well-woman or OB/GYN exam (mammography and Pap smear) and routine immunizations and injections.

Well-baby care expenses up to age six, including immunizations, are also generally covered at 100%, and benefits for these expenses are excluded from the $300 physical exam benefit.

Note that the Out-of-Area Comprehensive option's Preventive Care benefits are limited to Reasonable & Customary Charges.

# Other Covered Expenses

The following expenses are also covered under the Medical Plan options (except HMOs). Remember: To be an eligible medical expense, the service must be Medically Necessary and adhere to Common Medical Standards. In some cases, coverage is limited to Reasonable and Customary Charges or other limits and maximums. The Claims Administrator determines whether a service meets the plan's Medically Necessary criteria and Common Medical Standards under the plan. The Claims Administrator also determines what Reasonable and Customary Charges are under the plan. Certain services and supplies require Precertification or preauthorization by the Claims Administrator in advance of receiving the services and supplies for full benefits to be paid. Services for which you must receive Precertification or preauthorization are noted in this section and in the 2004 "Summary of Health Benefits" on Services@Work (link to the 2004 SOHB) for Services provided during 2004. The "Summary of Health Benefits" also shows the details on benefit levels and limits for Covered Expenses. Expenses specifically excluded from coverage are shown in "What is Not Covered" on page 47.

# Chiropractic Benefits

The plan covers chiropractic services including diagnosis and related services. Remember: Covered services are limited to Common Medical Standards. To qualify for coverage under the plan, the service must adhere to generally accepted medical practice based on recommendations from the American Medical

Association (AMA).  Pretreatment evaluation and progress reports may be requested by the plan at various intervals to ensure treatment is Medically Necessary.

For CIGNA Managed Care options:
- The CIGNA EPO option requires that your PCP refer you for chiropractic care, to receive benefits under the Medical Plan.  Refer to "How The Network Area Managed Care Options Work" for details.

- All chiropractic expenses are covered under **Outpatient Short-Term Rehabilitation** benefits.  Any combination of In-Network and Out-of-Network Benefits for chiropractic treatment is limited to 90 visits per condition, per Calendar Year.  The amounts you must pay for covered chiropractic expenses (including Copayment and any annual Deductible) are the same as required under the **Outpatient Short-Term Rehabilitation** benefits and the same limits (e.g., Reasonable and Customary Charge limits) are applicable.

Please see the 2004 "Summary of Health Benefits" on Services@Work (link to the 2004 SOHB) for further information on In-Network and Out-of-Network Benefits available for the 2004 Plan Year under the option you have selected.

# Dental Coverage

Dental coverage is provided under the Medical Plan for treatment due to accidental Injury to sound, natural teeth. This treatment must be provided within twelve months of the Accident.  Coverage includes charges for Doctor's services, X-ray exams and services necessary to restore or replace injured teeth. When you receive preauthorization from the Claims Administrator, Dental Coverage under the Medical Plan is also provided for:
- a charge made for removal of a Non-odontogenic tumor.
- other Medically Necessary services to treat:
  - Temporomandibular Joint Disorder (TMJ)
  - malocclusion involving joints or muscles (such as for crowning, wiring or repositioning teeth)
  - correction of Congenital anomaly in Children that occurred at birth.

No other charge for dental services is covered under the Medical Plan.

Additional dental exclusion information can be referenced in "What is Not Covered" on page 47.  See the Dental/Vision/Hearing Care Plan Summary Plan Description on Services@Work for information about other dental coverage available under FLEX Benefits.

# Durable Medical Equipment

The plan covers the rental or purchase of medical, surgical or related Hospital equipment and supplies, including, but not limited to:

- equipment for administration of oxygen

- Hospital beds

- ventilator

- wheelchairs

- artificial limbs, larynx and eyes (for functionally necessary replacements)

- heart pacemaker (for functionally necessary replacements)

- orthopedic braces, splints, trusses, casts, crutches or other similar items (for functionally necessary replacements)

- surgical dressings (for functionally necessary replacements)

If you are enrolled in a Managed Care option, the Network Manager determines whether the equipment will be rented or purchased for coverage under the plan. If you are enrolled in the Out-of-Area Comprehensive Option, the plan will cover either rental or purchase of the equipment.

If equipment is purchased, repair and maintenance of Durable Medical Equipment (not covered under a manufacturer's warranty or purchase agreement) is also covered. Benefits are provided for a single unit of Durable Medical Equipment (example: one insulin pump).

For Managed Care options, to receive In-Network Benefits, you must purchase or rent the Durable Medical Equipment from the vendor the Network Manager identifies.

**Predetermination Review:**

For all Medical plan options: You are strongly urged to contact Member Services and submit a written Claim to predetermine that the Durable Medical Equipment you plan to purchase is a Covered Expense. You should obtain an estimate of the benefits considered eligible for payment under the plan from the Claims Administrator before your purchase of the Durable Medical Equipment.

If you are enrolled in the Managed Care options administered by UHC:

- Under the 90/70 or 80/60 PPO option (for both In-Network Benefits and Out-of-Network Benefits), you must obtain preauthorization from UHC before obtaining any single item of Durable Medical Equipment that costs more than $1,000 (either purchase price or cumulative rental of a single item) to be eligible for Durable Medical Equipment benefits.
    - o If you do not complete the Durable Medical Equipment preauthorization process before your purchase of the Durable Medical Equipment, benefits will be reduced by 20% if the Durable Medical Equipment is determined to be Medically Necessary. This 20% benefit reduction does not count toward the Medical Plan's overall Out-of-Pocket Maximum.
    - o If you decide to purchase Durable Medical Equipment after a preauthorization denial by UHC, no benefits will be paid under the plan.

For the Out-of-Area Comprehensive option and Out-of-Network Benefits under the Managed Care options, there is a $2,000 benefit maximum per participant for Durable Medical Equipment each Calendar Year. For the Managed Care options, benefits paid for Durable Medical Equipment received in-network will also count toward the $2,000 Out-of-Network Benefit maximum.

# Emergency Care

An Emergency is a sudden and serious situation that happens unexpectedly and requires immediate medical attention. Examples include an apparent heart attack, severe bleeding, sudden loss of consciousness, severe or multiple injuries, convulsions, apparent poisoning. Colds, influenza, ordinary sprains, ear infections, nausea and headaches are not considered Emergencies. Contact Member Services if there is any question of whether a condition is considered an Emergency.

The plan covers Emergency care, including, but not limited to:

- Ambulance transportation to the nearest Emergency facility and transfers to other facilities in order to receive appropriate services

- Hospital emergency room care — within 48 hours of an accidental Injury or the onset of a sudden or serious Illness

**Important Note:** If the emergency room is used for a condition that is not a medical Emergency, benefits will be reduced (and in some cases no benefits will be paid). See the 2004 "Summary of Health Benefits" on Services@Work for details.

# Home Health Care

Through the use of an authorized Home Health Care Agency, you may be able to shorten your Hospital stay and speed your recovery in your own home. The plan covers Home Health Care for covered services and supplies.

For the Out-of-Area Comprehensive option and for Out-of-Network Benefits under the Managed Care options, there is a benefit maximum of 100 visits per participant each Calendar Year. For the Managed Care options, benefits paid for Home Health Care visits that are received in-network will also count toward the 100 visit Out-of-Network Benefit maximum. There is an unlimited maximum on the number of visits for in-network benefits under the Managed Care options.

For all CIGNA options, including the Managed Care and Out-of-Area Comprehensive Option:
- Two hours of home health aide care counts as one visit; each visit by any other member of the home health team counts as one visit, regardless of the length of visit.
- Durable Medical Equipment billed by the Home Health Care Agency will be covered under the Durable Medical Equipment benefit.

For UHC options:
- Four hours of home health aide care counts as one visit; each visit by any other member of the home health team counts as one visit, regardless of the length of visit.
- Durable Medical Equipment billed by the Home Health Care Agency will be covered under the Home Health Care benefit.

The following are expenses covered under the plan for Home Health Care services and supplies:

- part-time or intermittent home nursing care given or supervised by a registered nurse

- part-time or intermittent Home Health Aide service, mainly for care of the person

- physical, occupational or respiratory therapy by a qualified therapist

- nutritional counseling furnished or supervised by a registered dietitian

- medical supplies, lab services, drugs and medicines prescribed by a Physician.

These services and supplies will be covered only if all of the following conditions are met:

- the services are furnished to a person who is under a Physician's care and

- the services are prescribed in writing by the person's Physician and

- the services are not mainly Custodial Care and

- the services are medically needed for the care and treatment of the person's Illness or Injury as part of a Home Health Care plan submitted by the Physician to a Home Health Care Agency and

- the services are in substitution of the person's Hospital Inpatient Stay or Skilled Nursing Facility stay that would be required in the absence of such services and

- the services are furnished by the Home Health Care Agency for that care and treatment in the patient's home and charged for by the Home Health Care Agency.

If you are enrolled in the Managed Care options administered by UHC:

- Under the 90/70 or 80/60 PPO option (for both In-Network Benefits and Out-of-Network Benefits), you must obtain preauthorization before receiving any Home Health Care services and supplies to be eligible for Home Health Care benefits.
  - o If you do not complete the Home Health Care preauthorization process before receiving Home Health Care services and supplies, benefits will be reduced by 20% if the Home

Health Care service or supply is determined to be Medically Necessary. This 20% benefit reduction does not count toward the Medical Plan's overall Out-of-Pocket Maximum.
o    If you decide to receive Home Health Care services or supplies after a preauthorization denial by UHC, no benefits will be paid under the plan.

# Hospice Care Program

The plan covers Hospice care services provided to a covered person who has been certified by his/her treating Physician to be "Terminally Ill. Terminally Ill means a life expectancy of six months or less, as certified by the patient's treating Physician, who recommends admittance to a Hospice care facility. The plan also covers Hospice care expenses incurred for bereavement counseling services provided to the Terminally Ill patient's family unit after that person's death.

A Hospice is a facility that provides short periods of stay for a Terminally Ill person in a homelike setting for either direct care or respite. This facility may be either free-standing or affiliated with a Hospital. It must operate as an integral part of the Hospice Care Program.

A Hospice Team is a team of professionals and volunteer workers who provide care to:

- reduce or abate pain or other symptoms of mental or physical distress and

- meet the special needs arising out of the stresses of a terminal illness, dying and bereavement.

The plan covers Hospice care services provided to a covered person diagnosed with a Terminal Illness.

The plan also covers Hospice care expenses incurred for counseling services provided to the Terminally Ill patient's family unit after that person's death.

A Hospice is a facility that provides short periods of stay for a Terminally Ill person in a homelike setting for either direct care or respite.

The Hospice Team must include a Physician and a Registered Graduate Nurse and may consist of a social worker, a clergyman/counselor, volunteers, a clinical Psychologist, a physiotherapist, and/or occupational therapist.

All Hospice care will be considered one period of care unless the patient is readmitted to a Hospice for a subsequent period of care at least three months after s/he last received Hospice care.

Eligible services and supplies are considered Covered Expenses only if they meet all of the following conditions:

- the Hospice facility operates as an integral part of a Hospice Care Program that meets standards set by the National Hospice Organization and is approved by the Terminally Ill person's chosen medical provider. If such a facility is required by a state to be licensed, certified, or registered, it must also meet that requirement to be considered a Hospice and

- the Hospice Team includes at least a Physician and a Registered Graduate Nurse and

- services and supplies are ordered by the Physician directing the Hospice Care Program (treating Physician) as part of the Hospice Care Program and

- services and supplies are furnished while the Terminally Ill person is in a Hospice Care Program (certification of the Terminal Illness must be provided by the Physician before treatment can be confirmed as Hospice Care) and

- services and supplies are provided within seven months from the date the Terminally Ill person entered the Hospice Care Program or re-entered such program. (The Out-of-Area Comprehensive option requires that the service or supply be provided within six months in order to qualify as a Covered Expense.)

Covered charges include:

- counseling services provided by members of the Hospice team

- Hospice Room and Board while an Inpatient in a Hospice facility and

- necessary medical and surgical supplies.

Counseling services are defined as supportive services provided by members of the Hospice Team in counseling sessions with the family unit. The services are to assist the family unit in dealing with the death of the Terminally Ill person.

For CIGNA options:   There is a benefit maximum of 3 bereavement counseling sessions per family, per occurrence, for in-network and out-of-network care combined.

For UHC options:  There is a benefit maximum of 15 bereavement counseling sessions per family, per occurrence, for in-network and out-of-network care combined.

Charges for counseling services furnished to the patient's family unit (i.e., the Employee and eligible Dependents and/or Domestic Partner), after the death of the Terminally Ill participant are eligible for coverage under the Mental Health and Substance Abuse Treatment Benefits.

The following charges related to Hospice care are covered under UHC options, but are excluded under CIGNA options:

- Physical, occupational and speech therapy services to enable the individual to maintain activities of daily living and basic functional skills.
- Twenty-four hour nursing care, including homemaker and/or home health aide services provided during periods of crisis, but care during these periods must be predominantly nursing care.
- Homemaker services, which may include assistance in personal care, maintenance of a safe and healthy environment, and services to enable the individual to carry out the care plan.

The following charges related to Hospice care are not covered under any option:

- charges for a service furnished by a close relative. "Close relative" means, you, your spouse, Domestic Partner and Domestic Partner's Child(ren), a child, brother, sister, or your parent, your spouse's parent, or the Terminally Ill person

- charges incurred after the Terminally Ill person has been discharged from the Hospice Care Program

- charges for the treatment of a diagnosed Illness or Injury of a member of the family unit if covered, in full or in part, under any other coverage.

# Infertility

The plan covers charges for the diagnosis and medical treatment of infertility. Additionally, a benefit is available for "assisted reproduction" expenses (which includes actual or attempted impregnation or fertilization, including artificial insemination, gamete intrafallopian transfer (gift) and in-vitro fertilization). There is a $5,000 lifetime benefit maximum per covered member (employee, spouse and any dependents) for assisted reproduction expenses.

# Inpatient Hospital Services

The plan covers services and supplies furnished by a Hospital during a Hospital stay, including:

- Ambulance use for local travel

- Anesthetics and their administration

- chemotherapy or radiation therapy

- diagnostic laboratory and X-ray services

- drugs and medications

- operating and recovery room charges

- Hemodialysis

- Hospital Room and Board — charges for a Semi-Private Room and Board, private room if Medically Necessary, or the applicable coinsurance percentage of the lowest room rate in a facility that only has private rooms

- rehabilitation services

- other Medically Necessary inpatient services and supplies

These services will be covered if your hospital admission is precertified. Please refer to "Hospital Precertification" on page 21 for further information on Hospital Precertification.

# Inpatient Physician and Surgeon Services

Medical care or treatment by a Physician during a Hospital stay is covered under the plan when all Precertification requirements have been satisfied.

# Maternity and Newborn Coverage

Under Federal Law the plan may not restrict benefits (or fail to provide reimbursement) for any hospital length of stay in connection with childbirth for the mother or Newborn child to less than 48 hours following a normal vaginal delivery, or less than 96 hours following a cesarean section, or require that providers obtain authorization for stays which are not in excess of the above stated periods. The attending provider, after consulting with the mother, may discharge the mother or her Newborn earlier than 48 or 96 hours as applicable.

# Medical Supplies

Covered medical supplies include:

- allergy sera and biological sera

- Anesthetics and their administration

- blood and blood transfusions by or for the patient (if blood is not replaced)

- drugs and medication prescribed by a Doctor, or dispensed and administered in a Doctor's office

- hypodermic needles and syringes other than for insulin

- if you are enrolled in a Managed Care option, injectables, other than prescribed insulin given or authorized by a Physician

- other fluids to be injected into the circulatory system

- oxygen

# Newborn Care

The following services and supplies authorized by your Physician and furnished by a Hospital to a healthy Newborn baby for routine nursery care are covered for the first seven days after the baby's birth:

- Hospital Room and Board
- supplies and non-professional services furnished by the Hospital for medical care in that Hospital

# Organ Transplant

Any of the services and supplies described in this "Other Covered Expenses" section that are required for a live donor as a result of an organ transplant procedure, whether the covered person is the donor or the recipient, are covered under the plan.

However, if the covered person is the recipient of the transplant, the services and supplies will be considered to be furnished on account of the recipient's Illness or Injury. In addition, Covered Expenses will be limited to the extent to which benefits for the charges, services and supplies are not provided by the donor's coverage under:

- any group or individual contract
- any arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), including prepayment coverage

All Medical Plan options, including some HMOs and the Hawaii PPO, offer you and your eligible Dependents access to the finest Hospitals in the country for approved organ transplant procedures, as well as coronary bypass grafts, angioplasties and other procedures. These services are provided through CIGNA's LIFESOURCE Organ Transplant Network® and UnitedHealthcare's United Resource Network except for HMOs. HMO members receive these services through their HMO. Your Medical Plan enrollment directs which of these programs you may use.

The LIFESOURCE Organ Transplant Network® and United Resource Network are nationally recognized for their delivery of highly specialized procedures and for the state-of-the-art care they provide to their patients. However, you do not have to use the LIFESOURCE Organ Transplant Network® or the United Resource Network to receive benefits for these procedures or therapies.

# What is Covered under the Organ Transplant Program

The program covers both the procedure itself, according to the Medical Plan option you select, and transportation to and from the Hospital for the patient and one companion. These procedures require you or your doctor to obtain Precertification from the Claims Administrator as soon as the possibility of the procedure arises (and, for transplants, before the time a pre-transplantation evaluation is performed at a transplant center) to be eligible for benefits.

If you do not complete the preauthorization process before you receive services, benefits will be reduced by 20% if the service is determined to be Medically Necessary. This 20% benefit reduction does not count toward the Medical Plan's overall Out-of-Pocket Maximum. If you decide to receive the services after a preauthorization denial by the Claims Administrator, no benefits will be paid under the plan.
The following applies if you are enrolled in the Managed Care options administered by UHC:

- If a separate charge is made for bone marrow/stem cell search, there is a Lifetime Maximum benefit of $25,000 for all charges made in connection with the search. The Lifetime Maximum benefit applies to bone marrow transplants (either from you or from a compatible donor) and peripheral stem cell transplants, with or without high dose chemotherapy.

**Companion Travel Program**

Under the Companion Travel Program, you can choose a person to accompany you to the LIFESOURCE Organ Transplant Network® or United Resource Network for an approved organ transplant and to remain there for all or a portion of your stay. The Companion Travel Program pays benefits for some of the charges incurred by the person accompanying you.

**Maximum Travel and Lodging Benefit**

For CIGNA options:  There is a $10,000 lifetime maximum benefit per procedure.

For UHC options:  There is a $10,000 lifetime maximum benefit of $10,000 for all procedures.

For more information on the LIFESOURCE Organ Transplant Network,® United Resource Network and participating institutions, contact your Network Manager's Member Services. Refer to **"SECTION TWO - ADMINISTRATIVE INFORMATION"** for a list of Member Services' addresses and phone numbers.

# Orthognathic Surgery

Coverage is provided for expenses for maxillofacial Surgery to correct growth defects, jaw disproportions or malocclusions ONLY when services are:
- to correct  a Congenital anomaly in Children that occurred at birth or
- Medically Necessary.  To qualify as Medically Necessary the condition must meet the criteria established by the American Association of Maxillofacial Surgery.

# Orthoptic (Visual) Therapy

Coverage is provided for Medically Necessary eye muscle exercises; including training by an Ophthalmologist, Optometrist or orthoptic technician.

# Outpatient Physician Services

Coverage for outpatient physician services includes:

- anesthesiologists

- surgeons

# Outpatient Services

The following outpatient treatments are covered under the plan:

- chemotherapy and radiation therapy

- Hemodialysis

- pathology interpretations

- X-ray and laboratory exams made to diagnose Illness or Injury

## Outpatient Short-Term Rehabilitation

The plan covers charges by a Physician or a licensed or certified physical, occupational or speech therapist for services to restore a body function that has been lost or impaired due to an Injury, Illness or Congenital defect. Covered services include:

- cardiac rehabilitation

- chiropractic therapy (CIGNA options only)

- inhalation therapy (Managed Care options only)

- treatment by a physical or occupational therapist

- speech therapy:

  – to develop or improve speech after Surgery to correct a defect that occurred at birth and which impaired or would have impaired the ability to speak.

  – to restore speech after a loss or impairment of a demonstrated previous ability to speak caused by an Injury or Illness. This loss or impairment must not be caused by a mental, psychoneurotic or personality disorder.

- speech therapy expenses for Children under age 5 whose speech is impaired due to one of the following conditions:
  – infantile autism
  – developmental delay or cerebral palsy
  – hearing impairment
  – major congenital anomalies that affect speech such as, but not limited to, cleft lip and cleft palate
  – to correct pre-speech deficiencies
  – to improve speech skills that have not fully developed
  – for the diagnosis of developmental delay

Chiropractic therapy (paid under these Outpatient Short-Term Rehabilitation Benefits under CIGNA plans only), speech, occupational, and physical therapy services are limited based on the options you select. Refer to the 2004 "Summary of Health Benefits" on Services@Work (link to the 2004 SOHB) for coverage/limitations by plan option. For Managed Care options, both In-Network Benefits and Out-of-Network Benefits for therapy services will count toward the benefit maximum.

## Physician Services

Medical care or treatment is covered under the plan for services provided by a family practitioner, internist, pediatrician, or obstetrician/gynecologist, or other licensed medical practitioner who is practicing within the scope of his/her license and is licensed to prescribe and administer drugs or to perform surgery.

## Private Duty Professional Nursing

Private duty professional nursing services by a registered graduate nurse are covered under the plan, as long as:
- intensive nursing care by such a nurse is required to medically treat an acute Illness or Injury, and
- the patient is not in either a Hospital, or any other health care institution that provides nursing care

For the Out-of-Area Comprehensive option and Out-of-Network Benefits under the Managed Care options, there is a $10,000 benefit maximum per patient for private duty professional nursing services in each Calendar Year. For Managed Care options, benefits paid for private duty professional nursing services received in-network will also count toward the $10,000 Out-of-Network Benefit maximum.

If you are enrolled in the Managed Care options administered by UHC:

- Under the 90/70 or 80/60 PPO option (for both In-Network Benefits and Out-of-Network Benefits), you must obtain preauthorization before receiving private duty professional nursing services to be eligible for private duty professional nursing benefits.
  - If you do not complete the private duty professional nursing preauthorization process before receiving these services, benefits will be reduced by 20% if the service is determined to be Medically Necessary. This 20% benefit reduction does not count toward the Medical Plan's overall Out-of-Pocket Maximum.
  - If you decide to receive private duty professional nursing services after a preauthorization denial by UHC, no benefits will be paid under the plan.

# Reconstructive Surgery Following Mastectomy

The plan covers breast reconstruction following a mastectomy necessitated by cancer.   The following services are also covered under the plan, as required under Federal Law (The Women's Health and Cancer Rights Act of 1998), in the same manner and at the same level as those for other Covered Expenses:

- reconstruction of the breast on which the mastectomy was performed

- Surgery and reconstruction of the other breast to produce a symmetrical appearance; and

- prostheses and treatment of physical complications in all stages of mastectomy, including lymphedemas (swelling associated with the removal of lymph nodes).

# Skilled Nursing Facility

The Medical Plan options cover Skilled Nursing Facility services and supplies that are furnished for recovery from either an Illness or Injury that caused a prior Hospital stay or from a related Illness or Injury, up to 60 days per Calendar Year.  For the Managed Care options, both In-Network Benefits and Out-of-Network Benefits for Skilled Nursing Facility services and supplies will count toward the benefit maximum.

For all Medical plan options:
- You must Precertify Skilled Nursing Facility admissions to be eligible for Skilled Nursing Facility benefits.   Refer to "Hospital Precertification" on page 21 for details about how Hospital Precertification works.
- If you do not complete the Precertification process before your admission to the Skilled Nursing Facility, benefits will be reduced by 20% if the confinement is determined to be Medically Necessary. This 20% benefit reduction does not count toward the Medical Plan's overall Out-of-Pocket Maximum.
- If you decide upon a Skilled Nursing Facility stay after a Precertification denial by the Claims Administrator, no benefits will be paid under the plan.  And if you stay in the Skilled Nursing Facility longer than the Claims Administrator's approved length of stay, no benefits will be paid under the plan for the excess days.

The following are expenses covered under the plan for services and supplies furnished during a person's stay at a Skilled Nursing Facility:

- daily Room and Board up to the Semi-Private room rate, including normal daily services and supplies furnished by the Skilled Nursing Facility

- general nursing care

- necessary medical supplies furnished by the facility for use during confinement.
These services and supplies will be covered only if all of the following conditions are met:

- the person's Physician recommends the Skilled Nursing Facility stay

- the person is under continuous care of his or her Physician

- the person's Physician certifies that the person needs 24-hour-a-day nursing care and

- the stay must be other than in connection with care for a mental disorder. Mental disorders include, but are not limited to, senile deterioration, drug addiction, alcoholism, chronic brain syndrome and mental retardation.

If a confinement is in a distinct part of an institution which meets both the definition of a Hospital and of a Skilled Nursing Facility, then the benefits, if any, payable for that confinement will be determined on the basis of the benefits payable for the Skilled Nursing Facility confinement rather than those for a Hospital confinement.

The Medical Plan options cover Skilled Nursing Facility services and supplies that are furnished for recovery from either an Illness or Injury that caused a prior Hospital stay or from a related Illness or Injury.

**Note:** Benefits for a confinement in a distinct part of an institution which meets both the definition of a Hospital and a Skilled Nursing Facility will be determined on the basis of benefits payable for a confinement in a Skilled Nursing Facility.

# Specialty Physician Services

Coverage for specialty Physician services includes:

- allergy testing and treatment

- office visits

- pre- and post-natal exams

- referral Physician services

- Second Surgical Opinion

# Surgical Services

The plan covers services performed in connection with surgical procedures in a Hospital, outpatient department, surgical facility or Physician's office (in certain situations). Surgical procedures include the closed or open reduction of fractures or dislocations of the jaw.

A charge is a Covered Expense if it is made by a Doctor for a service in connection with a surgical procedure performed. The service must be in the list below:

- the immediate pre-operative exam of the person by the Doctor who performs the surgical procedure

- the performance of the surgical procedure by a Doctor

- aid by a Doctor in the performance of the surgical procedure, if such aid is required by the nature of the surgical procedure or the person's condition or required by the relevant Hospital in which the surgical procedure is performed

- the post-operative care that is required by and directly related to the surgical procedure and is given by a Doctor

- the closed or open reduction of fractures or dislocation of the jaw.

If two or more surgical procedures are performed in one session, the maximum benefit will be:

- 100% of the charges for the major procedure, plus

- 50% of the charges for the other procedure as if both surgical procedures had been performed separately.

## Temporomandibular Joint Disorder

To the extent that the services or supplies provided are recommended by a Physician, and are essential and necessary care and treatment of an Injury or an Illness, coverage is applicable.  Covered services include medical or surgical treatments directed exclusively at the temporomandibular joint (i.e. intracapsular structures).

All treatment must be authorized by the Claims Administrator in advance for coverage under the plan.  The Claims Administrator will determine whether the treatment is medical or dental in nature and if medical in nature, whether the plan's Medical Necessity criteria is satisfied.

For the Managed Care Options, In-Network Benefits are provided as described below:
- Under the EPO option administered by CIGNA, in order for eligible treatment to be covered in-network, you must be referred by your PCP to a specialist. If you are referred by your dentist for treatment, which is medical in nature, then Out-Of-Network Benefits, if any, would apply.

- Under the EPO option administered by UHC, if you receive care from an In-Network Specialist, In-Network Benefits are applicable – even without a PCP referral.

## Urgent Care Center Services

The plan covers services received at an urgent care center.  An urgent care center is a facility, other than a Hospital, that provides covered services, as determined by the Claims Administrator, required:
- to prevent serious deterioration of your health,
- as a result of an unforeseen Illness, or Injury, or the onset of acute or severe symptoms.

For the EPO Managed Care Option, the In-Network Benefit Copayment for an urgent care center visit varies as follows:

Under CIGNA options (excluding CIGNA, North Carolina):  $50
Under CIGNA North Carolina options:  $25
Under UHC options:  $25

Note:  PPO Options do not have urgent care copays.  Urgent care copays apply only to the EPO and POS Options as specified above.

# WHAT IS NOT COVERED

The following services and supplies are not covered by any Medical Plan option, except as specifically noted in the plan.  Consult **"SECTION THREE – GLOSSARY"** for definitions of all capitalized terms.

**Blood**
The amount that a charge for blood is reduced by blood donations.

**Chiropractor**
Charges by a chiropractor for:
- Preventive Care, vitamins, liniments, nutritional supplements and cervical pillows
- Any type of service or supply for the treatment of a condition that ceases to be therapeutic treatment and is instead administered to maintain a level of functioning.

**Common Medical Standards**
Charges for services that do not meet Common Medical Standards.

**Confinement**
Expenses for:

- confinement in an extended care facility for Custodial Care, senile deterioration, mental deficiency or mental retardation

- education, training and Room and Board while confined in an institution which is mainly a school or other institution for training, a place of rest, a place for the aged or a nursing home.

**Convenience Items**
Charges for personal comfort items and services.

**Cosmetic Surgery**
Charges for Cosmetic Surgery, except when necessary:

- because of an accidental Injury

- because of infection or other diseases, such as Surgery to reconstruct a breast after a mastectomy

- to treat a condition, including a birth defect, which impairs the function of a part of the body of a Dependent child (e.g., cleft palate).

**Custodial Care**
Expenses for Custodial Care.

**Dental**
Expenses for:

- routine dental services, including X-ray exams of the teeth, nerves or roots of the teeth, tissue and structure surrounding the teeth, gingival or alveolar, except for:

  – accidental Injuries to natural teeth treated within twelve months of the Accident

  – treatment or removal of a malignant or nonmalignant Non-odontogenic tumor

- a Hospital Inpatient Stay or a Hospital Outpatient Stay  for dental Surgery, unless the dental Surgery is a covered medical expense (due to a concurrent medical condition or child's age) and it is Medically Necessary for the dental Surgery to be performed in a Hospital

- Temporomandibular Joint Dysfunction (TMJ), except when Medically Necessary and as described under the "Other Covered Expenses" section.

**Equipment**
Charges for purchase or rental of common use items such as motorized transportation equipment, saunas, whirlpools, air purifiers, air conditioners, hypoallergenic pillows or mattresses or exercise equipment.

**Experimental**
Investigational, Experimental or Educational charges.

**Eye Care**
The following charges related to treatment of the eye:

- eyeglasses or contact Lenses of any type, except for initial replacements for loss of the natural lens

- eye exams to determine the need for or changes in eyeglasses or Lenses of any type

- radial keratotomy or any surgical procedure to correct refraction errors of the eye, e.g., myopia (nearsightedness), hyperopia (farsightedness) or astigmatism (blurring), including any confinement, treatment, services or supplies given in connection with or related to the Surgery.

**Foot Condition**
A charge for doctor's services for:

- corns, calluses or toenails, except the removal of nail roots and necessary services in the treatment of metabolic or peripheral-vascular disease

- weak, strained, flat, unstable or unbalanced feet, except open cutting operations

- metatarsalgia or bunions, except open cutting operations.

**Hearing Care**
Charges for:

- hearings aids

- exams to determine the need for hearing aids or the need to adjust them.

**HMO**
Any charges for a service or supply that is furnished by an HMO option.

**Homemaker**
Charges for services of a homemaker (except through the Hospice Care Program under UHC options).

**Hospital**
Any charges:

- for Hospital care and services rendered after the patient has been discharged from the Hospital

- for Hospital care and services when a registered bed patient is absent from the Hospital

- for care and services during a Hospital Inpatient Stay if the covered person's condition does not require:

  – constant direction and supervision by a Physician

  – constant availability of nursing personnel

  – immediate availability of diagnostic therapeutic facilities and equipment found only in a Hospital setting

- for private Hospital room, unless Medically Necessary or unless the Hospital has no Semi-Private room

- at a federal Hospital or any other Hospital operated by a government unit, except for charges you are legally required to pay, or charges covered under any government law or plan, except a federal/state plan (e.g., Medicaid) or law or plan where benefits are in excess of this plan.

