IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                                           :
                                                           :   Chapter 11
                                                           :
In re                                                      :
                                                           :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                             :
                                                           :
                    Debtors.                               :   (Jointly Administered)
                                                           :
-------------------------------------------------------    X
                                                           :
Nortel Networks Inc.,                                      :
                                                           :
                    Plaintiff,                             :
                                                           :   Adv. Proc. No. 10-53166 (KG)
v.                                                         :
                                                           :
AsteelFlash California, Inc.,                              :
                                                           :
                    Defendant.                             :
                                                           :
-----------------------------------------------------------X
```

**REVISED CERTIFICATION OF COUNSEL REGARDING
PROPOSED ORDER (I) APPROVING THE STIPULATION OF SETTLEMENT OF
AVOIDANCE CLAIM BY AND BETWEEN NORTEL NETWORKS INC. AND
AFFILIATED CHAPTER 11 DEBTORS, ON THE ONE HAND, AND
ASTEELFLASH CALIFORNIA, INC. ON THE OTHER HAND AND (II) GRANTING
<u>LIMITED RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF</u>**

        I, William M. Alleman, Jr., counsel for Nortel Networks Inc. ("<u>NNI</u>") and its

affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the

"<u>Debtors</u>"), hereby certify as follows regarding the proposed order (i) Approving The Stipulation

---

[1] In addition to Nortel Networks Inc. ("<u>NNI</u>"), the Debtors in the Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc.  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Of Settlement Of Avoidance Claim By And Between Nortel Networks Inc. And Affiliated Chapter 11 Debtors, On The One Hand, And Asteelflash California, Inc. ("Asteelflash") On The Other Hand And (ii) Granting Limited Relief From The Automatic Stay To Effectuate A Setoff (Main Case D.I. 7982, Adv. Proc. D.I. 46) (the "Proposed Order"), attached as **Exhibit A** hereto:

1. The Debtors have filed voluntary petitions under Chapter 11. Pursuant to orders of the Court, the Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 09-10138 (KG).

2. On September 30, 2009, Asteelflash filed proof of claim number 5512 in the amount of $2,631,840.09, comprised of $102,490.00 as an asserted secured claim and $2,529,350.09 as an asserted unsecured claim ("Claim No. 5512").

3. On October 4, 2010, NNI filed its Complaint To Avoid And Recover Preferential Transfers And To Disallow Claims pursuant to sections 547, 550, 551 and 502(d) of the Bankruptcy Code (Adv. Pro. No. 10-53166) (Adv. D.I. 1) (the "Complaint") against the Defendant in this Court, pursuant to which NNI sought to avoid and recover certain transfers (the "Avoidance Claim", such proceeding the "Adversary Proceeding").[2] Asteelflash filed an Answer to the Complaint (Adv. D.I. 4) (the "Answer") in the Adversary Proceeding denying certain allegation in the Complaint and asserting various defenses.

4. Since the Complaint and Answer were filed, the Debtors and Asteelflash have engaged in arm's length negotiations and, in order to avoid the cost, risks, and burden that would be imposed by further litigation of the Avoidance Claim, the Parties have agreed to settle the Adversary Proceeding through the reduction and allowance of Claim No. 5512, on the terms set forth in the Stipulation (as defined below).

---

[2] Citations herein to the main bankruptcy case (Case No. 09-10138) are in the form "Main D.I. __." Citations herein to the docket in the Adversary Proceeding (Adv. Pro. No. 10-53166) are in the form "Adv. D.I. __."

5.  On July 11, 2012, the Debtors filed the Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Entry Of An Order (i) Approving The Stipulation Of Settlement Of Avoidance Claim By And Between Nortel Networks Inc. And Affiliated Chapter 11 Debtors, On The One Hand And Asteelflash California, Inc., On The Other Hand And (ii) Granting Limited Relief From The Automatic Stay To Effectuate A Setoff (the "Motion", Main Case D.I. 7982, Adv. Proc. D.I. 46), which sought this Court's approval of a stipulation (the "Stipulation") settling the Avoidance Action through the reduction and allowance of Claim No. 5512, on the terms set forth in the Stipulation.

6.  Subsequent to the filing of the Motion, Asteelflash transferred Claim No. 5512 to WB Claims Holding – Nortel, LLC ("Whitebox") (Main Case D.I. 8024).

7.  As Whitebox now holds Claim No. 5512, which was to be compromised pursuant to the Stipulation entered into by NNI with Asteelflash, at the Debtors' request, Whitebox executed the agreement attached hereto as **Exhibit C** acknowledging the Stipulation and agreeing to be bound by its terms.

8.  The Proposed Order attached hereto as **Exhibit A** has been amended to reflect the fact that Whitebox now holds Claim No 5512.  A blackline of the Proposed Order against the version of such proposed order annexed to the Asteelflash 9019 Motion is attached hereto as **Exhibit B**.

9.  The objection deadline with respect to the Motion was July 25, 2012 at 4:00 p.m. (ET), which passed without objection to the Motion.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** approving the Motion and (ii) grant such other and further relief as is just and proper.

Dated:  July 31, 2012
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ William M. Alleman, Jr.*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
William M. Alleman, Jr. (No. 5449)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*