**<u>Exhibit C -  Whitebox Acknowledgement</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                      : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                           : Case No. 09-10138 (KG)
:
                Debtors.                   : (Jointly Administered)
:
------------------------------------------------------------ X
:
Nortel Networks Inc.,                                        :
:
                Plaintiff,                 :
v.                                                           : Adv. Proc. No. 10-53166 (KG)
:
AsteelFlash California, Inc.,                                :
:
                Defendant.                 :
:
------------------------------------------------------------X

**ACKNOWLEDGMENT OF STIPULATION OF SETTLEMENT BY AND BETWEEN NORTEL NETWORKS INC. AND AFFILIATED CHAPTER 11 DEBTORS, ON THE ONE HAND, AND ASTEELFLASH CALIFORNIA, INC., ON THE OTHER HAND**

Reference is hereby made to that certain Stipulation of Settlement of Avoidance Claim, dated as of June 29, 2012 (the "Settlement Agreement"), by and between Nortel Networks Inc. (the "Plaintiff") and the above-captioned debtors and debtors in possession (collectively, the "Debtors") on the one hand and AsteelFlash California, Inc. (the "Defendant") on the other hand.

---

[1] In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Capitalized terms used but not defined herein shall have the respective meanings assigned to them in the Settlement Agreement.

WHEREAS, on or about September 30, 2009, Defendant filed proof of claim No. 5512 in the amount of $2,631,840.09, comprised of $102,490.00 as an asserted secured claim and $2,529,350.09 as an asserted unsecured claim ("Claim No. 5512"); and

WHEREAS, on October 4, 2010, Plaintiff instituted an Adversary Proceeding, by filing a Complaint pursuant to sections 547, 550, 551 and 502(d) of the Bankruptcy Code against Defendant, in which it sought to avoid and recover the Subject Transfers; and

WHEREAS, since the Complaint was filed, the Parties have engaged in arm's-length negotiations and, in order to avoid the cost, risks, and burden that would be imposed by further litigation of the Avoidance Claim, have agreed to settle the Adversary Proceeding and Claim No. 5512 in the Settlement Agreement on the terms set forth therein; and

WHEREAS, since the execution of the Settlement Agreement, the Defendant transferred Claim No. 5512 to WB Claims Holding – Nortel, LLC (the "Transferee") on July 17, 2012, as evidenced by the Transfer of Claim Other Than For Security filed with the Bankruptcy Court on July 20, 2012 [D.I. 8024].

Now therefore, in consideration for the allowance of Claim No. 5512 as a general unsecured claim in the amount of $1,215,000.00, the Transferee hereby (i) acknowledges and agrees to be bound by all of the terms set forth in the Settlement Agreement and (ii) on the Dismissal Date, releases and forever discharges the Debtor Releasees from any and all claims, rights, defenses, demands, liabilities, obligations, damages, actions, suits, causes of action, and setoffs, whether known or unknown, suspected or unsuspected, accrued or unaccrued, matured or unmatured, past or present, fixed or contingent, liquidated or unliquidated, that Transferee now

has, had, may have had, or hereafter may have against any of the Debtor Releasees regarding (a) the Avoidance Claim, the Adversary Proceeding, any transaction described or referred to in the Complaint in the Adversary Proceeding; (b) any amount above the Allowed Amount on or with respect to Claim No. 5512; and/or (c) any claim based upon any past or currently existing purchase orders from the Debtors to the Defendant, including those listed on the Debtors' schedules.

This acknowledgement shall be governed by and construed in accordance with the laws of the State of New York.

IN WITNESS WHEREOF, the Transferee has executed this acknowledgment on this 30 day of July, 2012.

WB Claims Holding – Nortel, LLC

By: _____
Name: Mark Streffling
Title: CLO