# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|                                      |   |                          |
|--------------------------------------|---|--------------------------|
| *In re*                              : | Chapter 11               |
| Nortel Networks Inc., *et al.*,[1]   : | Case No. 09-10138 (KG)   |
|                         Debtors.     : | Jointly Administered     |
|                                      : | **RE: D.I. 8065**        |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, on July 30, 2012, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") filed the *Certification of Counsel Regarding Proposed Order (I) Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks Inc. and Affiliated Chapter 11 Debtors, on the One Hand, and AsteelFlash California, Inc. on the Other Hand and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff* ("COC") (D.I. 8065).

**PLEASE TAKE FURTHER NOTICE** that Morris Nichols hereby withdraws the COC.

Dated: July 31, 2012
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ William M. Alleman, Jr.*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
William M. Alleman, Jr. (No. 5449)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

Counsel for the Debtors and Debtors in Possession

5765285.2