# SOUTH BROOKLYN LEGAL SERVICES

Brooklyn Legal Services Corp. B • John C. Gray, Project Director
105 Court Street, Brooklyn, NY 11201 • (718) 237-5500 • Fax (718) 855-0733

Gary Steven Stone, Esq.
Lic. New York State
Direct line (718) 237-5542

July 25, 2012

U.S. Bankruptcy Court
RECEIVED
JUL 31 2012
JUDGE KEVIN GROS

Hon. Kevin Gross
Chief Judge
United States Bankruptcy Court
District of Delaware
824 North Market Street
Wilmington Delaware, 19801

                                              In re Nortel Networks, et al.(KG)
                                              Case number 09-10138
                                              Claim of Ernest Demel

Dear Judge Gross:

       I am counsel for Ernest Demel, a creditor in the above-captioned proceeding. As requested by Mr. Demel, I am writing to ask that I be relieved as his counsel, and that all notices relating to this case be sent directly to:

       Ernest Demel
       RCS Box 426.
       New York, NY 10101

       I have no reason to believe that any of the parties in this proceeding, including Mr. Demel, will be prejudiced if I cease to act as his attorney.

       Absent a contrary order from the United States District Court for the Southern District of New York, I will continue to serve as Mr. Demel's counsel in the implementation of the order and judgment in an action concerning retirement benefits insured by the Pension Benefits Guaranty Corporation that are not part of the bankrupt's estate, *Demel v. Group Benefits Plan for Employees of Northern Telecom*, 07-CV-0189 (GD) (S.D.N.Y.).

       I am grateful for the Court's consideration of this request.

                                          Very truly yours,

                                          Gary Steven Stone

*Towards justice and dignity for all • Por justicia y dignidad para todos*

A copy of this letter is being sent to:

Clearly Gottlieb Steen & Hamilton
James Bromley
Lisa Schweitzer
One Liberty Plaza
New York, New York 10006

Morris Nichols, Arsht & Tunnell LLP
Derek C. Abbot ((3376)
Eric D. Schwartz (3134)
1201 North Market Streeet, P.O Box 1347
Wilmington Delaware 19801

Ernest Demel
RCS Box 426.
New York, New York 10101