IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        :     Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :     Case No. 09-10138 (KG)
                                                               :
                                    Debtors.                   :     Jointly Administered
                                                               :
                                                               :
---------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING
### PRE-TRIAL SCHEDULING ORDER FOR
### HEARING ON DEBTORS' PROCESS TO
### TERMINATE LTD BENEFITS PURSUANT TO 11 U.S.C. § 363 AND 1108

I, William M. Alleman, Jr., counsel for the debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby certify (the "Certification") as follows regarding the proposed scheduling order (the "Scheduling Order"), attached as **Exhibit A** hereto:

1.    On June 3, 2011, several of the Debtors' long-term disability employees filed the *Motion for Entry of an Order Pursuant to Section 1102(a)(2) of the Bankruptcy Code Appointing an Official Committee of Long-Term Disability Plan Participants* [D.I. 5595].

2.    Thereafter, on June 22, 2011, the Court issued an order directing the United States Trustee to appoint a committee of the Debtors' long-term disability employees (the "LTD Employees") for the sole purpose of serving as the authorized representative of the LTD Employees in connection with negotiations regarding the modification or termination of the LTD

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Plans,[2] and for no other purpose (the "LTD Committee," and together with the Debtors, the "Parties") [D.I. 5790]. On August 2, 2011, as directed by the Court, the United States Trustee appointed the members of the LTD Committee [D.I. 6073], which appointment was later amended on August 4, 2011 [D.I. 6080].

3. On July 30, 2012, the Debtors filed the *Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees* [D.I. 8067] (the "LTD Termination Motion") seeking to terminate as of December 31, 2012 the employment of the LTD Employees and the LTD Plans still in effect.

4. The Court held a status conference in respect of the LTD Termination Motion on August 1, 2012. During the status conference, a schedule was approved by the Court, which schedule is set forth in the attached Scheduling Order.

5. The Scheduling Order has been reviewed and agreed to by counsel for the LTD Committee.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Scheduling Order and (ii) grant such other and further relief as is just and proper.

---

[2] The Debtors historically have provided a number of benefits to the LTD Employees, including (as amended or modified from time to time) the Nortel Networks Inc. Long-Term Disability Plan, the Nortel Networks Inc. Medical Plan, the Nortel Networks Inc. Dental, Vision, and Hearing Care Plan, the Nortel Networks Inc. Life Insurance Plan, the Nortel Networks Inc. AD&D Insurance Plan, the Nortel Networks Inc. Health Care Reimbursement Account Plan, the Nortel Networks Inc. Dependent Day Care Reimbursement Account Plan, the Nortel Networks Inc. Long-Term Investment Plan,[2] predecessor plans and other formal or informal benefit plans funds, programs (including through the purchase of insurance) or arrangements for disabled employees, their surviving spouses and eligible dependents, including for medical, surgical, or hospital care benefits, income continuation benefits or any other benefits in the event of sickness, accident, disability, or death (collectively, and in each case as such plans have been amended or modified from time to time, the "LTD Plans").

Dated: August 1, 2012
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ William M. Alleman, Jr.*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
William M. Alleman, Jr. (No. 5449)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*