IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) Objection Deadline: August 22, 2012 @ 4:00 PM |
| | ) Hearing Date: Only if Objections Filed |

### FIFTH APPLICATION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR REIMBURSEMENT OF EXPENSES INCURRED BY COMMITTEE MEMBERS

The Official Committee of Long Term Disability Participants (the "LTD Committee") appointed in the bankruptcy cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits this application (the "Application") for reimbursement of the actual and necessary expenses incurred by certain Committee members (the "Members") of the LTD Committee in furtherance of their duties under section 1103 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") for June 2012 (the "Application Period"), in connection with the Debtor's chapter 11 case and in accordance with the Administrative Order Establishing Procedures for Interim Compensation of Fees and Reimbursement of Expenses of Professionals and Official Committee Members entered on February 4, 2009 (the "Interim Compensation Order") (Docket No. 222), and respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. On January 14, 2009, each of the Debtors commenced their bankruptcy cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. The Debtors continue to operate their business and manage their property as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. On June 22, 2011, the Court ordered the appointment of the LTD Committee (Docket No. 5790). The LTD Committee consists of the following members: Wendy Boswell Mann, Daniel D. David, Dianna L. Irish, Paul E. Morrison, Barbara Gallagher, Michael Stutts, and Deborah Jones. *See* Amended Notice of Appointment of Unsecured Creditors (Docket No. 6080).

4. On August 2, 2011, the LTD Committee was formed and selected Elliott Greenleaf as counsel to the committee.

## JURISDICTION

5. The Court has jurisdiction to consider this Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

6. By this Application, the LTD Committee requests reimbursement of the expenses of the Members incurred during the Application Period, as set forth below, as administrative expenses of the Debtors, and directing payment of the same.

## COMMITTEE MEMBER EXPENSES

7. The Members request reimbursement of expenses in the aggregate amount of $2,443.87. Such expenses relate to a meeting with Debtors' counsel, Clearly Gottlieb Steen & Hamilton, in New York, NY.

8. A photocopy of the receipts for the Members' expenses is annexed hereto as Exhibit A.

9. The expenses were incurred by the Members in connection with their duties as Members of the Committee.

10. The expenses incurred by the Members were necessary to permit the effective performance of the Members' duties under Section 1103 of the Bankruptcy Code and are reimbursable from the Debtors' estate. 11 U.S.C. § 503(b)(3)(F); *see also* the Interim Compensation Order and In re First Merchants Acceptance Corp., 198 F.3d 394, 397 (3d Cir. 1999).

11. This is the LTD Committee's fifth Application. None of the expenses for which reimbursement is requested are duplicative of any expenses requested or awarded in any prior application.

12. The LTD Committee reserves the right to include additional requests for expense reimbursement, if any, for this Application Period in subsequent applications.

13. Accordingly, the Members' expenses in the amount of $2,443.87 should be paid as administrative expenses of the Debtors' estate under Section 503(b)(3)(F) of the Bankruptcy Code by the Debtors within the time provided for in the Interim Compensation Order.

## CONCLUSION

**WHEREFORE**, the LTD Committee requests that the expenses incurred by the Members as reflected on <u>Exhibit A</u> hereto, be reimbursed by the Debtors in the total amount $2,443.87.

Dated: August 1, 2012  
       Wilmington, DE

**ELLIOTT GREENLEAF**

*/s/ Shelley A. Kinsella*
_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)  
Shelley A. Kinsella (DE Bar No. 4023)  
Jonathan M. Stemerman (DE Bar No. 4510)  
1105 N. Market Street, Suite 1700  
Wilmington, Delaware 19801  
Telephone: (302) 384-9400  
Facsimile: (302) 384-9399  
Email: rxza@elliottgreenleaf.com  
Email: sak@elliottgreenleaf.com  
Email: jms@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*