# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Pegasus Rural Broadband, LLC, *et al.*,[8] | Case No. 11-11772 (PJW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Rafael X. Zahralddin-Aravena, counsel to the Debtors, hereby certify that I caused a copy of *Debtors' Motion Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code Section 105(a) for an Order Approving and Authorizing the Debtors Entry into a Settlement Agreement with Prepetition Secured Parties* to be served on the parties listed below in the manners indicated. Epiq Bankruptcy Solutions has been directed to serve the Top 30 Largest Unsecured Creditors and 2002 List via First-Class U.S. Mail.

*VIA E-MAIL:*

Scott Blank
Xanadoo Company
225 City Line Avenue, Suite 100
Bala Cynwyd, PA 19004
*(DIP Lender)*

Michael B. Jordan
Drinker Biddle & Reath, LLP
1 Logan Sq # 2000
Philadelphia, PA 19103
*(Counsel to DIP Lender)*

*VIA HAND DELIVERY:*

United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Attention: Mark Kenney

Ricardo Palacio, Esq.
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899

---

[8] The Debtors are Xanadoo Spectrum, LLC, a Delaware limited liability company; Xanadoo Holdings, Inc., a Delaware corporation; Xanadoo, LLC, a Delaware limited liability company; Pegasus Guard Band, LLC, a Delaware limited liability company; and Pegasus Rural Broadband, LLC, a Delaware limited liability company. Xanadoo Holdings, Inc. is the sole member of Xanadoo, LLC, Pegasus Guard Band, LLC, and Pegasus Rural Broadband, LLC. Xanadoo Holdings, Inc. is a wholly owned subsidiary of Xanadoo Spectrum, LLC.

| | |
|---|---|
| | *(Counsel to Prepetition Lender)* |
| Ellen W. Slights, Esq.<br>United States Attorney's Office<br>District of Delaware<br>1007 N. Orange Street, Suite 700<br>Wilmington, DE 19801 | Internal Revenue Service<br>Department of Finance<br>Carvel State Office Building<br>820 North French Street<br>Wilmington, DE 19801 |
| William J. Burnett, Esq.<br>Flaster/Greenberg PC<br>913 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>*(Counsel for Insite Towers, LLC)* | Jeremy William Ryan, Esq.<br>Etta R. Wolfe, Esquire<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Wilmington, DE 19801<br>*(Counsel to Crown Castle USA, Inc.)* |
| Neal J. Levitsky, Esq.<br>L. Jason Cornell, Esquire<br>Seth A. Niederman, Esquire<br>Fox Rothschild LLP<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19899-2323<br>*(Counsel to 225 City Associates)* | Daniel K. Astin, Esq.<br>Joseph J. McMahon, Jr., Esquire<br>Ciardi, Ciardi & Astin<br>919 N. Market Street, Ste 700<br>Wilmington, DE 19801<br>*(Counsel to Clarendon Foundation, Inc.)* |

Dated: June 25, 2012
    Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
Jonathan M. Stemerman (DE No. 4510)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel for the Debtors and Debtors in Possession*

3