IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING PRE-TRIAL SCHEDULING ORDER FOR HEARING ON DEBTORS' PROCESS TO TERMINATE RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114

I, William M. Alleman, Jr., counsel for the debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby certify (the "Certification") as follows regarding the proposed scheduling order (the "Scheduling Order"), attached as **Exhibit A** hereto:

1. On June 2, 2011, several of the Debtors filed the *Debtors' Motion for Entry of an Order Pursuant to Section 1114 of the Bankruptcy Code Appointing an Official Committee of Retired Employees* [D.I. 5568].

2. Thereafter, on June 21, 2011, the Court issued an order directing the United States Trustee to appoint a retiree committee for the sole purpose of serving as the authorized representative of the Debtors' retired employees (the "Retirees") in connection with their rights under section 1114 of the Bankruptcy Code and for no other purpose (the "Retiree Committee,"

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

and together with the Debtors, the "Parties") [D.I. 5783].  On August 2, 2011, as directed by the Court, the United States Trustee appointed the members of the Retiree Committee [D.I. 6074].

3.Since the appointment of the Retiree Committee, the Parties have worked to negotiate a resolution of their dispute regarding the modification or termination of the Retiree Welfare Plans.[2]

4.On July 30, 2012, the Debtors filed the *Motion for Entry of an Order Terminating Retiree Benefits and Approving a Settlement Proposal Pursuant to § 11 U.S.C. 1114* [D.I. 8066] (the "Section 1114 Motion") seeking to terminate the Retiree Welfare Plans as of December 31, 2012.

5.The Court held a status conference in respect of the Section 1114 Motion on August 1, 2012.  During the status conference, a schedule was approved by the Court, which schedule is set forth in the attached Scheduling Order.

6.The Parties agree that the Scheduling Order is consistent with the Court's ruling at the conclusion of the August 1, 2012 status conference.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Scheduling Order and (ii) grant such other and further relief as is just and proper.

---

[2]For Retirees, the Debtors maintain various benefit plans and other programs including (as amended or modified from time to time) the Nortel Networks Inc. Retiree Medical Plan, the Nortel Networks Inc. Retiree Life Insurance and Long-Term Care Plan, predecessor plans and other formal or informal benefit plans, agreements, arrangements or programs (including plans, agreements, arrangements or programs that are funded through the purchase of insurance) or arrangements for current or future retired employees, their surviving spouses and eligible dependents, including plans, arrangements, agreements or programs for medical, surgical, or hospital care benefits, or benefits in the event of sickness, accident, disability, or death (collectively and in each case as amended or modified from time to time, the "Retiree Welfare Plans").

Dated: August 1, 2012
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ William M. Alleman,* _____
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
William M. Alleman, Jr. (No. 5449)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*