# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**May 1, 2012 - May 31, 2012**

<u>**Summary of Services Rendered by Project**</u>

| Project Code | Nature of Services | May 2012 Hours |
|:---:|---|---:|
| 1 | Asset Analysis and Recovery | 60.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 9.0 |
| 6 | Committee Matters and Creditor Meetings | 23.0 |
| 7 | Claims Administration and Analysis | 43.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 137.0 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | 272.0 |

<u>**Summary of Services Rendered by Professional**</u>

| Name | May 2012 Hours |
|---|---:|
| Matthew Rosenberg, Member | 82.0 |
| Michael Kennedy, Member | 127.0 |
| Aaron Taylor, Vice President | 63.0 |
| **TOTAL** | 272.0 |

**Nortel Networks, Inc**
May 1, 2012 - May 31, 2012 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg, Member</u>

| Date | Description of Work | May 2012 Hours | Code |
|------|---------------------|----------------|------|
| 5/1/2012 | Calls and analysis re claims, assets, mediation and allocation | 4.0 | 14 |
| 5/2/2012 | Calls and analysis re fourth estate, mediation, claims and allocation | 3.0 | 1 |
| 5/3/2012 | Calls and analysis re fourth estate, mediation, claims and allocation | 4.0 | 1 |
| 5/4/2012 | Calls and analysis re fourth estate, mediation, claims and allocation | 2.0 | 1 |
| 5/5/2012 | Review materials re claims and case management and allocation | 3.0 | 14 |
| 5/6/2012 | Review materials re claims and case management and allocation | 2.0 | 14 |
| 5/7/2012 | Calls and analysis re case management, allocation and fourth estate | 3.0 | 14 |
| 5/8/2012 | Calls and analysis re case management, allocation, mediation and fourth estate | 2.0 | 14 |
| 5/9/2012 | Calls and analysis re case management, allocation, mediation and fourth estate | 3.0 | 14 |
| 5/10/2012 | Calls and analysis re case management, allocation, mediation and fourth estate | 3.0 | 1 |
| 5/11/2012 | Calls and analysis re case management, allocation, mediation and fourth estate | 4.0 | 1 |
| 5/14/2012 | Calls and analysis re case management, allocation, mediation and claim | 2.0 | 14 |
| 5/15/2012 | Calls and analysis re case management, allocation, mediation and claim | 3.0 | 14 |
| 5/17/2012 | Calls and analysis re case management, allocation, mediation and claim | 4.0 | 14 |
| 5/18/2012 | Calls and analysis re case management, allocation, mediation and claim | 4.0 | 14 |
| 5/19/2012 | Review materials re mediation, claims and allocation | 5.0 | 14 |
| 5/21/2012 | Calls and analysis re case management, allocation, mediation, fourth estate and claim | 3.0 | 1 |
| 5/22/2012 | Calls and analysis re case management, allocation, mediation, fourth estate and claim | 2.0 | 14 |
| 5/23/2012 | Calls and analysis re case management, allocation, mediation, fourth estate and claim | 4.0 | 14 |
| 5/24/2012 | Calls and analysis re case management, allocation, mediation, fourth estate and claim | 3.0 | 14 |
| 5/25/2012 | Calls and analysis re case management, allocation, mediation, fourth estate and claim | 3.0 | 1 |
| 5/29/2012 | Calls and analysis re allocation, mediation, claims and case management | 2.0 | 14 |
| 5/30/2012 | Calls and analysis re allocation, mediation, claims and case management | 6.0 | 7 |
| 5/31/2012 | Calls, analysis and meetings re allocation, mediation, claims and case management | 8.0 | 7 |

