# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2012 through May 31, 2012

| Professional | Trip Date | Description | Amount | |
|---|---|---|---|---|
| Chilmark | 4/12/2012 | Conference Call | $ | 9.35 |
| Chilmark | 5/30/2012 | Lunch meeting | $ | 132.89 |
| **Total Expenses** | | | **$** | **142.24** |