# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**June 1, 2012 - June 30, 2012**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | June 2012 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 17.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 24.0 |
| 6 | Committee Matters and Creditor Meetings | 30.0 |
| 7 | Claims Administration and Analysis | 14.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 159.0 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **244.0** |

**Summary of Services Rendered by Professional**

| Name | June 2012 Hours |
|---|---|
| Matthew Rosenberg, Member | 69.0 |
| Michael Kennedy, Member | 104.0 |
| Aaron Taylor, Vice President | 71.0 |
| **TOTAL** | **244.0** |

**Nortel Networks, Inc**
June 1, 2012 - June 30, 2012 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | June 2012 Hours | Code |
|---|---|---|---|
| 6/4/2012 | Calls and analysis re case management, mediation, fourth estate and allocation | 5.0 | 14 |
| 6/5/2012 | Calls and analysis re case management, mediation, fourth estate and allocation | 4.0 | 14 |
| 6/6/2012 | Calls and analysis re case management, mediation, fourth estate and allocation | 3.0 | 14 |
| 6/7/2012 | Calls and analysis re case management, mediation, fourth estate and allocation | 6.0 | 14 |
| 6/8/2012 | Calls and analysis re case management, mediation, fourth estate and allocation | 5.0 | 14 |
| 6/11/2012 | Calls and analysis re case management, mediation, claims and allocation | 4.0 | 14 |
| 6/12/2012 | Calls and analysis re case management, mediation, claims and allocation | 3.0 | 14 |
| 6/13/2012 | Calls and analysis re case management, mediation, claims and allocation | 1.0 | 14 |
| 6/14/2012 | Calls and analysis re case management, mediation, claims and allocation | 4.0 | 14 |
| 6/15/2012 | Calls and analysis re case management, mediation, claims and allocation | 3.0 | 14 |
| 6/16/2012 | Calls and analysis re case management, mediation, claims and allocation | 1.0 | 14 |
| 6/18/2012 | Calls and analysis re claims, mediation and allocation | 2.0 | 14 |
| 6/20/2012 | Calls and analysis re claims, mediation and allocation | 2.0 | 14 |
| 6/21/2012 | Calls and analysis re claims, mediation and allocation | 2.0 | 14 |
| 6/22/2012 | Calls and analysis re claims, mediation and allocation | 4.0 | 14 |
| 6/23/2012 | Review materials re clams and mediation | 3.0 | 14 |
| 6/25/2012 | Calls and analysis re case management, mediationa and claims | 6.0 | 14 |
| 6/27/2012 | Review materials re allocation and mediation | 4.0 | 14 |
| 6/28/2012 | Review materials re allocation and mediation | 3.0 | 14 |
| 6/29/2012 | Calls and analysis re allocation and mediation | 4.0 | 14 |

**June 2012 Total** **69.0**

**Nortel Networks, Inc**
June 1, 2012 - June 30, 2012 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | June 2012 Hours | Code |
|---|---|---|---|
| 6/1/2012 | Review US assets information and operating disbursments | 1.0 | 1 |
| 6/1/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 6/4/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 6/4/2012 | Call with UCC advisors | 2.0 | 6 |
| 6/4/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 6/5/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 6/6/2012 | Communications w/ Ray & UCC advisors re: IPA | 2.0 | 6 |
| 6/6/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 6/6/2012 | Communications w/ Cleary re: 4th estate issues | 2.0 | 1 |
| 6/7/2012 | Review lease agreements, cash flow summary and other analysis | 2.0 | 1 |
| 6/7/2012 | Review US assets information and operating disbursments | 1.0 | 1 |
| 6/7/2012 | Communications w/ Cleary re: 4th estate issues | 1.0 | 1 |
| 6/11/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 6/11/2012 | Call with UCC advisors | 4.0 | 6 |
| 6/11/2012 | Follow-up call w/ US advisor eam | 1.0 | 5 |
| 6/12/2012 | Review material and analysis re: claim litigation | 3.0 | 7 |
| 6/12/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 6/13/2012 | Communications w/ management re: Mexico and other non-filed entities | 3.0 | 1 |
| 6/14/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 6/15/2012 | Review material and analysis re: claim litigation | 3.0 | 7 |
| 6/15/2012 | Communications w/ management re: Mexico and other non-filed entities | 1.0 | 1 |
| 6/15/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 6/19/2012 | Calls and communications w/ Cleary re: claims litigation | 3.0 | 7 |
| 6/19/2012 | Review cash flash report | 1.0 | 1 |
| 6/20/2012 | Communications w/ Cleary re: claim litigation | 3.0 | 7 |
| 6/21/2012 | Communications w/ management re: Mexico and other non-filed entities | 2.0 | 1 |
| 6/21/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 6/25/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 6/25/2012 | Call with UCC advisors | 2.0 | 6 |
| 6/25/2012 | Communications w/ Cleary re: claim litigation | 2.0 | 7 |
| 6/26/2012 | Conference call with Cleary re: discussion material | 3.0 | 5 |
| 6/26/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 6/26/2012 | Communications w/ Cleary re: mediation and allocation analysis | 1.0 | 14 |
| 6/27/2012 | Review discussion material prepared by UCC advisors | 2.0 | 6 |
| 6/27/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 6/28/2012 | Call with UCC advisors | 2.0 | 6 |
| 6/28/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 6/28/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 6/29/2012 | Review discussion material prepared by UCC advisors | 2.0 | 6 |
| 6/29/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| **June 2012 Total** | | **104.0** | |

**Nortel Networks, Inc**
June 1, 2012 - June 30, 2012 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | June 2012 Hours | Code |
|---|---|---:|---:|
| 6/1/2012 | Review US assets information and operating disbursments | 1.0 | 1 |
| 6/1/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 6/4/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 6/4/2012 | Call with UCC advisors | 2.0 | 6 |
| 6/5/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 6/6/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 6/7/2012 | Review US assets information and operating disbursments | 1.0 | 1 |
| 6/8/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 6/11/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 6/11/2012 | Call with UCC advisors | 4.0 | 6 |
| 6/11/2012 | Follow-up call w/ US estate's advisors | 1.0 | 5 |
| 6/12/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 6/14/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 6/14/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 6/15/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 6/19/2012 | Review cash flash report | 1.0 | 1 |
| 6/20/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 6/25/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 6/25/2012 | Call with UCC advisors | 2.0 | 6 |
| 6/26/2012 | Conference call with Cleary re: discussion material | 3.0 | 5 |
| 6/26/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 6/27/2012 | Review discussion material prepared by UCC advisors | 2.0 | 6 |
| 6/27/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 6/28/2012 | Call with UCC advisors | 2.0 | 6 |
| 6/28/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 6/28/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 6/29/2012 | Review discussion material prepared by UCC advisors | 2.0 | 6 |
| 6/29/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| | **June 2012 Total** | **71.0** | |