IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |
| | : | **Re: D.I. 8084 & 8085** |

---

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 2, 2012, copies of the **Scheduling Order For Hearing On Debtors' Process To Terminate Retiree Benefits Pursuant To 11 U.S.C. § 1114** (D.I. 8084, Entered 8/1/12) and **Scheduling Order For Hearing On Debtors' Process To Terminate LTD Benefits Pursuant To 11 U.S.C. § 105(a), 363 and 1108** (D.I. 8085, Entered 8/1/12) were served in the manner indicated upon the individuals identified on the attached service list.

Dated: August 2, 2012
Wilmington, Delaware

                                            CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                            James L. Bromley (admitted pro hac vice)
                                            Lisa M. Schweitzer (admitted pro hac vice)
                                            One Liberty Plaza
                                            New York, NY 10006
                                            Telephone: (212) 225-2000
                                            Facsimile: (212) 225-3999

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ William M. Alleman, Jr.*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
William M. Alleman, Jr. (No. 5449)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4498739.18

**Via First Class Mail**

Fred S. Hodara
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Albert Togut
Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

**Via Hand Delivery**

Rafael Xavier Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 North Market Street
17th Floor
Wilmington, DE 19801

Mark D. Collins
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

William F. Taylor, Jr.
McCarter & English LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801