# CERTIFICATE OF SERVICE

I, William M. Alleman, Jr., certify that I am not less than 18 years of age, and that service of the foregoing **Status Report on Avoidance Actions Assigned to the Honorable Kevin Gross, Chief Judge** was caused to be made on August 2, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: August 2, 2012                            */s/ William M. Alleman, Jr.*
Wilmington, Delaware                      William M. Alleman, Jr. (No. 5449)

5874093