# **EXHIBIT A**



## McCARTER & ENGLISH
### ATTORNEYS AT LAW

**Electronic Payment  Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

August 3, 2012
Invoice 7800862

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


**TOTAL FEES**................................................................................ $104,521.50
**TOTAL DISBURSEMENTS**.......................................................... 597.05

**TOTAL DUE THIS INVOICE** ....................................................... $105,118.55

**AMOUNT OUTSTANDING FROM PRIOR INVOICES** $88,213.95

**TOTAL AMOUNT DUE AS OF THIS INVOICE** $193,332.50


Please include this page with your remittance. Thank you.



**Electronic Payment Instructions**
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Page 1
August 3, 2012
Invoice 7800862

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


**TOTAL FEES**..................................................................................... $104,521.50
**TOTAL DISBURSEMENTS**.......................................................................... 597.05

**TOTAL DUE THIS INVOICE** ......................................................................... $105,118.55

**AMOUNT OUTSTANDING FROM PRIOR INVOICES** $88,213.95

**TOTAL AMOUNT DUE AS OF THIS INVOICE** $193,332.50

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

Professional Services Recorded Through 07/31/2012

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 07/02/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS (DOZENS) FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 1.20 |
| 07/05/12 | REVIEW OF EMAIL FROM RICHARD MILLIN REGARDING PREPARATION OF ARGUMENTS IN CONNECTION WITH OPPOSING A MOTION OF THE DEBTOR TO TERMINATE RETIREE WELFARE PLAN COVERAGE. | 02298/JSK | 0.25 |
| 07/05/12 | CONFER WITH COUNSEL, DEBTOR'S COUNSEL REGARDING FEE APPLICATIONS, OMNIBUS HEARINGS; | 04990/JFS | 0.40 |
| 07/06/12 | CONSIDERATION OF LEGAL ISSUES REGARDING ACTIONS TO BE TAKEN IN THE EVENT THAT NEGOTIATIONS DO NOT RESULT IN THE SETTLEMENT; REVIEW OF THE APPROPRIATE CASES IN CONNECTION WITH THE CHALLENGE TO TERMINATE THE RETIREE MEDICAL PLAN. | 00952/MAD | 1.00 |
| 07/06/12 | EXAMINATION OF LAW REGARDING WHETHER VEBAS MAY BE SET UP TO PROVIDE HEALTH CARE SPENDING ACCOUNTS SIMILAR TO A CAFETERIA PLAN TO ALLOW PARTICIPANTS TO USE THE SETTLEMENT PROCEEDS TO PAY A PORTION OR THEIR MEDICAL, LIFE AND LONG TERM CARE BENEFITS. | 00952/MAD | 2.00 |
| 07/06/12 | REVIEW OF EMAIL COMMUNICATION FROM RICHARD MILIN OF TOGUT AND KEVIN GREGSON REGARDING TAX ISSUES RELATED TO THE VEBA AND WHO WOULD PARTICIPATE IN SUCH A VEBA; COMMUNICATING AND CLARIFYING BY EMAIL ISSUES RAISED BY MR. MILIN. | 00952/MAD | 0.75 |
| 07/06/12 | TELEPHONE CONFERENCE WITH RON WINTER REGARDING ISSUES RELATED TO THE TAXATION OF THE DISTRIBUTIONS FROM THE SETTLEMENT AND WHETHER THERE ARE ANY TAX FREE VEHICLES TO PROVIDE SUCH BENEFITS. | 00952/MAD | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 07/06/12 | PREPARATION OF MEMORANDA TO ASSIST COUNSEL FOR THE COMMITTEE IN RESPONDING TO THE DEBTORS' ANTICIPATED MOTION TO TERMINATE RETIREE WELFARE BENEFITS IF MEDIATION FAILS. | 02298/JSK | 1.50 |
| 07/06/12 | LEGAL RESEARCH REGARDING POTENTIAL WELFARE REIMBURSEMENT ARRANGEMENTS FOR RETIREES THAT WOULD NOT BE TAXABLE TO RETIREES. | 03651/KAB | 2.50 |
| 07/09/12 | CONSIDERATION OF LEGAL ISSUES REGARDING WHETHER THERE ARE ANY TAX DRIVEN VEHICLES TO MAKE DISTRIBUTIONS FROM THE VEBA THAT WOULD BE TAX-EXEMPT AND PROVIDE CASH BENEFITS; REVIEW OF THE LAW REGARDING THE SAME. | 00952/MAD | 1.00 |
| 07/09/12 | EXAMINE AND ANALYZE AGENDA FOR NEXT HEARING AND CORRESPOND WITH LEAD COUNSEL RE ATTENDANCE ISSUES FOR SAME. | 02718/WFT | 0.30 |
| 07/09/12 | CONTINUING EXAMINATION OF LAW REGARDING THEORIES OF RECOVERY IN CONNECTION WITH PREPARATION OF MEMORANDUM THAT MAY BE CONVERTED TO A BRIEF POINT OPPOSING DEBTOR'S MOTION TO TERMINATED RETIREE WELFARE BENEFITS. | 02298/JSK | 0.75 |
| 07/10/12 | TELEPHONE CONFERENCE WITH KEVIN GREYSON DISCUSSING THE USE OF A HEALTH REIMBURSEMENT ARRANGEMENT TO FUND THE BENEFITS UNDER THE VEBA FOR THE EMPLOYEES WHO ELECTED MEDICAL AND THE IMPLICATIONS OF THE SAME. | 00952/MAD | 0.30 |
| 07/10/12 | REVIEW OF EMAIL COMMUNICATION FROM KEVIN GREGSON REGARDING THE STATUS OF THE NEGOTIATIONS WITH AETNA AND THE LIFE INSURANCE CARRIERS. | 00952/MAD | 0.20 |
