# **EXHIBIT B**

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DISBURSEMENTS | | VALUE |
|---|---|---|---|
| 07/10/2012 | PHOTOCOPIES | 22.20 | |
| 07/12/2012 | PHOTOCOPIES | 22.20 | |
| 07/16/2012 | PHOTOCOPIES | 0.75 | |
| 07/17/2012 | PHOTOCOPIES | 0.75 | |
| | **Total For: PHOTOCOPIES** | | **45.90** |
| 06/28/2012 | LIBRARY RESEARCH - PACER | 74.20 | |
| 07/14/2012 | LIBRARY RESEARCH | 173.86 | |
| 07/20/2012 | LIBRARY RESEARCH | 37.28 | |
| 07/31/2012 | LIBRARY RESEARCH | 25.06 | |
| | **Total For: LIBRARY RESEARCH** | | **310.40** |
| 07/11/2012 | FOR FIRST COPY OF CASE NO. 09-10138-KG / NORTEL NETWORKS INC. | 238.50 | |
| | **Total For: SERVICES** | | **238.50** |
| 05/24/2012 | TRAVEL TO ALVAREZ & MARSELLS OFFICE FOR MEETING WITH RON WINTER (SUBWAY: $2.25). | 2.25 | |
| | **Total For: TRAVEL** | | **2.25** |

**TOTAL DISBURSEMENTS** ............................................................   **$597.05**