IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al*., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 7929**

On July 2, 2012 Benesch, Friedlander, Coplan & Aronoff, LLP, (the "Applicant"), filed its Twentieth Application for Interim Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors for the Period From May 1, 2012 Through May 31, 2012 (the "Application").  Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than July 23, 2012 at 4:00 p.m. (ET).  The undersigned hereby certifies that he has received no formal answers, objections or responsive pleadings with respect to the Application and that no answer, objection or other responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Compensation Order dated February 4, 2009 and entered at Docket No. 222, the Debtors are authorized to pay Applicant $2,329.60, which represents 80% of the fees requested, and $157.35, which represents 100% of the expenses requested in the Application upon filing this Certification of No Objection and without the need for entry of a Court order approving Application.

Dated: August 3, 2012
                              **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
        Raymond H. Lemisch, Esquire (No. 4204)
        Jennifer R. Hoover, Esquire (No. 5111)
        222 Delaware Avenue, Suite 801
        Wilmington, DE  19801
        Telephone:  (302) 442-7006
        Facsimile:  (302) 442-7012
        rlemisch@beneschlaw.com
        jhoover@beneschlaw.com

*Special Litigation Counsel to the Debtors*

7264271 v1