# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 5/1/2012 — End Date 5/31/2012

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 218.80 | $450.00 | $98,460.00 |
| 2 | Facility Document Inventory & Evacuation Review | 34.50 | $450.00 | $15,525.00 |
| 3 | Human Resources - Employee Related Projects | 106.00 | $450.00 | $47,700.00 |
| 4 | Fee Apps | 11.50 | $450.00 | $5,175.00 |
| 5 | Non-working travel | 108.50 | $225.00 | $24,412.50 |
| 6 | Claims Administration | 280.10 | $450.00 | $126,045.00 |
| 7 | Tax/Finance Matters and Budget Projects | 45.60 | $450.00 | $20,520.00 |
| 8 | Misc Debtor Issues and Communications | 5.50 | $450.00 | $2,475.00 |
| | **Hours/Billing Amount for Period:** | **810.50** | | **$340,312.50** |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/1/2012 | Meetings on Ring Fence Creation in RTP | Raj Perubhatla | 1 | 7.5 |
| 5/1/2012 | NNI Datacenter end state meetings / Nortel-US domain / PC Migration | Brandon Bangerter | 1 | 8.5 |
| 5/2/2012 | Meetings on Ring Fence Creation in RTP and NNI User Desktop Migration | Raj Perubhatla | 1 | 8.0 |
| 5/2/2012 | NNI Datacenter end state meetings / Nortel-US domain / PC Migration | Brandon Bangerter | 1 | 9.5 |
| 5/3/2012 | Meetings on Ring Fence Creation in RTP and NNI User Desktop Migration | Raj Perubhatla | 1 | 6.0 |
| 5/3/2012 | NNI Datacenter end state meetings / Nortel-US domain / PC Migration | Brandon Bangerter | 1 | 7.0 |
| 5/3/2012 | Correspondence received, reviewed, responded re Data Retention Systems | Kathryn Schultea | 1 | 1.5 |
| 5/4/2012 | NNI infrastructure backups testing, troubleshooting, configuration / BOXI updates / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 5/4/2012 | Datacenter server configuration updates, documentation, and testing | Brandon Bangerter | 1 | 3.0 |
| 5/7/2012 | HPSIM/Telalert/Vantage KT calls, emails and discussions | Raj Perubhatla | 1 | 2.5 |
| 5/7/2012 | Conference Calls re: HPSim, TelAlert, Vantage / infrastructure updates / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 5/8/2012 | NNI Infrastructure Wind Down Call, emails and discussions | Raj Perubhatla | 1 | 2.0 |
| 5/8/2012 | Conference Call re: NNI Infrastructure Wind-down / Vantage configuration, testing / e-mail updates | Brandon Bangerter | 1 | 6.0 |
| 5/9/2012 | Conference Call re: 0mb server and Payroll Processing / server backups, testing, config / e-mail updates | Brandon Bangerter | 1 | 6.0 |
| 5/9/2012 | Conference Calls re: NNI Infrastructure | Kathryn Schultea | 1 | 0.8 |
| 5/10/2012 | EMC ECC/ESRS KT Call, Maintech Support Contract Details Call, emails and discussions | Raj Perubhatla | 1 | 2.0 |
| 5/10/2012 | Conference calls re: ECC/ESRS Session, Maintech discussion / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 5/10/2012 | Infrastructure management apps configuration and testing / NetBackup tests / server updates | Brandon Bangerter | 1 | 6.0 |
| 5/11/2012 | Infrastructure management apps configuration and testing / App Handbook overview, updates | Brandon Bangerter | 1 | 6.0 |
| 5/11/2012 | Netbackup test backups / restores, Vantage, Sitescope testing | Brandon Bangerter | 1 | 2.0 |
| 5/14/2012 | Akibia call, emails and discussions | Raj Perubhatla | 1 | 2.0 |
| 5/15/2012 | NNI Pcbackup DBR KT, Weekly Infrastructure Status, VMWare Vsphere KT Calls, emails and discussions | Raj Perubhatla | 1 | 2.5 |
