# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**May 1, 2012 through May 31, 2012**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $ 13,806.26 |
| Travel – Lodging | 6,863.81 |
| Travel – Transportation | 2,572.64 |
| Travel – Meals | 1,221.17 |
| Office Expenses | - |
| TOTAL | $ 24,463.88 |
| | |

# Nortel Expense Report

**PERIOD:** May 1, 2012 through May 31, 2012

| Date | Description | Air | Lodging | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 05/01 - 05/03 | Travel Houston/Raleigh | $ 79.00 | $ 776.31 | $ 196.67 | $ 180.00 | Raj Perubhatla |
| 05/01 - 05/03 | Travel Houston/Raleigh | $ 668.10 | $ 812.15 | $ 45.10 | $ 205.06 | Brandon Bangerter |
| 05/14 - 05/16 | Travel Houston/Santa Clara | $ 1,357.10 | $ 845.80 | $ 188.07 | $ 51.00 | Brandon Bangerter |
| 05/14 - 05/16 | Travel Houston/Santa Clara | $ 1,438.10 | $ 897.80 | $ 129.17 | $ 409.70 | Kathryn Schultea |
| 05/21 - 05/23 | Travel Houston/Raleigh | $ 1,714.10 | $ 540.14 | $ 22.50 | $ 396.39 | Kathryn Schultea |
| 05/22 | Travel Houston/Raleigh | $ 1,714.10 | $ 270.07 | $ 88.22 | $ 209.00 | Richard Lydecker |
| 05/23 - 05/24 | Travel Houston/Raleigh | $ 1,618.10 | $ 213.57 |  | $ 184.00 | Raj Perubhatla |
| 05/30 - 05/31 | Travel Houston/Chicago | $ 1,441.36 | $ 547.07 | $ 221.77 | $ 174.00 | Mary Cilia |
| 05/30 - 05/31 | Travel Houston/Chicago | $ 1,088.10 | $ 636.38 |  | $ 184.00 | Raj Perubhatla |
| 05/30 - 05/31 | Travel Houston/Chicago | $ 1,244.10 | $ 662.26 | $ 86.37 | $ 209.00 | Richard Lydecker |
| 05/30 - 05/31 | Travel Houston/Chicago | $ 1,444.10 | $ 662.26 | $ 243.30 | $ 370.49 | Kathryn Schultea |
|  |  |  |  |  |  |  |
|  |  | $ 13,806.26 | $ 6,863.81 | $ 1,221.17 | $ 2,572.64 |  |