# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF SERVICE

    I, Rafael X. Zahralddin-Aravena, counsel for the Official Committee of Long Term Disability Participants, hereby certifies that pursuant to the *Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. §§105(a), 363 and 1108* (Docket No. 8084), caused a true and correct copy of (1) *Official Committee Of Long Term Disability Plan Participants' Request For Production Of Documents Directed To Debtors* (2) *Official Committee Of Long Term Disability Plan Participants' Interrogatories Directed To Debtors, Nortel Networks, Inc.* (3) *Official Committee Of Long Term Disability Plan Participants' Expert Interrogatories Directed To Debtors, Nortel Networks, Inc.* and (4) *Notice of Service* to be served on counsel for the Debtors in the manner indicated on the attached service list on August 6, 2012.

Dated: August 6, 2012　　　　　　　　**ELLIOTT GREENLEAF**
       Wilmington, Delaware

                                          */s/Rafael X. Zahralddin-Aravena*
                                          Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
                                          Shelley A. Kinsella (DE Bar No. 4023)
                                          1105 North Market Street, Suite 1700
                                          Wilmington, Delaware  19801
                                          Telephone:  (302) 384-9400
                                          Facsimile:  (302) 384-9399
                                          Email:  rxza@elliottgreenleaf.com
                                          Email:  sak@elliottgreenleaf.com

                                          *Counsel to the Official Committee of*
                                          *Long Term Disability Participants*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WLM: 24040 v1

## SERVICE LIST

**VIA EMAIL**

Lisa Schweitzer, Esq.
Jane Kim, Esq.
Megan Fleming-Delacruz, Esq.
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**VIA EMAIL AND HAND DELIVERY**

Derek Abbott, Esq.
Annie C. Cordo, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347