**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------------X
                                            :
In re                                       :      Chapter 11
                                            :
Nortel Networks Inc., et al.,[1]            :      Case No. 09-10138 (KG)
                                            :
                         Debtors.           :      Jointly Administered
                                            :
----------------------------------------------------------------X
```

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 6, 2012, copies of Debtors' First Set Of Interrogatories Directed To The LTD Committee and Debtors' First Set Of Requests For Production Of Documents Directed to The LTD Committee were served upon the following individual in the manner indicated.

**BY EMAIL AND HAND DELIVERY**

Rafael X. Zahralddin-Aravena
Elliott Greenleaf
1105 Market Street
Suite 1700
Wilmington, DE 19801
rxza@elliottgreenleaf.com

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

 and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____ */s/ Ann C. Cordo* _____
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
William M. Alleman, Jr. (No. 5449)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

Dated:  August 6, 2012
          Wilmington, Delaware

6188540.1