# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X

|  |  |
|---|---|
| : | Chapter 11 |
| *In re* : |  |
| : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, [1] : |  |
| : | Jointly Administered |
| Debtors. : |  |
| : |  |
| : |  |
| : |  |
| : |  |

--------------------------------------------------------X

## DECLARATION OF LUKE A. BAREFOOT IN SUPPORT OF JOINT MOTION FOR A SCHEDULING ORDER BIFURCATING PROCEEDINGS AND STAYING CERTAIN DISCOVERY ON CLAIMS BY THE EMEA CLAIMANTS

I, Luke A. Barefoot, do hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am an associate with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession, in the above-captioned proceedings.  I am admitted to practice before this Court *pro hac vice*.

2.     I respectfully submit this declaration in support of the Joint Motion for a Scheduling Order Bifurcating Proceedings and Staying Certain Discovery on Claims by the EMEA Claimants (the "Motion").[2]

---

[1]     The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3.    Annexed to this declaration as <u>Exhibit A</u> is a summary table identifying the amended proofs of claim asserted by the EMEA Claimants against the U.S. Debtors.  In addition, in order to place before the Court certain documents relevant to the Motion, also annexed to this declaration are true and correct copies of the following documents:

**EXHIBIT B:**    Amended Proof of Claim No. 7786 filed by NNUK, dated June 3, 2011

**EXHIBIT C:**    Amended Proof of Claim No. 7774 filed by NN Ireland, dated June 3, 2011

**EXHIBIT D:**    Amended Proof of Claim No. 7785 filed by NNSA, dated June 3, 2011

**EXHIBIT E:**    Amended Proof of Claim No. 7753 filed by Nortel Networks Oy, dated June 3, 2011

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
August 6, 2012

_____
Luke A. Barefoot

---

[2]    Initially capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.