# EXHIBIT A

**(Amended Proofs of Claim Table)**

## Summary Table of Amended Proofs of Claim

|   | **Claimant** | **Debtor** | **Proof of Claim No.** |
|---|---|---|---|
| 1 | Nortel Networks (Austria) GmbH ("NN Austria") | Nortel Networks Inc. | 7755 |
| 2 | Nortel Networks NV ("NN Belgium") | Nortel Networks Inc. | 7781 |
| 3 | Nortel Networks s.r.o. ("NN Czech") | Nortel Networks Inc. | 7782 |
| 4 | Nortel Networks Oy ("NN Finland") | Nortel Networks Inc. | 7753 |
| 5 | Nortel GmbH ("NN Germany") | Nortel Networks Inc. | 7778 |
| 6 | Nortel Networks B.V. ("NN Holland") | Nortel Networks Inc. | 7780 |
| 7 | Nortel Networks Engineering Service Kft ("NN Hungary") | Nortel Networks Inc. | 7756 |
| 8 | Nortel Networks (Ireland) Limited ("NN Ireland") | Nortel Networks Inc. | 7774 |
| 9 | Nortel Networks S.p.A ("NN Italy") | Nortel Networks Inc. | 7775 |
| 10 | Nortel Networks AS ("NN Norway") | Nortel Networks Inc. | 7762 |
| 11 | Nortel Networks Polska Sp.z.o.o. ("NN Poland") | Nortel Networks Inc. | 7754 |
| 12 | Nortel Networks Portugal S.A. ("NN Portugal") | Nortel Networks Inc. | 7751 |
| 13 | Nortel Networks Romania SRL ("NN Romania") | Nortel Networks Inc. | 7783 |
| 14 | Nortel Networks Slovensko s.r.o. ("NN Slovakia") | Nortel Networks Inc. | 7750 |
| 15 | Nortel Networks South Africa (Proprietary) Limited ("NN South Africa") | Nortel Networks Inc. | 7773 |
| 16 | Nortel Networks Hispania SA ("NN Spain") | Nortel Networks Inc. | 7787 |
| 17 | Nortel Networks AB ("NN Sweden") | Nortel Networks Inc. | 7779 |
| 18 | Nortel Networks A.G. ("NN Switzerland") | Nortel Networks Inc. | 7752 |
| 19 | Nortel Networks International Finance & Holding BV ("NNIF") | Nortel Networks Inc. | 7776 |

2

| | **Claimant** | **Debtor** | **Proof of Claim No.** |
|---|---|---|---|
| 20 | Nortel Networks Optical Components Limited ("NNOCL") | Nortel Networks Inc. | 7772 |
| 21 | French liquidator of Nortel Networks S.A. ("French Liquidator") | Nortel Networks Inc. | 7784 |
| 22 | Nortel Networks S.A. ("NNSA") | Nortel Networks Inc. | 7785 |
| 23 | Nortel Networks France S.A.S. ("NNSAS") | Nortel Networks Inc. | 7765 |
| 24 | Nortel Networks UK Limited ("NNUK") | Nortel Networks Inc. | 7786 |
| 25 | Northern Telecom France SA ("NT France") | Nortel Networks Inc. | 7777 |
| 26 | Northern Telecom PCN Limited ("NT PCN") | Nortel Networks Inc. | 7771 |
| 27 | Nortel Networks B.V. ("NN Holland") | Nortel Networks (CALA) Inc. | 7770 |
| 28 | Nortel Networks SA ("NNSA") | Nortel Networks (CALA) Inc. | 7768 |
| 29 | Nortel Networks (UK) Limited ("NNUK") | Nortel Networks (CALA) Inc. | 7769 |
| 30 | Nortel GmbH ("NN Germany") | Nortel Networks International Inc. | 7759 |
| 31 | Nortel Networks B.V. ("NN Holland") | Nortel Networks International Inc. | 7763 |
| 32 | Nortel Networks (Ireland) Limited ("NN Ireland") | Nortel Networks International Inc. | 7761 |
| 33 | Nortel Networks S.p.A. ("NN Italy") | Nortel Networks International Inc. | 7758 |
| 34 | Nortel Networks SA ("NNSA") | Nortel Networks International Inc. | 7760 |
| 35 | Nortel Networks France S.A.S. ("NNSAS") | Nortel Networks International Inc. | 7764 |
| 36 | Nortel Networks UK Limited ("NNUK") | Nortel Networks International Inc. | 7757 |
| 37 | Nortel Networks Optical Components limited ("NNOCL") | Nortel Networks HPOCS Inc. | 7766 |
| 38 | Nortel Networks UK Limited ("NNUK") | Nortel Networks HPOCS Inc. | 7767 |