**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Service of Subpoena In A Contested Matter to Deborah Jones** was caused to be made on August 6, 2012, in the manner indicated upon the entity identified below.

Date:  August 6, 2012                                                     /s/ An C. Cordo
       Wilmington, DE                                                Ann C. Cordo (No. 4817)

**Via E-Mail:**

Deborah Jones
8 Fairview Acres
Wellsboro, PA  16901
E-Mail: the_dudette@hotmail.com

6188767.1