**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Service of Subpoena In A Contested Matter to Barbara Gallagher** was caused to be made on August 6, 2012, in the manner indicated upon the entity identified below.

Date:  August 6, 2012  
       Wilmington, DE

                                                */s/ Ann C. Cordo*  
                                                Ann C. Cordo (No. 4817)

**Via E-Mail:**

Barbara Gallagher  
410 West Acres Rd.  
Whitesboro, TX  76273  
E-Mail: ballyglas@pobox.com

6188749.1