**CERTIFICATE OF SERVICE**

       I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Service of Subpoena In A Contested Matter to Michael Stutts** was caused to be made on August 6, 2012, in the manner indicated upon the entity identified below.

Date:  August 6, 2012                                                                               /s/ *Ann C. Cordo*
          Wilmington, DE                                                           Ann C. Cordo (No. 4817)

**Via E-Mail:**

Michael Stutts
1616 Hastings Bluff
McKinney, TX  75070
E-Mail: michaelstutts@sbcglobal.net

6188753.1