## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Service of Subpoena In A Contested Matter to Paul E. Morrison** was caused to be made on August 6, 2012, in the manner indicated upon the entity identified below.

Date:  August 6, 2012  /s/ Ann C. Cordo
       Wilmington, DE  Ann C. Cordo (No. 4817)

**Via E-Mail:**

Paul E. Morrison
2241 College Avenue
Quincy, IL  62301
E-Mail: pemqcy@gmail.com

6188741.1