## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Service of Subpoena In A Contested Matter to Dianna L. Irish** was caused to be made on August 6, 2012, in the manner indicated upon the entity identified below.

Date: August 6, 2012         /s/ Ann C. Cordo
       Wilmington, DE         Ann C. Cordo (No. 4817)

**Via E-Mail:**

Dianna L. Irish
235 Atrium Court
Warner Robins, GA  31088
E-Mail: midijd@yahoo.com

6188734.1