**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Service of Subpoena In A Contested Matter to Wendy Boswell Mann** was caused to be made on August 6, 2012, in the manner indicated upon the entity identified below.

Date:  August 6, 2012   /s/ *Ann C. Cordo*
Wilmington, DE   Ann C. Cordo (No. 4817)

**Via E-Mail:**

Wendy Bowell Mann
2114 Claret Lane
Morrisville, NC  27560
E-Mail: wbmann@nc.rr.com

6188721.1