**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Service of Subpoena In A Contested Matter to Daniel D. David** was caused to be made on August 6, 2012, in the manner indicated upon the entity identified below.

Date:   August 6, 2012                                         */s/ Ann C. Cordo*
        Wilmington, DE                                         Ann C. Cordo (No. 4817)

**Via E-Mail:**

Daniel D. David
2105 Possum Trot Road
Wake Forest, NC  27587
E-Mail: ddavid4@nc.rr.com

6188729.1