# EXHIBIT A

# EXHIBIT B

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 6/1/2012 — End Date 6/29/2012

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 307.00 | $450.00 | $138,150.00 |
| 2 | Facility Document Inventory & Evacuation Review | 10.10 | $450.00 | $4,545.00 |
| 3 | Human Resources - Employee Related Projects | 70.10 | $450.00 | $31,545.00 |
| 4 | Fee Apps | 7.00 | $450.00 | $3,150.00 |
| 5 | Non-working travel | 87.50 | $225.00 | $19,687.50 |
| 6 | Claims Administration | 209.30 | $450.00 | $94,185.00 |
| 7 | Tax/Finance Matters and Budget Projects | 34.40 | $450.00 | $15,480.00 |
| 8 | Misc Debtor Issues and Communications | 4.80 | $450.00 | $2,160.00 |
| | **Hours/Billing Amount for Period:** | **730.20** | | **$308,902.50** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/1/2012 | Conference Call re: Data Center | Kathryn Schultea | 1 | 0.6 |
| 6/1/2012 | Correspondence received, reviewed, responded re Data Center/Ongoing IT Projects | Kathryn Schultea | 1 | 2.7 |
| 6/1/2012 | Vantage config, testing / SAP GUI install, test on UKA server / e-mail updates | Brandon Bangerter | 1 | 3.5 |
| 6/1/2012 | Prep for RTP trip / COLO research and pricing for datacenter project / TelAlert, HPSIM config | Brandon Bangerter | 1 | 4.5 |
| 6/1/2012 | NNI DC Move Alternatives Discussions, emails and Data Gathering | Raj Perubhatla | 1 | 2.5 |
| 6/1/2012 | zrtpd0a2,zrtpd0n1 server Sql Server configuration gathering | Raj Perubhatla | 1 | 0.5 |
| 6/2/2012 | Netbackup tests / e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 6/4/2012 | Conference Call re: Data Center Options | Kathryn Schultea | 1 | 1.7 |
| 6/4/2012 | Meeting on datacenter options / identification of h/w in datacenter / planning session | Brandon Bangerter | 1 | 5.0 |
| 6/4/2012 | NNI DC Ring Fence Discussions, Meetings and Hardware Inventory | Raj Perubhatla | 1 | 4.5 |
| 6/5/2012 | Conference Call re: NNI Discussion | Kathryn Schultea | 1 | 1.0 |
| 6/5/2012 | RTP Meetings re: datacenter options / infrastructure wind down / hardware overview | Brandon Bangerter | 1 | 4.0 |
| 6/5/2012 | NetBackup configuration, restores, tests / DNS issues / Quickbooks issues / e-mail updates | Brandon Bangerter | 1 | 6.0 |
| 6/5/2012 | NNI DC Ring Fence Discussions, Meetings and Hardware Inventory and Veritas Netbackup Configuration | Raj Perubhatla | 1 | 9.5 |
| 6/6/2012 | RTP Meetings re: Sabrix migration / DBR PC restore / TelAlert / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 6/6/2012 | Vantage h/w setup, software config, testing, building, failover / NetBackup GB NIC setup config | Brandon Bangerter | 1 | 6.0 |
| 6/6/2012 | NNI DC Ring Fence Configuration Meetings, Configure Hardware and Software | Raj Perubhatla | 1 | 9.0 |
| 6/7/2012 | RTP Meetings re: Network config for DC move / Final NetBackup configuration / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 6/7/2012 | NNI DC Ring Fence Configuration Meetings, Configure Hardware and Software | Raj Perubhatla | 1 | 4.0 |
| 6/8/2012 | Conference Calls re: Livelink migration to RF / QB issues / VSphere migration steps | Brandon Bangerter | 1 | 4.0 |
| 6/8/2012 | Netbackup configuration, restores, tests / DNS configuration / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 6/8/2012 | Vertas Netbackup Configuration for NFS | Raj Perubhatla | 1 | 1.0 |
