# EXHIBIT B

# EXHIBIT B

**EXPENSE SUMMARY**

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**June 1, 2012 through June 30, 2012**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $   6,627.80 |
| Travel – Lodging | | 5,461.07 |
| Travel – Transportation | | 2,228.98 |
| Travel – Meals | | 1,343.74 |
| Office Expenses | | 60.78 |
| TOTAL | | $  15,722.37 |
| | | |

# Nortel Expense Report

**PERIOD:** June 1, 2012 through June 30, 2012

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 06/04 - 06/07 | Travel Houston/Raleigh | $ 546.10 | $ 662.83 | $ 114.73 | $ 254.99 | | Brandon Bangerter |
| 06/04 - 06/07 | Travel Houston/Raleigh | $ 546.10 | $ 706.22 | $ 195.41 | $ 184.00 | | Raj Perubhatla |
| 06/11 - 06/13 | Travel Houston/Raleiigh | $ 1,000.10 | $ 427.14 | $ 204.14 | $ 451.56 | | Kathryn Schultea |
| 06/11 - 06/14 | Travel Houston/Raleigh | $ 562.10 | $ 687.71 | $ 37.00 | $ 184.00 | | Raj Perubhatla |
| 06/11 - 06/15 | Travel Houston/Raleigh | $ 2,293.10 | $ 964.58 | $ 318.29 | $ 480.07 | | Mary Cilia |
| 06/11- 06/14 | Travel Houston/Raleigh | $ 552.10 | $ 640.71 | $ 189.48 | $ 250.48 | | Brandon Bangerter |
| 06/18 - 06/21 | Travel Houston/Raleigh | $ 564.10 | $ 731.17 | $ 196.43 | $ 184.00 | | Raj Perubhatla |
| 06/18 - 06/21 | Office Expenses - Software Purchase | | | | | $ 60.78 | Raj Perubhatla |
| 06/18- 06/21 | Travel Houston/Raleigh | $ 564.10 | $ 640.71 | $ 88.26 | $ 239.88 | | Brandon Bangerter |
| | | $ 6,627.80 | $ 5,461.07 | $ 1,343.74 | $ 2,228.98 | $ 60.78 | |