IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT  )
                      ) ss.:
COUNTY OF HARTFORD    )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Senior Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On August 7, 2012, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a) the sellers of the claims as listed on the annexed Exhibit B,
    b) the buyers of the claims as listed on the annexed Exhibit C,
    c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brian Hunt

Sworn to before me this
7th day of August, 2012

_____
Tim Conklin
Notary Public, State of Connecticut

TIMOTHY C. CONKLIN
NOTARY PUBLIC
State of Connecticut
My Commission Expires
May 31, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     **Richard Scott Altman**
        **9612 Post Mill Place**
        **Raleigh, NC  27615**

Your claim, in the amount of **$102,773.36** has been transferred, unless previously expunged by Court Order, to:

**Hain Capital Holdings, LTD**
**Attn: Amanda Rapoport**
**301 Route 17, 7th Floor**
**Rutherford, NJ  07070**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#8036** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By    /s/ Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 7, 2012.

**EXHIBIT B**

RICHARD SCOTT ALTMAN, 9612 POST MILL PLACE, RALEIGH, NC  27615

DAVID GRANT, 205 REEDHAM WAY, RALEIGH, NC  27615

CONRAD G. DAMPOLO, 18 HAMMERSMITH DRIVE, SAUGUS, MA  01906

LAYLA BOLING, 1908 EASTSIDE AVE., NASHVILLE, TN  37206

EDDIE S. JOHNSON, JR., 349 JUNIPER CH. RD., FOUR OAKS, NC  27524

JAY R. PRESTIPINO, 2120 ARGYLE DRIVE, PLANO, TX  75023

CORTLAND WOLFE, 351 E. ALLEN STREET, #37, CASTLE ROCK, CO  80108

STEVEN M. JOHNSON, 313 FOGGY BOTTOM, SANFORD, NC  27330

LISETTE Z. ZOUNON, 7421 FRANKFORD RD., APT. 1035, DALLAS, TX  75252

NETIQ CORP, 1233 WEST LOOP SOUTH, SUITE 810, ATTN: CREDIT DEPT
HOUSTON, TX  77027

FRANK ANDRASSY, 1529 SHADOWOOD LANE, RALEIGH, NC  27612

**EXHIBIT C**

HAIN CAPITAL HOLDINGS, LTD, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ  07070

ASM SIP, L.P., C/O ASM CAPITAL, 7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY  11797

LIQUIDITY SOLUTIONS, INC., ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ  07601

ASM CAPITAL, L.P., C/O ASM CAPITAL, 7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY  11797

ASM CAPITAL IV, L.P., C/O ASM CAPITAL, 7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY  11797

MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND LP, ATTN: MARK E. ZOLDAN
80 FIELD POINT ROAD, GREENWICH, CT  06830

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA, NEW YORK, NY  10006