## <u>CERTIFICATE OF SERVICE</u>

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross, Chief Judge** was caused to be made on August 8, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: August 8, 2012                                 */s/ Tamara K. Minott*
Wilmington, Delaware                            Tamara K. Minott (No. 5643)

5874093