## Wave 2 Service List

## Via Hand Delivery on Local Wilmington Parties and First Class Mail on All Others

**Counsel for Telecom**
Daniel J. Merrett
Jones Day
1420 Peachtree St., N.E.; Suite 800
Atlanta, GA 30309-3053

**Counsel for Telecom**
Amanda Marie Winfree
Ashby & Geddes, P.A.
500 Delaware Ave.
Wilmington, DE 19801

**Counsel for Maritz Canada Inc.**
Lucinda McRoberts
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102

**Counsel for Maritz Canada Inc.**
Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

**Counsel for Maritz Canada Inc.**
Robert J. Pfister
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067

Attn: Officer, Managing or General Agent
Lampsa Hellenic S.A. Hotels
225-227 Kifisias Avenue
C Building, 4th floor
145 61, Kifisia, Athens, Greece

**Counsel for SBA Network Services, Inc.**
Lucian Murley
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

**Mediator for SBA**
Mark E. Felger Esq.
Cozen O'Connor
Chase Manhattan Centre
Ste 1400
1201 Market Street
Wilmington, DE 19801-1147

4250248

NEWYORK:2348439.1