IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                                       :    Chapter 11
:
Nortel Networks Inc., et al.,[1]                            :    Case No. 09-10138 (KG)
:
           Debtors.                       :    Jointly Administered
:
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Michael J. Zafarano, Jr., Carol Felts, and James Kauffman, on behalf of themselves and a putative class of persons similarly situated, and on behalf of the Long-Term Investment Plan sponsored by Nortel Networks Inc. (the "ERISA Claimants"), hereby withdraw their Proof of Claim filed in the above-captioned cases (Proof of Claim No. 5509) with prejudice.

Dated: July 25, 2012                                ERISA Claimants

                                                                                _____
                                                                                James G. Stranch, III
                                                                                BRANSTETTER, STRANCH
                                                                                  &amp; JENNINGS, PLLC
                                                                                227 Second Avenue North, Fourth Floor
                                                                                 Nashville, TN 37201-1631
                                                                                 Phone: (615) 254-8801
                                                                                 Fax: (615) 255-5419
                                                                                 jgs@branstetterlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

{000458/02211/00261226.DOC / Ver.1}