August 4, 2012

The Honorable Judge Kevin Gross
US Bankruptcy Court
842 Market Street, 3rd Floor
Wilmington, Delaware 19801

Your Honor:

I am a 57 year old married woman living in North Carolina and am one of the many employees of Nortel who is currently covered under the Long Term Disability benefits that are now in jeopardy. I would ask your indulgence for a short time to allow me to try to express my situation and feelings so you can better understand the real people behind "the LTD group".

My husband and I both started working for Nortel in 1975 when it was still a small but fast-growing company with great promise. Knowing that our fathers had taught each of us by example about company loyalty, my husband and I were both proud and blessed to have been given such a great opportunity and settled in with plans to retire from Nortel, just as our fathers had retired from their perspective companies.

We both gave 100+ percent to Nortel and they rewarded us with a good salary and benefits; much better than most. All along I paid the **additional premium** each pay period to get the additional coverage (70% of my salary rather than the 50%) should I ever need to go out on disability. Your Honor I suffer from two chronic diseases, the combination of which are keeping me from being able to work any longer and in the summer of 1998, my doctor informed me I needed to stop working because of the toll it was taking on my body. The day I had to leave Nortel was the hardest day of my life and I felt that I had lost a part of my identity for a long time after my departure. I wanted to continue to work, I loved my job, and I wanted to be a part of the company's future. I had given a little too much perhaps, and my body was revolting and I had to accept that I was no longer able to do what I so loved to do.

My husband was very lucky and continued to work with Nortel, even after they filed the initial bankruptcy papers, and was able move to Ciena when they purchased their piece of Nortel. In some ways, we are lucky – I can move under my husband's insurance, so right now health care is not my primary concern. My income is what I am concerned about. I understand there is only so much money left in the coffers and that there are many other creditors out there seeking their money but **I paid extra each month to ensure I would receive income until the age of 65**. My income is critical to our budget and it's bad enough that I will never see the full amount I was led to believe I would get, but to receive nothing is simply put **UNETHICAL.**

I did not quit, I was not laid off. If either of those things had happened, I would not expect anything but I had no choice in my departure. Furthermore, I never ever knew that there was even a remote chance that the additional "insurance" I paid for each month would not provide my income until I was 65.

Your Honor all I ask is that you consider that many of us on LTD are not there by choice, we don't like being sick and I can assure the majority of us would much rather be working somewhere – anywhere if we could. We left Nortel with the comfort of knowing we at least would still be able to contribute financially to our families and that finances were one thing we didn't need to be concerned with so we could concentrate on getting as healthy as we could. If anything, the stress of recent events impacts all of our health and only compounds the problems.

I appreciate you taking the time to read my story and hope that you will keep mine and others stories in mind as you continue the proceedings. Nortel's poor decisions should not allow them to be unethical to those of us who worked so hard for them in the good times.

Sincerely,

*Caroline Underwood*

Caroline (Callie) Underwood
2101 Emerson Cook Rd.
Pittsboro, NC 27312