# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2012 Through June 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Costs | | $293.00 |
| Transcripts | | 948.55 |
| Photos/Art/ Spec Duplicating | Out of Office | 8,852.17 |
| Meals | | 108.38 |
| Messenger Service | | 216.00 |
| Courier/Delivery Service | | 553.57 |
| In House Duplicating | | 627.30 |
| Postage | | 63.26 |
| Facsimile | | 2,407.25 |
| Pacer | | 45.40 |
| **Grand Total Expenses** | | **$14,114.88** |

Nortel Networks, Inc.
63989-DIP
DATE: 08/08/12 13:37:24

PROFORMA   30141          AS OF 01/01/00

INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 956315 | 05/01/12 | B | 293.00 | Court Costs - AMERICAN EXPRESS` COURTS/USDC-DE - COURT FILING FEES - 05/01/20 | 503 12 | 000 | 188439 |
| 956479 | 05/29/12 | B | 101.55 | Transcripts - VERITEXT/NEW YORK REPORTING CO` TRANSCRIPT - 05/29/2012 | 506 | 000 | 188459 |
| 956477 | 06/19/12 | B | 641.30 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 06/19/2012 | 506 | 000 | 188457 |
| 957295 | 06/22/12 | B | 205.70 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 06/22/2012 | 506 | 684 | 188534 |
| 954148 | 06/06/12 | B | 938.82 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 06/06/2012 | 510 | 684 | 188352 |
| 956036 | 06/11/12 | B | 6,806.92 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 06/11/2012 | 510 | 900 | 188403 |
| 956500 | 06/12/12 | B | 1,106.43 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/SERVICE - 06/12/2012 | 510 | 000 | 188482 |
| 956493 | 06/11/12 | B | 108.38 | Meals - MOVABLE FEAST INC.` LUNCH FOR 6 - 06/11/2012 | 512 | 322 | 188470 |
| 958142 | 05/21/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958146 | 05/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958164 | 05/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958173 | 05/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958174 | 05/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958176 | 05/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958181 | 05/23/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958182 | 05/23/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958184 | 05/23/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958192 | 05/23/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958201 | 05/24/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958213 | 05/25/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958220 | 05/25/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 958240 | 05/29/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958241 | 05/29/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958245 | 05/30/12 | B | 9.00 | Messenger Service | 513S | 000 | |
| 958262 | 05/31/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958263 | 05/31/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958282 | 05/31/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958290 | 05/31/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958291 | 05/31/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958324 | 06/04/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958330 | 06/04/12 | B | 6.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/08/12 13:37:24

PROFORMA  301141    AS OF 01/01/00    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 958352 | 06/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958365 | 06/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958366 | 06/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958382 | 06/06/12 | B | 21.00 | Messenger Service | 513S | 000 | |
| 958387 | 06/06/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958392 | 06/07/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958400 | 06/07/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 958422 | 06/08/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958440 | 06/11/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958458 | 06/12/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958499 | 06/15/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958514 | 06/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958518 | 06/18/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 958525 | 06/18/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 958541 | 06/19/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958545 | 06/19/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958547 | 06/19/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958553 | 06/20/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958569 | 06/21/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958579 | 06/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958588 | 06/22/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 958589 | 06/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958590 | 06/25/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958593 | 06/25/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 958616 | 06/26/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 958629 | 06/27/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958630 | 06/27/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 956326 | 05/08/12 | B | 17.75 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 05/08/2012 | 514 | 904 | 188439 |
| 956346 | 05/23/12 | B | 17.75 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGE - 05/23/2012 | 514 | 000 | 188439 |
| 953501 | 06/04/12 | B | 32.86 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 188203 |
| 953367 | 06/04/12 | B | 17.34 | Courier/Delivery Service | 514 | 322 | 188189 |
| 953368 | 06/04/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 188189 |
| 953369 | 06/04/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 188189 |
| 953370 | 06/04/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 188189 |
| 953371 | 06/04/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 188189 |
| 953372 | 06/04/12 | B | 12.45 | Courier/Delivery Service | 514 | 322 | 188189 |

```
Nortel Networks, Inc.                              PROFORMA  301141     AS OF 07/01/00                         INVOICE#  ******
63989-DIP
DATE: 08/08/12 13:37:24

INDEX     DATE      STAT    AMOUNT    DESCRIPTION                                                       CODE    TKPER    VOUCHER
953373  06/04/12    B        17.34    Courier/Delivery Service                                           514     322      188189
953374  06/04/12    B        12.45    Courier/Delivery Service                                           514     322      188189
953375  06/04/12    B        12.45    Courier/Delivery Service                                           514     322      188189
953376  06/04/12    B        12.45    Courier/Delivery Service                                           514     322      188189
954201  06/07/12    B         6.90    Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC              514     000      188366
954131  06/11/12    B        12.45    Courier/Delivery Service                                           514     322      188339
957431  06/11/12    B        26.14    Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC              514     000      188562
958061  06/18/12    B        62.10    Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC              514     000      188616
956742  06/19/12    B        32.86    Courier/Delivery Service - FEDERAL EXPRESS CORP.                   514     000      188491
958707  06/19/12    B        62.40    Courier/Delivery Service - FEDERAL EXPRESS CORP.                   514     000      188659
956601  06/19/12    B        12.45    Courier/Delivery Service                                           514     322      188488
956602  06/19/12    B        12.45    Courier/Delivery Service                                           514     322      188488
956603  06/19/12    B        17.34    Courier/Delivery Service                                           514     322      188488
956604  06/19/12    B        12.45    Courier/Delivery Service                                           514     322      188488
956595  06/19/12    B        12.45    Courier/Delivery Service                                           514     322      188488
956596  06/19/12    B        12.45    Courier/Delivery Service                                           514     322      188488
956597  06/19/12    B        17.34    Courier/Delivery Service                                           514     322      188488
956598  06/19/12    B        12.45    Courier/Delivery Service                                           514     322      188488
956599  06/19/12    B        12.45    Courier/Delivery Service                                           514     322      188488
956600  06/19/12    B        12.45    Courier/Delivery Service                                           514     322      188488
958682  06/25/12    B        13.80    Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC              514     000      188658
952656  06/04/12    B        22.10    In-House Duplicating                                               519     684
952820  06/05/12    B         0.30    In-House Duplicating                                               519     684
953282  06/06/12    B        89.00    In-House Duplicating                                               519     684
953428  06/07/12    B         0.30    In-House Duplicating                                               519     684
953767  06/11/12    B       155.50    In-House Duplicating                                               519     670
953923  06/12/12    B         7.00    In-House Duplicating                                               519     684
953924  06/12/12    B         0.60    In-House Duplicating                                               519     554
954055  06/13/12    B         0.60    In-House Duplicating                                               519     670
955126  06/15/12    B         1.10    In-House Duplicating                                               519     605
955127  06/15/12    B        87.10    In-House Duplicating                                               519     605
955115  06/15/12    B         8.80    In-House Duplicating                                               519     684
955116  06/15/12    B        28.00    In-House Duplicating                                               519     684
955189  06/18/12    B        13.00    In-House Duplicating                                               519     684
956104  06/19/12    B        57.00    In-House Duplicating                                               519     684
956630  06/22/12    B        19.20    In-House Duplicating                                               519     684
957050  06/26/12    B         4.80    In-House Duplicating                                               519     684
957841  05/22/12    B        13.06    Postage                                                            520     000
```

