# EXHIBIT B



# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---:|
| Invoice Number | 1433897 |
| Invoice Date | 07/30/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---:|---:|
| 0002 | General Case Administration | 7.20 | $6,429.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 7.60 | $3,973.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 0.30 | $298.50 |
| 0006 | Retention of Professionals | 1.50 | $405.00 |
| 0007 | Creditors Committee Meetings | 48.00 | $36,847.00 |
| 0008 | Court Hearings | 4.60 | $3,427.00 |
| 0012 | General Claims Analysis/Claims Objections | 7.60 | $4,464.00 |
| 0014 | Canadian Proceedings/Matters | 0.70 | $735.00 |
| 0017 | General Adversary Proceedings | 7.90 | $6,199.00 |
| 0018 | Tax Issues | 19.30 | $12,245.00 |
| 0019 | Labor Issues/Employee Benefits | 216.00 | $150,430.50 |
| 0020 | Real Estate Issues/Leases | 0.30 | $180.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 42.40 | $14,840.00 |
| 0025 | Travel | 8.95 | $6,380.00 |
| 0026 | Avoidance Actions | 0.60 | $440.00 |
| 0028 | Non-Debtor Affiliates | 34.20 | $21,293.00 |
| 0029 | Intercompany Analysis | 63.80 | $55,847.00 |
| 0032 | Intellectual Property | 10.30 | $7,346.50 |
| | TOTAL | 481.25 | $331,780.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1433897

Page 2  
July 30, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 06/01/12 | BMK | 0002 | TC with creditor re: case status | 0.50 |
| 06/04/12 | FSH | 0002 | Participate in weekly call w/ NNI re pending issues (.6). Meet w/ Cleary re pending issues (2.0). | 2.60 |
| 06/04/12 | AQ | 0002 | Weekly status update call with Debtors. | 0.50 |
| 06/05/12 | FSH | 0002 | Respond to call of creditor. | 0.20 |
| 06/07/12 | SLS | 0002 | Review multiple communications regarding scheduling of upcoming meetings (.1). | 0.10 |
| 06/07/12 | FSH | 0002 | Respond to call of creditor re status. | 0.20 |
| 06/11/12 | KMR | 0002 | Participated in conference call with J. Ray and Cleary (1.4). | 1.40 |
| 06/18/12 | FSH | 0002 | Communications re meetings with parties. | 0.40 |
| 06/20/12 | FSH | 0002 | Respond to call of creditor re pending issues. | 0.50 |
| 06/26/12 | JYS | 0002 | Telephone call with creditor. | 0.60 |
| 06/27/12 | FSH | 0002 | Communicate w/S. Kuhn re: case status. | 0.10 |
| 06/29/12 | FSH | 0002 | Communications with Cleary, working group re upcoming meetings. | 0.10 |
| 06/04/12 | SLS | 0003 | Participate in update call with Company (.6). | 0.60 |
| 06/05/12 | FSH | 0003 | Examine monthly prebill. | 0.30 |
| 06/14/12 | BMK | 0003 | Review May invoice | 3.20 |
| 06/19/12 | FSH | 0003 | Attention to fee applications. | 0.20 |
| 06/20/12 | SLS | 0003 | Review fee statement. | 0.50 |
| 06/26/12 | PJS | 0003 | Review and prepare documents re fee application. | 2.80 |
| 06/29/12 | LGB | 0004 | Review email from Fleming re Elliott Greenberg fee cap (.1); respond to same (.1); review response to same (.1). | 0.30 |
| 06/04/12 | PJS | 0006 | Review and prepare documents re 2014 declaration and schedules. | 1.50 |
| 06/06/12 | SLS | 0007 | Communications with working group regarding agenda for UCC call (.4); participate in professionals' pre-call (.8); related follow-up emails (.5). | 1.70 |
| 06/06/12 | FSH | 0007 | Work on agenda for Committee (.4). Call with advisers re same and other pending issues (.8). | 1.20 |
| 06/06/12 | AQ | 0007 | Professionals' pre-call (.8); follow up to same (.2). | 1.00 |
| 06/06/12 | DHB | 0007 | Email communications re agenda and review of same (.2); professionals pre-call (.8) and emails re meetings and status (.1). | 1.10 |
| 06/06/12 | BMK | 0007 | Attend professionals' call | 0.80 |
| 06/06/12 | KMR | 0007 | Attended weekly professionals call. | 0.80 |
| 06/06/12 | JYS | 0007 | Attend Professionals Call (.8); prep for same (.5); Updating and circulating agenda (.2). | 1.50 |
| 06/06/12 | GDB | 0007 | Emails re UCC call and professionals call (0.4) | 0.40 |
| 06/07/12 | SLS | 0007 | Participate in UCC call. | 0.80 |
| 06/07/12 | LGB | 0007 | Participate in Committee call (.8)/ follow up to same (.2). | 1.00 |
| 06/07/12 | FSH | 0007 | Prepare for Committee call (.2). Attend same (.8). | 1.00 |
| 06/07/12 | AQ | 0007 | Attend Committee call. | 0.80 |
| 06/07/12 | BMK | 0007 | Attend portion of Committee call (0.5) | 0.50 |
| 06/07/12 | KMR | 0007 | Attended creditors committee meeting. | 0.80 |
| 06/07/12 | JYS | 0007 | Attend Committee Call (.8); Follow up with AG team (.2); Prep for same (.2). | 1.20 |
| 06/07/12 | GDB | 0007 | Attend UCC call. | 0.80 |
| 06/11/12 | FSH | 0007 | Confer with BK re upcoming meeting. | 0.10 |
| 06/11/12 | BMK | 0007 | Conf with F. Hodara re: professionals' call (0.1); conf with L. Beckerman re: agenda items (0.4) | 0.50 |
| 06/12/12 | FSH | 0007 | Coordinate materials for Committee. | 0.20 |
| 06/13/12 | SLS | 0007 | Participate in professionals' call (.4); communication to F. Hodara regarding upcoming professionals' meeting (.3). | 0.70 |
| 06/13/12 | LGB | 0007 | Review email from Kahn re agenda for call (.1); respond to same (.1). | 0.20 |
| 06/13/12 | FSH | 0007 | Call with advisors re pending issues. | 0.40 |
| 06/13/12 | AQ | 0007 | Professionals' call. | 0.40 |
| 06/13/12 | BMK | 0007 | Attend professionals' call (.4); edit agenda (.1). | 0.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1433897

Page 3  
July 30, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/13/12 | KMR | 0007 | Attended professionals meeting. | 0.40 |
| 06/13/12 | JYS | 0007 | Professionals Call (partial attendance) (0.3); prep for same (0.2). | 0.50 |
| 06/13/12 | GDB | 0007 | Emails re professionals call and UCC call (0.2) | 0.20 |
