# EXHIBIT C

**DISBURSEMENT SUMMARY**
**JUNE 1, 2012 THROUGH JUNE 30, 2012**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,184.39 |
| Conference Call /Telephone/Video Conferencing | $4,323.61 |
| Courier Service/Postage | $50.82 |
| Duplicating | $94.30 |
| Meals/Committee Meeting Expenses | $2,397.23 |
| Travel Expenses – Airfare | $290.10 |
| Travel Expenses – Ground Transportation | $939.43 |
| Travel Expenses – Telephone & Fax | $15.00 |
| Travel Expenses – Train Fare | $495.00 |
| **TOTAL** | **$9,789.88** |