# EXHIBIT D



# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX  75082

| | |
|---|---|
| Invoice Number | 1433897 |
| Invoice Date | 07/30/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 04/24/12 | Audio and Web Conference Services Monthly recurring charges: Account activity through 4/24/12 VENDOR: GLOBAL CROSSING CONFERENCING; INVOICE#: 9033752383; DATE: 4/24/2012 - acct.# 0205134736 | $61.15 |
| 04/24/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAY12-53062500000206 DATE: 5/25/2012 PASSENGER: Hodara Fred S M TICKET #: 0574160416 DEPARTURE DATE: 04/24/2012 ROUTE: YTZ/EWR | $37.00 |
| 04/24/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAY12-53062500000206 DATE: 5/25/2012 PASSENGER: Hodara Fred S M TICKET #:  DEPARTURE DATE: 04/24/2012 ROUTE: YTZ/EWR | $108.05 |
| 04/24/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAY12-53062500000206 DATE: 5/25/2012 PASSENGER: Kahn Brad Micha TICKET #: 0574160420 DEPARTURE DATE: 04/24/2012 ROUTE: YTZ/EWR | $37.00 |
| 04/24/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAY12-53062500000206 DATE: 5/25/2012 PASSENGER: Kahn Brad Micha TICKET #:  DEPARTURE DATE: | $108.05 |

| Date | Description | Amount |
|---|---|---|
| 05/07/12 | 04/24/2012 ROUTE: YTZ/EWR<br>Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY12-53062500000206 DATE: 5/25/2012 PASSENGER: Botter David H TICKET #: 0574629297 DEPARTURE DATE: 05/07/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 05/07/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY12-53062500000206 DATE: 5/25/2012 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 05/09/2012 ROUTE: NYP/WIL/NYP | $237.00 |
| 05/07/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY12-53062500000206 DATE: 5/25/2012 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 05/09/2012 ROUTE: NYP/WIL/NYP | $221.00 |
| 05/15/12 | Document Production - In House REQUESTOR: B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 308; DATE ORDERED: 5/15/12 | $30.80 |
| 05/16/12 | Computerized Legal Research - Other WCX<br>VENDOR: WEST PAYMENT CENTER; INVOICE#: 6079483832; DATE: 5/16/2012 - Account 1000824368 | $106.00 |
| 05/21/12 | Courier Service/Messenger Service- Off Site  VENDOR: WASHINGTON EXPRESS LLC INVOICE#: 80144 DATE: 5/31/2012<br>TRACKING #: 1414639; SERVICE DATE: 05/21/2012; DESTINATION: US Supreme Court 1 1st St NE | $25.41 |
| 05/21/12 | Courier Service/Messenger Service- Off Site  VENDOR: WASHINGTON EXPRESS LLC INVOICE#: 80144 DATE: 5/31/2012<br>TRACKING #: 1414640; SERVICE DATE: 05/21/2012; DESTINATION: Akin Gump 1333 New Hampshire Ave NW | $25.41 |
| 05/23/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1144417 DATE: 6/13/2012<br>Vendor: Dial Car Voucher #: DLA3617718 Date: 05/23/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3617718 Date: 05/23/2012 Name: Austin Lilling | $194.27 |
| 05/24/12 | Meals (100%) 5/23/12  P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800190; DATE: 5/24/2012 | $34.40 |
| 05/24/12 | Meals (100%) 5/23/12  P Sanchez - Meeting with counsel to committee | $200.87 |

Case 09-10138-MFW   Doc 8132-5   Filed 08/08/12   Page 4 of 8

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1433897
Page 3
July 30, 2012

| Date | Description | Amount |
|---|---|---|
| | member (8 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800190; DATE: 5/24/2012 | |
| 05/24/12 | Meals (100%) 5/24/12 P Sanchez - Committee call working meal (8 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800190; DATE: 5/24/2012 | $147.85 |
| 05/24/12 | Meals (100%) 5/24/12 M Andino - Team meeting working meal (8 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800190; DATE: 5/24/2012 | $108.44 |
| 05/30/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1186023 DATE: 6/3/2012<br>Lilling Austin - Kodama Japanese - 5/30/2012 | $30.79 |
| 05/30/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1144743 DATE: 6/20/2012<br>Vendor: Dial Car Voucher #: DLA3507819 Date: 05/30/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3507819 Date: 05/30/2012 Name: Austin Lilling | $192.23 |
| 05/31/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1186023 DATE: 6/3/2012<br>Catering Akin Gump - Mendy's at Rock Center - 5/31/2012 | $16.10 |
| 05/31/12 | Meals (100%) 5/29/12 P Sanchez - Meeting with committee member counsel (8 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800191; DATE: 5/31/2012 | $293.42 |
| 05/31/12 | Meals (100%) 5/29/12 A Gomez - Team meeting working meal (6 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800191; DATE: 5/31/2012 | $71.86 |
| 05/31/12 | Meals (100%) 5/30/12 P Sanchez - Professionals call working meal (8 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800191; DATE: 5/31/2012 | $146.16 |
| 05/31/12 | Meals (100%) 5/31/12 S Brauner - Committee call working meal - (12 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800191; DATE: 5/31/2012 | $374.80 |
| 06/04/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1144417 DATE: 6/13/2012 | $41.34 |

