# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JUNE 1, 2012 THROUGH JUNE 30, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 13 years; Admitted in 1989; Financial Restructuring Department | $995 | 57.20 | $56,914.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $975 | 20.60 | $20,085.00 |
| Fred S. Hodara | Partner for 23 years; Admitted in 1982; Financial Restructuring Department | $1,050 | 47.70 | $50,085.00 |
| Karol A. Kepchar | Partner for 11 years; Admitted in 1992; Intellectual Property Department | $715 | 10.80 | $7,722.00 |
| Stephen B. Kuhn | Partner for 12 years; Admitted in 1991; Corporate Department | $825 | 1.20 | $990.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $825 | 11.40 | $9,405.00 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $775 | 25.90 | $20,072.50 |
| Bruce E. Simonetti | Partner for 8 years; Admitted in 1995; ERISA Department | $810 | 1.30 | $1,053.00 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; Tax Department | $625 | 33.60 | $21,000.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $705 | 20.20 | $14,241.00 |
| Graeme D. Bell | International Law Advisor for 4 years; Admitted in 2003; Financial Restructuring Department | $630 | 4.30 | $2,709.00 |

103469298 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Daniel Z. Vira | Senor Attorney for 1 year; Admitted in 1993; ERISA Department | $630 | 31.20 | $19,656.00 |
| Sara L. Brauner | Associate for 2 years; Admitted in 2011; Financial Restructuring Department | $425 | 8.10 | $3,442.50 |
| Daniel J. Harris | Associate for 4 years; Admitted in 2009; Financial Restructuring Department | $500 | 28.80 | $14,400.00 |
| Brad M. Kahn | Associate for 5 years; Admitted in 2008; Financial Restructuring Department | $575 | 51.20 | $29,440.00 |
| Adam S. Krotman | Associate for 3 years; Admitted in 2010; Tax Department | $475 | 5.10 | $2,422.50 |
| Joshua Y. Sturm | Associate for 6 years; Admitted in 2007; Financial Restructuring Department | $600 | 65.25 | $39,150.00 |
| Sarah J. Woodell | Associate for 2 years; Admitted in 2010; Financial Restructuring Department | $370 | 2.90 | $1,073.00 |
| Marc Neiman | Summer Associate | $350 | 44.80 | $15,680.00 |
| Jacqueline K. Lewis | Legal Assistant for 1 year; Financial Restructuring Department | $195 | 1.00 | $195.00 |
| Jonathan A. Samper | Legal Assistant for 1 year; Financial Restructuring Department | $215 | 1.30 | $279.50 |
| Peter J. Sprofera | Legal Assistant for 36 years; Financial Restructuring Department | $270 | 4.30 | $1,161.00 |
| Scott A. Fener | Librarian for 5 years | $195 | 3.10 | $604.50 |

Total Amount of Fees:   $331,780.50
Total Number of Hours:  481.25
Blended Hourly Rate:    $689.41

103469298 v1