# EXHIBIT A

2725046.2

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
May 1, 2012 - May 31, 2012

TOTAL HOURS:     232.8

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 5/14/12 | 0.1 | 2 | Review MOR |
| W. Fugazy | 5/28/12 | 0.5 | 5 | Review cost assumptions in model from D Greer |
| W. Fugazy | 5/22/12 | 0.8 | 5 | Update histogram analysis according to comments from D. Greer |
| W. Fugazy | 5/21/12 | 0.2 | 5 | Update retiree liability summary according to request from B. Moore |
| V. Bodnar | 5/17/12 | 0.5 | 5 | Review adjustment to retiree model to start in 2011 |
| W. Fugazy | 5/17/12 | 0.7 | 5 | Update retiree liability summary for new seriatim |
| D. Greer | 5/17/12 | 0.4 | 5 | Discussion with R. Winters re actuarial modeling of benefits + substitute carrier conceptual solution |
| D. Greer | 5/17/12 | 0.2 | 5 | Respond to follow up request from B. Moore |
| V. Bodnar | 5/16/12 | 0.3 | 5 | Review Nortel Retiree modeling request |
| V. Bodnar | 5/16/12 | 0.5 | 5 | Review cashflows starting in 2014 |
| W. Fugazy | 5/16/12 | 1.1 | 5 | Retiree liability summary schedule by benefit type |
| W. Fugazy | 5/16/12 | 0.2 | 5 | Incorporate new seriatim into retiree dataset |
| D. Greer | 5/16/12 | 0.3 | 5 | Review DaVinci seriatim output in response to request from B. Moore and email a follow up request to clarify certain issues |
| D. Greer | 5/16/12 | 2.1 | 5 | Review DaVinci cash flow projections and valuation related to request from B. Moore; revert with required modifications to NPV calculation |
| R. Winters | 05/11/12 | 0.3 | 5 | Call with V. Bodnar and D. Greer re: calculations of liabilities for individual retirees |
| D. Greer | 5/11/12 | 0.3 | 5 | Call with V. Bodnar and R. Winters re: calculations of liabilities for individual retirees |
| V. Bodnar | 5/10/12 | 0.2 | 5 | Confirmation of specific retiree benefit amounts with A&M |
| V. Bodnar | 5/10/12 | 0.8 | 5 | Review Nortel Retiree model revision |
| V. Bodnar | 5/10/12 | 0.3 | 5 | Review and validate specific retiree data |
| W. Fugazy | 5/10/12 | 0.6 | 5 | Analysis to determine members of Ret group without retirement date |
| W. Fugazy | 5/10/12 | 0.3 | 5 | Send updated analysis to of ret benefits by year of retirement to B. Moore |
| D. Greer | 5/10/12 | 0.5 | 5 | Review and summarize seriatim output from DaVinci |
| D. Greer | 5/10/12 | 1.2 | 5 | Develop response to inquiry from B. Moore |
| W. Fugazy | 5/9/12 | 0.5 | 5 | Calculate retiree liability by retirement year and forward results to B. Moore |
| D. Greer | 5/9/12 | 0.3 | 5 | Review analysis developed by W. Fugazy at request of B. Moore |
| V. Bodnar | 05/08/12 | 0.8 | 5 | Review Lives projection for Nortel LTDs |
| V. Bodnar | 5/8/12 | 0.4 | 5 | Review creation of LTD model lives output |
| R. Winters | 05/08/12 | 0.3 | 5 | Comments for retiree scenarios analysis |
| V. Bodnar | 05/07/12 | 0.3 | 5 | Respond to client questions regarding discount rate methodology |
| V. Bodnar | 05/07/12 | 0.2 | 5 | Review information sent to Doug Greer regarding a specific retiree |
| W. Fugazy | 5/4/12 | 1.1 | 5 | Combine cashflow projections and settlement scenario tables for exhibit. Check discount rate methodology for DCF projections. |
| D. Greer | 5/4/12 | 1.9 | 5 | Design long term budget projection analysis requested by N. Berger and provide direction to W. Fugazy to complete |
| V. Bodnar | 05/02/12 | 0.2 | 5 | Review cash flow discount calculation with client |
| V. Bodnar | 05/02/12 | 0.2 | 5 | Review LTD cash flows to send to client |
| D. Greer | 5/2/12 | 0.3 | 5 | Calls with W. Fugazy re: analysis for Retiree Committee counsel |
| V. Bodnar | 05/01/12 | 0.2 | 5 | Review sources of retiree assumptions used for a specific retiree |
| V. Bodnar | 05/01/12 | 0.3 | 5 | Review specific retiree data |
| V. Bodnar | 05/01/12 | 0.6 | 5 | Review specific retiree's Retiree Benefits |
| V. Bodnar | 05/01/12 | 0.5 | 5 | Risk-free rate rationale email |
| R. Winters | 5/1/12 | 0.2 | 5 | Call with D. Greer re: Retiree Committee analysis |
| W. Fugazy | 5/1/12 | 0.2 | 5 | Update risk free yield curve exhibit |
| D. Greer | 5/1/12 | 0.2 | 5 | Call with R. Winters re: Retiree Committee analysis |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
May 1, 2012 - May 31, 2012

