IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                 Debtors. : Jointly Administered
:
:
------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss.
COUNTY OF NEW YORK  )

LUKE A. BAREFOOT, being duly sworn, deposes and says:

1. I am an associate with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel to Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"); and

2. Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and Rules 2002-1 and 9013-1(g) of the Local Rules of Bankruptcy and Procedure of the United States Bankruptcy Court for the District of Delaware, on Monday, August 6, 2012, I served copies of the following documents (in each case together with exhibits) by federal express on those parties listed on the attached Schedule A:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

a. Joint Motion for a Scheduling Order Bifurcating Proceedings and Staying Certain Discovery on Claims by the EMEA Claimants [D.I. 8104]; and

b. Declaration of Luke A. Barefoot in Support of Joint Motion for a Scheduling Order Bifurcating Proceedings and Staying Certain Discovery on Claims by the EMEA Claimants [D.I. 8105].

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Luke A. Barefoot

Sworn to before me this
8th day of August, 2012

_____
Notary Public

Jean Kim
Notary Public, State of New York
No. 01KI6251178
Qualified in Kings County
Certificate on File in New York County
My Commission Expires Nov. 14, 2015