## SCHEDULE A: SERVICE LIST

Herbert Smith LLP
Exchange House
Primrose Street
London EC2A 2HS
UNITED KINGDOM
Attention: Kevin Lloyd/Stephen Gale

FTPA
1 Bis, Avenue Foch
75116
Paris
France
Attention: Edouard Fabre and Rajeev Sharma Fokeer

Nortel Networks Optical Components Limited
Attention: Simon Freemantle
Fleming House
71 King Street
Maidenhead
Berkshire SL6 1DU

Northern Telecom PCN Limited
Attention: Simon Freemantle
Fleming House
71 King Street
Maidenhead
Berkshire SL6 1DU