# EXHIBIT A

EXPENSES FOR THE RETIREE COMMITTEE MEMBER MICHAEL P. RESSNER

Michael P. Ressner
5909 Applegarth Lane
Raleigh, NC  27614

| Nortel Retiree Committee Meeting | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | Mon | Tue | Wed | Thu | Fri | Sat | Sun | |
| | | | | | | | | |
| Date | | | 6/13/12 | 6/14/12 | 6/15/12 | | | |
| City | | | New York | New York | New York | | | |
| | | | | | | | | |
| Expense Summary | | | | | | | | Total |
| Airfare | | | 398.60 | | | | | 398.60 |
| Upgrade | | | | | | | | - |
| Hotel | | | | 495.77 | 495.77 | | | 991.54 |
| Personal Auto (@.55/mile) | | | | | | | | - |
| Parking | | | | | | | | - |
| Taxi | | | 54.14 | | 33.00 | | | 87.14 |
| Car Service | | | 74.34 | | 74.34 | | | 148.68 |
| Meals | | | | | | | | |
| Breakfast | | | | | | | | - |
| Lunch | | | | | | | | - |
| Dinner | | | | | | | | - |
| Entertainment | | | | | | | | - |
| Conference | | | | | | | | - |
| Seminar Fees | | | | | | | | - |
| Phone | | | | | | | | - |
| Tips | | | | | 20.00 | | | 20.00 |
| | | | | | | | | - |
| | | | | | | | | - |
| Total Expenses | - | - | 527.08 | 495.77 | 623.11 | - | - | 1,645.96 |
| | | | | | | | | |
| Receipts Attached | | | | | | | | |



**Record Locator: DWCLPV**

## Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---------|---------------|----------------|-------------|---------------|------|--------------|
| American Airlines | 4434 | RALEIGH DURHAM | WED 13JUN 2:15 PM | NEW YORK LGA | 4:00 PM | G |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | Michael Ressner | FF#: C796510 PLT | Economy | Seat 2A | Food For Purchase |
| American Airlines | 4447 | NEW YORK LGA | FRI 15JUN 3:45 PM | RALEIGH DURHAM | 5:35 PM | V |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | Michael Ressner | FF#: C796510 PLT | Economy | Seat 2A | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER IMPOSED FEES | TICKET TOTAL |
|-----------|---------------|----------|-------------------------------|--------------|
| MICHAEL RESSNER | 0012310096549 | 280.93 | 42.67 | 323.60 |

Payment Type: Master Card XXXXXXXXXXXX6614                                    Total: $323.60

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00CAD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..



# AmericanAirlines®

SSL-J CPN 1101828

| | MISCELLANEOUS SALES RECEIPT | | AmericanAirlines® |

PASSENGER NAME
RESSNER/MICHAEL

Confirmed Flight Change    1    75.00 USD

Total with Applicable TFC    75.00 USD
Credit Card MC XXXXXXXXXXXX6614

| | | |
|---|---|---|
| Fare | 75.00 USD | FLIGHT  DATE |
| TFC | | 4607  JUNE 15, 2012 |
| TFC | | PNR: DNCLPV |
| TFC | | Agent: LGA-SSH  001 |
| Total | 75.00 USD | 0635611132    0 |

ALL MISCELLANEOUS
CHARGES ARE
NON-REFUNDABLE

PASSENGER TICKET
0012310096549

TFC=TAXES, FEES & CHARGES

NOT VALID FOR TRAVEL



# Millenium Hilton

MILLENIUM HILTON
55 Church Street | New York, NY | 10007
T: 212 693 2001 | F: 212 571 2316
W: hilton.com

NAME AND ADDRESS:
Ressner, Michael
5909 Applegarth Lane

Raleigh, NC 27614
US

| | |
|---|---|
| Room: | 1403/K1D |
| Arrival Date: | 6/13/2012    4:54:00PM |
| Departure Date: | 6/15/2012 |
| Adult/Child: | 1/0 |
| Room Rate: | 429.00 |

RATE PLAN          LV1

HH#
AL:  AA  #C796510
BONUS AL:          CAR:

CONFIRMATION NUMBER : 3476486758

6/15/2012    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/13/2012 | GUEST ROOM | RVANDEN | 6176035 | $429.00 | | |
| 6/13/2012 | STATE SALES TAX 8.875% | RVANDEN | 6176035 | $38.07 | | |
| 6/13/2012 | CITY TAX - RMS 5.875% | RVANDEN | 6176035 | $25.20 | 495.77 | |
| 6/13/2012 | ROOM OCC. TAX $2.00 | RVANDEN | 6176035 | $2.00 | | |
| 6/13/2012 | JAVITS CENTER TAX FEE | RVANDEN | 6176035 | $1.50 | | |
| 6/14/2012 | GUEST ROOM | SANDY | 6177515 | $429.00 | | |
| 6/14/2012 | STATE SALES TAX 8.875% | SANDY | 6177515 | $38.07 | | |
| 6/14/2012 | CITY TAX - RMS 5.875% | SANDY | 6177515 | $25.20 | 497.77 | |
| 6/14/2012 | ROOM OCC. TAX $2.00 | SANDY | 6177515 | $2.00 | | |
| 6/14/2012 | JAVITS CENTER TAX FEE | SANDY | 6177515 | $1.50 | | |

WILL BE SETTLED TO MC *6614                                        $991.54
EFFECTIVE BALANCE OF                                               $0.00

EXPENSE REPORT SUMMARY

| | 12:00:00AM | 06/14/12 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $495.77 | $495.77 | $991.54 |
| DAILY TOTAL | $495.77 | $495.77 | $991.54 |




## Zip-Out Check-Out®

**Good Morning !** We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.

* Please review this statement.  It is a record of your charges as of late last
  evening.
* For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone. Your account will be automatically checked
out and you may use this statement as your receipt. Feel free to leave your key(s)
in the room. *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 1052535  A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |
| PAYMENT DUE UPON RECEIPT | |

Dear Millenium Hilton Guest:

It has been our pleasure serving you and we hope you enjoyed your stay.

