# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

July 1, 2012 through July 31, 2012

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 7/2/2012 — End Date 7/31/2012

**Enter Billing Rate/Hr:** 515.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 0.7 | $515.00 | $360.50 |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 159.4 | $515.00 | $82,091.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 2.2 | $515.00 | $1,133.00 |
| 5 | Fee Applications | 4.7 | $515.00 | $2,420.50 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 24.0 | $257.50 | $6,180.00 |
| | **Hours/Billing Amount for Period:** | **191.0** | | **$92,185.00** |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 7/2/2012 | WPB remediation matter | 3 | 1.0 |
| 7/3/2012 | WPB remediation matter | 3 | 1.0 |
| 7/5/2012 | Retiree and LTD matter and response to Cleary | 3 | 1.0 |
| 7/5/2012 | Deferred comp matters and follow up with Cleary | 3 | 1.0 |
| 7/6/2012 | Retiree and LTD matter | 3 | 1.0 |
| 7/6/2012 | Deferred comp matter | 3 | 1.0 |
| 7/6/2012 | UK pension matter | 3 | 2.0 |
| 7/6/2012 | Tax matters for 7/11 hearing | 3 | 3.0 |
| 7/8/2012 | Fee App matters | 5 | 3.9 |
| 7/8/2012 | Retiree matters | 3 | 1.8 |
| 7/8/2012 | Deferred comp matter | 3 | 1.0 |
| 7/9/2012 | Fee App matters | 5 | 0.3 |
| 7/9/2012 | Claims stipulation | 3 | 1.2 |
| 7/9/2012 | West Palm remediation | 3 | 1.5 |
| 7/9/2012 | Retiree and LTD matter | 3 | 1.0 |
| 7/9/2012 | Employee matters | 3 | 1.5 |
| 7/9/2012 | VEBA report and Mercer work | 3 | 1.0 |
| 7/9/2012 | 401k plan termination | 3 | 1.3 |
| 7/9/2012 | Fitzgerald claim | 3 | 1.5 |
| 7/9/2012 | Deferred comp matter for hearing | 3 | 2.0 |
| 7/10/2012 | Flight to Delaware for hearing | 7 | 4.5 |
| 7/10/2012 | Review and prep for 7/11 hearing | 3 | 5.2 |
| 7/10/2012 | Meetings at MNAT re hearing | 3 | 2.0 |
| 7/11/2012 | Meeting prep at MNAT day of hearing | 3 | 2.3 |
| 7/11/2012 | Court hearing attendance | 3 | 7.5 |
| 7/11/2012 | Travel from hearing to NY | 7 | 2.5 |
| 7/12/2012 | Fee App matters | 5 | 0.5 |
| 7/12/2012 | Meetings at Cleary; meetings at Davis Polk with mediator designees | 3 | 8.0 |
| 7/13/2012 | Flight from NY meetings | 7 | 4.5 |
| 7/13/2012 | Retiree matter | 3 | 1.0 |
| 7/13/2012 | Mediation matters | 3 | 1.2 |
| 7/13/2012 | RTP lease matters | 3 | 2.3 |
| 7/16/2012 | Claims matters | 3 | 1.0 |
| 7/16/2012 | Case management call and follow up call | 3 | 1.5 |
| 7/16/2012 | Employee benefit matters; health care matters, 401k termination, review amendments to Mercer, RSI and AON contracts; call with K Schultea re same | 3 | 4.0 |
| 7/16/2012 | Sub liquidations | 3 | 0.5 |
| 7/16/2012 | Review Canada interco bar date application | 1 | 0.7 |
| 7/16/2012 | RTP lease matters | 3 | 2.0 |
| 7/17/2012 | Call with contractor for RTP property | 3 | 1.2 |
