**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

July 1, 2012 through July 31, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $   1,041.70 |
| Travel – Lodging | | 3,207.08 |
| Travel – Meals | | 115.90 |
| Travel – Car Service | | 500.00 |
| Travel – Parking | | 227.00 |
| Office supplies, shipping, and other office related expenses | | 84.95 |
| PACER | | - |
| TOTAL | | $   5,176.63 |

# Nortel Expense Report

**PERIOD:** July 1, 2012 through July 31, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 7/10/2012 | Delaware Trip - Airfare | $ 362.80 | | | | | | |
| 7/11/2012 | Delaware Trip - Hotel | | $ 491.90 | | | | | |
| 7/12/2012 | New York Trip - Hotel | | $ 475.00 | | | | | |
| 7/12/2012 | New York Trip - Hotel tax | | $ 83.07 | | | | | |
| 7/12/2012 | New York Trip - Meal | | | $ 70.00 | | | | |
| 7/13/2012 | New York Trip - Hotel | | $ 475.00 | | | | | |
| 7/13/2012 | New York Trip - Hotel tax | | $ 83.07 | | | | | |
| 7/13/2012 | New York Trip - Meal | | | $ 45.90 | | | | |
| 7/13/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 7/13/2012 | Delaware/New York Trip - Parking | | | | | $ 99.00 | | |
| 7/18/2012 | New York Trip - Airfare | $ 344.10 | | | | | | |
| 7/18/2012 | New York Trip - Airfare additional fee | $ 25.00 | | | | | | |
| 7/18/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 7/18/2012 | New York Trip - Hotel | | $ 475.00 | | | | | |
| 7/18/2012 | New York Trip - Hotel tax | | $ 83.07 | | | | | |
| 7/19/2012 | New York Trip - Hotel | | $ 475.00 | | | | | |
| 7/19/2012 | New York Trip - Hotel tax | | $ 83.07 | | | | | |
| 7/20/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 7/20/2012 | New York Trip - Parking | | | | | $ 43.00 | | |
| 7/31/2012 | Delaware Trip - Airfare | $ 309.80 | | | | | | |
| 8/2/2012 | Delaware Trip - Car service | | | | $ 100.00 | | | |
| 8/2/2012 | Delaware Trip - Hotel | | $ 482.90 | | | | | |
| 8/2/2012 | Delaware Trip - Car service | | | | $ 100.00 | | | |
| 8/2/2012 | Delaware Trip - Parking | | | | | $ 85.00 | | |
| 7/31/2012 | WiFi | | | | | | $ 50.00 | |

# Nortel Expense Report

**PERIOD:** July 1, 2012 through July 31, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 7/31/2012 | Aircell | | | | | | $ 34.95 | |