<u>**CERTIFICATE OF SERVICE**</u>

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Thirty-First Monthly Application of John Ray, as Principal Officer of Nortel Networks, Inc. for Allowance of Interim Compensation and for Interim Reimbursement of all Actual and Necessary Expenses Incurred for the Period July 1, 2012 through July 31, 2012** was caused to be made on August 9, 2012, in the manner indicated upon the entities identified below:

Date:   August 9, 2012
      Wilmington, DE

                                      */s/ Ann C. Cordo*
                                      Ann C. Cordo (No. 4817)

<u>**VIA HAND DELIVERY**</u>

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
*(Trustee)*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
*(Counsel for Official Committee*
*Of Unsecured Creditors)*

<u>**VIA FIRST CLASS MAIL**</u>

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709
*(Debtor)*

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
*(Counsel for Official Committee*
*Of Unsecured Creditors)*

4078212.15