**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------X
:
*In re*                                                              :        Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                      :        Case No. 09-10138 (KG)
:
                              Debtors.                    :        Jointly Administered
:
-------------------------------------------------------------X

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 10, 2012, a copy of the (1) *Debtors'*
*First Set Of Interrogatories Directed To The Retiree Committee* and (2) *Debtors' First Set Of*
*Requests For Production Of Documents Directed To The Retiree Committee* was served upon the
following parties, in the manner indicated.

| **BY ELECTRONIC AND HAND DELIVERY** | **BY ELECTRONIC AND OVERNIGHT MAIL** |
|---|---|
| William F. Taylor Jr. | Albert Togut |
| McCarter & English LLP | Brian F. Moore |
| 405 N. King St  8th Floor | Neil Berger |
| Renaissance Centre | Richard K. Milin |
| Wilmington, DE  19801 | Togut Segal & Segal LLP |
| Email:  wtaylor@mccarter.com | One Penn Plaza |
| | New York, NY  10119 |
| | Email:  altogut@teamtogut.com |
| | bmoore@teamtogut.com |
| | neilberger@teamtogut.com |
| | rmilin@teamtogut.com |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).   Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

 and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____*/s/ Ann C. Cordo*_____
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
William M. Alleman, Jr. (No. 5449)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

Dated: August 10, 2012
        Wilmington, Delaware

6213712.1