**EXHIBIT B**



Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN   416 863 4511
FAX    416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

INVOICE # 2923747

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| July 31, 2012 | 538462-000001 | Michael Wunder |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| | | |
|---|---|---|
| Professional Fees | $ | 67,670.50 |
| Disbursements | | 265.87 |
| **Total Amount Due** | **$** | **67,936.37** CDN. |

FRASER MILNER CASGRAIN LLP

Per: _____
     Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Fraser Milner Casgrain LLP and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount.

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Toronto.Accounting@fmc-law.com referencing Invoice number and payment amount.
Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

MONTRÉAL    OTTAWA    TORONTO    EDMONTON    CALGARY    VANCOUVER            fmc-law.com

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2923747  
Page 2 of 11  
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 01-Jun-12 | RSK | 0032 | Review of reply of Ad Hoc Group of Deferred Compensation Beneficiaries. | 0.3 |
| 04-Jun-12 | RSK | 0002 | Participated in status update call with NNI, Cleary and UCC advisors. | 0.6 |
| 04-Jun-12 | MJW | 0002 | Attend on status call with J. Ray, NNI advisors and UCC advisors. | 0.6 |
| 04-Jun-12 | MJW | 0016 | Review deferred compensation committee reply material filed in U.S. court with respect to CCAA Monitor's objection to lift stay request. | 0.3 |
| 04-Jun-12 | RCJ | 0029 | Consider allocation issues raised in Canadian parties mediation statements. | 0.8 |
| 05-Jun-12 | RCJ | 0029 | Work through allocation and recovery scenarios and strategy regarding mediation. | 1.6 |
| 06-Jun-12 | RSK | 0007 | Participated in UCC professionals status call (part call). | 0.8 |
| 06-Jun-12 | RSK | 0029 | Review of APAC repatriation analysis. | 0.6 |
| 06-Jun-12 | MJW | 0007 | Attend on Committee professionals call in preparation for Committee meeting. | 1.1 |
| 06-Jun-12 | MJW | 0029 | Call with Akin Gump regarding Nortel inter-company loans. | 0.2 |
| 07-Jun-12 | RSK | 0007 | Attend on Committee call. | 0.6 |
| 07-Jun-12 | RSK | 0029 | Call with Akin Gump regarding mediation process. | 0.2 |
| 07-Jun-12 | MJW | 0007 | Attend on Committee call. | 0.6 |
| 07-Jun-12 | RCJ | 0007 | Participate on Committee call (part call). | 0.4 |
| 08-Jun-12 | RCJ | 0012 | Consider EMEA claims issues. | 1.1 |
| 11-Jun-12 | RSK | 0029 | Participated in UCC advisors call with Randy Bennett. | 0.5 |
| 11-Jun-12 | RSK | 0029 | Exchange of emails with UCC advisors et al regarding meeting with Randy Bennett and call with Cleary. | 0.3 |
| 11-Jun-12 | RSK | 0029 | Review of allocation analysis and Canadian estate distribution issues. | 0.6 |
| 11-Jun-12 | RSK | 0029 | Review of Capstone commentary regarding allocation analysis. | 0.2 |
| 11-Jun-12 | RSK | 0032 | Review of US Debtors' objection to UK pension claims. | 0.4 |
| 11-Jun-12 | MJW | 0029 | Conference call with Committee advisors and R. Bennett with respect to allocation mediation. | 0.5 |
| 11-Jun-12 | MJW | 0029 | Email correspondence with Committee advisors regarding allocation mediation issues. | 0.2 |
| 11-Jun-12 | MJW | 0029 | Review summary of allocation analysis and commentary. | 0.6 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2923747  
Page 3 of 11  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 11-Jun-12 | MJW | 0029 | Attend on conference call with Committee advisors, J. Ray and NNI advisors to discuss allocation issues. | 1.8 |
| 11-Jun-12 | MJW | 0003 | Prepare exhibit for court order for quarterly fee application. | 0.2 |
| 11-Jun-12 | RCJ | 0029 | Analysis of Canadian mediation issues. | 1.3 |
| 11-Jun-12 | RCJ | 0002 | Participate in weekly update and strategy call with UCC and U.S. Debtor advisors. | 1.8 |
| 12-Jun-12 | RSK | 0012 | Review of objection to UK Pension claims. | 0.5 |
| 12-Jun-12 | RSK | 0032 | Review of Committee joinder to US Debtors' opposition to Genband discovery motion. | 0.4 |
| 12-Jun-12 | RSK | 0029 | Further review of allocation scenarios and analysis and discussed same with Michael Wunder. | 0.6 |
| 12-Jun-12 | MJW | 0024 | Review Committee joinder to US debtor opposition to Genband motion. | 0.1 |
| 12-Jun-12 | MJW | 0029 | Conference with S. Kukulowicz regarding allocation analysis. | 0.2 |
| 13-Jun-12 | MMP | 0031 | Reviewed reports regarding lobbying efforts of Nortel retirees and former employees in connection with Canadian estate claims. | 0.5 |
| 13-Jun-12 | RSK | 0007 | Participated on UCC professionals status call. | 0.4 |
| 13-Jun-12 | MJW | 0003 | Prepare May, 2012 fee account. | 1.2 |
| 13-Jun-12 | MJW | 0007 | Attend on Committee advisors call to prepare for Committee meeting. | 0.4 |
