**EXHIBIT C**

11602241_3|TorDocs

## DISBURSEMENT SUMMARY
## JUNE 1 TO JUNE 30, 2012
### (All Amounts in Canadian Dollars)

Non-Taxable Disbursements
| | |
|---|---|
| Binding Books / Documents | $ 3.80 |
| Long Distance Telephone Calls | $ 15.16 |
| Photocopy & Printing Charges | $ 231.95 |
| Transportation Costs | $ 14.96 |
| Total Non-Taxable Disbursements | $ 265.87 CDN. |

11602133_1|TorDocs