**EXHIBIT D**

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2923747
Page 10 of 11
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
| --- | --- | --- | --- |
| 31-May-12 | Beck Taxi/Inv 1721-041/M.Wunder May 7/12 | 1.00 | 7.25 |
| 31-May-12 | Beck Taxi/Inv 1721-041/M.Wunder Apr 24/12 | 1.00 | 7.71 |
| 01-Jun-12 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 04-Jun-12 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 06-Jun-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 07-Jun-12 | Laser Copy;NELSON M | 271.00 | 27.10 |
| 11-Jun-12 | Color Laser Printing | 29.00 | 10.15 |
| 11-Jun-12 | Laser Copy;Vincent-DunlopT | 20.00 | 2.00 |
| 12-Jun-12 | Laser Copy;beardc | 309.00 | 30.90 |
| 12-Jun-12 | Laser Copy;KUKULOWI | 7.00 | 0.70 |
| 13-Jun-12 | Laser Copy;beardc | 8.00 | 0.80 |
| 14-Jun-12 | Laser Copy;beardc | 128.00 | 12.80 |
| 15-Jun-12 | Laser Copy;beardc | 12.00 | 1.20 |
| 16-Jun-12 | Bell Conferencing/Shayne Kukulowicz/Inv. 1085657 | 1.00 | 1.31 |
| 16-Jun-12 | Bell Conferencing/Michael Wunder/Inv. 108565791 | 1.00 | 1.72 |
| 16-Jun-12 | Bell Conferencing/Shayne Kukulowicz/Inv. 1085657 | 1.00 | 6.28 |
| 18-Jun-12 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 19-Jun-12 | Laser Copy;NELSON M | 48.00 | 4.80 |
| 20-Jun-12 | Telephone;13125887101;Chicago IL;4715 | 1.00 | 3.24 |
| 20-Jun-12 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 21-Jun-12 | Laser Copy;Vincent-DunlopT | 40.00 | 4.00 |
| 21-Jun-12 | Laser Copy;NELSON M | 169.00 | 16.90 |
| 22-Jun-12 | Laser Copy;KUKULOWI | 39.00 | 3.90 |
| 22-Jun-12 | Telephone;16463783137;New YorkNY;4740 | 1.00 | 1.53 |
| 22-Jun-12 | Laser Copy;NELSON M | 25.00 | 2.50 |
| 25-Jun-12 | Laser Copy;TOBERGLUND | 28.00 | 2.80 |
| 25-Jun-12 | Laser Copy;NELSON M | 20.00 | 2.00 |
| 25-Jun-12 | Laser Copy;Vincent-DunlopT | 6.00 | 0.60 |
| 25-Jun-12 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 26-Jun-12 | Laser Copy;NELSON M | 18.00 | 1.80 |
| 26-Jun-12 | Laser Copy;TOBERGLUND | 111.00 | 11.10 |
| 26-Jun-12 | Laser Copy;KUKULOWI | 63.00 | 6.30 |
| 27-Jun-12 | Laser Copy;COSENTIN | 323.00 | 32.30 |
| 27-Jun-12 | Laser Copy;TOBERGLUND | 137.00 | 13.70 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2923747  
Page 11 of 11  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 27-Jun-12 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 28-Jun-12 | Laser Copy;NELSON M | 66.00 | 6.60 |
| 28-Jun-12 | Laser Copy;TOBERGLUND | 47.00 | 4.70 |
| 28-Jun-12 | Telephone;13125887101;Chicago IL;4715 | 1.00 | 1.08 |
| 28-Jun-12 | Laser Copy;KUKULOWI | 76.00 | 7.60 |
| 28-Jun-12 | Laser Copy;DamaniA | 49.00 | 4.90 |
| 28-Jun-12 | Tabs / Cerlox / Clear Cover | 1.00 | 3.80 |
| 29-Jun-12 | Laser Copy;NELSON M | 25.00 | 2.50 |
| 29-Jun-12 | Laser Copy;TOBERGLUND | 32.00 | 3.20 |
| 29-Jun-12 | Laser Copy;LEGAULT | 7.00 | 0.70 |
| 29-Jun-12 | Laser Copy;KUKULOWI | 18.00 | 1.80 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | | $ 265.87 |