# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## JUNE 1, 2012 THROUGH JUNE 30, 2012
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alexandra North | Associate | Financial Restructuring | Ontario - 2009 | 16.0 | $400.00 | $ 6,400.00 |
| Anneli LeGault | Partner | Employment/Labour | Ontario - 1982 | 3.5 | $800.00 | $ 2,800.00 |
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 0.6 | $490.00 | $ 294.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 16.2 | $800.00 | $ 12,960.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 20.9 | $785.00 | $ 16,406.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 12.1 | $725.00 | $ 8,772.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 22.9 | $875.00 | $ 20,037.50 |
| | | | | | | |
| TOTAL | | | | 92.2 | CDN. | $ 67,670.50 |

11602133_1|TorDocs