## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Subpoena In A Contested Matter to Gary R. Donahee** was caused to be made on August 10, 2012, in the manner indicated upon the entity identified below.

Date:  August 10, 2012                                               */s/ Ann C. Cordo*
           Wilmington, DE                                              Ann C. Cordo (No. 4817)

**BY ELECTRONIC AND
OVERNIGHT MAIL**

Gary R. Donahee, Chairman
5517 St. Andrews Court
Plano, TX  75093
E-Mail: gdonahee@me.com

6213634.1