## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Subpoena In A Contested Matter to Mark Haupt** was caused to be made on August 10, 2012, in the manner indicated upon the entity identified below.

Date:  August 10, 2012                                             */s/ Ann C. Cordo*
         Wilmington, DE                                             Ann C. Cordo (No. 4817)

**BY ELECTRONIC AND**
**OVERNIGHT MAIL**

Mark Haupt
10533 Tarton Fields Circle
Raleigh, NC  27617
E-Mail:  mmjh123@frontier.com

6213607.1