## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Subpoena In A Contested Matter to Susan Kane** was caused to be made on August 10, 2012, in the manner indicated upon the entity identified below.

Date:  August 10, 2012                              */s/ Ann C. Cordo*
       Wilmington, DE                                Ann C. Cordo (No. 4817)

**BY ELECTRONIC AND**
**OVERNIGHT MAIL**

Susan Kane
648 Lake Terrace Drive
Nashville, TN  37217
E-Mail: skane6@comcast.net

6213617.1