## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Subpoena In A Contested Matter to Michael P. Ressner** was caused to be made on August 10, 2012, in the manner indicated upon the entity identified below.

Date: August 10, 2012  */s/ Ann C. Cordo*
      Wilmington, DE  Ann C. Cordo (No. 4817)

**BY ELECTRONIC AND OVERNIGHT MAIL**

Michael P. Ressner
5909 Applegarth Lane
Raleigh, NC  27614
E-Mail: Michael@ressner.com

6213619.1