## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of

the foregoing **Subpoena In A Contested Matter to John T. Zalokar** was caused to be made on

August 10, 2012, in the manner indicated upon the entity identified below.


Date:    August 10, 2012                                          */s/ Ann C. Cordo*
         Wilmington, DE                                         Ann C. Cordo (No. 4817)


## BY ELECTRONIC AND OVERNIGHT MAIL

John T. Zalokar
6N426 Crescent Lane
St. Charles, IL  60175
E-Mail:  jtzalokar@aol.com


6213609.1