UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE

NORTEL NETWORKS, INC., et al.

Debtor.
_____/

Chapter 11
Case No. 09-10138 (KG)
Jointly Administered

## NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE

**PLEASE TAKE NOTICE** that Noel R. Boeke, Esq., and Rod Anderson, Esq., of Holland & Knight LLP hereby give notice of their withdrawal from the above-styled case and request to stop electronic notification indefinitely until further notice.

Dated: August 13, 2012

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Noel R. Boeke
Noel R. Boeke (Florida Bar No. 151830)
noel.boeke@hklaw.com
Rod Anderson (Florida Bar No. 370762)
rod.anderson@hklaw.com
P.O. Box 1288
Tampa, FL 33601-1288
Phone: (813) 227-8500
Fax: (813) 229-0134
Attorneys for Jabil Circuit, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished by CM/ECF on all parties having appeared electronically this 13th day of August, 2012.

/s/ Noel R. Boeke
Attorney

#11439380_v1