**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Objection to the Motion of Stephen Paroski for the Order Promissory Estoppel Order Authorizing and Approving Procedures Funding or Buyout Ericsson Inc. and Telefonaktiebolaget LM Ericission and Nortel** was caused to be made on August 13, 2012, in the manner indicated upon the entities identified below.

Date: August 13, 2012
Wilmington, DE

*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

**Via First Class Mail**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller
MILBANK, TWEED, HADLEY & MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Andrew M. Gould
Angeleque Linville
Wick Phillips Gould & Martin LLP
2100 Ross Ave., Dte. 950
Dallas, TX 75201

Stephen Paroski
Cynthia Paroski
333 El Rio Dr.
Mesquite, TX 75150

**Via Hand Delivery**

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801