IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
NORTEL NETWORKS INC., et al.,¹                               :   Case No. 09-10138 (KG)
                                                             :
                                  Debtors.                   :   (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------ x
```

**COMPENDIUM OF DEPOSITION EXCERPTS AND FOREIGN LAW CITED IN JOINT ADMINISTRATORS' OPPOSITION TO JOINT MOTION FOR A SCHEDULING ORDER BIFURCATING PROCEEDINGS AND STAYING CERTAIN DISCOVERY ON CLAIMS OF THE EEMEA CLAIMANTS**

Dated: Wilmington, Delaware  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
August 13, 2012

/s/ *Maris J. Kandestin*
James L. Patton (No. 2202)
Edwin J. Harron (No. 3396)
John T. Dorsey (No. 2988)
Maris J. Kandestin (No. 5294)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571–6600
Facsimile: (302) 571–1253

- and -

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

01:12365497.1

**HUGHES HUBBARD & REED LLP**
Derek J.T. Adler
Gabrielle Glemann
Charles Huberty
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837–6000
Facsimile: (212) 422–4726

- and -

**HERBERT SMITH LLP**
Kevin Lloyd
John Whiteoak
Richard Lawton
Exchange House
Primrose Street
London
EC2A 2HS

*Counsel for NNUK and the Joint Administrators*

# TABLE OF CONTENTS

| **Cases** | **Tab** |
|---|---|
| *Aveling Barford Ltd v Perion Ltd* [1989] BCLC 626 | 1 |
| *Bairstow & Ors* [2001] EWCA Civ 712 | 2 |
| *Brady v Brady* [1988] BCLC 20 | 3 |
| *British Midland Tool Ltd v. Midland International Tooling Ltd* [2003] EWHC 466 (Ch) | 4 |
| *In Re Exchange Banking Co, Flitcroft's Case* [1882] 21 Ch D 519 | 5 |
| *Facia Footwear Ltd v. Hinchliffe* [1998] 1 BCLC 218 | 6 |
| *Kinsela v. Russell Kinsela* [1986] 4 NSWLR 722 | 7 |
| *Lonrho Ltd. v. Shell Petroleum* [1981] A.C. 173 | 8 |
| *Nicholson v Permacraft* (NZ) Ltd [1985] 1 NZLR 242 | 9 |
| *Re D'Jan of London Ltd; Copp v. D'Jan* [1994] 1 BCLC 561 | 10 |
| *Thames Valley Housing Association Ltd & Anr v Elegant (Guernsey) Ltd & Ors* [2011] EWHC 1288 (Ch) | 11 |
| *Weir v Secretary of State for Transport* (No. 2) [2005] EWHC 2192 (Ch) | 12 |
| *West Mercia Safetywear Ltd v. Dodd* [1988] BCLC 250 | 13 |

**Statutes**

| | |
|---|---|
| Companies Act 1985 s. 263 | 14 |
| Companies Act 2006 s.829-830(1) | 15 |
| Companies Act 2006 s. 172 | 16 |
| Insolvency Act 1986 s. 123 | 17 |

**Deposition Excerpts**

| | |
|---|---|
| Except of Deposition of Phillip Marshall Q.C., taken on October 10, 2011 | 18 |

01:12365497.1