# TAB 16

01:12365497.1

# Companies Act 2006 c. 46

## Part 10 A COMPANY'S DIRECTORS

## Chapter 2 GENERAL DUTIES OF DIRECTORS

### The general duties

This version in force from: **October 1, 2007** to **present**

(version 1 of 1)

### 172 Duty to promote the success of the company

(1) A director of a company must act in the way he considers, in good faith, would be most likely to promote the success of the company for the benefit of its members as a whole, and in doing so have regard (amongst other matters) to–

   (a) the likely consequences of any decision in the long term,

   (b) the interests of the company's employees,

   (c) the need to foster the company's business relationships with suppliers, customers and others,

   (d) the impact of the company's operations on the community and the environment,

   (e) the desirability of the company maintaining a reputation for high standards of business conduct, and

   (f) the need to act fairly as between members of the company.

(2) Where or to the extent that the purposes of the company consist of or include purposes other than the benefit of its members, subsection (1) has effect as if the reference to promoting the success of the company for the benefit of its members were to achieving those purposes.

(3) The duty imposed by this section has effect subject to any enactment or rule of law requiring directors, in certain circumstances, to consider or act in the interests of creditors of the company.

Crown Copyright material is reproduced with the permission of the Controller of HMSO and the Queen's Printer for Scotland

**Subject:** Company law

**Keywords:** Companies; Directors' powers and duties

