# TAB 18

01:12365497.1

1      about solvent company, of course, you can be near
2      insolvency -- insolvency, there's sort of lots of
3      borderline cases.
4          What's the key issue here is whether or not
5      creditors' interests are engaged.  That's the issue
6      really.
7  Q.  Could I ask you, sir, please, to turn to Mr. Todd's
8      original declaration at paragraph 74 and, if you could,
9      please, just take a moment and read that paragraph to
10     yourself and let me know if you agree with what is
11     stated there.
12 A.  I think I would have to go through it probably with some
13     care before I could express agreement or disagreement.
14     I think it rather depends on exactly which transactions.
15 Q.  Well, let's take then just the first sentence.
16 A.  Yeah.
17 Q.  "Approval or ratification do not require any particular
18     formality."
19         Do you agree with that statement?
20 A.  Yes, if the ratification is unanimous and it's clearly
21     expressed.
22 Q.  I take it you don't disagree with the second sentence,
23     which says:
24         "The proof of claim alleges various intercompany
25     transactions with the parent company."

Page 182

1   A.   Yeah, I've seen reference to several of those, I think
2        particularly the intercompany loans, I seem to recall.
3   Q.   Right.  And now let's take the third sentence:
4        "It is implicit in these allegations that the parent
5        company knew about and approved the transactions."
6        Do you agree with that statement?
7   A.   Well, if it entered into the transactions, then it
8        presumably would know about them.  Whether or not it
9        approved of the transactions from the point of view of
10       NNUK and expressed a clear consent vis-a-vis its
11       position as shareholder of NNUK in relation to them,
12       that might be a more involved question.
13       I think it would have to be considered by reference
14       to the relevant transaction.
15  Q.   Do you agree with me, sir, that the proof of claim does
16       not allege that any of the transactions are -- that any
17       of the transactions at issue constitute either unlawful
18       distributions or returns of capital to NNL?
19  MR. DORSEY:  Objection to form.
20  A.   It doesn't use the express words "unlawful return of
21       capital" or "unlawful distributions," but the facts
22       alleged might well be categorized as that.
23       As I say, what I would expect to happen would be
24       that the point about ratification would be taken in
25       a defense, and then, in the reply, if they wanted to