## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Service of Subpoena In A Contested Matter to Deborah Jones** was caused to be made on August 10, 2012, in the manner indicated upon the entity identified below.

Date:  August 10, 2012  
       Wilmington, DE

*/s/ Ann C. Cordo*  
Ann C. Cordo (No. 4817)

**BY ELECTRONIC MAIL**

Deborah Jones  
2824 Thurrock Dr.  
Apex, NC  27539  
E-Mail: the_dudette@hotmail.net

6231919.1