IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) Objection Deadline: August 14, 2012 at 4 p.m. |
| | ) Hearing Date:        August 22, 2012 at 10 a.m. |
| | ) RE: Docket #8068 |

## NORTEL US LTD EMPLOYEES OBJECTION TO MOTION OF THE DEBTORS TO FILE UNDER SEAL CERTIFICATES OF SERVICE RELATED TO LTD EMPLOYEES

Nortel US Long-Term Disabled (LTD) Employees signed herein of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submit this objection to the motion by the Debtors for entry of an order authorizing the Debtors to file under seal certificates of service related to Nortel US LTD employees. In support of this Objection, Nortel US LTD Employees signed herein respectfully represent as follows:

### BACKGROUND

1. On July 30, 2012 the Debtors filed a Motion, docket #8068, to file under seal, certificates of service related to Nortel US LTD employees.

### RELIEF REQUESTED

2. We request that the Debtors motion as presented be denied.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. We request that the certificates of service for Nortel US LTD employees be released openly to the Court; inclusive of name, current mailing address, phone number and email.

## BASIS FOR RELIEF

4. To-date, Nortel US LTD Employees feel we have been unnecessarily kept isolated in our peer communications by the Debtors.

5. The Nortel US LTD Employees wish to have the opportunity for communication with each other.

6. The Nortel US LTD Employees cannot verify if we have or have not been properly served. The Nortel US LTD Employees are struggling to mobilize in light of the short time frame before the Court will determine whether the Debtors can terminate our employee benefits. Sealing our addresses does nothing to protect us and simply creates an unfair advantage for the other parties in the case who wish to impact the interests of the Nortel US LTD Employees and silence them.

7. Many Nortel US LTD Employees, for example, move from medical facility to hospice back to home, others do not have access to the internet to try and keep up with the various documents filed in the case and may have moved. The most vulnerable Nortel US LTD Employees of which we know are helped by other LTD Employees. Sealing the list will only prevent us from reaching out to the most vulnerable.

8. Many Nortel US LTD Employees have already filed correspondence with the Court and thereby readily identifying themselves as Long-Term Disabled; ex. Docket #05786, #05595, #05594.

9. Many more Nortel US LTD Employees have communicated intent to file notice of appearances and other communications with the Court, thereby readily identifying themselves as Long-Term Disabled.

10. Signatures supplied herein on this objection to the Debtor's motion, is further witness to our willingness and desire to have our certificates of service released unsealed to the Court and made part of the public record

## NOTICE

11. Notice of this Objection has been provided to the US Bankruptcy Court, Delaware and the Debtors via first class mail. Other parties will receive notice through the Court's electronic filing system. The Nortel LTD Employees signed herein respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Nortel US LTD Employees signed herein respectfully request the entry of this Objection, and the subsequent release by the Debtors of an unsealed list of certificates of service related to Nortel US LTD employees. This Court should Deny the Debtors motion as presented.


Dated: Friday, August 10, 2012        _____
                                       Nortel US LTD Employees electronically signed herein

