*Carolyn Long*
*4929 Kelso Lane*
*Garland, Texas 75043*
972-226-3769



Honorable Judge Kevin Gross
US Bankruptcy Court
842 Market Street, 3rd Floor
Wilmington, Delaware 19801

August 3, 2012

Your Honor,

    My name is Carolyn Long, and I live in Garland Texas. I am writing on behalf of my husband, Vernon. Vern is an LTD recipient with Nortel.

    My husband was employed by Nortel in 1992, as an engineer. He worked at the Richardson Texas Nortel complex. He enjoyed his job and took great pride in his work.

    Vern began having sever back, and leg pain in early 2000. The pain led to back surgery. That was the start of his many health problems. Since then he has had, 4 back surgeries, including the insertion of rods, screws, and bars. His body rejected the metal and that, in turn, caused severe arthritis. Then the metal had to be removed from his body. Then he had to have several bone grafts. A few short months later the bone grafts broke, and again he had another painful spine surgery. This time bone was removed from both hips to stabilize his spine. He has since been diagnosed with diabetes; it has caused neuropathy in both legs, and arms. He has: psoriatic, rheumatoid, osteoarthritis, degenerative disc disease, spondylitis, his neck has been fused, he has high blood pressure, and high cholesterol. He can no longer turn his head more than 5 degrees. He cannot lift his head upward, so he must look down at everything.

    In 2002 Vern was forced to accept the fact that he had become permanently disabled. He had no other choice, but to use his disability benefits that Nortel had promised him. This was a big change for us, but we were grateful that we had the benefit to fall back on. We knew that with this income, and continued health care we would at least be able to survive. We were terribly misled because we thought this was a real insurance policy and that he would be covered until age 65. I am also covered on his insurance and I have rheumatoid arthritis and barely get around. I currently work but will have to retire the end of this year, as I will not be healthy enough to work after that.

    Like all other LTD's if our benefits are terminated we do not know what will happen. We both take very expensive medications; there will be no way for us to afford them, without the continued benefits that Northern Telecom had promised! I checked and medical insurance alone, for the two of us, will be over $900.00 a month. That amount doesn't even include meds, which would be near 500 per month after co-pays. We could never afford this expense, especially without the disability income, that we will no longer get. Vern will never be the same so *losing our LTD benefits, and income would be worse than receiving a death sentence.*

Today Vern's days consist of dozing off and on. He mostly is interested making sure our dog is happy. She is a pug, and seems to be the only thing that holds his interest. He has poor concentration, and is very forgetful. He cannot take care of the financial needs, such as writing checks, and calculating the check book. These are things he used to be an expert at. He takes so much medication that it interferes with his memory and ability to do things that are simple, things that our grandchild could do.

Yesterday we received a packet in the mail, containing the motion, by Nortel, to terminate our benefits. My husband has been totally sick since receiving it. He just sits in his chair, I can see his body trembling, and shaking because of fear. It's so hard to make him stay positive. You cannot imagine, how painful it is, for me to have to see him suffer with worry.

I continue to blame it on Nortel, and the greedy people that caused the fall of what was once, a great company. *I wish that each of them, could walk, and live, in my husband's shoes for just one week. They would crawl on their knees, and beg to give everything back that stole, cheated, and are misused.*

Judge Gross, I beg of you, to open your eyes to this atrocity. As I understand it, there are 200 other families on LTD, and I am sure they are all in the same boat. Nortel has cruelly misled us and now wants to send us all to the gallows. Please do not allow them to do this to us, it would be devastating. As I said before, if we lose our benefits, (that we thought were guaranteed), it will be worse than receiving a death sentence.

Your honor *if this travesty is allowed for many families it will be a death sentence, literally!*

I thank you for your time, and for allowing me to share my situation with you. Now I pray that in all fairness you will deny Nortel's attempt to terminate us.

Respectfully,

Carolyn Long