M Heidi Morrison
2241 College Ave.
Quincy, Il 62301
217-223-3920

Case **09-10138 (KG)**

Honorable Judge Kevin Gross
US Bankruptcy Court
842 Market Street, 3rd Floor
Wilmington, Delaware 19801

August 3, 2012

Your Honor,

    Let me introduce myself. My name is Heidi Morrison and I live in Central Illinois in a small city on the Mississippi River. I live with my husband, Paul, and three of our sons, and our youngest child, our daughter. Our oldest son is in the US Navy, in military intelligence.

    My husband has been employed by Nortel for 17 years and was a Senior Project Manager in the wireless division. We felt so blessed to have such a good job with a great company and our children were very proud of their father. We could not imagine a more perfect life, than when he was working for Nortel, and there was such a peaceful sense of security that we felt, knowing that we were part of a great business.

    Unfortunately, my husband was in an accident and he suffered a neck, back, and brain injury. He had no choice but to use his disability benefits that he had paid into for years. This was now the last place we thought we would be and it was extremely humbling and humiliating for him to admit that he was disabled. You see, we always thought that people who were on disability were there by choice and just milking the system... oh, how untrue that perception is. For a person (especially a man) to accept that they must use their disability insurance is very degrading, essentially they feel defective and useless. How could his 4 young sons and daughter ever be proud of a failure who cannot even do his job?

    This is a common sentiment among the hard working population that suddenly find their lives turned upside-down by an unexpected illness or disability. Depression and a feeling of incompetency is very common when this twist in your life happens. Nobody ever thinks and certainly no one wants this to happen, but it does. Tragedy can happen to anyone, at anytime, and life completely changes. I pray, Judge Gross, that

you never have to experience it in your life, or in your loved ones life, but it could happen.

When we had to accept the reality of it all we adjusted, and dealt with the emotions. Then we switched to a feeling of gratefulness; gratefulness for the wonderful employee benefits that Nortel offered to my husband when he agreed to work for them. Financially it was a huge adjustment we went from $112,000 to $48,000 (after deductions) in one year. We learned to manage and we were grateful! Thank God that Nortel had benefits that we would be able to have guaranteed income (although much reduced) and also guaranteed health, dental, and vision insurance for our family of five young children. Again, we were just grateful and in fact you could say we felt blessed.

When Nortel declared bankruptcy our feeling of being blessed changed, to one of panic and helplessness. We had no idea how we could continue to care for our family if my husband's income and insurance would end. When we learned about the mismanagement of Nortel by the upper executives, and the co-mingling of the money in the health and welfare trust with their general operating expenses, and the deception of having guaranteed insurance when in fact it was self insured by Nortel, our feeling of helplessness turned into a sense of betrayal and disgust!

After the notice of possible termination of payments by Nortel in June 2010, I decided I needed to do something. I began monitoring the dockets, claims, and Nortel web site on a daily basis. I got an account with PACER (public access to court electronic records), and I have read hundreds of cases and printed documents about Nortel's corruptions and the many law suits regarding denial or mismanaged benefits. There are still several employee suits pending. I have spent well over $1200 viewing and printing these records from PACER. I have also tried to contact all of the disabled people and personally talk to them and get to know them. My goal is not one of a legal matter but to be a kind voice in the dark, a friend and support to those like my husband who are scared and feel helpless.

Judge Gross, thank you for indulging me so far but I needed to give you the background behind me writing this letter to you. Now to the point.

I was privileged to dial in and listen to the court proceedings on July 11, 2012. I thank you for the openness to the courts, for those people who cannot physically, or financially, afford to attend them in person. Your fairness is evident. The one disturbing thing, that struck me while listening to the hearing, is that it seems that you have been deceived by the Nortel lawyers. Many disabled have complained about *the "fog" of confusion and confidentiality that Nortel has maintained, and also bound the committee to.* I am sorry to say that I think they have kept you in the same fog. Let me explain...

