IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE THAT Najam Dean**, hereby appears in the matter hereby enters [his/her] appearance pursuant to §1109(b) of Title 11 of the United States Code and Rules 2002(g) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and **Najam Dean** hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these Cases be given and served upon them at the following:

> Najam ud Dean
> 6 Augusta Dr
> Millbury, MA 01527
> Telephone: 508-865-4627
> Facsimile: N/A
> Email: najam_dean@yahoo.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the Cases and proceedings herein.

A

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Entry of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) any right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) any right to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupments to which **Najam Dean** may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly reserves.

Dated: _08/08/2012_

                                    Najam ud Dean
                                    **6 Augusta Dr**
                                    Millbury, MA 01527
                                    Telephone: 508-865-4627
                                    Facsimile: N/A
                                    Email: Najam_dean@yahoo.com

                                    *Appearing Pro Se*