## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------- X  **Re: D.I. 8057**

|  |  |
|---|---|
| Nortel Networks Inc., | |
| Plaintiff, | |
| | Adv. Proc. No. 10-53169 (KG) |
| v. | **Re: D.I. 74** |
| CSWL, Inc., | |
| Defendant. | |

-----------------------------------------------------------X

|  |  |
|---|---|
| Nortel Networks Inc., | |
| and | Adv. Proc. No. 10-55165 (KG) |
| Nortel Networks (CALA) Inc. | **Re: D.I. 132** |
| Plaintiffs, | |
| v. | |
| Telecom Network Solutions, Inc., et al. | |
| Defendants. | |

-----------------------------------------------------------X

---

[1]  In addition to Nortel Networks Inc. the Debtors in the Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION PURSUANT
TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE
STIPULATION OF SETTLEMENT OF AVOIDANCE CLAIMS BY AND AMONG
NORTEL NETWORKS INC., NORTEL NETWORKS (CALA) INC., CSWL, INC.
AND CALIFORNIA SOFTWARE COMPANY LIMITED**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims By and Among Nortel Networks Inc., Nortel Networks (CALA) Inc., CSWL, Inc. and California Software Company Limited** (the "Motion") filed on July 27, 2012.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in theses cases and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Motion, objections were to be filed and served no later than 4:00 p.m. (Eastern Time) on August 10, 2012.

WHEREFORE, the Debtors respectfully request that the Order attached to the

Motion be entered at the earliest convenience of the Court.


Dated: August 14, 2012
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
(212) 225-2000

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4187)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
(302) 658-9200

*Counsel for the Debtors*
*and Debtors in Possession*

4054234.1