



Illinois Department of Revenue
Bankruptcy and Probate Section
P.O. Box 64338
Chicago, Illinois 60664-0338

RECEIVED JUL 23 2012

ENV-465 (N-4/08)



**ILLINOIS DEPT OF REVENUE**
Bankruptcy Administration Unit
100 W. Randolph #7-410
Chicago, Illinois 60601
(312) 814-3058

July 19, 2012

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

RE:   09-10138
      Nortel Network Inc

The State of Illinois hereby withdraws the following claim(s):

| Claim # | Date Filed | Amount   |
|---------|------------|----------|
| 832     | 3/30/2009  | $8968.00 |
|         |            |          |
|         |            |          |
|         |            |          |

Very truly yours,

/s/ Sharity Woods
Revenue Tax Specialist