# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 6/1/2012 through 6/30/2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $795 | 29.10 | $23,134.50 |
| J. Borow | Executive Director | $795 | 77.20 | $61,374.00 |
| J. Hyland | Executive Director | $610 | 163.30 | $99,613.00 |
| A. Cowie | Managing Director | $550 | 9.80 | $5,390.00 |
| B. Frizzell | Director | $400 | 1.00 | $400.00 |
| T. Morilla | Director | $360 | 166.00 | $59,760.00 |
| M. Haverkamp | Paraprofessional | $120 | 2.40 | $288.00 |
| **For the Period 6/1/2012 through 6/30/2012** | | | **448.80** | **$249,959.50** |

# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 6/1/2012 through 6/30/2012**

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 52.00 | $32,090.50 |
| 05. Professional Retention/Fee Application Preparation | 5.90 | $1,998.00 |
| 07. Interaction/Mtgs w Debtors/counsel | 7.50 | $5,304.00 |
| 08. Interaction/Mtgs w Creditors | 26.50 | $18,590.00 |
| 09. Employee Issues/KEIP | 61.40 | $42,160.50 |
| 10. Recovery/SubCon/Lien Analysis | 54.60 | $23,445.00 |
| 11. Claim Analysis/Accounting | 75.20 | $42,732.50 |
| 13. Intercompany Transactions/Balances | 109.00 | $55,041.00 |
| 14. Executory Contracts/Leases | 7.60 | $5,607.00 |
| 18. Operating and Other Reports | 14.30 | $6,798.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 15.10 | $5,566.50 |
| 26. Tax Issues | 14.70 | $7,601.50 |
| 33. Intellectual Property | 5.00 | $3,025.00 |
| **For the Period 6/1/2012 through 6/30/2012** | **448.80** | **$249,959.50** |

**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 6/1/2012 through 6/30/2012**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 6/1/2012 | C. Kearns | 0.50 | Reviewed ongoing issues re: mediation. |
| 6/1/2012 | J. Hyland | 2.30 | Continued analyzing allocation methodology. |
| 6/1/2012 | J. Hyland | 2.80 | Analyzed allocation methodology. |
| 6/4/2012 | J. Hyland | 2.80 | Reviewed forecast for an asset for disposition. |
| 6/5/2012 | J. Hyland | 1.00 | Participated on call with J. Ray re: real estate matter. |
| 6/5/2012 | J. Hyland | 1.10 | Reviewed real estate matter. |
| 6/5/2012 | J. Hyland | 2.00 | Prepared summary for UCC on asset. |
| 6/5/2012 | J. Hyland | 2.90 | Followed up on real estate matter. |
| 6/6/2012 | J. Hyland | 2.70 | Analyzed financial summary for an asset disposition and reviewed other related documents. |
| 6/7/2012 | J. Hyland | 2.30 | Analyzed fund flows. |
| 6/7/2012 | J. Hyland | 2.80 | Analyzed cash flows from an asset for disposition. |
| 6/8/2012 | C. Kearns | 0.40 | Issues re: resolution of Fourth Estate settlement and cascade trust. |
| 6/8/2012 | T. Morilla | 2.50 | Reviewed and analyzed Fourth Estate update document produced by the Debtors. |
| 6/11/2012 | C. Kearns | 0.40 | Prepared for and participated on call with mediator's counsel. |
| 6/12/2012 | C. Kearns | 0.40 | Reviewed ongoing allocation related issues. |
| 6/13/2012 | C. Kearns | 0.40 | Reviewed summary by entity of assets and claims. |
| 6/15/2012 | C. Kearns | 0.40 | Reviewed ongoing mediation related analyses. |
| 6/15/2012 | J. Hyland | 2.80 | Analyzed results from retiree mediation. |
| 6/18/2012 | C. Kearns | 0.10 | Emails with counsel re: next steps with counsel to mediator. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 6/19/2012 | C. Kearns | 0.50 | Read final agreement of Fourth Estate settlement. |
| 6/20/2012 | C. Kearns | 0.20 | Emails with counsel re: mediation and related issues. |
| 6/21/2012 | C. Kearns | 0.20 | Reviewed ongoing analysis of mediation scenarios. |
| 6/21/2012 | C. Kearns | 0.40 | Reviewed draft waterfall analysis re: APAC/CACA/Fourth Estate. |
| 6/21/2012 | C. Kearns | 0.40 | Discussed key issues re: mediation with counsel. |
| 6/22/2012 | J. Hyland | 2.10 | Reviewed proceeds allocation analysis. |
| 6/25/2012 | J. Hyland | 0.50 | Participated in call with counsel and Fraser re: proceeds allocation. |
| 6/25/2012 | C. Kearns | 0.80 | Met with counsel to discuss issues to respond to DPW's information requests re: mediation. |
| 6/25/2012 | C. Kearns | 2.20 | Prepared draft deck for DPW meeting and discussed with counsel. |
| 6/25/2012 | J. Hyland | 2.70 | Reviewed preliminary recovery presentation. |
| 6/27/2012 | C. Kearns | 0.40 | Continued to discuss key issues re: mediation with counsel. |
| 6/27/2012 | C. Kearns | 0.50 | Continued to review of DPW deck. |
| 6/27/2012 | J. Hyland | 1.70 | Continued reviewing proceeds allocation analysis. |
| 6/27/2012 | T. Morilla | 2.50 | Analyzed proceeds allocation scenario. |
| 6/27/2012 | J. Hyland | 2.90 | Reviewed proceeds allocation analysis. |
| 6/28/2012 | T. Morilla | 0.40 | Reviewed documents and emails regarding the potential sale of residual assets. |
| 6/28/2012 | C. Kearns | 0.60 | Revise DPW deck based on comments from Cleary and Chilmark. |
| 6/29/2012 | C. Kearns | 0.50 | Continued to analyze mediation related issues. |
| 6/29/2012 | J. Hyland | 1.40 | Reviewed 4th Estate motions and court filings. |
| 6/30/2012 | J. Hyland | 0.50 | Reviewed employee by transaction detail. |
| Subtotal | | 52.00 | |

