# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JULY 1, 2012 THROUGH JULY 31, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 7/10/2012 | Calls with M. Cilia of RLKS and D. Ray of Nortel regarding employee claim matters. | 1.10 | 420 | 462.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 7/12/2012 | Prepared for and participated in weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 7/19/2012 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 7/19/2012 | Call with M. Cilia of RLKS to discuss schedule items. | 0.50 | 420 | 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 7/27/2012 | Weekly employee claims call with M. Cilia of RLKS and J. Croft of Cleary. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 7/31/2012 | Weekly trade payable claims call with K. O'Neill of Cleary. | 0.50 | 420 | 210.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/18/2012 | Updated omnibus objection report with recent objection information. | 1.70 | 420 | 714.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/18/2012 | Updated claims objection analysis with comments provided by K. O'Neill of Cleary and A. Cordo of MNAT. | 1.40 | 420 | 588.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 7/10/2012 | Investigated employee schedule items per request of M. Cilia of RLKS. | 1.70 | 420 | 714.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 7/11/2012 | Investigated schedule issues and documented notes per request of M. Cilia of RLKS. | 2.00 | 420 | 840.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/11/2012 | Corresponded with M. DiCarli of Cleary regarding monthly fee application. | 0.30 | 420 | 126.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/11/2012 | Reviewed and updated monthly fee application exhibits. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/11/2012 | Reviewed and updated monthly fee application documents and sent to Huron managing director for signature. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | James Lukenda | 7/11/2012 | Nortel - review monthly statement and sign-off for filing | 0.40 | 725 | 290.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/10/2012 | Reviewed and updated preference summary with recent settlement information. | 0.40 | 420 | 168.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/12/2012 | Investigated preference issues and provided comments to K. Sidhu of Cleary. | 2.10 | 420 | 882.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/16/2012 | Reviewed and updated preference summary with settlement figures provided by K. Sidhu of Cleary. | 1.30 | 420 | 546.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/23/2012 | Worked with R. Mitchell of Nortel to update the preference summary. | 0.50 | 420 | 210.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/26/2012 | Investigated preference issues per request of K. Sidhu of Cleary. | 0.50 | 420 | 210.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/31/2012 | Updated preference summary with settlement information provided by R. Mitchell of Nortel. | 0.70 | 420 | 294.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/9/2012 | Reviewed and updated employee claims analysis provided by T. Perkinson of Nortel. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/9/2012 | Created updated employee claims summary for T. Perkinson of Nortel. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/9/2012 | Reviewed employee claim correspondence from Cleary and investigated one off issues. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/9/2012 | Reviewed employee claims analysis and corresponded with D. Ray of Nortel. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/10/2012 | Investigated employee claim schedule items and followed up with M. Cilia of RLKS. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/16/2012 | Reviewed and updated employee claims analysis with plan information provided by D. Ray of Nortel. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/16/2012 | Reviewed and updated employee claims analysis and provided comments to M. Cilia of RLKS. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/17/2012 | Compiled claim and objection information for C. Fischer of Cleary. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/17/2012 | Updated an employee claims analysis with HR information provided by D. Parker of Nortel. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/17/2012 | Updated employee claims analysis with position information and provided to M. Cilia of RLKS. | 2.40 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/18/2012 | Investigated additional claim information for C. Fischer of Cleary. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/18/2012 | Corresponded with B. Hunt of Epiq regarding employee claim communication documents. | 0.60 | 420 | 252.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/19/2012 | Reviewed employee claims analysis provided by M. Cilia of RLKS and provided comments. | 1.10 | 420 | 462.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/20/2012 | Provided C. Fischer of Cleary with compiled claim information upon request. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/20/2012 | Reviewed and updated employee claims analysis with information provided by M. Cilia of RLKS. | 2.10 | 420 | 882.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JULY 1, 2012 THROUGH JULY 31, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/23/2012 | Worked with B. Hunt and A. Tsai of Epiq on employee claim communication documents. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/23/2012 | Prepared employee claims analysis for M. Cilia of RLKS. | 0.90 | 420 | 378.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/24/2012 | Reviewed employee claims analysis provided by M. Cilia of RLKS and provided comments. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/24/2012 | Worked with A. Tsai of Epiq to compile and analyze employee claim documents. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/25/2012 | Investigated employee claim issues per request of J. Croft of Cleary. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/25/2012 | Investigated employee claim issues per request of J. Davison of Nortel. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/25/2012 | Updated employee claims analysis with recent information from Nortel. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/26/2012 | Reviewed employee claim analysis provided by A. Tsai of Epiq and documented comments. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/26/2012 | Reviewed employee claims analysis prepared by Huron analyst and provided comments. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/27/2012 | Worked with A. Tsai of Epiq to compile and analyze employee claim documents. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/27/2012 | Corresponded with M. Cilia of RLKS regarding unsecured claim contacts. | 0.80 | 420 | 336.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/30/2012 | Investigated employee claim issues per request of J. Croft of Cleary. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/30/2012 | Reviewed employee claim document analysis and provided comments. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Jason D. Kirshner | 7/24/2012 | Scheduled the reconciliation of unsecured employee claims. | 2.30 | 250 | 575.00 |
| 16 | Unsecured Claim Analysis | Jason D. Kirshner | 7/25/2012 | Reconciled unsecured claims - employee letters to Epiq report. | 2.30 | 250 | 575.00 |
| 16 | Unsecured Claim Analysis | Jason D. Kirshner | 7/25/2012 | Reconciled unsecured claims data approved comments to Huron manager before internal meeting. | 2.30 | 250 | 575.00 |
| 16 | Unsecured Claim Analysis | Jason D. Kirshner | 7/25/2012 | Internal discussion with Huron manager on early stages of claim analysis. | 1.00 | 250 | 250.00 |
| 16 | Unsecured Claim Analysis | Jason D. Kirshner | 7/25/2012 | Continued to reconcile unsecured claims - employee letters to Epiq report. | 2.30 | 250 | 575.00 |
| 16 | Unsecured Claim Analysis | Jason D. Kirshner | 7/25/2012 | Reported to Huron manager on first round of employee claims and data flow from Epiq report. | 1.00 | 250 | 250.00 |
| 16 | Unsecured Claim Analysis | Jason D. Kirshner | 7/30/2012 | Continued to reconcile unsecured claims - employee letters to Epiq report. | 2.20 | 250 | 550.00 |
| 16 | Unsecured Claim Analysis | Jason D. Kirshner | 7/30/2012 | Updated employee claims analysis based on reconciliation of employee claim communication documents. | 2.30 | 250 | 575.00 |
| 25 | Case Administration | James Lukenda | 7/2/2012 | Nortel-update correspondence file. | 0.30 | 725 | 217.50 |