# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD JULY 1, 2012 THROUGH JULY 31, 2012**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/14/2012 | Corporate Accounts Payable | Conferencing (Audio, Video, Web, CATV) | Conferencing (Audio, Video, Web, CATV) - GLOBAL CROSSING TELECOMMUNICATIONS INC | 1.35 |
| 7/11/2012 | Coley P. Brown | Ground Transportation | Cab ride to and from residence and Huron office to transport Nortel materials.: Cab: Residence / Office. | 40.00 |