Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/05/12 | EH | Review 7/05/12 adversary status report | 0.10 |
| 07/10/12 | EH | Review amended agenda for 7/11/12 hearing | 0.10 |
| 07/11/12 | EH | Review amended agenda for 7/11/12 hearing | 0.10 |
| 07/12/12 | EH | Review notice of rescheduled 10/24/12 omnibus hearing; track rescheduled hearing date | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.40 | $96.00 |
| | | | 0.40 | $96.00 |
| | | TOTAL: | 0.40 | $96.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/02/12 | RHL | Reivew monthly fee application | 0.20 |
| 07/02/12 | LMS | Preparation of BFCA monthly fee application for May 2012 | 0.30 |
| 07/02/12 | LMS | Docket objection deadline regarding BFCA monthly fee application for May 2012 | 0.10 |
| 07/02/12 | LMS | File BFCA monthly fee application for May 2012 | 0.10 |
| 07/05/12 | EH | Review ECF notices and download BFCA May 2012 monthly fee application | 0.10 |
| 07/05/12 | EH | Review ECF notices and download CNO to BFCA April 2012 monthly fee application | 0.10 |
| 07/06/12 | LMS | Email to M. Cook regarding estimated accruals for Benesch for June 2012 | 0.10 |
| 07/10/12 | RHL | Edit time for fee application | 0.20 |
| 07/10/12 | LMS | Preparation of BFCA monthly fee application for June 2012 | 0.50 |
| 07/11/12 | LMS | Preparation of BFCA monthly fee application for June 2012 | 0.20 |
| 07/11/12 | LMS | Docket objection deadline regarding June monthly fee application | 0.10 |
| 07/11/12 | LMS | File BFCA June monthly fee application | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.40 | $250.00 |
| | | | 0.40 | $250.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $200.00 | 1.50 | $300.00 |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.20 | $48.00 |
| | | | 1.70 | $348.00 |
| | | TOTAL: | 2.10 | $598.00 |

Document Reproduction

| Date | User | Description | Amount |
|---|---|---|---:|
| 07/02/12 | LMS | Document Reproduction 48 copies | 4.80 |
| 07/02/12 | LMS | Document Reproduction 96 copies | 9.60 |
| 07/11/12 | LMS | Document Reproduction 42 copies | 4.20 |
| 07/11/12 | LMS | Document Reproduction 84 copies | 8.40 |
| | | TOTAL: | $27.00 |

**Federal Express**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 07/02/12 | LMS | Federal Express 07/02/12 Lisa M. Behra to M. Collins Esq. | 12.41 |
| 07/02/12 | LMS | Federal Express 07/02/12 Lisa M. Behra to Fred S. Hodara | 12.41 |
| 07/02/12 | LMS | Federal Express 07/02/12 Lisa M. Behra to Thomas P. Tinke | 12.41 |
| 07/02/12 | LMS | Federal Express 07/02/12 Lisa M. Behra to Derek C. Abbott | 12.41 |
| 07/11/12 | LMS | Federal Express 07/11/12 Lisa M. Behra to Thomas P. Tinke | 12.41 |
| 07/11/12 | LMS | Federal Express 07/11/12 Lisa M. Behra to Derek C. Abbott | 12.41 |
| 07/11/12 | LMS | Federal Express 07/11/12 Lisa M. Behra to Fred S. Hodara | 12.41 |
| 07/11/12 | LMS | Federal Express 07/11/12 Lisa M. Behra to Mark Collins Ch | 12.41 |
| | | TOTAL: | $99.28 |

Computer Research

| Date | User | Description | | Amount |
|---|---|---|---|---:|
| 06/19/12 | XXX | Computer Research - Pacer PACER 2012 2 PAGES | JUNE | 0.20 |
| 06/19/12 | XXX | Computer Research - Pacer PACER 2012 9 PAGES | JUNE | 0.70 |
| 06/19/12 | XXX | Computer Research - Pacer PACER 2012 8 PAGES | JUNE | 0.60 |
| 06/19/12 | XXX | Computer Research - Pacer PACER 2012 15 PAGES | JUNE | 1.20 |
| 06/19/12 | XXX | Computer Research - Pacer PACER 2012 29 PAGES | JUNE | 2.30 |
| 06/19/12 | XXX | Computer Research - Pacer PACER 2012 21 PAGES | JUNE | 1.70 |
| 06/19/12 | XXX | Computer Research - Pacer PACER 2012 38 PAGES | JUNE | 3.00 |
| 06/19/12 | XXX | Computer Research - Pacer PACER 2012 1 PAGES | JUNE | 0.10 |
| 06/19/12 | XXX | Computer Research - Pacer PACER 2012 5 PAGES | JUNE | 0.40 |
| 06/19/12 | XXX | Computer Research - Pacer PACER 2012 4 PAGES | JUNE | 0.30 |
| 06/28/12 | XXX | Computer Research - Pacer PACER 2012 31 PAGES | JUNE | 2.50 |
| | | | TOTAL: | $13.00 |