**CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Sixth Supplemental Declaration of James E. Scott Pursuant to Fed. R. Bankr. P. 2014 and Order Authorizing Debtors to Employ, Ernst & Young LLP Under §§ 327 and 238 of the Bankruptcy Code** was caused to be made on August 16, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: August 16, 2012                                                              */s/ Ann C. Cordo*
Wilmington, DE                                                                          Ann C. Cordo (No. 4817)