## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |
| | **Re: Docket Nos. 8104, 8155**<br>**Hearing Date: August 22, 2012 at 10:00 a.m.** |

## RESPONSE OF THE MONITOR OF THE CANADIAN NORTEL DEBTORS TO JOINT MOTION FOR A SCHEDULING ORDER BIFURCATING PROCEEDINGS AND STAYING CERTAIN DISCOVERY ON CLAIMS BY THE EMEA CLAIMANTS

Ernst & Young Inc. is the court-appointed monitor (the **"Monitor"**) and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the **"Canadian Nortel Debtors"**) in proceedings (the **"Canadian Proceedings"**) under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the **"Ontario Court"**).

1.      The Monitor files this response and reservation of rights with respect to the *Joint Motion for a Scheduling Order Bifurcating Proceedings and Staying Certain Discovery on Claims by the EMEA Claimants* (the **"Joint Motion"**) [Dkt. No. 8104] filed jointly by the US Debtors and the Official Committee of Unsecured Creditors (collectively, the **"US Estate"**) and the *Joint Administrators' Opposition to Joint Motion for a Scheduling Order Bifurcating*

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the " **US Debtors**").

*Proceedings and Staying Certain Discovery on Claims of the EMEA Claimants*   (the "**Opposition**") [Dkt No. 8155] filed by the EMEA Claimants.[2]

2.      Based on the Joint Motion and the Opposition, it is clear that the US Estate and the EMEA Claimants contemplate discovery from the Canadian Nortel Debtors in connection with the resolution of the EMEA Claims filed in the US Debtors' chapter 11 cases. As noted by the EMEA Claimants, they filed a motion in the Canadian Proceedings in December 2011 seeking discovery in respect of their claims against the Canadian Nortel Debtors (the "**EMEA Discovery Motion**"). While the Ontario Court has held conferences on the EMEA Discovery Motion, that motion remains pending before that court while claims litigation has yielded to mediation. The Monitor's position is that all discovery in connection with the EMEA Claims filed in the US and Canadian proceedings should be stayed until the mediation concludes. The Monitor is also mindful that the Ontario Court has expressed its view to the parties that they ought to be focused on mediation, rather than litigation, to resolve the EMEA Claims. As noted in the EMEA Claimants' Opposition, this view was reaffirmed as recently as last week by the Ontario Court, this Court and Chief Justice Winkler, the court-appointed mediator.

3.      If the Court determines that it is appropriate for the parties to conduct discovery in respect of the EMEA Claims at this juncture, the Monitor notes that the Canadian Nortel Debtors are not debtors in these chapter 11 cases and are subject to the jurisdiction of the Ontario Court. This Court's *Order Granting Recognition and Related Relief* in the Canadian Nortel Debtors' chapter 15 cases[3], which gives effect  to the Amended and Restated Initial Order of the Ontario Court, recognizes the jurisdiction of the Ontario Court over the Nortel Canadian Debtors.[4]

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Joint Motion.
[3] Case No. 09-10164; Docket No. 40
[4] The Amended and Restated Initial Order of the Ontario Court provides, "This [Ontario] Court orders that . . . no proceeding or enforcement process in any court or tribunal shall be commenced or continued against or in respect of

Discovery of the Canadian Nortel Debtors is therefore a matter that is squarely within the jurisdiction of the Ontario Court. Accordingly, the Monitor hereby reserves all rights on behalf of the Canadian Nortel Debtors with respect to any discovery that may be directed at them by the US Estate or the EMEA Claimants in respect of the EMEA Claims in these chapter 11 cases.

Dated: August 16, 2012
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy (No. 5215)
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

- and –

Ken Coleman
Lisa Kraidin
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
lisa.kraidin@allenovery.com

Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian Nortel
Debtors

---

any of the Applicants or the Monitor, or affecting the Business or the Property, except . . . with leave of this [Ontario] Court . . ." *See Amended and Restated Initial Order* at paragraph 15 (capitalized terms in this footnote as defined in the Amended and Restated Initial Order).

3