IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 8121 & 8122 |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2012, I caused to be served the following:

   a) "Notice of Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114," dated August 7, 2012, to which was attached the "Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114," dated August 1, 2012 [Docket No. 8121], and

   b) "Notice of Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. § 105(a), 363 and 1108," dated August 7, 2012, to which was attached the "Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. § 105(a), 363 and 1108," dated August 1, 2012 [Docket No. 8122],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

    ii.    enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                             Panagiota Manatakis

Sworn to before me this
8th day of August, 2012

_____
Notary Public

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

- 2 -

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABIDI, SALMAN | 3060 BENT CREEK TER ALPHARETTA GA 30005-8703 |
| ABIDI, SALMAN | 19167 SOUTH GARDENIA AVENUE WESTON FL 33332 |
| ADAMS, DEBRA K. | 5225 HICKORY RIDGE RD. LEBANON TN 37087 |
| ANDERSON, STUART | 178 RUE ROBERT DORION EAST GATINEAU QC 69H 7A5 CANADA |
| BOURGEOIS, GEORGE H. JR. | 8713 SILVERTHORNE DR. RALEIGH NC 27612 |
| BRADSHAW, CHARLES W., JR. | 3319 MEADOW WOOD DRIVE RICHARDSON TX 75082 |
| BRANDT, KENNETH R. | 10262 HALAWA DRIVE HUNTINGTON BEACH CA 92646 |
| BROWN, SANDRA | 4655 LOWER RIVER ROAD LEWISTON NY 14092 |
| BURTON, JR. ROBERT ALLEN | 2901 CREEK VALLEY DRIVE GARLAND TX 75040 |
| CONNOLLY, JAMES | 352 ABBOTT ST NORTH ANDOVER MA 01845 |
| CORCORAN, CINDY | 820 CARDENS CREEK DR. DURHAM NC 27712 |
| DISANTO, DONALD A. | 3017 REEVES RD. WILLOUGHBY OH 44094 |
| DONATO, RICHARD A. | 308 ROSE PETAL RUN WAKE FOREST NC 27587 |
| FABRICIO, PATRICIA LARA | 14884 SW 36TH STREET DAVIE FL 33331 |
| FORD, CATHY | 3289 LEAH CT. LEBANON TN 37087 |
| FRANKEL & NEWFIELD P.C. | JASON A. NEWFIELD 585 STEWART AVENUE, SUITE 301, GARDEN CITY NY 11530 |
| GHASEMIAN, ZAHRA | 4147 EAST 139TH AVE THORNTON CO 80602 |
| GHASEMIAN, ZAHRA | 14961 JOSEPHINE ST. THORNTON CO 80602 |
| HOANG, VINH | 2200 STACIA CT. PLANO TX 75025 |
| HUDSON, JO DEE | 2471 GENITO JACK CIRCLE POWHATAN VA 23139 |
| KAEPPLEIN, MARK | 11 PALMER STREET ARLINGTON MA 02474 |
| KALSI, VISHAL | 4387 LAIRD CIRCLE SANTA CLARA CA 95054 |
| KHATRI, MADAN | 760 EASTON LANE ELK GROVE VILLAGE IL 60007 |
| LANE, ALLAN G. | 601 15TH STREET BUTNER NC 27509 |
| LAW OFFICE OF GEOFFREY V. WHITE | GEOFFREY V. WHITE 351 CALIFORNIA STREET, SUITE 1500, SAN FRANCISCO CA 94104 |
| LYNCH, ARNOLD | 5512 NORTH HILLS DRIVE RALEIGH NC 27612 |
| MCROBERTS, CHRISTOPHER | 119 W. HALL ST. GRAPEVINE TX 76051 |
| MOORE III, JAMES V. | ASM CAPITAL, 7600 JERICHO TURNPIKE SUITE WOODBURY NY 11797 |
| MOORE III, JAMES V. | 5609 N. HAWTHORNE WAY RALEIGH NC 27613 |
| MORRIS JAMES | ERIC J. MONZO 500 DELAWARE AVE., STE. 1500, WILMINGTON DE 19801-1494 |
| MORRIS JAMES | ERIC J. MONZO P.O. BOX 2306 , WILMINGTON DE 19899-2306 |
| MORRIS, DON | 1609 RICHLAND DR. RICHARDSON TX 75081 |
| PARBHOO, DINESH | 5841 BERKSHIRE LN DALLAS TX 75209 |
| PATEL, SAURIN | 2613 SAGEHILL DR. FORT WORTH TX 76123 |
| RISNER, RENEA L. | 1063 FAWN TRAIL KINGSTON SPRINGS TN 37082 |
| SMITH, JAMES E. | 2285 BRIARWOOD TRAIL CUMMING GA 30041 |
| SMITH, SHELLIE B. | PO BOX 1967 COPPELL TX 75019 |
| STANULIS, ROBERT | 2312 WARRINGTON AVE. FLOWER MOUND TX 75028 |
| THOMAS, DELORIS S. | 101 EAST TIFFANY DRIVE, APT. #4 WEST PALM BEACH FL 33407 |
| VERNON, KAREN SUE | 4507 SPRINGHILL ESTATES DRIVE PARKER TX 75002 |
| ZELENACK-TERRELL, LOUISE | 3130 OLD HWY 31E WESTMORELAND TN 37186 |

**Total Creditor count  41**

**EXHIBIT B**

# PERSONALIZED NOTICE PARTIES

# FILED UNDER SEAL