# **EXHIBIT A**

**No-Basis Claims**

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| MORENO, LETICIA<br>428 MCGINNIS RD<br>COWPENS, SC  29341 | 193<br>1/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,030.25 (P)<br>- (U)<br>$6,030.25 (T) | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| NGUYEN, LINH T<br>5240 KATHRYN DR<br>GRAND PRAIRIE, TX  75052 | 5861<br>10/5/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Claim is redundant of allowed claim 8158 filed by the claimant or an affiliate of the claimant for the same underlying liability. Remaining claim 8158 has been allowed and transferred to Liquidity Solutions as evidenced in transfer certificate filed under docket number 6362. |
| **Totals:** | **2 Claims** | - (S)<br>- (A)<br>$6,030.25 (P)<br>- (U)<br>$6,030.25 (T) | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 1 of 1*