## <u>EXHIBIT C</u>

**No-Basis Pension Claims**

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| ALONSO, NANCY 2600 SW 123 CT MIAMI, FL 33175 | 6534 12/31/09 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| ALONSO, NANCY 2600 SW 123 CT MIAMI, FL 33175 | 6535 12/31/09 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BANKS, JENNIFER 8416 VINOY BLVD APT 1314 CHARLOTTE, NC 28262-4041 | 5821 10/2/09 NO DEBTOR | - (S) - (A) $22,595.43 (P) - (U) $22,595.43 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BETZ, RANDALL L 350 MILLBROOK TRACE MARIETTA, GA 30068 | 2541 9/3/09 NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BLAND, JUDY D. C/O LEON A. LUCAS, P.A. 209 WEST SECOND STREET PO BOX 910 KENLY, NC 27542 | 1464 7/3/09 NO DEBTOR | - (S) - (A) - (P) $107,000.00 (U) $107,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| CARRION, MARIBEL 302 HIGHGROVE DR. CHAPEL HILL, NC 27516 | 281 2/13/09 09-10138 Nortel Networks Inc. | - (S) - (A) $15,195.32 (P) - (U) $15,195.32 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit C**

**No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| COZART, STEVEN P O BOX 830058 RICHARDSON, TX 75083 | 6797 1/20/10 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $219,336.78 (U) $219,336.78 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DEFRANCO, SUZETTE 1414 AINSWORTH BLVD HILLSBOROUGH, NC 27278 | 3214 9/18/09 NO DEBTOR | - (S) - (A) $28,188.49 (P) - (U) $28,188.49 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DUONG, SON K 383 SAN MARINO IRVINE, CA 92614-0217 | 3379 9/21/09 09-10138 Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| ENZINGER, PIOTR J 44 LOCUST STREET LAKE RONKONKOMA, NY 11779 | 4587 9/29/09 NO DEBTOR | - (S) - (A) $13,204.95 (P) - (U) $13,204.95 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| FURLONG, PHILIP 380 HEARNE ST #202 POINTE CLAIRE, QC  H9R 1K3 CANADA | 7014 1/26/10 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| FURLONG, PHILIP 380 HEARNE ST #202 POINT-CLAIRE, QC  H9R1K3 CANADA | 7260 5/17/10 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| GOLD, MURRAY S<br>754 ST DAVID STREET SOUTH<br>FERGUS  N1M3V1<br>CANADA | 5819<br>10/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$45,000.00 (U)<br>$45,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| GOODBAR, ROBERT L JR<br>2809 BUTNER ST<br>DURHAM, NC  27704 | 2226<br>8/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$198.27 (U)<br>$198.27 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| GUENDEL, HERBERT W<br>1319 DEANS DR<br>HUNTSVILLE, AL  35802 | 4572<br>9/29/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HARLESTON, CHERYL<br>205 BOUNDARY TREE DR.<br>ELLENWOOD, GA  30294 | 6744<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| JACKSON, CHERYL D<br>205 BOUNDARY TREE DR<br>ELLENWOOD, GA  30294 | 6745<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| JOHNSON, LINDA M<br>5210 REDWOOD RD<br>DURHAM, NC  27704 | 7016<br>1/26/10<br>09-10138, 09-12515<br>Multiple Debtors | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| JOHNSON, LINDA M<br>5210 REDWOOD RD<br>DURHAM, NC  27704 | 7264<br>5/17/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| JOHNSON, LINDA M.<br>5210 REDWOOD ROAD<br>DURHAM, NC  27704 | 7015<br>1/26/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| JOHNSON, LINDA M.<br>5210 REDWOOD ROAD<br>DURHAM, NC  27704 | 7263<br>5/17/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| JOHNSON, MONTE E<br>64 GATEWAY DRIVE<br>POOLER, GA  31322 | 2159<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>$416.25 (P)<br>- (U)<br>$416.25 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KEANE, NOEL<br>7 ASHBROOK<br>BALLYMOE<br>COUNTY GALWAY<br>IRELAND | 1808<br>8/19/08<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$108,000.00 (P)<br>- (U)<br>$108,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KEARNEY, GARY<br>3304 SAN SIMEON WAY<br>PLANO, TX  75023 | 4185<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,292.70 (U)<br>$4,292.70 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| KURZAWSKI, BETTYE<br>PO BOX 41<br>JAMESTOWN, CA  95327 | 5858<br>10/5/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LEFFERT, PAUL<br>14651 S. BOND ST.<br>OLATHE, KS  66062 | 4112<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,600.00 (U)<br>$2,600.