## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) Re: Docket No. 8003 |

### CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR AN ORDER LIFTING, OR, IN THE ALTERNATIVE, INCREASING THE LIMITS ON FEES FOR LTD COMMITTEE COUNSEL

I, Rafael X. Zahralddin-Aravena, counsel to the Official Committee of Long Term Disability Participants (the "LTD Committee"), hereby certify the following:

1. On July 16, 2012, the LTD Committee filed a *Motion of the Official Committee of Long Term Disability Participants for An Order Lifting, or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel* (Docket No. 8003) (the "Motion").

2. The original deadline to file an objection to the Motion was July 25, 2012 by 4:00 p.m. and a hearing on the Motion was originally scheduled for August 1, 2012 at 10:00 a.m. The Parties agreed to continue the hearing for the Motion to the omnibus hearing on August 22, 2012 at 10:00 a.m. The deadline to file an objection to the Motion was extended to August 15, 2012 at 4:00 p.m. and then subsequently to August 17, 2012 at noon to accommodate further discussions between the LTD Committee and the Parties. An agreed order was submitted by *Certification of*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Counsel Regarding Order Granting Official Motion of the Official Committee of Long Term Disability Participants for an Order Lifting, or in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel* (Docket No. 8054) to address the period between the last authorized fee cap period and the August 22, 2012 hearing. The Order was approved at the August 1, 2012 hearing, but has not yet been entered on the docket.

3.  The Parties and the LTD Committee have agreed that the current cap on the LTD Committees' fees be lifted subject to a good faith adherence to the budget approved by the Parties. Additionally, the Parties have agreed that the LTD Committee will submit the agreed upon budget to the Court and the United States Trustee.

4.  As a result of the LTD Committee and the Parties' continued discussions and agreement, the LTD Committee submits the proposed agreed form of Order, attached hereto as <u>Exhibit A</u>, to resolve the Motion.

5.  The LTD Committee respectfully requests that the Court enter the proposed form of Order at its earliest convenience.

Dated: August 17, 2012         **ELLIOTT GREENLEAF**
Wilmington, DE

/s/*Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Jonathan M. Stemerman (DE No. 4510)
1105 N. Market Street, Ste. 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*