**<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) **Re: Docket No. 8003** |
| | ) |

**ORDER GRANTING MOTION OF THE
OFFICIALCOMMITTEE OF LONG TERM DISABILITY PARTICIPANTS
FOR AN ORDER LIFTING OR, IN THE ALTERNATIVE,
INCREASING THE LIMITS ON FEES FOR LTD COMMITTEE COUNSEL**

Upon consideration of the *Motion of the Official Committee of Long Term Disability Participants for an Order Lifting, or in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel* (the "Motion")[2] and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and upon the representation by the LTD Committee Counsel that it has shared a proposed litigation budget with counsel to the Debtors, counsel to the Unsecured Creditors Committee and counsel to the Ad Hoc Bondholder Group on August 14, 2012; and a copy of the proposed litigation budget having been provided to the Office of the United States Trustee and shown to the Court; and upon the representation of the LTD Committee Counsel that it intends to attempt in good faith to adhere to the budget for the contemplated litigation and other matters enumerated in the proposed litigation budget, it is hereby:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized not otherwise defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that the Motion is granted solely to the extent as set forth in this Order; and it is further

ORDERED that the Current Cap shall be lifted as of July 20, 2012 with respect to the contemplated litigation and other matters enumerated in the proposed litigation budget; and it is further

ORDERED that the actual fees and expenses of the LTD Committee's Counsel remain subject to the approval of the Court upon submission of an application to the Court and nothing in this Order limits the ability of any party in interest to challenge the fee applications of the LTD Committee's Counsel; and it is further

ORDERED that the fees and expenses of the LTD Committee's Counsel that have been incurred since its retention by the LTD Committee and that may be incurred in the future remain subject to final approval upon submission of a final fee application and nothing in this Order or any prior order of the Court limits the ability of any party in interest to challenge such final fee application; and it is further

ORDERED that as a statutory committee authorized under 11 U.S.C. §1102, the LTD Committee's Counsel fees and expenses shall continue to be governed by the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (D.I. No. 222).

ORDERED that the Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: _____, 2012
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE