# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

*In re*

Nortel Networks Inc., *et al.*,[1]

          Debtors.

---

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Re: D.I. 8196**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 17, 2012, a copy of the **Debtors' Reply in Further Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: August 17, 2012
Wilmington, Delaware

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                        James L. Bromley (admitted pro hac vice)
                        Lisa M. Schweitzer (admitted pro hac vice)
                        One Liberty Plaza
                        New York, NY 10006
                        Telephone: (212) 225-2000
                        Facsimile: (212) 225-3999

                        and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Ann C. Cordo*
         Derek C. Abbott (No. 3376)
         Ann C. Cordo (No. 4817)
         Tamara K. Minott (No. 5643)
         1201 North Market Street, 18th Floor
         Wilmington, DE  19899-1347
         Telephone:  (302) 658-9200
         Facsimile:  (302) 425-4663

         *Counsel for the Debtors and Debtors in Possession*

4498739.18

| **Via Hand Delivery** | **Via Overnight Mail** |
|---|---|
| Thomas P. Tinker. Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207 Lockbox 35<br>Wilmington, DE 19801-3519 | Ken Coleman Esq<br>Lisa J.P. Kraidin. Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>20th Floor<br>New York, NY 10020 |
| Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705 | Fred S. Hodara Esq.<br>Ryan C. Jacobs Esq.<br>David H. Botter Esq.<br>Akin Gump<br>One Bryant Park<br>New York, NY 10036 |
| Mary F. Caloway Esq.<br>Mona A. Parikh<br>Buchanan Ingersoll & Rooney<br>1105 N. Market Street<br>Suite 1900<br>Wilmington, DE 19801-1228 | Thomas R. Kreller<br>MILBANK, TWEED, HADLEY & MCLOY LLP<br>601 South Figueroa St., Suite 3000<br>Los Angeles, CA 90017 |
| Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King Street<br>Wilmington, DE 19801 | |
| Rafael Xavier Zahralddin-Aravena<br>Shelley A. Kinsella<br>Elliott Greenleaf<br>1105 North Market Street<br>17th Floor<br>Wilmington, DE 19801 | |