**CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Supplemental Declaration of Luke A. Barefoot in Support of Joint Reply in Further Support of Motion for a Scheduling Order Bifurcating Proceedings and Staying Certain Discovery on Claims by the EMEA Claimants** was caused to be made on August 17, 2012, in the manner indicated upon the entities identified below and on the attached service list.

Date: August 17, 2012                                                        */s/ Ann C. Cordo*
Wilmington, DE                                                            Ann C. Cordo (No. 4817)

**Via Hand Delivery**

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Attention: Edwin J. Harron

**Via Overnight Mail**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036

Thomas R. Kreller
MILBANK, TWEED, HADLEY & MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attention: Derek Adler

Herbert Smith LLP
Exchange House
Primrose Street
London EC2A 2HS
UNITED KINGDOM
Attention: Kevin Lloyd/Stephen Gale

FTPA
1 Bis, Avenue Foch
75116
Paris
France
Attention: Edouard Fabre and Rajeev Sharma Fokeer

Nortel Networks Optical Components Limited
Attention: Simon Freemantle
Fleming House
71 King Street
Maidenhead
Berkshire SL6 1DU

Northern Telecom PCN Limited
Attention: Simon Freemantle
Fleming House
71 King Street
Maidenhead
Berkshire SL6 1DU

6257784.1