IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |
| | **Re: Docket Nos. 8188** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

   I, Annette F. Dye, certify that I am, and at all times during the service of process, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service of process was made on August 17, 2012. I certify further that copies of the following document were served upon the parties identified on attached list via the manner indicated:

**RESPONSE OF THE MONITOR OF THE CANADIAN NORTEL DEBTORS TO JOINT MOTION FOR A SCHEDULING ORDER BIFURCATING PROCEEDINGS AND STAYING CERTAIN DISCOVERY ON CLAIMS BY THE EMEA CLAIMANTS**

_____
Annette F. Dye

SWORN TO AND SUBSCRIBED before me this 17th day of August, 2012.

_____
Notary Public

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the " US Debtors").

## SERVICE LIST

**First Class Mail**

Cleary Gottlieb Steen & Hamilton LLP
Howard Zelbo
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, NY 10006

Hughes Hubbard & Reed LLP
Derek J.T. Adler
Gabrielle Glemann
Charles Huberty
One Battery Park Plaza
New York, NY 10004

Herbert Smith LLP
Kevin Lloyd
John Whiteoak
Richard Lawton
Exchange House
Primrose Street
London EC2A 2HS

**Hand Delivery**

Morris Nichols Arsht & Tunnell LLP
Derek C. Abbott
Ann C. Cordo
Eric D. Swartz
Andrew R. Remming
1201 North Market Street
Wilmington, DE 19801

Young Conaway Stargatt & Taylor LLP
James L. Patton
Edwin H. Harron
John T. Dorsey
Maris J. Kandestin
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801