IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) (Jointly Administered) |

### VERIFIED STATEMENT OF MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP AND PACHULSKI STANG ZIEHL & JONES LLP, PURSUANT TO BANKRUPTCY RULE 2019

Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP ("Milbank") and Pachulski Stang Ziehl & Jones LLP ("PSZ," and together with Milbank, "Counsel") hereby make the following verified statement (the "Verified Statement") pursuant to rule 2019(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019")[2] in connection with Counsel's representation of the ad hoc group of bondholders (the "Bondholder Group") that hold certain bonds (the "Bonds") issued or guaranteed by: (a) Nortel Networks Corporation ("NNC") and Nortel Networks Limited ("NNL" and together with NNC and certain of their subsidiaries, the "Canadian Debtors") and (b) Nortel Networks Inc. ("NNI") and Nortel Networks Capital Corporation ("NNCC" and together with NNI and their above-captioned affiliated debtors and debtors in possession, the "Debtors"):

1. In January of 2009, the original members of the Bondholder Group formed the group and contacted Counsel to represent it in connection with their claims as holders of the

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] The above-captioned chapter 11 cases were commenced on January 14, 2009. Accordingly, as used herein, Bankruptcy Rule 2019 refers to the rule as it was in effect on that date.

Bonds. Over the course of these cases, the composition of the Bondholder Group has changed from time to time.

2. As of the date of this Verified Statement, Counsel represents only the Bondholder Group and does not represent or purport to represent any entities other than the Bondholder Group in connection with the Debtors' chapter 11 cases. In addition, the Bondholder Group does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

3. The present members of the Bondholder Group hold claims or act as investment managers or advisors to funds and/or accounts that hold claims against the Debtors' estates arising from the purchase of the Bonds. In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by each member of the Bondholder Group, attached hereto as Exhibit A is a list of the names, addresses and "the nature and amount of all disclosable economic interests" held by each present member of the Bondholder Group in relation to the Debtors as of August 16, 2012.

4. Upon information and belief formed after due inquiry, Counsel does not hold any claims against, or interests in, the Debtors.

5. Nothing contained in this Verified Statement (or the exhibits thereto) should be construed as a limitation upon, or waiver of, any rights of any Bondholder Group member to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases.

6. Counsel reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019. It is anticipated that the composition of the Bondholder Group may change from time to time.

Dated: August 17, 2012

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Kathleen P. Makowski*

Laura Davis Jones (Bar No. 2436)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
kmakowski@pszjlaw.com

-and-

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

**EXHIBIT A**

| NAME* | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| CarVal Investors, LLC | 12700 Whitewater Dr. Minnetonka, MN 55343 | $24,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$15,000,000 of 2.125% Senior Convertible Notes due 2014<br><br>$17,000,000 of 10.125% Senior Notes due 2013<br><br>$5,500,000 of 10.75% Senior Notes due 2016<br><br>$26,500,000 of Floating Rate Notes due 2011 |
| Centerbridge Partners, L.P. | 375 Park Avenue 12th Floor New York, NY 10152 | $6,615,000 of 1.75% Senior Convertible Notes Due 2012<br><br>$25,661,000 of 2.125% Senior Convertible Notes due 2014<br><br>$154,163,000 of 10.125% Senior Notes due 2013<br><br>$81,575,000 of 10.75% Senior Notes due 2016 |
| GoldenTree Asset Management | 300 Park Avenue 21st Fl New York, NY 10022 | $74,335,000 of 10.75% Senior Notes due 2016<br><br>$63,295,000 of Floating Rate Notes due 2011 |

\*    Each named member of the Bondholder Group either holds claims or acts as investment manager or advisor to funds and/or accounts that hold claims against the Debtors' estates arising from the purchase of the Bonds.

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| GS Investment Strategies, LLC | 200 West Street<br>34th Fl<br>New York, NY 10282 | $176,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$74,130,000 of 2.125% Senior Convertible Notes due 2014<br><br>$25,000,000 of 10.75% Senior Notes due 2016<br><br>$36,200,000 of Floating Rate Notes due 2011 |
| Monarch Alternative Capital LP | 535 Madison Avenue<br>New York, NY 10022 | $15,925,000 of 2.125% Senior Convertible Notes due 2014<br><br>$52,788,000 of 10.125% Senior Notes due 2013<br><br>$19,340,000 of 10.75% Senior Notes due 2016<br><br>$56,250,000 of Floating Rate Notes due 2011 |
| Quantum Partners LP | 888 7th Avenue<br>32nd Floor<br>New York, NY 10106 | $49,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$114,123,000 of 2.125% Senior Convertible Notes due 2014<br><br>$125,755,000 of 10.75% Senior Notes due 2016<br><br>$102,054,000 of Floating Rate Notes due 2011 |

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Tenor Capital Management | 1180 Avenue of the Americas Suite 1940 New York, NY 10036 | $50,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$33,300,000 of 2.125% Senior Convertible Notes due 2014<br><br>$2,000,000 of 10.125% Senior Notes due 2013<br><br>$118,500,000 of Floating Rate Notes due 2011 |