IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                    :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]       :    Case No. 09-10138 (KG)
:
Debtors.                         :    Jointly Administered
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 22, 2012 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**RESOLVED/ADJOURNED MATTERS**

1.  Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7185, Filed 2/7/12).

    Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital to November 7, 2012 at 4:00 p.m. (ET).

    Remaining Responses Received:

    (a)    Informal Response of ASM Capital Regarding Claim No. 7819.

    Related Pleading:

    (a)    Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7355, Entered 3/8/12);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(b) First Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7433, Entered 3/22/12); and

(c) Second Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7625, Entered 5/9/12).

Status: The hearing on the Objection with respect to response (a) has been adjourned to the hearing scheduled for November 21, 2012 at 10:00 a.m. (ET).

*Nortel Networks Inc. v. AsteelFlash California, Inc. Adv. Proc. Case No. 10-53166 (KG)*

2. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks Inc. and Affiliated Chapter 11 Debtors, on the One Hand and AsteelFlash California, Inc., on the Other Hand and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff (Main Case D.I. 7982, Adv. Proc. D.I. 46, Filed 7/11/12).

Objection Deadline:   July 25, 2012 at 4:00 p.m. (ET).

Responses Received:  None

Related Pleading:

(a) Certification of Counsel Regarding Proposed Order (I) Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks Inc. and Affiliated Chapter 11 Debtors, on the One Hand, and AsteelFlash California, Inc. on the Other Hand and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff (Main Case D.I. 8065, Filed 7/30/12);

(b) Revised Certification of Counsel Regarding Proposed Order (I) Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks Inc. and Affiliated Chapter 11 Debtors, on the One Hand, and AsteelFlash California, Inc. on the Other Hand and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff (Main Case D.I. 8071, Adv. Proc. D.I. 49, Filed 7/31/2012);

(c) Notice of Withdrawal of Certification of Counsel Regarding Proposed Order (I) Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks Inc. and Affiliated Chapter 11 Debtors, on the One Hand, and AsteelFlash California, Inc. on the Other Hand and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff (Main Case D.I. 8072);

(d) Order (I) Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks Inc. and Affiliated Chapter 11 Debtors, on the One Hand, and AsteelFlash California, Inc. on the Other Hand and (II) Granting

> Limited Relief from the Automatic Stay to Effectuate a Setoff (Main Case D.I. 8074, Adv. Proc. D.I. 50, Entered 7/31/12); and
>
> (e)   Stipulation of Voluntary Dismissal (Adv. Proc. D.I. 53, Filed 8/17/12).
>
> Status:  An order has been entered regarding this matter.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION/CERTIFICATION OF COUNSEL**

3. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Potential Avoidance Claims and Inventory Dispute by and Between Nortel Networks Inc. and Inventory Management Partners LLC (D.I. 7993, filed 7/12/12).

   Objection Deadline:  July 26, 2012 at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Pleading:

   (a)   Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Potential Avoidance Claims and Inventory Dispute by and Between Nortel Networks Inc. and Inventory Management Partners LLC (D.I. 8128, Filed 8/8/12); and

   (b)   Proposed Form of Order.

   Status: There have been no objections and a CNO has been filed.

4. Motion of the Official Committee of Long Term Disability Participants for an Order Lifting or, in the Alternative, Increasing the Limits on Fees (D.I. 8003, Filed 7/16/12).

   Objection Deadline:  August 15, 2012 at 4:00 p.m. (ET).  Extended for the Debtors, the Official Committee of Unsecured Creditors, and the Bondholder Group to August 16, 2012 at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Pleading:

   (a)   Certification of Counsel Regarding Order Granting Motion of the Official Committee of Long Term Disability Participants for an Order Lifting, or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel (D.I. 8054, Filed 7/27/12); and

(b) Certification of Counsel Regarding Order Granting Motion of the Official Committee of Long Term Disability Participants for an Order Lifting, or, in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel (D.I. 8194, Filed 8/17/12).

Status: Prior to the August 1, 2012 hearing, the LTD Committee provided a revised proposed form of order under certification of counsel that increased the limits on their fees through August 22, 2012 and continued the hearing on the Motion to the August 22, 2012 hearing. On August 17, 2012, the LTD Committee filed a second revised proposed form of order under certification of counsel to resolve the Motion that lifts the current fee cap on the LTD Committee's fees subject to a good faith adherence to the budget approved by the Parties and submission of the agreed upon budget to the Court and the United States Trustee. The proposed orders have been agreed to by the Debtors, Committee, Ad Hoc Bondholders Committee and the LTD Committee and resolve the Motion in its entirety.

*Nortel Networks Inc. v. Maritz Canada Inc. Adv. Proc. Case No. 10-53187 (KG)*

5. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Maritz Canada Inc. (Main Case D.I. 8043, Adv. Proc. Case D.I. 94, Filed 7/25/12).

   Objection Deadline: August 8, 2012 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleading:

   (a) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Maritz Canada Inc. (Main Case D.I. 8153, Adv. Proc. Case D.I. 100, Filed 8/13/12); and

   (b) Proposed Form of Order.

   Status: There have been no objections and a CNO has been filed.

6. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with JDS Uniphase Corporation (D.I. 8052, Filed 7/26/12).

   Objection Deadline: August 9, 2012 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleading:

(a) Amended Notice of Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with JDS Uniphase Corporation (D.I. 8053, filed 7/26/12);

(b) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with JDS Uniphase Corporation (D.I. 8157, Filed 8/13/12); and

(c) Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

*Nortel Networks Inc. v. CSWL, Inc. Adv. Proc. Case No. 10-53169 (KG) and Nortel Networks Inc. v. Telecom Network Solutions, Inc. Adv. Proc. Case No. 10-55165 (KG)*

7. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Among Nortel Networks Inc., Nortel Networks (CALA) Inc., CSWL, Inc. and California Software Company Limited (Main Case D.I. 8057, CSWL, Inc. Adv. Proc. Case D.I. 74, Telecom Network Solutions, Inc. Adv. Proc. Case D.I. 132, Filed 7/27/12).

Objection Deadline: August 10, 2012 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading:

(a) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Among Nortel Networks Inc., Nortel Networks (CALA) Inc., CSWL, Inc. and California Software Company Limited (Main Case D.I. 8170, CSWL, Inc. Adv. Proc. Case D.I. 75, Telecom Network Solutions, Inc. Adv. Proc. Case D.I. 134, Filed 8/14/12); and

(b) Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

*Nortel Networks Inc. v. Macadamian Technologies Inc. Adv. Proc. Case No. 10-55915 (KG)*

8. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Macadamian Technologies Inc. (Main Case D.I. 8073, Adv. Proc. Case D.I. 45, Filed 7/31/12).

Objection Deadline: August 14, 2012 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleading:

(a) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Macadamian Technologies Inc. (Main Case D.I. 8187, Adv. Proc. Case D.I. 48, Filed 8/16/12); and

(b) Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

## CONTESTED MATTERS GOING FORWARD

9. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

Objection Deadline:  February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to November 7, 2012 at 4:00 p.m. (ET).  Extended for the Debtors with respect to the Response filed by Kelly Services to August 13, 2012 at 4:00 p.m. (ET).  Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD to September 5, 2012 at 4:00 p.m. (ET).

Remaining Responses Received:

(a) Response to Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) Filed by Kelly Services (D.I. 7245, Filed 2/21/12);

(b) Informal Response of ASM Capital Regarding Claim No. 7819; and

(c) Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a) Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Filed 3/8/12);

    (b)    First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Filed 3/22/12);

    (c)    Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Filed 4/18/12); and

    (d)    Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Filed 5/9/12).

Status: The hearing on the Objections will go forward with respect to response (a) and a proposed form of supplemental order will be handed up at the hearing. The hearing on the Objections with respect to response (b) has been adjourned to the hearing scheduled for November 21, 2012 at 10:00 a.m. (ET). The hearing on the Objections with respect to response (c) has been adjourned to the hearing scheduled for September 19, 2012 at 10:00 a.m. (ET).

10.    Motion of Stephen Paroski for the Order Promissory Estoppel Order Authorizing and Approving Procedures Funding or Buyout Ericsson Inc. and Telefonaktiebolaget LM Ericission and Nortel (D.I. 7886, Filed 6/19/12).

Objection Deadline: August 13, 2012 at 4:00 p.m. (ET).

Responses Received:

    (a)    Debtors' Objection to the Motion of Stephen Paroski for the Order Promissory Estoppel Order Authorizing and Approving Procedures Funding or Buyout Ericsson Inc. and Telefonaktiebolaget LM Ericission and Nortel (D.I. 8154, Filed 8/13/12).

Related Pleading:

    (a)    Notice of Hearing (D.I. 8050, Filed 7/20/12).

Status: The hearing on this matter will go forward.

11.    Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees (D.I. 8068, Filed 7/30/12).

<u>Objection Deadline</u>:  August 14, 2012 at 4:00 p.m. (ET).

<u>Responses Received</u>:

(a) Nortel US LTD Employees Objection to Motion of the Debtors to File Under Seal Certificates of Service Related to LTD Employees (D.I. 8160, Filed 8/13/12); and

(b) Limited Objection of the Official Committee of Long Term Disability Participants to the Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees (D.I. 8173, Filed 8/14/12).

<u>Related Pleading</u>:

(a) Debtors' Reply in Further Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees (D.I. 8196, Filed 8/17/12).

<u>Status</u>: The hearing on this matter will go forward.

12. Joint Motion for a Scheduling Order Bifurcating Proceedings and Staying Certain Discovery on Claims by the EMEA Claimants (D.I. 8104, Filed 8/6/12).

<u>Objection Deadline</u>:  August 13, 2012 at 4:00 p.m. (ET).

<u>Responses Received</u>:

(a) Joint Administrators' Opposition to Joint Motion for a Scheduling Order Bifurcating Proceedings and Staying Certain Discovery on Claims of the EMEA Claimants (D.I. 8155, Filed 8/13/12); and

(b) Response of the Monitor of the Canadian Nortel Debtors to Joint Motion for a Scheduling Order Bifurcating Proceedings and Staying Certain Discovery on Claims of the EMEA Claimants (D.I. 8188, Filed 8/16/12).

<u>Related Pleading</u>:

(a) Compendium of Deposition Excerpts and Foreign Law Cited in Joint Administrators' Opposition to Joint Motion for a Scheduling Order Bifurcating Proceedings and Staying Certain Discovery on Claims of the EMEA Claimants (D.I. 8156, Filed 8/13/12); and

(b) Joint Reply in Further Support of Motion for a Scheduling Order Bifurcating Proceedings and Staying Certain Discovery on Claims by the EMEA Claimants (D.I. 8200, Filed 8/17/12); and

(c) Supplemental Declaration of Luke A. Barefoot in Support of Joint Reply in Further Support of Motion for a Scheduling Order Bifurcating Proceedings and Staying Certain Discovery on Claims by the EMEA Claimants (D.I. 8201, Filed 8/17/12).

Status: The hearing on this matter will go forward.

| | |
|---|---|
| Dated: August 20, 2012<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

6193503.8