**CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on August 22, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on August 20, 2012, in the manner indicated upon the entities identified below and on the attached service list.

Date: August 20, 2012  
Wilmington, DE

*/s/ Tamara K. Minott*  
Tamara K. Minott (No. 5643)

**Via Fax**

D. Ethan Jeffery, Esq.  
Murphy & King  
One Beacon Street  
21st Floor  
Boston, MA 02108  
Fax: 617-423-0498  
(Counsel for IMP LLC)

Lucinda McRoberts, Esq.  
Bryan Cave LLP  
211 N. Broadway, Suite 3600  
St. Louis, Missouri 63102  
Fax: 314-259-2020  
(Counsel for Maritz)

Robert Pfister, Esq.  
Klee, Tuchin, Bogdanoff & Stern LLP  
1999 Avenue of the Stars  
Los Angeles, CA 90067  
Fax: 310-407-9090  
(Counsel for Maritz)

Daniel J. Merrett  
Jones Day  
1420 Peachtree St., N.E.; Suite 800  
Atlanta, GA 30309-3053  
Fax: 404-581-8330  
(Counsel for Telecom)

Amanda Marie Winfree  
Ashby & Geddes, P.A.  
500 Delaware Ave.  
Wilmington, DE 19801  
Fax: 302-654-2067  
(Counsel for Telecom)

James Tobia  
The Law Office of James Tobia, LLC  
1716 Wawaset Street  
Wilmington, DE 19806  
Fax: 302-656-8053  
(Counsel for Macadamian)

Roland Gary Jones  
Roland Gary Jones, Esq.  
1230 6th Avenue 7th Floor  
New York, NY 10020  
Fax: 212-202-4416  
(Counsel for Macadamian)

Andrew Gould  
Angeleque Linville  
Wick Phillips Gould & Martin, LLP  
2100 Ross Ave., Ste. 950  
Dallas TX, 75201  
Fax: 214-692-6255  
(Counsel for Ericsson Inc. and Telefonaktiebolaget)

Cynthia Paroski  
Stephen Paroski  
333 El Rio Dr.  
Mesquite, TX 75150  
Fax: 877-530-1078

**Via Overnight Mail**

ASM Capital
ATTN: ADAM MOSKOWITZ
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Coface North America Insurance Co.
Attn: Managing Partner
50 Millstone Rd.., BLDG. 100, STE 360
East Windsor, NJ 08520

Monarch Master Funding LTD
Attn: Managing Partner
535 Madison Ave.
New York, NY 10022

Rhonda Holaway
Kelly Services
999 West Big Beaver Road
Troy, Michigan 48084

6271173.1

**Via International Overnight Mail**

FTPA
1 Bis, Avenue Foch
75116
Paris
France
Attention: Edouard Fabre and Rajeev Sharma Fokeer

Nortel Networks Optical Components Limited
Attention: Simon Freemantle
Fleming House
71 King Street
Maidenhead
Berkshire 5L6 1DU

Northern Telecom PCN Limited
Attention: Simon Freemantle
Fleming House
71 King Street
Maidenhead
Berkshire SL6 1DU