IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
                                                           :
*In re*                                                    :    Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,                            :    Case No. 09-10138 (KG)
                                                           :
                            Debtors.                       :    Jointly Administered
                                                           :
                                                           :
---------------------------------------------------------- :

### NOTICE OF WITHDRAWAL OF LOIZIDES, P.A. AND CHRISTOPHER D. LOIZIDES AS COUNSEL FOR LENOVO (SINGAPORE) PTE. LTD.

Loizides, P.A. and Christopher D. Loizides hereby withdraw as counsel for Lenovo (Singapore) Pte. Ltd. in the above-captioned case. Please remove Loizides, P.A. and Mr. Loizides from all service lists in this case, including all electronic services lists and the ECF notification system.

DATED: August 20, 2012

                                                  Christopher D. Loizides (No. 3968)
                                                LOIZIDES, P.A.
                                                1225 King Street, Suite 800
                                                Wilmington, DE  19801
                                                Telephone:    (302) 654-0248
                                                Facsimile:     (302) 654-0728
                                                Email:            loizides@loizides.com