IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
                                                             :
*In re*                                                      :  Chapter 11
                                                             :
Nortel Networks Inc., *et al.*,                              :  Case No. 09-10138 (KG)
                                                             :
                Debtors.                :  Jointly Administered
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ :

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on August 20, 2012, I did cause to be served true and correct copies of the foregoing **NOTICE OF WITHDRAWAL OF LOIZIDES, P.A. AND CHRISTOPHER D. LOIZIDES AS COUNSEL FOR LENOVO (SINGAPORE) PTE. LTD.** on the parties on the attached service list as indicated thereon.

DATED: August 20, 2012

                                                               Christopher D. Loizides (No. 3968)
                                                              LOIZIDES, P.A.
                                                              1225 King Street, Suite 800
                                                              Wilmington, DE 19801
                                                               Telephone:  (302) 654-0248
                                                              Facsimile:   (302) 654-0728
                                                               E-mail:       loizides@loizides.com

**SERVICE LIST**

**VIA FIRST-CLASS MAIL**

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006
*Co-Counsel to the U.S. Debtors*

Derek C. Abbott, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801
Fax:    (302) 658-3989
*Co-Counsel to the U.S. Debtors*

Fred Hodara, Esquire
Stephen Kuhn, Esquire
Kenneth Davis, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
*Co-Counsel to the Committee*

Christopher M. Samis, Esquire
RICHARDS LAYTON & FINGER PA
920 N. King Street
Wilmington, DE  19801
*Co-Counsel to the Committee*

Jennifer Stam, Esquire
OGILVY RENAULT LLP
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA
*Counsel to the Canadian Debtors*

Patrick Tinker, Esquire
OFFICE OF THE U.S. TRUSTEE
844 King Street, Room 2207
Lockbox 35
Wilmington, DE  19801