IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                    :

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| | Jointly Administered |
| Debtors. | **Related Docket No. 8204** |

------------------------------------------------------- x:

## CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, hereby certify that on this 17th day of August, 2012, I caused a true and correct copy of the following documents to be served upon the parties on the attached service list in the manner indicated thereon:

> **Verified Statement of Milbank, Tweed, Hadley & McCloy LLP and Pachulski Stang Ziehl & Jones LLP, Pursuant to Bankruptcy Rule 2019; Exhibit A.**

Kathleen P. Makowski (Bar No. 3648)

**Nortel Networks Inc., et al. 2002 Service List**
Case No. 09-10138
Document No. 147889
26 – Hand Delivery
97 – First Class Mail
04 – FOREIGN First Class Mail


(Counsel for Ad Hoc Committee of Bondholders)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones  LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Tobey M. Daluz, Esquire
Leslie Heilman Esquire
Ballard Spahr Andrews & Ingersoll LLP
919 Market Street, 12th Floor
Wilmington, DE  19801

*Hand Delivery*
Christopher A. Ward, Esquire
Justin K. Edelson Esquire
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

*Hand Delivery*
David B. Stratton, Esquire
Leigh-Anne M. Raport Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE  19801

*Hand Delivery*
Henry Jaffe, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE  19801

*Hand Delivery*
Joanne B. Wills, Esquire
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

*Hand Delivery*
Marla R. Eskin, Esquire
Ayesha S. Chacko Esquire
Campbell & Levine LLC
800 N King Street, Suite 300
Wilmington, DE  19801

*Hand Delivery*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
4 E 8th Street, Suite 400
Wilmington, DE  19801

*Hand Delivery*
Mary F. Caloway, Esquire
P.J. Duhig Esquire
Buchanan Ingersoll & Rooney
1000 West Street., Suite 1410
Wilmington, DE  19801

*Hand Delivery*
Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

*Hand Delivery*
Carl N. Kunz, Esquire
Michael J. Custer Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

*Hand Delivery*
US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

*Hand Delivery*
Patrick Tinker, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801-3519

*Hand Delivery*
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

*Hand Delivery*
Duane D. Werb Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

*Hand Delivery*
Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801

*Hand Delivery*
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

*Hand Delivery*
Ricardo Palacio, Esquire
Ashby & Geddes P.A.
500 Delaware Avenue
Wilmington, DE 19801

*Hand Delivery*
Gregory A. Taylor, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

*Hand Delivery*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder P.A.
1201 N Orange Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
Jeffrey S. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove
The Nemours Building
1007 N Orange Street
Wilmington, DE 19801

*Hand Delivery*
Charlene D. Davis, Esquire
Daniel A. O'Brien, Esquire
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Hand Delivery*
John V. Fiorella, Esquire
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

*Hand Delivery*
Charles J. Brown III, Esquire
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

*Hand Delivery*
Kurt F. Gwynne, Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 N Market Street, Suite 1500
Wilmington, DE 19801

*Hand Delivery*
James E. Huggett, Esquire
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

*Hand Delivery*
Joseph H. Huston Jr. Esquire
Maria Aprile Sawczuk Esquire
Stevens & Lee P.C.
1105 N Market Street, 7th Floor
Wilmington, DE 19801

*First Class Mail*
Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
Secretary of State Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
Sheryl L. Moreau Esquire
Missouri Dept of Revenue
P.O. Box 475
Bankruptcy Division
Jefferson City, MO  65105-0475

*First Class Mail*
John P. Dillman Esquire
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

*First Class Mail*
Rod Andrerson Esquire
Noel R. Boeke Esquire
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288

*First Class Mail*
Amos U. Priester IV Esquire
Anna B. Osterhout Esquire
Smith Anderson Blount Dorsett Mitchell &
Jernigan LLP
P.O. Box 2611
Raleigh, NC  27602-2611

*First Class Mail*
Dana S. Plon, Esquire
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA  19102

*First Class Mail*
Vicente Matias Murrell, Esquire
Stephen D. Schreiber, Esquire
Pension Benefit Guaranty Corp
1200 K Street NW
Washington, DC  20005-4026

*First Class Mail*
Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT  06492

*First Class Mail*
Alan D. Smith, Esquire
Chun M. Ng, Esquire
Perkins Coie LLP
1201 Third Avenue, 48th Floor
Seattle, WA  98101-3099

*First Class Mail*
Joseph E. Shickich Jr. Esquire
Riddell Williams P.S.
1001 4th Avenue, Suite 4500
Seattle, WA  98154-1192

*First Class Mail*
Christopher M. Alston Esquire
Foster Pepper PLLC
1111 3rd Avenue, Suite 3400
Seattle, WA  98101-3299

*First Class Mail*
Ramona Neal Esquire
Hewlett-Packard Company
11311 Chinden Blvd.
Mailstop 314
Boise, ID  83714

*First Class Mail*
David G. Aelvoet Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro, Suite 300
San Antonio, TX  78205

*First Class Mail*
David A. Rosenzweig, Esquire
Fulbright & Jaworski LLP
666 5th Avenue
New York, NY  10103-3198

*First Class Mail*
Carren B. Shulman Esquire
Kimberly K. Smith Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY  10112

*First Class Mail*
Alistar Bambach
SEC NY Regional Office
Bankruptcy Div, Ste 400
3 World Financial Center
New York, NY  10281-1022

*First Class Mail*
Michael L. Schein Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019

*First Class Mail*
Raniero D'Aversa Jr. Esquire
Laura D. Metzger Esquire
Weston T. Eguchi Esquire
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001

*First Class Mail*
Dennis Dunne, Esquire
Thomas R. Kreller, Esquire
Albert A. Pisa, Esquire
Andrew M. Leblanc, Esquire
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

*First Class Mail*
Michelle McMahon Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

*First Class Mail*
N. Thodore Zink Jr. Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

*First Class Mail*
Alan Kolod, Esquire
Christopher J. Caruso, Esquire
Kent C. Kolbig, Esquire
Moses & Singer LLP
The Crysler Building
405 Lexington Avenue
New York, NY  10174

*First Class Mail*
Ken Coleman, Esquire
Lisa J.P. Kraidin. Esquire
Allen & Overy LLP
1221 Avenue of the Americas, 20th Floor
New York, NY  10020

*First Class Mail*
Val Mandel, Esquire
Val Mandel P.C.
80 Wall Street, Suite 1115
New York, NY  10005

*First Class Mail*
Edmond P. O'Brien, Esquire
Stempel Bennett Claman & Hochberg P.C.
675 Third Avenue, 31st Floor
New York, NY  10017

*First Class Mail*
Steven J. Reisman, Esquire
James V. Drew Esquire
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

*First Class Mail*
Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas, 19th Floor
New York, NY  10036

*First Class Mail*
Alan J. Lipkin, Esquire
Jeremy E. Crystal Esquire
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY  10019

*First Class Mail*
Robert J. Rosenberg, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4068

*First Class Mail*
Michael J. Riela, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4068

*First Class Mail*
Zachary N. Goldstein, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4068

*First Class Mail*
Howard S. Steel, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

*First Class Mail*
Fred S. Hodara, Esquire
Ryan C. Jacobs, Esquire
Akin Gump
One Bryant Park
New York, NY  10036

*First Class Mail*
Kenneth E. Noble, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

*First Class Mail*
Stephen C. Stapleton, Esquire
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, TX  75201

*First Class Mail*
William L. Siegel, Esquire
Cowles & Thompson PC
901 Main Street, Suite 3900
Dallas, TX  75202

*First Class Mail*
Lynnette R. Warman
Hunton & Williams
1445 Ross Avenue
Rountain Place, Suite 3700
Dallas, TX  75202-2799

*First Class Mail*
Joseph J. Wielebinski, Esquire
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard Street
Dallas, TX  75201-6659

*First Class Mail*
Robert T. Vance Jr., Esquire
Law Offices of Robert T. Vance Jr.
100 South Broad Street, Suite 1530
Philadelphia, PA  19110

*First Class Mail*
Carol E. Momjian, Esquire
PA Senior Deputy Atty Gen
21 S 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

*First Class Mail*
David L. Pollack, Esquire
Jeffrey Meyers, Esquire
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market Street
Philadelphia, PA  19103

*First Class Mail*
Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

*First Class Mail*
Alan S. Kopit, Esquire
Christopher W. Peer, Esquire
Hahn Loeser & Parks LLP
200 Public Square, Ste 2800
Cleveland, OH  44114

*First Class Mail*
Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO  80124

*First Class Mail*
Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO  80021

*First Class Mail*
Edward T. Attanasio, Esquire
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Fl
Los Angeles, CA  90067-6049

*First Class Mail*
Joon M. Khang, Esquire
Khang & Khang LLP
1901 Avenue of the Stars, 2nd Fl
Los Angeles, CA  90067

*First Class Mail*
Thomas J. Leanse, Esquire
Dustin P. Branch, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Ste 2600
Los Angeles, CA  90067-3012

*First Class Mail*
John C. Vigano, Esquire
Patricia J. Fokuo, Esquire
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606-6473

*First Class Mail*
Eric S. Prezant, Esquire
Bryan Cave LLP
161 N Clark St, Ste 4300
Chicago, IL  60601

*First Class Mail*
Melissa A. Mickey, Esquire
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404

*First Class Mail*
Jill L. Murch, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 North Clark Street, Ste 2800
Chicago, IL  60654-5313

*First Class Mail*
Cullen K. Kuhn, Esquire
Bryan Cave LLP
211 N Broadway, Ste 3600
Street Louis, MO  63102

*First Class Mail*
David L. Uranga
Bell Microproducts Inc.
201 Monroe Street, Suite 300
Montgomery, AL  36104

*First Class Mail*
Jeffrey B. Ellman, Esquire
Robbin S. Rahman, Esquire
Jones Day
1420 Peachtree St NE, Ste 800
Atlanta, GA  30309

*First Class Mail*
Darryl S. Laddin, Esquire
Frank N. White, Esquire
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA  30363-1031

*First Class Mail*
Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue, 6th Fl
Orlando, FL  32801

*First Class Mail*
Joyce A. Kuhns, Esquire
Saul Ewing LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD  21202

*First Class Mail*
Richard M. Kremen, Esquire
Dale K. Cathell, Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209

*First Class Mail*
Randall D. Crocker, Esquire
VonBriesen & Roper S.C.
411 E Wisconsin Ave, Ste 700
Milwaukee, WI  53202

*First Class Mail*
Shawn M. Christianson, Esquire
Buchalter Nemer
333 Market Street, 25th Fl
San Francisco, CA  94105-2126

*First Class Mail*
Merle C. Meyers, Esquire
Michele Thompson Meyers
Meyers Law Group P.C.
44 Montgomery Street, Ste 1010
San Francisco, CA  94104

*First Class Mail*
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Ste 1600
Dallas, TX  75201

*First Class Mail*
James C. Waggoner, Esquire
Davis Wright Tremaine LLP
1300 SW 5th Ave, Ste 2300
Portland, OR  97201-5630

*First Class Mail*
Rachel S. Budke, Esquire
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408

*First Class Mail*
Scott K. Brown, Esquire
Lewis and Roca LLP
40 North Central Avenue, Ste 1900
Phoenix, AZ  85004

*First Class Mail*
Nicholas Skiles, Esquire
John A. Wetzel, Esquire
Swartz Campbell LLC
One S. Church Street, Ste 400
West Chester, PA  19382

*First Class Mail*
Laura L. McCloud, Esquire
Tennessee Dept of Revenue
P.O. Box 20207
Nashville, TN  37202-0207

*First Class Mail*
Jennifer V. Doran, Esquire
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  02109

*First Class Mail*
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Fl
Boston, MA  02110

*First Class Mail*
Lawrence M. Schwab, Esquire
Patrick M. Costello, Esquire
Bialson Bergen & Schwab
2600 El Camino Real, Ste 300
Palo Alto, CA  94306

*First Class Mail*
David M. Schilli, Esquire
Ty E. Shaffer, Esquire
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street, Ste 1900
Charlotte, NC  28246

*First Class Mail*
David I. Swan, Esquire
Kenneth M. Misken, Esquire
McGuireWoods LLP
1750 Tysons Blvd., Ste 1800
McLean, VA  22102-4215

*First Class Mail*
J. Scott Douglass, Esquire
909 Fannin, Ste 1800
Houston, TX  77010

*First Class Mail*
Brian W. Bisignani, Esquire
Post & Schell P.C.
17 N 2nd Street, 12th Fl
Harrisburg, PA  17101-1601

*First Class Mail*
Stephen K. Dexter, Esquire
Lathrop & Gage LLP
370 17th Street, Ste 4650
Denver, CO  80202

*First Class Mail*
Parag P. Patel, Esquire
33 Wood Avenue South, 2nd Fl
P.O. Box 81
Iselin, NJ  08830-0081

*First Class Mail*
Elizabeth Banda, Esquire
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd, Ste 300
Arlington, TX  76013

*First Class Mail*
Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181

*First Class Mail*
Donald K. Ludman, Esquire
Brown & Connery LLP
6 North Broad St, Ste 1000
Woodbury, NJ  08096

*First Class Mail*
Attn:  Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044

*First Class Mail*
Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY  10022

*First Class Mail*
Mark G. Ledwin, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY  10604

*First Class Mail*
Robert S. McWhorter, Esquire
Nossaman LLP
915 L Street, Ste 1000
Sacramento, CA  95814

*First Class Mail*
Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC 27709

*First Class Mail*
Ann Groninger, Esquire
Patterson Harkavy
225 East Worthington Avenue
Suite 200
Charlotte, NC 28203

*First Class Mail*
Hubert H. Kuo, Esquire
Buus Kim Kuo & Tran LLP
4675 MacArthur Ct., Suite 590
Newport Beach, CA 92660

*First Class Mail*
R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway, 3rd Floor
Dallas, TX 75234

*First Class Mail*
Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

*First Class Mail*
David N. Crapo, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

*First Class Mail*
Securities & Exchange Commission
100 F Street NE
Washington, DC 20549

*First Class Mail*
Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

*First Class Mail*
Attn: Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY 10279

*First Class Mail*
Deborah B. Waldmeir, Esquire
State of MI Dept of Treasury
3030 W Grand Blvd, Suite 10-200
Cadillac Place
Detroit, MI 48202

*First Class Mail*
Ernie Holling, President
The InTech Group, Inc.
305 Exton Commons
Exton, PA 19341

*Foreign First Class Mail*
Jennifer Stam, Esquire
Ogilvy Renault LLP
200 Bay Street Suite 3800
Royal Bank Plaza South Tower
Toronto, Ontario M5J 2Z4
Canada

*Foreign First Class Mail*
Michael J. Wunder, Esquire
R. Snayne Kukulowicz, Esquire
Alex L. MacFarlane, Esquire
Fraser Milner Casgrain LLP
1 First Canadian Place -Floor 42
100 King Street West
Toronto, Ontario M5X 1B2
Canada

*Foreign First Class Mail*
Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK EC2A 2HS
England

***Foreign First Class Mail***
Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
Canada