# Court Conference

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Honorable Kevin Gross

Courtroom

| Calendar Date: | 08/20/2012 |
| Calendar Time: | 03:30 PM ET |

*Amended Calendar 08/20/2012 09:15 AM*

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 0910138 | Hearing | | Michael D. Hamersky | | Togut, Segal & Segal LLP | Creditor, Official Committee of Retired Employees / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Derek C. Abbott | | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Derek Adler | | Hughes Hubbard & Reed LLP (New York) | Interested Party, Joint Administrators and Foreign Representatives / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lisa Beckerman | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Neil Berger | | Togut, Segal & Segal LLP | Creditor, Official Committee to the Retiree's / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Kate R. Buck | | McCarter & English | Interested Party, Official Committee of Retired Employees / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Mary Caloway Kathleen Murphy | | Buchanan Ingersoll & Rooney | Creditor, Ernst and Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Roger A. Cooper | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Ann C. Cordo | | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | John Dorsey | | Young, Conaway Stargatt & Taylor, LLP | Debtor, Norcal Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lisa Kraidin | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, The Bond Holder / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Richard K. Milin | | Togut, Segal & Segal LLP | Creditor, Official Committee of Retired Employees / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Chris Samis | | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lisa M. Schweitzer | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc / LIVE |