UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                     Debtors. :
:
---------------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION AUTHORIZING AMENDED EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS, *NUNC PRO TUNC* TO SEPTEMBER 8, 2011**

    I, William F. Taylor, Jr., Esquire, Delaware Counsel to The Official Committee of Retired Employees (the "Retiree Committee") (the "Retiree Committee"), hereby certify the following:

    1.    On October 24, 2011, the Court entered an order (the "October 24 Order") pursuant to sections 328, 1103 and 1114 of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the joint retention of Alvarez & Marsal Healthcare Industry Group, LLC as financial advisors including the actuarial services of Vincent Bodnar of DaVinci for the Retiree Committee and the Official Committee of Long-Term Disability Participants ("the "LTD Committee").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[NEWYORK 2610074_2]
ME1 14000019v.1

2. The Retiree and LTD Committees sought to modify the October 24 Order and have conferred with and reached an agreement with the above-captioned debtors and debtors in possession (the "Debtors") as to the modifications sought.

3. Attached as **Exhibit 1** is a proposed form of order ("the Proposed Order") approving a stipulation amending the October 24 Order (the "Stipulation"). A copy of the Stipulation is attached as **Exhibit A** to the Proposed Order.

4. The Proposed Order is agreed to by the Parties.

**WHEREFORE**, the Retiree Committee respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit 1** approving the Stipulation.

Dated: August 20, 2012
Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retired Employees*