**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
*In re*                                                  :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                        :    Case No. 09-10138 (KG)
:
                    Debtors.          :    Jointly Administered
:
---------------------------------------------------------------X

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 20, 2012, copies of **Debtors' Responses And Objections To Official Committee Of Long Term Disability Plan Participants' Request For Production Of Documents Directed To Debtors** were served upon the following individual in the manner indicated.

**BY EMAIL AND HAND DELIVERY**

Rafael X. Zahralddin-Aravena
Elliott Greenleaf
1105 Market Street
Suite 1700
Wilmington, DE 19801
rxza@elliottgreenleaf.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

       CLEARY GOTTLIEB STEEN & HAMILTON LLP
       James L. Bromley (admitted pro hac vice)
       Lisa M. Schweitzer (admitted pro hac vice)
       One Liberty Plaza
       New York, NY 10006
       Telephone: (212) 225-2000
       Facsimile: (212) 225-3999

       and

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

           */s/ Ann C. Cordo*
       Derek C. Abbott (No. 3376)
       Ann C. Cordo (No. 4817)
       William M. Alleman, Jr. (No. 5449)
       Tamara K. Minott (No. 5643)
       1201 North Market Street, 18th Floor
       Wilmington, DE 19899-1347
       Telephone: (302) 658-9200
       Facsimile: (302) 425-4663

       *Counsel for the Debtors and Debtors in Possession*

Dated: August 20, 2012
      Wilmington, Delaware

6274312.1