# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
## NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 7/2/2012 — End Date 7/31/2012

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 341.10 | $450.00 | $153,495.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 99.60 | $450.00 | $44,820.00 |
| 4 | Fee Apps | 6.00 | $450.00 | $2,700.00 |
| 5 | Non-working travel | 115.50 | $225.00 | $25,987.50 |
| 6 | Claims Administration | 252.20 | $450.00 | $113,490.00 |
| 7 | Tax/Finance Matters and Budget Projects | 19.20 | $450.00 | $8,640.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **833.60** | | **$349,132.50** |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/2/2012 | Ring Fence Server configuraton Validation and User Support | Raj Perubhatla | 1 | 3.0 |
| 7/2/2012 | Overview of all Business and Infrastructure application accounts, passwords / testing, troubleshooting | Brandon Bangerter | 1 | 6.0 |
| 7/2/2012 | Correspondence received, reviewed, responded re NNI Iron Mountain Acct. Mapping | Kathryn Schultea | 1 | 2.0 |
| 7/2/2012 | Correspondence received, reviewed, responded re NNI Update | Kathryn Schultea | 1 | 2.2 |
| 7/3/2012 | Ring Fence Server configuraton Validation and User Support | Raj Perubhatla | 1 | 3.0 |
| 7/3/2012 | Overview of all Business and Infrastructure application accounts, passwords / testing, troubleshooting | Brandon Bangerter | 1 | 5.0 |
| 7/3/2012 | Conference Call re: NNI Discussion | Kathryn Schultea | 1 | 1.0 |
| 7/3/2012 | Conference Call re: Iron Mountain Discussion | Kathryn Schultea | 1 | 0.7 |
| 7/3/2012 | Correspondence received, reviewed, responded re Iron Mountain Document Search | Kathryn Schultea | 1 | 3.0 |
| 7/5/2012 | Ring Fence Server configuraton Validation and User Support | Raj Perubhatla | 1 | 2.0 |
| 7/5/2012 | SAP HRE Server shutdown and restarts for moving the servers to new racks | Raj Perubhatla | 1 | 1.0 |
| 7/5/2012 | DNS / WINS updates, Nortel-us migrations / infrastructure backups / restores, VPN troubleshooting | Brandon Bangerter | 1 | 4.0 |
| 7/5/2012 | Management tools troubleshooting (Vantage, Sitescope, HPSIM) / Password updates / e-mail | Brandon Bangerter | 1 | 4.0 |
| 7/5/2012 | Correspondence received, reviewed, responded re Iron Mountain Document Search | Kathryn Schultea | 1 | 5.0 |
| 7/6/2012 | SAP Server shutdown and Restarts for server moves | Raj Perubhatla | 1 | 1.0 |
| 7/6/2012 | Ring Fence Server configuration validation and customer support | Raj Perubhatla | 1 | 2.0 |
| 7/6/2012 | Management tools troubleshooting (Vantage, Sitescope, HPSIM) / Password updates / e-mail | Brandon Bangerter | 1 | 5.0 |
| 7/9/2012 | Troubleshooting Sonciwall VPN Access | Raj Perubhatla | 1 | 0.5 |
| 7/9/2012 | Livelink Searches for documents | Raj Perubhatla | 1 | 3.5 |
| 7/9/2012 | SAP FT Server Shutdown and Restarts | Raj Perubhatla | 1 | 1.5 |
| 7/9/2012 | Ring Fence Server configuraton Validation and User Support | Raj Perubhatla | 1 | 2.0 |
| 7/9/2012 | Iron Mountain searches for early SPD Plan documents / e-mail updates | Brandon Bangerter | 1 | 8.0 |
| 7/9/2012 | Onsite at RTP re: Iron Mountain Document Search | Kathryn Schultea | 1 | 8.0 |
| 7/10/2012 | Ring Fence Server configuraton Validation and User Support | Raj Perubhatla | 1 | 3.5 |
| 7/10/2012 | Iron Mountain searches for early SPD Plan documents / e-mail updates | Brandon Bangerter | 1 | 6.0 |
| 7/10/2012 | Conference Calls re: Ring Fence Power down discussion / Weekly IT updates / Wifi troubleshooting | Brandon Bangerter | 1 | 4.0 |
| 7/10/2012 | Onsite at RTP re: Iron Mountain Document Search | Kathryn Schultea | 1 | 6.0 |
| 7/11/2012 | Ring Fence Server configuraton Validation and User Support | Raj Perubhatla | 1 | 2.5 |
| 7/11/2012 | Netbackup configuration issues, NAS troubleshooting / policies / restores / updates | Brandon Bangerter | 1 | 5.0 |
| 7/11/2012 | Infrastructure requests / BOXI backups / Storage configuration planning / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 7/11/2012 | Conference Call re: NNI Discussion | Kathryn Schultea | 1 | 0.6 |
| 7/11/2012 | Correspondence received, reviewed, responded re Iron Mountain Boxes | Kathryn Schultea | 1 | 1.5 |
| 7/11/2012 | Correspondence received, reviewed, responded re Data Vault | Kathryn Schultea | 1 | 2.3 |
| 7/12/2012 | Ring Fence Server Moves and Issues, status calls, emails and discussions | Raj Perubhatla | 1 | 5.0 |
| 7/12/2012 | Infrastructure requests / Netbackup jobs / EMB / ProBiz requests / e-mail / weekly update meeting | Brandon Bangerter | 1 | 5.0 |
| 7/13/2012 | IDA Server Troubleshooting | Raj Perubhatla | 1 | 1.0 |
| 7/13/2012 | HR Interfaces Troubleshooting | Raj Perubhatla | 1 | 6.0 |
| 7/13/2012 | E-mail updates / configuration planning | Brandon Bangerter | 1 | 1.0 |
| 7/13/2012 | Correspondence received, reviewed, responded re Plan Review, Box Pull and Review | Kathryn Schultea | 1 | 3.8 |
| 7/16/2012 | Ring Fence Server Moves and Issues, status calls, emails and discussions | Raj Perubhatla | 1 | 4.0 |
| 7/16/2012 | Business application requests / backups / app updates / server moves / e-mail updates | Brandon Bangerter | 1 | 5.0 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/16/2012 | Management tools troubleshooting (Vantage, Sitescope, HPSIM) / Password updates / e-mail | Brandon Bangerter | 1 | 3.0 |
| 7/16/2012 | Correspondence received, reviewed, responded re Iron Mountain Nashville Boxes | Kathryn Schultea | 1 | 5.0 |
| 7/17/2012 | Ring Fence Server Moves and Issues, status calls, emails and discussions | Raj Perubhatla | 1 | 1.0 |
| 7/17/2012 | Conference call re: weekly updates, datacenter prep, management app updates, e-mail | Brandon Bangerter | 1 | 5.0 |
| 7/17/2012 | Onsite at Nashville Iron Mountain Box Review | Kathryn Schultea | 1 | 9.5 |
| 7/17/2012 | Documentation of Nashville trip | Kathryn Schultea | 1 | 2.0 |
| 7/18/2012 | Ring Fence Server Moves and Issues, status emails and discussions on site in RTP Data Centerr | Raj Perubhatla | 1 | 9.5 |
| 7/18/2012 | Datacenter server moves, application troubleshooting, backups, documentation, Akibia Mtg / e-mail | Brandon Bangerter | 1 | 9.5 |
| 7/19/2012 | Ring Fence Server Moves and Issues, status emails and discussions on site in RTP Data Centerr | Raj Perubhatla | 1 | 7.5 |
| 7/19/2012 | Datacenter server moves, application troubleshooting, management application testing, duplication | Brandon Bangerter | 1 | 7.5 |
| 7/20/2012 | Ring Fence Server Moves and Issues, status emails,discussions, DARE Support, BOXI Support | Raj Perubhatla | 1 | 4.0 |
| 7/20/2012 | Management tools troubleshooting (Vantage, Sitescope, HPSIM) / Password updates / e-mail | Brandon Bangerter | 1 | 4.0 |
| 7/21/2012 | Backup job configurations / updates / e-mails | Brandon Bangerter | 1 | 2.0 |
| 7/23/2012 | Ring Fence Server Moves and Issues, status emails,discussions | Raj Perubhatla | 1 | 4.0 |
| 7/23/2012 | Business and Infrastructure application accounts, passwords / testing, troubleshooting | Brandon Bangerter | 1 | 4.0 |
| 7/23/2012 | Management tools troubleshooting (Vantage, Sitescope, HPSIM) / Password updates / e-mail | Brandon Bangerter | 1 | 5.0 |
| 7/23/2012 | Correspondence received, reviewed, responded re Data Retention Systems | Kathryn Schultea | 1 | 2.5 |
| 7/24/2012 | Ring Fence Server Moves and Issues, status emails,discussions on site in RTP | Raj Perubhatla | 1 | 6.5 |
| 7/24/2012 | Final datacenter meetings and transition of responsibilities to RLKS / e-mail updates | Brandon Bangerter | 1 | 6.5 |
| 7/25/2012 | Ring Fence Server Moves and Issues, status emails,discussions on site in RTP | Raj Perubhatla | 1 | 8.0 |
| 7/25/2012 | Final ring fence projects: server builds / mgmt tools install, configure / datacenter configuration | Brandon Bangerter | 1 | 8.0 |
| 7/26/2012 | Ring Fence Server Moves and Issues, status emails,discussions on site in RTP | Raj Perubhatla | 1 | 6.5 |
| 7/26/2012 | Final ring fence projects: server builds / mgmt tools install, configure / datacenter configuration | Brandon Bangerter | 1 | 8.5 |
| 7/27/2012 | Ring Fence Server Moves and Issues, status emails,discussions and EMC Storage Configuration | Raj Perubhatla | 1 | 4.5 |
| 7/27/2012 | Conference Call re: weekly updates, san storage, ring fence updates / e-mail | Brandon Bangerter | 1 | 6.0 |
| 7/27/2012 | Correspondence received, reviewed, responded re LTD Address File | Kathryn Schultea | 1 | 1.0 |
| 7/29/2012 | Prepare review list for IM visit | Kathryn Schultea | 1 | 2.0 |
| 7/30/2012 | Iron Mountain Document Review | Raj Perubhatla | 1 | 10.0 |
| 7/30/2012 | Iron Mountain searches for STD / LTD documents | Brandon Bangerter | 1 | 10.0 |
| 7/30/2012 | Onsite - Iron Mountain - Box Reviews | Kathryn Schultea | 1 | 10.0 |
| 7/31/2012 | Iron Mountain Document Review | Raj Perubhatla | 1 | 10.0 |
| 7/31/2012 | Iron Mountain searches for STD / LTD documents | Brandon Bangerter | 1 | 10.0 |
| 7/31/2012 | Onsite - Iron Mountain - Box Reviews | Kathryn Schultea | 1 | 10.0 |
| 7/2/2012 | Livelink Database search for HR needs | Raj Perubhatla | 3 | 1.5 |
| 7/2/2012 | Correspondence received, reviewed, responded re EE Benefits | Kathryn Schultea | 3 | 3.0 |
| 7/2/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.8 |
| 7/3/2012 | Livelink Database search for HR needs | Raj Perubhatla | 3 | 3.0 |
| 7/3/2012 | Conference Call re: HR Matters | Kathryn Schultea | 3 | 1.5 |
| 7/4/2012 | Correspondence received, reviewed, re Nortel Fee Disclosures | Kathryn Schultea | 3 | 0.8 |
| 7/4/2012 | Correspondence received, reviewed, responded re EE Benefits | Kathryn Schultea | 3 | 1.0 |
| 7/6/2012 | Correspondence received, reviewed, responded re Mercer/Nortel HR Related Matters | Kathryn Schultea | 3 | 1.5 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/6/2012 | Correspondence received, reviewed, responded re Document Review research | Kathryn Schultea | 3 | 3.8 |
| 7/9/2012 | Gigdb Database Build | Raj Perubhatla | 3 | 2.0 |
| 7/10/2012 | zrtps00p configuration for Oracle, Apache, SAM, Troubleshooting and Testing | Raj Perubhatla | 3 | 4.0 |
| 7/11/2012 | Correspondence received, reviewed, responded re EE Benefits | Kathryn Schultea | 3 | 2.0 |
| 7/11/2012 | Correspondence received, reviewed, responded re Nortel LTD Participants | Kathryn Schultea | 3 | 1.8 |
| 7/12/2012 | Conference Call re: HR updates | Kathryn Schultea | 3 | 1.3 |
| 7/12/2012 | Correspondence received, reviewed, responded re Nortel Retiree/LTD Issues | Kathryn Schultea | 3 | 3.5 |
| 7/12/2012 | Correspondence received, reviewed, responded | Kathryn Schultea | 3 | 1.5 |
| 7/12/2012 | Correspondence received, reviewed, responded re VEBA Draft | Kathryn Schultea | 3 | 0.8 |
| 7/13/2012 | Conference Call re: Nortel Retiree/LTD issues | Kathryn Schultea | 3 | 1.3 |
| 7/13/2012 | Correspondence received, reviewed, responded re VEBA form | Kathryn Schultea | 3 | 1.8 |
| 7/13/2012 | Correspondence received, reviewed, responded re Retiree/LTD Discussion | Kathryn Schultea | 3 | 0.7 |
| 7/16/2012 | Searching HR PST files and moving them | Raj Perubhatla | 3 | 2.0 |
| 7/16/2012 | Conference Call re HR Matters | Kathryn Schultea | 3 | 0.8 |
| 7/16/2012 | Correspondence received, reviewed, responded re Retiree/LTD Discussion | Kathryn Schultea | 3 | 1.5 |
| 7/16/2012 | Correspondence received, reviewed, responded re QDRO | Kathryn Schultea | 3 | 0.8 |
| 7/18/2012 | Nortel - Preparation of Meeting in NY re: HR Matters | Kathryn Schultea | 3 | 4.0 |
| 7/19/2012 | Nortel - Mediation Meeting in NY on HR Matters | Kathryn Schultea | 3 | 17.0 |
| 7/23/2012 | Correspondence received, reviewed, responded re employee benefits and plans | Kathryn Schultea | 3 | 2.3 |
| 7/23/2012 | Correspondence received, reviewed, responded re LTIP | Kathryn Schultea | 3 | 1.8 |
| 7/23/2012 | Correspondence received, reviewed, responded re VEBA form | Kathryn Schultea | 3 | 0.8 |
| 7/24/2012 | Onsite RTP for HR Benefit Related Matters | Kathryn Schultea | 3 | 4.5 |
| 7/25/2012 | Onsite RTP for HR Benefit Related Matters | Kathryn Schultea | 3 | 9.0 |
| 7/26/2012 | Onsite at RTP re: Update and HR Meetings | Kathryn Schultea | 3 | 7.5 |
| 7/27/2012 | HR EV5 Benefits Annual Enrollment Confirmation Statements | Raj Perubhatla | 3 | 5.5 |
| 7/27/2012 | Conference Call re Committee | Kathryn Schultea | 3 | 1.0 |
| 7/27/2012 | Conference Call re Nortel HR Matters | Kathryn Schultea | 3 | 2.5 |
| 7/27/2012 | Monthly Fee Application Work | Kathryn Schultea | 4 | 6.0 |
| 7/8/2012 | Non-Working Travel - Houston to Raleigh | Mary Cilia | 5 | 6.5 |
| 7/8/2012 | Non-working travel: HOU - RTP | Brandon Bangerter | 5 | 5.5 |
| 7/8/2012 | Non-working travel from Houston to Raleigh | Kathryn Schultea | 5 | 4.5 |
| 7/10/2012 | Non-working travel: RTP - HOU | Brandon Bangerter | 5 | 5.5 |
| 7/10/2012 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 4.5 |
| 7/11/2012 | Non-Working Travel - Raleigh to Houston | Mary Cilia | 5 | 7.5 |
| 7/17/2012 | Non Working Travel from Hou to RTP | Raj Perubhatla | 5 | 5.5 |
| 7/17/2012 | Non-working travel: HOU - RTP | Brandon Bangerter | 5 | 5.5 |
| 7/17/2012 | Non-working travel from Houston to Nashville TN | Kathryn Schultea | 5 | 3.5 |
| 7/17/2012 | Non-working travel from Nashville TN to Houston | Kathryn Schultea | 5 | 1.5 |
| 7/18/2012 | Non-working travel from Houston to NYC | Kathryn Schultea | 5 | 4.5 |
| 7/19/2012 | Non Working Travel from RTP to Hou | Raj Perubhatla | 5 | 5.5 |
| 7/19/2012 | Non-working travel: RTP - HOU | Brandon Bangerter | 5 | 5.5 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/20/2012 | Non-working travel from NYC to Houston | Kathryn Schultea | 5 | 4.5 |
| 7/24/2012 | Non Working Travel from Hou to RTP | Raj Perubhatla | 5 | 5.5 |
| 7/24/2012 | Non-working travel: HOU - RTP | Brandon Bangerter | 5 | 5.5 |
| 7/24/2012 | Non-working travel from Houston to Raleigh | Kathryn Schultea | 5 | 4.5 |
| 7/26/2012 | Non Working Travel from RTP to Hou | Raj Perubhatla | 5 | 5.5 |
| 7/26/2012 | Non-working travel: RTP - SLC | Brandon Bangerter | 5 | 6.0 |
| 7/26/2012 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 4.5 |
| 7/29/2012 | Non Working Travel from Hou to RTP | Raj Perubhatla | 5 | 5.5 |
| 7/29/2012 | Non-working travel: SLC - RTP | Brandon Bangerter | 5 | 6.0 |
| 7/29/2012 | Non-working travel from Houston to Raleigh | Kathryn Schultea | 5 | 2.5 |
| 7/2/2012 | Claims Database Changes Discussions about Address Management | Raj Perubhatla | 6 | 1.5 |
| 7/2/2012 | Claims Database Administration | Raj Perubhatla | 6 | 3.0 |
| 7/2/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.5 |
| 7/2/2012 | EPIQ Update Review of New Claims and Database Population | Mary Cilia | 6 | 2.3 |
| 7/2/2012 | Service Address Project | Mary Cilia | 6 | 1.5 |
| 7/2/2012 | Conference Call and Prep/Follow-up with HR re: Settlement Letters | Mary Cilia | 6 | 1.8 |
| 7/3/2012 | Claims database administration | Raj Perubhatla | 6 | 2.0 |
| 7/3/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 7/3/2012 | Claims Review and Research - Employee Claims | Mary Cilia | 6 | 6.3 |
| 7/3/2012 | Settlement Letter Calls - follow-up and discussions with HR | Mary Cilia | 6 | 1.3 |
| 7/3/2012 | Correspondence received, reviewed, responded re Nortel Claims | Kathryn Schultea | 6 | 2.4 |
| 7/5/2012 | Modifications to Claims Reports | Raj Perubhatla | 6 | 3.0 |
| 7/5/2012 | Claims Database Updates to support the new Report changes | Raj Perubhatla | 6 | 4.5 |
| 7/5/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 7/5/2012 | Claims Reporting and Database - Claim Review and Analysis | Mary Cilia | 6 | 10.5 |
| 7/5/2012 | Settlement Letter Drafting | Mary Cilia | 6 | 2.3 |
| 7/5/2012 | Claims reporting | Richard Lydecker | 6 | 1.5 |
| 7/5/2012 | Correspondence received, reviewed, responded re Claims Discussion | Kathryn Schultea | 6 | 3.2 |
| 7/6/2012 | Claims Database Updates to support the new Report changes | Raj Perubhatla | 6 | 4.5 |
| 7/6/2012 | Claims Reporting and Database - Claim Review and Analysis | Mary Cilia | 6 | 5.5 |
| 7/6/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 7/6/2012 | Claims reporting | Richard Lydecker | 6 | 2.0 |
| 7/9/2012 | Project List Update and Review with Jane Davison | Mary Cilia | 6 | 2.0 |
| 7/9/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 7/9/2012 | Meeting with HR Regarding Settlement Letter Calls Received | Mary Cilia | 6 | 0.5 |
| 7/9/2012 | Claims Review and Research - Employee Claims | Mary Cilia | 6 | 2.3 |
| 7/9/2012 | Follow-up Call Center Calls to former employees re: Settlement Letters | Mary Cilia | 6 | 2.3 |
| 7/9/2012 | Review and Update of Project Status Log with Jane Davison | Mary Cilia | 6 | 1.8 |
| 7/10/2012 | Claims Database Design and Analysys | Raj Perubhatla | 6 | 2.0 |
| 7/10/2012 | Claims Review and Research - Employee Claims | Mary Cilia | 6 | 2.0 |
| 7/10/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/10/2012 | Meeting with Daniel Ray and Coley Brown and follow-up on Open Items re: benefit plan claims | Mary Cilia | 6 | 2.3 |
| 7/10/2012 | Follow-up Call Center Calls to former employees re: Settlement Letters | Mary Cilia | 6 | 0.8 |
| 7/10/2012 | Service Address Project | Mary Cilia | 6 | 2.5 |
| 7/11/2012 | zrtps00p configuration for Oracle, Apache, SAM, Troubleshooting and Testing | Raj Perubhatla | 6 | 5.0 |
| 7/11/2012 | Claims Database Design and Analysys | Raj Perubhatla | 6 | 1.5 |
| 7/11/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 7/11/2012 | Equity claim analysis review with Jane Davison | Mary Cilia | 6 | 0.8 |
| 7/11/2012 | Meeting with Jane Davison to Review Status of Open Miscellaneous Employee Claim Assertions | Mary Cilia | 6 | 3.5 |
| 7/11/2012 | Meeting with Jane Davison to Discuss New Claims Reporting Template | Mary Cilia | 6 | 1.0 |
| 7/11/2012 | Review of Severance Calculations to Update Database | Mary Cilia | 6 | 1.8 |
| 7/12/2012 | Claims Database Design and Analysys | Raj Perubhatla | 6 | 4.0 |
| 7/12/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.8 |
| 7/12/2012 | Follow-up Call Center Calls to former employees re: Settlement Letters | Mary Cilia | 6 | 1.3 |
| 7/12/2012 | Claims Reporting and Database - Claim Review and Analysis | Mary Cilia | 6 | 3.3 |
| 7/12/2012 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 1.5 |
| 7/13/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 7/13/2012 | Claims Review and Research - Employee Claims | Mary Cilia | 6 | 1.8 |
| 7/13/2012 | Correspondence received, reviewed, responded re EE Claims Issues | Kathryn Schultea | 6 | 2.0 |
| 7/16/2012 | Claims Database Design, Analysys, Administration and Epiq files load | Raj Perubhatla | 6 | 2.0 |
| 7/16/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 7/16/2012 | Claims Review and Research - Employee Claims | Mary Cilia | 6 | 2.8 |
| 7/16/2012 | Analysis and Preparation of Requested Claim Status Reports | Mary Cilia | 6 | 2.8 |
| 7/16/2012 | Follow-up Call Center Calls to former employees re: Settlement Letters | Mary Cilia | 6 | 3.8 |
| 7/17/2012 | Epiq Files Load | Raj Perubhatla | 6 | 4.0 |
| 7/17/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 7/17/2012 | Analysis and Preparation of Requested Claim Status Reports | Mary Cilia | 6 | 6.8 |
| 7/17/2012 | Conference Call and Prep/Follow-up re: Non-employee Claims Status | Mary Cilia | 6 | 1.3 |
| 7/17/2012 | Claims Review and Research - Employee Claims | Mary Cilia | 6 | 1.8 |
| 7/17/2012 | Claims | Richard Lydecker | 6 | 0.5 |
| 7/17/2012 | Claims reporting | Richard Lydecker | 6 | 0.5 |
| 7/18/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 7/18/2012 | Analysis and Preparation of Requested Claim Status Reports | Mary Cilia | 6 | 5.3 |
| 7/18/2012 | Claims Review and Research - Employee Claims | Mary Cilia | 6 | 1.8 |
| 7/18/2012 | Analysis of Fourth Estate Settlement and Preparation of Report Regarding Affected Claims | Mary Cilia | 6 | 2.3 |
| 7/19/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 7/19/2012 | Claims Review and Research - Employee Claims | Mary Cilia | 6 | 2.3 |
| 7/19/2012 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 1.0 |
| 7/19/2012 | Review of Potential Employee Claims for Omnibus Objection | Mary Cilia | 6 | 4.5 |
| 7/19/2012 | Review and Analysis Regarding Certain Preference Actions and Proposed Resolutions | Mary Cilia | 6 | 1.0 |
| 7/20/2012 | Modifications to Claims Reports and Database | Raj Perubhatla | 6 | 4.0 |
| 7/20/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/20/2012 | Conference Call and Prep/Follow-up re: Employee Claims | Mary Cilia | 6 | 2.5 |
| 7/20/2012 | Claims Review and Research - Employee Claim Info for Reporting | Mary Cilia | 6 | 0.5 |
| 7/20/2012 | Claims/model | Richard Lydecker | 6 | 1.0 |
| 7/23/2012 | Claims Database Updates | Raj Perubhatla | 6 | 4.0 |
| 7/23/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 7/23/2012 | Conference Call and Follow-up re: Fourth Estate Settlement | Mary Cilia | 6 | 1.3 |
| 7/23/2012 | Review of Updated Severance File and related database updates | Mary Cilia | 6 | 1.3 |
| 7/23/2012 | Analysis and Preparation of Requested Claim Status Reports | Mary Cilia | 6 | 5.5 |
| 7/23/2012 | Claims Review and Research - Employee Claims | Mary Cilia | 6 | 5.3 |
| 7/23/2012 | Claims/model | Richard Lydecker | 6 | 2.5 |
| 7/24/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 7/24/2012 | Follow-up re: Certain Preference Actions and Proposed Resolutions | Mary Cilia | 6 | 1.8 |
| 7/24/2012 | Follow-up Re: Fourth Estate Settlement | Mary Cilia | 6 | 0.7 |
| 7/24/2012 | Follow-up Analysis re: Potential Employee Claims for Omnibus Objection | Mary Cilia | 6 | 3.5 |
| 7/24/2012 | Follow-up re: Various issues and inquiries regarding Settlement Letters | Mary Cilia | 6 | 2.3 |
| 7/24/2012 | Claims/model | Richard Lydecker | 6 | 1.5 |
| 7/25/2012 | Claims Review and Research - Employee Claims | Mary Cilia | 6 | 1.5 |
| 7/25/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 7/25/2012 | Analysis and Preparation of Requested Claim Status Reports | Mary Cilia | 6 | 9.8 |
| 7/25/2012 | Claims reporting | Richard Lydecker | 6 | 1.0 |
| 7/25/2012 | Claims/model | Richard Lydecker | 6 | 0.8 |
| 7/25/2012 | State tax claims | Richard Lydecker | 6 | 1.0 |
| 7/25/2012 | Claims reporting | Richard Lydecker | 6 | 1.0 |
| 7/26/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 7/26/2012 | Conference Call and Follow-up re: Requested Claims Status Reports | Mary Cilia | 6 | 1.5 |
| 7/26/2012 | Claims Review and Research - Employee Claims | Mary Cilia | 6 | 6.3 |
| 7/26/2012 | Claims/model | Richard Lydecker | 6 | 1.4 |
| 7/27/2012 | Claims Review and Research - Accrued Deposits/ Claims | Mary Cilia | 6 | 1.8 |
| 7/27/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 7/27/2012 | Claims Review and Research - Employee Claims | Mary Cilia | 6 | 4.0 |
| 7/30/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 7/31/2012 | Claims Review and Research - Employee Claims | Mary Cilia | 6 | 2.5 |
| 7/31/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 7/9/2012 | State tax issues | Richard Lydecker | 7 | 1.0 |
| 7/9/2012 | Tax projects review | Richard Lydecker | 7 | 0.8 |
| 7/10/2012 | NC reapportionment | Richard Lydecker | 7 | 0.5 |
| 7/10/2012 | Touch point call | Richard Lydecker | 7 | 0.5 |
| 7/10/2012 | State tax issues | Richard Lydecker | 7 | 0.5 |
| 7/11/2012 | State tax issues | Richard Lydecker | 7 | 1.0 |
| 7/13/2012 | EY update call | Richard Lydecker | 7 | 1.0 |
| 7/13/2012 | Tax projects review | Richard Lydecker | 7 | 1.0 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/17/2012 | State tax call with Cleary | Richard Lydecker | 7 | 0.5 |
| 7/18/2012 | State tax issues | Richard Lydecker | 7 | 0.8 |
| 7/20/2012 | EY update call | Richard Lydecker | 7 | 1.0 |
| 7/23/2012 | NC reapportionment | Richard Lydecker | 7 | 1.5 |
| 7/23/2012 | NC reapportionment conference call | Richard Lydecker | 7 | 0.8 |
| 7/23/2012 | Correspondence received, reviewed, responded re IRA's discussion | Kathryn Schultea | 7 | 0.7 |
| 7/25/2012 | NC apportionment | Richard Lydecker | 7 | 1.0 |
| 7/26/2012 | NC apportionment | Richard Lydecker | 7 | 1.0 |
| 7/26/2012 | NC apportionment | Richard Lydecker | 7 | 0.5 |
| 7/27/2012 | EY update call | Richard Lydecker | 7 | 0.8 |
| 7/29/2012 | Tax projects review | Richard Lydecker | 7 | 1.0 |
| 7/30/2012 | Tax projects review | Richard Lydecker | 7 | 1.0 |
| 7/30/2012 | NC apportionment | Richard Lydecker | 7 | 0.5 |
| 7/30/2012 | NC apportionment | Richard Lydecker | 7 | 0.8 |
| 7/31/2012 | NC apportionment | Richard Lydecker | 7 | 1.0 |