# EXHIBIT B

## EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
July 1, 2012 through July 31, 2012

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $ 16,151.09 |
| Travel – Lodging | 5,896.89 |
| Travel – Transportation | 2,577.91 |
| Travel – Meals | 972.98 |
| Office Expenses | 264.83 |
| TOTAL | $ 25,863.70 |

# Nortel Expense Report

PERIOD: July 1, 2012 through July 31, 2012

| Date | Description | Air | Lodging | Meals | Transportation | Offi |
|---|---|---|---|---|---|---|
| 7/8 - 7/11 | Travel Houston/Raleigh | $ 1,920.10 | $ 640.71 | $ 403.75 | $ 168.00 | |
| 7/8 - 7/11 | Travel Houston/Raleigh | $ 1,780.10 | $ 381.94 | $ 79.64 | $ 429.99 | $ |
| 7/8 - 7/11 | Travel Houston/Raleigh | $ 1,004.10 | $ 381.94 | $ 101.38 | $ 39.00 | |
| 7/17 | Travel Houston/Nashville | $ 869.39 | | | $ 180.22 | $ |
| 7/17 - 7/19 | Travel Houston/Raleigh | $ 955.10 | $ 472.34 | $ 115.92 | $ 154.05 | |
| 7/17 - 7/19 | Travel Houston/Raleigh | $ 1,008.10 | $ 509.38 | | $ 184.00 | |
| 7/18 - 7/20 | Travel Houston/New York | $ 1,708.20 | $ 1,083.34 | $ 113.94 | $ 419.20 | |
| 7/24 - 7/26 | Travel Houston/Raleigh | $ 1,355.10 | $ 427.14 | | $ 234.50 | |
| 7/24 - 7/26 | Travel Houston/Raleigh | $ 1,226.40 | $ 359.34 | $ 139.99 | $ 152.40 | |
| 7/24 - 7/26 | Travel Houston/Raleigh | $ 900.10 | $ 359.34 | | $ 184.00 | |
| 7/29 - 7/31 | Travel Houston/Raleigh | $ 984.10 | $ 427.14 | | $ 234.50 | |
| 7/29 - 7/31 | Travel SLC/Raleigh | $ 1,477.20 | $ 427.14 | $ 18.36 | $ 106.05 | |
| 7/29 - 7/31 | Travel Houston/Raleigh | $ 963.10 | $ 427.14 | | $ 92.00 | $ |
| | | | | | | |
| | | $ 16,151.09 | $ 5,896.89 | $ 972.98 | $ 2,577.91 | $ |