Brent Beasley<br>
541 Ammons Rd<br>
Dunn, NC 28334

Cleary, Gottlieb, Steen and Hamilton LLP,

Please consider this notification I, Brent Beasley, will be appearing in court at the 10:00am court for "Motion to file under Seal Certificates of Service Related to LTD Employees" via CourtCall representing myself.

Case Name and Number: Nortel Networks Inc. 09-10138 (KG)
Name of Judge: Honorable Kevin Gross
Hearing Date and Time: Next relevant hearing Wednesday August 22, 2012 10:00am (ET) – "Motion to File Under Seal Certificates of Service Related to LTD Employees"

Name of Participant: Brent Beasley
Address of Participant: 541 Ammons Rd
                        Dunn, NC 28334
Phone Number: (910) 230-0588

Party whom participant represents: Self

Will be making an "Appearance".

Best Regards,

*[signature]*
Brent Beasley