# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al#* | Case No. 09-10138 (KG) |
| The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel. | Jointly Administrated<br><br>**Objection Deadline: October 5, 2012**<br>**Hearing Date: .Commencing the Week of November 12, 2012 (To be Determined)**<br>**Re: Docket No. 8067** |
| Debtors. | |

## Objection to Motion to Terminate LTD Benefits Docket No. 8067

I John J. Rossi Pro Se of the above-captioned debtors and debtors-in-possession (Nortel Networks, hereby submits this motion for Objection To Terminate LTD Benefits. In support of this Objection, John J. Rossi respectfully represents as follows:

P

## **BACKGROUND**

1. I was hired in 1996. I was promoted in 1997 and moved by Nortel to Montana at their request. I was not only a site team leader on switching side I was then moved to Broadband and made a site team leader and was a hardware and software tester. I have a number of letters where I was complemented by Managers and Engineers for my work. Exhibit A

2. I won Top Gun award in 1999. I was then recruited by the RVC and promoted by them.

3. I also worked on Switch and Fiber side of company.

4. I won the Voyager Top Tier award in 2000 where only 2% of all Nortel workers World Wide when on trip.

5. I was with the RVC ( Remote Validation Center) I was a Tele worker an worked out of home. Managed Team of testers and flew when needed. I was responsible for fiber networks over Millions of dollars it was my group which validated all testing an builds. I also went to Canada were I worked in lab for one of a kind cuts an fixes for MOR plus systems where we split the light an used red an blue bands to transmit data in both directions. I flew all over in country and out.

6. In my SPD it states that I will receive benefits to 65. My Prudential documents are all up to date where I was reevaluated almost ever two years. It will show I was never going to work again. I went out in 4/2001 due to spinal/back injury, and Hep C liver damage which comes from Southeast Asia from my time in the service.

P

7. I also have letter from Prudential where I met all requirements for disability and where I was reevaluated by over 5 different doctors from 3 different states and all said there was no cure for myself,. See Exhibit B. I also have letter which states they were the **carrier** for Nortel which was used to show creditors my ability to repay loans. Exhibit C at paragraph _1_. Though the Debtors like to say that there are many of us that will get better, I know my fellow disabled employees and none of us will ever be able to work again. If we could we would go back to work tomorrow.

This alone seems so wrong as either they misrepresented to me or they did to my lenders.

8. I obtained this letter from a David Moran who was my case manager at Prudential. For Nortel. As Nortel Networks carrier. For just this reason to show a lender my income.

9. On my W-2 to the I.R.S. it shows Prudential Insurance Co. in Employer's name. See Exhibit F.

### **RELIEF REQUESTED**

I asked Your Honor to grant me my objection and make Nortel Not terminate

3

P

benefits. I also ask the court to have Nortel pay me the monies taken from me for my youngest son as an offset of benefits who did not live in my household and was loco parentis. At $613 a month for years 2004-2006. If Your Honor decides that the plan must be terminated, I should be given a claim for the benefits I would have received until I turn 65. I also request that the Debtors give the disabled employees an offer like the retirees got. It seems unfair that we are treated as active employees - this was only done so that Nortel could get a tax break – to use that to keep us from being treated fairly, with all we did for this company, it was Myself and other employees who though our hard work and attention to detail made Nortel worth 9 Billion dollars not the Bond Holders or lawyers, just doesn't seem right. I fought this all the way to 2011 and I would like relief.

## BASIS FOR RELIEF

Nortel has not acted in good faith and may even have used gray area in these matters. I ask that all the promises Nortel made to me be kept. I feel Nortel has not produced documents that show my situation, example, I went out in 2001 and Nortel is quoting 2004. Nortel has not worked with the committee that you set up they have tried to confuse the whole thing from start. They blocked any information we the LTD group could have and only as of the Hearing on July 11,2012 where we allowed to even ask them a question let alone get an answer. I also have a letter from Nortel's HR wherein it states now they are fully insured and doesn't this show how Nortel knew they were wrong for self insuring back (see Exhibit D) when they had over 90K employees.

10.     With all due respect, your Honor has been kept in the dark like a

4

P

mushroom by what Nortel has put in their motion to terminate benefits. So let me clear some of the fog. My letter and my SPD say I am to collect LTD till 65 it doesn't say in it at all what Nortel represented and it is not even the year I went out on it an to change it now it a breach of contract with me and others. I am including my SPD and letter for your Honor to read. Exhibit A and Exhibit B. In my SPD it indicates that see pages 11-16 no where in it does it say any of my benefits can be terminated and see first line of chart page 16, under 60 I am to be paid to 65.

11. I have seen from court documents that the amount of funds spent by the Debtors and Unsecured Creditors Committee on just lawyers would more than pay for our LTD benefits. The bond holders and the Unsecured Committee in a hearing I attended by phone said on July 11, 2012, where one lawyer says "what's a billion dollars among friends" made me so angry. If that is the case then why not have Nortel pay us at 100% which would come to less than 1% of total funds held as according to news reports is close to 9 Billion dollars.

12. I to this day pay for long term disability see Exhibit E. which is deducted from my benefit amount. I had a liver Transplant in 2010 and will be on anti rejection meds till the end of my life. I also have surgery coming up to close a tear inside of me which I was told will have me unable to do anything for 6 weeks an to be ready for pain. I am over 60 years old.

13. I think Nortel has violated my contract. I worked for them and paid premiums and they are now trying to go back on the deal. The plan governing my year says I will be paid till 65 unless I go back to work or am not disabled see plan document SPD Exhibit B . I also received other letters and notices and information from Nortel that said I objected to the offset for my youngest son (see Exhibit K.) where letter was sent to wrong address an never was

5

P

received by Me. I asked for the certified copy of where it was sent and I just got a letter that said I did when I do not remember of ever seeing it so I asked for it and sent emails and to this day have not received anything to show I did get it. It is Nortel who seems to not send items asked for to make it hard for any of us on LTD to get documents to defend our claim this even happen to our lawyers it seems.

14. I am not an active employee. I don't clock in or work yet Nortel has it where I am, if this is so then I would like to be covered by their New Fully Insured Policy they have with Met Life. See Exhibit I. And where it says on pages 25-30 that if I was covered on a policy that is no more I can be on this one. Nortel cannot have it both ways your Honor.

15. I still pay premiums 5.75 per pay.

16. I am disabled and paid premiums and have jumped through all the hoops under my insurance policies with Nortel – they can't stop paying on a claim. I think according to my plan that they can even stop coverage if you had a new disability – say you got into an accident next year – maybe they can stop the plan, but once you are disabled - they are on the hook.

17. As a consumer/employee don't I get some protection from a company that was acting like an insurance company? What about my premiums? What ever happen too Ethics? Where they kept somewhere, what happened to them? Why did they hide this from us? In Exhibit D. letter from Nortel HR dated 2010 shows that they had smaller amount of people and that was why there had to pay more for STD and LTD. See also letter from Prudential Exhibit B. where they claim to be carrier for Nortel no where does it say Nortel is the insurer.

6

P

And never at any benefit meeting or from Nortel did they say it was self insured. See Exhibit L.

18. I tried from 2003 to 2011 to get the offset for my youngest son taken care of. I went though all appeals and followed all the rules then I am told now they are protected by this Bankruptcy see letter from Megan Fleming-Delacruz Exhibit F. Also you will see that I tried to get this matter fixed in Sept 9,2003 and 2005.

19. Your Honor, because I need uninterrupted care I also ask that you consider my claims and rule that Nortel has to pay these claims or have them continue paying my benefits under the Visteon case until I have had time to submit what the Court needs to hear my claims. Terminating without me having my day in Court could lead to crippling illness and possibly death.

20. The Debtors either don't care or benefit from being able to terminate by year's end because it might be inconvenient for them. I don't see anything in their papers about what happens to us once the benefits stop. They are also trying to force us to retire, but there are serious complications with the PBGC which isn't ready for us. As I spoke to a number of people at PBGC who state nothing can be done till termination of LTD this will cause a hardship as it takes time for them to get things in order. Even to this date August 6 2012 I called an no response. Also, my retirement benefits are less than my income continuation and they get diluted if I take retirement early – shouldn't I have a claim for the difference? Why am I being forced into retirement and then getting hit financially all for the convenience of a company that isn't in business? I cannot give numbers because I cannot find out anything from the PBGC see Exhibit G. Where I even have my Senator S. Brown sending letters to get the PBGC to help me.

7

P

21. My POC is on file with the Court claim number 8294 and in here is chart see Exhibit H.

## NOTICE

Notice of this Motion has been provided to (a) counsel to the Debtors; (b) counsel to the Creditors' Committee; (c) counsel to the Retirees Committee; (d) the United States Trustee for the District of Delaware; and (e) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware_via first class mail or through the Court's electronic filing system. I, John J. Rossi respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, John J Rossi respectfully requests the entry of an Order, in the form attached herewith, Benefits to be enforced till 65 of LTD.

Dated: 8/15/2012

John J. Rossi
1568 Woodcrest Dr.
Wooster, Ohio 44691
Telephone: 330-264-7737
Facsimile: 330-264-7737
Email: jrossi91@gmail.com]

*Appearing Pro Se*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

8

P

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al* | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |

### ORDER GRANTING OBJECTION to TERMINATION of BENEFITS]

Upon consideration of the *Objection John J. Rossi* _____ (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted/

ORDERED that Nortel will provide an allowed claim in the amount of $262,690.18

ORDERED that Nortel will continue to pay my benefits until they close their bankruptcy case.

ORDERED that Nortel pay $18972.00 for offset for youngest son.

Dated: _____,
2012
   Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE