# Exhibit B

# Prudential Financial

**Group Disability Insurance
Attending Physician's Statement**

**Employee Last Name:** Rossi

**Social Security Number:** 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

## Attending Physician Information (Cont'd)

**Was Claimant hospital confined?** ☐ Yes ☒ No

If Yes, please provide name and address of hospital: _____

**If hospitalized, give dates:**
From: __/__/____
To: __/__/____

### Other Treating Physicians or Consultants

| Physician Name | Specialty | Phone Number |
|---|---|---|
| Dr. Edwards | Primary Doctor | |
| Liver Specialist | Cleveland Clinic | |

**Do you feel the claimant is competent to endorse checks and direct the use of proceeds?** ☒ Yes ☐ No

**Nature of Medical Impairment / Limitation** (Please specify nature of corresponding loss of function)
Chronic Hepatitis C - Cirrhosis.
Degenerative Disc Disease

**Date when significant loss of function occurred:** 06/19/1998 (approx)

**Are there Corresponding Medical Restrictions** (i.e., What activities should the claimant not perform because of a significant risk to self or others?)
Weight restriction < 10 lbs
Lifting restriction < 10 lbs
Climbing, pulling, squatting

**Prognosis for Return to Function / Return to Work:** Poor

**Return to Work Plan** (Please describe): Unable to return to work.
**Target Date:** __/__/____


*103B02*

| CBCInnovis<br>P.O. BOX 1838<br>COLUMBUS OH 43215-1838 | **CBCInnovis** | Phone: 800-206-0760<br>Fax: 800-694-3273 |
|---|---|---|

## INFILE CREDIT REPORT

| PREPARED FOR:<br>CROSS COUNTRY MORTGAGE INC<br>1200 SNOW RD UNIT #9<br>(CLIENT #51901)<br>PARMA OH 44130<br>ATTENTION:<br>EILEEN CZECHANSKI | REPORT TYPE: JOINT | COMPUTER ID #:<br>112130814185700<br>LENDER CASE #:<br>ROSSIJOHN | DATE RECEIVED: 11/03/08<br>DATE COMPLETED: 11/03/08 |
|---|---|---|---|

| APPLICANT | EMPLOYMENT INFORMATION |
|---|---|
| **INPUT INFORMATION:**<br>NAME: JOHN ROSSI<br>SSN: 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       DOB: 01/18/52<br>1568 WOODCREST DR<br>WOOSTER OH 44691<br>HOME PHONE: 330-264-7737<br><br>**CURRENT ADDRESS:**<br>1568 WOODCREST DR<br>WOOSTER OH 44691<br>SINCE: 08/05<br><br>**PREVIOUS ADDRESS:**<br>6824 HWY 312<br>BILLINGS MT 59105<br>FROM: 07/01/05<br><br>**PREVIOUS ADDRESS:**<br>33 PO BOX 33<br>WOOSTER OH 44691 | **PRESENT EMPLOYMENT:**<br>NORTEL NETWORKS<br><br>FROM: 06/05/08<br>POSITION:    DISABILITY<br><br>**PREVIOUS EMPLOYMENT:**<br>MT AUGUSTINE<br><br>FROM: 03/01/93 |

| CO-APPLICANT | CO-APPLICANT'S EMPLOYMENT |
|---|---|
| **INPUT INFORMATION:**<br>NAME: CHERYL ROSSI<br>SSN: 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       DOB: 06/17/54<br>1568 WOODCREST DR<br>WOOSTER OH 44691<br>HOME PHONE: 330-264-7737<br><br>**CURRENT ADDRESS:**<br>1568 WOODCREST DR<br>WOOSTER OH 44691<br>SINCE: 07/05<br><br>**PREVIOUS ADDRESS:**<br>6824 HYW #312<br>BILLINGS MT 59105<br>FROM: 07/31/05<br><br>**PREVIOUS ADDRESS:**<br>80223 PO BOX 80223<br>BILLINGS MT 59108<br>FROM: 07/05 | **PRESENT EMPLOYMENT:**<br>COMM ACTION WAYNE MEDINA<br><br>FROM: 06/04/08<br><br>**PREVIOUS EMPLOYMENT:**<br>MEDINA COUNTY DHS<br><br>FROM: 07/01/95<br>POSITION:    DAY CARE COOR |

**PAGE 1**