# Exhibit C

AUG 26 '03 13:21 FR PRUDENTIAL        9735487859 TO 914063735442        P.02/02

Claim Services Provided by
The Prudential Insurance Company of America

**David Moran**
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101

Phone: (800) 842-1718 Ext: 5598
Fax: (877) 889-4885
Hours: 07:00 AM  03:00 PM

August 26, 2003

John Rossi
6824 U.S. Highway 312
Billings, MT  59105

Claimant: John Rossi
Control #/Br: 39900 / 000RB
Claim #: 10426721
Date of Birth: 01/18/1952

*Via TeleFAX: (406) 373-5442*

Dear Mr. Rossi:

As requested, this letter is to confirm that Prudential Insurance Company is the Long Term Disability (LTD) carrier for Nortel Networks, Inc. You became entitled to receive a monthly LTD benefit as of October 29, 2001.

Provided that your income from other sources does not change and you continue to have a Total Disability as defined in the Nortel Networks, Inc. Group LTD Plan, you will continue to remain eligible to receive these benefits, but not beyond the attainment of age 65.

If you have any questions regarding this matter, please contact our office at 1-(800) 842-1718, extension 5598.

Sincerely,

David Moran
Disability Consultant

cc:   Nortel Networks

** TOTAL PAGE.02 **