# Exhibit D

**From:** Office of, ElenaKing (APORT:8442)
**Sent:** Monday, October 25, 2010 9:34 AM
**To:** All U.S. employees
**Subject:** Benefits Annual Enrollment Update

The Benefits Annual Enrollment process for 2011 will take place a bit later than usual this year: from November 29 through December 8. We pushed it back to give us time to ensure we've put together the best offering possible - one that preserves the core set of benefits at a reasonable price, despite the fact that we're a much smaller organization with considerably reduced buying power on the benefits front.

The purpose of this communication is to provide you with a preview of what's coming. I encourage you to take time this year to consider whether the options you've selected in the past are still right for you and to explore other options that may be available to you through spousal plans.

Some important points about the 2011 program:

- **Health benefit options will remain the same:** We have succeeded in maintaining the same core set of medical, dental and vision benefit options that we currently provide. However, cost of premiums will rise. Some of the increase is driven by the fact that small companies can't benefit from the economies of scale available to companies with larger employee populations. But rising health care costs are also a big factor driving increases in health benefit premiums for employers and employees across the industry. Both you and the company will pay approximately 22% more for your benefits this year if you stay with last year's choices.
- **Life insurance options will remain the same:** There are no changes to the core, dependent and optional life insurance programs, and no rate increases this year.
- **New fully insured long-term disability (LTD) plan:** Employees who are actively at work on January 1, 2011, and who work more than 20 hours a week may be eligible to participate in a new fully insured LTD plan. <u>**"Fully insured" means that employees who meet the eligibility requirements and go on LTD will see these benefits continue after Nortel ceases operation.**</u> The LTD payments would be 50% of pre-disability earnings to a maximum of $5,000/month. This program is provided at no cost to the employee and there is no buy-up option.
- **Short-term disability (STD) buy-up option discontinued:** The optional buy-up benefit for STD will no longer be available. The core coverage at 100% of salary for the first six weeks and 66⅔% for the remaining 20 weeks remains unchanged.
- **Flexible Spending Accounts (FSA)/Health Care and Dependent Care Reimbursement Accounts discontinued:** We will not be offering these plans in 2011. You will continue to have access to any funds left in your 2010 FSA accounts, subject to current eligibility and plan rules and deadlines.
- **Medical Benefits Abroad Plan limited to business travel:** Personal travel, part-time employees and dependents will no longer be covered. Employees traveling on business will continue to receive the same coverage levels.
- **Minor plan changes to reflect evolving legislation:** Nationally, planned health care reform changes are being phased-in gradually between now and 2014. For 2011, lifetime

maximums for out-of-network benefits have been eliminated, and dependent coverage has been expanded to age 26 (unless the dependent has access to insurance at his or her work). New legislation prohibits group health plans from being more restrictive about mental health and substance abuse coverage than they are for other medical benefits.

Please remember that if your spouse or domestic partner does not have access to other employer-provided medical coverage, you need to "certify" that fact every year during the enrollment period to avoid paying the $50-per-pay-period access fee for spousal coverage.

Once again, given these changes, I encourage you to pay special attention this year to evaluating your options and making the right choices for you and your family. Be on the look-out for an email with enrollment information on November 12, 2010. If you have any questions in the interim, please contact HR Shared Services at 1-919-905-9351 (ESN 355) or toll-free 1-800-676-4636.

Elena King

Senior Vice President, Human Resources