# Exhibit   E

 NORTEL

**United States Benefits**
**Personalized Enrollment Worksheet**

This worksheet shows your eligible Benefits selections. Your current Benefits selections are marked with a *. Before you start, please review the enrollment materials. They include details on eligibility, Benefits Earnings, tax implications, making changes and other important information.

See your enrollment materials for further details.

| | |
|---|---|
| Name: | John Rossi |
| Global ID: | 0510503 |
| Date of Birth: | 01/18/1952 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 64792.00 |
| Event: | Annual Enrollment |
| Prepared On: | 10/19/2009 |

Your current Benefit coverage (if available) is noted on pages 1, 2, 3, and 4.

## AFTER-TAX SELECTIONS

| Medical<br>(Any negative costs represent Benefit Credit Income to you) | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| * 80/60 PPO, Anthem | $ 21.06 | $ 45.49 | $ 62.51 | * $ 93.78 |
| 90/70 PPO, Anthem | $ 34.37 | $ 76.96 | $ 99.41 | $ 153.35 |
| Waived Medical | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ _____ (a)

Does your spouse/DP have access to employer-provided medical coverage elsewhere?        ___ yes ___ no
If you choose yes, a spousal/DP bi-weekly access fee of $50 will apply. See Enrollment Guide for additional information.

Bi-weekly Fee: $ _____ (b)

| Dental/Vision/Hearing Care | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| Dental/Vision/Hearing,  Comp | $ 4.61 | $ 9.33 | $ 9.44 | $ 14.18 |
| * Dental/Vision/Hearing,  Plus | $ 9.29 | $ 18.70 | $ 18.84 | * $ 28.26 |
| Dental/Vision/Hearing,  Waived | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ _____ (c)

**Health Care Reimbursement Account**                    Minimum    Maximum

You are not eligible to participate in this benefit at this time.                    Annual Contribution: _____ (d)

**Dependent Care Reimbursement Account**                    Minimum    Maximum

You are not eligible to participate in this benefit at this time.
Annual Contribution: $ _____ (e)

**Page 1 Subtotal: Cost Per-Pay-Period**
Add the amounts shown above (a through e) in the right column of this worksheet and enter the total here.                    $ _____ (f)