# Exhibit  F

OMB No. 1545-0008

Copy B To Be Filed With Employee's FEDERAL Tax Return

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 28,645.00 | |

c Employer's name, address, and ZIP code

PRUDENTIAL INSURANCE CO OF AMERICA
PO BOX 481
LIVINGSTON NJ 07039

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 5 Medicare wages and tips | 6 Medicare tax withheld |

| a Control number | b Employer's ID number | d Employee's social security number | 7 Social security tips |
|---|---|---|---|
| 39900 | 22-1211670 | 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 | |

e Employee's name, address, and ZIP code

JOHN ROSSI
1568 WOODCREST DRIVE
WOOSTER OH 44691

12 See instructions for box 12

| 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 14 Other |
|---|---|---|---|
| | | 11 Nonqualified plans | |

13
Statutory employee ☐
Retirement plan ☐
Third-party sick pay ☒

| 15 State Employer's state I.D.# | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| OH\51679303 | 28,645.00 | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement 2006    This information is being furnished to the Internal Revenue Service.    Dept. of the Treasury — Internal Revenue Service

---

OMB No. 1545-0008

Copy C For EMPLOYEE'S RECORDS (See Notice on back.)

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 28,645.00 | |

c Employer's name, address, and ZIP code

PRUDENTIAL INSURANCE CO OF AMERICA
PO BOX 481
LIVINGSTON NJ 07039

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 5 Medicare wages and tips | 6 Medicare tax withheld |

| a Control number | b Employer's ID number | d Employee's social security number | 7 Social security tips |
|---|---|---|---|
| 39900 | 22-1211670 | 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 | |

e Employee's name, address, and ZIP code

JOHN ROSSI
1568 WOODCREST DRIVE
WOOSTER OH 44691

12 See instructions for box 12

| 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 14 Other |
|---|---|---|---|
| | | 11 Nonqualified plans | |

13
Statutory employee ☐
Retirement plan ☐
Third-party sick pay ☒

| 15 State Employer's state I.D.# | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| OH\51679303 | 28,645.00 | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, DC | ONE LIBERTY PLAZA | ROME |
| PARIS | NEW YORK, NY 10006-1470 | MILAN |
| BRUSSELS | (212) 225-2000 | HONG KONG |
| LONDON | FACSIMILE (212) 225-3999 | BEIJING |
| FRANKFURT | WWW.CLEARYGOTTLIEB.COM | BUENOS AIRES |
| COLOGNE | Writer's Direct Dial +1 212 225 2108 | |
| MOSCOW | E-Mail: mfleming@cgsh.com | SÃO PAULO |

December 5, 2011

Mr. John Rossi
1568 Woodcrest Drive
Wooster, OH 44691

Dear Mr. Rossi:

      I write in response to your e-mail to Lisa Schweitzer sent on November 18, 2011. At your request, we have reviewed additional background materials regarding the offset taken from your Nortel Networks Long-Term Disability Plan ("LTD") benefits for Social Security Disability benefits received by you and on behalf of your sons. We understand that the Employee Benefits Committee of Nortel Networks Inc. (the "EBC") denied your appeal of the LTD Plan's right to recover dependent Social Security Disability benefits in a letter dated September 9, 2003 (the "EBC Letter"), attached hereto for your reference.

      We write to inform you that regrettably we are unable to assist you in reconsidering the setoffs previously taken. We understand that decisions of the EBC are final and that no additional administrative appeals are available. As stated in the EBC Letter, your right was to bring a civil action under ERISA Section 502(a) following an adverse benefit determination on final review of a denied claim. Please note that, because of the bankruptcy proceedings, there is currently a stay in place that prohibits the filing of lawsuits to recover a claim that arose prior to the bankruptcy without permission from the court. We also understand that you have not filed a proof of claim against NNI for the reimbursement of LTD benefits that accrued prior to the bankruptcy filing, and the deadline for filing such claims was September 30, 2009.

Mr. John Rossi, p. 2

Please feel free to contact us if you have any further questions or concerns.

Very truly yours,

Megan Fleming-Delacruz

Enclosure

# AFFIDAVIT

## COMMONWEALTH OF PENNSYLVANIA

## COUNTY OF PIKE

Before me the undersigned authority personally appeared _John J Rossi_
___ who being duly sworn, according to law, did depose as follows:

1. That I/we are the natural parents of _Nicholas J Rossi_ and I/we
reside at _1568 WooDcrest Dr. Wooster OH. 44691_

2. Our child is residing with _Cindy Peterson (His Mother)_, who
I/we have designated as loco parentis for said child and they are acting as sole support for
my/our minor child and they are not receiving any pay of compensation from us as the natural
parents whatsoever.

3. The individual(s) we have designated in loco parentis will assume all personal
obligations for our child continuously, not merely through the balance of any school term.

4. If it is shown that the personal obligations for our child have not been
maintained or assumed by the individual(s) designated as in loco parentis, then I/we will be
responsible and obligated to the Delaware Valley School District at the rate set forth by the
Commonwealth of Pennsylvania, Department of Education, for the time that my/our child
attends school within the Delaware Valley School District.

5. The undersigned hereby certify that the tax deduction under IRS Rules to be
taken for the student identified herein shall be taken by the Guardian and not the parents.

Sworn to and subscribed before me this _7_ Day of _October 2003_

Notary Public

DONALD S. ACKERMAN
Notary Public, State of Ohio
My Comm. Expires Oct. 8, 2007