# Exhibit G



**PBGC**
Protecting America's Pensions

**Pension Benefit Guaranty Corporation**
1200 K Street, N.W., Washington, D.C. 20005-4026

PBGC Case Number: 21391900
Plan Name: Nortel Networks Retirement Income Plan

The Honorable Sherrod Brown
United States Senate
425 Walnut Street
Suite 2310
Cincinnati, Ohio 45202

Dear Senator Brown:

We are in receipt of your inquiry regarding your constituent Mr. John Rossi. Mr. Rossi wrote to you regarding his Long Term Disability benefits from Nortel Networks.

The Nortel Networks Retirement Income Plan (the Plan) was terminated on July 17, 2009. The Pension Benefit Guaranty Corporation (PBGC) became statutory trustee of the Plan on September 8, 2009. As statutory trustee, PBGC is obligated to pay pension benefits to eligible participants and beneficiaries as guaranteed by Title IV of the Employee Retirement Income Security Act of 1974, as amended (ERISA).

Mr. Rossi has expressed concerns about his Long Term Disability (LTD) benefits ending as a result of the Nortel's bankruptcy. PBGC is not responsible for paying the LTD benefits that Mr. Rossi receives. The LTD benefit that Mr. Rossi currently receives is administered by Nortel Networks. The Plan that is administered by PBGC does not provide disability pension payments and it does not allow participants to receive pension benefits while they are receiving LTD benefits from Nortel Networks. However, if Mr. Rossi's Nortel Networks LTD benefit ends, he can begin receiving estimated Early Retirement benefits from PBGC upon completion of a PBGC Application for Benefits. If Mr. Rossi's Nortel Networks LTD benefit ends we will send him an estimate of his PBGC pension benefit payable under the various forms of benefit that are available to him.

If we may be of further assistance, please contact the PBGC authorized representative for benefit administration of the Nortel Networks Retirement Income Plan, Robert Puyada, at the following address and telephone number:

Pension Benefit Guaranty Corporation
P.O. Box 151750
Alexandria, VA 22315-1750
Telephone: 1-800-400-7242

Sincerely,

Scott Patterson, Manager
Trusteeship Processing Division 8