# Exhibit H



P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

\*\*\*\* NNI CLMLTR (MERGE2,TXNUM2) 4000113547 \*\*\*\*
ROSSI, JOHN J.
1568 WOODCREST DR.
WOOSTER, OH 44691

July 24, 2012

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the NORTEL case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/NNI. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | NORTEL NETWORKS INC. |
| Case Number: | 09-10138 |
| Creditor: | ROSSI, JOHN J. |
| Date Received: | 06/11/2012 |
| Claim Number: | 8294 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, access codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

# NORTEL NETWORKS CLAIM FOR John Rossi

| | Date of birth | LTD DATE | POC or today's date Rel. 7 | |
|---|---|---|---|---|
| | 1/18/1952 | 10/29/2001 | 7/1/2012 | C2= when you started long term disability |
| GLOBAL ID | | | | |
| EMPLOYMENT START DATE | 4/16/1996 | | | when you started your employment with |
| YOUR ANNUAL SALARY | $ 64,792.00 | GENR 1=M 2=F | 1 | Gender male=1 female = 2 |
| | 510503 | | | |
| marital status Married or Single | M | #under 18 dep | 0 | B6= M for married and S for single, D6=n |
| Dependents over 18 at home/dorm and under 26 | | | | NUMBER OF DEPENDENTS OVER 18 BUT |
| Did you have a 401k before 12/31/2007 and signed up for CARP ? Y/N | | | Y | CARP:- CAPITAL ACCUMULATIOn and RET |
| what % did you sign for 2,4 or ? | 4 | | | If not known enter 0 |
| AGE IN MONTHS | | 725 TO AGE 65 | 55 MONTHS | |
| If on work comp # of payments left | 0 | | | Enter # of payment left if known else ent |
| MONTHLY SICK PAY FROM PRUDENTIAL | $ 3,780.00 | * minus | $ 207,900.00 | Monthly sick pay :- from Prudential pay st |
| ENTER SSDI MONTHLY OFFSET | $ 1,226.00 | * minus - | $ 67,430.00 | ssdi offset from pay stub + medicare B(if |
| Medicare B reimbersement | $ 99.90 | * plus + | $ 5,494.50 | medicare B premium |
| workcomp/settlement payment * | $ - | * minus - | $ - | monthly worker comp. payment |
| workcomp. Medical payment * | $ - | * minus - | $ - | monthly medical payment worker comp |
| Dependents SSDI offset from Form 2 | $ - | * minus - | $ - | automatic calculated on the completion c |
| **NET PAY** | $ 2,653.90 | | $ 145,964.50 | automatic calculated |

ENTER EMPLOYER'S YEARLY AMOUNT FROM FLEX BENEFIT CONFIRMATION STATEMENT

| | | | Calculation column | |
|---|---|---|---|---|
| MEDICAL INS. | $ 8,436.74 | | $ 38,668.39 | Medical ins.:- EMPLOYERS YEARLY AMOU |
| DENTAL/VISION PREMIUM | $ 1,214.20 | | $ 5,565.08 | Dental/vision ins.:- EMPLOYERS YEARLY A |
| CORE LIFE INS. PREMIUM | $ 101.40 | | $ 464.75 | Waived by prudential/Nortel when emplc |
| OPTIONAL LIFE INS. | $ 212.16 | | $ 972.40 | Waived by prudential/Nortel when empl |
| A D&D INS. PREMIUM | $ 31.20 | | $ 143.00 | Waived by prudential/nortel this is an ex |
| | | | | note:- If you are single with dependents t |
| Dependent medical | $ - | | $ - | dependent medical - EMPLOYERS YEARLY |
| dependent dental/vision | $ - | | $ - | 55 dependent dental/vision- employer year |
| COLA increase 3.6 % estimated for max if applicable 60% of 6 % (CPI) each yr | $ - | | $ - | automatically calculated -If your LTD date |
| % OF SALARY TO 401K CARP program | $ 2,591.68 | | $ 11,878.53 | automatically calculated |

| | | | |
|---|---|---|---|
| qualified SEVERANCE paid WEEKS | 0 | | SEVERANCE PAY :- if terminated - YEARS ( |
| SEVERANCE PAY IN WEEKS (calculated) | $  - | $  - | automatically calculated |

| | | |
|---|---|---|
| LIFE EXPECTENCY FOR US FROM U.N. CENSUS | MALE | 75.5 YEARS |
| RETIREE BENEFITS IN MONTHS ESTIMATES FROM mutual of omaha | | |
| MEDICAL    MULTPLIER(EXPT.YRS-65) | $ 130.52 | $ 16,445.52   plan F plus plan D medicare supplement a |
| LIFE INS.    MULTPLIER(EXPT.YRS-65) | $ 114.00 | $ 14,364.00   $100,000 term life for 20 years |
| LONG TERM CARE MULTP(EXPT.YRS-65) | $ 224.00 | $ 28,224.00   $5000/month for life after medicare stop |

**CLAIM GRAND TOTAL**                                              $ 262,690.18

**Form 2**

| | DATE OF BIRTH | MULTIPLIER IF TO AGE 18 > # OF MTHS TO 65 | SSDI offset | # of Mths to 18 | |
|---|---|---|---|---|---|
| Dependents under 18 youngest one 1st | | | | | |
| Dependent 1 | | 0 | $  - | 0 | note:-Make sure these entries are not be |
| Dependent 2 | | 0 | $  - | 0 | |
| Dependent 3 | | 0 | $  - | 0 | |
| Dependent 4 | | 0 | $  - | 0 | |
| Dependent 5 | | 0 | $  - | 0 | |
| Dependent 6 | | 0 | $  - | 0 | |
| Dependent 7 | | 0 | $  - | 0 | |
| Dependent 8 | | 0 | $  - | 0 | |
| Dependent 9 | | 0 | $  - | 0 | |
| Dependent 10 | | 0 | $  - | 0 | |

TOTAL OFFSET TILL ALL DEPENDENTS TURN 18                      $  -

| | DATE OF BIRTH | | # of Mths |
|---|---|---|---|
| over 18 but under 26 and claimed dep. | | | to 26 |
| Dependents over 18 youngest one 1st | | | new law allows kids under 26 to be on pa |