# Exhibit I

# YOUR BENEFIT PLAN

## Nortel Networks Inc.

All Active Full-Time and Part-Time Employees working a minimum of 20 hours per week

Disability Income Insurance: Long Term Benefits

Certificate Date: January 1, 2011

## ELIGIBILITY PROVISIONS: INSURANCE FOR YOU

### ELIGIBLE CLASS(ES)

**All active Full-Time and Part-Time employees of the Policyholder working a minimum of 20 hours per week, but not temporary or seasonal employees.**

### DATE YOU ARE ELIGIBLE FOR INSURANCE

You may only become eligible for the insurance available for Your eligible class as shown in the SCHEDULE OF BENEFITS.

If You are in an eligible class on January 1, 2011, You will be eligible for the insurance described in this certificate on that date.

If You enter an eligible class after January 1, 2011, You will be eligible for insurance on the date You enter that class.

### ENROLLMENT PROCESS

If You are eligible for insurance, You may enroll for such insurance by completing an enrollment form.

### DATE YOUR INSURANCE TAKES EFFECT

#### Rules for Noncontributory Insurance

When You complete the enrollment process for Noncontributory Insurance, such insurance will take effect on the date You become eligible, provided You are Actively at Work on that date.

If You are not Actively at Work on the date the Noncontributory Insurance would otherwise take effect, insurance will take effect on the day You resume Active Work.

#### Increase in Insurance

An increase in insurance due to a change in Your earnings will take effect on the date of the increase in Your earnings.

If You are not Actively at Work on the date insurance would otherwise take effect, insurance will take effect on the day You resume Active Work.

Changes in Your Disability Income Insurance will only apply to Disabilities commencing on or after the date of the change.

### DATE YOUR INSURANCE ENDS

Your insurance will end on the earliest of:

1. the date the Group Policy ends; or
2. the date insurance ends for Your class; or
3. the end of the period for which the last premium has been paid for You; or
4. the date You cease to be in an eligible class. You will cease to be in an eligible class on the date You cease Active Work in an eligible class, if You are not disabled on that date; or
5. the date Your employment ends; or
6. the date You retire in accordance with the date Your employment ends.

GCERT2000
e/ee                                                                                  25

## ELIGIBILITY PROVISIONS: INSURANCE FOR YOU (continued)

In certain cases insurance may be continued as stated in the section entitled CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT.

**Reinstatement of Disability Income Insurance**

If Your insurance ends, You may become insured again as follows:

1. If Your insurance ends because:

   - You cease to be in an eligible class; or
   - Your employment ends; and

   You become a member of an eligible class again within 3 months of the date Your insurance ended, You will not have to complete a new Waiting Period or provide evidence of Your insurability.

2. If Your insurance ends because you cease making the required premium while on an approved Family and Medical Leave Act (FMLA) or other legally mandated leave of absence, and you become a member of an eligible class within 31 days of the earlier of:

   - The end of the period of leave You and the Policyholder agreed upon; or
   - The end of the eligible leave period required under the FMLA or other similar legally mandated leave of absence law,

   You will not have to complete a new Waiting Period or provide evidence of Your insurability.

3. In all other cases where Your insurance ends because the required premium for Your insurance has ceased to be paid, You will be required to provide evidence of Your insurability.

If You become insured again as described in either item 1 or 2 above, the limitation for Pre-existing Conditions will be applied as if Your insurance had remained in effect with no interruption.

## SPECIAL RULES FOR GROUPS PREVIOUSLY INSURED UNDER A PLAN OF DISABILITY INCOME INSURANCE

To prevent a loss of insurance because of a change in insurance carriers, the following rules will apply if this Disability Income Insurance replaces a plan of group disability income insurance provided to You by the Policyholder:

**Prior Plan** means the plan of group disability income insurance provided to You by the Policyholder through another carrier on the day before the Replacement Date.

**Replacement Date** means the effective date of the Disability Income Insurance under the Group Policy.

**Rules for When Insurance Takes Effect if You were Insured Under the Prior Plan on the Day Before the Replacement Date:**

- **If You are Actively at Work on the day before the Replacement Date,** You will become insured for Disability Income Insurance under this certificate on the Replacement Date.
- **If You are not Actively at Work on such date because you are Disabled,** You will become insured for Disability Income Insurance under this certificate on the Replacement Date.

    We will credit any time You accumulated toward the Elimination Period under the Prior Plan to the satisfaction of the Elimination Period required to be met under this certificate.

    Any benefits paid for such Disability will be equal to those that would have been payable to You under the Prior Plan less any amount for which the prior carrier is liable.

    Benefit payments for such Disability will end on the earliest of:

    - the date that payments end under the subsection DATE BENEFIT PAYMENTS END in this certificate; or
    - the date that payments would have ended under the provisions of the Prior Plan of Insurance.

- **If You are not Actively at Work on such date for any other reason,** You will become insured for Disability Income Insurance under this certificate on the date you return to Active Work.

**Rules for When Insurance Takes Effect if You were Not Insured Under the Prior Plan on the Day Before the Replacement Date:**

- You will be eligible for Disability Income Insurance under this certificate when you meet the eligibility requirements for such insurance as described in ELIGIBILITY PROVISIONS: INSURANCE FOR YOU; and
- We will credit any time You accumulated under the Prior Plan toward the eligibility waiting period under the Prior Plan to the satisfaction of the eligibility waiting period required to be met under this certificate.

### Rules for Pre-existing Conditions

In determining whether a Disability is due to a Pre-existing Condition, We will credit You for any time You were insured under the Prior Plan. If Your Disability is due to a Pre-existing Condition as described in this certificate, but would not have been due to a pre-existing condition under the Prior Plan, We will pay a benefit equal to the lesser of:

- the benefit amount under this certificate; or
- the disability income insurance benefit that would have been payable to You under the Prior Plan.

If Your Disability would have been due to a pre-existing condition under the Prior Plan, it will be treated as having been caused by a Pre-existing Condition under this certificate.

GCERT2000
tog                                                          27

## SPECIAL RULES FOR GROUPS PREVIOUSLY INSURED UNDER A PLAN OF DISABILITY INCOME INSURANCE (continued)

### Rules for Temporary Recovery from a Disability under the Prior Plan

We will waive the Elimination Period that would otherwise apply to a Disability under this certificate if You:

- received benefits for a disability that began under the Prior Plan ("Prior Plan's disability");
- returned to work as an active Full-Time employee prior to the Replacement Date;
- become Disabled, as defined in this certificate, after the Replacement Date and within 90 days of Your return to work due to a sickness or accidental injury that is the same as or related to the Prior Plan's disability;
- are no longer entitled to benefit payments for the Prior Plan's disability since You are no longer insured under such Plan; and
- would have been entitled to benefit payments with no further elimination period under the Prior Plan, had it remained in force.

## SHORT-TERM DISABILITY (STD)

STD benefits are intended to replace a portion of your income if you're totally disabled for five consecutive days (or the equivalent of your standard workweek) due to an approved, documented illness or injury. STD benefits are payable for up to 26 weeks of absence and are administered by Prudential.

You can choose to enroll in optional STD coverage to supplement your Nortel-paid core STD coverage. Optional STD coverage will increase your benefit payments from 66-2/3% to 90% of your pre-disability Benefits Earnings for weeks seven through 26 of your disability. You'll pay for optional STD coverage through before-tax payroll deductions.

## LONG-TERM DISABILITY (LTD)

LTD benefits may begin if you're still disabled after 26 weeks of an STD absence. LTD benefits are administered by Prudential. You can choose to enroll in optional LTD coverage to supplement your Nortel-paid core LTD coverage. Optional LTD coverage will increase your benefit from 55% to 66-2/3% of your pre-disability Benefits Earnings while you're on LTD. You'll pay for optional LTD coverage through before-tax payroll deductions.

### IMPORTANT REMINDER

If you're currently enrolled in optional LTD coverage, you don't have to take any additional steps to continue your optional coverage in 2009.

### CONSIDER THIS... DISABILITY BENEFITS

- What expenses would you have to pay if you couldn't work? Would core coverage be sufficient to meet your expenses, or would you need additional coverage?
- What other sources of income would you have if you became disabled? For example, do you have a working spouse whose income would help meet your expenses?
- Do you have disability coverage available from any other source? If so, remember that your Nortel disability benefits will be reduced by any benefits you receive from certain other sources.

15