# Exhibit K

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, DC | ONE LIBERTY PLAZA | ROME |
| PARIS | NEW YORK, NY 10006-1470 | MILAN |
| BRUSSELS | (212) 225-2000 | HONG KONG |
| LONDON | FACSIMILE (212) 225-3999 | BEIJING |
| FRANKFURT | WWW.CLEARYGOTTLIEB.COM | |
| COLOGNE | Writer's Direct Dial +1 212 225 2108 | BUENOS AIRES |
| MOSCOW | E-Mail: mfleming@cgsh.com | SÃO PAULO |

December 5, 2011

Mr. John Rossi
1568 Woodcrest Drive
Wooster, OH 44691

Dear Mr. Rossi:

       I write in response to your e-mail to Lisa Schweitzer sent on November 18, 2011. At your request, we have reviewed additional background materials regarding the offset taken from your Nortel Networks Long-Term Disability Plan ("LTD") benefits for Social Security Disability benefits received by you and on behalf of your sons. We understand that the Employee Benefits Committee of Nortel Networks Inc. (the "EBC") denied your appeal of the LTD Plan's right to recover dependent Social Security Disability benefits in a letter dated September 9, 2003 (the "EBC Letter"), attached hereto for your reference.

       We write to inform you that regrettably we are unable to assist you in reconsidering the setoffs previously taken. We understand that decisions of the EBC are final and that no additional administrative appeals are available. As stated in the EBC Letter, your right was to bring a civil action under ERISA Section 502(a) following an adverse benefit determination on final review of a denied claim. Please note that, because of the bankruptcy proceedings, there is currently a stay in place that prohibits the filing of lawsuits to recover a claim that arose prior to the bankruptcy without permission from the court. We also understand that you have not filed a proof of claim against NNI for the reimbursement of LTD benefits that accrued prior to the bankruptcy filing, and the deadline for filing such claims was September 30, 2009.

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE.

Mr. John Rossi, p. 2

Please feel free to contact us if you have any further questions or concerns.

Very truly yours,

Megan Fleming-Delacruz

Enclosure

From: Megan Fleming-Delacruz <mfleming@cgsh.com>

To: John Rossi <southsidejr@embarqmail.com>

Cc: Lisa M SCHWEITZER <lschweitzer@cgsh.com>

Sent: Mon, 05 Dec 2011 17:17:12 -0500 (EST)

Subject: Nortel Networks

Mr. Rossi,

Please see the below letter in response to

your email to Lisa Schweitzer on November 18, 2011.

Best,

Megan Fleming

---

Megan Fleming

Cleary Gottlieb Steen & Hamilton LLP

**CenturyLink Webmail**  southsidejr@embarqmail.com

± Font size

## Re: Nortel Networks

**From:** John southsidejr <southsidejr@embarqmail.com>
**Subject:** Re: Nortel Networks
**To:** Megan Fleming-Delacruz <mfleming@cgsh.com>
**Reply To:** John Rossi <southsidejr@embarqmail.com>

There is no way I would have gotten this letter I was not living in MT at that time I had to move to Ohio to get on liver transplant list. Also if this was sent to my old address now I can understand why I have ID fraud I will wa serious. Thank you John J. Rossi
330-264-7737
330-347-3819 cell

----- Original Message -----
From: Megan Fleming-Delacruz <mfleming@cgsh.com>
To: John Rossi <southsidejr@embarqmail.com>
Cc: Lisa M SCHWEITZER <lschweitzer@cgsh.com>
Sent: Mon, 05 Dec 2011 17:17:12 -0500 (EST)
Subject: Nortel Networks

Mr. Rossi,

Please see the below letter in response to

your email to Lisa Schweitzer on November 18, 2011.

Best,
Megan Fleming

---

Megan Fleming

Cleary Gottlieb Steen & Hamilton LLP

**CenturyLink Webmail**

southsidejr@embarqmail.com

± Font size :

## Re: Nortel Networks

From : John southsidejr <southsidejr@embarqmail.com>
Subject : Re: Nortel Networks
To : Megan Fleming-Delacruz <mfleming@cgsh.com>
Reply To : John Rossi <southsidejr@embarqmail.com>

Again nothing came by certified mail or regular mail from Nortel in 2003. I am sorry if this messes things up and I want to thank you for all that you have done. I still feel that Nortel made a mistake back then and even though along . By having my son Nicholas declaired Loco Parentis that should have made null an void the deduction from my pay from Nortel. I am sorry for all the trouble but having all of the medical bills I have now from being tran help out allot again thank you in advance for answering me an all the work.

John J. Rossi

----- Original Message -----
From: Megan Fleming-Delacruz <mfleming@cgsh.com>
To: John Rossi <southsidejr@embarqmail.com>
Sent: Tue, 06 Dec 2011 12:17:58 -0500 (EST)
Subject: Re: Nortel Networks

Mr. Rossi,

While I apologize for any inconvenience caused

by the initial letter from the Employee Benefits Committee of Nortel Networks

Inc.being

sent to the wrong address, I do understand that the letter was sent again

to your Ohio address by certified mail on or about September 29, 2003.

We will continue to use your Ohio address for any future correspondence,

unless there is a better way to reach you.

Best,
Megan Fleming

---

Megan Fleming

Cleary Gottlieb Steen & Hamilton LLP

**CenturyLink Webmail**

southsidejr@embarqmail.com

± Font size −

## Fwd: Nortel Networks

**From :** John southsidejr <southsidejr@embarqmail.com>
**Subject :** Fwd: Nortel Networks
**To :** dummail@deb.uscourts.gov
**Reply To :** John Rossi <southsidejr@embarqmail.com>

These are letters to surport my claimsabout son.

Thank you in Advance

John J. Rossi

----- Forwarded Message -----
From: Megan Fleming-Delacruz <mfleming@cgsh.com>
To: John Rossi <southsidejr@embarqmail.com>
Cc: Lisa M SCHWEITZER <lschweitzer@cgsh.com>
Sent: Mon, 05 Dec 2011 17:17:12 -0500 (EST)
Subject: Nortel Networks

Mr. Rossi,

Please see the below letter in response to your email to Lisa Schweitzer on November 18, 2011.

Best,
Megan Fleming

---

Megan Fleming
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lsoriano@cgsh.com, mauguste@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2108 | f: +1 212 225 3999
www.clearygottlieb.com | mfleming@cgsh.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any att

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

? **Enclosure.pdf**
  78 KB

? **Letter to Mr. Rossi.pdf**
  24 KB