# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ----------------------------------------------------------------X : <br> : <br> *In re* : <br> : <br> Nortel Networks Inc., *et al.*,[1] : <br> : <br>                 Debtors. : <br> : <br> : <br> ----------------------------------------------------------- X <br> Nortel Networks Inc., : <br> : <br> : <br>                 Plaintiff, : <br> v. : <br> : <br> Macadamian Technologies Inc., : <br> : <br>                 Defendant. : <br> ----------------------------------------------------------------X | Chapter 11 <br><br> Bankr. Case No. 09-10138 (KG) <br><br> (Jointly Administered) <br><br> **Re: D.I. 8212** <br><br> Adv. Proc. No. 10-55915 (KG) <br><br> **Re: D.I. 50** |

## NOTICE OF SERVICE

        PLEASE TAKE NOTICE that on August 21, 2012, a copy of the **Order Approving the Stipulation of Settlement of Avoidance Claims by and between Nortel Networks Inc. and Macadamian Technologies Inc.** was served in the manner indicated on the persons on the attached service lists.

Dated: August 21, 2012          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       Wilmington, Delaware

                                                     */s/ Tamara K. Minott*
                                        Donna L. Culver (No. 2983)
                                        Derek C. Abbott (No. 3376)
                                        Tamara K. Minott (No. 5643)
                                        1201 North Market Street
                                        Wilmington, Delaware 19801
                                        Telephone:  (302) 658-9200
                                        Facsimile: (302) 658-3989

                                        and

                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                        James L. Bromley (admitted pro hac vice)

---

[1] In addition to Nortel Networks Inc. and Nortel Networks (CALA) Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

       Lisa M. Schweitzer (admitted pro hac vice)
       Neil P. Forrest (admitted pro hac vice)
       One Liberty Plaza
       New York, New York 10006
       Telephone: (212) 225-2000
       Facsimile: (212) 225-3999

       Counsel for the Debtors and Debtors in Possession

6278656.1

**Via First Class Mail**

James Tobia
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806

Roland Gary Jones
Roland Gary Jones, Esq.
1230 6th Avenue 7th Floor
New York, NY 10020