**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.* | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| | ) | |
| | ) | **Re: D.I. 8217** |
| Debtors | ) | |
| | ) | |
| Nortel Networks Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 10-53187 |
| | ) | |
| v. | ) | **Re: D.I. 102** |
| | ) | |
| Maritz Canada Inc., | ) | |
| | ) | |
| L.S.O. International, | ) | |
| | ) | |
| MGM Resorts International, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Lampsa Hellenic S.A. Hotels, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

   PLEASE TAKE NOTICE that on August 21, 2012, a copy of **Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Maritz Canada Inc.** was served in the manner indicated on the persons identified on the attached service lists.

Dated: August 21, 2012   MORRIS, NICHOLS, ARSHT & TUNNELL LLP
   Wilmington, Delaware

            */s/ Tamara K. Minott*
            Derek C. Abbott (No. 3376)
            Eric D. Schwartz (No. 3134)
            Ann C. Cordo (No. 4817)
            Tamara K. Minott (No. 5643)
            1201 North Market Street
            Wilmington, Delaware 19801
            Telephone:  (302) 658-9200
            Facsimile: (302) 658-3989

and

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

Counsel for Nortel Networks Inc.

**Via First Class Mail**

Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Lucinda McRoberts
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102

Robert J. Pfister
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067

Attn: Officer, Managing or General Agent
Lampsa Hellenic S.A. Hotels
225-227 Kifisias Avenue
C Building, 4th floor
145 61, Kifisia, Athens, Greece