**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
:    Chapter 11
:
*In re*                              :
:
Nortel Networks Inc., *et al.*,[1]       :    Bankr. Case No. 09-10138 (KG)
:
            Debtors.       :
:    (Jointly Administered)
:
:
---------------------------------------------------- X    **Re: D.I. 8220**
Nortel Networks Inc.,            :
:
:
            Plaintiff,       :    Adv. Proc. No. 10-53169 (KG)
v.                      :
:    **Re: D.I. 77**
CSWL, Inc.,                :
:
            Defendant.    :
---------------------------------------------------------------X
Nortel Networks Inc.,            :
:
            Plaintiff,       :
v.                      :
:    Adv. Proc. No. 10-55165 (KG)
Telecom Network Solutions, Inc., et al.   :
:    **Re: D.I. 136**
            Defendant.    :
---------------------------------------------------------------X

**NOTICE OF SERVICE**

       PLEASE TAKE NOTICE that on August 21, 2012, a copy of the **Order Approving and Authorizing the Debtor to Enter into the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc., Nortel Networks (CALA) Inc., CSWL, Inc. and California Software Company Limited** was served in the manner indicated on the persons on the attached service list.

Dated: August 21, 2012        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       Wilmington, Delaware

                               ___*/s/ Tamara K. Minott*_____
                               Donna L. Culver (No. 2983)
                               Derek C. Abbott (No. 3376)
                               Tamara K. Minott (No. 5643)

---

[1] In addition to Nortel Networks Inc. and Nortel Networks (CALA) Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

1201 North Market Street
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

and

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
Neil P. Forrest (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

 Counsel for the Debtors and Debtors in Possession

**Via First Class Mail**

Mark C. Haut
FULBRIGHT & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103-3198