# SCHEDULE A
## THIRTY-SEVENTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
    **ERISA Litigation - Post Bankruptcy**

L120 Analysis/Strategy

| | | | |
|---|---|---|---|
| 6/27/12 JMS | .20 | Review motion concerning stay as it relates to compensation committee | |
| | | SUB TOTAL | 85.00 |

L160 Settlement/Non-Binding ADR

| | | |
|---|---|---|
| 5/01/12 RET | .1 | Communications with Daniel Ray regarding allocation notices |
| 5/04/12 RET | .1 | Communications with Daniel Ray regarding status of any information received in connection with mailing of allocation notices |
| 5/04/12 RET | .2 | Communications with Jennifer Palmer regarding payments in connection with allocation distribution letters |
| 5/07/12 RET | .2 | Communications with Peter Bisio regarding anticipated date of distributions |
| 5/07/12 RET | .3 | Communications with plaintiff's counsel regarding transfer of settlement funds from escrow to the Plan |
| 5/07/12 RET | .2 | Communications with Daniel Ray and plaintiff's counsel regarding the final allocation file with the final payment per participant |
| 5/07/12 RET | .2 | Communications with plaintiff's counsel regarding questions from class members related to distributions |
| 5/08/12 RET | .2 | Communications with Daniel Ray and Michael Wall regarding questions from class members related to distributions |
| 5/11/12 RET | .3 | Communications with Dan Ray and plaintiff's counsel regarding issues related to call center volume after distribution letters, and other issues |
| 5/17/12 RET | .2 | Communications with plaintiff's counsel regarding issues related to calculation notices returned with no updated address |
| 5/17/12 RET | .2 | Communications with Dan Ray and plaintiff's counsel regarding questions from participants in connection with allocation notices |

| | | |
|---|---|---|
| 5/29/12 RET | .4 | Review final distribution list from Tina Chiango |
| 5/30/12 RET | .1 | Communications with Daniel Ray regarding his questions in connection with the most up to date distribution file |
| 6/05/12 RET | .30 | Communications with Daniel Ray and plaintiff's counsel regarding update on the distribution list |
| 6/05/12 RET | .30 | Communications with Tina Chiango and Daniel Ray regarding questions related to returned addresses and other participant issues in connection with distribution of settlement proceeds |
| 6/05/12 RET | .30 | Communications with Dan Ray, plaintiff's counsel and Tina Chiango regarding distributions of settlement proceeds |
| 6/07/12 RET | .20 | Communications with plaintiff's counsel regarding wire transfer to plan |
| 6/07/12 RET | .20 | Communications with plaintiff's counsel regarding transfer of funds to plan |
| 6/11/12 RET | .40 | Communications with plaintiff's counsel, Dan Ray, and Pat Kirby of Heffler Claims regarding updates to distribution spreadsheet |
| 6/11/12 RET | .30 | Communications with Heffler and Dan Ray regarding updates to distribution list |
| 6/12/12 RET | .30 | Communications with Dan Ray and Tina Chiango regarding issues related to allocation notices |
| 6/13/12 RET | .10 | Further communications with Heffler regarding changes to distributions |
| 6/13/12 RET | .30 | Communications with Tina Chiango and Dan Ray regarding transfer of money from escrow to plan |
| 6/14/12 RET | .20 | Communications with Heffler regarding deceased participants |
| 6/15/12 RET | .40 | Communications with Dan Ray, plaintiff's counsel and Tina Chiango regarding distributions of settlement proceeds |
| 6/25/12 RET | .20 | Communications with Jennifer Palmer regarding plaintiffs' withdrawal of proof of claim |
| 7/05/12 RET | .30 | Review communications with Jennifer Palmer regarding withdrawal of the class proof of claim filed by the ERISA plaintiffs in Nortel's bankruptcy proceedings |

| | | | |
|---|---|---|---|
| 7/05/12 | RET | .20 | Communications with plaintiff's counsel regarding withdrawal of proofs of claim in Canadian and U.S. bankruptcy actions |
| 7/05/12 | RET | .30 | Communications with plaintiff's counsel regarding withdrawal of the class proof of claim filed by the ERISA plaintiffs in Nortel's bankruptcy proceedings |
| 7/09/12 | RET | .10 | Communications with Plaintiffs' counsel regarding withdrawal of proof of claim in Canadian bankruptcy action |
| 7/09/12 | RET | .10 | Communications with Plaintiffs' counsel regarding withdrawal of proof of claim in U.S. bankruptcy action |
| 7/10/12 | RET | .20 | Communications with plaintiff's counsel regarding withdrawal of proofs of claim |
| 7/12/12 | RET | .10 | Communications with Plaintiffs' counsel regarding withdrawal of proof of claim in U.S. bankruptcy action |
| 7/13/12 | RET | .30 | Review withdrawal of proofs of claim in Canadian proceeding and communications with plaintiffs' counsel regarding confirmation of same |
| 7/13/12 | JMS7 | .20 | Review 86th monitor report |
| 7/18/12 | RET | .10 | Communications with Alan Merskey regarding settlement agreement and withdrawal of proofs of claim |
| 7/20/12 | RET | .20 | Communications with Jennifer Palmer regarding withdrawal of proofs of claim |
| 7/24/12 | RET | .30 | Communications with plaintiffs' counsel and their Canadian counsel regarding withdrawal of proof of claim |
| 7/24/12 | RET | .10 | Communications with Mike Wall regarding withdrawal of proof of claim in U.S. bankruptcy |
| 7/24/12 | RET | .10 | Review notice of filing of transcripts and of deadlines for proceedings held on July 11 2012 |
| 7/25/12 | RET | .20 | Communications from Ernst and Young and plaintiffs' counsel regarding withdrawal of proofs of claim in Canada |
| 7/25/12 | RET | .20 | Communications with Jennifer Palmer regarding Notice of Withdrawal of Proof of Claim |

| | | | |
|---|---|---|---|
| 7/25/12 | RET | .10 | Communications with Ian Aversa regarding withdrawal of proofs of claim in Canada |
| 7/27/12 | RET | .20 | Communications with Michael Wall regarding executed Notice of Withdrawal of Proof of claims on behalf of Debtors |
| 7/30/12 | RET | .20 | Communications with Jennifer Palmer regarding Notice of Withdrawal of Proof of Claim |
| 7/31/12 | RET | .20 | Communications with Jennifer Palmer regarding executed Notice of Withdrawal of Proof of Claim |

                                                                SUB TOTAL     4,935.00

L190 Other Case Assessment, Devel. & Adm

| | | | |
|---|---|---|---|
| 5/17/12 | JMS7 | .1 | Review Notice of Filing of Transcript of Proceeding Held on May 9 |

                                                                  SUB TOTAL     42.50

L210 Pleadings

| | | | |
|---|---|---|---|
| 5/08/12 | RET | .2 | Review notice from bankruptcy court regarding filing of the eighty-fifth report of the monitor |
| 5/16/12 | RET | .1 | Review notice of filing of transcript of bankruptcy proceedings held on May 9, 2012 |

                                                                  SUB TOTAL     150.00

| | |
|---|---|
| TOTAL SERVICES | $5,212.50 |
| TOTAL HOURS: | 10.5 |
| FEE GRAND TOTAL: | $5,212.50 |
| NORTEL'S 50% TOTAL: | $2,606.25 |

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L110 Fact Investigation/Development

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 5/09/12 | RET | .20 | Communications with Annie Cordo regarding thirteenth quarterly fee hearing |
| 6/08/12 | RET | .30 | Communications with Annie Cordo regarding thirteenth quarterly fee hearing |
| 7/13/12 | RET | .30 | Review the 86th Report of the Monitor Dated on 06.27.12 |
| 7/24/12 | RET | .10 | Review notice of filing of transcripts and of deadlines for proceedings held on 07/11/12 |

                              SUB TOTAL       495.00

L190 Other Case Assessment, Devel. & Adm

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 5/09/12 | RWJ | .10 | Review order from court, docket deadlines |
| 5/11/12 | RWJ | 3.20 | Begin drafting fee application, exhibit A to fee application |
| 5/14/12 | RWJ | 1.30 | Draft exhibit B to interim fee application, continue preparation of exhibit A |
| 5/15/12 | RWJ | .30 | Continue preparation of fee application |
| 5/23/12 | RWJ | .20 | Follow up on final invoice necessary to complete fee applications |
| 5/23/12 | RWJ | .50 | Supplement interim fee application with data from April non-insurance invoice |
| 5/25/12 | RWJ | .10 | Follow up on final invoice necessary to complete fee applications |
| 5/28/12 | RWJ | 1.50 | Finalize interim fee application |
| 5/28/12 | RWJ | 3.50 | Draft quarterly fee application |
| 5/29/12 | JMS | .20 | Communication with Annie Cordo regarding upcoming fee deadline |
| 5/29/12 | RWJ | .50 | Finalize interim fee bill for filing |

| | | |
|---|---|---|
| 5/29/12 RWJ | .40 | Finalize quarterly fee bill for filing |
| 6/07/12 JMS | .20 | Communication with Annie Cordo regarding court's order and review same |
| 6/07/12 RWJ | .20 | Review proposed order, check amounts submitted against fee bill applications |
| 6/08/12 JMS | .10 | Communication with Rhonda James regarding Annie Cordo's questions regarding court's order |
| 6/08/12 RWJ | .10 | E-mail memorandum to defense team regarding status, proposed order |
| 6/15/12 JMS | .20 | Communication with Annie Cordo regarding upcoming fee deadline |
| 6/19/12 JMS | .20 | Communication with Annie Cordo regarding upcoming fee hearing |
| 6/21/12 JMS | .20 | Communication with Annie Cordo regarding court's order and review same |
| 6/21/12 RWJ | .10 | Review notice from Annie Cordo, docket deadlines |
| 7/03/12 RWJ | .10 | Follow up on invoices needed for fee application |

SUB TOTAL    2,510.75

L210 Pleadings

| | | |
|---|---|---|
| 5/08/12 JMS | .20 | Review notice of the eighty-fifth report of the bankruptcy monitor |
| 5/29/12 RET | .40 | Review 36th interim fee application and 13th quarterly fee application |
| 5/29/12 JMS7 | .50 | Edit thirty-sixth fee and thirteenth quarterly fee application |
| 6/01/12 RET | .10 | Review notice of filing of transcript and deadlines from bankruptcy clerk |
| 6/01/12 JMS | .10 | Review notice from bankruptcy court |
| 6/19/12 RET | .10 | Communications with Annie Cordo regarding Thirteenth Quarterly Fee Hearing |
| 6/20/12 RET | .10 | Communications with Marisa DeCarli regarding February fee application |

6/21/12 RET   .20   Communications with Annie Cordo regarding Thirteenth Quarterly Fee Order and next fee hearing

6/28/12 RET   .10   Review bankruptcy notice of filing of transcript

6/28/12 RET   .20   Review bankruptcy order regarding beneficiaries motion for order determining that recognition order does not stay

                                                SUB TOTAL        1,034.00

TOTAL SERVICES        $4,039.75

TOTAL HOURS:          16.1

FEE GRAND TOTAL:      $4,039.75

4833-8617-1152, v. 1