# SCHEDULE B

### EXPENSE SUMMARY

**NORTEL/CHUBB**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2012 through July 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| **Grand Total Expenses** | | 0.00 | 0.00 |

***Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

## TOTAL EXPENSES DUE:  $0.00

---

**NORTEL NETWORKS – NON-INSURANCE**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2012 through July 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| | | 0.00 | 0.00 |
| **Grand Total Expenses** | | **$0.00** |

## TOTAL EXPENSES DUE:  $0.00

4828-6510-1840, v.  1