# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS, INC., *et al.*, | ) Case No. 09-10138 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re Dkt No. 8081** |

## AMENDMENT TO SCHEDULING ORDER FOR HEARING ON DEBTORS' PROCESS TO TERMINATE RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114

On August 1, 2012, the Court entered the Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114 (the "Scheduling Order"). Based upon the rulings at a hearing on August 20, 2012, the Court hereby amends the Scheduling Order as follows:

1. Debtors shall respond to the Retiree Committee's requests for admission on or before August 27, 2012.

2. **Response Deadline**: All responses to the Section 1114 Motion shall be filed no later than September 14, 2012. All parties shall be entitled to file submissions in respect of the 1114 Motion no later than October 19, 2012.

3. **Witness Disclosure Deadline**: On or before September 15, 2012, the Debtors shall serve upon the Retiree Committee the Debtors' list of witnesses expected to testify on the Debtors' behalf at trial. On or before September 15, 2012, the Retiree Committee shall serve upon the Debtors the Retiree Committee's list of witnesses expected to testify on the Retiree Committee's behalf at trial.

4. In all other respects, the Scheduling Order shall remain unchanged.

SO ORDERED.

Dated: August 21, 2012

Kevin Gross, U.S.B.J.