**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                      Debtors. : Jointly Administered
:
---------------------------------------------------------X   Objections Due: September 11, 2012 at 4:00 p.m.
  (ET)


**THIRD MONTHLY APPLICATION OF EUGENE F. COLLINS AS SPECIAL IRISH COUNSEL TO DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2011 THROUGH JULY 31, 2012**

| | |
|---|---|
| Name of Applicant: | Eugene F. Collins |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | *nunc pro tunc* to June 13th 2011 |
| Period for which Compensation and reimbursement is sought: | November 1st, 2011 to July 31st, 2012 |
| Amount of compensation sought as actual, reasonable and necessary: | €19,132.00 ($23,631.85) [2] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] For the purposes of this application the exchange rate has been set at €1.00 to $1.2352 being the applicable exchange rate on 15th August 2012 according to the Irish Times.

2725046.2

Amount of reimbursement
sought as actual,
reasonable and necessary:         €103.05 ($127.29)

This is an  x  interim         ___ final application

The total time expended for fee application preparation is approximately 9 hours and the corresponding compensation requested is approximately €1,200 ($1,652.76).[3]

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| [  ] | 14th June 2011 – 31st July 2011 | €18,791.82 ($27,032.03) | €18,757.00 ($27,032.03) |
| [  ] | 1st August 2011 – 31st October 2011 | €86,972.05 ($119,786.60) | €86,972.05 ($119,786.60) |

---

[3] Allowance for compensation for such time is not requested in this application but will be sought in a subsequent fee application.

## COMPENSATION BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1st 2011 through July 31st 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Doug Smith | Partner | €450.00<br>$555.84 | 11 | €4,950.00<br>$6,114.24 |
| Sharon McCaffrey | Partner | €300<br>$370.56 | 43 | €12,900.00<br>$15934.08 |
| Eileen Grace | Partner | €400<br>$494.08 | 3.25 | €1,282.00<br>$1,583.53 |
| **Total** | | | **57.205** | €19,132.00<br>(€23,631.85) |
| **GRAND TOTAL:**  €19,132.00 ($23,631.85) | | | | |
| **BLENDED RATE:**  €334.45 ($413.11) | | | | |

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1st 2011 through July 31st 2012

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---:|---:|
| Company Law issues | 57.205 | €19,132.00 ($23,631.85) |
| **TOTAL** | 57.205 | €19,132.00 ($23,631.85) |

- 5 -

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1st 2011 through July 31st 2012

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Photocopying | | €101.33 $125.16 |
| Searching fees | Cid.ie | €1.72 $2.12 |
| **Grand Total Expenses** | | **€103.05 $127.29** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Objections Due:  September 11, 2012 at 4:00 p.m. (ET) |

**THIRD MONTHLY APPLICATION OF EUGENE F. COLLINS AS SPECIAL IRISH COUNSEL TO DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2011 THROUGH JULY 31, 2012**

Eugene F. Collins, Special Irish Counsel for Nortel Networks, Inc and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), submits this application (the "Application") for interim allowance of compensation for professional services rendered by Eugene F. Collins to the Debtors for the period November 1, 2011 through July 31, 2012 (the "Application Period") and reimbursement of actual and necessary expenses incurred by Eugene F. Collins during the Application Period under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- 1 -

- 2 -

"Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the Order Under 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (D.I. 222) (the "Interim Compensation Procedures Order")[2]. In support of this Application, Eugene F. Collins represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On January 14, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' jointly administered bankruptcy cases.

3. On January 26, 2009, the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

---

[2] Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

## EUGENE F. COLLINS' RETENTION

4. On August 8, 2011 this Court entered the Order Pursuant to 11 U.S.C. Sections 327(a), 328(a) and 329, Fed. R. Bankr. P.2014 and 2016, and Del. Bankr. L.R. 2014-1 Authorizing Retention and Employment of Eugene F. Collins as Special Irish Counsel in connection with the EMEA claims *nunc pro tunc* to June 13 2011.

## FEE PROCEDURES ORDER

5. On February 4, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

6. In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Application with the Court after the first day of each calendar month. Provided that there are no objections to such Monthly Fee Application filed within twenty (20) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Application. If a partial objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

## RELIEF REQUESTED

7. Eugene F. Collins submits this Application (a) for allowance of reasonable compensation for the actual, reasonable and necessary professional services that it has rendered as Special Irish Counsel for the Debtors in these cases for the period from November 1, 2011 through

July 31, 2012, and (b) for reimbursement of actual, reasonable and necessary expenses incurred in representing the Debtors during that same period.

8. During the period covered by this Application, Eugene F. Collins incurred fees in the amount of €19,132.00 ($23,631.85). For the same period, Eugene F. Collins incurred actual, reasonable and necessary expenses totaling €103.05 ($127.29). With respect to these amounts, as of the date of this Application, Eugene F. Collins has received no payments.

9. Set forth on the foregoing "Compensation by Project Category" is a summary by subject matter categories of the time expended by timekeepers billing time to these cases.

10. During the Application Period, Eugene F. Collins was engaged in the detailed and extensive research in the area of the fiduciary duties owed by a director to a company. This work also necessitated extensive liaising with Cleary Gottlieb and internal meetings.

11. The Monthly Fee Application was also prepared during the Application Period.

12. Exhibit A attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paraprofessionals and other support staff and descriptions of the services provided.

13. Exhibit B attached hereto contains a breakdown of disbursements incurred by Eugene F. Collins during the Application Period.

14. Exhibit C attached hereto contains a fee note showing the time recorded by Aidan Redmond S.C. and descriptions of the services provided during the Application Period.

15. Eugene F. Collins charges no more than the equivalent of $0.10 (€0.0726) per page for photocopying.

- 5 -

16. Eugene F. Collins does not charge for outgoing domestic facsimiles or for incoming facsimiles.

17. In accordance with Local Rule 2016-2, Eugene F. Collins has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

18. Eugene F. Collins has endeavored to represent the Debtors in the most expeditious and economical manner possible. Tasks have been assigned to trainees and other support staff at Eugene F. Collins so that work has been performed by those most familiar with the particular matter or task and, where solicitor involvement was required, by the lowest hourly rate professional appropriate for a particular matter. Moreover, Eugene F. Collins has endeavored to coordinate with Cleary Gottlieb Steen & Hamilton LLP and the other professionals involved in these cases so as to minimize any duplication of effort and to minimize fees and expenses to the Debtors. We believe we have been successful in this regard.

19. No agreement or understanding exists between Eugene F. Collins and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

20. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.

**WHEREFORE**, Eugene F. Collins respectfully requests that this Court: (a) allow Eugene F. Collins (i) interim compensation in the amount of €19,132.00 ($23,631.85) for actual, reasonable and necessary professional services rendered on behalf of the Debtors during the period November 1, 2011 Through July 31, 2012 and (ii) interim reimbursement in the amount of €103.05 ($127.29) for actual, reasonable and necessary expenses incurred during the same period; (b) authorize and direct the Debtors to pay to Eugene F. Collins the amount of €15,408.65 ($19,032.76) which is equal to the sum of 80% of Eugene F. Collins' allowed interim compensation and 100% of Eugene F. Collins' allowed expense reimbursement; and (c) grant such other and further relief as is just.

Dated: August 21, 2012
Dublin, Ireland

Eugene F. Collins Solicitors

_____
Doug Smith
Temple Chambers,
3 Burlington Road,
Dublin 4,
Ireland
Telephone: 353-1-202-6400
Facsimile: 353-1-667-5200

*Special Irish Counsel for the Debtors*