# EXHIBIT A

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1st, 2011 through July 31st 2012

| Fee Earner | Project Category | Date | Hours | Total Fees |
|---|---|---|---|---|
| | **1. Company Law Issues** | | | |
| Sharon McCaffrey | • Initial review of correspondence and research into a litigation issue; | 1st June 2012 | 2.2 | €660 ($815.23) |
| Doug Smith | • Reviewing research conducted into queries received from Cleary Gottlieb; | 1st June 2012 | 1.4 | €630 ($778.18) |
| Doug Smith | • Preparation for and taking of phone call with Cleary Gottlieb in respect of certain aspects of litigation issues, internal meeting following the call; | 4th June 2012 | 2.4 | €1,080 ($1,334.01) |
| Sharon McCaffrey | • Reviewing Proof of Claim Document; | 5th June 2012 | 8.2 | €2,460 ($3,038.60) |
| Doug Smith | • Further research on litigation issues issue, phone call with Cleary Gottlieb; | 8th June 2012 | 5.7 | €2,565 ($3,168.29) |
| Sharon McCaffrey | • Further review of the Proof of Claim Document, internal meeting and phone call with Cleary Gottlieb; | 8th June 2012 | 1.8 | €540 ($667.00) |
| Sharon McCaffrey | • Reviewing case law and articles, drafting memo; | 11th June 2012 | 5.6 | €1,680 ($2,075.14) |
| Doug Smith | • Reviewing memo | 11th June 2012 | 1.5 | €675 ($833.76) |
| Sharon McCaffrey | • Finalising note in respect of litigation issues ; | 14th June 2012 | 5.9 | €1,770 ($2,186.30) |
| Sharon McCaffrey | • Responding to email from Cleary Gottlieb; | 25th June 2012 | 2.9 | €870 ($1,074.62) |
| Sharon McCaffrey | • Researching and preparing responses for Cleary Gottlieb; | 29th June 2012 | 16 | €4,800 ($5,928.96) |
| Sharon McCaffrey | • Responding to email; | 10th July 2012 | 0.4 | €120 ($148.22) |
| Eileen Grace | • Research and internal meeting; | 12th July 2012 | 3.205 | €1,282 ($1,583.53) |
| | | | 57.20 | €19,132 |

2725046.2

|  |  |  | 5 | ($23,631.85) |
|---|---|---|---|---|
|  | **TOTAL** |  | 57.205 | **€19,132.00** ($23,631.85) |