# EXHIBIT B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1st 2011 through July 31st 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying | | €101.33 ($125.16) |
| Searching fees | Cid.ie | €1.72 ($2.12) |
| **Grand Total Expenses** | | **€103.05 ($127.29)** |

| Date | Type | Ref. No. | Amount | Remarks |
|---|---|---|---|---|
| 6th June 2012  Group: Equitrac | EQT | 51600039 | €101.33 | Printing and Photocopying |
| 25th June 2012  Group: Lawlink  Supplier: 0008675 | OJN | 00096067 | €1.72 | Companies Office Search |
| | Total | | €103.05 | |

2725046.2