## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | Hearing Date: September 19, 2012 at 10:00 a.m. (ET) |

### THIRD QUARTERLY FEE APPLICATION REQUEST OF EUGENE F. COLLINS SOLICITORS, AS SPECIAL IRISH COUNSEL TO DEBTORS FOR THE PERIOD NOVEMBER 1, 2011 THROUGH JULY 31, 2012

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Eugene F. Collins Solicitors ("Eugene F. Collins") hereby submits its Third Quarterly Fee Application Request (the "Request") for the period November 1, 2011 through and including July 31, 2012[2] (the "Application Period")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A, B and C attached to the monthly applications Docket Item No. 8256 contain detailed listing of Eugene F. Collins' requested fees and expenses for the Application Periods.

2449106.1

Eugene F. Collins seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| [    ] | 01/11/11 – 31/07/12 | €19,132.00 (€23,631.85) | €103.05 $127.29 | Pending | €15,305.60 $18,905.48 | €103.05 $127.29 | €3,826.40 $4,726.37 |
| TOTAL |  | €19,132.00 (€23,631.85) | €103.05 $127.29 |  | €15,305.60 $18,905.48 | €103.05 $127.29 | €3,826.40 $4,726.37 |

In accordance with the Monthly Compensation Order, Eugene F. Collins seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Eugene F. Collins respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Eugene F. Collins such other and further relief as is just and proper.

Dated: August 21, 2012
Dublin, Ireland

Eugene F. Collins Solicitors

_____
Doug Smith
Temple Chambers,
3 Burlington Road,
Dublin 4,
Ireland
Telephone: 353-1-202-6400
Facsimile: 353-1-667-5200

*Special Irish Counsel for the Debtors*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

November 1st 2011 through July 31st 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Doug Smith | Partner | €450.00<br>$555.84 | 11 | €4,950.00<br>$6,114.24 |
| Sharon McCaffrey | Partner | €300<br>$370.56 | 43 | €12,900.00<br>$15,934.08 |
| Eileen Grace | Partner | €400<br>$494.08 | 3.205 | €1,282.00<br>$1,583.53 |
| **Total** | | | **57.205** | **€19,132.00**<br>**($23,631.85)** |
| **GRAND TOTAL:** €19,132.00 ($23,631.85) | | | | |
| **BLENDED RATE:** €334.47 ($413.11) | | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

November 1st 2011 through July 31st 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Company Law issues | 57.14 | €19,132.00 ($23,631.85) |
| **TOTAL** | 57.14 | €19,132.00 ($23,631.85) |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

4

## CUMULATIVE EXPENSE SUMMARY

November 1st 2011 through July 31st 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying | | €101.33 ($125.16) |
| Searching fees | Cid.ie | €1.72 ($2.12) |
| **Grand Total Expenses** | | **€103.05 ($127.29)** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]