## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE THAT** Freddie Wormsbaker, hereby appears in the

matter hereby enters his appearance pursuant to §1109(b) of Title 11 of the United States

Code and Rules 2002(g) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), and Freddie Wormbaker hereby requests, pursuant to

Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy

Code, that copies of all notices and pleadings given or filed in these Cases be given and

served upon them at the following:

> Freddie Wormsbaker
> 327 Locust St.
> Twin Falls, ID. 83301
> Telephone: 208-734-0656
> Facsimile: NA
> Email: dead-fred@qwset.net

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of

the Bankruptcy Code, the foregoing demand includes not only the notices and papers

referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

any notice, application, complaint, demand, motion, petition, pleading or request,

whether formal or informal, written or oral, and whether transmitted or conveyed by

mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the Cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Entry of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) any right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) any right to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupments to which Freddie Wormsbaker may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly reserves.

Dated: 8-15-2012

Freddie Wormsbaker
327 Locust St.
Tiwn Falls, ID. 83301
Telephone: 208-734-0656
Facsimile: NA
Email: dead-fred@qwest.net

*Appearing Pro Se*