IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) Objection Deadline: Never Announced |
| | ) Hearing Date: Aug 1, 2012-Notice Given After Fact |
| | ) RE:             Docket #8085 |

## NORTEL US LTD EMPLOYEES OBJECTION TO SCHEDULING ORDER FOR HEARING ON DEBTORS' PROCESS TO TERMINATE LTD BENEFITS PURSUANT TO 11 U.S.C. §105 (a), 363 AND 1108

Nortel US Long-Term Disabled (LTD) Employees signed herein of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submit this objection to the Scheduling Order For Hearing On Debtors' Process To Terminate LTD Benefits [D.I. 8085]. In support of this Objection, Nortel US LTD Employees signed herein respectfully represent as follows:

### BACKGROUND

1.      On August 01, 2012 the Debtors filed Certification of Counsel Regarding Pre-Trial Scheduling Order for Hearing on Debtors Process to Terminate LTD Benefits, docket #8079, and Scheduling Order For Hearing On Debtors' Process To Terminate LTD Benefits, docket #8085. The Scheduling Order was signed August 01, 2012.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

A

## RELIEF REQUESTED

2. We request that the Scheduling Order be rescinded.

3. We request that an alternate Scheduling Order be approved only after an adequate notice and objection period to a proposed Scheduling Order, so as to allow the Nortel US LTD Employees to have a chance to review, opportunity to participate in identification of Fact Discovery as individual LTD, and if desired file an objection.

## BASIS FOR RELIEF

4. The Scheduling Order was filed and approved at the same hearing held on the same day; i.e. August 1, 2012.

5. Local Rule 9022-1 SERVICE OF JUDGEMENT OR ORDER, in part states: "...Counsel for the movant shall serve a copy of the judgment or order on all parties that contested the relief requested in the order and on other parties as the Court may direct and file a certificate of service to that effect within forth-eight (48) hours."

6. Nortel US LTD Employees were not properly Served in this matter. They did not even receive Notice of the filing of a proposed Scheduling Order until August 10-13, 2012. This is 10 to 13 days after the Debtors Scheduling Order was already approved.

7. The Nortel US LTD Employees were denied the opportunity for Fact Discovery by how the Debtors put forth their Scheduling Order through the Court; i.e. circumventing LTD individuals who this impacts directly.

P

## NOTICE

8. Notice of this Objection has been provided to the US Bankruptcy Court, Delaware and the Debtors via first class mail. Other parties will receive notice through the Court's electronic filing system. The Nortel LTD Employees signed herein respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Nortel US LTD Employees signed herein respectfully request the entry of this Objection, requests that the Debtors rescind the Scheduling Order and the Debtor submit an Objection Deadline with Hearing Date that recognizes the Nortel US LTD Employees right to review the Scheduling Order per Local Rules. This Court should rescind the Debtors motion as presented.


Dated: Friday, August 17, 2012              _____
                                             Nortel US LTD Employees electronically signed


Clarence E. Adams, 432 Lower Thrift Road, New Hill, NC 27562

Michael Alms, 4944 Elm Island Circle, NC Waterford, WI 53185

Janet Bass, 1228 Moultrie Court, Raleigh, NC 27615

Brent Beasley, 541 Ammons Rd, Dunn, NC 28334

Tamara Bennett, 37052 Chestnut St, Newark CA 94560

Jeffrey B. Borron, 13851 Tanglewood Dr., Farmers Branch, TX 75234

Denis Wayne Bullock, 3557 Jacobs Rd, Stem, NC 27581

Roger G. Carlsen, 462 E Calle De Ocaso, Sahuarita, AZ 85629

Marilyn Day, 2020 Fox Glen Dr., Allen, TX 75013

A

Najam U. Dean, 6 Augusta Drive, Millbury, MA 01527

Robert Dover, 2509 Quail Ridge Rd, Melissa, TX 75454

John S. Elliott, 6 Grouse Lane, Merrimack, NH 03054

Richard Engelman, 1505 Nevada Drive, Plano, TX 75093

Bert Fletcher, 35 Broomhill Court, Clayton, North Carolina 27527

Bruce Francis, 5506 Lake Elton Road, Durham, NC 27713

Barbara Gallagher, 410 West Acres Road, Whitesboro, TX 76273

Gary W. Garrett, 4093 Hogan Drive, Apt. 4114, Tyler, TX 75709

Scott S. Gennett, 16 Wildwood Street Lake Grove, NY 11755

Marilyn Green, 1106 Boston Hollow Rd. Ashland City, Tennessee 37015

Crickett Grissom, 2580 W. Porter Creek Ave, Porterville, CA 93257

Edward G. Guevarra, 11007 Scripps Ranch Blvd, San Diego, CA92131

Janetta Hames, 649 Fossil Wood Drive, Saginaw, TX 76179

Alan Heinbaugh, 19816 Colby Ct. Saratoga, CA 95070

Richard B. Hodges, 4707 Peach Tree Lane, Sachse Texas, 75048

Scott Howard, 2050 Cabiao Road, Placerville, CA 95667

James Hunt, 8903 Handel Loop, Land O Lakes FL, 34637

Mark R. Janis, 193 Via Soderini, Aptos, CA 95003

Deborah Jones, PO Box 458, Willow Spring, NC 27592

Peter Lawrence, 16295 Via Venetia W, Delray Beach, FL 33484

James Jerome Lee, 1310 Richmond Street, El Cerrito, CA 94530

Felicia Jones Mann, 525 N. Academy Street, Cary, NC 27513

Robert Martel, 200 Lighthouse Lane, Apt B3, Cedar Point, NC 28584

A

Michael S. McWalters, PO Box 338, Alviso, CA 95002

John A. Mercer, 121 Monastery Rd., Pine City, NY 14871

Paul Morrison, 2241 College Ave, Quincy, IL 62301

Reid Mullett, 4224 Thamesgate Close, Norcross, GA. 30092

Sue Paperno, 1632 Julius Bridge Rd, Ballground, GA 30107

Kaushik Patel, 5665 Arapaho Rd. Apt. # 1023, Dallas, Texas, 75248

Mark A. Philips, 6117 Trevor Simpson Drive, Lake Park, NC 28079

Carol Raymond, 7962 S.W. 185 St. Miami, FL 33157

William A. Reed, 7810 Heaton Drive, Theodore, Al 36582-2362

Michael D. Rexroad, 5244 Linwick Drive, Fuquay Varina, NC 27526

Ronald J. Rose Jr., 26 Pheasant Run, Ballston Spa, NY 12020

John J. Rossi, 1568 Woodcrest dr., Wooster, Ohio 44691

Brenda L. Rohrbaugh, 2493 Alston Drive, Marietta, GA 30062

Lynette Kay Seymour, 16711 Rivendell Lane, Austin, TX 78737

Chad Soriano, 8974 Hickory Ave., Hesperia, CA 92345

Wayne Schmidt, 5346 S. Mohave Sage Drive, Gold Canyon, AZ 85118

Carmel Totman, 164 Berton Street, Boone, NC 28607

Caroline Underwood, 2101 Emerson Cook Rd., Pittsboro, NC 27312

Claudia Vidmer, 213 Orchard Lane, Glen Ellyn, IL 60137

Nancy Wilson, 7101 Chase Oaks Blvd #1637 Plano, Texas 75025

Paul D. Wolfe, 113 Red Drum Ln., Gloucester, NC 28528

Kim M. Yates, 207 Tomato Hill Road, Leesburg, FL 34748

*Appearing Pro Se*

P                                           5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) **Re: Docket No. 8085** |

## ORDER GRANTING OBJECTION TO MOTION OF THE DEBTORS SCHEDULING ORDER FOR PROCESS TO TERMINATE LTD BENEFITS

Upon consideration of this Objection to the scheduling order for Debtors' process to terminate LTD benefits (the "Order") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby ORDERED that the Objection is granted.

Dated: _____, 2012
      Wilmington, Delaware

                                              HONORABLE KEVIN GROSS
                                              CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.