**VERIFICATION**

STATE OF NORTH CAROLINA    )
                                        ) SS:
COUNTY OF WAKE    )

        James E. Scott, after being duly sworn according to law, deposes and says:

        a)        I am a Partner with the applicant firm, Ernst & Young LLP.

        b)        I am familiar with the work performed on behalf of the Debtors by the professionals and staff members at Ernst & Young LLP.

        c)        I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_____
James E. Scott
Partner, Ernst & Young LLP

SWORN AND SUBSCRIBED before me
this ___ day of August, 2012.

_____
Notary Public
My Commission Expires: 3/17/2015

4816-6690-4080.1