IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc., *et al.*,# The Debtors, | ) Case No. 09-10138 (KG) |

## MOTION FOR COMPENSATION AND REIMBURSEMENT OF AMOUNTS OWED FOR THE PERIOD OF MARCH 1, 2003 THROUGH July 31, 2012

Estelle Loggins (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this motion for Compensation and Reimbursement of Amounts Owed for the Period of March 1, 2003 Through July 31, 2012 (the "Motion"). In support of this Motion, Estelle Loggins respectfully represents as follows:

## BACKGROUND

First, let me say that one of reasons I went to work for Nortel (March 1991) is because of their benefit package. Nortel was proud and boisterous about its benefit package. It was emphasized in college recruiting as one of the major reasons to choose them as your employer of choice.

As a Nortel employee currently receiving long-term disability I am very concerned about the way Nortel and Prudential Disability Management repeatedly deny full benefits as described in Summary Plan Description 2000 (SPD). For the five (5) reasons listed below I am filing this motion with the court.

1. It took the Department of Labor (DOL) to force Nortel/Prudential to reimburse the LTD beneficiaries for monthly Medicare B cost; something they promised to do in SPD. The SPD means nothing to the Debtors. After Nortel was ordered to reimburse all of the

1

LTD beneficiaries as per the SPD; did they comply; NO, not fully. All I want is what I was promised in the SPD.[1] I relied on the information in the SPD to my detriment. As a result I have lost my home, car, Good Credit and my Self-Respect.[2] Therefore, I respectfully ask the court to grant me the underpayment of benefits in the amount of $44,588.53 that has been occuring since my effective date I became eligible for Medicare Part B coverage (August 1, 2003).[3]

2. In March 2004 Nortel booked a Business Travel and Accident deduction of $5,250/month to my LTD account. I had just finished paying then an overpayment of $23,600.40 for SSI. Before this action I did not owe them any monies nor did they owe me any. Prudential booked this retroactively creating a $16,942.67 overpayment to my account.[4] The plan does not allow for retroactive treatment of such payment. It states that the deduction are to be taken over a sixty month period and that a retroactive payment is booked retroactively (BTA was not a retroactive payment).[5] For the sixty months that followed I received $0.00 dollars in payments from Nortel/Prudential. I filed all types of complaints as described in the SPD, but to no avail. The fiduciaries of this account have always taken the path that reduces Nortel's cost; no matter the cost to Plan beneficiaries. Therefore, I respectfully ask the court to grant me an underpayment of benefits in the amount of $16,942.67 outstanding since March 2004.

3. Extension of Health Care Protection - The following applies to all coverage's other than Hospice Care Program:

---

[1] SPD, page 19 Social Security Disability Benefits and Medicare.
[2] Prudential Chart adjusted/ the SPD.
[3] Prudential Account Chart with actuals.
[4] Letter from Prudential dated May 10, 2004.
[5] SPD, page 18 2nd ¶.

2

"Your protection under the Plan may be extended after the date you cease to be covered under the Plan. Coverage will be extended if on the date you ceased to be covered, you are totally disabled (as defined in the Disability Section of this binder) from a Sickness or Injury and are under a Doctor's care. Coverage will be extended for the time you remain disabled, from a sicknesses or Injury and under a Doctor's care."[6] I have been under the care of a physician (every month, never missed an appointment) since the date of my accident. Therefore, I respectfully ask the court to grant me continued medical coverage per the terms cited.

4. At the time of my disability I was given a handout of <u>LTD Procedure/Benefit Entitlement Form.</u>[7] This form stated that upon returning to work, I would receive my vacation pay and my manager reiterated this to me. In February I was told it was pass the statue of limitation period to receive it. I had accrued two weeks vacation at the time of my leave. Therefore, I respectfully ask the court to grant me the vacation pay in the of $10,388.34 as promised.[8]

5. I have exhausted my efforts to pursue Nortel in court for their handling of my BTA[9] settlement, but in the Judges final ordered signed March 9, 2006 Nortel told the court that I would realize a net BTA benefit amount of almost $190,000 ($189,940.20).[10] If this is correct then why was the offset booked at $5,250 for 60 months the total BTA instead of the actual of $2,084.33?[11] I will never realize the $189,940,20 promised in court

---

[6] SPD, page 71 Extension of Health Care Protection.
[7] Nortel Networks "LTD Procedure/Benefit Entitlement Form.
[8] Nortel letter dated 9/21/2010.
[9] SPD, page 17( BTA is Life/AD &D benefit).
[10] SPD, page 9 "Maintenance of Benefits Provision.
[11] Case # 06-10361, US Court of Appeals for the Fifth Circuit.

3

documents. Nortel is in the habit of not being completely honest with courts of law, as noted in the filings with the US Fifth Circuit Court , they alleged that BTA was a disability benefit when the Plan clearly states it is a Life/AD&D benefit. Furthermore, the Maintenance of Benefits provision of the SPD relates only to medical Plans; Nortel and its lawyer have the ability to distort the truth to reach their goals.[12] I am sure Nortel is trying to do the same thing in your court.

### **RELIEF REQUESTED**

If Nortel does not keep its word I fear for my future. I relied on the information in the SPD to my detriment. To deny me these benefits, as promised assures me a future of poverty and homelessness. I have worked hard all my life not to come to such and end. IT IS NOT JUST, IT IS NOT RIGHT; AND IT IS UNCONSTITUTIONAL!! NO MAN OR WOMAN SHOULD BE DEPRIVED OF LIFE, LIBERTY , OR PURSUIT OF HAPPINESS. I have suffered for twelve years as a result of Nortel and or Prudential ; if I am forced to continue I will surely die!!

My mental health has declined and in addition to the on-the-job-injuries I suffered March 11, 2000; I now am being treated for severe depression due to the fact that I have been denied my expected and legally promised financial benefits. I am someone's Mother; how would you feel if your Mother had to suffer such indignity by a corporation?

Needless to say I have made appeals to Prudential and Nortel (did not brother to respond). Therefore, I respectfully ask the Honorable Kevin Gross to grant me the compensation and underpayments I have requested. If there are any taxes due please

---

[12] SPD, page 22 2nd ¶.

4

allow the debtors to pay them.

## BASIS FOR RELIEF

Is the SPD not a legally binding contract; required by ERISA? Nortel was proud to boast about the professional staff it had acquired. Prudential Disability Management is a large and respected (underserved?) insurance company; retained for their expertise. Should they not be required at least to understand the requirements of a contract or to at least read it. I have attached pages from the SPD written in a clear and concise manner, that could be understood my any junior high school student. I asked the Honorable Judge to grant me the relief promised in SPD 2000.

## NOTICE

Notice of this Motion has been provided to (a) counsel to the Debtors; (b) counsel to the Creditors' Committee; (c) counsel to the Retirees Committee; (d) the United States Trustee for the District of Delaware; and (e) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Estelle Loggins respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

Please take further notice that I am requesting a hearing on the motion be held on November 12, 2012 before the Honorable Kevin Gross at the United States Bankruptcy Court For the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

**WHEREFORE**, Estelle Loggins respectfully requests the entry of an Order, in the form attached motion for immediate payment of $251,471.40

Dated: *August 16, 2012*          *Estelle R. Loggins*
                                   Estelle Laverne Loggins
                                   6707 Latta Street
                                   Dallas, TX 75227
                                   Telephone: 214-694-8706
                                   Email: mikeyloggins@yahoo.com

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.,#* The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, | ) Case No. 09-10138 (KG) ) ) Jointly Administrated ) ) **Re: Docket No. _____** |

## MOTION FOR COMPENSATION AND REIMBURSEMENT OF AMOUNTS OWED FOR THE PERIOD OF MARCH 1, 2003 THROUGH July 31, 2012

Upon consideration of the *Motion for compensation and Reimbursement of Amounts Owed for the Period of March 1, 2003 through July 31, 2912* and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted.

Dated: _____,
2012
    Wilmington, Delaware
                                        _____
                                        HONORABLE KEVIN GROSS
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE

6