**Exhibit 1:  Social Security Disability Benefits and Medicare**

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:



1. If LTD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If LTD benefits have been overpaid, this plan will either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

# Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay Claims first and the Company's plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment process.) Coverage under Medicare Part A is free while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

*It is your responsibility to complete any required applications, such as for Social Security benefits...*

# Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation pro-

**Exhibit2: Copy of Prudential Accounting Chart Actuals**

Control No: 39900
Claim No: 10328806

From: 10/31/200
To: 7/31/2012

| To | Benefit Am | Workers Comp | Less BTA | Less Cyclical Adjustments or SSI | Less Social Security | Net LTD Benefits Before Taxes & Ins. | Insurance | Tax | Net LTD Benefit Payable | Total Payments To Me |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10/31/2000 | 3,635.92 | 2,224.30 | | | | 1,411.62 | 132.29 | 183.79 | 1,095.54 | 974.34 |
| 11/30/2000 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 136.85 | 88.00 | 1,110.07 | 1,110.07 |
| 12/31/2000 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 136.85 | 88.00 | 1,110.07 | 1,110.07 |
| 1/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 2/28/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 3/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 4/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 5/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 6/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 7/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 8/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 9/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 10/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 11/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 12/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 1/31/2002 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 2/28/2002 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 3/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 1,150.48 | 1,150.48 |
| 4/30/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 5/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 6/30/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 7/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 8/31/2002 | 3,635.92 | 0.00 | | | 1,000.00 | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 9/30/2002 | 3,635.92 | 0.00 | | | 1,000.00 | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 10/31/2002 | 3,635.92 | 0.00 | | | 1,000.00 | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 11/30/2002 | 3,635.92 | 0.00 | | | 1,000.00 | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |

Control No: 39900
Claim No: 10328806

From: 10/31/200
To: 7/31/2012

| To | Benefit Amount | 1 Workers Comp | 2 Less BTA | 3 Less Cyclical Adjustments or SSI | 4 Less Social Security | 5 Net LTD Benefits Before Taxes & Ins. | 6 Insurance | 7 Tax Payable | 8 Net LTD Benefit To Me | 9 Total Payments To Me |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2002 | 3,635.92 | | | | 1,000.00 | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 1/1/2003 | 3,635.92 | | | | 1,000.00 | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 2/28/2003 | 3,635.92 | | | | 1,000.00 | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 3/31/2003 | 3,635.92 | | | | 1,000.00 | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 4/30/2003 | 3,635.92 | 0.00 | | | 1,188.00 | 2,447.92 | 58.36 | 80.73 | 2,308.83 | 2,308.83 |
| 5/31/2003 | 3,635.92 | 0.00 | | 0.00 | 3,552.31 | 83.61 | 58.36 | 0.00 | 25.25 | 25.25 |
| 6/30/2003 | 3,635.92 | 0.00 | | 2,364.31 | 3,552.31 | 83.61 | 58.36 | 0.00 | 25.25 | 25.25 |
| 7/31/2003 | 3,635.92 | 0.00 | 5,250.00 | 2,364.31 | 3,552.31 | 83.61 | 58.36 | 0.00 | 25.25 | 25.25 |
| 8/31/2003 | 3,635.92 | 0.00 | 5,250.00 | 2,364.31 | 3,577.56 | 363.59 | 58.36 | 0.00 | 305.23 | 0.00 |
| 9/30/2003 | 3,635.92 | | 5,250.00 | 2,364.31 | 3,577.56 | 363.59 | 58.36 | 0.00 | 305.23 | 0.00 |
| 10/31/2003 | 3,635.92 | | 5,250.00 | 2,389.56 | 3,577.56 | 363.59 | 58.36 | 0.00 | 305.23 | 0.00 |
| 11/30/2003 | 3,635.92 | | 5,250.00 | 2,389.56 | 3,577.56 | 363.59 | 58.36 | 0.00 | 305.23 | 0.00 |
| 12/31/2003 | 3,635.92 | | 5,250.00 | 2,389.56 | 3,577.56 | 363.59 | 58.36 | 0.00 | 305.23 | 0.00 |
| 1/31/2004 | 3,635.92 | | 5,250.00 | 2,389.56 | 3,577.56 | 58.36 | 14.78 | 0.00 | 43.58 | 43.58 |
| 2/29/2004 | 3,635.92 | | 5,250.00 | 2,389.56 | 1,188.00 | 363.59 | 74.96 | 0.00 | 288.63 | 288.63 |
| 3/31/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 4/30/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 5/31/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 6/30/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 7/31/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 8/31/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 9/30/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 10/31/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 11/30/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 12/31/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 1/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |

Control No: 39900
Claim No: 10328806

From: 10/31/200
To: 7/31/2012

| To | Benefit Amount | Workers Comp 1 | Less BTA 2 | Less Cyclical Adjustments or SSI 3 | Less Social Security 4 | Net LTD Benefits Before Taxes & Ins. 5 | Insurance 6 | Tax 7 | Net LTD Benefit Payable 8 | Total Payments To Me 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/28/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 3/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 4/30/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 5/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.86 | 0.00 | 315.73 | 0.00 |
| 6/30/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 7/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 8/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.53 | 0.00 | 316.06 | 0.00 |
| 9/30/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 10/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 11/30/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 12/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 1/31/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 2/28/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 3/31/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 4/30/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 5/31/2006 | 3,635.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 6/30/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 7/31/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 8/31/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 9/30/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 10/31/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 11/30/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 12/31/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 1/31/2007 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 65.91 | 0.00 | 297.68 | 0.00 |
| 2/28/2007 | 3,635.92 | | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 0.00 |
| 3/31/2007 | 3,635.92 | | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 1.71 |

Prudential Actuals.xlr

**Control No: 39900**
**Claim No: 10328806**

From:10/31/200
To:7/31/2012

| To | Benefit Amount | Workers Comp (1) | Less BTA (2) | Less Cyclical Adjustments or SSI (3) | Less Social Security (4) | Net LTD Benefits Before Taxes & Ins. (5) | Insurance (6) | Tax (7) | Net LTD Benefit Payable (8) | Total Payments To Me (9) |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/30/2007 | 3,635.92 | | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 1.71 |
| 5/31/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 6/30/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 7/31/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 8/31/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 9/30/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 10/31/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 11/30/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 12/31/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 1/31/2008 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 2/29/2008 | 3,635.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 3/31/2008 | 3,635.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 4/30/2008 | 3,635.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 5/31/2008 | 3,635.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 6/30/2008 | 3,635.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 7/31/2008 | 3,635.92 | | 0.00 | 910.49 | 2,098.49 | 1,537.43 | 70.94 | 14.99 | 1,451.50 | 1,451.50 |
| 8/31/2008 | 3,635.92 | | 0.00 | | 1,188.00 | 2,447.92 | 70.94 | 127.19 | 2,249.79 | 2,249.79 |
| 9/30/2008 | 3,635.92 | | 0.00 | | 1,188.00 | 2,447.92 | 70.94 | 127.19 | 2,249.79 | 2,249.79 |
| 10/31/2008 | 3,635.92 | | | | 1,188.00 | 2,447.92 | 70.94 | 127.19 | 2,249.79 | 2,249.79 |
| 11/30/2008 | 3,635.92 | | 0.00 | | 1,188.00 | 2,447.92 | 70.94 | 0.00 | 2,376.98 | 2,376.98 |
| 12/31/2008 | 3,635.92 | | 0.00 | | 1,188.00 | 2,447.92 | 70.94 | 0.00 | 2,376.98 | 2,376.98 |
| 1/31/2009 | 3,635.92 | | 0.00 | | 1,188.00 | 2,447.92 | 80.14 | 0.00 | 2,367.78 | 2,367.78 |
| 1/31/2009 | 5,468.30 Ltd Medicare Part B premium adj. | | 0.00 | | | 5,468.30 | 0 | 0.00 | 5,468.30 | 5,468.30 |
| 2/28/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | 0 | 2,464.18 | 2,464.18 |
| 3/31/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | 0 | 2,464.18 | 2,464.18 |
| 4/30/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | 0 | 2,464.18 | 2,464.18 |

## Control No: 39900
## Claim No: 10328806

From: 10/31/200
To: 7/31/2012

|  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| To | Benefit An | Workers Comp | Less BTA | Less Cyclical Adjustments or SSI | Less Social Security | Net LTD Benefits Before Taxes & Ins. | Insurance | Tax | Net LTD Benefit Payable | Total Payments To Me |
| 5/31/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | 0 | 2,464.18 | 2,464.18 |
| 6/30/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | 0 | 2,464.18 | 2,464.18 |
| 7/30/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | 0 | 2,464.18 | 2,464.18 |
| 8/29/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | 0 | 2,464.18 | 2,464.18 |
| 9/28/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | 0 | 2,464.18 | 2,464.18 |
| 10/31/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 214.73 | 0 | 2,329.59 | 2,329.59 |
| 11/30/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 214.73 | 0 | 2,329.59 | 2,329.59 |
| 12/31/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 214.73 | 0 | 2,329.59 | 2,329.59 |
| 1/31/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 522.33 | 0 | 2,021.99 | 2,021.99 |
| 1/31/2010 | 251.58 | Ltd deduction reimbursement. | | | | 251.58 | 0 | 0 | 251.58 | 251.58 |
| 2/28/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 522.33 | | 2,021.99 | 2,021.99 |
| 3/31/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 4/30/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 5/31/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 6/30/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 7/31/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 8/31/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,376.98 |
| 9/30/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | 0 | 2,273.27 | 2,273.27 |
| 10/31/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 11/30/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 12/31/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 1/31/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | 0 | 2,273.27 | 2,273.27 |
| 2/28/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 3/31/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 4/30/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 5/31/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |

## Control No: 39900
## Claim No: 10328806

From: 10/31/200
To: 7/31/2012

|  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| To | Benefit An | Workers Comp | Less BTA | Less Cyclical Adjustments or SSI | Less Social Security | Net LTD Benefits Before Taxes & Ins. | Insurance | Tax | Net LTD Benefit Payable | Total Payments To Me |
| 6/30/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 7/31/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 8/31/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 9/30/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 10/31/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 11/30/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 12/31/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 1/31/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 1/17/2012 | 338.4 Adj. for Med | 0 | 0 | 0 | 0 | 338.40 | 0 | 0 | 338.40 | 338.40 |
| 2/29/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 3/31/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 4/30/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 5/31/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 6/30/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 7/31/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
|  | 522,358.92 | 39,040.30 | 315,000.00 | 38,347.71 | 175,354.91 | 215,307.28 | 18,752.09 | 3,275.87 | 192,120.47 | 175,514.92 |

Net LTD Payable    192,120.47
Payments to Me     175,514.92
Underpayment        16,605.55

**Exhibit 3:  Copy Adjusted Prudential Account to Show the Effect of Correct Medicare Adjustment**

# Nortel Control No: 39900
## Prudential Claim No: 10328806

Date From: 10/3/2000  
To: 7/31/2012

| # | To | Benefit Amount | Workers Comp | Less BTA | Less Cyclical Adjustments or SSI | Less Social Security | Net LTD Benefits Before Taxes & Ins. | Insurance | Tax | Net LTD Benefit Payable | Total Payments To Me |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 7 | 10/31/2000 | 3,635.92 | 2,224.30 | | | | 1,411.62 | 132.29 | 183.79 | 1,095.54 | 974.34 |
| 8 | 11/30/2000 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 136.85 | 88.00 | 1,110.07 | 1,110.07 |
| 9 | 12/31/2000 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 136.85 | 88.00 | 1,110.07 | 1,110.07 |
| 10 | 1/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 11 | 2/28/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 12 | 3/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 13 | 4/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 14 | 5/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 15 | 6/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 16 | 7/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 17 | 8/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 18 | 9/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 19 | 10/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 20 | 11/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 21 | 12/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 22 | 1/31/2002 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 23 | 2/28/2002 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 96.44 | 88.00 | 1,150.48 | 1,150.48 |
| 24 | 3/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 25 | 4/30/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 26 | 5/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 27 | 6/30/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 28 | 7/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 29 | 8/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 30 | 9/30/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 31 | 10/31/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 32 | 11/30/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 33 | 12/31/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 34 | 1/1/2003 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 35 | 2/28/2003 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 36 | 3/31/2003 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 37 | 4/30/2003 | 3,635.92 | 0.00 | | 0.00 | 1,188.00 | 2,447.92 | 58.36 | 80.73 | 2,308.83 | 2,308.83 |
| 38 | 5/31/2003 | 3,635.92 | 0.00 | | 2,364.31 | 3,552.31 | 83.61 | 58.36 | 0.00 | 25.25 | 25.25 |
| 39 | 6/30/2003 | 3,635.92 | 0.00 | | 2,364.31 | 3,552.31 | 83.61 | 58.36 | 0.00 | 25.25 | 25.25 |

Nortel Control No: 39900
Prudential Claim No: 10328806

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | Date From: 10/3/2000 / To: 7/31/2012 | | | | | | | | | |
| 40 | | 7/31/2003 | 3,635.92 | 5,250.00 | 2,364.31 | 3,552.31 | 363.59 | 58.36 | 0.00 | 305.23 | 25.25 |
| 41 | | 8/31/2003 | 3,694.62 | 5,250.00 | 2,364.31 | 3,552.31 | 363.59 | 58.36 | 0.00 | 311.10 | 25.25 |
| 42 | | 9/30/2003 | 3,694.62 | 5,250.00 | 2,389.56 | 3,577.56 | 363.59 | 58.36 | 0.00 | 311.10 | 0.00 |
| 43 | | 10/31/2003 | 3,694.62 | 5,250.00 | 2,389.56 | 3,577.56 | 363.59 | 58.36 | 0.00 | 311.10 | 0.00 |
| 44 | | 11/30/2003 | 3,694.62 | 5,250.00 | 2,389.56 | 3,577.56 | 369.46 | 58.36 | 0.00 | 311.10 | 0.00 |
| 45 | | 12/31/2003 | 3,694.62 | 5,250.00 | 2,389.56 | 3,577.56 | 369.46 | 58.36 | 0.00 | 0.00 | 0.00 |
| 46 | | 1/31/2004 | 3,761.22 | 5,250.00 | 2,389.56 | 3,577.56 | 58.36 | 14.76 | 0.00 | 43.58 | 43.58 |
| 47 | | 2/29/2004 | 3,761.22 | 5,250.00 | 1,188.00 | 3,577.56 | 363.59 | 74.96 | 0.00 | 288.63 | 288.63 |
| 48 | | 3/31/2004 | 3,761.22 | 5,250.00 | 0.00 | 1,506.72 | 363.59 | 44.87 | 0.00 | 288.63 | 0.00 |
| 49 | | 4/30/2004 | 3,761.22 | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 50 | | 5/31/2004 | 3,761.22 | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 51 | | 6/30/2004 | 3,761.22 | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 52 | | 7/31/2004 | 3,761.22 | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 53 | | 8/31/2004 | 3,761.22 | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 54 | | 9/30/2004 | 3,761.22 | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 55 | | 10/31/2004 | 3,761.22 | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 56 | | 11/30/2004 | 3,761.22 | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 57 | | 12/31/2004 | 3,761.22 | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 58 | | 1/31/2005 | 3,839.42 | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 59 | | 2/28/2005 | 3,839.42 | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 60 | | 3/31/2005 | 3,839.42 | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 61 | | 4/30/2005 | 3,839.42 | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.86 | 0.00 | 315.73 | 0.00 |
| 62 | | 5/31/2005 | 3,839.42 | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 63 | | 6/30/2005 | 3,839.42 | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 64 | | 7/31/2005 | 3,839.42 | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.53 | 0.00 | 316.06 | 0.00 |
| 65 | | 8/31/2005 | 3,839.42 | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 66 | | 9/30/2005 | 3,839.42 | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 67 | | 10/31/2005 | 3,839.42 | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 68 | | 11/30/2005 | 3,839.42 | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 69 | | 12/31/2005 | 3,839.42 | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 54.08 | 0.00 | 315.76 | 0.00 |
| 70 | | 1/31/2006 | 3,927.92 | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 71 | | 2/28/2006 | 3,927.92 | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 72 | | 3/31/2006 | 3,927.92 | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 73 | | 4/30/2006 | 3,927.92 | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 74 | | 5/31/2006 | 3,927.92 | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 75 | | 6/30/2006 | 3,927.92 | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 76 | | 7/31/2006 | 3,927.92 | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 77 | | 8/31/2006 | 3,927.92 | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |

8/16/2012

adjustedPrudential.xlr

Nortel Control No: 39900
Prudential Claim No: 10328806

| Row | A | B | C (1) | D (2) | E (3) | F (4) | G (5) | H (6) | I (7) | J (8) | K (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | Date From | To: | | | | | | | | | |
| 5 | 10/3/2000 | 7/31/2012 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 78 | 9/30/2006 | 3,927.92 | 0 | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 79 | 10/31/2006 | 3,927.92 | 0 | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 80 | 11/30/2006 | 3,927.92 | 0 | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 81 | 12/31/2006 | 3,927.92 | 0 | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 0.00 |
| 82 | 1/31/2007 | 4,021.42 | 0 | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 0.00 |
| 83 | 2/28/2007 | 4,021.42 | 0 | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 1.71 |
| 84 | 3/31/2007 | 4,021.42 | 0 | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 1.71 |
| 85 | 4/30/2007 | 4,021.42 | 0 | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 1.71 |
| 86 | 5/31/2007 | 4,021.42 | 0 | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 87 | 6/30/2007 | 4,021.42 | 0 | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 88 | 7/31/2007 | 4,021.42 | 0 | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 89 | 8/31/2007 | 4,021.42 | 0 | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 90 | 9/30/2007 | 4,021.42 | 0 | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 91 | 10/31/2007 | 4,021.42 | 0 | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 92 | 11/30/2007 | 4,021.42 | 0 | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 93 | 12/31/2007 | 4,021.42 | 0 | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 94 | 1/31/2008 | 4,117.82 | 0 | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 95 | 2/29/2008 | 4,117.82 | 0 | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 96 | 3/31/2008 | 4,117.82 | 0 | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 97 | 4/30/2008 | 4,117.82 | 0 | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 98 | 5/31/2008 | 4,117.82 | 0 | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 99 | 6/30/2008 | 4,117.82 | 0 | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 100 | 7/31/2008 | 4,117.82 | 0 | 0.00 | 0.00 | 363.59 | 363.59 | 70.94 | 14.99 | 0.00 | 0.00 |
| 101 | 8/31/2008 | 4,117.82 | 0 | 0.00 | 910.49 | 2,098.49 | 2,019.33 | 70.94 | 127.19 | 292.65 | 1,451.50 |
| 102 | 9/30/2008 | 4,117.82 | 0 | 0.00 | | | 2,929.82 | 70.94 | 127.19 | 1,933.40 | 2,249.79 |
| 103 | 10/31/2008 | 4,117.82 | 0 | | | | 2,929.82 | 70.94 | 127.19 | 2,731.69 | 2,249.79 |
| 104 | 11/30/2008 | 4,117.82 | 0 | | | | 2,929.82 | 70.94 | 0.00 | 2,731.69 | 2,249.79 |
| 105 | 12/31/2008 | 4,214.22 | 0 | 0.00 | | | 3,026.22 | 80.14 | 0.00 | 2,731.69 | 2,464.18 |
| 106 | 1/31/2009 | 4,214.22 | 0 | 0.00 | | | 3,026.22 | 80.14 | 0.00 | 2,946.08 | 2,464.18 |
| 107 | 1/31/2009 | 5468.3 premium adj. | 0 | 0 | | | 5,468.30 | 80.14 | 0.00 | 5,468.30 | 5,468.30 |
| 108 | 2/28/2009 | 4,214.22 | 0 | | | | 3,026.22 | 80.14 | 0.00 | 2,946.08 | 2,464.18 |
| 109 | 3/31/2009 | 4,214.22 | 0 | | | | 3,026.22 | 80.14 | 0.00 | 2,946.08 | 2,376.98 |
| 110 | 4/30/2009 | 4,214.22 | 0 | | | | 3,026.22 | 80.14 | 0.00 | 2,946.08 | 2,464.18 |
| 111 | 5/31/2009 | 4,214.22 | 0 | | | | 3,026.22 | 80.14 | 0.00 | 2,946.08 | 2,464.18 |
| 112 | 6/30/2009 | 4,214.22 | 0 | | | | 3,026.22 | 80.14 | 0.00 | 2,946.08 | 2,464.18 |
| 113 | 7/30/2009 | 4,214.22 | 0 | | | | 3,026.22 | 80.14 | 0.00 | 2,858.88 | 2,464.18 |
| 114 | 8/29/2009 | 4,214.22 | 0 | | | | 3,026.22 | 80.14 | 0.00 | 2,946.08 | 2,464.18 |
| 115 | 9/28/2009 | 4,214.22 | 0 | | | | 3,026.22 | 80.14 | 0.00 | 2,946.08 | 2,464.18 |

8/16/2012

adjustedPrudential.xlr

## Nortel Control No: 39900
## Prudential Claim No: 10328806

| # | A | B | C (1) | D (2) | E (3) | F (4) | G (5) | H (6) | I (7) | J (8) | K (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | Date From | To: | | | | | | | | | |
| | 10/3/2000 | 7/31/2012 | | | | | | | | | |
| 116 | 10/31/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 214.73 | | 2,811.49 | 2,329.59 |
| 117 | 11/30/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 214.73 | | 2,811.49 | 2,329.59 |
| 118 | 12/31/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 214.73 | | 2,811.49 | 2,329.59 |
| 119 | 1/31/2010 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 522.33 | | 2,600.39 | 2,021.99 |
| 120 | 1/31/2010 | 251.28 | mbursement. | | 0 | | 251.28 | 0 | | 251.28 | 251.28 |
| 121 | 2/28/2010 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 522.33 | | 2,600.39 | 2,021.99 |
| 122 | 3/31/2010 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 271.05 | | 2,851.67 | 2,273.27 |
| 123 | 4/30/2010 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 271.05 | | 2,851.67 | 2,273.27 |
| 124 | 5/31/2010 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 271.05 | | 2,851.67 | 2,273.27 |
| 125 | 6/30/2010 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 271.05 | | 2,851.67 | 2,273.27 |
| 126 | 7/31/2010 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 271.05 | | 2,851.67 | 2,273.27 |
| 127 | 8/31/2010 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 271.05 | | 2,851.67 | 2,376.98 |
| 128 | 9/30/2010 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 271.05 | | 2,851.67 | 2,273.27 |
| 129 | 9/30/2010 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 271.05 | 0 | 2,851.67 | 2,273.27 |
| 130 | 10/31/2010 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 271.05 | | 2,851.67 | 2,273.27 |
| 131 | 11/30/2010 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 271.05 | | 2,851.67 | 2,273.27 |
| 132 | 12/31/2010 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 271.05 | | 2,851.67 | 2,273.27 |
| 133 | 1/31/2011 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 325.33 | | 2,797.39 | 2,218.99 |
| 134 | 2/28/2011 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 325.33 | | 2,797.39 | 2,218.99 |
| 135 | 3/31/2011 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 325.33 | | 2,797.39 | 2,218.99 |
| 136 | 4/30/2011 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 325.33 | | 2,797.39 | 2,218.99 |
| 137 | 5/31/2011 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 325.33 | | 2,797.39 | 2,218.99 |
| 138 | 6/30/2011 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 325.33 | | 2,797.39 | 2,218.99 |
| 139 | 7/31/2011 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 325.33 | | 2,797.39 | 2,218.99 |
| 140 | 8/31/2011 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 325.33 | | 2,797.39 | 2,218.99 |
| 141 | 9/30/2011 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 325.33 | | 2,797.39 | 2,218.99 |
| 142 | 10/31/2011 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 325.33 | | 2,797.39 | 2,218.99 |
| 143 | 11/30/2011 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 325.33 | | 2,797.39 | 2,218.99 |
| 144 | 12/31/2011 | 4310.72 | 0 | | | 1,188.00 | 3,122.72 | 325.33 | | 2,797.39 | 2,218.99 |
| 145 | 1/17/2012 | 338.40 | Adj. for Med | | | | 338.40 | 338.40 | | 338.40 | 338.40 |
| 146 | 1/31/2012 | 4410.22 | 0 | | | 1,188.00 | 3,222.22 | 325.32 | | 2,896.90 | 2,222.49 |
| 147 | 2/1/2012 | 4410.22 | 0 | | | 1,188.00 | 3,222.22 | 325.32 | | 2,896.90 | 2,222.49 |
| 148 | 3/1/2012 | 4410.22 | 0 | | | 1,188.00 | 3,222.22 | 325.32 | | 2,896.90 | 2,222.49 |
| 149 | 4/1/2012 | 4410.22 | 0 | | | 1,188.00 | 3,222.22 | 325.32 | | 2,896.90 | 2,222.49 |
| 150 | 5/1/2012 | 4410.22 | 0 | | | 1,188.00 | 3,222.22 | 325.32 | | 2,896.90 | 2,222.49 |
| 151 | 6/1/2012 | 4410.22 | 0 | | | 1,188.00 | 3,222.22 | 325.32 | | 2,896.90 | 2,222.49 |
| 152 | 7/1/2012 | 4410.22 | 0 | | | 1,188.00 | 3,222.22 | 325.32 | | 2,896.90 | 2,222.49 |

Nortel Control No: 39900
Prudential Claim No: 10328806

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | Date From | 10/3/2000 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 5 | To: | 7/31/2012 | | | | | | | | | |
| 153 | | 569,065.42 | 39,040.30 | 315,000.00 | 46,347.71 | 171,403.71 | 242,733.84 | 18,752.02 | 3,275.87 | 220,705.95 | 176,117.42 |
| 154 | | | | | | | | | | | |
| 155 | | | | | | | | | | | |
| 156 | | | | | | | | | | | |
| 157 | Net LTD Payable | | 220,705.95 | | | | | | | | |
| 158 | Payments to Me | | 176,117.42 | | | | | | | | |
| 159 | Underpayment | | 44,588.53 | | | | | | | | |
| 160 | | | | | | | | | | | |

**Exhibit 4  Letter from Prudential Dated May10, 2004**

Claim Services Provided by

The Prudential Insurance Company of America

**David Moran**
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 5598
Fax: (877) 889-4885
Hours: 07:00 AM  03:00 PM

May 10, 2004

Estelle Loggins
2617 Palo Duro Canyon Drive
Mc Kinney, TX 75070

Claimant: Estelle Loggins
Control #/Br: 39900 / 000RB
Claim #: 10328806
Date of Birth: 12/11/1947

llulddlllnluilllnullll

Dear Ms. Loggins:

We are in receipt of your letter of April 3, 2004, appealing our decision to offset your lump sum Business, Travel, and Accident (BTA) award from your Long Term Disability (LTD) benefit.

Under the "Reduction of Benefits Due to Other Income" section of the Nortel Networks, Inc. Group LTD Plan, you are advised that LTD benefits will be reduced by other sources of income payable to you or your family members because of your <u>disability or retirement</u>. In regards to your BTA settlement, this is considered "other income" as defined in:

- <u>disability, retirement</u> or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

Your BTA settlement was paid under a group insurance plan that Nortel Networks, Inc. has with AIG insurance company. Therefore, we offset your BTA settlement in accordance with the above LTD Plan provision.

In addition, the LTD Plan states that any single lump payment will be allocated to 60 monthly periods. Your BTA settlement of $315,000.00 will be offset at a rate of $5,250.00 per month for the period of July 1, 2003 through June 30, 2008. Since your BTA award and your Social Security award exceed your monthly LTD benefit of $3,635.92, you are entitled to receive a minimum monthly LTD benefit of $363.59.

On February 5, 2004 we wrote to you to advise you that an <u>overpayment of $16,942.67</u> occurred *not true* on your LTD claim. Since you have been unable to repay your overpayment in a lump sum we have been withholding your net monthly LTD benefit of $363.59 towards recovery of your overpayment. By withholding benefits, your overpayment will be recovered by August 31, 2008. The calculation chart that we provided to you was accurate.

We realize there may be factors of which we are unaware, and if you continue to feel our decision is incorrect, you may appeal to the Nortel Networks Employee Benefit Committee (EBC). The Nortel Networks EBC will review any evidence you or your authorized representative may wish to submit which will support your appeal and, if the information warrants, alter our decision.

2

The appeal must be in writing and must contain the following information:

- the reason for appeal and/or disagreement
- the insured's name and claim number, and
- medical evidence or documentation to support your position.

The written request for review must be sent to the Nortel Networks EBC **within 60 days of receipt of this letter** and state the reason why your request should not have been denied. Include any documentation that supports your claim. Under normal circumstances, you will be notified of the final decision within 60 days of the date his request for review is received. If there are special circumstances requiring a delay of the final decision, you will be notified of the final decision no later than 120 days of the date his request for review is received.

Nothing contained in this letter should be construed as a waiver of any rights or defenses under the Nortel Networks, Inc. Group LTD Plan. This determination has been made in good faith without prejudice under the terms and conditions of the contract, whether or not specifically mentioned herein. Should you have information, which would prove contrary to our determination, please submit it to the Nortel Networks EBC per the process outlined above. The Nortel Networks EBC will be pleased to review any objective information you or your authorized representative may wish to submit.

This denial is based on the information in our file and the contractual provisions of the Nortel Networks, Inc. Group LTD Plan. If you are not satisfied or do not agree with the reason(s) for the denial of your request, you or your authorized representative may appeal the decision to:

Nortel Telecom Inc.
Attn: Nortel Corp. Benefits Dept. # 8426, LTD Prime
220 Athens Way, Suite 300
Nashville, TN 37228-1397
(Mail Stop C505)

If you have any questions, please contact our office at 1-(800) 842-1718, extension 5598.

Sincerely,

David Moran
Disability Consultant

cc:   Nortel Networks

**Exhibit 5:  SPD, page 18; Paragraph 2**

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to monthly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to 60 monthly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security, you are expected to pursue the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan will estimate your monthly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 8 of the Administration Information section.

**Exhibit 6:  Extension of Health Care Protection, page 71, SPD**

# Continuing Coverage

If you stop Active Work for any reason, you should contact the InfoCenter at once to determine what arrangements, if any, can be made to continue any of your coverage.

## Extension of Health Care Protection

The following applies to all coverages other than the Hospice Care Program:

Your protection under the Plan may be extended after the date you cease to be covered under the Plan. Coverage will be extended if, on the date you cease to be covered, you are totally disabled (as defined in the Disability Section of this binder) from a Sickness or Injury and are under a Doctor's care. The extension covers all Sicknesses or Injuries. Coverage will be extended for the time you remain disabled (as defined in the Disability Section of this binder) from a Sickness or Injury and under a Doctor's care.

In the event of your death, if you are enrolled with Dependent Coverage, such coverage will be extended for a maximum of ninety (90) days from your date of death.

The following applies to Hospice Care Program coverage:

If you or a covered Dependent is totally disabled (as defined in the Disability Section of this binder) and under a Doctor's care on the date coverage under the Plan terminates, Hospice Care coverage during that total disability will be extended up to three (3) months if coverage terminated because:

- the Plan was terminated, or

- the Hospice Care Program within the Plan was terminated for all Employees of the Company or for a group of Employees of which the person is a member. If such coverage terminates for any other reason, Hospice Care Program coverage during that total disability will be extended for up to twelve (12) months.

Extended Hospice Care Program coverage will cease immediately when you or your covered Dependent becomes covered under any other group plan.

**Exhibit 7:  Nortel Networks' LTD Procedure/Benefit Entitlement Form**



# LTD PROCEDURE/BENEFIT ENTITLEMENT FORM

**EMPLOYEE** _____          **BUS. UNIT** _____          **DEPT. #**

1. In order to request Long-Term Disability (LTD) benefits, it is your responsibility to complete and return the following forms by: _____.

   - ***Reimbursement Agreement***. Please complete this form and sign it and have it witnessed. This form authorizes Prudential to reduce your LTD benefits if awarded Social Security Disability benefits.

   - ***Attending Physician's Statement***. Take this form to your treating physician to complete. Prudential must be provided with proof of disability from the day you first missed work due to disability through to present. If several physicians are treating you or have treated you for your disability conditions, request additional statements for these physicians to complete.

   - ***Group Disability Employee Statement***. Legibly complete and sign all sections as indicated:
     Section A: Employee Information
     Section B: Authorization to Release Medical Information
     Section C: Tax Notice

2. Return all of the above forms to:
            Company:       Nortel Networks
            Address :

            MS
            City, State Zip:

   Failure to return the forms by the specified date can result in a lapse between the expiration of your STD benefits and the onset of your LTD benefits and jeopardize your employment status.

3. You will be notified by Prudential of your approval or denial of LTD benefits.
   If your LTD claim is approved, Prudential will send your first and subsequent LTD checks to you at the address indicated on your LTD application. If your claim is denied you will be instructed on how to appeal the claim decision.
   Prudential determines LTD approval and continuation. Therefore, it is imperative that you respond promptly to Prudential's requests for additional information. Failure to do so could result in the suspension or termination of LTD benefits.

## BENEFIT ENTITLEMENT
### *(This information has been requested from the HR INFO CENTER)*

1. Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent Life premiums that are currently being deducted from your short term disability benefits, and must be continued through your disability period to prevent disability discontinuance. Health Care_____ + Life Insurance _____ + Spousal Life _____ + Dependent Life _____ = Total _____.

   These premiums will continue to be automatically deducted for the duration of your disability. Additionally, these premiums are subject to change in accordance to premium increases or decreases each year. Any questions regarding premium deductions should be directed to the **Human Resource Information Center c/o of Nortel Networks, Dept. 1094, P.O. Box 13010, RTP, NC 27709, Ph# 1-800-676-4636.**

**BENEFIT ENTITLEMENT, Cont.**

2.  **Long Term Investment (Thrift Saving)/Flexible Spending Plans**:  You become a suspended participant in these plans. No employee contributions are deducted from disability payments.  Contributions are reinstated upon return to work.

3.  **Retirement Plan**:  The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of the leave.

4.  **Vacation/Sick Leave**: Upon returning to work, time spent on medical leave of absence is included in determining the employee's continuous service for vacation and sick leave (when applicable).  If your preauthorized vacation occurs during your leave of absence, you must negotiate with your manager to reschedule.

5.  **Holiday Pay**:  Employees will not be eligible for holiday pay during a medical leave of absence.  Any holiday which falls during your medical leave is treated as any other day and is compensated accordingly.

6.  **Salary Review Date**:  Is extended by the length of leave so that the performance review period can be maintained.

7.  **Credit Union**:  No deductions are withheld for Credit Union accounts.  To continue your savings deposits and/or loan payments, you must contact the Credit Union.

8.  **Compensation for Long Term Disability (LTD) leaves:**  Long Term Disability benefits for full and part-time employees working more than 20 hours/week:

    a.  Long Term Disability Benefits provide income continuation during your leave based upon your disability selection with the company.
    b.  Long Term Disability benefits are payable for up to one year while you are totally disabled from your job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you are or may become qualified. For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday.  For employees disabled at age 61 or older, the maximum benefit period varies.  The LTD benefit is reduced by any "other income benefits" you receive for that month had you made timely pursuit of those benefits.  These "other income benefits" include, but are not limited to Social Security benefits, Workers' Compensation benefits, State Disability benefits and No-Fault Insurance benefits.

9.  If you are a part-time/casual employee working less than 20 hours/week:

    a.  Your medical leave of absence will be unpaid unless otherwise stated by applicable state law.
    b.  Long Term Disability Investment Plan contributions will cease while on an unpaid leave of absence.
    c.  You are eligible for medical leave of absence only if you have worked for Nortel Networks at least 1250 hours.  If you are not eligible and are medically unable to work, you may request a Personal Leave of Absence.

**NOTE:**  Long Term Disability benefits are payable for a maximum of 24 months for disabilities resulting from a mental or nervous disorder.

10. **Taxes:**  Employees are responsible for determining the amount of Federal Income Tax to be withheld from the Monthly LTD benefit by completing the Tax Notice which is part of the LTD package.  No state taxes are withheld from your Long-Term Disability benefits.

11. For bargaining units, consult your Human Resource Associate for any adjustments to these guidelines.

12. For employees in California, Rhode Island, Hawaii, New Jersey and New York, consult your Human Resource Associate for any adjustments to these guidelines.

**Exhibit 8:  Nortel Letter dated September 21, 2010**



# N⊘RTEL

September 21, 2010

Estelle Loggins
6717 Latta Street
Dallas, TX  75227

Dear Ms. Loggins,

I received your request for review of your HR Shared Services ticket #3049107 regarding vacation pay. Let me assure your request has been reviewed with all appropriate parties including Payroll, Employee Relations, and the Law Department.

The position of the Company is that the determination that we are unable to consider your request for additional or changed vacation payout will stand. You request is not timely; payroll is only legally required to retain records for seven years we are unable to make any further determination regarding payroll actions that occurred 10 years ago.

If you had an unused/accrued vacation balance at the time of your progression from STD to LTD it would have been provided by your manager and paid out per Nortel policy. If you had a zero balance no payout would have been applicable. Nortel's vacation policy states, "On cessation of employment (e.g., termination, resignation, progression from STD to LTD, transfer of employment to a Nortel entity outside of the U.S.) any accrued and unused vacation will be paid out; vacation cannot be carried over." Further, we researched your call history into HR Shared Services since 2000 and no inquiries were made by you related to vacation prior to June 2009 at which time you were informed that per Company policy you would have been paid vacation at the time you commenced LTD in October 2000.

While I do understand that you may find this disappointing, please understand that Nortel followed the appropriate process to come to the determination that we are unable to consider your request. We consider this matter to be closed.

Sincerely,

Stacy R. Knight

Stacy R. Knight
U.S. Employee Relations Leader

Stacy R. Knight
US Employee Relations Leader
Nortel
c/o HR Shared Services • 4001 E. Chapel Hill-Nelson Hwy • P.O. Box 13010 • Research Triangle Park, NC  27709-3010 • USA
T 972.362-5522 • srknight@nortel.com

**Exhibit 9: Business Travel Accident (BTA) Insurance**

# BUSINESS TRAVEL ACCIDENT (BTA) INSURANCE

Business Travel Accident (BTA) Insurance provides extra financial security to you in case of death or permanent Total Disability resulting from an Accident while traveling on authorized Company business. BTA Insurance proceeds are payable to your Beneficiary in addition to any other life and accident insurance benefits.

Benefits are also payable under this plan if you suffer dismemberment or loss of sight as a result of an Accident while traveling on Company business. Amounts payable will depend on the extent of your loss.

## BTA Insurance Amount

BTA Insurance coverage is equal to five times your FLEX Earnings, with a maximum coverage limit of $1,000,000.

## Exclusions

Business Travel Accident benefits are not payable if your death or Injury:

- occurs while commuting to your normal work site
- occurs during a personal side trip while on Company business
- results from participation in the commission of an assault or felony
- results from war or any act of war, declared or undeclared, including resistance to armed aggression

*Business Travel Accident (BTA) Insurance provides extra financial security to you in case of death or permanent Total Disability resulting from an Accident while traveling on authorized Company business.*

*Benefits are also payable under this plan if you suffer dismemberment or loss of sight as a result of an Accident while traveling on Company business.*

**Exhibit 10: Maintenance of Benefits Provision**

# CHANGING YOUR SELECTIONS

## Changing Your Options

Your Dental, Vision and Hearing Care selection remains in effect for one entire Plan Year, or enrollment period. You will not be able to change your selection during the Plan Year unless you experience a Qualified Family Status Change as described in the FLEX Overview section on pages 10-11.

*You will not be able to change your selection during the Plan Year unless you experience a Qualified Family Status Change…*

# COST OF COVERAGE

If you select the Dental, Vision and Hearing Care Plan, your required Employee contributions are deducted from your paycheck each pay period on a Before-Tax basis.

*…your required Employee contributions are deducted from your paycheck each pay period on a Before-Tax basis.*

# MAINTENANCE OF BENEFITS PROVISION

All the Dental, Vision and Hearing Care Plan options contain the Maintenance of Benefits provision, which coordinates benefits available from more than one plan. If both you and your spouse (or your Domestic Partner) are working, you and your eligible Dependents may be covered under both the Company plan and your spouse's (or Domestic Partner's) plan. The Maintenance of Benefits provision coordinates benefits provided under all dental, vision and hearing care programs so that you can receive up to — but no more than — the amount that would have been covered by the Company plan.

A dental, vision, hearing care program is defined as any of these which provide benefits or services for, or by reason of, medical care or treatment.

- Coverage under a governmental plan or required or provided by law. This does not include a state plan under Medicaid or any law or plan when, by law, its benefits are in excess of those of any private insurance program or other non-governmental program.

*The Maintenance of Benefits provision coordinates benefits provided under all dental, vision and hearing care programs so that you can receive up to — but no more than — the amount that would have been covered by the Company plan.*

- Group insurance or other coverage for persons in a group, whether insured or uninsured. This includes prepayment, group practice or individual practice coverage. But, this does not include:

  1. school accident-type coverage for grammar school or high school students, or

  2. any individually underwritten and issued contract or plan of insurance that meets both of these tests:

     – it provides solely for Accident and Sickness benefits, and

     – it is a contract or plan of insurance for which the insured, member of the insured's family, or the insured's guardian has paid 100% of the premiums.

- Medical coverage under the "no fault" or medical payment provisions of an automobile insurance contract.

Here is how the Maintenance of Benefits provision works:

The plan that pays benefits first is "primary." The plan that pays benefits next is "secondary." When the Company's Dental, Vision and Hearing Care Plan is secondary, it will pay its normal benefits, reduced by any benefits paid by the primary plan. This means that you will not receive any benefits from the Dental, Vision and Hearing Care Plan if the primary plan pays benefits that are equal to or greater than the benefits this plan would normally pay.

Determination of which plan is primary is as follows:

- Coverage as an employee is considered primary over coverage as a Dependent.

- When a Dependent child is covered under two or more plans, the plan of the parent whose birthday comes earlier in the year (regardless of age) will be the primary plan unless the Dependent child's parents are separated or divorced. Then the following applies:

  1. The plan of the parent with custody pays first.

  2. The stepparent's plan pays next.

  3. The parent without custody pays next.

  4. Regardless of which parent has custody, whenever a court order specifies the parent who is financially responsible for the child's health care expenses, the coverage of that parent pays first.

## Lifetime Maximum

The total of all benefits paid under the Medical Plans, excluding HMO's, the Hawaii PPO, prescription drug benefits and mental health and substance abuse benefits.

## Maintenance Drug

A Prescription Drug used for the treatment of chronic medical conditions including, but not limited to: chronic obstructive pulmonary disease, clotting disorders, congestive heart failure, coronary artery disease (angina), diabetes (oral agents only), glaucoma, hypertension, thyroid disease or seizure disorders.

## Maintenance of Benefits

A provision that applies to your Medical and Dental, Vision and Hearing   XX
Care coverage if you (or your eligible Dependents) have coverage from more than one source. If you're in a plan that covers less than 100% of eligible expenses, and you've already received that amount (or more) from another plan, the Nortel Networks plan will pay only up to the level it would pay if it were the only plan. For example, if you're in a FLEX medical option that covers 80% of eligible expenses and you've already received that 80% of eligible expenses for a dependent through your spouse's plan, the Nortel Networks plan will not make up the additional 20%.

## Major Services

A category of dental services that includes:

- crowns and crown repairs,
- inlays and onlays, and
- installation or replacement of dentures and bridges.

## Managed Care

A type of health plan that negotiates fees with hospitals, doctors and other health care professionals in advance. These providers then form a Managed Care network. Generally, when you use the providers who have an agreement with the Managed Care plan, you receive the highest benefit coverage level applicable under the plan.

**Exhibit 11 Case No. 0610361 Loggins vs. Nortel Networks**

Fingerprint: 5bb53109cbb352bc86286a193766832ae1ab04a3

United States Court of
Fifth Circuit
F I L E D

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

November 2, 2006

Charles R. Fulbruge
Clerk

—————————————

No. 06-10361
Summary Calendar

—————————————

ESTELLE LOGGINS,

Plaintiff-Appellant,

versus

NORTEL NETWORKS, INC.,

Defendant-Appellee.

—————————————————————————

Appeal from the United States District Court
for the Northern District of Texas
No. 3:04-CV-2517-N

—————————————————————————

Before JONES, Chief Judge, JOLLY, and OWEN, Circuit Judges.

PER CURIAM:*

Plaintiff Estelle Loggins, an employee of Defendant,

Nortel Networks, Inc. ("Nortel"), appeals the grant of summary

judgment to Nortel on her claim to recoup benefits from a Long Term

Disability Plan ("LTD") offset by a Business Travel Accident

Insurance ("BTA") payment.    Because the district court did not err

in finding that the LTD benefits were properly offset by the BTA

payments, we AFFIRM.

---

&ast;         Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

I.    BACKGROUND

Loggins suffered a disabling injury while traveling on

company business for Nortel.    She was covered under Nortel's LTD

plan, which was administered by Prudential Insurance Company of

America ("Prudential").    The LTD provided benefits in the event an

employee became disabled, while the BTA, furnished by another

insurer, provided for a lump sum payment if an employee was

accidentally killed or disabled while traveling for the company.

Loggins began receiving LTD benefits and also applied for, and

later received (following litigation), a benefit under the BTA plan

in the lump sum amount of $315,000.00.    When Prudential learned of

the BTA amount, Prudential's Disability Claim Manager notified

Loggins that her LTD benefits would be offset by the BTA award, as

an LTD plan provision requires offsets for "other income."    Under

the LTD plan, the lump sum amount would be offset in prorated

amounts over sixty months.    He also informed her that previous

overpayments in the amount of $23,600.97, made before Prudential

became aware of the BTA award, must be repaid.        Loggins asked

Prudential to reconsider its decision, which it refused to do.

Loggins then appealed to Nortel's Employee Benefits Committee

("EBC").    The EBC denied her appeal.

        Loggins filed suit in federal court, alleging Nortel

violated her rights under the Employment Retirement Income Security

Act of 1974 ("ERISA"), 29 U.S.C. § 1001, et seq.        The district


                                    2
□court granted Nortel's motion for summary judgment, concluding that

the offset was clearly permitted.        Loggins now appeals.

                    II.    ISSUES ON APPEAL

        Loggins raises a number of issues on appeal.        However,

each of the asserted issues can be consolidated as a single claim

that the district court erred by finding that the two plans were

separate, and thus the BTA benefit could be offset against the LTD

benefits under the LTD's "other income" provision.

                    III.    DISCUSSION

        When reviewing a grant of summary judgment, we view the

facts and inferences in the light most favorable to the non-moving

party, and we apply the same standards governing the trial court in

its determination.    Blair v. Sealift, Inc., 91 F.3d 755, 760 (5th

Cir. 1996).    Here, the district court reviewed the EBC's denial of

benefits under an "abuse of discretion" standard because of the

discretion granted to it by the LTD plan.         Loggins v. Nortel

Networks, Inc., No. 3:04-CV-2517-N, 2006 WL 740278, at *1 (N.D.

Tex. March 9, 2006) (citing Meditrust Fin. Servs. v. Sterling

Chem., 168 F.3d 211, 213 (5th Cir. 1999)). The case law establishes

that a plan administrator does not abuse its discretion if its

interpretation of a plan is legally correct.     Id.    Summary judgment

must be granted if a court determines "that there is no genuine

issue as to any material fact and that the moving party is entitled

to a judgment as a matter of law."      FED. R. CIV. P. (56)(c).


                            3

□         The district court did not err in concluding that the

EBC's      interpretation      of      the      LTD     plan's     offset     provisio

correct.         The BTA and LTD Summary Plan Descriptions are not

conflicting or misleading.                  Although the BTA promises "extra

financial security," nowhere does it state that it will permit

double collection for a single injury from multiple policies.

Moreover, the LTD plan is clear that any benefits will be reduced

by    other     sources    of     income.        Although      the    plan    d

specifically state that BTA benefits will cause an offset, it does

state that it will be offset by any disability, retirement or

unemployment benefits provided under any group insurance or pension

plan or any other arrangement of coverage for individuals in a

group...." It does not list specific sources of such insurance

policies, nor does it exclude any particular policies.

Additionally, the cases relied on by Loggins, Hansen v.

Continental Ins. Co., 940 F.2d 971 (5th Cir. 1991), and Rhorer v.

Raytheon Eng'rs & Constructors, 181 F.3d 634 (5th Cir. 1999), are

off point. These cases dealt with a conflict or ambiguity between

a plan summary given to insureds and the actual ER

provisions. Here, there is no such conflict, but instead an

alleged ambiguity in the summaries of two separate plans. Although

Loggins claims Hansen and Rhorer cannot be so limited, she can

point to no cases expanding upon or applying them

circumstances of this case.

4

☐ Loggins is also incorrect that the BTA and LTD plans

should be construed as a single plan. Although they have the

single purpose of providing employee benefits, they are clearly

distinct policies and apply in different situations.1 To construe

them as a single policy would require the court to assume that all

policies providing employee benefits, no matter how differentiated,

comprise a single policy, simply because all plans share the common

goal of compensating employees for various losses.

There is nothing, other than her assertions, to support

Loggins's claim that the "other income" provision should be read to

exclude other Nortel plans.       The plan description does not specify

the source of any of the specified categories of "other income,"

and nowhere does it require that they be provided by someone other

than Nortel.2    Loggins cannot point to any plan document suggesting

various Nortel plans should be treated differently from other

sources of insurance.

Loggins next argues that the "extra benefit" description

in the BTA summary creates an ambiguity between the BTA and the LTD

plans.    This claim is of doubtful merit, as the BTA did provide her

---

1

For example, if Ms. Loggins had died while traveling on company
business, her beneficiaries would have recovered under the BTA policy, but not
the LTD policy.   Additionally, the LTD plan pays benefits for disabilities
arising from any cause, while the BTA plan pays only for accidents occurring
while traveling on company business.

2

In fact, it is likely most employees' retirement benefits would come
from Nortel rather than an outside source; thus, the listing of retirement
benefits as an offset suggests Nortel's other plans were clearly intended as an
offset under the provision.

5

☐with an additional benefit of $189,040.20, even after the offset,

because the    lump    sum    payment    is    prorated    over    sixty    months.

Despite the partial offset here, the plan provides a significant

additional benefit to many employees and is not merely "smoke and

mirrors" as Loggins asserts.

Moreover, even if an ambiguity existed, it would be resolved in favor of the plan administrator.                Under MacLachlan v. Exxon/Mobil Corp., 350 F.3d 472, 478-79 (5th Cir. 2003), when, as here, a plan administrator has been vested discretionary authority to interpret a plan, courts review the administrator's decisions only for abuse of discretion.       Given the doubtful evidence of even a slight ambiguity, the administrator's decision here was clearly within the wide discretion allowed.

Finally, Loggins's assertion that the interpretation expressed    by    Kimberly    Pulliam,    the    Global    Employee    Services Department ("Global") employee to whom she spoke regarding a potential offset, in a phone conversation and email proves the meaning of the provisions is simply false.       Although employees are instructed to call that department with general benefits questions, employees also are told to contact the Claims Administrator for each specific plan for more detailed information.       Global was not the administrator for either the BTA or the LTD, and Global employees clearly had no authority to bind Nortel.

CONCLUSION

6

☐        The district court was correct in finding no genuine issue of material fact.   We therefore AFFIRM the grant of summary

Cir. 1996).    Here, the district court reviewed the EBC's denial of

benefits under an "abuse of discretion" standard because of the

discretion granted to it by the LTD plan.          Loggins v. Nortel

Networks, Inc., No. 3:04-CV-2517-N, 2006 WL 740278, at *1 (N.D.

Tex. March 9, 2006) (citing Meditrust Fin. Servs. v. Sterling

Chem., 168 F.3d 211, 213 (5th Cir. 1999)). The case law establishes

that a plan administrator does not abuse its discretion if its

interpretation of a plan is legally correct.       Id.    Summary judgment

must be granted if a court determines "that there is no genuine

issue as to any material fact and that the moving party is entitled

to a judgment as a matter of law."        FED. R. CIV. P. (56)(c).


                              3
☐             The district court did not err in concluding that the

EBC's        interpretation        of     the    LTD    plan's    offset    provisio

correct.        The BTA and LTD Summary Plan Descriptions are not

conflicting or misleading.               Although the BTA promises "extra

financial security," nowhere does it state that it will permit

double collection for a single injury from multiple policies.

Moreover, the LTD plan is clear that any benefits will be reduced

by     other    sources    of     income.      Although    the    plan    d

specifically state that BTA benefits will cause an offset, it does

state that it will be offset by any disability, retirement or

judgment in favor of defendants.

7

☐

**Exhibit 12:  Your Rights under ERISA**

there is a ceiling on the amount of monthly benefit that PBGC guarantees which is adjusted periodically.

<u>The Nortel Networks Inc. Long-Term Investment Plan is not insured by the PBGC.</u>

For more information on PBGC insurance protection and its limitations, ask your Plan Administrator or the PBGC. Inquiries to the PBGC should be addressed to the Office of Communications, PBGC, 2020 K Street, N.W., Washington, D.C. 20006. The PBGC Office of Communications may also be reached by calling (202) 254-4817.

# YOUR RIGHTS UNDER ERISA



As a participant in the Company's employee benefit plans, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

- examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents, including insurance contracts, and copies of all documents filed by the plans with the U.S. Department of Labor, such as annual reports and plan descriptions.

- obtain copies of all plan documents and other plan information upon written request to the Plan Administrator. The Plan Administrator may request a reasonable charge for the copies.

- receive a summary of the plans' annual financial reports. The Plan Administrator is required by law to furnish each participant with a summary of these annual reports.

- obtain a statement telling you whether you have a right to receive a pension at your normal retirement age under the Nortel Networks Inc. Pension Service Plan or the Nortel Networks Inc. Long-Term Investment Plan and if so, what your benefit would be at normal retirement age if you were to stop working now. If you do not have a right to a pension, the statement will