**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------x
                                 :     Chapter 11

In re:                             :

                               :     Case No. 09-10138 (KG)

Nortel Networks Inc., *et al.*,
[1]                              :

                               :     Jointly Administered

                 Debtors.         :

                               :     Related Docket No. 8222
------------------------------------------------------x

**ORDER APPROVING STIPULATION AUTHORIZING AMENDED EMPLOYMENT AND**
**RETENTION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC AS**
**FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES**
**AND THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY**
**PARTICIPANTS, *NUNC PRO TUNC* TO SEPTEMBER 8, 2011**

The Court having considered the Stipulation amending the October 24 Order (the "Stipulation") entered into by the Official Committee of Retired Employees (the "Retiree Committee"), the Official Committee of Long-Term Disability Participants ("the "LTD Committee"), and the above-captioned debtors and debtors in possession (the "Debtors") (all together the "Parties") attached hereto as **Exhibit A**; and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given;

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety and entered as an order of this Court; and

**IT IS FURTHER ORDERED**, that in connection with the actuarial services to be provided by A&M, from time to time A&M may utilize the services of Mr. Bodnar and

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc.

[NEWYORK.2610074_2]
ME1 14000026v.1

other employees of DaVinci, as subcontractors to perform a portion of the services described in the Engagement Letter.  DaVinci's fees and expenses will be included with request for fees and expenses by A&M without any mark-up or profit to A&M on account of such fees and expenses;

IT IS FURTHER ORDERED, that the actual fees and expenses incurred by DaVinci and A&M remain subject to the approval of the Court upon submission of an application to the Court and nothing in this Order limits the ability of any party in interest to challenge the fee applications of DaVinci or A&M; and

IT IS FURTHER ORDERED, that A&M and DaVinci's fees and expenses shall continue to be governed by the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (D.I. No. 222).

Dated: August ___21___, 2012
        Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

(6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[NEWYORK 2610074_2]
ME1 14000026v.1