# EXHIBIT A

[NEWYORK 2610074_2]
ME1 14000026v.1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                       :   Chapter 11
                                                             :
                                                             :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                           :
                                                             :   Jointly Administered
                    Debtors.                                 :
                                                             :
------------------------------------------------------------x

**STIPULATION AUTHORIZING AMENDED EMPLOYMENT AND RETENTION
OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC AS
FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES
AND THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY
PARTICIPANTS, *NUNC PRO TUNC* TO SEPTEMBER 8, 2011**

The Official Committee of Retired Employees (the "Retiree Committee"), the Official Committee of Long-Term Disability Participants ("the "LTD Committee", together with the Retiree Committee, the "Committees") and the above-captioned debtors and debtors in possession (the "Debtors") (all together the "Parties") stipulate as follows:

1. On October 24, 2011, the Court entered an order pursuant to sections 328, 1103 and 1114 of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Committees' joint retention of Alvarez & Marsal Healthcare Industry Group, LLC as financial advisors including the actuarial services of Vincent Bodnar of DaVinci [DKt. No. 6679] (the "October 24 Order").

2. On August 1, 2012, the Court entered (a) Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[NEWYORK 2610074_2]
ME1 14000026v.1

[Dkt. No. 8084] and (b) Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 1 U.S.C. § 105(a), 363 and 1108 [Dkt. No. 8085] (the "LTD Order," together with the "Retiree Order," the "Scheduling Orders").

3. The Committees contend that Mr. Bodnar will be required to provide substantial services on behalf of both the Retiree Committee and the LTD Committee during the time periods set forth in the Scheduling Orders, and he will require the assistance of other professionals employed by DaVinci.

4. The Parties stipulate that the October 24 Order should be modified solely to the extent set forth herein.

1. 5. In connection with the actuarial services to be provided by A&M, from time to time A&M may utilize the services Mr. Bodnar and other employees of DaVinci, as subcontractors to perform a portion of the services described in the Engagement Letter. DaVinci's fees and expenses will be included with request for fees and expenses by A&M without any mark-up or profit to A&M on account of such fees and expenses.

2. 6. The actual fees and expenses incurred by DaVinci and A&M remain subject to the approval of the Court upon submission of an application to the Court and nothing herein limits the ability of any party in interest to challenge the fee applications of DaVinci or A&M.

7. A&M and DaVinci's fees and expenses shall continue to be governed by the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (D.I. No. 222).

6.	The October 24 Order shall otherwise remain in full force and effect and unchanged.

| | |
|---|---|
| Dated: August 20, 2012 | Dated: August 20, 2012 |
| **Morris Nichols Arsht & Tunnell** | **MCCARTER & ENGLISH, LLP** |
| /s/ Ann. C. Cordo | /s/ William F. Taylor, Jr. |
| Derek C. Abbott, Esq. | William F. Taylor, Jr. (DE Bar I.D. #2936) |
| Ann C. Cordo, Esq. | Renaissance Centre |
| 1201 North Market Street, 18th Floor | 405 N. King Street, 8th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | |
| -and- | -and- |
| James L. Bromley, Esq. | Albert Togut, Esq. |
| Lisa Schweitzer, Esq. | Neil Berger, Esq. |
| Cleary Gottlieb Steen & Hamilton LLP | Togut, Segal & Segal LLP |
| One Liberty Plaza | One Penn Plaza |
| New York, NY 10006 | New York, New York 10119 |
| *Debtor's Counsel* | *Counsel to the Official Committee of Retired Employees* |

Dated: August 20, 2012
**Elliott Greenleaf**

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena
Jonathan M. Stemerman, Esq.
1105 North Market Street
Suite 1700
Wilmington, DE 19801

*Counsel to Official Committee of Long-Term Disability Participants*