# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 22, 2012 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

1) OMNIBUS HEARING
   **R / M #:**   8,206 / 0

2) **ADV: 1-10-53166**
   **Nortel Networks Inc. vs Asteelflash California, Inc.**
   Pretrial Conference
   **R / M #:**   0 / 0
    VACATED:   case dismissed

3) **ADV: 1-10-53187**
   **Nortel Networks Inc. vs Maritz Canada Inc.**
   Claims
   **R / M #:**   0 / 0

4) **ADV: 1-10-53169**
   **Nortel Networks Inc. vs CSWL, Inc.**
   Setttlement
   **R / M #:**   0 / 0

5) **ADV: 1-10-55165**
   **Nortel Networks Inc. vs Telecom Networks Solutions, Inc.**
   Settlement
   **R / M #:**   0 / 0

6) **ADV: 1-10-55915**
   **Nortel Networks Inc. vs Macadamian Technologies Inc.**
   Settlement
   **R / M #:**   0 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

(continue)...    09-10138-KG           WEDNESDAY, AUGUST 22, 2012 10:00 AM

## *Proceedings:*

 HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 11/21/12 @ 10:00 am
#2 - A -10-53166 - Order Entered
#3 - CNO Filed and Order Signed
#4 - Certification of Counsel - ORDER SIGNED
#5 - #8 -  CNO Filed and Order Signed
#9 - Granted - ORDER SIGNED
#10 - Revised Order Signed
#11 - Information to be released to Committee Members, still protecting their privacy. Revised Order to be submitted under Certification of Counsel
#12 - Adjourned per the Court - Mediation to move forward - Judge Gross will prepare an Order

Other Matters heard not on the agenda:
Certification of Counsel Filed for Motion for Intervention of the OCUC of Nortel Networks Inc.A-11-54007 (re:Doc.No. 53) - ORDER SIGNED Granting Motion;
 ORDER SIGNED - Approving Stipulation Authorizing Amended Employment and Retention of Alvarez & Marsal (re: Doc. No. 8222; 6679)