# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.  
**CASE NO.:** 09-10138/ A-10-53166 - KG  
**COURTROOM LOCATION:** 3  
**DATE:** 8/22/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mary F. Kondilbur | Young Conaway Stargatt & Taylor | UK Pension Administrator |
| Ann Cordo | Morris Nichols Arsht & Tunnel | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen & Hamilton | " |
| Megan Fleming | " | " |
| Bob Ryan | " | " |
| Fred Hodara | Akin Gump Strauss Hauer & Feld | Creditors' Committee |
| Rafael Zahralddin | Elliott Greenleaf | LTD Committee |
| Chris S. Samis | Richards Layton | Retiree Comm.? |
| Kate Buck | McCarter & English | Retiree Cmte. |
| Matthew Murphy | Buchanan Ingersoll | Ernst & Young |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

| Calendar Date: | 08/22/2012 |
| Calendar Time: | 10:00 AM ET |

*Amended Calendar 08/21/2012 03:09 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10135 | Hearing | | Robert Hsu | | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Brent Beasley | | Brent Beasley - In Pro Per/Pro Se | In Propria Persona, Brent Beasley / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld L.L.P. | Creditor, Official Committee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Craig W. Dent | | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, UK Pentition Trust Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Janette Head | | Janette Head - In Pro Per/Pro Se | In Propria Persona, Janette Head / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Fred S. Hodara | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Mark R. Janis | | Mark R. Janis - In Pro Per/Pro Se | Interested Party, Mark Janis / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Michael J. Kelly | | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Lisa Kraidin | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Katy Mathews | | Wick Phillips Gould & Martin, LLP | Interested Party, Ericsson Inc. & Telefonaktiebolaget LM Ericsson / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Paul Morrison | | Paul Morrison - In Pro Per/Pro Se | In Propria Persona, Paul Morrison / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Carol Raymond | | Nortel Networks Inc. | In Propria Persona, Carol Raymond / LISTEN ONLY |

Peggy Drasal ext. 802                                CourtConfCal2009                                Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al | 09-10138 | Hearing | Brenda Rohrbaugh | Brenda Rohrbaugh - In Pro Per/Pro Se | In Propria Persona, Brenda Rohrbaugh / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | Stephanie Skelly | Togut, Segal & Segal LLP | Creditor, Offical Committee of Retiree / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | Rebecca J. Song | Citi Capital Advisors | Interested Party, Citi Capital / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | Kevin J. Starke | CRT Capital Group, LLC | Interested Party, CRT Capital Group LLC / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | Eli Vonnegut | Davis Polk & Wardwell LLP | Representing, Mediator / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | Matthew A Zloto | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |