IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
                                                               :
                              Debtors.                         :   Jointly Administered
                                                               :
                                                               :   **RE: D.I. 7886**
                                                               :
---------------------------------------------------------------X

**ORDER DENYING MOTION
OF STEPHEN PAROSKI FOR THE ORDER
PROMISSORY ESTOPPEL ORDER AUTHORIZING
AND APPROVING AND APPROVING PROCEDURES FUNDING OR BUYOUT
ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERCISSION AND NORTEL**

Upon consideration of the *Motion for the Order Promissory Estoppel Order Authorizing and Approving Procedures Funding or Buyout Ericsson Inc. and Telefonaktiebolaget LM Ercission and Nortel* [D.I. 7886] (the "Motion"); and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor; it is hereby:

1.     **ORDERED**, that to the extent the Motion seeks a determination of the Debtors' right to terminate the LTD Plans it shall be adjourned until the hearing on the LTD Termination

---

[1]     The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Motion and characterized and treated as an objection to the LTD Termination Motion; and it is further

2.  **ORDERED**, that the Motion is otherwise DENIED WITH PREJUDICE; and it is further

3.  **ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August 22, 2012
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE