**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                                               :   Chapter 11
In re:                                                         :
                                                               :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                             :
                                                               :   Jointly Administered
                              Debtors.                         :
                                                               :   **Hearing Date: September 19, 2012 @ 10:00 a.m.**
---------------------------------------------------------------x

**FOURTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH, LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES FOR**
**THE PERIOD MAY 1, 2012 THROUGH JULY 31, 2012**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), McCarter & English LLP ("McCarter & English") hereby submits its Fourth Quarterly Fee Application Request (the "Request") for the period May 1, 2012 through and including July 31, 2012[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly applications (D.I. Nos. 7813, 7992 and 8096) contain detailed listing of McCarter & English's requested fees and expenses to the Application Periods.

ME1 14001911v.1

McCarter & English seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fee Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fee Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 6/8/2012 #7813 | 5/1/2012-5/31/2012 | $70,377.50 | $1,460.71 | 7/11/2012 #7987 | $56,302.00 | $1,460.71 | $14,075.50 |
| 7/12/2012 #7992 | 6/1/2012-6/30/2012 | $72,315.95 | $1,822.50 | 8/7/2012 #8117 | $57,852.76 | $1,822.50 | $14,463.19 |
| 8/3/2012 #8096 | 7/1/2012-7/31/2012 | $104,521.50 | $597.05 | TBD OBJ DL: 8-24-2012 | $83,617.20 | $597.05 | $20,904.30 |
| **Total** | | **$247,214.95** | **$3,880.26** | | **$197,771.96** | **$3,880.26** | **$49,442.99** |

In accordance with the Monthly Compensation Order, McCarter & English seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, McCarter & English respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant McCarter & English such other and further relief as is just and proper.

Dated: August 22, 2012
Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr._____
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*

2

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| PASTOR, SHERILYN | Partner, NJ Bar, Insurance Coverage | $580.00 | 1.00 | $580.00 |
| HOROWITZ, JOEL E. | Partner, NJ Bar, Tax, Employee Benefits and Private Clients | $570.00 | 1.00 | $570.00 |
| DANIELE, MARK A. | Partner, NJ Bar, Tax, Employee Benefits and Finance | $525.00 | 156.85 | $82,346.25 |
| TAYLOR, JR., WILLIAM F. | Partner, DE Bar, Bankruptcy and Restructuring | $525.00 | 28.90 | $15,172.50 |
| REILLY, WILLIAM T. | Partner, NJ Bar, Business & Financial Services Litigation , Franchising and Distribution Law | $525.00 | 14.00 | $7,350.00 |
| KORNSTEIN, ALAN F. | Partner, NJ Bar, Tax, Employee Benefits and Finance | $520.00 | .60 | $312.00 |
| MULLER, JEFFERY S. | Partner, NJ Bar, Tax, Employee Benefits & Private Clients | $390.00 | .80 | $312.00 |
| KIMBALL, JANE S. | Special Counsel, NJ Bar, Tax, Employee Benefits and Finance | $390.00 | 263.73 | $102,854.70 |
| KILLIAN, PATRICIA A. | Associate, NJ Bar, Tax, Employee Benefits and Finance | $380.00 | 11.70 | $4,446.00 |
| BERNSTEIN, SCOTT H. | Associate, NJ Bar, Bankruptcy and Restructuring | $370.00 | 9.90 | $3663.00 |
| BROWN, KEVIN A. | Associate, NJ Bar, Tax, Employee Benefits and Finance | $385.00 | 55.90 | $21,521.50 |
| BUCK, KATE R. | Associate, DE Bar, Bankruptcy and Restructuring | $295.00 | 2.30 | $678.50 |
| MANELLA, CHRISTOPHER E. | Associate, NJ Bar, Bankruptcy and Restructuring | $220.00 | 6.10 | $1,342.00 |
| SCHIERBAUM, JARED, F. | Paralegal, Bankruptcy and Restructuring | $215.00 | 24.20 | $5,203.00 |
| LIPSTEIN, STACY | Paralegal, Bankruptcy and Restructuring | $195.00 | 2.70 | $526.50 |
| TAYLOR, CARRIE | Paralegal, Business & Financial Services Litigation | $180.00 | .90 | $162.00 |
| **TOTAL:** | | | 580.58 | **$247,214.95** |
| | *Blended Rate* | **$425.80** | | |

ME1 14001911v.1

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

|     | Project Category | Total Hours | Total Fees |
| --- | --- | --- | --- |
| D24 | CASE ADMINISTRATION | 42.00 | $16,920.50 |
| D26 | EMPLOYMENT BENEFITS/PENSIONS | 487.78 | $211,270.50 |
| D27 | FEE/EMPLOYMENT APPLICATIONS | 17.1 | $2,606.50 |
| D30 | LITIGATION | 13.50 | $4351.50 |
| D34 | TAX ISSUES | .80 | $312.00 |
| D41 | LITIGATION CONSULTING | 14.00 | $7,525.00 |
| D50 | TRAVEL TIME | 2.00 | $780.00 |
| D61 | COURT HEARING | 1.70 | $501.50 |
| D62 | GENERAL CASE STRATEGY | 1.70 | $947.50 |
|     | **TOTAL:** | **580.58** | **$247,214.95** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Total Expenses |
| --- | --- |
| PHOTOCOPIES | $81.60 |
| IMAGINING | $8.56 |
| PDF CONVERSION | $3.21 |
| LIBRARY RESEARCH | $3,282.90 |
| FEDERAL EXPRESS | $105.54 |
| TRAVEL EXPENSES TO COMMITTEE MEETING | $2.25 |
| POSTAGE | $21.00 |
| SERVICES (Court Conference Services) | $44.00 |
| TRANSCRIPTS | $331.20 |
| **TOTAL:** | **$3,880.26** |