**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                                           :
In re                                                      :    Chapter 11
                                                           :
Nortel Networks Inc., et al.,¹                             :    Case No. 09-10138 (KG)
                                                           :
                                  Debtors.                 :    Jointly Administered
                                                           :
                                                           :    Hearing Date: September 19, 2012 at 10:00 am
                                                           :
-----------------------------------------------------------X
```

**FOURTEENTH QUARTERLY FEE APPLICATION REQUEST OF
CLEARY GOTTLIEB STEEN & HAMILTON LLP,
AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD MAY 1, 2012 THROUGH JULY 31, 2012**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Fourteenth Quarterly Fee Application Request (the "Request") for the period May 1, 2012 through and including July 31, 2012 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for May 2012 [D.I. 7930], June 2012 [D.I. 8094] and July 2012 [D.I. 8209] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 7/02/2012 [D.I. 7930] | 5/1/12 – 5/31/12 | $1,809,917.00 | $410,917.27 | 07/25/2012 [D.I. 8044] | $410,917.27 | $1,447,933.60 | $410,917.27 | $361,983.40 |
| 8/02/2012 [D.I. 8094] | 6/1/12 – 6/30/12 | 1,482,217.00 | 149,544.52 | Pending | 149,544.52 | 1,185,773.60 | 149,544.52 | 296,443.40 |
| 8/20/2012 [D.I. 8209] | 7/1/12 – 7/31/12 | 1,446,235.50 | 124,193.51 | Pending | 124,193.51 | 1,156,988.40 | 124,193.51 | 289,247.10 |
| TOTAL | | $4,738,369.50 | $684,655.30 | | $684,655.30 | $3,790,695.60 | $684,655.30 | $947,673.90 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: August 22, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

# CUMULATIVE COMPENSATION SUMMARY
# BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2012 through July 31, 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MEGAN J. FLEMING | Associate | $660.00/690.00 | 516.10 | $347,340.00 |
| JESSICA L. UZIEL | Associate | 415.00/490.00 | 434.80 | 189,554.50 |
| ROBERT J. RYAN | Associate | 490.00/565.00 | 339.00 | 168,562.50 |
| EMILY A. BUSSIGEL | Associate | 565.00/630.00 | 333.60 | 192,884.50 |
| LISA M. SCHWEITZER | Partner – Litigation, Bankruptcy | 1,040.00 | 332.90 | 346,216.00 |
| JAMES L. BROMLEY | Partner – Bankruptcy, Litigation | 1,095.00 | 314.00 | 343,830.00 |
| KARA HAILEY | Senior Attorney – Corporate, Bankruptcy | 840.00 | 278.40 | 233,856.00 |
| JESSICA ROLL | Paralegal | 255.00 | 248.80 | 63,444.00 |
| RUSSELL D. ECKENROD | Associate | 630.00/660.00 | 228.80 | 146,526.00 |
| JOAN KIM | Paralegal | 255.00 | 221.30 | 56,431.50 |
| LAURA BAGARELLA | Associate | 565.00/630.00 | 206.30 | 120,472.50 |
| JEREMY OPOLSKY | Associate | 490.00/565.00 | 204.00 | 104,527.50 |
| JANE KIM | Associate | 710.00 | 184.40 | 130,924.00 |
| RONALD J. COLEMAN | Associate | 415.00/490.00 | 183.60 | 79,419.00 |
| LUKE BAREFOOT | Associate | 710.00 | 183.40 | 130,214.00 |
| MARTIN N. KOSTOV | Associate | 490.00/565.00 | 182.50 | 95,770.00 |
| CLAYTON SIMMONS | Summer Associate | 335.00 | 179.20 | 60,032.00 |
| JAMES CROFT | Associate | 660.00/690.00 | 177.00 | 118,236.00 |
| NEIL FORREST | Senior Attorney – Litigation | 840.00 | 172.00 | 144,480.00 |
| BRANDON HAMMER | Summer Associate | 335.00 | 154.70 | 51,824.50 |
| KERRIN T. KLEIN | Associate | 565.00/630.00 | 119.30 | 70,524.50 |
| E. DANIELLE BYAM | Summer Associate | 335.00 | 111.30 | 37,285.50 |
| DAVID H. HERRINGTON | Counsel – Litigation | 905.00 | 100.40 | 90,862.00 |
| LAUREN L. PEACOCK | Associate | 700.00/710.00 | 96.10 | 67,391.00 |
| MARGOT GIANIS | Summer Associate | 335.00 | 91.80 | 30,753.00 |

---

[3]   Arranged in descending order according to Total Billed Hours.

[4]   Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| DARRYL STEIN | Associate | 490.00 | 88.30 | 43,267.00 |
| NICHOLAS R. FUNG | Associate | 490.00 | 80.50 | 39,445.00 |
| MATTHEW G. GURGEL | Associate | 565.00/630.00 | 77.10 | 44,809.50 |
| DAPHNEY FRANCOIS | Associate | 565.00 | 76.30 | 43,109.50 |
| CHRISTOPHER MCBRADY | Summer Associate | 335.00 | 75.50 | 25,292.50 |
| REBECCA REEB | Associate | 565.00/630.00 | 73.60 | 42,084.50 |
| VICTORIA S. BELYAVSKY | Associate | 490.00/565.00 | 64.00 | 32,717.50 |
| JESSE D.H. SHERRETT | Associate | 490.00/565.00 | 63.20 | 32,610.50 |
| JOSH ANDERSON | Associate | 490.00/565.00 | 62.30 | 31,172.00 |
| MATTHEW M. KARLAN | Associate | 415.00/490.00 | 59.50 | 25,285.00 |
| EMILY WEISS | Associate | 565.00/630.00 | 59.40 | 34,133.00 |
| BRYAN G. FAUBUS | Associate | 490.00/565.00 | 54.70 | 27,335.50 |
| LOUIS LIPNER | Associate | 630.00/660.00 | 53.80 | 34,230.00 |
| PETER O'KEEFE | Paralegal | 310.00 | 52.40 | 16,244.00 |
| HOWARD S. ZELBO | Partner – Litigation | 1,095.00 | 50.70 | 55,516.50 |
| ANTHONY R. CERCEO | Associate | 565.00 | 50.40 | 30,250.50 |
| TEMP. PARALEGAL | Temp. Paralegal | 230.00 | 49.00 | 11,270.00 |
| SU CHEUNG | Assistant Managing Clerk | 150.00 | 48.90 | 7,335.00 |
| MARY E. ALCOCK | Counsel – Employee Benefits | 905.00 | 48.70 | 44,073.50 |
| JACQUELINE MOESSNER | Associate | 690.00/700.00 | 48.70 | 33,717.00 |
| KAMAL SIDHU | Associate | 490.00/565.00 | 48.30 | 24,537.00 |
| ERICA KLIPPER | Associate | 415.00 | 44.10 | 18,301.50 |
| KRISTY FIELDS | Summer Associate | 335.00 | 44.00 | 14,740.00 |
| ANDREW J. UNGBERG | Associate | 490.00 | 43.60 | 21,364.00 |
| JUSTIN CAVANAGH | Temp. Attorney | 190.00 | 41.00 | 7,790.00 |
| JENNIFER E. PHILBRICK | Associate | 565.00 | 40.40 | 22,826.00 |
| CHRISTINA PRASSAS | Summer Associate | 335.00 | 39.80 | 13,333.00 |
| DANIEL BREGMAN | Summer Associate | 335.00 | 39.70 | 13,299.50 |
| KATHLEEN M. O'NEILL | Associate | 690.00/700.00 | 38.50 | 26,637.00 |
| CRAIG B. BROD | Partner – Corporate | 1,095.00 | 38.30 | 41,938.50 |
| JOANNA PAK | Paralegal | 230.00/255.00 | 38.00 | 9,077.50 |
| ZOE E. SHEA | Associate | 415.00/490.00 | 35.70 | 15,190.50 |
| MAREN CHRISTENSEN | Summer Associate | 335.00 | 34.70 | 11,624.50 |
| JODI ERICKSON | Associate | 355.00 | 34.30 | 12,176.50 |
| INNA ROZENBERG | Senior Attorney – Litigation | 840.00 | 32.30 | 27,132.00 |
| JENNIFER M. PALMER | Associate | 690.00 | 31.90 | 22,011.00 |
| MILES POPE | Summer Associate | 335.00 | 30.90 | 10,351.50 |
| SAMANTHA J. DUPLANTIS | Associate | 415.00/490.00 | 29.00 | 12,815.00 |
| CRAIG M. FISCHER | Associate | 490.00/565.00 | 29.00 | 15,095.00 |
| DAVID MACCALLUM | Summer Associate | 335.00 | 27.70 | 9,279.50 |
| BRENDAN H. GIBBON | Associate | 700.00/710.00 | 27.40 | 19,256.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| CATALINA CADAVID | Paralegal | 230.00/255.00 | 27.40 | 6,607.00 |
| JONATHAN REINSTEIN | Paralegal | 255.00 | 27.20 | 6,936.00 |
| STEPHEN PELLICCIA | Summer Associate | 335.00 | 25.00 | 8,375.00 |
| JOHN CORNELIUS | Associate | 565.00/630.00 | 24.70 | 14,488.50 |
| DAVID LIVSHIZ | Associate | 700.00 | 23.80 | 16,660.00 |
| MATTHEW BUNDA | Associate | 690.00/700.00 | 22.20 | 15,425.00 |
| SHANNON DELAHAYE | Associate | 630.00 | 21.60 | 13,608.00 |
| JONATHAN KOLODNER | Counsel – Litigation | 905.00 | 20.00 | 18,100.00 |
| KIESHA M. MINYARD | Associate | 63000 | 19.60 | 12,348.00 |
| ARTHUR KOHN | Partner – Employee Benefits | 1,095.00 | 19.30 | 21,133.50 |
| CAROL WHATLEY | Assistant Managing Clerk | 150.00 | 19.00 | 2,850.00 |
| MATTHEW J. VANEK | Associate | 660.00 | 18.80 | 12,408.00 |
| JEFFREY PENN | Associate | 690.00 | 17.80 | 12,282.00 |
| DANIEL ILAN | Counsel – Intellectual Property | 790.00 | 17.80 | 14,062.00 |
| WILLIAM L. MCRAE | Partner – Tax | 1,055.00 | 16.40 | 17,302.00 |
| LAURA WELIKSON | Summer Associate | 335.00 | 15.80 | 5,293.00 |
| ERBER HERNANDEZ | Paralegal | 255.00 | 15.50 | 3,952.50 |
| SYLVIA INGRAM | Temp. Attorney | 150.00 | 14.00 | 2,100.00 |
| DANIEL R. POR | Associate | 415.00 | 13.90 | 5,768.50 |
| JUSTIN BROWN | Assistant Managing Clerk | 150.00 | 13.90 | 2,085.00 |
| CHRISTOPHER THOMPSON | Assistant Managing Clerk | 150.00 | 13.70 | 2,055.00 |
| JULIA ROZENBLIT | Associate | 490.00 | 13.30 | 6,517.00 |
| BENAZIR TEELUCK | Paralegal | 310.00 | 12.60 | 3,906.00 |
| MORGAN WHITE-SMITH | Summer Associate | 335.00 | 12.50 | 4,187.50 |
| KATHRYN G. WELLMAN | Summer Associate | 335.00 | 11.20 | 3,752.00 |
| SCOTT D. MCCOY | Associate | 690.00/700.00 | 11.00 | 7,640.00 |
| COREY M. GOODMAN | Associate | 660.00 | 9.30 | 6,138.00 |
| MARCO STEECKER | Paralegal | 230.00 | 8.60 | 1,978.00 |
| MAGNUS JONES | Associate | 500.00 | 8.60 | 4,300.00 |
| ROGER A. COOPER | Partner – Litigation | 915.00 | 8.00 | 7,320.00 |
| ANNA KOGAN | Associate | 565.00 | 7.60 | 4,294.00 |
| STEPHANIE ATWOOD | Summer Associate | 335.00 | 7.50 | 2,512.50 |
| ALEKSANDR ABELEV | Practice Support Specialist | 265.00 | 7.50 | 1,987.50 |
| NORA ABULARACH | Associate | 700.00 | 7.40 | 5,180.00 |
| RITU NARULA | Associate | 490.00 | 6.60 | 3,234.00 |
| MICHAEL KAGAN | Associate | 630.00 | 6.30 | 3,969.00 |
| SAMANTHA THOMPSON | Paralegal | 255.00 | 6.00 | 1,530.00 |
| KELSEY MACELROY | Paralegal | 230.00 | 5.50 | 1,265.00 |
| SANDRA FLOW | Partner – Corporate | 1,065.00 | 5.30 | 5,644.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| ANDREA CHINYERE EZIE | Associate | 415.00 | 5.10 | 2,116.50 |
| SEBASTIAN CAMERON | Trainee Solicitor | 350.00 | 5.00 | 1,750.00 |
| JENNIFER MONIZ | Practice Support Specialist | 255.00 | 5.00 | 1,275.00 |
| **TOTAL HOURS:** | | | **8,176.60** | |
| **GRAND TOTAL:** | | | | **$4,738,369.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY
FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2012 through July 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions | 3.70 | $2,331.00 |
| Case Administration | 1,881.80 | 1,294,079.00 |
| Claims Administration and Objections | 1,527.50 | 837,428.50 |
| Employee Matters | 2,923.60 | 1,617,710.50 |
| Customer Issues | 5.40 | 3,417.00 |
| Supplier Issues | 3.80 | 2,330.50 |
| Plan of Reorganization & Disclosure Statement | 255.00 | 105,565.50 |
| Tax | 134.50 | 101,962.50 |
| Intellectual Property | 35.90 | 22,260.00 |
| Regulatory | 70.90 | 43,446.00 |
| Fee and Employment Applications | 324.10 | 156,979.50 |
| Litigation | 954.80 | 516,547.00 |
| Real Estate | 55.60 | 34,312.50 |
| **TOTAL** | **8,176.60** | **$4,738,369.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# CUMULATIVE EXPENSE SUMMARY
# FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2012 through July 31, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $ 1,525.04 |
| Travel – Transportation | | 21,149.93 |
| Travel – Lodging | | 4,463.93 |
| Travel – Meals | | 506.91 |
| Mailing and Shipping Charges | | 2,193.51 |
| Scanning Charges (at $0.10/page) | | 446.00 |
| Duplicating Charges (at $0.10/page) | | 14,758.60 |
| Color Duplicating Charges (at $0.65/page) | | 1,361.12 |
| Facsimile Charges (at $1.00/page) | | 3.00 |
| Legal Research | Lexis | 26,155.67 |
| | Westlaw | 44,009.54 |
| | Pacer | 1,956.32 |
| Late Work – Meals | | 3,271.74 |
| Late Work – Transportation | | 10,621.88 |
| Conference Meals | | 14,151.38 |
| Other Charges | | 502.00 |
| Expert Expenses | | 537,578.73 |
| **Grand Total Expenses** | | **$ 684,655.30** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]