# EXHIBIT A

# 736670



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000126 / Linex v. Nortel et al.

**Proforma Generation Date:** 08/10/12 11:47

**Fees and Disbursements Through 05/30/12**
**Last Date Billed 06/22/12 (Through 02/29/12)**
**Bill Cycle:** M
**Matter Open Date:** Jan 14, 2009
**Proforma Joint Group #** 105185

| | | | | |
|---|---|---|---|---|
| **Total Fees This Proforma** | $1,872.00 | | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,872.00 | | | |
| **Address:** Nortel Networks | | | **YTD Fees Billed** | $4,982.50 |
| Attn: Accounts Payable | | | **YTD Disb Billed** | $0.00 |
| Post Office Box 280510 | | | | |
| Nashville, TN  37728 | | | **LTD Fees Billed** | $52,353.50 |
| | | | **LTD Disb Billed** | $38.49 |
| | | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10168494 | 05/22/12 | Supko, M. | Review correspondence from Ms. Palmer re revised settlement proposal, including analysis of update revenue information (0.6); prepare response to Ms. Palmer re same (0.1). | 0.70 | $546.00 |
| 10177047 | 05/25/12 | Supko, M. | Prepare email to Mr. Hartmann conveying counter-proposal for settlement (1.0); correspondence with Ms. Palmer re draft email to Mr. Hartmann (0.1); revise draft email to Mr. Hartmann per Ms. Palmer's comments and send same to Mr. Hartmann (0.2). | 1.30 | $1,014.00 |
| 10186352 | 05/29/12 | Supko, M. | Review email from Mr. Hartmann re counter-proposal and correspond with Ms. Palmer re same. | 0.20 | $156.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10190883 | 05/30/12 | Supko, M. | Correspondence with Mr. Hartmann and Ms. Palmer re settlement proposals. | 0.20 | $156.00 |
| | | | **Professional Services Total** | **2.40** | **$1,872.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | $780.00 | 2.40 | $1,872.00 |
| | | | **Fees Value** | **2.40** | **$1,872.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6279048 | 04/27/12 | 363057 | 0152 | 1537585 | 007004 | Pacer Service Charge - - VENDOR: Pacer Servi Center | $0.00 |
| | | | | | | **Total Disbursements** | **$0.00** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0152 | Pacer Service Charge | $0.00 |
| | **Total Disbursements** | **$0.00** |

DCACTIVE-20011756.1

# 736671



## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000189 / Fee/Employment Application - US

**Proforma Generation Date:** 08/10/12 11:47

**Fees and Disbursements Through 05/30/12**
**Last Date Billed 06/22/12 (Through 02/29/12)**
**Bill Cycle:** M
**Matter Open Date:** Jan 14, 2009
**Proforma Joint Group #** 105185

| | | |
|---|---|---|
| **Total Fees This Proforma** | $1,615.00 | |
| **Total Disbursements This Proforma** | 0.00 | |
| **TOTAL THIS PROFORMA** | $1,615.00 | |

| | |
|---|---|
| **Unallocated Cash** | $0.00 |
| **Trust Balance** | $0.00 |

**Address:** Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| **YTD Fees Billed** | $7,350.50 |
| **YTD Disb Billed** | $11.60 |
| **LTD Fees Billed** | $117,482.00 |
| **LTD Disb Billed** | $318.90 |
| **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10147265 | 05/09/12 | Cheney, M | Review and revise pro formas for fee statements. | 0.30 | $187.50 |
| 10153073 | 05/17/12 | Perales, O. | Prepare 38th Interim Fee Application for February 2012 (0.5); prepare 39th Interim Fee Application for March 2012 (0.5). | 1.00 | $225.00 |
| 10157137 | 05/18/12 | Perales, O. | Prepare 40th Interim Fee Application for April 2012 (0.5); prepare Twelfth Quarterly Fee Application (0.3); prepare Order Approving Fees for February 2012 through April 2012 fee statements (0.1). | 0.90 | $202.50 |
| 10186550 | 05/22/12 | Cheney, M | Email to Ms. Cordo enclosing fee statements. | 0.20 | $125.00 |
| 10186531 | 05/22/12 | Cheney, M | Revise and finalize February fee statement. | 0.30 | $187.50 |

- 1 -

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10186535 | 05/22/12 | Cheney, M | Revise and finalize March fee statement. | 0.30 | $187.50 |
| 10186538 | 05/22/12 | Cheney, M | Revise and finalize April fee statement. | 0.30 | $187.50 |
| 10186541 | 05/22/12 | Cheney, M | Revise and finalize quarterly fee application. | 0.20 | $125.00 |
| 10186545 | 05/22/12 | Cheney, M | Revise exhibits to fee statements. | 0.30 | $187.50 |
| | | | **Professional Services Total** | **3.80** | **$1,615.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | $625.00 | 1.90 | $1,187.50 |
| 002444 | Specialist | Perales, O. | $225.00 | 1.90 | $427.50 |
| | | | **Fees Value** | **3.80** | **$1,615.00** |

- 2 -

# 733689



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000196 / Indemnification Claim by PG&E re Phoenix  

**Proforma Generation Date:** 08/10/12 13:07  

**Fees and Disbursements Through 07/31/12**  
**Last Date Billed 06/22/12 (Through 04/30/12)**  
**Bill Cycle:** Mtent  
**Matter Open Date:** Jan 31, 2011  
**Proforma Joint Group #** 105185  

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $2,480.50 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $2,480.50 | | |
| **Address:**   Nortel Networks Corp | | **YTD Fees Billed** | $35,575.50 |
| | | **YTD Disb Billed** | $81.78 |
| | | **LTD Fees Billed** | $80,022.00 |
| | | **LTD Disb Billed** | $99.23 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10165612 | 05/16/12 | Sigworth, R. | Review proposed edits of bankruptcy counsel and correspondence from same. | 1.00 | $575.00 |
| 10165636 | 05/17/12 | Sigworth, R. | Review proposed edits of bankruptcy counsel (0.7); verify supporting facts for same (0.8); propose further edits to brief and circulate same (1.0). | 2.50 | $1,437.50 |
| 10153362 | 05/18/12 | Supko, M. | Review/revise proposed revisions to objections (0.4); prepare email to Ms. Palmer re same (0.1). | 0.50 | $390.00 |
| 10190881 | 05/30/12 | Supko, M. | Correspondence with Ms. Palmer re settlement of PG&E claim. | 0.10 | $78.00 |
| | | | **Professional Services Total** | **4.10** | **$2,480.50** |

- 2 -

## **Professional Services Summary**

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 002305 | Counsel | Sigworth, R. | $575.00 | 3.50 | $2,012.50 |
| 001474 | Partner | Supko, M. | $780.00 | 0.60 | $468.00 |
| | | | **Fees Value** | **4.10** | **$2,480.50** |