IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al. | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re Dkt No. 8104** |

## ORDER CONTINUING HEARING ON JOINT MOTION FOR SCHEDULING ORDER BIFURCATING PROCEEDINGS AND STAYING CERTAIN DISCOVERY ON CLAIMS BY THE EMEA CLAIMANTS

The Debtors' and the Committee's Joint Motion for a Scheduling Order Bifurcating Proceedings and Staying Certain Discovery on Claims by the EMEA Claimants (the "Motion") and the objection of the EMEA Debtors was noticed for hearing on August 22, 2012. The Court is continuing the hearing on the Motion to a date to be determined to enable the parties to fully immerse themselves in the pending mediation before Chief Justice Winkler, Ontario Supreme Court.

SO ORDERED.

Dated: August 22, 2012

KEVIN GROSS, U.S.B.J.