# EXHIBIT A

# 736674



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000126 / Linex v. Nortel et al.

**Proforma Generation Date:** 08/10/12 11:48

**Fees and Disbursements Through 06/30/12**  
**Last Date Billed 06/22/12 (Through 02/29/12)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | | |
|---|---|---|---|---|
| **Total Fees This Proforma** | $1,014.00 | | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,014.00 | | | |
| **Address:** Nortel Networks | | | **YTD Fees Billed** | $4,982.50 |
| Attn: Accounts Payable | | | **YTD Disb Billed** | $0.00 |
| Post Office Box 280510 | | | | |
| Nashville, TN 37728 | | | **LTD Fees Billed** | $52,353.50 |
| | | | **LTD Disb Billed** | $38.49 |
| | | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10200497 | 06/01/12 | Supko, M. | Correspondence with Mr. Hartmann and Ms. Palmer re settlement issues. | 0.30 | $234.00 |
| 10213989 | 06/06/12 | Supko, M. | Review proposed language for settlement agreement from Mr. Hartmann (0.1); prepare draft response to Mr. Hartmann, including revisions to proposed language, and send to Ms. Palmer for review (0.2). | 0.30 | $234.00 |
| 10235247 | 06/12/12 | Supko, M. | Review proposed revision to settlement language from Mr. Hartmann and update Ms. Palmer re same. | 0.10 | $78.00 |
| 10265647 | 06/25/12 | Supko, M. | Review/revise draft stipulation of settlement prepared by Ms. Palmer (0.4); correspondence with Ms. Palmer re stipulation (0.1); | 0.60 | $468.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | correspondence with Mr. Hartmann re stipulation (0.1). | | |
| | | | **Professional Services Total** | **1.30** | **$1,014.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | $780.00 | 1.30 | $1,014.00 |
| | | | **Fees Value** | **1.30** | **$1,014.00** |

PROFORMA

**736675**



**BILLABLE PROFORMA**

**Billing Attorney:** 001835 / Matthew Cheney
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000189 / Fee/Employment Application - US

**Proforma Generation Date:** 08/10/12 11:48

**Fees and Disbursements Through 06/30/12**
**Last Date Billed 06/22/12 (Through 02/29/12)**
**Bill Cycle:** M
**Matter Open Date:** Jan 14, 2009
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $187.50 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $187.50 | | |

**Address:** Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| **YTD Fees Billed** | $7,350.50 |
| **YTD Disb Billed** | $11.60 |
| **LTD Fees Billed** | $117,482.00 |
| **LTD Disb Billed** | $318.90 |
| **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10274856 | 06/19/12 | Cheney, M | Revise pro formas for fee statements. | 0.30 | $187.50 |
| | | | **Professional Services Total** | **0.30** | **$187.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | $625.00 | 0.30 | $187.50 |
| | | | **Fees Value** | **0.30** | **$187.50** |

- 1 -

DCACTIVE-20012010.1