# EXHIBIT A

# 736676



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000126 / Linex v. Nortel et al.

**Proforma Generation Date:** 08/10/12 11:49

**Fees and Disbursements Through 07/31/12**  
**Last Date Billed 06/22/12 (Through 02/29/12)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $1,638.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,638.00 | | |
| **Address:** Nortel Networks | | **YTD Fees Billed** | $4,982.50 |
| Attn: Accounts Payable | | **YTD Disb Billed** | $0.00 |
| Post Office Box 280510 | | | |
| Nashville, TN 37728 | | **LTD Fees Billed** | $52,353.50 |
| | | **LTD Disb Billed** | $38.49 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10308053 | 07/03/12 | Supko, M. | Analyze Linex's response to proposed settlement agreement (0.3); prepare additional revisions to same (0.5); correspond with Ms. Palmer re same (0.1). | 0.90 | $702.00 |
| 10308074 | 07/04/12 | Supko, M. | Review further revisions to settlement agreement from Ms. Palmer (0.2); prepare further revisions and send same to Mr. Hartmann (0.3). | 0.50 | $390.00 |
| 10359801 | 07/23/12 | Supko, M. | Correspondence with Mr. Hartmann and Ms. Palmer re proposed revisions to settlement agreement and status of negotiations. | 0.30 | $234.00 |
| 10389278 | 07/25/12 | Supko, M. | Correspondence with Ms. Palmer re settlement agreement (0.1); compare exchanged versions | 0.40 | $312.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | of settlement agreements and prepare email to Mr. Hartmann re discrepancies in view of prior correspondence (0.3). | | |
| | | | **Professional Services Total** | **2.10** | **$1,638.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | $780.00 | 2.10 | $1,638.00 |
| | | | **Fees Value** | **2.10** | **$1,638.00** |