Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
: 
*In re*                                                          :    Chapter 11
                                                                 :
Nortel Networks Inc., *et al.*,[1]                               :    Case No. 09-10138 (KG)
                                                                 :
            Debtors.               :    Jointly Administered
                                                                 :
----------------------------------------------------------X

**ORDER GRANTING FOURTEENTH QUARTERLY FEE APPLICATION**
**REQUEST OF CROWELL & MORING LLP,**
**SPECIAL COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION,**
**FOR THE PERIOD MAY 1, 2012 THROUGH JULY 31, 2012**

Upon consideration of the Fourteenth Quarterly Fee Application Request (the "Request") of Crowell & Moring LLP, Special Counsel for the above captioned debtors and debtors-in-possession (the "Debtors") for the period from May 1, 2012 through and including July 31, 2012; and upon consideration of the monthly fee applications subject to the Request (the "Fee Applications"); the Court having reviewed the Request and the Fee Applications; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2

1. The Request is GRANTED.

2. Crowell & Moring LLP is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by Crowell & Moring LLP.

3. The Debtor is authorized and directed to disburse to Crowell & Moring LLP payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Application and (b) the actual interim payments received by Crowell & Moring LLP for fees and expenses under the Fee Applications, as set forth in the Request.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: _____, 2012

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE