
# EXHIBIT B



# Akin Gump
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---:|
| Invoice Number | 1436490 |
| Invoice Date | 08/15/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---:|---:|
| 0002 | General Case Administration | 7.50 | $5,850.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 7.60 | $4,126.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 3.30 | $1,677.50 |
| 0006 | Retention of Professionals | 0.30 | $315.00 |
| 0007 | Creditors Committee Meetings | 16.80 | $12,929.00 |
| 0008 | Court Hearings | 34.20 | $28,618.50 |
| 0009 | Financial Reports and Analysis | 0.40 | $240.00 |
| 0012 | General Claims Analysis/Claims Objections | 2.60 | $2,350.00 |
| 0014 | Canadian Proceedings/Matters | 2.20 | $1,780.00 |
| 0018 | Tax Issues | 19.40 | $13,673.50 |
| 0019 | Labor Issues/Employee Benefits | 221.80 | $166,954.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 2.10 | $1,647.50 |
| 0025 | Travel | 7.25 | $5,977.50 |
| 0026 | Avoidance Actions | 0.30 | $172.50 |
| 0028 | Non-Debtor Affiliates | 2.10 | $1,395.00 |
| 0029 | Intercompany Analysis | 71.90 | $62,229.00 |
| | TOTAL | 399.75 | $309,936.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1436490

Page 2  
August 15, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 07/09/12 | SLB | 0002 | Attention to case admin. matters. | 0.20 |
| 07/10/12 | BMK | 0002 | TC with creditor re case status | 0.30 |
| 07/11/12 | FSH | 0002 | Respond to calls of creditors re status. | 0.20 |
| 07/12/12 | DHB | 0002 | Telephone calls with creditors re status. | 0.30 |
| 07/18/12 | SLS | 0002 | Telephone call with B. Kahn regarding case status. | 0.20 |
| 07/18/12 | BMK | 0002 | TC with creditor re: case status | 0.40 |
| 07/23/12 | AQ | 0002 | Weekly update call with Debtors. | 0.60 |
| 07/23/12 | DHB | 0002 | Ray call. | 0.60 |
| 07/23/12 | BMK | 0002 | Update call with Debtors | 0.60 |
| 07/24/12 | FSH | 0002 | Analyze issue under by laws. | 0.60 |
| 07/24/12 | FSH | 0002 | Respond to call of creditor. | 0.10 |
| 07/24/12 | BMK | 0002 | Analysis of committee organizational issues | 0.60 |
| 07/24/12 | SLB | 0002 | Attention to committee organizational matters. | 0.20 |
| 07/30/12 | SLS | 0002 | Participate in update call with Company. | 0.70 |
| 07/30/12 | DHB | 0002 | Attend Ray call (.8); follow-up re same (.1); telephone calls with creditors re status (.3). | 1.20 |
| 07/30/12 | BMK | 0002 | Attend update call with Debtors | 0.70 |
| 07/05/12 | FSH | 0003 | Work on monthly fee app. | 0.30 |
| 07/05/12 | BMK | 0003 | Draft May fee application | 1.10 |
| 07/08/12 | FSH | 0003 | Work on fee application. | 0.40 |
| 07/09/12 | BMK | 0003 | Finalize fee application for filing | 0.60 |
| 07/30/12 | SLS | 0003 | Review exhibit to Nortel monthly fee application. | 2.00 |
| 07/31/12 | PJS | 0003 | Review and prepare documents re fee application. | 3.20 |
| 07/09/12 | SLB | 0004 | Review Cleary invoice. | 0.50 |
| 07/10/12 | BMK | 0004 | Review Capstone fee application | 0.30 |
| 07/10/12 | SLB | 0004 | Review Cleary invoice (1.3); confer w/ B. Kahn re: same (.2); draft corr. to F. Hodara & D. Botter re: same (.1). | 1.60 |
| 07/13/12 | FSH | 0004 | Review fee applications. | 0.20 |
| 07/16/12 | BMK | 0004 | Review LTD fee cap motion | 0.40 |
| 07/27/12 | BMK | 0004 | Review LTD fee cap cert. of counsel | 0.30 |
| 07/18/12 | FSH | 0006 | Analyze EY engagement issue. | 0.30 |
| 07/12/12 | FSH | 0007 | Prepare for Committee meeting (.2). Attend same (.7). Meet w/ Committee reps re: next steps (.5). | 1.40 |
| 07/12/12 | AQ | 0007 | Attend Committee call. | 0.70 |
| 07/12/12 | DHB | 0007 | Prepare for Committee call (.2); attend same (.7) and follow-up (.3). | 1.20 |
| 07/12/12 | SBK | 0007 | Attend committee call re update on mediation process and related court hearing | 0.70 |
| 07/12/12 | BMK | 0007 | Attend committee call (0.7); follow up to same (0.3) | 1.00 |
| 07/12/12 | KMR | 0007 | Attended creditors committee meeting (.7); follow up to same (.3). | 1.00 |
| 07/12/12 | JYS | 0007 | Committee Meeting (0.7); Follow up with CTE professionals (0.3). | 1.00 |
| 07/19/12 | SLS | 0007 | Participate in professionals' pre-call (.3); participate in UCC call (.4); follow up to same (.2). | 0.90 |
| 07/19/12 | LGB | 0007 | Participate on UCC call. | 0.40 |
| 07/19/12 | FSH | 0007 | Communications re agenda (.2). Call of working group re pending items (.4). Participate in Committee call (.4). | 1.00 |
| 07/19/12 | AQ | 0007 | Attend Professionals' pre-call. | 0.40 |
| 07/19/12 | AQ | 0007 | Attend Committee call. | 0.40 |
| 07/19/12 | DHB | 0007 | Attend Professionals' pre-call (.4); attend Committee call (.4). | 0.80 |
| 07/19/12 | BMK | 0007 | Prepare for committee call (0.5); participate in professionals' precall (0.4); participate in committee call (0.4) | 1.30 |
| 07/19/12 | KMR | 0007 | Attended creditors committee meeting (.4); attend professionals' call (.4). | 0.80 |
| 07/19/12 | JYS | 0007 | Committee Call (partial attendance). | 0.30 |
| 07/19/12 | GDB | 0007 | Attend Professionals call (0.4)  UCC call (0.4) | 0.80 |
| 07/19/12 | SLB | 0007 | Prepare materials for Committee call (.1); attend professionals' pre-call | 0.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1436490

Page 3  
August 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.4); attend Committee call (.4). | |
| 07/24/12 | FSH | 0007 | Communications re upcoming Committee meeting. | 0.20 |
| 07/24/12 | GDB | 0007 | Emails re UCC call (0.3) | 0.30 |
| 07/31/12 | FSH | 0007 | Meet w/ B. Kahn re upcoming Committee meetings. | 0.20 |
| 07/31/12 | BMK | 0007 | Conf with F. Hodara re: upcoming committee call (0.2); emails re: same (0.2); draft agenda re: same (0.2) | 0.60 |
| 07/31/12 | JYS | 0007 | Correspondence with AG team re upcoming Committee meetings. | 0.30 |
| 07/31/12 | SLB | 0007 | Corr. w/ B. Kahn & J. Sturm re: Committee call (.1); coordinate scheduling of the same (.1) | 0.20 |
| 07/09/12 | FSH | 0008 | Examine court agenda, pleadings. | 0.30 |
| 07/10/12 | FSH | 0008 | TC Frasers re court hearing (.2). Review revised agenda letter (.1). Communications re hearing matters (.2). | 0.50 |
| 07/10/12 | DHB | 0008 | Begin hearing preparation. | 0.40 |
| 07/10/12 | BMK | 0008 | Prepare for 7/11 hearing | 1.90 |
| 07/11/12 | FSH | 0008 | Meet w/ working group to prepare for Court hearing (2.0). Review pleadings for same (.6). Attend same (2.8). Follow-up (1.1). | 6.50 |
| 07/11/12 | AQ | 0008 | Prepare for court hearing. | 0.70 |
| 07/11/12 | AQ | 0008 | Attend court hearing. | 4.80 |
| 07/11/12 | DHB | 0008 | Prepare for hearing (2.5); attend same (6.3); follow-on emails re same (.5). | 9.30 |
| 07/11/12 | BMK | 0008 | Prepare for July 11 hearing (1.5); attend omnibus cross-border hearing (6.3). | 7.80 |
| 07/13/12 | BMK | 0008 | Review 7/11 transcript | 0.90 |
| 07/25/12 | LGB | 0008 | T/C with Kahn re hearing on 8/1 (.1); review email re same (.1); T/C with Qureshi re same (.1) | 0.30 |
| 07/30/12 | JYS | 0008 | Prep for 8/1 Hearing. | 0.40 |
| 07/31/12 | FSH | 0008 | Review agenda for court hearing and arrangements for same. | 0.20 |
| 07/31/12 | BMK | 0008 | Review of matters for 8/1 hearing | 0.20 |
| 07/06/12 | JYS | 0009 | Review Capstone presentation. | 0.40 |
| 07/03/12 | FSH | 0012 | Attention to claims info. | 0.20 |
| 07/09/12 | FSH | 0012 | Meet w/ Cleary re claims (1.0). | 1.00 |
| 07/19/12 | FSH | 0012 | Attention to claims issues. | 0.20 |
| 07/23/12 | FSH | 0012 | Review claims issues. | 0.20 |
| 07/23/12 | FSH | 0012 | Review claims settlements. | 0.20 |
| 07/24/12 | BMK | 0012 | Review claim settlement information | 0.80 |
| 07/06/12 | FSH | 0014 | Examine Canadian pleadings. | 0.20 |
| 07/13/12 | FSH | 0014 | Attention to Canadian filings. | 0.20 |
| 07/13/12 | BMK | 0014 | Review Canadian stay extension motion. | 0.60 |
| 07/18/12 | FSH | 0014 | Review Frasers analysis re: Canadian law issue. | 0.20 |
| 07/25/12 | BMK | 0014 | Review Canadian intercompany claims order issues | 0.50 |
| 07/26/12 | FSH | 0014 | Communications re upcoming stay hearing w/ Frasers, Milbank. | 0.10 |
| 07/26/12 | DHB | 0014 | Email communications re Canadian hearing issues. | 0.10 |
| 07/27/12 | FSH | 0014 | Review info from Canadian hearing. | 0.10 |
| 07/31/12 | FSH | 0014 | Review Frasers report re court proceedings. | 0.20 |
| 07/05/12 | KMR | 0018 | Reviewed various emails re: tax issues. | 0.50 |
| 07/06/12 | KMR | 0018 | Reviewed MI and NNI motions in dispute relating to MI's efforts to collect tax from NNI officers (1.9); drafted email re: same (.3). | 2.20 |
| 07/06/12 | JYS | 0018 | Review brief Cleary draft brief in reply to Michigan response to PI motion. | 0.30 |
| 07/09/12 | KMR | 0018 | Continued review of motion papers in dispute concerning MI taxes. | 0.70 |
| 07/10/12 | KMR | 0018 | Continued review of motion papers relating to MI tax issue including related tax research. | 2.20 |
| 07/11/12 | KMR | 0018 | Reviewed state tax issues (.1); call to McRae (.2). | 0.30 |
| 07/12/12 | KMR | 0018 | Continued review of state tax issues (.3); discussion with B. McRae re: same (.2). | 0.50 |
| 07/16/12 | FSH | 0018 | Review tax analysis. | 0.30 |
| 07/16/12 | DHB | 0018 | Email communications re state tax issues. | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1436490

Page 4  
August 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 07/16/12 | BMK | 0018 | Review emails re: state tax issues | 0.30 |
| 07/16/12 | KMR | 0018 | Reviewed state process with J. Hyland (0.5); reviewed and responded to emails (0.3); discussion with B. McRae (0.2). | 1.00 |
| 07/16/12 | JYS | 0018 | Review correspondence with Capstone re state tax issues. | 0.50 |
| 07/17/12 | KMR | 0018 | Discussions with J. Hyland and B. McRae re: status of state tax issues. | 0.40 |
| 07/18/12 | KMR | 0018 | Discussion with McRae and follow up discussion with J.Hyland re: state tax issues. | 0.40 |
| 07/18/12 | KMR | 0018 | Continued analysis of NNI tax reserve. | 5.00 |
| 07/19/12 | BMK | 0018 | Review Michigan state tax answer | 0.50 |
| 07/19/12 | KMR | 0018 | Reviewed MI's filing in tax dispute. | 0.30 |
| 07/19/12 | KMR | 0018 | Continued review of tax reserve (.8); reviewed supplemental filing from bondholders (0.3). | 1.10 |
| 07/26/12 | KMR | 0018 | Reviewed emails re: tax issues. | 0.30 |
| 07/30/12 | KMR | 0018 | Reviewed emails and documents re: tax issues (1.0); reviewed analysis of tax reserve and work on feasibility of using a liquidating trust (0.7). | 1.70 |
| 07/31/12 | KMR | 0018 | Reviewed emails (0.3); reviewed update on state tax issues (0.3). | 0.60 |
| 07/02/12 | LGB | 0019 | Telephone call with Levin, Tumbiolo, Zhralladin, Schweitzer, Matz, Fleming, Sturm, Kanter re LTD termsheet. | 0.90 |
| 07/02/12 | JYS | 0019 | T/C re LTD mediation process. | 0.50 |
| 07/03/12 | LGB | 0019 | Email Schweitzer/Megan re call to discuss LTD process (.1); review response to same (.1); email Lilling/Borow re mediation (.1); review objection to deferred comp. procedures motion (.7). | 1.00 |
| 07/03/12 | BMK | 0019 | Review and revise joinder re UK pension claims | 1.30 |
| 07/03/12 | JYS | 0019 | Review draft joinder to UK pension claims objection. | 1.00 |
| 07/03/12 | JYS | 0019 | Review deferred comp objection. | 0.80 |
| 07/03/12 | GDB | 0019 | Emails re Deferred Comp Group Objection. | 0.30 |
| 07/04/12 | FSH | 0019 | Review Deferred Comp. objection. | 0.40 |
| 07/04/12 | FSH | 0019 | Analyze issues re UK pension claims. | 0.20 |
| 07/05/12 | LGB | 0019 | Review and comment on joinder to UK pension (.2); telephone call with Hodara/Botter/Kahn re deferred comp settlement motion (.3); review and comment on LTD issues (.5); review PPF analysis (.4); email Hodara/Kearns re same (.1); email Kearns/Hodara re same; review response from Hodara re same (.1); review Matz comments re LTD settlement proposal (.2); email Rollason re pension parties memo follow up question (.1); review UK pension trustees memo (.3); review memo from Ashursts re UK employee rights (.3); review email from Botter re comments to joinder to UK pension claim objection (.1) | 2.60 |
| 07/05/12 | FSH | 0019 | Communications w/ working group re deferred comp objections (.4). Review letter-objection (.1) | 0.50 |
| 07/05/12 | FSH | 0019 | Confer w/ C. Kearns, L. Beckerman re UK pensions analysis. | 0.30 |
| 07/05/12 | FSH | 0019 | Work on reply to pension parties re claims. | 0.80 |
| 07/05/12 | DHB | 0019 | Review Ad Hoc DCP pleadings (.7); call with team re same (.4). | 1.10 |
| 07/05/12 | DHB | 0019 | Review and revise UK pension joinder (.4); emails re comments thereto (.2). | 0.60 |
| 07/05/12 | BMK | 0019 | Review and edit Joinder re: UK pension claim objection (1.2); conf with F. Hodara, D. Botter, L. Beckerman and J. Sturm re: same (0.4) | 1.60 |
| 07/05/12 | ASL | 0019 | Review Keach motion and provide comments to LTD term sheet. | 0.60 |
| 07/05/12 | JYS | 0019 | Review Ashurst Memoranda re UK settlement negotiations. | 0.60 |
| 07/05/12 | JYS | 0019 | T/C w. CG and bonds re LTD TS (0.4); T/C w. AG team re deferred comp objection (0.5); Review revised LTD term sheet (0.6); corr w. AG team re same (0.3); Review comments re same (0.4); Drafting response to deferred comp objection (2.4); Review deferred comp letter (0.2). | 4.80 |
| 07/05/12 | GDB | 0019 | Emails re UK pension claims (0.2) | 0.20 |
| 07/06/12 | LGB | 0019 | Review revised joinder to UK pension claim objection (.2); review revised LTD/Retiree term sheets (.8); review and comment on draft of UCC response to deferred comp procedures motion (.6); email Sturm/Hodara re same (.1); review email to UCC re same and comment | 4.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1436490

Page 5
August 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | on same (.1); review email from Hodara re UCC response to deferred comp procedures motion (.1); respond to same (.1); email Fleming re LTD/Retiree termsheets (.1); review Debtors' objection to UK pension claims (.8); review Cleary response to objection to deferred comp procedures motion (.7); office conference with Sturm re same (.2); review email from Kahn re Debtors objection to UK pension claims (.1); review Hodara's comments to joinder to deferred comp procedures motion (.3); office conference with Sturm re same (.2). | |
| 07/06/12 | FSH | 0019 | Review draft memo re deferred comp claims and reply to objection and confer w/ J. Sturm re same. | 0.40 |
| 07/06/12 | FSH | 0019 | Review NNI's response re UK pension claims (.3). Communications w/ Committee members re same (.3). Work on Committee draft (.2). | 0.80 |
| 07/06/12 | DHB | 0019 | Review and revise UK pension joinder and related emails (.5); multiple pleading drafts (.2) (.4). | 1.10 |
| 07/06/12 | JYS | 0019 | Drafting response to deferred comp objection (1.7); Corr w. J. Kim re same (0.2); Review Debtors' response re same (0.5); corr w. AG team re same (0.3); Revisions to same (0.5); E-mail to CTE re same (0.4); Email to CG re same (0.2); Review LTD/Retiree TSs (0.6). | 4.40 |
| 07/06/12 | JYS | 0019 | Review Debtors' Reply to UK pension claim response. | 0.50 |
| 07/06/12 | GDB | 0019 | Emails re UK pensions joinder. | 0.30 |
| 07/08/12 | LGB | 0019 | Review mail from Kim re joinder to deferred comp procedures motion. | 0.10 |
| 07/08/12 | JYS | 0019 | Correspondence with CG re Deferred Comp Response. | 0.20 |
| 07/09/12 | LGB | 0019 | Review email from Wright re PPF/settlement (.3); respond to same (.1); review email from Pearson re same (.1); review revised LTD/retiree term sheets (.4); email Fleming re same (.1); review email from Sturm re joinder to deferred comp procedures motion (.1); respond to same (.1) | 1.20 |
| 07/09/12 | FSH | 0019 | Review UK pension and employee claim info. | 0.50 |
| 07/09/12 | ASL | 0019 | Review and digest Retiree/LTD term sheet. | 0.30 |
| 07/09/12 | JYS | 0019 | Review Ashursts memo re potential UK settlements and follow up correspondence with AG Team. | 0.80 |
| 07/09/12 | JYS | 0019 | Correspondence with AG team re statement in support of Deferred Comp Procedures (0.3); O/Cs and correspondence with L. Beckerman re same (0.3); Coordinating filing of same (0.4); Circulating same to Committee (0.2); Review draft revised LTD/Retiree Term Sheets (0.4). | 1.60 |
| 07/09/12 | GDB | 0019 | Emails re UK pensions issues. | 0.30 |
| 07/10/12 | LGB | 0019 | Review email from Levin re LTD/Retiree termsheets (.1); review email from Sturm re letters from LTD participants (.1); respond to same (.1); review LTD participant letters (1.0); email Levin/Tumbiolo re same (.1); telephone call with Kahn re Fitzgerald lift stay issue (.1); review email from Sturm re LTD letters (.1); respond to same (.1); review email from Fleming in response to Levin email (.1); review email from Lilling re same (.1) | 1.90 |
| 07/10/12 | DHB | 0019 | Email communications re LTD letters to Court. | 0.20 |
| 07/10/12 | TS | 0019 | Research docket and retrieval of letters re long-term disability benefits for J. Sturm. | 0.60 |
| 07/10/12 | BMK | 0019 | Review LTD letters filed on docket (0.4); review Fitzgerald claim issue (0.3) | 0.70 |
| 07/10/12 | ASL | 0019 | Attention to LTD query re: term sheet (.6); attention to letters (.2). | 0.80 |
| 07/10/12 | JYS | 0019 | Telephone call with J. Hyland re deferred comp matters (0.2); Office conference with B. Kahn re same (0.3); Review correspondence from R. Levin re Retiree and LTD TSS (0.3); Review Cleary's proposed responses re same (0.3); Review LTD letters (0.8); Correspondence with AG team re same (0.9); Correspondence with R. Levin and bond group re same (0.3). | 3.10 |
| 07/11/12 | LGB | 0019 | Review various emails/attachments/my files re Mr. Fitzgerald's annuity (.8); email Kahn re same (.1); email Bargarella re same (.1); review email from Fleming re LTD/Retiree termsheets (.1); email Borow re | 2.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1436490

Page 6  
August 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (.1); email Botter/Kahn re LTD issues at hearing (.1); review email from Kahn re same (.1); review email from Botter re deferred comp motion (.1); review email from Hodara re same (.1); respond to same (.1);review class certification motion/memo of law (.8) | |
| 07/11/12 | TS | 0019 | Retrieval and organization of declarations in support of class certification for J. Sturm. | 0.80 |
| 07/11/12 | ASL | 0019 | Review term sheets (.4); review class motion (1.1); consider issues (.4); review case law (.8); review declarations (.4). | 3.20 |
| 07/11/12 | JYS | 0019 | Review additional LTD letters (0.4); Review revised LTD and 1114 TSs and comments to R. Levin (0.2); Review class certification motion and related affidavits (1.3); Circulating same to AG team (0.2). | 2.10 |
| 07/12/12 | LGB | 0019 | Review email from Bagarella re Fitzgerald claim (.1); email Kahn re same (.1); review response to same (.1) | 0.30 |
| 07/12/12 | BMK | 0019 | Review stip re: Fitzgerald claim (0.4); emails with L. Beckerman re: same (0.1) | 0.50 |
| 07/12/12 | ASL | 0019 | Review emails re: procedures motion (.1); confer with associate (.1). | 0.20 |
| 07/13/12 | LGB | 0019 | Review email from Fleming re retiree term sheet (.1); respond to same (.1) | 0.20 |
| 07/17/12 | LGB | 0019 | Telephone call with Borow re mediation (.1); email Borow re same (.1); email Tombiolo re same (.1); review email from Hyland re same (.1); respond to same (.1); telephone call with Hyland re same (.7); review Debtors' reply letter to Zahralldin (.2); telephone call with Levin re mediation (.2) | 1.60 |
| 07/17/12 | BMK | 0019 | Draft letter to UK pension claimants re sharing documents | 1.40 |
| 07/17/12 | ASL | 0019 | Confer with L. Beckerman (.1); ERISA research (.7); review LTD letter (.3); consider issues (.3). | 1.40 |
| 07/17/12 | JYS | 0019 | Telephone call with L. Beckerman re deferred comp litigation status and research (0.4); telephone call with L. Beckerman re motion to intervene in same (0.3); telephone call with L. Beckerman re LTD/1114 mediation update (0.3); review Motion to Lift LTD Counsel fee cap (0.4); review Cleary response to LTD counsel letter (0.3); office conference with AG team re same (0.2). | 1.90 |
| 07/18/12 | LGB | 0019 | Review retiree markup of termsheet (.3); review additional handbook documents sent to mediator (1.0); prepare for mediation (.5); review email from Schweitzer re retiree term sheet mark up (.1); email Committee re mediation (.1); email Sturm re class action motion (.1); Review response to same (.1); review litigation time lines (.1). | 2.30 |
| 07/18/12 | DZV | 0019 | Conference with A. Lilling regarding long-term disability issues in preparation for upcoming mediation (0.2); review case law regarding same (1.2); conference with A. Lilling regarding deferred compensation plan issues (0.2); review law regarding deferred compensation plan issues (1.0). | 2.60 |
| 07/18/12 | ASL | 0019 | Review retiree termsheet markup (.6); review deferred compensation committee 2019 statement (.6); prepare for mediation (2.3). | 4.50 |
| 07/18/12 | JYS | 0019 | Prep for 7/19 Mediation (1.1); Review Retiree Term Sheet Markup (0.7); telephone calls and correspondence with AG team re same (0.3); correspondence with Clear re same (0.3); review materials sent to mediator (1.8); review Keach 2019 Statement (0.8); review proposed timelines for LTD and 1114 litigation (0.5); office conference with L. Beckerman re same (0.1); correspondence with L. Beckerman and J. Kim re Class Action suit status (0.3); review LTD Term Sheet Comments (0.4). | 6.30 |
| 07/19/12 | LGB | 0019 | Participate in mediation with retiree committee and LTD committee (15.0); prepare report to UCC re same (.2). | 15.20 |
| 07/19/12 | FSH | 0019 | Communications re mediation, LTD motion. | 0.20 |
| 07/19/12 | DZV | 0019 | Review law regarding deferred compensation plans that fail to qualify as top hat plans under ERISA (1.5); emails with A. Lilling regarding same | 1.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (0.2). | |
| 07/19/12 | ASL | 0019 | Attend Mediation (15.0); prepare for same (1.4). | 16.40 |
| 07/19/12 | JYS | 0019 | Participate in LTD/1114 Mediation Session. | 15.00 |
| 07/20/12 | LGB | 0019 | Telephone call with Kim re class action motion (.4); email Keach re motion to intervene (.1); email Schweitzer/Fleming re Elliott Greenleaf stipulated order (.1); review revised 2019 from Bernstein (.2); email Matz/Kanter re same (.1); review email from Keach re motion to intervene (.1) | 1.00 |
| 07/20/12 | DZV | 0019 | Conference with A. Lilling regarding using VEBA to fund future retiree health care (0.3); research and review case law regarding same (3.8); follow-up conference with A. Lilling regarding same (0.4). | 4.50 |
| 07/20/12 | ASL | 0019 | Confer with D. Vira (.3); attention to structuring issues (2.1); confer with D. Vira re: VEBA (.4); review articles (.8). | 3.60 |
| 07/20/12 | JYS | 0019 | Office conference with L. Beckerman re Deferred Comp Adversary Proceeding Status (0.4); Telephone call with L. Beckerman re 1114/LTD mediation update (0.3); Correspondence with Mediation parties re mediation session follow up (0.3); Office conference with L. Beckerman re same (0.2); Draft Motion to Intervene in Deferred Comp Adv Proc (0.8). | 2.00 |
| 07/21/12 | LGB | 0019 | Review email from Cleary re call with McCarter re VEBA. | 0.10 |
| 07/22/12 | LGB | 0019 | Review and comment on Elliot Greenleaf order (.1); email Uziel re same (.1); review litigation timelines and revised retiree term sheet (.7); email Fleming/Schweitzer re same (.1); review response from Schweitzer; respond to same (.1); review email from Matz re Elliott Greenleaf order (.1) | 1.20 |
| 07/22/12 | JYS | 0019 | Review revised LTD and retiree lit timelines. | 0.30 |
| 07/23/12 | LGB | 0019 | Telephone call with Lilling re various matters (.2); review email from Hyland re retiree committee (.1); respond to same (.1); review email from Borow re same (.1); respond to same (.1); review additional LTD plan documents sent to the mediator (1.0); review motion to dismiss/accompanying memo of law/declaration re deferred comp adversary proceeding (1.4); review email from Keach re intervention motion (.1); review email from Fleming re Elliott Greenleaf order (.1); respond to same (.1); telephone call with Matz re mediation (.2); telephone call with Matz/Schweitzer re same (.2); telephone call with Levin/Matz re same (.2) | 3.90 |
| 07/23/12 | FSH | 0019 | Confer w/ LB re mediation, terms. | 0.20 |
| 07/23/12 | DZV | 0019 | Research and review case law regarding top hat deferred compensation plan issues. | 4.20 |
| 07/23/12 | ASL | 0019 | Confer with L. Beckerman re: tax issues (.2); attention to motion papers (1.4). | 1.60 |
| 07/23/12 | JYS | 0019 | Review Deferred Comp Adversary Pleading and supporting decs (2.2); Correspondence and office conferences with AG team re same (0.8); Review docs Nortel sent to mediator re LTD/Retiree mediation (1.4); Drafting Motion to Intervene (2.9); Review Keach email re same (0.2); Correspondence with L. Beckerman re same (0.3). | 7.80 |
| 07/24/12 | LGB | 0019 | T/C with Lilling re VEBA discussion (.2); review updated retiree term sheet (.3); email Fleming re same (.1); review article re deferred comp settlement (.2); review declarations in support of class action motion (.6); review letter to Willkie Farr re info request (.1); T/C with Sturm re motion to intervene (.2); review draft of same (.3) | 2.00 |
| 07/24/12 | FSH | 0019 | Work on better to Pension Parties re claims info. | 0.10 |
| 07/24/12 | DZV | 0019 | Prepare for upcoming conference call regarding VEBA issues (0.8); conference call with A. Lilling, J. Sturm and A. Kohn (Cleary) regarding retiree medical and VEBA issues (0.4); follow-up conference with A. Lilling and J. Sturm regarding same (0.4). | 1.60 |
| 07/24/12 | BMK | 0019 | Review and revise letter to Willkie re: UK Pension docs | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1436490

Page 8  
August 15, 2012

Page 8  
August 15, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 07/24/12 | ASL | 0019 | Call re: VEBA analysis (.3); follow up with J. Sturm (.4); consider settlement tax issues (.3); call with L. Beckerman (.2). | 1.20 |
| 07/24/12 | JYS | 0019 | Drafting Motion to Intervene (1.7); correspondence and telephone calls with C. Samis re same (0.5); correspondence and office conferences with L. Beckerman re same (0.4); revising draft motion to intervene (1.1); call with A. Lilling and CG re VEBA formation (0.4); prep and follow up with A. Lilling re same (0.3); telephone call with L. Beckerman re same (0.2). | 4.60 |
| 07/24/12 | GDB | 0019 | Reading press speculation re Deferred Comp Plan (0.3) | 0.30 |
| 07/25/12 | LGB | 0019 | Review scheduling orders and mark up same (.4); review Matz's comments to same (.2); T/C with Ray re meeting with LTD committee (.5); mark up intervention motion (.9); email Kim/Keach re same (.1); review email from Ray re meeting with LTD Committee (.1); review and markup LTD Termination motion draft (.8); email Lilling/Sturm re same (.1); review and markup 1114 motion (.9); review Lilling's comments to 1114 motion (.2); T/C with Lilling re same (.2); T/C with Fleming re same (.2); review Lilling's comments to 1114 motion (.2); review email from Lilling re same (.1); respond to same (.1); review email from Fleming re changes to scheduling order (.1); review Sturm comments to LTD termination motion (.2); review Sturm comments to 1114 motion (.2); email Fleming re combined markup of LTD termination motion and 1114 motion (.1); review Hodara letter to O'Connor re pension documents (.1) | 5.70 |
| 07/25/12 | BMK | 0019 | Finalize letter to UK pension parties | 0.40 |
| 07/25/12 | ASL | 0019 | Review motions regarding termination of LTD and Retiree plans (.8); review L. Beckerman markups (.4); revise markups (.9). | 2.10 |
| 07/25/12 | JYS | 0019 | Office conference with L. Beckerman re additional LTD mediation (0.4); Reviewing draft 1114 and LTD termination motions and AG comments re same (3.1); Correspondence with AG team re same (0.3). | 3.80 |
| 07/25/12 | GDB | 0019 | Reviewing letter to UK Pension Claimants. | 0.20 |
| 07/26/12 | LGB | 0019 | Review email from MacDonald re motion to intervene (.1); email Sturm/Samis re same (.1); email UCC re Retiree Committee/LTD Committee status (.8); review email from Levin re mediation report (.1); email Matz/Schweitzer re same (.1); review letter from O'Connor re pension documents (.1); review Fleming email re mediator's report (.1); respond to same (.1); review Poroski notice of hearing (.1); review email from Sturm re same (.1); respond to same (.1); review email from Forrest re O'Connor letter (.1); review Schweitzer email comments to 1114 motion/LTD termination motion (.1); review email from Lilling re same (.1); review email from Boothman re release from TPR (.1); T/C with Hodara re negotiation session (.1); T/C with Sturm re same (.2); T/C with Borow re same (.2); review Milbank's comments to LTD termination motion (.4). | 3.10 |
| 07/26/12 | FSH | 0019 | Review corr. from pension parties. | 0.10 |
| 07/26/12 | FSH | 0019 | Confer w/ LB re LTD mediation (.1). Review email re same (.1). | 0.20 |
| 07/26/12 | BMK | 0019 | Review response from UK pension counsel (0.1); review email from L. Beckerman re: retiree/LTD status (0.1); review notice of hearing from LTD participant (0.1); review UK pension regulator statement (0.3) | 0.60 |
| 07/26/12 | ASL | 0019 | Attention to benefits query (.1); confer with L. Beckerman (.1); confer with L. Beckerman (.2); review Milbank comments (.1). | 0.50 |
| 07/26/12 | JYS | 0019 | Preparation for LTD negotiations and upcoming hearing (0.4); telephone call with J. Borow re same (0.4); Office conferences with L. Beckerman re Motion to Intervene (0.4). | 1.20 |
| 07/26/12 | GDB | 0019 | Emails re Retiree Committee and LTD Committee (0.2) Emails re UK Pensions Regulator statement (0.2) | 0.40 |
| 07/27/12 | LGB | 0019 | T/C with Samis/Sturm re motion to intervene (.3); T/C with MacDonald re same (.3); O/C with Sturm re same (.2); T/C with Kim re motion to | 4.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | intervene/motion to dismiss (.3); T/C with Fleming/Bromley re 1114 motion (.5); O/C with Sturm re same (.3); T/C with Matz re same (.3); review email from Borow re LTD negotiation session (.1); review email from Hyland re same (.1); respond to same (.1); review cert of counsel re Elliott Greenleaf (.1); email Fleming re same (.1); review revised draft of LTD termination motion (.5); email Sturm/Lilling re same (.1); email Kahn re COC re Elliott Greenleaf fee cap (.1); review email from Levin re mediator's report (.1); review email from Togut re same (.1); review email from Zahralldin re same (.1); T/C with Matz re same (.2); email Hodara, Botter, Kahn, Simonetti, Kearns, Borow, Hyland re same (.1); review revised LTD termination motion (.5); email Sturm/Lilling re same (.1); review Milim letter re litigation schedule (.1) | |
| 07/27/12 | ASL | 0019 | Attention to LTD/Retiree termination motions (.1); confer re: intervention motion (.1). | 0.20 |
| 07/27/12 | JYS | 0019 | Telephone call with C. Samis and L. Beckerman re Motion to Intervene (0.4); telephone call with P. McDonald re same (0.3); telephone call and correspondence with M. Fleming re Paroski Complaint (0.4); review Milbank comments to LTD and 1114 termination motions (0.8); review draft scheduling of employee group litigation (0.5); telephone call with L. Beckerman and A. Lilling re arguments in differed comp lit (0.4); office conference with L. Beckerman and A. Lilling re 1114 proposal amount (0.3). | 3.10 |
| 07/29/12 | LGB | 0019 | Review files and mark up revised 1114 motion draft (1.1); email Ryan re same (.1); review email from Ryan re same (.1); review email from Sturm re same (.1); respond to same (.1); review revised 1114 motion draft (.6); review email from Matz re same (.1) | 2.20 |
| 07/29/12 | JYS | 0019 | Correspondence with L. Beckerman, Cleary and Ad Hoc Bond Group re 1113/1114 negotiations (0.3); Review motions to terminate (0.9). | 1.20 |
| 07/30/12 | LGB | 0019 | Email Ray re negotiation session (.1); review response to same (.1); email Sturm re same (.1); T/C with Sturm re same (.1); T/C with Ray, Bromley, Matz, Sturm, Fleming re 1114 motion/negotiation w/ LTD committee (.8); T/C with Matz re same (.2); email UCC re motion to intervene in deferred comp adversary proceeding/joinder (.6); T/C with Sturm re same (.1); review revised motion to intervene and comment on same (.4); T/C with Sturm/Sams re same/negotiation session/August 1 hearing (.4); review email from Levin re mediator's report; email Qureshi re hearing (.1); email UCC with update re LTD negotiation/1114/LTD termination motion (.2); prepare for negotiation (.3) | 3.40 |
| 07/30/12 | DHB | 0019 | Email communications re status of retiree and LTD discussions (.1) (.1). | 0.20 |
| 07/30/12 | BMK | 0019 | Review emails and pleadings re: LTD/Retiree issues | 0.90 |
| 07/30/12 | JYS | 0019 | Telephone call with Cleary and bond group re 1113 and 1114 negotiation processes (0.8); Review notes re prior negotiations (0.6); Review Bond comments to pleadings re same (0.4); O/Cs prep and follow up with L. Beckerman re same (0.3); Telephone call with C. Samis and L. Beckerman re same (0.2); Revising motion to intervene in deferred comp litigation (1.5); Correspondence and Office conference with L. Beckerman re same (0.3); Correspondence with C. Samis re same (0.2); Correspondence with B. Guiney re same (0.2); review correspondence re mediator report (0.3); Prep for LTD negotiation session (0.6); Review correspondence with Committee re same (0.2). | 5.60 |
| 07/31/12 | LGB | 0019 | Participate in pre-mediation meeting with Ray, Bromley, Hyland and Matz (.8). Participate in negotiation session with LTD Committee (9.0). Email UCC re same (.3). T/c w/Sturm re motion to dismiss (.1). Review filed 1114 motion (.8). Review filed LTD termination motion (.6). | 11.60 |
| 07/31/12 | FSH | 0019 | Review Pension's Regulator statement and communications w/ Ashursts re: same. | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1436490

Page 10
August 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 07/31/12 | FSH | 0019 | Review info re deferred comp adversary proceeding, draft motion to intervene and communicate w/ LB re: same (.4). Review info re LTD and Retiree motions and negotiations (.2). Communications re LB and J.S. re negotiating session (.2). | 0.80 |
| 07/31/12 | DHB | 0019 | Email communications re retiree and LTD issues and discussions. | 0.40 |
| 07/31/12 | ASL | 0019 | Review correspondence re: VEBA (.3); consider issues (.8). | 1.10 |
| 07/31/12 | JYS | 0019 | Correspondence with C. Samis, L. Beckerman and Committee re Motion to Intervene (0.3); Correspondence and telephone call with Patterson Belknap re same (0.4); Review complaint and related docs re PB comments (0.6); Correspondence with L. Beckerman re same (0.4); Correspondence with L. Beckerman and A. Lilling re LTD Mediation (0.3). | 2.00 |
| 07/31/12 | GDB | 0019 | Emails re Retiree Committee and LTD Committee (0.4) | 0.40 |
| 07/02/12 | FSH | 0024 | Communications re asset sales. | 0.20 |
| 07/24/12 | FSH | 0024 | Communications re asset sale process. | 0.20 |
| 07/24/12 | SBK | 0024 | Emails to/from Botter and Borow re response email to Hamilton re sale of IP addresses. | 0.40 |
| 07/24/12 | BMK | 0024 | Review emails re: IP asset sale issue | 0.40 |
| 07/25/12 | SBK | 0024 | Emails to/from Capstone and Akin re follow up w/Monitor re IP address. | 0.60 |
| 07/25/12 | BMK | 0024 | Review emails re: IP address sale issues | 0.30 |
| 07/11/12 | FSH | 0025 | Non-productive travel time on return from Court to New York (Actual Time 1.4). | 0.70 |
| 07/11/12 | AQ | 0025 | Travel NY to DE (Actual Time 1.8). | 0.90 |
| 07/11/12 | AQ | 0025 | Travel DE to NY (Actual Time 2.5). | 1.25 |
| 07/11/12 | DHB | 0025 | Travel time to and from Wilmington (Actual Time 3.2). | 1.60 |
| 07/11/12 | BMK | 0025 | Non-working travel to/from Wilmington for hearing (Actual Time 2.4). | 1.20 |
| 07/19/12 | JYS | 0025 | Travel to and from LTD/1114 Mediation Session (Actual Time .9). | 0.45 |
| 07/31/12 | AQ | 0025 | Travel New York to Wilmington for court hearing (Actual Time 2.3). | 1.15 |
| 07/16/12 | BMK | 0026 | Preference update call with Cleary Gottlieb | 0.30 |
| 07/03/12 | JYS | 0028 | Review APAC restructuring manager report. | 0.30 |
| 07/10/12 | DHB | 0028 | Office conference with B. Kahn re APAC/CALA issues (.1); emails re same (.1). | 0.20 |
| 07/10/12 | BMK | 0028 | TC with J. Hyland re non-debtor issue (0.3); emails with Capstone and Akin teams re: same (0.3) | 0.60 |
| 07/31/12 | SLS | 0028 | Telephone call with B. Kahn and J. Hyland regarding status of repatriation discussions/diligence. | 0.50 |
| 07/31/12 | BMK | 0028 | TC with S. Schultz and J. Hyland re: repatriation | 0.50 |
| 07/02/12 | FSH | 0029 | Confer with DB re mediation. | 0.10 |
| 07/05/12 | FSH | 0029 | Communicate w/S. Kuklowicz re mediation meetings and related items. | 0.10 |
| 07/06/12 | FSH | 0029 | Communications to prepare for meeting w/ DPW (.3). Review materials for same (.8). Communications w/ DPW (.1). | 1.20 |
| 07/06/12 | AQ | 0029 | Review and analyze EMEA claims' pleadings and decisions and consider strategy re litigation of remaining claims. | 4.20 |
| 07/06/12 | KMR | 0029 | Reviewed materials for DPW meeting re: mediation. | 0.40 |
| 07/08/12 | FSH | 0029 | Communications re DPW meeting w/ A. Pisa, D. Schaible, working group, J. Bromley. | 0.50 |
| 07/08/12 | DHB | 0029 | Email communications re DPW presentation and meeting. | 0.20 |
| 07/09/12 | FSH | 0029 | Communications w/ Capstone, Cleary in preparation for DPW meeting (.3). Analyze questions re underlying facts (.2). Attend meeting (1.8). Follow-up (1.4). Call w/ Ad Hocs (.8). Communicate w/ S. Kuklowitz re: mediation matters (.1). | 4.60 |
| 07/09/12 | FSH | 0029 | Call w/ EMEA counsel re pending litigation (.5). | 0.50 |
| 07/09/12 | AQ | 0029 | Attend meeting with Cleary re EMEA claims litigation. | 1.00 |
| 07/09/12 | AQ | 0029 | Conference call with Cleary and Milbank regarding meeting with DPW. | 0.70 |
| 07/09/12 | AQ | 0029 | Call with D. Adler re EMEA claims litigation. | 0.30 |
| 07/09/12 | AQ | 0029 | Review and analyze Cleary presentation re EMEA claims litigation. | 0.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 11
Invoice Number: 1436490  August 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 07/09/12 | DHB | 0029 | Prepare for meeting with DPW and US Debtors and attend same and follow-up (3.0); follow-up with Debtors and Ad Hocs re same (1.1); conference call re EMEA claims (.4). | 4.50 |
| 07/09/12 | BMK | 0029 | Review materials for meeting with mediator's counsel (1.2); attend prep session with Debtors' counsel and Capstone re: same (1.0); attend meeting with mediator's counsel (2.0); attend meeting with Cleary re: EMEA claims issues (1.0); attend call with ad hoc bondholder group re: allocation issues (0.9); follow up to same (0.1); attend call with counsel to UK Administrators re: EMEA claims issues (0.4); emails with Akin and FMC teams re: allocation issues (0.2) | 6.80 |
| 07/10/12 | FSH | 0029 | Communications with Cleary and working group re mediation matters. | 0.50 |
| 07/10/12 | FSH | 0029 | Examine info re allocation. | 0.10 |
| 07/10/12 | BMK | 0029 | Analysis of allocation meeting issues | 0.70 |
| 07/10/12 | KMR | 0029 | Reviewed NNI and NNL positions on proceeds allocation. | 0.50 |
| 07/10/12 | JYS | 0029 | Review Cleary presentation re EMEA claims process. | 0.30 |
| 07/11/12 | FSH | 0029 | Communications re meeting w/ mediator's representative (.2). Confer w/ working group re same (.4). | 0.60 |
| 07/11/12 | AQ | 0029 | Confer with team regarding mediation. | 0.60 |
| 07/11/12 | KMR | 0029 | Continued review of the parties' positions in the allocation dispute. | 0.50 |
| 07/12/12 | FSH | 0029 | Prepare for meeting w/ representatives of Mediators w/ working group and Cleary (1.4). Attend meeting (2.5). Follow-up (.8). Meeting w/ Ad Hoc Committee and Company (2.2). | 6.90 |
| 07/12/12 | AQ | 0029 | Call with Debtors regarding meeting with Mediator's representatives. | 0.70 |
| 07/12/12 | AQ | 0029 | Confer with team re meeting with mediator's representatives. | 0.50 |
| 07/12/12 | AQ | 0029 | Attend meeting with mediator's representatives. | 2.50 |
| 07/12/12 | AQ | 0029 | Attend meeting with Ad Hoc Bondholders and Debtors regarding mediation. | 1.80 |
| 07/12/12 | DHB | 0029 | Prep call with Debtors for meeting with mediator counsel (1.5); attend same and follow-up (3.0) (.4). | 4.90 |
| 07/12/12 | BMK | 0029 | Attend in-person meeting with Debtors and ad hoc bond group (2.0); follow up to same (0.2) | 2.20 |
| 07/13/12 | FSH | 0029 | Work on allocation concept. | 1.30 |
| 07/13/12 | DHB | 0029 | Email communications re results of meeting and next steps (.2) and recovery scenarios (.2). | 0.40 |
| 07/16/12 | FSH | 0029 | Communications w/ working group re allocation concepts. | 0.40 |
| 07/16/12 | AQ | 0029 | Review and analyze Cleary presentation re EMEA claims litigation. | 0.70 |
| 07/16/12 | AQ | 0029 | Research and consider strategy re EMEA claims. | 0.90 |
| 07/16/12 | DHB | 0029 | Email communications re Monday meetings and allocation scenarios (.2) (.2). | 0.40 |
| 07/16/12 | KMR | 0029 | Reviewed and responded to email re:allocation. | 2.70 |
| 07/17/12 | FSH | 0029 | Continue analysis of allocation concept and confer w/ Capstone re: same. | 0.20 |
| 07/17/12 | KMR | 0029 | Continued review of allocation issues. | 3.20 |
| 07/19/12 | FSH | 0029 | Communications re mediation session (.3). Examine report (.1). | 0.40 |
| 07/19/12 | AQ | 0029 | Call with Cleary re EMEA claims. | 0.20 |
| 07/19/12 | AQ | 0029 | Review and analyze email re UK law issues in EMEA claims. | 0.30 |
| 07/19/12 | BMK | 0029 | Review bond group supplemental allocation submission | 0.90 |
| 07/20/12 | AQ | 0029 | Review and analyze draft Milbank supplemental brief to mediator. | 0.80 |
| 07/20/12 | AQ | 0029 | Emails regarding litigation of EMEA claims. | 0.20 |
| 07/20/12 | DHB | 0029 | Review Bondholder draft supplemental mediation statement (.5); emails re same (.2). | 0.70 |
| 07/22/12 | FSH | 0029 | Communications re submission to mediator. | 0.20 |
| 07/23/12 | FSH | 0029 | Confer w/ AQ re mediation submission (.1). Call w/ NNI re same (.6). TC R. Bennett (.1). Communications w/ Capstone, working group re foregoing matters (.5). Review info from Capstone (.2). TC Frasers re mediation (.2). Respond to call of restricted holder re mediation issues (.3). | 2.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1436490

Page 12  
August 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 07/23/12 | AQ | 0029 | Emails regarding Milbank brief. | 0.20 |
| 07/23/12 | DHB | 0029 | Email communications re mediation next steps. | 0.20 |
| 07/24/12 | AQ | 0029 | Emails regarding EMEA claims litigation. | 0.20 |
| 07/25/12 | FSH | 0029 | Communications w/ NNI, Ad Hocs re mediation. | 0.40 |
| 07/26/12 | AQ | 0029 | Conference call with Cleary regarding EMEA claims. | 0.30 |
| 07/27/12 | AQ | 0029 | Conference call with Debtors and EMEA. | 0.50 |
| 07/27/12 | AQ | 0029 | Review and analyze EMEA pleadings re solvency and tracing issues. | 1.30 |
| 07/30/12 | FSH | 0029 | Confer w/ BK re mediation issues (.2). | 0.20 |
| 07/30/12 | FSH | 0029 | Confer w/ BK re EMEA discovery issues (.1). | 0.10 |
| 07/31/12 | FSH | 0029 | Communications w/ working group re mediation session (.5). Same w/ Cleary (.1). | 0.60 |
| 07/31/12 | FSH | 0029 | Confer w/ AQ re EMEA claims issues. | 0.50 |
| 07/31/12 | AQ | 0029 | Review and analyze EMEA claims briefing re solvency and tracing issues. | 1.10 |
| 07/31/12 | AQ | 0029 | Conference call with Debtors and EMEA re claims discovery. | 0.30 |
| 07/31/12 | AQ | 0029 | Emails regarding proposed schedule for EMEA claims litigation. | 0.20 |
| 07/31/12 | AQ | 0029 | Confer with F. Hodara re EMEA claims issues. | 0.20 |
| 07/31/12 | DHB | 0029 | Email communications re mediation and next steps (.2) (.1). | 0.30 |
| 07/31/12 | BMK | 0029 | Emails re: allocation issues | 0.20 |
| | | | Total Hours | 399.75 |