# EXHIBIT C

## DISBURSEMENT SUMMARY
## JULY 1, 2012 THROUGH JULY 31, 2012

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $734.88 |
| Conference Call /Telephone/Video Conferencing | $2,416.80 |
| Meals/Committee Meeting Expenses | $2,236.46 |
| Travel Expenses – Airfare | $2,400.60 |
| Travel Expenses – Ground Transportation | $2,323.47 |
| Travel Expenses – Lodging | $491.23 |
| Travel Expenses – Parking | $81.19 |
| Travel Expenses – Train Fare | $1,350.00 |
| **TOTAL** | **$12,034.63** |

103580188 v1