# EXHIBIT D



# Akin Gump
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1436490 |
| Invoice Date | 08/15/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 05/24/12 | Audio and Web Conference Services Monthly Recurring Charges: Account Activity Through 5/24/12 VENDOR: GLOBAL CROSSING CONFERENCING; INVOICE#: 9033790925; DATE: 5/24/2012 - Account 0205134736 | $48.77 |
| 06/07/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1145174 DATE: 6/27/2012  Vendor: Dial Car Voucher #: DLA3583387 Date: 06/07/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3583387 Date: 06/07/2012 Name: Austin Lilling | $187.23 |
| 06/07/12 | Travel - Ground Transportation Taxi home after working late in connection with Nortel case.; NYC Taxi Cab | $12.26 |
| 06/12/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1145174 DATE: 6/27/2012  Vendor: Dial Car Voucher #: DLA3665708 Date: 06/12/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3665708 Date: 06/12/2012 Name: Austin Lilling | $192.23 |
| 06/13/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1145715 DATE: 7/4/2012  Vendor: Dial Car Voucher #: | $192.23 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1436490

Page 2  
August 15, 2012

| Date | Description | Amount |
|---|---|---|
| 06/14/12 | DLA3607149 Date: 06/13/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3607149 Date: 06/13/2012 Name: Austin Lilling Travel - Ground Transportation Taxi home after working late in connection with Nortel case.; NYC Taxi Cab | $21.04 |
| 06/14/12 | Travel - Ground Transportation Travel in connection with attendance at Nortel mediation.; Flyte Tyme Worldwide | $30.00 |
| 06/18/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN12-53062500000206 DATE: 6/25/2012 PASSENGER: Kahn Brad M TICKET #: 0576026618 DEPARTURE DATE: 06/18/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 06/18/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN12-53062500000206 DATE: 6/25/2012 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 06/21/2012 ROUTE: NYP/WIL/NYP | $376.00 |
| 06/20/12 | Travel - Ground Transportation Airport to Hotel; Taxi - Med#5N39 | $33.48 |
| 06/20/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN12-53062500000206 DATE: 6/25/2012 PASSENGER: Neiman Marc TICKET #: 0576093888 DEPARTURE DATE: 06/20/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 06/20/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN12-53062500000206 DATE: 6/25/2012 PASSENGER: Neiman Marc TICKET #: DEPARTURE DATE: 06/21/2012 ROUTE: NYP/WIL/NYP | $425.00 |
| 06/21/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1196037 DATE: 6/24/2012 Catering Akin Gump - Mendy's Kosher Restaurant - 6/21/2012 | $17.73 |
| 06/21/12 | Meals - Business S. Schultz; Cafe One | $12.72 |
| 06/21/12 | Travel - Lodging (Hotel, Apt, Other) Hotel; Sofitel Hotel | $491.23 |
| 06/21/12 | Meals - Business Room Service; S. Schultz; Sofitel | $31.50 |
| 06/21/12 | Meals (100%) 6/18/12 P Sanchez - Committee call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800194; DATE: 6/21/2012 | $227.82 |
| 06/21/12 | Travel - Ground Transportation Taxi from Wilmington Train Station to Bankruptcy Ct. re: Nortel; Family Taxi Receipt | $10.00 |
| 06/21/12 | Travel - Ground Transportation Taxi from Richards Layton office to Wilmington Train Station re: Nortel; | $10.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1436490

Page 3  
August 15, 2012

| Date | Description | Amount |
|---|---|---|
| | Seacoast Cab Company Receipt | |
| 06/22/12 | Travel - Parking DFW Airport Valet | $81.19 |
| 06/22/12 | Travel - Airfare AA; Frosch Travel | $2,316.60 |
| 06/22/12 | Travel - Airfare Change Flight - Service Fee; AA - Exchange; Frosch Travel | $59.00 |
| 06/22/12 | Travel - Airfare Change Flight - Service Fee; AA; Frosch Travel | $25.00 |
| 06/22/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1145966 DATE: 7/11/2012 Vendor: Dial Car Voucher #: DLRV07C311B8 Date: 06/22/2012 Name: Sarah Schultz\|\|Car Service, Vendor: Dial Car Voucher #: DLRV07C311B8 Date: 06/22/2012 Name: Sarah Schultz | $156.09 |
| 06/25/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 688259 DATE: 7/6/2012 Vendor: Executive Royal Voucher #: 281315 Date: 06/25/2012 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 281315 Date: 06/25/2012 Name: Fred Hodara | $33.58 |
| 06/25/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 688259 DATE: 7/6/2012 Vendor: Executive Royal Voucher #: 319421 Date: 06/25/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 319421 Date: 06/25/2012 Name: Lisa Beckerman | $67.99 |
| 06/25/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1205570 DATE: 7/1/2012 Catering Akin Gump - Mendy's Kosher Restaurant - 06/25/2012 | $17.73 |
| 06/25/12 | Meals (100%) Overtime dinner; F. Hodara; Overtime dinner; Osteria Al Doge | $31.40 |
| 06/25/12 | Travel - Ground Transportation Taxi home after working late in connection with Nortel case.; NYC Taxi Cab | $14.78 |
| 06/26/12 | Meals (100%) Overtime meal while working late in the office.; D. Vira; overtime meal allowance; Chop't Salad | $21.54 |
| 06/26/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 688259 DATE: 7/6/2012 Vendor: Executive Royal Voucher #: 316475 Date: 06/26/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 316475 Date: 06/26/2012 Name: Lisa Beckerman | $67.99 |
| 06/26/12 | Meals (100%) VENDOR: SEAMLESS | $30.51 |

| Date | Description | Amount |
|---|---|---|
| | NORTH AMERICA LLC INVOICE#: 1205570 DATE: 7/1/2012 Lilling Austin - Kodama Japanese - 06/26/2012 | |
| 06/27/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1146206 DATE: 7/18/2012 Vendor: Dial Car Voucher #: DLA3713769 Date: 06/27/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3713769 Date: 06/27/2012 Name: Austin Lilling | $192.23 |
| 06/27/12 | Meals - Business Coffee break while in attendance at Nortel mediation.; J. Sturm; Starbucks | $14.32 |
| 06/27/12 | Travel - Ground Transportation Taxi home after working late in connection with Nortel case.; NYC Taxi Cab | $13.32 |
| 06/28/12 | Meals (100%) 6/22/12 P Sanchez - Professionals' meeting working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800195; DATE: 6/28/2012 | $374.80 |
| 06/28/12 | Meals (100%) 6/25/12 P Sanchez - Professionals' meeting working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800195; DATE: 6/28/2012 | $238.98 |
| 06/28/12 | Meals (100%) 6/27/12 P Sanchez - Professionals' meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800195; DATE: 6/28/2012 | $172.46 |
| 06/28/12 | Meals (100%) 6/28/12 P Sanchez - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800195; DATE: 6/28/2012 | $142.41 |
| 07/02/12 | Computerized Legal Research - Westlaw User: KRASA-BERSTELL,DAGMARA Date: 7/2/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $210.34 |
| 07/05/12 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 07001-01001-12; DATE: 7/5/2012 | $2,368.03 |
| 07/05/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1209757 DATE: 7/8/2012 Sturm Joshua - Taam Tov - 07/05/2012 | $28.62 |
| 07/05/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 688406 DATE: 7/12/2012 Vendor: Executive Royal Voucher #: 381866 Date: 07/05/2012 Name: Lisa | $67.99 |

| Date | Description | Amount |
|---|---|---|
| 07/05/12 | Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 381866 Date: 07/05/2012 Name: Lisa Beckerman Meals (100%) 6/29/12 M Andino - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800196; DATE: 7/5/2012 | $25.80 |
| 07/06/12 | Document Retrieval In Various Courts for Period 4/1/12 to 6/30/12 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0054-Q22012; DATE: 7/6/2012 - Account ID AG0054 | $150.80 |
| 07/06/12 | Document Retrieval 4/1/12 to 6/30/12 VENDOR: PACER SERVICE CENTER; INVOICE#: AK0004-Q22012; DATE: 7/6/2012 - Account ID AK0004 | $266.50 |
| 07/06/12 | Document Retrieval 4/1/12-6/30/12 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0381-Q22012; DATE: 7/6/2012 - Account ID AG0381 | $1.00 |
| 07/09/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1147161 DATE: 8/1/2012 Vendor: Dial Car Voucher #: DLA3534790 Date: 07/09/2012 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3534790 Date: 07/09/2012 Name: David Botter | $133.92 |
| 07/11/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1211361 DATE: 7/15/2012 Catering Akin Gump - Mendy's Kosher Restaurant - 07/11/2012 | $17.73 |
| 07/11/12 | Travel - Train Fare Nortel - Travel from NY to Wilmington for Nortel Hearing; Amtrak | $248.00 |
| 07/11/12 | Travel - Train Fare Nortel - Travel from Wilmington to NY After Nortel Hearing.; Amtrak | $211.00 |
| 07/11/12 | Meals - Business Nortel Court Hearing - Working Breakfast; A. Qureshi, F. Hodara, D. Botter, B. Kahn; Green Room | $80.90 |
| 07/11/12 | Travel - Ground Transportation Car Service from 50 Franklin Street to Penn Station in connection with travel for Nortel Hearing; Delancey Car Service | $15.00 |
| 07/11/12 | Travel - Ground Transportation Car Service from Train Station in Wilmington to Dupont in Connection with Nortel Hearing; Seacoast Cab Company | $10.00 |
| 07/11/12 | Travel - Train Fare Amtrak Fare Change Fee in Connection With Travel from Wilmington for Nortel Hearing; Amtrak | $16.00 |
| 07/11/12 | Travel - Ground Transportation NYC Taxi from Penn Station to 50 Franklin in Connection with Travel for Nortel Hearing; NYC Taxi Cab | $12.86 |

| Date | Description | Amount |
|---|---|---|
| 07/11/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1147161 DATE: 8/1/2012 Vendor: Dial Car Voucher #: DLA3567183 Date: 07/11/2012 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3567183 Date: 07/11/2012 Name: David Botter | $44.67 |
| 07/11/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1147161 DATE: 8/1/2012 Vendor: Dial Car Voucher #: DLA3583994 Date: 07/11/2012 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3583994 Date: 07/11/2012 Name: David Botter | $131.42 |
| 07/11/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1147161 DATE: 8/1/2012 Vendor: Dial Car Voucher #: DLA3697217 Date: 07/11/2012 Name: Austin Lilling‖Car Service, Vendor: Dial Car Voucher #: DLA3697217 Date: 07/11/2012 Name: Austin Lilling | $192.23 |
| 07/12/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 688644 DATE: 7/20/2012 Vendor: Executive Royal Voucher #: 368151 Date: 07/12/2012 Name: Fred Hodara‖Car Service, Vendor: Executive Royal Voucher #: 368151 Date: 07/12/2012 Name: Fred Hodara | $33.58 |
| 07/12/12 | Meals (100%) 7/9/12  J Broderick - Meeting with Debtors working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800197; DATE: 7/12/2012 | $135.55 |
| 07/12/12 | Meals (100%) 7/12/12   P Sanchez - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800197; DATE: 7/12/2012 | $398.37 |
| 07/12/12 | Meals (100%) 7/12/12   P Sanchez - Meeting w/Debtors and Ad Hoc Bondholder Group (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800197; DATE: 7/12/2012 | $215.57 |
| 07/17/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1147161 DATE: 8/1/2012 Vendor: Dial Car Voucher #: DLA3677423 Date: 07/17/2012 Name: Austin Lilling‖Car Service, Vendor: Dial Car Voucher #: DLA3677423 Date: 07/17/2012 Name: Austin Lilling | $88.39 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1436490

Page 7  
August 15, 2012

| Date | Description | Amount |
|---|---|---|
| 07/18/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 688850 DATE: 7/26/2012 Vendor: Executive Royal Voucher #: 258475 Date: 07/18/2012 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 258475 Date: 07/18/2012 Name: Lisa Beckerman | $96.55 |
| 07/20/12 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 7/20/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $106.24 |
| 07/20/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 688850 DATE: 7/26/2012 Vendor: Executive Royal Voucher #: 363982 Date: 07/20/2012 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 363982 Date: 07/20/2012 Name: Lisa Beckerman | $67.99 |
| 07/20/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1147161 DATE: 8/1/2012 Vendor: Dial Car Voucher #: DLA3559746 Date: 07/20/2012 Name: Austin Lilling‖Car Service, Vendor: Dial Car Voucher #: DLA3559746 Date: 07/20/2012 Name: Austin Lilling | $194.42 |

Current Expenses                                                                                          $12,034.63