IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| NORTEL NETWORKS, INC., | ) | |
| et al., | ) | Chapter 11 |
| | | |
| | ) | Courtroom 3 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | August 22, 2012 |
| | ) | 10:00 a.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                    Morris Nichols Arsht & Tunnell, LLP
                                BY: DEREK ABBOTT, ESQ.
                                BY: ANN CORDO, ESQ.
                                1201 North Market St., 18th Floor
                                Wilmington, DE  19899-1347
                                (302) 351-9357

                                Cleary Gottlieb Steen & Hamilton
                                BY: LISA SCHWEITZER, ESQ.
                                BY: MEGAN FLEMING, ESQ.
                                BY: ROBERT RYAN, ESQ.
                                One Liberty Plaza
                                New York, NY  10006
                                (212) 437-4350

ECRO:                           GINGER MACE

Transcription Service:          DIAZ DATA SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664
                                www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For Official Creditors'
Committee:                        Akin Gump Strauss & Hauer &
                                  Feld
                                  BY: ABID QURESHI, ESQ.
                                  One Bryant Park
                                  New York, NY  10036-6745
                                  (212) 872-1000

                                  Richards Layton & Finger
                                  BY: CHRIS SAMIS, ESQ.
                                  One Rodney Square
                                  920 King Street
                                  Wilmington, DE  19801
                                  (302) 651-7845

For Official Retiree
Committee:                        McCarter & English
                                  BY: KATE BUCK, ESQ.
                                  Renaissance Centre
                                  405 N. King St., 8th Floor
                                  Wilmington, DE  19801
                                  (302) 984-6300

For Ernst & Young:                Buchanan Ingersoll & Rooney
                                  BY: KATHLEEN MURPHY, ESQ.
                                  1105 N. Market St., Ste. 1900
                                  Wilmington, DE  19801-1054
                                  (302) 552-4200

For LTD Committee:                Elliott Greenleaf
                                  BY: RAFAEL ZAHRALDDIN, ESQ.
                                  The Brandywine Building
                                  1000 West St., Ste. 1440
                                  Wilmington, DE  19801
                                  (302) 384-9400

For UK Joint Administraors:       Young Conaway Stargatt &
                                  Taylor, LLP
                                  BY: MARIS J. KANDESTIN, ESQ.
                                  Rodney Square
                                  1000 North King Street
                                  Wilmington, DE  19801
                                  (302) 571-6706

TELEPHONIC APPEARANCES:

For Official Committee of
Unsecured Creditors:              Akin Gump Strauss Hauer & Feld
                                  BY: FRED S. HODARA, ESQ.
                                  (212) 872-8040

For Ad Hoc Committee:               Milbank Tweed Hadley & McCloy
                                    BY: CINDY CHEN DELANO, ESQ.
                                    (212) 530-8978

For Official Committee
of Retirees:                        Togut Segal & Segal, LLP
                                    BY: STEPHANIE SKELLY, ESQ.
                                    (212) 594-5000

For Law Debenture:                  Patterson Belknap Webb & Tyler
                                    BY: CRAIG W. DENT, ESQ.
                                    (212) 336-2864

For Ernst & Young:                  Allen & Overy, LLP
                                    BY: LISA KRAIDIN, ESQ.
                                    (212) 610-7300

For Citi Capital:                   Citi Capital Advisors
                                    BY: REBECCA J. SONG
                                    (212) 559-9933

For Aurelius Capital
Management:                         Aurelius Capital Management
                                    BY: MATTHEW A. ZLOTO
                                    (646) 445-6518

For Bank of America:                Bank of America
                                    BY: ESTHER CHUNG
                                    (646) 855-6705

For UK Pentition Trust:             Willkie Farr & Gallagher, LLP
                                    BY: ANDREW HANRAHAN, ESQ.
                                    (212) 728-8170

For Ericsson Inc. &
Telefonaktiebolaget:                Wick Phillips Gould & Martin
                                    LLP
                                    BY: KATY MATHEWS, ESQ.
                                    (214) 740-4043

For Barclay's Capital:              Barclay's Capital, Inc.
                                    BY: OLIVIA MAURO
                                    (212) 412-6773

For CRT Capital Group:              CRT Capital Group, LLC
                                    BY: KEVIN J. STARKE
                                    (203) 569-6421

For Brent Beasley:                  BY: BRENT BEASLEY, In Pro Per,
                                    Pro se
                                    (910) 230-0588

4

For Mark Janis:              BY: MARK JANIS, In Pro Per,
                             Pro se
                             (831) 684-1760

For Paul Morrison:           BY: PAUL MORRISON, In Pro Per,
                             Pro se
                             (217) 223-3920

For Carol Raymond:           Nortel Networks, Inc.
                             BY: CAROL RAYMOND
                             (305) 238-4951

1

1  WILMINGTON, DELAWARE, Wednesday, August 22, 2012, 10:00 A.M.

2          THE COURT:  Good morning everyone, thank you.

3  Please be seated.  Ms. Cordo you're back.

4          MS. CORDO:  I'm back.  Good morning, Your Honor.

5          THE COURT:  Good morning.

6          MS. CORDO:  For the record Annie Cordo, Morris,

7  Nichols, Arsht & Tunnell, on behalf of the Debtors.  Your

8  Honor has either -- items one through eight have either been

9  resolved or Your Honor has entered Orders for them, so we

10 are starting with item nine this morning --

11         THE COURT:  Yes, yes we are.

12         MS. CORDO:  -- which is the Debtors' Twenty-

13 Second Omnibus Objection.  I have the fourth Supplemental

14 Order granting that objection.  The only claim that is on

15 this Order Your Honor is with regards to Kelly Temporary

16 Services, Limited.  We had reached an agreement with them to

17 -- they did not dispute what we put in the objection, but

18 they wanted to wait until their claim was allowed in Canada

19 first before an Order was entered disallowing their claim in

20 the United States.  That claim has now been allowed in

21 Canada.  And if I may approach, I have an Order granting the

22 objection as to that claim.

23         THE COURT:  You may approach Ms. Cordo, thank

24 you.  Good morning, and I'll sign that Order.

25         MS. CORDO:  Thank you, Your Honor.  The next item

1  on the agenda is the Motion of Stephen Paroski.  I'm not

2  sure if -- I don't know if Mr. Paroski is in the Courtroom,

3  but we did file an objection to that Motion.  He might be on

4  the phone as well.

5          THE COURT:  Let me look, Mr. Paroski are you on

6  the telephone?  No, I don't see him on our list of callers.

7          MS. CORDO:  I think Ms. Schweitzer might have

8  something.  I will turn the podium over to her to --

9          THE COURT:  Oh okay, wonderful.

10          MS. CORDO:  -- discuss our --

11          THE COURT:  Thank you Ms. Cordo.  Ms. Schweitzer,

12  good morning.

13          MS. SCHWEITZER:  Good morning, Your Honor, for

14  the record Lisa Schweitzer as Counsel for the Debtors.  Your

15  Honor, we had filed an objection to the Motion.  I think

16  it's worth taking one minute just to go through the Motion

17  and objection of Mr. Paroski -- or have you read it?

18          THE COURT:  I did read it and it was somewhat

19  confusing.

20          MS. SCHWEITZER:  So Your Honor I think that -- I

21  agree with you it's somewhat confusing.  The -- I can try to

22  parse through, and my best understanding of the facts that

23  are contested or not contested --

24          THE COURT:  Your analysis was helpful.

25          MS. SCHWEITZER:  Okay, well, I appreciate that.

1    We do try to be helpful.  So I think that the facts that are

2    not contested is Mr. Paroski is an employee or Nortel.

3                    THE COURT:  Yes.

4                    MS. SCHWEITZER:  That Mr. -- there was a sale of

5    the GSN business, that Mr. Paroski was not given an offer or

6    hired by Ericsson as purchaser of that business.  Mr.

7    Paroski also continued to receive long-term disability

8    benefits after that time, so that there was no loss of

9    benefits at that time.  He cites the *Lesser* case where the

10   Debtors -- a company sold a business and basically said

11   you're either going or I'm terminating the Plan and losing

12   your benefits now --

13                    THE COURT:  Right.

14                    MS. SCHWEITZE:  -- so that there was a direct

15   causal link between those two actions.  In this case there

16   was no such causal link.  Mr. Paroski was in fact served

17   with a copy of the notice of the sale.  That wasn't in our

18   Motion, but we do have the docket number for that.  It's GI

19   1672 is the Affidavit of Service that indicates that he was

20   served --

21                    THE COURT:  Yes.

22                    MS. SCHWEITZER:  -- with the sale Motion.  And

23   Mr. Paroski, to the best of my knowledge and understanding,

24   based on his Motion, and just our recollection, did not at

25   the time raise any complaint about the sale.  And certainly

1  he didn't object to the sale or come forward and bring any

2  administrative action that we're aware of or anything to at

3  that time make a claim based on retaliation or

4  discrimination.  So legally we don't think that there's a

5  claim because there was no loss of benefits at that time.

6  There was no retaliation taken against him.  There's no duty

7  for a purchaser to take everyone.

8             THE COURT:  Right.

9             MS. SCHWEITZER:  And then, as you'll recall, a

10 year later we filed a Motion for the Termination of LTD

11 benefits which was withdrawn at that time and only recently

12 renewed this month.

13            THE COURT:  Yes.

14            MS. SCHWEITZER:  Right?  So Mr. Paroski in the

15 interim, according to his Motion, as best as I can discover,

16 didn't appear to take any action between the sale in late

17 2009 and this year in 2012 when he filed an action against

18 Ericsson in the District Court for Texas claiming some sort

19 of discrimination/retaliation/ERISA action, right.

20            THE COURT:  Right.

21            MS. SCHWEITZER:  And I would -- I think it's

22 similar in vein to the pleading before this Court.  Ericsson

23 moved to dismiss that complaint.  And at that time one of

24 the things they said, as we understand it, is that the

25 Bankruptcy Court retained jurisdiction over the sale, the

1    sale Order says employees and people shall not bring claims

2    against Ericsson, right.  And he didn't -- he's not making a

3    claim as a current employee, he's making a claim as an

4    employee of Nortel.  So it appears that that caused Mr.

5    Paroski to come to this Court and, you know, in a pro se

6    type Motion, appears to be making a claim against Ericsson

7    for this retaliation and against the Nortel Debtors for

8    termination.  The Termination Motion we think is premature,

9    so what we have proposed to do with that portion of the

10    Motion is either that it should be withdrawn without

11    prejudice because it's not ripe for adjudication right now,

12    there hasn't been a decision or action taken.  We're also

13    amenable to having this, we characterize, docketed as an

14    objection so that he doesn't have to re-plea.

15                THE COURT:  That was my thinking.

16                MS. SCHWEITZER:  We're not trying to tire him

17    out, but in the objection to the termination or ability to

18    terminate I think he used the words promissory estoppel

19    should be heard at the same time as the rest of the Motion

20    and that we're allowed to address that objection in our

21    final reply.  So that's what we would propose to do with

22    that.  With respect just for the avoidance of doubt because

23    we're not sure as to what other relief he might be seeking

24    relative to prior conduct, we don't think that there's a

25    cause of action to be stated, as we said, that there's no

1  prior retaliation, there's no prior adverse action that he's

2  complaining about with respect to the Debtors.  So what we

3  have proposed in our objection is that the remainder of the

4  Motion, other than his claim for the termination of

5  benefits, which is set to be heard, be denied with

6  prejudice, just so we are clear what the scope of objection

7  is.  I can go more into the case law, but I think the case

8  law was set forth in our Motion.  And it pretty well comes

9  down to the fact of no adverse action has been taken,

10  there's no causal connectivity or retaliation by the Debtors

11  and the only thing that he appears to be complaining about

12  with respect to the Debtors is termination.  That's

13  premature because, again, adverse action hasn't been taken.

14            THE COURT:  Right.

15            MS. SCHWEITZER:  So that's what we propose.  And,

16  you know, it seems like Your Honor might be amenable to just

17  putting -- adjourning rather than having the withdrawal and

18  resubmission of the Motion in which case we're, you know,

19  happy to hand up an Order even at the hearing to deal with

20  that that in that manner which would be without prejudice

21  with --

22            THE COURT:  And recharacterizing this as an

23  objection --

24            MS. SCHWEITZER:  As an objection.

25            THE COURT: -- to the Termination Motion.

1        MS. SCHWEITZER:  Correct.  And then with respect

2   to the remainder, denying it with prejudice.  So what we had

3   -- I guess we can make that specific -- what we had provided

4   is that to the extent the Motion seeks a determination the

5   Debtors right to terminate Plans, it shall be adjourned

6   until the hearing, until the LTD Termination Motion and that

7   the remainder of the Motion is otherwise denied with

8   prejudice.  We're happy to just change it to make clear that

9   it shall be characterized or treated as an objection and

10  submit the Order after the hearing.

11       THE COURT:  That would be fine, yes.

12       MS. SCHWEITZER:  Okay.

13       THE COURT:  That really is my ruling here.  And I

14  think that that is appropriate having read his Motion and

15  your objection, the fact that Mr. Paroski is not -- has not

16  appeared.  And I think that the relief he is seeking other

17  than with respect to the termination does not have a valid

18  basis.  And accordingly, I will grant that -- I will sustain

19  your objection and enter that Order.

20       MS. SCHWEITZER:  Thank you, Your Honor.  So we'll

21  have that revised Order handed to chambers after the

22  hearing.

23       THE COURT:  Wonderful, thank you.  Thank you Ms.

24  Schweitzer.

25       MS. CORDO:  Your Honor I believe the next agenda

1    -- I'm sorry.

2            THE COURT:  While we're on that, by the way, just

3    housekeeping wise, I did receive a certification from the

4    Committee relating to a Motion to Intervene.  And unless

5    anyone wishes to be heard on that, I am prepared to sign the

6    Order, based upon the fact that there was no objection.  And

7    it certainly is an intervention of right.  As far as the

8    Court is concerned, the Committee has this right.

9            MR. SAMIS:  Your Honor, thank you, the Committee

10   does wish to be heard.

11           THE COURT:  Mr. Samis, good morning.

12           MR. SAMIS:  Chris Samis on behalf of the Official

13   Committee of Unsecured Creditors Your Honor.  We did submit

14   that CNO.  We received no objection, so we would ask Your

15   Honor to enter the Order at this time.

16           THE COURT:  I will sign it now.

17           MR. SAMIS:  Thank you Your Honor.

18           THE COURT:  Thank you, Mr. Samis.  Thank you, Ms.

19   Schweitzer.

20           MS. SCHWEITZER:  Sure Your Honor.  To go out of

21   turn, if we're dealing with housekeeping, I think the other

22   housekeeping item that is not on the docket, but has sort of

23   come in through certification of Counsel, is the amendment

24   or clarification to the Alvarez Retention Order --

25           THE COURT:  Yes.

1              MS. SCHWEITZER:  -- whether they have the

2   actuary.  And we just agree that it's not merely the actuary

3   but he can have helpers within his firm --

4              THE COURT:  Yes.

5              MS. SCHWEITZER:  -- subject, of course, to

6   everyone putting in fee applications and a final

7   determination, but that there's no foot fault for a

8   technicality of who he might put an application for.  So I

9   believe their Delaware Counsel is in -- the Counsel to the

10  Retirees, their Delaware Counsel is in the Courtroom today,

11  but we don't have any objection.  It's been under

12  certification of Counsel.  I think people just wanted to

13  make sure that Order got entered.

14        `    THE COURT:  Yes, I signed it yesterday afternoon.

15  I don't think it hit the docket is the only reason that you

16  haven't seen it.

17             MS. SCHWEITZER:  Thank you, Your Honor.  Oh I'm

18  sorry I.  You're --

19             MR. ZAHRALDDIN:  And Your Honor obviously we

20  support it as well because we share the same actuary.  We

21  thought particularly since we have an aggravated schedule

22  and there's two of us going at the same time, poor Vince

23  Bodnar was going to have an aneurism if he didn't have any

24  help.  So --

25             THE COURT:  Of course, thank you.  Very well Mr.

1 | Zahralddin.  Ms. Buck, thank you.

2 | MS. SCHWEITZER:  So I believe that the next

3 | Order, to get back to the agenda, which is up is the number

4 | 11 which is the Motion for Entry of an Order to File under

5 | Seal the Certificates of Service where, as Your Honor is

6 | aware, that over the course of the cases Nortel has had a

7 | policy of not releasing individual employee names on lists

8 | where their individual current employee names readily

9 | identifiable on a list.

10 | THE COURT:  Yes.

11 | MS. SCHWEITZER:  And consistent with that

12 | practice, and particularly there's been an extra sensitivity

13 | in the context of dealing with disabled employees, to not

14 | put them on a readily identifiable list that's separate from

15 | everyone else as a service list.  So we had made a Motion to

16 | seal their names consistent with that practice and

17 | consistent with what we would view as our potential

18 | obligations under relevant law.

19 | And just to remind Your Honor that in the

20 | beginning of the appointment of the LTD Committee we had had

21 | a Confidentiality Order negotiated and entered to

22 | specifically give us the right to share the individual

23 | employee contacts with Counsel to the Committee.

24 | THE COURT:  Right.

25 | MS. SCHWEITZER:  So far that's been provided

1    under attorneys'-eyes-only basis.  And so there was

2    initially an objection not raised by Counsel to the LTD

3    Committee because, in fact, we were prepared upon being

4    asked to share that list we since, seeing that limited

5    objection came in, we immediately sent over the list, right?

6    That's easily cured.

7              But in addition, there is this group of LTD

8    employees, I believe it's actually 65 employees, some of who

9    are Committee members, some of who aren't, asking for this

10   list to be publicly available.  So -- and the two concerns

11   they raise is to make sure people are getting service, which

12   would certainly be a valid objection for yourself, right, or

13   a valid question for yourself, and then to I believe the

14   word was mobilize the larger group.

15             So as we set forth in our reply, we don't think

16   mobilization of the group is an appropriate basis for

17   publicly filing a list.  Each individual has their own

18   privacy interests.  And so that if they wish to be contacted

19   they've had a year to show up, they've had a year of the

20   Committee reaching out to them and/or least trying to reach

21   out to them.  And so we don't think that the right solution

22   is to suddenly just post up the entire list as an identified

23   list so that individuals can start calling each other,

24   especially when 65 individuals are on that list and without

25   any limitation to how many people are contacting anyone

1   else.

2           Prior to the hearing Mr. Zahralddin approached me

3   and said that individual members of his Committee had asked

4   that in their capacity as Committee members, and with

5   understanding that it would be done in a role as a Committee

6   member and with the confidentiality accordant to that, that

7   they expressed an interest in helping him reach out to the

8   other individuals who haven't appeared to make sure that

9   they in fact have gotten notice of the hearing and are kept

10  in the loop.  We had initially contemplated, consistent with

11  practice over the last year, that Mr. Zahralddin's firm

12  would be approaching people.  I guess if Your Honor

13  determined that it was consistent with his duties as

14  Committee Counsel and appropriate under the circumstances to

15  extend that confidentiality to the Committee members, and to

16  allow them to make contacts in their capacity as Committee

17  members and not sharing that information further with other

18  individual employees, we understand that that's an option

19  that you could tell us to do.  We can't volunteer all these

20  solutions or we don't feel comfortable volunteering these

21  solutions, but that's -- if they're helping Mr. Zahralddin

22  that's not an impossible solution to making sure people have

23  adequate notice.

24          We do continue to have the concern about posting

25  names publicly and having people contacted, particularly

1  when people have expressed concern about being -- you know,

2  this one complains that they haven't gotten the notice, the

3  next person complains they've been flooded with notice or

4  they're getting conflicting communications or that there's

5  no control over the communications.  So --

6           THE COURT:  Or the next thing, you know, they're

7  on somebody's list to sell magazines or, you know, reverse

8  mortgages or the like.

9           MS. SCHWEITZER:  Right or someone soliciting, an

10 insurance company soliciting, I don't know where it ends.

11          THE COURT:  Right.

12          MS. SCHWEITZER:  Right?

13          THE COURT:  That's right.

14          MS. SCHWEITZER:  And particularly when it's

15 ripened as an issue of here's a group of disabled people who

16 might potentially lose their coverage, right --

17          THE COURT:  Yes.

18          MS. SCHWEITZER:  -- is that now that the issue is

19 crystallized in that way our concern, if anything, is

20 exaggerated with the risk of just putting this list

21 publicly.

22          So that end, Mr. Zahralddin has proposed that

23 solution.  I think that if we were ordered to do that, that

24 would be one balanced solution of making sure people are

25 contacted in their capacity as a Committee member, you know,

1   through Committee members with understanding of it's being

2   reached out to facilitate the actions of the Committee and

3   not just to mobilize individual groups or have them get

4   magazine subscriptions or any other purpose; that that could

5   be a resolution.  I know -- I'm happy to let Mr. Zahralddin

6   be heard, and I'm sure the individual employees are also

7   either in the Courtroom or on the phone and, of course, I'd

8   give them the opportunity to be heard as well.  I think it's

9   important for everyone to be heard on this.

10          THE COURT:  Yes.  And as I saw the issue I was

11  trying to think about some way sort of to balance the

12  interests, and I think that there probably is a way and I

13  think Mr. Zahralddin probably has it.

14          MR. ZAHRALDDIN:  Well I think I've added value

15  today.

16          THE COURT:  There you go.

17          MR. ZAHRALDDIN:  I just want you to remember that

18  Your Honor when you're looking at --

19          MS. SCHWEITZER:  Why limit it today?

20          (Laughter)

21          MR. ZAHRALDDIN:  Right.  Your Honor, I think that

22  our main concern is just making sure people get notice.

23  You've got a very vulnerable group here.

24          THE COURT:  Yes.

25          MR. ZAHRALDDIN:  And at the same time we

1   understand Ms. Schweitzer and the Debtors' concerns that

2   that vulnerability be protected from anybody just contacting

3   them.  At the same time we want to make sure that we can get

4   the information to them.  I've had contact and calls with

5   people several months over the year.  Through our Website

6   they can put an inquiry, they can register with us, get us

7   their proper address, that type of thing.  But a lot of

8   people don't have access to the Internet.

9            THE COURT:  Right.

10            MR. ZAHRALDDIN:  Some people you say well maybe

11   they can get the mail.  Some people move.  As I was telling

12   Ms. Schweitzer anecdotally though, it's fairly consistent,

13   people that are very ill move from hospice back to home.

14   And we just want to make sure that, especially with the

15   timeframes that we're talking about, that they get the

16   notice.  I think that helps not just us and our constituents

17   but also is something that's a shared goal of the Debtors as

18   well.

19            THE COURT:  Sure.

20            MR. ZAHRALDDIN:  The Committee volunteered to do

21   this because they have personal relationships with being

22   former employers.  There's 220 to 250 of them, so to speak.

23   There's not that many, but they do have relationships with

24   them.  It's better suited -- I don't think that's a cost

25   that necessarily needs to be borne by the estate.  To the

1  extent that they may have some expenses in contacting

2  people, they put those on any one of our fee apps, et

3  cetera.  But they may be best situated to get to those most

4  vulnerable without exposing everyone's lists to the entire

5  world.  And I think even under 1102 there's an argument that

6  they have an obligation to respond to inquiries and to

7  facilitate information.  So we're more than happy to do

8  that.  And certainly if anyone files a Notice of Appearance,

9  which several of them have been, they have obviously given

10  us their address and their name.

11           THE COURT:  Right.

12           MR. ZAHRALDDIN:  So they should be kept under

13  seal, so to speak.  And that's simply our position.  I think

14  we've come up with a decent solution to it, though I know

15  there may be some people on the phone that either are happy

16  with what we've come up with or that may have other

17  comments.

18           THE COURT:  All right, all right, thank you.

19           MR. ZAHRALDDIN:  Thank you.

20           THE COURT:  Thank you.  Does anyone on the

21  telephone wish to be heard with respect to the issue of

22  service and notice to -- and communications with members of

23  the -- who are disabled?

24           MR. JANIS:  Yes Your Honor I would like to speak.

25  This is Mark Janis.

1              THE COURT:  Yes sir, Mr. Janis.

2              MR. JANIS:  Thank you for hearing me today, Your

3    Honor.

4              THE COURT:  Sure.

5              MR. JANIS:  You know I think the -- I think the

6    issue is are we more vulnerable or are we more protected if

7    our names and addresses are sealed?  And, you know, I've

8    received calls, I've received emails, I've received letters

9    posted on Websites from purported, as the Counsel for the

10   Debtors has said, purported LTD'ers.  And as an individual,

11   I have no way of verifying, you know, a person calling me, a

12   person talking to me if they in fact are an LTD'er or not.

13   Perhaps if I saw their name in the Court docket, at some

14   point maybe I'd recognize it.  But without any kind of

15   information like that many of us would be vulnerable, you

16   know, to being exploited.

17             I think that, you know, you saw from the

18   objection that many of us electronically signed that 66 of

19   us are in some form of communication.  We're already

20   talking.  But, you know, do I know that all 66 of those are

21   valid, legitimate people, employees who are an LTD?  I have

22   no way of verifying that.  So I would just like the Court to

23   consider that.  And perhaps one resolution to that is to

24   release the list just to the employees.  And I don't know if

25   that's possible or not, but that's my thought.

1          THE COURT:  Mr. Janis, just for my understanding,

2    are you a member of the committee?

3          MR. JANIS:  No I'm not.

4          THE COURT:  Okay, all right.

5          MR. JANIS:  I'm appearing pro se.

6          THE COURT:  Thank you, okay, that's fine.  And I

7    just didn't know whether you would be included among those

8    people who it has been suggested could receive the list.

9          MR. JANIS:  Yeah, no I would not be Your Honor.

10   I was -- I was excluded from the Committee because I have a

11   conflicting case before the Court.

12         THE COURT:  Okay, fine.  Well, here's my concern.

13   There may be individuals who really do not want to be

14   contacted, you know, and who might, you know, even have

15   difficulty understanding communications from other LTD'ers

16   as you've, you know, referred to yourselves.  But clearly

17   there ought to be a mechanism where individual LTD'ers

18   understand that there is a forum for them to express their

19   concerns and to obtain additional information and, of

20   course, also to be receiving service.  So my thought is that

21   perhaps the list -- the service list could be released to

22   members of the Committee who would then not send out the

23   names of all those people to other LTD'ers, but would

24   individually communicate with LTD'ers and ask whether or not

25   they would like to be on a list that itself is disseminated

1   to everyone.  And there may be a number of people besides

2   the 66 that Mr. Janis has mentioned who would like to be

3   kind of known to everyone else who is involved on this issue

4   and would like to be a party to whatever conversations or

5   communications are ongoing.  But if there's an individual

6   or, you know, an LTD'er who says, you know, I really am just

7   content to remain anonymous, they would also have that

8   protection.

9                MR. ZAHRALDDIN:  And then we can also check as

10  professionals to make sure that whatever addresses we have

11  are correct.  And certainly we said we'd reconcile that and

12  provide that to the Debtors.  I think that may be the best

13  way to work with that.  And it was always contemplated by

14  the individual Committee members that they would be making a

15  phone call and trying to reach people individually.  They

16  were going to split up the list to really canvas and make

17  sure they had everyone's most current information --

18                THE COURT:  Okay.

19                MR. ZAHRALDDIN:  -- for the reasons that I gave

20  before.

21                THE COURT:  All right.

22                MR. JANIS:  Your Honor, I -- this is Mark Janis

23  again.

24                THE COURT:  Yes.

25                MR. JANIS:  It sounds like a good solution.  The

1    only concern I have with that approach is that because of

2    the timeframe of this case where we're expecting to be in

3    the Court deciding everyone's fate, you know, sometime in

4    early November whether we'd have adequate time to, you know,

5    contact everyone, mail out, you know, get responses.  It's

6    going to be a considerable amount of time I think before we

7    hear back from everyone.

8            THE COURT:  Well, it's August 22nd and I guess

9    there are how many members of the Committee Mr. Zahralddin,

10   about six?

11           MR. ZAHRALDDIN:  There's seven.

12           THE COURT:  Seven so that's roughly, what, let's

13   say 35 or so per person -- per Committee member to call, or

14   to write to; that might be faster.

15           MR. ZAHRALDDIN:  And certainly Your Honor if we

16   run into an issue, you know, Mr. Janis can always contact

17   us.

18           THE COURT:  Yes.

19           MR. ZAHRALDDIN:  And we can jump onto a call with

20   you --

21           THE COURT:  Yes.

22           MR. ZAHRALDDIN:  -- you know the similar way we

23   would have a status conference over a discovery dispute or

24   an issue.

25           THE COURT:  Absolutely.

1          MR. ZAHRALDDIN:  And more than likely we'll

2   contact the Debtors first and see if we can't resolve

3   something before we ask you to come in.  But again, if the

4   Debtor feels their hands are tied and needs your approval on

5   it before they do something, then we can certainly, if it's

6   okay with you Your Honor, I think we could probably just

7   contact you and coordinate that so Mr. Janis' concerns are a

8   little bit less.

9          THE COURT:  That's right, if time is lagging, if

10  there are some kind of impediments here that none of us

11  really can fully anticipate it at the moment, that's I think

12  the appropriate way to proceed on that.

13         MR. ZAHRALDDIN:  Okay.  And I hate to use the

14  Court time for anything because I know you're very busy, but

15  this is an important --

16         THE COURT:  It is.

17         MR. ZAHRALDDIN:  -- piece of it I think and so --

18         THE COURT:  It is and we all want to make sure,

19  first of all, that everyone is receiving service of all of

20  the pleadings.  And secondly, that they have an opportunity

21  to explore their questions about the significance of

22  anything.

23         MR. ZAHRALDDIN:  Right and look it's always a

24  tightrope walk for Committee Counsel dealing with

25  confidential information and also answering and responding

1    to 1102 inquiries.  And I've had to walk that tightrope a

2    lot in this case because we have a very active

3    constituency --

4                    THE COURT:  Yes.

5                    MR. ZAHRALDDIN: -- and one that, rightly so, has

6    a lot at stake.  So we'll continue to perform our three-ring

7    circus act and do it the right way and make sure nobody

8    falls.  So --

9                    THE COURT:  Okay, that's helpful.

10                   MR. ZAHRALDDIN:  Okay.

11                   THE COURT:  Ms. Schweitzer did you have -- I saw

12   Mr. Abbott -- is there someone on the phone who wished to be

13   heard?

14                   MS. ROHRBAUGH:  Yes sir.

15                   THE COURT:  Yes, please.

16                   MS. ROHRBAUGH:  One more please.

17                   THE COURT:  Sure.  And you are?   I'm sorry?

18                   MS. ROHRBAUGH:  Yes Your Honor I'm --

19                   THE COURT:  Yes and who are you?

20                   MS. ROHRBAUGH:  My name is Brenda Rohrbaugh.

21                   THE COURT:  Yes, Ms. Rohrbaugh.

22                   MS. ROHRBAUGH:  If I could add one additional

23   item to what we're currently discussing, please.

24                   THE COURT:  Yes.

25                   MS. ROHRBAUGH:  I would like to add one more item

1  in concurrence to what we were discussing about the

2  contacting the LTD'ers.

3              THE COURT:  Okay.

4              MS. ROHRBAUGH:  I am one of the people that has a

5  great amount of difficulty staying in the loop because where

6  I live, even though I live in a major metro area down here

7  in Atlanta, my mail service is very, very undependable, sir.

8  And whether it is contacted by the group or whether it is by

9  Nortel or anyone else, I find myself falling out of the loop

10 a lot.  So I was just able to hook up with this particular

11 group of people halfway through this process.  But that

12 being said, once I found them it was a good thing.  But I do

13 share the concerns that were discussed here that my comfort

14 zone -- given my medical state that my comfort zone when we

15 were asked about this, sir, was, you know, we do have the --

16 how do you say -- the frontrunners, the over-zealous people

17 and then we have the very shy people, you know, where I want

18 to keep it just to business.

19             THE COURT:  Yes.

20             MS. ROHRBAUGH:  You know what I mean?

21             THE COURT:  I do know what you mean and that is

22 really --

23             MS. ROHRBAUGH:  Even though my personality is

24 very outgoing, because of where my medical state is, you

25 know, I -- my comfort zone would be more to deal with just

1   the Committee members.   That's where my trust level lies

2   because they're more informed and I know the information I'm

3   going to get from them is truly accurate and not more

4   opinion based.   It's fact based.   So that's where I wanted

5   Your Honor to understand that, you know, in dealing with the

6   forms of communication, the reliability of the mail system,

7   in my case at least, is not trustworthy whether it's being,

8   you know, in a timely manner it's not going to happen for

9   me, you know, going vis-à-vis the mail.

10          THE COURT:   Sure.

11          MS. ROHRBAUGH:   So that's not going to happen for

12  me, because even in responding to the company itself has not

13  happened for me or I don't get mailings.   So I think, you

14  know, allowing the Committee members contact information by

15  phone is going to be critical especially, like you said,

16  given the time sensitivities that we're facing.   And I just

17  wanted to bring that up for your consideration, sir, that at

18  least giving them the opportunity to try is going to be

19  crucial and fair to those who may just not realize what's

20  going on.

21          THE COURT:   Sure.

22          MS. ROHRBAUGH:   I didn't know for the longest

23  time and, you know, once I -- it was a relief for me to know

24  that, wow, this is here.   So that's all I had to say, sir.

25  And I just wanted to bring it up for the Court's

1 understanding.

2         THE COURT:  I appreciate that, Ms. Rohrbaugh, and

3 it was a concern of mind, as well.  And just so you'll know,

4 there is also -- I don't know if you have computer access or

5 ability to --

6         MS. ROHRBAUGH:  I didn't for a long time.  And to

7 be honest Your Honor, it is a struggle for me.

8         THE COURT:  Okay.

9         MS. ROHRBAUGH:  But, you know, I've made it a

10 priority.  But it is a consistent struggle with a limited

11 income and, you know, given the state of my particular set

12 of illnesses, you know.  And we're not getting better --

13         THE COURT:  Right.

14         MS. ROHRBAUGH:  -- to be honest.  And it is a

15 challenge, you know, given the state because that's

16 basically what we are.  We're sick people and we don't get

17 better.

18         THE COURT:  Now -- but obviously you do have the

19 ability to use the telephone and it seems to me that what

20 you would like is for somebody to know who you are, where

21 you are and to be able to communicate with you by telephone.

22         MS. ROHRBAUGH:  It's easier in my particular

23 case, yes.

24         THE COURT:  All right.  Then certainly I

25 understand your position.  But you're -- but I also take it,

1  Ms. Rohrbaugh, that you're one of the people who would not

2  like all of the -- you know the world or other even LTD'ers

3  necessarily to have your name and information, telephone

4  number and that sort of thing.

5          MS. ROHRBAUGH:  I'm a little uneasy about it.

6          THE COURT:  Sure.

7          MS. ROHRBAUGH:  We are dealing with passionate

8  people, is the best way to describe it.  And we can talk

9  about magazine sales, or whatever enters the picture, but

10 we're also talking about misinformation.  I -- my trust

11 level is more of the people dealing with fact rather than

12 opinion.

13         THE COURT:  All right.

14         MS. ROHRBAUGH:  Does that make sense?

15         THE COURT:  It does, complete sense.  I

16 understand it and that is the sort of concern really that I

17 had; that -- that people would --

18         MS. ROHRBAUGH:  You know this is what I need --

19 in my particular case, and I can only speak just for myself,

20 but with the neurological conditions and stuff that I face

21 my short-term memory is impaired, and reading through

22 documents is very hard for me.  So having somebody to

23 explain to me or that can -- I can ask a question and get a

24 very, forgive the expression, but stupid-proof answer, to

25 keep it short but simple, is very important to me.

1          THE COURT:  Yes.

2          MS. ROHRBAUGH:  But when I talk to somebody, my

3     trust level needs to be secure, and I'm trusting that the

4     Court has dealt with the Committee and so has our attorneys,

5     so I need that -- that when I ask, I'm dealing with

6     business, not emotion.

7          THE COURT:  All right, thank you, Ms. Rohrbaugh.

8     Your call and information have been very helpful here.

9          MS. ROHRBAUGH:  Thank you, Your Honor.

10         MR. ZAHRALDDIN:  And Your Honor if Ms. Rohrbaugh

11    wants to contact us by phone, I mean I'm happy to even put

12    my phone number on the record.  It's 302-384-9401 and I

13    usually try to get back to most of the LTD'ers within 24

14    hours, if not sooner.

15         THE COURT:  All right.

16         MS. ROHRBAUGH:  I appreciate Your Honor, thank

17    you.

18         THE COURT:  Thank you.  All right.  Thank you,

19    Mr. Zahralddin.

20         MR. ZAHRALDDIN:  Thank you Your Honor.

21         THE COURT:  So I suppose wording an Order could

22    be a little bit complicated, but I certainly appreciate that

23    the -- as I understand it, the ruling today is that the

24    information will be released to Committee members, Committee

25    members may contact other disabled persons individually and

1  not, you know, send out some sort of communication which

2  contains everyone's name and address, and that those persons

3  who receive that information can then decide how they want

4  to use it.  If they want to provide information to the

5  Committee members or have their names publicly disseminated,

6  that's their option, okay?

7          MS. SCHWEITZER:  Thank you Your Honor.  It's Lisa

8  Schweitzer for the record.  A couple of points, I think that

9  that is the basic Order.  The only clarification that I

10  might make is that the Committee members can contact other

11  LTD employees individually in their capacity as Committee

12  members and for the purpose of informing them that a Motion

13  has been filed and the contact information for Committee

14  Counsel.

15          THE COURT:  That's right.

16          MS. SCHWEITZER:  That we're not opening a

17  Pandora's Box of communications and that those individuals

18  can then self-identify if and how they would like to be

19  further communicated.  I just want to address a couple of

20  issues, and I think we're all aligned on this, but just

21  because it is litigation and there is a record, is that we

22  are amenable to making sure people have absolute notice in

23  as many ways as possible.  We also have legal duties and

24  showing and I don't want anything in this cooperation effort

25  to be construed as an admission by us or any suggestion by

1   us that anything to date has been anything other than

2   sufficient, you know, that that will be an issue at the end,

3   but the Committee has been in place for a year, has had the

4   information for a year, there's been a website up.  And so I

5   don't want anything in this constructive conversation to be

6   construed as some suggestion that we've fallen short.  I

7   think, if anything, we're hearing that the process so far

8   has enabled people to get information.

9           In addition to that, you know, we have our legal

10  duty to provide notice.  We've provided mailing notice.  If

11  there is a way that people come forward and say that here's

12  a list of people who can't get mail so the traditional forms

13  of service, if there's fax, FedEx or even email, that we're

14  happy to supplement any traditional form of service with

15  those other traditional forms of service for individuals.

16  We can't have 30 variations for every Motion for everyone

17  but we're, within reason, happy to provide those additional

18  traditional forms.  I think that there's no suggestion that

19  we -- it would be further to the process that we as Debtor

20  Counsel start calling people individually would -- you know

21  to make that they get notice --

22          THE COURT:  No.  No.

23          MS. SCHWEITZER:  -- we're not -- I think that's

24  beyond what anyone is suggesting.  But I would just offer

25  that up that, you know, we have our legal duty, but in

1  addition to that if we can be cooperative in reasonable ways

2  that don't add burden.  And if we're given a list by Mr.

3  Zahralddin or his firm of when they serve process -- or

4  figured out a way for communication, we're happy to do that

5  for formal notices and for the rest, that we'll defer to his

6  Committee on these issues for how they want to communicate

7  as a Committee.

8          I think the only thing I was rising before was to

9  actually, is to make sure that Ms. -- or anyone else on the

10 phone had in fact been heard before a final ruling was

11 entered only because I'm actually not sure how many people

12 are on the phone.  So I want everyone to have their

13 opportunity to talk; no one is trying to obviously front run

14 their concerns.  So --

15         THE COURT:  Well I certainly did not mean to

16 foreclose anyone else who wished to be heard at this point

17 just on the -- on this limited issue of the sealing of

18 certificates and sort of communications among LTD'ers.

19         MR. ZAHRALDDIN:  And again Rafael Zahralddin,

20 from Elliott Greenleaf, for the LTD Committee.  Just for the

21 record, our limited response was a limited response.  We

22 don't want to use the word limited.  It was simply to try to

23 find a solution to this.  We reserve all our rights.  We

24 have no idea nor do we have any indication right now that

25 someone has not been served, but we wanted to be able to

1  check that, and we can't do that without getting -- having a

2  little bit more tools in our arsenal to do that.  And,

3  really, it was to help clarify and modify what our existing

4  confidentiality Orders already say and to make sure that

5  some of the materials we had were no longer professionalized

6  only but could be shared with the Committee.  And we thought

7  that was the best way to go.  But we've not looked into

8  whether there's been adequacy of notice or any other issue.

9  That's not really, I think, what's before us today.  So we

10 reserve our rights, but we agree with Ms. Schweitzer.

11          THE COURT:  I've heard, you know, no concerns

12 from anyone in this sort of lengthy time period about

13 adequacy of notice or concerns about adequacy of notice.  I

14 think that the Debtors have acted wholly appropriately in

15 maintaining the confidentiality of personally identifiable

16 information of a sensitive nature.  And to the extent any

17 issues are raised at a later date, obviously I will review

18 them and take them up at that time.

19          MR. ZAHRALDDIN:  And obviously Your Honor as you

20 noted in the prior hearing, when you file a Notice of

21 Appearance this all becomes a moot issue anyway.

22          THE COURT:  Right, thank you.  Thank you, Mr.

23 Zahralddin.

24          Mr. ZAHRALDDIN:  Thank you Your Honor.

25          MS. SCHWEITZER:  And I assume there's no one else

1   on the phone that wishes to be heard?

2            THE COURT:  I have heard no one speak up at this

3   point.

4            MS. SCHWEITZER:  Thank you Your Honor.

5            THE COURT:  Thank you.

6            MS. SCHWEITZER:  I think the only other thing

7   that was on the agenda item originally was EMEA scheduling

8   Motion.  I understand that will be adjourned without date at

9   this point.

10            THE COURT:  Right and we'll get it as soon as we

11   can.

12            MS. SCHWEITZER:  Okay, that's fine.  And would

13   Your Honor like us to prepare an Order or will you prepare

14   and Order?  There's just no Order on the docket.  Or should

15   we leave this as --

16            THE COURT:  Oh, I can prepare an Order.

17            MS. SCHWEITZER:  Okay.

18            THE COURT:  I'll be pleased to do that.

19            MS. SCHWEITZER:  Okay, thank you, Your Honor.

20   And just to -- Your Honor just to -- oh, did you revise

21   that?  Oh, my goodness, Ms. Cordo, as always is a hero and

22   has already reviewed the Paroski Order.  If I could approach

23   and --

24            THE COURT:  You sure may.

25            MS. SCHWEITZER:  Thank you.

1          THE COURT:  Thank you Ms. Cordo.  I told you we

2  missed you, thank you.  Mr. Abbott tried, Ms. Cordo, but he

3  fell a little short.

4          (Laughter)

5          MS. SCHWEITZER:  We all have our great skills.

6          THE COURT:  I say with a smile, by the way, for

7  the record.

8          (Laughter)

9          MS. SCHWEITZER:  It's always good to have a

10  strong team so everyone has their special skills.

11          THE COURT:  Yes.

12          MS. SCHWEITZER:  Your Honor, there is one thing

13  that's also not on the docket, but I just wanted to make

14  sure it's consistent with our conversation that just

15  happened that you're aware that we are going to attend to it

16  and likely will be -- or propose to be in front of Your

17  Honor on the 5th, assuming this works for everyone, is that

18  there was a group of long-term disabled employees that

19  raised concerns about their participation in the discovery

20  process.  They characterized it as an objection to the

21  Scheduling Order.  The Scheduling Order has already been

22  entered, so there's no pending Motion.  We will reach out to

23  them and work with Mr. Zahralddin to address these concerns

24  on the hope that if individuals want access to discovery,

25  that discovery requests have been propounded to us, and that

1   we don't have duplicative requests coming but we can funnel

2   information flowing in a way that's appropriate.  So we're

3   happy to talk to everyone about it.  We'll file whatever

4   Motion we need to tee it up.  We'd like to resolve it pretty

5   quickly.  But just because if you see it on the docket as an

6   objection to an Order already entered, we wanted to let you

7   know we are aware of it and that we'll try to have it heard

8   on your docket hopefully on a consensual manner.

9          THE COURT:  Okay and it seems to me here, too,

10  that as I was giving it thought, there are some very

11  practical ways I think to address the concerns that

12  individual disabled persons have.

13         Ms. SCHWEITZER:  Yes.  I think that without

14  prejudging anything, I think our thought is that there is a

15  set of documents already that have been produced or would be

16  produced to the Committee generally.  Some of those have

17  these same privacy issues.  But to the extent that there are

18  documents that aren't, subject to these privacy issues or

19  sharing one employee's information with another, that there

20  must be a way of sharing that information more generally

21  either through the Committee itself or through some

22  alternative process, but to be able to have the same

23  information flow shared and channeled also so that we're not

24  dealing with 200 individual requests or 200 responses and

25  200 sets of questions.

1        THE COURT:  Sure a depository of some sort or

2  whatever, yes.

3        MR. ZAHRALDDIN:  I think we might be able -- for

4  the record Rafael Zahralddin, for the LTD Committee.  I

5  think we might be able to even work through one of our

6  Websites.  I can talk to KCC who handles our Website and see

7  if they can do a password protected thing where we can

8  control who has access to it.  Most of them are Plan

9  documents and things of that nature and we've already gone

10 through a series of redactions anyway in our production to

11 the Debtors so no one's personally identifiable information

12 would be on any of those documents.  And that might be maybe

13 the best way to work through that.

14        THE COURT:  All right.

15        MS. SCHWEITZER:  So again we're not here to

16 prejudge --

17        THE COURT:  No.

18        MS. SCHWEITZER:  -- an objection filed by people

19 who aren't in the Courtroom, but we just want to let you

20 know that it was just filed yesterday.  We're happy to work

21 with Elliott Greenleaf and the individuals as well to come

22 up with a practical solution without reopening the entire

23 schedule because we're working to the common goal of sharing

24 information in a constructive and, as you said, a practical

25 way rather than having everyone contact you individually.

1   It becomes an unmanageable spider web at some point.  So --

2                   THE COURT:  It's a lot of documents to produce a

3   lot of times.

4                   MS. SCHWEITZER:  Yes exactly.

5                   THE COURT:  And -- yes.

6                   MS. SCHWEITZER:  And for people to process

7   individually rather than to work through.  There's a

8   Committee appointed who has a role here.  So I think that

9   it's helpful for no reinvention of the wheel, shall we say.

10                  THE COURT:  Exactly.  But again, we will take

11  that up in more detail as necessary on September 5th.

12                  MS. SCHWEITZER:  Okay, thank you Your Honor.

13                  THE COURT:  Thank you Ms. Schweitzer.  Anyone

14  else?  All right, Counsel thank you.  I will get that Order

15  entered on the matter we've discussed and adjourn -- we're

16  adjourning the hearing on the EMEA claims.  And I thank you

17  all and we'll stand in recess.

18                  MS. CORDO:  Thank you, Your Honor.

19                  THE COURT:  Good day to everyone.

20

1          MR. SAMIS:  Thanks, Your Honor.

2          MR. ZAHRALDDIN:  Thank you, Your Honor.

3       (Whereupon, at 10:46 a.m., the hearing was adjourned.)

4

5                      CERTIFICATION

6          I certify that the foregoing is a correct

7    transcript from the electronic sound recording of the

8    proceedings in the above-entitled matter.

9

10

11   _____          _22 August 2012__
12   Ann D. Dean, Transcriber

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(3) 1:15 5:1 41:3 | | **america**(2) 3:27 3:27 | | **are**(44) 5:10 5:11 6:5 6:23 7:1 10:6 15:9 | | **business**(5) 7:5 7:6 7:10 27:18 31:6 |
| **abbott**(3) 1:23 26:12 37:2 | | **among**(2) 22:7 34:18 | | 15:11 15:24 15:25 16:9 17:24 18:6 19:13 | | **busy**(1) 25:14 |
| **abid**(1) 2:7 | | **amount**(2) 24:6 27:5 | | 20:15 20:23 21:6 21:6 21:7 21:12 21:19 | | **but**(53) 5:17 6:3 7:18 9:17 10:7 12:22 |
| **ability**(3) 9:17 29:5 29:19 | | **analysis**(1) 6:24 | | 21:20 21:21 22:2 23:5 23:11 24:9 25:4 | | 13:3 13:7 13:11 15:7 16:21 19:7 19:17 |
| **able**(6) 27:10 29:21 34:25 38:22 39:3 39:5 | | **and**(198) 5:21 5:24 6:17 6:18 6:22 7:10 | | 25:7 25:10 26:17 26:19 29:16 29:20 29:21 | | 19:23 20:3 21:14 21:20 22:16 22:23 |
| **about**(18) 7:22 7:25 10:2 10:11 16:24 17:1 | | 7:11 7:22 7:23 7:24 7:25 8:1 8:9 8:11 | | 30:7 32:22 34:12 35:17 37:15 38:7 38:10 | | 23:5 25:3 25:14 27:11 27:12 29:9 29:10 |
| 18:11 19:15 24:10 25:21 27:1 27:15 30:5 | | 8:17 8:21 8:23 9:1 9:2 9:5 9:7 9:20 10:8 | | 38:17 39:8 | | 29:18 29:25 29:25 30:9 30:20 30:24 30:25 |
| 30:9 30:10 35:12 35:13 37:19 38:3 | | 10:11 10:15 10:17 10:22 11:1 11:6 11:9 | | | | 31:2 31:22 32:20 33:3 33:17 33:24 33:25 |
| | | 11:13 11:14 11:16 11:18 11:19 12:4 12:6 | | **area**(1) 27:6 | | 34:25 35:6 35:7 35:10 37:2 37:13 38:1 |
| **aboveentitled** (1) 41:8 | | 13:2 13:6 13:19 13:22 14:11 14:12 14:16 | | **aren't**(3) 15:9 38:18 39:19 | | 38:5 38:17 38:22 39:19 40:10 |
| **absolute**(1) 32:22 | | 14:19 14:21 15:1 15:10 15:13 15:18 15:21 | | **argument**(1) 20:5 | | |
| **absolutely**(1) 24:25 | | 16:17 16:25 17:14 18:2 18:6 18:7 18:10 | | **arsenal**(1) 35:2 | | **call**(4) 23:15 24:13 24:19 31:8 |
| **access**(4) 19:8 29:4 37:24 39:8 | | 18:12 18:12 18:25 19:1 19:4 19:14 19:16 | | **arsht**(2) 1:22 5:7 | | **callers**(1) 6:6 |
| **accordant**(1) 16:6 | | 20:5 20:6 20:8 20:10 20:13 20:22 20:22 | | **ask**(5) 12:14 22:24 25:5 30:23 31:5 | | **calling**(3) 15:23 21:11 33:20 |
| **according**(1) 8:15 | | 21:7 21:7 21:10 21:23 21:24 22:6 22:14 | | **asked**(3) 15:4 16:3 27:15 | | **calls**(2) 19:4 21:8 |
| **accordingly**(1) 11:18 | | 22:19 22:19 22:24 23:1 23:4 23:9 23:11 | | **asking**(1) 15:9 | | **came**(1) 15:5 |
| **accurate**(1) 28:3 | | 23:11 23:13 23:15 23:16 24:8 24:15 24:19 | | **assume**(1) 35:25 | | **can**(29) 6:21 8:15 10:7 11:3 13:3 15:23 |
| **act**(1) 26:7 | | 25:1 25:2 25:4 25:7 25:13 25:17 25:18 | | **assuming**(1) 37:17 | | 19:3 19:6 19:6 19:6 19:16 22:14 24:19 |
| **acted**(1) 35:14 | | 25:20 25:23 25:25 25:25 26:1 26:5 26:7 | | **atlanta**(1) 27:7 | | 25:5 25:11 30:8 30:19 30:23 30:23 32:3 |
| **action**(9) 8:2 8:16 8:17 8:19 9:12 9:25 | | 26:7 26:17 26:19 27:18 27:17 27:21 28:2 | | **attend**(1) 37:15 | | 32:10 32:18 34:1 36:11 36:16 38:1 39:6 |
| 10:1 10:9 10:13 | | 28:3 28:16 28:19 28:23 28:25 29:2 29:3 | | **attorneys**(1) 31:4 | | 39:7 39:7 |
| | | 29:6 29:11 29:12 29:16 29:16 29:19 29:21 | | **attorneys'-eyes-only**(1) 15:1 | | **canada**(2) 5:18 5:21 |
| **actions**(2) 7:15 18:2 | | 30:3 30:4 30:8 30:16 30:19 30:20 30:21 | | **august**(4) 1:14 5:1 24:8 41:11 | | **canvas**(1) 23:16 |
| **active**(1) 26:2 | | 30:23 31:3 31:4 31:8 31:10 31:12 31:25 | | **aurelius**(2) 3:22 3:23 | | **can't**(5) 16:19 25:2 33:12 33:16 35:1 |
| **actually**(3) 15:8 34:9 34:11 | | 32:2 32:2 32:12 32:13 32:17 32:18 32:20 | | **available**(1) 15:10 | | **capacity**(4) 16:4 16:16 17:25 32:11 |
| **actuary**(3) 13:2 13:2 13:20 | | 32:21 32:23 32:24 33:4 33:11 34:2 34:5 | | **avoidance**(1) 9:22 | | **capital**(8) 3:18 3:18 3:22 3:23 3:41 3:41 |
| **add**(3) 26:22 26:25 34:2 | | 34:18 34:19 35:1 35:2 35:3 35:4 35:16 | | **aware**(4) 8:2 14:6 37:15 38:7 | | 3:45 3:45 |
| **added**(1) 18:14 | | 35:16 35:18 35:19 35:25 36:10 36:12 | | **back**(6) 5:3 5:4 14:3 19:13 24:7 31:13 | | |
| **addition**(3) 15:7 33:9 34:1 | | 36:14 36:20 36:21 36:23 37:16 37:23 | | **balance**(1) 18:11 | | **carol**(2) 4:9 4:10 |
| **additional**(3) 22:19 26:22 33:17 | | 37:25 38:7 38:9 38:23 38:24 39:6 39:9 | | **balanced**(1) 17:24 | | |
| **address**(7) 9:20 19:7 20:10 32:2 32:19 | | 39:9 39:12 39:21 39:24 40:5 40:6 40:15 | | **bank**(2) 3:27 3:27 | | **case**(12) 1:5 7:9 7:15 10:7 10:7 10:18 |
| 37:23 38:11 | | 40:16 40:17 | | **bankruptcy**(3) 1:1 1:19 8:25 | | 22:11 24:2 26:2 28:7 29:23 30:19 |
| | | | | **barclay's**(2) 3:41 3:41 | | |
| **addresses**(2) 21:7 23:10 | | **and/or**(1) 15:20 | | **based**(5) 7:24 8:3 12:6 28:4 28:4 | | **cases**(1) 14:6 |
| **adequacy**(3) 35:8 35:13 35:13 | | **andrew**(1) 3:32 | | **basic**(1) 32:9 | | **causal**(3) 7:15 7:16 10:10 |
| **adequate**(2) 16:23 24:4 | | **anecdotally**(1) 19:12 | | **basically**(2) 7:10 29:16 | | **cause**(1) 9:25 |
| **adjourn**(1) 40:15 | | **aneurism**(1) 13:23 | | **basis**(3) 11:18 15:1 15:16 | | **caused**(1) 9:4 |
| **adjourned**(3) 11:5 36:8 41:3 | | **ann**(2) 1:24 41:12 | | **beasley**(2) 3:49 3:49 | | **centre**(1) 2:22 |
| **adjourning**(2) 10:17 40:16 | | **annie**(1) 5:6 | | **because**(20) 8:5 9:11 9:22 10:13 13:20 | | **certainly**(10) 7:25 12:7 15:12 20:8 23:11 |
| **adjudication**(1) 9:11 | | **anonymous**(1) 23:7 | | 15:3 19:21 22:10 24:1 25:14 26:2 27:5 | | 24:15 25:5 29:24 31:22 34:15 |
| **administered**(1) 1:6 | | **another**(1) 38:19 | | 27:24 28:2 28:12 29:15 32:21 34:11 38:5 | | |
| **administraors**(1) 2:40 | | **answer**(1) 30:24 | | 39:23 | | **certificates**(2) 14:5 34:18 |
| **administrative**(1) 8:2 | | **answering**(1) 25:25 | | | | **certification**(4) 12:3 12:23 13:12 41:5 |
| **admission**(1) 32:25 | | **anticipate**(1) 25:5 | | **becomes**(2) 35:21 40:1 | | **certify**(1) 41:6 |
| **adverse**(3) 10:1 10:9 10:13 | | **any**(15) 7:25 8:1 8:16 13:11 13:23 15:25 | | **been**(22) 5:8 5:20 9:12 10:9 10:13 13:11 | | **cetera**(1) 20:3 |
| **advisors**(1) 3:14 | | 18:4 20:21 21:14 32:25 33:14 34:24 35:8 | | 14:12 14:25 17:3 20:9 22:8 31:8 32:13 | | **challenge**(1) 29:15 |
| **affidavit**(1) 7:19 | | 35:16 39:12 | | 33:1 33:3 33:4 34:10 34:25 35:8 37:21 | | **chambers**(1) 11:21 |
| **after**(3) 7:8 11:10 11:21 | | | | 37:25 38:15 | | **change**(1) 11:8 |
| **afternoon**(1) 13:14 | | **anybody**(1) 19:2 | | | | **channeled**(1) 38:23 |
| **again**(6) 10:13 23:23 25:3 34:19 39:15 | | **anyone**(10) 12:5 15:25 20:8 20:20 27:9 | | **before**(11) 1:18 5:19 8:22 22:11 23:20 | | **chapter**(1) 1:8 |
| 40:10 | | 33:24 34:9 34:16 35:12 40:13 | | 24:6 25:3 25:5 34:8 34:10 35:9 | | **characterize**(1) 9:13 |
| | | | | | | **characterized**(2) 11:9 37:20 |
| **against**(5) 8:6 8:17 9:2 9:6 9:7 | | **anything**(10) 8:2 17:19 25:14 25:22 32:24 | | **beginning**(1) 14:20 | | **check**(2) 23:9 35:1 |
| **agenda**(4) 6:1 11:25 14:3 36:7 | | 33:1 33:1 33:5 33:7 38:14 | | **behalf**(2) 5:7 12:12 | | **chen**(1) 3:2 |
| **aggravated**(1) 13:21 | | | | **being**(7) 15:3 17:1 18:1 19:21 21:16 27:12 | | **chris**(2) 2:13 12:12 |
| **agree**(3) 6:21 13:2 35:10 | | **anyway**(2) 35:21 39:10 | | 28:7 | | **chung**(1) 3:28 |
| **agreement**(1) 5:16 | | **appear**(1) 8:16 | | | | **cindy**(1) 3:2 |
| **akin**(2) 2:5 2:51 | | **appearance**(2) 20:8 35:21 | | **believe**(5) 11:25 13:9 14:2 15:8 15:13 | | **circumstances**(1) 16:14 |
| **aligned**(1) 32:20 | | **appearances**(1) 2:48 | | **belknap**(1) 3:10 | | **circus**(1) 26:7 |
| **all**(24) 16:19 20:18 20:18 21:20 22:4 | | **appeared**(2) 11:16 16:8 | | **benefits**(6) 7:8 7:9 7:12 8:5 8:11 10:5 | | **cites**(1) 7:9 |
| 22:23 23:21 25:18 25:19 25:19 28:24 | | **appearing**(1) 22:5 | | **besides**(1) 23:1 | | **citi**(2) 3:18 3:18 |
| 29:24 30:2 30:3 31:7 31:15 31:18 32:20 | | **appears**(3) 9:4 9:6 10:11 | | **best**(8) 6:22 7:23 8:15 20:3 23:12 30:8 | | **claim**(15) 5:14 5:18 5:19 5:20 5:22 8:3 |
| 34:23 35:21 37:5 39:14 40:14 40:17 | | **application**(1) 13:8 | | 35:7 39:13 | | 8:5 9:3 9:3 9:6 10:4 |
| | | **applications**(1) 13:6 | | | | |
| **allen**(1) 3:14 | | **appointed**(1) 40:8 | | **better**(3) 19:24 29:12 29:17 | | **claiming**(1) 8:18 |
| **allow**(1) 16:16 | | **appointment**(1) 14:20 | | **between**(2) 7:15 8:16 | | **claims**(2) 9:1 40:16 |
| **allowed**(3) 5:18 5:20 9:20 | | **appreciate**(4) 6:25 29:2 31:16 31:22 | | **beyond**(1) 33:24 | | **clarification**(2) 12:24 32:9 |
| **allowing**(1) 28:14 | | **approach**(5) 5:21 5:23 24:1 36:22 | | **bit**(3) 25:8 31:22 35:2 | | **clarify**(1) 35:3 |
| **already**(7) 21:19 35:4 36:22 37:21 38:6 | | **approached**(1) 16:2 | | **bodnar**(1) 13:23 | | **clear**(2) 10:6 11:8 |
| 38:15 39:9 | | **approaching**(1) 16:12 | | **borne**(1) 19:25 | | **clearly**(1) 22:16 |
| | | **appropriate**(5) 11:14 15:16 16:14 25:12 | | **box**(1) 32:17 | | **cleary**(1) 1:29 |
| **also**(14) 7:7 9:12 18:6 19:17 22:20 23:7 | | 38:2 | | **brandywine**(1) 2:35 | | **cno**(1) 12:14 |
| 23:9 25:25 29:4 29:25 30:10 32:23 37:13 | | | | **brenda**(1) 26:20 | | **come**(8) 8:1 9:5 12:23 20:14 20:16 25:3 |
| 38:23 | | **appropriately**(1) 35:14 | | **brent**(2) 3:49 3:49 | | 33:11 39:21 |
| **alternative**(1) 38:22 | | **approval**(1) 25:4 | | **bring**(4) 8:1 9:1 28:17 28:25 | | |
| **alvarez**(1) 12:24 | | **apps**(1) 20:2 | | **bryant**(1) 2:8 | | **comes**(1) 10:8 |
| **always**(5) 23:13 24:16 25:23 36:21 37:9 | | | | **buchanan**(1) 2:27 | | **comfort**(3) 27:13 27:14 27:25 |
| **amenable**(3) 9:13 10:16 32:22 | | | | **buck**(2) 2:21 14:1 | | **comfortable**(1) 16:20 |
| **amendment**(1) 12:23 | | | | **building**(1) 2:35 | | **coming**(1) 38:1 |
| | | | | **burden**(1) 34:2 | | **comments**(1) 20:17 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| committee(50) 2:5 2:20 2:33 2:50 3:1 3:5 12:4 12:8 12:9 12:13 14:20 14:23 15:3 15:9 15:20 16:3 16:4 16:5 16:14 16:15 16:16 17:25 18:1 18:2 19:20 22:2 22:10 22:22 23:14 24:9 24:13 25:24 28:1 28:14 31:4 31:24 32:4 32:5 32:10 32:11 32:13 33:3 34:6 34:7 34:20 35:6 38:16 38:21 39:4 40:8 | | could(9) 16:19 18:4 22:8 22:21 25:6 26:22 31:21 35:6 36:22 | | didn't(7) 8:1 8:16 9:2 13:23 22:7 28:22 29:6 | | especially(3) 15:24 19:14 28:15 |
| | | counsel(14) 6:14 12:23 13:9 13:9 13:10 13:12 14:23 15:2 16:14 21:9 25:24 32:14 33:20 40:14 | | difficulty(2) 22:15 27:5 | | esq(18) 1:23 1:24 1:30 1:31 1:32 2:7 2:13 2:21 2:28 2:34 2:42 2:52 3:2 3:7 3:11 3:15 3:32 3:38 |
| common(1) 39:23 | | | | direct(1) 7:14 | | |
| communicate(3) 22:24 29:21 34:6 | | couple(2) 32:8 32:19 | | disability(1) 7:7 | | estate(1) 19:25 |
| communicated(1) 32:19 | | course(5) 13:5 13:25 14:6 18:7 22:20 | | disabled(6) 14:13 17:15 20:23 31:25 37:18 38:12 | | esther(1) 3:28 |
| communication(4) 21:19 28:6 32:1 34:4 | | court(122) 1:1 5:2 5:5 5:11 5:23 6:5 6:9 6:11 6:18 6:24 7:3 7:13 7:21 8:8 8:13 8:18 8:20 8:22 8:25 9:5 9:15 10:14 10:22 10:25 11:11 11:13 11:23 12:2 12:8 12:11 12:16 12:18 12:25 13:4 13:14 13:25 14:10 14:24 17:6 17:11 17:13 17:17 18:10 18:16 18:24 19:9 19:19 20:11 20:18 20:20 21:1 21:4 21:13 21:22 22:1 22:4 22:6 22:11 22:12 23:18 23:21 23:24 24:3 24:8 24:12 24:18 24:21 24:25 25:9 25:14 25:16 25:18 26:4 26:9 26:11 26:15 26:17 26:19 26:21 26:24 27:3 27:19 27:21 28:10 28:21 29:2 29:8 29:13 29:18 29:24 30:6 30:13 30:15 31:1 31:4 31:7 31:15 31:18 31:21 32:15 33:22 34:15 35:11 35:22 36:2 36:5 36:10 36:16 36:18 36:24 37:1 37:6 37:11 38:9 39:1 39:14 39:17 40:2 40:5 40:10 40:13 40:19 | | disallowing(1) 5:19 | | estoppel(1) 9:18 |
| communications(7) 17:4 17:5 20:22 22:15 23:5 32:17 34:18 | | | | discover(1) 8:15 | | even(10) 10:19 20:5 22:14 27:6 27:23 28:12 30:2 31:11 33:13 39:5 |
| | | | | discovery(4) 24:23 37:19 37:24 37:25 | | |
| company(3) 7:10 17:10 28:12 | | | | discrimination(1) 8:4 | | every(1) 33:16 |
| complaining(2) 10:2 10:11 | | | | discrimination/retaliation/eris 8:19 | | everyone(17) 5:2 8:7 13:6 14:15 18:9 23:1 23:3 24:5 24:7 25:19 33:16 34:12 37:10 37:17 38:3 39:25 40:19 |
| complains(2) 17:2 17:3 | | | | discuss(1) 6:10 | | |
| complaint(2) 7:25 8:23 | | | | discussed(2) 27:13 40:15 | | |
| complete(1) 30:15 | | | | discussing(2) 26:23 27:1 | | everyone's(4) 20:4 23:17 24:3 32:2 |
| complicated(1) 31:22 | | | | dismiss(1) 8:23 | | exactly(2) 40:4 40:10 |
| computer(1) 19:24 | | | | dispute(2) 5:17 24:23 | | exaggerated(1) 17:20 |
| conaway(1) 2:40 | | | | district(2) 1:2 8:18 | | excluded(1) 22:10 |
| concern(8) 16:24 17:1 17:19 18:22 22:12 24:1 29:3 30:16 | | | | docket(8) 7:18 12:22 13:15 21:13 36:14 37:13 38:5 38:8 | | existing(1) 35:3 |
| | | | | | | expecting(1) 24:2 |
| concerned(1) 12:8 | | | | docketed(1) 9:13 | | expenses(1) 20:1 |
| concerns(11) 15:10 19:1 22:19 25:7 27:13 34:14 35:11 35:13 37:19 37:23 38:11 | | | | documents(6) 30:22 38:15 38:18 39:9 39:12 40:2 | | explain(1) 30:23 |
| | | | | | | exploited(1) 21:16 |
| concurrence(1) 27:1 | | courtroom(5) 1:10 6:2 13:10 18:7 39:19 | | does(5) 5:11:17 12:10 20:20 30:14 30:15 | | explore(1) 25:21 |
| conditions(1) 30:20 | | court's(1) 28:25 | | doesn't(1) 9:14 | | exposing(1) 20:4 |
| conduct(1) 9:24 | | coverage(1) 17:16 | | done(1) 16:5 | | express(1) 22:18 |
| conference(1) 24:23 | | craig(1) 3:11 | | don't(21) 6:2 6:6 8:4 9:24 13:11 13:15 15:15 15:21 16:20 17:10 19:8 19:24 21:24 28:13 29:4 29:16 32:24 33:5 34:2 34:22 38:1 | | expressed(2) 16:7 17:1 |
| confidential(1) 25:25 | | creditors(2) 2:51 12:13 | | | | expression(1) 30:24 |
| confidentiality(5) 14:21 16:6 16:15 35:4 35:15 | | creditors'(1) 2:4 | | | | extend(1) 16:15 |
| | | critical(1) 28:15 | | | | extent(4) 11:4 20:1 35:16 38:17 |
| | | crt(2) 3:45 3:45 | | doubt(1) 9:22 | | extra(1) 14:12 |
| conflicting(2) 17:4 22:11 | | crucial(1) 28:19 | | down(2) 10:9 27:6 | | face(1) 30:20 |
| confusing(2) 6:19 6:21 | | crystallized(1) 17:19 | | duplicative(1) 38:1 | | facilitate(2) 18:2 20:7 |
| connectivity(1) 10:10 | | cured(1) 15:6 | | duties(2) 16:13 32:23 | | facing(1) 28:16 |
| consensual(1) 38:8 | | current(3) 9:3 14:8 23:17 | | duty(3) 8:6 33:10 33:25 | | fact(10) 7:16 10:9 11:15 12:6 15:3 16:9 21:12 28:4 30:11 34:10 |
| consider(1) 21:23 | | currently(1) 26:23 | | each(2) 15:7 15:23 | | |
| considerable(1) 24:6 | | data(1) 1:39 | | early(1) 24:4 | | facts(2) 6:22 7:1 |
| consideration(1) 28:17 | | date(3) 33:1 35:17 36:8 | | easier(1) 29:22 | | fair(1) 28:19 |
| consistent(8) 14:11 14:16 14:17 16:10 16:13 19:12 29:10 37:14 | | day(1) 40:19 | | easily(1) 15:6 | | fairly(1) 19:12 |
| | | deal(2) 10:19 27:25 | | ecro(1) 1:37 | | fallen(1) 33:6 |
| | | dealing(8) 12:21 14:13 15:24 28:5 30:7 30:11 31:5 38:24 | | effort(1) 32:24 | | falling(1) 27:9 |
| constituency(1) 26:3 | | | | eight(1) 5:8 | | falls(1) 26:8 |
| constituents(1) 19:16 | | dealt(1) 31:4 | | either(7) 5:8 5:8 7:11 9:10 18:7 20:15 38:21 | | far(3) 12:7 14:25 33:7 |
| constructive(2) 33:5 39:24 | | dean(1) 41:12 | | | | farr(1) 3:31 |
| construed(2) 32:25 33:6 | | debenture(1) 3:10 | | | | faster(1) 24:14 |
| contact(11) 19:4 24:5 24:16 25:2 25:7 28:14 31:11 31:25 32:10 32:13 39:25 | | debtor(1) 25:4 33:19 | | electronic(2) 1:45 41:7 | | fate(1) 24:3 |
| | | debtors(16) 1:12 1:22 5:7 6:14 7:10 9:7 10:2 10:10 10:12 11:5 19:17 21:10 23:12 25:2 35:14 39:11 | | electronically(1) 21:18 | | fault(1) 13:7 |
| | | | | elliott(3) 2:33 34:20 39:21 | | fax(1) 33:13 |
| contacted(5) 15:18 16:25 17:25 22:14 27:8 | | | | else(8) 14:15 16:1 23:3 27:9 34:9 34:16 35:25 40:14 | | fedex(1) 33:13 |
| contacting(4) 15:25 19:2 20:1 27:2 | | debtors'(5) 5:12 19:1 | | | | fee(2) 13:6 20:2 |
| contacts(1) 14:23 16:16 | | decent(1) 20:14 | | | | feel(1) 16:20 |
| contains(1) 32:2 | | decide(1) 32:3 | | email(1) 33:13 | | feels(1) 25:4 |
| contemplated(2) 16:10 23:13 | | deciding(1) 24:3 | | emails(1) 21:8 | | feld(2) 2:6 2:51 |
| content(1) 23:7 | | decision(1) 9:12 | | emea(2) 36:7 40:16 | | fell(1) 37:3 |
| contested(3) 6:23 6:23 7:2 | | defer(1) 34:5 | | emotion(1) 31:6 | | figured(1) 34:4 |
| context(1) 14:13 | | delano(1) 3:2 | | employee(6) 7:2 9:3 9:4 14:7 14:8 14:23 | | file(4) 6:3 14:4 35:20 38:3 |
| continue(2) 16:24 26:6 | | delaware(5) 1:2 1:12 5:1 13:9 13:10 | | employees(10) 9:1 14:3 15:8 15:8 16:18 18:6 21:21 21:24 32:11 37:18 | | filed(6) 6:15 8:10 8:17 32:13 39:18 39:20 |
| continued(2) 2:2 7:7 | | denied(2) 10:5 11:7 | | | | files(1) 20:8 |
| control(2) 17:5 39:8 | | dent(1) 3:11 | | | | filing(1) 5:17 |
| conversation(2) 33:5 37:14 | | denying(1) 11:2 | | employee's(1) 38:19 | | final(3) 9:21 13:6 34:10 |
| conversations(1) 23:4 | | depository(1) 39:1 | | employers(1) 19:12 | | find(2) 27:9 34:23 |
| cooperation(1) 32:24 | | derek(1) 1:23 | | enabled(1) 33:8 | | fine(4) 11:11 22:6 22:12 36:12 |
| cooperative(1) 34:1 | | describe(1) 30:8 | | end(2) 17:22 33:2 | | finger(1) 2:12 |
| coordinate(1) 25:7 | | detail(1) 40:11 | | ends(1) 17:10 | | firm(3) 13:3 16:11 34:3 |
| copy(1) 7:17 | | determination(2) 11:4 13:7 | | english(1) 2:20 | | first(3) 5:19 25:2 25:19 |
| cordo(16) 1:24 5:3 5:4 5:6 5:6 5:12 5:23 5:25 6:7 6:10 6:11 11:25 36:21 37:1 37:2 40:18 | | determined(1) 16:13 | | enter(1) 11:19 12:15 | | fleming(1) 1:31 |
| | | diaz(1) 1:39 | | entered(8) 5:9 5:19 13:13 14:21 34:11 37:22 38:6 40:15 | | flooded(1) 17:3 |
| | | did(9) 5:17 6:3 6:18 7:24 12:3 12:13 26:11 34:15 36:20 | | | | floor(2) 1:25 2:23 |
| correct(3) 11:1 23:11 41:6 | | | | enters(1) 30:9 | | flow(1) 38:23 |
| cost(1) 19:24 | | | | entire(3) 15:22 20:4 39:22 | | flowing(1) 38:2 |
| | | | | entry(1) 14:4 | | foot(1) 13:7 |
| | | | | ericsson(6) 3:35 7:6 8:18 8:22 9:2 9:6 | | |
| | | | | ernst(2) 2:27 3:14 | | |

| Word | Page:Line |
|---|---|

for(83) 1:2 1:22 2:4 2:19 2:27 2:33 2:40 2:50 3:1 3:5 3:10 3:14 3:18 3:22 3:27 3:31 3:35 3:41 3:45 3:49 4:1 4:5 4:9 5:6 5:9 6:13 6:14 7:18 8:7 8:10 8:18 9:7 9:7 9:11 9:22 10:4 13:7 13:8 14:4 15:9 15:12 15:13 15:16 18:9 21:2 21:9 22:1 22:18 23:19 25:14 25:24 28:11 28:13 28:17 28:22 28:23 28:25 29:6 29:7 29:20 30:19 30:22 32:8 32:12 32:13 33:3 33:4 33:15 33:16 33:16 34:4 34:5 34:6 34:20 34:20 37:6 37:17 39:3 39:4 40:6 40:9

foreclose(1) 34:16
foregoing(1) 41:6
forgive(1) 30:24
form(2) 21:19 33:14
formal(1) 34:5
former(1) 19:22
forms(4) 28:6 33:12 33:15 33:18
forth(2) 10:8 15:15
forum(1) 22:18
forward(2) 8:1 33:11
found(1) 27:12
fourth(1) 5:13
fred(1) 2:52
from(13) 12:3 14:14 19:2 19:13 21:9 21:17 22:10 22:10 24:7 28:3 34:20 35:12 41:7
front(2) 34:13 37:16
frontrunners(1) 27:16
fully(1) 25:11
funnel(1) 38:1
further(3) 16:17 32:19 33:19
gallagher(1) 3:31
gave(1) 23:19
generally(2) 38:16 38:20
get(19) 14:3 18:3 18:22 19:3 19:6 19:11 19:15 20:3 24:5 28:3 28:13 29:16 30:23 31:13 33:8 33:12 33:21 36:10 40:14
getting(4) 15:11 17:4 29:12 35:1
ginger(1) 1:37
give(2) 14:22 18:8
given(7) 7:5 20:9 27:14 28:16 29:11 29:15 34:2
giving(2) 28:18 38:10
goal(2) 19:17 39:23
going(13) 7:11 13:22 13:23 23:16 24:6 28:3 28:8 28:9 28:11 28:15 28:18 28:20 37:15
gone(1) 39:9
good(11) 5:2 5:4 5:5 5:24 6:12 6:13 12:11 23:25 27:12 37:5 40:19
goodness(1) 36:21
got(2) 13:13 18:23
gotten(2) 16:9 17:2
gottlieb(1) 1:29
gould(1) 3:36
grant(1) 11:18
granting(2) 5:14 5:21
great(2) 27:5 37:5
greenleaf(3) 2:33 34:20 39:21
gross(1) 1:18
group(10) 3:45 3:45 15:7 15:14 15:16 17:15 18:23 27:8 27:11 37:18
groups(1) 18:3
gsn(1) 7:5
guess(3) 11:3 16:12 24:8
gump(2) 2:5 2:51
had(20) 5:16 6:15 11:2 11:3 14:6 14:15 14:20 14:20 15:19 15:19 16:3 16:10 19:4 23:17 26:1 28:24 30:17 33:3 34:10 35:5
hadley(1) 3:1
halfway(1) 27:11
hamilton(1) 1:29

hand(1) 10:19
handed(1) 11:21
handles(1) 39:6
hands(1) 25:4
hanrahan(1) 3:32
happen(2) 28:8 28:11
happened(2) 28:13 37:15
happy(11) 10:19 11:8 18:5 20:7 20:15 31:11 33:14 33:17 34:4 38:3 39:20
hard(1) 30:22
harrisburg(1) 1:41
has(30) 5:8 5:9 5:20 10:9 11:15 12:8 12:22 14:6 15:17 17:22 18:13 21:10 22:8 23:2 26:5 27:4 28:12 31:4 31:4 32:13 33:1 33:3 33:3 33:8 34:25 36:22 37:10 37:21 39:8 40:8
hasn't(2) 9:12 10:13
hate(1) 25:13
hauer(2) 2:5 2:51
have(68) 5:8 5:13 5:21 6:7 6:17 7:18 9:9 9:14 10:3 11:17 11:21 13:1 13:3 13:3 13:21 13:23 13:23 16:9 16:22 16:24 17:1 18:3 19:8 19:21 19:23 20:1 20:6 20:9 20:9 20:16 21:11 21:21 22:10 22:14 23:7 23:10 24:1 24:4 24:23 25:20 26:2 26:11 27:15 27:17 29:14 29:18 30:3 31:8 32:5 32:22 32:23 33:9 33:16 33:25 34:12 34:24 34:34 35:14 36:2 37:5 37:7 37:25 38:1 38:7 38:12 38:15 38:16 38:22
haven't(3) 13:16 16:8 17:2
having(7) 9:13 10:17 11:14 16:25 30:22 35:1 39:25
hear(1) 24:7
heard(15) 9:19 10:5 12:5 12:10 18:6 18:8 18:9 20:21 26:13 34:10 34:16 35:11 36:1 36:2 38:7
hearing(11) 10:19 11:6 11:10 11:22 16:2 16:9 21:2 33:7 35:20 40:16 41:3
help(1) 13:24 35:3
helpers(1) 13:3
helpful(5) 6:24 7:1 26:9 31:8 40:9
helping(2) 16:7 16:21
helps(1) 19:16
her(1) 6:8
here(10) 11:13 18:23 25:10 27:6 27:13 28:24 31:8 38:9 39:15 40:8
here's(3) 17:15 22:12 33:11
hero(1) 36:21
he's(3) 9:2 9:3 10:1
him(4) 6:6 8:6 9:16 16:7
hired(1) 7:6
his(9) 7:24 8:15 10:4 11:14 13:3 16:3 16:13 34:3 34:5
hit(1) 13:15
hoc(1) 3:1
hodara(1) 2:52
home(1) 19:13
honest(2) 29:7 29:14
honor(49) 5:4 5:8 5:9 5:15 5:25 6:13 6:15 6:20 10:16 11:20 11:25 12:9 12:13 12:15 12:17 12:20 13:17 13:19 14:5 14:19 16:12 18:18 18:21 20:24 21:3 22:9 23:22 24:15 25:6 26:18 28:5 29:7 31:9 31:10 31:16 31:20 32:7 35:19 35:24 36:4 36:13 36:16 36:20 37:12 37:17 40:12 40:18 41:1 41:2
honorable(1) 1:18
hook(1) 37:10
hope(1) 37:24
hopefully(1) 38:8
hospice(1) 19:13
hours(1) 31:14

housekeeping(3) 12:3 12:21 12:22
how(7) 15:25 24:9 27:16 32:3 32:18 34:6 34:11
idea(1) 34:24
identifiable(4) 14:9 14:14 35:11 39:11
identified(1) 15:22
ill(1) 19:13
illnesses(1) 29:12
immediately(1) 15:5
impaired(1) 30:21
impediments(1) 25:10
important(3) 18:9 25:15 30:25
impossible(1) 16:22
inc(4) 1:7 3:35 3:41 4:9
included(1) 22:7
income(1) 29:11
indicates(1) 7:19
indication(1) 34:24
individual(14) 14:7 14:8 14:22 15:17 16:3 16:18 18:3 18:6 21:10 22:17 23:5 23:14 38:12 38:24
individually(7) 22:24 23:15 31:25 32:11 33:20 39:25 40:7
individuals(8) 15:23 15:24 16:8 22:13 32:17 33:15 37:24 39:21
information(24) 16:17 19:4 20:7 21:15 22:19 23:17 25:25 28:2 28:14 30:3 31:8 31:24 32:3 32:4 32:13 33:4 33:8 35:16 38:2 38:19 38:20 38:23 39:11 39:24
informed(1) 28:2
informing(1) 32:12
ingersoll(1) 2:27
initially(2) 15:2 16:10
inquiries(2) 20:6 26:1
inquiry(1) 19:6
insurance(1) 17:10
interest(1) 16:7
interests(2) 15:18 18:12
interim(1) 8:15
internet(1) 19:8
intervene(1) 12:4
intervention(1) 12:7
into(3) 10:7 24:16 35:7
involved(1) 23:3
issue(12) 17:15 17:18 18:10 20:21 21:6 23:3 24:16 24:24 33:2 34:17 35:8 35:21
issues(5) 32:20 34:6 35:17 38:17 38:18
item(6) 5:10 5:25 12:22 26:23 26:25 36:7
items(1) 5:8
itself(3) 22:25 28:12 38:21
it's(27) 6:16 6:21 7:18 8:21 9:11 13:2 13:11 13:5 13:18 17:14 18:1 18:8 19:12 19:24 24:5 24:8 25:5 25:23 28:4 28:7 28:8 29:22 31:12 32:7 37:9 37:14 40:2 40:9
i'd(2) 18:7 21:14
i'll(2) 5:24 36:18
i'm(17) 5:4 6:1 7:11 12:1 13:17 18:5 18:6 22:3 25:6 26:17 26:18 28:2 30:5 31:3 31:5 31:11 34:11
i've(8) 18:14 19:4 21:7 21:8 21:21 26:1 29:9 35:11
janis(16) 4:1 4:1 20:24 20:25 21:1 21:2 21:5 22:1 22:23 22:25 22:9 23:2 23:22 23:22 23:25 24:16
janis'(1) 25:7
joint(1) 2:40
jointly(1) 1:6
judge(2) 1:18 1:19
jump(1) 24:19

jurisdiction(1) 8:25
just(45) 6:16 7:24 9:22 10:6 10:16 11:8 12:2 13:2 13:12 14:19 15:22 17:20 18:3 18:17 18:22 19:2 19:14 19:16 21:22 21:24 22:1 22:7 23:6 25:6 27:10 27:18 27:25 28:16 28:19 28:25 29:3 30:19 32:19 33:20 33:24 34:17 34:20 36:14 36:20 37:13 37:14 38:5 39:19 39:20
kandestin(1) 2:42
kate(1) 2:21
kathleen(1) 2:28
katy(1) 3:38
kcc(1) 39:6
keep(2) 27:18 30:25
kelly(1) 5:15
kept(2) 16:9 20:12
kevin(1) 1:18 3:46
kind(3) 21:14 23:3 25:10
king(3) 2:15 2:23 2:44
know(65) 6:2 9:5 10:16 10:18 17:1 17:6 17:7 17:10 17:25 18:5 20:14 21:5 21:7 21:11 21:16 21:17 21:20 21:20 21:24 22:7 22:14 22:16 22:16 23:6 23:6 24:3 24:4 24:5 24:16 24:22 25:14 27:15 27:17 27:20 27:21 27:25 28:2 28:5 28:8 28:9 28:14 28:22 28:23 28:23 29:3 29:4 29:9 29:11 29:12 29:15 29:20 30:2 30:18 32:1 33:2 33:9 33:20 33:25 35:11 38:6 38:7 39:20
knowledge(1) 7:23
known(1) 23:3
kraidin(1) 3:15
lagging(1) 25:9
larger(1) 15:14
last(1) 16:11
late(1) 8:16
later(2) 8:10 35:17
laughter(3) 18:20 37:4 37:8
law(4) 3:10 10:7 10:8 14:18
layton(1) 2:12
least(3) 15:20 28:7 28:18
leave(1) 36:15
legal(3) 32:23 33:9 33:25
legally(1) 8:4
legitimate(1) 21:21
lengthy(1) 35:12
less(1) 25:8
lesser(1) 7:9
let(4) 6:5 18:5 38:6 39:19
letters(1) 21:8
let's(2) 24:12
level(3) 28:1 30:11 31:3
liberty(1) 1:33
lies(1) 28:1
like(16) 10:16 17:8 20:24 21:15 21:22 22:25 23:2 23:4 23:25 26:25 28:15 29:20 30:2 32:18 36:13 38:4
likely(2) 25:1 37:16
limit(1) 18:19
limitation(1) 15:25
limited(7) 5:16 15:4 29:10 34:17 34:21 34:21 34:22
link(2) 7:15 7:16
lisa(4) 1:30 3:15 6:14 32:7
list(21) 6:6 14:9 14:14 14:15 15:4 15:5 15:10 15:17 15:22 15:23 15:24 17:7 17:20 21:24 22:8 22:21 22:21 22:25 23:16 33:12 34:2
lists(2) 14:7 20:4
litigation(1) 32:21
little(5) 25:8 30:5 31:22 35:2 37:3
live(2) 27:6 27:6
llc(1) 3:45
llp(6) 1:22 2:41 3:6 3:14 3:31 3:37
long(1) 29:6

| Word | Page:Line |
|---|---|
| long-term(2) 7:7 37:18 | |
| longer(1) 35:5 | |
| longest(1) 28:22 | |
| look(2) 6:5 25:23 | |
| looked(1) 35:7 | |
| looking(1) 18:18 | |
| loop(3) 16:10 27:5 27:9 | |
| lose(1) 7:11 | |
| losing(1) 7:11 | |
| loss(2) 7:8 8:5 | |
| lot(6) 19:7 26:2 26:6 27:10 40:2 40:3 | |
| ltd(10) 2:33 8:10 11:6 14:20 15:2 15:7 21:21 32:11 34:20 39:4 | |
| ltd'er(2) 21:12 23:6 | |
| ltd'ers(9) 21:10 22:15 22:17 22:23 22:24 27:2 30:2 31:13 34:18 | |
| mace(1) 1:37 | |
| made(2) 14:15 29:9 | |
| magazine(2) 18:4 30:9 | |
| magazines(1) 17:7 | |
| mail(6) 19:11 24:5 27:7 28:6 28:9 33:12 | |
| mailing(1) 33:10 | |
| mailings(1) 23:14 | |
| main(1) 18:22 | |
| maintaining(1) 35:15 | |
| major(1) 27:6 | |
| make(19) 8:3 11:3 11:8 13:13 15:11 16:8 16:16 19:14 19:14 23:10 23:16 25:18 26:7 30:14 32:10 33:21 34:9 35:4 37:13 | |
| making(8) 9:2 9:3 9:6 16:22 17:24 18:22 23:14 32:22 | |
| management(2) 3:23 3:23 | |
| manner(1) 10:20 28:8 38:8 | |
| many(7) 15:25 19:23 21:15 21:18 24:9 32:23 34:11 | |
| maris(1) 2:42 | |
| mark(4) 4:1 4:1 20:25 23:22 | |
| market(3) 1:11 1:25 2:29 | |
| martin(1) 3:36 | |
| mathews(1) 3:38 | |
| matter(2) 40:15 41:8 | |
| matthew(1) 3:36 | |
| mauro(1) 3:42 | |
| may(12) 5:21 5:23 20:1 20:3 20:15 20:16 22:13 23:1 23:12 28:19 31:25 36:24 | |
| maybe(3) 19:10 21:14 39:12 | |
| mccarter(1) 2:20 | |
| mccloy(1) 3:1 | |
| mean(4) 27:20 27:21 31:11 34:15 | |
| mechanism(1) 22:17 | |
| medical(2) 27:14 27:24 | |
| megan(1) 1:31 | |
| member(4) 16:6 17:25 22:2 24:13 | |
| members(17) 15:9 16:3 16:4 16:15 16:17 18:1 20:2 22:22 22:22 23:14 24:9 28:1 28:14 31:24 31:25 32:5 32:10 32:12 | |
| memory(1) 30:21 | |
| mentioned(1) 23:2 | |
| merely(1) 13:2 | |
| metro(1) 27:6 | |
| might(12) 6:3 6:7 9:23 10:16 13:8 17:16 22:14 24:14 32:10 39:3 39:5 39:12 | |
| milbank(1) 3:1 | |
| mind(1) 29:3 | |
| minute(1) 6:16 | |
| misinformation(1) 30:10 | |
| missed(1) 37:2 | |
| mobilization(1) 15:16 | |
| mobilize(2) 15:14 18:3 | |
| modify(1) 35:3 | |

| Word | Page:Line |
|---|---|
| moment(1) 25:11 | |
| month(1) 8:12 | |
| months(1) 19:5 | |
| moot(1) 35:21 | |
| more(14) 10:7 20:7 21:6 21:6 25:1 26:16 26:25 27:25 28:2 28:3 30:11 35:2 38:20 40:11 | |
| morning(8) 5:2 5:4 5:5 5:10 5:24 6:12 6:13 12:11 | |
| morris(2) 1:22 5:6 | |
| morrison(2) 4:5 4:5 | |
| mortgages(1) 17:8 | |
| most(4) 20:3 23:17 31:13 39:8 | |
| motion(29) 6:1 6:3 6:15 6:16 7:18 7:22 7:24 8:10 8:15 9:6 9:8 9:10 9:19 10:4 10:8 10:18 10:25 11:4 11:6 11:7 11:14 12:4 14:4 14:15 32:12 33:16 36:8 37:22 38:4 | |
| move(2) 19:11 19:13 | |
| moved(1) 8:23 | |
| murphy(1) 2:28 | |
| must(1) 38:20 | |
| myself(2) 27:9 30:19 | |
| name(5) 20:10 21:13 26:20 30:3 32:2 | |
| names(7) 14:7 14:8 14:16 16:25 21:7 22:23 32:5 | |
| nature(2) 35:16 39:9 | |
| necessarily(2) 19:25 30:3 | |
| necessary(1) 40:11 | |
| need(3) 30:18 31:5 38:4 | |
| needs(3) 19:25 25:4 31:3 | |
| negotiated(1) 14:21 | |
| networks(2) 1:7 4:9 | |
| neurological(1) 30:20 | |
| new(2) 1:34 2:9 | |
| next(5) 5:25 11:25 14:2 17:3 17:6 | |
| nichols(1) 1:22 5:7 | |
| nine(1) 5:10 | |
| nobody(1) 26:7 | |
| none(1) 25:10 | |
| nor(1) 34:24 | |
| nortel(7) 1:7 4:9 7:2 9:4 9:7 14:6 27:9 | |
| north(2) 1:25 2:44 | |
| not(52) 5:17 6:1 6:23 7:2 7:5 7:24 9:1 9:2 9:11 9:16 9:23 11:15 11:15 11:17 12:22 13:2 14:7 14:13 15:2 16:17 16:22 18:3 19:16 19:23 21:12 21:25 22:3 22:9 22:13 22:22 22:24 28:3 28:7 28:8 28:11 28:12 28:19 29:12 30:1 31:6 31:14 32:1 32:16 33:23 34:11 34:15 34:25 35:7 35:9 37:13 38:23 39:15 | |
| noted(1) 35:20 | |
| notice(17) 7:17 16:9 16:23 17:2 17:3 18:22 19:16 20:8 20:22 32:22 33:10 33:10 33:21 35:8 35:13 35:13 35:20 | |
| notices(1) 34:5 | |
| november(1) 24:4 | |
| now(5) 5:20 7:12 9:11 12:16 17:18 29:18 34:24 | |
| number(5) 7:18 14:3 23:1 30:4 31:12 | |
| object(1) 8:1 | |
| objection(27) 5:13 5:14 5:17 5:22 6:3 6:15 6:17 9:14 9:17 9:20 10:3 10:23 10:24 11:9 11:15 11:20 12:6 12:14 13:11 15:2 15:5 15:12 21:18 37:20 38:6 39:18 | |
| obligation(1) 20:6 | |
| obligations(1) 14:18 | |
| obtain(1) 22:19 | |
| obviously(6) 13:19 20:9 29:18 34:13 35:17 35:19 | |
| offer(2) 7:5 33:24 | |
| official(5) 2:4 2:19 2:50 3:5 12:12 | |

| Word | Page:Line |
|---|---|
| okay(19) 6:9 6:25 11:12 22:4 22:6 22:12 23:18 25:6 25:13 26:9 26:10 27:3 29:8 32:6 36:12 36:17 36:19 38:9 40:12 | |
| olivia(1) 3:42 | |
| omnibus(1) 5:13 | |
| once(2) 27:12 28:23 | |
| one(22) 1:33 2:8 2:14 5:8 6:16 8:23 17:2 17:24 20:2 21:23 26:5 26:16 26:22 26:25 27:4 30:1 34:13 35:25 36:2 37:12 38:19 39:5 | |
| one's(1) 39:11 | |
| ongoing(1) 23:5 | |
| only(11) 5:14 8:11 10:11 13:15 24:1 30:19 32:9 34:8 34:11 35:6 36:6 | |
| onto(1) 24:19 | |
| opening(1) 32:16 | |
| opinion(2) 28:4 30:12 | |
| opportunity(4) 18:8 25:20 28:18 34:13 | |
| option(2) 16:18 32:6 | |
| order(28) 5:14 5:15 5:19 5:21 5:24 9:1 10:19 11:10 11:19 11:21 12:6 12:15 12:24 13:13 14:3 14:4 14:21 31:21 32:9 36:13 36:14 36:14 36:16 36:22 37:21 37:21 38:6 40:14 | |
| ordered(1) 17:23 | |
| orders(2) 5:9 35:4 | |
| originally(1) 36:7 | |
| other(18) 9:23 10:4 11:16 12:21 15:23 16:8 16:17 18:4 20:16 22:15 22:23 30:2 31:25 32:10 33:1 33:15 35:8 36:6 | |
| otherwise(1) 11:7 | |
| ought(1) 22:17 | |
| our(31) 6:6 6:10 7:17 7:24 9:20 10:3 10:8 14:17 15:15 17:19 18:22 19:5 19:16 20:2 20:13 21:7 26:6 31:4 33:9 34:21 34:23 35:2 35:3 35:10 37:5 37:14 38:14 39:5 39:6 39:10 | |
| out(12) 9:17 12:20 15:20 15:21 16:7 18:2 22:22 24:5 27:9 32:1 34:4 37:22 | |
| outgoing(1) 27:24 | |
| over(8) 6:8 8:25 14:6 15:5 16:11 17:5 19:5 24:23 | |
| over-zealous(1) 27:16 | |
| overy(1) 3:14 | |
| own(1) 15:17 | |
| pandora's(1) 32:17 | |
| park(1) 2:8 | |
| paroski(13) 6:1 6:2 6:5 6:17 7:2 7:5 7:7 7:16 7:23 8:14 9:5 11:15 36:22 | |
| parse(1) 6:22 | |
| participation(1) 37:19 | |
| particular(4) 27:10 29:11 29:22 30:19 | |
| particularly(4) 13:21 14:12 16:25 17:14 | |
| party(1) 23:4 | |
| passionate(1) 30:7 | |
| password(1) 39:7 | |
| patterson(1) 3:10 | |
| paul(2) 4:5 4:5 | |
| pending(1) 37:22 | |
| pennsylvania(1) 1:41 | |
| pentition(1) 3:31 | |
| people(40) 9:1 13:12 15:11 15:25 16:12 16:22 16:25 17:1 17:15 17:24 18:22 19:5 19:8 19:10 19:11 19:13 20:2 20:15 21:1 22:8 22:23 23:1 23:15 27:4 27:11 27:16 27:17 29:16 30:1 30:8 30:17 32:22 33:8 33:11 33:12 33:20 34:11 39:18 40:6 | |
| per(5) 3:49 4:1 4:5 24:13 24:13 | |
| perform(1) 26:6 | |
| perhaps(5) 21:13 21:23 22:21 | |
| period(1) 35:12 | |

| Word | Page:Line |
|---|---|
| person(4) 17:3 21:11 21:12 24:13 | |
| personal(1) 19:21 | |
| personality(1) 27:23 | |
| personally(2) 35:15 39:11 | |
| persons(3) 31:25 32:2 38:12 | |
| phillips(1) 3:36 | |
| phone(11) 6:4 18:7 20:15 23:15 26:12 28:15 31:11 31:12 34:10 34:12 36:1 | |
| picture(1) 30:9 | |
| piece(1) 25:17 | |
| place(1) 33:3 | |
| plan(2) 7:11 39:8 | |
| plans(1) 11:5 | |
| plaza(1) 1:33 | |
| pleading(1) 8:22 | |
| pleadings(1) 15:20 | |
| please(4) 5:3 26:15 26:16 26:23 | |
| pleased(1) 36:18 | |
| podium(1) 6:8 | |
| point(5) 21:14 34:16 36:3 36:9 40:1 | |
| points(1) 32:8 | |
| policy(1) 14:7 | |
| poor(1) 13:22 | |
| portion(1) 9:9 | |
| position(2) 20:13 29:25 | |
| possible(2) 21:25 32:23 | |
| post(1) 15:22 | |
| posted(1) 21:9 | |
| posting(1) 16:24 | |
| potential(1) 14:7 | |
| potentially(1) 17:16 | |
| ppearances(2) 1:21 2:1 | |
| practical(3) 38:11 39:22 39:24 | |
| practice(3) 3:12 14:16 16:11 | |
| prejudge(1) 39:16 | |
| prejudging(1) 38:14 | |
| prejudice(5) 9:11 10:6 10:20 11:2 11:8 | |
| premature(2) 9:8 10:13 | |
| prepare(3) 36:13 36:13 36:16 | |
| prepared(2) 12:5 15:3 | |
| pretty(2) 10:8 38:4 | |
| prior(5) 9:24 10:1 10:1 16:2 35:20 | |
| priority(1) 29:10 | |
| privacy(3) 15:18 38:17 38:18 | |
| pro(8) 3:49 3:50 4:1 4:2 4:5 4:6 9:5 22:5 | |
| probably(3) 18:12 18:13 25:6 | |
| proceed(1) 25:12 | |
| proceedings(3) 1:17 1:45 41:8 | |
| process(7) 27:11 33:7 33:19 34:3 37:20 38:22 40:6 | |
| produce(1) 40:2 | |
| produced(3) 1:46 38:15 38:16 | |
| production(1) 39:10 | |
| professionalized(1) 35:5 | |
| professionals(1) 23:10 | |
| promissory(1) 9:18 | |
| proper(1) 19:7 | |
| propose(3) 9:21 10:15 37:16 | |
| proposed(3) 9:9 10:3 17:22 | |
| propounded(1) 37:25 | |
| protected(3) 19:2 21:6 39:7 | |
| protection(1) 23:8 | |
| provide(4) 23:12 32:4 33:10 33:17 | |
| provided(3) 11:3 14:25 33:10 | |
| publicly(5) 15:10 15:17 16:25 17:21 32:5 | |
| purchaser(2) 7:6 8:7 | |
| purported(2) 21:9 21:10 | |
| purpose(2) 18:4 32:12 | |
| put(6) 5:17 13:8 14:14 16:9 20:2 31:11 | |
| putting(3) 10:17 13:6 17:20 | |
| question(2) 15:13 30:23 | |
| questions(3) 25:21 38:25 | |
| quickly(1) 38:5 | |
| qureshi(1) 2:7 | |
| rafael(3) 2:34 34:19 39:4 | |
| raise(2) 7:25 15:11 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **raised**(3) 15:2 35:17 37:19 | | **right**(43) 7:13 8:8 8:14 8:19 8:20 9:2 9:11 10:14 11:5 12:7 12:8 14:22 14:24 15:5 15:12 15:21 17:9 17:11 17:12 17:13 17:16 18:21 19:9 20:11 20:18 20:18 22:4 23:21 25:9 25:23 26:1 27:9 29:13 29:24 30:13 31:7 31:15 31:18 32:15 34:24 35:22 36:10 39:14 40:14 | **sensitivities**(1) 28:16 | | **state**(4) 27:14 27:24 29:11 29:15 |
| **rather**(4) 10:17 30:11 39:25 40:7 | | | | **sensitivity**(1) 14:12 | | **stated**(1) 9:25 |
| **raymond**(2) 4:9 4:10 | | | | **sent**(1) 15:5 | | **states**(3) 1:1 1:19 5:20 |
| **re-plea**(1) 9:14 | | | | **september**(1) 40:11 | | **status**(1) 24:23 |
| **reach**(4) 15:20 16:7 23:15 37:22 | | | | **series**(1) 39:10 | | **staying**(1) 27:5 |
| **reached**(2) 5:16 18:2 | | | | **serve**(1) 34:3 | | **ste**(2) 2:29 2:36 |
| **reaching**(1) 15:20 | | | | **served**(3) 7:16 7:20 34:25 | | **steen**(1) 1:29 |
| **read**(3) 6:17 6:18 11:14 | | **rightly**(1) 26:5 | | **service**(14) 1:39 1:46 7:19 14:5 14:15 15:11 10:22 22:20 22:21 25:19 27:7 33:13 33:14 33:15 | | **stephanie**(1) 3:7 |
| **readily**(2) 14:8 14:14 | | **rights**(2) 34:23 35:10 | | | | **stephen**(1) 6:1 |
| **reading**(1) 30:21 | | **ripe**(1) 9:11 | | | | **strauss**(2) 2:5 2:51 |
| **realize**(1) 28:19 | | **ripened**(1) 17:15 | | **services**(2) 1:39 5:16 | | **street**(4) 1:11 1:40 2:15 2:44 |
| **really**(9) 11:13 22:13 23:6 23:16 25:11 27:22 30:16 35:3 35:9 | | **rising**(1) 34:8 | | **set**(5) 10:5 10:8 15:15 29:11 38:15 | | **strong**(1) 37:10 |
| | | **risk**(1) 17:20 | | **sets**(1) 38:25 | | **struggle**(2) 29:7 29:10 |
| **reason**(2) 13:15 33:17 | | **robert**(1) 1:32 | | **seven**(2) 24:11 24:12 | | **stuff**(1) 30:20 |
| **reasonable**(1) 34:1 | | **rodney**(2) 2:14 2:43 | | **several**(2) 19:5 20:9 | | **stupid-proof**(1) 30:24 |
| **reasons**(1) 23:19 | | **rohrbaugh**(28) 26:14 26:16 26:18 26:20 26:20 26:21 26:22 26:25 27:4 27:20 27:23 28:11 28:22 29:2 29:6 29:9 29:12 29:14 29:22 30:1 30:5 30:7 30:14 30:18 31:2 31:7 31:9 31:10 31:16 | | **shall**(4) 9:1 11:5 11:9 40:9 | | **subject**(2) 13:5 38:18 |
| **rebecca**(1) 3:19 | | | | **share**(4) 13:20 14:22 15:4 27:13 | | **submit**(2) 11:10 12:13 |
| **recall**(1) 8:9 | | | | **shared**(3) 19:17 35:6 38:23 | | **subscriptions**(1) 18:4 |
| | | | | **sharing**(4) 16:17 38:19 38:20 39:23 | | **such**(1) 7:16 |
| **receive**(4) 7:7 12:3 22:8 32:3 | | | | **short**(3) 30:25 33:6 37:3 | | **suddenly**(1) 15:22 |
| **received**(4) 12:14 21:18 21:8 21:8 | | **role**(2) 16:5 40:8 | | **short-term**(1) 30:21 | | **sufficient**(1) 33:2 |
| **receiving**(2) 22:20 25:19 | | **rooney**(1) 2:27 | | **should**(4) 9:10 9:19 20:12 36:14 | | **suggested**(1) 22:8 |
| **recently**(1) 8:11 | | **roughly**(1) 24:12 | | **show**(1) 15:19 | | **suggesting**(1) 33:24 |
| **recess**(1) 40:17 | | **ruling**(3) 11:13 31:23 34:10 | | **showing**(1) 32:24 | | **suggestion**(3) 32:25 33:6 33:18 |
| **recharacterizing**(1) 10:22 | | **run**(2) 24:16 34:13 | | **shy**(1) 27:17 | | **suited**(1) 19:24 |
| **recognize**(1) 21:14 | | **ryan**(1) 1:32 | | **sick**(1) 29:16 | | **supplement**(1) 33:14 |
| **recollection**(1) 7:24 | | | | **sign**(3) 5:24 12:5 12:16 | | **supplemental**(1) 5:13 |
| **reconcile**(1) 23:11 | | **said**(9) 7:10 8:24 9:25 16:3 21:10 23:11 27:12 28:15 39:24 | | **signed**(2) 13:14 21:18 | | **support**(1) 13:20 |
| **record**(8) 5:6 6:14 31:12 32:8 32:21 34:21 37:7 39:4 | | | | **significance**(1) 25:21 | | **suppose**(1) 31:21 |
| | | | | **similar**(2) 8:22 24:22 | | **sure**(29) 6:2 9:23 12:20 13:13 15:11 16:8 16:22 17:24 18:6 18:22 19:3 19:14 19:19 21:4 23:10 23:17 25:18 26:7 26:17 28:10 28:21 30:6 32:22 34:9 34:11 35:4 36:24 37:14 39:1 |
| **recorded**(1) 1:45 | | **sale**(8) 7:4 7:17 7:22 7:25 8:1 8:16 8:25 9:1 | | **simple**(1) 30:25 | | |
| **recording**(2) 1:45 41:7 | | | | **simply**(2) 20:13 34:22 | | |
| **redactions**(1) 39:10 | | | | **since**(2) 13:21 15:4 | | |
| **referred**(1) 22:16 | | **sales**(1) 30:9 | | **sir**(6) 21:1 26:14 27:7 27:15 28:17 28:24 | | |
| **regards**(1) 5:15 | | **same**(7) 9:19 13:20 13:22 18:25 19:3 38:17 38:22 | | **situated**(1) 20:3 | | **sustain**(1) 11:18 |
| **register**(1) 19:6 | | | | **six**(1) 24:10 | | **system**(1) 28:6 |
| **reinvention**(1) 40:9 | | | | **skelly**(1) 3:7 | | **take**(5) 8:7 8:16 29:25 35:18 40:10 |
| **relating**(1) 12:4 | | **samis**(8) 2:13 12:9 12:11 12:12 12:12 12:17 12:18 41:1 | | **skills**(2) 37:5 37:10 | | **taken**(4) 8:6 9:12 10:9 10:13 |
| **relationships**(2) 19:21 19:23 | | | | **smile**(1) 37:6 | | **taking**(1) 6:16 |
| **relative**(1) 9:24 | | | | **soliciting**(1) 17:9 17:10 | | **talk**(5) 30:8 31:2 34:13 38:3 39:6 |
| **release**(1) 21:24 | | **saw**(4) 18:10 21:13 21:17 26:11 | | **solution**(8) 15:21 16:22 17:23 17:24 20:14 23:25 34:23 39:22 | | **talking**(4) 19:15 21:12 21:20 30:10 |
| **released**(2) 22:21 31:24 | | **say**(8) 19:10 24:13 27:16 28:24 33:11 35:4 37:6 40:9 | | | | **taylor**(1) 2:41 |
| **releasing**(1) 14:7 | | | | | | **team**(1) 37:10 |
| **relevant**(1) 14:18 | | | | **solutions**(2) 16:20 16:21 | | **technicality**(1) 13:8 |
| **reliability**(1) 28:6 | | **says**(2) 9:1 23:6 | | **some**(19) 8:18 15:8 15:9 18:11 19:10 19:11 20:1 20:15 21:13 21:19 25:10 32:1 33:6 35:5 38:16 38:18 38:21 39:1 40:1 | | **tee**(1) 38:4 |
| **relief**(3) 9:23 11:16 28:23 | | **schedule**(2) 13:21 39:23 | | | | **telefonaktiebolaget**(1) 3:36 |
| **remain**(1) 23:7 | | **scheduling**(3) 36:7 37:21 37:21 | | | | **telephone**(5) 6:6 20:21 29:19 29:21 30:3 |
| **remainder**(3) 10:3 11:2 11:7 | | **schuylkill**(1) 1:40 | | **somebody**(3) 29:20 30:22 31:2 | | **telephonic**(1) 2:48 |
| **remember**(1) 18:17 | | **schweitze**(1) 7:14 | | **somebody's**(1) 17:7 | | **tell**(1) 16:19 |
| **remind**(1) 14:19 | | **schweitzer**(57) 1:30 6:7 6:11 6:13 6:14 6:20 6:25 7:4 7:22 8:9 8:14 8:21 9:16 10:15 10:24 11:1 11:12 11:20 11:24 12:19 12:20 13:1 13:5 13:17 14:12 14:11 14:25 17:9 17:12 17:14 17:18 18:19 19:1 19:12 26:11 32:7 32:8 32:16 33:23 35:10 35:25 36:4 36:6 36:12 36:17 36:19 36:25 37:5 37:9 37:12 38:13 39:15 39:18 40:4 40:6 40:12 40:13 | | **someone**(3) 17:9 26:12 34:25 | | **telling**(1) 9:11 |
| **renaissance**(1) 2:22 | | | | **something**(4) 6:8 19:17 25:3 25:5 | | **temporary**(1) 5:15 |
| **renewed**(1) 8:12 | | | | **sometime**(1) 24:3 | | **terminate**(2) 9:18 11:5 |
| **reopening**(1) 39:22 | | | | **somewhat**(2) 6:18 6:21 | | **terminating**(1) 7:11 |
| **reply**(2) 9:21 15:15 | | | | **song**(1) 3:19 | | **termination**(9) 8:10 9:8 9:8 9:17 10:4 10:12 10:25 11:6 11:17 |
| **requests**(4) 37:25 38:1 38:24 | | | | **soon**(1) 36:10 | | **texas**(1) 8:18 |
| **reserve**(2) 34:23 35:10 | | | | **sooner**(1) 31:14 | | **than**(9) 10:4 10:17 11:17 20:7 25:1 30:11 33:1 39:25 40:7 |
| **resolution**(2) 18:5 21:23 | | | | **sorry**(3) 12:1 13:18 26:17 | | |
| **resolve**(2) 25:2 38:4 | | **scope**(1) 10:6 | | **sort**(9) 8:18 12:22 18:11 30:4 30:16 32:1 34:18 35:12 39:1 | | |
| **resolved**(1) 5:9 | | **seal**(3) 14:5 14:16 20:13 | | | | **thank**(41) 5:2 5:23 5:25 6:11 11:20 11:23 11:23 12:9 12:17 12:18 12:18 13:17 13:25 14:1 20:18 20:19 20:20 21:2 22:6 31:7 31:9 31:16 31:18 31:18 31:20 32:7 35:22 35:24 36:4 36:5 36:19 36:25 37:1 37:2 40:12 40:13 40:14 40:16 40:18 41:2 |
| **respect**(6) 9:22 10:2 10:12 11:1 11:17 | | **sealed**(1) 21:7 | | | | |
| **respond**(1) 20:6 | | **sealing**(1) 34:17 | | **sound**(2) 1:45 41:7 | | |
| **responding**(2) 25:25 28:12 | | **seated**(1) 5:3 | | **sounds**(1) 23:25 | | |
| **response**(2) 34:21 34:21 | | **second**(1) 5:13 | | **speak**(5) 19:22 20:13 20:24 30:19 36:2 | | |
| **responses**(2) 24:5 38:24 | | **secondly**(1) 5:20 | | **special**(1) 37:10 | | |
| **rest**(2) 9:19 34:5 | | **secure**(1) 31:3 | | **specific**(1) 11:3 | | **thanks**(1) 41:1 |
| **resubmission**(1) 10:18 | | **see**(4) 6:6 25:2 38:5 39:6 | | **specifically**(1) 14:22 | | |
| **retained**(1) 8:25 | | **seeing**(1) 15:4 | | **spider**(1) 40:1 | | |
| **retaliation**(5) 8:3 8:6 9:7 10:1 10:10 | | **seeking**(2) 9:23 11:16 | | **split**(1) 23:16 | | |
| **retention**(1) 12:24 | | **seeks**(1) 11:4 | | **square**(2) 2:14 2:43 | | |
| **retiree**(1) 2:19 | | **seems**(3) 10:16 29:19 38:9 | | **stake**(1) 26:6 | | |
| **retirees**(2) 3:6 13:10 | | **seen**(1) 13:16 | | **stand**(1) 40:17 | | |
| **reverse**(1) 17:7 | | **segal**(2) 3:6 3:6 | | **stargatt**(1) 2:40 | | |
| **review**(1) 35:17 | | **self-identify**(1) 32:18 | | **starke**(1) 3:46 | | |
| **reviewed**(1) 36:22 | | **sell**(1) 17:7 | | **start**(2) 15:23 33:20 | | |
| **revise**(1) 36:20 | | **send**(2) 22:22 32:1 | | **starting**(1) 5:10 | | |
| **revised**(1) 11:21 | | **sense**(2) 30:14 30:15 | | | | |
| **richards**(1) 2:12 | | **sensitive**(1) 35:16 | | | | |

| Word | Page:Line |
|---|---|

**that(250)** 5:14 5:14 5:20 5:22 5:24 6:3 6:20 6:22 6:25 7:1 7:1 7:4 7:5 7:6 7:8 7:8 7:9 7:14 7:17 7:18 7:19 7:19 8:2 8:3 8:4 8:5 8:11 8:23 8:23 8:24 9:4 9:4 9:9 9:10 9:14 9:15 9:20 9:20 9:22 9:24 9:25 10:1 10:3 10:10 10:20 10:20 10:20 11:3 11:4 11:6 11:8 11:11 11:13 11:14 11:14 11:15 11:16 11:18 11:19 11:21 12:2 12:5 12:6 12:14 12:22 13:2 13:7 13:13 13:15 14:2 14:6 14:11 14:16 14:19 15:4 15:4 15:18 15:21 15:23 15:24 16:3 16:4 16:5 16:6 16:6 16:8 16:13 16:15 16:17 16:18 16:19 17:2 17:4 17:18 17:18 17:19 17:22 17:22 17:23 17:23 17:23 18:4 18:4 18:12 18:17 18:21 19:1 19:2 19:3 19:7 19:13 19:14 19:15 19:15 19:16 19:23 19:25 20:1 20:5 20:8 20:15 20:16 21:15 21:17 21:18 21:18 21:20 21:22 21:23 21:23 22:18 22:20 22:25 23:2 23:7 23:10 23:11 23:12 23:12 23:13 23:14 23:19 24:1 24:1 24:14 24:17 25:10 25:12 25:19 25:20 26:1 26:5 27:4 27:11 27:13 27:13 27:14 27:21 28:5 28:16 28:17 28:24 29:2 29:19 30:1 30:4 30:14 30:16 30:16 30:17 30:17 30:20 30:23 31:1 31:5 31:5 31:22 31:23 32:2 32:3 32:8 32:9 32:9 32:10 32:12 32:16 32:17 32:21 33:1 33:2 33:2 33:6 33:7 33:9 33:11 33:11 33:13 33:18 33:19 33:21 33:25 33:25 34:1 34:2 34:4 34:5 34:9 34:24 35:1 35:1 35:2 35:4 35:7 35:14 35:18 36:1 36:7 36:8 36:18 36:21 37:14 37:15 37:15 37:17 37:18 37:24 37:25 37:25 38:7 38:10 38:11 38:13 38:14 38:15 38:17 38:18 38:19 38:20 38:23 39:9 39:12 39:13 39:20 40:8 40:11 40:14 41:6

**that's(32)** 9:21 10:12 10:15 14:14 14:25 15:6 16:18 16:21 16:22 17:13 19:17 19:24 20:13 21:25 21:25 22:6 24:12 25:9 25:11 26:9 28:1 28:4 28:11 28:24 29:15 32:6 32:15 33:23 35:9 36:12 37:13 38:2

**the(301)** 1:1 1:2 1:18 2:35 5:2 5:5 5:6 5:7 5:11 5:12 5:13 5:14 5:17 5:20 5:21 5:23 5:25 6:1 6:1 6:2 6:4 6:5 6:6 6:8 6:9 6:11 6:14 6:14 6:15 6:16 6:18 6:21 6:22 6:24 7:1 7:3 7:5 7:9 7:9 7:11 7:13 7:17 7:17 7:18 7:19 7:21 7:22 7:23 7:25 7:25 8:1 8:8 8:10 8:13 8:14 8:16 8:18 8:20 8:22 8:24 8:24 8:25 8:25 9:7 9:8 9:9 9:15 9:17 9:17 9:18 9:19 9:19 9:19 9:22 10:2 10:3 10:3 10:4 10:6 10:7 10:7 10:9 10:10 10:11 10:12 10:14 10:17 10:18 10:19 10:22 10:25 10:25 11:2 11:4 11:4 11:4 11:6 11:6 11:7 11:7 11:10 11:10 11:11 11:13 11:15 11:17 11:17 11:21 11:23 11:25 12:2 12:12 12:3 12:5 12:6 12:7 12:8 12:9 12:11 12:12 12:15 12:16 12:18 12:21 12:22 12:23 12:24 12:25 13:1 13:2 13:4 13:9 13:9 13:10 13:14 13:15 13:15 13:20 13:22 13:25 14:2 14:3 14:3 14:4 14:4 14:5 14:6 14:6 14:10 14:13 14:19 14:20 14:20 14:22 14:22 14:24 14:24 15:2 15:5 15:10 15:13 15:14 15:16 15:19 15:21 15:22 16:2 16:6 16:7 16:9 16:10 16:11 16:14 16:15 16:24 17:2 17:2 17:5 17:6 17:6 17:8 17:11 17:13 17:17 17:18 17:20 18:2 18:2 18:6 18:7 18:7 18:8 18:10 18:10 18:11 18:16 18:24 18:25 19:1 19:3 19:4 19:5 19:8 19:9 19:11 19:14 19:15 19:17 19:19 19:20 19:25 19:25 20:4 20:11 20:15 20:18 20:20 20:20 20:21 20:23 21:7 21:8 21:10 21:15 21:19 21:21 21:22 21:23 21:17 21:22 21:24 21:24 22:1 22:2 22:4 22:6 22:8 22:10 22:11 22:12 22:21 22:21 22:22 22:22 23:2 23:12 23:12 23:14 23:16 23:18 23:19 23:21 23:24 23:25 24:2 24:3 24:8 24:9 24:12 24:18 24:21 24:22 24:25 25:2 25:3 25:9 25:11 25:12 25:15 25:16 25:18 25:20 25:21 26:4 26:7 26:9 26:11 26:12 26:15 26:17 26:19 26:21 26:24 27:1 27:2 27:3 27:4 27:5 27:8 27:9 27:13 27:15 27:16 27:17 27:19 27:21 28:1 28:2 28:5 28:6 28:9

**the(129)** 28:10 28:12 28:14 28:16 28:18 28:21 28:22 28:25 29:2 29:8 29:11 29:13 29:15 29:18 29:18 29:19 29:24 30:1 30:2 30:2 30:6 30:8 30:9 30:11 30:13 30:15 30:16 30:20 30:24 31:1 31:3 31:4 31:7 31:12 31:13 31:15 31:18 31:21 31:23 31:23 31:23 32:4 32:8 32:9 32:9 32:10 32:12 32:13 32:15 33:2 33:3 33:3 33:7 33:12 33:19 33:22 34:5 34:8 34:9 34:12 34:15 34:17 34:17 34:20 34:22 35:5 35:6 35:7 35:11 35:14 35:15 35:16 35:20 35:22 36:1 36:2 36:5 36:6 36:7 36:10 36:14 36:16 36:18 36:22 36:24 37:1 37:6 37:6 37:7 37:17 37:17 37:19 37:20 37:21 37:24 38:5 38:9 38:11 38:16 38:17 38:21 38:22 39:1 39:4 39:4 39:11 39:13 39:14 39:17 39:19 39:21 39:22 39:25 40:2 40:5 40:9 40:10 40:13 40:15 40:16 40:16 40:19 41:3 41:6 41:7 41:7 41:8

**their(25)** 5:18 5:19 13:9 13:10 14:8 14:16 15:17 16:4 16:16 17:16 17:25 19:7 20:10 20:10 21:13 22:18 25:4 25:21 32:5 32:6 32:11 34:12 34:14 34:14 37:10 37:19

**them(22)** 5:9 5:16 14:14 15:20 15:21 16:16 18:3 18:8 19:3 19:4 19:22 19:24 20:9 22:18 27:12 28:3 28:18 32:12 35:18 35:18 37:23 39:8

**then(10)** 8:9 11:1 15:13 22:22 23:9 25:5 27:17 29:24 32:3 32:18

**there(29)** 7:4 7:8 7:14 7:15 8:5 8:6 9:12 12:6 15:1 15:7 18:12 18:16 20:15 22:13 22:17 22:18 23:1 24:9 25:10 26:12 29:4 32:21 33:11 37:12 37:18 38:10 38:14 38:17 38:19

**there's(23)** 8:4 8:6 9:24 9:25 10:1 10:10 13:7 13:22 14:12 17:4 19:22 19:23 20:5 23:5 24:11 33:4 33:13 33:18 35:25 36:14 37:22 40:7

**these(6)** 16:19 16:20 34:6 37:23 38:17 38:18

**they(37)** 5:17 5:18 8:24 13:1 15:11 15:18 16:7 16:9 17:2 19:6 19:6 19:11 19:15 19:21 19:23 20:1 20:2 20:3 20:6 20:9 20:12 21:12 22:25 23:7 23:14 23:15 23:17 25:5 25:20 32:3 32:4 32:18 33:21 34:3 34:6 37:20 39:7

**they're(4)** 16:21 17:4 17:6 28:2

**they've(3)** 15:19 15:19 17:3

**thing(9)** 10:11 17:6 19:7 27:12 30:4 34:8 36:6 37:12 39:7

**things(2)** 8:24 39:9

**think(52)** 6:7 6:15 6:20 7:1 8:4 8:21 9:8 9:18 9:24 10:7 11:14 11:16 12:21 13:12 13:15 15:15 15:21 17:23 18:8 18:11 18:12 18:13 18:14 18:21 19:16 19:24 20:5 25:11 21:5 21:5 21:17 23:12 24:6 25:6 25:11 25:17 28:13 32:8 32:20 33:7 33:18 33:23 34:8 35:9 35:14 36:6 38:11 38:13 38:14 39:3 39:5 40:8

**thinking(1)** 9:15

**this(41)** 5:10 5:15 7:15 8:12 8:17 8:22 9:5 9:7 9:13 10:22 12:8 12:15 15:7 15:9 17:2 17:20 18:9 19:21 20:25 23:3 23:22 24:2 25:15 26:2 27:10 27:11 27:18 27:20 28:11 28:19 32:20 32:24 33:5 34:16 34:17 34:23 35:12 35:21 36:2 36:9 36:15 37:17

**those(13)** 7:15 20:2 20:3 21:20 22:7 22:23 28:19 32:2 32:17 33:15 33:17 38:16 39:12

**though(4)** 19:12 20:14 27:6 27:23

**thought(6)** 13:21 21:25 22:20 35:6 38:10 38:14

**three-ring(1)** 26:6

**through(14)** 5:8 6:16 6:22 12:23 18:1 19:5 27:11 30:21 38:21 38:21 39:5 39:10 39:13 40:7

**tied(1)** 25:4

**tightrope(2)** 25:24 26:1

**time(21)** 7:8 7:9 7:25 8:3 8:5 8:11 8:23 9:19 12:15 13:22 18:25 19:3 24:4 24:6 25:9 25:14 28:16 28:23 29:6 35:12 35:18

**timeframe(1)** 24:2

**timeframes(1)** 19:15

**timely(1)** 28:8

**times(1)** 40:3

**tire(1)** 9:16

**today(6)** 13:10 18:15 18:19 21:2 31:23

**togut(1)** 3:6

**told(1)** 37:1

**too(1)** 38:9

**tools(1)** 35:2

**traditional(4)** 33:12 33:14 33:15 33:18

**transcriber(1)** 41:12

**transcript(3)** 1:17 1:46 41:7

**transcription(2)** 1:39 1:46

**treated(1)** 11:9

**tried(1)** 37:2

**truly(1)** 28:3

**trust(4)** 3:31 28:1 30:10 31:3

**trusting(1)** 31:3

**trustworthy(1)** 28:7

**try(6)** 6:21 7:1 28:18 31:13 34:22 38:7

**trying(5)** 9:16 15:20 18:11 23:15 34:13

**tunnell(1)** 1:22 5:7

**turn(2)** 6:8 12:21

**tweed(1)** 3:1

**twenty(1)** 5:12

**two(3)** 7:15 13:22 15:10

**tyler(1)** 3:10

**type(2)** 9:6 19:7

**undependable(1)** 27:7

**under(7)** 13:11 14:4 14:18 15:1 16:14 20:5 20:12

**understand(9)** 8:24 16:18 19:1 22:18 28:5 29:25 30:16 31:23 36:8

**understanding(7)** 6:22 7:23 16:5 18:1 22:1 22:15 29:1

**uneasy(1)** 30:5

**united(3)** 1:1 1:19 5:20

**unless(1)** 12:4

**unmanageable(1)** 40:1

**unsecured(2)** 2:51 12:13

**until(3)** 5:18 11:6 11:6

**upon(2)** 12:6 15:3

**use(4)** 25:13 29:19 32:4 34:22

**used(1)** 9:18

**usually(1)** 31:13

**valid(4)** 11:17 15:12 15:13 21:21

**value(1)** 18:14

**variations(1)** 33:16

**vein(1)** 8:22

**verifying(2)** 21:11 21:22

**very(14)** 13:25 18:23 19:13 25:14 26:2 27:7 27:7 27:17 27:24 30:22 30:24 30:25 31:8 38:10

**view(1)** 14:17

**vince(1)** 13:22

**vis-à-vis(1)** 28:9

**volunteer(1)** 16:19

**volunteered(1)** 19:20

**volunteering(1)** 16:20

**vulnerability(1)** 19:2

**vulnerable(4)** 18:23 20:4 21:6 21:15

**wait(1)** 5:18

**walk(2)** 25:24 26:1

**want(16)** 18:17 19:3 19:14 22:13 25:18 27:17 32:3 32:4 32:19 32:24 33:5 34:6 34:12 34:22 37:24 39:19

**wanted(8)** 5:18 13:12 28:4 28:17 28:25 34:25 37:13 38:6

**wants(1)** 31:11

**was(44)** 5:18 5:19 6:18 6:24 7:4 7:5 7:8 7:14 7:16 7:16 7:19 8:5 8:6 8:11 9:15 10:8 12:6 13:23 15:1 15:14 16:13 18:10 19:11 22:10 22:10 23:13 27:10 27:12 27:15 28:23 29:6 34:8 34:10 34:21 34:22 35:3 35:7 36:7 36:7 37:18 38:10 39:20 41:3

**wasn't(1)** 7:17

**way(19)** 12:2 17:19 18:11 18:12 21:11 21:22 23:13 24:22 25:12 26:7 30:8 33:11 34:4 35:7 37:6 38:2 38:20 39:13 39:25

**ways(3)** 32:23 34:1 38:11

**web(1)** 40:1

**webb(1)** 3:10

**website(3)** 19:5 33:4 39:6

**websites(2)** 21:9 39:6

**wednesday(1)** 5:1

**well(14)** 6:4 6:25 10:8 13:20 13:25 18:8 18:14 19:10 19:18 22:12 24:8 29:3 34:15 39:21

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **were**(7) 15:3  17:23  23:16  27:1  27:13 27:15  35:5 | | **working**(1) 39:23 | |
| | | **works**(1) 37:17 | |
| | | **world**(2) 20:5  30:2 | |
| **west**(1) 2:36 | | **worth**(1) 6:16 | |
| **we'd**(3) 23:11  24:4  38:4 | | **would**(35) 8:21  9:21  10:20  11:11  12:14 14:17  15:12  16:5  16:12  17:24  20:24  21:15 21:22  22:7  22:9  22:22  22:23  22:25  23:2 23:4  23:7  23:14  24:23  26:25  27:25  29:20 30:1  30:17  32:18  33:19  33:20  33:24  36:12 38:15  39:12 | |
| **we'll**(8) 11:20  25:1  26:6  34:5  36:10  38:3 38:7  40:17 | | | |
| **we're**(32) 8:2  9:12  9:16  9:20  9:23  10:18 11:8  12:2  12:21  19:15  20:7  21:19  24:2 26:23  28:16  29:12  29:16  30:10  32:16 32:20  33:7  33:13  33:17  33:23  34:2  34:4 38:2  38:23  39:15  39:20  39:23  40:15 | | **wow**(1) 28:24 | |
| | | **write**(1) 24:14 | |
| | | **www.diazdata.com**(1) 1:43 | |
| | | **yeah**(1) 22:9 | |
| | | **year**(8) 8:10  8:17  15:19  15:19  16:11  19:5 33:3  33:4 | |
| **we've**(7) 20:14  20:16  33:6  33:10  35:7 39:9  40:15 | | | |
| **what**(21) 5:17  9:9  9:21  9:23  10:2  10:6 10:15  11:2  11:3  14:17  20:16  24:12  26:23 27:1  27:20  27:21  29:16  29:19  30:18  33:24 35:3 | | **yes**(33) 5:11  5:11  7:3  7:21  8:13  11:11 12:25  13:4  13:14  14:10  17:17  18:10  18:24 20:24  21:1  23:24  24:18  24:21  26:4  26:14 26:15  26:18  26:19  26:21  26:24  27:19 29:23  31:1  37:11  38:13  39:2  40:4  40:5 | |
| **whatever**(5) 23:4  23:10  30:9  38:3  39:2 | | **yesterday**(2) 13:14  39:20 | |
| **what's**(2) 28:19  35:9 | | **york**(2) 1:34  2:9 | |
| **wheel**(1) 40:9 | | **you**(125) 5:2  5:23  5:24  5:25  6:5  6:11  6:17 6:21  9:5  10:16  10:18  11:20  11:23  11:23 12:9  12:17  12:18  12:18  13:15  13:17  13:25 14:1  16:19  17:1  17:6  17:7  17:25  18:16 18:17  19:10  20:18  20:19  20:20  21:2  21:5 21:7  21:11  21:15  21:17  21:17  21:20  22:2 22:6  22:7  22:14  22:14  22:16  23:6  23:6 24:3  24:4  24:5  24:16  24:20  24:22  25:3 25:6  25:7  26:11  26:17  26:19  27:15  27:16 27:17  27:20  27:21  27:24  28:5  28:8  28:9 28:13  28:15  28:23  29:4  29:9  29:11  29:12 29:15  29:18  29:20  29:20  29:21  29:21  30:2 30:18  31:7  31:9  31:17  31:18  31:18  31:20 32:1  32:7  33:2  33:9  33:20  33:25  35:11 35:19  35:20  35:22  35:22  35:24  36:4  36:5 36:13  36:19  36:20  36:24  36:25  37:1  37:1 37:2  37:2  38:5  38:6  39:19  39:24  39:25 40:12  40:13  40:14  40:16  40:18  41:2 | |
| **when**(10) 8:17  15:24  17:1  17:14  18:18 27:14  31:2  31:5  34:3  35:20 | | | |
| **where**(13) 7:9  14:5  14:8  17:10  22:17  24:2 27:5  27:17  27:24  28:1  28:4  29:20  39:7 | | | |
| **whereupon**(1) 41:3 | | | |
| **whether**(8) 13:1  22:7  22:24  24:4  27:8 27:8  28:7  35:8 | | | |
| **which**(10) 5:12  8:11  10:5  10:18  10:20 14:3  14:4  15:11  20:9  32:1 | | | |
| **while**(1) 12:2 | | | |
| **who**(26) 13:8  15:8  15:9  16:8  17:15  20:23 21:21  22:8  22:13  22:14  22:22  23:2  23:3 23:6  26:12  26:19  28:19  29:20  30:1  32:3 33:12  34:16  39:6  39:8  39:19  40:8 | | **young**(3) 2:27  2:40  3:14 | |
| | | **your**(59) 5:4  5:7  5:9  5:15  5:25  6:13  6:14 6:20  6:24  7:12  10:16  11:15  11:19  11:20 11:25  12:9  12:13  12:14  12:17  12:20  13:17 13:19  14:5  14:19  16:12  18:18  18:21  20:24 21:2  22:9  23:22  24:15  25:4  25:6  26:18 28:5  28:17  29:7  29:25  30:3  31:8  31:9 31:10  31:16  31:20  32:7  35:19  35:24  36:4 36:13  36:19  36:20  37:12  37:16  38:8  40:12 40:18  41:1  41:2 | |
| **wholly**(1) 35:14 | | | |
| **why**(1) 18:19 | | | |
| **wick**(1) 3:36 | | | |
| **will**(13) 6:8  11:18  11:18  12:16  31:24  33:2 35:17  36:8  36:13  37:16  37:22  40:10  40:14 | | | |
| **willkie**(1) 3:31 | | **yourself**(2) 15:12  15:13 | |
| **wilmington**(8) 1:12  1:26  2:16  2:24  2:30 2:37  2:45  5:1 | | **yourselves**(1) 22:16 | |
| | | **you'll**(2) 8:9  29:3 | |
| **wise**(1) 12:3 | | **you're**(8) 5:3  7:11  13:18  18:18  25:14 29:25  30:1  37:15 | |
| **wish**(3) 12:10  15:18  20:21 | | | |
| **wished**(2) 26:12  34:16 | | | |
| **wishes**(2) 12:5  36:1 | | **you've**(2) 18:23  22:16 | |
| **with**(68) 5:10  5:15  5:16  6:21  7:17  7:22 9:9  9:21  9:22  10:2  10:5  10:12  10:19 10:21  11:1  11:2  11:7  11:17  12:21  14:11 14:13  14:16  14:17  14:23  16:4  16:6  16:10 16:13  16:17  17:3  17:20  18:1  19:4  19:6 19:14  19:21  19:23  20:14  20:16  20:16 20:21  20:22  22:24  23:13  24:1  24:19  25:6 25:24  27:10  27:25  28:5  29:10  29:21  30:7 30:11  30:20  31:4  31:5  33:14  35:6  35:10 37:6  37:14  37:23  38:19  38:24  39:21  39:22 | | **zahralddin**(42) 2:34  13:19  14:1  16:2  16:21 17:22  18:5  18:13  18:14  18:17  18:21  18:25 19:10  19:20  20:12  20:19  23:9  23:19  24:9 24:11  24:15  24:19  24:22  25:1  25:3  25:17 25:23  26:5  26:10  31:10  31:19  31:20  34:3 34:19  34:19  35:19  35:23  35:24  37:23  39:3 39:4  41:2 | |
| **withdrawal**(1) 10:17 | | | |
| **withdrawn**(2) 8:11  9:10 | | **zahralddin's**(1) 16:11 | |
| **within**(3) 13:3  31:13  33:17 | | **zloto**(1) 3:24 | |
| **without**(9) 9:10  10:20  15:24  20:4  21:14 35:1  36:8  38:13  39:22 | | **zone**(3) 27:14  27:14  27:25 | |
| **wonderful**(2) 6:9  11:23 | | | |
| **word**(2) 15:14  34:22 | | | |
| **wording**(1) 31:21 | | | |
| **words**(1) 9:18 | | | |
| **work**(6) 23:13  37:23  39:5  39:13  39:20 | | | |