IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 8196 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 17, 2012, I caused to be served the "Debtors' Reply in Further Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees," dated August 17, 2012 [Docket No. 8196], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
___ day of August, 2012

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Reply re Motion to Seal_DI 8196_AFF_8-17-12_JUDGE.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALMS, MICHAEL | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| BARRY, CHARLES | 4090 OLD FRANKLINTON ROAD FRANKLINTON NC 27525 |
| BASS, JANET | 1228 MOULTRIE COURT RALEIGH NC 27615 |
| BEASLEY, BRENT | 541 AMMONS RD DUNN NC 28334 |
| BORRON, JEFFREY | 13851 TANGLEWOOD DR. FARMERS BEACH TX 75234 |
| BOSWELL MANN, WENDY | 2114 CLARET LANE MORRISVILLE NC 27560 |
| CARLSEN, ROGER | 462 E CALLE DE OCASO SAHUARITA AZ 85629 |
| DAVID, DANIEL | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DAY, MARILYN | 2020 FOX GLEN DR. ALLEN TX 75013 |
| DEAN, NAJAM | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| DIKENS, THOMAS | 2612 BENGAL LANE PLANO TX 75023 |
| DOVER, ROBERT | 2509 QUAIL RIDGE RD MELISSA TX 75454 |
| ELLIOT, JOHN | 6 GROUSE LANE MERRIMACK NH 03054 |
| ENGELMAN, RICHARD | 1505 NEVADA DRIVE PLANO TX 75093 |
| FLETCHER, BERT | 35 BROOMHILL COURT CLAYTON NC 27527 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| GALLAGHER, BARBARA | 410 WEST ACRES ROAD WHITESBORO TX 76273 |
| GENNETT, SCOTT | 16 WILDWOOD STREET LAKE GROVE NY 11755 |
| GREEN, MARILYN | 1106 BOSTON HOLLOW RD. ASHLAND CITY TN 37015 |
| GRISSOM, CRICKETT | 2580 W. PORTER CREEK AVE PORTERVILLE CA 93257 |
| GUEVARRA, EDWARD | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| HAMES, JANETTA | 649 FOSSIL WOOD DRIVE SAGINAW TX 76179 |
| HAZELRIG, KENNETH | 8170 SOLWAY CT WINSTON GA 30187 |
| HENRY, BRAD | 11596 W SIERRA DAWN BLVD LOT 386 SURPRISE AZ 85378 |
| HODGES, RICHARD | 4707 PEACH TREE LANE SACHSE TX 75048 |
| HOLBROOK, MARY | 1181 GREY FOX CT. FOLSOM CA 95630 |
| HOWARD, SCOTT | 2050 CABIAO ROAD PLACERVILLE CA 95667 |
| HUNT, JAMES | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| IRISH, DIANNA | 235 ATRIUM COURT WARNER ROBINS GA 31088 |
| JANIS, MARK | 193 VIA SODERINI APTOS CA 95003 |
| JONES MANN, FELICIA | 525 N. ACADEMY STREET CARY NC 27513 |
| JONES, DEBORAH | PO BOX 458 WILLOW SPRING NC 27592 |
| LAWRENCE, PETER | 16295 VIA VENETIA W DELRAY BEACH FL 33484 |
| LEE, JAMES | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| LINDOW, FRED | PO BOX 33206 LOS GATOS CA 95031-3206 |
| LITZ, DAVID | 316 N MANUS DR. DALLAS TX 75224 |
| LONG, VERNON | 4929 KELSO LANE GARLAND TX 75043 |
| MARTEL, ROBERT | 200 LIGHTHOUSE LANE APT B3 CEDAR POINT NC 28584 |
| MASSENGILL, TERRY | 126 KERI DR. GARNER NC 27529 |
| MCWALTERS, MICHAEL | PO BOX 338 ALVISO CA 95002 |
| MERCER, JOHN | 121 MONASTERY RD. PINE CITY NY 14871 |
| MULLETT, REID | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |
| NGUYEN, KIM | 684 GRAND FIR AVE APT #2 SUNNYVALE CA 94086 |
| PATEL, KAUSHIK | 5665 ARAPAHO RD. APT. #1023 DALLAS TX 75248 |
| PAYNE, JOHN | 2 ORANGE AVE NEW HARTFORD NY 13413 |
| PHILIPS, MARK | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| RAYMOND, CAROL | 7962 S.W. 185 ST. MIAMI FL 33157 |
| REED, WILLIAM | 7810 HEATON DRIVE THEODORE AL 36582-2362 |
| REESE, KATHLEEN | 200 CARNEGIE DRIVE MILPITAS CA 95035 |

| Claim Name | Address Information |
|---|---|
| REXROAD, MICHAEL | 5244 LINWICK DR FUQUAY VARINA NC 27526 |
| ROSE JR., RONALD | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| ROSSI, JOHN | 1568 WOODCREST DR. WOOSTER OH 44691 |
| SANDNER, CHARLES | 1970 N LESLIE #3779 PAHRUMP NV 89060 |
| SCHMIDT, CYNTHIA | PO BOX 119 OREGON HOUSE CA 95962 |
| SCHULTHEIS, JUDY | 2201 SWEETBRIAR DRIVE ALEXANDRIA VA 22307-1523 |
| SEYMOUR, LYNETTE | 16711 RIVENDELL LANE AUSTIN TX 78737 |
| SORIANO, CHAD | 8974 HICKORY AVE. HESPERIA CA 92345 |
| TOTMAN, CARMEL | 164 BERTON STREET BOONE NC 28607 |
| UNDERWOOD, CAROLINE | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| VENNEMAN, ADELLA | 5269 RIO GRANDE DRIVE SAN JOSE CA 95136 |
| WADLOW, JERRY | PO BOX 79 WEWOKA OK 74884 |
| WATSON, THELMA | PO BOX 971 BATH SC 29816 |
| WILSON, NANCY | 7101 CHASE OAKS BLVD # 1637 PLANO TX 75025 |
| WOLFE, PAUL | 113 RED DRUM LN. GLOUCESTER NC 28528 |
| YATES, KIM | 207 TOMATO HILL ROAD LEESBURG FL 34748 |

**Total Creditor count  65**