# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780
Page 2
Client #  732310

Matter #  165839

For services through July 31, 2012
relating to  Case Administration

| Date | Role | Name | Hours | Rate | Amount |
|------|------|------|-------|------|--------|
| 07/03/12 | | Review docket (.1); Review and update critical dates (.1) | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 07/12/12 | | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 07/12/12 | | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.2) | | | |
| | Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 07/24/12 | | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 07/24/12 | | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.2) | | | |
| | Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 07/31/12 | | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 07/31/12 | | Review email from B. Witters re: revised draft critical dates calendar (.1); Review same (.2) | | | |
| | Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |

Total Fees for Professional Services                    $604.00

TOTAL DUE FOR THIS INVOICE                              **$604.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780

Page 3

Client #  732310

Matter #  165839

| | |
|---|---|
| BALANCE BROUGHT FORWARD | $1,137.90 |
| **TOTAL DUE FOR THIS MATTER** | **$1,741.90** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780
Page 4

Client #  732310

Matter #  165839

---

For services through July 31, 2012
relating to  Claims Administration

| | | | | |
|---|---|---|---|---|
| 07/06/12 | Finalize and file re: joinder to pleadings to objection to POC's filed by UK pension claimants (.2); Coordinate service re: same (.2); Prepare aos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| 07/06/12 | Review joinder to Debtors' objection to UK Pension claims (.6); Emails to B. Witters re: filing and service of joinder to Debtors' objection to UK Pension claims (.2) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |
| 07/09/12 | Attention to e-mail re: response to deferred comp. procedures motion (.1); Import and prepare re: same (.2); Finalize and file re: same (.2); Coordinate service re: same (.1); Prepare AOS re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 205.00 | $164.00 |
| 07/12/12 | Finalize and file aos re: joinder of objection to POC by UK Pension Plan (.1); Finalize and file aos re: statement of committee in support of motion claims of deferred compensation plan (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |

Total Fees for Professional Services $628.00

**TOTAL DUE FOR THIS INVOICE** **$628.00**
BALANCE BROUGHT FORWARD $1,020.00

**TOTAL DUE FOR THIS MATTER** **$1,648.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780
Page 5
Client #  732310

Matter #  165839

For services through July 31, 2012
relating to  Court Hearings

| 06/11/12 | Research on docket re: interim fee hearings (.2); Prepare for and attend 6/11 hearing (2.5); Draft summary of 6/11 hearing and email with C. Samis re: same (.5) | | | |
| Associate | Andrew C. Irgens | 3.20 hrs. | 325.00 | $1,040.00 |
| 07/09/12 | Retrieve and review re: 7/11/12 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 7/11/12 agenda pleadings (.6) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 205.00 | $164.00 |
| 07/09/12 | Review agenda re: 7/11/12 hearing (.2); Review email from B. Witters re: same (.1); Review amended agenda re: 7/11/12 hearing (.1); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 07/10/12 | Retrieve and review re: 7/11/12 amended agenda (.1); E-mail to distribution re: same (.1); Retrieve re: additional 7/11/12 agenda items (.3); Prepare 7/11/12 hearing binders x3 (1.5); Retrieve and review re: 7/11/12 second amended agenda (.1); E-mail to distribution re: same (.1); Retrieve re: additional 7/11/12 agenda items (.3); Update 7/11/12 hearing binders x3 (.5) | | | |
| Paralegal | Barbara J. Witters | 3.00 hrs. | 205.00 | $615.00 |
| 07/10/12 | Email to B. Witters re: preparation of binders for 7/11/12 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 07/10/12 | Review second amended agenda re: 7/11/12 hearing (.2); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 07/11/12 | Discussions with C. Samis re: 7/11 hearing (.2); Prepare for same (.1) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 325.00 | $97.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780
Page 6
Client #  732310

Matter # 165839

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/11/12 | Prepare for 7/11/12 hearing (2.0); Attend 7/11/12 hearing (6.5); Emails to B. Kahn re: preparation for 7/11/12 hearing and logistics of same (.2) | | | |
| Associate | Christopher M. Samis | 8.70 hrs. | 375.00 | $3,262.50 |
| 07/13/12 | Organize three volumes of binders utilized at the 7/11/12 hearing (.5); Circulate to distribution re: 7/11/12 hearing transcript (rough draft) (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| 07/13/12 | Review email from B. Witters re: 7/11/12 hearing transcript (.1); Review same (.4) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 07/17/12 | Email 7/11/12 hearing transcript to C. Samis | | | |
| Paralegal | Cathy M. Greer | 0.10 hrs. | 205.00 | $20.50 |
| 07/17/12 | Emails to B. Kahn re: final transcript for 7/11/12 hearing (.2); Emails to C. Greer re: obtaining final transcript for 7/11/12 hearing (.2); Prepare for 7/17/12 hearing (.8); Attend 7/17/12 hearing (1.3) | | | |
| Associate | Christopher M. Samis | 2.50 hrs. | 375.00 | $937.50 |
| 07/23/12 | Circulate to distribution re: (final) 7/11/12 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 07/30/12 | Retrieve and review re: 8/1/12 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: pleadings for 8/1/12 agenda (.2); Prepare 8/1/12 hearing binder (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| 07/30/12 | Review agenda re: 8/1/12 hearing (.2); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780
Page 7
Client #  732310

Matter #  165839

---

| 07/31/12 | Attention to e-mail from B. Kahn re: 8/1/12 telephonic appearance for F. Hodara (.1); Telephone call to Courtcall re: same (.1); E-mail to B. Kahn re: confirmation of same (.1); Retrieve LTD motions for C. Samis for preparation of 8/1/12 hearing (.2); Attention to email from B. Kahn re: 8/1/12 telephonic appearance for D. Botter (.1); Telephone call to Courtcall re: same (.1); E-mail to B. Kahn and D. Botter re: confirmation of same (.1); Retrieve 8/1/12 hearing pleadings (.2); Prepare additional 8/1/12 hearing binders x2 (.4) | | | |
| Paralegal | Barbara J. Witters | 1.40 hrs. | 205.00 | $287.00 |
| | | | | |
| 07/31/12 | Emails to L. Beckerman and B. Witters re: preparation for 7/31/12 hearing (.2); Prepare for 8/1/12 hearing (1.1) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 375.00 | $487.50 |

Total Fees for Professional Services    $7,815.50

TOTAL DUE FOR THIS INVOICE        **$7,815.50**
BALANCE BROUGHT FORWARD           $4,186.80

**TOTAL DUE FOR THIS MATTER**        **$12,002.30**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780
Page 8
Client #  732310

Matter #  165839

For services through July 31, 2012
relating to  Employee Issues

| 07/03/12 | Review ad hoc deferred compensations beneficiaries to settlement procedures motion | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.20 hrs. | 375.00 | $450.00 |
| 07/09/12 | Review response to Deferred Compensation Committee objection to settlement procedures motion (.5); Emails to J. Sturm re: filing and service of Deferred Compensation Committee objection to settlement procedures motion (.4); Email to B. Witters re: filing and service of Deferred Compensation Committee objection to settlement procedures motion (.1) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |
| 07/31/12 | Attention to e-mail from C. Samis re: LTD motions (.1); Search docket and retrieve re: motion 114 terminate retiree benefits and motion terminate LTD plans (.2); Coordinate motions of same to Lisa Beckerman (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |

|  | Total Fees for Professional Services | $927.50 |
|---|---|---|
|  | **TOTAL DUE FOR THIS INVOICE** | **$927.50** |
|  | **TOTAL DUE FOR THIS MATTER** | **$927.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780
Page 9
Client #  732310

Matter # 165839

For services through July 31, 2012
relating to  Litigation/Adversary Proceedings

| 07/09/12 | Review reply in support of preliminary injunction in State of Michigan adversary proceeding | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |
| 07/24/12 | Emails to J. Sturm re: procedural requirements and process for motion to intervene (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 07/26/12 | Review motion to intervene in deferred compensation litigation (.8); Emails to L. Beckerman and J. Sturm re: discussing motion to intervene in deferred compensation litigation (.2) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |
| 07/27/12 | Participate in conference call with L. Beckerman and J. Sturm re: intervening in deferred compensation adversary proceeding | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |
| 07/31/12 | Review revised motion to intervene in deferred compensation litigation (.7); Email to J. Sturm re: comments to motion to intervene in deferred compensation litigation (.1) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |

Total Fees for Professional Services        $1,200.00

TOTAL DUE FOR THIS INVOICE                      **$1,200.00**

$3,731.50

**TOTAL DUE FOR THIS MATTER**                  **$4,931.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 21, 2012
Invoice 412780
Page 10
Client # 732310

Matter # 165839

For services through July 31, 2012
relating to RLF Fee Applications

| 07/06/12 | Attention to e-mail from B. Kahn re: June estimated fees and expenses (.1); E-mail to L. Stevenson re: same (.1); E-mail to B. Kahn re: RLF June estimated fees and expenses (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 07/13/12 | Prepare cno re: RLF May fee application | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 07/18/12 | File certificate of no objection re: RLF May fee application | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 205.00 | $41.00 |
| 07/18/12 | Review and revise CNO for 40th RL&F fee application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 07/18/12 | Review email from C. Greer re: filing certificate of no objection re: RLF monthly fee application (.1); Review email from C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 07/24/12 | Review RLF June bill memo | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 07/26/12 | Review and revise RLF June fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |

Total Fees for Professional Services            $560.00

TOTAL DUE FOR THIS INVOICE                **$560.00**

$1,016.40

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780
Page 11
Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                                    **$1,576.40**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780
Page 12
Client #  732310

Matter #  165839

For services through July 31, 2012
relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 07/10/12 | Attention to e-mail from B. Kahn re: Akin Gump May fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| | | | | |
| 07/10/12 | Review email from B. Kahn re: Akin Gump monthly fee application for filing (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| | | | | |
| 07/12/12 | Update fee status chart (.2); Attention to e-mail from B. Kahn re: Capstone May fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 205.00 | $246.00 |
| | | | | |
| 07/12/12 | Review email from B. Kahn re: Capstone monthly fee application (.1); Review email from B. Witters re: same (.1); Review same (.2); Review and execute notice re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| | | | | |
| 07/13/12 | Prepare cno re: Ashurst May fee application | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| | | | | |
| 07/18/12 | File certificate of no objection re: Ashurst LLP May fee application | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 205.00 | $41.00 |
| | | | | |
| 07/18/12 | Review and revise CNO for 40th Ashurst fee application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780

Page 13

Client #  732310

Matter #  165839

---

| 07/20/12 | Prepare notice of fee application of Milner Casgrain (.2); File Milner Casgrain 40th fee application (.2); Serve same (.1); Prepare affidavit of service re: same (.1); File same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.70 hrs. | 205.00 | $143.50 |
| 07/20/12 | Call from M. Wunder re: filing and service of 40th fee application of Fraser (.2); Emails to C. Greer re: filing and service of 40th fee application of Fraser (.2) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |
| 07/20/12 | Review email from M. Wunder re: Fraser Milner monthly fee application for filing | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 375.00 | $37.50 |
| 07/25/12 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 07/30/12 | Attention to e-mails from B. Kahn re: Ashurst June fee application x2 (.2); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 205.00 | $225.50 |
| 07/30/12 | Review emails (x4) from B. Kahn re: Ashurst monthly fee application (.1); Review emails (x2) from B. Witters re: same (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 375.00 | $225.00 |

Total Fees for Professional Services          $1,846.50

TOTAL DUE FOR THIS INVOICE          **$1,846.50**

$3,736.20

**TOTAL DUE FOR THIS MATTER**          **$5,582.70**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780
Page 14
Client #  732310

## Summary of Hours

|                      | Hours  | Rate/Hr  | Dollars   |
| -------------------- | ------ | -------- | --------- |
| Andrew C. Irgens     | 3.50   | 325.00   | 1,137.50  |
| Barbara J. Witters   | 15.60  | 205.00   | 3,198.00  |
| Cathy M. Greer       | 1.20   | 205.00   | 246.00    |
| Christopher M. Samis | 19.60  | 375.00   | 7,350.00  |
| Drew G. Sloan        | 4.40   | 375.00   | 1,650.00  |
| **TOTAL**            | 44.30  | $306.58  | 13,581.50 |

**TOTAL DUE FOR THIS INVOICE**                                    **$15,599.34**

 Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

 Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310