# EXHIBIT B

RLF1 6717453v.1



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

August 21, 2012
Invoice 412780

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through July 31, 2012
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Business Meals | $223.18 |
| Court Reporter Services | $243.90 |
| Document Retrieval | $211.80 |
| Long distance telephone charges | $23.63 |
| Messenger and delivery service | $367.80 |
| Photocopying/Printing - outside vendor | $12.50 |
| Photocopying/Printing<br>2,487 @ $.10/pg. / 4,830 @ $.10/pg. | $731.70 |
| Postage | $203.33 |

| | |
|---|---:|
| Other Charges | $2,017.84 |
| **TOTAL DUE FOR THIS INVOICE** | **$2,017.84** |
| BALANCE BROUGHT FORWARD | $775.83 |
| **TOTAL DUE FOR THIS MATTER** | **$2,793.67** |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780
Page 15
Client #  732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc
Matter: Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Employee Issues
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 05/24/12 | DIAZ DATA SERVICES: Transcript | | CTRPT |
|  | Amount = | $5.40 |  |
| 07/03/12 | PACER | | DOCRETRI |
|  | Amount = | $3.00 |  |
| 07/03/12 | Printing | | DUP.10CC |
|  | Amount = | $0.10 |  |
| 07/03/12 | Printing | | DUP.10CC |
|  | Amount = | $0.20 |  |
| 07/05/12 | 13127327359 Long Distance | | LD |
|  | Amount = | $12.51 |  |
| 07/06/12 | Photocopies | | DUP.10CC |
|  | Amount = | $111.60 |  |
| 07/06/12 | 12128728121 Long Distance | | LD |
|  | Amount = | $2.78 |  |
| 07/06/12 | Messenger and delivery | | MESS |
|  | Amount = | $303.30 |  |
| 07/06/12 | PACER | | DOCRETRI |
|  | Amount = | $7.00 |  |
| 07/06/12 | Postage | | POST |
|  | Amount = | $159.83 |  |
| 07/06/12 | Printing | | DUP.10CC |
|  | Amount = | $0.50 |  |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

August 21, 2012  
Invoice 412780  
Page 16  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 07/06/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/06/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/06/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/06/12 | Printing | | DUP.10CC |
| | Amount = | $3.80 | |
| 07/06/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 07/06/12 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 07/06/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/09/12 | Photocopies | | DUP.10CC |
| | Amount = | $6.60 | |
| 07/09/12 | Messenger and delivery charges | | MESS |
| | Amount = | $16.00 | |
| 07/09/12 | PACER | | DOCRETRI |
| | Amount = | $71.30 | |
| 07/09/12 | Postage | | POST |
| | Amount = | $6.60 | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = | $25.90 | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = | $24.30 | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

August 21, 2012  
Invoice 412780  
Page 17  
Client #  732310

| Date | Description | | |
|---|---|---|---|
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $2.20 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.90 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 07/09/12 | Printing | | DUP.10CC |
| | Amount = $1.90 | | |
| 07/10/12 | Photocopies | | DUP.10CC |
| | Amount = $36.50 | | |

Nortel Creditors Committee                                               August 21, 2012
c/o Fred S. Hodara, Esq.                                                 Invoice 412780
Akin Gump Strauss Hauer Feld LLP                                         Page 18
One Bryant Park
New York NY  10036                                                       Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 07/10/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 07/10/12 | PACER | | DOCRETRI |
| | Amount = | $19.90 | |
| 07/10/12 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 07/10/12 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 07/10/12 | Postage | | POST |
| | Amount = | $9.90 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $48.60 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $33.80 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $5.80 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $3.00 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $4.40 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $51.80 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $2.60 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $17.20 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 21, 2012
Invoice 412780
Page 19

Client #  732310

| Date | Description | | |
|---|---|---|---|
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $3.50 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $1.20 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $1.60 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $0.70 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $1.30 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $1.00 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $2.30 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $1.40 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $3.00 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $1.10 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $8.60 | | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = $0.80 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

August 21, 2012  
Invoice 412780  
Page 20  
Client #  732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/10/12 | Printing | Amount = $0.90 | DUP.10CC |
| 07/10/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/10/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/10/12 | Printing | Amount = $1.60 | DUP.10CC |
| 07/10/12 | Printing | Amount = $4.60 | DUP.10CC |
| 07/10/12 | Printing | Amount = $0.80 | DUP.10CC |
| 07/10/12 | Printing | Amount = $1.40 | DUP.10CC |
| 07/10/12 | Printing | Amount = $2.80 | DUP.10CC |
| 07/10/12 | Printing | Amount = $6.00 | DUP.10CC |
| 07/10/12 | Printing | Amount = $2.20 | DUP.10CC |
| 07/10/12 | Printing | Amount = $0.30 | DUP.10CC |
| 07/10/12 | Printing | Amount = $0.40 | DUP.10CC |
| 07/10/12 | Printing | Amount = $3.20 | DUP.10CC |
| 07/10/12 | Printing | Amount = $2.40 | DUP.10CC |
| 07/10/12 | Printing | Amount = $0.20 | DUP.10CC |
| 07/10/12 | Printing | Amount = $2.70 | DUP.10CC |
| 07/10/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/10/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/10/12 | Printing | Amount = $0.30 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

August 21, 2012  
Invoice 412780  
Page 21  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $0.90 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $0.90 | |
| 07/10/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/11/12 | PARCELS, INC. | | DUPOUT |
| | Amount = | $12.50 | |
| 07/11/12 | CHRISTOPHER M. SAMIS: Lunch with Clients | | MEALSCL |
| | Amount = | $138.50 | |
| 07/11/12 | Messenger and delivery | | MESS |
| | Amount = | $7.50 | |
| 07/11/12 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 07/11/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/11/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 07/11/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/11/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 07/12/12 | Photocopies | | DUP.10CC |
| | Amount = | $23.00 | |
| 07/12/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

August 21, 2012  
Invoice 412780  
Page 22  

Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 07/12/12 | Messenger and delivery From Brew Ha Ha CXS | | MEALSCL |
| | Amount = | $84.68 | |
| 07/12/12 | PACER | | DOCRETRI |
| | Amount = | $5.10 | |
| 07/12/12 | Postage | | POST |
| | Amount = | $6.90 | |
| 07/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 07/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 07/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.90 | |
| 07/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.90 | |
| 07/12/12 | Printing | | DUP.10CC |
| | Amount = | $4.00 | |
| 07/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 07/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 07/13/12 | PACER | | DOCRETRI |
| | Amount = | $9.20 | |
| 07/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 07/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

August 21, 2012  
Invoice 412780  
Page 23  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 07/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 07/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/17/12 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $238.50 | |
| 07/17/12 | 17172336664 Long Distance | | LD |
| | Amount = | $1.39 | |
| 07/18/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/18/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/20/12 | Photocopies | | DUP.10CC |
| | Amount = | $25.00 | |
| 07/20/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 07/20/12 | Postage | | POST |
| | Amount = | $5.10 | |
| 07/20/12 | Printing | | DUP.10CC |
| | Amount = | $4.70 | |
| 07/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 07/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 07/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 07/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 07/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

August 21, 2012  
Invoice 412780  
Page 24  
Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/20/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/20/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/20/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/20/12 | Printing | Amount = $5.00 | DUP.10CC |
| 07/24/12 | 12128721056 Long Distance | Amount = $6.95 | LD |
| 07/24/12 | PACER | Amount = $3.80 | DOCRETRI |
| 07/24/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/24/12 | Printing | Amount = $0.20 | DUP.10CC |
| 07/25/12 | PACER | Amount = $2.60 | DOCRETRI |
| 07/25/12 | Printing | Amount = $1.30 | DUP.10CC |
| 07/26/12 | Photocopies | Amount = $26.00 | DUP.10CC |
| 07/26/12 | Messenger and delivery charges | Amount = $10.90 | MESS |
| 07/26/12 | Postage | Amount = $8.10 | POST |
| 07/26/12 | Printing | Amount = $0.40 | DUP.10CC |
| 07/26/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/26/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/26/12 | Printing | Amount = $0.20 | DUP.10CC |
| 07/26/12 | Printing | Amount = $0.30 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

August 21, 2012  
Invoice 412780  
Page 25  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 07/26/12 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 07/26/12 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 07/30/12 | Photocopies | | DUP.10CC |
| | Amount = | $20.00 | |
| 07/30/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 07/30/12 | PACER | | DOCRETRI |
| | Amount = | $27.10 | |
| 07/30/12 | Postage | | POST |
| | Amount = | $6.90 | |
| 07/30/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/30/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 07/30/12 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 07/30/12 | Printing | | DUP.10CC |
| | Amount = | $3.40 | |
| 07/30/12 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 07/30/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 07/30/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 07/30/12 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 07/30/12 | Printing | | DUP.10CC |
| | Amount = | $3.40 | |
| 07/30/12 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 07/30/12 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 07/30/12 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

August 21, 2012  
Invoice 412780  
Page 26  

Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/31/12 | Messenger and delivery | Amount = $4.50 | MESS |
| 07/31/12 | PACER | Amount = $59.30 | DOCRETRI |
| 07/31/12 | Printing | Amount = $0.20 | DUP.10CC |
| 07/31/12 | Printing | Amount = $34.50 | DUP.10CC |
| 07/31/12 | Printing | Amount = $1.50 | DUP.10CC |
| 07/31/12 | Printing | Amount = $19.20 | DUP.10CC |
| 07/31/12 | Printing | Amount = $0.60 | DUP.10CC |
| 07/31/12 | Printing | Amount = $1.60 | DUP.10CC |
| 07/31/12 | Printing | Amount = $0.50 | DUP.10CC |
| 07/31/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/31/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/31/12 | Printing | Amount = $1.60 | DUP.10CC |
| 07/31/12 | Printing | Amount = $0.50 | DUP.10CC |
| 07/31/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/31/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/31/12 | Printing | Amount = $0.60 | DUP.10CC |
| 07/31/12 | Printing | Amount = $0.10 | DUP.10CC |
| 07/31/12 | Printing | Amount = $0.10 | DUP.10CC |

| | | | |
|---|---|---|---|
| Nortel Creditors Committee | | | August 21, 2012 |
| c/o Fred S. Hodara, Esq. | | | Invoice 412780 |
| Akin Gump Strauss Hauer Feld LLP | | | Page 27 |
| One Bryant Park | | | |
| New York NY 10036 | | | Client # 732310 |

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/31/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 07/31/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 07/31/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 07/31/12 | Printing | | DUP.10CC |
| | | Amount = $34.50 | |
| 07/31/12 | Printing | | DUP.10CC |
| | | Amount = $1.50 | |
| 07/31/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 07/31/12 | Printing | | DUP.10CC |
| | | Amount = $38.40 | |
| 07/31/12 | Printing | | DUP.10CC |
| | | Amount = $1.30 | |
| 07/31/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

TOTALS FOR   732310            Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $2,017.84