## CERTIFICATE OF SERVICE

I, Drew G. Sloan, do hereby certify that on August 23, 2012, a copy of the foregoing **Forty-Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2012 through July 31, 2012** was served on the parties on the attached list and in the manner indicated thereon.

_____
Drew G. Sloan (No. 5069)

RLF1 5325374v.1

# NORTEL NETWORKS INC.
# CASE NO. 09-10138 (KG)
# SERVICE LIST

## VIA HAND DELIVERY

*(United States Trustee)*
Thomas P. Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

## VIA FIRST CLASS MAIL

*(Debtors)*
Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

RLF1 5325374v.1