# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**July 1, 2012 - July 31, 2012**

### Summary of Services Rendered by Project

| Project Code | Nature of Services | July 2012 Hours |
|---|---|---:|
| 1 | Asset Analysis and Recovery | 7.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 16.0 |
| 6 | Committee Matters and Creditor Meetings | 16.0 |
| 7 | Claims Administration and Analysis | 35.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 120.0 |
| 15 | Travel | 18.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **212.0** |

### Summary of Services Rendered by Professional

| Name | July 2012 Hours |
|---|---:|
| Matthew Rosenberg, Member | 71.0 |
| Michael Kennedy, Member | 82.0 |
| Aaron Taylor, Vice President | 59.0 |
| | - |
| **TOTAL** | **212.0** |

**Nortel Networks, Inc**
July 1, 2012 - July 31, 2012 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | July 2012 Hours | Code |
|---|---|---:|---:|
| 7/2/2012 | Calls and analysis re allocation, mediation and claims | 5.0 | 14 |
| 7/3/2012 | Calls and analysis re allocation, mediation and claims | 4.0 | 14 |
| 7/5/2012 | Calls and analysis re allocation, mediation and claims | 3.0 | 14 |
| 7/6/2012 | Calls and analysis re allocation, mediation and claims | 4.0 | 14 |
| 7/8/2012 | Review materials re allocation methodology | 3.0 | 14 |
| 7/9/2012 | Calls and analysis re allocation, mediation and claims | 2.0 | 14 |
| 7/10/2012 | Calls and analysis re allocation, mediation and claims | 3.0 | 14 |
| 7/11/2012 | Travel to NYC | 4.0 | 15 |
| 7/12/2012 | Meetings and analysis re claims, mediation, and allocation | 8.0 | 14 |
| 7/13/2012 | Return travel to Chicago | 5.0 | 15 |
| 7/16/2012 | Calls and analysis re claims data, allocation, mediation and case administration | 4.0 | 14 |
| 7/17/2012 | Calls and analysis re claims, allocation, mediation and case administration | 3.0 | 14 |
| 7/19/2012 | Calls and analysis re claims, allocation, mediation | 3.0 | 14 |
| 7/20/2012 | Calls and analysis re claims, allocation and mediation | 4.0 | 14 |
| 7/23/2012 | Calls and analysis re case management, claims, financial data and mediation | 2.0 | 14 |
| 7/24/2012 | Review materials re allocation and mediation | 2.0 | 14 |
| 7/26/2012 | Review materials re allocation and mediation | 1.0 | 14 |
| 7/27/2012 | Calls and analysis re allocation and mediation data and case management | 3.0 | 14 |
| 7/29/2012 | Review materials re allocation and mediation | 1.0 | 14 |
| 7/30/2012 | Calls and analysis re case management, claims, financial data and mediation | 4.0 | 14 |
| 7/31/2012 | Calls and analysis re claims, mediation data and case management | 3.0 | 14 |
| | **July 2012 Total** | **71.0** | |

**Nortel Networks, Inc**
July 1, 2012 - July 31, 2012 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy, Member</u>

| Date | Description of Work | July 2012 Hours | Code |
|---|---|---:|:---:|
| 7/2/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 7/2/2012 | Review discussion material prepared by UCC advisors | 2.0 | 6 |
| 7/2/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 7/3/2012 | Review RM Report | 2.0 | 1 |
| 7/5/2012 | Review discussion material prepared by UCC advisors | 2.0 | 6 |
| 7/6/2012 | Communications w/ Cleary re: claim litigation | 2.0 | 7 |
| 7/6/2012 | Review material and analysis re: claim litigation | 4.0 | 7 |
| 7/9/2012 | Review discussion material prepared by UCC advisors | 2.0 | 6 |
| 7/9/2012 | Meeting w/ US Debtor advisor and UCC advisors | 3.0 | 6 |
| 7/10/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 7/11/2012 | Travel to NY | 5.0 | 15 |
| 7/12/2012 | Meeting w/ Cleary re: claims litigation | 5.0 | 7 |
| 7/12/2012 | Meeting w/ US advisors and other re: allocation | 3.0 | 14 |
| 7/12/2012 | Follow-up meeting with Cleary & US Debtor advisors | 2.0 | 5 |
| 7/12/2012 | Travel to Chicago | 4.0 | 15 |
| 7/13/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 7/16/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 7/18/2012 | Communications w/ management re: Mexico and other non-filed entities | 2.0 | 1 |
| 7/18/2012 | Review material and analysis re: claim litigation | 4.0 | 7 |
| 7/19/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 7/20/2012 | Review material and analysis re: claim litigation | 2.0 | 7 |
| 7/23/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 7/25/2012 | Communications w/ Cleary re: claim litigation | 2.0 | 7 |
| 7/26/2012 | Prepare summary information for creditor review | 3.0 | 7 |
| 7/27/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 7/30/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 7/31/2012 | Review material and analysis re: claim litigation | 3.0 | 7 |
| 7/31/2012 | Prepare summary information for creditor review | 3.0 | 7 |
| | **July 2012 Total** | **82.0** | |

**Nortel Networks, Inc**
July 1, 2012 - July 31, 2012 Time Detail
Chilmark Partners, LLC
<u>Aaron Taylor, Vice President</u>

| Date | Description of Work | July 2012 Hours | Code |
|---|---|---|---|
| 7/2/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 7/2/2012 | Review discussion material prepared by UCC advisors | 2.0 | 6 |
| 7/2/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 7/3/2012 | Review RM Report | 2.0 | 1 |
| 7/5/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 7/6/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 7/9/2012 | Conference calls with Cleary & US Debtor advisors | 2.0 | 5 |
| 7/9/2012 | Review discussion material prepared by UCC advisors | 2.0 | 6 |
| 7/9/2012 | Meeting w/ US Debtor advisor and UCC advisors | 3.0 | 6 |
| 7/10/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 7/10/2012 | Review Cash Forecast | 1.0 | 1 |
| 7/10/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 7/12/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 7/12/2012 | Calls with Cleary & US Debtor advisors | 2.0 | 5 |
| 7/13/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 7/16/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 7/18/2012 | Review material and analysis re: claim litigation | 2.0 | 7 |
| 7/19/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 7/20/2012 | Review material and analysis re: claim litigation | 2.0 | 7 |
| 7/23/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 7/26/2012 | Prepare summary information for creditor review | 3.0 | 7 |
| 7/26/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 7/27/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 7/30/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |

**July 2012 Total**     **59.0**