# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2012 through July 31, 2012

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 7/11/12-7/13/12 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 7/11/12-7/13/12 | Hotel (two nights) | $ 573.75 |
| Matt Rosenberg | 7/11/12-7/13/12 | Ground Transportation | $ 120.00 |
| Matt Rosenberg | 7/11/12-7/13/12 | Meals | $ 45.00 |
| **Total Expenses** | | | **$ 1,701.08** |