# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2012 Through July 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Costs | | $293.00 |
| Transcripts | | 1,285.25 |
| Photos/Art/ Spec Duplicating | Out of Office | 7,743.34 |
| Meals | | 1,198.25 |
| Messenger Service | | 126.00 |
| Courier/Delivery Service | | 1,444.21 |
| In House Duplicating | | 605.45 |
| Facsimile | | 2,030.55 |
| Conference Calls | | 37.00 |
| **Grand Total Expenses** | | **$14,763.05** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 962745 | 06/19/12 | B | 293.00 | Court Costs - AMERICAN EXPRESS` COURTS/USBC-DE - COURT FEES - 06/19/2012 | 503 | 000 | 189109 |
| 961421 | 07/17/12 | B | 1,285.25 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 07/17/2012 | 506 | 904 | 188957 |
| 958671 | 07/02/12 | B | 643.91 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` .COPY/PRINT - 07/02/2012 | 510 | 684 | 188652 |
| 961261 | 07/10/12 | B | 346.80 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 07/10/2012 | 510 | 684 | 188925 |
| 961426 | 07/12/12 | B | 346.55 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 07/12/2012 | 510 | 684 | 188962 |
| 961425 | 07/12/12 | B | 1,098.98 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 07/12/2012 | 510 | 904 | 188961 |
| 962465 | 07/18/12 | B | 725.42 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 07/18/2012 | 510 | 684 | 189057 |
| 962647 | 07/20/12 | B | 792.57 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 07/20/2012 | 510 | 684 | 189089 |
| 964356 | 07/25/12 | B | 1,233.63 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 07/25/2012 | 510 | 684 | 189281 |
| 964355 | 07/26/12 | B | 1,236.09 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 07/26/2012 | 510 | 684 | 189280 |
| 964357 | 07/27/12 | B | 1,319.39 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 07/27/2012 | 510 | 684 | 189282 |
| 961181 | 07/10/12 | B | 222.00 | Meals - DEREK C. ABBOTT` REIMBURSEMENT OF DINNER EXPENSES AFTER HEARIN - 07/10/2012 | 512 G | 322 | 188883 |
| 963714 | 07/31/12 | B | 377.50 | Meals - DEREK C. ABBOTT` REIMBURSEMENT OF WORKING DINNER FOR D. ABBOTT RAY, BROMLEY, JAFF, AND MUTZ - 07/31/12 | 512 , | 322 | 189202 |
| 964380 | 07/31/12 | B | 598.75 | Meals - MOVABLE FEAST INC.` LUNCH FOR 20 - 07/31/2012 | 512 | 322 | 189301 |
| 958502 | 06/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958512 | 06/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965380 | 06/28/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 965431 | 07/02/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965432 | 07/02/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 965450 | 07/03/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965473 | 07/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965501 | 07/06/12 | B | 15.00 | Messenger Service | 513S | 000 | |
| 965505 | 07/06/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 965506 | 07/06/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965511 | 07/06/12 | B | 3.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/24/12 10:07:04

PROFORMA 303069    AS OF 07/31/12    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 965519 | 07/09/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965522 | 07/09/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965552 | 07/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965554 | 07/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965562 | 07/10/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 965570 | 07/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965576 | 07/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965582 | 07/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965583 | 07/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965585 | 07/12/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965595 | 07/12/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965598 | 07/13/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965627 | 07/16/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965630 | 07/16/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965669 | 07/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965692 | 07/19/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 965736 | 07/23/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965737 | 07/23/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 965786 | 07/25/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965787 | 07/25/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 965851 | 07/31/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 958068 | 06/18/12 | B | 20.70 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 188616 |
| 961012 | 07/05/12 | B | 54.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 188880 |
| 959907 | 07/06/12 | B | 20.56 | Courier/Delivery Service | 514 | 322 | 188833 |
| 959908 | 07/06/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188833 |
| 959909 | 07/06/12 | B | 16.96 | Courier/Delivery Service | 514 | 322 | 188833 |
| 959910 | 07/06/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188833 |
| 959911 | 07/06/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188833 |
| 959912 | 07/06/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188833 |
| 959919 | 07/06/12 | B | 21.62 | Courier/Delivery Service | 514 | 322 | 188833 |
| 959913 | 07/06/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188833 |
| 959914 | 07/06/12 | B | 20.56 | Courier/Delivery Service | 514 | 322 | 188833 |
| 959915 | 07/06/12 | B | 16.96 | Courier/Delivery Service | 514 | 322 | 188833 |
| 959916 | 07/06/12 | B | 16.96 | Courier/Delivery Service | 514 | 322 | 188833 |
| 959917 | 07/06/12 | B | 20.56 | Courier/Delivery Service | 514 | 322 | 188833 |
| 959918 | 07/06/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188833 |
| 959930 | 07/09/12 | B | 17.88 | Courier/Delivery Service | 514 | 322 | 188835 |
| 959931 | 07/09/12 | B | 21.74 | Courier/Delivery Service | 514 | 322 | 188835 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 959932 | 07/09/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188835 |
| 959933 | 07/09/12 | B | 16.96 | Courier/Delivery Service | 514 | 322 | 188835 |
| 959934 | 07/09/12 | B | 21.62 | Courier/Delivery Service | 514 | 322 | 188835 |
| 962699 | 07/09/12 | B | 149.39 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 189098 |
| 959943 | 07/09/12 | B | 12.17 | Courier/Delivery Service | 514 | 203 | 188835 |
| 959944 | 07/09/12 | B | 20.56 | Courier/Delivery Service | 514 | 203 | 188835 |
| 959945 | 07/09/12 | B | 12.17 | Courier/Delivery Service | 514 | 203 | 188835 |
| 960055 | 07/09/12 | B | 16.96 | Courier/Delivery Service | 514 | 203 | 188854 |
| 959941 | 07/09/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188835 |
| 959942 | 07/09/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188835 |
| 959935 | 07/09/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188835 |
| 959936 | 07/09/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188835 |
| 959937 | 07/09/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188835 |
| 959938 | 07/09/12 | B | 16.96 | Courier/Delivery Service | 514 | 322 | 188835 |
| 959939 | 07/09/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188835 |
| 959940 | 07/09/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 188835 |
| 960045 | 07/09/12 | B | 32.14 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 188853 |
| 962693 | 07/10/12 | B | 170.08 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 189098 |
| 960052 | 07/10/12 | B | 23.92 | Courier/Delivery Service | 514 | 322 | 188854 |
| 960053 | 07/10/12 | B | 21.62 | Courier/Delivery Service | 514 | 322 | 188854 |
| 960054 | 07/10/12 | B | 17.88 | Courier/Delivery Service | 514 | 322 | 188854 |
| 960229 | 07/12/12 | B | 35.71 | Courier/Delivery Service | 514 | 322 | 188874 |
| 960236 | 07/12/12 | B | 38.35 | Courier/Delivery Service | 514 | 322 | 188874 |
| 960237 | 07/12/12 | B | 38.35 | Courier/Delivery Service | 514 | 322 | 188874 |
| 960230 | 07/12/12 | B | 26.45 | Courier/Delivery Service | 514 | 322 | 188874 |
| 960231 | 07/12/12 | B | 38.47 | Courier/Delivery Service | 514 | 322 | 188874 |
| 960232 | 07/12/12 | B | 26.45 | Courier/Delivery Service | 514 | 322 | 188874 |
| 960233 | 07/12/12 | B | 38.35 | Courier/Delivery Service | 514 | 322 | 188874 |
| 960234 | 07/12/12 | B | 26.45 | Courier/Delivery Service | 514 | 322 | 188874 |
| 960235 | 07/12/12 | B | 38.35 | Courier/Delivery Service | 514 | 322 | 188874 |
| 962663 | 07/16/12 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 189097 |
| 962662 | 07/19/12 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 189097 |
| 964235 | 07/23/12 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 189261 |
| 964152 | 07/30/12 | B | 32.14 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 189230 |
| 964141 | 07/30/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 189229 |
| 964142 | 07/30/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 189229 |
| 964143 | 07/30/12 | B | 10.72 | Courier/Delivery Service | 514 | 322 | 189229 |
| 964144 | 07/30/12 | B | 10.72 | Courier/Delivery Service | 514 | 322 | 189229 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 08/24/12 10:07:04

Case 09-10138-MFW    Doc 8298-3    Filed 08/24/12    Page 5 of 6

PROFORMA  303069                        AS OF 07/31/12

INVOICE#  ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 964145 | 07/30/12 | B | 16.11 | Courier/Delivery Service | 514 | 322 | 189229 |
| 964146 | 07/30/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 189229 |
| 964147 | 07/30/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 189229 |
| 964148 | 07/30/12 | B | 10.72 | Courier/Delivery Service | 514 | 322 | 189229 |
| 964149 | 07/30/12 | B | 12.17 | Courier/Delivery Service | 514 | 322 | 189229 |
| 964140 | 07/30/12 | B | 16.96 | Courier/Delivery Service | 514 | 322 | 189229 |
| 958725 | 07/02/12 | B | 81.20 | In-House Duplicating | 519 | 684 | |
| 959020 | 07/06/12 | B | 96.80 | In-House Duplicating | 519 | 684 | |
| 959021 | 07/06/12 | B | 19.50 | In-House Duplicating | 519 | 684 | |
| 959033 | 07/06/12 | B | 17.10 | In-House Duplicating | 519 | 623 | |
| 959497 | 07/09/12 | B | 38.40 | In-House Duplicating | 519 | 684 | |
| 959739 | 07/10/12 | B | 105.50 | In-House Duplicating | 519 | 684 | |
| 959740 | 07/10/12 | B | 16.80 | In-House Duplicating | 519 | 684 | |
| 959741 | 07/10/12 | B | 2.20 | In-House Duplicating | 519 | 684 | |
| 959979 | 07/12/12 | B | 3.40 | In-House Duplicating | 519 | 684 | |
| 959980 | 07/12/12 | B | 28.40 | In-House Duplicating | 519 | 684 | |
| 962192 | 07/23/12 | B | 4.60 | In-House Duplicating | 519 | 684 | |
| 962506 | 07/25/12 | B | 11.20 | In-House Duplicating | 519 | 684 | |
| 962507 | 07/25/12 | B | 16.00 | In-House Duplicating | 519 | 684 | |
| 962819 | 07/26/12 | B | 3.80 | In-House Duplicating | 519 | 684 | |
| 963229 | 07/27/12 | B | 4.30 | In-House Duplicating | 519 | 684 | |
| 963426 | 07/30/12 | B | 1.80 | In-House Duplicating | 519 | 594 | |
| 963427 | 07/30/12 | B | 4.20 | In-House Duplicating | 519 | 626 | |
| 963784 | 07/31/12 | B | 0.60 | In-House Duplicating | 519 | 554 | |
| 963783 | 07/31/12 | B | 1.60 | In-House Duplicating | 519 | 322 | |
| 962489 | 08/17/10 | B | 688.80 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX - 08/17/2010 | 522H | 000 | 189079 |
| 961259 | 07/09/12 | B | 1,052.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX - 07/10/2012 | 522H | 904 | 188923 |
| 961260 | 07/10/12 | B | 22.50 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 07/10/2012 | 522H | 684 | 188924 |
| 964640 | 07/30/12 | B | 267.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 07/30/2012 | 522H | 594 | 189368 |
| 958726 | 07/02/12 | B | 9.95 | In-House Printing - black & white | 541 | 684 | |
| 958799 | 07/03/12 | B | 1.05 | In-House Printing - black & white | 541 | 684 | |
| 959034 | 07/06/12 | B | 1.60 | In-House Printing - black & white | 541 | 623 | |
| 959022 | 07/06/12 | B | 34.10 | In-House Printing - black & white | 541 | 684 | |
| 959760 | 07/09/12 | B | 1.85 | In-House Printing - black & white | 541 | 605 | |
| 959498 | 07/09/12 | B | 47.70 | In-House Printing - black & white | 541 | 546 | |

```
Nortel Networks, Inc.                PROFORMA  303069         AS OF 07/31/12            INVOICE# ******
63989-DIP
DATE: 08/24/12 10:07:04
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 959827 | 07/10/12 | B | 1.95 | In-House Printing - black & white | 541 | 971 | |
| 959742 | 07/10/12 | B | 6.90 | In-House Printing - black & white | 541 | 684 | |
| 959828 | 07/11/12 | B | 3.65 | In-House Printing - black & white | 541 | 971 | |
| 959981 | 07/11/12 | B | 0.95 | In-House Printing - black & white | 541 | 605 | |
| 959982 | 07/12/12 | B | 1.30 | In-House Printing - black & white | 541 | 684 | |
| 960139 | 07/13/12 | B | 0.05 | In-House Printing - black & white | 541 | 637 | |
| 963230 | 07/27/12 | B | 9.55 | In-House Printing - black & white | 541 | 684 | |
| 963785 | 07/30/12 | B | 27.45 | In-House Printing - black & white | 541 | 605 | |
| 962764 | 06/28/12 | B | 37.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 06/28/2012 | 552H | 000 | 189109 |

```
               14,763.05
```