**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
: 
In re: : Chapter 11
:
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, :
: (Jointly Administered)
Debtors. :
---------------------------------------------------------x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 24, 2012, a true and correct copy of the *Official Committee of Retired Employees' Response to Debtors' Request for the Production of Documents,* were caused to be served upon the following individuals in the manner so indicated:

**VIA HAND DELIVERY AND E-MAIL**
Derek Abbott, Esq.
Annie C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
E-mail: dabbott@mnat.com
E-mail: acordo@mnat.com

**VIA FEDERAL EXPRESS AND E-MAIL**
James L. Bromley, Esq.
Lisa Schweitzer, Esq.
Jane Kim, Esq.
Megan Fleming, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
E-mail: jbromley@cgsh.com
E-mail: lschweitzer@cgsh.com
E-mail: jakim@cgsh.com
E-mail: mfleming@cgsh.com

Dated: August 24, 2012
         Wilmington, DE

**MCCARTER & ENGLISH, LLP**

*/s/ William F. Taylor, Jr.*_____
William F. Taylor, Jr. (DE Bar I.D. #2936)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

ME1 14024771v.1

Albert Togut, Esq.
Neil Berger, Esq.
Richard K. Milin, Esq.
Togut, Segal & Segal LLP
One Penn Plaza , Suite 3335
New York, New York 10119
(212) 594-5000
  (212) 967-4258 Facsimile
altogut@teamtogut.com
neilberger@teamtogut.com
rmilin@teamtogut.com

*Counsel to the Official Committee of Retired Employees*