# EXHIBIT A

**May 1, 2012 through July 31, 2012**
**Time Records**

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Smith, Eileen M | 1-May-12 | 1.00 | $406.00 | Update plan term project plan for investment committee (0.5); review project emails and letters from team (0.5). |
| Smith, Doug J | 1-May-12 | 0.50 | $336.40 | Review of progress on project plan. |
| Hughes, Tammy O | 1-May-12 | 1.25 | $848.26 | Review participant letters for Settlement proceeds (0.25);  weekly update call with client (0.75). |
| Smith, Eileen M | 1-May-12 | 0.75 | $304.50 | Weekly conference call to update project status. |
| Smith, Eileen M | 2-May-12 | 0.50 | $203.00 | Update plan term project plan for investment committee (0.5); review project emails and letters from team (0.5). |
| Hughes, Tammy O | 2-May-12 | 1.25 | $848.26 | Review participant letters for Settlement proceeds (0.25); weekly update call with client regarding 5310 filing (1.0). |
| Smith, Eileen M | 2-May-12 | 1.25 | $507.50 | Attend 5310 call with client (1.0); review status of project for same (0.25). |
| Smith, Eileen M | 3-May-12 | 2.50 | $1,015.00 | Update agenda for project plan and Investment committee project plan. |
| Fudacz, Jim T | 3-May-12 | 0.50 | $232.00 | Telephone conference with client regarding ABC plan (0.5). |
| Hughes, Tammy O | 3-May-12 | 0.75 | $508.96 | Review participant letters for Settlement proceeds (0.25); weekly update call with client regarding same (0.5). |
| Smith, Doug J | 4-May-12 | 0.50 | $336.40 | Review of progress on project plan. |
| Hughes, Tammy O | 4-May-12 | 1.00 | $678.60 | Review participant letters for Settlement proceeds (0.5); weekly update call with client regarding same (0.5). |
| Farswani, Vikas | 4-May-12 | 3.00 | $1,078.80 | Update assumptions document (2.5); call with Cleary on the assumptions used (0.5). |
| Smith, Eileen M | 7-May-12 | 1.25 | $507.50 | Prepare agenda and project plan (1.0); multiple e-mail correspondence with working group regarding same (0.25). |
| Zaleta, Cynthia O | 7-May-12 | 1.50 | $852.60 | Revise project timeline (0.5); review participant communications for same (0.5); telephone conference with working group regarding same (0.5). |
| Hughes, Tammy O | 7-May-12 | 2.25 | $1,526.86 | Telephone conference with client regarding liquidation issues (0.5); attend weekly meeting regarding same (0.5); review status of project and background information for same (1.25). |
| Smith, Eileen M | 7-May-12 | 0.50 | $203.00 | Call with Nortel regarding plan issue (0.5). |
| Smith, Eileen M | 8-May-12 | 1.25 | $507.50 | Prepare project plan and agenda for next meeting (1.0); multiple e-mail correspondence with working group regarding same (0.25). |
| Smith, Doug J | 8-May-12 | 0.50 | $336.40 | Revise project open items and timeline for contribution plan work (0.5). |
| Hughes, Tammy O | 8-May-12 | 1.25 | $848.26 | Telephone conference with client working group regarding action items for investment consulting work (1.0); review and prepare for same (0.25). |
| Smith, Eileen M | 8-May-12 | 1.00 | $406.00 | Attend working group meeting regarding project status (1.0). |
| Smith, Doug J | 10-May-12 | 1.00 | $672.80 | Review of progress on project plan. |
| Smith, Eileen M | 10-May-12 | 0.25 | $101.50 | Multiple e-mail correspondence with working group regarding agenda and project plan (0.25). |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Zaleta, Cynthia O | 10-May-12 | 2.50 | $1,421.00 | Update project timeline (1.25); review participant communications for same (0.75); telephone conferences with working group regarding same (0.5). |
| Hughes, Tammy O | 10-May-12 | 0.50 | $339.30 | Telephone conference with client regarding action items for investment consulting work (0.5). |
| Smith, Eileen M | 11-May-12 | 1.25 | $507.50 | Prepare project plan and agenda for next meeting (1.0); multiple e-mail correspondence with working group regarding same (0.25). |
| Hughes, Tammy O | 11-May-12 | 0.50 | $339.30 | Telephone conference with client regarding action items for investment consulting work (0.5). |
| Zaleta, Cynthia O | 11-May-12 | 1.25 | $710.50 | Telephone conference with client regarding status of project (0.5); update project timeline based upon same (0.5); review participant communications for same (0.25). |
| Farswani, Vikas | 11-May-12 | 0.50 | $179.80 | Review of LTD assumptions (0.5). |
| Balteanu, Cornel | 14-May-12 | 0.75 | $282.76 | Research LTD assumptions (0.75). |
| Naughton, Matt | 14-May-12 | 1.00 | $667.00 | Review LTD assumptions and information (1.0). |
| Smith, Doug J | 14-May-12 | 1.00 | $672.80 | Update on defined contribution plan work (1.0). |
| Smith, Eileen M | 14-May-12 | 1.00 | $406.00 | Update agenda and project plans (0.75); review background information for same (0.25). |
| Zaleta, Cynthia O | 14-May-12 | 2.50 | $1,421.00 | Revise project timeline and open items (1.0); review documentation for same (1.5). |
| Smith, Doug J | 15-May-12 | 0.50 | $336.40 | Update defined contribution plan agenda and items (0.5). |
| Smith, Eileen M | 15-May-12 | 1.75 | $710.50 | Update project plan and agenda (1.0); review documentation for same (0.5); e-mail correspondence to working group regarding same (0.25). |
| Hughes, Tammy O | 15-May-12 | 1.50 | $1,017.90 | Telephone conference with client regarding status of project (0.5); prepare Q&A for call center (1.0). |
| Zaleta, Cynthia O | 15-May-12 | 2.50 | $1,421.00 | Revise project timeline and open items (1.0); review documentation for same (1.5). |
| Smith, Eileen M | 15-May-12 | 0.75 | $304.50 | Telephone conference with client regarding project status (0.75). |
| Balteanu, Cornel | 16-May-12 | 0.25 | $94.26 | Research LTD assumptions (0.25). |
| Smith, Doug J | 17-May-12 | 0.50 | $336.40 | Review status of open items for plan termination work (0.5). |
| Zaleta, Cynthia O | 17-May-12 | 2.50 | $1,421.00 | Revise project timeline and open items (1.0); review documentation for same (1.5). |
| Balteanu, Cornel | 18-May-12 | 1.25 | $471.26 | Research LTD assumptions (1.25). |
| Smith, Doug J | 18-May-12 | 1.00 | $672.80 | Review status of open items for plan termination work (1.0). |
| Smith, Eileen M | 18-May-12 | 0.50 | $203.00 | Revise agenda and project plan materials (0.5). |
| Hughes, Tammy O | 18-May-12 | 0.50 | $339.30 | Telephone conference with client regarding project status (0.25); update Q&A information (0.25). |
| Zaleta, Cynthia O | 18-May-12 | 1.50 | $852.60 | Revise project timeline and open items (1.0); review documentation for same (0.5). |
| Horner, Timothy J | 21-May-12 | 1.00 | $759.80 | Review committee notes regaridng project (1.0). |
| Smith, Doug J | 21-May-12 | 0.50 | $336.40 | Review of progress on project plan (0.5). |
| Hughes, Tammy O | 21-May-12 | 0.25 | $169.66 | Working group discussion regarding plan accrual (0.25). |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Hughes, Tammy O | 21-May-12 | 1.00 | $678.60 | Review fee disclosure review (0.75); update Q&A call center information (0.25). |
| Mayer ,Julie J | 21-May-12 | 7.00 | $527.80 | Research for ongoing projects (7.0). |
| Smith, Eileen M | 22-May-12 | 1.75 | $710.50 | Update project plan and agenda (1.25); review meeting notes and other materials for same (0.5). |
| Smith, Doug J | 22-May-12 | 1.00 | $672.80 | Review of progress on project plan (1.0). |
| Hughes, Tammy O | 22-May-12 | 1.25 | $848.26 | Fee disclosure review (1.0); update Q&A materials for call center (0.25). |
| Smith, Eileen M | 22-May-12 | 1.00 | $406.00 | Telephone conference with client working grou pregarding project status (1.0). |
| Hughes, Tammy O | 23-May-12 | 1.25 | $848.26 | Conference with client working group regarding plan accrual (1.0); review and prepare for same (0.25). |
| Smith, Doug J | 24-May-12 | 0.50 | $336.40 | Review status of defined contribution plan projects (0.5). |
| Zaleta, Cynthia O | 24-May-12 | 2.50 | $1,421.00 | Update information regarding rollovers (1.75); update project agenda based upon same (0.5); multiple e-mail correspondence with working group regarding same (0.25). |
| Smith, Eileen M | 25-May-12 | 0.50 | $203.00 | Update agenda and project plan (0.25); review notes and other materials for same (0.25). |
| Hughes, Tammy O | 29-May-12 | 0.50 | $339.30 | Review and revise memo to client regarding investment transition (0.5). |
| Smith, Eileen M | 29-May-12 | 1.50 | $609.00 | Update project plan and agenda for next meeting (1.0); review notes and other materials for same (0.5). |
| Smith, Doug J | 29-May-12 | 0.50 | $336.40 | Review status and open items for plan termination work (0.5). |
| Zaleta, Cynthia O | 29-May-12 | 3.50 | $1,989.40 | Telephone conference with working group regarding project status (1.0); update 408(b)(2) fee disclosures (1.25); review status of locating certain participants for same (0.25); review settlement Q&A and procedures for same (1.0). |
| Smith, Eileen M | 29-May-12 | 1.50 | $609.00 | Telephone conference with client working grou pregarding project status (1.0); review funds and fee disclosure information for same (0.5). |
| Hughes, Tammy O | 30-May-12 | 0.50 | $339.30 | Multiple e-mail correspondence with client working group regarding settlement Q&A (0.25); prepare settlement Q&A based upon same (0.25). |
| Smith, Doug J | 30-May-12 | 0.50 | $336.40 | Review of progress on project plan (0.5). |
| Zaleta, Cynthia O | 30-May-12 | 1.00 | $568.40 | Telephone conference with client working grou pregarding project status (0.5); review 408(b)(2) disclosures for same (0.25); review settlement Q&A and procedures based upon same (0.25). |
| Hughes, Tammy O | 31-May-12 | 1.25 | $848.26 | Prepare settlement Q&A (1.25). |
| Smith, Doug J | 31-May-12 | 0.50 | $336.40 | Review status and open items for plan termination work (0.5). |
| Zaleta, Cynthia O | 31-May-12 | 3.00 | $1,705.20 | Telephone conference with client working grou pregarding project status (1.0); review 408(b)(2) disclosures for same (0.75); review status of locating participants for same (0.75) review settlement Q&A and procedures based upon same (0.5). |
| Smith, Eileen M | 1-Jun-12 | 1.50 | $609.00 | Update Q&A information (0.5); revise agenda and project plan (1.25); multiple e-mail correspondence with working group regarding same (0.25). |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Naughton, Matt | 4-Jun-12 | 0.50 | $333.50 | Review research and background information for project status and deliverables (0.5). |
| Smith, Doug J | 4-Jun-12 | 0.50 | $336.40 | Review status of defined contribution plan project (0.5). |
| Smith, Eileen M | 4-Jun-12 | 1.25 | $507.50 | Update project plan (1.0); review background information and correspondence for same (0.25). |
| Zaleta, Cynthia O | 4-Jun-12 | 3.25 | $1,847.30 | Research regarding lost participant search requirements (2.75); prepare summary of information for same (0.5). |
| Smith, Eileen M | 5-Jun-12 | 2.50 | $1,015.00 | Telephone conference with working group regarding project status (1.0); prepare agenda for next week and revise project plan (1.25); review meeting notes for same (0.25). |
| Zaleta, Cynthia O | 5-Jun-12 | 2.50 | $1,421.00 | Telephone conference with working group regarding project status (1.0); review background information and follow-up on project open items based upon same (1.5). |
| Smith, Eileen M | 6-Jun-12 | 1.25 | $507.50 | Review coverage testing information (1.25). |
| Smith, Doug J | 6-Jun-12 | 0.50 | $336.40 | Review status of project plan (0.5). |
| Farswani, Vikas | 6-Jun-12 | 1.50 | $539.40 | Claims analysis for non-qualified plans (1.0); telephone conferences with client working group regarding same (0.5). |
| Smith, Doug J | 7-Jun-12 | 0.50 | $336.40 | Review status and open items for projects (0.5). |
| Smith, Eileen M | 7-Jun-12 | 0.50 | $203.00 | Conference with Cynthia Zaleta regarding headcount information (0.5). |
| Zaleta, Cynthia O | 7-Jun-12 | 2.00 | $1,136.80 | Conference with Eileen Smith regarding investment committee issues (0.5); review minutes and other information based upon same (1.5). |
| Zaleta, Cynthia O | 8-Jun-12 | 0.50 | $284.20 | Prepare investment meeting materials and minutes (0.5). |
| Smith, Doug J | 11-Jun-12 | 0.50 | $336.40 | Review status and open items for contribution plan work (0.5). |
| Zaleta, Cynthia O | 11-Jun-12 | 1.50 | $852.60 | Review rollover solution information (1.0); review settlement procedures based upon same (0.5). |
| Smith, Eileen M | 12-Jun-12 | 1.00 | $406.00 | Prepare agenda and update project plan (0.75); review notes from prior call for same (0.25). |
| Hughes, Tammy O | 12-Jun-12 | 1.00 | $678.60 | Telephone conference with working group regarding plan termination and settlement issues (0.5); review and prepare for same (0.5). |
| Zaleta, Cynthia O | 12-Jun-12 | 1.50 | $852.60 | Review rollover solution information (1.0); review settlement procedures based upon same (0.5). |
| Smith, Eileen M | 12-Jun-12 | 0.50 | $203.00 | Telephone conference with working group regarding project status (0.5). |
| Balteanu, Cornel | 13-Jun-12 | 0.50 | $188.50 | Review LTD assumption issues (0.5). |
| Smith, Doug J | 13-Jun-12 | 0.50 | $336.40 | Review status and open items on contribution plan project (0.5). |
| Zaleta, Cynthia O | 13-Jun-12 | 1.00 | $568.40 | Review rollover solution information (0.75); review settlement procedures based upon same (0.25). |
| Smith, Eileen M | 14-Jun-12 | 0.50 | $203.00 | Prepare agenda and update project plan (0.5). |
| Zaleta, Cynthia O | 14-Jun-12 | 1.50 | $852.60 | Review rollover solution information (1.0); review settlement procedures based upon same (0.5). |
| Zaleta, Cynthia O | 15-Jun-12 | 1.50 | $852.60 | Review rollover solution information (1.0); review settlement procedures based upon same (0.5). |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Farswani, Vikas | 15-Jun-12 | 1.00 | $359.60 | Telephone conference with client working group regarding non-qualified claims analysis (1.0). |
| Zaleta, Cynthia O | 18-Jun-12 | 1.50 | $852.60 | Telephone conference with working group regarding project status (0.75); review rollover information for same (0.25); review term letter for same (0.25); draft agenda for same (0.25). |
| Smith, Eileen M | 18-Jun-12 | 0.75 | $304.50 | Review coverage test report and Form 5310 (0.75). |
| Smith, Doug J | 19-Jun-12 | 0.50 | $336.40 | Review status and open items on project plan (0.5). |
| Smith, Eileen M | 19-Jun-12 | 1.25 | $507.50 | Revise agenda and project plan (1.0); review meeting notes and other information for same (0.25). |
| Hughes, Tammy O | 19-Jun-12 | 1.25 | $848.26 | Telephone conference with working group regarding project status (0.75); review investment consulting memo for same (0.25). |
| Mayer, Julie J | 19-Jun-12 | 7.00 | $527.80 | Research for ongoing projects (7.0). |
| Zaleta, Cynthia O | 19-Jun-12 | 2.00 | $1,136.80 | Conference with working group regarding project status (1.0); review timeline for same (0.25); review rollover information for same (0.25); follow-up on open items for investment committee meeting (0.25); draft agenda for meetings (0.25). |
| Smith, Eileen M | 19-Jun-12 | 1.00 | $406.00 | Attend weekly meeting with working group (1.0). |
| Hughes, Tammy O | 20-Jun-12 | 1.00 | $678.60 | Update client correspondence information (1.0). |
| Smith, Eileen M | 20-Jun-12 | 0.25 | $101.50 | Update meeting notes, agenda and project plan (0.25). |
| Smith, Doug J | 20-Jun-12 | 0.50 | $336.40 | Review status and open items of plan termination projects (0.5). |
| Farswani, Vikas | 20-Jun-12 | 3.50 | $1,258.60 | Research claims for participants (2.5); prepare exhibit with comment summary for same (1.0). |
| Zaleta, Cynthia O | 21-Jun-12 | 4.00 | $2,273.60 | Review and revise rollover memo and materials for investment committee (3.25); review termination letter for same (0.75). |
| Hughes, Tammy O | 21-Jun-12 | 1.50 | $1,017.90 | Telephone conference with working group regarding project status (1.0); review investment consulting memo for same (0.5). |
| Griffin, Jeanne A | 22-Jun-12 | 1.00 | $603.20 | Review compliance issues regarding distributions from DC plans (0.25); research regarding same (0.75). |
| Smith, Doug J | 22-Jun-12 | 0.50 | $336.40 | Review status of certain open items for plan termination work (0.5). |
| Zaleta, Cynthia O | 22-Jun-12 | 3.00 | $1,705.20 | Draft meeting agendas (0.25); review timeline for same (0.25); review rollover information for same (0.25); telephone conference with working group for same (0.75); review and revise rollover memo and materials for investment committee (1.5). |
| Hughes, Tammy O | 22-Jun-12 | 0.75 | $508.96 | Telephone conference with working group regarding status of project (0.75). |
| Hughes, Tammy O | 25-Jun-12 | 2.50 | $1,696.50 | Revise participant disclosure (1.5); review investment consulting recommendations and report (1.0). |
| Smith, Eileen M | 25-Jun-12 | 0.50 | $203.00 | Update agend and project plan (0.5). |
| Smith, Doug J | 25-Jun-12 | 0.50 | $336.40 | Review status of project plan (0.5). |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Zaleta, Cynthia O | 25-Jun-12 | 2.50 | $1,421.00 | Telephone conference with working group regarding project status (0.5); draft memos on search and IRA solutions (1.0); telephone conferences with working group regarding investment committee meeting (0.5); follow-up on open items for same (0.5). |
| Smith, Eileen M | 26-Jun-12 | 1.25 | $507.50 | Update agenda and project plan (1.0); multiple e-mail correspondence with working group regarding same (0.25). |
| Zaleta, Cynthia O | 26-Jun-12 | 3.75 | $2,131.50 | Draft memos regarding search and IRA solutions (1.25); telephone conferences with working group regarding investment committee meeting (0.5); follow-up on open items for same (0.25); review status of settlement and fee disclosure issues (0.75); telephone conference with working group regarding project status (1.0). |
| Smith, Eileen M | 26-Jun-12 | 2.00 | $812.00 | Attend investment committee meeting (1.0); prepare draft notes for same (0.5); review and prepare for same (0.5). |
| Smith  Eileen M | 26-Jun-12 | 1.75 | $1,051.26 | Attend working group meeting regarding project status (0.5); attend investment committee meeting (1.0); review and prepare for same (0.25). |
| Hughes, Tammy O | 26-Jun-12 | 1.00 | $678.60 | Weekly conference call to update project status (1.0). |
| Balteanu, Cornel | 27-Jun-12 | 0.25 | $94.26 | Review status of LTD assumption issues (0.25). |
| Hughes, Tammy O | 27-Jun-12 | 1.25 | $848.26 | Prepare fee disclosure information (1.25). |
| Smith, Doug J | 27-Jun-12 | 0.50 | $336.40 | Review status of defined contribution plan project (0.5). |
| Smith, Eileen M | 27-Jun-12 | 0.25 | $101.50 | Update agend and project plan (0.25). |
| Zaleta, Cynthia O | 27-Jun-12 | 1.00 | $568.40 | Telephone conference with working group regarding project status (0.75); review status of open items for settlement and fee disclosures (0.25). |
| Farswani, Vikas | 27-Jun-12 | 0.75 | $269.70 | LTD assumption analysis (0.75). |
| Smith, Eileen M | 28-Jun-12 | 0.50 | $203.00 | Prepare agenda for next team call (0.5). |
| Zaleta, Cynthia O | 28-Jun-12 | 1.00 | $568.40 | Draft memos on search and IRA solutions (0.25); telephone conferences with working group regarding investment committee meeting issues (0.5); review status of open items based on same (0.25). |
| Smith, Eileen M | 29-Jun-12 | 0.25 | $101.50 | Update agenda and project plan (0.25). |
| Zaleta, Cynthia O | 29-Jun-12 | 2.00 | $1,136.80 | Revise agenda and project plan (1.25); prepare meeting notes (0.5); multiple e-mail correspondence with working group regarding same (0.25). |
| Smith, Doug J | 2-Jul-12 | 0.50 | $336.40 | Review of progress on project plan (0.5). |
| Zaleta, Cynthia O | 2-Jul-12 | 2.50 | $1,421.00 | Telephone conference with working group regarding project status (1.25); review status of open items based on same (0.5); review investment committee minutes for same (0.25); review fee disclosures for same (0.5). |
| Hughes, Tammy O | 2-Jul-12 | 1.75 | $1,187.56 | Prepare fee disclosure updates (0.5); telephone conference with working group regarding project status (1.25). |
| Griffin, Jeanne A | 2-Jul-12 | 0.25 | $150.80 | Research regarding plan termination requirements (0.25). |
| Grace, Valerie S | 2-Jul-12 | 1.50 | $1,131.00 | Working group conference regarding project issues for Puerto Rico (1.25); review and prepare for same (0.25). |
| Hughes, Tammy O | 3-Jul-12 | 2.25 | $1,526.86 | Prepare fee disclosure updates (1.0); telephone conference with working group regarding Puerto Rico project issues (1.25). |

| Employee | Date | Hours | Charge | Description |
|----------|------|-------|--------|-------------|
| Zaleta, Cynthia O | 3-Jul-12 | 3.00 | $1,705.20 | Telephone conference with working group regarding Puerto Rico project issues (1.25); review investment committee minutes (0.5); review fee disclosures (0.5); review status of open items based upon same (0.75). |
| Zaleta, Cynthia O | 5-Jul-12 | 2.00 | $1,136.80 | Prepare participant fee disclosures (2.0). |
| Hughes, Tammy O | 6-Jul-12 | 0.50 | $339.30 | Prepare fee disclosure updates (0.5). |
| Zaleta, Cynthia O | 6-Jul-12 | 0.50 | $284.20 | Review and revise participant fee disclosures (0.5). |
| Balteanu, Cornel | 9-Jul-12 | 1.75 | $659.76 | LTD valuation analysis (1.75). |
| Smith, Eileen M | 9-Jul-12 | 1.25 | $507.50 | Update agenda and project plan (1.25). |
| Zaleta, Cynthia O | 9-Jul-12 | 2.50 | $1,421.00 | Prepare investment committee June minutes (0.5); telephone conference with working group regarding status of project (1.0); review form 5310 information (0.75); review status of open project items (0.25). |
| Lee, Eumene D | 9-Jul-12 | 0.50 | $168.20 | Prepare information for call with working group regarding project status (0.5). |
| Balteanu, Cornel | 10-Jul-12 | 0.50 | $188.50 | Review information for LTD valuation issues (0.5). |
| Naughton, Matt | 10-Jul-12 | 0.25 | $166.76 | Review and revise LTD valuation information (0.25). |
| Smith, Eileen M | 10-Jul-12 | 2.50 | $1,015.00 | Telephone conference with working group regaridng project status (0.75); prepare investment committee project plan (1.25); prepare agenda and project plan for next working group call (0.25); review form 5310 information (0.25); |
| Hughes, Tammy O | 10-Jul-12 | 1.00 | $678.60 | Telephone conference with working group regarding project status (0.75); Puerto Rico issues research (0.25). |
| Zaleta, Cynthia O | 10-Jul-12 | 3.50 | $1,989.40 | Telephone conference with working group regarding project status (0.75); review and prepare for same (0.75); review status of open items for termination project plan (0.75); review form 5310 information (1.25). |
| Balteanu, Cornel | 11-Jul-12 | 0.75 | $282.76 | Review disc rate calculations (0.25); review impact for same (0.5). |
| Balteanu, Cornel | 11-Jul-12 | 1.75 | $659.76 | Review LTD valuation issues (1.75). |
| Naughton, Matt | 11-Jul-12 | 0.25 | $166.76 | Review LTD issues (0.25). |
| Hughes, Tammy O | 11-Jul-12 | 0.75 | $508.96 | Prepare fee disclosure update (0.75). |
| Smith, Doug J | 11-Jul-12 | 0.50 | $336.40 | Review status of defined contribution plan project (0.5). |
| Zaleta, Cynthia O | 11-Jul-12 | 1.50 | $852.60 | Attend investment committee meeting (1.0); prepare meeting notes for same (0.5). |
| Zaleta, Cynthia O | 12-Jul-12 | 2.00 | $1,136.80 | Telephone conferences with working group regarding RSI integration issues (2.0). |
| Lee, Eumene D | 12-Jul-12 | 1.00 | $336.40 | Prepare information for working group telephone conference (0.5); conference with Vikas Farswani for same (0.5). |
| Farswani, Vikas | 12-Jul-12 | 7.25 | $2,607.10 | Telephone conferences with working group regarding FAS 106 and FAS 112 information (2.0); conference with Eumene Lee for same (0.5); additional research for same (3.0); prepare estimates for liabilities based upon same (1.75). |
| Balteanu, Cornel | 13-Jul-12 | 1.25 | $471.26 | Review disc rate calculations (0.75); review discount rate change impact (0.5). |
| Smith, Eileen M | 13-Jul-12 | 0.25 | $101.50 | Prepare agenda and project plan (0.25). |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Smith, Doug J | 13-Jul-12 | 0.50 | $336.40 | Review status of plan termination project open items (0.5). |
| Zaleta, Cynthia O | 13-Jul-12 | 3.00 | $1,705.20 | Conference with investment committee working group (1.5); telephone conferences with working group regarding RSI integration issues (1.5). |
| Horner, Timothy J | 13-Jul-12 | 1.00 | $759.80 | Research DB plan termination issues (1.0). |
| Balteanu, Cornel | 16-Jul-12 | 0.50 | $188.50 | Review status of VEBA report numbers (0.5). |
| Smith, Doug J | 16-Jul-12 | 0.50 | $336.40 | Review status of open items for projects (0.5). |
| Smith, Doug J | 17-Jul-12 | 0.50 | $336.40 | Follow-up on status of certain deliverables for open project items (0.5). |
| Smith, Eileen M | 17-Jul-12 | 0.25 | $101.50 | Review background information for RRF in scope issues (0.25). |
| Zaleta, Cynthia O | 18-Jul-12 | 1.50 | $852.60 | Prepare investment committee notes (0.5); prepare notices (0.5); review RSI integration issues based upon same (0.5). |
| Smith, Eileen M | 18-Jul-12 | 0.25 | $101.50 | Review open items for plan termination issues (0.25). |
| Farswani, Vikas | 18-Jul-12 | 5.25 | $1,887.90 | Nonqualified claims analysis and research for Restoration and SERP plan (5.25). |
| Smith, Eileen M | 19-Jul-12 | 0.25 | $101.50 | Review open items for plan termination issues (0.25). |
| Zaleta, Cynthia O | 19-Jul-12 | 2.00 | $1,136.80 | Prepare investment committee notes (0.75); prepare notices (0.75); review RSI integration issues based upon same (0.5). |
| Zaleta, Cynthia O | 20-Jul-12 | 1.75 | $994.70 | Prepare investment committee notes (0.5); prepare notices (0.75); review RSI integration issues based upon same (0.5). |
| Mayer, Julie J | 23-Jul-12 | 7.00 | $527.80 | Research for ongoing projects (7.0). |
| Hardin, Don R | 24-Jul-12 | 1.75 | $1,268.76 | Reconcile VEBA drafts (1.75). |
| Smith, Eileen M | 24-Jul-12 | 2.25 | $913.50 | Telephone conference with working group regarding project status (1.0); prepare agenda and meeting notes for next working group conference (1.0); multiple e-mail correspondence with working group regaridng same (0.25). |
| Hughes, Tammy O | 24-Jul-12 | 0.25 | $169.66 | Telephone conferences with Cynthia Zaleta regarding fund replacment and transition management issues (0.25). |
| Zaleta, Cynthia O | 24-Jul-12 | 1.50 | $852.60 | Telephone conferences with Tammy Hughes regarding open project issues (0.25); telephone conference with working group regarding same (1.0); review investment committee meeting materials (0.25). |
| Hughes, Tammy O | 25-Jul-12 | 2.25 | $1,526.86 | Review and prepare for investment consulting meetings (1.25); telephone conferences with working group regarding same (1.0). |
| Zaleta, Cynthia O | 25-Jul-12 | 4.25 | $2,415.70 | Telephone conferences with working group regarding project status (1.0); review investment committee metarials (0.25); adress open items on investment questions (3.0). |
| Farswani, Vikas | 25-Jul-12 | 1.50 | $539.40 | Research into records for nonqualified plan claims (1.5). |
| Smith, Doug J | 26-Jul-12 | 0.50 | $336.40 | Review status of project plan (0.5). |
| Hughes, Tammy O | 26-Jul-12 | 0.25 | $169.66 | Telephone conferences with Cynthia Zaleta regarding replacement and transition management (0.25). |
| Zaleta, Cynthia O | 26-Jul-12 | 1.00 | $568.40 | Telephone conferences with Tammy Juhges regarding project status issues (0.25); prepare weekly status updates (0.5); review investment consulting meeting materials for same (0.25). |
| Kissel, Paula L | 26-Jul-12 | 0.50 | $205.90 | Review and provide PBGC deconversion files (0.5). |

| Employee | Date | Hours | Charge | Description |
|---|---|---|---|---|
| Farswani, Vikas | 26-Jul-12 | 1.25 | $449.50 | Telephone conferences with administration working group regarding status of data review (1.25). |
| Vernon, Kevin G | 26-Jul-12 | 1.00 | $185.60 | Review status of plan termination project open items (1.0). |
| Zaleta, Cynthia O | 27-Jul-12 | 0.75 | $426.30 | Working group conference regarding rollover solution discussions (0.75). |
| Smith, Eileen M | 27-Jul-12 | 0.75 | $304.50 | Prepare agenda nad update project plan for next working group conference (0.75). |
| Hughes, Tammy O | 27-Jul-12 | 2.25 | $1,526.86 | Working group conference regarding open project issues (0.75); review and prepare for same (0.25); review and revise Form 5310 filing information (1.0). |
| Smith, Doug J | 27-Jul-12 | 1.00 | $672.80 | Update open items and status of defined contribution plan work (1.0). |
| Smith, Eileen M | 27-Jul-12 | 1.50 | $609.00 | Working group telephone conference regarding form 5310 filing (0.75); review and update status of open items for form 5310 filing based upon same (0.75). |
| Farswani, Vikas | 27-Jul-12 | 0.50 | $179.80 | LTD Plan data review (0.5). |
| Smith, Eileen M | 30-Jul-12 | 1.00 | $406.00 | Form 5310 filing review (1.0). |
| Zaleta, Cynthia O | 30-Jul-12 | 1.75 | $994.70 | Telephone conference with working group regarding form 5310 status and open items (0.5); prepare weekly status update for same (1.25). |
| Hughes  Tammy O | 30-Jul-12 | 0.50 | $339.30 | Telephone conference with working group regarding project status and open items (0.5). |
| Zaleta, Cynthia O | 31-Jul-12 | 2.00 | $1,136.80 | Weekly conference call (1.0); follow up AH regarding fund changes (1.0). |
| Smith, Doug J | 31-Jul-12 | 0.50 | $336.40 | Review status of deliverables on projects (0.5). |
| Smith, Eileen M | 31-Jul-12 | 1.50 | $609.00 | Prepare updated agenda and project plan (1.0); review meeting notes for same (0.25); e-mail correspondence to working group regarding project amendment issues (0.25). |
| Smith, Eileen M | 31-Jul-12 | 1.00 | $406.00 | Telephone conference with working group regaridng project status (1.0). |
| Hughes, Tammy O | 31-Jul-12 | 1.50 | $1,017.90 | Telephone conference with working group regarding project status (1.0); review and coordinatestatus if investment services and recommendation issues based upon same (0.5). |
| Farswani, Vikas | 31-Jul-12 | 3.25 | $1,168.70 | Review administration data (3.25). |
| Horner, Timothy J | 31-Jul-12 | 1.00 | $759.80 | Review status of open items for plan termination work (1.0). |
| | **TOTAL** | **282.00** | **$140,576.36** | |