# EXHIBIT B

**Expenses**
**May 1, 2012 through July 31, 2012**

| Date | Amount | Description |
|---|---|---|
| 5/31/2012 | $2,120.70 | Legal Administrative |
| 6/30/2012 | $333.90 | Legal Administrative |
| **TOTAL** | **$2,454.60** | |