# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
              Debtors. : Jointly Administered
:
: **Objections due: September 13, 2012 at 4:00 p.m. (E.T.)**
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on August 24, 2012, I served this *Notice* and *Fourteenth Interim Application of Mercer (US) Inc. as Compensation Specialist and Consulting Expert to the Debtors Seeking Allowance of Interim Compensation and Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of May 1, 2012 through July 31, 2012* by U.S. mail, proper postage prepaid.

                                              /s/ Devon J. Eggert

| | |
|---|---|
| Gordon A. Davies | Patrick Tinker, Esq. |
| Nortel Networks, Inc. | Office of the U.S. Trustee |
| 195 The West Mall | 844 King Street |
| Toronto, On M9C 5K1 | Suite 2207, Lockbox 35 |
| *(Debtor)* | Wilmington, DE 19801-3519 |
| | *(U.S. Trustee)* |
| | |
| Mark D. Collins, Esq. | Fred S. Hodara, Esq. |
| Christopher M. Samis, Esq. | Ryan C. Jacobs, Esq. |
| Richards Layton & Finger | Akin Gump Strauss Hauer & Feld LLP |
| One Rodney Square | One Bryant Park |
| 920 N King St | New York, NY 10036 |
| Wilmington, DE 19801 | *(Counsel for Official Committee* |
| *(Counsel for Official Committee* | *Of Unsecured Creditors)* |
| *Of Unsecured Creditors)* | |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

James L. Bromley, Esq  
Cleary Gottlieb Stew & Hamilton LLP,  
One Liberty Plaza  
New York, New York 10006  
*(Counsel to Debtor)*

Derek C. Abbott, Esq.  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899--1347