# EXHIBIT A

## COMPENSATION BY PROFESSIONAL

All Matters

FEBRUARY 1, 2012 THROUGH JULY 31, 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Terence Gilroy | Associate (2006) | 610 | 1.2 | 732.00 |
| Marianna Orenshteyn | Paralegal | 245 | 4.0 | 980.00 |
| Mary Glennon | Paralegal | 255 | 1.1 | 280.50 |
| Ruth Sheopaul | Case Clerk | 195 | 2.6 | 507.00 |
| **Total** | | | 8.9 | 2,499.50 |
| **Grand Total:** $2,499.50 | | | | |
| **Blended Rate:** $280.84 | | | | |

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/22/12                           PROFORMA NO.      936561
02205-00016                                            BATCH NO.         731419
                                                       THROUGH DATE:   07/31/12
```

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**

      Currency:  US DOLLARS

===============================================================================

**Timecard Detail**

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 03/06/12 | 20891 Sheopaul, Ruth | .50 | 97.50 | 31857097 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager in NORTEL NETWORKS (Transferred Actions) and WALSH vs. NORTEL. | | | |
| 06/07/12 | 20891 Sheopaul, Ruth | .20 | 39.00 | 32198875 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 07/31/12 | 20891 Sheopaul, Ruth | .30 | 58.50 | 32420020 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| | TOTAL HOURS: | 1.00 | | |
| | TOTAL FEES: | | 195.00 | |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/22/12  
02205-00020

PROFORMA NO.      936562  
BATCH NO.         731419  
**THROUGH DATE: 07/31/12**

**NORTEL NETWORKS LIMITED**  
**EPICON LITIGATION**

Currency:  US DOLLARS

==============================================================================

**Timecard Detail**

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 03/09/12 | 20891 Sheopaul, Ruth | .40 | 78.00 | 31870877 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| | TOTAL HOURS: | .40 | | |
| | TOTAL FEES: | | 78.00 | |

SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/22/12
02205-00021

PROFORMA NO. 936563
BATCH NO. 731419
**THROUGH DATE: 07/31/12**

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

**Currency: US DOLLARS**

**Timecard Detail**

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 02/16/12 | 11348 Orenshteyn, Marianna | .80 | 196.00 | 31795613 |
| Task: | Prepared audit response for Nortel Networks Corporation and Subsidiaries. | | | |
| 02/17/12 | 11348 Orenshteyn, Marianna | .70 | 171.50 | 31795614 |
| Task: | Prepared audit response for Nortel Networks Corporation; followed up with timekeepers. | | | |
| 02/22/12 | 11348 Orenshteyn, Marianna | .60 | 147.00 | 31805152 |
| Task: | Updated audit response for Nortel Networks Corporation; reviewed substantive matter text for same. | | | |
| 02/24/12 | 11348 Orenshteyn, Marianna | .60 | 147.00 | 31811937 |
| Task: | Finalized audit response for Nortel Networks Corporation and Subsidiaries; coordinated transmittal of audit response to client and auditor. | | | |
| 03/07/12 | 11348 Orenshteyn, Marianna | .40 | 98.00 | 31861389 |
| Task: | Prepared audit response letter for Nortel Networks Corporation. | | | |
| 03/08/12 | 11348 Orenshteyn, Marianna | .90 | 220.50 | 31865097 |
| Task: | Finalized audit response letter for Nortel Networks Corporation; followed up with timekeepers regarding same; reviewed conflicts report in preparation for submitting audit response; conferred with S. Baskin, Amanda Foisy of KPMG and Tanecia Wong Ken of Nortel regarding audit response; coordinated transmittal of audit response to client and auditor. | | | |
| 03/16/12 | 13325 Glennon, Mary M. | .30 | 76.50 | 31896362 |
| Task: | Updated legal and correspondence files. | | | |
| 05/16/12 | 13325 Glennon, Mary M. | .30 | 76.50 | 32116671 |
| Task: | Updated legal file. | | | |
| 06/20/12 | 13325 Glennon, Mary M. | .50 | 127.50 | 32262231 |
| Task: | Filed invoices and updated legal files. | | | |

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/22/12                        PROFORMA NO.       936563
02205-00021                                         BATCH NO.          731419
                                                    THROUGH DATE:    07/31/12
```

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

             Currency:  US DOLLARS
=========================================================================
Date      Timekeeper                                  Hours    Amount   Index #

02/24/12  16476  Gilroy, Terence P.                    1.20    732.00 31829050
   Task:         Prepared Tenth Quarterly and Interim Fee
                 Applications.

03/06/12  20891  Sheopaul, Ruth                         .30     58.50 31857098
   Task:         Reviewed papers and made docket and calendar
                 entries in Law Manager in UNITED STATES S.E.C.
                 V. DUNN, ET. AL.

04/30/12  20891  Sheopaul, Ruth                         .30     58.50 32056212
   Task:         Reviewed papers and made docket and calendar
                 entries in Law Manager.

05/16/12  20891  Sheopaul, Ruth                         .30     58.50 32110864
   Task:         Reviewed papers and made docket and calendar
                 entries in Law Manager.

07/31/12  20891  Sheopaul, Ruth                         .30     58.50 32420021
   Task:         Reviewed papers and made docket and calendar
                 entries in Law Manager.

                 TOTAL HOURS:                          7.50
                 TOTAL FEES:                                  2,226.50