## EXHIBIT B

## EXPENSE SUMMARY

All Matters

FEBRUARY 1, 2012 THROUGH JULY 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating | In House | $6.00 |
| Electronic Docket Information | Court Alert | $1,922.27 |
| Electronic Docket Information | Pacer | $35.00 |
| Electronic Docket Information | E-Law | $449.58 |
| Computer Research | ALM Media | $2,114.56 |
| Postage | | $3.45 |
| **Total Expenses:** | | $4,530.86 |

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/22/12                          PROFORMA NO.      936561
02205-00016                                           BATCH NO.         731419
                                                      THROUGH DATE: 07/31/12
```

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**

           Currency:  US DOLLARS
=============================================================================

                              Costcard Detail

```
         Cost
Date     Code   Charged By                                Amount    Index #    Voucher

07/01/11 INF    06262 Baskin, Stuart                      102.90   26871925   31580178
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 762829

07/31/11 INF    06262 Baskin, Stuart                      202.08   26873636   31580429
                Other Information Services - - VENDOR: ALM
                Bank ID: CITBKNY4 Check Number: 763129

01/31/12 INF    06262 Baskin, Stuart                      107.79   27146377   31621753
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 767450

01/31/12 INF    06262 Baskin, Stuart                      212.16   27147008   31621811
                Other Information Services - - VENDOR: ALM
                Bank ID: CITBKNY4 Check Number: 767734

02/08/12 INF    06262 Baskin, Stuart                      107.79   27111687   31616507
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 766895

02/15/12 INF    06262 Baskin, Stuart                      202.08   27121275   31617966
                Other Information Services - - VENDOR: ALM
                Bank ID: CITBKNY4 Check Number: 767109

02/29/12 INF    06262 Baskin, Stuart                      102.90   27167712   31625515
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 767863

03/15/12 INF    06262 Baskin, Stuart                       30.48   27159885   31624248
                Other Information Services - - VENDOR: E-LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 767708

03/19/12 INF    06262 Baskin, Stuart                      202.08   27163709   31624887
                Other Information Services - - VENDOR: ALM
                Bank ID: CITBKNY4 Check Number: 768425
```

Case 09-10138-MFW    Doc 8304-3    Filed 08/24/12    Page 3 of 13

Page (6)  6

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/22/12                          PROFORMA NO.        936561
02205-00016                                           BATCH NO.           731419
                                                      THROUGH DATE:     07/31/12

NORTEL NETWORKS LIMITED
RESERVES RELEASE
          Currency:  US DOLLARS
================================================================================
          Cost
 Date     Code    Charged By                              Amount  Index #  Voucher
03/31/12  INF   06262 Baskin, Stuart                      110.51 27210871 31631846
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC. 03/31/12 ALERT
                SERVICES:CASES PENDING NY  SUPREME COURT, NY
                COUNTY CLERK'S OFFICE, TO TRACK DOCKET ACTIVITY
                PENDING :FEDERAL BANKRUPTCY COURTS, DISTRICT
                COURTS & COURTS OF APPEALS
                Bank ID: CITBKNY4 Check Number: 768654

04/03/12  INF   06262 Baskin, Stuart                        5.00 27223018 31633631
                Other Information Services - - VENDOR: PACER
                SERVICE CENTER
                Bank ID: CITBKNY4 Check Number: 768836

04/20/12  INF   08288 Wiener, Ira E.                      222.24 27208831 31631565
                Other Information Services - - VENDOR: ALM
                Bank ID: CITBKNY4 Check Number: 769164

04/23/12  INF   06262 Baskin, Stuart                       30.48 27211122 31631886
                Other Information Services - - VENDOR: E-LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 768668

04/30/12  INF   06262 Baskin, Stuart                      120.03 27248699 31637396
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 769218

04/30/12  INF   06262 Baskin, Stuart                      212.16 27248839 31637400
                Other Information Services - - VENDOR: ALM
                Bank ID: CITBKNY4 Check Number: 769807

05/01/12  INF   06262 Baskin, Stuart                       30.48 27248918 31637413
                Other Information Services - - VENDOR: E-LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 769237

05/31/12  INF   06262 Baskin, Stuart                      125.76 27285637 31642610
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 769850

05/31/12  INF   06262 Baskin, Stuart                      222.24 27295531 31644233
                Other Information Services - - VENDOR: ALM
                Bank ID: CITBKNY4 Check Number: 770545
```

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/22/12　　　　　　　　　　　　　　PROFORMA NO.　　　936561
02205-00016　　　　　　　　　　　　　　　　　　　　　　　BATCH NO.　　　　　731419
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**THROUGH DATE: 07/31/12**

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**
　　　　Currency:  US DOLLARS
=========================================================================

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 06/01/12 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E-LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 769863 | 38.10 | 27285276 | 31642594 |
| 06/30/12 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 770766 | 120.03 | 27331719 | 31650290 |
| 07/01/12 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E-LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 770776 | 38.10 | 27331618 | 31650282 |
| 07/30/12 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM<br>Bank ID: CITBKNY4 Check Number: 771170 | 212.16 | 27342917 | 31651889 |
| 07/31/12 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 771212 | 125.76 | 27354943 | 31654110 |
| 07/31/12 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM<br>Bank ID: CITBKNY4 Check Number: 771293 | 212.16 | 27358453 | 31654633 |

　　　　　　　TOTAL　　　　　　　　　　　　　　　　　　3,095.47

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/22/12              PROFORMA NO.        936562
02205-00020                               BATCH NO.           731419
                                          THROUGH DATE: 07/31/12
```

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**

          Currency:  US DOLLARS
================================================================================

## Costcard Detail

```
        Cost
Date    Code   Charged By                                    Amount   Index #   Voucher

02/02/10 CPY   06262 Baskin, Stuart                            3.70  26072432
               37 COPIES AT 599 5th Floor
               Ref:              42085377    73742

06/19/12 CPY   06262 Baskin, Stuart                            0.90  27291819
               Inhouse Photocopies 9 COPIES AT 5TH FLOOR CANON
               COPIER 5055

10/31/09 INF   06262 Baskin, Stuart                           35.93  25964615  31450865
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.
               Bank ID: CITBKNY4 Check Number: 747392

10/31/09 INF   06262 Baskin, Stuart                           13.83  25972419  31451749
               Other Information Services - - VENDOR: ALM
               MEDIA, INC.
               Bank ID: CITBKNY4 Check Number: 747484

11/01/09 INF   06262 Baskin, Stuart                           15.24  25964680  31450866
               Other Information Services - - VENDOR: E- LAW,
               LLC
               Bank ID: CITBKNY4 Check Number: 747406

11/30/09 INF   06262 Baskin, Stuart                           12.57  26017393  31457106
               Other Information Services - - VENDOR: ALM
               MEDIA, INC.
               Bank ID: CITBKNY4 Check Number: 748350

12/16/09 INF   06262 Baskin, Stuart                           34.30  26012477  31456524
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.
               Bank ID: CITBKNY4 Check Number: 748167

12/16/09 INF   06262 Baskin, Stuart                           15.24  26012668  31456591
               Other Information Services - - VENDOR: E- LAW,
               LLC
               Bank ID: CITBKNY4 Check Number: 748203

12/31/09 INF   06262 Baskin, Stuart                           13.89  26063600  31463875
               Other Information Services - - VENDOR: ALM
               MEDIA, INC.
```

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/22/12                          PROFORMA NO.     936562
02205-00020                                           BATCH NO.        731419
                                                      THROUGH DATE: 07/31/12
```

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**
          Currency:  US DOLLARS
================================================================================

```
          Cost
 Date     Code    Charged By                                    Amount  Index #   Voucher
                  Bank ID: CITBKNY4 Check Number: 749098

01/01/10  INF    06262 Baskin, Stuart                            15.24 26067921 31464751
                 Other Information Services - - VENDOR: E- LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 749208

01/25/10  INF    06262 Baskin, Stuart                            37.56 26060778 31463694
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.
                 Bank ID: CITBKNY4 Check Number: 749091

01/31/10  INF    06262 Baskin, Stuart                            12.63 26091988 31468636
                 Other Information Services - - VENDOR: ALM
                 MEDIA, INC.
                 Bank ID: CITBKNY4 Check Number: 749551

02/01/10  INF    06262 Baskin, Stuart                            15.24 26092456 31468830
                 Other Information Services - - VENDOR: E- LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 749554

02/02/10  INF    06262 Baskin, Stuart                            34.30 26096752 31469161
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.
                 Bank ID: CITBKNY4 Check Number: 749681

02/18/10  INF    06262 Baskin, Stuart                            15.24 26122189 31472860
                 Other Information Services - - VENDOR: E- LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 750208

02/28/10  INF    06262 Baskin, Stuart                            32.66 26120482 31472522
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.
                 Bank ID: CITBKNY4 Check Number: 749997

03/12/10  INF    06262 Baskin, Stuart                            12.63 26126443 31473302
                 Other Information Services - - VENDOR: ALM
                 MEDIA, INC.
                 Bank ID: CITBKNY4 Check Number: 750107

03/31/10  INF    06262 Baskin, Stuart                            36.75 26170214 31479831
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.
                 Bank ID: CITBKNY4 Check Number: 750980
```

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/22/12                          PROFORMA NO.      936562
02205-00020                                           BATCH NO.         731419
                                                      THROUGH DATE:   07/31/12
```

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**
          Currency:  US DOLLARS
==============================================================================

```
            Cost
  Date      Code    Charged By                                Amount   Index #   Voucher

04/01/10    INF     06262 Baskin, Stuart                       15.24  26170062  31479806
                    Other Information Services - - VENDOR: E- LAW,
                    LLC
                    Bank ID: CITBKNY4 Check Number: 750997

04/15/10    INF     06262 Baskin, Stuart                       14.52  26170532  31479923
                    Other Information Services - - VENDOR: ALM
                    MEDIA, INC.
                    Bank ID: CITBKNY4 Check Number: 750989

04/30/10    INF     06262 Baskin, Stuart                       35.93  26213975  31486627
                    Other Information Services - - VENDOR:
                    COURTALERT.COM, INC.
                    Bank ID: CITBKNY4 Check Number: 751743

04/30/10    INF     06262 Baskin, Stuart                       13.89  26226539  31488389
                    Other Information Services - - VENDOR: ALM
                    MEDIA, INC.
                    Bank ID: CITBKNY4 Check Number: 751901

05/01/10    INF     06262 Baskin, Stuart                       15.24  26213922  31486624
                    Other Information Services - - VENDOR: E- LAW,
                    LLC
                    Bank ID: CITBKNY4 Check Number: 751753

05/31/10    INF     06262 Baskin, Stuart                       34.30  26255651  31493007
                    Other Information Services - - VENDOR:
                    COURTALERT.COM, INC.
                    Bank ID: CITBKNY4 Check Number: 752421

05/31/10    INF     06262 Baskin, Stuart                       12.63  26255886  31493061
                    Other Information Services - - VENDOR: ALM
                    MEDIA, INC.
                    Bank ID: CITBKNY4 Check Number: 752429

06/01/10    INF     06262 Baskin, Stuart                       15.24  26255574  31493006
                    Other Information Services - - VENDOR: E- LAW,
                    LLC
                    Bank ID: CITBKNY4 Check Number: 752437

06/30/10    INF     06262 Baskin, Stuart                       13.89  26315960  31501715
                    Other Information Services - - VENDOR: ALM
                    MEDIA, INC.
                    Bank ID: CITBKNY4 Check Number: 753466
```

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/22/12                    PROFORMA NO.       936562
02205-00020                                     BATCH NO.          731419
                                                THROUGH DATE: 07/31/12
```

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**
          Currency:  US DOLLARS
====================================================================

```
          Cost
  Date    Code   Charged By                              Amount  Index #   Voucher
07/01/10  INF    06262 Baskin, Stuart                     15.24  26308894  31500963
                 Other Information Services - - VENDOR: E- LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 753358

07/31/10  INF    06262 Baskin, Stuart                     13.26  26335342  31504472
                 Other Information Services - - VENDOR: ALM
                 MEDIA, INC.
                 Bank ID: CITBKNY4 Check Number: 753856

08/09/10  INF    06262 Baskin, Stuart                     35.93  26325828  31503436
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.
                 Bank ID: CITBKNY4 Check Number: 753746

08/09/10  INF    06262 Baskin, Stuart                     15.24  26325954  31503440
                 Other Information Services - - VENDOR: E- LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 753870

08/31/10  INF    06262 Baskin, Stuart                     35.93  26367459  31509022
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.
                 Bank ID: CITBKNY4 Check Number: 754506

09/01/10  INF    08288 Wiener, Ira E.                     15.24  26368668  31509241
                 Other Information Services - - VENDOR: E- LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 754578

09/21/10  INF    08288 Wiener, Ira E.                     13.89  26384615  31511122
                 Other Information Services - - VENDOR: ALM
                 MEDIA, INC.
                 Bank ID: CITBKNY4 Check Number: 754706

10/01/10  INF    06262 Baskin, Stuart                     15.24  26414603  31514957
                 Other Information Services - - VENDOR: E- LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 755236

10/25/10  INF    06262 Baskin, Stuart                     13.26  26440320  31518396
                 Other Information Services - - VENDOR: ALM
                 MEDIA, INC.
                 Bank ID: CITBKNY4 Check Number: 755535

07/01/11  INF    06262 Baskin, Stuart                     34.30  26871927  31580178
```

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/22/12          PROFORMA NO.      936562
02205-00020                            BATCH NO.        731419
                                       **THROUGH DATE: 07/31/12**

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**
         Currency:   US DOLLARS
===============================================================================
          Cost
 Date     Code     Charged By                                       Amount    Index #    Voucher
                   Other Information Services - - VENDOR:
                   COURTALERT.COM, INC.
                   Bank ID: CITBKNY4 Check Number: 762829

07/31/11  INF    06262 Baskin, Stuart                                12.63   26873573   31580429
                   Other Information Services - - VENDOR: ALM
                   Bank ID: CITBKNY4 Check Number: 763129

01/31/12  INF    06262 Baskin, Stuart                                35.93   27146378   31621753
                   Other Information Services - - VENDOR:
                   COURTALERT.COM, INC.
                   Bank ID: CITBKNY4 Check Number: 767450

01/31/12  INF    06262 Baskin, Stuart                                13.26   27147009   31621811
                   Other Information Services - - VENDOR: ALM
                   Bank ID: CITBKNY4 Check Number: 767734

02/08/12  INF    06262 Baskin, Stuart                                35.93   27111688   31616507
                   Other Information Services - - VENDOR:
                   COURTALERT.COM, INC.
                   Bank ID: CITBKNY4 Check Number: 766895

02/15/12  INF    06262 Baskin, Stuart                                12.63   27121276   31617966
                   Other Information Services - - VENDOR: ALM
                   Bank ID: CITBKNY4 Check Number: 767109

02/29/12  INF    06262 Baskin, Stuart                                34.30   27167713   31625515
                   Other Information Services - - VENDOR:
                   COURTALERT.COM, INC.
                   Bank ID: CITBKNY4 Check Number: 767863

03/15/12  INF    06262 Baskin, Stuart                                15.24   27159886   31624248
                   Other Information Services - - VENDOR: E-LAW,
                   LLC
                   Bank ID: CITBKNY4 Check Number: 767708

03/19/12  INF    06262 Baskin, Stuart                                12.63   27163710   31624887
                   Other Information Services - - VENDOR: ALM
                   Bank ID: CITBKNY4 Check Number: 768425

03/31/12  INF    06262 Baskin, Stuart                                 7.35   27210872   31631846
                   Other Information Services - - VENDOR:
                   COURTALERT.COM, INC.
                   Bank ID: CITBKNY4 Check Number: 768654

04/20/12  INF    08288 Wiener, Ira E.                                 3.16   27208832   31631565

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/22/12                          PROFORMA NO.        936562
02205-00020                                           BATCH NO.           731419
                                                      THROUGH DATE:     07/31/12
```

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**
        Currency:  US DOLLARS
==============================================================================

```
          Cost
 Date     Code    Charged By                                Amount   Index #   Voucher
                  Other Information Services - - VENDOR: ALM
                  Bank ID: CITBKNY4 Check Number: 769164

06/25/10  OSD    06262 Baskin, Stuart                        35.93  26309003  31500968
                  Other Outside Services - - VENDOR:
                  COURTALERT.COM, INC. Other Outside Services - -
                  Bank ID: CITBKNY4 Check Number: 753337


          TOTAL                                             955.25
```

Page (8) 30

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/22/12                         PROFORMA NO.        936563
02205-00021                                          BATCH NO.           731419
                                                     THROUGH DATE: 07/31/12
```

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

      Currency:  US DOLLARS

===========================================================================

## Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 04/23/12 | CPY | 13325 Glennon, Mary M.<br>Inhouse Photocopies 2 COPIES AT 5TH FLOOR CANON COPIER 5055 | 0.20 | 27211941 | |
| 06/27/12 | CPY | 13325 Glennon, Mary M.<br>Inhouse Photocopies 12 COPIES AT 5TH FLOOR CANON COPIER 5055 | 1.20 | 27304108 | |
| 07/01/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 762829 | 34.30 | 26871928 | 31580178 |
| 01/31/12 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 767450 | 41.37 | 27146379 | 31621753 |
| 02/08/12 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 766895 | 35.93 | 27111689 | 31616507 |
| 02/29/12 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 767863 | 34.30 | 27167714 | 31625515 |
| 03/15/12 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E-LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 767708 | 15.24 | 27159887 | 31624248 |
| 03/31/12 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 768654 | 38.65 | 27210873 | 31631846 |
| 04/03/12 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: PACER SERVICE CENTER | 25.00 | 27223019 | 31633631 |

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/22/12                    PROFORMA NO.        936563
02205-00021                                     BATCH NO.           731419
                                                THROUGH DATE: 07/31/12
```

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**
          Currency: US DOLLARS
================================================================================
          Cost
  Date    Code   Charged By                                   Amount   Index #    Voucher
                 Bank ID: CITBKNY4 Check Number: 768836

04/23/12  INF    06262 Baskin, Stuart                          15.24  27211123  31631886
                 Other Information Services - - VENDOR: E-LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 768668

04/30/12  INF    06262 Baskin, Stuart                          44.37  27248700  31637396
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.
                 Bank ID: CITBKNY4 Check Number: 769218

05/01/12  INF    06262 Baskin, Stuart                          15.24  27248919  31637413
                 Other Information Services - - VENDOR: E-LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 769237

05/31/12  INF    06262 Baskin, Stuart                          46.27  27285638  31642610
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.
                 Bank ID: CITBKNY4 Check Number: 769850

06/01/12  INF    06262 Baskin, Stuart                          19.05  27285277  31642594
                 Other Information Services - - VENDOR: E-LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 769863

06/30/12  INF    06262 Baskin, Stuart                          40.01  27331720  31650290
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.
                 Bank ID: CITBKNY4 Check Number: 770766

07/01/12  INF    06262 Baskin, Stuart                          19.05  27331619  31650282
                 Other Information Services - - VENDOR: E-LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 770776

07/06/12  INF    06262 Baskin, Stuart                           5.00  27347898  31652967
                 Other Information Services - - VENDOR: PACER
                 SERVICE CENTER
                 Bank ID: CITBKNY4 Check Number: 771003

07/31/12  INF    06262 Baskin, Stuart                          46.27  27354944  31654110
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.
                 Bank ID: CITBKNY4 Check Number: 771212
```

Page (10) 32

## SHEARMAN & STERLING LLP

| | |
|---|---|
| PROFORMA GENERATED: 08/22/12 | PROFORMA NO.        936563 |
| 02205-00021 | BATCH NO.           731419 |
| | **THROUGH DATE: 07/31/12** |

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**
         Currency:  US DOLLARS
==============================================================================

| Date | Cost Code | Charged By | Amount | Index # Voucher |
|---|---|---|---|---|
| 02/24/12 | POS | 11348 Orenshteyn, Marianna<br>Postage and Courier POS IR | 1.80 | 27141051 |
| 03/09/12 | POS | 11348 Orenshteyn, Marianna<br>Postage and Courier POS IR | 1.65 | 27156159 |
| | | TOTAL | 480.14 | |