**CERTIFICATE OF SERVICE**

    I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of this notice and of the foregoing **Eleventh Interim Application Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through July 31, 2012** was caused to be made on August 24, 2012, in the manner indicated upon the entities identified below:

Date: August 24, 2012            */s/ Ann C. Cordo*
                         Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**          **VIA FIRST CLASS MAIL**

Thomas P. Tinker, Esq.          Nortel Networks
Office of the U.S. Trustee         Attn: Accounts Payable
844 King Street             P.O. Box 13010
Suite 2207, Lockbox 35          RTP, NC 27709
Wilmington, DE 19801-3519       (Debtor)
(Trustee)

Mark D. Collins, Esq.           Fred S. Hodara, Esq.
Christopher M. Samis, Esq.        Akin Gump Strauss Hauer & Feld LLP
Richards Layton & Finger         One Bryant Park
One Rodney Square           New York, NY 10036
920 N King St              (Counsel for Official Committee
Wilmington, DE 19801          Of Unsecured Creditors)
(Counsel for Official Committee
Of Unsecured Creditors)

2927478.8