IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                   :    Chapter 11
:
:    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                        :
:    Jointly Administered
Debtors.                          :
:    RE: D.I. 8068
:
---------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL CERTIFICATES OF SERVICE RELATED TO LTD EMPLOYEES**

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the proposed Order Granting Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees, attached as **Exhibit A** hereto:

1. On July 30, 2012, the Debtors filed the *Debtors' Motion For Entry of an Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees* (the "Motion") [D.I. 8068]. As Exhibit A to the Motion, the Debtors attached the proposed *Order Granting Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees* (the "Proposed Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1

2. On August 13, 2012, the Nortel US LTD Employees filed the *Nortel US LTD Employees Objection to Motion of the Debtors to File Under Seal Certificates of Service Related to LTD Employees* [D.I. 8160].

3. On August 14, 2012, the Official Committee of Long-Term Disability Participants filed the *Limited Objection of the Official Committee of Long Term Disability Participants to the Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees* [D.I. 8173].

4. On August 22, 2012, this Court held a hearing on the Motion.  Based on discussions during the August 22, 2012 hearing, the Debtors have revised the Proposed Order (the "Revised Proposed Order").  A copy of the Revised Proposed Order is attached hereto as **Exhibit A**.  A blackline reflecting the changes to the original Proposed Order attached to the Motion is attached hereto as **Exhibit B**.

5. The Debtors have circulated the Revised Proposed Order to counsel to the Official Committee of Long-Term Disability Participants (the "LTD Committee").  Counsel to the LTD Committee has reviewed the Revised Proposed Order and has no objection to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Dated:  August 24, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

3

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Ann C. Cordo*
                Derek C. Abbott (No. 3376)
                Eric D. Schwartz (No. 3134)
                Ann C. Cordo (No. 4817)
                1201 North Market Street, 18th Floor
                P.O. Box 1347
                Wilmington, DE  19899-1347
                Telephone:  (302) 658-9200
                Facsimile:  (302) 425-4663

                *Counsel for the Debtors and*
                *Debtors in Possession*