# EXHIBIT A

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**

**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**

June 1, 2012 - June 30, 2012

**TOTAL HOURS:**        377.6

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| W. Fugazy | 6/20/12 | 1.0 | 1 | Prepare census data request for Nortel TPAs |
| D. Greer | 06/04/12 | 0.5 | 2 | Review settlement counter-proposal received by Debtor |
| L. Ryan | 06/24/12 | 1.4 | 2 | Document review |
| L. Ryan | 06/25/12 | 0.7 | 2 | Document review |
| R. Winters | 06/04/12 | 0.5 | 2 | Review settlement counter-proposal received by Debtor |
| D. Greer | 06/08/12 | 3.1 | 5 | Revise LTD bridge analysis and presentation |
| D. Greer | 06/09/12 | 0.5 | 5 | Review 2/23 retiree bridge analysis and underlying datasets |
| D. Greer | 06/09/12 | 1.4 | 5 | Adjust 2/23 retiree bridge analysis and underlying datasets to reflect additional discrete causes of change |
| D. Greer | 06/09/12 | 1.9 | 5 | Work on retiree bridge analysis |
| D. Greer | 06/11/12 | 0.8 | 5 | Review actuarial model cash flow output files for use in bridge analysis |
| D. Greer | 06/11/12 | 0.5 | 5 | Review revised actuarial model cash flow output files for use in bridge analysis |
| D. Greer | 06/11/12 | 0.4 | 5 | Review actuarial model seriatim output files for use in bridge analysis |
| D. Greer | 06/11/12 | 0.2 | 5 | Review revised actuarial model seriatim output files for use in bridge analysis |
| D. Greer | 06/11/12 | 0.2 | 5 | Call with DaVinci re: actuarial models |
| D. Greer | 06/11/12 | 0.2 | 5 | Call with DaVinci re: actuarial models needed for bridge analysis |
| D. Greer | 06/12/12 | 1.5 | 5 | Review revised actuarial model cash flow output files for use in bridge analysis |
| D. Greer | 06/20/12 | 0.1 | 5 | Discuss LTD seriatim scenarios required with W. Fugazy |
| V. Bodnar | 06/04/12 | 0.7 | 5 | Review description of actuarial models |
| V. Bodnar | 06/08/12 | 2.0 | 5 | Review model output, A&M write-up and presentation |
| V. Bodnar | 06/11/12 | 1.5 | 5 | Review of output from various runs requested by Doug |
| V. Bodnar | 06/20/12 | 0.7 | 5 | Review LTD model output |
| V. Bodnar | 06/26/12 | 1.0 | 5 | Review LTD model in preparation for mediation meeting |
| W. Fugazy | 6/5/12 | 0.8 | 5 | Review seriatim files provided by DaVinci for LTDers |
| W. Fugazy | 6/5/12 | 1.7 | 5 | Collect all relevant liability figures to construct LTD liability bridge |
| W. Fugazy | 6/5/12 | 2.4 | 5 | Construct LTD liability bridge |
| W. Fugazy | 6/6/12 | 0.4 | 5 | Finalize LTD liability bridge |
| W. Fugazy | 6/8/12 | 0.7 | 5 | Review Retiree seriatim data provided by DaVinci |
| W. Fugazy | 6/8/12 | 1.1 | 5 | Create first draft of retiree liability bridge |
| W. Fugazy | 6/11/12 | 0.7 | 5 | Review latest output from DaVinci |
| W. Fugazy | 6/11/12 | 0.3 | 5 | Confirm last retiree dataset sent to DaVinci |
| W. Fugazy | 6/11/12 | 0.8 | 5 | Label and incorporate latest output into retiree liability bridge |
| W. Fugazy | 6/11/12 | 1.0 | 5 | Update retiree liability bridge and send to D. Greer |
| W. Fugazy | 6/11/12 | 0.4 | 5 | Separate liabilities for actives from retirees in retiree bridge |
| W. Fugazy | 6/11/12 | 0.9 | 5 | Calculate change in retiree liability re: new people |
| W. Fugazy | 6/11/12 | 0.5 | 5 | Locate seriatim output tying to 2/23 presentation |
| W. Fugazy | 6/13/12 | 0.6 | 5 | Clean up and send K. Gregson an abbreviated version of the retiree database |
| W. Fugazy | 6/13/12 | 0.7 | 5 | Determine difference in LTD liability for Ret benefits by shifting the cut-off date |
| W. Fugazy | 6/13/12 | 0.6 | 5 | Calculate medical subsidy amount for retirees for a single year |
| W. Fugazy | 6/20/12 | 1.1 | 5 | Histogram analysis by benefit type for retirees |
| W. Fugazy | 6/20/12 | 1.2 | 5 | Edits to histogram analysis by benefit type for retirees |
| W. Fugazy | 6/21/12 | 0.7 | 5 | Edits to histogram analysis by benefit type for retirees |
| W. Fugazy | 6/26/12 | 2.2 | 5 | Work on analysis showing liability by disability year |
| W. Fugazy | 6/26/12 | 1.4 | 5 | Finish LTD analysis showing liability by disability year |
| D. Greer | 06/11/12 | 0.8 | 6 | Review draft bridge analysis for retiree benefits prepared by W. Fugazy |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
June 1, 2012 - June 30, 2012

**TOTAL HOURS:**        377.6

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 06/11/12 | 3.1 | 6 | Revise bridge analysis for retiree benefits |
| D. Greer | 06/11/12 | 0.6 | 6 | Investigate causes and magnitude of specific variances highlighted in bridge analysis for retiree benefits |
| D. Greer | 06/11/12 | 0.8 | 6 | Call with Fugazy re: Retiree bridge analysis |
| D. Greer | 06/11/12 | 0.1 | 6 | Call with DaVinci re retiree bridge analysis |
| D. Greer | 06/11/12 | 0.4 | 6 | Call with W. Fugazy re: retiree bridge analysis |
| D. Greer | 06/11/12 | 0.6 | 6 | Call with W. Fugazy re: retiree bridge analysis |
| D. Greer | 06/11/12 | 0.3 | 6 | Call with W. Fugazy re: reconciliation of retiree results to 2/23 presentation |
| D. Greer | 06/11/12 | 0.2 | 6 | Call with W. Fugazy re: isolation of variances in retiree bridge analysis |
| D. Greer | 06/12/12 | 1.3 | 6 | Revise bridge analysis for retiree benefits |
| D. Greer | 06/12/12 | 1.1 | 6 | Investigate causes and magnitude of specific variances highlighted in bridge analysis for retiree benefits |
| D. Greer | 06/12/12 | 0.1 | 6 | Call with DaVinci re: retiree bridge analysis |
| D. Greer | 06/12/12 | 1.2 | 6 | Call with DaVinci re: retiree bridge analysis |
| D. Greer | 06/12/12 | 0.1 | 6 | Call with R. Winters re: retiree bridge analysis |
| R. Winters | 06/12/12 | 0.1 | 6 | Call with D. Greer re: retiree bridge analysis |
| W. Fugazy | 6/11/12 | 0.3 | 6 | Call with D. Greer re: reconciliation of retiree results to 2/23 presentation |
| W. Fugazy | 6/11/12 | 0.4 | 6 | Call with D. Greer re: retiree bridge analysis |
| W. Fugazy | 6/11/12 | 0.8 | 6 | Call with D. Greer re: retiree bridge analysis |
| D. Greer | 06/04/12 | 0.2 | 8 | Call with R. Winters re: follow ups from LTD Committee call |
| D. Greer | 06/04/12 | 0.7 | 8 | Call with M Daniele, K. Gregson. R. Winters and D. Greer re: allocation methodologies and other topics |
| D. Greer | 06/05/12 | 0.2 | 8 | Call with W. Fugazy re: analysis requested by mediator for LTD benefits liability |
| D. Greer | 06/06/12 | 0.5 | 8 | Call with M. Curran, R. Zahralddin, S. Kinsella and R. Winters re: use of Monte Carlo simulations for settlement discussions |
| D. Greer | 06/06/12 | 0.1 | 8 | Call with N. Berger re: use of Monte Carlo simulations for settlement discussions |
| D. Greer | 06/06/12 | 0.2 | 8 | Call with R. Winters re: preparation for mediation meetings |
| D. Greer | 06/06/12 | 0.1 | 8 | Call with R. Winters re: resources and staffing for Monte Carlo analysis |
| D. Greer | 06/07/12 | 0.1 | 8 | Call with R. Milin re: requested reconciliation analysis |
| D. Greer | 06/08/12 | 0.3 | 8 | Call with R. Winters re: status of LTD bridge analysis presentation |
| D. Greer | 06/08/12 | 0.2 | 8 | Call with W. Fugazy re: analysis required for Retiree bridge analysis |
| D. Greer | 06/08/12 | 0.2 | 8 | Call with W. Fugazy re: Retiree bridge analysis |
| D. Greer | 06/08/12 | 0.1 | 8 | Call with M. Morton re: LTD and Retiree bridge analyses |
| D. Greer | 06/08/12 | 0.2 | 8 | Call with R. Winters re: request from Retiree Committee counsel |
| D. Greer | 06/08/12 | 0.1 | 8 | Call with R. Winters to prepare for LTD Committee professionals' call |
| D. Greer | 06/08/12 | 1.4 | 8 | Call with R. Winters, R. Zahralddin, S. Kinsella, and M. Curran re: Nortel mediation and related deliverables |
| D. Greer | 06/08/12 | 0.2 | 8 | Call with R. Winters re: Retiree Committee mediation analysis |
| D. Greer | 06/08/12 | 0.3 | 8 | Call with R. Winters and W. Fugazy re: status of required actuarial models and analysis for retiree bridge analysis |
| D. Greer | 06/08/12 | 0.4 | 8 | Call with R. Winters, R. Milin, N. Berger re: mediation analysis |
| D. Greer | 06/08/12 | 0.1 | 8 | Call with W. Fugazy re: retiree mediation analysis status |
| D. Greer | 06/08/12 | 0.1 | 8 | Call with R. Winters re: timing of retiree mediation analysis |
| D. Greer | 06/09/12 | 0.5 | 8 | Call with W. Fugazy re: retiree bridge analysis status |
| D. Greer | 06/11/12 | 0.3 | 8 | Call with W. Fugazy re: Retiree bridge analysis |
| D. Greer | 06/11/12 | 0.8 | 8 | Telephone call (Ronald Winters - Doug Greer) re LTC |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
June 1, 2012 - June 30, 2012

**TOTAL HOURS:**       377.6

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 06/11/12 | 0.1 | 8 | Call with R. Winters re: LTD call update |
| D. Greer | 06/12/12 | 0.1 | 8 | Call with R. Winters re: status update |
| D. Greer | 06/15/12 | 0.5 | 8 | Telephone call (R. Winters / D. Greer) re Nortel mediation next steps and deliverables |
| D. Greer | 06/18/12 | 0.3 | 8 | Discussion with R. Winters in advance of Retiree Professionals call |
| D. Greer | 06/18/12 | 0.7 | 8 | Call (Winters - Gregson-Greer) with TSS and McC&E  re  planning for implementation of post-settlement benefits + VEBA [Nortel] |
| D. Greer | 06/18/12 | 0.3 | 8 | Post-call discussion with R. Winters |
| D. Greer | 06/18/12 | 0.2 | 8 | Discussion to bring W. Fugazy up to speed re: status of Retiree mediation |
| D. Greer | 06/22/12 | 0.3 | 8 | Call (R. Winters + D. Greer) regarding Retiree Committee deliverables |
| D. Greer | 06/25/12 | 0.1 | 8 | Telephone call (Ronald Winters - Doug Greer) re LTD Committee call |
| D. Greer | 06/25/12 | 0.1 | 8 | LTD call follow-up (Ronald Winters - Doug Greer) |
| D. Greer | 06/28/12 | 0.1 | 8 | Retiree Committee pre-call (R. Winters and D. Greer) |
| R. Winters | 06/04/12 | 0.2 | 8 | Call with D. Greer re: follow ups from LTD Committee call |
| R. Winters | 06/04/12 | 0.7 | 8 | Call with M Daniele, K. Gregson. R. Winters and D. Greer re: allocation methodologies and other topics |
| R. Winters | 6/6/12 | 0.5 | 8 | Call with M. Curran, R. Zahralddin, S. Kinsella and D. Greer re: use of Monte Carlo simulations for settlement discussions |
| R. Winters | 6/6/12 | 0.2 | 8 | Call with D. Greer re: preparation for mediation meetings |
| R. Winters | 6/6/12 | 0.1 | 8 | Call with D. Greer re: resources and staffing for Monte Carlo analysis |
| R. Winters | 06/07/12 | 0.1 | 8 | Call with R. Milin re: requested reconciliation analysis |
| R. Winters | 06/08/12 | 0.3 | 8 | Call with D. Greer re: status of LTD bridge analysis presentation |
| R. Winters | 06/08/12 | 0.2 | 8 | Call with D. Greer re: request from Retiree Committee counsel |
| R. Winters | 06/08/12 | 0.1 | 8 | Call with D. Greer to prepare for LTD Committee professionals' call |
| R. Winters | 06/08/12 | 1.4 | 8 | Call with D. Greer, R. Zahralddin, S. Kinsella, and M. Curran re: Nortel mediation and related deliverables |
| R. Winters | 06/08/12 | 0.2 | 8 | Call with D. Greer re: Retiree Committee mediation analysis |
| R. Winters | 06/08/12 | 0.3 | 8 | Call with D. Greer and W. Fugazy re: status of required actuarial models and analysis for retiree bridge analysis |
| R. Winters | 06/08/12 | 0.4 | 8 | Call with D. Greer, R. Milin, N. Berger re: mediation analysis |
| R. Winters | 06/08/12 | 0.1 | 8 | Call with D. Greer re: timing of retiree mediation analysis |
| R. Winters | 6/11/12 | 0.8 | 8 | Telephone call (Ronald Winters - Doug Greer) re mediator materials (Retiree Committee) |
| R. Winters | 6/11/12 | 0.2 | 8 | Telephone call with Neil Berger + Milin re materials for mediator |
| R. Winters | 06/11/12 | 0.8 | 8 | Telephone call (Ronald Winters - Doug Greer) re LTC |
| R. Winters | 06/11/12 | 0.1 | 8 | Call with D. Greer re: LTD call update |
| R. Winters | 06/12/12 | 0.1 | 8 | Call with D. Greer re: status update |
| R. Winters | 06/13/12 | 0.8 | 8 | Discussion (Ronald Winters - Neil Berger) re mediation meeting planning |
| R. Winters | 06/15/12 | 0.5 | 8 | Telephone call (R. Winters / D. Greer) re Nortel mediation next steps and deliverables |
| R. Winters | 6/15/12 | 0.1 | 8 | Telephone call with Rafael Zahralddin re mediation |
| R. Winters | 6/18/12 | 0.3 | 8 | Discussion with D. Greer in advance of Retiree Professionals call |
| R. Winters | 06/18/12 | 0.7 | 8 | Call (Winters - Gregson-Greer) with TSS and McC&E  re  planning for implementation of post-settlement benefits + VEBA [Nortel] |
| R. Winters | 06/18/12 | 0.3 | 8 | Post-call discussion with D. Greer |
| R. Winters | 6/22/12 | 0.3 | 8 | Call (R. Winters + D. Greer) regarding Retiree Committee deliverables |
| R. Winters | 6/25/12 | 0.1 | 8 | Telephone call (Ronald Winters - Doug Greer) re LTD Committee call |
| R. Winters | 6/25/12 | 0.1 | 8 | LTD call follow-up (Ronald Winters - Doug Greer) |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
June 1, 2012 - June 30, 2012

**TOTAL HOURS:**      377.6

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| R. Winters | 06/26/12 | 0.3 | 8 | Telephone call with Kevin Gregson re materials for professionals call (Retiree Committee) |
| R. Winters | 6/28/12 | 0.1 | 8 | Retiree Committee pre-call (R. Winters and D. Greer) |
| R. Winters | 6/28/12 | 0.3 | 8 | Conference call with Milin + Brian Moore + Skelly re prep for Retiree Committee call |
| V. Bodnar | 06/13/12 | 0.7 | 8 | Call with A&M to prep for meeting |
| W. Fugazy | 6/5/12 | 0.2 | 8 | Call with D. Greer re: analysis requested by mediator for LTD benefits liability |
| W. Fugazy | 6/6/12 | 0.3 | 8 | Call with D. Greer to discuss presentation of LTD benefits for mediator and Debtors |
| W. Fugazy | 6/8/12 | 0.4 | 8 | Two calls with D. Greer re: liability bridge analysis |
| W. Fugazy | 6/8/12 | 0.3 | 8 | Call with R. Winters and D. Greer re: status of required actuarial models and analysis for retiree bridge analysis |
| W. Fugazy | 6/8/12 | 0.1 | 8 | Call with D. Greer re: retiree mediation analysis |
| W. Fugazy | 6/9/12 | 0.3 | 8 | Request additional scenarios from DaVinci to complete retiree bridge |
| W. Fugazy | 6/9/12 | 0.5 | 8 | Call with D. Greer re: retiree bridge analysis status |
| W. Fugazy | 6/11/12 | 0.2 | 8 | Call with D. Greer re: isolation of variances in retiree bridge analysis |
| W. Fugazy | 6/11/12 | 0.6 | 8 | Call with D. Greer re: questions about reconciliation |
| W. Fugazy | 6/13/12 | 0.7 | 8 | Call with V. Bodnar, R. Winters, K. Gregson, D. Greer and W. Fugazy to prepare for retiree mediation session |
| W. Fugazy | 6/13/12 | 1.5 | 8 | Meeting with R. Winters, K. Gregson and D. Greer to prepare for retiree mediation session |
| W. Fugazy | 6/13/12 | 0.4 | 8 | Discussion with K. Gregson and D. Greer re: the use of Monte Carlo simulations for LTD Committee mediation sessions |
| W. Fugazy | 6/18/12 | 0.2 | 8 | Discussion with D. Greer re: status of Retiree mediation |
| W. Fugazy | 6/20/12 | 0.1 | 8 | Data request to DaVinci for seriatim results |
| W. Fugazy | 6/22/12 | 0.3 | 8 | Call with D. Greer re: research related to VEBA set up and mediation / litigation strategy |
| D. Greer | 06/04/12 | 0.2 | 10 | Review emails from M. Curran re: requests from mediator |
| D. Greer | 06/04/12 | 0.1 | 10 | Review emails from N. Berger re: questions related to privilege |
| D. Greer | 06/05/12 | 0.6 | 10 | Summarize rationale for use of Monte Carlo simulations in email format |
| D. Greer | 06/06/12 | 0.4 | 10 | Three calls with R. Winters re: use of Monte Carlo simulations in settlement discussions |
| D. Greer | 06/06/12 | 0.3 | 10 | Calls and email correspondence with internal (A&M) technical resources regarding development of Monte Carlo simulations |
| D. Greer | 06/09/12 | 0.4 | 10 | Draft email re: actuarial model scenarios required to complete retiree bridge analysis |
| D. Greer | 06/09/12 | 0.1 | 10 | Review and respond to email from N. Berger |
| D. Greer | 06/16/12 | 0.1 | 10 | Review email from R. Winters re: use of risk free discount rate |
| D. Greer | 06/16/12 | 0.5 | 10 | Review various emails with detailed comments from LTD Committee members re: proposed settlement agreement counter proposal |
| D. Greer | 06/18/12 | 0.1 | 10 | Review and respond to inquiries re: scheduling of professionals' call |
| D. Greer | 06/19/12 | 0.3 | 10 | Email to W. Fugazy re: histograms required for Retiree mediation process |
| D. Greer | 06/19/12 | 0.1 | 10 | Review article circulated by N. Berger regarding settlement with APAC |
| D. Greer | 06/20/12 | 0.3 | 10 | Email to W. Fugazy re: histograms required for Retiree mediation process |
| D. Greer | 06/20/12 | 0.1 | 10 | Review email exchanges among Retiree Committee member and professionals |
| D. Greer | 06/20/12 | 0.1 | 10 | Email to R. Winters re: VEBA set up timing and process |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
June 1, 2012 - June 30, 2012

**TOTAL HOURS:**          377.6

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 06/21/12 | 0.1 | 10 | Emails to R. Winters and R. Zahralddin re: scheduling a status update call |
| D. Greer | 06/21/12 | 0.2 | 10 | Email background information and materials to L. Ryan and J. Forte |
| D. Greer | 06/22/12 | 0.2 | 10 | Respond to email inquiry from N. Berger re: to do list and status |
| D. Greer | 06/25/12 | 0.1 | 10 | Review email summary of outstanding deliverables from K. Gregson |
| D. Greer | 06/26/12 | 0.2 | 10 | Review article circulated by N. Berger regarding Supreme Court refusal to consider appeal of U.K. pension trustee |
| D. Greer | 06/26/12 | 0.1 | 10 | Review and respond to emails from J. Forte and L. Ryan re: decision tree analysis |
| D. Greer | 06/27/12 | 0.1 | 10 | Review and respond to email from B. Moore regarding HCTC / PBGC |
| D. Greer | 06/28/12 | 0.1 | 10 | Review CNN article circulated by R. Winters to Retiree Committee |
| R. Winters | 06/03/12 | 0.2 | 10 | Email exchange with Daniele + Greer + Gregson re coordination with Gloster re benefits |
| R. Winters | 06/04/12 | 0.3 | 10 | Email exchange with EG professionals re discussions with mediator |
| R. Winters | 6/6/12 | 0.4 | 10 | Three calls with D. Greer re: use of Monte Carlo simulations in settlement discussions |
| R. Winters | 06/07/12 | 0.1 | 10 | Review emails from Berger re mediation scheduling |
| R. Winters | 06/07/12 | 0.1 | 10 | Review emails from Zahralddin re mediator inquiries |
| R. Winters | 06/10/12 | 0.3 | 10 | Emails with Greer re communication of schedule to TSS; emails with Milin + Berger re progress |
| R. Winters | 6/11/12 | 0.3 | 10 | Emails re special disclaimer language, response to Milin inquiry |
| R. Winters | 06/13/12 | 0.7 | 10 | Process + emails re sign Supplemental Declaration |
| R. Winters | 06/14/12 | 0.1 | 10 | Correspondence with Gloster |
| R. Winters | 06/15/12 | 0.1 | 10 | Email series arranging Monday call on next steps |
| R. Winters | 06/15/12 | 0.1 | 10 | Correspondence with RXZ re total group covered |
| R. Winters | 6/16/12 | 0.5 | 10 | Review emails among LTD members + counsel |
| R. Winters | 06/19/12 | 0.1 | 10 | Review article circulated by N. Berger regarding settlement with APAC |
| R. Winters | 06/20/12 | 0.1 | 10 | Review email exchanges among Retiree Committee member and professionals |
| R. Winters | 06/20/12 | 0.1 | 10 | Review Greer email re: VEBA set up timing and process |
| R. Winters | 06/21/12 | 0.3 | 10 | Emails with RXZ + Greer re welfare plan v insurance |
| R. Winters | 06/21/12 | 0.3 | 10 | Email discussion with Greer re decision tree analysis; Ryan; + corr with Ryan providing additional briefing |
| R. Winters | 06/21/12 | 0.2 | 10 | Email to RXZ suggesting response from Mediator in advance of meeting |
| R. Winters | 6/22/12 | 0.4 | 10 | Review e-mails re litigation funding options |
| R. Winters | 06/25/12 | 0.2 | 10 | Review email re asset managers |
| R. Winters | 06/25/12 | 0.1 | 10 | Review Milin email re mediator interaction and discussion |
| R. Winters | 06/25/12 | 0.2 | 10 | Correspondence with Gregson re VEBA alternatives |
| R. Winters | 06/26/12 | 0.1 | 10 | Review Berger update email re Nortel Supreme Court decline-to-hear |
| R. Winters | 06/26/12 | 0.1 | 10 | Emails with Moore re governance checklist (VEBA) |
| R. Winters | 6/27/12 | 0.2 | 10 | Emails with Gregson re coordination with Milin |
| R. Winters | 06/28/12 | 0.2 | 10 | Review Milin report on discussion with Levin |
| R. Winters | 06/28/12 | 0.1 | 10 | Review Dan David epilogue email |
| R. Winters | 6/28/12 | 0.5 | 10 | E-mails to Retiree Committee following call |
| W. Fugazy | 6/9/12 | 0.3 | 10 | Locate and send update yield curve for risk free rate to DaVinci |
| W. Fugazy | 6/9/12 | 0.1 | 10 | Update D. Greer on status of data collection from DaVinci |
| W. Fugazy | 6/10/12 | 0.1 | 10 | Send latest retiree data to D. Greer |
| W. Fugazy | 6/20/12 | 0.2 | 10 | Review e-mail from D. Greer re: Histogram analysis |
| W. Fugazy | 6/21/12 | 0.1 | 10 | Respond to inquiry about participant liability |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
June 1, 2012 - June 30, 2012

**TOTAL HOURS:**    377.6

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 06/01/12 | 1.0 | 11 | Conference call with Retiree Committee re mediator progress + planning |
| D. Greer | 06/04/12 | 1.3 | 11 | LTD Committee call |
| D. Greer | 06/04/12 | 0.1 | 11 | Email request to E. Norris re: development of presentation for LTD Committee |
| D. Greer | 06/04/12 | 0.2 | 11 | Prepare for LTD Committee call |
| D. Greer | 06/04/12 | 0.5 | 11 | Review and comment on draft report to LTD Committee |
| D. Greer | 06/06/12 | 1.0 | 11 | Retiree Committee call |
| D. Greer | 06/15/12 | 1.6 | 11 | Call with D. David (LTD Committee member) re LTD issues and questions |
| D. Greer | 06/25/12 | 0.6 | 11 | Conference call with LTD Committee re mediation session |
| D. Greer | 06/28/12 | 0.3 | 11 | Retiree Committee call |
| E. Norris | 06/01/12 | 1.0 | 11 | Committee Call re mediation update & planning for VEBA process |
| R. Winters | 06/01/12 | 1.0 | 11 | Conference call with Retiree Committee re mediator progress + planning |
| R. Winters | 06/04/12 | 1.3 | 11 | LTD Committee call |
| R. Winters | 06/04/12 | 0.5 | 11 | Review and comment on draft report to LTD Committee |
| R. Winters | 6/6/12 | 1.0 | 11 | Retiree Committee call |
| R. Winters | 6/11/12 | 1.8 | 11 | Call with LTD Committee; re mediator process, other business |
| R. Winters | 6/25/12 | 0.6 | 11 | Conference call with LTD Committee re mediation session |
| R. Winters | 6/28/12 | 0.3 | 11 | Retiree Committee call |
| W. Fugazy | 6/25/12 | 1.4 | 11 | Retiree committee professionals call |
| D. Greer | 06/06/12 | 2.3 | 12 | Review and edit on draft writeup of actuarial assumptions provided by DaVinci |
| D. Greer | 06/06/12 | 0.3 | 12 | Call with W. Fugazy to discuss presentation of LTD benefits for mediator and Debtors |
| D. Greer | 06/06/12 | 2.1 | 12 | Review and edit draft presentation of LTD benefits for mediator and Debtors |
| D. Greer | 06/07/12 | 0.8 | 12 | Review draft presentation of LTD benefits for mediator as per comments from DaVinci |
| D. Greer | 06/07/12 | 1.5 | 12 | Review comments from R. Winters on draft presentation of LTD benefits and make required revisions. |
| D. Greer | 06/08/12 | 1.1 | 12 | Draft skeleton report for retiree mediation bridge |
| D. Greer | 06/09/12 | 0.9 | 12 | Review and comment on retiree bridge analysis dataset prepared by W. Fugazy |
| D. Greer | 06/09/12 | 0.5 | 12 | Revise skeleton report for retiree mediation bridge |
| D. Greer | 06/09/12 | 0.8 | 12 | Draft bullets explaining the use of an rationale for the risk free discount rate |
| D. Greer | 06/11/12 | 0.1 | 12 | Call with R. Winters re comments to retiree presentation |
| D. Greer | 06/11/12 | 2.1 | 12 | Call with R. Winters re retiree presentation |
| D. Greer | 06/12/12 | 0.6 | 12 | Revise bridge analysis and presentation to reflect comments from N. Berger |
| D. Greer | 06/12/12 | 1.3 | 12 | Revise presentation to reflect comments from R. Milin |
| E. Norris | 06/04/12 | 0.4 | 12 | LTD Committee presentation draft & circulate for comment |
| E. Norris | 6/4/12 | 0.1 | 12 | Revise LTD Comm presentation per DG comments |
| E. Norris | 6/26/12 | 0.1 | 12 | RW call re deliverable revisions per discussion w/ counsel |
| E. Norris | 06/26/12 | 0.3 | 12 | Review 1114 comm pro fee structure & Revise comm deliverable per RW call |
| E. Norris | 06/26/12 | 0.1 | 12 | Transmittal of updated analysis w/ explanatory note |
| E. Norris | 06/26/12 | 0.1 | 12 | Review final edits & forward ranges by level to RW |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
June 1, 2012 - June 30, 2012

**TOTAL HOURS:**      377.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| E. Norris | 06/26/12 | 0.5 | 12 | A&M additions to VEBA Task List |
| E. Norris | 06/27/12 | 0.2 | 12 | RW call & VEBA Task List additions |
| R. Winters | 06/08/12 | 0.4 | 12 | Review presentation to mediator (each of LTD + Retiree) and Gregson analytics tool |
| R. Winters | 06/09/12 | 0.3 | 12 | Provide minimal comments on draft presentation to mediator plus general review of day's email traffic |
| R. Winters | 06/11/12 | 1.4 | 12 | Edit mediator deliverable |
| R. Winters | 6/11/12 | 0.3 | 12 | Develop bullets for presentation materials + transmit to Greer |
| R. Winters | 06/11/12 | 0.1 | 12 | Call with D. Greer re comments to retiree presentation |
| R. Winters | 06/11/12 | 2.1 | 12 | Call with D. Greer re retiree presentation |
| R. Winters | 6/27/12 | 0.2 | 12 | Direction to Norris re governance worksheet |
| V. Bodnar | 06/11/12 | 1.0 | 12 | Review of presentation draft |
| V. Bodnar | 06/12/12 | 1.0 | 12 | Review of model output and presentation |
| W. Fugazy | 6/4/12 | 1.4 | 12 | Prepare overview of LTD liability bridge slides for presentation to mediator |
| W. Fugazy | 6/6/12 | 1.3 | 12 | Prepare presentation featuring LTD liability bridge per instructions from D. Greer |
| W. Fugazy | 6/22/12 | 1.2 | 12 | Summarize results of litigation funding research |
| W. Fugazy | 6/22/12 | 0.4 | 12 | Extract league tables for asset management firms |
| W. Fugazy | 6/26/12 | 1.8 | 12 | Locate, compile and organize relevant case files in binders for mediation |
| W. Fugazy | 6/27/12 | 0.3 | 12 | Edit presentation for LTD mediation |
| R. Winters | 6/17/12 | 1.0 | 13 | Comments to draft settlement counter-offer + transmission to Greer |
| R. Winters | 06/18/12 | 0.5 | 13 | Provide comments on settlement proposal (LTD) |
| D. Greer | 06/21/12 | 0.2 | 14 | Call with W. Fugazy re: required research |
| D. Greer | 06/22/12 | 0.3 | 14 | Call with W. Fugazy re: research related to VEBA set up and mediation / litigation strategy |
| W. Fugazy | 6/21/12 | 0.2 | 14 | Call with D. Greer re: required research |
| W. Fugazy | 6/21/12 | 1.2 | 14 | Research fixed income asset managers in insurance industry |
| W. Fugazy | 6/22/12 | 0.5 | 14 | Research litigation funding companies |
| W. Fugazy | 6/22/12 | 2.2 | 14 | Research litigation funding companies |
| D. Greer | 06/04/12 | 0.1 | 15 | Review email exchanges re: discussion of A&M supplemental disclosure with LTD Committee |
| D. Greer | 06/18/12 | 0.1 | 15 | Email to K. Gregson re: administrative matters |
| D. Greer | 06/18/12 | 0.1 | 15 | Review email from R. Winters re: topics for Retiree Committee professionals call |
| D. Greer | 06/28/12 | 0.5 | 15 | Preparation of fee statements |
| R. Winters | 06/04/12 | 0.1 | 15 | Review email exchanges re: discussion of A&M supplemental disclosure with LTD Committee |
| R. Winters | 6/17/12 | 0.5 | 15 | Finalize time diaries |
| R. Winters | 6/28/12 | 0.4 | 15 | Telephone call with Rafael Zahralddin re proceeds application; other cases |
| D. Greer | 06/09/12 | 0.5 | 17 | Review retiree benefits "dashboard" developed by K. Gregson |
| D. Greer | 06/12/12 | 0.3 | 17 | Call with W. Fugazy re: dataset for K. Gregson to create benefits dashboard |
| D. Greer | 06/18/12 | 0.5 | 17 | Preparation of action items and issues list in advance of Retiree Professionals call |
| D. Greer | 06/20/12 | 0.1 | 17 | Call (Winters / Greer) to prep for call re: VEBA and HCTC. |
| D. Greer | 06/20/12 | 0.6 | 17 | Telephone call with Dean Gloster (Winters, Greer, Gregson, Daniele) re: VEBA set up and HCTC |

08/24/12  11:12 AM

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
June 1, 2012 - June 30, 2012

**TOTAL HOURS:**        377.6

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 06/20/12 | 0.1 | 17 | Follow up call (Greer, Gregson, Winters, Daniele) |
| D. Greer | 06/20/12 | 0.1 | 17 | Review update email from K. Gregson re: status of discussions with health plans |
| D. Greer | 06/21/12 | 0.5 | 17 | Call with K. Gregson, R. Winters, D. Greer and M. Daniele re: VEBA setup, HCTC and feedback from health plans |
| D. Greer | 06/25/12 | 0.3 | 17 | Review task list circulated by M. Daniele |
| D. Greer | 06/25/12 | 1.5 | 17 | Conference call with professionals re VEBA prep + Retiree Committee call (Winters + Greer + Gregson + Daniele + Milin + Moore + Berger) |
| D. Greer | 06/28/12 | 0.2 | 17 | Review draft task list for set up of VEBA for Retiree benefits |
| R. Winters | 06/07/12 | 0.1 | 17 | Review Gregson email re premium analysis |
| R. Winters | 06/20/12 | 0.1 | 17 | Call (Winters / Greer) to prep for call re: VEBA and HCTC. |
| R. Winters | 06/20/12 | 0.6 | 17 | Telephone call with Dean Gloster (Winters, Greer, Gregson, Daniele) re: VEBA set up and HCTC |
| R. Winters | 06/20/12 | 0.1 | 17 | Follow up call (Greer, Gregson, Winters, Daniele) |
| R. Winters | 06/20/12 | 0.1 | 17 | Emails with Gregson re carrier / LTC |
| R. Winters | 06/20/12 | 0.1 | 17 | Emails with Greer re investment mgr |
| R. Winters | 06/21/12 | 0.5 | 17 | Call with K. Gregson, R. Winters, D. Greer and M. Daniele re: VEBA setup, HCTC and feedback from health plans |
| R. Winters | 6/25/12 | 1.5 | 17 | Conference call with professionals re VEBA prep + Retiree Committee call (Winters + Greer + Gregson + Daniele + Milin + Moore + Berger) |
| R. Winters | 6/28/12 | 0.3 | 17 | Telephone call (Winters - Gregson) re carrier update + alternatives |
| W. Fugazy | 6/12/12 | 0.3 | 17 | Call with D. Greer re: dataset for K. Gregson to create benefits dashboard |
| D. Greer | 06/04/12 | 1.2 | 18 | Call with M. Curran, S. Kinsella and R. Winters re: settlement discussions |
| D. Greer | 06/04/12 | 0.3 | 18 | Email DaVinci re: requests from mediator related to Retiree Benefits counter proposal |
| D. Greer | 06/04/12 | 0.1 | 18 | Email directions to W. Fugazy re: analysis for mediator |
| D. Greer | 06/04/12 | 0.1 | 18 | Email to R. Winters re: analysis for mediator |
| D. Greer | 06/05/12 | 0.5 | 18 | Meet with R. Winters to discuss Nortel settlement proposal |
| D. Greer | 06/05/12 | 1.7 | 18 | Meeting with N. Berger and R. Winters to discuss Nortel settlement proposal and Retiree Committee response |
| D. Greer | 06/05/12 | 1.8 | 18 | Review and modify analysis requested by mediator re: LTD benefits |
| D. Greer | 06/05/12 | 0.2 | 18 | Discuss use of Monte Carlo simulations for settlement scenario analysis with R. Winters |
| D. Greer | 06/06/12 | 0.3 | 18 | Review and respond to questions from R. Winters re: use of Monte Carlo simulations |
| D. Greer | 06/06/12 | 0.4 | 18 | Review letter summarizing various legal arguments for Retiree benefits claims from Togut to mediator |
| D. Greer | 06/07/12 | 1.5 | 18 | Develop input assumptions for retiree Monte Carlo simulation model |
| D. Greer | 06/07/12 | 0.2 | 18 | Call with A&M technical resources regarding development of Monte Carlo simulation models |
| D. Greer | 06/07/12 | 0.6 | 18 | Call with R. Winters re: request by Togut to provide reconciliation analysis |
| D. Greer | 06/11/12 | 2.8 | 18 | Draft language for retiree presentation for mediator |
| D. Greer | 06/11/12 | 1.1 | 18 | Revise language for retiree presentation for mediator |
| D. Greer | 06/11/12 | 0.7 | 18 | 2 telephone calls (Ronald Winters - Doug Greer) re mediator materials (Retiree Committee) |
| D. Greer | 06/11/12 | 0.2 | 18 | Telephone call (Ronald Winters - Doug Greer) re mediator deliverable |
| D. Greer | 06/12/12 | 2.6 | 18 | Edit language for retiree presentation for mediator |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
June 1, 2012 - June 30, 2012

**TOTAL HOURS:**      377.6

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 06/12/12 | 0.4 | 18 | Call with R. Winters and N. Berger (partial participation) re: presentation to mediator. |
| D. Greer | 06/12/12 | 0.3 | 18 | Call with R. Winters re: retiree presentation to mediator |
| D. Greer | 06/12/12 | 0.3 | 18 | Call with W. Fugazy re: retiree presentation for mediator |
| D. Greer | 06/12/12 | 0.4 | 18 | Telephone call (N. Berger / D. Greer) regarding Retiree presentation for mediator |
| D. Greer | 06/12/12 | 0.5 | 18 | Call with M Curran re: LTD presentation to mediator and Monte Carlo simulations |
| D. Greer | 06/12/12 | 0.1 | 18 | Call with R. Milin re: retiree presentation to mediator |
| D. Greer | 06/12/12 | 0.1 | 18 | Call with R. Milin re presentation to mediator |
| D. Greer | 06/13/12 | 0.7 | 18 | Call with V. Bodnar, R. Winters, K. Gregson, D. Greer and W. Fugazy to prepare for retiree mediation session |
| D. Greer | 06/13/12 | 1.5 | 18 | Meeting with R. Winters, K. Gregson, W. Fugazy and D. Greer to prepare for retiree mediation session |
| D. Greer | 06/13/12 | 4.3 | 18 | Development of models related to retiree benefits for use during retiree mediation session |
| D. Greer | 06/13/12 | 0.4 | 18 | Discussion with R. Winters re: data book for mediation session |
| D. Greer | 06/13/12 | 0.3 | 18 | Discussion with K. Gregson re: additional information required for mediation session |
| D. Greer | 06/13/12 | 0.4 | 18 | Discussion with K. Gregson and W. Fugazy re: the use of Monte Carlo simulations for LTD Committee mediation sessions |
| D. Greer | 06/13/12 | 0.9 | 18 | Preparation for mediation session |
| D. Greer | 06/14/12 | 10.5 | 18 | Mediation session re: Retiree Benefits at Cleary's office |
| D. Greer | 06/14/12 | 0.5 | 18 | Preparation for mediation session re: Retiree Benefits |
| D. Greer | 06/15/12 | 1.0 | 18 | LTD Monte Carlo simulation model - development of variables and key assumptions |
| D. Greer | 06/15/12 | 0.2 | 18 | Telephone call (Winters-Greer) re LTD mediation prep |
| D. Greer | 06/15/12 | 0.7 | 18 | Call with R. Zahralddin re: LTD mediation issues |
| D. Greer | 06/16/12 | 0.7 | 18 | Telephone call (Winters-Greer) re LTD counter + Veba planning |
| D. Greer | 06/17/12 | 1.0 | 18 | Revise Monte Carlo simulation parameters for LTD mediation |
| D. Greer | 06/17/12 | 2.5 | 18 | Review and provide detailed comments on draft settlement counter proposal of LTD Committee |
| D. Greer | 06/17/12 | 0.5 | 18 | Review comments from R. Winters on draft settlement counter offer proposal of LTD Committee; compare with my earlier comments and send to R. Zahralddin for incorporation as appropriate |
| D. Greer | 06/18/12 | 0.2 | 18 | Provide edits / comments to language in draft letter from R. Zahralddin to R. Levin |
| D. Greer | 06/19/12 | 0.5 | 18 | Design graphs to summarize options for allocation of retiree settlement proceeds |
| D. Greer | 06/20/12 | 0.1 | 18 | Discuss retiree histogram analysis with W. Fugazy |
| D. Greer | 06/21/12 | 1.1 | 18 | Call re LTD mediation strategy with R. Winters, D. Greer and R. Zahralddin |
| D. Greer | 06/21/12 | 0.5 | 18 | Review emails from Zahralddin re: litigation / mediation strategy |
| D. Greer | 06/21/12 | 0.2 | 18 | Email to L. Ryan outlining mediation issues and goals |
| D. Greer | 06/21/12 | 1.0 | 18 | Call with R. Zahralddin, D. Greer, R. Winters, L. Ryan & J. Forte re: LTD mediation related matters |
| D. Greer | 06/21/12 | 0.7 | 18 | LTD decision tree analysis |
| D. Greer | 06/21/12 | 0.6 | 18 | Email describing LTD decision tree analysis to LTD professionals |
| D. Greer | 06/21/12 | 0.3 | 18 | Review histogram analysis in support of retiree mediation process |
| D. Greer | 06/21/12 | 0.5 | 18 | Research related to mediation / litigation of LTD Benefits |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
June 1, 2012 - June 30, 2012

**TOTAL HOURS:** 377.6

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 06/21/12 | 0.6 | 18 | Review insurance asset manager survey |
| D. Greer | 06/21/12 | 2.2 | 18 | Call with R. Winters re: LTD mediation issues and strategy |
| D. Greer | 06/22/12 | 0.5 | 18 | Review and redirect preliminary research re: asset managers |
| D. Greer | 06/22/12 | 0.4 | 18 | Review articles related to litigation funding companies |
| D. Greer | 06/22/12 | 0.3 | 18 | Redirect research related to litigation funding companies |
| D. Greer | 06/22/12 | 0.5 | 18 | Review revised research related to litigation funding companies |
| D. Greer | 06/22/12 | 0.4 | 18 | Email R. Zahralddin and R. Winters re: the use of and potential sources for litigation funding |
| D. Greer | 06/25/12 | 0.3 | 18 | Respond to L. Ryan question re: detailed composition of LTD liabilities |
| D. Greer | 06/25/12 | 0.3 | 18 | Nortel - call with L. Ryan & J Forte (A&M) re: scenarios of collectability for mediation preparation |
| D. Greer | 06/25/12 | 0.9 | 18 | Nortel - call with L. Ryan (A&M) re: vesting and related plan documents for mediation preparation |
| D. Greer | 06/25/12 | 0.2 | 18 | Nortel - communications with L. Ryan (A&M) re: estimate split of LTD claims among groups |
| D. Greer | 06/25/12 | 0.2 | 18 | Telephone call with R. Winters re LTD mediation |
| D. Greer | 06/25/12 | 0.5 | 18 | Email request for connectivity and recommendations of insurance-focused asset managers |
| D. Greer | 06/26/12 | 0.6 | 18 | Review decision tree for LTD mediation |
| D. Greer | 06/26/12 | 1.2 | 18 | Nortel - telecon with M Kohart (EGL) and D Greer, R Winters & J Forte (A&M) re: LTD mediation related matters |
| D. Greer | 06/26/12 | 0.8 | 18 | Nortel - telecon with R Levin (mediator), R Zahralddin (EGL) and D Greer, R Winters & J Forte (A&M) re: LTD mediation related matters |
| D. Greer | 06/26/12 | 0.4 | 18 | Review and comment on tables with LTD liability broken out by year and benefit type (prepared for mediation session) |
| D. Greer | 06/26/12 | 1.6 | 18 | Preparation of supporting analysis for LTD mediation session |
| D. Greer | 06/27/12 | 7.5 | 18 | LTD mediation session at offices of Cravath, Swaine (partial participation) |
| D. Greer | 06/27/12 | 0.7 | 18 | Preparation of analysis in advance of mediation session |
| D. Greer | 06/28/12 | 0.8 | 18 | Call (R. Winters + D. Greer) re: follow ups from and strategy for mediation |
| D. Greer | 06/29/12 | 0.5 | 18 | Nortel - discussion with L. Ryan and J Forte (A&M) re: mediation status and next steps |
| J. Forte | 06/21/12 | 1.0 | 18 | telecon with R Zahralddin (EGL) and D Greer, R Winters & J Forte (A&M) re: LTD mediation related matters. |
| J. Forte | 06/22/12 | 1.4 | 18 | Read legal memo prepared by counsel on vesting/1114 issues |
| J. Forte | 06/22/12 | 0.5 | 18 | Review AM analysis on amount of claim/simulations |
| J. Forte | 06/25/12 | 0.8 | 18 | telecon with R Winters & L Ryan (A&M) re: LTD mediation preparation. |
| J. Forte | 06/25/12 | 1.5 | 18 | Prepare litigation recovery model |
| J. Forte | 06/25/12 | 0.3 | 18 | Discussion with L Ryan (A&M) re: review of LTD analysis for mediation preparation. |
| J. Forte | 06/25/12 | 0.3 | 18 | Call with D Greer & J Forte (A&M) re: scenarios of collectability for mediation preparation. |
| J. Forte | 06/25/12 | 0.3 | 18 | Prepare litigation outcome summary spreadsheet and send to D Greer (AM) |
| J. Forte | 06/25/12 | 0.7 | 18 | Discussions with L Ryan (A&M) re: updates to decision tree and collectability analysis for mediation preparation |
| J. Forte | 06/25/12 | 0.3 | 18 | Discussion with L Ryan (A&M) re: decision tree analysis for mediation preparation. |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
June 1, 2012 - June 30, 2012

**TOTAL HOURS:**        377.6

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| J. Forte | 06/25/12 | 1.9 | 18 | Prepare revise litigation recovery model to account for two possible paths to vesting and impact of 1114 status |
| J. Forte | 06/26/12 | 1.2 | 18 | Telecon with M Kohart (EGL) and D Greer, R Winters & L Ryan (A&M) re: LTD mediation related matters. |
| J. Forte | 06/26/12 | 0.8 | 18 | Telecon with R Levine (mediator), R Zahralddin (EGL) and D Greer, R Winters & L Ryan(A&M) re: LTD mediation related matters. |
| J. Forte | 06/29/12 | 0.5 | 18 | Discussion with D Greer and  L Ryan (A&M) re: mediation status and next steps |
| K. Gregson | 06/01/12 | 8.0 | 18 | Build of analytics tool on settlement allocation and duration |
| K. Gregson | 06/02/12 | 1.5 | 18 | Build of analytics tool on settlement allocation and duration |
| K. Gregson | 06/04/12 | 2.3 | 18 | Review of analytics tool |
| K. Gregson | 06/05/12 | 1.5 | 18 | Testing and review of analytics tool |
| K. Gregson | 06/06/12 | 2.0 | 18 | Mediation preparation |
| K. Gregson | 06/07/12 | 2.1 | 18 | Mediation preparation |
| K. Gregson | 06/08/12 | 2.8 | 18 | Mediation preparation |
| K. Gregson | 06/12/12 | 2.5 | 18 | Mediation preparation |
| K. Gregson | 06/13/12 | 4.5 | 18 | Mediation preparation |
| K. Gregson | 06/14/12 | 13.0 | 18 | Mediation meeting |
| K. Gregson | 06/15/12 | 3.0 | 18 | Mediation follow up |
| K. Gregson | 06/19/12 | 2.5 | 18 | Analysis of allocation methods and risk implications |
| K. Gregson | 06/20/12 | 1.2 | 18 | Development of final alternative for committee |
| K. Gregson | 06/21/12 | 3.0 | 18 | Development of final alternative for committee |
| K. Gregson | 06/22/12 | 3.5 | 18 | Development of final alternative for committee |
| K. Gregson | 06/25/12 | 4.0 | 18 | Development of final alternative for committee |
| K. Gregson | 06/26/12 | 3.5 | 18 | Development of final alternative for committee |
| K. Gregson | 06/27/12 | 2.0 | 18 | Development of final alternative for committee |
| K. Gregson | 06/28/12 | 1.5 | 18 | Development of final alternative for committee |
| K. Gregson | 06/29/12 | 4.0 | 18 | Development of final alternative for committee |
| L. Ryan | 06/21/12 | 1.0 | 18 | Telecon w/R. Zahralddin (EGL) & D. Greer, R. Winters & J. Forte (A&M) re:LTD mediation related matters |
| L. Ryan | 06/21/12 | 0.4 | 18 | Document review re:LTD mediation related matters |
| L. Ryan | 06/25/12 | 0.8 | 18 | Telecon w/ R. Winters & J. Forte re:LTD mediation prep |
| L. Ryan | 06/25/12 | 0.3 | 18 | Discussion with J. Forte re: LTD analysis for mediation prep |
| L. Ryan | 06/25/12 | 0.3 | 18 | Discussion with J. Forte re: Decision tree for mediation prep |
| L. Ryan | 06/25/12 | 0.3 | 18 | Call w/D. Greer & J. Forte re:scenarios of collectability for mediation prep |
| L. Ryan | 06/25/12 | 0.9 | 18 | Call w/D. Greer re:vesting and related plan docs for mediation prep |
| L. Ryan | 06/25/12 | 0.2 | 18 | Communication w/D. Greer re:estimate split of LTD claim |
| L. Ryan | 06/25/12 | 0.7 | 18 | Discussions with J. Forte re:updates to decision tree for mediation prep |
| L. Ryan | 06/25/12 | 0.6 | 18 | Review/edit draft decision tree for mediation thereto D. Greer & R. Winter |
| L. Ryan | 06/25/12 | 0.1 | 18 | Review comm from R. Zahralddin-Aravena re:analysis to claims for LTD |
| L. Ryan | 06/26/12 | 1.2 | 18 | Telecon w/M.Kohart (EGL) & D. Greer & J. Forte |
| L. Ryan | 06/26/12 | 0.3 | 18 | Telecon w/R. Winters re: LTD mediation prep |
| L. Ryan | 06/26/12 | 0.8 | 18 | Telecon w/ R. Levine (mediator), R. Zahralddin (EGL) & D. Greer/J. Forte/R. Winters re:mediation related matters |
| L. Ryan | 06/26/12 | 0.3 | 18 | Update/edit draft decision tree and collectability analysis for LTD claims |
| L. Ryan | 06/29/12 | 0.5 | 18 | Discussion w/D. Greer & J. Forte re:mediation status & next steps |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
June 1, 2012 - June 30, 2012

**TOTAL HOURS:**        377.6

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| R. Winters | 06/04/12 | 1.2 | 18 | Call with M. Curran, S. Kinsella and D. Greer re: settlement discussions |
| R. Winters | 06/04/12 | 0.1 | 18 | Review Greer email to DaVinci re: requests from mediator related to Retiree Benefits counter proposal |
| R. Winters | 06/05/12 | 0.5 | 18 | Meet (Winters-Greer) to discuss Nortel settlement proposal |
| R. Winters | 6/5/12 | 1.7 | 18 | Meeting with N. Berger and Greer to discuss Nortel settlement proposal and Retiree Committee response |
| R. Winters | 6/5/12 | 0.2 | 18 | Discuss use of Monte Carlo simulations for settlement scenario analysis with Greer |