# EXHIBIT B

### EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2012 through June 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Expenses**[10] |  | **$0.00** |

---

[10] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.