# EXHIBIT A

2725046.2

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
July 1, 2012 - July 31, 2012

**TOTAL HOURS:**   275.9

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 07/10/12 | 0.2 | 1 | Liability re LTC; request + review response |
| W. Fugazy | 07/17/12 | 2.9 | 1 | Gather current LTC pricing info for various plans in FL and NC cont. |
| D. Greer | 07/09/12 | 0.1 | 5 | Review histogram of LTD Participant liabilities |
| D. Greer | 07/18/12 | 0.7 | 5 | Call with V. Bodnar and W. Fugazy re: LTC pricing and alternatives |
| D. Greer | 07/18/12 | 1.1 | 5 | Analysis of range of medical subsidies and likely settlement values by individual retiree |
| D. Greer | 07/18/12 | 0.8 | 5 | Analysis of range of LTC benefit liability and potential settlement values per retiree |
| D. Greer | 07/24/12 | 0.5 | 5 | Review and redirect supporting analysis from DaVinci for Retiree Committee presentation |
| D. Greer | 07/24/12 | 1.1 | 5 | Develop dataset to estimate the cost of providing future health benefits to (until recently) active employees |
| D. Greer | 07/25/12 | 0.5 | 5 | Review output from actuarial models indicating projected cost of future health benefits for retirees |
| D. Greer | 07/25/12 | 0.4 | 5 | Review output from actuarial models indicating projected cost of future health benefits for LTD Participants eligible to retire |
| D. Greer | 07/25/12 | 0.3 | 5 | Review revised output from revised actuarial models indicating projected cost of future health benefits for active employees |
| D. Greer | 07/25/12 | 2.9 | 5 | Develop reconciliation analysis between prior estimates of future health costs and detailed bottom up projections. |
| D. Greer | 07/26/12 | 1.3 | 5 | Develop reconciliation analysis between prior estimates of future health costs and detailed bottom up projections. |
| D. Greer | 07/26/12 | 2.6 | 5 | Develop projections of the duration of benefits based on various potential settlement amounts, structures, and benefit levels |
| D. Greer | 07/26/12 | 0.8 | 5 | Review and conduct sensitivity analysis on expense assumptions utilized in projections |
| D. Greer | 07/29/12 | 1.5 | 5 | Sensitivity analysis to assess the likely duration of retiree medical subsidy payments given different settlement amounts, percentage of existing subsidies paid, and other factors |
| D. Greer | 07/30/12 | 0.5 | 5 | Review retiree census summary data provided by W. Fugazy and provide comments and requested changes |
| D. Greer | 07/31/12 | 0.3 | 5 | Call with DaVinci Consulting regarding calculation of duplicate portion of LTD medical claim |
| D. Greer | 07/31/12 | 0.2 | 5 | Meeting with W. Fugazy to describe dataset required by DaVinci and supplemental analysis required to calculate duplicate portion of LTD medical claim |
| D. Greer | 07/31/12 | 0.5 | 5 | Review actuarial projections related to duplicate portion of LTD medical claim |
| D. Greer | 07/31/12 | 0.5 | 5 | Analysis to modify valuation date of actuarial projections related to duplicate portion of LTD medical claim |
| V. Bodnar | 07/18/12 | 1.3 | 5 | LTC rate comparison |
| W. Fugazy | 07/06/12 | 0.7 | 5 | Carve out Nortel liability for a specific retiree, and summarize. |
| W. Fugazy | 07/18/12 | 2.1 | 5 | Create census of retirees for participating members of the Nortel Retiree Welfare plan. |
| W. Fugazy | 07/24/12 | 0.4 | 5 | Analysis showing prospective insurer medical coverage costs for retirees |
| W. Fugazy | 07/26/12 | 1.3 | 5 | Revisions to retiree census data according to comments from D. Greer |
| W. Fugazy | 07/30/12 | 1.0 | 5 | Organize retiree census data according to comments from D. Greer |
| W. Fugazy | 07/31/12 | 0.9 | 5 | Analysis for LTD retiree medical benefits |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
July 1, 2012 - July 31, 2012

**TOTAL HOURS:** 275.9

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| W. Fugazy | 07/31/12 | 0.2 | 5 | Meeting with D. Greer re: dataset required by DaVinci and supplemental analysis required to calculate duplicate portion of LTD medical claim |
| W. Fugazy | 07/31/12 | 1.1 | 5 | Find and send LTD census to DaVinci for LTD eligible for retiree benefits as of 12/31/12 |
| D. Greer | 07/31/12 | 0.2 | 7 | Email in response to question from LTD Committee member |
| D. Greer | 07/09/12 | 0.1 | 8 | Telephone call (Winters-Greer) re follow-up to LTD Committee call |
| D. Greer | 07/10/12 | 0.6 | 8 | Telephone call with R. Winters + K. Gregson re Nortel VEBA |
| D. Greer | 07/10/12 | 0.6 | 8 | Call with R. Winters re: outstanding items for LTD Committee |
| D. Greer | 07/12/12 | 0.5 | 8 | Retiree Committee professionals' call (partial participation) |
| D. Greer | 07/12/12 | 0.2 | 8 | Call (R. Winters / D. Greer) re: follow up items from LTD Committee call |
| D. Greer | 07/18/12 | 0.1 | 8 | Call with R. Winters re: revisions to term sheet |
| D. Greer | 07/18/12 | 0.3 | 8 | Call with M. Daniele re: Nortel mediation issues |
| D. Greer | 07/20/12 | 0.2 | 8 | Call with R. Winters to coordinate in advance of Nortel mediation debrief with A+M team |
| D. Greer | 07/20/12 | 1.0 | 8 | Nortel mediation debrief (including 0.2 hrs prep time) |
| D. Greer | 07/23/12 | 0.3 | 8 | Call (Greer + Winters) re: Retiree Committee report |
| D. Greer | 07/23/12 | 0.2 | 8 | Call with A. Patel and R. Winters re: Retiree Committee report |
| D. Greer | 07/24/12 | 0.1 | 8 | Telephone call (Winters-Greer) re Retiree Committee deliverable |
| D. Greer | 07/25/12 | 0.3 | 8 | Telephone call (Winters-Greer) re analysis of pro forma benefits |
| D. Greer | 07/27/12 | 0.2 | 8 | Call (Bodnar / Greer) re Nortel status update |
| D. Greer | 07/27/12 | 0.2 | 8 | Call (Winters / Greer) re retiree committee presentation and analysis |
| D. Greer | 07/30/12 | 0.1 | 8 | Call (Winters + Greer) re: Nortel retiree committee report |
| D. Greer | 07/31/12 | 0.3 | 8 | Post-call discussion with R. Winters |
| R. Winters | 07/03/12 | 0.3 | 8 | Correspondence with Gregson re health coverage research + prep for calls |
| R. Winters | 07/03/12 | 0.1 | 8 | Follow-up telephone call (Ronald Winters - Vince Bodnar) re Mediator call |
| R. Winters | 07/03/12 | 0.1 | 8 | Follow-up telephone call with Rafael Zahralddin re Mediator call |
| R. Winters | 07/03/12 | 1.0 | 8 | Telephone call with Brian Moore re claims; retirees. |
| R. Winters | 07/05/12 | 0.3 | 8 | Telephone call (Ronald Winters - Laureen Ryan) re decision tree analysis (LTD Committee) [Nortel] |
| R. Winters | 07/05/12 | 0.4 | 8 | Telephone call with M. Curran re litigation options + scheduling |
| R. Winters | 07/09/12 | 0.1 | 8 | Telephone call (Winters-Greer) re follow-up to LTD Committee call |
| R. Winters | 07/09/12 | 0.6 | 8 | Telephone call with Neil Berger + Skelly + Brian Moore + Milin re mediation process + Retiree Committee call + professionals call |
| R. Winters | 07/10/12 | 0.6 | 8 | Call with D. Greer re: outstanding items for LTD Committee |
| R. Winters | 07/10/12 | 0.6 | 8 | Telephone call with Doug Greer + Kevin Gregson re Nortel VEBA |
| R. Winters | 07/12/12 | 0.7 | 8 | Retiree Committee professionals' call |
| R. Winters | 07/12/12 | 0.2 | 8 | Call (R. Winters / D. Greer) re: follow up items from LTD Committee call |
| R. Winters | 07/18/12 | 0.1 | 8 | Call with D. Greer re: revisions to term sheet |
| R. Winters | 07/20/12 | 0.2 | 8 | Telephone call (Winters - Patel) deliverable development |
| R. Winters | 07/20/12 | 0.2 | 8 | Telephone call (Winters - Norris) re deliverable |
| R. Winters | 07/20/12 | 0.6 | 8 | Call (Winters + Greer) re next steps on LTC mediation |
| R. Winters | 07/23/12 | 0.3 | 8 | Call (Greer + Winters) re: Retiree Committee report |
| R. Winters | 07/23/12 | 0.6 | 8 | Telephone call (Ronald Winters - AJPATEL) re direction for Retiree Committee deliverable |
| R. Winters | 07/24/12 | 0.1 | 8 | Telephone call (Winters-Greer) re Retiree Committee deliverable |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
July 1, 2012 - July 31, 2012

**TOTAL HOURS:** 275.9

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 07/24/12 | 0.3 | 8 | Telephone call with Daniele re VEBA + addressing Debtor liability concerns |
| R. Winters | 07/24/12 | 0.3 | 8 | Telephone call (Winters - Gregson) re Retiree Committee deliverable + scheduling re client call |
| R. Winters | 07/25/12 | 0.3 | 8 | Telephone call (Winters-Greer) re analysis of pro forma benefits |
| R. Winters | 07/27/12 | 0.2 | 8 | Call (Winters / Greer) re retiree committee presentation and analysis |
| R. Winters | 07/27/12 | 0.2 | 8 | Review Berger letter to Committee + Haupt response-set |
| R. Winters | 07/30/12 | 0.1 | 8 | Call (Winters + Greer) re: Nortel retiree committee report |
| R. Winters | 07/30/12 | 0.1 | 8 | Telephone call with Kevin Gregson re Retiree Committee deliverable |
| R. Winters | 07/30/12 | 0.3 | 8 | Telephone call with Neil Berger re Debtor plan re mediation |
| R. Winters | 07/30/12 | 0.1 | 8 | Telephone call with Kevin Gregson re alternative development with M&E |
| R. Winters | 07/31/12 | 0.3 | 8 | Post-call discussion with R. Winters |
| R. Winters | 07/31/12 | 0.3 | 8 | Call with Berger re captive strategy |
| V. Bodnar | 07/03/12 | 0.2 | 8 | Call with R. Winters |
| V. Bodnar | 07/10/12 | 0.6 | 8 | Retiree professionals call |
| V. Bodnar | 07/17/12 | 0.2 | 8 | LTD call with D. Greer |
| V. Bodnar | 07/18/12 | 0.8 | 8 | Call with A&M re: LTC VEBA |
| V. Bodnar | 07/27/12 | 0.3 | 8 | Call with D. Greer |
| W. Fugazy | 07/18/12 | 0.7 | 9 | Nortel call with V. Bodnar and W. Fugazy re: LTC Pricing analysis |
| W. Fugazy | 07/20/12 | 0.8 | 9 | Nortel mediation debrief (Winters, Gregson, Greer, Forte, Fugazy) |
| D. Greer | 07/10/12 | 0.1 | 10 | Review email from K. Gregson re: status update |
| D. Greer | 07/17/12 | 0.3 | 10 | Review and follow up on various emails related to Nortel engagement |
| D. Greer | 07/20/12 | 0.2 | 10 | Respond to email inquiries from R. Winters and K. Gregson re: presentation and analysis for Retiree Committee |
| D. Greer | 07/20/12 | 0.1 | 10 | Email information to A. Patel (A&M) to prepare report for Retiree Committee |
| D. Greer | 07/24/12 | 0.5 | 10 | Email correspondence with A&M team re: presentation for Retiree Committee |
| D. Greer | 07/28/12 | 0.3 | 10 | Review emails from Retiree Committee professionals re: structuring of a settlement for retiree medical benefits |
| R. Winters | 07/01/12 | 0.2 | 10 | Email exchange with RXZ re scheduling |
| R. Winters | 07/02/12 | 0.1 | 10 | Various emails with LTD Committee |
| R. Winters | 07/03/12 | 0.3 | 10 | Email corr to prep for call with Levin |
| R. Winters | 07/03/12 | 0.3 | 10 | Various other emails re census data, etc.; review |
| R. Winters | 07/05/12 | 0.1 | 10 | Emails from Bodnar re LTC Comm prep |
| R. Winters | 07/05/12 | 0.1 | 10 | Review Gregson update email |
| R. Winters | 07/05/12 | 0.1 | 10 | Review RXZ email to Schweitzer re research on constituent |
| R. Winters | 07/05/12 | 0.2 | 10 | Review DaVinci email re Medicare |
| R. Winters | 07/06/12 | 0.1 | 10 | Review emails series re review of research on LTD-retiree |
| R. Winters | 07/06/12 | 0.2 | 10 | Review Leahan and Gregson emails re Medicare status and status of healthcare availability, respectively |
| R. Winters | 07/09/12 | 0.3 | 10 | Review emails with Greer, Ryan, Forte, re decision tree |
| R. Winters | 07/09/12 | 0.3 | 10 | Review emails re HCTC issues (PBGC) |
| R. Winters | 07/10/12 | 0.2 | 10 | Review Berger email to Committee |
| R. Winters | 07/11/12 | 0.1 | 10 | Correspondence with Gregson re deliverable for TSS |
| R. Winters | 07/13/12 | 0.1 | 10 | Emails with Ryan re decision tree |
| R. Winters | 07/15/12 | 0.1 | 10 | Review emails re decision tree (LTD) |
| R. Winters | 07/15/12 | 0.1 | 10 | Email exchange with TSS re t/s comments |
| R. Winters | 07/16/12 | 0.1 | 10 | Correspondence with Gregson re meeting coordination with TSS |
| R. Winters | 07/16/12 | 0.1 | 10 | Various emails from and between LTD constituents |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
July 1, 2012 - July 31, 2012

**TOTAL HOURS:** 275.9

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 07/17/12 | 0.1 | 10 | Emails re LTD constituent call |
| R. Winters | 07/20/12 | 0.3 | 10 | Review emails to Gregson on benefit plans + from Berger re Committee deliverables |
| R. Winters | 07/22/12 | 0.2 | 10 | Review emails + response re plan matrix |
| R. Winters | 07/23/12 | 0.2 | 10 | Review emails from Patel, Greer, Gregson re Committee deliverable (Retiree) |
| R. Winters | 07/24/12 | 0.2 | 10 | Correspondence with Gregson regarding Milin inquiries and response |
| R. Winters | 07/24/12 | 0.1 | 10 | Review Berger email re LTD counsel |
| R. Winters | 07/26/12 | 0.1 | 10 | Email trail with Gregson, Daniele, Milin re VEBA |
| R. Winters | 07/28/12 | 0.4 | 10 | Review emails from Retiree Committee professionals re: structuring of a settlement for retiree medical benefits |
| R. Winters | 07/30/12 | 0.2 | 10 | Review emails on Captive Strategy |
| R. Winters | 07/30/12 | 0.1 | 10 | Review Greer notes from LTD call |
| W. Fugazy | 07/05/12 | 0.4 | 10 | Review e-mail traffic regarding data requests + manage case documents |
| W. Fugazy | 07/24/12 | 0.1 | 10 | Send clean copy of retiree presentation to D. Greer |
| D. Greer | 07/09/12 | 1.0 | 11 | LTD Committee call |
| D. Greer | 07/12/12 | 0.8 | 11 | LTD Committee call |
| D. Greer | 07/16/12 | 0.2 | 11 | Scheduling of LTD professionals call and LTD Committee call re: decision tree analysis (and related emails re: availability) |
| D. Greer | 07/16/12 | 0.2 | 11 | Develop summary analysis regarding retiree subsidy ranges and email to K. Gregson for use in discussions with health insurance carrier |
| D. Greer | 07/18/12 | 4.2 | 11 | Working dinner meeting with R. Winters, M. Daniele, N. Berger, B. Moore, R. Milin and Retiree Committee member |
| D. Greer | 07/23/12 | 0.8 | 11 | LTD Committee call |
| D. Greer | 07/30/12 | 0.3 | 11 | LTD Committee call |
| D. Greer | 07/30/12 | 0.1 | 11 | Review emailed notes summarizing LTD Committee call |
| J. Forte | 07/17/12 | 0.5 | 11 | Prepare for telecon with committee |
| J. Forte | 07/17/12 | 1.5 | 11 | Telecon with committee re: settlement value |
| R. Winters | 07/02/12 | 1.2 | 11 | Conference call with LTD Committee re mediator / negotiations |
| R. Winters | 07/03/12 | 1.6 | 11 | Briefing Conference call with LTD Committee re mediator communications |
| R. Winters | 07/05/12 | 0.9 | 11 | Conference call with LTD Committee re mediation + post-settlement solution options |
| R. Winters | 07/09/12 | 0.1 | 11 | Conference call with LTD Committee re mediation process |
| R. Winters | 07/12/12 | 0.8 | 11 | LTD Committee call |
| R. Winters | 07/13/12 | 0.7 | 11 | Conference call with Retiree Committee; planning for Mediation |
| R. Winters | 07/13/12 | 0.1 | 11 | Suggestions re LTD constituency call |
| R. Winters | 07/17/12 | 1.7 | 11 | Conference call with LTD Committee re decision analytics |
| R. Winters | 07/18/12 | 4.2 | 11 | Working dinner meeting with D. Greer, M. Daniele, N. Berger, B. Moore, R. Milin and Retiree Committee member |
| R. Winters | 07/20/12 | 0.9 | 11 | Ltd Committee call |
| R. Winters | 07/23/12 | 0.8 | 11 | LTD Committee scheduled weekly call |
| R. Winters | 07/30/12 | 0.3 | 11 | LTD Committee call |
| V. Bodnar | 07/03/12 | 1.1 | 11 | LTD committee call (partial participation) |
| V. Bodnar | 07/13/12 | 0.7 | 11 | Retiree committee call |
| V. Bodnar | 07/17/12 | 1.0 | 11 | LTD committee call (partial participation) |
| V. Bodnar | 07/17/12 | 0.8 | 11 | LTD professionals call |
| D. Greer | 07/18/12 | 1.3 | 12 | Develop summary presentation regarding mediation / litigation alternatives for Nortel retirees |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
July 1, 2012 - July 31, 2012

**TOTAL HOURS:** 275.9

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 07/24/12 | 1.8 | 12 | Draft slides for Retiree Committee presentation |
| D. Greer | 07/24/12 | 1.3 | 12 | Review and comment on slides for Retiree Committee presentation |
| D. Greer | 07/24/12 | 3.7 | 12 | Develop supporting analysis for Retiree Committee presentation |
| D. Greer | 07/24/12 | 0.5 | 12 | Discuss Retiree Committee report with W. Fugazy |
| D. Greer | 07/26/12 | 1.8 | 12 | Prepare presentation slides illustrating the projected future costs of health benefits for retirees |
| E. Haedicke | 07/16/12 | 3.5 | 12 | Review and update decision tree analysis |
| E. Norris | 07/20/12 | 0.1 | 12 | RW Call re deliverable |
| E. Norris | 07/30/12 | 0.1 | 12 | RW/DG corr re flowchart deliverable |
| R. Winters | 07/24/12 | 0.3 | 12 | Emails with Gregson + Patel re presentation materials |
| R. Winters | 07/24/12 | 0.8 | 12 | Review, correspond and respond detail to Committee deliverable |
| R. Winters | 07/25/12 | 0.8 | 12 | Review and edit Retiree Committee deliverable |
| R. Winters | 07/26/12 | 0.3 | 12 | Edit to tables for presentation |
| W. Fugazy | 07/03/12 | 0.9 | 12 | Extract Retiree census data, organize, and send to Togut |
| W. Fugazy | 07/24/12 | 0.5 | 12 | Discuss Retiree Committee report with D. Greer |
| D. Greer | 07/09/12 | 0.2 | 13 | Review agenda for July 11 court hearing |
| D. Greer | 07/11/12 | 0.5 | 14 | Review, research and respond to email inquiry from R. Zahralddin |
| D. Greer | 07/17/12 | 0.3 | 14 | Meeting with W. Fugazy to review status of LTC pricing research |
| D. Greer | 07/17/12 | 0.8 | 14 | Review and comment on pricing data for LTC plans provided by W. Fugazy; forward to A&M / DaVinci team |
| R. Winters | 07/07/12 | 0.2 | 14 | Review Kodak transcript; provide to Berger for relevance |
| D. Greer | 07/06/12 | 0.1 | 15 | Admin related to subcontractor agreement & invoicing |
| D. Greer | 07/09/12 | 0.2 | 15 | Admin related to subcontractor agreement & invoicing |
| D. Greer | 07/13/12 | 0.1 | 15 | Provide assistance in setting up LTD call |
| D. Greer | 07/27/12 | 0.5 | 15 | Preparation of fee statements |
| D. Greer | 07/30/12 | 0.1 | 15 | Call (Winters + Greer) re: Nortel admin and invoicing |
| D. Greer | 07/30/12 | 0.3 | 15 | Review May fee statement and revert with comments to W. Fugazy |
| R. Winters | 07/04/12 | 0.1 | 15 | Time records maintenance |
| R. Winters | 07/30/12 | 0.1 | 15 | Call (Winters + Greer) re: Nortel admin and invoicing |
| W. Fugazy | 07/06/12 | 0.4 | 15 | Enter May time journals team members |
| W. Fugazy | 07/06/12 | 1.5 | 15 | Review and edit May time journals |
| W. Fugazy | 07/20/12 | 0.6 | 15 | Update time journal |
| W. Fugazy | 07/30/12 | 0.5 | 15 | May Fee app preparation - additional time entry clean up |
| W. Fugazy | 07/31/12 | 0.7 | 15 | May Fee app preparation - updating invoice figures |
| W. Fugazy | 07/31/12 | 0.5 | 15 | Update time journal |
| A. Patel | 07/20/12 | 0.1 | 17 | Call with R. Winters re: health insurance analysis and comparison |
| A. Patel | 07/20/12 | 0.3 | 17 | Review and respond to various e-mail re: health insurance analysis and comparison |
| A. Patel | 07/20/12 | 1.6 | 17 | Review various attachments of presentations in e-mail re: health insurance analysis and comparison |
| A. Patel | 07/21/12 | 0.8 | 17 | Call with R. Winter and D. Greer re: steps for health insurance analysis and comparison |
| A. Patel | 07/21/12 | 1.4 | 17 | Research websites for information to use for health insurance analysis and comparison |
| A. Patel | 07/21/12 | 0.4 | 17 | Compile package of data for use in analysis and comparison for Committee |
| A. Patel | 07/22/12 | 1.7 | 17 | Prepare information for health insurance options for Committee and revise existing information as necessary |
| A. Patel | 07/22/12 | 1.3 | 17 | Prepare tables of information identified during research |
| A. Patel | 07/22/12 | 0.6 | 17 | Revise tables of information identified during research |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
July 1, 2012 - July 31, 2012

**TOTAL HOURS:** 275.9

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| A. Patel | 07/23/12 | 0.3 | 17 | Review and respond to various e-mail re: health insurance analysis and comparison |
| A. Patel | 07/23/12 | 0.5 | 17 | Prepare slides of information for Committee deck |
| A. Patel | 07/23/12 | 0.1 | 17 | Prepare email to working group re: status of analysis and comparison |
| A. Patel | 07/23/12 | 0.2 | 17 | Call with D. Greer re: health insurance analysis and comparison |
| A. Patel | 07/23/12 | 0.1 | 17 | Call with R. Winter re: health insurance analysis and comparison |
| A. Patel | 07/23/12 | 1.3 | 17 | Prepare and update slides of information for Committee deck |
| A. Patel | 07/23/12 | 0.7 | 17 | Review and respond to various e-mail re: health insurance analysis and comparison |
| A. Patel | 07/23/12 | 1.6 | 17 | Prepare and update commentary and analysis of information for Committee deck and related e-mail |
| D. Greer | 07/16/12 | 0.5 | 17 | Call (D. Greer + K. Gregson) re: status of discussions with insurers |
| D. Greer | 07/16/12 | 0.3 | 17 | Call (D. Greer + R. Winters) re: status of discussions with insurers |
| D. Greer | 07/16/12 | 0.5 | 17 | Review email from M. Leahan (DaVinci Consulting) and consider Medicare Advantage alternatives for LTD Participants, including potential impact on a selected LTD Participant |
| D. Greer | 07/17/12 | 0.2 | 17 | Call with V. Bodnar re: LTD Participants' access to and costs of Medicare Advantage plans |
| D. Greer | 07/17/12 | 0.6 | 17 | Meeting with W. Fugazy re: current rates for LTC policies |
| D. Greer | 07/17/12 | 0.1 | 17 | Email Retiree Committee professionals re: VEBA / HRA inquiries |
| D. Greer | 07/17/12 | 0.3 | 17 | Email V. Bodnar re: questions on LTC insurance underwriting, access and rates |
| D. Greer | 07/18/12 | 0.9 | 17 | Call with K. Gregson and representatives of prospective health insurer for Nortel replacement coverage |
| D. Greer | 07/18/12 | 0.9 | 17 | Analysis of medical benefits and alternatives for retiree committee to review during mediation session |
| D. Greer | 07/18/12 | 0.5 | 17 | Calls (K. Gregson + D. Greer) regarding cost of group health insurance policy versus existing Nortel medical plan |
| D. Greer | 07/19/12 | 0.5 | 17 | Review of health plan cost vs. cost of existing Nortel medical benefits |
| D. Greer | 07/20/12 | 0.4 | 17 | Email to K. Gregson regarding requirements for benefits comparison report requested by Retiree Committee |
| D. Greer | 07/20/12 | 0.1 | 17 | Call with N. Berger and R. Milin re: VEBA issues |
| D. Greer | 07/20/12 | 0.5 | 17 | Call (Greer + Gregson) re: VEBA issues |
| D. Greer | 07/20/12 | 0.6 | 17 | Call with K. Gregson and (partial participation) N. Berger and R. Milin |
| D. Greer | 07/20/12 | 0.5 | 17 | Call with R. Winters and M Daniele (partial participation) re: VEBA issues |
| D. Greer | 07/21/12 | 0.5 | 17 | Review of information and preparation of report outline in advance of call re Retiree Committee deliverable on plan comps |
| D. Greer | 07/21/12 | 0.8 | 17 | Conference call with Ronald Winters + Doug Greer + Patel re Retiree Committee deliverable on plan comps |
| D. Greer | 07/22/12 | 1.5 | 17 | Review draft presentation materials for Retiree Committee, research Nortel plan costs, and respond with comments |
| D. Greer | 07/27/12 | 0.1 | 17 | Review email from K. Gregson re: potential structures for settlement administration and management |
| D. Greer | 07/30/12 | 0.1 | 17 | Email K. Gregson regarding requested report for Retiree Committee regarding settlement and benefits structure |
| M. Lopez | 07/23/12 | 1.0 | 17 | Two conference calls w/ K. Gregson re: LLC & captive structure. Conference call w/ DE DOI regarding captive structure. |
| R. Winters | 07/06/12 | 0.3 | 17 | Email series among professionals re VEBA/tax advantaged distribution |
| R. Winters | 07/17/12 | 0.1 | 17 | Email from Gregson re carrier discussions |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
July 1, 2012 - July 31, 2012

**TOTAL HOURS:** 275.9

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 07/17/12 | 0.3 | 17 | Review emails re LTC pricing |
| R. Winters | 07/18/12 | 0.3 | 17 | Emails with Gregson + Greer re carrier feedback on structure; + subsidy level |
| R. Winters | 07/20/12 | 0.5 | 17 | Call with D. Greer and M Daniele (partial participation) re: VEBA issues |
| R. Winters | 07/21/12 | 0.8 | 17 | Conference call with Ronald Winters + Doug Greer + Patel re Retiree Committee deliverable on plan comps |
| R. Winters | 07/21/12 | 0.4 | 17 | Review files + transmit data + instruction to Patel for deliverable |
| R. Winters | 07/22/12 | 0.1 | 17 | Review file with asset mgrs |
| R. Winters | 07/23/12 | 1.9 | 17 | Nortel review, compose, edit Retiree Committee deliverable re alternative benefits |
| R. Winters | 07/25/12 | 0.1 | 17 | Review Milin email re VEBA issues |
| R. Winters | 07/26/12 | 0.2 | 17 | Review draft Daniele letter to Cleary |
| R. Winters | 07/27/12 | 0.4 | 17 | Review Daniele proposed draft to Cleary re VEBA |
| V. Bodnar | 07/05/12 | 1.5 | 17 | Review Medicare coverage issues |
| V. Bodnar | 07/06/12 | 1.2 | 17 | Review Medicare coverage issues |
| V. Bodnar | 07/16/12 | 1.0 | 17 | Review Medicare coverage issues |
| V. Bodnar | 07/26/12 | 1.5 | 17 | Review prospective insurer premium information |
| V. Bodnar | 07/31/12 | 1.2 | 17 | Review LTD medical benefits overlap |
| W. Fugazy | 07/17/12 | 2.1 | 17 | Gather current LTC pricing info for various plans in FL and NC |
| W. Fugazy | 07/17/12 | 0.6 | 17 | Meeting with D. Greer re: current rates for LTC policies |
| W. Fugazy | 07/17/12 | 1.0 | 17 | Find rate request documents for J. Hancock LTC policies specifically |
| W. Fugazy | 07/17/12 | 0.3 | 17 | Meeting with D. Greer to review status of LTC pricing research |
| W. Fugazy | 07/18/12 | 1.4 | 17 | Gather current LTC pricing info for various plans in FL and NC cont. |
| W. Fugazy | 07/18/12 | 1.2 | 17 | Summarize LTC pricing info to present to D. Greer |
| W. Fugazy | 07/24/12 | 1.1 | 17 | Review exhibits on prospective insurer/Nortel comps from E. Norris |
| D. Greer | 07/02/12 | 0.3 | 18 | Telephone call (Winters-Greer) re LTD + Retiree decision issues + decision tree |
| D. Greer | 07/05/12 | 0.5 | 18 | Telephone call (Winters-Greer) re LTD + Retiree decision issues + decision tree |
| D. Greer | 07/09/12 | 1.3 | 18 | Call with E.G. (M. Curran, M. Kohart, R. Zahralddin) and A&M (L. Ryan, J. Forte, D. Greer) regarding mediation process and decision tree analysis |
| D. Greer | 07/09/12 | 0.2 | 18 | Email exchange with L. Ryan and J. Forte re: decision tree analysis |
| D. Greer | 07/09/12 | 2.0 | 18 | Development of analytical tool to support decision tree analysis |
| D. Greer | 07/09/12 | 0.8 | 18 | Calls with R. Winters re: LTD decision tree analysis |
| D. Greer | 07/09/12 | 0.5 | 18 | Review HCTC and PBGC websites at request of R. Zahralddin |
| D. Greer | 07/10/12 | 0.6 | 18 | Nortel Retiree Committee professionals call |
| D. Greer | 07/10/12 | 0.3 | 18 | Review and comment on LTD litigation analysis prepared by M. Curran |
| D. Greer | 07/12/12 | 0.7 | 18 | Review term sheet for settlement with Retiree Committee and add comments |
| D. Greer | 07/13/12 | 0.3 | 18 | Call with R. Winters re prep for mediation session |
| D. Greer | 07/13/12 | 0.3 | 18 | Email exchange with L. Ryan and J. Forte re: timing of LTD decision tree analysis |
| D. Greer | 07/15/12 | 2.1 | 18 | Research and respond to questions regarding LTD Decision tree analysis |
| D. Greer | 07/16/12 | 0.8 | 18 | Review and comment on LTD decision tree analysis |
| D. Greer | 07/16/12 | 0.2 | 18 | Respond to email inquiries re: changes to LTD decision tree analysis |
| D. Greer | 07/16/12 | 0.2 | 18 | Call with V. Bodnar re: mediation preparation |
| D. Greer | 07/16/12 | 0.2 | 18 | Email instructions to W. Fugazy re: analysis required for Retiree Committee mediation session |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
July 1, 2012 - July 31, 2012

**TOTAL HOURS:**     275.9

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 07/16/12 | 0.2 | 18 | Calls with R. Winters re: retiree mediation issues |
| D. Greer | 07/16/12 | 0.1 | 18 | Call with V. Bodnar re: Nortel mediation |
| D. Greer | 07/16/12 | 0.1 | 18 | Call (D. Greer + J. Forte) re: LTD decision tree analysis |
| D. Greer | 07/16/12 | 0.2 | 18 | Respond to email inquiries from M. Curran |
| D. Greer | 07/17/12 | 1.0 | 18 | Call with LTD professionals re: decision tree analysis |
| D. Greer | 07/17/12 | 2.0 | 18 | Meeting with N. Berger, R. Milin, M. Daniele, and K. Gregson (partial by phone) regarding preparation for mediation session |
| D. Greer | 07/17/12 | 0.1 | 18 | Email LTD Committee members re: decision tree analysis and call to discuss same |
| D. Greer | 07/17/12 | 1.5 | 18 | LTD Committee call to discuss decision tree analysis (partial participation) |
| D. Greer | 07/17/12 | 0.4 | 18 | LTD Participants call with Elliott Greenleaf (partial participation) |
| D. Greer | 07/17/12 | 0.3 | 18 | Call with R. Winters re: mediation prep |
| D. Greer | 07/18/12 | 0.1 | 18 | Call (Winters + Greer) re: Nortel mediation preparation |
| D. Greer | 07/18/12 | 0.1 | 18 | Call with N. Berger re: methodology by which to allocate settlement proceeds |
| D. Greer | 07/18/12 | 0.1 | 18 | Email to R. Winters re: allocation formula for retiree settlement proceeds |
| D. Greer | 07/18/12 | 1.2 | 18 | Telephone call (Winters-Greer) re Retiree liability + plan for mediation |
| D. Greer | 07/19/12 | 1.2 | 18 | Analysis and presentation of LTC benefits and alternatives for retiree committee to review during mediation session |
| D. Greer | 07/19/12 | 0.2 | 18 | Preparatory meeting among Winters, Bodnar, Greer |
| D. Greer | 07/19/12 | 14.6 | 18 | Mediation meeting @ Cravath including meetings with Mediator; representatives of UCC, Debtors; meetings with clients and counsel LTD Committee and Retiree Committee; review and advise on proposals, counter-proposal; response to inquiry; presentation of materials |
| D. Greer | 07/20/12 | 0.6 | 18 | Call (Winters + Greer) re next steps on mediation |
| D. Greer | 07/27/12 | 0.6 | 18 | Review letter from M. Daniele summarizing rationale for and analysis of a VEBA structure to administer settlement proceeds |
| D. Greer | 07/30/12 | 0.4 | 18 | Telephone call (Winters-Greer) re apportionment of prospective settlement + calculation principles |
| D. Greer | 07/31/12 | 0.3 | 18 | Meeting (R. Winters + D. Greer) in advance of settlement call with LTD Committee and Debtors |
| D. Greer | 07/31/12 | 0.5 | 18 | Review Debtors' motion to terminate LTD benefits |
| D. Greer | 07/31/12 | 0.8 | 18 | Review Debtors' motion to modify retiree benefits |
| D. Greer | 07/31/12 | 7.7 | 18 | Two calls with LTD Committee (including settlement discussions with the Debtors and side-bar calls with representatives of the Debtors) |
| J. Forte | 07/09/12 | 1.3 | 18 | Telecon with EG (R Zahralddin, M Curran, M Kohart) and AM re: settlement valuation |
| J. Forte | 07/14/12 | 3.6 | 18 | Prepare revised analysis of settlement value by claim type and year buckets |
| J. Forte | 07/14/12 | 2.4 | 18 | Update and revise analysis of settlement to include allocation of expenses and changes to presentation |
| J. Forte | 07/16/12 | 0.5 | 18 | Update and revise analysis of settlement value to incorporate L Ryan initial comments |
| J. Forte | 07/16/12 | 1.0 | 18 | proof read and update disclaimer |
| J. Forte | 07/16/12 | 4.2 | 18 | Update analysis and presentation for committee based upon L Ryan suggestions. |
| J. Forte | 07/16/12 | 0.5 | 18 | Additional edits to Committee presentation |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
July 1, 2012 - July 31, 2012

**TOTAL HOURS:** 275.9

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| J. Forte | 07/17/12 | 1.0 | 18 | Telecon with EG ( R Zahralddin, M Curran, M Kohart, V Bodnar, S Kinsella) and AM ( L Ryan, D Greer, R winters) re:  analysis of claim value in litigation. |
| J. Forte | 07/20/12 | 0.8 | 18 | Telecon re:  Mediation results and next steps. |
| L. Ryan | 07/05/12 | 0.3 | 18 | Telephone call (Ronald Winters - Laureen Ryan) re decision tree analysis (LTD Committee) [Nortel] |
| L. Ryan | 07/06/12 | 0.1 | 18 | communications with EG re: upcoming conference call regarding decision tree draft |
| L. Ryan | 07/09/12 | 0.2 | 18 | Communications with J Forte (A&M) in preparation for telecom and follow-up thereafter re: decision trees revisions and timetable to complete |
| L. Ryan | 07/09/12 | 1.3 | 18 | Telecom with D Greer and J Forte (A&M) and R M and M (Elliott Green) re: decision trees revisions  and timetable to complete |
| L. Ryan | 07/09/12 | 0.7 | 18 | Review template from D Greer regarding probabilities and discuss with J Forte (A&M) and write comments to D Greer (A&M) |
| L. Ryan | 07/10/12 | 0.2 | 18 | Communications from counsel re: breakdown of beneficiaries |
| L. Ryan | 07/13/12 | 0.3 | 18 | Communications with D Greer (A&M) re: strategy for revising decision trees and timing for completion |
| L. Ryan | 07/13/12 | 0.3 | 18 | Discussion with J Forte (A&M) re: strategy for revising decision trees and timing for completion |
| L. Ryan | 07/15/12 | 0.2 | 18 | Review comments on parameters for updating decision trees |
| L. Ryan | 07/15/12 | 0.3 | 18 | Review communication from D Greer re: presentation format and strategy and timing |
| L. Ryan | 07/15/12 | 0.1 | 18 | Communications with R Winters re: timing for strategy call with committee |
| L. Ryan | 07/15/12 | 0.1 | 18 | Call with R. Winters re: strategy |
| L. Ryan | 07/15/12 | 1.3 | 18 | Review/edit draft decision tree analysis and related communications to J Forte |
| L. Ryan | 07/16/12 | 0.5 | 18 | review updated draft decision tree analysis and discussion with J Forte thereon; related communications to R Winters and D Greer |
| L. Ryan | 07/16/12 | 0.7 | 18 | Communications with J Forte (A&M) re: updates to decision trees revisions and related presentation for committee |
| L. Ryan | 07/16/12 | 0.4 | 18 | communications with D Greer and J Forte (A&M)  re: decision trees presentation and committee call |
| L. Ryan | 07/16/12 | 0.3 | 18 | communications with D Greer and J Forte (A&M) and Raphael and colleagues (Elliott Greenleaf) re: decision trees presentation and committee call |
| L. Ryan | 07/16/12 | 0.1 | 18 | call with R Winter (A&M) re: disclaimers on presentation |
| L. Ryan | 07/16/12 | 0.9 | 18 | Review/edit updated templates and summary page and draft presentation for committee |
| L. Ryan | 07/17/12 | 1.0 | 18 | Telecon with EG ( R Zahralddin, M Curran, M Kohart, V Bodnar, S Kinsella) and AM ( L Ryan, D Greer, R winters) re:  analysis of claim value in litigation |
| L. Ryan | 07/17/12 | 0.2 | 18 | Communications with J Forte (A&M) re: decision tree analysis presentation |
| L. Ryan | 07/17/12 | 1.5 | 18 | UCC Telecon with committee members and EG ( R Zahralddin, M Curran, M Kohart, V Bodnar, S Kinsella) and AM ( D Greer, J Forte & R winters) re: analysis of claim value in litigation |
| L. Ryan | 07/17/12 | 0.2 | 18 | Communications with D Greer (A&M) re: committee call follow-up |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
July 1, 2012 - July 31, 2012

**TOTAL HOURS:**     275.9

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| L. Ryan | 07/20/12 | 0.9 | 18 | Mediation debrief with A&M team (Winters, Gregson, Greer, Forte, Fugazy) |
| R. Winters | 07/02/12 | 0.3 | 18 | Telephone call (Winters-Greer) re LTD + Retiree decision issues + decision tree |
| R. Winters | 07/02/12 | 0.3 | 18 | Review LTD counter-proposal for Levin |
| R. Winters | 07/03/12 | 0.6 | 18 | Conference call with Mediator + Rafael Zahralddin + Bodnar + Curran re Debtor response to EG brief |
| R. Winters | 07/05/12 | 0.5 | 18 | Telephone call (Winters-Greer) re LTD + Retiree decision issues + decision tree |
| R. Winters | 07/05/12 | 0.2 | 18 | Email exchange with Ryan + Forte re decision support |
| R. Winters | 07/09/12 | 0.8 | 18 | Calls with Greer: LTD decision tree analysis |
| R. Winters | 07/10/12 | 0.6 | 18 | Nortel Retiree Committee professionals call |
| R. Winters | 07/10/12 | 0.4 | 18 | Review Mediator's proposal |
| R. Winters | 07/11/12 | 0.8 | 18 | Review Mediator and Nortel term sheets |
| R. Winters | 07/12/12 | 0.7 | 18 | Provide detailed comments on mediator t/s; plus coordination with Greer |
| R. Winters | 07/13/12 | 0.3 | 18 | Call with D. Greer re prep for mediation session |
| R. Winters | 07/13/12 | 0.2 | 18 | Emails with TSS re term sheet comments |
| R. Winters | 07/16/12 | 0.2 | 18 | Calls with D. Greer re: retiree mediation issues |
| R. Winters | 07/16/12 | 0.3 | 18 | Call (D. Greer + R. Winters) re: status of discussions with insurers |
| R. Winters | 07/16/12 | 0.5 | 18 | Develop and transmit term sheet comments to TSS |
| R. Winters | 07/16/12 | 0.5 | 18 | Review decision tree emails and results |
| R. Winters | 07/17/12 | 1.0 | 18 | Call with LTD professionals re: decision tree analysis |
| R. Winters | 07/17/12 | 0.3 | 18 | Call with R. Winters re: mediation prep |
| R. Winters | 07/18/12 | 0.1 | 18 | Call (Winters + Greer) re: Nortel mediation preparation |
| R. Winters | 07/18/12 | 1.2 | 18 | Telephone call (Winters-Greer) re Retiree liability + plan for mediation |
| R. Winters | 07/18/12 | 0.6 | 18 | Develop and transmit term sheet comments |
| R. Winters | 07/18/12 | 0.3 | 18 | Telephone call with mediator re LTD matters |
| R. Winters | 07/19/12 | 0.2 | 18 | Preparatory meeting among Winters, Bodnar, Greer |
| R. Winters | 07/19/12 | 14.6 | 18 | Mediation meeting @ Cravath including meetings with Mediator; representatives of UCC, Debtors; meetings with clients and counsel LTD Committee and Retiree Committee; review and advise on proposals, counter-proposal; response to inquiry; presentation of materials |
| R. Winters | 07/20/12 | 0.9 | 18 | Nortel mediation debrief (Winters, Gregson, Greer, Forte, Fugazy) |
| R. Winters | 07/20/12 | 0.2 | 18 | Call to coordinate in advance of Nortel mediation debrief with A+M team |
| R. Winters | 07/26/12 | 0.7 | 18 | Discussion with Neil Berger + Milin + Mark Daniele + Kevin Gregson re Veba and other negotiation issues |
| R. Winters | 07/26/12 | 0.2 | 18 | Review lit schedule from Milin |
| R. Winters | 07/30/12 | 0.4 | 18 | Telephone call (Winters-Greer) re apportionment of prospective settlement + calculation principles |
| R. Winters | 7/31/12 | 0.3 | 18 | Meeting (R. Winters + D. Greer) in advance of settlement call with LTD Committee and Debtors |
| R. Winters | 7/31/12 | 0.5 | 18 | Review Debtors' motion to terminate LTD benefits |
| R. Winters | 07/31/12 | 0.8 | 18 | Review Debtors' motion to modify retiree benefits |
| R. Winters | 07/31/12 | 7.7 | 18 | Two calls with LTD Committee (including settlement discussions with the Debtors and side-bar calls with representatives of the Debtors) |
| V. Bodnar | 07/03/12 | 0.5 | 18 | Call with mediator |
| V. Bodnar | 07/19/12 | 15.0 | 18 | Mediation meeting |