# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2012 through July 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Meals | | $51.54 |
| Transportation | | 205.64 |
| Telephone | | 1,283.64 |
| Research Expense | | 66.64 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Expenses**[10] | | **$1,607.46** |

---

[10] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

2725046.2