# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2012 through July 31, 2012

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Case Administration | 7.5 | $6,383.00 |
| Fee and Employment Applications | 12.1 | $4,530.50 |
| Analysis of Canadian Law | 77.9 | $59,665.00 |
| Intercompany Analysis | 14.7 | $12,944.50 |
| Canadian CCAA Proceedings/Matters | 73.0 | $54,642.50 |
| **TOTAL** | 185.2 | $138,165.50 |

14066156.1

## EXHIBIT A

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 03/07/2012 | update and administration of case documents relating to proceedings and estate allocation; | 2.0 | 1,950.00 | 11255471 |
| DeMarinis | Tony | 09/07/2012 | updates and review of case brief; | 0.9 | 877.50 | 11261269 |
| DeMarinis | Tony | 13/07/2012 | review information relating to claims asserted by EMEA parties; | 2.5 | 2,437.50 | 11271119 |
| DeMarinis | Tony | 24/07/2012 | updates to documents brief and file; | 0.8 | 780.00 | 11284406 |
| Ralph | Dianne | 05/07/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11261333 |
| Ralph | Dianne | 13/07/2012 | Review of court docket and retrieval of filed May fee application (.2); email of May fee application to attorneys (.1) | 0.3 | 78.00 | 11269705 |
| Ralph | Dianne | 18/07/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11276920 |
| Ralph | Dianne | 23/07/2012 | Email to J. Brentnall regarding filed fee application | 0.1 | 26.00 | 11287453 |
| Ralph | Dianne | 26/07/2012 | Review of court docket (.1); provide update to attorneys (.1); court calendar deadlines and due dates (.2) | 0.4 | 104.00 | 11287655 |
| Ralph | Dianne | 27/07/2012 | Email to J. Brentnall regarding filed June fee application | 0.1 | 26.00 | 11295732 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 03/07/2012 | Work on quarterly fee application | 1.3 | 1,137.50 | 11257481 |
| Gray | William | 05/07/2012 | Work on monthly and quarterly fee applications | 0.8 | 700.00 | 11264984 |
| Bauer | Alison D. | 10/07/2012 | Reviewing fee application; | 0.2 | 145.00 | 11265176 |
| Ralph | Dianne | 05/07/2012 | Additional revisions to May fee application (.6); email to J. Wong regarding same (.1) | 0.7 | 182.00 | 11265448 |
| Ralph | Dianne | 03/07/2012 | Review of revised May time entries (.7); email to J. Wong regarding same (.1) | 0.8 | 208.00 | 11265716 |
| Ralph | Dianne | 11/07/2012 | Emails to J. Wong regarding fee application (.1); finalize May fee application (.1); email to A. Cordo regarding same (.1); | 0.3 | 78.00 | 11267001 |
| Ralph | Dianne | 06/07/2012 | Finalize May fee application and submit to A. Bauer for review | 1.2 | 312.00 | 11267041 |
| Ralph | Dianne | 12/07/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11268796 |
| Ralph | Dianne | 18/07/2012 | Review and revise June time entries for fee application (.9); email to J. Wong regarding same (.1) | 1.0 | 260.00 | 11276918 |
| Ralph | Dianne | 13/07/2012 | Receipt and review of June time records and expenses | 1.2 | 312.00 | 11277036 |
| Ralph | Dianne | 17/07/2012 | Review of June time entries (.3); draft June fee application (.4); email to N. Kennedy regarding June time entries (.1); | 0.8 | 208.00 | 11277075 |
| Ralph | Dianne | 19/07/2012 | Review of June time revisions (.8); edit June monthly fee application (.3) | 1.1 | 286.00 | 11280872 |
| Ralph | Dianne | 20/07/2012 | Revise June fee application (.6); emails to J. Wong regarding same (.2); conference with W. Gray regarding June fee application (.1) | 0.9 | 234.00 | 11281327 |
| Ralph | Dianne | 24/07/2012 | Email to A. Cordo regarding June fee application (.1); revise June fee application (.2); | 0.3 | 78.00 | 11284456 |
| Ralph | Dianne | 25/07/2012 | Finalize fee application (.6); email to J. Wong regarding June time entries (.1); email to A. Cordo regarding finalized fee application (.1) | 0.8 | 208.00 | 11286183 |
| Ralph | Dianne | 24/07/2012 | Email to J. Wong regarding fee application revision | 0.1 | 26.00 | 11287824 |
| Ralph | Dianne | 12/07/2012 | Emails to A. Cordo regarding finalized May fee application | 0.3 | 78.00 | 11296157 |
| Ralph | Dianne | 12/07/2012 | Email to J. Wong regarding June time entries and expenses | 0.1 | 26.00 | 11296460 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 09/07/2012 | research regarding Canadian claims process issues; | 1.5 | 1,215.00 | 11261173 |
| Bomhof | Scott A. | 11/07/2012 | research regarding Canadian legal issues; | 2.9 | 2,349.00 | 11266770 |
| Bomhof | Scott A. | 13/07/2012 | meeting with M. Atkey and research regarding Canadian legal issues; | 4.0 | 3,240.00 | 11270317 |
| Bomhof | Scott A. | 12/07/2012 | research regarding Canadian legal issues and meeting with M. Atkey to discuss research steps; | 5.0 | 4,050.00 | 11270348 |
| Bomhof | Scott A. | 16/07/2012 | research regarding Canadian legal issues; | 3.1 | 2,511.00 | 11274059 |
| Bomhof | Scott A. | 17/07/2012 | research regarding Canadian legal issues; | 2.5 | 2,025.00 | 11276589 |
| Bomhof | Scott A. | 18/07/2012 | research regarding Canadian legal issues; | 1.0 | 810.00 | 11278099 |
| Bomhof | Scott A. | 19/07/2012 | research regarding Canadian legal issues and telephone call with Cleary to discuss same; | 3.0 | 2,430.00 | 11278159 |
| Bomhof | Scott A. | 20/07/2012 | research regarding Canadian legal issues and conference call with Cleary to discuss same; | 3.0 | 2,430.00 | 11280491 |
| Bomhof | Scott A. | 24/07/2012 | Research on Canadian legal issues; | 0.6 | 486.00 | 11283724 |
| Bomhof | Scott A. | 26/07/2012 | speak to A. Gray regarding CCAA extension hearing and mediation status; | 0.5 | 405.00 | 11290768 |
| Bomhof | Scott A. | 30/07/2012 | discuss Canadian legal research with M. Atkey; | 0.7 | 567.00 | 11291658 |
| Bomhof | Scott A. | 31/07/2012 | research re Canadian legal issues; | 1.5 | 1,215.00 | 11294108 |
| Atkey | Matthew | 12/07/2012 | research regarding Canadian legal issues | 3.5 | 1,750.00 | 11269382 |
| Atkey | Matthew | 13/07/2012 | meeting with Scott Bomhof, Andrew Gray and Nick Kennedy regarding EMEA claims(0.8); Research regarding Canadian legal issues(2.6); | 3.4 | 1,700.00 | 11271802 |
| Atkey | Matthew | 16/07/2012 | further research regarding Canadian legal issues | 3.7 | 1,850.00 | 11275229 |
| Atkey | Matthew | 17/07/2012 | finalizing and delivering research regarding Canadian legal issues; | 1.0 | 500.00 | 11276877 |
| Atkey | Matthew | 19/07/2012 | call with Scott Bomhof, Andrew Gray and various persons at Cleary regarding EMEA Claims and follow up discussion with Scott Bomhof and Andrew Gray re same; | 1.0 | 500.00 | 11284003 |
| Atkey | Matthew | 20/07/2012 | communications with Scott Bomhof research regarding Canadian legal issues | 0.3 | 150.00 | 11284287 |
| Atkey | Matthew | 29/07/2012 | follow-up research regarding Canadian Legal issues | 2.5 | 1,250.00 | 11291743 |
| Atkey | Matthew | 31/07/2012 | follow-up research regarding Canadian legal issues | 1.5 | 750.00 | 11291812 |
| Atkey | Matthew | 25/07/2012 | follow-up research regarding Canadian Legal issues (0.6); discussion with L. Barefoot of Cleary re same (0.1); | 0.7 | 350.00 | 11291873 |
| Atkey | Matthew | 30/07/2012 | follow-up research regarding Canadian Legal issues | 4.2 | 2,100.00 | 11291902 |
| Estey | Wilfred M. | 12/07/2012 | engaged in research regarding Canadian legal issues (2.5); engaged in research regarding the application of Canadian legal issues | 3.8 | 3,705.00 | 11269765 |
| Estey | Wilfred M. | 13/07/2012 | engaged in further research regarding Canadian legal issues (1.5); sending an email to Scott Bomhof, Matt Atkey and Andrew Gray re the results of my research (.5); office conference with Matt Atkey re same (.2); exchange of emails with Scott Bomhof (.1); | 2.3 | 2,242.50 | 11275115 |
| Estey | Wilfred M. | 17/07/2012 | review of the draft email from Matt Atkey regarding Canadian legal issues(.8); exchange of emails re same (.2); | 1.0 | 1,035.00 | 11276521 |
| Estey | Wilfred M. | 18/07/2012 | exchange of emails re research on the EMEA claims; | 0.3 | 310.50 | 11276470 |
| DeMarinis | Tony | 10/07/2012 | analysis relating to inter-company claims adjudication, and review of facts relating to same; | 2.0 | 1,950.00 | 11265239 |
| DeMarinis | Tony | 12/07/2012 | consideration of law in relation to Canadian law issue, and review of Nortel documents and | 3.9 | 3,802.50 | 11268859 |

ANALYSIS OF CANADIAN LAW

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 16/07/2012 | file materials relating to same (2.4); review of legal argument asserted by EMEA in claims process (1.5); consideration of legal issues relating to mediation alternatives | 2.5 | 2,437.50 | 11272450 |
| DeMarinis | Tony | 17/07/2012 | review Canadian legal issues and relevant documentation; | 1.7 | 1,657.50 | 11275612 |
| DeMarinis | Tony | 20/07/2012 | legal analysis relating to Canadian law | 2.8 | 2,730.00 | 11281223 |
| DeMarinis | Tony | 23/07/2012 | consideration of Canadian laws | 2.7 | 2,632.50 | 11282620 |
| DeMarinis | Tony | 31/07/2012 | review canadian legal issues and payment arrangements; | 2.3 | 2,242.50 | 11292012 |
| Kennedy | Nick | 13/07/2012 | research regarding Canadian legal issues related to EMEA claims; | 0.4 | 74.00 | 11268656 |
| Kennedy | Nick | 13/07/2012 | meeting with A. Gray, S. Bomhof and M. Atkey to discuss research; | 0.8 | 148.00 | 11269602 |
| Mauro | Clare | 13/07/2012 | researching case law (W. Estey); | 0.1 | 35.50 | 11269451 |
| Szydlowski | Tanya | 13/07/2012 | library research re researching case law (W. Estey) | 0.2 | 29.00 | 11268679 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 10/07/2012 | telephone call with R. Schwill regarding EMEA claims and mediation; | 0.6 | 486.00 | 11264571 |
| Slavens | Adam | 19/07/2012 | telephone call with R. Ecklerod re intercompany matters (0.4); preparing for same (0.5); | 0.9 | 508.50 | 11278966 |
| DeMarinis | Tony | 13/07/2012 | telephone call with U.S. co-counsel regarding mediation matters, and review of matters for discussion on same; | 1.9 | 1,852.50 | 11271171 |
| DeMarinis | Tony | 16/07/2012 | correspondence regarding cross-border court orders relating to the mediation process, and review and consideration of same; | 1.3 | 1,267.50 | 11272402 |
| DeMarinis | Tony | 27/07/2012 | review materials relating to inter-company claims; | 0.8 | 780.00 | 11290052 |
| Gray | William | 02/07/2012 | Review mediation issues (.9); Work on prioritization of cross-border claims (.7); | 1.6 | 1,400.00 | 11257496 |
| Gray | William | 05/07/2012 | Work on prioritization issues | 1.4 | 1,225.00 | 11264690 |
| Gray | William | 10/07/2012 | Work on mediation issues and progress reports | 1.3 | 1,137.50 | 11266258 |
| Gray | William | 09/07/2012 | Review issues in preparation of Wednesday's hearing regarding status of mediation | 1.1 | 962.50 | 11266381 |
| Gray | William | 11/07/2012 | Review mediation brief materials (1.0); Review Canadian legal issue (.7); | 1.7 | 1,487.50 | 11271109 |
| Gray | William | 19/07/2012 | Work on mediation brief matters | 1.3 | 1,137.50 | 11277896 |
| Gray | William | 16/07/2012 | Mediation brief issues | 0.8 | 700.00 | 11278025 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/07/2012 | reviewing Ontario Ministry of Environment appeal materials; | 0.9 | 729.00 | 11254155 |
| Bomhof | Scott A. | 04/07/2012 | discussing Ministry of Environment appeal proceeding with A. Gray; | 0.4 | 324.00 | 11257500 |
| Bomhof | Scott A. | 06/07/2012 | follow up on June 11 joint hearing regarding fourth estate settlement; | 0.2 | 162.00 | 11259721 |
| Bomhof | Scott A. | 09/07/2012 | attending weekly status call with Cleary and J. Ray (1.5); attend weekly status call with UCC and advisors (.9); e-mail L. Schwitzer regarding plan approval requirements under CCAA (.5); telephone call with J. Stam of Gowlings and R. Schwill of Davies regarding July 11 hearing issues (1.0) | 3.9 | 3,159.00 | 11261214 |
| Bomhof | Scott A. | 10/07/2012 | review materials for July 11 cross-border hearing regarding fourth estate settlement and telephone call with M. Wunder of FMC to discuss same (1.6); telephone call with G. Rubenstein of Goodmans to discuss CCAA motions (1.0); | 2.6 | 2,106.00 | 11264558 |
| Bomhof | Scott A. | 11/07/2012 | meeting with R. Eckelrod of Cleary and telephone call with M. Wunder of FMC regarding preparation for motion to approve fourth estate settlement (1.0); attend joint Canada-US hearing regarding approval of fourth estate settlement and update on mediation (2.8); | 3.8 | 3,078.00 | 11266677 |
| Bomhof | Scott A. | 13/07/2012 | telephone call with A. Gray and L. Schwitzer regarding update on US proceedings and meeting with R. Bennett; | 1.4 | 1,134.00 | 11270428 |
| Bomhof | Scott A. | 16/07/2012 | attend status call with Cleary and J. Ray (1.5); prepare for July 27 CCAA extension motion to approve claims (1.0); | 2.5 | 2,025.00 | 11274173 |
| Bomhof | Scott A. | 19/07/2012 | reviewing Monitor's report regarding July 27th hearing and telephone call with FC to discuss relief being requested (1.2); telephone call with R. Echenrod regarding claims issues (.8); | 2.0 | 1,620.00 | 11278124 |
| Bomhof | Scott A. | 18/07/2012 | exchange messages with Cleary (R. Eckenrod) regarding claim issues (.4); reviewing materials for July 27 CCAA extension application (.9); | 1.3 | 1,053.00 | 11278163 |
| Bomhof | Scott A. | 20/07/2012 | telephone call with J. Croft (Cleary) and telephone call with M. Wunder (FMC) regarding July 27 CCAA extension motion; | 0.9 | 729.00 | 11280507 |
| Bomhof | Scott A. | 23/07/2012 | Teleconference with J. Ray and Cleary team regarding update on proceedings, and follow up on issues related to July 27 CCAA motion; | 1.5 | 1,215.00 | 11281574 |
| Bomhof | Scott A. | 30/07/2012 | reviewed issued orders for July 27 CCAA hearing (0.6); attend status call with Cleary and J. Roy (1.5); attend status call with advisors to US Debtors and UCC (0.7); | 2.8 | 2,268.00 | 11291566 |
| Bomhof | Scott A. | 31/07/2012 | telephone call with R. Schwill regarding EMEA discovery motion; | 0.2 | 162.00 | 11294730 |
| Gray | Andrew | 03/07/2012 | reviewing appeal materials; | 0.2 | 142.00 | 11254801 |
| Gray | Andrew | 04/07/2012 | drafting email memorandum on court procedure issue; | 0.5 | 355.00 | 11256847 |
| Gray | Andrew | 09/07/2012 | e-mail communication regarding CCAA proceedings and legal issues (.2); internal discussions with Scott Bomhof (1.0); | 1.2 | 852.00 | 11262069 |
| Gray | Andrew | 10/07/2012 | internal discussions with Scott Bomhof | 0.4 | 284.00 | 11266314 |

CANADIAN CCAA PROCEEDINGS/MATTERS

## CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 11/07/2012 | regarding CCAA proceedings (.3); reviewing request for legal research and considering same (.1); reviewing Canadian law (0.8); discussion of developments in CCAA and U.S. proceedings (0.3); | 1.1 | 781.00 | 11266317 |
| Gray | Andrew | 12/07/2012 | reviewing research questions and legal research (1.3); | 1.3 | 923.00 | 11271742 |
| Gray | Andrew | 13/07/2012 | internal discussions regarding legal research issues (0.8); conducting legal research and reviewing research (1.0); conference call regarding status of CCAA proceedings and follow-up from conference call (1.3); | 3.1 | 2,201.00 | 11271960 |
| Gray | Andrew | 16/07/2012 | preparing for and participating in conference call regarding status of proceedings (0.8); follow-up from conference call (0.3); drafting email memorandum and conducting research regarding same (2.4); | 3.5 | 2,485.00 | 11273414 |
| Gray | Andrew | 22/07/2012 | reviewing CCAA court filings; | 1.2 | 852.00 | 11281186 |
| Gray | Andrew | 23/07/2012 | conference calls regarding status of proceedings (2.8); conducting legal research (0.8); | 3.6 | 2,556.00 | 11282379 |
| Gray | Andrew | 20/07/2012 | reviewing documents for the purposes of providing legal research (1.2); reviewing caselaw (0.9); email regarding CCAA proceedings (.2); | 2.3 | 1,633.00 | 11282757 |
| Gray | Andrew | 19/07/2012 | conference call to discuss legal issue (1.6); conducting legal research (1.0); | 2.6 | 1,846.00 | 11282993 |
| Gray | Andrew | 24/07/2012 | conference call and email regarding upcoming motions in CCAA proceedings; | 1.1 | 781.00 | 11284775 |
| Gray | Andrew | 25/07/2012 | reviewing court materials and preparing for hearing on July 27; | 0.6 | 426.00 | 11287889 |
| Gray | Andrew | 27/07/2012 | preparing for, attending at and reporting on CCAA motions; | 2.6 | 1,846.00 | 11289963 |
| Gray | Andrew | 26/07/2012 | preparing for CCAA motions; | 0.6 | 426.00 | 11290089 |
| Gray | Andrew | 30/07/2012 | conference call regarding status of proceedings and preparation and follow-up from call (1.2); reviewing legal research (0.6); | 1.8 | 1,278.00 | 11291187 |
| Slavens | Adam | 03/07/2012 | reviewing CCAA case court materials; | 1.5 | 847.50 | 11255343 |
| Slavens | Adam | 12/07/2012 | reviewing CCAA case court materials and related documents; | 2.0 | 1,130.00 | 11269119 |
| Slavens | Adam | 12/07/2012 | reviewing CCAA case court materials and related documents; | 1.7 | 960.50 | 11269183 |
| Slavens | Adam | 16/07/2012 | reviewing CCAA case court documents; | 1.6 | 904.00 | 11275628 |
| Slavens | Adam | 20/07/2012 | reviewing CCAA case court documents; | 2.0 | 1,130.00 | 11281193 |
| Slavens | Adam | 24/07/2012 | reviewing CCAA case court documents; | 2.0 | 1,130.00 | 11286044 |
| Slavens | Adam | 27/07/2012 | reviewing CCAA case court documents; | 1.8 | 1,017.00 | 11290591 |
| Estey | Wilfred M. | 11/07/2012 | review of e-mails and memo from Scott Bomhof re request for advice from Cleary Gottlieb (0.5); engaged in research re same (0.5); | 1.0 | 975.00 | 11267623 |
| DeMarinis | Tony | 09/07/2012 | review of Canadian orders | 1.7 | 1,657.50 | 11261917 |
| DeMarinis | Tony | 12/07/2012 | review issued order as circulated to counsel; | 0.2 | 195.00 | 11270052 |
| DeMarinis | Tony | 18/07/2012 | review information relating to claims; | 1.4 | 1,365.00 | 11277423 |
| DeMarinis | Tony | 26/07/2012 | review and consideration of tomorrow's motion on claims, and correspondence relating to same; | 2.6 | 2,535.00 | 11288687 |
| DeMarinis | Tony | 30/07/2012 | review issued orders and filings in the Canadian proceedings; | 1.4 | 1,365.00 | 11291061 |

CANADIAN CCAA PROCEEDINGS/MATTERS