EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2012 through July 31, 2012

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|:---:|---:|
| Computer Research | Quicklaw / Westlaw | $1,795.09 |
| Duplicating/Printing | 1,747 pgs @ .10 per pg | $174.70 |
| Miscellaneous | | - |
| Courier | | $17.51 |
| Taxi & Travel | | - |
| Meals | | - |
| Library Costs | | - |
| Court Searches | PACER | $50.80 |
| Word Processing | | - |
| Telephone | | - |
| **Grand Total Expenses** | | **$2,038.10** |

14066156.1

**EXHIBIT B**

Date
04/07/2012  $   17.51  Courier Services Purolator Courier Ltd. From CG IND Canada (Corp), 365 Laurier Ave W9, Ottawa, K1A 0C8

| Date | Amount | Description |
|---|---|---|
| 12/07/2012 | 2.70 | Copies |
| 03/07/2012 | 5.80 | Laser Printing |
| 09/07/2012 | 1.40 | Laser Printing |
| 11/07/2012 | 1.30 | Laser Printing |
| 12/07/2012 | 7.90 | Laser Printing |
| 13/07/2012 | 3.60 | Laser Printing |
| 13/07/2012 | 4.50 | Laser Printing |
| 13/07/2012 | 12.00 | Laser Printing |
| 16/07/2012 | 1.90 | Laser Printing |
| 16/07/2012 | 10.70 | Laser Printing |
| 17/07/2012 | 0.80 | Laser Printing |
| 17/07/2012 | 11.80 | Laser Printing |
| 18/07/2012 | 0.60 | Laser Printing |
| 19/07/2012 | 0.40 | Laser Printing |
| 19/07/2012 | 0.40 | Laser Printing |
| 19/07/2012 | 1.80 | Laser Printing |
| 20/07/2012 | 31.30 | Laser Printing |
| 20/07/2012 | 31.30 | Laser Printing |
| 27/07/2012 | 10.50 | Laser Printing |
| 31/07/2012 | 18.30 | Laser Printing |
| 03/07/2012 | 1.10 | Duplicating |
| 03/07/2012 | 1.40 | Laser Printing |
| 05/07/2012 | 0.20 | Laser Printing |
| 05/07/2012 | 1.00 | Laser Printing |
| 05/07/2012 | 0.30 | Laser Printing |
| 05/07/2012 | 1.40 | Laser Printing |
| 05/07/2012 | 1.40 | Laser Printing |
| 05/07/2012 | 0.10 | Laser Printing |
| 05/07/2012 | 0.10 | Laser Printing |
| 06/07/2012 | 0.10 | Laser Printing |
| 06/07/2012 | 0.10 | Laser Printing |
| 06/07/2012 | 0.20 | Laser Printing |
| 11/07/2012 | 0.10 | Laser Printing |
| 13/07/2012 | 0.40 | Laser Printing |
| 13/07/2012 | 0.10 | Laser Printing |
| 13/07/2012 | 3.10 | Laser Printing |
| 18/07/2012 | 0.20 | Laser Printing |
| 18/07/2012 | 0.10 | Laser Printing |
| 18/07/2012 | 0.40 | Laser Printing |
| 18/07/2012 | 0.50 | Laser Printing |
| 19/07/2012 | 0.60 | Laser Printing |
| 19/07/2012 | 0.30 | Laser Printing |
| 20/07/2012 | 0.30 | Laser Printing |
| 20/07/2012 | 0.10 | Laser Printing |
| 20/07/2012 | 0.10 | Laser Printing |
| 20/07/2012 | 0.10 | Laser Printing |
| 20/07/2012 | 1.50 | Laser Printing |
| 24/07/2012 | 0.10 | Laser Printing |
| 24/07/2012 | 0.10 | Laser Printing |
| 25/07/2012 | 0.10 | Laser Printing |
| 25/07/2012 | 0.10 | Laser Printing |
|  | $ 174.70 |  |
| 12/07/2012 | 2.95 | On Line Research Charges - Quicklaw |
| 13/07/2012 | 84.47 | On Line Research Charges - Quicklaw |
| 13/07/2012 | 73.67 | On Line Research Charges - Quicklaw |
| 13/07/2012 | 8.85 | On Line Research Charges - Quicklaw |
| 16/07/2012 | 182.70 | On Line Research Charges - Quicklaw |
| 16/07/2012 | 127.71 | On Line Research Charges - Quicklaw |
| 17/07/2012 | 10.81 | On Line Research Charges - Quicklaw |
| 29/07/2012 | 39.29 | On Line Research Charges - Quicklaw |
| 30/07/2012 | 959.62 | On Line Research Charges - Quicklaw |
| 31/07/2012 | 165.55 | On Line Research Charges - Quicklaw |
| 13/07/2012 | 119.83 | On Line Research Charges -WestlaweCarswell Incl. |
| 13/07/2012 | 19.64 | On Line Research Charges -WestlaweCarswell Incl. |
|  | $ 1,795.09 |  |
| 30/07/2012 | 2.70 | Computerized Court Searches - Pacer |

**Date**

| Date | Amount | Description |
|---|---|---|
| 30/07/2012 | 2.10 | Computerized Court Searches - Pacer |
| 30/07/2012 | 4.90 | Computerized Court Searches - Pacer |
| 30/07/2012 | 0.90 | Computerized Court Searches - Pacer |
| 30/07/2012 | 0.80 | Computerized Court Searches - Pacer |
| 30/07/2012 | 1.30 | Computerized Court Searches - Pacer |
| 30/07/2012 | 0.80 | Computerized Court Searches - Pacer |
| 30/07/2012 | 1.70 | Computerized Court Searches - Pacer |
| 30/07/2012 | 0.80 | Computerized Court Searches - Pacer |
| 30/07/2012 | 13.70 | Computerized Court Searches - Pacer |
| 30/07/2012 | 5.10 | Computerized Court Searches - Pacer |
| 30/07/2012 | 0.70 | Computerized Court Searches - Pacer |
| 30/07/2012 | 2.80 | Computerized Court Searches - Pacer |
| 30/07/2012 | 0.80 | Computerized Court Searches - Pacer |
| 30/07/2012 | 1.80 | Computerized Court Searches - Pacer |
| 30/07/2012 | 0.70 | Computerized Court Searches - Pacer |
| 30/07/2012 | 0.80 | Computerized Court Searches - Pacer |
| 30/07/2012 | 1.40 | Computerized Court Searches - Pacer |
| 30/07/2012 | 1.20 | Computerized Court Searches - Pacer |
| 30/07/2012 | 0.90 | Computerized Court Searches - Pacer |
| 30/07/2012 | 1.00 | Computerized Court Searches - Pacer |
| 30/07/2012 | 3.90 | Computerized Court Searches - Pacer |
| | $ 50.80 | |

TOTAL   $ 2,038.10