**Hypnosis**

Charges for hypnosis, except as part of the Physician's treatment of a mental Illness, or when used instead of an Anesthetic.

**Insurance Law**

Charges paid or payable under any no-fault automobile insurance law or an uninsured motorist insurance law. The Claims Administrator will take into account any adjustment option chosen under such part by you or any one of your qualified Dependents (or Domestic Partner).

**Medically Unnecessary**

Charges for any treatment or services that are not Medically Necessary as determined by the Claims Administrator.

**Obesity**

Charges for treatment of obesity, weight reduction, diet pills or dietetic control unless Medically Necessary.

**Observation or Diagnostic Study**

Charges incurred for:

- any medical observation or diagnostic study when no disease or Injury is revealed, unless:
  - the Claim is in order in all other respects
  - there is a definite symptomatic condition other than hypochondria
  - they are not part of a routine physical exam or check-up
- routine check-up examinations or tests, except as specified under the Preventive Care Benefit.

**Other Charges**

- Charges made by the Company, a family member or someone who lives in your household. This includes you and your spouse (or Domestic Partner), child, brother, sister, parent or spouse's (or Domestic Partner's) parent.
- Charges in excess of any plan limitations, maximums or Reasonable and Customary Charges.
- Charges for which the patient is not legally required to pay.

**Outpatient Short-Term Rehabilitation**

Outpatient rehabilitation services, chiropractic services and any other type of service or supply for the treatment of a condition that ceases to be therapeutic treatment and is instead administered to maintain a level of functioning or to prevent a medical problem from occurring or reoccurring.

**Sexual Function**

Expenses for:

- treatment to improve sexual function (except that an implantable penile prosthesis and certain prescription drugs are considered an eligible expense when Medically Necessary to restore sexual function caused by certain medical conditions, such as diabetes, cancer, spinal cord injury and Peyronie's disease)
- sex change operations and therapies, including hormonal therapy.

**Therapy and Counseling**

Charges for marital/family therapy and counseling, except through the Mental Health and Substance Abuse Treatment Benefits.

**TMJ**

Expenses for treatment of Temporomandibular Joint Dysfunction (TMJ), unless Medically Necessary and as described under the "Other Covered Expenses" section.

**Travel**
Expenses for travel or accommodations (except through the Companion Travel Program).

**War**
Charges for Illness and Injury due to a war or any act of war.

**Work-Related Injuries**
Expenses for work-related Injuries or Illnesses for which benefits under Workers' Compensation or any other occupational disease law or similar law are payable.

# HOW THE NETWORK AREA MANAGED CARE OPTIONS WORK

The Managed Care options represent a managed medical approach within networks. A Network is a group of Physicians, Hospitals and other health care Providers in a community. Physicians must meet strict eligibility standards before they can be admitted to the Network. Some of the considerations are:

- graduation from an accredited medical school

- completion of an approved residency program

- board certification or board eligible in specialty (internal medicine, cardiology, etc.)

- admitting privileges to a Network Hospital

- appropriate treatment history

- state licensing.

The Network Manager screens and contracts with the Providers, and continues to monitor them on an ongoing basis. The Network Managers are CIGNA and UHC, and either or both may or may not be available depending on where you live. Your home ZIP code will determine which Network is available in your area.

Although the Medical Plan options are intended to be the same regardless of the Network in which you enroll, each individual Network may have differences.

# Provider Directory

The Provider Directory lists Primary Care Physicians (PCPs), specialists, independent practitioners and other Network Providers.  You can obtain a copy of the Provider Directory from:

- The Claim Administrator's internet site or by calling their Member/Customer Services.  See the "Contact Information for Claims Filing" chart in **"SECTION TWO – ADMINISTRATIVE INFORMATION."**

- The Services@Work Web site.

Although the Provider Directory lists Network Providers, your PCP may refer you only to those Network Providers with whom the PCP has a working relationship.

# Network Medical Plan Names

CIGNA refers to Medical option names differently than Nortel Networks, so in order to avoid confusion:

| If the CIGNA materials say: | The Nortel Networks option is: |
|---|---|
| PPO | PPO |
| EPP | EPO |

The Managed Care options represent a managed medical approach within networks. A Network is a group of Physicians, Hospitals and other health care Providers in a community. Physicians must meet strict eligibility standards before they can be admitted to the Network. **Note:** The Physicians participating in the Network may differ by Managed Care Option.

# Your Primary Care Physician (PCP)

## EPO Option Only

If you are enrolled in the EPO option, you are required to select a PCP.

Your Primary Care Physician, or PCP, is your key to receiving the highest level of benefits available under the plan — In-Network Benefits. Each time you need health care, you should call your PCP first. Otherwise, you will receive no benefits for any care you receive. This process is described in more detail below under "Plan Benefits."

### How to Select Your PCP

When you enroll in a Managed Care option, you must choose a PCP from the Network's Provider Directory. Your PCP can be a family practitioner, general practitioner, internist (for adults) or pediatrician (for Children). Each family member can have a different PCP.

If you need help in selecting a PCP or want more information about the Network PCPs, call Member Services for the Network you selected.  That information is included on your Medical Plan ID Card.  They can help answer questions about where the Doctor attended medical school and at which Hospitals Doctors have admitting privileges.

### How to Change Your PCP

You may change your PCP at any time by calling the Network Manager's Member Services. They will notify your newly selected PCP and send you a new Medical ID Card.

### If Your PCP Leaves the Network

Please note the Network Providers' contractual arrangements can be terminated either by a Network Provider or by the Claims Administrator.  In addition, a Network Provider may leave the Network because of retirement, relocation or other reasons.

If your PCP leaves the Network, the Network Manager will make every effort to notify you in advance, where possible.  The Network Manager will ask you to select another PCP from the Provider Directory. Once you choose a new PCP, call Member Services for your Network, and they will notify your newly

selected PCP and send you a new Medical ID Card. Please note that you will not be able to change your Medical Plan option selection just because your PCP leaves the Network.

## When You Need Specialized Treatment or Hospitalization

If you need to see a Specialist or need to be hospitalized, your PCP will refer you to a Network Provider, handle all the necessary paperwork and help coordinate the visit. Under the UHC options, a PCP referral to a Specialist may not be required. Contact the UHC Member Services phone number on your Medical identification card for additional information.

You will pay your office visit Copayment for the Specialist's services or Hospital Deductible (where applicable), and the plan pays the rest.

EPO: No Out-of-Network Benefits are paid under the EPO option so you would receive no reimbursement under that option if the Specialist is not a Network Provider.  If the specialist is a Network Provider and there was no referral by the PCP:
- under the CIGNA EPO option there will be no coverage
- under the UHC EPO option, as long as the Provider rendering services is contracted, the services will be reimbursed.

Keep in mind:
- Under the EPO option:
  - The plan does not cover expenses incurred from an Out-of-Network Provider, except in a life-threatening Emergency.  There are no benefits for expenses incurred from an Out-of-Network Provider even if your PCP "approves or refers" you to an Out-of-Network Provider.

You do not need a referral from your PCP for mental health and substance abuse treatment benefits. Instead, this treatment must be coordinated under the Mental Health and Substance Abuse Treatment Program as described under "Mental Health/Substance Abuse Treatment Benefits" on pages 24 - 27.

# Plan Benefits

EPO: The EPO option is an "In-Network Benefit only" option, which means that you must use your PCP and other In-Network Providers for benefits to be paid. If you use an Out-of-Network Provider under this option or receive care from a Network Provider without first getting a referral from your PCP, there is no coverage, except in a life-threatening Emergency. However, under the UHC EPO option, no referral is required.

PPO:  The 90/70 and 80/60 PPO options pay the maximum level of benefits when you use In-Network Providers. In-Network for this option means that you are receiving care from a doctor, laboratory, Hospital, etc. that is participating in the Network.  PCPs are not required for the PPO options. You may use Out-of-Network Providers, but benefits are reduced, except in a life-threatening Emergency. Under the UHC PPO options, no referral is required.

All Managed Care Options:  Some Network Managers may have a "guest privileges" program for members who reside or travel outside the Service Area. Please call the Member Services phone number on your medical identification card for more information. Contact Global Employee Services if you are interested in setting up this program.

Keep in mind that all benefits are limited to plan maximums and coverage for a particular service is based on how it is billed by the Provider.

## In-Network Benefits

See the 2004 "Summary of Health Benefits" on Services@Work (link to the 2004 SOHB) for further information on In-Network Benefit levels for each Medical option, but here is an overview:

Under the EPO option, when you see your PCP and are referred to Network Providers, you will receive the highest level of benefits available under the plan. There is no Calendar Year Deductible. However, there is a separate $100 Deductible for each In-Network Hospital admission for the EPO option. You will pay a Copayment, a flat dollar amount, for certain Physician and other professional services received from  In-Network Providers. For other in-network services, like hospitalization, the plan pays 100% of covered charges. There is no Out-of-Pocket Maximum for In-Network EPO Benefits.

With the 90/70 or 80/60 PPO option, you will pay a Copayment, a flat dollar amount, for certain Physician and other professional services received from In-Network Providers (without having to first meet the Calendar Year deductible). Then for all other services you must first satisfy a $150/person and a $450/family Calendar Year Deductible before In-Network Benefits begin. When the Deductibles for all family members combined reach the family Deductible, the Deductible will be considered satisfied for all family members that Calendar Year. However, in reaching the family Deductible, no one person can contribute more than one individual Deductible. There is a separate $150 Deductible for each In-Network Hospital admission. For most other in-network services, like hospitalization, the plan pays 90% of covered charges, and you pay the rest. When the amount of Covered Expenses you pay reaches the Out-of-Pocket Maximum ($750/person and $1500/family) in a Calendar Year (not including the Deductible, Copayments or amounts exceeding Reasonable and Customary Charges), the plan pays 100% of the covered charges for the rest of the Calendar Year.

The separate Deductible for each In-Network Hospital admission applies to the mother and each Newborn.

Note: Under the Managed Care options, the Hospital Inpatient Deductible per admission , whether an In-Network or Out-of-Network Hospital, will be waived if a person is released from the Hospital and readmitted for the same or related condition within 14 consecutive calendar days.

When you use In-Network Providers, you will not have to file Claim forms, your PCP, where applicable, takes care of Hospital Precertification, and Reasonable and Customary Charge coverage limits do not apply.  Your PCP is just acting on your behalf, however.  Your benefits and rights under the plan are not assignable to the PCP or to any other Provider.  The rights and benefits of you and your eligible Dependents under this plan are not subject to the Claim of your creditors and cannot be voluntarily or involuntarily assigned, sold, or transferred to anyone else.   Employees and their eligible Dependents are the only "participants" and "beneficiaries" of this plan, as defined under the provisions of the Employee Retirement Income Security Act of 1974.

It is the Medical Plan's intention, under certain circumstances, to provide benefits above the Managed Care option's In-Network Benefit limit for the following benefits:

- Skilled Nursing Facility
- Outpatient Short-Term Rehabilitation.

In this respect, the Plan Administrator reserves the right to waive the Managed Care option's In-Network Benefit limits on the above listed benefits in order to provide alternatives to an acute care setting when all of the following criteria are met:

- the service or treatment is Medically Necessary and the Claims Administrator approves the service or treatment
- there is a potential improvement in quality of life due to care being provided outside of the Hospital
- the person's Physician recommends the services or treatment
- the person agrees to the service or treatment

- if the waiver of the benefit limit is not granted, the person must return to the Hospital
- there is a cost savings to the Medical Plan for waiving the limit.

The determination of waiving these plan limits is made by the Claims Administrator on the criteria listed above.

## If You are in the Middle of a Course of Medical Treatment

If you are in the middle of a course of medical treatment with an Out-of Network Doctor it may be possible for you to continue using that provider for a limited time, but receive certain In-Network Benefits for that provider's services.  Depending on the Network option you choose, you may be eligible for transition benefits if you are:

- In the second or third trimester of pregnancy (or at any point in a high-risk pregnancy),
- Receiving a course of chemotherapy or radiation for cancer,
- Undergoing dialysis for end-stage renal disease (ESRD),
- Recovering from a transplant operation or
- Terminally Ill.

If you are in counseling treatment with an Out-of Network mental health Specialist, you may also be able to continue treatment for a limited period of time.
The Medical Plan Claim Administrators determine transition benefit eligibility on a case-by-case basis.  If you believe you may qualify for transition benefits, contact Member Services for the Medical Plan Network option you chose.

These are the circumstances under which transition benefits may be appropriate, but only if the criteria described above applies at the time of such circumstances. Those circumstances are:

- When you enroll as a new participant in the Medical Plan,
- When you change your Medical Plan selection from one Network Manager (e.g., CIGNA, UnitedHealthcare or HMO) to another,
- When you change your Medical Plan selection from one option (e.g., from PPO to EPO), to another, or
- When your participating Provider leaves the Network.

Remember, most of your FLEX selections remain in effect the entire Calendar Year and may not be changed.  However, you can make certain changes in your FLEX Benefit choices during the 31-day period after you experience a Status Change.  See "Changing your Selections" on page 18 for more details.

## Out-of-Network Benefits

See the 2004 "Summary of Health Benefits" on Services@Work (link to the 2004 SOHB) for further information on Out-of-Network Benefit levels for each Managed Care option, but here is an overview:

EPO: There are no Out-of-Network Benefits under the EPO option, except in a life-threatening Emergency.

PPO: Under the 90/70 or 80/60 PPO option, you may use Out-of-Network Providers any time you need health care, but benefits are reduced. Under the 90/70 PPO, you must first satisfy a $300/person and a $900/family Deductible before Out-of-Network Benefit payments begin. Under the 80/60 PPO, you must first satisfy a $600/person and a $1,800/family Deductible before Out-of-Network Benefit payments begin. When the Deductibles for all family members combined reach the family Deductible, the Deductible will be considered satisfied for all family members that Calendar Year. However, in reaching the family Deductible, no one person can contribute more than their individual Deductible. There is a separate $300 Deductible for each Out-of-Network Hospital admission under the 90/70 PPO option and a separate $400 Deductible for each Out-of-Network Hospital admission under the 80/60 PPO option.

... you may use Out-of-Network Providers any time you need health care, but benefits are reduced. You will have to pay an annual Deductible for most Covered Expenses before benefit payments begin.

Then the plan pays a percentage of the cost, and you pay the rest. When the amount of Covered Expenses you pay out of your own pocket reaches the "Out-of-Pocket Maximum" in a Calendar Year (not including certain expenses like the Deductible, any Copayments and any charges in excess of the Reasonable and Customary Charges), the plan pays 100% of the covered charges for the rest of that Calendar Year. The Out-of-Network Out-of-Pocket Maximum for each option is shown in the 2004 "Summary of Health Benefits."

When you use Out-of-Network Providers, you will have to file a Claim to be reimbursed for plan benefits. Refer to **SECTION TWO – ADMINISTRATIVE INFORMATION**," under "Filing Claims" for information about how and where to file Claims.

Note that the separate Deductible for each Out-of-Network Hospital admission applies to the mother and each Newborn.

**Important Note:** Out-of-Network Benefits are limited to Reasonable and Customary Charges. You will have to pay any charges above those considered Reasonable and Customary Charges. These additional charges do not count toward the Out-of-Pocket Maximum.

## A Note About the Out-of-Pocket Maximum

When the amount you have paid in a Calendar Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Calendar Year. The Out-of-Pocket Maximum "cross applies," which means that the money you pay applies to both In-Network and Out-of-Network Out-of-Pocket Maximums under the 90/70 or 80/60 PPO option.

The following expenses do not count toward the Out-of-Pocket Maximum:

- charges for mental health and substance abuse treatment
- charges in excess of Reasonable and Customary Charges
- charges above plan maximums
- charges applied to the Deductibles
- eligible charges under the plan's Prescription Drug Program
- Copayments

## Emergencies

An Emergency is a sudden and serious situation that happens unexpectedly and requires immediate medical attention. Examples include an apparent heart attack, severe bleeding, sudden loss of consciousness, severe or multiple injuries, convulsions, apparent poisoning. Colds, influenza, ordinary sprains, ear infections, nausea and headaches are not considered Emergencies. If you are enrolled in a Managed Care option, contact Member Services for your Network if there is any question of whether a condition is considered an Emergency.  The contact information is included on your Medical ID card.

In an Emergency, you should get medical care as quickly as possible. If you are an EPO or PPO option participant, In-Network Benefits may be available even though you may receive treatment from an out-of-network Hospital. To be eligible for In-Network Benefits due to an Emergency, there are specific procedures you must follow. In general, you should contact your PCP (or In-Network Physician, if you are a PPO participant) within 48 hours so she or he can coordinate your care. Failure to contact your PCP (or

In-Network Physician, if you are a PPO participant) within 48 hours will result in benefits payable at the applicable Out-of-Network Benefit level or lower.

In an Emergency, you should get medical care as quickly as possible. If you are an EPO or PPO option participant, In-Network Benefits may be available even though you may receive treatment from an Out-of-Network Hospital. In general, you should contact your PCP (or in-network physician if you are a PPO participant) within 48 hours so she or he can coordinate your care.

To qualify as an Emergency, the care must be provided within 48 hours of an accidental Injury or the onset of a sudden or serious Illness. Remember, emergency rooms should only be used for Emergencies.

If you experience an urgent medical situation that is serious, but not an Emergency (as defined by the plan), and you are an EPO option participant, you should call your PCP to discuss necessary care before seeking any medical treatment. Failure to contact your PCP first will result in benefits payable at the applicable Out-of-Network Benefit level or lower. Call your Network's Member Services for more information about this requirement.

Services rendered in emergency rooms or other non-participating offices or clinics may be subject to review for coverage by the Claims Administrator.

To qualify as an Emergency, the care must be provided within 48 hours of an accidental Injury or the onset of a sudden or serious Illness. Remember, emergency rooms should only be used for Emergencies.

## When You Are Traveling

If you are traveling outside your Network's Service Area and have a life-threatening Emergency, you should follow the Emergency procedures described above.

If you are an EPO option participant and you need urgent care while traveling, you should call your Primary Care Physician (PCP) or your Network Manager's Member Services to discuss treatment. If s/he recommends that you be treated where you are, your expenses will be paid at the In-Network Benefit level. If you are unable to contact your Primary Care Physician when you need urgent care, you should get the treatment you think you need. Then, call your PCP within 48 hours. You will still receive In-Network Benefits. Follow-up care must be performed by Network Providers  as soon as you return to your Network's Service Area in order to receive In-Network Benefits.

If you are a PPO option participant, you receive Out-of-Network Benefits when you see Out-of-Network Providers and In-Network Benefits when you see In-Network Providers.

# Your Medical ID Card

Your Medical ID Card includes your PCP's name (for the EPO option) and your Copayment amount for easy reference when you need care. You will need to show your card when you go to In-Network Providers for care so your Physician will know how much your Copayment is. In addition, there are important telephone numbers printed on the card which you may need for Emergencies and Hospital Precertification. Be sure to keep your Medical ID Card with you at all times to ensure you receive In-Network Benefits.

Your Medical ID Card includes your PCP's name (for the EPO option) and your Copayment amount for easy reference when you need care. You will need to show your card when you go in-network for care so your Physician will know how much your Copayment is.

# Member Services

All the Networks have customer service centers called Member Services. Trained Network representatives are available to answer your questions about your Managed Care option. You can call Member Services to:

- change your Primary Care Physician

- learn about Network Providers

- arrange care with Network Providers if you are away from home

- get a new Network Provider Directory

- register comments or complaints about Network Providers or services

- order a Medical ID Card

- check on plan features and procedures

- check on Claims payments and/or denials

- ask questions about your Explanation of Benefits (EOB).

Member Services' telephone numbers are listed on your Medical ID Card.

**Note:** You must contact Global Employee Services in order to add or drop a Dependent from coverage or request other such changes that are permitted due to a Qualified Family Status Change. **Do not** contact the Network Manager (e.g., CIGNA, UnitedHealthcare or HMO) to facilitate these types of requests.

**Remember**:  Benefits are paid under the plan in accordance with the written terms of the plan.  Member Services responds to your questions based on the specific information that you provide to them.  If you provide incomplete or inaccurate information, Member Services' response to you, being based on your incomplete or inaccurate information, will also be inaccurate or incomplete.   If clerical errors or other mistakes occur, those errors do not create a right to benefits.  These errors include, but are not limited to, providing misinformation on eligibility or benefit coverages.

While Member Services will make every effort to ensure their information provided to you is complete, their response is not exhaustive nor is it the final determinant of benefits.  It is your responsibility to confirm the accuracy of Member Services statements, in accordance with the terms of this SPD and other Medical Plan documents.  You are responsible for reading the written plan provisions and asking questions about these plan provisions.

The final determinant of benefits is the governing plan documentation contained in this SPD and the other written documents described in this document as setting the provisions and standards of the Plan.  The Plan Administrator (or its delegate) has the discretionary authority to administer and interpret the Medical Plan.

# Managed Care Options* Summary of Health Benefits - Preferred Provider Organization (PPO) Options

| Description | Coverage | | | |
|---|---|---|---|---|
| | **Preferred Provider Organization (PPO) 80/60 option** | | **Preferred Provider Organization (PPO) 90/70 option** | |
| | **In-Network** | **Out-of-Network** | **In-Network** | **Out-of-Network** |
| **Calendar Year Deductible** (Individual/Family) | $300/$900 | $600/$1,800 | $150/$450 | $300/$900 |
| | | Covered expenses you pay for both In-Network and Out-of-Network care can count toward both the In-Network and Out-of-Network Deductibles. | | |
| **Separate Deductible for Hospital Admission** (Precertification required) | **$300** | **$400** | **$150** | **$300** |
| **Calendar Year Out-of-Pocket Maximum** (Individual/Family) | $2,500/$5,000 (plus Deductibles/ Copayments) | $7,500/$15,000 (plus Deductibles/ Copayments) | $2,500/$5,000 (plus Deductibles/ Copayments) | $5,000/$10,000 (plus Deductibles/ Copayments) |
| **Lifetime Maximum** (per person) | Unlimited | $2,000,000[7] | Unlimited | $2,000,000[7] |
| **Inpatient Hospital Services** (Precertification required) Semi-Private Room & Board Operating & Recovery Room Lab & X-Ray Drugs, Medications Hemodialysis Radiation & Chemotherapy Rehab Services Intensive Care Preadmission Testing Well-Newborn Care Other Eligible Hospital Charges | 80% Coinsurance[6] (after hospital admission deductible) | 60% Coinsurance [1,2,5,6] (after hospital admission deductible) | 90% Coinsurance[6] (after hospital admission deductible) | 70% Coinsurance [1,2,5,6] (after hospital admission deductible) |
| **Inpatient Physician Services** (Precertification required) | 80% Coinsurance[6] | 60% Coinsurance [2,5,6] | 90% Coinsurance[6] | 70% Coinsurance [2,5,6] |

* The PPO and EPO Medical Plan options are offered by both CIGNA HealthCare (CIGNA) and UnitedHealthcare (UHC). Therefore, your Personalized Enrollment Worksheet may show one or two PPO or EPO options, depending on which Networks are available in your area.

| Description | Coverage | | | |
| --- | --- | --- | --- | --- |
| | **Preferred Provider Organization (PPO) 80/60 option** | | **Preferred Provider Organization (PPO) 90/70 option** | |
| | **In-Network** | **Out-of-Network** | **In-Network** | **Out-of-Network** |
| **Inpatient Surgeon's Services** (Precertification required) | 80% Coinsurance[6] | 60% Coinsurance [2,5,6] | 90% Coinsurance[6] | 70% Coinsurance [2,5,6] |
| **Physical Exam** Adult and Children (age 6 and up) | $20 Copayment per visit; 100% Coinsurance | 60% Coinsurance[2,6] (up to $300 every 24 months) | $15 Copayment per visit; 100% Coinsurance | 70% Coinsurance[2,6] (up to $300 every 24 months) |
| **Physician Services** Preventive Care Well-Child Care Routine Immunizations & Injections Vision & Hearing Screening (as part of PCP exam) Annual OB/GYN Exam Sigmoidoscopy | $20 Copayment per visit; 100% Coinsurance | 60% Coinsurance[2,6] | $15 Copayment per visit; 100% Coinsurance | 70% Coinsurance[2,6] |
| **Physician Services** Adult Medical Care Child Medical Care | $20 Copayment per visit; 100% Coinsurance | 60% Coinsurance [2,6] | $15 Copayment per visit; 100% Coinsurance | 70% Coinsurance [2,6] |
| **Specialty Physician Services** Office Visits Referral Physician Services Second Surgical Opinion Pre- & Post-Natal Exam (Copayment on first visit only) Allergy Testing & Treatment | $25 Copayment per visit; 100% Coinsurance | 60% Coinsurance [2,6] | $35 Copayment per visit; 100% Coinsurance | 70% Coinsurance [2,6] |
| UnitedHealthcare and CIGNA North Carolina options only: In-Network allergy injections when billed independently without an office visit are not subject to the Copayment. | | | | |
| **Outpatient Surgical Charges** Operating & Recovery Room Presurgical testing | 80% Coinsurance[5,6] | 60% Coinsurance [2,5,6] | 90% Coinsurance[5,6] | 70% Coinsurance [2,5,6] |
| **Outpatient Treatments** Hemodialysis Radiation & Chemotherapy | 80% Coinsurance[5,6] | 60% Coinsurance [2,5,6] | 90% Coinsurance[5,6] | 70% Coinsurance [2,5,6] |
| **Outpatient Services** (includes anesthesiologist, pathology interpretations, etc.) | 80% Coinsurance[5,6] | 60% Coinsurance [2,5,6] | 90% Coinsurance[5,6] | 70% Coinsurance [2,5,6] |
| **Outpatient Surgeon's Services** | 80% Coinsurance[5,6] | 60% Coinsurance[2,5,6] | 90% Coinsurance[5,6] | 70% Coinsurance [2,5,6] |

| Description | Coverage | | | |
|---|---|---|---|---|
| | Preferred Provider Organization (PPO) 80/60 option | | Preferred Provider Organization (PPO) 90/70 option | |
| | **In-Network** | **Out-of-Network** | **In-Network** | **Out-of-Network** |
| **Outpatient X-Ray & Lab** | 80% Coinsurance[6] (must use network labs) | 60% Coinsurance [2,5,6] | 90% Coinsurance[6]; (must use network labs) | 70% Coinsurance [2,5,6] |
| **Emergency Care** Doctor's Office | $20 Copayment per visit; 80% Coinsurance | 60% Coinsurance [2,6] | $15 Copayment per visit; 90% Coinsurance | 70% Coinsurance [2,6] |
| **Emergency Care** Hospital Emergency Room Accident or Illness | $75 Copayment per visit[3] (waived if admitted); 80% Coinsurance | 60% Coinsurance [2,3,6] | $75 Copayment per visit[3] (waived if admitted); 90% Coinsurance | 70% Coinsurance [2,3,6] |
| **Emergency Care** Ambulance | 80% Coinsurance[6] | 60% Coinsurance [2,6] | 90% Coinsurance[6] | 70% Coinsurance [2,6] |
| **Outpatient Short-Term Rehabilitation: Physical, Speech and Occupational Therapy** (For CIGNA options: **Coverage for all chiropractic services is determined under these Outpatient Short-Term Rehabilitation benefits** (rather than under the Chiropractic Benefits and is subject to the Out-patient Short-Term Rehabilitation benefit limitations.)  CIGNA covers up to 90 days per condition per Calendar Year; UnitedHealthcare covers up to 30 visits per therapy per Calendar Year. | $20 Copayment per visit[4]; 80% Coinsurance[4] | 60% Coinsurance[2,4,6] | $15 Copayment per visit[4]; 90% Coinsurance[4] | 70% Coinsurance[2,4,6] |
| **Private Duty Professional Nursing** (Preauthorization required for UnitedHealthcare options) | 80% Coinsurance[6,7] | 60% Coinsurance (Up to $10,000 per patient per Calendar Year[2,6,7]) | 90% Coinsurance[6,7] | 70% Coinsurance (Up to $10,000 per patient per Calendar Year[2,6,7]) |
| **Home Health Care** For CIGNA options: • One Home Health Aide visit equals two hours of service  For UHC options: • One Home Health Aide visit equals four hours of service • Preauthorization required | 80% Coinsurance[6,7] | 60% Coinsurance (limited to 100 visits per Calendar Year[2,6,7]) | 90% Coinsurance[6,7] | 70% Coinsurance (limited to 100 visits per Calendar Year [2,6,7]) |

| Description | Coverage | | | |
| --- | --- | --- | --- | --- |
| | **Preferred Provider Organization (PPO) 80/60 option** | | **Preferred Provider Organization (PPO) 90/70 option** | |
| | **In-Network** | **Out-of-Network** | **In-Network** | **Out-of-Network** |
| **Hospice** | 80% Coinsurance[6] | 60% Coinsurance[2,6] | 90% Coinsurance[6] | 70% Coinsurance[2,6] |
| **Skilled Nursing Facility** (Precertification required) (up to 60 days per Calendar Year) | 80% Coinsurance[1,4,6] | 60% Coinsurance[1,2,4,6] (Semi-Private room) | 90% Coinsurance[1,4,6] | 70% Coinsurance[1,2,4,6] (Semi-Private room) |
| **Durable Medical Equipment** (Preauthorization required for UnitedHealthcare options) | 80% Coinsurance[6,7] | 60% Coinsurance to a $2,000 maximum per Calendar Year[2,6,7] | 90% Coinsurance[6,7] | 70% Coinsurance to a $2,000 maximum per Calendar Year[2,6,7] |
| **Chiropractic Services** (For CIGNA options: **Coverage for all chiropractic services is determined under Outpatient Short-Term Rehabilitation** benefits (rather than under the Chiropractic Benefits) and is subject to the Outpatient Short-Term Rehabilitation benefit limitations.) | $20 Copayment; 80% Coinsurance | 60% Coinsurance (limited to 24 visits per Calendar Year)[2,6] | $15 Copayment; 90% Coinsurance | 70% Coinsurance (limited to 24 visits per Calendar Year)[2,6] |
| **Dental Emergency Surgery** | For accidental Injury to sound, natural teeth | For accidental Injury to sound, natural teeth | For accidental Injury to sound, natural teeth | For accidental Injury to sound, natural teeth |
| **Precertification** | Provider initiated[8] | Employee initiated[5] | Provider initiated[8] | Employee initiated[5] |
| **Preexisting Condition Limitations** | None None | None | None | |

**Prescription Drugs - Retail**

| | **In-Network** | **Out-of-Network** |
| --- | --- | --- |
| Generic: | 20% Copayment for up to a 30-day supply | 60% Coinsurance |
| | Maximum per prescription: $25 Copayment for up to a 30-day supply | |
| | Minimum per prescription: $7 Copayment for up to a 30-day supply | |
| Preferred Brand-Name: | 20% Copayment for up to a 30-day supply | 60% Coinsurance |
| | Maximum per prescription: $50 Copayment for up to a 30-day supply | |
| | Minimum per prescription: $15 Copayment for up to a 30-day supply | |

**Note: If a Brand-Name drug is filled when a generic drug is available, you'll pay the Brand-Name drug Copayment plus the difference in cost between the generic drug and the Brand-Name drug – even if your doctor requests the Brand-Name drug.**

**Prescription Drugs - Retail**

|  | **In-Network** | **Out-of-Network** |
|---|---|---|
| Non-preferred Brand-Name: | 30% Copayment for up to a 30-day supply | 60% Coinsurance |
|  | Maximum per prescription: $65 Copayment for up to a 30-day supply |  |
|  | Minimum per prescription: $30 Copayment for up to a 30-day supply |  |

**Note: If a Brand-Name drug is filled when a generic drug is available, you'll pay the Brand-Name drug Copayment plus the difference in cost between the generic drug and the Brand-Name drug – even if your doctor requests the Brand-Name drug.**

**Prescription Drugs - Home Delivery**

|  | **In-Network** | **Out-of-Network** |
|---|---|---|
| Generic: | $15 Copayment for up to a 90-day supply | Not applicable |
| Preferred Brand-Name: | $45 Copayment for up to a 90-day supply | Not applicable |
| Non-preferred Brand-Name: | $90 Copayment for up to a 90-day supply | Not applicable |

**Note: If a Brand-Name drug is filled when a generic drug is available, you'll pay the Brand-Name drug Copayment plus the difference in cost between the generic drug and the Brand-Name drug – even if your doctor requests the Brand-Name drug.**

**NOTES**

[1] Subject to Hospital Precertification.

[2] Subject to Reasonable & Customary Charges.

[3] **NOTE CONCERNING EMERGENCY ROOM:** In-Network Benefits are available for Emergency Room charges only for medical Emergencies. If the Emergency Room is used for a condition that is not a medical Emergency, Out-of-Network Benefits apply. A medical Emergency is generally defined as an Illness or Injury of such a nature that failure to get immediate medical care could put a person's life in danger or cause serious harm to bodily functions. Some examples of a medical Emergency are: apparent heart attack, severe bleeding, sudden loss of consciousness, severe or multiple injuries, convulsions, apparent poisoning. Some examples of conditions that are NOT considered medical Emergencies are: colds, influenza, ordinary sprains, ear infections, nausea, headaches.

[4] In-Network Benefits count toward the Out-of-Network Benefit maximum, and vice versa.

[5] Whenever a covered person faces confinement in a Hospital or needs non-emergency Surgery, follow the directions for Hospital Precertification of these services as described on your Medical ID Card. Eligible charges for hospitalization may be reduced for days not precertified and eligible charges for elective Surgery may also be reduced.

[6] Subject to annual Deductible.

[7] In-Network Benefits count toward the Out-of-Network Benefit maximum.

[8] The Employee is responsible for ensuring that the admitting Doctor completes the Precertification process.

# Managed Care Options Summary of Health Benefits - Exclusive Provider Organization (EPO) Option

| **Description** | **Coverage** | |
| --- | --- | --- |
| | **Exclusive Provider Organization (EPO) option** | |
| | **In-Network** | **Out-of-Network** |
| **Calendar Year Deductible** (Individual/Family) | None | No benefit |
| **Separate Deductible for Hospital Admission** (Precertification Required) | $150 | No benefit |
| **Calendar Year Out-of-Pocket Maximum** (Individual/Family) | None | No benefit |
| **Lifetime Medical Maximum** (per person) | Unlimited | No benefit |
| **Inpatient Hospital Services** (Precertification required) Semi-Private Room & Board Operating & Recovery Room Lab & X-Ray Drugs, Medications Hemodialysis Radiation & Chemotherapy Rehab Services Intensive Care Preadmission Testing Well-Newborn Care Other Eligible Hospital Charges | 100% Coinsurance | No benefit |
| **Inpatient Physician Services** (Precertification required) | 100% Coinsurance | No benefit |
| **Inpatient Surgeon's Services** (Precertification required) | 100% Coinsurance | No benefit |
| **Primary Care Physician Services** Preventive Care Well-baby Care Routine Immunizations & Injections Vision & Hearing Screening (as part of PCP exam) Annual OB/GYN Exam Sigmoidoscopy | $15 Copayment per visit; 100% Coinsurance | No benefit |
| **Primary Care Physician Services** Adult Medical Care Child Medical Care | $15 Copayment per visit; 100% Coinsurance | No benefit |

| **Description** | **Coverage** | |
|---|---|---|
| | **Exclusive Provider Organization (EPO) option** | |
| | **In-Network** | **Out-of-Network** |

| | | |
|---|---|---|
| **Physical Exam**<br>Adult and Children (age 6 and up) | $15 Copayment per visit;<br>100% Coinsurance | No Benefit |
| **Specialty Physician Services**<br>    Office Visits<br>    Referral Physician Services<br>    Second Surgical Opinion<br>    Pre- & Post-Natal Exam (Copayment on first visit only)<br>    Allergy Testing & Treatment<br>    UnitedHealthcare and CIGNA North Carolina options only: In-Network allergy injections when billed independently without an office visit are not subject to the Copayment. | $15 Copayment per visit;<br>100% Coinsurance | No benefit |
| **Outpatient Surgical Charges**<br>    Operating & Recovery Room<br>    Presurgical Testing | 100% Coinsurance | No benefit |
| **Outpatient Treatments**<br>    Hemodialysis<br>    Radiation & Chemotherapy | 100% Coinsurance | No benefit |
| **Outpatient Services**<br>    (includes anesthesiologist,<br>    pathology interpretations, etc.) | 100% Coinsurance | No benefit |
| **Outpatient Surgeon's Services** | 100% Coinsurance | No benefit |
| **Outpatient X-Ray & Lab** | 100% Coinsurance | No benefit |
| **Emergency Care**<br>    Doctor's Office | $15 Copayment per visit;<br>100% Coinsurance | Paid at In-Network<br>level for approved<br>Emergency* |
| **Emergency Care**<br>    Hospital Emergency Room<br>    Accident or Illness | $75 Copayment per visit*<br>(waived if admitted);<br>100% Coinsurance | Paid at In-Network<br>level for approved<br>Emergency* |
| **Emergency Care**<br>    Ambulance | 100% Coinsurance | Paid at In-Network<br>level for approved<br>Emergency* |
| **Outpatient Short-Term**<br>**Rehabilitation: Physical, Speech**<br>**and Occupational Therapy**<br>(For CIGNA options:  **Coverage**<br>**for all chiropractic services is determined under these Outpatient Short-Term Rehabilitation benefits** rather than under the Chiropractic Benefits and is subject to the Outpatient Short-Term Rehabilitation benefit limitations.) | $15 Copayment per visit;<br>100% Coinsurance | No benefit |

CIGNA covers up to 90 days per condition per Calendar Year; UnitedHealthcare covers up to 30 visits per therapy per Calendar Year .

| **Description** | **Coverage** | |
|---|---|---|
| | **Exclusive Provider Organization (EPO) option** | |
| | **In-Network** | **Out-of-Network** |
| **Private Duty Professional Nursing** | 100% Coinsurance | No benefit |
| **Home Health Care** | 100% Coinsurance | No benefit |

For CIGNA options:
- One Home Health Aide Care visit equals two hours of service

For UHC options:
- One Home Health Aide Care visit equals four hours of service
- Preauthorization required

| | | |
|---|---|---|
| **Hospice** | 100% Coinsurance | No benefit |
| **Skilled Nursing Facility** (up to 60 days per Calendar Year) | 100% Coinsurance | No benefit |
| **Durable Medical Equipment** | 100% Coinsurance | No benefit |
| **Chiropractic Services** (For CIGNA options: **Coverage for all chiropractic services is determined under the Outpatient Short-Term Rehabilitation benefits** (rather than under the Chiropractic Benefits) and is subject to the Outpatient Short-Term Rehabilitation benefit limitations.) | $15 Copayment; 100% Coinsurance | No benefit |
| **Dental Emergency Surgery** | For accidental Injury to sound, natural teeth | No benefit |
| **Precertification** | Done by PCP | No benefit |
| **Preexisting Condition Limitations** | None | No benefit |

**Prescription Drugs - Retail**

| | **In-Network** | **Out-of-Network** |
|---|---|---|
| Generic: | 20% Copayment for up to a 30-day supply | 60% Coinsurance |
| | Maximum per prescription: $25 Copayment for up to a 30-day supply | |
| | Minimum per prescription: $7 Copayment for up to a 30-day supply | |

**Prescription Drugs - Retail**

|  | **In-Network** | **Out-of-Network** |
|---|---|---|
| Preferred Brand-Name: | 20% Copayment for up to a 30-day supply | 60% Coinsurance |
|  | Maximum per prescription: $50 Copayment for up to a 30-day supply |  |
|  | Minimum per prescription: $15 Copayment for up to a 30-day supply |  |

**Note: If a Brand-Name drug is filled when a generic drug is available, you'll pay the Brand-Name drug Copayment plus the difference in cost between the generic drug and the Brand-Name drug – even if your doctor requests the Brand-Name drug.**

|  |  |  |
|---|---|---|
| Non-preferred Brand-Name: | 30% Copayment for up to a 30-day supply | 60% Coinsurance |
|  | Maximum per prescription: $65 Copayment for up to a 30-day supply |  |
|  | Minimum per prescription: $30 Copayment for up to a 30-day supply |  |

**Note: If a Brand-Name drug is filled when a generic drug is available, you'll pay the Brand-Name drug Copayment plus the difference in cost between the generic drug and the Brand-Name drug – even if your doctor requests the Brand-Name drug.**

**Prescription Drugs - Home Delivery**

|  | **In-Network** | **Out-of-Network** |
|---|---|---|
| Generic: | $15 Copayment for up to a 90-day supply | Not applicable |
| Preferred Brand-Name: | $45 Copayment for up to a 90-day supply | Not applicable |
| Non-preferred Brand-Name: | $90 Copayment for up to a 90-day supply | Not applicable |

**Note: If a Brand-Name drug is filled when a generic drug is available, you'll pay the Brand-Name drug Copayment plus the difference in cost between the generic drug and the Brand-Name drug – even if your doctor requests the Brand-Name drug.**

\* **NOTE CONCERNING EMERGENCY ROOM:** In-Network Benefits are available for Emergency Room charges only for medical Emergencies. If the Emergency Room is used for a condition that is not an approved medical Emergency, no benefit will be paid for the treatment. A medical Emergency is generally defined as an Illness or Injury of such a nature that failure to get immediate medical care could put a person's life in danger or cause serious harm to bodily functions. Some examples of a medical Emergency are: apparent heart attack, severe bleeding, sudden loss of consciousness, severe or multiple injuries, convulsions, apparent poisoning. Some examples of conditions that are NOT considered medical Emergencies are: colds, influenza, ordinary sprains, ear infections, nausea, headaches.

# HOW THE OUT-OF-AREA COMPREHENSIVE OPTION WORKS

If you live outside of an area served by the PPO or EPO Networks, you may choose the Out-of-Area Comprehensive option.

## Annual Deductible

Before benefit payments begin, you will pay an annual Deductible. When the Deductibles for all family members combined reaches the family Deductible, the Deductible will be considered satisfied for all family members that Calendar Year. However, in reaching the family Deductible, no one person can contribute more than their individual Deductible.

## Reimbursement Level

After you satisfy the Deductible, the Out-of-Area Comprehensive option generally pays 80% of Reasonable and Customary Charges for most Covered Expenses.

## Out-of-Pocket Maximum

When the amount you have paid in a Calendar Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Calendar Year.

The following expenses do not count toward the Out-of-Pocket Maximum:

- charges for mental health and substance abuse treatment
- charges in excess of the Reasonable and Customary Charge
- charges above plan maximum amounts
- charges applied to the Deductible
- eligible charges under the plan's Prescription Drug Program
- Copayments.

Before benefit payments begin, you will pay an annual Deductible. After you satisfy the Deductible the Out-of-Area Comprehensive option pays 80% of Reasonable and Customary Charges for most Covered Expenses.

When the amount you have paid in a Calendar Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Calendar Year.

# Common Accident Exception

When two or more covered persons in a family are injured in the same Accident, Covered Expenses for those Injuries will be combined to meet one Deductible for all such covered persons for that Calendar Year. This exception applies only to determine benefits for those Injuries. Any amount payable solely because of this exception will not count against the Lifetime Maximum benefit.

# Hospital Precertification

You must call Intracorp at 1-800-257-2702 to get Hospital Precertification for all Hospital Inpatient Stays and Skilled Nursing Facility admissions.

# Filing Medical Claims

You must submit a written Claim along with the original bills or receipts for services to the Claims Administrator to receive benefits under the plan.

Refer to "**SECTION TWO – ADMINISTRATIVE INFORMATION**," under "Filing Claims" for information about how and where to file Claims.

# Out-of-Area Comprehensive Option
## Summary of Health Benefits

| **Description** | **Coverage** |
|---|---|
| **Calendar Year Deductible** (Individual/Family) | $300/$900 |
| **Separate Deductible for Hospital Admission** (Precertification required) | $300 |
| **Calendar Year Out-of-Pocket Maximum** (Individual/Family) | $2,000/$4,000 (plus Deductible) |
| **Lifetime Maximum** (per person) | $2,000,000 |
| **Inpatient Hospital Services** Semi-Private Room & Board Operating & Recovery Room Lab & X-Ray Drugs, Medications Hemodialysis Radiation & Chemotherapy Rehab Services Intensive Care Preadmission Testing Well-Newborn Care Other Eligible Hospital Charges | 80% Coinsurance [1,2,3,4] (after hospital admission deductible) |
| **Inpatient Physician Services** (Precertification required) | 80% Coinsurance [2,3,4] |
| **Inpatient Surgeon's Services** (Precertification required) | 80% Coinsurance [2,3,4] |
| **Physician Services** Well-baby Care (up to age 6) Routine Immunizations & Injections Annual OB/GYN Exam | 100% Coinsurance; [2] no Deductible |
| **Physician Services** Adult Medical Care Child Medical Care | 80% Coinsurance [2,4] |

**Description**                                      **Coverage**

**Physical Exam**                                    100% Coinsurance[2];
Adult and Children (age 6 and up)                    no Deductible
                                                     (up to $300 every
                                                     24 months)

**Specialty Physician Services**                     80% Coinsurance [2,4]
   Office Visits
   Second Surgical Opinion
   Pre- & Post-Natal Exam
   Allergy Testing & Treatment

**Outpatient Surgical Charges**                      80% Coinsurance [2,3,4]
   Operating & Recovery Room
   Presurgical Testing

**Outpatient Treatments**                            80% Coinsurance [2,3,4]
   Hemodialysis
   Radiation & Chemotherapy

**Outpatient Services**                              80% Coinsurance [2,3,4]
   (includes anesthesiologist,
   pathology interpretations, etc.)

**Outpatient Surgeon's Services**                    80% Coinsurance [2,3,4]

**Outpatient X-Ray & Lab**                           80% Coinsurance [2,4]

**Emergency Care**                                   80% Coinsurance [2,4]
   Doctor's Office

**Emergency Care**                                   80% Coinsurance [2,4]
   Hospital Emergency Room
   Accident or Illness

**Emergency Care**                                   80% Coinsurance [2,4]
   Ambulance

**Outpatient Short-Term**                            80% Coinsurance [2,4]
**Rehabilitation**

**Private Duty Professional**                        80% Coinsurance (up to
**Nursing**                                          $10,000 per Calendar Year
                                                     per patient [2,4])

**Home Health Care**                                 80% Coinsurance[2,4]
                                                     (up to 100 visits per Calendar Year)

| Description | Coverage |
|---|---|
| **Skilled Nursing Facility** | 80% Coinsurance [1,2,4] |
| | (Semi-Private room, limited to 60 days per Calendar Year) |
| **Hospice** | 80% Coinsurance [2,4] |
| **Durable Medical Equipment** | 80% Coinsurance (up to $2,000 maximum per Calendar Year) [2,4] |
| **Chiropractic Services** | 80% Coinsurance [2,4] (up to 24 visits per Calendar Year) |
| **Precertification** | Employee initiated [3] |
| **Preexisting Condition Limitations** | None |

**Prescription Drugs - Retail**

| | **In-Network** | **Out-of-Network** |
|---|---|---|
| Generic: | 20% Copayment for up to a 30-day supply | 60% Coinsurance |
| | Maximum per prescription: $25 Copayment for up to a 30-day supply | |
| | Minimum per prescription: $7 Copayment for up to a 30-day supply | |
| Preferred Brand-Name: | 20% Copayment for up to a 30-day supply | 60% Coinsurance |
| | Maximum per prescription: $50 Copayment for up to a 30-day supply | |
| | Minimum per prescription: $15 Copayment for up to a 30-day supply | |

**Note: If a Brand-Name drug is filled when a generic drug is available, you'll pay the Brand-Name drug Copayment plus the difference in cost between the generic drug and the Brand-Name drug – even if your doctor requests the Brand-Name drug.**

| | **In-Network** | **Out-of-Network** |
|---|---|---|
| Non-preferred Brand-Name: | 30% Copayment for up to a 30-day supply | 60% Coinsurance |
| | Maximum per prescription: $65 Copayment for up to a 30-day supply | |
| | Minimum per prescription: $30 Copayment for up to a 30-day supply | |

**Note: If a Brand-Name drug is filled when a generic drug is available, you'll pay the Brand-Name drug Copayment plus the difference in cost between the generic drug and the Brand-Name drug – even if your doctor requests the Brand-Name drug.**

**Prescription Drugs - Home Delivery**

|  | <u>In-Network</u> | <u>Out-of-Network</u> |
|---|---|---|
| Generic: | $15 Copayment for up to a 90-day supply | Not applicable |
| Preferred Brand-Name: | $45 Copayment for up to a 90-day supply | Not applicable |
| Non-preferred Brand-Name: | $90 Copayment for up to a 90-day supply | Not applicable |

**Note: If a Brand-Name drug is filled when a generic drug is available, you'll pay the Brand-Name drug Copayment plus the difference in cost between the generic drug and the Brand-Name drug – even if your doctor requests the Brand-Name drug.**

NOTES

[1] Subject to Hospital Precertification.

[2] Subject to Reasonable & Customary Charges.

[3] Whenever a covered person faces confinement in a Hospital or needs non-emergency Surgery, follow the directions for Hospital Precertification of these services described on your identification card. Eligible charges for hospitalization may be reduced for days not precertified, and eligible charges for elective Surgery may also be reduced.

[4] Subject to annual Deductible.

# WHEN COVERAGE ENDS

## For You

Medical Plan coverage for you will end on the last day of the month in which one of the following occurs:

- the date your employment ends or you stop qualifying for coverage,
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required contribution

## For Your Dependents

Medical coverage for your eligible Dependents will end on the last day of the month in which one of the following occurs:

- the date your employment ends or your covered Dependent stops qualifying for coverage,
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required contribution

## Continuing Coverage

If you stop Active Work for any reason, you should contact Global Employee Services at once to determine what arrangements, if any, can be made to continue any of your coverage.

### Extension of Health Care Protection

The following applies to all coverages other than the Hospice Care Program:

Your protection under the plan may be extended if you are totally disabled (as defined in the Disability Summary Plan Description) from a Sickness or Injury and are under a Doctor's care.

The extension covers all Sicknesses or Injuries. Coverage will be extended for the time you remain disabled (as defined in the Disability Summary Plan Description) from a Sickness or Injury and under a Doctor's care.

In the event of your death, if you are enrolled with dependent coverage, such coverage will be extended for a maximum of ninety (90) days from your date of death.

The following applies to Hospice Care Program coverage:

If you are totally disabled (as defined in the Disability Summary Plan Description) and under a Doctor's care, Hospice Care coverage during that total disability will be extended up to three (3) months if coverage terminated because:

- the plan was terminated, or

> • the Hospice Care Program within the plan was terminated for all Employees of the Company or for a group of Employees of which the person is a member.  If such coverage terminates for any other reason, Hospice Care Program coverage during that total disability will be extended for up to twelve (12) months.

This provision also applies to Hospice Care Program coverage for your Dependent.  Your Dependent will be considered Totally Disabled if, because of an Injury or Sickness:

- Your Dependent is unable to engage in the normal activities of a person of the same age, sex and ability; or
- In the case of a Dependent who normally works for wage or profit, he is not performing such work.

Extended Hospice Care Program coverage will cease immediately when you or your covered Dependent becomes covered under any other group plan.

# COBRA

You and your covered Dependents may continue Medical Plan coverage under certain circumstances under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). See the information about COBRA in **"SECTION TWO - ADMINISTRATIVE INFORMATION."**

You must first enroll for continuation of coverage through COBRA prior to the following conversion privilege (except in the following states: Maryland, New York, South Carolina, South Dakota and Wisconsin).

# Conversion Privilege

The Conversion Privilege describes when and how you, or your covered Dependent, may get an individual Health Care converted contract when your, your spouse's or covered Dependent's coverage under the plan ends.

## Right to Convert

A right to convert is subject to all of the terms of this Conversion Privilege.

You have the right to get a Health Care converted contract if both of these are met:

- your Medical coverage ends for any reason other than:

  - your failure to pay, when due, any contribution required by the plan, or

  - the end of your employment (other than retirement) if you then have the right to elect to continue your group Health Care coverage.

- you have been covered for at least three (3) consecutive months under the Medical Plan (or under this Medical Plan and under a prior Nortel medical plan).

Your spouse or Domestic Partner and each covered Dependent have the right to get a converted contract if both of these conditions are met:

- your Dependent coverage under the plan ends for one of the following reasons:

  - your death,

  - your spouse ceases to be an eligible Dependent, due to divorce or legal separation of your marriage,

  - your Domestic Partner ceases to be eligible due to termination of your relationship or

  - your spouse, Domestic Partner and/or Domestic Partner's child(ren) or your child ceases to be an eligible Dependent for any other reason, and you do not have the right to get a converted contract at that time.

- you have been covered for at least three (3) consecutive months under the Medical Plan (or under this Medical Plan and under a prior Nortel medical plan).

If your spouse or Domestic Partner and any of your Children or Domestic Partner's Children have the right to get a converted contract at the same time, your spouse or Domestic Partner may elect conversion for all.

## Application and First Premium Payment

The person who has the right to get the converted contract must apply for it, and pay the first premium, to the Claims Administrator within thirty-one (31) days after Medical coverage for that person ends.  Evidence of good health is not required.

## Effective Date

The converted contract will take effect on the day after Medical Plan coverage ends.  Some of the Medical Plan coverages may not be available under the converted contract.  The level of benefits under the converted contract may be lower than those of the Company's Medical Plan.  Premiums for the converted contract will be based on the Claims Administrator's rates for:

- the age and class of risk (but not health) of each person covered under it,

- the type and amount of insurance it provides, and

- its premium period.  Premiums will not be due less often than quarterly unless the insured agrees.

## Persons Covered

Subject to the exceptions below, the following are covered:

- if the converted contract is issued to you, you and your eligible Dependents whose Medical coverage ended when yours did,

- if your spouse or Domestic Partner has the right to get a converted contract and it is issued to your spouse or Domestic Partner, your spouse or Domestic Partner and any of your Dependent Children or Domestic Partner's Dependent Children whose Medical coverage ended at the same time, and

- if your child has the right to get a converted contract and it is issued to your child, only that child.

Exceptions to the above rules are:

- the Claims Administrator may issue a separate converted contract to any person

- the Claims Administrator is not required to issue a converted contract covering the following:

  - a person who is or could be covered by Medicare,

  - a person whose Medical coverage ends by reason of the end of all Medical Coverage for a group of Employees, by amendment or otherwise, if it is replaced for the group of Employees by similar benefits under a group plan within the next thirty-one (31) days, or

  - a person to whom one or more of the items below applies, when the benefits of the Converted Contract, together with the similar benefits provided or available from the sources shown in those items, would result in over insurance under the Claims Administrator's standards:

    1. the person is covered by an insurance or other contract, a plan or a program

    2. the person is eligible for coverage (whether or not covered) under any insured or uninsured arrangement for coverage for persons in a group

    3. a law that requires that benefits be provided or made available to that person.

# SECTION TWO - ADMINISTRATIVE INFORMATION

This Administrative Information section provides further administrative details about this plan, such as identifying information about the Plan that is required under ERISA, how to file Claims and appeal denied Claims, where to get more information, your ERISA rights, HIPAA Privacy Notice and how the Company may amend the plan.

# IDENTIFYING INFORMATION

Plan Type under ERISA:  Welfare Plan

Plan Number:  506

Funding Method:  Self-funded (except HMO options) with contributions held in trust

Contribution Source:  the Companies that sponsor the Plan and participating Employees contribute to the cost of coverage

Companies that Sponsor the Plan:  Nortel Networks Inc. (employer identification number 04-2486332) and certain other related companies sponsor this Plan for their eligible Employees.  For a current list of sponsoring companies, please contact Global Employee Services

The address for Nortel Networks Inc. is:  Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

Agent for Service of Legal Process:  Attn:  Lynn Egan
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228-1397
615-432-4787

Legal Process may also be served upon the trustee of a trust that funds benefits under the Plan.

Trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the Plan):
Retirement Services Group
Bank of America
213 South LaSalle Street
Chicago, IL 60697
312-828-2345

# Contact Information for Claims Filing

The chart below provides addresses and phone numbers both for filing Claims and appealing denials of Claims for each of the listed benefits.  Call Global Employee Services at 1-800-676-4636 if you cannot locate the information you need in the list that follows.  For Claims filed on or after January 1, 2003, the ultimate decision about your eligibility for benefits under the plan is made by the named ERISA "claims fiduciary" who has responsibility for the determination of your Claim. (See the Administrative Information SPD corresponding to the year in which the Claim was incurred for information on appeal procedures for Claims incurred prior to 1/1/2003.) Each of the Claims fiduciaries has been delegated the exclusive authority by the Plan Administrator to interpret and administer the provisions of the Plan that apply to the Claim under review, including discretionary authority to:

- construe and interpret the terms of the plan,
- determine the validity of charges submitted under the plan, and
- make final, binding determinations concerning the availability of plan benefits.

Please note that determinations made by the claims fiduciary relate solely to whether or not benefits are available under the plan for the proposed treatment or procedure or whether eligibility for plan participation is available under the written terms of the plan. The determination as to whether a health service will be provided to you is between you and your Physician.

The claims fiduciaries for each type of Claim under the Medical Plan are noted in the list below:

| Claims Administrator | Address | Phone Number |
|---|---|---|

**Medical Benefits**
All Claims and appeals of denied Claims for medical benefits as described in this Summary Plan Description other than eligibility to participate in the plan and cost of coverage.

| Claims Administrator | Address | Phone Number |
|---|---|---|
| **CIGNA** | | |
| All Locations (*except Puerto Rico) Options: PPO and, Out-of-Area Comprehensive | PO Box 33668 Charlotte, NC 28233-3668 | 1-800-257-2702 |
| All Locations (*except North Carolina & New Mexico) Options: EPO | PO Box 5200 Scranton, PA 18505-5200 | 1-800-257-2702 |
| New Mexico EPO | PO Box 2456 Sherman, TX 75091-2546 | Outside of Albuquerque 1-800-808-7363 Within Albuquerque 505-262-7363 |
| North Carolina EPO | PO Box 28087 Raleigh, NC 27611-8087 | 1-800-849-9300 |
| *Puerto Rico PPO | PO Box 71203 San Juan, PR 00936-7275 | 787-753-6868 On Island: 1-800-981-5888 From U.S.: 1-800-453-4187 |
| | Prospective members: www.cigna.com Participants: www.mycigna.com | |

**UnitedHealthcare**  PO Box 740800  1-877-311-7846
PPO, EPO, Hawaii PPO  Atlanta, GA 30374-0800

Prospective members:  www.uhc.com
Participants:  www myuhc.com

### Employee Assistance Program (EAP), Mental Health and Substance Abuse Treatment Benefits

All Claims and appeals of denied Claims for EAP and/or mental health and substance abuse benefits as described in this Summary Plan Description other than eligibility to participate in the plan and cost of coverage.

**United Behavioral Health**  P O Box 30755
Salt Lake City, UT 84130-0755  1-800-842-2991

www.liveandworkwell.com

### Prescription Drug Benefits

Medco Health Solutions provides initial determination of claims payments according to the benefits as described in this Summary Plan Description and the first level appeal following an adverse benefit decision on matters other than eligibility and the cost of coverage.   The Company is the final claims fiduciary for all appeals of denied Claims for Prescription Drug benefits as described in this Summary Plan Description including eligibility to participate in the plan, cost of coverage and benefits payable under the prescription drug benefit program administered by Medco Health Solutions.

**Medco Health**  PO Box 2187  1-800-711-3460
**(Formerly Merck-Medco)**  Lee's Summit, MO 64063-2187

Participants only:  www.medcohealth.com

Initial Claims regarding eligibility  Global Employee Services  Toll-free: 1-800-676-4636
to participate in the Medical Plan;  Nortel Networks  Direct: 919-992-4636
enrollment of Dependents in the  PO Box 13010,  ESN: 352-4636
Medical Plan; coverage option  Research Triangle Park, N.C. 27709-3010
elected; Effective Date of enrollment
in the Medical Plan; COBRA eligibility

Appeals of denied Claims regarding  Employee Benefits Committee
Eligibility to participate in the Medical  Nortel Networks
Plan; enrollment of Dependents in the  220 Athens Way , Suite 300
Medical Plan; coverage option elected;  Nashville, TN 37228
Effective Date of enrollment in the ;
Medical Plan; COBRA eligibility

### COBRA

The contact information of the Medical Plan's administrator for COBRA and the HIPAA certificate of health coverage is:

Ceridian COBRA Continuation Services (CobraServ)  Toll-free: 1-800-877-7994
3201 34th Street South
St. Petersburg, FL 33711-3828

Ceridian COBRA Continuation Services (CobraServ) is an external vendor which has been contracted to provide only administrative services for COBRA and the HIPAA certificate of health coverage.  They review Claims or appeals of denied Claims only as they relate to termination of coverage due to lack of timely payment.  They do not review

Claims or appeals of denied Claims regarding the medical benefits coverages that are provided during your elected COBRA period.

# Filing Claims

This section outlines the procedures and applicable time limits for filing Claims and filing appeals of denied Claims and other benefit determinations under the Medical Plan.   These procedures are intended to comply with the requirements of ERISA and will be interpreted in accordance with ERISA requirements. These procedures are effective for Claims filed on or after January 1, 2003.

To make a formal Claim for benefits, you must file the appropriate Claim form, if applicable, (along with the original bills or receipts for services) with the Claims Administrator.  Providers may also file Claims directly for you if you authorize them to do that on your behalf.

In order to properly process your request, please refer to the "Contact Information for Claims Filing" chart on page 77 for a complete list of all Claims Administrators, their respective addresses and phone numbers. Claim forms are available in the FLEX 2004 Benefits Forms folder on the Services@Work Web site and from Global Employee Services.  The Claim must describe the occurrence, character and extent of the service.

You must file your Claim by the end of the Calendar Year after the Calendar Year in which the service was rendered.  If you don't submit the Claim by the end of the Calendar Year after the Calendar Year in which the service was rendered, benefits for that health service will be denied.   This time limit does not apply if you are legally incapacitated to file a Claim.

Please note that determinations made by the Claims Administrator or Employee Benefits Committee (EBC) relate solely to whether or not benefits are available under the plan for the proposed treatment or procedure or whether eligibility for plan participation is available under the written terms of the plan. The determination as to whether a health service will be provided to you is between you and your Physician or other health care provider.

# Payment of Plan Claims

The Claims Administrator will make a benefit determination as set forth below.  Benefits will be paid to the Provider as soon as possible after your Claim is received by the Claims Administrator when any of the following is true.

- The Provider is an In-Network Provider and In-Network Benefits are applicable.
- The Provider notifies the Claims Administrator that your signature is on file on a document requesting that payment of benefits on your behalf be made to that Provider.
- You make a written request for the Out-of-Network Provider to be paid directly at the time you submit your Claim.

You will be responsible for payment to the Provider if none of the above is true.

Should you die before a benefit that is to be paid to you is paid, the benefit will be paid to your estate.

The rights and benefits of you (Medical Plan members) and your eligible Dependents under this plan are not subject to the Claims of your creditors and cannot be voluntarily or involuntarily assigned, sold or transferred to anyone else.  Employees and their eligible Dependents are the only "participants" and "beneficiaries" of this plan, as defined under the provisions of the Employee Retirement Income Security Act of 1974.

The plan will not reimburse third parties who have purchased or been assigned benefits by Physicians or other Providers.

## Claim Determinations

Federal regulations define guidelines for review, payment and appeal of four types of Claims:

- **Urgent care Claims** – Claims for treating conditions that could seriously jeopardize your life, health or your ability to recover or would result in severe pain, if not treated.
- **Pre-service Claims** – Claims that involve advance coverage authorization of a non-urgent course of treatment.
- **Concurrent care Claims** – Claims where you are notified that your benefit for an ongoing course of treatment (urgent or non-urgent) will be reduced or terminated.
- **Post-service Claims** – Claims that involve non-urgent courses of treatment that have already been provided.

### Timeframe for Claim Determinations

**Urgent Care Claims that Require Immediate Action**

Urgent care Claims are those Claims where:
- the terms of the Medical plan condition receipt of the benefit on approval of the benefit prior to receiving medical care, and
- a delay in treatment could seriously jeopardize your life or health or the ability to regain maximum function or, in the opinion of a physician with knowledge of your medical condition could cause severe pain.

In these situations:
- The Claims Administrator will notify you of the initial benefit determination in writing or electronically within 72-hours after the Claims Administrator receives all necessary information, taking into account the seriousness of your condition.
- Notice of denial may be oral with a written or electronic confirmation.
- If you filed an urgent Claim improperly, or did not supply enough information for the Claim Administrator to make a decision, here is the process for urgent Claim determinations:
  1. The Claims Administrator will notify you of the improper filing and how to correct it within 24 hours after the urgent Claim was received.
  2. If additional information is needed to process the Claim, the Claims Administrator will notify you of the information needed within 24 hours after the Claim was received.
  3. You will then have 48 hours to provide the specified additional information to the Claims Administrator.
  4. The Claims Administrator will notify you of a determination no later than 48 hours after:
     - The Claims Administrator's receipt of the requested information; or
     - The end of the 48 hour period within which you were to provide the additional information to the Claims Administrator, if the information is not received within that time.
       - If you don't provide the specified additional information within the 48 hour period to the Claims Administrator, your Claim may be denied.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the Claim appeal procedures.

If you are asking for an extension of a course of treatment that is already in progress, the Claims Administrator will respond within 24 hours of the receipt of your request, provided that the request is made at least 24 hours before the previously approved benefits for the course of treatment expires.

**Pre-Service Claims**

Pre-service Claims are those Claims where the terms of the Medical plan condition receipt of the benefit on approval of the benefit in advance of obtaining medical non-urgent care.  This decision can be a determination of whether or not benefits will be paid at all, or the level of benefits that will be received.
If your Claim was a pre-service Claim and was submitted properly with all needed information, the Claims Administrator will notify you of the Claim decision within 15 days of receipt of the Claim.

The Claims Administrator may request a one-time 15-day extension if:

1. An extension is necessary, due to matters beyond the control of the plan and
2. The Claims Administrator notifies you before the initial 15-day period expires of the reasons why an extension is required and a date by which you can expect a decision.

If the extension is necessary due to your failure to submit necessary information to make a determination, the extension notice will describe the information needed.   You will have 45 days after you receive the Claims Administrator's notice to provide all of the specified additional information.

The plan's timeframe for making a benefit determination stops on the date the Claims Administrator sends you the extension notification until the date you provide all of the specified additional information to the Claims Administrator.

If all of the needed information is received by the Claims Administrator within the 45-day time frame, the Claims Administrator will notify you of the determination within 15 days after the information is received.
If all of the needed information is not received by the Claims Administrator within the 45-day period, your Claim will be denied.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the Claim appeal procedures.

**Concurrent Care Claims**

Concurrent care Claims are those Claims where the terms of the Medical Plan require the Claims Administrator to reduce or terminate benefits for an on-going (already in progress) treatment that benefits were previously approved by the Claims Administrator.

If benefits were previously approved for treatment already in progress and you request benefits for an extension of that treatment under an urgent care Claim as defined above:

- The Claims Administrator will notify you of a determination on your request for benefits for the extended treatment within 24 hours, provided the Claims Administrator receives your request at least 24 hours prior to the end of the treatment for which benefits were previously approved.

  - If your request for benefits for the extended treatment is not made at least 24 hours prior to the end of the treatment for which benefits were previously approved, the request will be treated as an urgent care Claim and decided according to the timeframes described above.

If benefits were previously approved for treatment already in progress and you request benefits for an extension of that treatment in a non-urgent circumstance, your request will be considered a new Claim and decided according to post-service or pre-service timeframes, whichever applies.

**Post-Service Claims**

Post-Service Claims are those Claims that are filed for payment of benefits after medical care has been received.  If your post-service Claim was submitted properly with all needed information, the Claims Administrator will notify you of the Claim decision within 30 days of receipt of the Claim.

The Claims Administrator may request a one-time 15-day extension if:

1.  An extension is necessary, due to matters beyond the control of the plan and
2.  The Claims Administrator notifies you before the initial 30-day period expires of the reasons why an extension is required and a date by which you can expect a decision.

If the extension is necessary due to your failure to submit necessary information to make a determination, the extension notice will describe the information needed.   You will have 45 days after you receive the Claims Administrator's notice to provide all of the specified additional information.

The plan's timeframe for making a benefit determination stops on the date the Claims Administrator sends you the extension notification until the date you provide all of the specified additional information to the Claims Administrator.

If all of the needed information is received by the Claims Administrator within the 45-day time frame, the Claims Administrator will notify you of the determination within 30 days after the information is received. If all of the needed information is not received by the Claims Administrator within the 45-day period, your Claim will be denied.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the Claim appeal procedures.

# Appealing a Denied Claim

## If You Receive an Adverse Benefit Determination

The Claims Administrator will provide you with notification of any adverse benefit determination, which will set forth:

1.  The specific reason(s) for the adverse benefit determination.
2.  Reference to the specific plan provisions on which the benefit determination is based.
3.  A description of any additional material or information that is necessary for you to perfect the Claim and an explanation of why that material or information is necessary.
4.  A description of the plan's appeal procedures and time limits applicable to such procedures, including a statement of your right to bring civil action under Section 502(a) of ERISA after a final adverse benefit determination on appeal.
5.  A statement describing any voluntary appeal procedures offered by the plan and your right to obtain the information about such procedures, as well as a statement of your right to bring an action under ERISA.
6.  Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse benefit determination; a statement or copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse determination will be provided free of charge to you upon request.
7.  If the adverse benefit determination was based on a Medical Necessity or Experimental treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the adverse determination (applying the terms of the plan to your medical circumstances) or a statement that such explanation will be provided free of charge upon request.
8.  If the adverse determination involves urgent care, a description of the expedited appeal process applicable.

## Procedures for Appealing an Adverse Benefit Determination

If you disagree with a Claim for payment determination, you can file an appeal with the Claims Administrator who denied your original Claim by writing to the Claims Administrator and including the following in your written appeal request:

- o The patient's name and the identification number from the ID card (if applicable).
- o The date(s) of medical service(s).
- o The Provider's name.
- o The reason you believe the Claim should be paid.
- o Any documentation or other written information to support your request for Claim payment.

You, or your authorized representative, have 180 days following the receipt of a notification of an adverse benefit determination within which to submit your first appeal request to the Claims Administrator.

You have the right to:

1. Submit written comments, documents, records and other information relating to the Claim for benefits.
2. Request free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your Claim for benefits. For this purpose, a document, record or other information is treated as "relevant" to your Claim if it:
   - Was relied upon in making the benefit determination
   - Was submitted, considered or generated in the course of making the benefit determination, regardless of whether such document, record or other information was relied upon in making the benefit determination
   - Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination
   - Constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for your diagnosis, regardless of whether such statement was relied upon in making the benefit determination.
3. A review that takes into account all comments, documents, records and other information submitted by you relating to the Claim, regardless of whether such information was submitted or considered in the initial adverse benefit determination.
4. A review that does not defer to the initial adverse benefit determination and that is conducted by the claims fiduciary of the plan who is neither the individual who made the adverse determination nor that person's subordinate.
5. If the appeal involved an adverse benefit determination based in whole, or in part, on a medical judgment, you have the right to require the claims fiduciary to consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment and who was neither consulted in connection with the initial adverse benefit determination nor the subordinate of any such individual.
6. The identification of medical or vocational experts whose advice was obtained in connection with the adverse benefit determination, without regard to whether the advice was relied upon in making the decision.

A qualified individual who was not involved in the decision being appealed will be appointed to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field who was not involved in the prior determination. The Claims Administrator may consult with, or seek the participation of, medical experts as part of the appeal resolution process. Upon request and free of charge you have the right to reasonable access to and copies of, all documents, records, and other information relevant to your Claim for benefits.

**Urgent Claim Appeals That Require Immediate Action**

Your appeal may require immediate action if a delay in treatment could significantly increase the risk to your health or the ability to regain maximum function or cause severe pain. In these urgent situations:

- o The appeal does not need to be submitted in writing. You or your Physician should call the claims fiduciary to request the appeal as soon as possible.
- o The claims fiduciary will provide you with a written or electronic determination as soon as possible, but no longer than  72 hours following receipt by the claims fiduciary of your request for review of the determination taking into account the seriousness of your condition.

**Pre-Service and Post-Service Claim Appeals**

You will be provided written or electronic notification of decision on your appeal as follows.

For appeals of **pre-service Claims** (as defined on page 81)  -

- o The first level appeal will be conducted and you will be notified by the Claims Administrator of the decision within 15 days from receipt of a request for appeal of a denied Claim.
- o If you are not satisfied with the first level appeal decision of the Claims Administrator, you have the right to request a second level appeal from the claims fiduciary. Your second level appeal request must be submitted to the claims fiduciary within 60 days from receipt of the first level appeal decision.
- o The second level appeal will be conducted and you will be notified by the claims fiduciary of the decision within 15 days from receipt of a request for review of the first level appeal decision.

For appeals of **post-service Claims** (as defined on page 82)

- o The first level appeal will be conducted and you will be notified by the Claims Administrator of the decision within 30 days from receipt of a request for appeal of a denied Claim.
- o If you are not satisfied with the first level appeal decision of the Claims Administrator, you have the right to request a second level appeal from the claims fiduciary.  Your second level appeal request must be submitted to the claims fiduciary within 60 days from receipt of the first level appeal decision.
- o The second level appeal will be conducted and you will be notified by the claims fiduciary of the decision within 30 days from receipt of a request for review of the first level appeal decision.

**Participation Appeals**

For appeals regarding denial of your eligibility to participate in the plan, the enrollment of your Dependents in the plan, coverage option elections, the Effective Date of enrollment in the plan under all options, including HMO options, or COBRA eligibility, the Company retains the exclusive right to interpret and administer the participation provisions of the medical plan.

- o The first level appeal will be conducted and you will be notified by Global Employee Services, the Claims Administrator, of the decision within 60 days from receipt of a request for appeal of a denied Claim.
- o If you are not satisfied with the first level appeal decision of the Claims Administrator, you have the right to request a second level appeal from the Employee Benefits Committee, the claims fiduciary.  Your second level appeal request must be submitted to the claims fiduciary within 60 days from receipt of the first level appeal decision.

o   See below for a description of procedures for the second level appeal conducted by the Employee Benefits Committee.

The Employee Benefits Committee (EBC) conducts the second level appeal for determining your eligibility to participate in the Medical Plan, the enrollment of your Dependents in the Medical Plan, coverage option elections or the Effective Date of enrollment in the plan under all options, including HMO options, subject to HMO contract provisions.

The EBC will make a decision on your appeal of a denial of your participation Claim under the plan no later than the date of the meeting of the EBC that immediately follows the plan's receipt of a request for review, unless the request for review is filed within thirty (30) days preceding the date of such meeting.  (The EBC holds monthly meetings.) In such case, a benefit determination may be made by no later than the date of the second meeting following the plan's receipt of the request for review.  If special circumstances require a further extension of time for processing, a benefit determination shall be rendered not later than the third meeting of the EBC following the plan's receipt of the request for review.  If such an extension of time for review is required because of special circumstances, the EBC will provide you with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension.

In the event an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination on review stops on the date the EBC sends you the extension notification until the date you respond to the request for additional information.

The EBC will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

## Final Note on Medical Plan Claim Appeals

Following a final adverse benefit decision, you have the right to bring a civil action under ERISA section 502(a). You and your plan may have other voluntary alternative options, such as mediation.  One way to find out what may be available to you is to contact your local U.S. Department of Labor Office and your state insurance regulatory agency.

# YOUR RIGHTS UNDER COBRA

You, your Dependents and your Domestic Partner have the option to temporarily extend your health care coverages at full group rates, plus a 2% administration fee, in certain instances when coverage under certain FLEX Benefits (identified under the "COBRA Participation" below) would otherwise end. This is called COBRA coverage. COBRA stands for the Consolidated Omnibus Budget Reconciliation Act of 1985. To be eligible for COBRA coverage continuation you must first be enrolled in the health plan you wish to continue on the day before you become ineligible.

# COBRA Participation

If one of the qualifying events listed in the COBRA Continuation Period chart causes you, your Dependent or your Domestic Partner to lose health care coverage, you may continue coverage in the plan for yourself and/or your eligible Dependents (as applicable).

Continued coverage is normally available for a maximum of 18 or 36 months, depending on the event outlined in the chart. If you are disabled on the date of the Qualifying Event, or within 60 days of COBRA coverage, you may be eligible to extend an 18-month COBRA continuation period for an additional 11 months.  Verification by the Social Security Administration must be submitted to the COBRA Administrator within 60 days of the date disability is approved in order to extend coverage from 18 to 29 months.  The continuation premium for the additional 11 months will be increased from 102% to 150% of the full group rate per person. The maximum continuation period if multiple events should occur that cause a loss of group health coverage is a total of 36 months. For example, if you terminate and then die while covered by the plan, your Dependents' coverage may continue for a maximum of 36 months.

## COBRA Continuation Period

| CIRCUMSTANCES | MAXIMUM CONTINUATION PERIOD | | |
| --- | --- | --- | --- |
| | **You** | **Spouse or Domestic Partner** | **Children or Domestic Partner's Children** |
| You lose coverage because of reduced work hours | 18 months | 18 months | 18 months |
| You terminate for any reason (except gross misconduct) | 18 months | 18 months | 18 months |
| You are disabled as defined by Social Security) when you terminate or lose coverage due to reduced work hours or you become disabled within 60 days of commencement of COBRA coverage | 29 months | 29 months | 29 months |
| You die | N/A | 36 months | 36 months |
| You and your spouse divorce | N/A | 36 months | 36 months |
| You and your Domestic Partner terminate your relationship | N/A | 36 months | 36 months |
| You become entitled to Medicare | N/A | 36 months | 36 months |
| Your or your Domestic Partner's child no longer qualifies as a Dependent | N/A | N/A | 36 months |

| | | | |
|---|---|---|---|
| Your spouse or Domestic Partner is disabled (as defined by Social Security) when you terminate or lose coverage due to reduced work hours or your spouse becomes disabled within 60 days of commencement of COBRA coverage | 29 months | 29 months | 29 months |
| Your or your Domestic Partner's child is disabled (as defined by Social Security) when you terminate or lose coverage due to reduced work hours or becomes disabled within 60 days of commencement of COBRA coverage | 29 months | 29 months | 29 months |

# Notification

The COBRA Administrator, Ceridian COBRA Continuation Services (CobraServ), will notify you by mail of your COBRA election rights when the qualifying event is a reduction in hours or termination of employment. You will receive instructions on how to continue your health care benefits under COBRA within 14 days of the date that CobraServ received notification from the Company that one of these events has occurred.

If you have a divorce or a Dependent ceases to qualify as a "Dependent" due to a change in status that will automatically result in loss of coverage under the Plan for your former spouse or Domestic Partner or the affected Dependent.  In that event, you (or the affected Dependent or a person acting for the affected Dependent) must notify Global Employee Services within 60 days of the event so that COBRA can be offered and their election rights can be mailed to the spouse or other Dependent who lost coverage. CobraServ will send you instructions on how to continue your health care benefits within 14 days after they receive notification from the Company that one of these events has occurred.  If you or the affected Dependent (or someone acting for the Dependent) do not notify Global Employee Services within 60 days of the event, no COBRA benefits will be available at any time to any Dependent who loses coverage due to the event.

# Election

The COBRA Administrator (CobraServ) will generate a qualifying event package within 14 days of notification from Global Employee Services of your qualifying event. You have 60 days from the later of the date that you lose coverage and the date the notice of the qualifying event is sent (postmarked) to make your COBRA election. You will then have an additional 45-day period from the date of your COBRA election to pay any premiums that are due. Each subsequent monthly premium payment must be postmarked no later than the grace period end date to keep your coverage(s) in active status.

If you fail to elect the COBRA coverage within 60 days of the later of the date you lose coverage and the date you are sent the qualifying event package, you will not be eligible to elect COBRA at any later date.

If you elect COBRA continuation:

- Initially, you may keep the same level of coverage you had at the time of the event or choose a lower level of coverage (e.g., you only, you and your Children and/or Domestic Partner's Children, you and your spouse (or Domestic Partner) or you and your family).

- Coverage will be effective as of the date of the qualifying event.

- You may change coverage during the Annual Enrollment Period or if you experience a Status Change, as described in "Changing Your Selections" in **"SECTION ONE - MEDICAL PLAN BENEFITS."**

- You may enroll any newly eligible spouse or child under the usual plan rules.

COBRA participants are held to similar guidelines concerning their health insurance as active Employees. Changes in your health plans once enrolled in COBRA can only be made during the Annual Enrollment Period, typically occurring in the fall, or within 31 days of a Status Change, as described in "Changing Your Selections" in **"SECTION ONE - MEDICAL PLAN BENEFITS"**.

# Cost of Participation

COBRA participants must pay monthly premiums for their coverage:

- For medical coverage, premiums are based on the full group rate per covered person set at the beginning of the Plan Year, plus 2% to cover administrative costs.

- Regular monthly premiums are due to the COBRA Administrator (CobraServ) by the first of each month.

- If you are disabled under the Social Security definition, COBRA premiums for months 19–29 reflect the full group cost per person, plus 50%.

# When COBRA Ends

COBRA coverage will end before the maximum continuation period if:

- a person who was covered under COBRA becomes covered under another group health plan, after the date of COBRA election,  not offered by the Company (providing the plan does not have Preexisting Condition limitations affecting the covered person). COBRA coverage will end if the Preexisting Condition limitation does not apply, or will end as of the date when the limitation expires. You are entitled to receive credit equal to the period of your COBRA coverage against the new plan's Preexisting Condition limitation period, so long as the new coverage begins without a break in coverage of 63 days or longer.

- you or your eligible Dependents become entitled to Medicare after the date of COBRA election,. Covered Dependents who are not entitled to Medicare can continue coverage under COBRA until the maximum continuation period is reached. If you become entitled to Medicare within 18 months before the termination of your employment (or a reduction in your work hours) that entitles you to COBRA continuation coverage, your qualified Dependents will be eligible for COBRA coverage for up to 36 months from the date you became entitled to Medicare.

- you or your eligible Dependents have met Preexisting Condition exclusions under a new employer's plan.

- any required premium for continued coverage is not paid within 30 days after it is due. (Payments are due on the first day of each month.)

- the Company ceases to provide Medical Plan benefits to all Employees.

# THIRD PARTY LIABILITY

In the event that you suffer an Injury or Illness caused by a third party, you agree in good faith to pursue a Claim against the responsible third party to recover medical benefits received under the Medical Plan for that Injury or Illness.

Any payments you receive from the third party will be used to repay the Medical Plan for benefits you have already received for the Injury or Illness. Any future plan benefits for the Injury or Illness will be reduced by the amount of any payments you receive or will receive in the future from the third party.

A reasonable apportionment of fees and costs you incur in pursuing a recovery from the third party may be deducted from amounts to be repaid to the plan.

The plan has the right to review any proposed settlement between you and the third party, and the plan has the express right to reject any settlement that does not adequately provide for the recovery of the plan's benefits paid or to be paid to you in connection with the Injury or Illness. You agree not to enter into any settlement with the third party that has been reasonably rejected by the plan.

…you agree in good faith to pursue a Claim against the responsible third party to recover medical benefits received under the plan for that Injury or Illness.

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's Employee benefit plan, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

## Receive Information About Your Plan and Benefits

- Examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents governing the plan, including insurance contracts, and a copy of the latest annual report (Form 5500 Series)  filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration (EBSA).
- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts, and copies of the latest annual report (Form 5500 Series) and updated summary plan description.  The Plan Administrator may request a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a summary of this annual report.

## Continue Group Health Plan Coverage

- Continue health care coverage for yourself, spouse or Dependents if there is a loss of coverage under the plan as a result of a qualifying event.  You or your Dependents may have to pay for such

coverage.  Review this summary plan description and the documents governing the plan on the rules governing your COBRA continuation coverage rights.

- Reduction or elimination of exclusionary periods of coverage for Preexisting Conditions under your group health plan, if you have creditable coverage from another plan.  You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your Employee benefit plan.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your Claim for a welfare benefit is denied in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a Claim for benefits that is denied or ignored, in whole or in part, you may file suit in Federal or state court.   In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a medical child support order, you may file suit in Federal court.

If it should happen that a plan fiduciary misuses the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in Federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if the court finds your Claim is frivolous.

## Assistance With Your Questions

If you have questions about your plan, you should contact the Plan Administrator.  If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator you should contact the nearest office of the Employee Benefits Security Administration (EBSA), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration (EBSA), U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration (EBSA).

# RIGHT TO CERTIFICATE OF HEALTH COVERAGE

When you leave the Company's employment for any reason, or terminate your coverage in the Medical Plan, the Company will provide you a written certificate confirming the period of your participation in this plan as required by the Health Insurance Portability and Accountability Act of 1996 (HIPAA). You will need the certificate if you become eligible to enroll in another health plan that excludes coverage for preexisting medical conditions. Your new plan will be required to give you credit for your period of coverage in this plan, against the Preexisting Condition exclusion period (which cannot be more than 12 months for individuals who enroll when first eligible or 18 months for late enrollees).

If you are enrolled in the Medical Plan for at least 12 months, do not have a break in coverage of 63 days or longer, and enroll in your new plan as soon as you are eligible, the new plan cannot exclude any Preexisting Condition that you have. If you have a break in coverage of at least 63 days, the new plan will not be required to give you credit for your period of coverage under this plan. The Company will also provide a certificate for any Dependent who ends coverage under this plan for any reason.

The Company will provide a certificate to former Employees and/or their Dependents automatically when:
- coverage terminates
- COBRA continuation, if elected, terminates
- a request is made within 24 months of the date plan coverage terminates.

 HIPAA only provides proof of insurability. It does not offer a continuation of benefits.  (Note: COBRA continuation coverage also counts as creditable coverage.)

# HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPAA) PRIVACY NOTICE

Effective April 14, 2003, the Nortel Networks Group Health Plan which includes this plan, the Nortel Networks Medical Plan, was amended to include the health information privacy requirements specified in HIPAA.  The following section describes the permitted use and disclosure of protected health information under this Act.

Nortel Networks (including Nortel Networks Inc., Nortel Networks Limited and any subsidiary of either or of Nortel Networks Corporation whose Employees are covered by the Plan) may only use and disclose protected health information it receives from the Plan as permitted and/or required by, and consistent with the HIPAA Privacy regulations found at 45 CFR Part 164, Subpart A. This includes, but is not limited to, the right to use and disclose participant's protected health information in connection with payment, treatment and health care operations (as defined within the regulations).

The Plan will disclose protected health information to Nortel Networks only upon receipt of a certification by Nortel Networks Inc., the Plan Sponsor that the plan documents have been amended to incorporate all of the required provisions as described below.

**Nortel Networks will:**

- Not use or further disclose the information other than as permitted or required by the plan documents or as required by law;
- Ensure that any agents, including a subcontractor, to whom it gives protected health information received from the Plan, agree to the same restrictions and conditions that apply to Nortel Networks with respect to such information;
- Not use or disclose the information for employment-related actions and decisions or in connection with any other benefit or Employee benefit plan of Nortel Networks;
- Report to the Plan any use or disclosure of the information that is inconsistent with the uses or disclosures provided for of which Nortel Networks becomes aware;
- Make available protected health information in accordance with individuals' rights to review their protected health information;
- Make available protected health information for amendment and incorporate any amendments to protected health information consistent with the HIPAA rules;
- Make available the information required to provide an accounting of disclosures in accordance with the HIPAA rules;
- Make its internal practices, books, and records relating to the use and disclosure of protected health information received from the Plan available to the Secretary of HHS for purposes of determining compliance by the Plan;
- If feasible, return or destroy all protected health information received from the Plan that Nortel Networks still maintains in any form. Nortel Networks will retain no copies of protected health information when no longer needed for the purpose for which disclosure was made. An exception may apply if such return or destruction is not feasible, but the Plan must limit further uses and disclosures to those purposes that make the return or destruction of the information infeasible.

# FUTURE OF THE PLAN

Although the benefits currently available (in the 2004 Plan Year) are described in this summary for the Company's Medical Plan, the Company reserves the right to change or end the plan described in this summary at any time. Any plan changes will result from actions taken and approved by the Company. The Company may adopt such changes or terminate the plan at any time and for any reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law. However, this does not constitute an implied or expressed contract or guarantee of employment.

# SECTION THREE – GLOSSARY

If a different definition of any of the following words is provided in the section describing a particular benefit plan, that definition applies instead of the definition listed below.

HMOs, the Puerto Rico PPO and the Hawaii PPO may have their own definitions for some of these terms. If you are in the Hawaii PPO, please refer to Appendix C.  If you are in the Puerto Rico PPO, please refer to Appendix B.  If you are in an HMO you will be furnished a separate SPD.

> *Sometimes, to describe a benefit plan accurately, some technical terms must be used. Here, to help you understand them, are brief definitions in alphabetical order.*

**Accident**
An unexpected event resulting in bodily Injury by an external trauma.
**Active Duty**
Currently enlisted in the armed forces of any country and called upon to serve.
**Active Work, Actively at Work**
You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at a Company defined place of business or at some location to which you are required to travel for Company business.
**Affiliates**
Subsidiaries of, or other companies related to, Nortel Networks Inc. (NNI), that have been authorized by the Board of Directors of NNI to provide coverage for their employees under the Company's benefit programs and have adopted those programs.
**After-Tax Contribution**
A contribution for benefits coverage that is deducted from your pay after federal income, FICA (Social Security), and most state and local income taxes have been deducted.
**Ambulance**
Ground or air transportation by a commercial or municipal ambulance service that is issued a license or certificate by the appropriate licensing authority.
**Anesthesia**
The administration of drugs used to reduce or diminish the sense of pain, temperature, touch, etc.
**Annual Enrollment Period**
The period during which you may enroll yourself and/or your eligible Dependents for benefits in the coming year. The FLEX Annual Enrollment Period is held each fall. Benefits selected during the Annual Enrollment Period are generally effective the following January 1.
**Before-Tax Contribution**
A contribution for benefits coverage that is deducted from your pay before federal income, FICA (Social Security), and most state and local income taxes are deducted, reducing your taxable income and saving you money in taxes.
**Beneficiary**
The person or persons you have chosen to receive benefit payments in the event of your death.
**Brand-Name Drug**
A prescription medicine that is available only from its original manufacturer or licensee under a recognized brand name. A brand name drug may have a generic equivalent after the original patent expires. Brand-name drugs are typically sold at a higher price than Generic Drugs.
**Calendar Year**
January 1 through December 31. This period is also known as the Plan Year for the purposes of all health care plans.
**Children**
Dependents who are:
- your natural children,
- children legally adopted by you or placed with you for adoption,

- your stepchildren,
- your legal foster children,
- your responsibility as a legal guardian,
- children of your Domestic Partner (children of a Domestic Partner are not eligible for coverage under Optional Dependent Life Insurance, Optional Family AD&D Insurance or the Health Care and Dependent Day Care Reimbursement Accounts), or
- children for whom you are required to provide health coverage, as specified by a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order of judgment from a court that directs a plan administrator to cover a child for benefits under a health care plan.

To be eligible for coverage, stepchildren, legally authorized foster children, children for whom you are the legal guardian and children of your domestic partner must depend on you for support and maintenance and live with you at least six months of the calendar year in a regular parent-child relationship.

**Claim**

A request by a covered person for a benefit under a specific plan.

**Claims Administrator**

The Company or third party administrators responsible for processing and paying benefit Claims and other various administrative services.

**COBRA**

The Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). Under COBRA, you and your Dependents may be eligible to continue certain group Health Care Plan coverages if you lose your benefits under certain circumstances.

**Coinsurance**

The portion of Covered Expenses paid by your Medical Plan after you pay your Deductible or Copayment.

**Company**

Nortel Networks Inc.(NNI)and any of its Affiliates.

**Common Medical Standards**

Generally accepted medical practice based on recommendations from the American Medical Association (AMA), the American College of Obstetricians and Gynecologists (ACOG), the American Cancer Society and others.

**Congenital**

A condition present at birth that is not hereditary.

**Copayment**

The specified dollar amount that you pay when you receive certain services, medications or supplies.

**Core FLEX Benefits**

Benefits fully paid by the Company. You are automatically enrolled in the following core coverage and have no choices to make in order to have coverage in these benefits:

- Short-Term Disability coverage at 100% of your pre-disability base salary (called FLEX Earnings - see this glossary for more on what is and isn't included in this amount) for six weeks, then 70% of your pre-disability FLEX Earnings for up to 20 additional weeks,
- Long-Term Disability coverage at 60% of your pre-disability FLEX Earnings after you have been disabled for 26 consecutive weeks,
- Employee Life Insurance equal to one times your FLEX Earnings,
- Employee Assistance Program provides free confidential counseling for up through the first 8 visits.

You can supplement your Core FLEX Benefits by purchasing Optional FLEX Benefits with FLEX Credits provided by the Company and with Before-Tax and After-Tax Contributions.

**Cosmetic Surgery**

Procedures performed mainly to change a person's appearance rather than for the improvement, restoration or correction of normal bodily functions. It includes Surgery performed to treat a mental, psychoneurotic or personality disorder through change in appearance.

**Covered Expense**

Charges that may be used as the basis for a Claim under the plan. They are the charges for certain services and supplies, to the extent the charges meet the terms specified in the plan's "Covered Expenses."

**Custodial Care**

Care that provides a level of routine maintenance for the purpose of meeting personal needs. This care can

be provided by a lay person who does not have professional qualification, skills or training. Custodial Care includes, but is not limited to: help in walking and getting into and out of bed, help in bathing, dressing and eating, help in other functions of daily living of a similar nature, administration of or help in using or applying medications, creams and ointments, routine administration of medical gases after a regimen of therapy has been set up, routine care of a patient, including functions such as changes of dressings, diapers and protective sheets and periodic turning and positioning in bed, routine care and maintenance in connection with casts, braces and other similar devices, or other equipment and supplies used in treatment of a patient, such as colostomy and ileostomy bags and indwelling catheters, routine tracheostomy care, general supervision of exercise programs, including carrying out of maintenance programs or repetitive exercises that do not need the skills of a therapist and are not skilled rehabilitation services.

**Deductible**

The amount of Covered Expenses you and your enrolled Dependents must pay each year out of pocket before the plan begins to pay benefits.

**Dependent**

 Dependents include:

- your spouse, including your common-law spouse as recognized by applicable state law,
- your qualified Domestic Partner, (see definition Domestic Partner),
- your unmarried children and your Domestic Partner's unmarried children under the age of 19, (see definition of Children),
- your unmarried children and your Domestic Partner's unmarried children between the ages 19 and 25 who are full-time students at an accredited school and are primarily supported by you, and
- your and your Domestic Partner's unmarried, physically or mentally disabled Children age 19 or over who are Wholly Dependent on you for support and maintenance and became disabled and dependent before age 19 (or before age 25 while a full-time student).  You must provide notice of the disability to Global Employee Services within 31 days of your Child turning age 19 for that Child to be considered an eligible Dependent.  If the Child is over age 19, the Child must have become incapacitated before age 19 *and* while covered under the plan to be considered an eligible Dependent.

Your spouse or child may not be considered a Dependent under the Medical plan while on Active Duty in the armed forces of any country. In addition, your spouse or child may not be considered a Dependent under the Medical plan if he or she is covered as an Employee.

**Dispense as Written (DAW)**

A phrase prescribers use when writing a prescription to indicate their preference that the pharmacy dispense the Brand-Name drug ordered rather than a generic substitute. The doctor may indicate DAW on your prescription if there is a medical reason (such as an allergy to certain drug ingredients) for you to take only a Brand-Name Drug.

**Doctor**

A licensed practitioner of the healing arts acting within the scope of the license.

**Domestic Partner**

An unmarried individual of either gender who is certified by required proof to be:

- not married to anyone else
- not related to you by blood that would prohibit legal marriage in the state in which you live,
- your sole and exclusive partner whom you publicly represent as your Domestic Partner,
- sharing in your financial obligations,
- living with you and meeting all of the requirements listed above for at least 12 months immediately before you certify domestic partnership,
- mentally competent to consent to a contract, and
- age 18 or older,

To be eligible for health coverage, your Domestic Partner must be qualified under the FLEX program rules including your completion of an Affidavit of Domestic Partners available on Services@Work, or completing the affidavit online at the time of benefit selection. Contact Global Employee Services for more information.

**Durable Medical Equipment**
Equipment needed for a medical condition which is able to withstand repeated use, including wheelchairs and Hospital beds.

**Educational**
A service or supply that is being provided to promote development beyond any level of function previously demonstrated or for which the primary purpose is to provide the patient with any of the following training in the activities of daily living:
- instruction in scholastic skills such as reading and writing
- preparation for an occupation, or
- treatment for learning disabilities.

**Effective Date**
The date coverage goes into effect under the plan.

**Emergency**
A sudden and serious situation that happens unexpectedly and requires immediate medical attention or an Illness or Injury of such a nature that failure to get immediate medical care could put that person's life in danger or cause serious harm to that person's bodily functions. Some examples of an Emergency are apparent heart attack including, but not limited to, severe, crushing chest pain radiating to the arms and jaw, cerebral vascular accidents, severe shortness of breath or difficulty in breathing, severe bleeding, sudden loss of consciousness, convulsions, severe or multiple Injuries, including obvious fractures, serious burns, severe allergic reactions, high fever, cyanosis, apparent poisoning. Some examples of conditions that are not usually medical emergencies are colds, influenza, ordinary sprains, children's ear infections, nausea and headaches. In connection with the pregnancy of a covered person, a term delivery, whether vaginally or by a cesarean section, is not an Emergency.

**Employee**
A person employed by the Company or any of its Affiliates on a permanent basis; the term also applies to that person for any rights after coverage ends. The term specifically excludes independent contractors and all other workers providing services to the Company or an Affiliate who are not recorded as employees on the payroll records of the Company or an Affiliate, including any such individual who is subsequently reclassified by a court of law or a regulatory body as a common law employee of an Employer.

**Enrollment Period**
See "Annual Enrollment". The FLEX Benefits may be selected during a 31-day enrollment period when you first become eligible for benefits as a new employee or after you experience a Status Change.

**Evidence of Insurability (EOI)**
Proof of a person's physical condition verifying evidence of good health affecting his or her acceptance for coverage.

**Exclusive Provider Organization (EPO)**
A Managed Care network Medical Plan option that requires you to select a Primary Care Physician (PCP) and coordinate your care through that doctor. The EPO option pays benefits when you see a health care professional within the Exclusive Provider Network - generally 100% of Covered Expenses from these Network Providers after you pay a Copayment. Similar to a Health Maintenance Organization (HMO), an EPO pays no Out-of-Network Benefits for non-emergency care.

**Experimental or Investigational**
Services, supplies or treatment not recognized or approved by the American Medical Association (AMA) and U.S. Food and Drug Administration (FDA) as accepted medical practice safe and effective for the diagnosis or treatment of a specific condition.

**FLEX Benefits**
One of the Company's benefit programs, which offers you the flexibility to choose from different types and levels of benefits. Through FLEX Benefits you can design the benefits program that is best for you and your family.

**FLEX Credits**
Company-provided benefit dollars you may use to purchase Optional FLEX Benefits.

**FLEX Earnings**
Your base salary. FLEX Earnings do not include other types of pay, including but not limited to, overtime, shift differentials, relocation payments or bonuses. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses). Part-time employees' premium calculations under the FLEX Disability, Life and AD&D plans

are based on a 25-hour work week if the employee regularly works 20-34.5 hours per week, and on a 40-hour work week if the employee regularly works more than 35 hours per week. Claim calculations on these benefits are based on the number of hours worked that a part-time employee has averaged over the 12 weeks immediately preceding the event which caused a Claim for benefits to be filed.

**Formulary**

List of preferred brand-name and generic drugs that have been selected by prescription benefit claims administrator's independent pharmacy and therapeutics committee based on their safety, effectiveness and cost.

**Generic Drug**

Equivalent version of a Brand-Name Drug produced when the patent on the Brand-Name Drug expires. Generic Drugs have the same active ingredients and quality standards as Brand-Name Drugs but are much less expensive.

**Global Employee Services**

The service center for the Company's benefit plans. By contacting Global Employee Services, you can ask questions about any of the plans, request needed forms or change your Employee information, such as your home address.

**Health Maintenance Organization (HMO)**

A Managed Care network Medical Plan option that pays benefits only when you receive care from doctors and Hospitals affiliated with the HMO, or to whom the HMO refers you, except care due to a life-threatening Emergency. When you receive care from an HMO, most services are covered at 100% after you pay a Copayment.

**Hemodialysis**

The process of filtering the blood and removing from it the toxic urinary substances and other waste products of protein metabolism.

**Hire Date**

The date your employment with the Company begins.

**Home Health Care Agency**

An organization that meets at least one of the following three requirements:

1. It is established and operated in accordance with applicable licensing and other laws.
2. It is a Home Health Care Agency as defined in Medicare.
3. It administers a home health care plan and meets all of these requirements:
   - It has a full-time administrator.
   - It keeps written records of services and supplies furnished to the patient.
   - Either its staff includes at least one registered nurse (RN) or it has access to nursing care by a registered nurse.
   - Its employees are bonded.
   - It maintains malpractice insurance.
   - It has the primary purpose of providing home health care.
   - It has a delivery system for bringing supportive services to the home.

**Home Health Care Visit**

A visit by a member of a Home Health Care team.

**Hospice**

A health care program directed by a Physician and providing services rendered at home, in outpatient settings or in institutional settings for covered persons suffering from a terminal Illness. A Hospice must have a team of personnel that includes at least one Physician and one registered nurse. It must also:

- maintain central clinical records on all patients
- meet the standards of the National Hospice Organization (NHO) and applicable state licensing certification or registration requirements
- have care available 24 hours a day, seven days a week
- be approved by the Claims Administrator.

In addition to the Physician and registered nurse, Hospice personnel may include a social worker, a clergyman/counselor, volunteers, a clinical Psychologist, a physiotherapist or an occupational therapist, and provide care to:

- reduce pain or other symptoms of mental or physical distress
- meet the special needs arising out of the stresses of the terminal Illness, dying and bereavement.

**Hospital**

An institution that meets either of these two tests:

1. It is accredited as a hospital under the Hospital Accreditation Program of the Joint Commission of Accreditation of Health Care Organizations (JCAHO).
2. It is legally operated, has 24 hour a day supervision by a staff of Physicians, has 24 hour a day nursing service by registered nurses and complies with one of the following conditions:
   - It mainly provides general Inpatient medical care and treatment of ill and injured persons through the use of medical, diagnostic and major surgical facilities. All such facilities are in it or under its control.
   - It mainly provides specialized Inpatient medical care and treatment of ill or injured persons through the use of medical and diagnostic facilities (including x-ray and laboratory). All such facilities are in it, under its control or available to it under a written agreement with a Hospital (as defined above) or with a specialized provider of those facilities.

Hospital does not include nursing homes or institutions, or parts of institutions that:

- are used mainly as a place for convalescence, rest, nursing care or for the aged,
- furnish mainly Custodial Care or training in the routines of daily living, or
- are mainly like schools.

**Hospital Inpatient Stay**

A Hospital stay for which a Room and Board charge is made by the Hospital.

**Hospital Outpatient Stay**

A Hospital stay for which no Room and Board charge is made by the Hospital.

**Hospital Precertification**

A process where the need for your Hospital admission, as well as your length of stay, is verified prior to admittance.

**Illness**

Any disorder of the body or mind of a covered person, but not an Injury or pregnancy, including abortion, miscarriage or childbirth.

**Injury**

A condition that results in damage to the covered person's body, independently of Illness.

**In-Network Benefits**

The level of benefits you receive when you use Network Providers for your medical care. For instance, the Medical Plan's PPO options pay In-Network Benefits at a higher rate than Out-of-Network Benefits. The EPO and HMO options pay only In-Network Benefits; there are no benefits for non-Emergency Out-of-Network care, unless there is a reciprocity agreement with the provider in the Out-of-Network area.

**In-Network Providers**

See "Network Providers".

**Inpatient**

A person admitted to an accredited facility as a registered bed patient for medical care and charges.

**Intermediate Care Facility**

An institution that provides care and treatment of mental, psychoneurotic and personality disorders, alcoholism or substance abuse through one or more specialized programs and meets all three of the following conditions:

1. It must be staffed by registered nurses and other mental health professionals
2. It must provide for the clinical supervision of such specialized programs by Physicians who are licensed in the state in which the facility is located.
3. Each specialized program provided by it must:
   - provide treatment for no less than three hours and no more than 12 hours per day
   - furnish a written, individual treatment plan that states specific goals and objectives
   - maintain, at a minimum, weekly progress notes which demonstrate periodic review and direct patient evaluation by the attending Physician, and
   - meet either of these two tests:
     - be accredited by the Joint Commission of Accreditation of Health Care Organizations (JCAHO)

> - be licensed, accredited or approved by the appropriate agency in the state in which the facility is located to provide the type of specialized program described above.

**Lifetime Maximum**

The total of all benefits paid under the Medical Plans, excluding HMOs, the Hawaii PPO, prescription drug benefits and mental health and substance abuse benefits.

**Maintenance Drug/Medications**

Prescription drugs that are taken on a long-term basis (for at least three months) to treat chronic conditions such as asthma, allergies, high blood pressure, and a dysfunctional thyroid.

**Maintenance of Benefits**

A provision that applies to your Medical coverage if you (or your enrolled Dependents) have coverage from more than one source. If you're in a plan that covers less than 100% of eligible expenses, and you've already received that amount (or more) from another plan, the Nortel Networks plan will pay only up to the level it would pay if it were the only plan. For example, if you're in a FLEX medical option that covers 80% of eligible expenses and you've already received that 80% of eligible expenses for a Dependent through your spouse's plan, the Nortel Networks plan will not make up the additional 20%.

**Managed Care**

A type of health plan that negotiates fees with hospitals, doctors and other health care professionals in advance. These providers then form a Managed Care network. Generally, when you use the providers who have an agreement with the Managed Care network, you receive the highest benefit coverage level applicable under the plan.

**Medicaid**

Title XIX (Grants to States for Medical Assistance Programs) of the Federal Social Security Act, as amended from time to time.

**Medical Plan**

A plan that provides medical benefits for you and your enrolled Dependents.

**Medically Necessary - Medical Plan**

Services and supplies, including tests and check-up exams, rendered by a Provider that are:

- necessary and appropriate for and consistent with the symptoms and diagnosis for direct care and treatment of the Illness or Injury
- within the standards of good medical practice in accordance with all the applicable professional and legal standards
- the most appropriate supply or level of service
- provided in the most appropriate setting
- not primarily for the convenience of the covered person, his/her family members or the provider(s) of the service
- necessary for the diagnosis of an Illness or Injury

To be considered necessary, a service or supply must meet all of these tests:

- it is ordered by a Physician
- it is recognized throughout the Physician's profession as safe and effective, is required for the diagnosis or treatment of the particular Illness or Injury and is employed appropriately in a manner and setting consistent with generally accepted U.S. medical standards, and
- it is not Educational, Experimental or Investigational in nature.

The Medical Plan may require proof in writing that any type of service or supply is Medically Necessary, and medical necessity will be determined solely by the Plan. The fact that a Physician may prescribe, order, recommend or approve a service or supply does not, in itself, make this service or supply Medically Necessary.

Medical necessity does not include a repeated test that is not necessary, experimental service or supply, services or supplies provided for psychological support, education or vocational training of the covered person, or implant of any artificial organ for any reason whatsoever. The plan does not cover all Medically Necessary procedures, services and supplies, as some specific exclusions and limits on coverage may apply.

**Medicare**
Title XVIII (Health Coverage for the Aged and Disabled) of the Federal Social Security Act, as amended from time to time.

**Member Services**
Customer service centers for Managed Care networks that can answer questions about providers, send you a Provider Directory or identification card, and help you choose a Primary Care Physician.

**Network**
A group of Hospitals, Doctors and other health care professionals who have an agreement with a medical plan or insurance carrier to provide services at a negotiated rate. The providers agree to accept negotiated fees as payment in full.

**Network Area**
The geographic area in which Managed Care networks are available. If you live in the Network Area, based on your home ZIP code, you can enroll in one of the Network Area medical options offered to you.

**Network Manager**
The company responsible for managing the network, including evaluating and selecting Network Providers. Network Managers for the Company's Managed Care medical options are CIGNA HealthCare and UnitedHealthcare.

**Network Providers**
Medical Plan providers including Hospitals, Physicians, other health care providers and pharmacies who have entered into an agreement to participate in a network.

**Newborn**
An infant from the date of birth until the initial Hospital discharge or until the infant is 31 days old, whichever occurs first.

**Non-Network Area**
Refers to the geographic areas that are not served by the Managed Care network options. If you live in the Non-Network Area, based on your home ZIP code, you can enroll in one of the Non-Network Area medical options offered to you.

**Non-odontogenic**
Conditions that do not arise from disorders of the teeth.

**Non-preferred Brand Drug**
These are brand-name drugs not included on the Formulary of the prescription benefit claims administrator that may have one or more Formulary alternatives.

**Ophthalmologist**
A medical Doctor who specializes in the treatment of disorders of the eye.

**Optional FLEX Benefits**
Benefits you pay for with FLEX Credits, Before-Tax Contributions or After-Tax Contributions. Optional FLEX Benefits supplement Company paid Core FLEX Benefits. You can apply FLEX Credits or make Before-Tax Contributions to the following options:
- Medical coverage for yourself or yourself and your enrolled Dependents (you have sufficient FLEX Credits to buy medical coverage for yourself only under the Preferred Provider Organization, or Out-of-Area Comprehensive option if you don't live within a Network Area, but you may waive medical coverage if you choose),
- Dental/Vision/Hearing Care coverage for yourself or yourself and your eligible dependents,
- Optional Short-Term Disability coverage that increases your Core benefit to 90% of your pre-disability FLEX Earnings for up to 20 weeks after the first six weeks of disability,
- Optional Long-Term Disability coverage that increases your Core benefit to 70% of your pre-disability FLEX Earnings when you have been disabled for 26 consecutive weeks, and/or
- Health Care and/or Dependent Day Care Reimbursement Accounts

You can apply FLEX Credits or make After-Tax Contributions to the following options:
- Additional group term life insurance for yourself,
- Dependent group term life insurance for your spouse and/or children, and
- Optional AD&D insurance for your spouse and/or children.

**Optometrist**
A Doctor of Optometry trained and legally qualified to perform eye examinations and prescribe Lenses.

**Oral Surgery**
Oral Surgery performed within the mouth for treatment of a medical condition including surgical procedures for treatment of fractures, or dislocations of the jaw, tumors, lacerations within the mouth or surgery involving the bone, as in reconstructive surgery. These procedures are beyond the scope of basic tooth, gingiva and alveolar bone related problems and are considered covered medical expenses.

**Out-of-Network Benefits**
The level of benefits you receive under a Managed Care Medical Plan option when you use a health care provider who does not participate in a Network.

**Out-of-Network Provider**
Medical Plan providers who have not entered into an agreement to participate in a Network.

**Out-of-Pocket Maximum**
The maximum dollar amount you pay annually out of your pocket for covered medical expenses, excluding Deductibles, Copayments and any amounts over Reasonable and Customary Charge limits. This amount also excludes mental health and substance abuse program benefits and prescription drug program benefit expenses. The plan pays 100% of any Covered Expenses (except outpatient treatment for mental Illness, alcohol or substance abuse) after the maximum is reached, up to the Medical Plan's maximum benefit.

**Payroll Deduction**
Contributions taken from your pay either before or after federal income, FICA (Social Security) and most state and local income taxes are deducted.

**Physician**
See "Doctor".

**Plan Administrator**
Nortel Networks Inc. (NNI) acting by and through its Board of Directors

**Plan Year**
January 1 to December 31. The Plan Year may change from time to time as determined by the Plan Administrator prior to the first day of the Plan Year.

**Precertification**
Under some Managed Care medical options, you must get Precertification from your Network Manager for any medical treatment you receive. Under the Out-of-Area Comprehensive option, you may be required to get Precertification for Hospital admission or non-Emergency surgery from your Claims Administrator. If you don't get the required Precertification, the Medical Plan will pay benefits at a lower level or might not pay benefits at all.

**Predetermination Review**
A process through which a proposed Durable Medical Equipment purchase is reviewed and an   estimate of benefits considered eligible for payment under the plan is provided by the Claims Administrator before the equipment is purchased.

**Preexisting Condition**
Any condition for which you:
- receive treatment or services,
- incur expense,
- receive diagnosis, or
- take prescribed medication before coverage begins.

**Preferred Brand-Name Drug**
These are brand-name drugs that are included on the Formulary of the prescription benefit claims administrator.  These drugs may offer greater discounts than non-preferred brand-name drugs, which reduces both your and the Company's costs.

**Preferred Provider Organization (PPO)**
A Managed Care network Medical Plan option that pays benefits when you see health care professionals within the preferred provider network. If you go to a provider who is not a member of the network, the PPO option still pays benefits, but at the lower Out-of-Network Benefit level.

**Pre-Operative Exam**
Necessary medical x-rays and/or laboratory tests ordered by the attending Physician that are performed in the seven days prior to a scheduled hospitalization or Surgery.

**Prescription Drug**
For Prescription Drugs payable under the Medical Plan, this means only:
1. A medicinal substance that, by law, can be dispensed only by prescription,

2.    A compound medication that includes a substance described in (1), or
3.    Prescribed oral and injectable insulin and insulin syringes.

It does not include experimental drugs, allergy and biological sera, therapeutic devices or appliances and injectables, other than prescribed injectable insulin.

**Preventive Care**
Preventive Care includes services such as well baby care, annual physicals rendered solely for health maintenance and not for Illness or Injury, routine OB/GYN diagnostic care, routine mammogram and sigmoidoscopy. Limitations apply.

**Primary Care Physician (PCP)**
A Doctor who oversees and coordinates all your medical care under the EPO option. A PCP is chosen by a covered person and provides primary medical care in medical specialties such as: internal medicine, pediatrics or family practice. For most non-Emergency services, you need to call your PCP first to receive the higher In-Network Benefits coverage level. Some HMOs also use PCPs. Contact Member Services at the phone number indicated on your medical ID card for additional information.

**Provider**
A person or organization, such as a Physician, Hospital or pharmacy, that provides health care services.

**Provider Directory**
A listing of Doctors, Hospitals and other health care professionals who belong to a Managed Care network.

**Psychologist**
A person who is licensed or certified as a clinical Psychologist or who is considered qualified as a clinical Psychologist by a recognized psychological association.

**Qualified Medical Child Support Order (QMCSO)**
An order or judgment from a court that directs the Plan Administrator to cover a child for benefits under a group health plan, as required under Section 609 of the Employee Retirement Income Security Act of 1974.

**Reasonable and Customary Charge**
A charge for a Covered Expense that is the normal charge made by a licensed practitioner for a similar service and does not exceed the normal charge made by most providers in the geographic area where the service is provided.

**Room and Board**
Charges made by a Hospital for room and meals and for all general services and activities needed for the care of registered bed patients.

**Second Surgical Opinion**
An opinion secured by a Physician who:
- is not in practice with or related to the Physician who gave the original recommendation for Surgery, and
- whose practice would normally include treatment of the condition for which Surgery was originally recommended.

The Second Surgical Opinion may not be rendered by the Physician selected to perform the Surgery.

**Semi-Private**
A class of accommodations in a Hospital or Skilled Nursing Facility in which at least two patient beds are available per room.

**Service Area**
The geographical area within which health care services are provided for covered persons by Providers in a certain network.

**Short-Term Rehabilitation**
Therapy that is expected to result in the improvement of a body function (including the restoration of the level of an existing speech function) which has been lost or impaired due to an Injury, disease or Congenital defect.

**Sickness**
See "Illness".

**Skilled Nursing Facility**
An institution that meets all of these tests:
- it is legally operated.
- it mainly provides short-term nursing and rehabilitation services for persons recovering from Illness or Injury. The services are provided for a fee from its patients, and include both:
  - Room and Board, and

- o   twenty-four hour a day skilled nursing service.
- it provides the services under the full-time supervision of a Doctor or registered nurse (RN).
- it keeps adequate medical records.
- if not supervised by a Doctor, it has the services of one available under a fixed agreement.

"Skilled Nursing Facility" does not include an institution or part of one that is used mainly as a place for rest or for the aged.

**Specialist**

A Physician whose practice is limited to a particular branch of medicine or Surgery other than general practice, internal medicine, pediatrics, or family practice.

**Status Change**

A life event that you experience which may allow you to make certain changes in your FLEX Benefits choices.  Other than the Annual Enrollment Period, the occurrence of a Status Change is the only time you can change your FLEX choices.   You must notify Global Employee Services during the 31-day period after you experience a Status Change in order to change your benefits.

**Surgery**

Generally recognized and accepted Medically Necessary operative procedures for the treatment, diagnosis or evaluation of an Illness or Injury.

**Temporomandibular Joint Dysfunction (TMJ)**

A malfunction of the joint between the lower jawbone and the temporal bone.

**Terminally Ill**

The medical prognosis of a person with a chronic, progressive Illness that has been designated not curable by the covered person's attending Physician. Expected survival must be six months or less at the time of referral to a Hospice under the Medical Plan.

**Termination Date**

The last day you work for the Company.

**Wholly Dependent**

Complete dependency for the full care, support and maintenance of a physically or mentally disabled individual, including services necessary to maintain life, such as room and board, health and comfort of the Dependent.

# APPENDIX A

## Prescription Benefits - Medco Information Used In Claim Determination

### ESM - Retail Plan

#### <u>Covered Drugs:</u>

The following are covered benefits unless listed as an exclusion below

- Federal Legend Drugs
- State Restricted Drugs
- Compounded Medications of which at least one ingredient is a legend drug
- Insulin
- Needles and Syringes
- OTC Diabetic Supplies (except Blood Glucose Testing Monitors)
- Oral Contraceptives
- Legend Contraceptive devices and injections
- Retin-A/ Avita through age 35
- Yohimbine
- Anabolic Steroids

#### <u>Managed Care Prior Authorization:</u>

- Drugs to treat Impotency (i.e. Caverject, Edex, Muse) limited to a 6 day supply or 6 units, whichever is lesser per claim
- IVR - Viagra limited to a 6 day supply or 6 tablets whichever is lesser per claim
- IVR – Retin-A/ Avita age 36 and older

#### <u>Exclusions:</u>

The following are excluded from coverage unless specifically listed as a benefit under "Covered Drugs".

- Non-Federal Legend Drugs
- OTC Contraceptive jellies, creams, foams, or devices
- Contraceptive implants
- Gamma Globulin
- Ostomy Supplies
- Blood Glucose Testing Monitors
- Therapeutic devices or appliances
- Drugs whose sole purpose is to promote or stimulate hair growth (i.e. Rogaine®, Propecia®) or for cosmetic purposes only (i.e. Renova®).
- Allergy Sera
- Biologicals, Immunization agents or Vaccines
- Blood or blood plasma products
- Drugs labeled "Caution-limited by Federal law to investigational use", or experimental drugs, even though a charge is made to the individual.
- Medication for which the cost is recoverable under any Workers' Compensation or Occupational Disease Law or any State or Governmental Agency, or medication furnished by any other Drug or Medical Service for which no charge is made to the member.
- Medication which is to be taken by or administered to an individual, in whole or in part, while he or she is a patient in a licensed hospital, rest home, sanitarium, extended care facility, skilled nursing

facility, convalescent hospital, nursing home or similar institution which operates on its premises or allows to be operated on its premises, a facility for dispensing pharmaceuticals.
♦ Any prescription refilled in excess of the number of refills specified by the physician, or any refill dispensed after one year from the physician's original order.
♦ Charges for the administration or injection of any drug.

## Dispensing Limits:

♦ The amount of drug which is to be dispensed per prescription or refill will be in quantities prescribed up to a 90 day supply.

# ESN – Home Delivery (Mail-Order) Plan

## Covered Drugs:

The following are covered benefits unless listed as an exclusion below

♦ Federal Legend Drugs
♦ State Restricted Drugs
♦ Compounded Medications of which at least one ingredient is a legend drug
♦ Insulin
♦ Needles and Syringes
♦ OTC Diabetic Supplies (except Blood Glucose Testing Monitors)
♦ Oral Contraceptives
♦ Legend Contraceptive devices and injections
♦ Retin-A/ Avita through age 35
♦ Anabolic Steroids

## Quantity Per Copayment:

♦ Drugs to treat Impotency (except Viagra) for males age 18 and over limited to a 90 day supply or 18 units, whichever is lesser per claim

## Managed Care Prior Authorization:

♦ IVR - Viagra limited to a 90 day supply or 18 tablets whichever is lesser

## Exclusions:

The following are excluded from coverage unless specifically listed as a benefit under "Covered Drugs".
♦ Non-Federal Legend Drugs
♦ OTC Contraceptive jellies, creams, foams, or devices
♦ Contraceptive implants
♦ Gamma Globulin
♦ Retin-A/ Avita age 36 and over
♦ Ostomy Supplies
♦ Blood Glucose Testing Monitors
♦ Therapeutic devices or appliances
♦ Drugs whose sole purpose is to promote or stimulate hair growth (i.e. Rogaine®, Propecia®) or for cosmetic purposes only (i.e. Renova®).
♦ Allergy Sera
♦ Biologicals, Immunization agents or Vaccines
♦ Blood or blood plasma products
♦ Drugs labeled "Caution-limited by Federal law to investigational use", or experimental drugs, even though a charge is made to the individual.
♦ Medication for which the cost is recoverable under any Workers' Compensation or Occupational Disease Law or any State or Governmental Agency, or medication furnished by any other Drug or Medical Service for which no charge is made to the member.
♦ Medication which is to be taken by or administered to an individual, in whole or in part, while he or she is a patient in a licensed hospital, rest home, sanitarium, extended care facility, skilled nursing facility, convalescent hospital, nursing home or similar institution which operates on its premises or allows to be operated on its premises, a facility for dispensing pharmaceuticals.

♦ Any prescription refilled in excess of the number of refills specified by the physician, or any refill dispensed after one year from the physician's original order.

♦ Charges for the administration or injection of any drug.

## **Dispensing Limits:**

♦ The amount of drug which is to be dispensed per prescription or refill will be in quantities prescribed up to a 90 day supply.

# APPENDIX B- PUERTO RICO OPTIONS:

## SUMMARY OF HEALTH BENEFITS

The following chart provides a Summary of Health Benefits and coverages available to eligible Nortel Networks Employees in Puerto Rico.

| | Comprehensive Option[1,2] | Preferred Provider Organization (PPO) Option | | |
|---|---|---|---|---|
| **Benefit Description** | | **In-Network** | **Out-of-Network On Island** | **Out-of-Network Off Island[1]** |
| Calendar-year deductible | $200/person $600/family | None | $150/person $300/family | |
| Separate deductible/hospital admission (pre-certification required[3,4] required) | $150 | $75 | $75 | |
| Calendar-year out-of-pocket maximum (not including calendar-year deductible, separate deductible/hospital admission, copayments, or amounts exceeding reasonable and customary (R&C) limits) | $1,500/person $3,000/family | None | $1,500/person $3,000/family | |
| | | Covered expenses you pay for both in-network and out-of-network care count toward both out-of-pocket maximums. | | |
| Lifetime maximum benefit/person | $2 million | $2 million [5] | | |
| **Physician Services** | | | | |
| Doctor's office visits | 80%[6] | 100% of schedule after $10 copayment | 80%[6] of schedule | 80%[6] |
| Prenatal visits | 80%[6] | 100% of schedule after $10 copayment (for first visit only) | 80%[6] of schedule | 80%[6] |
| Outpatient surgeon's fees | 80%[3,4,6] | 100% of schedule after $10 copayment for doctor's office, $25 copayment for surgical center | 80%[3,4,6] of schedule | 80%[3,4,6] |
| Inpatient surgeon's fees (pre-certification required) | 80%[3,4,6] | 100%[3,4] of schedule | 80%[3,4] of schedule | 80%[3,4,6] |
| Anesthetic services and ancillary services | 80%[6] | 100% of schedule | 80%[6] of schedule | 80%[6] |

| | | | | |
|---|---|---|---|---|
| Inpatient hospital services (pre-certification required) | 80%[3,4,6] | 100%[3,4] of schedule | 80%[3,4,6] of schedule | 80%[3,4,6] |
| **Other Professional Services** | | | | |
| Outpatient short-term rehabilitation: physical, speech and occupational therapy (on and off island visits accumulate to the 90 visit per condition per calendar year maximum).<br><br>Coverage for all chiropractic services is determined under these Outpatient Short-Term Rehabilitation benefits and is subject to the Outpatient Short-Term Rehabilitation benefit limitations. | 80%[6] | 100%[7] of schedule after $10 copayment/ visit | 80%[6,7] of schedule | 80%[6,7] |
| Private duty nursing | 80%[6] (up to $10,000/ person/calendar year) | 100%[5] of schedule | 80%[5,6] of schedule (up to $10,000/person/ calendar year) | 80%[5,6] (up to $10,000/person/ calendar year) |
| **Preventive Care** | | | | |
| Well-baby care (up to age 6) | 80%[6] | 100% of schedule after $10 copayment | 80%[6] of schedule | 80%[6] |
| Child physical exam (age 6+) - includes immunizations | 80%[6] (up to $300 every 24 months) | 100% of schedule after $10 copayment (up to $300/calendar year for all preventive care) | 80%[6] of schedule (up to $300/calendar year for all preventive care) | 80%[6] (up to $300/calendar year for all preventive care) |
| Adult physical exam - includes immunizations | 80%[6] (up to $300 every 24 months) | 100% of schedule after $10 copayment (up to $300/calendar year for all preventive care) | 80%[6] of schedule (up to $300/calendar year for all preventive care) | 80%[6] (up to $300/ calendar year for all preventive care) |
| Well Woman Exam (includes routine mammograms) | 80%[6] | 100% of schedule after $10 copayment (up to $300/calendar year for all preventive care) | 80%[6] of schedule (up to $300/calendar year for all preventive care) | 80%[6] (up to $300/ calendar year for all preventive care) |
| **Hospital Services** | | | | |
| Inpatient treatment | 80%[3,4] for semi-private room after each hospital admission deductible | 100%[3,4] of schedule after $75 deductible/ hospital admission | 80%[3,4] of schedule after $75 deductible/ hospital admission | 80%[3,4] for semi-private room after $75 deductible/hospital admission |

| Outpatient treatment | 80%[3,4,6] after deductible | 100% of schedule, no copayment | 80%[3,4,6] of schedule | 80%[3,4,6] |
|---|---|---|---|---|
| Emergency room | 80[6] | 100% for treatment after an accident; 100% after a $50 copayment for treatment of illness (copayment waived if admitted) Accident related x-ray and lab charges; 100% of the scheduled amount. Illness related x-ray and lab charges; 80% of the scheduled amount | 80%[6,8] of schedule (100% of schedule if approved emergency) Accident related x-ray and lab charges; 80% of the scheduled amount. Illness related x-ray and lab charges; 60% of the scheduled amount | 80%[6,8] (100% if approved emergency) Accident related x-ray and lab charges; 80% of the scheduled amount. Illness related x-ray and lab charges; 60% of the scheduled amount |
| Skilled nursing facility (up to 60 days/calendar year combined in and out of network) | 80%[3,4,6] | 100%[3,4,7] of schedule after $75 deductible/ admission | 80%[3,4,7] of schedule after $75 deductible/ admission | 80%[3,4,7] for a semi-private room after $75 deductible/admission |
| Hospice - including Bereavement (limited to $200 per occurrence maximum) | 80%[6] | 100% of schedule | 80%[6] of schedule | 80%[6] |
| <span style="background:yellow">Other Medical Services</span> | | | | |
| Assisted reproduction (up to $5,000 lifetime maximum per person) | 80%[6,9] | 100%[9] of schedule | 80%[6,9] of schedule | 80%[6,9] |
| Infertility diagnosis and treatment | 80%[6] | 100% of schedule | 80%[6] of schedule | 80%[6] |
| Home health care | 80%[6] (up to 100 visits/ calendar year) | 100%[5] of schedule | 80%[5,6] of schedule (up to 100 visits/calendar year) | 80%[5,6] (up to 100 visits/calendar year) |
| Diagnostic X-ray and lab | 80%[6] | 80% of schedule (must use network labs) | 60%[6] of schedule | 60%[6] |
| Radiation and chemotherapy | 80%[6] | 80% of schedule | 60%[6] of schedule | 60%[6] |
| Durable medical equipment | 80%[6] (up to $2,000/ calendar year) | 100%[5,6] of schedule CIGNA reflects an unlimited maximum | 80%[5,6] of schedule CIGNA reflects an unlimited maximum | 80%[5,6] CIGNA reflects an unlimited maximum |

| Prescription Drug Benefits (Provided through Medco Health Network) | |
|---|---|
| **Retail** | In-Network: 15% copayment for up to a 90-day supply<br>Maximum: $40 for up to a 30-day supply (e.g., $120 for up to a 90-day supply)<br><br>Minimum:<br><br>&bull; Bio-equivalent/Generic: $5 copayment for up to a 30-day supply (e.g., $15 for up to a 90-day supply)<br><br>&bull; Brand-name: $10 copayment for up to a 30-day supply (e.g., $30 for up to a 90-day supply)<br><br>Out-of-Network: 50% |
| **Home delivery (mail-order)**<br><br>Bio-equivalent/ Generic drugs | In-Network: $15 copayment for up to a 90-day supply<br><br>Out-of-Network: No benefit |
| **Home delivery (mail-order)**<br><br>Brand-name drugs | In-Network: $30 copayment for up to a 90-day supply if no bioequivalent/generic available or if requested by your doctor. Otherwise, $30 copayment plus difference between bio-equivalent/generic and brand-name drug cost, when bio-equivalent/generic is available<br><br>Out-of-Network: No benefit |

[1] Subject to Reasonable and Customary (R&C) Charge limits.

[2] This option has CIGNA HealthCare rate discounts available in some areas.

[3] Refer to the Glossary in this SPD for more information about pre-certification.

[4] Subject to hospital pre-certification.

[5] In-network benefits count toward out-of-network maximum benefit.

[6] Subject to calendar-year deductible.

[7] Under the PPO Option, benefits paid for both in-network and out-of-network care count toward the medical plan's calendar-year benefit limit. Under the PPO Option, when *outpatient short-term rehabilitation* services are received on an outpatient basis at a *hospital facility*, the medical plan's benefits are as described under "Hospital Services Outpatient Treatment."

[8] Note concerning emergency room: In-network benefits are available for emergency room charges only for medical emergencies. If the emergency room is used for a condition that is not a medical emergency, out-of-network benefits apply. A medical emergency is generally defined as an illness or injury of such a nature that failure to get immediate medical care could put a person's life in danger or cause serious harm to bodily functions. Some examples of a medical emergency are apparent heart attack, severe bleeding, sudden loss of consciousness, severe or multiple injuries, convulsions, and apparent poisoning. Some examples of conditions that are NOT considered medical emergencies are colds, influenza, ordinary sprains, ear infections, nausea, and headaches.

[9] The medical plan pays up to a $5,000 lifetime maximum/participant for assisted reproduction services (e.g., impregnation or fertilization). Under the PPO Option, benefits paid for both in-network and out-of-network care count toward the medical plan's lifetime benefit limit.

## Important Terminology

- Out-of-network "schedule" refers to in-network fee schedule for services billed using Current Procedural Terminology (CPT)-4 coding; for all other services, "schedule" refers to reasonable and customary (R&C) or billed charges.

- "On Island" means in Puerto Rico.

- "Off Island" means in the United States or any location outside Puerto Rico.

## EAP, Mental Health and Substance Abuse Treatment Benefits

This chart describes the Employee Assistance Program (EAP) mental health and substance abuse benefits available when you choose a medical option. Note: EAP benefits are available to all FLEX-eligible employees and their eligible dependents, including those who waive medical coverage.

| Benefit Description | In-Network | Out-of-Network |
|---|---|---|
| **Employee Assistance Program (EAP)** Provided through United Behavioral Health Network | Visits 1 - 8 with an EAP counselor; no copayment | No benefit |
| **Mental Health and Substance Abuse Treatment (provided through United Behavioral Health** | | |
| **Inpatient services** (Pre-certification[A] required) • Mental health • Substance abuse | 100% (up to 60 days/calendar year)[B] 100% (up to 30 days/calendar year)[B] | 70% of eligible charges after $200 calendar- year deductible and $150 deductible/hospital admission (up to 60 days/calendar year)[A,C,D,E,F,G] 70% of eligible charges after $200 calendar- year deductible and $150 deductible/hospital admission (up to 30 days/ calendar year with one episode per lifetime)[A,C,D,E,F,G] |
| **Intermediate care** Mental health and substance abuse | 100%[B,H] | 80% of eligible charges after $200 calendar- year deductible and $150 deductible/hospital admission[A,C,D,E,F,G,I] |
| **Outpatient services** Mental health and substance abuse | Visits 1 - 8: no copayment (EAP) Visits 9 - 25: $20 copayment Visits over 25: $30 copayment[B] | 50% after $200 deductible (up to 25 visits/ calendar year)[E,F,G] |
| **Group treatment** Mental health and substance abuse | Visits 1 - 8: no copayment (EAP) Visits 9 - 25: $10 copayment Visits over 25: $20 copayment[E] | 50% after $200 deductible (up to 25 visits/ calendar year[E,F,G] |
| **In-home mental health care** | 100%[B] | No benefit |
| **Drug testing as an adjunct to substance abuse treatment** | 100%[B] | No benefit |
| **Medication management** | $5 copayment for up to 30-minute visit; no limit[E] | 50% after $200 deductible; unlimited visits[E,F,G] |

| Plan Limits | | |
|---|---|---|
| **Mental health/substance abuse lifetime maximum benefit** (all services combined) | $2 million | |
| **Calendar-year deductible** | None | $200/person[E] |
| **Calendar-year out-of-pocket maximum** | None | None |

[A] If hospital or intermediate care is not pre-certified, there is a non-notification penalty of $200 plus 10% of the remaining hospital bill. There is a 48-hour grace period for emergencies.

[B] Subject to care manager approval.

[C] Inpatient and intermediate care are subject to pre-certification. If there is a combined medical/mental health or medical/substance abuse admission, only the inpatient deductible for the primary diagnosis applies.

[D] If inpatient or intermediate care is not pre-certified, there is a non-notification penalty of $200 plus 10% of the remaining hospital bill. The $150 deductible/hospital admission for out-of-network admissions applies after the annual $200 deductible is met.

[E] Annual out-of-network mental health and substance abuse treatment deductible is separate from the medical deductible and can be met by outpatient or inpatient out-of-pocket expenses. The $200/person annual deductible is subtracted from a Claim before any benefit is paid and is separate from the hospital admission deductible for inpatient services.

[F] Subject to reasonable and customary (R&C) limits.

[G] If care is not precertified by UBH, your Claim for benefits will be reviewed following receipt of the Claim by UBH to determine if the care was Medically Necessary.  If the care is determined not to be Medically Necessary, no benefits will be paid under the plan.

[H] Includes, but is not limited to, 24-hour intermediate care facilities (e.g., residential treatment, group homes, halfway houses, therapeutic foster care, partial hospital/day treatment, structured outpatient treatment programs). Intermediate care is subject to the same plan maximums that apply to inpatient care benefits.

# APPENDIX C – HAWAII OPTIONS: SUMMARY OF HEALTH BENEFITS

## Your Medical Plan Option

As you may know, plans covering Hawaii employees must comply with the Hawaii Prepaid Health Care Act issued by the Hawaii Department of Labor and Industrial Relations and the Hawaii Department of Insurance, which mandates health care benefits. The Hawaii Prepaid Health Care Act is a law that applies to Hawaii employers or employers located outside Hawaii with one or more Hawaii employees.

Therefore, you will be offered medical plan coverage through UnitedHealthcare's Preferred Provider Organization (PPO) provided by The Queen's Health Care Plan (Queen's) network in Hawaii.

## A Refresher on How the Plan Works

The Queen's network consists of 20 hospitals, more than 1,000 physicians, and ancillary providers. The types of providers who participate in the network are physicians, physical therapists, hospitals, ambulatory surgical centers, hospices, home health care providers, rehabilitation facilities, and skilled nursing facilities.

To verify if a provider participates in the UnitedHealthcare (UHC) PPO you can do one of the following:

- Confirm with your physician directly if he or she is a provider in the UHC network,

- Check out UHC's on-line provider directory at www.uhc.com (click on "Provider Directory"), or

- Contact UHC's member service center at 1-877-311-7846

The PPO pays 90% for network provider services after the $100 individual deductible or $300 family deductible is satisfied. Preventive Health Care Benefits are payable at 100% for network physicians.

Of course, you can still choose to see a provider who is not a member of the network, but your out-of-pocket expenses will be greater. All other covered expenses and non-network services are covered at 80% after the $100 individual deductible is satisfied. For each non-network hospital confinement, the non-network hospital confinement deductible of $200 must be satisfied.

Covered expenses are payable at the coinsurance percentage until the out-of-pocket maximum of $500 per individual or $1,000 per family is reached during a calendar year. Then, covered expenses are payable at 100% for the remainder of the year. The lifetime maximum amount is unlimited.

The UnitedHealthcare PPO will cover Mental Health and Substance Abuse benefits. These benefits are subject to the same deductibles and coinsurance as medical benefits. However, there is no out-of-pocket maximum applicable. The maximum benefit for inpatient treatment is 30 days per calendar year and outpatient treatment is 24 visits per calendar year.

The UnitedHealthcare PPO will also cover all eligible prescriptions filled on an outpatient basis. When a network pharmacy is used, copayments apply to prescriptions filled for retail and home delivery (mail-order). The generic copayment is $10. The brand-name drug copayment is $8 plus 20% of the cost of the drug. The home delivery (mail-order) drug copayment is $20 for up to a 90-day supply.

# Plan Q Hawaii Benefit Summary

| Type of Benefit | Coverage |
|---|---|
| **Deductibles** | |
| Calendar Year Deductible | $100 - Individual<br>$300 - Family |
| Non-Network Hospital Confinement Deductible | $200 per confinement |
| Non-Notification Deductible | $200 |
| **90% of Covered Expenses subject to Reasonable and Customary Charges for the following NETWORK services are payable after the Deductible is satisfied.** | **80% of Covered Expenses subject to Reasonable and Customary Charges for the following NON-NETWORK services are payable after the Deductible is satisfied.** |
| Physician Services | |
| Physical Therapist Services | |
| Hospital Services | |
| Ambulatory Surgical Center Services | |
| Durable Medical Equipment Provider Services | |
| Home Health Care Provider Services (including IV therapy) | |
| Hospice Care Provider Services | |
| Rehabilitation Facility Services | |
| Skilled Nursing Facility Services | |
| Prescription Drug Benefits - Copayments:<br><br>Brand-Name Drugs<br>$8 plus 20% of the cost of the drug<br><br>Generic Drugs<br>$10<br><br>Home Delivery (mail-order) Drugs<br>$20 | |

| Type of Benefit | Coverage |
|---|---|
| Preventive Health Care Benefits are payable at 100% for network physician only. | |

Preventive Health Care Benefits are payable at 100% for network physician only.

- One routine physical exam per calendar year for you and your covered spouse up to $150.

- One well-woman exam per calendar year which includes the following:

  o breast examination

  o mammogram

  o pelvic examination

  o pap smear

- Child preventive care services given in connection with routine pediatric care, including immunizations, up to age seven.

  o 100% for network physician services, immunizations payable at 100%

  o 80% for non-network physicians services, immunizations payable at 100%

**Mental Health and Substance Abuse Treatment Benefits:**

Benefits are payable up to 30 visits Inpatient per calendar year
Benefits are payable for 24 visits Outpatient per calendar year
** Benefits are subject to Deductible and Coinsurance**

All Other Covered Expenses are payable at 80% and are subject to Reasonable and Customary Charges.

| Out-Of-Pocket | |
|---|---|
| Out-Of-Pocket Maximum | Individual - $500<br>Family - $1,000 |

## **EXHIBIT 5**

# Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan

# Summary Plan Description 2004

# IN THIS SUMMARY PLAN DESCRIPTION

ABOUT THIS SUMMARY PLAN DESCRIPTION.................................................................................5

## SECTION ONE - SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN BENEFITS

INTRODUCTION TO SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN
BENEFITS...6

      Claims Administrator Information Used in Claim

      Determinations ..................................................6

PLAN HIGHLIGHTS............................................................................................................. 78

WHO IS ELIGIBLE ...............................................................................................................8
      You.................................................................................................................................8
HOW TO ENROLL ................................................................................................................8
      If You are on Disability During an Annual Enrollment Period.......................................................8

      Short-Term Disability Plan and Long-Term Disability Plan Options under FLEX............................. 9

WHEN COVERAGE BEGINS...................................................................................................10

      Core Short-Term Disability Plan and Long-Term Disability Plan Benefits.......................................10

      Optional Short-Term Disability Plan and Long-Term Disability Plan Benefits.................................10

      During the New Hire Enrollment Period.................................................................................. 11

      During the Annual Enrollment Period..................................................................................... 11

      Delay of Effective Date....................................................................................................... 11

      Changing Your Selections.................................................................................................... 11

WHEN COVERAGE ENDS.................................................................................................... 12
      For You       .......................................................................................... . . . . ....... 12

WHAT COVERAGE COSTS................................................................................................... 12

WHEN CONTRIBUTIONS BEGIN........................................................................................... 13

FLEX EARNINGS................................................................................................................. 13

SHORT-TERM DISABILITY BENEFITS...................................................................................  14

      STD Benefit Amount..........................................................................................................14

      Definition of Disability for STD Purposes ............................................................................. 15

      Reasonable Accommodations................................................................................................16

      When Benefits Begin and End...............................................................................................16

      Reduction of STD Benefits Due to Other Income......................................................................17

Applying for Social Security Benefits………………………………………………………….....18

Exclusions……………………………………………………………………………………………….19


LONG-TERM DISABIITY BENEFITS ……………………………………………………………..…19

LTD Benefit Amount…………………………………………………………………………… ..19

Definition of Disability for LTD Purposes ……………………………………...................................... 20

Reasonable Accommodations………………………………………………………………….................... 20

When Benefits Begin and End…………………………………………………………………….21

Waiver of Premium……………………………………………………………………………….22

Reduction of LTD Benefits Due to Other Income……………………………………………….23

Applying for Social Security Benefits…………………………………………………………....24

Social Security Disability Benefits and Medicare………………………………………..…….....24

Mandatory Vocational Rehabilitation Program………………………………………………….25

Cost-of-Living Adjustment……………………………………………………………………….25

Exclusions………………………………………………………………………………….……..26

Preexisting Conditions Exclusion……………………………………………………………….26

OCCUPATIONAL DISABILITY BENEFITS……………………………………………………….27

OTHER IMPORTANT INFORMATION……………………………………………………….……27

A Note about State Disability Laws……………………………………………………………….27

# SECTION TWO - ADMINISTRATIVE INFORMATION

IDENTIFYING INFORMATION................................................................................................................. 28

CONTACT INFORMATION FOR CLAIMS FILING AND APPEAL REVIEW........................................................ 29

Claims Administrator Contact Information…………………………………………………….29

Final Appeal Reviewer Contact Information…………………………………………………….29

Filing Claims................................................................................................................................................. 29

Determination of Short-Term Disability Benefits and Long-Term Disability Benefits by the Claims

Administrator………………………………………………………………………..………30

Appealing a Denied Short-Term Disability Claim or Long-Term Disability Claim to the Claims

Administrator……………………………………………………………………………….31

Appealing a Denied Short-Term Disability Claim or Long-Term Disability Claim to the Nortel Networks

Employee Benefits Committee……………………………………………………..………32

Final Note on Short-Term Disability Plan and Long-Term Disability Plan Claim Appeals ............................. 334

YOUR RIGHTS UNDER ERISA ......................................................................................................................................... 34

FUTURE OF THE PLAN ......................................................................................................................................................... 35

## SECTION THREE – GLOSSARY ........................................................................... 36

.

# ABOUT THIS SUMMARY PLAN DESCRIPTION

This is the Summary Plan Description (SPD) that describes the provisions of the Nortel Networks Short-Term Disability Plan and the Long-Term Disability Plan that are in effect for the 2004 Calendar Year.  It is designed to provide you with a comprehensive resource providing detailed information about your short-term and long-term disability benefits and connecting you to other sources of information that could not be described fully in this SPD.  It is divided into the following sections:

- **SECTION ONE – SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN BENEFITS** describes the provisions of the Short-Term Disability Plan and the Long-Term Disability Plan that determine your benefits.

- **SECTION TWO – ADMINISTRATIVE INFORMATION** includes administrative details about the Short-Term Disability Plan and the Long-Term Disability Plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

- **SECTION THREE – GLOSSARY** contains brief descriptions of terms used in this SPD.

In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in this document are capitalized. You can find these words defined in the applicable sections of this SPD or in the Glossary section at the end of this document.   References to "you" throughout this document are references to the enrolled Employee.

# SECTION ONE – SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN BENEFITS

This section describes the provisions of the Short-Term Disability Plan and the Long-Term Disability Plan, including who is eligible, how participation is elected, what benefits are paid, and when participation ends.

## Introduction to Short-Term Disability Plan and Long-Term Disability Plan Benefits

The Short-Term Disability Plan and the Long-Term Disability Plan are two parts of the Nortel Networks FLEX Program. The FLEX Program is a flexible benefits or "cafeteria" plan that offers you a choice among different types and levels of benefits. FLEX offers two kinds of benefits: "Core" and "Optional". Under FLEX, you may choose among various Core and Optional FLEX Program benefits to create your own customized benefits package. Under the Short-Term Disability Plan and the Long-Term Disability Plan, you are provided short-term and long-term disability coverage as part of your Core FLEX Benefits and, as part of your Optional FLEX Benefits, you can choose optional short-term and optional long-term disability coverage for yourself. Or you may decline optional coverage.

Your disability benefits are designed to continue all of your income for a period of time and a portion of your income for an additional period if you are unable to work due to Illness or Injury and meet specific definitions of "Disabled" under the plans. The Company has chosen The Prudential Insurance Company of America (Prudential) to administer the Short-Term and Long-Term Disability Plans.

The information contained in this document is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Short-Term Disability Plan and the Long-Term Disability Plan consist of:
- this SPD, as well as
- subsequent information that is provided to you about plan changes from year-to-year, and
- certain information developed and used by the Claims Administrator in evaluating your Claims.

Such information includes the resources listed below.

## Claims Administrator Information Used In Claim Determinations

The following is a list of the resources relied upon in Claims determination by the Claims Administrator for the Short-Term Disability Plan and the Long-Term Disability Plan.

You can obtain information on the criteria the Claims Administrator relies upon in determination of your Claim as described below.

**PRUDENTIAL INSURANCE COMPANY OF AMERICA STANDARDS**

- Prudential Standard Operating Procedures

- Prudential Clinical Resources

---

- The Medical Disability Advisor
  o Used to determine appropriate duration guidelines

- Occupational Information Network, Occupational Outlook Handbook and Dictionary of Occupational Titles
  o Used to determine actual job analysis, provides specific information on the physical requirements of occupations and as a result continues to be the industry standard.

To request the documents listed above that Prudential relies upon in determination of your Claim, send a written request to Prudential at the following address:

Prudential Insurance Company of America
1 Ravinia Drive
Suite 600
Atlanta, GA 30346

# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

| Core STD Benefit | Optional STD Benefit |
|---|---|
| 100% of your pre-disability FLEX Earnings for up to 6 weeks, then 70%* of your pre-disability FLEX Earnings up through the next 20 weeks | Increase core coverage from 70% to 90% of your pre-disability FLEX Earnings for the 7th week through the 26th week |

## Long-Term Disability (STD)

| Core LTD Benefit | Optional LTD Benefit |
|---|---|
| 60%* of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks | Increase your core coverage from 60% to 70% of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks |

*Or statutory minimum (if greater)

STD and LTD benefits are mutually exclusive and the determination of whether each option pays benefits is independent of the decision made under the other. However, you must receive benefits for the maximum period of 26 weeks under the STD Plan to be eligible for benefits under the LTD Plan. Under no circumstances will STD and LTD benefits be paid concurrently.

# WHO IS ELIGIBLE

You are eligible to participate in the Short-Term Disability Plan and the Long-Term Disability Plan if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for the Short-Term Disability Plan and the Long-Term Disability Plan unless specified in the collective bargaining agreement. If you are a non-payrolled worker or independent contractor you are not eligible for the Short-Term Disability Plan and the Long-Term Disability Plan.

# HOW TO ENROLL

You are automatically enrolled in the portion of the Short-Term Disability Plan and the Long-Term Disability Plan that provides the Core STD Benefits and the Core LTD Benefits (as described under "Plan Highlights" above. You may choose to enroll for **optional** short-term disability and/or **optional** long-term disability plan benefits:

- Within 31 days of your Hire Date or the date you become eligible if you are not eligible on your Hire Date,
- During an Annual Enrollment Period, or
- When you experience a Status Change (see "Changing Your Selections" on page 11 for more information on status changes).

To enroll, you must complete the enrollment process and pay the applicable Employee contributions. The Short-Term Disability Plan and the Long-Term Disability Plan options you are eligible to choose from and your costs for these options are shown on the FLEX online enrollment tool (or your Personalized Enrollment Worksheet if you do not have intranet access). You will automatically be provided with materials to help you make your decision when you are hired and prior to the Annual Enrollment Period. However, you must contact Global Employee Services and report your Status Change to receive information and make new elections following a Status Change. To report a Status Change or to obtain information about enrollment in the Short-Term Disability Plan and the Long-Term Disability Plan upon your hire or during the Annual Enrollment Period, contact Global Employee Services at: 1-800-676-4636. You may not enroll in the Short-Term Disability Plan and the Long-Term Disability Plan or change your coverage by contacting any of the Claims Administrators that process benefit Claims under the Plan; you must contact Global Employee Services to do that.

# If You are on Disability During an Annual Enrollment Period

## STD

If you are receiving STD Plan benefits during an Annual Enrollment Period, and you are still receiving such benefits when your newly selected coverage is supposed to begin, the following provisions will apply:

---

- You will receive FLEX Credits and may select new choices for your FLEX Benefits, including optional STD and/or optional LTD. However, your new choices will not affect the benefits you are currently receiving, as explained further below.

- You will continue to be eligible for STD benefits under the selections you were enrolled in at the time your STD began. Should you become eligible for LTD, your benefits would be paid under the provisions of the selections you were enrolled in during your STD as well.

- Once you return to Active Work for two consecutive weeks, you will be covered under your new selections (your choices at the Annual Enrollment Period), and any Payroll Deductions for the new coverage will begin.

## LTD

If you are receiving LTD Plan benefits during an Annual Enrollment Period, you will not be eligible to enroll in STD or change your current LTD selection. (However, medical, dental/vision/hearing care, life insurance, and AD&D benefits will continue to be available to you.) In addition, the following provisions will apply:

- You may change your medical and/or dental/vision/hearing care selections.

- You may not increase optional life insurance or optional AD&D insurance coverage for yourself or your eligible Dependents. However, you may decrease or drop this coverage.

- You will continue to be eligible for LTD benefits under the selection in which you were enrolled when your LTD began.

- Once you return to Active Work for 30 days, you may change your enrollment selections, since this is considered a Status Change. For more information on status changes, refer to page 11.

# Short-Term Disability Plan and Long-Term Disability Plan Options under FLEX

## Core FLEX Benefits

You are eligible for core STD and core LTD coverage on your Hire Date. You do not need to enroll for core STD and core LTD coverage in order to participate. The amount of core STD and core LTD coverage available is described on pages 7, 14 and 19.

## Optional FLEX Benefits

You may select from the following options for disability plan benefits under the FLEX Program:
- · No Coverage
- · Optional Short-Term Disability
- · Optional Long-Term Disability

If you choose to enroll in optional benefits, you may select coverage as follows:
- ▪ You only

---

The amount of optional short-term and optional long-term disability coverage available is described on pages 7, 14 and 19.

# WHEN COVERAGE BEGINS

## Core Short-Term Disability Plan and Long-Term Disability Plan Benefits

Core Short-Term and Long-Term Disability Plan coverage is automatically effective on your date of hire as a new Employee.  Refer to "Plan Highlights" on page 7 for more information about this coverage.

## Optional Short-Term Disability Plan and Long-Term Disability Plan Benefits

If you select any optional Short-Term or Long-Term Disability Plan coverage during your election of FLEX Benefits, your coverage will begin as follows:

| If you enroll and pay the required contribution … | Your coverage will be effective on … |
| --- | --- |
| As a new Employee within 31 days after your Hire Date | The day Global Employee Services receives your selections. |
| Within 31 days of a Status Change event | The date the Status Change event occurs. |
| During the Annual Enrollment Period | The first day of the next Plan Year, normally January 1 |

If you do not enroll under any of the above circumstances, you will be covered under core STD and core LTD plans only, and you must wait until the next Annual Enrollment Period (or experience an applicable Status Change) to select optional STD or optional LTD coverage.

## During the New Hire Enrollment Period

You have 31 days from your Hire Date to enroll in the optional benefits provided under the Short-Term Disability Plan and the Long-Term Disability Plan.  If you enroll within 31 days of your Hire Date, your optional Short-Term Disability Plan and the Long-Term Disability Plan coverage will be effective on the date Global Employee Services receives your selections. You will not have coverage under any optional Short-Term Disability Plan or Long-Term Disability Plan benefits until you enroll in the Plan.  The Effective Date of the enrollment is explained above.

## If You Do Not Enroll

If you do not enroll under any of the above circumstances, you will be covered under core Short-Term and Long-Term Disability Plan coverage only. (Information about the core benefits is provided on pages 7, 14, and 19. . YOU WILL HAVE NO OPTIONAL COVERAGE until the next Plan Year (if you elect such optional coverage during the next Annual Enrollment Period) or until you elect optional coverage following an applicable Status Change.

# During the Annual Enrollment Period

Each year during the Annual Enrollment Period (generally in the fall), you will make your FLEX selections, including your choices among the Short-Term Disability Plan and the Long-Term Disability Plan options, for the next Plan Year. Before the Annual Enrollment Period begins, you will receive materials to help you make your decisions, as well as instructions on how to enroll. The FLEX selections you make during the Annual Enrollment Period will go into effect on the first day of the following Plan Year and remain in effect through the end of the Plan Year unless you make a new selection due to a Status Change. The Effective Date of the enrollment is explained under "Changing your Selections During the Plan Year" on page 11.

## If You Do Not Enroll

If you do not enroll during the Annual Enrollment Period the Short-Term Disability Plan and Long-Term Disability Plan option and coverage level in which you were enrolled in 2003 continue in 2004.

# Delay of Effective Date

If you are not Actively at Work on the day your enrollment or change in coverage would otherwise be effective, the Effective Date will be delayed until you return to Active Work status, regardless of the reason for your absence.

# Changing Your Selections During the Plan Year

Your FLEX Benefits selections for your Short-Term Disability Plan and Long-Term Disability Plan remain in effect through the end of the Plan Year (December 31st). You generally cannot change your selections until the next Annual Enrollment Period, unless you experience a Status Change that permits it.

You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following Status Changes. The list of Status Changes includes but is not limited to:
- Marriage,
- Divorce, annulment, or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,
- Death of a spouse,
- Death of Dependent Child
- Change in your employment status affecting benefit eligibility (such as from or to part-time or full-time),

- Change in your spouse's employment status affecting benefits eligibility (such as from or to part-time or full-time),
- Beginning or end of your spouse's employment.

If you make changes to your benefit selections due to a Status Change, the change must be consistent with the Status Change. For example, if you experience the birth of a Dependent child, you may wish to add additional optional STD and LTD because of your new added responsibilities as a parent..

To make a change to your benefit selections, you must contact Global Employee Services within 31 days of the Status Change and indicate that you wish to make FLEX enrollment changes due to the Status Change. Global Employee Services will initiate the Status Change in the FLEX online enrollment tool, which will allow you to go online to make your benefit changes. Changes submitted within 31 days of the Status Change event will be effective the date of the event.

Alternatively, you may ask to change your benefit selections by fax or mail. Contact Global Employee Services for a Personalized Enrollment Worksheet and an affidavit, which you must complete and return to Global Employee Services within 31 days of the Status Change.

When you request to change your benefit selections due to a Status Change, Global Employee Services may ask you to provide supporting documentation (such as a marriage or birth certificate, or a divorce decree). Such a request may either be made at the time you report your Status Change or at a later date for audit purposes.

If you submit your changes (either online or by notarized affidavit) more than 31 days after the date your Status Change occurred, you cannot change any FLEX Benefit Program options (e.g., adding optional Short-Term Disability Plan coverage) until the next Annual Enrollment Period.

# WHEN COVERAGE ENDS

Your core and optional STD and LTD Plan coverage will end on the earliest of:
- the date your employment ends, or
- the date you stop qualifying for coverage, or
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required premium contribution.

For coverage purposes, your employment will end when you are no longer Actively at Work as an eligible full-time or part-time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence from work.

If you stop Active Work for any reason, you should contact Global Employee Services at once to determine what arrangements, if any, can be made to continue any of your coverage.

# WHAT COVERAGE COSTS

Core STD and Core LTD coverage are provided at no cost to you. You pay the full cost of optional STD and optional LTD coverage. The cost of coverage is determined by the Company each year. The Company reserves the right to change your cost of coverage as necessary.

If you select optional STD or LTD coverage, your Employee contributions are deducted from your paycheck each pay period on a Before-Tax basis or you may be able to use FLEX Credits to pay some of the cost if you

do not use your FLEX Credits to pay for other benefits. The Company makes available FLEX Credits which may be used to pay for Optional FLEX Benefits under the FLEX Program. (More information about FLEX Credits is provided in the FLEX Overview SPD, located on Services@Work.) All full-time and part-time Employees who are eligible to participate in the Plan receive the same number of FLEX Credits. The amount of FLEX Credits you receive as well as your cost for each of the options available under FLEX is shown on the FLEX online enrollment tool or your Personalized Enrollment Worksheet (if you don't have intranet access). The Amount of FLEX Credits may also be changed by the Company.

# WHEN CONTRIBUTIONS BEGIN

Contributions for the optional Short-Term Disability Plan and the optional Long-Term Disability Plan benefits begin with the first full pay cycle following the Effective Date of your coverage. Effective Dates are described under " When Coverage Begins " on page 10.

Core STD and Core LTD coverage is provided at no cost to you. You will pay for optional STD and LTD coverage with before-tax dollars. Contributions are deducted from your paycheck each pay period.

# FLEX EARNINGS

FLEX Earnings are the basis on which your STD benefits are calculated. For example, under Core STD, the benefit is 100% of your pre-disability FLEX Earnings for six weeks and then 70% of your pre-disability FLEX earnings up through the next 20 weeks. FLEX Earnings generally equal your base salary. However, if you are eligible for sales incentives, your FLEX Earnings include your target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

| If you are enrolling: | Your FLEX Earnings are your base salary as of: |
|---|---|
| For 2004 annual enrollment | September 27, 2003 |
| As a new hire | Your Hire Date |
| Part-time to full-time or vice versa | Effective Date of employment Status Change |

FLEX Earnings do not include:
- overtime pay,
- shift differentials,
- relocation payments or
- bonuses.

If your FLEX Earnings and FLEX Credits change during the Calendar Year (except due to an employment Status Change - e.g., full-time to part-time), related FLEX Payroll Deductions and Credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year. If your FLEX Earnings *increase* during the year, pay-related benefits (e.g., disability, term life insurance, etc.) will be based on your FLEX Earnings at the time of your disability.. However, if your FLEX Earnings *decrease* during the year (except due to an employment Status Change - e.g., full-time to part-time), pay-related benefits will be

based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year.

FLEX Earnings are generally your annual base salary. However, if you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives as defined each year by the Company (excluding bonuses).

# SHORT-TERM DISABILITY PLAN (STD) BENEFITS

STD benefits will be paid to you for up through 26 weeks if you become Totally Disabled by an Injury or Illness while you are covered under the plan. To be eligible to receive STD benefits, the Claims Administrator must receive the required paperwork from your physician within 15 days of the first day you are absent from work. If required paperwork is not received by the Claims Administrator within the 15-day deadline it may result in a denial of STD benefits. On receipt of the required paperwork, the Claims Administrator will review the information to determine if you qualify for STD benefits. The discretion to make the decision about your qualification for the STD benefit has been delegated to the Claims Administrator.

STD applications are reviewed for concurrent Family Medical Leave eligibility. STD benefits will apply toward meeting the total leave entitlement required under the Family and Medical Leave Act of 1993 or similar state laws if applicable.

## STD Benefit Amount

### Core STD Benefit

Before STD benefits can begin, you must be Ill or Injured for five consecutive days. These five days constitute the "waiting period." If you are subsequently approved for STD, the five-day waiting period is treated as week one of your STD benefit period. The STD plan pays a weekly benefit of 100% of your pre-disability FLEX Earnings for up through six weeks of your disability. After the first six weeks of disability, the core STD Plan pays 70% of your pre-disability FLEX Earnings for up through the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described under the "Reduction of STD Benefits Due to Other Income" section on page 17.

### Optional STD Benefit

If you elected optional STD coverage, it increases your coverage so that after the first six weeks of disability, the plan pays 90% of your pre-disability FLEX Earnings for up through the next 20 weeks. Optional STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described under the "Reduction of STD Benefits Due to Other Income" section on page 17.

## STD Benefits for Part-Time Employees

If you are a part-time Employee and work 20 hours or more per week, the number of hours you are regularly scheduled to work (based on the number of hours you averaged over the last 12 weeks preceding your disability) will be used to determine the amount of your disability benefit.

If you work less than 20 hours a week:

- Your medical leave of absence will be unpaid, unless otherwise required by applicable state law.

- You are eligible for a medical leave of absence only if you have been Actively at Work for at least 1,250 hours during the 12 months immediately prior to the beginning of the period of disability.

You may request a personal leave of absence if you are not eligible for a medical leave of absence but you are medically unable to work.

## Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis during the first six weeks that you are receiving STD benefits, you will receive all of your earned wages for the period that you work plus a reduced STD benefit for the period you receive disability benefits.

Because your return to work on a part-time basis will decrease the amount of STD benefits you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your pre-disability FLEX Earnings.

# Definition of "Disability" for STD Plan Purposes

You are entitled to benefits from the STD Plan only if you are considered "Totally Disabled". You are considered Totally Disabled only when the Claims Administrator determines that you are unable to perform the essential functions of your job and this finding is supported by documentation from your Physician. This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician at all times during the period when you claim to be Totally Disabled to receive a benefit from the STD Plan.

A "Physician" means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a "Physician" means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for STD benefits at its discretion. Independent Medical Evaluations (IMEs) (either additional physical examinations and medical testing or file reviews of existing medical records) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required time.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. "Self-reported symptoms" means the manifestations of your condition you share with your Doctor which are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness, and loss of energy. The pay period limitations are at the discretion of the Claims Administrator  If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

# Reasonable Accommodations

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work. If a reasonable accommodation has been identified, but you choose not to accept the accommodation, your STD benefit may be discontinued. If the Company is unable to accommodate limitations resulting from your Illness or Injury, your benefit will not be affected. Reasonable accommodations may include, but are not limited to:

- General accommodations — the removal of structural, communication, or other barriers, and

- Job-related accommodations, such as:

    o Part-time or modified work schedules,

    o Home-based work,

    o Reassignment to vacant positions,

    o Acquisition or modification of tools, equipment, and/or furniture, and

    o Modifications to business travel schedules.

# When Benefits Begin and End

Administratively, STD Plan benefits will begin on the sixth consecutive working day of your disability. If you begin to receive STD benefits, the five-day waiting period will count toward your total period of disability benefit payments.

STD benefits end when:

- Your eligibility ends,

- You are no longer Totally Disabled,

- Your employment with the Company ends, or

- You have received 26 weeks of STD benefits.

# If You Are Disabled Again

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum STD benefit), you will have no STD coverage until you return to Active Work status.

If, after you return to Active Work, you become Totally Disabled again, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, *and*

- You were Actively at Work less than two consecutive weeks since you were Totally Disabled, *or*

---

- You have not returned for one full day of full-time Active Work between the two disability periods.

You will be considered Actively at Work on any of the Company's scheduled workdays if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

Here are some examples of how this provision works:

- You have received STD benefits for 10 weeks, and you return to Active Work for one week before the same Illness requires you to stay at home again. In this case, STD benefits continue under the previous Claim for the rest of the 26-week period (if you are determined to be Totally Disabled under the STD plan provisions).

- You have received STD benefits for 10 weeks, and you return to Active Work for three weeks. Then, the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for STD benefits for a new 26-week period (if you are determined to be Totally Disabled under the STD plan provisions).

- You have received STD benefits for 10 weeks, and you return to Active Work for one day. Then, a different Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for STD benefits for a new 26-week period (if you are determined to be Totally Disabled under the STD plan provisions).

- You have received STD benefits for 10 weeks and are released to return to work.  You do not return to work and a different (or the same) Illness or Accident prevents you from working. In this case, you are not eligible for STD benefits under a new or previous claim as you did not return to Active Work (i.e., you must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits).

# Reduction of STD Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not have yet received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),

- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:

  o Unemployment compensation benefits,

  o No-fault wage replacement benefits,

    o   Statutory disability benefits, and

    o   Social Security benefits (if a family offset is applicable, the family offset will be applied against your STD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and

    o   the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan,

For example, if your weekly STD benefit is $200, and you are also receiving $100 a week from Workers' Compensation, then your STD benefits will be reduced to $100 a week so that your total income equals $200 a week.

For the purposes of this plan, other income will be treated as follows:

- Any periodic payments will be allocated to weekly periods,

- Any single lump-sum payment, including any periodic payments that you or your Dependents have elected to receive in a single lump sum will be allocated to weekly periods. However, any single lump-sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan, or

- Any periodic or single lump-sum payments received as a retroactive award may be allocated retroactively.

It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If the Claims Administrator finds that the actual amount of Social Security and other income that you receive is different from the amount used to determine your STD benefits, the following rules apply:

- If STD benefits have been underpaid, this plan will be required to make a lump-sum payment to bring the total payments to the amount that should have been paid.

- If STD benefits have been overpaid, you will be required to make a lump-sum reimbursement payment to the plan, or future payments to you will be reduced or eliminated.

# Applying for Social Security Benefits

If you anticipate that your Illness or Injury will be long term or will result in a permanent disability, you must apply for Social Security Disability benefits in a timely and diligent manner.

While your application for Social Security or other sources of disability income is pending, the plan may estimate your income from these sources and use that amount to determine your benefit under this plan. Before your Social Security benefits or other sources of disability income begin, you may choose to sign a Reimbursement Agreement to reimburse the plan for the amount of the excess payment that you receive as an STD benefit. If you sign this agreement, your Social Security benefit or other income will not be taken into consideration for your STD benefit while your applications, and any subsequent appeals, are pending. However, you will have to pay that amount back immediately when your Social Security benefit begins. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined in the Administrative Information section on page 28.

If your claim for Social Security disability benefits is denied, you must appeal at the Reconsideration level. If benefits are denied again, you must appeal at the Administrative Law Judge level.

If you do not give the STD plan written proof that your application for other disability benefits has been denied, the plan may estimate your weekly Social Security benefits and other income, and use that amount to determine your benefit under this plan.

# Exclusions

STD benefits will not be paid for any disability resulting from:

- Intentionally self-inflicted injuries, including a disability or an Injury that results from the use of hallucinogenic or narcotic drugs, except when legally prescribed by a Physician and taken in accordance with the Physician's direction,

- Your participation in the commission of an assault or felony, or

- War or any act of war (declared or undeclared), insurrection, or rebellion, or your participation in a riot or civil commotion.

# LONG-TERM DISABILITY (LTD) PLAN BENEFITS

LTD Plan benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan and if you remain Totally Disabled (as defined under the LTD Plan).

## LTD Benefit Amount

### Core LTD Benefit

Core LTD coverage pays a monthly benefit of 60% of your pre-disability FLEX Earnings after you have been Totally Disabled and have received benefits from the STD Plan for 26 consecutive weeks. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment whichever is greater.

Core LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 23.

### Optional LTD Benefit

Optional LTD coverage increases your coverage so that the LTD plan pays a monthly benefit of 70% of your pre-disability FLEX Earnings when you qualify for LTD Plan benefits. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment, whichever is greater.

Optional LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 23.

# Definition of "Disability" for LTD Plan Purposes

You are entitled to benefits from the LTD Plan only if you are considered "Totally Disabled". You are considered Totally Disabled initially when the Claims Administrator determines that you are unable to perform the essential functions of your job and this finding is supported by documentation from your Physician. This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and who must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. You must continue to be under the regular care of a Physician who certifies your Total Disability throughout the period when you claim to be Totally Disabled to receive a benefit from the LTD Plan. The Claims Administrator has the discretion to make the decision regarding whether you are Totally Disabled—not your Physician.

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required (either additional physical examinations and medical testing or file reviews of existing medical records), at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury.

After the first 18 months of covered Total Disability (from the first day of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training, or experience.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Claims Administrator. If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

# Reasonable Accommodations

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work. If a reasonable accommodation has been identified, but you choose not to accept the accommodation, your STD benefit may be discontinued. If the Company is unable to accommodate limitations resulting from your Illness or Injury, your benefit will not be affected. . Reasonable accommodations may include, but are not limited to:

- General accommodations — the removal of structural, communication, or other barriers, and

- Job-related accommodations, such as:

    o Part-time or modified work schedules,

---

o   Home-based work,

o   Reassignment to vacant positions,

o   Acquisition or modification of tools, equipment, and/or furniture, and

o   Modifications to business travel schedules.

# When Benefits Begin and End

You are eligible for LTD Plan benefits after you have been Totally Disabled and have received STD Plan benefits for 26 consecutive weeks, provided you give written proof of the continuation of your Total Disability beyond 26 weeks within the required timeframe and that proof is satisfactory to the Claims Administrator. The Claims Administrator remains in frequent contact with you during STD. Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request it from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 30 days your monthly LTD benefits and any retroactive payments could be delayed If Claims Administrator approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

Benefits end when your period of Total Disability ends. This happens when the first of the following occurs:

- You are no longer Totally Disabled,

- You die,

- You are no longer under the care of a Physician,

- You fail to furnish the latest required proof of the continuance of your Total Disability to the Claims Administrator or refuse to be examined by a Physician designated by the plan,

- You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart under Maximum Benefit Period, or

- Your employment with the Company ends.

# Maximum Benefit Period

The maximum length of time LTD benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.

## If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, and

You were Actively at Work less than three consecutive months since your first disability.

If your disability is considered a continuation of your initial disability, LTD benefits are immediately payable. If your disability is a new disability, LTD benefits are payable only after you complete a new 26-week waiting period during which you are paid benefits from the STD Plan.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit), you will have no LTD coverage and no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day, in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

## Waiver of Premium

While you are receiving LTD benefits (either full or partial), you will not be required to pay premiums for any optional STD, optional LTD, or optional employee life insurance coverage you have selected. You

will be required to pay premiums for optional child and/or optional spouse life insurance coverage you have selected.

# Reduction of LTD Plan Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your LTD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not yet have received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),

- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:

    o Unemployment compensation benefits,

    o No-fault wage replacement benefits,

    o Statutory disability benefits,

    o Social Security benefits (if a family offset is applicable, the family offset will be applied against your LTD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and,

    o the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan.

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

- Any periodic payments will be allocated to monthly periods,

- Any single lump-sum payment, including any periodic payments that you or your Dependents have elected to receive in a single lump sum, will be allocated to 60 monthly periods. However, any single lump-sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan, or

- Any periodic or single lump-sum payments received as a retroactive award may be allocated retroactively.

It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different from the amount used to determine your LTD benefits, the following rules apply:

- If LTD benefits have been underpaid, this plan will be required to make a lump-sum payment to bring the total payments to the amount that should have been paid.

- If LTD benefits have been overpaid, you will be required to make a lump-sum reimbursement payment to the plan, or to reduce or eliminate future payments. In this case, plan minimums will not apply.

# Applying for Social Security Benefits

If you anticipate that recovery from your Illness or Injury will be long term or will result in a permanent disability, you must apply for Social Security disability benefits in a timely and diligent manner.

While your application for Social Security or other sources of disability income is pending, the plan may estimate your income from these sources and use that amount to determine your benefit under this plan. Before your Social Security benefits or other sources of disability income begin, you must sign a Reimbursement Agreement to reimburse the plan for the amount of the excess payment that you receive as an LTD benefit. If you sign this agreement, your Social Security benefit or other income will not be taken into consideration for your LTD benefits while your applications, and any subsequent appeals, are pending. However, you will have to pay the full amount of your Social Security disability benefits award or other income award (up to the amount of LTD Plan benefits that have been paid to you) to the Claims Administrator immediately on receipt of the award. The Claims Administrator will provide you with a Reimbursement Agreement during your transition from STD to LTD.

If your claim for Social Security disability benefits is denied, you must appeal at the Reconsideration level. If benefits are denied again, you must appeal at the Administrative Law Judge level.

If you do not give the plan written proof that your application for other disability benefits has been denied, the plan may estimate your weekly Social Security benefits and other income, and use that amount to determine your benefit under this plan.

# Social Security Disability Benefits and Medicare

Disabled Employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. To be protected as completely as possible, you need to accept Medicare coverage (Part A and Part B) when you become eligible. You may be contacted by a representative, acting on behalf of the Company, who will assist you in the Medicare enrollment process.

Coverage under Medicare Part A is free, while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefits you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

Once you are enrolled in Medicare, Medicare will pay medical Claims first and the Company's medical plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (such as prescription drugs).

# Mandatory Vocational Rehabilitation Program

For disabilities beginning on or after January 1, 1999, you will be required to take part in an "approved rehabilitation program" to help you get back to work if you are deemed able to be rehabilitated while you are receiving LTD benefits. (Refusal to participate in an approved rehabilitation program could result in termination of your LTD benefits.)

An approved rehabilitation program is:

- A program of vocational rehabilitation, or

- A period of part-time work with the Company for purposes of rehabilitation which is recommended by your Physician and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator, and the Plan Administrator approve such a program in writing and will end when your Physician, the Claims Administrator, and the Plan Administrator withdraw their approval.

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while in an approved rehabilitation program. During this period, your regular monthly LTD benefits will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your pre-disability FLEX Earnings.

 Here is an example:

| | |
|---|---|
| Monthly LTD Benefits From the Plan | $1,600 |
| Rehabilitative Earnings | $300 |
| 50% Reduction | $150 |
| Net LTD Benefits From the Plan | $1,750 |

If the plan determines that it is within your ability to become self-supporting through a rehabilitation program, the plan may pay certain expenses of such a program, at the discretion of the Plan Administrator. The maximum payment is $10,000.

If this applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program.

# Cost-of-Living Adjustment

For disabilities beginning on or after July 1, 1994 but before January 1, 2000, prior plan provisions provide a cost-of-living adjustment (COLA) for LTD benefits. This adjustment applies to your core and optional LTD benefits each year after the first year of LTD. This adjustment increases your total LTD benefits by

60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase by 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one-year anniversary date that your LTD benefits began and is increased each year thereafter (when a CPI increase applies), beginning the same calendar month as your first COLA increase.

The LTD plan does not provide a COLA increase for LTD benefits for disabilities beginning on or after January 1, 2000.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by any of the following:

- Intentionally self-inflicted Injury, including a disability or Injury that results from the use of hallucinogenic or narcotic drugs, except when legally prescribed by a Physician and taken in accordance with the Physician's direction,

- Your participation in the commission of an assault or felony,

- War or any act of war (declared or undeclared), insurrection, or rebellion, or your participation in a riot or civil commotion,

- A Preexisting Condition (as described below),

- A disability or Injury that occurs while you are on a personal leave of absence, a military leave of absence, or while not Actively at Work, or

- A disability or Injury that occurs after a period of Total Disability has ended, but prior to your returning to Active Work.

# Preexisting Conditions Exclusion

If you are a newly hired Employee, you will not be covered for LTD benefits if a Total Disability occurs within 12 months after your LTD Plan coverage is initially effective, and if the disability is caused by or in any way related to a "Preexisting Condition" that existed within 90 days of your coverage Effective Date.

A "Preexisting Condition" is an Illness, Injury, or condition for which you:

- Received treatment or services from a Physician,

- Took drugs or medicines prescribed by a Physician,

- Incurred expenses, or

- Received a diagnosis.

A "Preexisting Condition" is also a disability or Injury that occurs:

- While on a personal leave of absence, a military leave of absence, or while not Actively at Work, or

- After a period of Total Disability has ended, but prior to your returning to Active Work.

The Preexisting Condition exclusion will not apply to Employees who become covered under the Nortel Networks FLEX program due to the acquisition of their employer by the Company and their employer's subsequent election to cover its Employees under the LTD plan as an Affiliate.

# OCCUPATIONAL DISABILITY BENEFITS

Disability benefits may be payable to you for an occupational disability. Occupational disabilities are those caused by:

- An Injury arising out of, or in the course of, any employment for wage or profit, or

- A disease covered with respect to such employment by any Workers' Compensation law, occupational disease law, or similar legislation.

This benefit is provided on the same terms as the benefit for a non-occupational disability. (See Reduction of STD Benefits Due to Other Income on page 17 or Reduction of LTD Benefits Due to Other Income on page 23.) STD benefits are provided as a supplement to your Worker's Compensation pay. Total disability benefits paid will not exceed the applicable STD and LTD benefit amounts.

# OTHER IMPORTANT INFORMATION

## A Note about State Disability Laws

In certain locations, state-mandated disability plans supersede the Company's plans. As a result, applicable state disability law may alter the provisions described in this summary.

## Limits on Assignments

Benefits under the plans may be assigned only as a gift assignment. The Claims Administrator will not:

- Be responsible for determining the validity of a purported gift assignment, or

- Be held to know about an assignment unless it has received a copy of it.

For more information on limits of assignments or how to assign disability benefits as a gift, contact the Claims Administrator (as listed on page 28).

## Errors in Payments

If the Claims Administrator determines that you have received an overpayment of benefits due to an error, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under the STD plan, the LTD plan, or any other Company welfare plan.

# SECTION TWO – ADMINISTRATIVE INFORMATION

This Administrative Information section provides further administrative details about this plan, such as identifying information about the Plan that is required under ERISA, how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

## Identifying Information

Plan Type under ERISA:  Welfare Plan

Plan Number:  509

Funding Method:  Self-funded with contributions held in trust

Contribution Source:  the Companies that sponsor the Plan pay the full cost of the core STD and core LTD plan coverage and participating Employees contribute to the cost of the optional STD and optional LTD plan coverages.

Companies that Sponsor the Plan:  Nortel Networks Inc. (employer identification number 04-2486332) and certain other related companies sponsor this Plan for their eligible Employees.  For a current list of sponsoring companies, please contact Global Employee Services at 1-800-676-4636.

The address for Nortel Networks Inc. is:  Nortel Networks Inc.
    220 Athens Way, Suite 300
    Nashville, TN 37228

Agent for Service of Legal Process:  Attn:  Lynn Egan
    Nortel Networks Inc.
    220 Athens Way, Suite 300
    Nashville, TN 37228-1397
    615-432-4787

Legal Process may also be served upon the trustee of a trust that funds benefits under the Plan.

Trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the Plan):
    Retirement Services Group
    Bank of America
    213 South LaSalle Street
    Chicago, IL 60697
    312-828-2345

# CONTACT INFORMATION FOR CLAIMS FILING AND APPEAL REVIEW

The chart below provides addresses and phone numbers both for filing Claims and appealing denials of Claims for each of the listed benefits. Call Global Employee Services at 1-800-676-4636 if you cannot locate the information you need in the list that follows.

The entities responsible for each type of Claim and Appeal of denied Claims under the Short-Term Disability Plan and the Long-Term Disability Plan are noted in the list below.

## Claims Administrators

**Short-Term Disability Plan and Long-Term Disability Plan -**

| | | |
|---|---|---|
| Initial Claims for payment of STD and LTD benefits and first level appeals of denied claims for payment of STD and LTD benefits as described in this Summary Plan Description: | The Prudential Insurance Company of America PO Box 13480 Philadelphia, PA 19101 | 1-800-842-1718 |
| Initial Claims regarding eligibility to participate in the plan; coverage option elected; Effective Date of enrollment and cost of coverage | Global Employee Services Nortel Networks PO Box 13010, Research Triangle Park, NC 27709-3010 | 1-800-676-4636 Direct: 919-905-9351 ESN: 355-9351 |

## Final Appeal Reviewer

| | | |
|---|---|---|
| All second/final level appeals of denied STD and LTD benefit claims; and first/final appeals of denied claims regarding Eligibility to participate in the plan, coverage option elected effective date of enrollment and cost of coverage | Employee Benefits Committee Nortel Networks 220 Athens Way, Suite 300 Nashville, TN 37228 | 615-432-4787 |

# FILING CLAIMS AND APPEALS

This section outlines the procedures and applicable time limits for filing Claims and filing appeals of denied Claims and other benefit determinations under the Short-Term Disability Plan and the Long-Term Disability Plan. These procedures are intended to comply with the requirements of ERISA and will be interpreted in accordance with ERISA requirements.

In order to properly process your request, please refer to the "Contact Information for Claims Filing and Appeal Review" chart above for a complete list of all Claims Administrators, their respective addresses and phone numbers.

## A. Short-Term Disability Plan and Long-Term Disability Plan Benefit Claims and Appeals

### 1. Filing a Claim for payment of a benefit under the Short-Term Disability Plan:

The process for requesting a Short-Term Disability Plan benefit is as follows:

a. Contact the TOPS Leave Administrator at 877-664-8677 to initiate the process. An agent will conduct an interview to obtain all necessary information for your Short-Term Disability claim.

b. , Prudential will contact your treating physician(s) to obtain all medical information. Once obtained, Prudential will review all documentation and notify you of the decision to approve or deny your request for Short-Term Disability Plan benefits. If Prudential is unable to reach the physician, s/he will communicate to you and send necessary forms by regular mail to you for your physician to complete. To avoid delay in processing the claim, you may also download the necessary forms Medical Release and Attending Physicians Statement. (KERRY PLEASE INCLUDE URL) from S@W and send to Prudential. (If Prudential does not receive the completed medical forms within **15 calendar days of last day worked, your pay will be suspended.**)

### 2. Filing a Claim for payment of a benefit under the Long-Term Disability Plan:

Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 15 days your monthly LTD benefits and any retroactive payments could be delayed  If Claims Administrator approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

### 3. Decision Regarding An Initial Claim for Short-Term Disability Plan Benefits or Long-Term Disability Plan Benefits by Prudential

Prudential [I don't remember when the contract changed. will notify you of the Claim decision on your Short-Term Disability Plan claim or your Long-Term Disability Plan claim (as applicable) within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your Claim, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which Prudential expects to decide on your Claim, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to decide the Claim, the period for making the benefit determination by Prudential will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from Prudential of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a.  the specific reason(s) for the denial,
b.  references to the specific plan provisions on which the benefit determination was based,
c.  a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,
d.  a description of Prudential's appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following your appeals, and
e.  if an adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination will be provided free of charge upon request.

**4.  Appealing a Denied Short-Term Disability Plan Claim or Long-Term Disability Plan Claim to Prudential –First Level Appeal To Prudential**

If your Claim for benefits under the Short-Term Disability Plan or the Long-Term Disability Plan is denied or if you do not receive a response to your Claim within the appropriate time frame (in which case the Claim for benefits is deemed to have been denied), you or your representative may appeal your denied Claim in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date the Claim is denied. See the "Claims Administrators" chart above for contact information. You may submit with your appeal any written comments, documents, records and any other information relating to your Claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your Claim free of charge.

A full review of the information in the Claim file and any new information submitted to support the appeal will be conducted by the Prudential Appeals Review Unit. The Claim decision will be made by a member of the Prudential Claims Management Team. The Prudential Appeals Review Unit and Claims Management Team members are made up of individuals not involved in the initial benefit determination. This review will not give any deference to the initial benefit determination.

The Prudential Appeals Review Unit will make a determination on your Claim appeal within 45 days of the receipt of your appeal request. This period may be extended by up to 90 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date that the Prudential Appeals Review Unit expects to render a decision will be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If the Claim on appeal is denied in whole or in part, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by the applicant and will include:

(a)  the specific reason(s) for the adverse determination,
(b)  references to the specific plan provisions on which the determination was based,
(c)  a statement that you are entitled to receive upon request and free of charge reasonable access to, and make copies of, all records, documents and other information relevant to your benefit Claim upon request,
(d)  a description of Prudential's review procedures and applicable time limits,
(e)  a statement that you have the right to obtain upon request and free of charge, a copy of internal rules or guidelines relied upon in making this determination, and
(f)  your right to appeal the decision to Nortel Networks Employee Benefits Committee as well as a description of the Nortel Networks Employee Benefits Committee's appeal procedures, applicable time limits, and how to contact the Nortel Networks Employee Benefits Committee and
(g)  your right to bring a civil suit under section 502(a) of ERISA following the conclusion of all of your appeals.

If a decision on appeal is not furnished to you within the time frames mentioned above, the Claim will be deemed denied on appeal.

If you are not satisfied with the first level appeal decision of Prudential, you have the right to request a second level appeal from the Employee Benefits Committee, the claims fiduciary of this type of appeal. Your second level appeal request must be submitted to the Employee Benefits Committee within 60 days from receipt of the first level appeal decision. See below for a description of procedures for the second level appeal conducted by the Employee Benefits Committee.

## 5.  Appealing a Denied Short-Term Disability Plan Claim or Long-Term Disability Plan Claim to the Nortel Networks Employee Benefits Committee –Final Appeal Level for Denied Claims

If a Short-Term Disability Plan or Long-Term Disability Plan benefit Claim appeal is denied by the Claims Administrator (see item "4" above) or if an eligibility to participate or a coverage level Claim is denied by GES (see item "6" below) the Employee Benefits Committee reviews any additional appeal request that you file, i.e. they make the decision concerning your final appeal.

If your Claim or appeal of a Claim under item "4" or item "6" is denied or if you do not receive a response to such Claim or appeal within the appropriate time frame (in which case the Claim or appeal is deemed to have been denied), you or your representative may appeal your denied Claim or appeal in writing to the Employee Benefits Committee (EBC). See the "Claims Administrators" chart above for contact information.   Your final appeal must be submitted within 180 days of your receipt of the written notice of denial or 180 days from the date such Claim is denied. You may submit with your appeal any written comments, documents, records and any other information relating to your Claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your Claim free of charge.

You have the right to:

1.  Submit written comments, documents, records and other information relating to the participation appeal.
2.  Request free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your participation appeal. For this purpose, a document, record or other information is treated as "relevant" to your participation appeal if it:
     o   Was relied upon in making the benefit determination
     o   Was submitted, considered or generated in the course of making the benefit determination, regardless of whether such document, record or other information was relied upon in making the benefit determination
     o   Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination.
3.  A review that takes into account all comments, documents, records and other information submitted by you relating to the appeal, regardless of whether such information was submitted or considered in the prior appeal determination.
4.  A review that does not defer to the prior adverse appeal determination and that is conducted by the Plan Administrator of the plan who is neither the individual who made the adverse determination nor that person's subordinate.
5.  If the appeal involved an adverse benefit determination based in whole, or in part, on a medical judgment, you have the right to require the Plan Administrator to consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment and who was neither consulted in connection with the prior adverse benefit determination nor the subordinate of any such individual.
6.  The identification of medical or vocational experts whose advice was obtained in connection with the adverse benefit determination.

The EBC will make a decision on your appeal of a denial of your participation Claim under the plan no later 45 days of the receipt of your appeal request. This period may be extended by up to 90 days if the EBC determines that special circumstances require an extension of time. If such an extension of time for review is required because of special circumstances, the EBC will provide you with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension

In the event an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination on review stops on the date the EBC sends you the extension notification until the date you respond to the request for additional information. The EBC will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

The EBC's notice of an adverse benefit determination on your final appeal will contain all of the following information:

1. The specific reason(s) for the adverse appeal determination.
2. Reference to the specific plan provisions on which the appeal determination is based.
3. A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your appeal.
4. Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse appeal determination or notice that a copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse determination will be provided free of charge to you upon request.
5. A statement of your right to bring an action under ERISA.

## 6. Filing a Claim Regarding Participation/Coverage Levels and Decision on Review of Claim by GES

Claims regarding eligibility to participate in the LTD Plan or the STD Plan and elections regarding coverage levels under those Plans (such as whether you had a Status Change that would entitle you to change your coverage level or whether you elected Optional Short or Long-Term Disability Plan coverage) must be made in writing to Global Employee Services (GES). See the "Claims Administrators" chart above for contact information. Your Claim should include an explanation of the eligibility to participate or coverage level issue, the facts surrounding the request, and any documentation that will support the request for the approval of eligibility or coverage level including a copy of the applicable enrollment confirmation form, proof of status change date, or documentation supporting the request for eligibility outside the enrollment periods for Annual Enrollment, New Hire enrollment, or Status Change deadlines. GES will review the information and review enrollment files, call center tickets, and refer to the plan document for the particular eligibility or coverage change being requested.

GES will notify you of the Claim decision on your participation or coverage level issue under the Short-Term Disability Plan claim or your Long-Term Disability Plan claim (as applicable) within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your Claim, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which GES expects to decide on your Claim, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to decide the Claim, the period for making the benefit determination by GES will be stopped from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from GES of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a. the specific reason(s) for the denial,
b. references to the specific plan provisions on which the benefit determination was based,
c. a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,
d. a description of your final appeal rights to file and appeal with the Employee Benefits Committee (as explained under item "5" above, the appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following the conclusion of your appeals,

## Final Note on Short-Term Disability Plan and Long-Term Disability Plan Claim Appeals

Following a final adverse benefit decision, you have the right to bring a civil action under ERISA section 502(a). You and the Plan representatives may have other voluntary alternative options, such as mediation. One way to find out what may be available to you is to contact your local U.S. Department of Labor Office.

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's Employee benefit plan, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

## Receive Information about Your Plan and Benefits

- Examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents governing the plan, including insurance contracts (if any), and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration (EBSA).
- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts (if any), and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may request a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a summary of this annual report.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your Employee benefit plan.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your Claim for a welfare benefit is denied in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a Claim for benefits that is denied or ignored, in whole or in part, you may file suit in Federal or state court.

If it should happen that a plan fiduciary misuses the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in Federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if the court finds your Claim is frivolous.

## Assistance with Your Questions

If you have questions about your plan, you should contact the Plan Administrator.  If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator you should contact the nearest office of the Employee Benefits Security Administration (EBSA), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration (EBSA), U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration (EBSA).

# FUTURE OF THE PLAN

Although the benefits currently available (in the 2004 Plan Year) are described in this summary for the Company's Short-Term Disability Plan and the Long-Term Disability Plan, the Company reserves the right to change or end the plans described in this summary at any time. Any plan changes will result from actions taken and approved by the Company. The Company may adopt such changes or terminate the plan at any time and for any reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law. However, this does not constitute an implied or expressed contract or guarantee of employment.

# SECTION THREE – GLOSSARY

If a different definition of any of the following words is provided in the section describing a particular benefit plan, that definition applies instead of the definition listed below.

> *Sometimes, to describe a benefit plan accurately, some technical terms must be used. Here, to help you understand them, are brief definitions in alphabetical order.*

**Accident/Accidental**
An unexpected event resulting in bodily Injury by an external trauma.

**Active Work, Actively at Work**
You will be considered Actively at Work on any of the Company's scheduled work
days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at a Company defined place of business or at some location to which you are required to travel for Company business.

**Affiliates**
Subsidiaries of, or other companies related to, Nortel Networks Inc. (NNI), that have been authorized by the Board of Directors of NNI to provide coverage for their employees under the Company's Short-Term Disability Plan and Long-Term Disability Plan and have adopted those programs.

**Annual Enrollment Period**
The period during which you may enroll yourself and/or your eligible Dependents in benefits for the coming year. The FLEX Annual Enrollment Period is held each fall. Benefits selected during the Annual Enrollment Period are generally effective the following January 1.

**Before-Tax Contribution**
A contribution for benefits coverage that is deducted from your pay before federal income, FICA (Social Security), and most state and local income taxes are deducted, reducing your taxable income and saving you money in taxes.

**Behavioral Illness**
A mental, psychoneurotic or personality disorder, or chemical dependency (alcohol and substance abuse).

**Calendar Year**
January 1 through December 31. This period is also known as the Plan Year.

**Children**
Dependents who are:
- your natural Children,
- Children legally adopted by you or placed with you for adoption,
- your stepchildren,
- your legal foster Children,
- your responsibility as a legal guardian,
- Children of your Domestic Partner (Children of a Domestic Partner are not eligible for coverage under Optional Dependent Life Insurance, Optional Family AD&D Insurance or the Health Care and Dependent Day Care Reimbursement Accounts), or
- Children for whom you are required to provide health coverage, as specified by a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order of judgment from a court that directs a plan administrator to cover a child for benefits under a health care plan.

To be eligible for coverage, stepchildren, legally authorized foster Children, Children for whom you are the legal guardian and Children of your Domestic Partner must depend on you for support and maintenance and live with you at least six months of the Calendar Year in a regular parent-child relationship.

**Claim**
A request by a covered person for a benefit under a specific plan.

**Claims Administrator**
The company or third party administrators responsible for processing and paying benefit Claims and other various administrative services.

Company – Nortel Networks Inc.

**Core FLEX Benefits**
Benefits fully paid by the Company. You are automatically enrolled in the following core coverage and have no choices to make in order to have coverage in these benefits:
- Short-Term Disability coverage at 100% of your pre-disability base salary (called FLEX Earnings - see this glossary for more on what is and isn't included in this amount) for six weeks, then 70% of your pre-disability FLEX Earnings for up to 20 additional weeks,
- Long-Term Disability coverage at 60% of your pre-disability FLEX Earnings after you have been disabled for 26 consecutive weeks,
- Employee Life Insurance equal to one times your FLEX Earnings,
- Employee Assistance Program provides free confidential counseling for up through the first 8 visits.

You can supplement your Core FLEX Benefits by purchasing Optional FLEX Benefits with FLEX Credits provided by the Company and with Before-Tax and After-Tax Contributions.

**Dependent**
For the purpose of Status Changes, Dependents include:
- your spouse, including your common-law spouse as recognized by applicable state law,
- your qualified Domestic Partner, (see definition of Domestic Partner),
- your unmarried Children and your Domestic Partner's unmarried Children under the age of 19, (see definition of Children),
- your unmarried Children and your Domestic Partner's unmarried Children between the ages 19 and 25 who are full-time students at an accredited school and are primarily supported by you, and
- your unmarried Children and your Domestic Partner's unmarried Children of any age who have a mental or physical disability that began before age 19 (or age 25 if they are a full-time student) and who are Wholly Dependent on you for support and maintenance and became dependent before age 19 (or age 25 if a full-time student).

For the purpose of a reduction in STD or LTD benefits due to other income (i.e., application of the family offset), a Dependent includes:
- any Dependent receiving Social Security Disability Benefits due to your disability regardless of whether or not that Dependent is living with you and is or is not considered a Dependent for tax purposes.

**Doctor**
A licensed practitioner of the healing arts acting within the scope of the license.

**Effective Date**
The date coverage goes into effect under the plan.

**Employee**
A person employed by the Company or any of its Affiliates on a permanent basis; the term also applies to that person for any rights after coverage ends. The term specifically excludes independent contractors and all other workers providing services to the Company or an Affiliate who are not recorded as employees on the payroll records of the Company or an Affiliate, including any such individual who is subsequently reclassified by a court of law or a regulatory body as a common law employee of an Employer.

**Enrollment Period**
See "Annual Enrollment." The FLEX Benefits may be selected during a 31-day enrollment period when you first become eligible for benefits as a new employee or after you experience a Status Change.

**FLEX Benefits**
One of the Company's benefit programs, which offers you the flexibility to choose from different types and levels of benefits. Through FLEX Benefits you can design the benefits program that is best for you and your family.

**FLEX Credits**
Company-provided benefit dollars you may use to purchase Optional FLEX Benefits.

**FLEX Earnings**
Generally, your base salary. FLEX Earnings do not include other types of pay, including but not limited to, overtime, shift differentials, relocation payments or bonuses. However, if you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses). Part-time employees' premium calculations under the FLEX Disability, Life and AD&D plans are based on a 25-hour work week if the employee regularly works 20-34.5 hours per week, and on a 40-hour work week if the employee regularly works more than 35 hours per week. Claim calculations on these benefits are based on the number of hours worked that a part-time employee has averaged over the 12 weeks immediately preceding the event which caused a claim for benefits to be filed.

**Global Employee Services**
The service center for the Company's benefit plans. By contacting Employee Services, you can ask questions about any of the plans, request needed forms or change your employee information, such as your home address.

**Gross Disability Payment**
60% of pre disability FLEX Earnings before any deductions are taken for Core Short Term Disability
70% of pre-disability FLEX Earnings before any deductions are taken for Optional Long Term Disability

**Hire Date**
The date your employment with the Company begins.

**Illness**
Any disorder of the body or mind of a covered person, but not an Injury or pregnancy, including abortion, miscarriage or childbirth.

**Injury**
A condition that results in damage to the covered person's body, independently of Illness.

**Medicaid**
Title XIX (Grants to States for Medical Assistance Programs) of the Federal Social Security Act, as amended from time to time.

**Medical Plan**
A plan that provides medical benefits for you and your enrolled Dependents.

**Medicare**
Title XVIII (Health Coverage for the Aged and Disabled) of the Federal Social Security Act, as amended from time to time.

**Optional FLEX Benefits**

---

Benefits you pay for with FLEX Credits, Before-Tax Contributions or After-Tax Contributions. Optional FLEX Benefits supplement Company paid Core FLEX Benefits. You can apply FLEX Credits or make Before-Tax Contributions to the following options:

- Medical coverage for yourself or yourself and your enrolled Dependents (you have sufficient FLEX Credits to buy medical coverage for yourself only under the Preferred Provider Organization, or Out-of-Area Comprehensive option if you don't live within a Network Area, but you may waive medical coverage if you choose),
- Dental, Vision and Hearing Care coverage for yourself or yourself and your eligible dependents,
- Optional Short-Term Disability coverage that increases your Core benefit to 90% of your pre-disability FLEX Earnings for up to 20 weeks after the first six weeks of disability,
- Optional Long-Term Disability coverage that increases your Core benefit to 70% of your pre-disability FLEX Earnings when you have been disabled for 26 consecutive weeks, and/or
- Health Care and/or Dependent Day Care Reimbursement Accounts

You can apply FLEX Credits or make After-Tax Contributions to the following options:

- Additional life insurance for yourself,
- Dependent life insurance for your spouse and/or Children, and
- Optional AD&D insurance for your spouse and/or Children.

**Payroll Deduction**
Contributions taken from your pay either before or after federal income, FICA (Social Security) and most state and local income taxes are deducted.

**Physician**
See "Doctor."

**Plan Administrator**
Nortel Networks Inc. (NNI) acting by and through its Board of Directors.

**Plan Year**
January 1 to December 31. The Plan Year may change from time to time as determined by the Plan Administrator prior to the first day of the Plan Year.

**Preexisting Condition**
Any condition for which you:

- receive treatment or services,
- incur expense,
- receive diagnosis, or
- take prescribed medication

before coverage begins.

**Sickness**
See "Illness."

**Status Change**
You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following Status Changes. Other than the Annual Enrollment Period, the occurrence of a Status Change is the only time you can change your FLEX choices. The list of Status Changes includes but is not limited to:

- Marriage,
- Domestic Partner relationship becoming qualified for eligibility and verified by Global Employee Services
- Divorce, annulment or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,
- Disability of a spouse, enrolled Domestic Partner or Dependent child,
- Death of a spouse, enrolled Domestic Partner or Dependent child,

- Change in employment status affecting benefit eligibility for you, your spouse or enrolled Domestic Partner or Dependent Child (such as from or to part- time or full-time or a paid leave of absence),
- Change in your spouse's, enrolled Domestic Partner's or Dependent Child's employment status affecting benefits eligibility (such as from or to part- time or full-time or a paid leave of absence),
- Beginning or end of your spouse's or enrolled Domestic Partner's employment,
- You, your spouse or enrolled Domestic Partner take an unpaid leave of absence,
- Relocations affecting a Medical Plan network availability,
- Covered child's loss of Dependent status (e.g., no longer a full-time student)
- Dependent child becomes eligible (e.g., becomes a full-time student),
- Termination of your relationship with an enrolled Domestic Partner,
- Loss of spouse's or Domestic Partner's medical or dental, vision and hearing care coverage,
- You, your spouse or enrolled Domestic Partner become eligible for Medicare or Medicaid,
- Shift change,
- Loss of other group health plan coverage (for the employee who declined coverage due to having other coverage but not due to failure to pay premiums on a timely basis, voluntary disenrollment or termination for cause),
- Loss of the employer contribution toward other group health plan coverage (for the employee who declined coverage due to having other coverage),
- Loss of other group health plan coverage when the other coverage was COBRA and the maximum COBRA coverage period ends,
- Benefits plan year of a spouse's or domestic partner's plan differs from Nortel Networks' plan year,
- For Dependent Day Care Reimbursement Account participants - dependent child turns 13, or
- For Dependent Day Care Reimbursement Account participants - certain cost changes that occur related to dependent child's day care provider. The costs should increase or decrease a minimum of 5% to warrant a change to your Reimbursement Account.

The benefit selections you may make must be consistent with the Status Change. For example, if you have a baby, you may add coverage for the child under your Medical, Dental, Vision and Hearing Care plans, select Optional Dependent Life Insurance for your child, increase your Optional Employee Life Insurance and/or change your contribution to your Health Care and/or Dependent Day Care Reimbursement Accounts.

You must contact Global Employee Services and make your selection within 31 days of the Status Change. Global Employee Services will initiate the Status Change in the FLEX Benefits system that will allow you to go online to make your benefits changes. If you prefer you may request to make your selections by fax or mail. Contact Global Employee Services and they will send you a Personalized Enrollment Worksheet and an affidavit which must be completed and returned within 31 days of the Status Change. Employees must be able to provide supporting documentation (such as a marriage or birth certificate or divorce decree) at such time as may be requested by Global Employee Services for audit purposes.

If you submit your changes (either online or by notarized affidavit) more than 31 days after your event occurred:
- the plan does not permit you to change any FLEX Benefit options (e.g., medical, life or disability coverage) until the next Annual Enrollment period
- you may change your medical and dental, vision and hearing care dependent coverage level (e.g., employee and spouse, employee and child) by requesting the addition or deletion of Dependent coverage under your current medical or dental, vision and hearing care option and
- your dependent coverage level change will be effective the date all documents are received (i.e., via fax or mail)or via online affidavit in Global Employee Services.

Note: most HMOs do not allow Dependent additions after 31 days of the event.

**Termination Date**
The last day you work for the Company.

**Total Disability, Totally Disabled**

For the Short-Term Disability plan, the inability to perform the work you normally perform due to Illness or accidental Injury, as certified by a Physician.

For the Long-Term Disability plan, during the first 12 months, the inability to perform the work you normally perform. After the first 12-month period, you will be considered Totally Disabled if you are unable to perform any job you are or could become qualified to do with your education, training or experience.

**Wholly Dependent**

Complete dependency for the full care, support and maintenance of a physically or mentally disabled individual, including services necessary to maintain life, such as Room and Board, health and comfort of the Dependent.

**Workers' Compensation Benefits**

Benefits covered under Workers' Compensation law.

**EXHIBIT 6**



NORTHERN TELECOM

# Employee Agreement

In consideration of my employment or continued employment by the Company that is a signatory hereto ("Company"), I agree as follows:

1.  This Agreement supersedes any and all previous oral or written communications, discussions and agreements between me and Company with respect to the subject of this Agreement.

2.  I shall devote my full time and best efforts during my employment with Company to the business of Company and shall not engage in any other business activity in competition with Company.

3.  During my employment by Company, all inventions, discoveries or improvements ("Inventions") which I develop shall be the sole property of Company and I hereby assign any and all such inventions to Company, if:

    a.  I used equipment, supplies, facilities and/or confidential and/or proprietary and/or trade secret information of Company and/or any of its Affiliates* in developing or creating said inventions; and/or

    b.  The Inventions were developed in whole or in part during my working hours with Company; and/or

    c.  The Inventions are directly related to Company's and/or its Affiliates' business, and/or its and/or their actual or demonstrably anticipated research and development, and/or result, in whole or in part, from any work performed by me for Company and/or its Affiliates.

4.  I shall not, at any time during or following my employment by Company, disclose, other than to Company's authorized personnel, or otherwise use for non-Company purposes, any confidential or proprietary information or know-how of any nature whatsoever (whether or not a trade secret) relating to any activity of Company and/or its affiliates, or any invention, which is owned or licensed by Company and/or its Affiliates.

5.  I shall keep on Company's premises (except when required elsewhere in connection with the conduct of Company's business) and shall deliver to Company upon termination of my employment all writings related to Company, and/or its Affiliates, and all documents, equipment, materials and other personal property belonging to Company and/or its Affiliates. I further agree not to make or retain copy, duplication, facsimile, reproduction or replication of any of the foregoing.

6.  I agree to abide by, and comply with, all of the rules, regulations, procedures and policies of Company including, without limitation, Company requirement of strict compliance with all applicable antitrust and employment laws and regulations. I further agree that it is my responsibility to read and understand all such rules, regulations, procedures and policies of the Company. I certify that I have been given copies of, and read and understood, the following policies of Northern Telecom Limited and/or the procedures of Company or its Affiliates which are set forth in full as an Exhibit to this Agreement and are incorporated herein by reference:

    - *Acknowledgment of Notification Regarding Limits on Assignments and Inventions*
    - *Code of Business Conduct*
    - *Guidelines to the U.S.Antitrust Laws*
    - *Conflict of Interest*

# Employee Agreement

7.  Except for those obligations specifically set forth in another writing signed by me and an appropriate representative of Company (a copy of which is presented to Company with this Agreement), I shall be under no obligation to others which restricts my right to perform the undertakings set forth in this Agreement or which creates a conflict with my other duties and responsibilities as an employee of Company. The purpose of this Paragraph 7 is solely for me to advise Company of any alleged obligations to others that may exist and in no manner should be construed as Company's acceptance of such obligations (even if a representative of Company should sign this Agreement).

8.  I agree that unless specifically provided in another writing signed by me and an appropriate representative of Company, my employment by Company is not for a definite period of time. Rather, my employment relationship with Company is one of employment at will and my continued employment is not obligatory by either myself or Company.

9.  The waiver of any breach of this Agreement, shall not constitute a waiver of subsequent similar or dissimilar breaches of this Agreement, or a waiver of any of the obligations contained herein.

10. This Agreement shall be binding upon and pass to the benefit of the successors and assigns of Company.

11. I recognize the right of Company to notify any third party of the existence of this Agreement and/or its provisions and/or my agreeing to it.

12. Should a provision or part of a provision of this Agreement be found as a matter of law to be invalid, such finding shall not have the effect of invalidating the remainder of this Agreement and the provision or part thereof as to which such finding of invalidity is made shall be interpreted so as to be ineffective only to the extent of such invalidity without having the remainder of such provision or part thereof or any of the other provisions of this Agreement.

EMPLOYEE                                COMPANY

_____                 _____
Signature                                Print Name

Dated: __4 / 10 / 98__                   By: _____

Global ID: _____                  Title: _____

                                         Dated: _____

# **<u>EXHIBIT 7</u>**



## Acknowledgement of Notification
## Regarding Limits on Assignment of Inventions

I acknowledge that by signing the Employment Agreement to which this Acknowledgment of Notification is attached and specifically, that under the terms of paragraph 2 of that Agreement, I have agreed that Inventions*, conceived, developed or reduced to practice by me during my employment with the Employer* shall be the sole property of the Employer and are thereby assigned to the Employer.

I further acknowledge that the Employer has notified me that the above-referenced paragraph 2 of the Employment Agreement does not apply to Inventions conceived, developed or reduced to practice by me during my employment with the Employer:

    a.      for which no equipment, supplies, facilities Proprietary Information* of the Employer was used by me; and,

    b.      which were developed entirely on my own time outside my working hours with the Employer; and,

    c.      which do not relate (i) directly to the business of the Employer or its actual or demonstrably anticipated research or development or (ii) result from any work performed by me for the Employer.

## ACNOWLEDGMENT

I hereby certify that I have read and understood the above Acknowledgment of Notification regarding those Inventions that I may develop during my employment with the Employer which do/will not become the property of the Employer and for which I have made no assignments to the Employer under paragraph 2 of the Agreement to which this Acknowledgement of Notification is attached.

Employee: _____ ███████ _____

_____
(Printed or typewritten)

Dated: ____ July 22, 2004 _____

\* As defined in the Employment Agreement



**Employment Agreement**

In consideration of my employment or continued employment by the company that is a party to this Agreement ("Employer", which for purposes of this Agreement shall be any affiliates of the Employer including without limitation Nortel Networks), I agree and represent as follows:

1.  I shall keep confidential and shall not disclose or use, at any time during and after the end of my employment, without prior written permission of the Employer, any of the Employer's Proprietary Information or any other information disclosed to the Employer by a third party in circumstances which oblige the Employer to protect such information from unauthorized use and/or disclosure except to the extent required to perform my duties as an employee of the Employer. I understand that Proprietary Information includes trade secrets, as defined by applicable law, technical and business information relating to the Employer's inventions or products, research and development, marketing plans, product plans, business strategies and activities, financial information, forecasts, production, manufacturing, engineering or business processes, methods and techniques, personnel lists, personnel-related data, and customer and supplier and prospective customer and supplier lists and data, regardless of its form, but Proprietary Information does not include any information that is or becomes part of the public domain through lawful means other than through an unauthorized disclosure by me or a third party in violation of any agreement with the Employer.

2.  Except as provided in the attached Acknowledgement of Notification Regarding Limits on Assignment of Inventions ("Acknowledgment of Notification"). I hereby assign to and waive in favor of the Employer all my rights in and to all inventions, discoveries, improvements, designs, know-how, technical or commercial information, computer programs in any form, written materials, data bases, integrated circuit topologies, plans, diagrams, drawings, models, any patent, patent application, copyright, copyright application, trademark, trademark application or other registration or registration application, and other items ("Inventions"), which I may conceive, develop or reduce to practice during the period of my employment with the Employer.

3.  I shall make prompt and full disclosure to the Employer of any Inventions. During and subsequent to my employment, I shall sign documents, and provide such assistance as may be required by the Employer to obtain, maintain, enforce, protect or grant any rights which I have assigned to or waived in favor of the Employer and which the Employer may desire in respect of such things in all countries of the world.

4.  I have listed below each Invention to which I claim ownership and that I desire to remove from the operation of this Agreement. I shall provide the Employer with any information that it determines is necessary for its evaluation of my ownership claim. I understand that the Employer's acceptance of my ownership claim and desire to remove any Invention from operation of this Agreement is valid only if set out in a separate written document executed by a duly authorized representative of the Employer. Finally, I understand that any further developments or improvements to any Invention that the Employer agrees to exclude from operation of this Agreement will not be similarly excluded unless they meet all of the criteria set out in the attached Acknowledgment of Notification and that my activities related to those developments or improvements will be subject to this Agreement together with the relevant policies and procedures of the Employer, including those concerning conflicts of interest.

**Inventions to which I claim ownership:**  *N/A*
_____.

**If no Inventions are listed above, I represent that I have no Inventions to which I claim ownership as of the date that I sign this Agreement.**

- 2 -

5.  I shall assist the Employer and its designees, both during and after my employment, to obtain, maintain and enforce patents, copyrights, trademarks and other legal protections and registrations relating to Inventions in any and all countries that the Employer or its designees deem appropriate at the Employer's expense, vesting title and right in those patents, copyrights, trademarks and other legal protections and registrations in the Employer or its designees. I agree that Inventions under this Agreement constitute a "work made for hire" in accordance with the definition of that term under U.S. copyright laws. By signing this Agreement, I irrevocably designate and appoint the Employer and its authorized officers and agents as my agents and attorneys in fact to act for and on my behalf and instead of me, to execute and file any applications or related filings and to do all other lawfully permitted acts to assist in the issuance of patents, copyrights, trademarks or other legal protections and registrations for those Inventions.

6.  I shall keep on the Employer's premises (except when required elsewhere in connection with the conduct of the Employer's business) and shall deliver to the Employer upon termination of my employment all writings, documents, materials and other property owned or leased by or relating to the Employer. I further agree not to make or retain a copy, duplication, facsimile, reproduction or replication of any of the foregoing.

7.  Except as may be authorized and required in the course of my employment with the Employer, I agree that, while employed by the Employer and for one year following the termination of my employment with the Employer for any reason, I shall not, on behalf of myself or others, directly or indirectly, recruit, induce or solicit or attempt to recruit, induce or solicit any individual who is supplying services to the Employer, whether as an employee, contractor, consultant or otherwise, to terminate their employment or contractual arrangements with the Employer or to accept engagement with another person or entity unrelated to the Employer.

8.  I have listed below every agreement or arrangement, whether written or unwritten, with respect to assignment of Inventions, confidential or proprietary information, non-competition, employment or similar matters between me and any former employer or other person. I represent that my performance of the terms of this Agreement and my duties as an employee of the Employer will not breach any such agreements to which I am a party. I agree that I will provide any additional information requested by the Employer regarding such agreements, if any, and, if the Employer determines that any agreements listed below limit my ability to perform my duties for the Employer, the Employer may retract my employment offer or terminate my employment, as deemed appropriate solely in the discretion of the Employer. I represent that I will not bring with me, disclose to the Employer, use in the performance of my duties for the Employer or induce the Employer to use any confidential or proprietary information or property of a former employer or any other person, and which are not generally and lawfully available to the public. I shall indemnify and hold Employer harmless with respect to my breach of any agreement or use of information, documents or materials described in this paragraph.

Agreements to which I am a party: ___N/A_____

_____.
**If no agreements are listed above, I represent that I am not a party to any agreements of the type described in this paragraph 8.**

9.  My employment with the Employer is one of employment at will and my continued employment is not for a definite period of time but instead may be terminated at any time and for any reason by the Employer or me.

10. I shall, during my employment with the Employer, devote my full time, attention, skill, knowledge, experience and energy to the performance of my duties and responsibilities with the Employer. I shall not enter into any agreement or relationship, whether written or oral, that conflicts with my obligations under this Agreement or with my employment with the Employer. I shall comply with all applicable policies, procedures and guidelines of the Employer.

11. I authorize the Employer to offset, to the maximum permitted by law, any amounts that I owe the Employer and to withhold such owed amounts from any monetary amount payable to me by the Employer including

- 3 -

salary, bonus, incentive awards, vacation pay, commissions, funds from the exercise of stock option grants, severance payments and expense reimbursements.

12.  This Agreement supercedes all other oral or written discussions or agreements relating to the subject matter of this Agreement.  I agree that I will reaffirm this Agreement or execute such additional agreements with respect to the general subject matter in this Agreement as the Employer may from time to time require.

13.  If a court finds any provision of this Agreement invalid or unenforceable as applied to any circumstance, the other provisions of this Agreement will remain in full force and effect.  Additionally, any provision found invalid or unenforceable by a court will be amended to provide the broadest scope of protection to the Employer that the court will allow.

14.  The waiver of any breach of this Agreement will not constitute a waiver of any prior or subsequent breaches of this Agreement or any of the obligations contained in this Agreement.

15.  This Agreement will be binding upon me, my heirs, executors, assigns and administrators and shall inure to the benefit of the Employer and its successors and assigns.

Employee:                                         Employer:

Signature: _____█████████_____        Name:_____

_____      By: _____

_____      Title:_____

Printed Name: ___██████████_____            Printed Name: _____

# **<u>EXHIBIT 8</u>**

**NORTEL** 

**Employment Agreement**

In consideration of my employment or continued employment by the company that is a party to this Agreement ("Employer", which for purposes of this Agreement shall be any affiliates of the Employer including without limitation Nortel Networks), I agree and represent as follows:

1.   I shall keep confidential and shall not disclose or use, at any time during and after the end of my employment, without prior written permission of the Employer, any of the Employer's Proprietary Information or any other information disclosed to the Employer by a third party in circumstances which oblige the Employer to protect such information from unauthorized use and/or disclosure except to the extent required to perform my duties as an employee of the Employer. I understand that Proprietary Information includes trade secrets, as defined by applicable law, technical and business information relating to the Employer's inventions or products, research and development, marketing plans, product plans, business strategies and activities, financial information, forecasts, production, manufacturing, engineering or business processes, methods and techniques, personnel lists, personnel-related data, and customer and supplier and prospective customer and supplier lists and data, regardless of its form, but  Proprietary Information does not include any information that is or becomes part of the public domain through lawful means other than through an unauthorized disclosure by me or a third party in violation of any agreement with the Employer.

2.   Except as provided in the attached Acknowledgement of Notification Regarding Limits on Assignment of Inventions ("Acknowledgment of Notification").  I hereby assign to and waive in favor of the Employer all my rights in and to all inventions, discoveries, improvements, designs, know-how, technical or commercial information, computer programs in any form, written materials, data bases, integrated circuit topologies, plans, diagrams, drawings, models, any patent, patent application, copyright, copyright application, trademark, trademark application or other registration or registration application, and other items ("Inventions"), which I may conceive, develop or reduce to practice during the period of my employment with the Employer.

3.   I shall make prompt and full disclosure to the Employer of any Inventions.  During and subsequent to my employment, I shall sign documents, and provide such assistance as may be required by the Employer to obtain, maintain, enforce, protect or grant any rights which I have assigned to or waived in favor of the Employer and which the Employer may desire in respect of such things in all countries of the world.

4.   I have listed below each Invention to which I claim ownership and that I desire to remove from the operation of this Agreement.   I shall provide the Employer with any information that it determines is necessary for its evaluation of my ownership claim. I understand that the Employer's acceptance of my ownership claim and desire to remove any Invention from operation of this Agreement is valid only if set out in a separate written document executed by a duly authorized representative of the Employer.  Finally, I understand that any further developments or improvements to any Invention that the Employer agrees to exclude from operation of this Agreement will not be similarly excluded unless they meet all of the criteria set out in the attached Acknowledgment of Notification and that my activities related to those developments or improvements will be subject to this Agreement together with the relevant policies and procedures of the Employer, including those concerning conflicts of interest.

**Inventions to which I claim ownership:** _____
_____ .
**If no Inventions are listed above, I represent that I have no Inventions to which I claim ownership as of the date that I sign this Agreement.**

- 2 -

5.    I shall assist the Employer and its designees, both during and after my employment, to obtain, maintain and enforce patents, copyrights, trademarks and other legal protections and registrations relating to Inventions in any and all countries that the Employer or its designees deem appropriate at the Employer's expense, vesting title and right in those patents, copyrights, trademarks and other legal protections and registrations in the Employer or its designees. I agree that Inventions under this Agreement constitute a "work made for hire" in accordance with the definition of that term under U.S. copyright laws. By signing this Agreement, I irrevocably designate and appoint the Employer and its authorized officers and agents as my agents and attorneys in fact to act for and on my behalf and instead of me, to execute and file any applications or related filings and to do all other lawfully permitted acts to assist in the issuance of patents, copyrights, trademarks or other legal protections and registrations for those Inventions.

6.    I shall keep on the Employer's premises (except when required elsewhere in connection with the conduct of the Employer's business) and shall deliver to the Employer upon termination of my employment all writings, documents, materials and other property owned or leased by or relating to the Employer. I further agree not to make or retain a copy, duplication, facsimile, reproduction or replication of any of the foregoing.

7.    Except as may be authorized and required in the course of my employment with the Employer, I agree that, while employed by the Employer and for one year following the termination of my employment with the Employer for any reason, I shall not, on behalf of myself or others, directly or indirectly, recruit, induce or solicit or attempt to recruit, induce or solicit any individual who is supplying services to the Employer, whether as an employee, contractor, consultant or otherwise, to terminate their employment or contractual arrangements with the Employer or to accept engagement with another person or entity unrelated to the Employer.

8.    I have listed below every agreement or arrangement, whether written or unwritten, with respect to assignment of Inventions, confidential or proprietary information, non-competition, employment or similar matters between me and any former employer or other person. I represent that my performance of the terms of this Agreement and my duties as an employee of the Employer will not breach any such agreements to which I am a party. I agree that I will provide any additional information requested by the Employer regarding such agreements, if any, and, if the Employer determines that any agreements listed below limit my ability to perform my duties for the Employer, the Employer may retract my employment offer or terminate my employment, as deemed appropriate solely in the discretion of the Employer. I represent that I will not bring with me, disclose to the Employer, use in the performance of my duties for the Employer or induce the Employer to use any confidential or proprietary information or property of a former employer or any other person, and which are not generally and lawfully available to the public. I shall indemnify and hold Employer harmless with respect to my breach of any agreement or use of information, documents or materials described in this paragraph.

**Agreements to which I am a party:** _____ .
_____ .
**If no agreements are listed above, I represent that I am not a party to any agreements of the type described in this paragraph 8.**

9.    My employment with the Employer is one of employment at will and my continued employment is not for a definite period of time but instead may be terminated at any time and for any reason by the Employer or me.

10.    I shall, during my employment with the Employer, devote my full time, attention, skill, knowledge, experience and energy to the performance of my duties and responsibilities with the Employer. I shall not enter into any agreement or relationship, whether written or oral, that conflicts with my obligations under this Agreement or with my employment with the Employer. I shall comply with all applicable policies, procedures and guidelines of the Employer.

- 3 -

11. I authorize the Employer to offset, to the maximum permitted by law, any amounts that I owe the Employer and to withhold such owed amounts from any monetary amount payable to me by the Employer including salary, bonus, incentive awards, vacation pay, commissions, funds from the exercise of stock option grants, severance payments and expense reimbursements.

12. This Agreement supercedes all other oral or written discussions or agreements relating to the subject matter of this Agreement.  I agree that I will reaffirm this Agreement or execute such additional agreements with respect to the general subject matter in this Agreement as the Employer may from time to time require.

13. If a court finds any provision of this Agreement invalid or unenforceable as applied to any circumstance, the other provisions of this Agreement will remain in full force and effect.  Additionally, any provision found invalid or unenforceable by a court will be amended to provide the broadest scope of protection to the Employer that the court will allow.

14. The waiver of any breach of this Agreement will not constitute a waiver of any prior or subsequent breaches of this Agreement or any of the obligations contained in this Agreement.

15. This Agreement will be binding upon me, my heirs, executors, assigns and administrators and shall inure to the benefit of the Employer and its successors and assigns.

Employee:                                          Employer:


Signature: _____        Name:_____

_____        By: _____

_____        Title:_____

Printed Name: _____        Printed Name: _____

**NORTEL** 

**Acknowledgement of Notification**
**Regarding Limits on Assignment of Inventions**

I acknowledge that by signing the Employment Agreement to which this Acknowledgment of Notification is attached and specifically, that under the terms of paragraph 2 of that Agreement, I have agreed that Inventions*, conceived, developed or reduced to practice by me during my employment with the Employer* shall be the sole property of the Employer and are thereby assigned to the Employer.

I further acknowledge that the Employer has notified me that the above-referenced paragraph 2 of the Employment Agreement does not apply to Inventions conceived, developed or reduced to practice by me during my employment with the Employer:

a.  for which no equipment, supplies, facilities Proprietary Information* of the Employer was used by me; and,

b.  which were developed entirely on my own time outside my working hours with the Employer; and,

c.  which do not relate (i) directly to the business of the Employer or its actual or demonstrably anticipated research or development or (ii) result from any work performed by me for the Employer.

**ACNOWLEDGMENT**
I hereby certify that I have read and understood the above Acknowledgment of Notification regarding those Inventions that I may develop during my employment with the Employer which do/will not become the property of the Employer and for which I have made no assignments to the Employer under paragraph 2 of the Agreement to which this Acknowledgement of Notification is attached.

Employee: _____

_____
(Printed or typewritten)

Dated: _____

* As defined in the Employment Agreement