**May 2012 Total**      **82.0**

**Nortel Networks, Inc**
May 1, 2012 - May 31, 2012 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | May 2012 Hours | Code |
|------|---------------------|----------------|------|
| 5/1/2012 | Conference call re: priority /admin claims and associated analysis | 2.0 | 7 |
| 5/1/2012 | Review cash flash report | 1.0 | 1 |
| 5/1/2012 | Review and comment on revised draft 4th estate material & schedules | 3.0 | 1 |
| 5/1/2012 | Discussion w/ Ray re: US assets | 1.0 | 1 |
| 5/2/2012 | Review and comment on revised draft 4th estate material & schedules | 2.0 | 1 |
| 5/2/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 5/3/2012 | Review and comment on revised draft 4th estate material & schedules | 3.0 | 1 |
| 5/3/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 5/3/2012 | Discussions with Canada management re: schedules to 4th estate | 1.0 | 1 |
| 5/3/2012 | Discussions w/ E&Y re: schedules prepared for 4th estate | 2.0 | 1 |
| 5/4/2012 | Communications w/ Cleary re: mediation and allocation | 2.0 | 14 |
| 5/4/2012 | Review and comment on revised draft 4th estate material & schedules | 2.0 | 1 |
| 5/6/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 5/6/2012 | Communications w/ Cleary & Ray re: mediation and allocation | 2.0 | 14 |
| 5/7/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 5/7/2012 | Calls with management re: non-filed subsidiaries | 2.0 | 1 |
| 5/8/2012 | Review and discuss issues associated with 4th estate | 4.0 | 1 |
| 5/9/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 5/9/2012 | Review US assets  information and operating disbursements | 1.0 | 1 |
| 5/10/2012 | Review of 4th estate and discussions with Cleary | 2.0 | 1 |
| 5/10/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 5/11/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 5/14/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 5/14/2012 | Review and comment on revised draft 4th estate material & schedules | 4.0 | 1 |
| 5/14/2012 | Calls and communications w/ Cleary re: claims litigation | 3.0 | 7 |
| 5/15/2012 | Call with UCC advisors | 2.0 | 6 |
| 5/15/2012 | Review cash flash report | 1.0 | 1 |
| 5/16/2012 | Conference call re: priority /admin claims and associated analysis | 3.0 | 6 |
| 5/16/2012 | Follow-up call re: claims conference cal | 1.0 | 7 |
| 5/16/2012 | Communications w/ Cleary re: mediation and allocation | 2.0 | 14 |
| 5/16/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 5/17/2012 | Communications w/ UCC advisors re: discussion material | 2.0 | 6 |
| 5/17/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 5/18/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 5/19/2012 | Communications w/ UCC advisors re: discussion material | 1.0 | 6 |
| 5/19/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 5/21/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 5/21/2012 | Call with UCC advisors | 2.0 | 6 |
| 5/21/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 5/22/2012 | Review and comment on revised draft 4th estate material & schedules | 2.0 | 1 |
| 5/23/2012 | Review RM Report | 1.0 | 1 |
| 5/23/2012 | Communications w/ Cleary re: mediation and allocation | 2.0 | 14 |
| 5/24/2012 | Review and comment on revised draft 4th estate material & schedules | 2.0 | 1 |
| 5/24/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 5/25/2012 | Discussion and communications w/ Cleary: allocation and mediation | 3.0 | 14 |
| 5/29/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 5/29/2012 | Call with UCC advisors | 2.0 | 6 |
| 5/29/2012 | Communications re: priority /admin claims and associated analysis | 3.0 | 7 |
| 5/30/2012 | Review Cash Flash | 1.0 | 1 |
| 5/30/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 5/31/2012 | Meetings w/ Ray and RLKS re: claims process and distribution mechanics | 6.0 | 7 |
| 5/31/2012 | Communications w/ Cleary re: escrow cash and trust | 2.0 | 14 |
| | **May 2012 Total** | **127.0** | |

**Nortel Networks, Inc**
May 1, 2012 - May 31, 2012 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | May 2012 Hours | Code |
|------|---------------------|----------------|------|
| 5/3/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 5/4/2012 | Communications w/ Cleary re: mediation and allocation | 2.0 | 14 |
| 5/14/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 5/14/2012 | Calls and communications w/ Cleary re: claims litigation | 3.0 | 7 |
| 5/15/2012 | Call with UCC advisors | 2.0 | 6 |
| 5/16/2012 | Conference call re: priority /admin claims and associated analysis | 3.0 | 6 |
| 5/16/2012 | Follow-up call re: claims conference call | 1.0 | 7 |
| 5/16/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 5/17/2012 | Communications w/ UCC advisors re: discussion material | 2.0 | 6 |
| 5/17/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 5/18/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 5/21/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 5/21/2012 | Call with UCC advisors | 2.0 | 6 |
| 5/21/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 5/23/2012 | Review RM Report | 1.0 | 1 |
| 5/23/2012 | Communications w/ Cleary re: mediation and allocation | 2.0 | 14 |
| 5/24/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 5/25/2012 | Discussion and communications w/ Cleary: allocation and mediation | 3.0 | 14 |
| 5/29/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 5/29/2012 | Call with UCC advisors | 2.0 | 6 |
| 5/29/2012 | Communications re: priority /admin claims and associated analysis | 3.0 | 7 |
| 5/30/2012 | Review Cash Flash | 1.0 | 1 |
| 5/30/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 5/31/2012 | Review Cash Flash | 1.0 | 1 |
| 5/31/2012 | Review of 4th estate issues and discussions with Cleary | 1.0 | 7 |
| 5/31/2012 | Meetings w/ Ray and RLKS re: claims process and distribution mechanics | 6.0 | 7 |
| | **May 2012 Total** | **63.0** | |