| 07/10/12 | CONFERENCE CALL WITH NEIL BERGER, RICHARD MILIN AND BRIAN MOORE DISCUSSING VARIOUS ISSUES RELATED TO THE POSSIBLE USE OF A HEALTH REIMBURSEMENT ARRANGEMENT TO FUND THE DIFFERENT BENEFITS TO BE PROVIDED PURSUANT TO THE SETTLEMENT AGREEMENT. | 00952/MAD | 0.60 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 07/10/12 | PARTICIPATING IN A CONFERENCE CALL WITH THE PROFESSIONALS REGARDING THE STATUS OF THE MEDIATION AND THE DISCUSSIONS REGARDING THE VEBA AND THE AETNA INSURANCE CONTRACTS, THE LIFE INSURANCE VENDORS AND OTHER RELATED ISSUES IN CONNECTION WITH THE ALLOCATION OF THE PROPOSED SETTLEMENT. | 00952/MAD | 0.60 |
| 07/10/12 | FURTHER REVIEW OF THE IRS REVENUE RULING REGARDING HEALTH REIMBURSEMENT ACCOUNTS; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME AND THE USE OF THEM WITH A VEBA. | 00952/MAD | 0.50 |
| 07/10/12 | CONTINUED PREPARATION OF DRAFT MEMORANDUM UPON WHICH COUNSEL FOR THE COMMITTEE MAY BASE A BRIEF TO BE FILED IN OPPOSITION TO DEBTORS' MOTION TO TERMINATE RETIREE WELFARE BENEFIT PLANS; RELATED EXAMINATION OF LAW. | 02298/JSK | 2.20 |
| 07/10/12 | OFFICE CONFERENCE REGARDING RETIREE MEDICAL ARRANGEMENTS. | 03651/KAB | 0.20 |
| 07/10/12 | FURTHER CONSIDERATIONS AND LEGAL RESEARCH WITH RESPECT TO POTENTIAL ARRANGEMENTS UNDER WHICH THE SETTLEMENT CAN BE PROVIDED TO RETIREES ON A TAX-FREE BASIS. | 03651/KAB | 4.10 |
| 07/10/12 | FOLLOW-UP CONFERENCE WITH TOGUT FIRM REGARDING POTENTIAL ARRANGEMENT FOR RETIREE MEDICAL. | 03651/KAB | 0.60 |
| 07/10/12 | CONFERENCE WITH TOGUT AND A&M REGARDING POTENTIAL RETIREE MEDICAL ARRANGEMENTS. | 03651/KAB | 0.60 |
| 07/10/12 | PREPARE TELEPHONIC APPEARANCE FOR CO-COUNSEL FOR JULY 11, 2012 HEARING; | 04990/JFS | 0.30 |
| 07/11/12 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING THE MEDIATOR'S TERM SHEET AND THE UPDATED NORTEL TERM SHEET AND REVIEWING THE SAME. | 00952/MAD | 1.00 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 07/11/12 | REVIEW OF EMAIL COMMUNICATION FROM KEVIN GREGSON REGARDING THE STATUS OF THE COVENTOR AND DISCUSSIONS ABOUT PROVIDING LONG TERM INSURANCE. | 00952/MAD | 0.20 |
| 07/11/12 | CONSIDERATION OF LEGAL ISSUES REGARDING WHETHER THE VEBA CAN OFFER HEALTH REIMBURSEMENT ARRANGEMENTS TO PROVIDE RETIREE MEDICAL BENEFITS IN THE EVENT THE INSURANCE MAY NOT BE AVAILABLE THROUGH AETNA; REVIEW OF IRS NOTICE AND LETTER RULING. | 00952/MAD | 1.00 |
| 07/11/12 | EXAMINE AND ANALYZE PROPOSED 9TH MONTHLY CNO AND REVISE AND FINALIZE SAME FOR FILING AND SERVICE. | 02718/WFT | 0.30 |
| 07/11/12 | LEGAL RESEARCH WITH RESPECT TO HEALTH REIMBURSEMENT ARRANGEMENTS, AND USE OF SUCH ARRANGEMENTS TO PROVIDE RETIREE MEDICAL BENEFITS. | 03651/KAB | 1.00 |
| 07/11/12 | PREPARE DRAFT OF TENTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.30 |
| 07/11/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING NINTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.70 |
| 07/12/12 | PARTICIPATING IN A CALL OF THE PROFESSIONALS REGARDING THE DEBTOR'S REVISED TERM SHEET AND OTHER RELATED ISSUES RELATED TO THE MEDIATION. | 00952/MAD | 0.80 |
| 07/12/12 | CONSIDERATION OF LEGAL ISSUES RELATED TO THE TERM SHEET PROPOSED BY DEBTOR AND REVIEW OF THE SAME; PREPARING COMMENTS AND PROPOSED COMMENTS TO THE TERM SHEET; OFFICE CONFERENCE(JANE KIMBALL) DISCUSSING THE SAME; CONFERENCE CALL WITH RICHARD MILIN PROVIDING ADDITIONAL COMMENTS TO THE TERM SHEET AND DISCUSSING THE SAME. | 00952/MAD | 2.00 |
| 07/12/12 | EXAMINE AND ANALYZE DRAFT 10TH MONTH APPLICATION OF M&E (AND EXHIBITS), REVISE AND FINALIZE TO INSURE COMPLIANCE AND | 02718/WFT | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | ACCURACY OF SAME. | | |
| 07/12/12 | CONTINUED PREPARATION OF MEMORANDUM THAT MAY BE CONVERTED INTO A BRIEF IN OPPOSITION TO A MOTION TO TERMINATE RETIREE WELFARE BENEFITS. | 02298/JSK | 0.75 |
| 07/12/12 | REVIEW OF TERM SHEETS PROVIDED BY THE MEDIATOR AND COUNSEL FOR THE DEBTORS; PREPARATION OF MARKUP OF DEBTORS' TERM SHEET WITH QUESTIONS AND COMMENTS; CONFERRING WITH RESPECT TO WHETHER ANY REFERENCE SHOULD BE MADE TO COBRA CONTINUATION COVERAGE WITH RESPECT TO THE RETIREES. | 02298/JSK | 3.25 |
| 07/12/12 | FURTHER LEGAL RESEARCH REGARDING HEALTH REIMBURSEMENT ARRANGEMENTS AND CONSIDERATION OF FEASIBILITY OF SUCH ARRANGEMENTS IN THE CONTEXT OF THE CURRENT RETIREE WELFARE ISSUES. | 03651/KAB | 0.50 |
| 07/12/12 | REVISE AND ELECTRONICALLY FILE TENTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.70 |
| 07/13/12 | PARTICIPATING IN THE CONFERENCE CALL WITH THE RETIREE COMMITTEE UPDATING THEM ON THE STATUS OF THE MEDIATION, VEBA AND QUOTES FROM THE VENDORS. | 00952/MAD | 0.50 |
| 07/13/12 | EXAMINE AND ANALYZE PROPOSED CNO FOR TS&S 8TH MONTHLY; EDIT AND FINALIZE FOR APPROVAL OF FILING SAME. | 02718/WFT | 0.30 |
| 07/13/12 | FURTHER PREPARATION OF DRAFT MEMORANDUM TO FORM THE BASIS FOR A BRIEF POINT OPPOSING DEBTORS' MOTION TO TERMINATE RETIREE WELFARE BENEFITS. | 02298/JSK | 2.75 |
| 07/13/12 | REVIEW OF ORDERS ENTERED IN OTHER BANKRUPTCY PROCEEDINGS THAT RESOLVE CLAIMS UNDER SECTION 1114 OF THE BANKRUPTCY CODE IN CONNECTION WITH ANALYZING WHETHER ANY COBRA CONTINUATION COVERAGE ISSUES EXIST AND SHOULD BE COVERED AS PART OF A SETTLEMENT; CONFERRING REGARDING THE | 02298/JSK | 1.25 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | MATTER. | | |
| 07/13/12 | ATTENDANCE AT CONFERENCE CALL WITH COUNSEL FOR THE COMMITTEE AND COMMITTEE MEMBERS REGARDING STATUS OF MEDIATION INCLUDING REVIEW OF PROPOSED TERM SHEETS PROVIDED BY THE MEDIATOR AND COUNSEL FOR THE DEBTORS. | 02298/JSK | 0.75 |
| 07/13/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE APPLICATION OF TSS; | 04990/JFS | 0.50 |
| 07/14/12 | CONTINUED PREPARATION OF DRAFT BRIEF POINT THAT MAY BE FILED IN OPPOSITION TO DEBTORS' MOTION TO TERMINATE ALL RETIREE WELFARE PLANS, TO ESTABLISH THAT UNILATERAL CONTRACT PRINCIPLES APPLY TO ERISA-GOVERNED WELFARE PLANS SUCH THAT THE 1991 SUMMARY PLAN DESCRIPTION WHICH LIMITS THE RIGHT TO TERMINATE A PLAN TO CIRCUMSTANCES IN WHICH TERMINATION IS "NECESSARY," WILL GOVERN THE RIGHTS OF ALL NORTEL EMPLOYEES WHO WORKED AT ANY TIME WHILE THAT SUMMARY WAS IN CIRCULATION AND PRIOR TO THE ISSUANCE OF A LATER SUMMARY PLAN DESCRIPTION THAT BROADENS THE COMPANY'S RIGHT TO TERMINATE THE PLAN; RELATED EXAMINATION OF LAW. | 02298/JSK | 7.00 |
| 07/15/12 | CONTINUED PREPARATION OF BRIEF POINT REGARDING APPLICATION OF UNILATERAL CONTRACT PRINCIPLES IN ESTABLISHING RIGHTS OF DIFFERENT CLASSES OF RETIREES WHO WERE EMPLOYED DURING DIFFERENT TIME PERIODS WHEN DIFFERENT VERSIONS OF SUMMARY PLAN DESCRIPTIONS WERE IN PLACE, SOME CONTAINING MORE RESTRICTIVE RIGHTS TO TERMINATE THE PLAN THAN OTHERS. | 02298/JSK | 8.50 |
| 07/16/12 | CONFERENCE CALL WITH NEIL BERGER AND RICHARD MILIN DISCUSSING THE STATUS OF NORTEL'S AND CLEARY'S POSITION WITH RESPECT TO MAKING A CASH DISTRIBUTION VERSUS THE USE OF A VEBA AND PROVIDING ADVICE WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 07/16/12 | COMMUNICATING WITH KEVIN GREGSON REGARDING WHETHER A VIABLE CANDIDATE FOR THE LIFE INSURANCE AND LONG-TERM CARE HAS BEEN FOUND AND REVIEW OF THE HEALTHCARE INITIATE UPDATE. | 00952/MAD | 0.30 |
| 07/16/12 | CONSIDERATION OF ISSUES WITH RESPECT TO PROPOSED DRAFT BRIEF POINTS TO BE USED IN CONNECTION WITH THE MOTION TO OPPOSE THE MOTION TO TERMINATE THE RETIREE MEDICAL BENEFIT PLANS. | 00952/MAD | 0.80 |
| 07/16/12 | CONTINUED PREPARATION OF DRAFT BRIEF POINT TO OPPOSE DEBTORS' MOTION TO TERMINATE THE RETIREE WELFARE BENEFIT PLANS BY ESTABLISHING THAT SUCH TERMINATION WOULD VIOLATE ERISA AND THE TERMS OF THE PLAN THAT PROMISE LIFE-LONG RETIREE WELFARE BENEFITS. | 02298/JSK | 12.80 |
| 07/17/12 | CONSIDERATION OF LEGAL ISSUES REGARDING POSSIBLE MOTION TO TERMINATE THE RETIREE MEDICAL PLANS. | 00952/MAD | 0.50 |
| 07/17/12 | MEETING WITH NEIL BERGER, RICHARD MILIN AND DOUG GREER TO DISCUSS VEBA AND MEDICAL PLAN RELATED ISSUES AT TOGUT'S OFFICE. | 00952/MAD | 3.00 |
| 07/17/12 | REVIEW OF EMAIL COMMUNICATION FROM DOUG GREAR OF A&M REGARDING VEBA AND HRA ISSUES. | 00952/MAD | 0.20 |
| 07/17/12 | BRIEFLY REVIEW THE 265 PAGE TRANSCRIPT OF 7/11 HEARING REQUESTED BY LEAD COUNSEL; CORRESPOND WITH LEAD COUNSEL ACCORDINGLY. | 02718/WFT | 1.30 |
| 07/17/12 | EXAMINE AND ANALYZE THE AS FILED CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTH MONTHLY APPLICATION OF TOGUT, SEGAL & SEGAL LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND CORRESPOND WITH LEAD COUNSEL RE SAME. | 02718/WFT | 0.30 |
| 07/17/12 | CORRESPOND WITH LEAD COUNSEL ON THE JULY 11TH HEARING AND TRANSCRIPTION OF | 02718/WFT | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | SAME. | | |
| 07/17/12 | CONTINUED PREPARATION OF BRIEF POINT ESTABLISHING THAT EARLIER SUMMARY PLAN DESCRIPTIONS LIMITING NORTEL'S ABILITY TO DISCONTINUE THE PLANS TO CASES OF "NECESSITY" WILL CONTINUE TO GOVERN THE RIGHTS OF ALL EMPLOYEES WORKING DURING THE TIME THOSE SUMMARIES WERE IN CIRCULATION AND THAT ISSUANCE OF LATER SUMMARY PLAN DESCRIPTIONS CONTAINING UNQUALIFIED RIGHTS TO TERMINATE THE PLAN ARE OF NO EFFECT WITH RESPECT TO SUCH EMPLOYEES. | 02298/JSK | 10.40 |
| 07/17/12 | OFFICE CONFERENCE REGARDING HEALTH REIMBURSEMENT ARRANGEMENTS AND FURTHER LEGAL RESEARCH REGARDING THE SAME. | 03651/KAB | 0.75 |
| 07/17/12 | CORRESPONDENCE FROM W. TAYLOR RE: TRANSCRIPT, CALL COURT REPORTER RE: TRANSCRIPT | 05176/C-T | 0.90 |
| 07/18/12 | REVIEW OF THE REVISED TERM SHEET AND PREPARATION AND MARK UP OF THE SAME AND FORWARDING COMMENTS TO RICHARD MILIN. | 00952/MAD | 2.00 |
| 07/18/12 | CONFERENCE CALL WITH NEIL BERGER AND RICHARD MILIN DISCUSSING COMMENTS TO REVISED TERM SHEET. | 00952/MAD | 0.40 |
| 07/18/12 | MEETING WITH MEMBERS OF THE TOGUT FIRM, A AND M, AND THE RETIREE COMMITTEE IN NYC. | 00952/MAD | 3.50 |
| 07/18/12 | MEETING WITH NEIL BERGER AND RICHARD MILIN DISCUSSING THE STRUCTURE OF SPV; CONFERRING WITH RICHARD LEVIN, MEDIATOR. | 00952/MAD | 0.70 |
| 07/18/12 | CONFERRING WITH NEIL BERGER REGARDING KEVIN GRAYSON'S FINDINGS RELATED TO THE AETNA CONTRACT AND THE SUBSIDY AMOUNT; REVIEW OF EMAIL COMMUNICATION REGARDING THE SAME. | 00952/MAD | 0.70 |
| 07/18/12 | REVIEW AND MARK UP OF RETIREE COMMITTEE'S REVISED DRAFT SETTLEMENT TERM SHEET. | 02298/JSK | 1.00 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 07/18/12 | CONTINUED PREPARATION OF BRIEF POINT ESTABLISHING THAT UNILATERAL CONTRACT PRINCIPLES APPLY UNDER ERISA IN DETERMINING THE RIGHTS OF VARIOUS CLASSES OF RETIREES TO ASSERT "CONTRACTUAL VESTING" UNDER THE RETIREE WELFARE PLANS. | 02298/JSK | 11.50 |
| 07/18/12 | REVIEW OF PRECEDENT COURT ORDERS TO DETERMINE THE EXTENT TO WHICH THE DETAILS OF THE RETIREE WELFARE FUNDING MECHANISM WAS REFLECTED IN THE ORDERS. | 03651/KAB | 1.00 |
| 07/19/12 | ATTENDING AND PARTICIPATING IN LENGTHY MEETING OF THE RETIREE COMMITTEE, DEBTOR AND DEBTOR'S COUNSEL AND THE MEDIATOR AT CRAVATH OFFICE. | 00952/MAD | 16.00 |
| 07/19/12 | TELEPHONE CALL TO K. BROWN; RESEARCH 501(C)(9), REGARDING ESTABLISHMENT OF LLC TO PROVIDE RETIREE BENEFITS. | 03600/JEH | 1.00 |
| 07/19/12 | CONSIDERATION OF TAX ISSUES REGARDING CONTRIBUTION OF MONEY TO LLC AND THEREAFTER TO A VEBA TRUST. | 03567/JSM | 0.80 |
| 07/19/12 | EXAMINE AND ANALYZE THE MOTION OF THE LTD COMMITTEE TO FURTHER EXTEND THE LIMITS OF FUNDING OF SAME. | 02718/WFT | 0.30 |
| 07/19/12 | CONTINUED PREPARATION OF BRIEF POINT TO ESTABLISH THAT THE RESTRICTION CONTAINED IN EARLIER SUMMARY PLAN DESCRIPTIONS WHEREBY THE PLAN WOULD BE TERMINATED ONLY "IF NECESSARY," APPLIES TO EMPLOYEES WHO CONTINUED IN ACTIVE STATUS SUBSEQUENT TO ISSUANCE OF LATER SUMMARY PLAN DESCRIPTIONS RESERVING TO NORTEL A BROADER RIGHT TO TERMINATE THE PLAN; RELATED EXAMINATION OF LAW. | 02298/JSK | 12.50 |
| 07/19/12 | LEGAL RESEARCH IN CONNECTION WITH FORMING AN LLC TO HOLD SETTLEMENT FUNDS AND PROVIDE EMPLOYEE BENEFITS, AND CONFERENCE WITH J MULLER AND J HOROWITZ REGARDING THE SAME. | 03651/KAB | 2.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 07/20/12 | CONFERRING WITH NEIL BERGER REGARDING STRATEGIES WITH RESPECT TO THE CONTINUATION OF NEGOTIATIONS REGARDING THE VEBA. | 00952/MAD | 0.40 |
| 07/20/12 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER SUMMARIZING THE MEDIATION AND THE PROPOSED ACTION ITEM REGARDING FUTURE DISCUSSIONS RELATED TO THE MEDIATION. | 00952/MAD | 0.30 |
| 07/20/12 | REVIEW OF EMAIL COMMUNICATION FROM RICHARD MILIN FORWARDING RICHARD LEVIN'S EMAIL OUTLINING TWO ISSUES THAT REMAIN UNRESOLVED WITH RESPECT TO THE NORTEL TERM SHEET AND CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO ALTERNATIVE TAX EFFICIENT STRUCTURE FOR THE DISTRIBUTION OF THE SETTLEMENT AMOUNT. | 00952/MAD | 1.50 |
| 07/20/12 | ATTENDING AND PARTICIPATING IN LENGTHY MEETING OF THE RETIREE COMMITTEE, DEBTOR AND DEBTOR'S COUNSEL AND THE MEDIATOR (CONTINUATION FROM THURSDAY). | 00952/MAD | 2.00 |
| 07/20/12 | CONFERRING WITH DOUG GREER REGARDING THE MEDIATION ISSUES AND THE CALCULATION OF EACH PARTICIPANT'S BENEFIT THAT WOULD BE INCLUDED IN THE SETTLEMENT AGREEMENT AND THE IMPLICATION OF USING ALTERNATIVE TAX DRIVEN STRUCTURES OTHER THAN A VEBA. | 00952/MAD | 0.30 |
| 07/20/12 | FINALIZING BRIEF POINT ESTABLISHING THAT RESTRICTIONS CONTAINED IN EARLIER SUMMARY PLAN DESCRIPTIONS WHEREBY THE PLAN WOULD BE TERMINATED ONLY "IF NECESSARY," APPLY TO NORTEL EMPLOYEES WHO WERE WORKING AT THE TIME THOSE EARLIER SUMMARIES WERE DISTRIBUTED AND CONTINUED WORKING SUBSEQUENT TO ISSUANCE OF LATER SUMMARIES RESERVING TO NORTEL A BROADER RIGHT TO TERMINATE THE PLAN; RELATED EXAMINATION OF LAW. | 02298/JSK | 4.00 |
| 07/20/12 | REVIEWING PUBLIC FILINGS OF PRECEDENT STAND-ALONE VEBAS. | 03651/KAB | 1.00 |
| 07/21/12 | CONFERRING WITH RICHARD MILIN, NEIL | 00952/MAD | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | BERGER AND KEVIN GREGSON OF A&M DISCUSSING THE STRATEGIES REGARDING THE UPCOMING CONFERENCE CALL WITH CLEARY AS IT RELATES TO THE VEBA STRUCTURE AND THE ALTERNATIVE STRUCTURES. | | |
| 07/21/12 | FURTHER REVIEW OF VEBA PRECEDENCE IN BANKRUPTCY SITUATIONS REGARDING THE TRANSFER OF SETTLEMENT AMOUNTS TO PAY FOR RETIREE MEDICAL AND OTHER WELFARE BENEFIT SUBSEQUENT TO THE TERMINATION OF THE PLANS AND CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO ALTERNATIVE STRUCTURES TO AVOID ADVERSE TAX CONSEQUENCES ON THE SETTLEMENT AMOUNT. | 00952/MAD | 1.50 |
| 07/22/12 | COMMUNICATING WITH RICHARD LEVIN, THE MEDIATOR, FORWARDING HIM INFORMATION RELATED TO PRIOR PRECEDENCE WITH RESPECT TO ESTABLISHMENT OF VEBAS IN BANKRUPTCY SITUATIONS AND CONFERRING WITH RICHARD LEVIN REGARDING THE SAME. | 00952/MAD | 0.50 |
| 07/22/12 | EXAMINATION OF LAW REGARDING ISSUES RELATED TO ALTERNATIVE VEBA-RELATED STRUCTURES AND REVIEW OF THE OTHER VEBAS ESTABLISHED IN BANKRUPTCY PROCEEDINGS. | 00952/MAD | 1.50 |
| 07/22/12 | LENGTHY CONFERENCE CALL WITH REPRESENTATIVES OF CLEARY, RICHARD MILLIN, KEVIN GREGSON OF A&M DISCUSSING AT LENGTH VARIOUS ISSUES AND CLEARY'S PERSPECTIVE AND POINT OF VIEW WITH RESPECT TO ESTABLISHING A VEBA. | 00952/MAD | 0.60 |
| 07/22/12 | OFFICE CONFERENCE DISCUSSING WHETHER A DISREGARDED ENTITY MAY BE IN THE FORM OF AN LLC WITH A TRUST AS THE SOLE MEMBER TO PROVIDE FOR THE STRUCTURE SUGGESTED BY CLEARY; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.30 |
| 07/22/12 | LENGTHY FOLLOW-UP CONFERENCE WITH RICHARD MILLIN AND KEVIN GREGSON DISCUSSING STRATEGIES RELATED TO PROVIDING ALTERNATIVE TAX-EFFICIENT STRUCTURE FOR THE RECEIPT OF THE | 00952/MAD | 1.00 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | SETTLEMENT AMOUNT OTHER THAN A VEBA. | | |
| 07/23/12 | OFFICE CONFERENCE WITH TAX PARTNER DISCUSSING HOW THE LLC PROPOSAL BY CLEARY WOULD IMPACT THE TAX CONSEQUENCES OF THE SETTLEMENT AMOUNT IF PAID TO AN LLC VERSUS A VEBA; CONTINUED EXAMINATION OF LAW REGARDING THE SAME. | 00952/MAD | 1.00 |
| 07/23/12 | COMMUNICATING WITH RICH LEVIN, THE MEDIATOR, REGARDING PROPOSED QUESTIONS TO CLEARY WITH RESPECT TO HOW THE LLC PROPOSAL WOULD BE IMPLEMENTED. | 00952/MAD | 0.30 |
| 07/23/12 | ATTENTION TO ISSUES RELATED TO THE VEBA STRUCTURE, THE TAX IMPLICATIONS, AND THE LLC PROPOSAL. | 00952/MAD | 1.50 |
| 07/23/12 | CONFERENCE CALL WITH AL TOGUT, NEIL BERGER AND RICHARD MILIN DISCUSSING STRATEGIES WITH RESPECT TO THE VEBA STRUCTURE AND OTHER RELATED ISSUES. | 00952/MAD | 0.30 |
| 07/23/12 | OFFICE CONFERENCE WITH MARK DANIELE REGARDING LLC ISSUES. | 05237/AFK | 0.30 |
| 07/24/12 | CONFERRING WITH RICHARD MILIN REGARDING ISSUES RELATED TO THE LETTER SUMMARIZING THE LACK OF RISKS AND THE PROPOSAL ALTERNATIVES WITH RESPECT TO THE SAME; EXAMINATION OF LAW REGARDING WHETHER THE LLC PROPOSAL SUGGESTED BY CLEARY AND THE IMPLICATIONS OF THE SAME FOR THE TAXATION OF THE SETTLEMENT AMOUNT IF SUCH A PAYMENT IS MADE BY NORTEL AND ATTENTION TO OTHER MATTERS RELATED TO THE NEGOTIATIONS FOR THE SETTLEMENT. | 00952/MAD | 1.50 |
| 07/24/12 | TELEPHONE CONFERENCE WITH RON WINTERS DISCUSSING VEBA RELATED ISSUES AS WELL AS THE CAPTIVE INSURANCE MATTER. | 00952/MAD | 0.20 |
| 07/24/12 | DRAFT, REVISE AND FINALIZE FOR FILING THE 9TH MONTHLY APPLICATION OF TS&S. | 02718/WFT | 0.30 |
| 07/25/12 | EXAMINATION OF LAW REGARDING STRUCTURE ISSUES RELATED TO THE SETTLEMENT AMOUNT AND WHETHER AN LLC MAY BE USED TO HOLD | 00952/MAD | 3.00 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | THE AMOUNTS RECEIVED IN SETTLEMENT WITHOUT TAXATION; CONSIDERATION OF LEGAL ISSUES REGARDING THE RISKS ASSOCIATED WITH ESTABLISHING A VEBA AS SUGGESTED BY NORTEL; PREPARATION OF ISSUES TO BE ADDRESSED IN PROPOSED LETTER TO ARTHUR KOHN AT CLEARY. | | |
| 07/25/12 | CONFER WITH NEIL BERGER REGARDING VEBA RELATED ISSUES AND STRUCTURE. | 00952/MAD | 0.50 |
| 07/25/12 | CONFERENCE CALL WITH NEIL BERGER AND KEVIN GREGSON OF A&M DISCUSSING SPECIAL PURPOSE VEHICLE STRUCTURE RELATED ISSUES. | 00952/MAD | 0.70 |
| 07/25/12 | CONFERRING WITH RESPECT TO ISSUES RELATED TO A PROPOSED LETTER TO ARTHUR KOHN REGARDING HOW THE TRANSFER SETTLEMENT PROCEEDS TO A VEBA PROVIDES ANY LIABILITY TO NORTEL. | 00952/MAD | 0.50 |
| 07/25/12 | OFFICE CONFERENCE WITH MARK DANIELE REGARDING LLC ISSUE. | 05237/AFK | 0.10 |
| 07/25/12 | CONFERRING REGARDING PREPARATION OF LETTER TO BE ADDRESSED TO THE DEBTORS REGARDING THEIR RESISTANCE TO HAVING SETTLEMENT PROCEEDS TRANSFERRED TO A VEBA THAT WOULD ESTABLISH A WELFARE PLAN FOR FORMER NORTEL RETIREES. | 02298/JSK | 0.80 |
| 07/25/12 | REVISE AND ELECTRONICALLY FILE NINTH MONTHLY FEE APPLICATION OF TSS; ASSIST WITH SERVICE OF SAME; | 04990/JFS | 0.70 |
| 07/26/12 | REVIEW OF ISSUES RELATED TO THE LETTER TO MOTION SCHEDULING TIMETABLE AND QUESTIONS RELATED TO THE ADEQUACY OF THE SAME (.50); CONFERRING WITH RICHARD MILIN REGARDING THE SAME (.50). | 00952/MAD | 1.00 |
| 07/26/12 | REVIEWING AND REVISING THE PROPOSED DRAFT LETTER TO ARTHUR KOHN OF CLEARY REGARDING THE TRANSFER OF ANY SETTLEMENT AMOUNT TO THE VEBA AND THE IMPLICATIONS OF THE SAME AND WHETHER THERE WAS ANY LIABILITY TO NORTEL; COMMUNICATING WITH NEIL BERGER, AL TOGUT | 00952/MAD | 2.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | AND RICHARD MILIN REGARDING ISSUES RELATED TO THE SAME. | | |
| 07/26/12 | CONFERRING WITH THE IRS ON A NO NAME BASIS REGARDING STRUCTURE ISSUES FOR THE PROPOSED SETTLEMENT. | 00952/MAD | 0.70 |
| 07/26/12 | CONFERENCE WITH NEIL BERGER, RICHARD MILIN AND KEVIN GRAYSON DISCUSSING THE STRATEGIES WITH RESPECT TO VEBA LIMITATION AND THE USE OF AN LLC AND POTENTIAL CAPTIVE INSURANCE IN RESPONSE TO NORTEL'S REFUSAL TO TRANSFER A SETTLEMENT AMOUNT TO VEBA. | 00952/MAD | 0.70 |
| 07/26/12 | REVIEWING PLEADINGS AND ISSUES RELATING TO THE SECTION 1114 MOTION; CONSIDERATION WITH RESPECT TO RESPONSE AND APPROACH TO SCHEDULING SUGGESTED BY DEBTORS; CONFERRING AND COMMUNICATING WITH MR. MILIN | 00246/WTR | 2.10 |
| 07/26/12 | FINALIZING INITIAL DRAFT OF LETTER TO BE PROVIDED TO COUNSEL FOR THE DEBTORS REGARDING WHY ESTABLISHMENT OF A VEBA TO WHICH SETTLEMENT PROCEEDS WILL BE TRANSFERRED IMPOSES NO RISK OF LIABILITY WITH RESPECT TO NORTEL OR JOHN RAY III. | 02298/JSK | 2.50 |
| 07/26/12 | PREPARATION OF INITIAL DRAFT OF LETTER TO BE PROVIDED TO COUNSEL FOR THE DEBTORS EXPLAINING WHY THERE IS NO RISK OF LIABILITY TO NORTEL OR JOHN RAY III IF SETTLEMENT PROCEEDS ARE TRANSFERRED TO A VEBA TO BE ESTABLISHED TO PROVIDE POST-RETIREMENT WELFARE BENEFITS TO THE FORMER NORTEL RETIREES. | 02298/JSK | 5.50 |
| 07/26/12 | TELEPHONE CALL WITH COUNSEL FOR THE 1114 COMMITTEE REGARDING STATUS OF LETTER TO BE PROVIDED TO COUNSEL FOR THE DEBTORS QUESTIONING THEIR VIEW THAT ESTABLISHMENT OF A VEBA TO ACCEPT SETTLEMENT PROCEEDS WILL IMPOSE AN UNACCEPTABLE RISK OF LIABILITY UPON NORTEL OR JOHN RAY III. | 02298/JSK | 0.70 |
| 07/26/12 | CONFERRING REGARDING POINTS TO BE MADE IN LETTER TO BE DRAFTED AND PROVIDED TO | 02298/JSK | 1.00 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
|  | COUNSEL FOR THE DEBTORS ESTABLISHING THAT TRANSFER OF ANY SETTLEMENT PROCEEDS TO A VEBA WILL NOT OPERATE TO IMPOSE ANY RISK OF LIABILITY ON THE DEBTORS OR JOHN RAY III. |  |  |
| 07/26/12 | REVIEW AND ANALYSIS SCHEDULING ORDERS ON SECTION 1114 TRIALS ENTERED IN OTHER LARGE BANKRUPTCY PROCEEDINGS (2.2); TELEPHONIC CONFERENCE WITH W. REILLY RE NATURE OF SECTION 1114 TRIALS AND DISCOVERY NEEDED (0.4); | 05147/SHB | 2.60 |
| 07/26/12 | OFFICE CONFERENCE REGARDING ANY POTENTIAL RISKS TO A BANKRUPTCY DEBTOR IN CONNECTION WITH A STAND-ALONE VEBA, RESEARCHING ADDITIONAL CASES WHERE VEBAS HAVE BEEN USED (BOTH BANKRUPTCY AND NON-BANKRUPTCY CASES), DRAFTING INSERTS FOR LETTER TO DEBTOR REGARDING SUCH CASES, AND REVIEW AND REVISIONS TO LETTER TO DEBTOR REGARDING THE SAME. | 03651/KAB | 8.75 |
| 07/26/12 | CONFERENCE CALL WITH TOGUT FIRM REGARDING LETTER TO DEBTOR ON VEBA ISSUES. | 03651/KAB | 0.75 |
| 07/26/12 | RESEARCH REGARDING COMMITTEE OF RETIREES FOR SCHEDULING STATEMENTS | 04936/SLL | 1.00 |
| 07/26/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING SERVICE OF NINTH MONTHLY FEE APPLICATION OF TSS; | 04990/JFS | 0.20 |
| 07/27/12 | REVIEWING AND REVISING THE FORM OF LETTER TO ARTHUR KOHN REGARDING THE VEBA; REVIEW OF THE REVISED DRAFT; COMMUNICATING WITH NEIL BERGER FORWARDING THE LETTER. | 00952/MAD | 1.50 |
| 07/27/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE VEBA STRUCTURE, WHETHER THROUGH A CAPTIVE INSURANCE OR THE USE OF AN LLC. | 00952/MAD | 1.50 |
| 07/27/12 | REVIEWING ISSUES REGARDING SECTION 1114 MOTION AND PROPOSED SCHEDULING | 00246/WTR | 0.90 |
| 07/27/12 | FINALIZING DRAFT LETTER TO COUNSEL FOR | 02298/JSK | 4.25 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | THE DEBTORS EXPLAINING WHY THERE IS NO RISK OF LIABILITY TO NORTEL OR JOHN RAY III IF SETTLEMENT PROCEEDS ARE TRANSFERRED TO A VEBA TO BE ESTABLISHED TO PROVIDE POST-RETIREMENT WELFARE BENEFITS TO FORMER NORTEL RETIREES. | | |
| 07/27/12 | REVIEW PROPOSED PRE-TRAIL ORDERS ENTERED IN SIMILAR SIZED BANKRUPTCY CASES AND ANALYSIS OF DEBTORS' PROPOSED FORM OF PRETRIAL ORDER (2.2); TELEPHONIC CONFERENCE WITH W. REILLY RE SAME; | 05147/SHB | 2.40 |
| 07/27/12 | RESEARCH RE: MOTION AND SCHEDULING ORDERS FOR MODIFYING BENEFITS FOR RETIREES; RESEARCH RE: PRE-TRIAL SCHEDULING ORDERS PER SECTION 1114; UPDATE DEBTOR'S PROPOSED TIMELINES FOR SECTION 1114 MOTIONS | 04936/SLL | 1.70 |
| 07/28/12 | REVIEWING MATERIALS IN NWA BANKRUPTCY RELATIVE TO SECTION 1114 MOTION AND CONSIDERATION OF ASSISTANCE AS TO NORTEL MOTION | 00246/WTR | 0.80 |
| 07/28/12 | DRAFT EXTENSIVE E-MAIL EXPLAINING AND TRANSMITTING SECTION 1114 PLEADINGS FROM THE NORTHWEST AIRLINES BANKRUPTCY TO RICHARD MILIN AND NEAL BERGER (0.2); DRAFT EXTENSIVE E-MAIL EXPLAINING AND TRANSMITTING ANALYSIS OF REVIEW OF SCHEDULING ORDERS ENTERED IN OTHER SECTION 1114 PROCEEDINGS (0.2); | 05147/SHB | 0.40 |
| 07/30/12 | FURTHER EXAMINATION OF LAW REGARDING ISSUES RELATED TO SETTING UP A LLC WHICH WOULD BE A DISREGARDED ENTITY FOR TAX PURPOSES TO RECEIVE THE PROCEEDS OF ANY SETTLEMENT AMOUNT AND THE LCC WHICH CONTRIBUTES SUCH SETTLEMENT TO A VEBA; COMMENCE PREPARATION OF OUTLINE OF ISSUES AND SUMMARY OF THE TRANSACTION. | 00952/MAD | 2.00 |
| 07/30/12 | CONFERRING WITH NEIL BERGER REGARDING THE UPDATE FOR THE COMMITTEE AND THE SCHEDULING FOR THE MOTION TO TERMINATE THE PLANS AND THE IMPLICATIONS OF THE SAME. | 00952/MAD | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 07/30/12 | CONTINUED PREPARATION OF AN OUTLINE OF ISSUES RELATED TO THE LLC ALTERNATIVE, RATHER THAN THE DIRECT PAYMENT OF THE SETTLEMENT AMOUNT TO THE VEBA. | 00952/MAD | 1.00 |
| 07/30/12 | OFFICE CONFERENCE WITH MARK DANIELE. | 05237/AFK | 0.20 |
| 07/30/12 | RESEARCHING PRECEDENT CASES TO DETERMINE THE PROCESS BY WHICH THE PAYMENTS WERE MADE TO THE TRUST. | 03651/KAB | 0.60 |
| 07/30/12 | REVIEW AND CONSIDERATION OF DANA CORPORATION BANKRUPTCY DOCKET FOR INFORMATION RELATING TO VEBA AGREEMENTS; CONFERRED WITH KBROWN REGARDING THE SAME | 04979/CEM | 0.70 |
| 07/31/12 | LENGTHY CONFERENCE CALL WITH RICHARD MILIN, NEIL BERGER, JANE KIMBALL, BILL REILLY AND SCOTT BERNSTEIN DISCUSSING VARIOUS ISSUES RELATED TO THE UPCOMING MOTION; PREPARING FOR THE SAME. | 00952/MAD | 1.50 |
| 07/31/12 | MEETING WITH JANE KIMBALL AND BILL REILLY IN PREPARATION FOR CONFERENCE CALL WITH NEIL BERGER AND RICHARD MILIN DISCUSSING THE UPCOMING MOTION REGARDING THE SCHEDULING CONFERENCE. | 00952/MAD | 0.50 |
| 07/31/12 | REVIEW OF BULLET POINTS FOR ORAL ARGUMENT FOR MOTION ON SCHEDULING AND CASE SUMMARY. | 00952/MAD | 0.50 |
| 07/31/12 | CONFERRING WITH RICHARD MILIN AND NEIL BERGER REGARDING THE LLC FORM OF STRUCTURE IN BETWEEN THE DEBTOR AND THE VEBA AND THE CONSEQUENCES OF THE SAME; CONTINUED PREPARATION OF SUMMARY OF THE TAX CONSEQUENCES. | 00952/MAD | 0.80 |
| 07/31/12 | REVIEW OF THE MOTION TO TERMINATE THE RETIREE MEDICAL; PREPARATION OF COMMENTS THERETO. | 00952/MAD | 1.00 |
| 07/31/12 | CONFERENCE CALL WITH MR. MILIN IN ADVANCE OF HIS COURT APPEARANCE; REVIEWING SECTION 1114 MOTION AND RECENT FILINGS; DRAFTING BULLET POINTS FOR ARGUMENT; | 00246/WTR | 3.20 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | REVIEWING LEGAL ISSUES RELATING THERETO | | |
| 07/31/12 | CALL AND CORRESPOND WITH MR BERGER RE ISSUES FOR HEARING TOMORROW. | 02718/WFT | 0.30 |
| 07/31/12 | EXAMINE AND ANALYZE LATEST AGENDA FOR HEARING TOMORROW AND CORRESPOND AND UPDATE ALL COUNSEL RE ISSUES FOR SAME. | 02718/WFT | 0.30 |
| 07/31/12 | EXAMINE AND ANALYZE CORRESPONDENCE FORM LEAD COUNSEL AND THE PROPOSED SCHEDULING ORDER THE DEBTORS HAVE PROPOSED. | 02718/WFT | 0.30 |
| 07/31/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS (20 +) FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.80 |
| 07/31/12 | CALL WITH COUNSEL FOR THE RETIREE COMMITTEE REGARDING STRATEGY IN ADDRESSING DISCOVERY ISSUES PERTAINING TO DEBTORS' MOTION TO TERMINATE RETIREE WELFARE PLANS. | 02298/JSK | 1.75 |
| 07/31/12 | COMPILING AND TRANSMITTING TO COUNSEL FOR THE RETIREE COMMITTEE JUDICIAL DECISIONS IN SUPPORT OF ARGUMENTS PERTAINING TO PROPOSED SCHEDULING OF DISCOVERY PERTAINING TO DEBTORS' MOTION TO TERMINATE THE RETIREE WELFARE PLANS. | 02298/JSK | 5.10 |
| 07/31/12 | CONFERRING REGARDING STRATEGY IN ADDRESSING DISCOVERY SCHEDULES PROPOSED IN CONNECTION WITH DEBTORS' MOTION TO TERMINATE RETIREE WELFARE PLANS. | 02298/JSK | 0.25 |
| 07/31/12 | REVIEW OF DEBTORS' MOTION TO TERMINATE RETIREE WELFARE PLANS. | 02298/JSK | 1.75 |
| 07/31/12 | REVIEW AND ANALYSIS OF MOTION TO TERMINATE RETIREE BENEFITS (1.4); CONFERENCES WITH M. DANIELLE, B. RILEY AND J. KIMBALL RE SAME AND DISCOVERY NEEDED (2.8); | 05147/SHB | 3.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 07/31/12 | REVIEW AND ANALYSIS OF CASE STATUS INCLUDING CURRENT PROPOSED SCHEDULING ORDER AND OTHER ISSUES TO BE ADDRESSED AT 8/1 HEARING. | 03706/KRB | 0.60 |
| 07/31/12 | CONFER WITH COUNSEL AND CONFIRM WITH VENDOR REGARDING PICK UP FOR NORTEL OMNIBUS HEARING ON AUGUST 1, 2012; | 04990/JFS | 0.30 |
| | | TOTAL HOURS: | 240.45 |

**TOTAL FEES**............................................................ $104,521.50
**TOTAL DISBURSEMENTS**.........................................     597.05

**TOTAL DUE THIS INVOICE** ...................................... $105,118.55

**AMOUNT OUTSTANDING FROM PRIOR INVOICES**     $88,213.95

**TOTAL AMOUNT DUE AS OF THIS INVOICE**     $193,332.50

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

|  |  |  | HOURS |  | RATE | VALUE |
|---|---|---|---|---|---|---|
| 03567 | JEFFREY S. MULLER | PARTNER | 0.80 | Hours @ | 390.00 | 312.00 |
| 05237 | ALAN F. KORNSTEIN | PARTNER | 0.60 | Hours @ | 520.00 | 312.00 |
| 00952 | MARK A. DANIELE | PARTNER | 76.75 | Hours @ | 525.00 | 40,293.75 |
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 6.80 | Hours @ | 525.00 | 3,570.00 |
| 00246 | WILLIAM T. REILLY | PARTNER | 7.00 | Hours @ | 550.00 | 3,850.00 |
| 03600 | JOEL E. HOROWITZ | PARTNER | 1.00 | Hours @ | 570.00 | 570.00 |
| 02298 | JANE S. KIMBALL | SPEC COUNSEL | 104.75 | Hours @ | 390.00 | 40,852.50 |
| 04979 | CHRISTOPHER, E MANELLA | ASSOCIATE | 0.70 | Hours @ | 220.00 | 154.00 |
| 03706 | KATE R. BUCK | ASSOCIATE | 0.60 | Hours @ | 295.00 | 177.00 |
| 05147 | SCOTT H. BERNSTEIN | ASSOCIATE | 8.90 | Hours @ | 370.00 | 3,293.00 |
| 03651 | KEVIN A. BROWN | ASSOCIATE | 24.85 | Hours @ | 385.00 | 9,567.25 |
| 05176 | CARRIE TAYLOR | PARALEGAL | 0.90 | Hours @ | 180.00 | 162.00 |
| 04936 | STACY LIPSTEIN | PARALEGAL | 2.70 | Hours @ | 195.00 | 526.50 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 4.10 | Hours @ | 215.00 | 881.50 |
| **ATTORNEY TOTALS:** |  |  | **240.45** |  |  | **104,521.50** |