| 5/15/2012 | Copying Livelink LAPI Content from USB Drive to NNI Vault | Raj Perubhatla | 1 | 2.0 |
| 5/16/2012 | Live Link next steps call; emails and discussions | Raj Perubhatla | 1 | 2.0 |
| 5/16/2012 | Livelink LAPI files copy from 0mb to vnni server | Raj Perubhatla | 1 | 3.0 |
| 5/17/2012 | Datacenter server configuration updates, documentation, and testing / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 5/17/2012 | Netbackup test backups / restores, Vantage, Sitescope testing | Brandon Bangerter | 1 | 4.0 |
| 5/18/2012 | P2V of zrtph0x0 (Share Point Server) for NNI | Raj Perubhatla | 1 | 2.0 |
| 5/18/2012 | emails and discussions about Ring Fence System management tools and strategy | Raj Perubhatla | 1 | 1.0 |
| 5/18/2012 | Conference Calls re: NNI DataCenter Endstate / VMWare, Vsphere / P2V server for 0X0 | Brandon Bangerter | 1 | 4.0 |
| 5/18/2012 | Datacenter management tools configuration, testing / e-mail updates / NetBackup config updates | Brandon Bangerter | 1 | 4.0 |
| 5/18/2012 | Correspondence received, reviewed, responded re Retiree Data Review | Kathryn Schultea | 1 | 3.7 |
| 5/19/2012 | Datacenter management tools configuration, testing / e-mail updates / NetBackup config updates | Brandon Bangerter | 1 | 2.0 |
| 5/21/2012 | Livelink LAPI data load | Raj Perubhatla | 1 | 5.0 |
| 5/21/2012 | Quickbooks access and setting up users and testing | Raj Perubhatla | 1 | 1.0 |
| 5/21/2012 | IDA cleanup, testing, configuration / NetBackup configuration, testing / e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 5/21/2012 | Share directory / password updates / Quickbooks, Probiz server accounts and passwords / ILO testing | Brandon Bangerter | 1 | 3.0 |
| 5/21/2012 | Correspondence received, reviewed, responded re ongoing IT project work | Kathryn Schultea | 1 | 0.8 |
| 5/22/2012 | zrtpd0wz migration call | Raj Perubhatla | 1 | 1.0 |
| 5/22/2012 | Server management Applications, Vantage configuration and testing, e-mail updates | Brandon Bangerter | 1 | 6.5 |
| 5/22/2012 | Conference Calls re: zrtpd0wz migration to ring fence / NNI infrastructure wind down call | Brandon Bangerter | 1 | 2.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/23/2012 | ADP administrative setup and config / DBR backup and restore testing / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 5/23/2012 | Vantage testing and configuration / Sitescope checks, updates, modifications | Brandon Bangerter | 1 | 4.0 |
| 5/24/2012 | SAP BW Transition call, emails and discussions | Raj Perubhatla | 1 | 1.0 |
| 5/24/2012 | DBR backup and restore testing, modifications to config / Vantage testing / e-mail updates | Brandon Bangerter | 1 | 6.0 |
| 5/24/2012 | Infrastructure configuration updates for remote connectivity / EMC mgmt tools testing | Brandon Bangerter | 1 | 3.0 |
| 5/25/2012 | DBR backup and restore testing, modifications to config / Vantage testing / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 5/25/2012 | VMWare / Vsphere testing, configs / HPSIM, Telalert configuration, testing | Brandon Bangerter | 1 | 3.0 |
| 5/25/2012 | Correspondence received, reviewed, responded re Nortel Networks | Kathryn Schultea | 1 | 2.8 |
| 5/26/2012 | Vantage testing / NetBackup testing and configuration / DBR test restore, documentation | Brandon Bangerter | 1 | 1.0 |
| 5/28/2012 | Vantage testing / NetBackup testing and configuration / DBR test restore, documentation | Brandon Bangerter | 1 | 2.0 |
| 5/29/2012 | NNI Infrastructure Winddown status call, emails and discussions | Raj Perubhatla | 1 | 2.0 |
| 5/29/2012 | Conference Call re: NNI Infrastructure Wind-down / Vantage configuration, testing / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 5/29/2012 | End-state infrastructure set up and config / EV5 security updates / SAP BW Prod access, tests | Brandon Bangerter | 1 | 5.0 |
| 5/29/2012 | Correspondence received, reviewed, responded re LTIP Addresses | Kathryn Schultea | 1 | 0.7 |
| 5/30/2012 | SharePoint DB Migration P2V call | Raj Perubhatla | 1 | 0.5 |
| 5/30/2012 | Conference Call re: Sharepoint DB server / Vantage configuration updates / DBR test process | Brandon Bangerter | 1 | 4.0 |
| 5/30/2012 | Netbackup test backups / restores, infrastructure documentation updates / TelAlert-HPSIM reviews | Brandon Bangerter | 1 | 4.0 |
| 5/31/2012 | Project Checkpoint Meeting in Chicago | Raj Perubhatla | 1 | 6.5 |
| 5/31/2012 | Conference Calls re: UKA-HRE activities / DBR PC Restore process / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 5/31/2012 | SAP FT/BW Client installs, configuration for UKA / NetBackup config udpates / Vantage prep for RTP mtg | Brandon Bangerter | 1 | 3.0 |
| 5/4/2012 | Material Review for document retention (Iron Mountain/Santa Clare) | Kathryn Schultea | 2 | 1.5 |
| 5/10/2012 | Correspondence received, reviewed, responded re Nortel Santa Clara | Kathryn Schultea | 2 | 1.5 |
| 5/14/2012 | Meeting with Iron Mountain / Harvest Properties, cleanup of Santa Clara Property, e-mail updates | Brandon Bangerter | 2 | 4.0 |
| 5/14/2012 | Onsite at Nortel Santa Clara Office for walk through and pre-review of location and materials | Kathryn Schultea | 2 | 4.0 |
| 5/15/2012 | Cleanup of Santa Clara property, review of materials, e-mail updates | Brandon Bangerter | 2 | 8.0 |
| 5/15/2012 | Onsite at Nortel Santa Clara Office | Kathryn Schultea | 2 | 8.0 |
| 5/16/2012 | Cleanup of Santa Clara property, material review, e-mail updates | Brandon Bangerter | 2 | 3.0 |
| 5/16/2012 | Onsite at Nortel Santa Clara Office | Kathryn Schultea | 2 | 3.0 |
| 5/24/2012 | Correspondence received, reviewed, responded re Nortel Santa Clara work | Kathryn Schultea | 2 | 1.5 |
| 5/1/2012 | Correspondence received, reviewed, responded re Mailout distribution | Kathryn Schultea | 3 | 1.3 |
| 5/1/2012 | Correspondence received, reviewed, responded re LTIP Discussion | Kathryn Schultea | 3 | 2.2 |
| 5/1/2012 | Correspondence received, reviewed, responded re Benefits and various plans | Kathryn Schultea | 3 | 4.8 |
| 5/2/2012 | Conference Call re: Nortel Benefits update | Kathryn Schultea | 3 | 0.7 |
| 5/2/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.8 |
| 5/2/2012 | Correspondence received, reviewed, responded re Retiree/LTD Updates | Kathryn Schultea | 3 | 3.0 |
| 5/2/2012 | Correspondence received, reviewed, responded re Employee benefits | Kathryn Schultea | 3 | 2.2 |
| 5/3/2012 | Correspondence received, reviewed, responded re Mercer and Nortel HR/HR Plan Matters | Kathryn Schultea | 3 | 3.5 |
| 5/3/2012 | Correspondence received, reviewed, responded re Retiree/LTD Committee | Kathryn Schultea | 3 | 2.7 |
| 5/4/2012 | email catchup, Deferred Comp STD,LTD analysis | Raj Perubhatla | 3 | 4.0 |
| 5/4/2012 | Correspondence received, reviewed, responded re Mercer/Nortel HR Related Matters | Kathryn Schultea | 3 | 3.5 |
| 5/4/2012 | Correspondence received, reviewed, responded re Nortel/IRS filing | Kathryn Schultea | 3 | 0.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/7/2012 | zrtpd0b5 Data Migration Analysis | Raj Perubhatla | 3 | 2.0 |
| 5/7/2012 | Conference Call re: Nortel Benefits Discussion | Kathryn Schultea | 3 | 0.6 |
| 5/7/2012 | Conference Call re: Nortel DC Plan Update | Kathryn Schultea | 3 | 1.0 |
| 5/7/2012 | Conference Call re: HR Matters | Kathryn Schultea | 3 | 1.5 |
| 5/7/2012 | Correspondence received, reviewed, responded re Mercer/Nortel HR Matters | Kathryn Schultea | 3 | 1.3 |
| 5/7/2012 | Correspondence received, reviewed, responded re Hewitt Discussion | Kathryn Schultea | 3 | 2.3 |
| 5/8/2012 | Conference Call re: Mercer/Nortel Discussions | Kathryn Schultea | 3 | 0.6 |
| 5/8/2012 | Correspondence received, reviewed, responded re Mercer Updates | Kathryn Schultea | 3 | 1.3 |
| 5/8/2012 | Correspondence received, reviewed, responded re Benefits and various plans | Kathryn Schultea | 3 | 2.7 |
| 5/8/2012 | Correspondence received, reviewed, responded re Hewitt/Nortel Discussions | Kathryn Schultea | 3 | 1.3 |
| 5/9/2012 | Analyze the impact of zrtpd0mb server for HR call | Raj Perubhatla | 3 | 1.0 |
| 5/9/2012 | Conference Calls re: NNI HR Matters | Kathryn Schultea | 3 | 1.3 |
| 5/9/2012 | Correspondence received, reviewed, responded re Nortel LTD Participants | Kathryn Schultea | 3 | 2.5 |
| 5/9/2012 | Correspondence received, reviewed, responded re Employee Benefits | Kathryn Schultea | 3 | 1.7 |
| 5/9/2012 | Correspondence received, reviewed, responded re Retiree Lists | Kathryn Schultea | 3 | 0.8 |
| 5/10/2012 | Modifications and Testing of Cigna FTP script to work with the new FTP site | Raj Perubhatla | 3 | 2.0 |
| 5/10/2012 | zrtpd05b data file sync to zrtpvnni analysis and changes | Raj Perubhatla | 3 | 2.0 |
| 5/11/2012 | zrtpd05b data file sync to zrtpvnni analysis and changes | Raj Perubhatla | 3 | 4.0 |
| 5/11/2012 | Correspondence received, reviewed, responded re LTIP Discussion | Kathryn Schultea | 3 | 0.8 |
| 5/11/2012 | Conference Call re Nortel/Mercer Discussion | Kathryn Schultea | 3 | 1.5 |
| 5/14/2012 | zrtpd05b data file sync to zrtpvnni analysis and changes and Configuring Payroll Laptops with new drives | Raj Perubhatla | 3 | 2.0 |
| 5/14/2012 | Configure new Payroll Accounts in Pro Business Application | Raj Perubhatla | 3 | 2.0 |
| 5/14/2012 | Cigna FTP Changes to the Interface | Raj Perubhatla | 3 | 1.0 |
| 5/14/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.3 |
| 5/16/2012 | Setting up Payroll Access to Finance users | Raj Perubhatla | 3 | 0.5 |
| 5/17/2012 | Conference Call re: Biweekly Staff Meeting | Kathryn Schultea | 3 | 0.4 |
| 5/17/2012 | Correspondence received, reviewed, responded re Nortel LTIP | Kathryn Schultea | 3 | 2.0 |
| 5/17/2012 | Correspondence received, reviewed, responded re Weekly Touch Point Discussion | Kathryn Schultea | 3 | 1.0 |
| 5/17/2012 | Correspondence received, reviewed, responded re Mercer/HR Matters | Kathryn Schultea | 3 | 2.5 |
| 5/18/2012 | HR ADP EV5 BOXI Report modifications | Raj Perubhatla | 3 | 4.0 |
| 5/18/2012 | Correspondence received, reviewed, responded re Nortel/Mercer Discussion | Kathryn Schultea | 3 | 1.5 |
| 5/18/2012 | Correspondence received, reviewed, responded re LTIP Plan | Kathryn Schultea | 3 | 0.8 |
| 5/21/2012 | zrtpd0m2 server access issues for Payroll | Raj Perubhatla | 3 | 1.0 |
| 5/22/2012 | Onsite at RTP re: Update and HR Meetings | Kathryn Schultea | 3 | 7.0 |
| 5/23/2012 | Onsite at RTP re: Update and HR Meetings | Kathryn Schultea | 3 | 4.0 |
| 5/24/2012 | Correspondence received, reviewed, responded re QDRO | Kathryn Schultea | 3 | 2.3 |
| 5/24/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.8 |
| 5/25/2012 | Correspondence received, reviewed, responded re employee benefits and plans | Kathryn Schultea | 3 | 3.3 |
| 5/29/2012 | zrtpd0m2 Payroll server Troubleshooting | Raj Perubhatla | 3 | 1.0 |
| 5/29/2012 | Correspondence received, reviewed, responded re employee benefits and plans | Kathryn Schultea | 3 | 1.4 |
| 5/29/2012 | Correspondence received, reviewed, responded re Mercer/HR Plan Matters | Kathryn Schultea | 3 | 0.5 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/25/2012 | Monthly Fee Application Work | Kathryn Schultea | 4 | 3.0 |
| 5/29/2012 | Monthly Fee Application Work | Kathryn Schultea | 4 | 4.0 |
| 5/29/2012 | Quarterly Fee Application Work | Kathryn Schultea | 4 | 4.5 |
| 5/3/2012 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 5.5 |
| 5/3/2012 | Non-working travel from RTP to IAH | Brandon Bangerter | 5 | 5.5 |
| 5/14/2012 | Non-working travel from IAH to San Jose | Brandon Bangerter | 5 | 6.5 |
| 5/14/2012 | Non-working travel from Houston to California | Kathryn Schultea | 5 | 6.5 |
| 5/16/2012 | Non-working travel from San Jose to IAH | Brandon Bangerter | 5 | 6.5 |
| 5/16/2012 | Non-working travel from California to Houston | Kathryn Schultea | 5 | 6.5 |
| 5/21/2012 | Non-working travel from Houston to Raleigh | Kathryn Schultea | 5 | 4.5 |
| 5/22/2012 | Travel to Raleigh | Richard Lydecker | 5 | 6.0 |
| 5/22/2012 | Non Working Travel from Houston to RTP | Raj Perubhatla | 5 | 5.5 |
| 5/23/2012 | Travel to Houston | Richard Lydecker | 5 | 5.5 |
| 5/23/2012 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 5.5 |
| 5/23/2012 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 4.5 |
| 5/30/2012 | Travel to Chicago | Richard Lydecker | 5 | 5.0 |
| 5/30/2012 | Non-Working Travel -  Houston to Chicago | Mary Cilia | 5 | 5.0 |
| 5/30/2012 | Non Working Travel from Hou to Chicago | Raj Perubhatla | 5 | 5.0 |
| 5/30/2012 | Non-working travel from Houston to Chicago | Kathryn Schultea | 5 | 5.0 |
| 5/31/2012 | Travel to Houston | Richard Lydecker | 5 | 5.0 |
| 5/31/2012 | Non-Working Travel -  Chicago to Houston | Mary Cilia | 5 | 5.0 |
| 5/31/2012 | Non Working Travel from Chicago to Hou | Raj Perubhatla | 5 | 5.0 |
| 5/31/2012 | Non-working travel from Chicago to Houston | Kathryn Schultea | 5 | 5.0 |
| 5/2/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 5/2/2012 | Review and respond to questions regarding claims update from EPIQ | Mary Cilia | 6 | 1.5 |
| 5/2/2012 | Employee Claims Analysis and Review re: various issues | Mary Cilia | 6 | 4.5 |
| 5/3/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 5/3/2012 | Employee Claims Analysis and Review re: various issues | Mary Cilia | 6 | 5.5 |
| 5/3/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 0.8 |
| 5/3/2012 | Claims Reporting and Database | Mary Cilia | 6 | 2.8 |
| 5/4/2012 | Employee Claims Analysis and Review re: Accrued Vacation | Mary Cilia | 6 | 2.0 |
| 5/4/2012 | Claims Reporting and Database:  Termination Status Updates | Mary Cilia | 6 | 6.0 |
| 5/4/2012 | Employee Claims Analysis and Review re: Retirees | Mary Cilia | 6 | 3.3 |
| 5/4/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 5/4/2012 | Correspondence received, reviewed, responded re Claims Discussion | Kathryn Schultea | 6 | 2.5 |
| 5/7/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 5/7/2012 | Preparation/Conference Call with Jane Davison re: Unliquidated Claims and New Filed Claims Database Process | Mary Cilia | 6 | 2.8 |
| 5/7/2012 | Claims Reporting and Database | Mary Cilia | 6 | 5.0 |
| 5/7/2012 | Correspondence received, reviewed, responded re Retiree Claims Data | Kathryn Schultea | 6 | 2.0 |
| 5/8/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.3 |
| 5/8/2012 | Claims Reporting and Database | Mary Cilia | 6 | 6.5 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/Minutes Worked |
|---|---|---|---|---|
| 5/8/2012 | Employee Claims Analysis and Review re: retiree benefits | Mary Cilia | 6 | 1.8 |
| 5/8/2012 | Claims Reporting Meetings for Changes to the database and Reports | Raj Perubhatla | 6 | 4.0 |
| 5/8/2012 | Load Terminations Data into Claims Database | Raj Perubhatla | 6 | 4.0 |
| 5/8/2012 | Correspondence received, reviewed, responded re Employee Claims | Kathryn Schultea | 6 | 1.5 |
| 5/9/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 5/9/2012 | Employee Claims Analysis and Review re:retiree benefits | Mary Cilia | 6 | 2.5 |
| 5/9/2012 | Claims Reporting and Database | Mary Cilia | 6 | 4.8 |
| 5/9/2012 | Load Terminations data into Claims Database | Raj Perubhatla | 6 | 4.0 |
| 5/9/2012 | Change the Formatting for Claims Employee Reports and add additional functionality | Raj Perubhatla | 6 | 5.0 |
| 5/10/2012 | Claims reports | Richard Lydecker | 6 | 1.3 |
| 5/10/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 5/10/2012 | Review of employee claims re:Retiree benefits | Mary Cilia | 6 | 3.3 |
| 5/10/2012 | Conference Call re: Retiree Benefits | Mary Cilia | 6 | 1.5 |
| 5/10/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 1.0 |
| 5/10/2012 | Change the Formatting for Claims Employee Reports and add additional functionality | Raj Perubhatla | 6 | 3.0 |
| 5/11/2012 | Employee Claims Analysis and Review re: accrued vacation | Mary Cilia | 6 | 0.8 |
| 5/11/2012 | Employee Claims Analysis and Review re: equity claims | Mary Cilia | 6 | 1.8 |
| 5/11/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 5/11/2012 | Claims Reporting and Database | Mary Cilia | 6 | 2.8 |
| 5/11/2012 | Change the Formatting for Claims Employee Reports and add additional functionality | Raj Perubhatla | 6 | 6.0 |
| 5/12/2012 | Claims Reporting and Database | Mary Cilia | 6 | 1.3 |
| 5/12/2012 | Change the Formatting for Claims Employee Reports and add additional functionality | Raj Perubhatla | 6 | 10.0 |
| 5/13/2012 | Claims Reporting and Database | Mary Cilia | 6 | 1.8 |
| 5/14/2012 | Employee Claims Analysis and Review re:schedule amendments | Mary Cilia | 6 | 1.8 |
| 5/14/2012 | Employee Claims Analysis and Review re:2012 employee terminations | Mary Cilia | 6 | 2.3 |
| 5/14/2012 | Claims Reporting and Database | Mary Cilia | 6 | 8.3 |
| 5/14/2012 | Formatting for Claims Employee Reports and Claims database updates | Raj Perubhatla | 6 | 4.0 |
| 5/14/2012 | Correspondence received, reviewed, responded re Nortel EE Claims | Kathryn Schultea | 6 | 1.8 |
| 5/15/2012 | Claims Reporting and Database | Mary Cilia | 6 | 5.8 |
| 5/15/2012 | Conference Call re: Non-employee Claims Status | Mary Cilia | 6 | 1.0 |
| 5/15/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 5/15/2012 | Formatting for Claims Employee Reports and Claims database updates | Raj Perubhatla | 6 | 2.0 |
| 5/15/2012 | Claims Database Design and Maintenance Meetings | Raj Perubhatla | 6 | 3.5 |
| 5/16/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 5/16/2012 | Claims Reports modifications | Raj Perubhatla | 6 | 3.5 |
| 5/17/2012 | Claims Reporting and Database | Mary Cilia | 6 | 7.8 |
| 5/17/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 1.3 |
| 5/17/2012 | Claims Reports meetings, discussions, scrubbing of Reports and Calls | Raj Perubhatla | 6 | 8.0 |
| 5/17/2012 | Correspondence received, reviewed, responded re Claims Report | Kathryn Schultea | 6 | 0.8 |
| 5/18/2012 | Claims Reporting and Database | Mary Cilia | 6 | 2.5 |
| 5/18/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/Minutes Worked |
|---|---|---|---|---|
| 5/18/2012 | Review of employee claims re:Retiree benefits | Mary Cilia | 6 | 2.3 |
| 5/18/2012 | Load program modifications for new EPIQ File formats into the Claims database | Raj Perubhatla | 6 | 2.0 |
| 5/20/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.0 |
| 5/20/2012 | Load program modifications for new EPIQ File formats into the Claims database | Raj Perubhatla | 6 | 3.5 |
| 5/21/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 5/21/2012 | EPIQ Database Upload and New Claims Review | Mary Cilia | 6 | 4.0 |
| 5/21/2012 | Claims Prep for 5/23 meeting | Raj Perubhatla | 6 | 2.0 |
| 5/21/2012 | Correspondence received, reviewed, responded re Claims Data | Kathryn Schultea | 6 | 2.5 |
| 5/22/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.8 |
| 5/22/2012 | Claims Database development, Prep for 5/23 meeting | Raj Perubhatla | 6 | 2.0 |
| 5/23/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.3 |
| 5/23/2012 | Onsite Claims meetings with EY in RTP | Raj Perubhatla | 6 | 6.0 |
| 5/24/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 5/24/2012 | Claims Reporting and Database | Mary Cilia | 6 | 2.8 |
| 5/24/2012 | Modifications Claims Reports to include newer data elements | Raj Perubhatla | 6 | 5.0 |
| 5/24/2012 | Epiq Data File load into Claims Database Analysis | Raj Perubhatla | 6 | 2.0 |
| 5/24/2012 | Correspondence received, reviewed, responded re Employee Claims | Kathryn Schultea | 6 | 1.8 |
| 5/25/2012 | Modifications Claims Reports to include newer data elements | Raj Perubhatla | 6 | 4.0 |
| 5/25/2012 | Epiq Data File load into Claims Database Analysis | Raj Perubhatla | 6 | 4.0 |
| 5/27/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.5 |
| 5/27/2012 | Claims Reporting and Database | Mary Cilia | 6 | 4.0 |
| 5/27/2012 | Claims DB, updated Case Numbers and Debtors, Refreshed the All Claims reports and summaries | Raj Perubhatla | 6 | 2.0 |
| 5/29/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.3 |
| 5/29/2012 | Claims Reporting and Database | Mary Cilia | 6 | 3.0 |
| 5/29/2012 | EPIQ Database Upload and New Claims Review | Mary Cilia | 6 | 2.3 |
| 5/29/2012 | Conference Call re: Post-Petition Claims Protocol and Process | Mary Cilia | 6 | 1.0 |
| 5/29/2012 | Preparation for Meeting with John Ray in Chicago | Mary Cilia | 6 | 3.0 |
| 5/29/2012 | Preparation meeting for Chicago trip | Raj Perubhatla | 6 | 2.0 |
| 5/29/2012 | Claims Database Updates, modification to consolidated reports, and discussions on Database | Raj Perubhatla | 6 | 3.0 |
| 5/30/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.0 |
| 5/30/2012 | Preparation for Meeting with John Ray in Chicago | Mary Cilia | 6 | 2.0 |
| 5/30/2012 | Claims Database Updates, modification to consolidated reports, and discussions on Database | Raj Perubhatla | 6 | 2.0 |
| 5/30/2012 | Prep for claims meeting | Kathryn Schultea | 6 | 2.0 |
| 5/31/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 5/31/2012 | Meeting with John Ray Re: Status of Claims Resolution, Reporting and Next Steps | Mary Cilia | 6 | 6.5 |
| 5/31/2012 | Onsite at Chicago re: Notel Claims | Kathryn Schultea | 6 | 8.5 |
| 5/1/2012 | Tax presentation | Richard Lydecker | 7 | 1.8 |
| 5/2/2012 | Tax model issues | Richard Lydecker | 7 | 1.5 |
| 5/3/2012 | Tax questions | Richard Lydecker | 7 | 0.8 |
| 5/7/2012 | EY tax status call | Richard Lydecker | 7 | 1.0 |
| 5/7/2012 | Tax claims | Richard Lydecker | 7 | 0.5 |

## NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/9/2012 | Discussion EY/WM re strategies | Richard Lydecker | 7 | 1.5 |
| 5/10/2012 | Tax strategies | Richard Lydecker | 7 | 0.5 |
| 5/10/2012 | State tax issues | Richard Lydecker | 7 | 0.5 |
| 5/10/2012 | Tax model issues | Richard Lydecker | 7 | 0.8 |
| 5/11/2012 | Tax schedule planning | Richard Lydecker | 7 | 1.0 |
| 5/14/2012 | Tax schedule planning | Richard Lydecker | 7 | 1.3 |
| 5/14/2012 | Tax model issues | Richard Lydecker | 7 | 0.8 |
| 5/15/2012 | Tax claims | Richard Lydecker | 7 | 0.5 |
| 5/16/2012 | Tax presentation | Richard Lydecker | 7 | 0.3 |
| 5/16/2012 | Tax call with AG | Richard Lydecker | 7 | 0.5 |
| 5/16/2012 | Claims reports and discussion | Richard Lydecker | 7 | 1.5 |
| 5/16/2012 | Claims reports and discussion | Richard Lydecker | 7 | 1.0 |
| 5/17/2012 | Claims reports and discussion | Richard Lydecker | 7 | 2.5 |
| 5/17/2012 | Claims reports call | Richard Lydecker | 7 | 1.0 |
| 5/21/2012 | Prepare work flows | Richard Lydecker | 7 | 3.0 |
| 5/23/2012 | Meeting on work flows | Richard Lydecker | 7 | 7.0 |
| 5/24/2012 | Tax preparation | Richard Lydecker | 7 | 1.0 |
| 5/28/2012 | Tax preparation | Richard Lydecker | 7 | 1.5 |
| 5/29/2012 | Claims | Richard Lydecker | 7 | 1.0 |
| 5/29/2012 | Tax preparation | Richard Lydecker | 7 | 3.0 |
| 5/29/2012 | EY/Cleary call | Richard Lydecker | 7 | 0.5 |
| 5/29/2012 | State call with AG/JR/Cleary | Richard Lydecker | 7 | 0.8 |
| 5/30/2012 | Preparation for work flow meeting | Richard Lydecker | 7 | 2.0 |
| 5/31/2012 | Meeting on work flows | Richard Lydecker | 7 | 6.5 |
| 5/1/2012 | Conference Call re: NNI Discussion | Kathryn Schultea | 8 | 0.8 |
| 5/8/2012 | Conference Call re: NNI Discussion | Kathryn Schultea | 8 | 0.8 |
| 5/10/2012 | Conference Call re: Weekly Touch Point | Kathryn Schultea | 8 | 1.0 |
| 5/17/2012 | Conference Call re: NNI Discussion | Kathryn Schultea | 8 | 0.9 |
| 5/17/2012 | Conference Call re: Residual Staff Meeting | Kathryn Schultea | 8 | 0.7 |
| 5/29/2012 | Conference Call re: NNI Discussion | Kathryn Schultea | 8 | 1.3 |