| 6/8/2012 | Livelink Database migration to RingFence - Configuration Assessment | Raj Perubhatla | 1 | 1.0 |
| 6/8/2012 | SAP GUI Config and Patching on zirevuka | Raj Perubhatla | 1 | 1.0 |
| 6/8/2012 | Livelink Migration to NNI Working Call | Raj Perubhatla | 1 | 1.0 |
| 6/8/2012 | Vsphere Doc Store Moves from Legacy SAN to NNI SAN | Raj Perubhatla | 1 | 1.0 |
| 6/8/2012 | Quickbooks Trouble Shooting | Raj Perubhatla | 1 | 1.0 |
| 6/9/2012 | ZRTPV059 denortalization testing | Raj Perubhatla | 1 | 1.0 |
| 6/11/2012 | Clearcase KT session / NAS01 build for NetBackup / prep for SAP move / e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 6/11/2012 | NNI Ring Fence Prep, meetings and Discussions | Raj Perubhatla | 1 | 5.0 |
| 6/12/2012 | Meetings on Sharepoint migration / Livelink migration / NNI infrastructure call | Brandon Bangerter | 1 | 4.0 |
| 6/12/2012 | NetBackup config, tests / DNS and WINS resolutions issues, testing / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 6/12/2012 | NNI Ring Fence Prep, meetings and Discussions | Raj Perubhatla | 1 | 8.0 |
| 6/13/2012 | Livelink migration meeting, configuration updates, testing / e-mail updates | Brandon Bangerter | 1 | 6.5 |
| 6/13/2012 | NAS01 configuration, testing / DNS/WINS resolution issues, updates | Brandon Bangerter | 1 | 3.5 |
| 6/13/2012 | NNI Ring Fence Prep, meetings and Discussions | Raj Perubhatla | 1 | 10.0 |
| 6/14/2012 | Livelink migration meeting / NetBackup knowledge transfer / Center and SecureSite KT session | Brandon Bangerter | 1 | 4.0 |
| 6/14/2012 | Final Netbackup NAS config, testing of backups, speed, DNS, issues resolution, password updates | Brandon Bangerter | 1 | 4.0 |
| 6/14/2012 | NNI Ring Fence Prep, meetings and Discussions | Raj Perubhatla | 1 | 8.0 |
| 6/15/2012 | Server / Storage shutdown coordination, testing / Prep for final team mtg next week / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 6/15/2012 | NNI vault backup to NAS / BOXI, Claims DB resolutions / Business plan updates | Brandon Bangerter | 1 | 3.0 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/15/2012 | NNI Ring Fence Server Storage Prep | Raj Perubhatla | 1 | 4.0 |
| 6/15/2012 | NNI Ring Fence Server Storage Shutdown | Raj Perubhatla | 1 | 1.0 |
| 6/15/2012 | NNI Ring Fence Server Storage Startup and Testing | Raj Perubhatla | 1 | 2.0 |
| 6/18/2012 | RTP meetings on EMC KT / Autonomy issues / DBR backup test / Datacenter issues / e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 6/18/2012 | Ring Fence Finalization meetings, discussions and Tasks | Raj Perubhatla | 1 | 5.0 |
| 6/19/2012 | RTP Datacenter meetings for transition of responsibilities to RLKS | Brandon Bangerter | 1 | 9.0 |
| 6/19/2012 | Ring Fence Finalization meetings, discussions and Tasks | Raj Perubhatla | 1 | 9.0 |
| 6/20/2012 | Correspondence received, reviewed, responded re data issues | Kathryn Schultea | 1 | 2.5 |
| 6/20/2012 | RTP Datacenter meetings for transition of responsibilities to RLKS | Brandon Bangerter | 1 | 9.0 |
| 6/20/2012 | Ring Fence Finalization meetings, discussions and Tasks | Raj Perubhatla | 1 | 8.5 |
| 6/21/2012 | Correspondence received, reviewed, responded re Nortel Retiree Data | Kathryn Schultea | 1 | 1.0 |
| 6/21/2012 | Final datacenter meetings and transition of responsibilities to RLKS / e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 6/21/2012 | Ring Fence Finalization meetings, discussions and Tasks | Raj Perubhatla | 1 | 4.5 |
| 6/22/2012 | Conference call re:  ESX / VMWare KT session, access / VPN, login issues, testing | Brandon Bangerter | 1 | 3.0 |
| 6/22/2012 | NetBackup testing, config / infrastructure configuration updates / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 6/22/2012 | Active Password Changer App Testing and Delivery | Raj Perubhatla | 1 | 1.0 |
| 6/22/2012 | VMWare ESX KT Call; emails and Discussions | Raj Perubhatla | 1 | 2.0 |
| 6/22/2012 | Troubleshooting zrtps00p HR Solaris Server | Raj Perubhatla | 1 | 2.0 |
| 6/22/2012 | Reviewing Ring Fence VMWare Documentation, Passwords and Access | Raj Perubhatla | 1 | 3.0 |
| 6/25/2012 | Nortel-us domain migrations / Sabrix issues, config, testing / e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 6/25/2012 | NetBackup backup configs / NAS server, Livelink testing / DNS / WINS updates, testing | Brandon Bangerter | 1 | 2.0 |
| 6/25/2012 | Reconfiguring Sabrix after Stripping Norpass/SAM | Raj Perubhatla | 1 | 2.0 |
| 6/26/2012 | Conference Calls re:  July Consolidation project / Infrastructure wind down / Sharepoint troubleshooting | Brandon Bangerter | 1 | 3.0 |
| 6/26/2012 | Nortel--us domain migrations / Sharepoint and SAP issues / SSL VPN user access / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 6/26/2012 | July Ring Fence Plan Call, NNI Windown Status Call, emails and Discussions | Raj Perubhatla | 1 | 3.0 |
| 6/26/2012 | Sharepoint troubleshooting call and working session | Raj Perubhatla | 1 | 2.0 |
| 6/26/2012 | IDA shutdown and Restart for maintenance | Raj Perubhatla | 1 | 1.0 |
| 6/26/2012 | Reviewing Ring Fence VMWare Documentation, Passwords and Access | Raj Perubhatla | 1 | 1.5 |
| 6/27/2012 | Nortel--us domain migrations / Sharepoint and SAP issues / SSL VPN user access / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 6/27/2012 | EMB Installation / HPSIM configuration, testing / Vantage updates, testing / NetBackup configuration | Brandon Bangerter | 1 | 4.0 |
| 6/27/2012 | zrtps00p Applicaton configuration investigation | Raj Perubhatla | 1 | 4.0 |
| 6/27/2012 | Livelink Changes for users | Raj Perubhatla | 1 | 1.0 |
| 6/27/2012 | Reviewing Ring Fence VMWare Documentation, Passwords and Access | Raj Perubhatla | 1 | 2.5 |
| 6/28/2012 | All business applications walk-through, testing, verification of passwords and logins, e-mail updates | Brandon Bangerter | 1 | 8.0 |
| 6/28/2012 | Ringfence Finalization discussions and emails | Raj Perubhatla | 1 | 2.0 |
| 6/28/2012 | Troubleshooting Sharepoint Central Administration Console | Raj Perubhatla | 1 | 1.5 |
| 6/28/2012 | VMWare Vsphere configuration check for Ringfence | Raj Perubhatla | 1 | 2.0 |
| 6/28/2012 | Netbackup Server (Legacy) and Center Configuration Check | Raj Perubhatla | 1 | 1.0 |
| 6/28/2012 | HP Sim Server Configuration Check for Transition | Raj Perubhatla | 1 | 1.5 |
| 6/29/2012 | All business / infrastructure applcations walk-through, testing, verification of logins / passwords, e-mail | Brandon Bangerter | 1 | 9.0 |
| 6/29/2012 | Termination of user accounts | Raj Perubhatla | 1 | 0.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/29/2012 | Reviewing Ring Fence VMWare Documentation, Passwords and Access | Raj Perubhatla | 1 | 2.0 |
| 6/29/2012 | Netbackup, Center validation and testing | Raj Perubhatla | 1 | 2.0 |
| 6/29/2012 | Telalert server troubleshooting | Raj Perubhatla | 1 | 1.0 |
| 6/29/2012 | Sharepoint Central Admin Console trouble shooting | Raj Perubhatla | 1 | 1.0 |
| 6/1/2012 | Data Room Software Evaluation and Design | Raj Perubhatla | 2 | 1.0 |
| 6/11/2012 | Correspondence received, reviewed, responded re Iron Mountain Retention Distribution | Kathryn Schultea | 2 | 2.3 |
| 6/14/2012 | Correspondence received, reviewed, responded re Iron Mountain Retention Distribution | Kathryn Schultea | 2 | 1.8 |
| 6/15/2012 | Correspondence received, reviewed, responded re Iron Mountain Retention Distribution | Kathryn Schultea | 2 | 0.8 |
| 6/18/2012 | Correspondence received, reviewed, responded re Iron Mountain Retention Distribution | Kathryn Schultea | 2 | 1.2 |
| 6/25/2012 | Correspondence received, reviewed, responded re Iron Mountain Database Review | Kathryn Schultea | 2 | 3.0 |
| 6/1/2012 | Conference Call re: HR Matters | Kathryn Schultea | 3 | 1.0 |
| 6/1/2012 | Conference Call re: Workstreams Issues | Kathryn Schultea | 3 | 0.8 |
| 6/1/2012 | Conference Call re: Retiree and LTD Benefits | Kathryn Schultea | 3 | 1.5 |
| 6/1/2012 | Correspondence received, reviewed, responded re benefits providers | Kathryn Schultea | 3 | 0.8 |
| 6/1/2012 | ADP EV5 Data extraction and counts | Raj Perubhatla | 3 | 0.5 |
| 6/4/2012 | Conference Call re: Nortel DC Plan Update | Kathryn Schultea | 3 | 1.2 |
| 6/4/2012 | Correspondence received, reviewed, responded re LTIP Call Center | Kathryn Schultea | 3 | 1.5 |
| 6/8/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 3.5 |
| 6/8/2012 | Correspondence received, reviewed, responded re LTIP Discussion | Kathryn Schultea | 3 | 1.3 |
| 6/8/2012 | Correspondence received, reviewed, responded re Nortel Retiree Benefits | Kathryn Schultea | 3 | 1.5 |
| 6/12/2012 | Onsite at RTP re: Update and HR Meetings | Kathryn Schultea | 3 | 8.0 |
| 6/13/2012 | Onsite at RTP re: Update and HR Meetings | Kathryn Schultea | 3 | 4.5 |
| 6/14/2012 | Correspondence received, reviewed, responded re Benefits coverages | Kathryn Schultea | 3 | 1.3 |
| 6/14/2012 | Correspondence received, reviewed, responded re Nortel DC Plan Update | Kathryn Schultea | 3 | 2.5 |
| 6/15/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.5 |
| 6/15/2012 | Correspondence received, reviewed, responded re Hewitt/Nortel discussion | Kathryn Schultea | 3 | 0.5 |
| 6/15/2012 | Correspondence received, reviewed, responded re LTIP Discussion | Kathryn Schultea | 3 | 0.8 |
| 6/18/2012 | Correspondence received, reviewed, responded re Helpdesk Call Volume | Kathryn Schultea | 3 | 1.5 |
| 6/18/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.3 |
| 6/19/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.8 |
| 6/20/2012 | Correspondence received, reviewed, responded re Nortel HR Matters | Kathryn Schultea | 3 | 2.3 |
| 6/20/2012 | Correspondence received, reviewed, responded re Nortel | Kathryn Schultea | 3 | 1.3 |
| 6/20/2012 | Correspondence received, reviewed, responded re Nortel DC Plan Update | Kathryn Schultea | 3 | 1.2 |
| 6/20/2012 | Correspondence received, reviewed, responded re Retiree/LTD Questions | Kathryn Schultea | 3 | 1.2 |
| 6/21/2012 | Conference Call re: Nortel DC Plan Update | Kathryn Schultea | 3 | 1.8 |
| 6/21/2012 | Correspondence received, reviewed, responded re Nortel HR Matters | Kathryn Schultea | 3 | 1.5 |
| 6/21/2012 | Correspondence received, reviewed, responded re Mercer/HR Plan Matters | Kathryn Schultea | 3 | 2.3 |
| 6/21/2012 | Correspondence received, reviewed, responded re Benefits and other plans | Kathryn Schultea | 3 | 2.0 |
| 6/22/2012 | Correspondence received, reviewed, responded re VEBA Forms | Kathryn Schultea | 3 | 1.3 |
| 6/22/2012 | Correspondence received, reviewed, responded re LTD Request | Kathryn Schultea | 3 | 0.8 |
| 6/22/2012 | Correspondence received, reviewed, responded re Helpdesk Call Volume | Kathryn Schultea | 3 | 0.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/22/2012 | Correspondence received, reviewed, responded re Retiree Questions | Kathryn Schultea | 3 | 1.5 |
| 6/22/2012 | Correspondence received, reviewed, responded re HR Plan Matters/Mercer | Kathryn Schultea | 3 | 1.3 |
| 6/22/2012 | Correspondence received, reviewed, responded re Prudential/Nortel Discussion | Kathryn Schultea | 3 | 0.8 |
| 6/25/2012 | ADP Dedcalc call, configuring the .dat file and testing | Raj Perubhatla | 3 | 2.0 |
| 6/26/2012 | Correspondence received, reviewed, responded re Mercer Update | Kathryn Schultea | 3 | 2.0 |
| 6/26/2012 | ADP Dedcalc Troubleshooting | Raj Perubhatla | 3 | 0.5 |
| 6/27/2012 | Correspondence received, reviewed, responded re DOL Fee Disclosures and HR Matters | Kathryn Schultea | 3 | 3.0 |
| 6/27/2012 | HR Interface Change to Medco | Raj Perubhatla | 3 | 0.5 |
| 6/29/2012 | Correspondence received, reviewed, responded re HR Plan Matters/Mercer | Kathryn Schultea | 3 | 2.0 |
| 6/29/2012 | HR Interface Development,testing and move to production | Raj Perubhatla | 3 | 2.0 |
| 6/29/2012 | Monthly Fee Application Work | Kathryn Schultea | 4 | 7.0 |
| 6/4/2012 | Non-working travel:  HOU - RTP | Brandon Bangerter | 5 | 5.5 |
| 6/4/2012 | Non Working Travel from Hou to RTP | Raj Perubhatla | 5 | 5.5 |
| 6/7/2012 | Non-working travel:  RTP - HOU | Brandon Bangerter | 5 | 5.5 |
| 6/7/2012 | Non Working Travel from RTP to Hou | Raj Perubhatla | 5 | 5.5 |
| 6/11/2012 | Non-working travel from Houston to Raleigh | Kathryn Schultea | 5 | 4.5 |
| 6/11/2012 | Non-Working Travel - Houston to Raleigh | Mary Cilia | 5 | 6.5 |
| 6/11/2012 | Non-working travel:  HOU - RTP | Brandon Bangerter | 5 | 5.5 |
| 6/11/2012 | Non Working Travel from Houston To RTP | Raj Perubhatla | 5 | 5.5 |
| 6/13/2012 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 4.5 |
| 6/14/2012 | Non-working travel:  RTP - HOU | Brandon Bangerter | 5 | 5.5 |
| 6/14/2012 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 5.5 |
| 6/15/2012 | Non-Working Travel - Raleigh to Houston | Mary Cilia | 5 | 6.0 |
| 6/18/2012 | Non-working travel:  HOU - RTP | Brandon Bangerter | 5 | 5.5 |
| 6/18/2012 | Non Working Travel from Hou to RTP | Raj Perubhatla | 5 | 5.5 |
| 6/21/2012 | Non-working travel:  RTP - HOU | Brandon Bangerter | 5 | 5.5 |
| 6/21/2012 | Non Working Travel from RTP to HOU | Raj Perubhatla | 5 | 5.5 |
| 6/1/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 6/1/2012 | Conference Call w/ Cleary and Huron re:  Post-Petition Settlements and Amended Schedules | Mary Cilia | 6 | 1.0 |
| 6/1/2012 | Conference Call re:  Computer Setup and Reporting | Mary Cilia | 6 | 1.0 |
| 6/1/2012 | Change to Claims Database Reports and Updates to the Database and Analysis | Raj Perubhatla | 6 | 4.5 |
| 6/2/2012 | Severance Analysis | Mary Cilia | 6 | 3.0 |
| 6/2/2012 | Amended Schedule Variance Analysis | Mary Cilia | 6 | 5.0 |
| 6/3/2012 | Database Review and Cleanup | Mary Cilia | 6 | 2.3 |
| 6/4/2012 | Conference Call re: Retiree and LTD Claims | Kathryn Schultea | 6 | 1.5 |
| 6/4/2012 | Correspondence received, reviewed, responded re Employee Claims | Kathryn Schultea | 6 | 1.0 |
| 6/4/2012 | Correspondence received, reviewed, responded re Claims Discussion | Kathryn Schultea | 6 | 2.5 |
| 6/4/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 6/4/2012 | Conference Call with Cleary, MNAT and John Ray and follow up re:  Retiree and LTD claims | Mary Cilia | 6 | 1.5 |
| 6/4/2012 | Follow up re:  Amended Schedule Variance Analysis and Severance Analysis | Mary Cilia | 6 | 5.0 |
| 6/4/2012 | Conference Call with Cleary, Huron and EPIQ and follow-up re: Settlements | Mary Cilia | 6 | 1.5 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/4/2012 | Retiree and LTD claims | Richard Lydecker | 6 | 0.8 |
| 6/5/2012 | Settlement Analysis Further Review and Discussion with John Ray | Mary Cilia | 6 | 3.8 |
| 6/5/2012 | Analysis and Documentation of Employee Claims | Mary Cilia | 6 | 1.3 |
| 6/5/2012 | EPIQ Update Review of New Claims and Database Population | Mary Cilia | 6 | 2.5 |
| 6/6/2012 | Correspondence received, reviewed, responded re EE Claims issues | Kathryn Schultea | 6 | 1.0 |
| 6/6/2012 | EPIQ Update Review of New Claims and Database Population | Mary Cilia | 6 | 3.5 |
| 6/6/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.3 |
| 6/6/2012 | Database Review and Cleanup | Mary Cilia | 6 | 3.8 |
| 6/6/2012 | Claims Database Updates for Nortel Employee Position | Raj Perubhatla | 6 | 1.0 |
| 6/7/2012 | Employee Claims Analysis and Review re: equity claims | Mary Cilia | 6 | 1.5 |
| 6/7/2012 | Employee Claims Analysis and Review re: review of reports and related claims analysis | Mary Cilia | 6 | 3.5 |
| 6/7/2012 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 2.0 |
| 6/7/2012 | Objection Staging Analysis | Mary Cilia | 6 | 2.5 |
| 6/8/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 6/8/2012 | Schedule Amendment Variation Analysis | Mary Cilia | 6 | 2.5 |
| 6/8/2012 | Recent Termination Severance Analysis | Mary Cilia | 6 | 2.5 |
| 6/8/2012 | Claims Database Update Call and Discussion | Raj Perubhatla | 6 | 1.0 |
| 6/8/2012 | Claims Database - Column Adds and Modifications to Structure | Raj Perubhatla | 6 | 2.0 |
| 6/9/2012 | Claims Database - Changes to the Epiq load Programs | Raj Perubhatla | 6 | 4.0 |
| 6/10/2012 | Claims Database - Load June Epiq File | Raj Perubhatla | 6 | 3.0 |
| 6/11/2012 | Correspondence received, reviewed, responded re EE Claims issues | Kathryn Schultea | 6 | 1.5 |
| 6/11/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.3 |
| 6/11/2012 | Review and Analysis of Claim Updates from EPIQ | Mary Cilia | 6 | 2.5 |
| 6/11/2012 | Settlement Analysis and Review | Mary Cilia | 6 | 1.8 |
| 6/11/2012 | Objection Staging Analysis | Mary Cilia | 6 | 1.0 |
| 6/12/2012 | Conference Call and Prep/Follow-up re: Non-employee Claims Status | Mary Cilia | 6 | 1.0 |
| 6/12/2012 | Schedule Amendment Variation Analysis | Mary Cilia | 6 | 4.5 |
| 6/12/2012 | Analysis for Post-Petition Issues | Mary Cilia | 6 | 1.3 |
| 6/12/2012 | Claims Reporting and Database | Mary Cilia | 6 | 1.3 |
| 6/12/2012 | Severance Analysis | Mary Cilia | 6 | 1.0 |
| 6/13/2012 | Service Address Project | Mary Cilia | 6 | 2.5 |
| 6/13/2012 | Schedule Amendment Variation Analysis | Mary Cilia | 6 | 1.3 |
| 6/13/2012 | EPIQ Update Review of New Claims and Database Population | Mary Cilia | 6 | 1.8 |
| 6/13/2012 | Terminations Review/Status Update | Mary Cilia | 6 | 1.5 |
| 6/13/2012 | Indemnification Analysis and Document Gathering | Mary Cilia | 6 | 2.0 |
| 6/14/2012 | Correspondence received, reviewed, responded re Schedule Amendments | Kathryn Schultea | 6 | 2.5 |
| 6/14/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 6/14/2012 | Review of Intercompany Claims/4th Estate Settlement with Richard Boris | Mary Cilia | 6 | 1.5 |
| 6/14/2012 | Review of Unresolved Non-Employee Claims with Richard Boris | Mary Cilia | 6 | 4.0 |
| 6/14/2012 | Preparation of Employee Claims Status Reports | Mary Cilia | 6 | 1.3 |
| 6/14/2012 | EPIQ Claims Register Cleanup Review and Correspondence | Mary Cilia | 6 | 1.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/15/2012 | Correspondence received, reviewed, responded re Nortel EE Claims | Kathryn Schultea | 6 | 3.2 |
| 6/15/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 6/15/2012 | Claims Database Updates | Raj Perubhatla | 6 | 1.0 |
| 6/17/2012 | Claims Database Loads and Fixes | Raj Perubhatla | 6 | 3.0 |
| 6/18/2012 | Correspondence received, reviewed, responded re Nortel Contingent Claims | Kathryn Schultea | 6 | 2.0 |
| 6/18/2012 | Correspondence received, reviewed, responded re Retiree Claims | Kathryn Schultea | 6 | 1.3 |
| 6/18/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.5 |
| 6/18/2012 | Indemnification Analysis and Document Gathering | Mary Cilia | 6 | 4.0 |
| 6/19/2012 | Correspondence received, reviewed, responded re Nortel Claims | Kathryn Schultea | 6 | 3.5 |
| 6/19/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 6/19/2012 | Indemnification Analysis and Document Gathering | Mary Cilia | 6 | 2.5 |
| 6/19/2012 | Claims Reporting and Database - Claim Review and Analysis | Mary Cilia | 6 | 2.3 |
| 6/20/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 6/20/2012 | Potential Retiree Analysis for Post-Petition Severance Settlements | Mary Cilia | 6 | 1.3 |
| 6/20/2012 | Indemnification Analysis and Document Gathering | Mary Cilia | 6 | 2.0 |
| 6/20/2012 | Claims Reporting and Database - Claim Review and Analysis | Mary Cilia | 6 | 2.3 |
| 6/21/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 6/21/2012 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 1.3 |
| 6/21/2012 | Settlement Letter Review and Analysis | Mary Cilia | 6 | 3.5 |
| 6/21/2012 | Employee Claims Analysis and Review re: equity claims | Mary Cilia | 6 | 1.3 |
| 6/22/2012 | Correspondence received, reviewed, responded re EE Claims issues | Kathryn Schultea | 6 | 2.0 |
| 6/22/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 6/22/2012 | Settlement Letter Review and Analysis | Mary Cilia | 6 | 1.8 |
| 6/22/2012 | Service Address Project | Mary Cilia | 6 | 2.3 |
| 6/25/2012 | LTD review and population analysis | Mary Cilia | 6 | 2.3 |
| 6/25/2012 | Indemnification Analysis and Document Gathering | Mary Cilia | 6 | 2.5 |
| 6/25/2012 | Claims Reporting and Database - Claim Review and Analysis | Mary Cilia | 6 | 2.5 |
| 6/25/2012 | Epiq Data Load | Raj Perubhatla | 6 | 4.0 |
| 6/26/2012 | Conference Call and Prep/Follow-up re: Non-employee Claims Status | Mary Cilia | 6 | 1.5 |
| 6/26/2012 | Post-Petition Severance Analysis | Mary Cilia | 6 | 1.8 |
| 6/26/2012 | Unliquidated Claims Review | Mary Cilia | 6 | 2.5 |
| 6/26/2012 | Service Address Project | Mary Cilia | 6 | 1.8 |
| 6/27/2012 | Employee Claims Analysis and Review | Mary Cilia | 6 | 1.8 |
| 6/27/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 6/27/2012 | Indemnification Analysis and Document Gathering | Mary Cilia | 6 | 1.3 |
| 6/27/2012 | Post-Petition Settlement Letter Review and Analysis | Mary Cilia | 6 | 2.3 |
| 6/27/2012 | Cross Border Claims Review | Mary Cilia | 6 | 1.0 |
| 6/28/2012 | Correspondence received, reviewed, responded re Claims Discussion | Kathryn Schultea | 6 | 2.0 |
| 6/28/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 6/28/2012 | Service Address Project | Mary Cilia | 6 | 3.5 |
| 6/28/2012 | Review Settlement Letter Process with HR | Mary Cilia | 6 | 2.5 |

**NORTEL TIME SHEET**

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/29/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 6/29/2012 | HR Call Center Q&A Review | Mary Cilia | 6 | 2.5 |
| 6/1/2012 | State tax issues | Richard Lydecker | 7 | 2.0 |
| 6/1/2012 | EY status call re tax issues | Richard Lydecker | 7 | 1.0 |
| 6/1/2012 | State tax issues | Richard Lydecker | 7 | 1.0 |
| 6/1/2012 | Apportionment | Richard Lydecker | 7 | 2.0 |
| 6/4/2012 | Call re datacenter | Richard Lydecker | 7 | 1.0 |
| 6/4/2012 | Call on apportionment | Richard Lydecker | 7 | 1.0 |
| 6/4/2012 | Call re datacenter | Richard Lydecker | 7 | 0.5 |
| 6/5/2012 | State tax issues | Richard Lydecker | 7 | 2.0 |
| 6/6/2012 | State tax issues | Richard Lydecker | 7 | 1.0 |
| 6/7/2012 | State tax issues | Richard Lydecker | 7 | 1.0 |
| 6/8/2012 | Call on apportionment | Richard Lydecker | 7 | 0.5 |
| 6/8/2012 | Apportionment | Richard Lydecker | 7 | 1.0 |
| 6/11/2012 | Call on apportionment | Richard Lydecker | 7 | 1.0 |
| 6/13/2012 | E-mails re state tax model | Richard Lydecker | 7 | 1.5 |
| 6/14/2012 | State tax model | Richard Lydecker | 7 | 1.0 |
| 6/14/2012 | State tax model | Richard Lydecker | 7 | 1.5 |
| 6/15/2012 | Correspondence received, reviewed, responded re Nortel Tax Update | Kathryn Schultea | 7 | 1.7 |
| 6/15/2012 | EY status call re tax issues | Richard Lydecker | 7 | 1.0 |
| 6/15/2012 | Tax update | Richard Lydecker | 7 | 1.5 |
| 6/19/2012 | E-mails re state tax model | Richard Lydecker | 7 | 0.8 |
| 6/20/2012 | State tax model | Richard Lydecker | 7 | 1.0 |
| 6/21/2012 | Withdrawal analysis | Richard Lydecker | 7 | 1.5 |
| 6/22/2012 | Tax update | Richard Lydecker | 7 | 1.5 |
| 6/25/2012 | State tax issues/withdrawal | Richard Lydecker | 7 | 2.0 |
| 6/25/2012 | State tax issues/withdrawal | Richard Lydecker | 7 | 1.0 |
| 6/26/2012 | State tax issues | Richard Lydecker | 7 | 1.4 |
| 6/29/2012 | Tax update | Richard Lydecker | 7 | 2.0 |
| 6/5/2012 | Conference Call re: Touch Point | Kathryn Schultea | 8 | 0.5 |