Nortel Networks, Inc.
63989-DIP
DATE: 08/08/12 13:37:24

PROFORMA   30141            AS OF 07/01/00                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 957846 | 05/23/12 | B | 8.40 | Postage | 520 | 000 | |
| 957852 | 05/24/12 | B | 2.20 | Postage | 520 | 000 | |
| 957860 | 05/24/12 | B | 5.83 | Postage | 520 | 000 | |
| 957867 | 05/31/12 | B | 3.90 | Postage | 520 | 000 | |
| 957868 | 06/05/12 | B | 1.30 | Postage | 520 | 000 | |
| 957876 | 06/07/12 | B | 4.62 | Postage | 520 | 000 | |
| 957878 | 06/07/12 | B | 20.95 | Postage | 520 | 000 | |
| 957890 | 06/12/12 | B | 3.00 | Postage | 520 | 000 | |
| 953264 | 06/04/12 | B | 735.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 06/04/2012 | 522H | 684 | 188178 |
| 957301 | 06/19/12 | B | 1,672.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 06/19/2012 | 522H | 904 | 188538 |
| 960445 | 06/30/12 | B | 45.40 | Pacer charges for the month of June | 529 | 000 | |
| 952521 | 06/01/12 | B | 5.50 | In-House Printing - black & white | 541 | 684 | |
| 952657 | 06/04/12 | B | 26.45 | In-House Printing - black & white | 541 | 684 | |
| 952821 | 06/05/12 | B | 2.20 | In-House Printing - black & white | 541 | 684 | |
| 953283 | 06/06/12 | B | 2.90 | In-House Printing - black & white | 541 | 684 | |
| 953429 | 06/07/12 | B | 1.75 | In-House Printing - black & white | 541 | 684 | |
| 953567 | 06/07/12 | B | 1.35 | In-House Printing - black & white | 541 | 900 | |
| 953568 | 06/08/12 | B | 1.50 | In-House Printing - black & white | 541 | 684 | |
| 953768 | 06/11/12 | B | 37.25 | In-House Printing - black & white | 541 | 684 | |
| 953925 | 06/12/12 | B | 1.25 | In-House Printing - black & white | 541 | 684 | |
| 955117 | 06/14/12 | B | 1.30 | In-House Printing - black & white | 541 | 904 | |
| 955118 | 06/15/12 | B | 11.70 | In-House Printing - black & white | 541 | 684 | |
| 955128 | 06/15/12 | B | 3.30 | In-House Printing - black & white | 541 | 605 | |
| 955190 | 06/18/12 | B | 7.55 | In-House Printing - black & white | 541 | 684 | |
| 956105 | 06/19/12 | B | 10.40 | In-House Printing - black & white | 541 | 684 | |
| 956395 | 06/20/12 | B | 10.85 | In-House Printing - black & white | 541 | 594 | |
| 956516 | 06/21/12 | B | 1.40 | In-House Printing - black & white | 541 | 684 | |
| 956631 | 06/22/12 | B | 1.15 | In-House Printing - black & white | 541 | 684 | |
| 956951 | 06/25/12 | B | 4.05 | In-House Printing - black & white | 541 | 684 | |
| 957336 | 06/27/12 | B | 1.05 | In-House Printing - black & white | 541 | 684 | |

14,114.88