| 06/13/12 | SLB | 0007 | Prepare materials for Committee Call (.2); corr. w/ B. Kahn re: same (.2) | 0.40 |
| 06/14/12 | SLS | 0007 | Participate in UCC call (.4); prepare for same (.2). | 0.60 |
| 06/14/12 | FSH | 0007 | Communications re Committee call (.1). Participate in same (.4). Follow-up (.2). | 0.70 |
| 06/14/12 | AQ | 0007 | Committee call. | 0.40 |
| 06/14/12 | DHB | 0007 | Prepare for Committee call (.8) (.2); professionals pre-call (.3); Committee call (.4) and follow-up (.2). | 1.90 |
| 06/14/12 | BMK | 0007 | Prepare for committee call (0.4); attend committee call (0.4); follow up to same (0.1) | 0.90 |
| 06/14/12 | KMR | 0007 | Attended creditor committee meeting. | 0.40 |
| 06/14/12 | GDB | 0007 | Attend UCC Call. | 0.40 |
| 06/14/12 | SLB | 0007 | Prepare materials for (.2) and attend (.4) Committee call; coordinate scheduling for upcoming meetings (.2) | 0.80 |
| 06/18/12 | SLS | 0007 | Attend UCC call (.4); prepare for same (.2). | 0.60 |
| 06/18/12 | LGB | 0007 | Prepare for UCC call (.7); participate in UCC call (.4). | 1.10 |
| 06/18/12 | FSH | 0007 | Participate in Committee call (.4). Follow-up from same (.3). Communications re next meeting (.1). | 0.80 |
| 06/18/12 | AQ | 0007 | Attend Committee call. | 0.40 |
| 06/18/12 | DHB | 0007 | Attend Committee call (.4); follow-up with F. Hodara (.4); emails re same (.1). | 0.90 |
| 06/18/12 | BMK | 0007 | Prepare for committee call (0.1); attend committee call (0.4); follow up to same (0.1) | 0.60 |
| 06/18/12 | KMR | 0007 | Participated in Committee conference call. | 0.40 |
| 06/18/12 | JYS | 0007 | Attend Committee Call (.4); Prep for same (.4). | 0.80 |
| 06/18/12 | GDB | 0007 | Emails re UCC call (0.1) | 0.10 |
| 06/18/12 | SLB | 0007 | Prepare materials for Committee call (.2); corr. w/ B. Kahn re: same (.1) | 0.30 |
| 06/21/12 | JYS | 0007 | Coordinating prep for APAC repatriation meeting (0.2); Review presentation re same (1.0) | 1.20 |
| 06/22/12 | JYS | 0007 | T/C re APAC cash repatriation. | 1.80 |
| 06/27/12 | SLS | 0007 | Participate in professionals' call (.6). | 0.60 |
| 06/27/12 | LGB | 0007 | Participate on professionals call (portion). | 0.30 |
| 06/27/12 | FSH | 0007 | Communications re Committee meeting (.3). Attend working group meeting (.6). | 0.90 |
| 06/27/12 | AQ | 0007 | Attend Professionals' call. | 0.60 |
| 06/27/12 | DHB | 0007 | Email communications re agenda (.1); professionals pre-meeting (.6). | 0.70 |
| 06/27/12 | SBK | 0007 | Attend professionals call | 0.60 |
| 06/27/12 | BMK | 0007 | Draft/edit agenda for committee call (0.2); attend professionals' call (0.6) | 0.80 |
| 06/27/12 | KMR | 0007 | Attended weekly professionals' meeting. | 0.60 |
| 06/27/12 | JYS | 0007 | Attend Professionals' Call. | 0.60 |
| 06/28/12 | SLS | 0007 | Participate in UCC call (.5); follow up re: same (.3). | 0.80 |
| 06/28/12 | LGB | 0007 | Participate on Committee call (.5); follow up re: same (.3). | 0.80 |
| 06/28/12 | FSH | 0007 | Participate in Committee call (.5); follow up re: same (.3). | 0.80 |
| 06/28/12 | AQ | 0007 | Attend Committee call. | 0.50 |
| 06/28/12 | DHB | 0007 | Prepare for and attend Committee call. | 0.50 |
| 06/28/12 | BMK | 0007 | Participate in committee call (0.5); follow up with Akin team re: same (0.6) | 1.10 |
| 06/28/12 | KMR | 0007 | Attended creditors committee meeting (.5) and follow up meetings (.5). | 1.00 |
| 06/28/12 | JYS | 0007 | Attend Committee Call (0.5); Follow up with CTE professionals (0.5). | 1.00 |
| 06/28/12 | SLB | 0007 | Attend Committee call (.5); coordinate scheduling of upcoming calls (.3) | 0.80 |
| 06/04/12 | FSH | 0008 | Attention to court hearings. | 0.10 |
| 06/06/12 | LGB | 0008 | Review email from Samis re hearing. | 0.10 |
| 06/06/12 | FSH | 0008 | Communications re court hearing. | 0.20 |
| 06/07/12 | FSH | 0008 | Review Court agenda. | 0.10 |
| 06/18/12 | FSH | 0008 | Communications re upcoming court hearing. | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1433897

Page 4  
July 30, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/19/12 | FSH | 0008 | Review court agenda. | 0.10 |
| 06/20/12 | BMK | 0008 | Prepare for 6/21 hearing | 1.30 |
| 06/21/12 | FSH | 0008 | Follow-up re court hearing. | 0.10 |
| 06/21/12 | DHB | 0008 | Attend omnibus hearing telephonically (.8); emails re same (.1). | 0.90 |
| 06/21/12 | BMK | 0008 | Prepare for omnibus hearing (0.7); attend omnibus hearing (0.8) | 1.50 |
| 06/01/12 | FSH | 0012 | Examine claims information. | 0.10 |
| 06/06/12 | FSH | 0012 | Review Capstone claims report. | 0.10 |
| 06/11/12 | BMK | 0012 | Review and comment on memo re: claims issue | 1.90 |
| 06/14/12 | BMK | 0012 | Review and comment on claims memo | 0.70 |
| 06/19/12 | FSH | 0012 | Analyze claims info. | 0.20 |
| 06/20/12 | FSH | 0012 | Confer w/B. Kahn re claims analysis (.1). Call from creditor (.1). Analyze claims issues (.2). | 0.40 |
| 06/22/12 | FSH | 0012 | Review claim issues. | 0.10 |
| 06/26/12 | BMK | 0012 | Review memo on claims issue (0.8); conf with M. Neiman re: same (0.2) | 1.00 |
| 06/27/12 | FSH | 0012 | Attention to claims issues. | 0.20 |
| 06/27/12 | MN | 0012 | Review and summarize case precedent re claims issue. | 2.40 |
| 06/28/12 | GDB | 0012 | Emails re bond pricing (0.3). | 0.30 |
| 06/29/12 | FSH | 0012 | Review claims settlements. | 0.20 |
| 06/18/12 | FSH | 0014 | Review Canadian retiree info. | 0.40 |
| 06/25/12 | FSH | 0014 | Review Canadian claims information (.2). Attention to Canadian court filings (.1). | 0.30 |
| 06/05/12 | FSH | 0017 | Review Genband 2004 response (.2). Review Chapter 15 pleading (.1). | 0.30 |
| 06/05/12 | BMK | 0017 | Draft joinder to GENBAND 2004 opposition | 0.70 |
| 06/06/12 | FSH | 0017 | Confer with working group re Genband and attention to pleadings. | 0.30 |
| 06/06/12 | BMK | 0017 | Analysis of GENBAND 2004 motion issues (0.6); draft joinder to Debtors' objection (0.8) | 1.40 |
| 06/07/12 | SLS | 0017 | Review communications regarding GENBAND joinder (.1). | 0.10 |
| 06/07/12 | DHB | 0017 | Email communications re Genband motion and joinder. | 0.30 |
| 06/11/12 | DHB | 0017 | Email communications re Genband joinder (.1); review and revise same (.5). | 0.60 |
| 06/11/12 | BMK | 0017 | Review/edit joinder re: GENBAND 2004 motion | 0.40 |
| 06/12/12 | FSH | 0017 | Review GENBAND joinder. | 0.30 |
| 06/12/12 | BMK | 0017 | Finalize joinder re: GENBAND 2004 motion for filing | 0.30 |
| 06/14/12 | FSH | 0017 | Attention to draft GENBAND pleadings. | 0.20 |
| 06/18/12 | FSH | 0017 | Confer w/BK re Genband pleading, review same (.3). Attention to misc. pleadings (.2). | 0.50 |
| 06/18/12 | BMK | 0017 | Review GENBAND reply brief (0.6); email UCC re: same (0.2) | 0.80 |
| 06/18/12 | GDB | 0017 | Emails re Genband 2004 Motion (0.3) | 0.30 |
| 06/19/12 | DHB | 0017 | Review Genband response. | 0.30 |
| 06/20/12 | FSH | 0017 | Review Genband matter and confer w/B. Kahn re hearing. | 0.20 |
| 06/20/12 | BMK | 0017 | TC with D. Livshiz re: GENBAND motion (0.2); conf with F. Hodara re: same (0.1) | 0.30 |
| 06/21/12 | FSH | 0017 | Review GENBAND pleadings. | 0.40 |
| 06/22/12 | FSH | 0017 | Follow-up re Gen Band. | 0.20 |
| 06/05/12 | KMR | 0018 | Discussion with J. Hyland re: J. Ray's proposals on tax planning (0.4); reviewed apportionment rules (0.5); call with J. Hyland and J. Boro re: NC proposals and follow up review of apportionment rules (0.5). | 1.40 |
| 06/06/12 | KMR | 0018 | Continued review of NNI's tax planning proposals. | 1.20 |
| 06/06/12 | JYS | 0018 | Review correspondence re state taxes. | 0.20 |
| 06/07/12 | KMR | 0018 | Continued review of NC tax planning. | 0.70 |
| 06/11/12 | KMR | 0018 | Reviewed ruling request (0.4); follow up review of revised draft letter to NC (0.8). | 1.20 |
| 06/12/12 | FSH | 0018 | Review state tax issue. | 0.20 |
| 06/12/12 | DHB | 0018 | Email communications re Michigan tax issues. | 0.20 |
| 06/12/12 | BMK | 0018 | TC with E. Bussigel re: Michigan tax issue (0.2); emails with Akin team re: same (0.3) | 0.50 |
| 06/12/12 | KMR | 0018 | Preliminary review of MI tax issue (0.4); reviewed draft letter to NC re: | 1.40 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | apportionment (1.0). | |
| 06/12/12 | JYS | 0018 | Review corr w. AG team re MI tax issues (0.2). | 0.20 |
| 06/13/12 | FSH | 0018 | Communications re state tax issue. | 0.10 |
| 06/13/12 | KMR | 0018 | Continue review of draft letter to NC (0.4); reviewed Michigan tax situation and discussion with B. McRae (0.8). | 1.20 |
| 06/13/12 | JYS | 0018 | T/C w. CTE professionals re tax issues (0.5). | 0.50 |
| 06/14/12 | BMK | 0018 | Review complaint and brief for Michigan tax adversary proceeding | 1.20 |
| 06/14/12 | KMR | 0018 | Continued review of litigation with the Michigan tax authorities. | 1.40 |
| 06/15/12 | FSH | 0018 | Attention to Michigan motion. | 0.10 |
| 06/15/12 | KMR | 0018 | Continued review of papers relating to MI tax matter. | 0.40 |
| 06/18/12 | ASK | 0018 | Research re state tax liability and apportionment rules. | 1.30 |
| 06/21/12 | KMR | 0018 | Reviewed BC papers re: VA tax issues. | 0.40 |
| 06/22/12 | BMK | 0018 | Review Virginia tax brief | 0.50 |
| 06/22/12 | KMR | 0018 | Continued review of BC papers relating to VA tax dispute. | 0.50 |
| 06/25/12 | ASK | 0018 | Review Michigan tax controversy materials and research re same. | 3.80 |
| 06/26/12 | KMR | 0018 | Reviewed Nortel state tax matters (0.4); discussion with B. McRae (0.3). | 0.70 |
| 06/01/12 | BES | 0019 | Review of deferred compensation proposals. | 0.80 |
| 06/04/12 | LGB | 0019 | Review 1114 counterproposal by debtor (0.5); Email Fleming/ Schweitzer re comments to same (0.1); Review response to same (0.1); Email Millett re supreme court response (0.1); Review response (0.1); Email Hodara/ Botter re same (0.1). | 1.00 |
| 06/04/12 | FSH | 0019 | Review communications re cert petition. | 0.40 |
| 06/04/12 | FSH | 0019 | Communicate w/ LB re LTD issues. | 0.10 |
| 06/05/12 | FSH | 0019 | Review LTD and Retiree correspondence. | 0.20 |
| 06/06/12 | LGB | 0019 | Review email from Schweitzer re mediation (0.1); Email Hodara/ Botter re same (0.1); Review revised pension motion (0.6). | 0.80 |
| 06/06/12 | JYS | 0019 | Review correspondence with Cleary re R. Levin call and Retiree and LTD Mediation (0.3); Office conference with L. Beckerman re same (0.2). | 0.50 |
| 06/06/12 | JYS | 0019 | Review Cleary draft objection/request for more definite statement of UK Pension claims. | 0.20 |
| 06/07/12 | LGB | 0019 | Review email from Hodara re mediation (0.1); Respond to same (0.1); T/c with Schweitzer/ Fleming re same (0.6); T/c with Lilling re same (0.1); Review email from Croft re schedule for non-qualified pension plans (0.1); Respond to same (0.1); T/c with Levin re meeting (0.1); Review email from Levin re same (0.1); Respond to same (0.1); Review retiree counsel letter (0.6). | 2.00 |
| 06/07/12 | FSH | 0019 | Review LTD letter and related materials. | 0.20 |
| 06/07/12 | DZV | 0019 | Conference with A. Lilling regarding retiree welfare benefits issues (0.4); review documentation regarding same (2.0). | 2.40 |
| 06/07/12 | ASL | 0019 | Review mediation papers (.8); confer with associate (.4); review case law provided (.6). | 1.80 |
| 06/07/12 | JYS | 0019 | Review retiree mediation arguments. | 1.10 |
| 06/07/12 | JYS | 0019 | Review Cleary draft objection/request for more definite statement of UK Pension claims. | 1.20 |
| 06/08/12 | LGB | 0019 | T/c with Dan Harris re research on retired employees/ trial (0.2); Email Fleming re mediation (0.1); Respond to same (0.1); Email Sturm/ Lilling re mediation (0.1); Review response to same (0.1); Email Barow re same (0.1); Review response to same (0.2); Review article cited in retiree Counsel's response (0.3). | 1.20 |
| 06/08/12 | DZV | 0019 | Review communications and supporting documentation received from retiree committee (1.8); research law regarding treatment of retiree welfare benefits in bankruptcy (2.7). | 4.50 |
| 06/08/12 | DJH | 0019 | Research re 1114 issues (2.3, 1.9); calls with team re same (.2). | 4.40 |
| 06/11/12 | LGB | 0019 | Review email from Croft re call re schedule amendments re non-qualified pension plans (.1); respond to same (.1); email Capstone re same (.1); review email from Fleming re LTD mediation (.1); review | 2.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | email from Matz re same; respond to same (.1); email Borow/Sturm/Lilling re same (.1); review debtors' document requests (.1); review Retiree cases (.5); email Fleming/Schweitzer re same (.1); email Harris re 1114 research (.1); telephone call with Harris re same (.3); review final version of motion for more definite statement and Klein Declaration (.7); review email from Matz re 6/13/12 meeting (.1). | |
| 06/11/12 | FSH | 0019 | Communications re mediation w/LTD (.1). Review correspondence (.1). | 0.20 |
| 06/11/12 | DJH | 0019 | Research re 1114 issues (2.4); draft summary re same (1.2); calls and follow-up re same (.6). | 4.20 |
| 06/11/12 | JYS | 0019 | Review filed motion for more definite statement of UK pension claims (0.4). | 0.40 |
| 06/11/12 | JYS | 0019 | T/Cs and o/cs w. L. Beckerman re retiree/LTD mediations (0.4); review related doc requests (0.4). | 0.80 |
| 06/12/12 | LGB | 0019 | Review email from Croft re schedule amendments (.1); review email from Kahn re: same (.1); respond to same (.1); email Croft re: same (.1); review response to same (.1). | 0.50 |
| 06/12/12 | ASL | 0019 | Prepare for mediation conference re: retiree. | 2.80 |
| 06/12/12 | DJH | 0019 | Research re 1114 issues (2.2, 2.1). | 4.30 |
| 06/12/12 | JKL | 0019 | Review LTD motions and objections from docket. | 0.30 |
| 06/13/12 | LGB | 0019 | O/c w/ Matz, Chen, Sturm, Lilling, Levin re: mediation/ 1114/LTD issues (1.5); review A&M information update (.3); review retiree committee proposal/information (.4); review deferred comp settlement motion (.5); t/c w/Borow re mediation/strategy (.2). | 2.90 |
| 06/13/12 | BES | 0019 | Review of matters re LTD/Retiree committee. | 0.50 |
| 06/13/12 | DZV | 0019 | Conference with A. Lilling regarding retiree welfare benefits issues in connection with upcoming conference call (0.4); review retiree welfare documents relating to same (2.0). | 2.40 |
| 06/13/12 | ASL | 0019 | Confer regarding mediation (1.9); consider issues (.4); review deferred compensation motion (.3). | 2.60 |
| 06/13/12 | DJH | 0019 | Research and review materials re 1114 research (1.8); draft summary re same (.3). | 2.10 |
| 06/13/12 | JYS | 0019 | Review draft deferred comp settlement motion (0.3). | 0.30 |
| 06/13/12 | JYS | 0019 | Meeting w. R. Levin re Retiree mediation (1.9); prep for same (0.5); follow up w. Milbank (0.4); Prep for Retiree mediation (0.4); review LTD estimates (1.1); Review A&M retiree analysis (0.9). | 5.20 |
| 06/14/12 | LGB | 0019 | Mark up deferred comp motion re: comments to same (.5); attend mediation session w/ 1114 committee, Cleary, Ray, Milbank, and Capstone (10.5). Prepare write up for Akin/Capstone team about same (.9). | 11.90 |
| 06/14/12 | FSH | 0019 | Communications re Retiree mediation. | 0.50 |
| 06/14/12 | DZV | 0019 | Review Debtors' motion regarding deferred compensation plan (1.4); conference with A. Lilling regarding same (0.3). | 1.70 |
| 06/14/12 | ASL | 0019 | Attend Mediation re: LTD/Retiree (portion). | 5.60 |
| 06/14/12 | JYS | 0019 | Attend Retiree mediation (10.5). | 10.50 |
| 06/15/12 | LGB | 0019 | Email Hodara re mediation write up for the committee (.1); review response to same (.1); respond to same (.1); prepare write up for committee re same (.5); review email from Hodara re deferred comp settlement motion (.1); respond to same (.1); review Hodara comments re write up for UCC on mediation (.1); revise same (.1); review Kearns email re claims (.1); review email from Kukulowicz re Canadian retirees/former employees lobbying efforts (.1). | 1.40 |
| 06/15/12 | FSH | 0019 | Communications with working group and Committee re retiree mediation (.2). Comment on summary (.3). Review deferred comp draft (.5). | 1.00 |
| 06/15/12 | DHB | 0019 | Email communications re Retiree LTD mediation and follow-on meetings (.3); email to Committee re same (.2). | 0.50 |
| 06/15/12 | JYS | 0019 | Corr w. AG team, Capstone and Committee re Retiree mediation (0.4); | 0.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE | Page 7
Invoice Number: 1433897 | July 30, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | Corr w. B. Kahn re same (0.4). | |
| 06/15/12 | GDB | 0019 | Emails re Retiree Mediation (0.4) | 0.40 |
| 06/18/12 | LGB | 0019 | Review email from Borow re mediation (.1); respond to same (.1); review response to same (.1); respond to same (.1); telephone call with Schweitzer re settlement (.2). | 0.60 |
| 06/18/12 | FSH | 0019 | Review info re Retiree mediation and communications with parties and Committee reps re same. | 0.20 |
| 06/18/12 | FSH | 0019 | Confer with J. Sturm re Retiree and LTD issues. | 0.30 |
| 06/18/12 | JYS | 0019 | T/C w. L. Schweitzer and T. Matz re Retiree/LTD mediations (0.4); Review promissory estoppel complaint (0.5). | 0.90 |
| 06/19/12 | LGB | 0019 | Review email from Matz re call to discuss settlement (.1); respond to same (.1); telephone call with Akin team/Capstone team re retiree settlement (.6); telephone call with Harris re 1114 research (.2); review promissory estoppel motion; complaint and exhibits (1.0). | 2.00 |
| 06/19/12 | FSH | 0019 | Work on retiree mediation issue (.5). Call w/advisors re: same (.6). | 1.10 |
| 06/19/12 | BMK | 0019 | Call re: retiree and ltd mediation issues | 0.40 |
| 06/19/12 | DJH | 0019 | Research re 1114 issues (1.1); calls and follow-up re same (.3). | 1.40 |
| 06/20/12 | LGB | 0019 | Telephone call with Botter, Kreller, Matz re settlement with retirees (.5); review email from Kahn re promissory estoppel motion (.1); respond to same (.1); respond to same (.1); review email from Hodara re LTD/retirees/claims (.1); respond to same (.1); review email from Harris re 1114 research (.2); respond to same (.1); email Schweitzer/Fleming re same (.1); review Deferred Comp settlement procedures motion (.6) O/C with Sturm re preparing summary re same (.1); telephone call with Kahn re same (.1); review email from Harris re additional 1114 research (.1). | 2.30 |
| 06/20/12 | FSH | 0019 | Analyze mediation issues (.2). Attention to pro se pleading (.2). | 0.40 |
| 06/20/12 | DHB | 0019 | Conference call with Milbank re retiree settlement discussions. | 0.50 |
| 06/20/12 | ASL | 0019 | Review pleadings re: promissory estoppel. | 0.40 |
| 06/20/12 | DJH | 0019 | Research re 1114 issues and case precedent (2.2, 2.6, 1.9); draft summary re same (.5); follow-up (.2). | 7.40 |
| 06/20/12 | JYS | 0019 | Corr w. AG team re follow-up Debtor/Committee/Ad Hoc call (0.2); Review filed Deferred Comp Settlement motion (0.3); T/C w. L. Beckerman re same (0.4) | 0.90 |
| 06/21/12 | LGB | 0019 | Telephone call with Matz, Schweitzer, Delano, Fleming, Lilling and Sturm re mediation (.4); review LTD counterproposal (.5); telephone call with Borow re same (.2); telephone call with Vira/Lilling re same (.7); email Levin re call (.1); review response (.1); respond to same (.1); review email from Hyland re VEBA financials (.1); respond to same (.1); email Fleming/Schweitzer re documents covered in LTD response requested (.1); review email from Sturm re promissory estoppel motion (.1); review deferred comp settlement motion summary memo and mark up same (.3). | 2.80 |
| 06/21/12 | DZV | 0019 | Review long-term disability counterproposal received from committee and prepare brief outline of same (2.6); conference with A. Lilling regarding same (0.5); conference with L. Beckerman and A. Lilling regarding same in preparation for upcoming conference call (0.9); obtain selected cases relating to same (0.8). | 4.80 |
| 06/21/12 | SAF | 0019 | Retrieve case citations for binder creation for D. Vira | 2.60 |
| 06/21/12 | ASL | 0019 | Review LTD letter (.2); confer with L. Beckerman (.5); confer with D. Vira (.5); review Vira summary (.3). | 1.50 |
| 06/21/12 | DJH | 0019 | Research re 1114 issues. | 2.30 |
| 06/21/12 | JYS | 0019 | Draft summary of deferred comp settlement procedures motion (2.4); O/Cs and corr w. L. Beckerman re same (0.3); Review LTD counterproposal (1.4) | 4.10 |
| 06/21/12 | JYS | 0019 | T/C w. Cleary and Milbank re retiree mediation (0.3); Corr w. AG team re Paroski complaint (0.4) | 0.70 |
| 06/21/12 | JKL | 0019 | Review docket for LTD motions. | 0.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/22/12 | LGB | 0019 | Telephone call with Schweitzer/Delano/Fleming/Lilling/Sturm re questions re LTD letter (.8); email Sturm re pro se LTD motion re promissory estoppel (.1); review response to same (.1); review revised draft of deferred comp motion summary (.2); email Sturm re same (.1); review email from Harris re Ornet (.1); review Unisys case (.3); telephone call with Vira re same (.1); review email from Hodara re summary re deferred comp claimants (.1); respond to same (.1). | 2.00 |
| 06/22/12 | FSH | 0019 | Review and comment on memo re proposed deferred comp settlement. | 0.30 |
| 06/22/12 | DZV | 0019 | Research case law regarding obligation to provide long term disability/welfare benefits (2.3); conference and emails with L. Beckerman and A. Lilling regarding same (0.9); follow-up research regarding same (0.8); emails with L. Beckerman and A. Lilling regarding same (0.4); review plan documentation relating to same (1.2). | 5.60 |
| 06/22/12 | SAF | 0019 | Retrieve district court opinion for D. Vira. | 0.50 |
| 06/22/12 | ASL | 0019 | Prep for LTD Cleary call (.7); call re: same (.8). | 1.50 |
| 06/22/12 | DJH | 0019 | Research re 1114 issues (1.8); draft summary re same (.9). | 2.70 |
| 06/22/12 | JYS | 0019 | Review cases cited by LTD counterproposal (1.9); T/C w. M. Fleming Delacruz re Paroski complaint (0.2); Corr and T/Cs w. L. Beckerman re Paroski complaint (0.3); Corr w. C. Samis re same (0.3); Revising summary of deferred comp settlement motion (0.8); Corr w. AG team re same (0.4); T/C w. Cleary re LTD letter (1.0); Prep for same (0.3); Follow up w. L. Beckerman re same (0.3); Coordinating receipt of LTD pleading docs from Cleary (0.4). | 5.90 |
| 06/22/12 | JAS | 0019 | Confer with J. Sturm and R. Ryan at CGSH re retrieval of LTD documents (.2); configure IDs for access to documents (.3). | 0.50 |
| 06/23/12 | LGB | 0019 | Review documents requested from Cleary re LTD letter (2.0); review cases cited by LTD committee counsel in letter (.9); email Hyland/Borow re documents from Cleary (.1); review Curtiss-Wright cases (.8). | 3.80 |
| 06/25/12 | LGB | 0019 | Telephone call with Mediator, Schweitzer, Matz (.4); review email from Millett re cert. petition denial (.1). | 0.50 |
| 06/25/12 | FSH | 0019 | Communications re cert petition. | 0.20 |
| 06/25/12 | DZV | 0019 | Prepare for and participate in conference call with L. Beckerman, A. Lilling, Cleary Gottlieb and mediator regarding long-term disability claims (.4); review law under ERISA relating to same (1.4); review long-term disability documentation provided (1.9). | 3.70 |
| 06/25/12 | ASL | 0019 | Prep for call (.2); call with mediator; follow up with L. Beckerman (.1); attention to ERISA research (.4). | 1.10 |
| 06/25/12 | JYS | 0019 | Telephone call with L. Beckerman, Cleary, Milbank and R. Levin re LTD mediation (0.4); Review docs re same (2.0); coordinate distribution of same (0.2); O/Cs with L. Beckerman re prep for mediation (0.5); revise and distribute summary of deferred comp procedures motion (0.4); Correspondence with AG team re denial of cert for UK Pension claim (0.3). | 3.80 |
| 06/25/12 | GDB | 0019 | Emails relating to UK pension petition and Deferred compensation plan motion (0.3) | 0.30 |
| 06/25/12 | JAS | 0019 | Develop LTD documents e-file (.6); e-mail docs to J. Sturm (.1). | 0.80 |
| 06/26/12 | LGB | 0019 | Review various documents in preparation for LTD mediation (3.5); review letter in response to LTD letter (.3); email Uziel re same (.1); review email from Borow re same (.1). | 4.00 |
| 06/26/12 | DZV | 0019 | Review additional long-term disability plans and related documentation (2.5); conference with A. Lilling regarding same (1.2); conference with A. Lilling and L. Beckerman in preparation for long-term disability mediation (0.4); follow-up review of documents regarding amendment/termination provisions (0.5). | 4.60 |
| 06/26/12 | BMK | 0019 | Emails with L. Schweitzer re: UK pension claim motion (0.1); emails with Akin team re: same (0.1); tc with A. Pearson re: benefits issues | 0.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (0.3) | |
| 06/26/12 | ASL | 0019 | Confer with labor counsel (.1); confer with L. Beckerman (.4); review materials (2.2); review case law in preparation for LTD mediation (1.6). | 4.30 |
| 06/26/12 | JYS | 0019 | Prep for LTD mediation (1.1); Review additional benefit plan materials (1.3); coordinate distribution of same (0.3); Review Cleary response to LTD letter (0.4). | 3.10 |
| 06/27/12 | LGB | 0019 | Attend Mediation with LTD participants (11.0); email Akin/Capstone team re same (.1). | 11.10 |
| 06/27/12 | FSH | 0019 | Communications re LTD mediation. | 0.20 |
| 06/27/12 | BMK | 0019 | Review and analyze UK pension response to claim motion | 0.90 |
| 06/27/12 | ASL | 0019 | Attend LTD mediation (11.0); follow-up analysis re: same (1.0). | 12.00 |
| 06/27/12 | JYS | 0019 | Attend LTD Mediation Session. | 11.00 |
| 06/28/12 | LGB | 0019 | O/C with Hodara, Sturm and Kahn re reply regarding motion for more definite statement. | 0.10 |
| 06/28/12 | BMK | 0019 | Begin drafting joinder re: UK pension claim objection | 1.10 |
| 06/28/12 | JYS | 0019 | Office conferences and correspondence with L. Beckerman re UK Pension Response to Request for More Definite Statement. | 0.30 |
| 06/28/12 | GDB | 0019 | Emails re UK pension response (0.2) Emails re MOR (0.2) | 0.40 |
| 06/28/12 | GDB | 0019 | Emails re retiree mediation (0.3) | 0.30 |
| 06/29/12 | DZV | 0019 | Continue with review of long-term disability documentation. | 1.50 |
| 06/06/12 | JYS | 0020 | Review correspondence re RTP. | 0.30 |
| 06/01/12 | MN | 0022 | Conference with B. Kahn and call (.4); conference with B. Kahn re: research update (.3); research classification of unsecured creditors (3.6). | 4.30 |
| 06/04/12 | MN | 0022 | Research unsecured creditor classification. | 4.10 |
| 06/05/12 | MN | 0022 | Conference with B. Kahn (.3); research and draft memo Re; classification of creditors (6.2). | 6.50 |
| 06/06/12 | MN | 0022 | Research and draft classification memo. | 5.20 |
| 06/07/12 | MN | 0022 | Draft research memo re: 1122(a). | 5.50 |
| 06/08/12 | MN | 0022 | Draft memo re: 1122(a). | 5.20 |
| 06/15/12 | MN | 0022 | Conference with B. Kahn re: memo (.5); edit memo re: classification of unsecured claims (.7). | 1.20 |
| 06/18/12 | MN | 0022 | Edit memo re classification of unsecured claims. | 1.40 |
| 06/19/12 | MN | 0022 | Research and edit memo re: classification. | 6.30 |
| 06/20/12 | MN | 0022 | Review memo re: classification. | 2.70 |
| 06/14/12 | JYS | 0025 | Travel to and from retiree mediation (1.8). (Actual time - 1.8) | 0.90 |
| 06/20/12 | SLS | 0025 | Travel to New York for in-person working session with professionals. (Actual time - 4.0) | 2.00 |
| 06/21/12 | BMK | 0025 | Travel to/from Wilmington for hearing (Actual time - 3.2) | 1.60 |
| 06/22/12 | SLS | 0025 | Travel from NY to Dallas (4.0)(Actual Travel Time - 8.0, lengthy delays). | 4.00 |
| 06/27/12 | JYS | 0025 | Travel to and From LTD Mediation Session. (Actual time - .9) | 0.45 |
| 06/11/12 | BMK | 0026 | Analysis of preference settlement | 0.40 |
| 06/25/12 | FSH | 0026 | Review info re preference claims. | 0.20 |
| 06/06/12 | JYS | 0028 | Telephone call with M. Wunder re prep for repatriation call (0.3); prep for same (0.3); review draft recovery waterfall (0.2). | 0.80 |
| 06/11/12 | SLS | 0028 | Follow-up call with J. Hyland regarding repatriation presentation (.5); telephone call with B. Kahn regarding same (.2) | 0.70 |
| 06/11/12 | BMK | 0028 | TC with S. Schultz re: repatriation issues (0.2); conf with S. Brauner re: same (0.2); analysis of same (0.3) | 0.70 |
| 06/11/12 | SLB | 0028 | Prepare template for liquidation & repatriation presentation (1); confer w/ B. Kahn re: same (.1) | 1.10 |
| 06/12/12 | SLS | 0028 | Review slides for repatriation presentation (.2) (.1); communications with D. Botter & F. Hodara regarding same (.2) | 0.50 |
| 06/12/12 | BMK | 0028 | Review template for non-debtor legal issue presentation (0.3); tc's and emails with S. Schultz re: same (0.2); tc with S. Woodell and S. Brauner re: same (0.3); confs with S. Brauner re: same (0.2) | 1.00 |
| 06/12/12 | SJW | 0028 | Call with B. Kahn and S. Brauner re repatriation chart (.3); review of | 0.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | relevant documents (.2). | |
| 06/12/12 | SLB | 0028 | Attend call w/ B. Kahn & S. Woodell re: liquidation & repatriation presentation (.2); confer w/ S. Woodell re: same (.2) | 0.40 |
| 06/13/12 | SLB | 0028 | Prepare liquidation & repatriation presentation (2); confer w/ S. Woodell re: same (.2); corr. w/ B. Kahn re: same (.1) | 2.30 |
| 06/14/12 | SJW | 0028 | Work on repatriation presentation. | 2.00 |
| 06/15/12 | SJW | 0028 | Work on repatriation presentation. | 0.40 |
| 06/15/12 | SLB | 0028 | Revise liquidation and repatriation presentation (.8); corr. w/ S. Woodell re: same (.2) | 1.00 |
| 06/19/12 | SLS | 0028 | Review materials for repatriation presentation (1.0); follow-up discussions with Capstone and Akin team regarding same (.2) (.2). | 1.40 |
| 06/19/12 | BMK | 0028 | TC with S. Schultz and J. Borow re: non-debtor entity presentation (0.3); review materials re: same (0.9) | 1.20 |
| 06/19/12 | BMK | 0028 | Review and revise non-debtor repatriation presentation | 1.40 |
| 06/19/12 | SLB | 0028 | Update Liquidation and Repatriation Analysis (.9); confer w/ S. Woodell re: same (.1) | 1.00 |
| 06/20/12 | BMK | 0028 | Review and edit non-debtor presentation | 3.20 |
| 06/21/12 | SLS | 0028 | Telephone call with J. Hyland regarding repatriation presentation (.2); review materials for repatriation presentation (.5) (.4); office conference with B. Kahn regarding same (.4). | 1.50 |
| 06/21/12 | FSH | 0028 | Review repatriation materials. | 0.40 |
| 06/21/12 | BMK | 0028 | Review and finalize presentation on repatriation of cash (2.8); review and prepare for meeting re: same (1.3) | 4.10 |
| 06/22/12 | SLS | 0028 | Prepare for (.5) and attend (1.7) meeting regarding cash repatriation. | 2.20 |
| 06/22/12 | FSH | 0028 | Prepare for meeting on repatriation (.2). Attend same (1.7). | 1.90 |
| 06/22/12 | DHB | 0028 | Prepare for meeting on cash repatriation issues (.1) and attend same and follow-up (1.7). | 1.80 |
| 06/22/12 | BMK | 0028 | Prepare for meeting on cash repatriation (0.8); attend same (1.5); follow up to same (0.4) | 2.70 |
| 06/01/12 | FSH | 0029 | Review positions of all parties and analyze next steps (2.0). Confer w/AQ re same (.2). | 2.20 |
| 06/01/12 | DHB | 0029 | Office conference with A. Qureshi re mediation and EMEA claims and emails re same. | 0.20 |
| 06/01/12 | BMK | 0029 | TC with J. Hyland re: allocation issues | 0.40 |
| 06/04/12 | AQ | 0029 | Review and analyze EMEA claims opinion and consider next steps. | 0.70 |
| 06/04/12 | AQ | 0029 | Attend meeting with Debtors re mediation and next steps. | 1.80 |
| 06/04/12 | DHB | 0029 | Meet with J. Bromley and L. Schweitzer re mediation and next steps. | 2.00 |
| 06/06/12 | FSH | 0029 | Follow-up re Fourth Estate (.1). Work on APAC issues (.3). | 0.40 |
| 06/06/12 | FSH | 0029 | Attention to Capstone analysis and communications with Cleary re meeting. | 0.30 |
| 06/07/12 | FSH | 0029 | Communications with Cleary, Capstone re analysis (.2). Confer w/ Frasers re pending mediation issues (.5). | 0.70 |
| 06/08/12 | FSH | 0029 | Review APAC communications and info. | 0.40 |
| 06/08/12 | DHB | 0029 | Email communications re 4th estate settlement. | 0.30 |
| 06/11/12 | SLS | 0029 | Participate in all-hands call with mediator counsel. | 1.30 |
| 06/11/12 | SLS | 0029 | Update call with UCC and Company professionals (1.3). | 1.30 |
| 06/11/12 | FSH | 0029 | Attention to Fourth Estate settlement. | 0.20 |
| 06/11/12 | FSH | 0029 | Communications w/counsel to mediator, other parties re mediation (1.0). Review materials for call w/NNI (.3). Attend same (1.5). Follow-up communications w/working group (.3). | 3.10 |
| 06/11/12 | DHB | 0029 | Review Debtor charts (.2); meet with C. Kearns re same (1.0); telephone call with J. Bromley re same (.3); follow-up with F. Hodara (.4). | 1.90 |
| 06/11/12 | BMK | 0029 | Participate in call with R. Bennett (0.3); follow up with D. Botter and F. Hodara (0.2); analyze allocation documents (0.5); participate in call with Debtors re: same (portion) (1.4). | 2.40 |
| 06/13/12 | FSH | 0029 | Review pending allocation issues. | 0.30 |
| 06/15/12 | FSH | 0029 | Communications with parties re next steps. | 0.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 11
Invoice Number: 1433897  July 30, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/15/12 | DHB | 0029 | Email communications re mediation (.2) and Canadian issues (.1). | 0.30 |
| 06/18/12 | SLS | 0029 | Review update regarding recent mediation (.7); communication with B. Kahn regarding same (.1) | 0.80 |
| 06/19/12 | FSH | 0029 | Analyze issues for call w/Ad Hoc representatives (.3). Participate in same (.8). | 1.10 |
| 06/19/12 | DHB | 0029 | Email communications re call with Bonds (.1); call with Bonds re mediation issues (.6); follow-up professionals call re mediations (.6). | 1.30 |
| 06/19/12 | BMK | 0029 | Call with Milbank re: allocation issues (0.8); follow up with F. Hodara (0.1) | 0.90 |
| 06/19/12 | KMR | 0029 | Begin review of materials re: APAC restructuring. | 0.30 |
| 06/20/12 | SLS | 0029 | Review allocation presentation. | 0.50 |
| 06/20/12 | SLS | 0029 | Call with working group regarding mediation (.8) | 0.80 |
| 06/20/12 | FSH | 0029 | TC R. Bennett re mediation matter (.1). Numerous communications re same and next steps (1.3). Conf. call w/working group re mediation (.4). Analyze mediation issues (.4). Review case law and communications re same (.7). | 2.90 |
| 06/20/12 | FSH | 0029 | Follow up re 4th Estate Motion. | 0.10 |
| 06/20/12 | DHB | 0029 | Office conference with F. Hodara and B. Kahn re claims matters in mediation (.1); emails re Bennett meeting (.1); follow-on calls re same (.4); emails re same (.2). | 0.80 |
| 06/20/12 | BMK | 0029 | Review filed fourth estate motion (0.6); call with UCC professionals re: mediation status (0.4) | 1.00 |
| 06/20/12 | KMR | 0029 | Continued review of APAC restructuring. | 0.50 |
| 06/20/12 | KMR | 0029 | Reviewed emails and conference call re: status of allocation mediation. | 0.40 |
| 06/20/12 | JYS | 0029 | Review corr re mediation status (0.4); T/C w. team re same (0.2); Review Fourth Estate Settlement motion (0.4); | 1.00 |
| 06/20/12 | GDB | 0029 | Emails re trade debt issues and mediation (0.4) | 0.40 |
| 06/21/12 | FSH | 0029 | Communications w/Cleary and with working group re mediation. | 0.30 |
| 06/21/12 | KMR | 0029 | Reviewed APAC settlement mechanics. | 0.50 |
| 06/22/12 | FSH | 0029 | Meet w/working group re allocation issues. | 0.80 |
| 06/22/12 | FSH | 0029 | TC w/mediation representative (.4). Analyze allocation issues (.2). Communications w/working group re issues (.2). | 0.90 |
| 06/22/12 | KMR | 0029 | Reviewed APAC settlement (0.7); attended part of meeting on APAC settlement (1.0). | 1.70 |
| 06/23/12 | DHB | 0029 | Email communications re discussions with mediators counsel and follow-up. | 0.30 |
| 06/25/12 | FSH | 0029 | Work on allocation analysis (1.6). Communications w/working group and Cleary re same (2.3). Attend working group session (.8). TC DPW (.1). TC counsel to UK parties re pending matters (.3). Further TC DPW (.1). | 5.20 |
| 06/25/12 | AQ | 0029 | Meet with Capstone re mediation recovery models. | 0.50 |
| 06/25/12 | AQ | 0029 | Review and analyze draft Capstone model prepared for counsel to mediator. | 0.60 |
| 06/25/12 | AQ | 0029 | Emails regarding Capstone model. | 0.20 |
| 06/25/12 | AQ | 0029 | Review and analyze prior Capstone recovery models. | 0.40 |
| 06/25/12 | AQ | 0029 | Confer with C. Kearns regarding recovery model for mediator. | 0.40 |
| 06/25/12 | DHB | 0029 | Email communications re conversations with mediator counsel and meeting (.3); review DPW presentation and comment on same (.6); extensive emails re same (.5). | 1.40 |
| 06/25/12 | BMK | 0029 | Attend allocation group call (0.7); follow up to same (0.2); review docs re: same (1.3) | 2.20 |
| 06/26/12 | FSH | 0029 | Work on deck (.6). Communications w/ Cleary re same (.2). Communications w/working group re same, mediator (.4). TC counsel to mediator (.2). | 1.40 |
| 06/26/12 | KAK | 0029 | Work on proceeds allocation analysis. | 1.70 |
| 06/26/12 | AQ | 0029 | Confer with C. Kearns regarding recovery models. | 0.30 |
| 06/26/12 | DHB | 0029 | Email communications re mediator meetings and next steps. | 0.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/26/12 | BMK | 0029 | Emails with Capstone and Akin teams re: allocation issues | 0.30 |
| 06/27/12 | FSH | 0029 | Numerous communications w/DPW, NNI, working group re mediation issues. | 1.00 |
| 06/27/12 | AQ | 0029 | Emails regarding mediation. | 0.20 |
| 06/27/12 | DHB | 0029 | Email communications re mediator meetings and next steps (.2) (.2); email communications re pension response (.1). | 0.50 |
| 06/27/12 | BMK | 0029 | Analyze allocation mediation issues (0.3); emails with Akin team re: same (0.3) | 0.60 |
| 06/28/12 | SLS | 0029 | Participate in allocation update call with the Company (1.5); review communication regarding disposition of assets (.2); telephone call with B. Kahn regarding same (.1). | 1.80 |
| 06/28/12 | FSH | 0029 | Communications re EMEA claims. | 0.20 |
| 06/28/12 | FSH | 0029 | Communications re meeting and prep for same (.3). Attend meeting with NNI re allocation issues (1.2). Follow-up (.1). Call with A. Pisa re allocation issues (.4). | 2.00 |
| 06/28/12 | AQ | 0029 | Conference call with Cleary & Chilmark regarding mediation. | 1.20 |
| 06/28/12 | AQ | 0029 | Confer with Capstone re model and mediation. | 0.30 |
| 06/28/12 | AQ | 0029 | Review and analyze revised Capstone recovery model. | 0.20 |
| 06/28/12 | DHB | 0029 | Call with Debtors re mediation issues. | 1.20 |
| 06/28/12 | BMK | 0029 | Review Capstone allocation deck (0.5); participate in call with Debtors re: allocation issues (1.2) | 1.70 |
| 06/28/12 | KMR | 0029 | Reviewed updated materials on APAC restructuring. | 0.50 |
| 06/14/12 | KAK | 0032 | Telecon with B. Kahn re: patent litigation analysis of Rockstar consortium members (.2); analyze same (1.5). | 1.70 |
| 06/14/12 | BMK | 0032 | Tc with K. Kepchar re: IP issues | 0.20 |
| 06/15/12 | KAK | 0032 | Email from clerk with Rockstar parties litigation dockets. | 0.80 |
| 06/18/12 | KAK | 0032 | Review litigation dockets for Rockstar constituent companies. | 2.40 |
| 06/21/12 | KAK | 0032 | Analyze Rockstar companies' patent litigation dockets (2.0); email to B. Kahn re: same (.4). | 2.40 |
| 06/25/12 | BMK | 0032 | Review IP related documents | 0.40 |
| 06/27/12 | SBK | 0032 | Review/comment on draft letter from Borow and Streambank materials (.30); Email Borow re same (.10); Emails to/from Borow and Hodara/Botter re same (.20) | 0.60 |
| 06/28/12 | KAK | 0032 | Analyze patent litigation against buyers. | 1.80 |

| | |
|---|---|
| Total Hours | 481.25 |