| Date | Description | Amount |
|---|---|---|
| | Vendor: Dial Car Voucher #: DLRVX5C3V1E8 Date: 06/04/2012 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLRVX5C3V1E8 Date: 06/04/2012 Name: David Botter | |
| 06/04/12 | Meals - Business Nortel dinner; Bromley, Schweitzer, C. Kearns, A. Qureshi, F. Hodara, D. Botter; Riverpark | $346.00 |
| 06/04/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1144743 DATE: 6/20/2012 Vendor: Dial Car Voucher #: DLA3654533 Date: 06/04/2012 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3654533 Date: 06/04/2012 Name: David Botter | $162.75 |
| 06/04/12 | Travel - Ground Transportation Cab ride from One Bryant Park to 50 Franklin Street re prep for hearing; NYC Taxi Cab | $16.37 |
| 06/05/12 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 06001-01001-12; DATE: 6/5/2012 | $4,262.46 |
| 06/06/12 | Travel - Telephone & Fax Internet Access re: Nortel while on Mid-level Associate Retreat; Mandarin Oriental Guest Folio | $15.00 |
| 06/07/12 | Meals (100%) 6/7/12 P Sanchez - Professioinals' call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800192; DATE: 6/7/2012 | $146.16 |
| 06/07/12 | Meals (100%) 6/7/12 P Sanchez - Committee call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800192; DATE: 6/7/2012 | $121.67 |
| 06/08/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: NEIMAN MARC; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $27.00 |
| 06/08/12 | Computerized Legal Research - Westlaw User: NEIMAN,MARC Date: 6/8/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $279.01 |
| 06/08/12 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 6/8/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $52.90 |
| 06/08/12 | Computerized Legal Research - Westlaw User: HARRIS,DAN Date: 6/8/2012 AcctNumber: 1000532285 ConnectTime: 0.0 | $154.24 |
| 06/11/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 687352 | $26.93 |

| | | |
|---|---|---|
| 06/11/12 | DATE: 6/14/2012<br>Vendor: Executive Royal Voucher #: 313475 Date: 06/11/2012 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 313475 Date: 06/11/2012 Name: Brad Kahn<br>Document Production - In House REQUESTOR: N KUNEN; DESCRIPTION: COLOR COPIES; QUANTITY: 63; DATE ORDERED: 6/11/12 | $6.30 |
| 06/12/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1191754 DATE: 6/17/2012<br>Catering Akin Gump - Mendy's Kosher Restaurant - 6/12/2012 | $17.73 |
| 06/12/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 687618 DATE: 6/22/2012<br>Vendor: Executive Royal Voucher #: 371719 Date: 06/12/2012 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 371719 Date: 06/12/2012 Name: Fred Hodara | $33.58 |
| 06/13/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 687618 DATE: 6/22/2012<br>Vendor: Executive Royal Voucher #: 257197 Date: 06/13/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 257197 Date: 06/13/2012 Name: Lisa Beckerman | $67.99 |
| 06/14/12 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 6/14/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $62.30 |
| 06/14/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1191754 DATE: 6/17/2012<br>Beckerman Lisa - Royal Thai Cuisine - 6/14/2012 | $18.82 |
| 06/14/12 | Meals (100%) 6/11/12 P Sanchez - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800193; DATE: 6/14/2012 | $53.57 |
| 06/14/12 | Meals (100%) 6/13/12 T Duval - Professionals' call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800193; DATE: 6/14/2012 | $191.18 |
| 06/14/12 | Meals (100%) 6/13/12 P Sanchez - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $25.80 |

| Date | Description | Amount |
|---|---|---|
| 06/14/12 | 2033800193; DATE: 6/14/2012<br>Meals (100%) 6/14/12   P Sanchez - Committee call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800193; DATE: 6/14/2012 | $51.61 |
| 06/15/12 | Computerized Legal Research - Westlaw User: WOODELL,SARAH Date: 6/15/2012 AcctNumber: 1000812018 ConnectTime: 0.0 | $25.19 |
| 06/15/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 687618 DATE: 6/22/2012<br> Vendor: Executive Royal Voucher #: 368542 Date: 06/15/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 368542 Date: 06/15/2012 Name: Lisa Beckerman | $67.99 |
| 06/19/12 | Computerized Legal Research - Westlaw User: NEIMAN,MARC Date: 6/19/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $90.44 |
| 06/19/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 687843 DATE: 6/28/2012<br> Vendor: Executive Royal Voucher #: 318886 Date: 06/19/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 318886 Date: 06/19/2012 Name: Lisa Beckerman | $67.99 |
| 06/21/12 | Computerized Legal Research - Westlaw User: NEIMAN,MARC Date: 6/21/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $156.15 |
| 06/21/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FENER  SCOTT; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 06/21/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FENER  SCOTT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $13.50 |
| 06/21/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FENER  SCOTT; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 06/21/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 687843 DATE: 6/28/2012<br> Vendor: Executive Royal Voucher #: 381853 Date: 06/21/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: | $67.99 |

| Date | Description | Amount |
|---|---|---|
| 06/22/12 | Executive Royal Voucher #: 381853 Date: 06/21/2012 Name: Lisa Beckerman Computerized Legal Research - Westlaw User: VIRA,DAN Date: 6/22/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $43.95 |
| 06/22/12 | Computerized Legal Research - Lexis Service: COURTLINK SERVICE; Employee: FENER SCOTT; Charge Type: DOCKET RETRIEVAL; Quantity: 1.0 | $4.73 |
| 06/22/12 | Computerized Legal Research - Lexis Service: COURTLINK SERVICE; Employee: FENER SCOTT; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 06/22/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FENER SCOTT; Charge Type: DOCUMENT PRINTING; Quantity: 3.0 | $40.50 |
| 06/22/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FENER SCOTT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 7.0 | $94.50 |
| 06/25/12 | Duplication - In House Photocopy - User # 990100, NY, 572 page(s) | $57.20 |

Current Expenses                                                          $9,789.88