TOTAL HOURS:    232.8

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| E. Norris | 05/23/12 | 0.1 | 6 | WF discussion re age/liability data |
| E. Norris | 05/23/12 | 1.4 | 6 | Analyze liability relative to retiree volume by age group |
| E. Norris | 5/22/12 | 0.1 | 6 | Review retiree age & liability distribution |
| W. Fugazy | 5/21/12 | 0.8 | 6 | Update histogram analysis and send to R Winters and E Norris |
| R. Winters | 5/18/12 | 0.3 | 6 | Review original histograms file |
| D. Greer | 5/9/12 | 0.5 | 6 | Revised analysis re: age and disability date distributions and recirculate to M. Curran and others |
| D. Greer | 05/08/12 | 0.5 | 6 | Revise analysis in response to questions from N. Berger |
| D. Greer | 05/06/12 | 2.0 | 6 | Revise projection model, presentation output, and multiple scenario analysis and sensitivity analysis per requests from B. Moore |
| V. Bodnar | 05/04/12 | 0.2 | 6 | Discuss administrative costs with Doug |
| D. Greer | 05/04/12 | 0.2 | 6 | Call with V. Bodnar re: costs to administer medical, LTC and life insurance claims |
| D. Greer | 05/04/12 | 0.5 | 6 | Development of projection model for TPA costs of retiree benefits |
| D. Greer | 05/04/12 | 1.7 | 6 | Development of risk free forward curves for use in projection model |
| D. Greer | 05/04/12 | 2.1 | 6 | Development of monthly projections requested by A. Togut |
| D. Greer | 05/04/12 | 0.9 | 6 | Development of annual rollup of monthly projections requested by A. Togut |
| D. Greer | 05/04/12 | 1.6 | 6 | Development of sensitivity analysis around key assumptions in the projections requested by A. Togut |
| R. Winters | 5/1/12 | 0.1 | 7 | Review correspondence from LTD Committee |
| D. Greer | 5/30/12 | 0.1 | 8 | Call with R. Milin re: responses to questions from mediator |
| D. Greer | 5/30/12 | 0.1 | 8 | Call with R. Milin re: assumed valuation dates |
| D. Greer | 5/30/12 | 0.3 | 8 | Call with R. Milin re: language for letter to mediator |
| D. Greer | 5/30/12 | 0.3 | 8 | Call with R. Milin and S. Skelly re: information request regarding benefits modeled for specific individuals |
| R. Winters | 5/29/12 | 0.2 | 8 | Review, monitor + respond to inquiries re draft deliverable from TSS |
| R. Winters | 5/29/12 | 0.2 | 8 | Conference call with Milin + Neil Berger re materials for mediator |
| R. Winters | 05/25/12 | 0.4 | 8 | T/c with E. Norris re preparation of materials requested by retiree committee |
| R. Winters | 05/25/12 | 0.1 | 8 | Telephone call with Neil Berger re Retiree Committee deliverable |
| R. Winters | 05/23/12 | 0.7 | 8 | Call with professionals re VEBA structure |
| R. Winters | 05/23/12 | 0.1 | 8 | Telephone call with Kevin Gregson re prep for professionals call (Retiree Committee) |
| R. Winters | 05/23/12 | 0.2 | 8 | Telephone call with Daniele re coordination to meet re deliverable |
| R. Winters | 05/23/12 | 0.6 | 8 | Call with Berger, Greer and Gregson |
| D. Greer | 5/23/12 | 0.6 | 8 | Call with Berger, Winters and Gregson |
| R. Winters | 5/22/12 | 0.3 | 8 | Call with D. Greer re: histogram analysis and other outstanding requests |
| R. Winters | 5/22/12 | 0.1 | 8 | Call with D. Greer re: rescheduling of retiree committee call and other matters |
| R. Winters | 5/22/12 | 0.2 | 8 | Telephone call with Neil Berger re Mediation info requirements |
| R. Winters | 5/22/12 | 0.1 | 8 | RW/EN call to discuss direction of deliverable. |
| W. Fugazy | 5/22/12 | 0.2 | 8 | Call with D. Greer re histogram analysis |
| D. Greer | 5/22/12 | 0.3 | 8 | Call with R. Winters re: histogram analysis and other outstanding requests |
| D. Greer | 5/22/12 | 0.2 | 8 | Call with W. Fugazy re histogram analysis |
| D. Greer | 5/22/12 | 0.1 | 8 | Call with R. Winters re: rescheduling of retiree committee call and other matters |
| R. Winters | 5/21/12 | 0.5 | 8 | Telephone call with Doug Greer re report planning for week |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
May 1, 2012 - May 31, 2012

TOTAL HOURS:    232.8

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 5/21/12 | 0.3 | 8 | Conference call with Doug Greer + Will Fugazy + RMW re histogram demonstration of liability |
| R. Winters | 5/21/12 | 0.3 | 8 | Call with D. Greer re: histogram analysis |
| W. Fugazy | 5/21/12 | 0.2 | 8 | Call with D. Greer re: Nortel deliverables |
| W. Fugazy | 05/21/12 | 0.3 | 8 | Conference call with Doug Greer + RMW re histogram demonstration of liability |
| D. Greer | 5/21/12 | 0.2 | 8 | Call with W. Fugazy re: Nortel deliverables |
| D. Greer | 5/21/12 | 0.3 | 8 | Conference call with R. Winters + Will Fugazy re histogram demonstration of liability |
| D. Greer | 5/21/12 | 0.5 | 8 | Telephone call with R. Winters re report planning for week |
| D. Greer | 5/21/12 | 0.3 | 8 | Call with R. Winters re: histogram analysis |
| R. Winters | 5/18/12 | 0.5 | 8 | Call D.Greer re: analysis and presentation for Retiree Committee. |
| R. Winters | 5/18/12 | 0.5 | 8 | Telephone call with Kevin Gregson re possible structure of coverage in coordination with VEBA + status of carrier input.  Total 0.7 hours |
| D. Greer | 5/18/12 | 0.5 | 8 | Call R. Winters re: analysis and presentation for Retiree Committee. |
| R. Winters | 5/17/12 | 0.4 | 8 | Discussion D. Greer re actuarial modeling of benefits + substitute carrier conceptual solution |
| R. Winters | 5/16/12 | 0.2 | 8 | Call with Greer re: analysis for B. Moore and other matters |
| R. Winters | 5/16/12 | 0.7 | 8 | Telephone call with Brian Moore re research and coordination; review of Mediator discussion |
| W. Fugazy | 5/16/12 | 0.2 | 8 | Call with D. Greer re: request from B. Moore |
| D. Greer | 5/16/12 | 0.2 | 8 | Call with W. Fugazy re: request from B. Moore |
| D. Greer | 5/16/12 | 0.2 | 8 | Call with R. Winters re: analysis for B. Moore and other matters |
| R. Winters | 5/15/12 | 0.1 | 8 | Telephone call with Ethan Norris re Nortel supplemental declaration direction |
| R. Winters | 05/14/12 | 0.1 | 8 | Call with Greer re: administrative issues |
| R. Winters | 05/14/12 | 0.3 | 8 | Call with Greer re recent developments and upcoming committee calls |
| R. Winters | 5/14/12 | 0.7 | 8 | Conference call with Dean Gloster re VEBA options |
| R. Winters | 5/14/12 | 0.3 | 8 | Call with D. Greer re recent developments and upcoming committee calls |
| D. Greer | 5/14/12 | 0.3 | 8 | Call with R. Winters re recent developments and upcoming committee calls |
| V. Bodnar | 5/11/12 | 0.3 | 8 | Call with A&M |
| R. Winters | 05/10/12 | 0.3 | 8 | Call with N. Berger and D. Greer regarding supplemental disclosure and other matters |
| R. Winters | 05/10/12 | 0.1 | 8 | Call with R. Zahralddin and D. Greer regarding supplemental disclosure and other matters |
| W. Fugazy | 5/10/12 | 0.2 | 8 | Call with DaVinci to respond to question re: committee member, and determine appropriate life amount |
| D. Greer | 5/10/12 | 0.3 | 8 | Call with N. Berger and R. Winters regarding supplemental disclosure and other matters |
| D. Greer | 5/10/12 | 0.1 | 8 | Call with R. Zahralddin and R. Winters regarding supplemental disclosure and other matters |
| R. Winters | 05/08/12 | 0.7 | 8 | Call with D. Greer re: follow ups from LTD Committee call |
| D. Greer | 05/08/12 | 0.7 | 8 | Call with R. Winters re: follow ups from LTD Committee call |
| R. Winters | 05/07/12 | 0.3 | 8 | Call with D. Greer re: questions from Togut |
| W. Fugazy | 5/7/12 | 0.1 | 8 | Forward latest presentation to Mediator to rest of group |
| D. Greer | 05/07/12 | 0.3 | 8 | Call with R. Winters re: questions from Togut |
| R. Winters | 05/06/12 | 0.2 | 8 | Telephone calls with Ethan Norris re VEBA funding adequacy |
| R. Winters | 05/04/12 | 0.2 | 8 | Telephone call with Greer re planning for deliverable for TSS |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
May 1, 2012 - May 31, 2012

TOTAL HOURS:     232.8

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 05/04/12 | 0.6 | 8 | Telephone call with Greer re Retiree Committee analysis of projected subsidy payments and investment requirements |
| R. Winters | 05/04/12 | 0.1 | 8 | Telephone call with Brian Moore re requested deliverable |
| W. Fugazy | 5/4/12 | 0.1 | 8 | Call with D. Greer re: analysis for Retiree Committee counsel |
| D. Greer | 5/4/12 | 0.1 | 8 | Call with W. Fugazy re: analysis for Retiree Committee counsel |
| D. Greer | 5/4/12 | 0.2 | 8 | Telephone call with R. Winters re planning for deliverable for TSS |
| D. Greer | 05/04/12 | 0.6 | 8 | Telephone call with R. Winters re Retiree Committee analysis of projected subsidy payments and investment requirements |
| R. Winters | 5/2/12 | 0.2 | 8 | Telephone call with Greer re deliverable for R. Zahralddin + M. Curran |
| R. Winters | 05/02/12 | 0.1 | 8 | Review correspondence w/EG re scheduling + deliverable for mediator; correspondence with TSS re prep for Retcomm call |
| R. Winters | 05/02/12 | 0.2 | 8 | Telephone call with Gregson + email correspondence re possible proposal from Gloster client |
| R. Winters | 05/02/12 | 0.2 | 8 | Telephone call with Neil Berger + Brian Moore + Milin re follow-up to Committee call |
| R. Winters | 05/02/12 | 0.3 | 8 | Telephone call with Neil Berger re inquiry on Retiree Committee member inquiry + structural issues |
| R. Winters | 05/02/12 | 0.1 | 8 | Telephone call (2) with Curran re coordination for Mediator discussion |
| R. Winters | 05/02/12 | 0.1 | 8 | Telephone call with Glynn re Mercer |
| R. Winters | 05/02/12 | 0.2 | 8 | Telephone call with Ethan Norris re direction for supplemental disclosure matter |
| W. Fugazy | 5/2/12 | 0.3 | 8 | Call with D. Greer re: analysis for Retiree Committee counsel (combined) |
| D. Greer | 5/2/12 | 0.2 | 8 | Telephone call with R. Winters re deliverable for R. Zahralddin + M. Curran |
| R. Winters | 5/1/12 | 0.1 | 8 | correspondence with EG re Mediator scheduling |
| R. Winters | 5/1/12 | 0.1 | 8 | Discussion with Greer re: presentation for Retiree Committee |
| R. Winters | 5/1/12 | 0.5 | 8 | Call with the Togut firm and Greer re: presentation for Retiree Committee |
| R. Winters | 5/1/12 | 0.3 | 8 | correspondence with Gregson re materials and update for RetComm |
| R. Winters | 5/31/12 | 0.2 | 10 | Review Berger e-mail to Committee (Retiree) + attachments |
| R. Winters | 5/31/12 | 0.1 | 10 | Monitor emails re NDA status; competitive landscape re carriers; emails re yield curve and assumed rate selection |
| R. Winters | 5/31/12 | 0.3 | 10 | Call with Greer re: VEBA presentation |
| D. Greer | 05/31/12 | 0.2 | 10 | Review and respond to email inquiry from M. Curran |
| D. Greer | 05/31/12 | 0.1 | 10 | Review email traffic throughout the day |
| D. Greer | 05/31/12 | 0.3 | 10 | Call with R. Winters re: VEBA presentation |
| R. Winters | 5/30/12 | 0.2 | 10 | Email exchange with D. Greer re: scope of benefits within purview of the Retiree Committee |
| R. Winters | 5/30/12 | 0.2 | 10 | Review emails from Milin + Greer response |
| D. Greer | 5/30/12 | 0.1 | 10 | Email call summary and instructions to W. Fugazy |
| D. Greer | 5/30/12 | 0.2 | 10 | Email exchange with R. Winters re: scope of benefits within purview of the Retiree Committee |
| D. Greer | 5/30/12 | 0.2 | 10 | Review various emails throughout the day |
| R. Winters | 5/29/12 | 0.1 | 10 | Emails re consent to share info with Mediator + Debtor |
| R. Winters | 5/29/12 | 0.1 | 10 | Email to Donahee re A&M Fee app + review response |
| D. Greer | 5/29/12 | 0.1 | 10 | Review and respond to email from B. Gallagher re: status of LTIP benefits for LTD Participants |
| R. Winters | 05/26/12 | 0.3 | 10 | Review Berger email + attachments re Cleary requests |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
May 1, 2012 - May 31, 2012

**TOTAL HOURS:** 232.8

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 05/25/12 | 0.2 | 10 | Review various emails re variation on assumptions for calculations + scheduling |
| W. Fugazy | 5/25/12 | 0.2 | 10 | Review and respond to e-mails |
| R. Winters | 5/23/12 | 0.1 | 10 | Emails re Supplemental Declaration |
| R. Winters | 05/23/12 | 0.6 | 10 | Emails Re Haupt inquiry on possible replacement solution pro forma for possible settlement |
| R. Winters | 05/23/12 | 0.2 | 10 | Emails with Greer re Fee Apps |
| D. Greer | 5/23/12 | 0.2 | 10 | Review email from Retiree committee member re: settlement planning |
| R. Winters | 5/22/12 | 0.2 | 10 | Emails from Berger re mediator communication + Supplemental Declaration |
| R. Winters | 5/22/12 | 0.3 | 10 | Review Norris email re deliverable + attachment |
| D. Greer | 5/22/12 | 0.1 | 10 | Emails to Retiree Committee professionals re: scheduling of professionals call |
| R. Winters | 5/21/12 | 0.2 | 10 | Email correspondence with Gregson re distribution of claims |
| W. Fugazy | 5/21/12 | 0.1 | 10 | Forward data and explanation of methodology for creation of histograms to R. Winters |
| R. Winters | 5/18/12 | 0.1 | 10 | Review and respond to inquiry from D. Greer regarding possible analysis for Retiree Committee |
| R. Winters | 5/18/12 | 0.3 | 10 | Email exchange with Greer re RetComm deliverable design |
| R. Winters | 5/18/12 | 0.3 | 10 | Supplemental disclosure correspondence |
| D. Greer | 5/18/12 | 0.1 | 10 | Review and respond to inquiry from R. Winters regarding possible analysis for Retiree Committee |
| R. Winters | 5/17/12 | 0.2 | 10 | Email + discussion with Norris and counsel re disclosure(mercer) |
| R. Winters | 5/17/12 | 0.1 | 10 | Emails with Gregson re carriers |
| R. Winters | 5/16/12 | 0.3 | 10 | Emails re carrier interest |
| R. Winters | 5/16/12 | 0.2 | 10 | Emails with Greer re Retiree Life coverage |
| R. Winters | 5/16/12 | 0.1 | 10 | Emails re liability calculation. |
| W. Fugazy | 5/16/12 | 0.1 | 10 | Inquiry to DaVinci re: new seriatim output |
| D. Greer | 5/16/12 | 0.2 | 10 | Review and respond to email requests from B. Moore |
| D. Greer | 5/16/12 | 0.1 | 10 | Email to DaVinci re: requesting analysis required in support of request from B. Moore |
| D. Greer | 5/16/12 | 0.2 | 10 | Review and respond to emails from R. Winters |
| R. Winters | 5/15/12 | 0.1 | 10 | Emails including scheduling/cancellation |
| R. Winters | 5/14/12 | 0.1 | 10 | Review note from Mediator |
| R. Winters | 5/14/12 | 0.3 | 10 | Review Gregson emails and responses re carriers |
| D. Greer | 5/11/12 | 0.1 | 10 | Email to B. Moore |
| R. Winters | 05/10/12 | 0.1 | 10 | Bodnar emails re retiree record + discussion with Greer re control |
| R. Winters | 05/10/12 | 0.2 | 10 | Review Moore emails re change in demonstrative document |
| D. Greer | 5/10/12 | 0.1 | 10 | Email request for seriatim output to DaVinci |
| R. Winters | 05/09/12 | 0.2 | 10 | Emails with Berger re replacement carrier |
| R. Winters | 05/08/12 | 0.1 | 10 | Review email traffic from LTD Committee re mediator communications |
| R. Winters | 05/07/12 | 0.1 | 10 | Emails with Daniele re VEBA costs |
| R. Winters | 05/07/12 | 0.1 | 10 | Email with Berger re stand-alone costs |
| D. Greer | 05/07/12 | 0.3 | 10 | Research and respond to question re: individual retiree from B. Moore |
| D. Greer | 05/07/12 | 0.3 | 10 | Research and respond to question re: number of non Medicare eligible LTD Participants from M. Curran |
| R. Winters | 05/06/12 | 0.4 | 10 | Review and transmit emails re negotiation scenarios. VEBA research |
| D. Greer | 05/05/12 | 0.3 | 10 | Review and respond to questions from B. Moore |
| V. Bodnar | 05/04/12 | 0.3 | 10 | Email to Neil Berger re: specific retiree |
| R. Winters | 05/04/12 | 0.2 | 10 | Review email series re NDA |

08/01/12  6:24 PM

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
May 1, 2012 - May 31, 2012

**TOTAL HOURS:** 232.8

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 05/03/12 | 0.2 | 10 | Email from Moore re RetCom mtg (professionals) with Mediator |
| R. Winters | 05/03/12 | 0.1 | 10 | Email correspondence re NDA's + Mercer |
| R. Winters | 05/03/12 | 0.2 | 10 | Review and respond to emails from B. Moore and N. Berger |
| D. Greer | 5/3/12 | 0.2 | 10 | Review and respond to emails from B. Moore and N. Berger |
| R. Winters | 05/02/12 | 0.4 | 10 | Direction + email correspondence for Berger re Nortel doc prod. |
| R. Winters | 5/1/12 | 0.1 | 10 | Email correspondence with Norris re Veba research |
| R. Winters | 5/31/12 | 0.4 | 11 | Telephone call with Neil Berger re prep for 6/1/12 Retiree Committee call |
| R. Winters | 05/24/12 | 1.5 | 11 | Meeting with Gregson + Daniele re VEBA options |
| R. Winters | 5/21/12 | 0.8 | 11 | LTD Committee Call |
| W. Fugazy | 5/21/12 | 0.4 | 11 | Two calls with D. Greer re: histogram analysis for Retiree Committee presentation |
| D. Greer | 5/21/12 | 0.5 | 11 | LTD Committee call (partial participation) |
| D. Greer | 5/21/12 | 0.4 | 11 | Two calls with W. Fugazy re: histogram analysis for Retiree Committee presentation |
| D. Greer | 5/21/12 | 1.1 | 11 | Review source data and calculations for histogram analysis for Retiree Committee presentation |
| R. Winters | 5/18/12 | 0.4 | 11 | Develop position and thinking re meeting with Berger + draft + comments from Greer and Gregson |
| R. Winters | 5/18/12 | 1.5 | 11 | Meeting with Berger re strategy re negotiations and diligence |
| R. Winters | 5/14/12 | 0.1 | 11 | LTD Committee call (partial participation) |
| D. Greer | 5/14/12 | 0.1 | 11 | LTD Committee call (partial participation) |
| W. Fugazy | 5/9/12 | 0.3 | 11 | Update confidentiality language for presentation to mediator |
| R. Winters | 05/08/12 | 2.2 | 11 | LTD Committee call |
| R. Winters | 05/08/12 | 1.1 | 11 | Call with D. Greer to prep for LTD Committee call |
| D. Greer | 05/08/12 | 0.2 | 11 | Call with DaVinci to prep for LTD Committee call |
| D. Greer | 05/08/12 | 2.2 | 11 | LTD Committee call |
| D. Greer | 05/08/12 | 1.1 | 11 | Call with R. Winters to prep for LTD Committee call |
| R. Winters | 05/07/12 | 0.7 | 11 | Call with D. Greer re: LTD Committee call and analysis |
| D. Greer | 05/07/12 | 0.7 | 11 | Call with R. Winters re: LTD Committee call and analysis |
| W. Fugazy | 5/3/12 | 0.7 | 11 | Multiple revisions of presentation for mediator |
| K. Gregson | 05/02/12 | 4.0 | 11 | Committee Call. Discussion with carriers on funding and impact on resulting solution. Review of Admin Cost summary. |
| R. Winters | 5/1/12 | 0.7 | 11 | Conference call with D. Gloster and D. Greer re VEBA options |
| D. Greer | 5/1/12 | 0.1 | 11 | Discussion with R. Winters re: presentation for Retiree Committee |
| D. Greer | 5/1/12 | 0.5 | 11 | Call with the Togut firm and R. Winters re: presentation for Retiree Committee |
| K. Gregson | 05/01/12 | 3.0 | 11 | Continued LTD NDA follow up and briefing on committee call |
| R. Winters | 5/31/12 | 0.4 | 12 | Discussion (Berger - Winters) re Committee deliverable |
| R. Winters | 5/31/12 | 0.5 | 12 | Mark-up + transmission to Norris re deliverable |
| R. Winters | 5/31/12 | 0.8 | 12 | Review and comment on VEBA presentation (including TSS comments) |
| R. Winters | 5/31/12 | 0.3 | 12 | Final review + transmit deliverable to RetComm |
| D. Greer | 05/31/12 | 0.2 | 12 | Review Togut comments on VEBA presentation |
| D. Greer | 05/31/12 | 0.5 | 12 | Review and comment on VEBA presentation |
| E. Norris | 05/31/12 | 0.3 | 12 | RW calls x3 discuss Togut deliverable revisions per Nberger |
| E. Norris | 05/31/12 | 0.5 | 12 | Revise deliverable per NBerger comments, generate pdf & distribute |
| E. Norris | 05/31/12 | 0.1 | 12 | NBerger call re disclaimer & distribution |
| E. Norris | 05/31/12 | 0.1 | 12 | Final edits to committee deliverable |

08/01/12 6:24 PM

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
May 1, 2012 - May 31, 2012

TOTAL HOURS:    232.8

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 5/30/12 | 0.3 | 12 | Instruction to Norris re VEBA document re LTD's; + follow-on correspondence |
| R. Winters | 5/30/12 | 0.3 | 12 | Review Berger edits; discussion with GC Feigenbaum; Final edits + circulate draft Supp Declaration |
| R. Winters | 5/30/12 | 0.4 | 12 | Comments for Norris re draft deliverables VEBA deliverable for TSS |
| D. Greer | 5/30/12 | 0.8 | 12 | Review and comment on presentation to Retiree Committee re: VEBA set up and administration |
| E. Norris | 05/30/12 | 0.6 | 12 | Incorporate addl edits per MD, RW, KG comments |
| E. Norris | 05/30/12 | 0.1 | 12 | RW discussion-review of edits |
| E. Norris | 05/30/12 | 0.1 | 12 | Additional deliverable edits & consistency review |
| E. Norris | 05/30/12 | 0.6 | 12 | Revise per DG, WF comments and transmittal to NBerger @ Togut as pdf |
| R. Winters | 5/29/12 | 0.5 | 12 | Review various comments regarding the VEBA presentation for Retiree Committee |
| R. Winters | 5/29/12 | 0.1 | 12 | Call with Greer re: VEBA presentation |
| R. Winters | 5/29/12 | 2.3 | 12 | Review and edit (iterative) VEBA doc for RetComm; with Norris with review and responses with Daniele + Gregson |
| W. Fugazy | 5/29/12 | 0.2 | 12 | Refine updated presentation and send to D Greer and R Winters |
| W. Fugazy | 5/29/12 | 0.1 | 12 | Refine presentation according to comments from D. Greer |
| W. Fugazy | 5/29/12 | 0.1 | 12 | Change presentation to mediator according to comments from N. Berger |
| D. Greer | 5/29/12 | 0.5 | 12 | Review various comments regarding the VEBA presentation for Retiree Committee |
| D. Greer | 5/29/12 | 0.1 | 12 | Call with R. Winters re: VEBA presentation |
| E. Norris | 05/29/12 | 0.1 | 12 | RW disc re deliverable revisions & team review |
| E. Norris | 05/29/12 | 0.4 | 12 | Review RW, KG comments & revise |
| E. Norris | 05/29/12 | 0.5 | 12 | Review MDaniele comments & revise |
| W. Fugazy | 5/28/12 | 0.1 | 12 | Call with D. Greer re: presentation for retiree committee |
| W. Fugazy | 5/28/12 | 1.0 | 12 | Update 5-2 presentation with new cost projections |
| D. Greer | 5/28/12 | 0.1 | 12 | Call with W. Fugazy re: presentation for retiree committee |
| R. Winters | 05/25/12 | 0.1 | 12 | Telephone call Daniele re coordination of materials for Retiree Committee |
| E. Norris | 05/25/12 | 0.4 | 12 | RW call re structure of VEBA timeline deliverable |
| E. Norris | 05/25/12 | 0.1 | 12 | Review RW corr re outline of VEBA process |
| E. Norris | 05/25/12 | 0.9 | 12 | Develop draft deliverable of VEBA process & transmittal to RW |
| D. Greer | 5/23/12 | 0.2 | 12 | Review draft presentation materials from K. Gregson |
| E. Norris | 5/23/12 | 0.4 | 12 | Develop powerpoint deliverable from outline |
| E. Norris | 05/23/12 | 0.1 | 12 | Develop template for post BK benefit comparison |
| E. Norris | 05/23/12 | 0.4 | 12 | Summarize carrier considerations |
| E. Norris | 05/23/12 | 0.1 | 12 | Transmittal of draft deliverable to RW, KG |
| E. Norris | 5/22/12 | 0.1 | 12 | RW disc re direction of deliverable |
| E. Norris | 5/22/12 | 0.8 | 12 | Develop draft committee deliverable outline & transmittal to RW |
| R. Winters | 5/21/12 | 0.3 | 12 | Review approach to settlement document |
| E. Norris | 5/21/12 | 0.3 | 12 | RW calls re settlement committee presentation |
| E. Norris | 5/21/12 | 1.0 | 12 | KG calls re Nortel analyses & decision process timeline |
| E. Norris | 5/21/12 | 0.2 | 12 | Outline of strategic decision process |
| E. Norris | 5/21/12 | 0.2 | 12 | Revise outline of strat decision process |
| R. Winters | 5/18/12 | 0.2 | 12 | Review and edit message from D. Greer and K. Gregson related to presentation materials for Retiree Committee |
| W. Fugazy | 5/18/12 | 0.6 | 12 | Histogram analysis and exhibits for Retirees |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
May 1, 2012 - May 31, 2012

**TOTAL HOURS:** 232.8

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 5/18/12 | 0.2 | 12 | Review and edit message from R. Winters and K. Gregson related to presentation materials for Retiree Committee |
| W. Fugazy | 5/17/12 | 1.5 | 12 | Sensitivity graphs, including display for results under Volkmar recommendations |
| R. Winters | 05/11/12 | 0.1 | 12 | Review Retiree liability summary |
| R. Winters | 05/09/12 | 0.5 | 12 | Review materials sent to Mediator + comments on content (LTD) |
| W. Fugazy | 5/9/12 | 0.4 | 12 | Discuss requested analysis with D. Greer |
| R. Winters | 05/08/12 | 0.4 | 12 | Review and edit materials for mediator (LTD) |
| R. Winters | 05/08/12 | 0.2 | 12 | Comments and review of LTD Comm. discussion materials |
| D. Greer | 05/07/12 | 2.9 | 12 | Revise analysis and presentation in support of Retiree settlement proposal |
| D. Greer | 05/07/12 | 3.7 | 12 | Develop report and supporting analysis for LTD Committee |
| R. Winters | 05/04/12 | 0.3 | 12 | Review data for LTD deliverable |
| D. Greer | 05/04/12 | 0.8 | 12 | Development of presentation / output from projection model(s) requested by A. Togut |
| D. Greer | 5/3/12 | 0.5 | 12 | Preparation of analysis and summary presentation for Elliott Greenleaf |
| R. Winters | 5/1/12 | 2.4 | 12 | Develop, edit materials for RetComm call |
| D. Greer | 5/1/12 | 0.7 | 12 | Review and comment on draft presentation for Retiree Committee |
| D. Greer | 5/29/12 | 0.2 | 13 | Review summary of U.S. Supreme Court decision affirming summary judgment in a case in the 7th Circuit |
| E. Norris | 5/17/12 | 0.1 | 13 | Discussion w/ R. Winters and counsel re supplemental disclosure |
| E. Norris | 5/15/12 | 0.1 | 13 | RW call re supplemental disclosure |
| E. Norris | 5/15/12 | 0.1 | 13 | Counsel corr re supplemental disclosure |
| E. Norris | 05/02/12 | 0.2 | 13 | RW discussion re supplemental disclosure |
| E. Norris | 05/02/12 | 0.7 | 13 | Research Mercer involvement |
| E. Norris | 05/02/12 | 0.1 | 13 | RW corr re Mercer findings |
| R. Winters | 5/29/12 | 0.1 | 14 | Review summary of U.S. Supreme Court decision affirming summary judgment in a case in the 7th Circuit |
| D. Greer | 5/10/12 | 0.9 | 14 | Research inquiry from B. Moore re: analysis developed by W. Fugazy |
| D. Greer | 05/08/12 | 0.2 | 14 | Research inquiry from B. Moore and respond via email. |
| D. Greer | 5/8/12 | 0.5 | 14 | Research in response to inquiry from M. Curran |
| D. Greer | 05/07/12 | 0.5 | 14 | Research and respond to question from B. Moore |
| D. Greer | 05/07/12 | 1.5 | 14 | Research into interest rate hedging strategies |
| D. Greer | 05/07/12 | 0.3 | 14 | Research costs related to VEBA management |
| E. Norris | 05/06/12 | 0.2 | 14 | RW calls re VEBA funding adequacy |
| E. Norris | 5/6/12 | 0.2 | 14 | Distribution of UAW VEBA assumption details to counsel |
| E. Norris | 05/04/12 | 1.2 | 14 | Additional research failed VEBAs & interest rates (UAW, Kaiser, Goodyear, WP, USW, Indiana Teachers) |
| E. Norris | 05/04/12 | 0.3 | 14 | Summary of findings to RW |
| E. Norris | 05/03/12 | 1.6 | 14 | Research Caterpillar, Detroit Diesel failed VEBAs & Interest Rates |
| D. Greer | 5/30/12 | 0.5 | 15 | Engagement administration including communications with A&M team re: time tracking and updated activity codes |
| D. Greer | 5/30/12 | 0.2 | 15 | Review A&M's First Supplemental Disclosure |
| R. Winters | 05/24/12 | 0.1 | 15 | Review re fee app |
| R. Winters | 05/24/12 | 0.2 | 15 | Several telephone calls with D. Greer re fee application |
| R. Winters | 05/24/12 | 0.1 | 15 | Telephone call with Liana Shaw re fee app |
| R. Winters | 05/24/12 | 0.2 | 15 | Multiple calls with D. Greer re: fee applications |
| R. Winters | 05/24/12 | 0.2 | 15 | Review Fee application materials |
| R. Winters | 05/24/12 | 0.1 | 15 | Email to Berger re protocol with Committee approval |
| W. Fugazy | 5/24/12 | 1.2 | 15 | Run through corrections to quarterly fee app with D. Greer |

08/01/12 6:24 PM

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
May 1, 2012 - May 31, 2012

TOTAL HOURS:      232.8

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 5/24/12 | 2.2 | 15 | Preparation of fee applications |
| D. Greer | 5/24/12 | 0.1 | 15 | Two calls to T. Snow of Elliott Greenleaf re: filing of fee applications |
| D. Greer | 5/24/12 | 0.2 | 15 | Multiple calls with R. Winters re: fee applications |
| D. Greer | 5/24/12 | 0.2 | 15 | Several telephone calls (Doug Greer - Ronald Winters) re fee application |
| W. Fugazy | 5/23/12 | 2.5 | 15 | Codify time entries and cross check calls and meetings times |
| W. Fugazy | 5/23/12 | 2.0 | 15 | Enter time and billing info into monthly fee statements |
| D. Greer | 5/23/12 | 2.5 | 15 | Preparation of fee applications |
| R. Winters | 5/22/12 | 0.1 | 15 | Admin emails to Berger re call scheduling; Person re fee apps |
| W. Fugazy | 5/22/12 | 2.3 | 15 | Update time diaries and begin preparing fee applications |
| D. Greer | 5/22/12 | 0.5 | 15 | Preparation of fee applications |
| W. Fugazy | 05/21/12 | 1.8 | 15 | Update time diaries and begin preparing fee applications |
| R. Winters | 5/15/12 | 0.2 | 15 | Direction re supplemental declaration + discussion with Feigenbaum |
| R. Winters | 5/15/12 | 0.1 | 15 | Telephone call with Doug Greer re administrative + scheduling matters |
| D. Greer | 5/15/12 | 0.1 | 15 | Telephone call with R. Winters re administrative + scheduling matters |
| D. Greer | 5/15/12 | 0.1 | 15 | Review emails from R. Winters regarding supplemental disclosures |
| R. Winters | 5/14/12 | 0.1 | 15 | Call with D. Greer re: administrative issues |
| D. Greer | 5/14/12 | 0.1 | 15 | Call with R. Winters re: administrative issues |
| D. Greer | 5/10/12 | 0.5 | 15 | Completion of activity codes in time diaries |
| D. Greer | 5/10/12 | 0.2 | 15 | Email to V. Bodnar re: possible need for supplemental disclosure |
| D. Greer | 05/07/12 | 0.2 | 15 | Logistics re: scheduling of LTD and Retiree committee calls |
| R. Winters | 05/04/12 | 0.1 | 15 | Telephone calls with D. Greer re logistical planning |
| D. Greer | 05/04/12 | 0.1 | 15 | Telephone calls with R. Winters re logistical planning |
| D. Greer | 5/3/12 | 0.1 | 15 | Call with A. Granato (DaVinci) re: Nortel invoicing |
| K. Gregson | 05/30/12 | 2.5 | 17 | Review and development of allocation methods |
| K. Gregson | 05/29/12 | 1.5 | 17 | Review and development of allocation methods |
| K. Gregson | 05/28/12 | 2.0 | 17 | Follow up on features with insurance companies |
| K. Gregson | 05/25/12 | 1.8 | 17 | Follow up on features with insurance companies |
| R. Winters | 05/24/12 | 0.3 | 17 | Review solutions / Veba materials developed by Norris |
| K. Gregson | 05/24/12 | 2.5 | 17 | Refinement of Proposal analysis and interim report for Committee |
| R. Winters | 05/23/12 | 0.3 | 17 | Review McCarter & English PPTX re VEBA |
| E. Norris | 05/23/12 | 0.2 | 17 | Summarize potential pros/cons of LTD population inclusion |
| E. Norris | 05/23/12 | 1.7 | 17 | Summarize settlement allocation options & incorporate into deliverable |
| K. Gregson | 05/23/12 | 3.5 | 17 | Development of analysis for committee on allocation and health care |
| K. Gregson | 05/22/12 | 3.0 | 17 | Development of analysis for committee on allocation and health care |
| K. Gregson | 05/21/12 | 5.0 | 17 | Development of analysis for committee on allocation and health care |
| D. Greer | 5/18/12 | 0.1 | 17 | Email K. Gregson re: status of NDAs from health carriers |
| D. Greer | 5/18/12 | 0.3 | 17 | Research and respond to question from B. Moore |
| K. Gregson | 05/18/12 | 3.0 | 17 | Development of analysis for committee mtg |
| K. Gregson | 05/17/12 | 1.0 | 17 | Follow up on data |
| K. Gregson | 05/16/12 | 2.0 | 17 | Data Collection and analysis on healthcare plan |
| K. Gregson | 05/15/12 | 2.8 | 17 | Data Collection and analysis on healthcare plan |
| R. Winters | 5/14/12 | 0.1 | 17 | Call with K. Gregson re: process for identifying alternative health coverage |
| R. Winters | 5/14/12 | 0.2 | 17 | Call with K. Gregson re: status of revised NDAs for LTDs |
| D. Greer | 5/14/12 | 0.1 | 17 | Call with K. Gregson re: process for identifying alternative health coverage |
| D. Greer | 5/14/12 | 0.2 | 17 | Call with K. Gregson re: status of revised NDAs for LTDs |
| K. Gregson | 05/14/12 | 2.5 | 17 | Data Collection and analysis on healthcare plan |
| D. Greer | 5/8/12 | 0.1 | 17 | Respond to email inquiry from R. Winters re: VEBA admin costs |

08/01/12 6:24 PM

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
May 1, 2012 - May 31, 2012

TOTAL HOURS:    232.8

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| K. Gregson | 05/04/12 | 2.1 | 17 | Follow up with UHC on LTD NDA, Follow up with Coventry on LTD NDA. |
| K. Gregson | 05/03/12 | 0.8 | 17 | Follow up with Coventry on NDA and group solution. |
| D. Greer | 5/1/12 | 0.7 | 17 | Conference call with D. Gloster and R. Winters re VEBA options |
| K. Gregson | 05/31/12 | 8.0 | 18 | Build of analytics tool on settlement allocation and duration |
| R. Winters | 5/30/12 | 0.3 | 18 | Call with Greer re: inquiries from R. Milin and other matters |
| D. Greer | 5/30/12 | 0.8 | 18 | Review and respond to email inquiries from R. Milin in support of discussions with mediator |
| D. Greer | 5/30/12 | 0.2 | 18 | Review and comment on draft letter from R. Milin to mediator |
| D. Greer | 5/30/12 | 0.3 | 18 | Call with R. Winters re: inquiries from R. Milin and other matters |
| R. Winters | 05/29/12 | 0.1 | 18 | Telephone call D. Greer re mediator support materials (Retiree Committee) |
| R. Winters | 05/29/12 | 0.1 | 18 | Telephone call D. Greer re mediator materials |
| R. Winters | 5/29/12 | 0.8 | 18 | Review and comment on presentation for mediator |
| D. Greer | 5/29/12 | 0.2 | 18 | Email to N. Berger regarding basis for VEBA expense assumptions |
| D. Greer | 5/29/12 | 0.1 | 18 | Telephone call (Ronald Winters - Doug Greer) re mediator support materials (Retiree Committee) |
| D. Greer | 5/29/12 | 0.1 | 18 | Telephone call (Ronald Winters - Doug Greer) re mediator materials |
| D. Greer | 5/29/12 | 0.6 | 18 | Review and comment on presentation for mediator |
| R. Winters | 05/28/12 | 0.3 | 18 | Review written response to mediator sent by Togut |
| R. Winters | 05/28/12 | 0.1 | 18 | Review emails from Toguts re: inclusion of expenses in retiree benefits demonstrative + provide documents to Fugazy |
| W. Fugazy | 5/28/12 | 0.6 | 18 | Call with D. Greer re: retiree benefits demonstrative requested by B. Moore |
| D. Greer | 5/28/12 | 0.6 | 18 | Call with W. Fugazy re: retiree benefits demonstrative requested by B. Moore |
| D. Greer | 5/28/12 | 0.3 | 18 | Review written response to mediator sent by Togut |
| D. Greer | 5/28/12 | 0.1 | 18 | Review emails from Toguts re: inclusion of expenses in retiree benefits demonstrative |
| R. Winters | 5/22/12 | 0.3 | 18 | Review Gregson settlement alternative files |
| R. Winters | 05/09/12 | 0.3 | 18 | Email exchanges with M. Curran and D. Greer re: information and analysis for mediator |
| R. Winters | 05/09/12 | 0.3 | 18 | Call with Curran, Zahralddin and Greer re report for mediator |
| D. Greer | 5/9/12 | 0.4 | 18 | Discuss requested analysis with W. Fugazy |
| D. Greer | 5/9/12 | 0.3 | 18 | Email exchanges with M. Curran and R. Winters re: information and analysis for mediator |
| D. Greer | 5/9/12 | 0.7 | 18 | Two calls with M. Curran re: information and analysis for mediator |
| D. Greer | 5/9/12 | 2.1 | 18 | Revise Powerpoint presentation and underlying analysis for mediator as per discussions with M. Curran and R. Winters |
| D. Greer | 5/9/12 | 0.3 | 18 | Call with Curran, Zahralddin and Winters re report for mediator |
| R. Winters | 05/08/12 | 0.2 | 18 | Call with D. Greer re settlement framework |
| R. Winters | 05/08/12 | 0.1 | 18 | Call with D. Greer re: revised analysis and presentation for LTD settlement proposal |
| D. Greer | 05/08/12 | 0.1 | 18 | Call with N. Berger re: meeting with R. Levin |
| D. Greer | 05/08/12 | 2.7 | 18 | Revised analysis for and presentation of LTD settlement proposal to reflect comments from LTD Committee call |
| D. Greer | 05/08/12 | 0.2 | 18 | Call with R. Winters re settlement framework |
| D. Greer | 5/8/12 | 0.1 | 18 | Call with R. Winters re: revised analysis and presentation for LTD settlement proposal |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
May 1, 2012 - May 31, 2012

TOTAL HOURS:      232.8

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 5/8/12 | 1.4 | 18 | Review and comment on draft writeup in support of settlement proposal prepared by Elliott Greenleaf |
| D. Greer | 5/8/12 | 1.2 | 18 | Investigate and develop analysis and revise certain numbers in the draft writeup of settlement proposal |
| D. Greer | 5/8/12 | 0.5 | 18 | Develop summary tables for draft settlement proposal |
| R. Winters | 05/07/12 | 0.5 | 18 | Call with M. Curran and R. Winters re LTD settlement proposal |
| R. Winters | 05/07/12 | 0.3 | 18 | Review revised scenarios emails + presentation materials |
| D. Greer | 05/07/12 | 0.5 | 18 | Call with M. Curran and R. Winters re LTD settlement proposal |
| R. Winters | 05/05/12 | 0.5 | 18 | Review negotiation scenarios documents |
| R. Winters | 05/05/12 | 0.4 | 18 | Call with D. Greer re: Retiree Committee settlement analysis |
| D. Greer | 05/05/12 | 0.4 | 18 | Call with R. Winters re: Retiree Committee settlement analysis |
| R. Winters | 05/04/12 | 0.7 | 18 | Call with D. Greer re: analysis in support of Retiree Committee's settlement offer |
| D. Greer | 05/04/12 | 0.7 | 18 | Call with R. Winters re: analysis in support of Retiree Committee's settlement offer |
| R. Winters | 05/03/12 | 0.1 | 18 | Prelim review of materials developed by Greer for mediator mtg |
| R. Winters | 05/03/12 | 1.0 | 18 | Meet with R. Zahralddin, M. Curran and Greer re: prep for mtg with mediator |
| R. Winters | 05/03/12 | 2.0 | 18 | Meet with R. Zahralddin, M. Curran and Greer and R. Levin |
| R. Winters | 05/03/12 | 1.0 | 18 | Follow up meeting with R. Zahralddin, M. Curran and Greer re: deliverables for mediator |
| R. Winters | 05/03/12 | 0.5 | 18 | Discussion with Greer and representatives from TSS (partial participation) re: deliverables for mediator |
| D. Greer | 5/3/12 | 1.0 | 18 | Meet with R. Zahralddin, M. Curran and R. Winters re: prep for mtg with mediator |
| D. Greer | 5/3/12 | 2.0 | 18 | Meet with R. Zahralddin, M. Curran and R. Winters and R. Levin |
| D. Greer | 5/3/12 | 1.0 | 18 | Follow up meeting with R. Zahralddin, M. Curran and R. Winters re: deliverables for mediator |
| D. Greer | 5/3/12 | 0.5 | 18 | Discussion with R. Winters and representatives from TSS (partial participation) re: deliverables for mediator |