In a rush? You can now select from one of three breakfast options to take with you to a meeting, the airport, or the office. Try our fast and convenient Grab n' Go Breakfast options.

| | | |
|---|---|---|
| **European:** Ham and Cheese Croissant, Fruit Salad, Coffee | 12 |
| **Healthy Choice:** Fruit Yogurt, Banana, Coffee | 9 |
| **New Yorker:** Bagel with Cream Cheese, Berries, Coffee | 10 |

*Fresh orange or grapefruit juice may be substituted for coffee; we regret that no other substitutions are possible.
*Delivery charge of $5.00; a 20 percent service charge (1.75% service charge and 18.25% gratuity) and applicable meals tax will be added to Room Service orders. 15% service charge and applicable meals tax will be added to orders for pickup in the restaurant.

Simply press the "Restaurant" button on your phone or dial 2000 to place an order with the Restaurant for pickup. Your Grab 'N Go selection can also be delivered to your room by pressing the "Room Service" button on your phone or dialing 6902. Please allow 10 minutes per order for pickup, or call ahead to specify a pick-up time.

You may bypass the Front Desk at check-out and avoid waiting in line by taking advantage of one of the following options:

- ❖ Video checkout is available by pressing the "Menu" button on your TV remote control and selecting the services icon. Then, follow the instructions to review your account balance and checkout. You will have the option to send your final bill to your personal e-mail address.

- ❖ If the receipt you received this morning is correct, you can press the "Zip-Out" check-out button on your phone or dial 6855 in order to check-out.

- ❖ You can also view and print a copy of your final bill from your home or office (you must be a member of the Hilton HHonors program). For more details, please visit www.hhonors.com.

With any of the above mentioned options you may leave your key card(s) in your room upon departure.

As a reminder, our check-out time is 12noon. Complimentary luggage storage is available at our Bell Desk located on the lobby level. Please press the "Bell Desk" button on your phone or dial 6801 should you require luggage assistance.

Thank you again for choosing to stay at the Millenium Hilton. I hope that we will have the pleasure of seeing you again in the near future.

Sincerely,

Millenium Hilton Staff

P.S.:  Now you can print your boarding pass in the lobby. If assistance is needed please see any Guest Service Agent.

Hotel — Airport
I ♥ NEW YORK

```
HACK #:            00481229
MEDALLION            8P26
06/15/2012 11:52 - 12:15   1
TRIP# 6666 RATE#
STAND. CITY RATE
MILES R1
FARE R1 $           11.55
STATE SRCHG$        26.90
TOLLS $              0.50
GRAND TOTAL $        0.00
tip                 27.40
                     5.40
Contact TLC Dial 3-1-1
$33.00
```

END SHIFT-6/13/2012 15:1
6
START SHIFT 6/13/2012 15:50

Airport — Hotel

CREDIT RECEIPT

```
HACK #: 05280564
MED #:     8N91
06/13/12 16:02-16:53
RATE #: 1
STAND. CITY RATE
Miles R1: 15.75
TRIP #:    4075
FARE #    $39.70
EXTRAS:    $1.00
TOLLS :    $4.80
ST.SUR:    $0.50
TIPS :     $8.14
Total :   $54.14
CARDNUMBER: 6614
AUTHOR.: 11450P
Signature:
```

Contact TLC DIAL 3-1-1

From: "Executive Transportation" <info@executivetransportationnc.com>
Subject: Invoice #2078
Date: June 15, 2012 3:29:04 PM EDT
To: michael@ressner.com

---

## Executive Transportation
"Serving All US Cities" P.O. Box 721 Franklinton, NC 27525
US
Tel: (919) 728-8418
Email: info@executivetransportationnc.com

| | |
|---|---|
| **Invoice:** | 2078 |
| **Invoice Date:** | 06/15/2012 |
| **Terms:** | DUE ON RECEIPT |
| **Due By:** | DUE ON RECEIPT |

**Bill To:**

MICHAEL RESSNER
5909 APPLEGARTH RD.
RALEIGH, NC 27614
(919) 866-0046

**PO/Reference #**

N/A

| Conf# | Date & Times | Passenger | Client # | Routing Information | Trip Total | Total Due |
|-------|--------------|-----------|----------|---------------------|------------|-----------|
| 15173 | 06/13/2012 12:45 PM | Ressner, Michael | | PU: — : 5909 Applegarth Rd. Raleigh NC 27614 (United States of America) DO: — : RDU – Raleigh-Durham International Airport / AA – American Airlines - AA | 74.34 | 0.00 |
| 15174 | 06/15/2012 05:35 PM | Ressner, Michael | | PU: — : RDU – Raleigh-Durham International Airport / AA – American Airlines - AA , Flt# 4447 **Notes:** Terminal #2 Zone #16 DO: — : 5909 Applegarth Rd. Raleigh NC 27614 (United States of America) | 74.34 | 0.00 |

| | |
|---|---|
| **Total:** | 148.68 |
| **Discount :** | 0.00 |
| **Finance Charge:** | 0.00 |
| **Payments:** | 148.68 |
| **Total Due ($):** | 0.00 |

**Michael P. Ressner**
**5909 Applegarth Lane**
**Raleigh, NC  27614**

| Nortel Retiree Committee Meeting | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | **Mon** | **Tue** | **Wed** | **Thu** | **Fri** | **Sat** | **Sun** | |
| Date | | | 7/17/12 | 7/18/12 | 7/19/12 | 7/20/12 | | | |
| City | | | New York | New York | New York | New York | | | |
| | | | | | | | | | |
| **Expense Summary** | | | | | | | | | **Total** |
| Airfare | | | 341.60 | | | | | | 341.60 |
| Upgrade | | | | | | | | | - |
| Hotel | | | | | | 1,051.32 | | | 1,051.32 |
| Personal Auto (@.55/mile) | | | | | | | | | - |
| Parking | | | | | | | | | - |
| Taxi | | | 35.00 | | 14.00 | 36.00 | | | 85.00 |
| Car Service | | | 74.34 | 20.00 | | 74.34 | | | 168.68 |
| Meals | | | | | | | | | - |
| Breakfast | | | | | | 8.43 | | | 8.43 |
| Lunch | | | | | | | | | - |
| Dinner | | | | | | | | | - |
| Entertainment | | | | | | | | | - |
| Conference | | | | | | | | | - |
| Seminar Fees | | | | | | | | | - |
| Phone | | | | | | | | | - |
| Tips | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| **Total Expenses** | | - | 450.94 | 20.00 | 14.00 | 1,170.09 | - | - | 1,655.03 |
| | | | | | | | | | |
| Receipts Attached | | | | | | | | | |

**FIX COFFEE & BAKERY**
Central Terminal Building
LaGuardia Airport
Flushing NY 11371
(888)427-2244

DATE: 7/20/2012 / TIME: 9:46:45 AM
TABLE#: 9472 / COVERS: 1 / PERSON: 1
CSHR: 1003 Ana / CHECK# 27819

```
------------------------------------------
1     Plain Yogurt Parfait          5.49
1     MD Coffee                     2.25
                                    ------

            Food Sub-Total          5.49
         Beverage Sub-Total         2.25
                                    ------


               SUB TOTAL            7.74
                     TAX            0.69

  ------------------------------------------
  CHECK TOTAL:                     8.43
  ------------------------------------------
                  PAYMENTS ACCEPTED:

                        Cash        9.00
                        Cash       -0.57

        TOTAL PAYMENTS:             9.00
```

**\*\*\*SETTLED\*\*\***

Thank You! Come Again!



Hotel → Airport

I ♡ NEW YORK

MED #           7J81
DATE: 07/20/2012
START TIME 08:05
END TIME  09:38
TRIP #          1
RATE No.       1
STAND, CITY RATE
MILES R1    26.50
FARE1 $     4.80
Mid-Tun      0.50
ST. SUR     31.80
GR. TOT.

+TIP
$36.00

Contact TLC Dial
3-1-1

Airport → Hotel

MED#           9B68
DRIVER: 0436364
07/17/12 TR 1681
START  END MILES
16:42 17:06  8.7
REGULAR FARE
RATE 1:$   22.90
SURCH: $    1.00
QMTNL:$     4.80
STSRCH:$    0.50
TOTAL: $   29.20
      THANKS
TO CONTACT TLC
  DIAL 3-1-1

+TIP
$35.00

American Airlines - home
page

*New York*

## Raleigh/ Durham to New York
1 Adult
**Tuesday** July 17, 2012 -- **Friday** July 20, 2012

**Your Trip Cost:**
**$341.60** USD

| Record Locator | Reservation Name |
|---|---|
| **HTYOYN** | **RDU/LGA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | **Status: Purchased** on Jul 12, 2012<br>If you have made changes to your reservation, the Total Price will display the original itinerary price until your ticket(s) has been reissued. Once reissued, the Total Price will reflect your new price. |

## Flight Information

| Flight | Depart | Arrive |
|---|---|---|
| **AMERICAN AIRLINES** | **Raleigh/ Durham (RDU)** | **New York (LGA)** |
| | July 17, 2012 02:20 PM | July 17, 2012 04:00 PM |
| **4434** | | |
| | Travel Time : 1 h 40 m | Booking Code : V |
| Operated by American Eagle | Cabin Class : Economy | Plane Type : ER3 |
| | Seat : 2A | |

| Flight | Depart | Arrive |
|---|---|---|
| **AMERICAN AIRLINES** | **New York (LGA)** | **Raleigh/ Durham (RDU)** |
| | July 20, 2012 11:10 AM | July 20, 2012 12:45 PM |
| **4471** | | |
| | Travel Time : 1 h 35 m | Booking Code : G |
| Operated by American Eagle | Cabin Class : Economy | Plane Type : ER3 |
| | Seat : 9B | |

| | | |
|---|---|---|
| Average Fare | | $320.00 |
| **Average Fare** | | |
| Adult | | $320.00 |
| **AAdvantage® Benefits** | | |
| Preferred Seats | | $0.00 |
| PriorityAAccess℠ | | $0.00 |
| Same-Day Standby | | $0.00 |
| **Taxes & Fees** | | |
| Adult | | $21.60 |
| **Flight Subtotal** | | |
| | | **$341.60** |

## Your Notifications

| Contact Information | Notification Summary | Notification Actions |
|---|---|---|
| **Email :**<br>MICHAEL@RESSNER.COM | • Send 2 hours prior to departure<br>• Including Baggage Claim<br>• Connecting Flight Departure Status<br>• Gate changes | • Enabled<br>○ Disable |
| | | Notify a Friend |

## Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

| **MICHAEL RESSNER** | **No Further information required to travel** |
|---|---|

| Summary | Required | Optional |
|---|---|---|
| All information required for online check-in has been provided.<br><br>Online check-in will be available 24 hours prior to your departure. | Secure Flight Information | Frequent Flyer Number<br>Trip Contact Number |

## Upgrade Reservation

If your upgrade request cannot be confirmed prior to check-in, you will be given an opportunity to be added to the airport standby list to continue standing by. In order to be added to the airport standby list, please ensure you have the appropriate number of upgrades in your account prior to check-in.

If there are multiple passengers in your reservation and each passenger will be paying for their upgrade separately, please call AAdvantage Reservations to ensure your request is handled appropriately.

Upgrades are not offered on certain American Eagle flights, American Connection, oneworld partners or other airline

# SOFITEL
### LUXURY HOTELS

**Sofitel New York**
45 West 44th Street New York NY 10036
Telephone 212-354-8844 Facsimile 212-354-2480

**Mr. MICHAEL RESSNER**
,
,
**USA**

| | | | |
|---|---|---|---|
| Arrival | 07/17/12 | Room: | 1506 |
| Departure | 07/20/12 | Cashier: | 20 |

Page: 1
Time: 08:39:02
Conf #:

1084955
Hotel Sofitel, New York, 07/20/12
Invoice NO. 631631

| Date | Description | DEBIT | CREDIT |
|---|---|---|---|
| 07/17 | | | |
| 07/17 | | | |
| 07/17 | | | *Personal* |
| 07/17 | | | |
| 07/18 | *Room Charge | 485.00 | |
| 07/18 | State Sales Tax Rooms *Room Charge | 43.07 | |
| 07/18 | City Occ. Tax % *Room Charge | 28.52 | |
| 07/18 | City Occ.Tax/Javits Cente *Room Charge | 3.50 | |
| 07/19 | *Room Charge | 425.00 | *1051.32* |
| 07/19 | State Sales Tax Rooms *Room Charge | 37.74 | *Nortel Retiree* |
| 07/19 | City Occ. Tax % *Room Charge | 24.99 | *Committee* |
| 07/19 | City Occ. Tax/Javits Cente *Room Charge | 3.50 | |
| 07/20 | MasterCard XXXXXXXXXXXX | | |

Balance: $0

Signature: _____

**From:** "Executive Transportation" <info@executivetransportationnc.com>
**Subject:** Invoice #2096
**Date:** July 20, 2012 11:20:31 AM EDT
**To:** michael@ressner.com

---

## Executive Transportation
"Serving All US Cities" P.O. Box 721 Franklinton, NC 27525
US
Tel: (919) 728-8418
Email: info@executivetransportationnc.com

**PAID IN FULL**

| | |
|---|---|
| **Invoice:** | 2096 |
| **Invoice Date:** | 07/20/2012 |
| **Terms:** | DUE ON RECEIPT |
| **Due By:** | DUE ON RECEIPT |

**Bill To:**

MICHAEL RESSNER
5909 APPLEGARTH RD.
RALEIGH, NC 27614
(919) 866-0046

**PO/Reference #**

N/A

| Conf# | Date & Times | Passenger | Client # | Routing Information | Trip Total | Total Due |
|-------|--------------|-----------|----------|---------------------|-----------|-----------|
| 15263 | 07/17/2012 12:45 PM | Ressner, Michael | | PU: -- : 5909 Applegarth Rd. Raleigh NC 27614 (United States of America) <br> DO: -- : RDU - Raleigh-Durham International Airport / AA - American Airlines - AA | 74.34 | 0.00 |
| 15264 | 07/20/2012 12:45 PM | Ressner, Michael | | PU: -- : RDU - Raleigh-Durham International Airport / AA - American Airlines - AA , Flt# 4471 <br> DO: -- : 5909 Applegarth Rd. Raleigh NC 27614 (United States of America) | 74.34 | 0.00 |

| | |
|---|---|
| **Total:** | 148.68 |
| **Discount :** | 0.00 |
| **Finance Charge:** | 0.00 |
| **Payments:** | 148.68 |
| **Total Due ($):** | 0.00 |

# EXHIBIT B

**EXPENSES FOR THE RETIREE COMMITTEE MEMBER GARY DONAHEE**

Jun 19 12 09:18a          GARY DONAHEE                    9727253627                    p.2

# Expenses 1114 Negotiations Mtg

## NYC  06/13-15/2012

| | |
|---|---|
| Airfare | 1588.60 |
| Hotel | 1187.57 |
| Parking (DFW) | 78.77 |
| Taxi  LGA (NO RECEIPT) | 50.00 |
| | |
| Total | 2904.94 |

American Airlines - home
page

Thank you for making your reservation on AA.com!

Please Note: This is not your receipt. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".

## Dallas/ Fort Worth to New York
1 Adult
Wednesday June 13, 2012 – Friday June 15, 2012

**Your Trip Cost:**
**$1,588.60 USD**

| Record Locator | Reservation Name |
|---|---|
| **DSFEOE** | **DFW/LGA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: Purchased on Jun 06, 2012 |

### Flight Information

| Flight | Depart | Arrive | | |
|---|---|---|---|---|
| AMERICAN AIRLINES | Dallas/Fort Worth (DFW) | New York (LGA) | **Average Fare** | $1,557.00 |
| **728** | June 13, 2012 11:30 AM | June 13, 2012 04:00 PM | | |
| | Travel Time : 3 h 30 m | Booking Code : W | **Average Fare** | |
| | Cabin Class : Economy | Plane Type  S80 | Adult | $1,557.00 |
| | Seat : 2 A | | | |
| | | | **AAdvantage® Benefits** | |
| | | | Preferred Seats | $0.00 |
| **Flight** | **Depart** | **Arrive** | Priority/AAccessSM | $0.00 |
| AMERICAN AIRLINES | New York (LGA) | Dallas/Fort Worth (DFW) | Same-Day Standby | $0.00 |
| **731** | June 15, 2012 10:15 AM | June 15, 2012 01:05 PM | | |
| | Travel Time : 3 h 50 m | Booking Code : W | **Taxes & Fees** | |
| | Cabin Class : Economy | Plane Type : 738 | Adult | $21.60 |
| | Seat : 14A | | | |
| | | | **Flight Subtotal** | |
| | | | | $1,588.60 |



| Contact Information | Notification Summary | Notification Actions |
|---|---|---|
| My Cell :
214-9865443 | • Send 1 hour prior to departure
• Connecting Flight Departure Status
• Gate changes | : Enabled
: Disable |
| | | Notify a Friend |

Save time at the airport! Add your travel information below to check-in online.

| GARY DONAHEE | ✓ No Further Information required to travel |
|---|---|

| Summary | Required | Optional |
|---|---|---|
| All information required for online check-in has been provided.
· Online check-in will be available 24 hours prior to your departure. | ✓ Secure Flight Information | Frequent Flyer Number
Trip Contact Number |

| Flight | Flight Details | Upgrade Required | Request Upgrade |
|---|---|---|---|
| #728 | Depart:  Dallas/Fort Worth (DFW)
Arrive:  New York (LGA) | 500 Mile Upgrades:
3 (per person) | Requested |

Jun 19 12 09:19a          GARY DONAHEE                    9727253627              p.4

# Millenium Hilton

MILLENIUM HILTON
55 Church Street | New York, NY | 10007
T: 212 693 2001 | F: 212 571 2316
W: hilton.com

**NAME AND ADDRESS:**
Donahee, Gary
5517 St Andrews Ct

Plano, TX 75093
US

| | |
|---|---|
| Room: | 3806/K1RC |
| Arrival Date: | 6/13/2012   5:54:00PM |
| Departure Date: | 6/15/2012   7:51:00AM  I |
| Adult/Child: | 1/0 |
| Room Rate: | 479.00 |

RATE PLAN          LV1

HH# 377719008 SILVER
AL:
CAR:

CONFIRMATION NUMBER : 3480522827

6/15/2012    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/13/2012 | *LIQUID ASSETS LOUNGE | LINTR | 6175738 | $19.70 | | |
| 6/13/2012 | INTERNET ACCESS | LINTR | 6175898 | $14.95 | | |
| 6/13/2012 | GUEST ROOM | RVANDEN | 6176328 | $479.00 | | |
| 6/13/2012 | STATE SALES TAX  8.875% | RVANDEN | 6176328 | $42.51 | | |
| 6/13/2012 | CITY TAX - RMS 5.875% | RVANDEN | 6176328 | $28.14 | | |
| 6/13/2012 | ROOM OCC. TAX $2.00 | RVANDEN | 6176328 | $2.00 | | |
| 6/13/2012 | JAVITS CENTER TAX FEE | RVANDEN | 6176328 | $1.50 | | |
| 6/14/2012 | *CHURCH & DEY REST. | LINTR | 6176865 | $19.15 | | |
| 6/14/2012 | REFRESHMENT CENTER | LINTR | 6177372 | $7.62 | | |
| 6/14/2012 | REFRESHMENT CENTER | LINTR | 6177383 | $4.90 | | |
| 6/14/2012 | INTERNET ACCESS | LINTR | 6177401 | $14.95 | | |
| 6/14/2012 | GUEST ROOM | SANDY | 6177808 | $479.00 | | |
| 6/14/2012 | STATE SALES TAX  8.875% | SANDY | 6177808 | $42.51 | | |
| 6/14/2012 | CITY TAX - RMS 5.875% | SANDY | 6177808 | $28.14 | | |
| 6/14/2012 | ROOM OCC. TAX $2.00 | SANDY | 6177808 | $2.00 | | |
| 6/14/2012 | JAVITS CENTER TAX FEE | SANDY | 6177808 | $1.50 | | |
| 6/15/2012 | AX *1008 | ALEWIN | 6176351 | | $1,187.57 | |
| | BALANCE | | | | | $0.00 |

## EXPENSE REPORT SUMMARY

| | 06/13/12 | 06/14/12 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $553.15 | $553.15 | $1,106.30 |
| MISCELLANEOUS | 50.00 | $12.52 | $12.52 |
| FOOD & BEVERAGE | $19.70 | $19.15 | $38.85 |
| SHOPS | $14.95 | $14.95 | $29.90 |
| DAILY TOTAL | $587.80 | $599.77 | $1,187.57 |

ACCOUNT NO.                                              DATE OF CHARGE        FOLIO NO./CHECK NO.

CARD MEMBER NAME                                         AUTHORIZATION
AX *1008                                                 06/14/12  1:19:00AM  1053356 A    INITIAL

ESTABLISHMENT NO. & LOCATION        ESTABLISHMENT AGREES TO PROMPTLY TO PAID AMOUNT FOR PAYMENT        PURCHASES & SERVICES

Donahee, Gary                                           529127

                                                        TAXES

CARD MEMBER'S SIGNATURE                                 TIPS & MISC.

                                                        TOTAL AMOUNT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.       PAYMENT DUE UPON RECEIPT

AMERICAS • EUROPE • MIDDLE EAST • AFRICA • ASIA • AUSTRALASIA

Jun 19 12 09:19a        GARY DONAHEE                9727253627                p.5


# Millenium Hilton

MILLENIUM HILTON
55 Church Street | New York, NY | 10007
T: 212 693 2001 | F: 212 571 2316
W: hilton.com

**NAME AND ADDRESS:**
Donahee, Gary
5517 St Andrews Ct

Plano, TX 75093
US

| | |
|---|---|
| Room: | 3808/K1RC |
| Arrival Date: | 6/13/2012   5:54:00PM |
| Departure Date: | 6/15/2012   7:51:00AM |
| Adult/Child: | 1/0 |
| Room Rate: | 479.00 |

RATE PLAN          LV1

HH# 377719008 SILVER
AL:
CAR:

CONFIRMATION NUMBER : 3480522827

6/15/2012   PAGE   2

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|

You have earned approximately 11935 Hilton HHonors points for this stay. Visit
HHonors.com to check your point balance from stays at any of the 3,700 hotels
within the Hilton Worldwide portfolio.

Thank you for choosing Hilton! Book your next stay at hilton.com and take
advantage of our Internet-only Advance Purchase Rates and limited-time special
offers!

ACCOUNT NO.

CARD MEMBER NAME
AX *006

ESTABLISHMENT NO. & LOCATION

Donahee, Gary

CARD MEMBER'S SIGNATURE

'MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

DATE OF CHARGE          FOLIO NO./CHECK NO.

AUTHORIZATION
06/14/12  1:19:00AM   1053356  A   INITIAL

PURCHASES & SERVICES
529127
TAXES

TIPS & MISC.

TOTAL AMOUNT

PAYMENT DUE UPON RECEIPT

**From:** FreedomPark Reservations
&lt;reservations@freedomparkdfw.com&gt;
**Subject:** Airport Parking Receipt - Gary
Donahee 6/13-6/15
**Date:** June 16, 2012 1:42:25.AM CDT
**To:** Gary Donahee
&lt;gdonahee@mac.com&gt;



# Freedom**Park**
### AIRPORT VALET SERVICES

# Airport
# Parking
# Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW          Receipt #: 1447894
Fax: 972.894.0009                   Date: 6/12/2012
www.freedomparkdfw.com                6:09:59 PM

SOLD    Gary Donahee
TO      214-986-5443
        gdonahee@mac.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|----------------|-------------|----------------|--------------|
| 1447894 | 6/13/2012 | 6/15/2012 | | $98.77 |

Charges for AMEX ending in 1000 - Corp

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|

| Car Wash | 1 | $20.00 | $20.00 | $.00 | $.00 | $20.00 |
| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | $78.77 |

**Credit Card Total $98.77**

*78.77*

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

**Thanks for using FreedomPark!**

## Expenses, 1114 Committee/    Cleary MTG

### NYC 07/18/2012

| | |
|---|---|
| Airfare | $ 1897.60 |
| Parking DFW | 26.26 |
| **Total** | **1923.86** |

From: "American Airlines@aa.com" <notify@aa.globalnotifications.com>
Subject: E-Ticket Confirmation-GEVMQJ 18JUL
Date: July 12, 2012 11:43:41 AM CDT
To: "GDONAHEE@MAC.COM" <gdonahee@mac.com>



## e-Ticket Itinerary & Receipt Confirmation

Reservations | Award Booking | My Account | Fare Sales & Offers

Date of Issue: 12JUL12

Gary R Donahee:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld®
Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and
retain this document for use throughout your trip.

**Record Locator: GEVMQJ**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within
24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-
Service Check-in machine at the airport.  Check-in options may be found
at www.aa.com/options.  For information regarding American Airlines checked baggage
policies, please visit www.aa.com/baggageinfo.  For faster check-in  at the airport,
scan the barcode at any AA Self-Service machine.

You must present a government-issue photo ID and either your boarding pass or a priority
verification card at the security screening checkpoint.

Book a hotel    Book a car    Buy trip insurance



**Record Locator: GEVMQJ**

### Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
| --- | --- | --- | --- | --- | --- | --- |
| | | City | Date & Time | City | Time | |
| AA American Airlines | 728 | DALLAS FT WORTH | WED 18JUL 11:20 AM | NEW YORK LGA | 3:50 PM | M |
| | | Gary Donahee | FF#: B941352 PLT | Economy | Seat 11A | Food For Purchase |
| AA American Airlines | 721 | NEW YORK LGA | FRI 20JUL 9:25 AM | DALLAS FT WORTH | 12:20 PM | M |
| | | Gary Donahee | FF#: B941352 PLT | Economy | Seat 18A | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE- USD | TAXES AND CARRIER- IMPOSED FEES | TICKET TOTAL |
| --- | --- | --- | --- | --- |
| GARY DONAHEE | 0012311394866 | 1745.11 | 152.49 | 1697.60 |
| Payment Type: American Express XXXXXXXXXXX1008 | | | Total: $1897.60 | |

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a
fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrefundable fares are valid for one year from original date of issue.  If you have
questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

FreedomPark (Reservations-reservations @freedomparkdfw.com)
Airport Parking Receipt - Gary Donahee 7/13-7/16


FreedomPark
AIRPORT VALET SERVICES

7901 Essers Blvd., Suite 150
Irving, TX 75063
Reservations: 972.792.2500
Toll Free: 866.ParkDFW
Fax: 972.604.0206
www.freedomparkdfw.com

**Airport Parking Receipt**

Receipt #: 143-2507
Date: 7/17/2012 8:34am

SOLD TO    Gary Donahee
           214-986-5443
           gdonahee@inc.com

Charges for AMEX ending in 1003 - Gary

| Description | Qty | Rate | Sub Total | Tax | Total |
|---|---|---|---|---|---|
| Parking | 1 | $22.00 | $22.00 | $1.92 | $24.36 |
| | | | | Credit Card Total | $24.36 |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

# EXHIBIT C

**EXPENSES FOR THE RETIREE COMMITTEE MEMBER MARK M. HAUPT, SR.**

Reservations - Book Flight - View Reservation Details

**AmericanAirlines**

RECORD LOCATOR/AA CONFIRMATION : FTVQQD    Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.



## Raleigh/ Durham to New York
1 Adult
Wednesday June 13, 2012 – Friday June 15, 2012

Total Paid:
**$429.60** USD

| Record Locator | Reservation Name |
| --- | --- |
| **FTVQQD** | **RDU/LGA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: Ticketed Jun 07, 2012 |

### Flight Information

| Flight | Depart | Arrive | | |
| --- | --- | --- | --- | --- |
| | | | Average Fare | $408.00 |
| AMERICAN AIRLINES | Raleigh/ Durham (RDU) | New York (LGA) | **Average Fare** | |
| **4434** | June 13, 2012 02:15 PM | June 13, 2012 04:00 PM | Adult | $408.00 |
| Operated by American Eagle | On time | On time | **AAdvantage® Benefits** | |
| | Scheduled Time: 02:15 PM | Scheduled Time: 04:00 PM | Preferred Seats | $0.00 |
| | Estimated Time: 02:15 PM | Estimated Time: 04:00 PM | PriorityAAccess℠ | $0.00 |
| | Actual Time: | Actual Time: | Same-Day Standby | $0.00 |
| | Terminal : Gate : C20 | Terminal : Gate : C1 | | |
| | | Baggage Area : | **Taxes & Fees** | |
| | Travel Time : 1 h 45 m | Booking Code : V | Adult | $39.20 |
| | Cabin Class : Economy | Plane Type : ER3 | | |
| | Seat : 10C | | | |
| **Flight** | **Depart** | **Arrive** | **Flight Subtotal** | |
| AMERICAN AIRLINES | New York (LGA) | Raleigh/ Durham (RDU) | | $429.60 |
| **4471** | June 15, 2012 11:10 AM | June 15, 2012 12:45 PM | | |
| Operated by American Eagle | Travel Time : 1 h 35 m | Booking Code : W | | |
| | Cabin Class : Economy | Plane Type : ER3 | | |
| | Seat : 9C | | | |

Receipt

https://www.aa.com/reservation/printItinerary.do?forward=itineraryReceipt&isReceipt=tru...  6/12/2012

# B l u e   W a t e r   G r i l l
31 Union Square West at 16th St.
212.675.9500
Date:        Jun14'12 11:04PM
Card Type:   Amex
Acct #:      XXXXXXXXXXX3001
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   EIE006449305579
Auth Code:   527242
Check:       6162
Table:       106/1
Server:      108 Christos

Subtotal:        1 1 7 . 5 9

Tip_____ _17,00_

Total_____ _134 59_

Signature _Matt Murphy_

Thank you for dining with us!
Please sign
and return to your server

Receipt no 0707/0635/00635 15/06/12  S. 1/1
Pay Parking Ticket $    26.00
13/06/12 12:52 - 15/06/12 13:23
Length of S.... 2 Dy. 0 Hr. 31 Min.
Total Amount       $    26.00
Credit Amex        $    26.00
<51> <9<;;2 >3001

**ADU.  Customer Receipt**

CREDIT RECEIPT

HACK #: 05305540
MED  #:    5M94
06/15/12 09:49-10:19
RATE #: 1
STAND. CITY RATE
Miles Ri 17.10
TRIP #:    5208
FARE  : $38.10
ST.SUR: $0.50
TIPS  : $7.62
Total : $46.22
CARDNUMBER: 3001
AUTHOR.: 506724

Contact TLC DIAL 3-1-1

MED#      8K79
DRIVER: 0463070
06/13/12 TR  535
START  END MILES
17:47 18:26 18.9
MERCHANT COPY
Regular Fare
RATE 1:$  28.90
SURCH:$    1.00
StSrch:$   0.50
TIP : $    7.00
TOTAL: $   37.40

Card Type: AMEX
XXXXXXXXXXX3001
AUTH:561674

X_____
TO CONTACT TLC
DIAL 3-1-1 .

# Millenium Hilton

MILLENIUM HILTON
55 Church Street | New York, NY | 10007
T: 212 693 2001 | F: 212 571 2316
W: hilton.com

**NAME AND ADDRESS:**
HAUPT, MARK
10533 TARTON FIELDS CIR

RALEIGH, NC 27617
US

Room: 1709/K1D
Arrival Date: 6/13/2012
Departure Date: 6/15/2012  6:29:00PM

Adult/Child: 2/0
Room Rate: 408.00

RATE PLAN     L-AA

HH# 577989989 BLUE
AL:
CAR:

CONFIRMATION NUMBER : 3472749807

6/15/2012    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/13/2012 | GUEST ROOM | RVANDEN | 6176075 | $408.00 | | |
| 6/13/2012 | STATE SALES TAX  8.875% | RVANDEN | 6176075 | $36.21 | | |
| 6/13/2012 | CITY TAX - RMS 5.875% | RVANDEN | 6176075 | $23.97 | | |
| 6/13/2012 | ROOM OCC. TAX $2.00 | RVANDEN | 6176075 | $2.00 | | |
| 6/13/2012 | JAVITS CENTER TAX FEE | RVANDEN | 6176075 | $1.50 | | |
| 6/14/2012 | EXT-#1709  919-244-4253 000 09:04 | LINTR | 6176872 | $6.17 | | |
| 6/14/2012 | *ROOM SERVICE | LINTR | 6177008 | $71.25 | | |
| 6/14/2012 | *LIQUID ASSETS LOUNGE | LINTR | 6177286 | $21.01 | | |
| 8/14/2012 | GUEST ROOM | SANDY | 6177557 | $408.00 | | |
| 6/14/2012 | STATE SALES TAX  8.875% | SANDY | 6177557 | $36.21 | | |
| 6/14/2012 | CITY TAX - RMS 5.875% | SANDY | 6177557 | $23.97 | | |
| 6/14/2012 | ROOM OCC. TAX $2.00 | SANDY | 6177557 | $2.00 | | |
| 6/14/2012 | JAVITS CENTER TAX FEE | SANDY | 6177557 | $1.50 | | |
| 6/15/2012 | *ROOM SERVICE | LINTR | 6178379 | $43.57 | | |
| 6/15/2012 | SERVICE RECOVERY: REVENUE | MDEJES | 6177008 | | $23.00 | |
| 6/15/2012 | AX *3001 | MDEJES | 6178506 | | $1,062.36 | |
| | BALANCE | | | | | $0.00 |

## EXPENSE REPORT SUMMARY

| | 06/13/12 | 06/14/12 | 08/15/12 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $471.68 | $471.68 | $0.00 | $943.36 |
| TELEPHONE | $0.00 | $6.17 | $0.00 | $6.17 |
| FOOD & BEVERAGE | $0.00 | $92.26 | $20.57 | $112.83 |
| DAILY TOTAL | $471.68 | $570.11 | $20.57 | $1,062.36 |

ACCOUNT NO.                                                DATE OF CHARGE        FOLIO NO./CHECK NO.

CARD MEMBER NAME
AX *3001                                    AUTHORIZATION
                                            06/15/12  6:59:00AM   1053011  A   INITIAL

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARDHOLDER FOR REVIEW    PURCHASES & SERVICES

HAUPT, MARK                                                595533
                                            TAXES

                                            TIPS & MISC.

CARD MEMBER'S SIGNATURE                     TOTAL AMOUNT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.    PAYMENT DUE UPON RECEIPT

AMERICAS · EUROPE · MIDDLE EAST · AFRICA · ASIA · AUSTRALASIA

**AmericanAirlines**

BOARDING PASS

NAME OF PASSENGER

HAUPT/MARK

V/AO   A018980          GLD
X/O   NEW YORK LGA
      RALEIGH DURHAM
AMERICAN EAGLE

CARRIER  FLIGHT———————CLASS  DATE———————TIME——————
AmericanA471  W  15JUN1110A

GATE        BOARDING TIME      SEAT              SMOKE
C4      1040A       13C        NO

ADDITIONAL SEAT INFORMATION

PCS.    CK. WT.    UNCK. WT.    SEQ. NO.    PCS.    CK. WT.    UNCK. WT.

BAGGAGE ID NO.

COUPON    AIRLINE       FORM SERIAL NO.           CK

·RUBY

XSO   /LGA

```
        THE BARCLAY BAR & GRILL
    HOTEL INTERCONTINENTAL NEW YORK
            (212) 906-3130

138 FERNANDO
------------------------------------------
1 1/1          153          GST 1
   JUL20'12  9:33AM
------------------------------------------

  1 Two Eggs /Bacon        16.95
      CRISPY
     *special prep*
  1 Orange Jce              6.00

     SUBTOTAL              22.95
     TAX                    2.04
     TOTAL DUE           24.99

GRATUITY: _____ 4.00
** 15% GRATUITY WILL BE ADDED**

TOTAL: _____ 28.99

PRINT NAME: _____

SIGN NAME: _____

ROOM NUMBER: _____ 1332
   **PLEASE PRINT YOUR NAME AND
   ROOM NUMBER CLEARLY, CHEERS!
```



```
MED#        6G87
DRIVER: 5252065
07/20/12 TR 1216
START END MILES
09:55 10:18 10.5
 CUSTOMER COPY
REGULAR FARE
RATE 1:$   24.90
SURCH: $    0.00
TRIBB:$     4.80
STSRCH:$    0.50
TIP : $     4.40
TOTAL: $   34.60

CARD TYPE: AMEX
XXXXXXXXXX5001
AUTH:555980
```

```
      pt no 1897/0637/00637 20/07/12  S. 1/1
    Parking Ticket $        49.00
    12 12:12 - 20/07/12 12:39
  h of stay: 2 Dy. 0 Hr. 27 Min.
  l Amount      $          49.00
  t Amex        *
  <9<;;2 >3001
```

```
MED#         .3
DRIVER: 0455404
07/20/12 TR 3659
START END MILES
00:39 00:47  0.5
Regular Fare
RATE 1:$    6.10
SURCH: $    0.50
StSrch:$    0.50
TOTAL: $    7.10
    THANKS
TO CONTACT TLC
  DIAL 3-1-1
```

```
--ORIGINAL--
MED#         5H1:
DRIVER: 5362138
 MERCHANT COPY
07/18/12 TR 5744
START END MILES
09:01 09:22 9.2
Regular Fare
RATE 1:$   22.90
SURCH: $    0.50
QMTn1 :$    4.80
STSRCH:$    0.50
TIP: $      4.50
TOTAL: $   33.20

CARD TYPE: AMEX
XXXXXXXXXX5001

    THANKS
TO CONTACT TLC
  DIAL 3-1-1
```

# Mark M. Haupt

**Subject:** FW: E-Ticket Confirmation-FRFPWJ 18JUL



**From:** American Airlines@aa.com [mailto:notify@aa.globalnotifications.com]
**Sent:** Monday, July 02, 2012 7:21 PM
**To:** MMJH123@FRONTIER.COM
**Subject:** E-Ticket Confirmation-FRFPWJ 18JUL

Date of Issue: 02JUL12

Mark M Haupt:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld®
Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and
retain this document for use throughout your trip.

**Record Locator: FRFPWJ**

You must present a government-issue photo ID and either your boarding pass or a priority
verification card at the security screening checkpoint.

Record Locator: FRFPWJ 

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| American Airlines | 4474 | RALEIGH DURHAM | WED 18JUL 1:15 PM | NEW YORK LGA | 3:00 PM | G |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | | Mark Haupt | FF#: VH48960 GLD | Economy | Seat 9A | Food For Purchase |
| American Airlines | 4612 | NEW YORK LGA | THU 19JUL 9:20 PM | RALEIGH DURHAM | 10:50 PM | V |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | | Mark Haupt | FF#: VH48960 GLD | Economy | Seat 9D | Food For Purchase |

1

| PASSENGER | TICKET NUMBER | FARE-USD | TAXES AND CARRIER-IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| MARK HAUPT | 001231103369 | 260.47 | 41.13 | 301.60 |

Total: $301.60

Payment Type: American Express XXXXXXXXX3001

NRID: 4656465635002160092531300

2

**Mark Haupt**

**Subject:**    FW: priceline.com Hotel Confirmation for New York, NY - Jul 19, 2012 (Itinerary #287-154-213-60)

**From:** Priceline Customer Service [mailto:hotel@trans.priceline.com]
**Sent:** Thursday, July 19, 2012 7:17 PM
**To:** MARK@CONVERGEDSERVICES.NET
**Subject:** priceline.com Hotel Confirmation for New York, NY - Jul 19, 2012 (Itinerary #287-154-213-60)

## Your New York Hotel Confirmation

Thank you for booking your hotel in New York, NY with priceline. Click here to access your complete
itinerary and receipt, plus other information for your priceline trip.

priceline trip number: 287-154-213-60

### Intercontinental The Barclay

**Check-In** Thursday, July 19, 2012 at 03:00 PM    **Check-Out** Friday, July 20, 2012 at 12:00 PM



Intercontinental The Barclay
111 East 48Th Street
New York, NY 10017
212-755-5900

### Reservation Name

Mark Haupt, Confirmation #: 60409950

Summary of Charges

1

| | |
|---|---|
| Room Cost (avg. per room, per night): | $140.00 (USD) |
| Number of Rooms: | 1 |
| Number of Guests Per Room: | 2 |
| Number of Nights: | 1 |
| Room Subtotal: | $140.00 (USD) |
| Taxes and Fees: | $36.88 (USD) |
| Total Room Cost: | $176.88 (USD) |
| (All prices are in US dollars) | |

Apply for our new priceline rewards Visa card today. Get cash back.

## Customer Service

If you need assistance with this or any other priceline purchase please contact a customer service representative at the number below. Please have both your priceline trip number and the phone number you provided when you placed your request when you call. Thanks again for using priceline.

| | |
|---|---|
| Customer Service Phone Number: | 1-800-657-9168 |
| Your priceline trip number: | 287-154-213-60 |
| Phone Number You Provided: | 919-255-2515 |

Frequently Asked Questions

2

Subject:   E-Ticket Confirmation-BFSLIX 20JUL
From:      American Airlines@aa.com (notify@aa.globalnotifications.com)
To:        MMJH123@FRONTIER.COM;
Date:      Thursday, July 19, 2012 7:40 PM

 **eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 19JUL12**

Mark M Haupt

Thank you for choosing American Airlines / American Eagle, a member of the
oneworld® Alliance.  Below are your itinerary and receipt for the ticket(s)
purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: BFSLIX**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets
within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or
at a Self-Service Check-In machine at the airport.  Check-in options may be found
at  www.aa.com/options.  For information regarding American Airlines checked
baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in at
the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a
priority verification card at the security screening checkpoint.

 Book a hotel           Book a car           Buy trip insurance





**Record Locator: BFSLIX**

*Itinerary*

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---------|---------------|-----------|-----------|----------|------|--------------|
| | | City | Date & Time | City | Time | |
| American Airlines | 4471 | NEW YORK LGA | FRI 20JUL 11:10 AM | RALEIGH DURHAM | 12:45 PM | M |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | Mark Haupt | FF#: VH48960 GLD | | Economy | Seat 10C | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAXES AND CARRIER-IMPOSED FEES | TICKET TOTAL |
|-----------|---------------|----------|-------------------------------|--------------|
| MARK HAUPT | 0012311665642 | 305.12 | 33.68 | 338.80 |

| Payment Type: American Express XXXXXXXXXXX3001 | Total: $338.80 |
|---|---|

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier



Hilton
**Garden Inn**
Times Square

790 Eighth Avenue • New York, NY 10019
Phone (212) 581-7000 • Fax (212) 974-0291
Reservations
www.StayHGI.com or 1 877 STAY HGI

<table>
<tr><td>Name & Address</td></tr>
</table>

HAUPT, MARK
10533 TARTON FIELDS CIR

RALEIGH, NC 27617
US

| | |
|---|---|
| Room | 314/K1 |
| Arrival Date | 7/18/2012   9:27:00PM |
| Departure Date | 7/19/2012 |
| Adult/Child | 1/0 |
| Room Rate | 379.05 |

RATE PLAN          L-PGARP3

HH# 577989989 BLUE
AL
BONUS AL          CAR

Confirmation Number : 3477414898

7/19/2012    PAGE    1

| DATE | REFERENCE | | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 7/18/2012 | GUEST ROOM | RGR | 2259102 | $379.05 | |
| 7/18/2012 | NY STATE TAX 8.875% | RGR | 2259102 | $33.64 | |
| 7/18/2012 | NY CITY TAX 5.875% | RGR | 2259102 | $22.27 | |
| 7/18/2012 | NYS OCCUPANCY TAX $2 | RGR | 2259102 | $2.00 | |
| 7/18/2012 | NY STATE UNIT TAX $1.50 | RGR | 2259102 | $1.50 | |

WILL BE SETTLED TO AX *3001                                          $438.46

EFFECTIVE BALANCE OF                                          $0.00

### Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.
• Please review this statement. It is a record of your charges as of late last
  evening.
• For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone. Your account will be automatically checked
out and you may use this statement as your receipt. Feel free to leave your key(s)
in the room. *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 537766    A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

T H A N K

Y O U