| 7/17/2012 | Sub liquidations call | 3 | 1.2 |
| 7/17/2012 | Call with Mercer re 401k plan termination | 3 | 1.3 |
| 7/17/2012 | Retiree matters | 3 | 2.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 7/17/2012 | Claims matters | 3 | 1.0 |
| 7/18/2012 | Travel to mediation for retirees | 7 | 4.5 |
| 7/18/2012 | Prep for mediation | 3 | 4.0 |
| 7/18/2012 | Tax matters | 3 | 0.5 |
| 7/18/2012 | RTP lease matters | 3 | 1.5 |
| 7/18/2012 | Various administrative matters re IT, EY retention, headcount | 3 | 1.0 |
| 7/18/2012 | RTP matter | 3 | 1.0 |
| 7/18/2012 | SNMP matter | 3 | 0.5 |
| 7/19/2012 | Prepare for and attend LTD and retiree mediation | 3 | 16.5 |
| 7/20/2012 | Flight from LTD and retiree mediation | 7 | 4.5 |
| 7/20/2012 | Follow up to LTD and retiree mediation | 3 | 2.0 |
| 7/20/2012 | IT issues | 3 | 0.3 |
| 7/20/2012 | RTP matter | 3 | 1.0 |
| 7/23/2012 | Case management calls | 3 | 1.0 |
| 7/23/2012 | UCC call | 4 | 1.0 |
| 7/23/2012 | call re retirees and LTD; review documents | 3 | 3.0 |
| 7/23/2012 | Review documents re motions to be filed | 3 | 2.0 |
| 7/24/2012 | Tax matters and call with EY | 3 | 1.0 |
| 7/24/2012 | RTP matter | 3 | 2.0 |
| 7/24/2012 | Retiree and LTD matters | 3 | 4.0 |
| 7/24/2012 | RTP call with JCI | 3 | 1.0 |
| 7/24/2012 | Call re retiree welfare plans | 3 | 2.0 |
| 7/25/2012 | Retiree matters | 3 | 2.0 |
| 7/25/2012 | Claims maters | 3 | 1.0 |
| 7/25/2012 | Further work re retiree and LTD matter | 3 | 3.0 |
| 7/25/2012 | RTP follow call with JCI | 3 | 1.0 |
| 7/25/2012 | LTIP termination call | 3 | 1.0 |
| 7/25/2012 | Retiree matters | 3 | 3.0 |
| 7/25/2012 | SNMP matter | 3 | 0.3 |
| 7/26/2012 | Retiree and LTD matters | 3 | 5.0 |
| 7/26/2012 | RTP lease matter | 3 | 3.0 |
| 7/26/2012 | Document retention matter | 3 | 0.5 |
| 7/26/2012 | SNMP matter | 3 | 0.5 |
| 7/26/2012 | Deferred comp matter; filings review | 3 | 0.8 |
| 7/26/2012 | VEBA report review | 3 | 0.5 |
| 7/26/2012 | Settlements sign off | 3 | 0.3 |
| 7/27/2012 | Retiree and LTD matters | 3 | 3.3 |
| 7/27/2012 | RTP matter | 3 | 1.3 |
| 7/27/2012 | NC tax matters | 3 | 0.5 |
| 7/27/2012 | Employee matter | 3 | 0.3 |
| 7/27/2012 | Data retention re UK conf agreement | 3 | 0.3 |
| 7/30/2012 | Weekly case management call | 3 | 1.0 |
| 7/30/2012 | UCC call | 4 | 1.2 |
| 7/30/2012 | Retiree and LTD matters | 3 | 4.3 |
| 7/30/2012 | Tax matters | 3 | 0.3 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 7/30/2012 | RTP matter | 3 | 2.0 |
| 7/30/2012 | Tax matters | 3 | 0.3 |
| 7/30/2012 | WPB matter | 3 | 0.3 |
| 7/30/2012 | NC tax matter | 3 | 0.3 |
| 7/31/2012 | Flight to hearing and mediation with LTD | 7 | 3.5 |
| 7/31/2012 | Pre meeting with Cleary and UCC, bonds re LTD mediation; participation in mediation | 3 | 9.0 |