| 14-Jun-12 | RSK | 0029 | Email correspondence regarding allocation mediation issues. | 0.2 |
| 14-Jun-12 | RSK | 0031 | Review material regarding lobbying efforts by Canadian retirees regarding Canadian claims. | 0.3 |
| 14-Jun-12 | MJW | 0007 | Attend on Committee call. | 0.4 |
| 14-Jun-12 | MJW | 0029 | Email correspondence with Akin Gump with respect to Fourth Estate settlement. | 0.1 |
| 14-Jun-12 | MJW | 0016 | Review court transcript regarding lift stay motion by the deferred compensation committee. | 0.2 |
| 14-Jun-12 | RCJ | 0007 | Participate on Committee call. | 0.4 |
| 15-Jun-12 | MMP | 0031 | Email correspondence with Committee advisors regarding the lobbying efforts of Nortel retirees. | 0.2 |
| 15-Jun-12 | RSK | 0031 | Email to Akin Gump regarding Canadian claims and Nortel Canada retiree lobby efforts. | 0.3 |
| 15-Jun-12 | RSK | 0019 | Review of update on US retiree mediation from Akin Gump. | 0.2 |
| 15-Jun-12 | MJW | 0012 | Review Canadian retiree campaign material with respect to claims issues, and email correspondence with Committee advisors. | 0.2 |
| 17-Jun-12 | RSK | 0031 | Email correspondence with Akin Gump regarding Canadian claims issues. | 0.2 |
| 18-Jun-12 | RSK | 0007 | Participate on Committee call. | 0.5 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2923747  
Page 4 of 11  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 18-Jun-12 | RSK | 0032 | Review of Genband reply regarding discovery issues and Akin Gump summary. | 0.3 |
| 18-Jun-12 | MJW | 0002 | Attend on Committee advisor status call with U.S. debtor and its advisors. | 0.4 |
| 18-Jun-12 | MJW | 0024 | Review Genband reply in connection with 2004 motion. | 0.2 |
| 18-Jun-12 | MJW | 0007 | Attend on Committee call. | 0.5 |
| 18-Jun-12 | RCJ | 0029 | Consider mediation positions and strategy. | 1.7 |
| 18-Jun-12 | RCJ | 0029 | Strategy call with UCC advisors regarding allocation issues. | 0.4 |
| 18-Jun-12 | RCJ | 0012 | Analysis of bond claim and UCC claim issues. | 1.8 |
| 18-Jun-12 | RCJ | 0029 | Attend UCC advisors strategy call regarding mediation and allocation issues. | 0.8 |
| 19-Jun-12 | RSK | 0031 | Email correspondence regarding July 11 joint hearing for approval of Fourth Estate settlement. | 0.2 |
| 19-Jun-12 | MJW | 0012 | Review NNI's objection and request for more definitive statement regarding UK pension claims in U.S. proceeding. | 0.4 |
| 20-Jun-12 | MMP | 0012 | Analysis of Canadian pension and benefit claims. | 0.5 |
| 20-Jun-12 | MMP | 0012 | Conference call with Capstone and M. Wunder regarding Canadian pension and benefit claims. | 0.2 |
| 20-Jun-12 | RSK | 0031 | Review Fourth Estate Settlement motion record and email correspondence with Michael Wunder and Jane Dietrich regarding joint hearing. | 0.4 |
| 20-Jun-12 | RSK | 0029 | Participated in update call with UCC advisors regarding allocation and mediation, and email from Akin Gump regarding same. | 0.5 |
| 20-Jun-12 | RSK | 0032 | Review of U.S. motion materials to approve Fourth Estate settlement agreement. | 0.7 |
| 20-Jun-12 | MJW | 0029 | Attend on Committee advisor status call to discuss allocation mediation issues. | 0.4 |
| 20-Jun-12 | MJW | 0029 | Email correspondence from Akin Gump with respect to allocation mediation. | 0.1 |
| 20-Jun-12 | MJW | 0012 | Conference call with Capstone and M. Picard regarding Canadian claims analysis. | 0.2 |
| 20-Jun-12 | MJD | 0012 | Analysis regarding Canadian claims and payment issues. | 0.6 |
| 21-Jun-12 | RSK | 0029 | Review inter-company claims and repatriation analysis. | 0.8 |
| 21-Jun-12 | MJW | 0029 | Review inter-company claims summary to prepare for Committee advisor meeting. | 0.4 |
| 22-Jun-12 | RSK | 0029 | Conference call with Akin, Capstone and Ashurst regarding global liquidation and repatriation analysis. | 1.5 |
| 22-Jun-12 | RSK | 0031 | Review of Ontario Court of Appeal endorsement granting leave to appeal Canadian environmental decision. | 0.2 |
| 22-Jun-12 | RSK | 0029 | Office conference with Michael Wunder regarding Canadian claims analysis and related allocation issues. | 0.4 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2923747  
Page 5 of 11  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 22-Jun-12 | MJW | 0029 | Attend on UCC advisor call to discuss inter-company claims and repatriation issues. | 1.5 |
| 22-Jun-12 | MJW | 0012 | Review Canadian court orders regarding Canadian claims and allocation analysis. | 0.6 |
| 22-Jun-12 | MJW | 0012 | Correspondence to FMC lawyers with respect to Canadian claims analysis. | 0.2 |
| 22-Jun-12 | MJW | 0012 | Meet with S. Kukulowicz to discuss Canadian claims and related allocation issues. | 0.4 |
| 23-Jun-12 | MMP | 0012 | Review M. Wunder correspondence regarding Canadian claims due diligence, and related allocation analysis. | 0.3 |
| 23-Jun-12 | RSK | 0029 | Review of email correspondence and analysis regarding sale proceeds allocation. | 0.4 |
| 24-Jun-12 | RSK | 0029 | Email with UCC advisors regarding mediation issues and mediation scheduling. | 0.2 |
| 24-Jun-12 | MJW | 0029 | Email correspondence with Committee advisors with respect to allocation mediation. | 0.2 |
| 25-Jun-12 | NAL | 0012 | Review correspondence from M. Wunder regarding Canadian claims analysis. | 0.2 |
| 25-Jun-12 | NAL | 0012 | Meet with FMC lawyers regarding Canadian claims analysis (part meeting). | 0.4 |
| 25-Jun-12 | MMP | 0012 | Met with FMC lawyers regarding Canadian claims analysis. | 0.7 |
| 25-Jun-12 | MMP | 0012 | Analyze Canadian claims regarding allocation issues. | 1.1 |
| 25-Jun-12 | RSK | 0029 | Participated in call with Akin Gump and Capstone regarding allocation mediation. | 0.6 |
| 25-Jun-12 | RSK | 0029 | Review of allocation analysis from Capstone. | 0.2 |
| 25-Jun-12 | RSK | 0029 | Meeting with FMC team regarding Canadian estate claims and related allocation analysis. | 0.7 |
| 25-Jun-12 | RSK | 0031 | Office conference with Michael Wunder regarding MOE Canadian order appeal issues. | 0.1 |
| 25-Jun-12 | RSK | 0032 | Review of summary regarding Deferred Comp. Settlement Procedures motion. | 0.2 |
| 25-Jun-12 | RSK | 0029 | Review correspondence regarding allocation analysis. | 0.1 |
| 25-Jun-12 | RSK | 0029 | Review of allocation scenarios and analysis. | 0.8 |
| 25-Jun-12 | MJW | 0031 | Review Ontario Court of Appeal endorsement with respect to request for leave to appeal of environmental order. | 0.1 |
| 25-Jun-12 | MJW | 0031 | Report to Committee advisors with respect to appeal of Canadian environmental order and appeal process. | 0.2 |
| 25-Jun-12 | MJW | 0029 | Attend on Committee advisor call to discuss allocation mediation issues. | 0.6 |
| 25-Jun-12 | MJW | 0012 | Meet with FMC lawyers with respect to Canadian claims analysis. | 0.7 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2923747  
Page 6 of 11  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 25-Jun-12 | ARN | 0012 | Due diligence regarding Canadian claims including review of CCAA Monitor's reports. | 3.4 |
| 25-Jun-12 | ARN | 0012 | Meet with FMC lawyers regarding Canadian claims analysis. | 0.7 |
| 26-Jun-12 | MMP | 0012 | Review and analysis of Canadian claims in connection with allocation. | 3.7 |
| 26-Jun-12 | RSK | 0029 | Review of revised allocation analysis. | 0.4 |
| 26-Jun-12 | RSK | 0029 | Email correspondence with UCC advisors regarding allocation analysis. | 0.4 |
| 26-Jun-12 | MJW | 0031 | Call with NNI's Canadian counsel regarding leave for appeal granted to Ministry of Environment regarding Canadian environmental order. | 0.1 |
| 26-Jun-12 | MJW | 0029 | Email correspondence with Committee advisors with respect to allocation mediation process and analysis. | 0.3 |
| 26-Jun-12 | MJW | 0029 | Review allocation analysis and email correspondence with Committee advisors regarding same. | 0.4 |
| 26-Jun-12 | ARN | 0012 | Review Canadian court orders and Monitor's reports in connection with analysis of Canadian claims. | 3.2 |
| 26-Jun-12 | ARN | 0012 | Emails to and from Mary Picard and Anneli Legault regarding Canadian claims analysis. | 0.3 |
| 27-Jun-12 | NAL | 0012 | Canadian claims analysis. | 0.4 |
| 27-Jun-12 | MMP | 0012 | Continued analysis of Canadian claims and prepare material for allocation analysis. | 3.8 |
| 27-Jun-12 | RSK | 0029 | Email correspondence with Committee advisors regarding allocation mediation and meetings with counsel to mediator. | 0.3 |
| 27-Jun-12 | RSK | 0007 | Participated in UCC advisor status call. | 0.6 |
| 27-Jun-12 | RSK | 0029 | Review due diligence summary regarding Canadian claims and allocation analysis. | 0.3 |
| 27-Jun-12 | RSK | 0032 | Review of reports on Retiree/LTD mediation. | 0.2 |
| 27-Jun-12 | RSK | 0012 | Review of UK pension parties response to NNI motion for more definitive statement of claim. | 0.3 |
| 27-Jun-12 | MJW | 0007 | Attend on Committee advisor status call to prepare for Committee meeting. | 0.6 |
| 27-Jun-12 | MJW | 0031 | Review Canadian motion record with respect to approval of Fourth Estate Settlement Agreement including notice of motion, Nortel Canada affidavit and court order. | 0.5 |
| 27-Jun-12 | MJW | 0031 | Review Monitor's report in support of Fourth Estate Settlement Agreement. | 0.3 |
| 27-Jun-12 | MJW | 0031 | Report to Committee advisors with respect to Canadian motion record and approval order in connection with Fourth Estate Settlement Agreement. | 0.3 |
| 27-Jun-12 | ARN | 0012 | Email correspondence to Anneli Legault and Mary Picard regarding Canadian claims due diligence. | 0.3 |

**FRASER MILNER CASGRAIN LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2923747
Page 7 of 11
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 27-Jun-12 | ARN | 0031 | Continued due diligence regarding Canadian claims including review of Monitor's reports and related court orders. | 3.8 |
| 28-Jun-12 | NAL | 0012 | Review court reports, and other agreements concerning Canadian claims. | 1.7 |
| 28-Jun-12 | MMP | 0012 | Continued analysis of Canadian claims and payments and related allocation issues. | 1.4 |
| 28-Jun-12 | MMP | 0012 | Conference call with M. Wunder and Capstone regarding Canadian claims analysis. | 0.3 |
| 28-Jun-12 | RSK | 0029 | Participated in status call with Cleary and NNI regarding allocation mediation. | 1.1 |
| 28-Jun-12 | RSK | 0031 | Review of Nortel motion for approval of Fourth Estate Settlement Agreement. | 0.6 |
| 28-Jun-12 | RSK | 0031 | Review of Monitor's 86th report. | 0.3 |
| 28-Jun-12 | RSK | 0007 | Participated in Committee call. | 0.5 |
| 28-Jun-12 | RSK | 0029 | Review of revised allocation analysis and related email correspondence with UCC advisors. | 0.4 |
| 28-Jun-12 | MJW | 0029 | Attend on status call with J. Ray and NNI's advisors with Committee advisors to discuss allocation issues. | 1.1 |
| 28-Jun-12 | MJW | 0007 | Attend on Committee call. | 0.5 |
| 28-Jun-12 | MJW | 0012 | Call with Capstone and M. Picard to discuss Canadian claims analysis. | 0.3 |
| 28-Jun-12 | ARN | 0031 | Review of CCAA Monitor's reports and Canadian court orders regarding Canadian claims. | 1.4 |
| 28-Jun-12 | ARN | 0012 | Emails to Anneli Legault and Mary Picard regarding Canadian claims. | 0.4 |
| 29-Jun-12 | NAL | 0012 | Analysis of Canadian claims and related allocation issues. | 0.8 |
| 29-Jun-12 | MMP | 0012 | Meet with FMC lawyers regarding Canadian claims analysis. | 0.5 |
| 29-Jun-12 | MMP | 0012 | Canadian claims and allocation recovery analysis. | 3.0 |
| 29-Jun-12 | RSK | 0029 | Meet with FMC lawyers regarding Canadian claims analysis, and consider related allocation issues. | 0.5 |
| 29-Jun-12 | MJW | 0029 | Meet with FMC lawyers to discuss Canadian claims analysis and allocation issues. | 0.5 |
| 29-Jun-12 | ARN | 0012 | Meeting with FMC lawyers to discuss Canadian claims analysis. | 0.5 |
| 29-Jun-12 | ARN | 0031 | Review Canadian court material, approved agreements, Canadian employee funds and court orders regarding Canadian claims analysis. | 1.6 |
| 29-Jun-12 | ARN | 0031 | Emails to and from Anneli Legault, Mary Picard and M. Wunder regarding Canadian court orders and claims analysis. | 0.4 |
| | | | **Total** | **92.2** |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2923747  
Page 8 of 11  
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alexandra North | Associate | Financial Restructuring | Ontario - 2009 | 16.0 | $400.00 | $ 6,400.00 |
| Anneli LeGault | Partner | Employment/Labour | Ontario - 1982 | 3.5 | $800.00 | $ 2,800.00 |
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 0.6 | $490.00 | $ 294.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 16.2 | $800.00 | $ 12,960.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 20.9 | $785.00 | $ 16,406.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 12.1 | $725.00 | $ 8,772.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 22.9 | $875.00 | $ 20,037.50 |
| TOTAL | | | | 92.2 | CDN. | $ 67,670.50 |

**TOTAL PROFESSIONAL FEES**               $   67,670.50

**NON-TAXABLE DISBURSEMENTS**
  Binding Books / Documents           $        3.80
  Long Distance Telephone Calls               15.16
  Photocopy & Printing Charges               231.95
  Transportation Costs                        14.96
**TOTAL NON-TAXABLE DISBURSEMENTS**     $      265.87

**TOTAL DISBURSEMENTS**                          265.87

**TOTAL AMOUNT DUE**                    $   67,936.37 CDN.

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2923747  
Page 9 of 11  
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|---|---|---|---|
| 0002 | General Case Administration | 3.4 | 2,615.00 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 1.4 | 1,099.00 |
| 0007 | Creditors Committee Meetings | 8.3 | 6,773.50 |
| 0012 | General Claims Analysis/Claims Objections | 35.1 | 24,171.50 |
| 0016 | Lift Stay Litigation | 0.5 | 392.50 |
| 0019 | Labor Issues/Employee Benefits | 0.2 | 175.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 0.3 | 235.50 |
| 0029 | Intercompany Analysis | 28.5 | 23,128.50 |
| 0031 | Canadian Proceedings/Matters | 12.0 | 6,892.50 |
| 0032 | U.S. Proceedings/Matters | 2.5 | 2,187.50 |
|  | **Total** | **92.2** | **$67,670.50** |

**TOTAL PROFESSIONAL FEES**               $   67,670.50

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2923747
Page 10 of 11
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 31-May-12 | Beck Taxi/Inv 1721-041/M.Wunder May 7/12 | 1.00 | 7.25 |
| 31-May-12 | Beck Taxi/Inv 1721-041/M.Wunder Apr 24/12 | 1.00 | 7.71 |
| 01-Jun-12 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 04-Jun-12 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 06-Jun-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 07-Jun-12 | Laser Copy;NELSON M | 271.00 | 27.10 |
| 11-Jun-12 | Color Laser Printing | 29.00 | 10.15 |
| 11-Jun-12 | Laser Copy;Vincent-DunlopT | 20.00 | 2.00 |
| 12-Jun-12 | Laser Copy;beardc | 309.00 | 30.90 |
| 12-Jun-12 | Laser Copy;KUKULOWI | 7.00 | 0.70 |
| 13-Jun-12 | Laser Copy;beardc | 8.00 | 0.80 |
| 14-Jun-12 | Laser Copy;beardc | 128.00 | 12.80 |
| 15-Jun-12 | Laser Copy;beardc | 12.00 | 1.20 |
| 16-Jun-12 | Bell Conferencing/Shayne Kukulowicz/Inv. 1085657 | 1.00 | 1.31 |
| 16-Jun-12 | Bell Conferencing/Michael Wunder/Inv. 108565791 | 1.00 | 1.72 |
| 16-Jun-12 | Bell Conferencing/Shayne Kukulowicz/Inv. 1085657 | 1.00 | 6.28 |
| 18-Jun-12 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 19-Jun-12 | Laser Copy;NELSON M | 48.00 | 4.80 |
| 20-Jun-12 | Telephone;13125887101;Chicago IL;4715 | 1.00 | 3.24 |
| 20-Jun-12 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 21-Jun-12 | Laser Copy;Vincent-DunlopT | 40.00 | 4.00 |
| 21-Jun-12 | Laser Copy;NELSON M | 169.00 | 16.90 |
| 22-Jun-12 | Laser Copy;KUKULOWI | 39.00 | 3.90 |
| 22-Jun-12 | Telephone;16463783137;New YorkNY;4740 | 1.00 | 1.53 |
| 22-Jun-12 | Laser Copy;NELSON M | 25.00 | 2.50 |
| 25-Jun-12 | Laser Copy;TOBERGLUND | 28.00 | 2.80 |
| 25-Jun-12 | Laser Copy;NELSON M | 20.00 | 2.00 |
| 25-Jun-12 | Laser Copy;Vincent-DunlopT | 6.00 | 0.60 |
| 25-Jun-12 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 26-Jun-12 | Laser Copy;NELSON M | 18.00 | 1.80 |
| 26-Jun-12 | Laser Copy;TOBERGLUND | 111.00 | 11.10 |
| 26-Jun-12 | Laser Copy;KUKULOWI | 63.00 | 6.30 |
| 27-Jun-12 | Laser Copy;COSENTIN | 323.00 | 32.30 |
| 27-Jun-12 | Laser Copy;TOBERGLUND | 137.00 | 13.70 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2923747  
Page 11 of 11  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 27-Jun-12 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 28-Jun-12 | Laser Copy;NELSON M | 66.00 | 6.60 |
| 28-Jun-12 | Laser Copy;TOBERGLUND | 47.00 | 4.70 |
| 28-Jun-12 | Telephone;13125887101;Chicago IL;4715 | 1.00 | 1.08 |
| 28-Jun-12 | Laser Copy;KUKULOWI | 76.00 | 7.60 |
| 28-Jun-12 | Laser Copy;DamaniA | 49.00 | 4.90 |
| 28-Jun-12 | Tabs / Cerlox / Clear Cover | 1.00 | 3.80 |
| 29-Jun-12 | Laser Copy;NELSON M | 25.00 | 2.50 |
| 29-Jun-12 | Laser Copy;TOBERGLUND | 32.00 | 3.20 |
| 29-Jun-12 | Laser Copy;LEGAULT | 7.00 | 0.70 |
| 29-Jun-12 | Laser Copy;KUKULOWI | 18.00 | 1.80 |
|  | **TOTAL NON-TAXABLE DISBURSEMENTS** |  | **$ 265.87** |