3

/s/ Michael Alms, 4944 Elm Island Circle, NC Waterford, WI 53185
/s/ Charles Vincent Barry, 4090 Old Franklinton Road, Franklinton, NC 27525
/s/ Janet Bass, 1228 Moultrie Court, Raleigh, NC 27615
/s/ Brent Beasley, 541 Ammons Rd, Dunn, NC 28334
/s/ Jeffrey B. Borron, 13851 Tanglewood Dr., Farmers Branch, TX 75234
/s/ Roger G. Carlsen, 462 E Calle De Ocaso, Sahuarita, AZ 85629
/s/ Daniel D. David, 2105 Possum Trot Rd, Wake Forest, NC 27587
/s/ Marilyn Day, 2020 Fox Glen Dr., Allen, TX 75013
/s/ Najam U. Dean, 6 Augusta Drive, Millbury, MA 01527
/s/ Thomas Dikens, 2612 Bengal Lane, Plano, TX 75023
/s/ Robert Dover, 2509 Quail Ridge Rd, Melissa, TX 75454
/s/ John S. Elliott, 6 Grouse Lane, Merrimack, NH 03054
/s/ Richard Engelman, 1505 Nevada Drive, Plano, TX 75093
/s/ Bert Fletcher, 35 Broomhill Court, Clayton, North Carolina 27527
/s/ Bruce Francis, 5506 Lake Elton Road, Durham, NC 27713
/s/ Barbara Gallagher, 410 West Acres Road, Whitesboro, TX 76273
/s/ Scott S. Gennett, 16 Wildwood Street Lake Grove, NY 11755
/s/ Marilyn Green, 1106 Boston Hollow Rd. Ashland City, Tennessee 37015
/s/ Crickett Grissom, 2580 W. Porter Creek Ave, Porterville, CA 93257
/s/ Edward G. Guevarra, 11007 Scripps Ranch Blvd, San Diego, CA 92131
/s/ Janetta Hames, 649 Fossil Wood Drive, Saginaw, TX 76179
/s/ Kenneth S. Hazelrig, 8170 Solway CT,Winston, GA 30187
/s/ Brad L. Henry, 11596 W Sierra Dawn Blvd, Lot 386, Surprise, Arizona 85378
/s/ Richard B. Hodges, 4707 Peach Tree Lane, Sachse Texas, 75048
/s/ Mary Holbrook, 1181 Grey Fox Ct., Folsom, CA. 95630
/s/ Scott Howard, 2050 Cabiao Road, Placerville, CA 95667
/s/ James Hunt, 8903 Handel Loop, Land O Lakes FL, 34637
/s/ Dianna Irish, 235 Atrium Court, Warner Robins, GA 31088
/s/ Mark R. Janis, 193 Via Soderini, Aptos, CA 95003
/s/ Deborah Jones, PO Box 458, Willow Spring, NC 27592
/s/ Felicia Jones Mann, 525 N. Academy Street, Cary, NC 27513
/s/ Terri D. Massengill, 126 Keri Dr., Garner, N.C. 27529
/s/ Kim Nguyen, 684 Grand Fir Ave Apt # 2, Sunnyvale CA 94086
/s/ Peter Lawrence, 16295 Via Venetia W, Delray Beach, FL 33484
/s/ James Jerome Lee, 1310 Richmond Street, El Cerrito, CA 94530
/s/ Fred S. Lindow, PO Box 33206, Los Gatos, CA 95031-3206
/s/ David J. Litz, 316 N Manus Dr., Dallas, Tx 75224
/s/ Vernon Long, 4929 Kelso Lane, Garland, TX 75043
/s/ Wendy Boswell Mann, 2114 Claret Lane, Morrisville, NC 27560
/s/ Felicia Jones Mann, 525 N. Academy Street, Cary, NC 27513
/s/ Robert Martel, 200 Lighthouse Lane, Apt B3, Cedar Point, NC 28584
/s/ Michael S. McWalters, PO Box 338, Alviso, CA 95002
/s/ John A. Mercer, 121 Monastery Rd., Pine City, NY 14871
/s/ Reid Mullett, 4224 Thamesgate Close, Norcross, GA. 30092
/s/ Kaushik Patel, 5665 Arapaho Rd. Apt. # 1023, Dallas, Texas, 75248
/s/ John Payne, 2 Orange Ave, New Hartford, NY 13413

/s/ Mark A. Philips, 6117 Trevor Simpson Drive, Lake Park, NC 28079
/s/ Carol Raymond, 7962 S.W. 185 St. Miami, FL 33157
/s/ William A. Reed, 7810 Heaton Drive, Theodore, Al 36582-2362
/s/ Kathleen Reese, 200 Carnegie Drive, Milpitas, CA 95035
/s/ Michael D. Rexroad, 5244 Linwick DR, Fuquay Varina, NC 27526
/s/ Ronald J. Rose Jr., 26 Pheasant Run, Ballston Spa, NY 12020
/s/ John J. Rossi, 1568 Woodcrest dr., Wooster, Ohio 44691
/s/ Charles E. Sandner, 1970 N Leslie #3779, Pahrump, NV 89060
/s/ Cynthia Ann Schmidt, PO Box 119, Oregon House, CA 95962
/s/ Judy A. Schultheis, 2201 Sweetbriar Drive, Alexandria, VA 22307-1523
/s/ Lynette Kay Seymour, 16711 Rivendell Lane, Austin, TX 78737
/s/ Chad Soriano, 8974 Hickory Ave., Hesperia, Ca. 92345
/s/ Carmel Totman, 164 Berton Street, Boone, NC 28607
/s/ Caroline Underwood, 2101 Emerson Cook Rd., Pittsboro, NC 27312
/s/ Adella Venneman, 5269 Rio Grande Drive, San Jose, CA 95136
/s/ Jerry Wadlow, PO Box 79, Wewoka, OK 74884
/s/ Thelma Watson, PO Box 971, Bath, SC 29816
/s/ Nancy Wilson, 7101 Chase Oaks Blvd #1637 Plano, Texas 75025
/s/ Paul D. Wolfe, 113 Red Drum Ln., Gloucester, NC 28528
/s/ Kim M. Yates, 207 Tomato Hill Road, Leesburg, FL 34748

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 8068** |

### ORDER GRANTING OBJECTION TO MOTION OF THE DEBTORS TO FILE UNDER SEAL CERTIFICATES OF SERVICE RELATED TO LTD EMPLOYEES

Upon consideration of this Objection to the motion by the Debtors for entry of an order authorizing the Debtors to file under seal certificates of service related to Nortel US LTD employees (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby ORDERED that the Objection is granted.

Dated: _____, 2012
Wilmington, Delaware

HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.