The ltd "insurance" that Nortel provided is merely *administered* by Prudential, yet ***it is completely managed and self funded by Nortel***. Let me clarify, this is not real insurance, as we were mislead to believe, instead, it is self funded out of the general operating cost of Nortel. The attempt, by Nortel, to abandon their already approved claims, which are now an obligation, is criminal at best! This group of approximately ***220 human beings is NOT the same as an unsecured creditor***. For example, we are not the bank claiming lost rental income, or a supplier suing for not getting paid, or the bondholders wanting to get all of their money back... NO, that is not what they are!

Who are they?  They are real human people, who gave their all, to a company that they loved, and believed in. They worked too much, they put their needs aside too much, they neglected their families too much, and they sacrificed too much, all for a company that they wanted to be part of, and help them succeed. In the strange twists of life they all found themselves at the mercy of the benefits that were guaranteed to them by that wonderful company that they gave up so much for. How have they been rewarded?

Rewarded, is a cruel word for what these people are now having to go through. For all they have done, they have been rewarded with having to fight for their lives, because they unfortunately, were terribly mislead. This group of disabled humans are ***real people, with real life stories, and it would be a travesty, and injustice to treat them like a creditor looking for payment of a bill***. If these people get anything less than a 100% of the benefits that were promised to them, that they worked so hard for, and put their hearts, and soul into, then it would be a reward! Yes, it would be a reward, a reward for Nortel, and the bondholders! **People are not disposable, garbage is**.

Your Honor, since I have tried diligently, to be a support for these very worried, and disabled people, I have gotten to know many of them, and their life stories. If your honor could just please indulge me a little bit longer, I would like to introduce you to 100 of the 200 plus disabled human beings, and their families. I have spoken to all of them personally, and I have written down many notes about their situations. I have cried with them, prayed with them, and on occasion, laughed with them. Judge, here are their stories:

# Meet 100 of the 200+ Disabled people from Nortel

- There is a 58 year old married man, with children, who has been disabled with **MS since 2005**.
- A 54 year old man, disabled with **disk degeneration** who has been **disabled since 1997**. He has a dependant spouse and a daughter in college.
- A 50 year old man and his 48 year old wife who both worked for Nortel and **both are disabled**. The woman is nearly **paralyzed**.
- Another man who is 63 who is disable with **blood clot disorders and chronic neck and back problems**. His wife also worked for Nortel and is 57.
- There is a 55 year old year old man in California who was an installer for Nortel. He is been on **disability since 1999** and his wife is also disabled with lupus. They have a **13 year old daughter with a developmental disability** and they are potentially losing their house.
- Another man is 63 and had a **stroke in 2003**, he was a supervisor in the wireless division.
- A 55 year old man has been **disabled since 1997**. He is married and has a dependant daughter. He has a **degenerative bone disease**, he had a cage implanted into his chest to keep his rib cage from collapsing. He is in constant pain. Due to the use of heavy narcotics he developed OIH (opiate induced hypersensitivity), he became deathly ill and has developed seizures.
- A 46 year old man who was a project manager in information and programming. He has been **disabled since 2006 due to chronic stress**. He has been forced to sell his house in New Jersey and relocate to a less expensive area in Georgia just to survive.
- There is a married couple who both worked for Nortel since 1976, both are age 62 and **both are disabled**. The husband has **heart disease** and the wife has **severe COPD**.
- A 53 year old single woman who has been **disabled since 2002** and has had to file bankruptcy and give up her house.
- A 56 year old woman in Tennessee who has been on **ltd since 1999**. She has two dependant granddaughters that she is raising.
- A 63 year old woman with **diabetes and disabling arthritis**.
- A 62year old woman with **cancer**.
- A 59 year old woman who has been on **ltd since 2001** with **severe nerve impairment**. She is barely able to survive with her disability payments due to the high cost of her medicines.

- A 38 year old man who was a Senior Sales Analyst until **2008 when he suffered a stroke**. he has since had to sell his house and most of his possessions and move in with his parents so that they can care for him.
- A **58 year old woman** in North Carolina who is disabled.
- A 55 year old woman in Texas disabled with **brain and neck damage** she has been **disabled for 16 years** and her husband is on her insurance policy. Without this she will be forced to quit taking her medicines and sell their house.
- A 56 year old man who has been **disabled since 1995**.
- A 56 year old man who was a Senior hardware designer for Nortel and has been **crippled since 2007**. His wife has cancer and depends on his insurance coverage for her treatments.
- A 60 year old woman that worked for Nortel for 25 years until becoming **disabled with a chronic degenerative muscular disease**. She will require long term care before long but will not be able to afford that if she loses her insurance.
- A 59 year old man that has **multiple disabilities**
- A woman in Texas who has been disabled with **kidney failure and blood clotting disorder since 1997**. Her husband and 16 year old daughter are both on her health care insurance. Her 18 year old son was killed in a car accident and her daughter has numerous health issues.
- A 56 year old man who has a young dependent child and his wife is covered on his policy. He has been **disabled since 2009**.
- A 58 year old man who has been **disabled since 2002, he is legally blind**.
- A man in Ohio who has been **disabled since 1985**.
- A 61 year old woman who has been **disabled since 1995** with **chronic pain disease**.
- A 62 year old man who worked for Nortel for 26 year and has been **disabled since 2009 with Cancer**. Without his continued pay and also insurance coverage he will be forced to quit his cancer treatments.
- A 41 year old woman who has been **disabled with a brain tumor and seizures**. Her husband also has cancer and is on her insurance with Nortel. Without continued coverage they will not be able to get the medical help they need to survive.
- A 62 year old man who has been **disabled since 2002**. His wife is covered under his insurance policy.
- A man who has been **disabled since 1993 with a brain tumor**. His wife is covered under his insurance.
- A 54 year old woman who **since becoming disabled has filed bankruptcy** and had to move into a neighbors camper to exist.

- A 65 year old man who is now considered a retiree but was on ltd due to **COPD**. His wife is on his insurance policy and was recently **diagnosed with cancer**. Without the continued insurance they will not be able to proceed with her life saving treatments.
- A 55 year old man with a wife and dependent children. He has been **disabled since 1995**.
- a 49 year old man who worked for Nortel in California. He has been **disabled since 2001**. He has **rare skin condition** causing thick scars, (keloids), to grow aggressively over his entire body. Chronic painful ulcers cause severe infections and immobility. There is no cure and he will suffer for the rest of his life.
- A 53 year old man who worked for Nortel for 30 years in New York. He has been **disabled since 2009** with **heart failure** and his wife is his primary caregiver.
- A 60 year old woman who is married and still has dependent children. She has been **disabled since 2009** with **terminal cancer**. Her husband had to quit work to care for her full time. She only receives $540 per month after deductions, but without this and the health care insurance she would not be able to manage. **If she loses her life insurance they will not even have enough money to bury her**.
- A woman in Texas who is on **ltd due to a neck injury**. Her husband is a retired Nortel employee who is now disabled due to **multiple strokes**. They have **custody of their 16 year old grandson**. Losing their benefits would significantly harm their household.
- A 51 year old woman who has been **disabled since 2001**.
- A 51 year old woman who worked 18 years for Nortel, she has been **disabled since 2009**. She is a **single mom and is raising her two young daughters**. Without continued disability payments and health insurance they will not be able to make ends meet.
- A 56 year old woman in New Hampshire that has been **disabled since 1993**.
- A 51 year old man who has been **disabled since 2000**. He has a wife and dependent children.
- A 61 year old man, he was an engineer with Nortel. He has been **disabled since 2002**. He has chronic back and neck pain, has had 4 back surgeries, neck surgeries, bone grafts He has diabetes, degenerative muscular disease, and neuropathy. He cannot turn his head, and cannot lift his head up so he looks down at everything. His **wife has crippling arthritis** had to quit her job as she can no longer get around. They are both on the health insurance and will not be able to survive if they lose their benefits.
- A 46 year old man who has been **disabled since 2008**. He is married and has a 14 year old son and a **15 year old daughter with cerebral Palsy**. His daughter requires around the clock care. Without the continuation of ltd pay and health benefits he is worried that they will have to let her become a ward of the state.

- There is a 58 year old man who was an installer for Nortel in Northern California. Before joining Nortel he retired from service in the Air Force as an E-7 Master Sergeant. He has been **disabled since 1997**. He has a wife and dependent child at home. He has managed to scrape by monthly but did have to sell their house and move into an apartment. Without his continued pay and insurance they will not be able to make it.
- A 64 year old woman who has been **disabled since 1995**.
- A 55 year old father of two boys, he has been **disabled with back disease since 2009**. His family cannot survive if his income does not continue.
- A 63 year old woman who has been **disabled since 2000**. She is in a wheelchair most of the time.
- A 57 year old man who has been **disabled with MS since 2001**. He has spouse insurance and dependent children.
- A 61 year old man who worked for Nortel for over 25 years. He has been **disabled since 2005** because of **cancer**. He recently had a bone marrow transplant and has had complications requiring extensive hospitalization. The cost of all this and the reduction in wages due to disability pay **forced them to sell their house** and move into a much smaller place. His wife and child cannot survive if they lose their family health benefits.
- A 63 year old woman who worked as an account executive in fiber optics had to go on **disability in 2003** due to a **rare autoimmune disease that is crippling**. Her husband is covered on her insurance policy and they need that so she can continue her very expensive medications.
- A 46 year old woman has been **disabled since 2008** due to a **brain and neurological condition**. She has already been forced to sell her house.
- A 55 year old woman in Kentucky that is **disabled with liver failure**. She is a **single mother raising twin 15 year old daughters** with no other means of support at all. With any reduction in her pay or benefits they will not be able to survive. She fears her daughters could be taken away from her if they become homeless.
- A man in North Carolina has been **disabled since 2007** due to a **stroke**. His **wife is also disabled** and he has to help care for her. without the continued ltd pay and benefits they would have to sacrifice medical care and life sustaining medications just to get by.
- A 57 year old man who worked for Nortel as a Director of Software Quality Assurance. He became **disabled in 2003** after being diagnosed with **Alzheimer and prostate cancer**. His wife is covered under his insurance. They sold their house and bought a smaller and less expensive one. They will lose their house if they lose his income.
- A 49 year old man who has been **disabled since 2001**.

- A 61 year old man who is married and has been **disabled since 2007** with **AIDS, disc degeneration and other complications.**
- A 54 year old man who has been **disabled since 1994.** He has **AIDS, pneumonia and other complications.** He takes over 20 meds per day. His family and friends provide care for him. He was told he would be dead by 2000 and he is still alive. Without pay and insurance he will surely die, as he will not be able to afford his care or medicine.
- A 49 year old man was **disabled in 1994,** he was told he **was terminal** and would never live long. He sold all his possessions and moved to a smaller place. The medicines he is taking and the care he is receiving are invaluable to his survival!
- A woman in North Carolina who has been **disabled since 1992.** She is barely making it, because of the stress she and her husband divorced, now she is totally alone.
- A 61 year old man who has been **disabled with a rare blood disorder since 1992.**
- A 51 year old woman who was **disabled by a severe head injury** from an accident when she was 24 years old. She is a **ward of her mother** and is in **need of 24/7 care.** Her mother was also a Nortel employee forced into early retirement when Nortel moved their accounts payable in an attempt to save money. She was forced into early retirement so now receives considerably less than if she were allowed to retire at the retirement age. The **mother is now 73** and living on a mere pension that is now compromised because Nortel severely underfunded the plan. She is doing the best she can to survive and to care for her very disabled 52 year old daughter. **She gets a mere $325 a month and she pays $400 a month for hospitalization policy for her daughter.** If they lose their income or her health care they will not be able to continue to get by.
- A man living in MA who is **on disability.** He has his **85 year old mother living with him** and his income and insurance is the only means to survive. Without it they will lose their house and be homeless.
- A woman on disability who has had **over 19 surgeries.** She is her only means of support and if she loses her pay and health care she will become homeless and destitute.
- A 47 year old man who is **permanently disabled** and relies totally on his ltd pay and insurance to care for himself.
- A 47 year old man with **5 children,** (4 are still at home and dependant), is **disabled with a neck, back and brain injury.** He was a Senior Project Manager for Nortel. He became **disabled in 2003.** His wife does not work, she needs to be at home, caring for her husband and children, they cannot afford to hire anyone to help. If they lose their only income and insurance they will be forced to lose their house and go on welfare to survive. They have already had to humiliate themselves and declare bankruptcy due to the medical bills.

- A 51 year old man who has been **disabled since 2001**. He has two dependent children, a 15 year old and a 13 year old.
- A 62 year old man who **worked for Nortel for 42 years**, is **disabled since 1999**. He and his wife depend on his disability pay and insurance to survive.
- A 61 year old man **disabled by an accident in 2001**. His 57 year old **wife has MS** and is getting progressively worse. They have a 16 year old daughter that love to go to college but they cannot afford it. Their family can't maintain a home if they lose their income and insurance.
- A man who **worked for Nortel since 1974**. He came from India to better himself. His entire life revolved around his job and his only real friends were "Nortelites". He dedicated himself to the company and said **"we were trail blazers to make Nortel what it became in 2000 (#1 vendor in the world; from 300m in 1973 to 30B in 2000)."** He went from design, to manufacturing, to marketing, and finally strategic planning. In 2002 he went on LTD because of **blindness** due to diabetes. He now has: **Cardio, pulmonary, Neuropathy, sever vision loss, Prostate Cancer, and stage 3 Kidney failure**. He knows his time is limited, he is at peace with that, The worst part for him, is that he is not productive. **He feels such shame for not being able to provide.** He and his wife lost their house in 2007. He has a son in college. He does not regret his 38 years with Nortel. As a senior manager, in 2000, he briefed executive council, Roth, Chandran, Donahee, Khatod, ect., and he warned them of the impending crisis. They were more interested in enriching themselves and their stock options. **He feels Nortel betrayed us all, and that, he does regret.**
- A 51 year old woman living with her husband. She is **disabled with a rare autoimmune disease**. Her husband is doing his best to care for her but money is already tight. If she loses her income and insurance they do not know how they will make it.
- A 51 year old man who has been a **quadriplegic since 1992**. His wife dedicates herself full time for caring for him. His income is the only source of money for them.
- A 57 year old woman who has **Ms and has been on disability since 2001**. She relies on her ltd payments and insurance to help take care of her medical needs.
- A 57 year old woman with **Cancer** has been **disabled since April 2001**.
- A 52 year old woman has **MS**. She has been **disabled since January 2001**. She is a **single mother raising 2 children** on just her income. Her medicines are very expensive and she could not have them without her health insurance. Her teenage son also suffers from severe Asthma and has had many hospitalizations.
- A 56 year old man in Alabama who has been permanently **disabled since 1993**.

- A 62 year old man who worked for Nortel for 26 years. He has been **disabled with Leukemia since 2009.** Because of the stress of the uncertainty in Nortel his marriage suffered and ended in divorce.
- A 47 year old woman in Texas who has been **disabled since 2001.** Her disabilities are numerous: **Lupus, Rheumatoid Arthritis, ADD, Dementia, Manic Depressive disorder, Brain tumors, Diabetes, Gastrointestinal disorder, high cholesterol, and chronic pain disorder.** She is on 18 medicines a day and has been in the hospital multiple times. She is also a **single mother raising a son and daughter** solely on her disability income. Her ex husband is in the military and is deployed so he no longer pays child support. Her son is on 3 medicines for ADD, Asthma and behavioral issues. Her disability has taken a great toll on them, she is doing her best to maintain a household for them. She is in bankruptcy due to medical bills and cannot continue to support her children if she loses her income or insurance. She is **very desperate and feels panic** about this constantly.
- A 41 year old man who is married and has dependent children. He has been **disabled since 2003.**
- A 60 year old man who has been **disabled since 2001.** He had **liver failure** and received a **liver transplant.** After recovering from the transplant and complications it was discovered that he **now has liver cancer.** He and his wife had to sell their house and move closer to the hospital that specializes in liver cancer. He has been very sick and has had many long periods of hospitalization. He has a **son who was critically injured in Afghanistan and the military offered to fly him to see his son, yet he could not go because of his immune system.** His wife works when she can but they survive primarily on his disability pay. The insurance is vital to his existence and the loss of it would surely mean a death sentence.
- A 52 year old man who was employed with Nortel for 26 years. He has been **disabled since 2000** because of his **uncontrolled epilepsy.** His medicines are very costly and he must also pay for a caregiver.
- A 56 year old woman who has been **disabled since 2001** due to an **autoimmune disease, Lupus, and a crippling nerve disorder.** She relies on her disability income to provide housing and living expense for her and she barely makes it by. Without her income or her loss of insurance she fears she will end up in public housing.
- A 54 year old man who worked for Nortel for 25 years. In **2007 he suffered a massive stroke and is severely disabled.** He has brain damage, cognitive problems, cannot read or write, and cannot make himself understood when speaking. **He can't live alone and must rely on his elderly parents and his sister for his care.** He needs his income and health insurance so that he can be adequately cared for.

- A 66 year old woman, who is now a retiree. She has been **disabled since 1999 she is waiting on a heart transplant**. She lives alone and has no one to care for her.
- A 55 year old man who has been **disabled since 1997**.
- A 43 year old woman who was a Network Engineer for Nortel for over 14 years she is **disabled due to Thoracic Outlet syndrome, since 2004**. She has already had 4 surgeries and even had a rib removed. She suffers constant pain and can barely use her hands anymore. She is single but has no family to help her out. She relies on her income and health insurance to pay her medical bills which average over $900 out of pocket for doctors and $860 a month for her medications. Should she lose any amount of her pay or insurance she does not have any idea where she can go.
- A 48 year old woman who is **disabled with many illness: Heart failure, Ear imbalance, and depression**. Her **husband is also disabled** and is a retiree from Nortel, he has a neurological disease. She alone takes 15 prescriptions a day and has very large medical bills. Between the both of them they are totally dependent on the pay that they receive from their promised benefits
- A 52 year old man who has a **crippling muscular disease** has been on **disability since 2001**. He is married and has two dependent children at home.
- A 59 year old woman who has been **disabled since 1992**. She has had **cancer and has disc degeneration and fibromyalgia**. She has **no family living and no real support system**. She recently sold her house and moved to a cheaper community so that she could maintain her independence. She feels so alone and scared at the possibility of losing her income and health insurance and said that if that happens **she will probably just end her life**.
- A 57 year old man who has been **disabled since 2002**. He has **a rare genetic osteoarthritis that is progressive and crippling**. He is married and has two young sons at home.
- A 56 year old man who has been **disabled since 2009**. He worked for Nortel for **26 years**. He has a wife and dependent children, and they rely on his income and health insurance for survival.
- A 55 year old woman that has been **disabled since 1993**. She was in an accident and suffered a **TBI (traumatic brain injury)**. She is single and has a daughter and granddaughter. She does not want to become dependent on them for her support.
- A 56 year old woman who worked for Nortel for over 28 years and is now **disabled with Lupus and other autoimmune diseases**.

- A 57 year old woman who has **stage 4 cancer**. She has been **disabled since 2001**. She is also the **sole caregiver for her 87 year old father** that lives with her. She cannot survive without her income.
- A 50 year old man who is **disabled with many chronic illness**. He has had 6 back surgeries, and 2 neck surgeries. He has lost everything and has had to sell his house and move in with his parents to survive.
- A 60 year old woman who is been **disabled since 2001**. Her **husband is also disabled** and they are flat broke and living month to month. Her pay is essential to their survival.
- a 57 year old man who has been an employee for Nortel for over 30 years. He is **disabled and has many medical bills**. His wife also has heart disease so their expenses are doubled.
- A 46 year old woman who has been **disabled since 1997**. She has multiple disabilities including **brain tumors, rheumatoid arthritis, and degenerative disc disease**. She is all alone and totally dependent on what she receives from her disability pay.
- A 59 year old woman who has been **disabled since 1998**. She has **diabetes, osteoarthritis, and carpal tunnel syndrome in both arms, she also has neurological damage**. She receives a mere $540 per month from her disability pay but without that she will not be able to manage.
- A 55 year old man who has been **disabled since 2005**. He has a wife and dependent child.
- A man who worked for Nortel for over 13 years. He is now **disabled with Polio Two, a reoccurrence of the disease that is extremely painful and totally debilitating**. He can no longer read or write and his wife must care for him continuously.

Judge Gross, thank you for allowing me to state my case. I hope, and pray, that after seeing all of the suffering among these people that the "fog" has been lifted.

Respectfully,

*M. Heidi Morrison*

p.s. if I can be of assistance in any way, please feel free to contact me.