**05. Professional Retention/Fee Application Preparation**

| | | | |
|------|--------------|-------|---------------------------|
| 6/6/2012 | J. Hyland | 0.30 | Prepared fee estimate for counsel. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2012-6/30/2012 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/12/2012 | J. Hyland | 0.40 | Reviewed interim fee app exhibit for counsel. |
| 6/15/2012 | M. Haverkamp | 2.40 | Prepared May fee application. |
| 6/27/2012 | T. Morilla | 1.70 | Reviewed May fee application. |
| 6/29/2012 | J. Hyland | 1.10 | Reviewed fee application. |
| Subtotal | | 5.90 | |

**07. Interaction/Mtgs w Debtors/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/4/2012 | C. Kearns | 0.50 | Participated on status call with J. Ray and counsel. |
| 6/4/2012 | J. Hyland | 0.60 | Participated on weekly status call with Cleary, J. Ray, and counsel. |
| 6/4/2012 | J. Borow | 0.70 | Discussed with U.S. Debtors re: current status and related issues. |
| 6/4/2012 | C. Kearns | 1.40 | Prepared for (0.8) and participated in (0.6) meeting with CGSH and counsel to discuss mediation, Fourth Estate distribution and other matters. |
| 6/11/2012 | J. Hyland | 1.90 | Participated in call with J. Bromley, J. Ray, M. Kennedy, counsel, and Fraser re: proceeds allocation and other case matters. |
| 6/13/2012 | A. Cowie | 0.80 | Prepared for (0.4) and participated in (0.4) call with case professionals in regard to current case matters. |
| 6/28/2012 | J. Borow | 1.60 | Prepared for (0.9) and participated in (0.7) meeting with U.S. Debtors' advisors re: mediation process. |
| Subtotal | | 7.50 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/1/2012 | J. Hyland | 0.40 | Conducted call with B. Kahn re: case status. |
| 6/1/2012 | J. Borow | 1.20 | Participated in discussions with various parties in interest re: status of matter. |
| 6/5/2012 | J. Borow | 1.10 | Participated in discussions with various parties in interest re: status of matter. |
| 6/6/2012 | C. Kearns | 0.60 | Participated in weekly update call with UCC professionals. |
| 6/6/2012 | J. Hyland | 0.70 | Participated in weekly status call with UCC professionals. |
| 6/6/2012 | J. Borow | 1.10 | Reviewed case issues with professionals to the UCC. |
| 6/6/2012 | A. Cowie | 1.10 | Prepared for (0.4) and participated in (0.7) weekly professionals call in regard to current case issues and allocation mediation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/7/2012 | J. Hyland | 0.40 | Prepared for UCC call. |
| 6/7/2012 | C. Kearns | 0.60 | Participated on weekly UCC call. |
| 6/7/2012 | J. Hyland | 0.60 | Participated on UCC call with UCC professionals. |
| 6/7/2012 | J. Borow | 2.30 | Prepared for (1.7) and participated in (0.6) meeting with UCC and advisors to UCC. |
| 6/11/2012 | J. Hyland | 0.60 | Conducted call with S. Schultz re: APAC and case matter. |
| 6/11/2012 | A. Cowie | 2.10 | Participated in call with Creditors' counsel in regard to mediation strategies. |
| 6/13/2012 | C. Kearns | 0.30 | Participated in status call with UCC professionals. |
| 6/13/2012 | J. Hyland | 0.40 | Participated in weekly status call with UCC professionals. |
| 6/14/2012 | C. Kearns | 0.40 | Participated in weekly UCC call. |
| 6/14/2012 | J. Hyland | 0.40 | Participated in weekly UCC call with UCC professionals. |
| 6/18/2012 | A. Cowie | 0.60 | Prepared for (0.2) and participated in (0.4) professionals' call in regard to mediation issues. |
| 6/18/2012 | J. Hyland | 0.60 | Participated on UCC call with UCC professionals. |
| 6/22/2012 | J. Borow | 3.40 | Prepared for (0.5) and participated in (2.9) APAC/CALA meeting. |
| 6/25/2012 | J. Hyland | 0.40 | Prepared for call with Ashurst. |
| 6/25/2012 | J. Hyland | 0.50 | Participated in call with Ashurst re: employee matters. |
| 6/27/2012 | J. Hyland | 0.60 | Participated in weekly status call with UCC professionals. |
| 6/27/2012 | C. Kearns | 0.60 | Participated in weekly status call with counsel. |
| 6/27/2012 | A. Cowie | 0.80 | Prepared for (0.2) and participated in (0.6) case UCC professionals' call. |
| 6/28/2012 | C. Kearns | 0.40 | Participated in call with counsel and Milbank re: status. |
| 6/28/2012 | C. Kearns | 0.40 | Emails and calls with counsel re: mediation next steps. |
| 6/28/2012 | J. Hyland | 0.50 | Participated in weekly UCC call with UCC professionals. |
| 6/28/2012 | J. Hyland | 0.50 | Participated in call with M. Wunder, M. Picard, and A. LeGault re: employee benefits. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/28/2012 | C. Kearns | 0.60 | Participated in weekly UCC call. |
| 6/28/2012 | J. Hyland | 0.70 | Participated in call with Cleary and counsel re: weekly update. |
| 6/28/2012 | J. Borow | 1.60 | Prepared for (1.1) and participated in (0.5) meeting with UCC and advisors to UCC. |
| Subtotal | | 26.50 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/6/2012 | C. Kearns | 0.10 | Reviewed status of retiree claim dispute. |
| 6/8/2012 | J. Borow | 1.10 | Reviewed pension and other employee claims issues. |
| 6/11/2012 | J. Borow | 2.90 | Reviewed submissions and prepared for mediation with retiree representatives on a settlement of retiree claims. |
| 6/12/2012 | J. Borow | 1.50 | Reviewed submissions and prepared for mediation with retiree representatives on a settlement of retiree claims. |
| 6/13/2012 | J. Borow | 1.10 | Reviewed submissions and prepared for mediation with retiree representatives on a settlement of retiree claims. |
| 6/13/2012 | J. Borow | 1.60 | Reviewed mediation issues relating to potential settlement of retiree claims. |
| 6/13/2012 | T. Morilla | 1.60 | Reviewed and analyzed certain U.S. and Canadian employee costs. |
| 6/13/2012 | T. Morilla | 1.90 | Continued to review and analyze U.S. and Canadian employee costs. |
| 6/13/2012 | T. Morilla | 2.30 | Revised and edited charts showing U.S. and Canadian employee costs. |
| 6/14/2012 | T. Morilla | 1.40 | Continued to review certain U.S. and Canadian employee costs. |
| 6/14/2012 | T. Morilla | 2.60 | Continued to revise the employee costs chart. |
| 6/14/2012 | J. Borow | 11.40 | Prepared for and participated in mediation with retiree committee on potential settlement of retiree claims. |
| 6/15/2012 | C. Kearns | 0.20 | Analyzed status of retiree mediation bid/ask. |
| 6/15/2012 | T. Morilla | 0.20 | Reviewed synopsis of retiree mediation. |
| 6/15/2012 | T. Morilla | 0.80 | Continued to review and analyze U.S. employee costs. |
| 6/15/2012 | J. Borow | 1.60 | Followed up on retiree issues and potential settlements on retiree claims. |
| 6/15/2012 | T. Morilla | 2.10 | Reviewed and analyzed the effects of an employee claims settlement. |

**Capstone Advisory Group, LLC**                                                              **Page 5 of 15**
**Invoice for the 6/1/2012-6/30/2012 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/18/2012 | C. Kearns | 0.40 | Prepared for and participated on UCC call re: status of mediation with retirees. |
| 6/18/2012 | J. Borow | 2.40 | Prepared for (1.8) and participated in (0.6) meeting with UCC. |
| 6/19/2012 | J. Borow | 1.20 | Reviewed issues relating to potential settlement with LTD employees. |
| 6/21/2012 | J. Borow | 1.10 | Reviewed issues relating to potential settlement with LTD employees. |
| 6/21/2012 | T. Morilla | 1.50 | Reviewed and analyzed certain employee issues. |
| 6/22/2012 | J. Borow | 1.70 | Reviewed issues relating to potential settlement with LTD employees. |
| 6/25/2012 | J. Borow | 0.90 | Reviewed (0.4) and discussed (0.5) with counsel employee benefits in EMEA estate. |
| 6/26/2012 | J. Borow | 2.40 | Prepared for and participated in mediation regarding potential settlement with LTD claimants. |
| 6/27/2012 | J. Borow | 12.20 | Prepared for and participated in mediation regarding potential settlement with LTD claimants. |
| 6/29/2012 | J. Borow | 1.10 | Reviewed issues relating to retiree and LTD settlements. |
| 6/29/2012 | J. Hyland | 2.10 | Analyzed employee headcount. |
| Subtotal | | 61.40 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/6/2012 | T. Morilla | 1.90 | Revised and edited the Nortel recovery scenarios. |
| 6/11/2012 | A. Cowie | 0.40 | Analyzed claim recovery scenarios. |
| 6/11/2012 | T. Morilla | 1.50 | Continued to review the Chilmark recovery charts. |
| 6/11/2012 | T. Morilla | 1.70 | Continued to model and analyze certain recovery scenarios. |
| 6/11/2012 | C. Kearns | 2.30 | Reviewed Chilmark analyses re: waterfall scenarios and discussed with counsel. |
| 6/11/2012 | J. Hyland | 2.60 | Reviewed waterfall analysis and related calculations. |
| 6/11/2012 | T. Morilla | 2.90 | Reviewed and analyzed the Chilmark recovery charts. |
| 6/19/2012 | C. Kearns | 0.50 | Considered change to estimated recovery model re: issues possibly impacting NNI claims base. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/19/2012 | T. Morilla | 1.20 | Reviewed and analyzed certain recovery scenarios. |
| 6/21/2012 | C. Kearns | 2.00 | Prepared for and met with individual UCC member to review recovery model and key issues. |
| 6/22/2012 | T. Morilla | 2.40 | Continued to model additional recovery scenarios. |
| 6/22/2012 | T. Morilla | 2.50 | Created additional modeling scenario results. |
| 6/25/2012 | T. Morilla | 1.20 | Continued to prepare recovery scenarios in preparation for meeting with the mediator's counsel. |
| 6/25/2012 | J. Hyland | 2.20 | Continued reviewing preliminary recovery presentation. |
| 6/25/2012 | T. Morilla | 2.50 | Continued to revise the recovery model. |
| 6/25/2012 | T. Morilla | 2.80 | Revised the recovery model and ran additional recovery scenarios. |
| 6/25/2012 | T. Morilla | 2.80 | Prepared recovery presentation in preparation for meeting with counsel to the mediator. |
| 6/25/2012 | T. Morilla | 2.90 | Continued to revise the recovery presentation based on comments. |
| 6/26/2012 | T. Morilla | 1.30 | Continued to review and analyze the recovery scenarios. |
| 6/26/2012 | T. Morilla | 1.80 | Continued to review and edit the recovery analyses presentation. |
| 6/26/2012 | T. Morilla | 2.10 | Continued to edit and revise the recovery presentation. |
| 6/26/2012 | T. Morilla | 2.80 | Continued to review and analyze recovery scenarios. |
| 6/27/2012 | T. Morilla | 1.00 | Revised and edited the recovery presentation based on comments. |
| 6/27/2012 | T. Morilla | 1.30 | Continued to review and analyze recovery scenarios. |
| 6/27/2012 | T. Morilla | 1.60 | Continued to review and analyze the recovery model. |
| 6/28/2012 | T. Morilla | 1.30 | Continued to revise recovery presentation. |
| 6/28/2012 | T. Morilla | 1.50 | Continued to review and analyze recovery scenarios. |
| 6/28/2012 | J. Hyland | 1.70 | Reviewed recovery calculation model and presentation. |
| 6/28/2012 | T. Morilla | 1.90 | Continued to revise and edit the recovery presentation. |
| Subtotal | | 54.60 | |

**Capstone Advisory Group, LLC**                                           **Page 7 of 15**
**Invoice for the 6/1/2012-6/30/2012 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **11. Claim Analysis/Accounting** | | | |
| 6/1/2012 | C. Kearns | 0.30 | Read article on CCAA treatment of post-petition interest. |
| 6/1/2012 | J. Hyland | 0.30 | Conducted call with D. Saldanha re: Canadian claims. |
| 6/1/2012 | T. Morilla | 2.20 | Reviewed and analyzed the Canadian claims. |
| 6/1/2012 | J. Hyland | 2.70 | Analyzed Canadian claims review progress. |
| 6/4/2012 | J. Borow | 1.10 | Reviewed various claims issues. |
| 6/4/2012 | T. Morilla | 1.60 | Created Canadian claims talking points. |
| 6/5/2012 | J. Borow | 0.90 | Reviewed various claims issues. |
| 6/6/2012 | J. Hyland | 0.50 | Conducted call with C. McGran re: Canadian employee claims. |
| 6/6/2012 | T. Morilla | 2.10 | Created Canadian claims talking points. |
| 6/6/2012 | J. Hyland | 2.80 | Analyzed pension and pension claims. |
| 6/11/2012 | T. Morilla | 1.00 | Reviewed the UK Pension Motion for a More Definitive Statement of Claim. |
| 6/11/2012 | J. Borow | 1.20 | Reviewed various claims and related potential settlements. |
| 6/12/2012 | C. Kearns | 0.60 | Read court papers re: UK pension. |
| 6/12/2012 | T. Morilla | 2.30 | Continued to review and analyze U.S. and Canadian employee claims. |
| 6/12/2012 | T. Morilla | 2.80 | Reviewed and analyzed the U.S. and Canadian employee claims. |
| 6/12/2012 | J. Hyland | 2.80 | Analyzed employee-related claims. |
| 6/13/2012 | T. Morilla | 2.50 | Continued to review and analyze the U.S. and Canadian employee claims. |
| 6/13/2012 | J. Hyland | 2.70 | Continued reviewing proposals and actuarial reports related to employee claims. |
| 6/13/2012 | J. Hyland | 2.90 | Reviewed proposals and actuarial reports related to employee claims. |
| 6/13/2012 | J. Hyland | 2.90 | Reviewed employee claims documentation. |
| 6/14/2012 | J. Hyland | 0.50 | Conducted call with C. McGran re: Canadian employee claims. |
| 6/14/2012 | J. Hyland | 0.50 | Conducted call with B. Kahn re: employee claims. |

**Capstone Advisory Group, LLC**                                                           **Page 8 of 15**
**Invoice for the 6/1/2012-6/30/2012 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/14/2012 | J. Hyland | 2.50 | Continued analyzing Debtors' objection and related documentation to the UK pension motion. |
| 6/14/2012 | J. Hyland | 2.80 | Reviewed Debtors' objection and related documentation to the UK pension motion. |
| 6/14/2012 | J. Hyland | 2.90 | Analyzed Canadian employee claims. |
| 6/18/2012 | C. Kearns | 0.40 | Reviewed mediation related status including U.S. Debtors' claims. |
| 6/18/2012 | J. Hyland | 2.20 | Reviewed intercompany claims analysis. |
| 6/20/2012 | J. Hyland | 0.10 | Conducted call with T. Ross re: Pension/LTD payments. |
| 6/20/2012 | J. Hyland | 0.10 | Conducted call with M. Wunder re: Pension/LTD payments. |
| 6/20/2012 | J. Hyland | 0.10 | Conducted call with B. Kahn re: Pension/LTD payments. |
| 6/20/2012 | J. Hyland | 0.20 | Conducted call with M. Picard and M. Wunder re: Pension/LTD payments. |
| 6/21/2012 | J. Hyland | 1.80 | Finalized analysis of retiree and LTD payments and claims. |
| 6/21/2012 | J. Hyland | 2.70 | Continued analyzing information and cash flows for LTDs and retirees. |
| 6/21/2012 | J. Hyland | 2.80 | Reviewed information on LTDs and retirees. |
| 6/22/2012 | J. Hyland | 2.80 | Analyzed employee claims. |
| 6/23/2012 | J. Hyland | 2.80 | Reviewed retiree and LTD documents. |
| 6/25/2012 | J. Borow | 1.10 | Prepared for (0.3) and met (0.8) with UCC professionals and related preparation regarding the mediation process. |
| 6/26/2012 | J. Hyland | 2.10 | Reviewed employee claim information. |
| 6/27/2012 | J. Hyland | 0.10 | Conducted call with M. Wunder re: employee claims. |
| 6/27/2012 | J. Hyland | 0.40 | Reviewed market pricing for claims. |
| 6/27/2012 | A. Cowie | 1.10 | Analyzed UK pension claims documents. |
| 6/27/2012 | J. Hyland | 2.00 | Reviewed UK Pension response to motion. |
| 6/27/2012 | J. Hyland | 2.80 | Reviewed LTD claim documents. |
| 6/28/2012 | T. Morilla | 0.90 | Continued to review and analyze the employee claims. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2012-6/30/2012 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/28/2012 | C. Kearns | 1.30 | Prepared for (0.6) and participated in (0.7) call with U.S. Debtors and counsel to discuss upcoming hearing on UK Pension and meetings with counsel to mediator. |
| 6/29/2012 | T. Morilla | 2.00 | Continued to review employee claims. |
| Subtotal | | 75.20 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/6/2012 | T. Morilla | 1.20 | Reviewed and analyzed forecasted APAC cash repatriations. |
| 6/6/2012 | T. Morilla | 1.40 | Continued to review the forecasted APAC cash repatriations. |
| 6/6/2012 | J. Hyland | 1.60 | Reviewed APAC cash flows and intercompany claims. |
| 6/7/2012 | T. Morilla | 0.80 | Continued to review and analyze the forecasted APAC cash repatriations. |
| 6/7/2012 | T. Morilla | 1.80 | Reviewed counsel document regarding global liquidation and repatriation analysis. |
| 6/7/2012 | T. Morilla | 1.90 | Continued to review and analyze forecasted APAC cash repatriations. |
| 6/7/2012 | T. Morilla | 2.80 | Reviewed and analyzed the APAC cash repatriation model. |
| 6/8/2012 | J. Hyland | 0.40 | Conducted call with A. Bifield re: ARA schedules. |
| 6/8/2012 | T. Morilla | 0.90 | Continued to review the Fourth Estate update document produced by the Debtors. |
| 6/8/2012 | J. Hyland | 2.00 | Reviewed Restructuring Manager's Report for ARA entities. |
| 6/8/2012 | T. Morilla | 2.00 | Reviewed and analyzed the APAC and CALA cash repatriation document produced by the Debtors. |
| 6/8/2012 | T. Morilla | 2.70 | Continued to review the APAC cash repatriation model. |
| 6/8/2012 | J. Hyland | 2.70 | Continued analyzing ARA schedules. |
| 6/8/2012 | J. Hyland | 2.90 | Analyzed ARA schedules. |
| 6/11/2012 | J. Hyland | 2.30 | Reviewed APAC calculations in Restructuring Manager's report. |
| 6/14/2012 | T. Morilla | 1.80 | Continued to review and analyze the APAC and CALA repatriation models. |
| 6/14/2012 | T. Morilla | 2.20 | Reviewed and analyzed the APAC and CALA intercompany models. |
| 6/15/2012 | T. Morilla | 2.20 | Continued to review the APAC and CALA intercompany models. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/15/2012 | T. Morilla | 2.40 | Continued to review and analyze the forecasted APAC and CALA cash repatriations. |
| 6/15/2012 | J. Hyland | 2.90 | Reviewed intercompany payment calculations. |
| 6/18/2012 | J. Hyland | 0.30 | Conducted call with M. Kennedy re: intercompany calculations. |
| 6/18/2012 | J. Borow | 0.60 | Reviewed APAC settlements and future resolutions. |
| 6/18/2012 | T. Morilla | 1.40 | Continued to review and analyze the APAC and CALA forecasted cash repatriations. |
| 6/18/2012 | T. Morilla | 1.90 | Reviewed and analyzed the intercompany balances. |
| 6/18/2012 | T. Morilla | 2.10 | Continued to review and analyze APAC and CALA forecasted cash repatriations. |
| 6/18/2012 | J. Hyland | 2.50 | Reviewed intercompany cash flow schedules. |
| 6/18/2012 | T. Morilla | 2.70 | Reviewed and analyzed the May RM reports. |
| 6/19/2012 | T. Morilla | 1.00 | Continued to review and analyze the intercompany balances. |
| 6/19/2012 | T. Morilla | 1.80 | Reviewed and analyzed the APAC and CALA presentation prepared by counsel. |
| 6/19/2012 | J. Borow | 1.90 | Reviewed APAC cash repatriation report and related issues. |
| 6/19/2012 | T. Morilla | 2.40 | Continued to review and analyze the APAC and CALA intercompany models. |
| 6/19/2012 | J. Hyland | 2.60 | Reviewed APAC/CALA analysis. |
| 6/20/2012 | J. Hyland | 0.70 | Finalized reconciling forecasted APAC/CALA cash flows. |
| 6/20/2012 | T. Morilla | 1.00 | Continued to revise charts on APAC and CALA cash repatriations. |
| 6/20/2012 | T. Morilla | 1.40 | Continued to review previous APAC and CALA RM reports. |
| 6/20/2012 | T. Morilla | 1.90 | Continued to review previous APAC RM reports. |
| 6/20/2012 | T. Morilla | 2.10 | Revised and edited charts showing APAC and CALA cash repatriations. |
| 6/20/2012 | J. Hyland | 2.50 | Continued revising APAC/CALA cash flow summary. |
| 6/20/2012 | J. Hyland | 2.60 | Reconciled forecasted APAC/CALA cash flows. |
| 6/20/2012 | J. Hyland | 2.90 | Revised APAC/CALA cash flow summary. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2012-6/30/2012 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/20/2012 | J. Borow | 2.90 | Reviewed APAC cash repatriation report and related issues. |
| 6/20/2012 | J. Hyland | 2.90 | Continued reconciling forecasted APAC/CALA cash flows. |
| 6/21/2012 | J. Hyland | 0.10 | Conducted call with S. Schultz re: APAC/CALA presentation. |
| 6/21/2012 | J. Hyland | 0.10 | Conducted call with B. Kahn re: APAC/CALA presentation. |
| 6/21/2012 | T. Morilla | 1.20 | Continued to edit the APAC and CALA cash repatriation chart. |
| 6/21/2012 | T. Morilla | 1.30 | Continued to review and analyzed the counsel liquidation and repatriation analysis document. |
| 6/21/2012 | T. Morilla | 1.40 | Reviewed and analyzed APAC and CALA forecasted cash repatriations. |
| 6/21/2012 | J. Borow | 2.40 | Reviewed APAC cash repatriation report and related issues. |
| 6/21/2012 | J. Hyland | 2.70 | Revised APAC/CALA analysis based upon updated information from NNL. |
| 6/22/2012 | T. Morilla | 1.00 | Continued to review APAC and CALA forecasted cash repatriations. |
| 6/22/2012 | C. Kearns | 1.80 | Participated in portion of meeting with counsel to review APAC status. |
| 6/22/2012 | T. Morilla | 2.20 | Reviewed and analyzed certain APAC and CALA issues as it relates to cash repatriations. |
| 6/22/2012 | J. Hyland | 2.60 | Prepared for meeting on APAC/CALA cash flows. |
| 6/22/2012 | J. Hyland | 2.90 | Participated in meeting with counsel re: APAC/CALA cash flows. |
| 6/28/2012 | T. Morilla | 0.50 | Participated in call with A. Bifield regarding APAC and CALA repatriations. |
| 6/28/2012 | J. Hyland | 0.50 | Conducted call with A. Bifield re: APAC/CALA. |
| 6/28/2012 | J. Hyland | 1.00 | Prepared for call with A. Bifield re: APAC/CALA. |
| 6/28/2012 | T. Morilla | 1.50 | Reviewed Debtors' charts regarding APAC and CALA repatriations. |
| 6/28/2012 | J. Hyland | 2.30 | Reviewed deck from A. Bifield on APAC/CALA. |
| 6/29/2012 | J. Hyland | 2.50 | Analyzed APAC cash balances. |
| Subtotal | | 109.00 | |

**14. Executory Contracts/Leases**

| | | | |
|------|-------------|-------|---------------------------|
| 6/4/2012 | J. Borow | 1.70 | Reviewed lease rejection issues for a property. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2012-6/30/2012 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/6/2012 | J. Borow | 2.40 | Reviewed lease rejection issues for a property. |
| 6/7/2012 | T. Morilla | 1.00 | Reviewed and analyzed certain U.S. real estate lease costs. |
| 6/7/2012 | J. Borow | 2.10 | Reviewed issues pertaining to a lease. |
| 6/11/2012 | J. Borow | 0.40 | Evaluated and reviewed lease issues for a property. |
| Subtotal | | 7.60 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/1/2012 | T. Morilla | 1.70 | Continued to review the EMEA progress reports. |
| 6/1/2012 | T. Morilla | 2.10 | Reviewed and analyzed the certain EMEA progress reports. |
| 6/4/2012 | J. Hyland | 2.70 | Reviewed certain Administrators' progress reports. |
| 6/13/2012 | T. Morilla | 0.80 | Reviewed and analyzed previous Corporate Group presentation. |
| 6/20/2012 | C. Kearns | 0.40 | Read pending motions on docket for 7/11 hearing. |
| 6/20/2012 | T. Morilla | 1.30 | Reviewed and analyzed previous Debtors' Corporate Group presentation. |
| 6/21/2012 | T. Morilla | 1.30 | Prepared organization structure chart. |
| 6/22/2012 | T. Morilla | 0.10 | Reviewed and analyzed the current bond pricing. |
| 6/28/2012 | J. Hyland | 1.00 | Reviewed MOR. |
| 6/28/2012 | A. Cowie | 2.90 | Reviewed and analyzed issues in regard primarily to case mediation. |
| Subtotal | | 14.30 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/4/2012 | T. Morilla | 2.10 | Continued to review and analyze the U.S. cash flows. |
| 6/4/2012 | T. Morilla | 2.20 | Continued to review certain U.S. cash flows. |
| 6/4/2012 | T. Morilla | 2.30 | Reviewed and analyzed the U.S. cash flows. |
| 6/5/2012 | T. Morilla | 1.70 | Continued to review the U.S. cash flows. |
| 6/7/2012 | T. Morilla | 0.30 | Reviewed and analyzed the U.S. cash flash. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/11/2012 | T. Morilla | 0.90 | Reviewed and analyzed the Debtor's cash flow forecast. |
| 6/12/2012 | T. Morilla | 0.30 | Reviewed and analyzed the U.S. cash flash. |
| 6/12/2012 | T. Morilla | 1.90 | Reviewed and analyzed U.S. and Canadian employee costs. |
| 6/13/2012 | T. Morilla | 0.40 | Reviewed the current escrow account balances. |
| 6/15/2012 | T. Morilla | 0.40 | Reviewed the U.S. Debtors' cash flash. |
| 6/19/2012 | T. Morilla | 0.30 | Reviewed and analyzed the Debtors' cash flash. |
| 6/20/2012 | T. Morilla | 0.50 | Reviewed and analyzed previous cash flashes. |
| 6/21/2012 | C. Kearns | 0.30 | Reviewed weekly cash status. |
| 6/21/2012 | T. Morilla | 1.50 | Reviewed and analyzed the Debtors' cash flow forecast. |
| Subtotal | | 15.10 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/5/2012 | J. Hyland | 0.50 | Conducted call with K. Rowe re: state taxes. |
| 6/5/2012 | J. Hyland | 0.60 | Conducted follow-up call with K. Rowe re: state taxes. |
| 6/5/2012 | J. Borow | 1.30 | Evaluated lease issues. |
| 6/5/2012 | T. Morilla | 1.60 | Continued to review the U.S. tax issues. |
| 6/5/2012 | T. Morilla | 2.10 | Continued to review certain U.S. tax issues. |
| 6/5/2012 | T. Morilla | 2.60 | Reviewed and analyzed certain tax issues. |
| 6/6/2012 | C. Kearns | 0.20 | Reviewed status of state tax analysis and next steps. |
| 6/6/2012 | J. Hyland | 1.70 | Reviewed potential tax claims. |
| 6/6/2012 | T. Morilla | 1.90 | Continued to review certain U.S. tax issues. |
| 6/11/2012 | C. Kearns | 2.20 | Conducted call with Debtors re: tax issues and related follow up with counsel. |
| Subtotal | | 14.70 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/1/2012 | B. Frizzell | 0.30 | Reviewed analysis re: patent allocation. |
| 6/1/2012 | B. Frizzell | 0.30 | Analyzed patent allocation scenario. |
| 6/1/2012 | B. Frizzell | 0.40 | Continued analyzing patent allocation scenario. |
| 6/6/2012 | J. Hyland | 0.60 | Conducted calls with R. Keenan re: IPA monetization. |
| 6/7/2012 | J. Hyland | 0.10 | Conducted call with R. Keenan re: IPA. |
| 6/7/2012 | J. Hyland | 1.40 | Reviewed IPA articles and summaries. |
| 6/8/2012 | J. Hyland | 0.10 | Conducted call with M. Kennedy re: IPA. |
| 6/26/2012 | C. Kearns | 1.00 | Reviewed IPCO model and participated in related call with counsel. |
| 6/29/2012 | J. Hyland | 0.80 | Reviewed information on intangible assets. |
| Subtotal | | 5.00 | |
| **Total Hours** | | **448.80** | |

**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 6/1/2012 through 6/30/2012**

| Date | Professional | Description | Amount |
|------|-------------|-------------|-------:|
| **Airfare/ Train** | | | |
| 6/21/2012 | Hyland, Jeff | Airfare for NY trip. | $507.60 |
| 6/21/2012 | Hyland, Jeff | Airfare change fee to go to NY a day later due to cancellation of UCC meeting. | $169.00 |
| 6/21/2012 | Hyland, Jeff | Airfare change fee. | $19.00 |
| 6/22/2012 | Hyland, Jeff | Airfare for revised return flight to return on Saturday. | $477.80 |
| **Subtotal - Airfare/ Train** | | | **$1,173.40** |
| **Auto Rental/Taxi** | | | |
| 6/21/2012 | Hyland, Jeff | Taxi during NY trip. | $31.55 |
| 6/22/2012 | Hyland, Jeff | Taxi during NY trip. | $40.18 |
| 6/22/2012 | Hyland, Jeff | Taxi during NY trip. | $39.92 |
| 6/23/2012 | Hyland, Jeff | Taxi during NY trip. | $38.87 |
| **Subtotal - Auto Rental/Taxi** | | | **$150.52** |
| **Hotel** | | | |
| 6/22/2012 | Hyland, Jeff | Hotel for NY trip. | $438.41 |
| 6/23/2012 | Hyland, Jeff | Hotel for NY trip due to flight cancellation. | $450.12 |
| **Subtotal - Hotel** | | | **$888.53** |
| **Meals** | | | |
| 6/21/2012 | Hyland, Jeff | Meal during NY trip. | $24.87 |
| 6/23/2012 | Hyland, Jeff | Meal during NY trip. | $6.88 |

| Date | Professional | Description | Amount |
|------|--------------|-------------|-------:|
| 6/25/2012 | Morilla, Tim | Meal due to working late. | $20.00 |
| 6/26/2012 | Kearns, Chris | Working lunch to review recovery models. | $120.95 |
| **Subtotal - Meals** | | | **$172.70** |
| **Mileage** | | | |
| 6/21/2012 | Hyland, Jeff | Local mileage to airport for NY trip. | $23.31 |
| 6/23/2012 | Hyland, Jeff | Mileage to/from Milwaukee airport due to cancelled flight during NY trip. | $105.45 |
| **Subtotal - Mileage** | | | **$128.76** |
| **Parking/ Tolls** | | | |
| 6/21/2012 | Hyland, Jeff | Local tolls to/from airport for NY trip. | $1.60 |
| 6/23/2012 | Hyland, Jeff | Parking during NY trip. | $64.00 |
| 6/23/2012 | Hyland, Jeff | Tolls to/from Milwaukee airport. | $12.40 |
| **Subtotal - Parking/ Tolls** | | | **$78.00** |
| **Telecom** | | | |
| 6/4/2012 | Borow, Jay | Telecom charges in Canada. | $96.81 |
| 6/8/2012 | CAG Direct | Conference call charges. | $19.40 |
| 6/9/2012 | CAG Direct | Long distance calls for Nortel. | $514.63 |
| 6/22/2012 | Hyland, Jeff | Long distance telephone charges for Nortel. | $1.59 |
| 6/29/2012 | Hyland, Jeff | Long distance telephone to Canada. | $0.98 |
| **Subtotal - Telecom** | | | **$633.41** |
| **For the Period 6/1/2012 through 6/30/2012** | | | $3,225.32 |

**Capstone Advisory Group, LLC**                                         Page 2 of 2
**Invoice for the 6/1/2012-6/30/2012 Fee Statement**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
                                                        :
In re                                                   :        Chapter 11
                                                        :        Case No. 09-10138 (KG)
Nortel Networks Inc., <u>et al</u>., [2]                :        Jointly Administered
                                                        :
                                    Debtors             :
                                                        :
--------------------------------------------------------X

## <u>VERIFICATION</u>

STATE OF NEW YORK          )
                           ) SS:
COUNTY OF NEW YORK         )

       Jay Borow, being duly sworn according to law, deposes and says:

       a)       I am a Senior Member at the applicant firm, Capstone Advisory Group, LLC, and have been admitted to appear before this Court.

       b)       I have personally performed many of the professional services rendered by Capstone Advisory Group, LLC as financial advisor to the official committee of unsecured creditors and am familiar with the work performed on behalf of the official committee of unsecured creditors by the professionals and other persons in the firm.

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d)      All services for which compensation is requested by Capstone were professional services performed for and on behalf of the Committee and not on behalf of any other person.

e)      I have reviewed the requirements of Local Rule 2016-2 and certify to the best of my information, knowledge and belief that this application complies with Local Rule 2016-2.

Executed on August 15, 2012

/s/ Jay Borow
Jay Borow