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCCOY, GEORGE<br>1977 SLEEPYHOLLOW<br>OLATHE, KS  66062 | 1197<br>5/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$41,811.89 (P)<br>- (U)<br>$41,811.89 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI  49286-1172 | 2891<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$55.34 (U)<br>$55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI  49286-1172 | 2892<br>9/14/09<br>09-10139<br>Nortel Networks<br>Capital Corporation | - (S)<br>- (A)<br>- (P)<br>$55.34 (U)<br>$55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI  49286-1172 | 2893<br>9/14/09<br>09-10141<br>Alteon WebSystems<br>International, Inc. | - (S)<br>- (A)<br>- (P)<br>$55.34 (U)<br>$55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | 2894<br>9/14/09<br>09-10141<br>Alteon WebSystems<br>International, Inc. | - (S)<br>- (A)<br>- (P)<br>$55.34 (U)<br>$55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | 2895<br>9/14/09<br>09-10142<br>Xros, Inc. | - (S)<br>- (A)<br>- (P)<br>$55.34 (U)<br>$55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | 2896<br>9/14/09<br>09-10143<br>Sonoma Systems | - (S)<br>- (A)<br>- (P)<br>$55.34 (U)<br>$55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | 2897<br>9/14/09<br>09-10144<br>Qtera Corporation | - (S)<br>- (A)<br>- (P)<br>$55.34 (U)<br>$55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | 2898<br>9/14/09<br>09-10145<br>CoreTek, Inc. | - (S)<br>- (A)<br>- (P)<br>$55.34 (U)<br>$55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | 2899<br>9/14/09<br>09-10146<br>Nortel Networks<br>Applications<br>Management<br>Solutions Inc. | - (S)<br>- (A)<br>- (P)<br>$55.34 (U)<br>$55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| MCGEE, GERALDINE M. 124 BURT STREET APT. 25 TECUMSEH, MI 49286-1172 | 2900 9/14/09 09-10147 Nortel Networks Optical Components Inc. | - (S) - (A) - (P) $55.34 (U) $55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGEE, GERALDINE M. 124 BURT STREET APT. 25 TECUMSEH, MI 49286-1172 | 2901 9/14/09 09-10148 Nortel Networks HPOCS Inc. | - (S) - (A) - (P) $55.34 (U) $55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGEE, GERALDINE M. 124 BURT STREET APT. 25 TECUMSEH, MI 49286-1172 | 2902 9/14/09 09-10149 Architel Systems (U.S.) Corporation | - (S) - (A) - (P) $55.34 (U) $55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGEE, GERALDINE M. 124 BURT STREET APT. 25 TECUMSEH, MI 49286-1172 | 2903 9/14/09 09-10150 Nortel Networks International Inc. | - (S) - (A) - (P) $55.34 (U) $55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGEE, GERALDINE M. 124 BURT STREET APT. 25 TECUMSEH, MI 49286-1172 | 2904 9/14/09 09-10151 Northern Telecom International Inc. | - (S) - (A) - (P) $55.34 (U) $55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGEE, GERALDINE M. 124 BURT STREET APT. 25 TECUMSEH, MI 49286-1172 | 2905 9/14/09 09-10152 Nortel Networks Cable Solutions Inc. | - (S) - (A) - (P) $55.34 (U) $55.34 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | 6908<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGRIL, JAMES<br>775 GATEWAY DR SE APT 916<br>LEESBURG, VA 20175-4041 | 6188<br>12/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>$12,227.44 (P)<br>- (U)<br>$12,227.44 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCGRIL, JAMES P.<br>775 GATEWAY DR SE APT 916<br>LEESBURG, VA 20175-4041 | 6189<br>12/4/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MOSS, CAROLYN H<br>4631 MEADOW CLUB DR.<br>SUWANEE, GA 30024 | 6287<br>12/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$6,904.73 (A)<br>- (P)<br>- (U)<br>$6,904.73 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MOSS, CAROLYN H.<br>4631 MEADOW CLUB DR.<br>SUWANEE, GA 30024 | 6288<br>12/15/09<br>NO DEBTOR | - (S)<br>- (A)<br>$6,904.73 (P)<br>- (U)<br>$6,904.73 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MUTS, SERGE<br>3722 FRASER ST., NE<br>ROCKFORD, MI 49341 | 3077<br>9/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>$20,064.97 (P)<br>- (U)<br>$20,064.97 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| NAVARRO, DOLORES P<br>5068 ALUM ROCK AVE.<br>SAN JOSE, CA  95127 | 2407<br>9/1/09<br>NO DEBTOR | - (S)<br>- (A)<br>$123.62 (P)<br>- (U)<br>$123.62 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| NAVARRO, DOLORES P.<br>5068 ALUM ROCK AVENUE<br>SAN JOSE, CA  95127 | 2406<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| OLEKSY, LOTTIE<br>5741 N OKETO AVE<br>CHICAGO, IL  60631 | 6906<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| PRICKETT, CARL A<br>6121 BATTLEFORD DR<br>RALEIGH, NC  27612 | 5522<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$138,539.28 (U)<br>$138,539.28 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| RAHN, BARRY M<br>5644 SEACLIFFE RD.<br>COURTENAY  V9J 1X1<br>CANADA | 2680<br>9/8/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| REYNOSO, BETH<br>4125 GLENBROOK DR.<br>RICHARDSON, TX  75082 | 6159<br>11/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>$57,463.00 (P)<br>- (U)<br>$57,463.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| RIMICCI, LEONARD 144 SURFSIDE AVE. SANTA CRUZ, CA 95060 | 8279 5/29/12 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $144,000.00 (U) $144,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| ROBINSON, DOROTHY P.O. BOX 9394 RIVIERA BEACH, FL 33419 | 7024 1/28/10 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| ROBINSON, DOROTHY J PO BOX 9394 RIVIERA BEACH, FL 33404 | 7023 1/28/10 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SCOTT, DAVID H 2817 STEINHART CT SANTA CLARA, CA 95051 | 6726 1/15/10 09-12515 Nortel Networks (CALA), Inc. | $12,544.16 (S) - (A) $12,544.16 (P) - (U) $13,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SCOTT, DAVID H 2817 STEINHART CT SANTA CLARA, CA 95051 | 6727 1/15/10 09-12515 Nortel Networks (CALA), Inc. | - (S) $13,000.00 (A) - (P) - (U) $13,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SHARP, MARY 1308 CAMERON VIEW COURT RALEIGH, NC 27607 | 6680 1/11/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $10,000.00 (P) - (U) $10,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| SLIM, DAVID H 5168 HOLLY SPRINGS DRIVE DOUGLASVILLE, GA 30135 | 6588 1/4/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $23,278.80 (P) - (U) $23,278.80 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SMITS, WILLIAM J PO BOX 1274 DEPOEBAY, OR 97341 | 4701 9/28/09 NO DEBTOR | - (S) - (A) $210,848.90 (P) - (U) $210,848.90 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SMOOK, GREGORY J. 11517 AUTUMNWOOD WAY GLEN ALLEN, VA 23059 | 8220 3/19/12 NO DEBTOR | - (S) - (A) - (P) $44,706.62 (U) $44,706.62 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| STRONG, CHRISTINA 3912 OAK PARK RD RALEIGH, NC 27612 | 6215 12/14/09 09-10138 Nortel Networks Inc. | - (S) $14,519.64 (A) - (P) - (U) $14,519.64 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| STRONG, CHRISTINA 3912 OAK PARK ROAD RALEIGH, NC 27612 | 6216 12/14/09 NO DEBTOR | - (S) - (A) $14,519.64 (P) - (U) $14,519.64 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SULLIVAN, DAVID E PO BOX 41 JAMESTOWN, CA 95327 | 5859 10/5/09 NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| TAYLOR, ALAN K<br>15114 BUSWELL AVE<br>PORT CHARLOTTE, FL 33953 | 6490<br>12/29/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| TAYLOR, ALAN K<br>15114 BUSWELL AVE<br>PORT CHARLOTTE, FL 33953 | 6491<br>12/29/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| TORRES, LOIS W<br>7240 GEORGE AVE<br>NEWARK, CA 94560 | 2871<br>9/11/09<br>NO DEBTOR | - (S)<br>- (A)<br>$46,243.49 (P)<br>$46,243.49 (U)<br>$46,243.49 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WELLS, ERICA<br>3107 KINGSBROOK DR.<br>WYLIE, TX 75098 | 6282<br>12/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$30,325.13 (P)<br>- (U)<br>$30,325.13 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WELLS, ERICA L<br>3107 KINGSBROOK DR<br>WYLIE, TX 75098 | 6283<br>12/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$30,325.13 (A)<br>- (P)<br>- (U)<br>$30,325.13 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WILDER, ROBERT A<br>955 RIVER OVERLOOK CT<br>ATLANTA, GA 30328 | 2859<br>9/11/09<br>NO DEBTOR | - (S)<br>- (A)<br>$146,617.68 (P)<br>- (U)<br>$146,617.68 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit C

## No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| WILDER, ROBERT A.<br>955 RIVER OVERLOOK CT.<br>ATLANTA, GA  30328 | 2860<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$146,617.00 (A)<br>- (P)<br>- (U)<br>$146,617.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WILSON, MICHAEL R.<br>8013 BURTON<br>CANTON, MI  48187 | 3400<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,719.20 (U)<br>$2,719.20 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| **Totals:** | **74 Claims** | **$12,544.16 (S)**<br>**$211,366.50 (A)**<br>**$820,573.89 (P)**<br>**$755,466.44 (U)**<br>**$1,741,619.18 (T)** | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed