UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :   Chapter 11
In re:                                                         :
                                                               :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                             :
                                                               :   Jointly Administered
                                        Debtors.               :
                                                               :   **Hearing Date: September 19, 2012 @ 10:00 a.m.**
---------------------------------------------------------------x

# FOURTH QUARTERLY FEE APPLICATION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC ("A&M") FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS OF NORTEL NETWORKS INC. ("NNI"), *et al*, AND ITS AFFILIATED DEBTORS FOR THE PERIOD MAY 1, 2012 THROUGH JULY 31, 2012.

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.1. 222) (the "Monthly Compensation Order"), Alvarez & Marsal Healthcare Industry Group, LLC ("A&M") hereby submits its Fourth Quarterly Fee Application Request (the "Request") for the period May 1, 2012 through and including July 31, 2012[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly applications (D.I. Nos. 8309 and 8312) contain detailed listing of A&M's requested fees and expenses during the Application Periods.

A&M seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fee Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fee Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fee Sought |
|---|---|---|---|---|---|---|---|
| 8/08/2012 DN# 8133 | 5/1/12 – 5/31/12 | $130,200.50 | $0.0 | | $104,160.40 | $0.0 | $26,040.10 |
| 8/24/2012 DN# 8309 | 6/1/12 – 6/30/12 | $209,080.00 | $0.0 | | $167,264.00 | $0.0 | $41,816.00 |
| 8/24/2012 DN# 8312 | 7/1/12 – 7/31/12 | $145,607.50 | $1,607.46 | | $116,486.00 | $1,607.46 | $29,121.50 |
| Total | 5/1/12- 7/31/12 | $484,888.00 | $1,607.46 | | $387,910.40 | $1,607.46 | $96,977.60 |

In accordance with the Monthly Compensation Order, A&M seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, A&M respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant A&M such other and further relief as is just and proper.

Dated: August 24, 2012
New York, NY

**ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC**

/s/ Ronald M. Winters
Ronald M. Winters
600 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: 212-759-4433
Facsimile: 240-331-1344
rwinters@alvarezandmarsal.com

*Financial Advisor to the Official Committee of Retired Employees and The Official Committee of Long-Term Disability Participants*

2

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| R. Winters | Managing Director / Healthcare and Restructuring | $650.00 | 202.4 | $131,573.00 |
| K. Gregson | Managing Director / Employee Benefits | $700.00 | 119.3 | 83,475.00 |
| L. Ryan | Managing Director / Forensics and Disputes | $650.00 | 22.9 | 14,885.00 |
| J. Forte | Senior Director / Forensics and Disputes | $550.00 | 28.8 | 15,840.00 |
| D. Greer | Director / Restructuring | $550.00 | 315.2 | 173,360.00 |
| M. Lopez | Director / Restructuring | $450.00 | 1.0 | 450.00 |
| E. Norris | Director / Healthcare and Restructuring | $450.00 | 19.7 | 8,865.00 |
| V. Bodnar | Principal & Consulting Actuary / Actuarial | $475.00 | 67.6 | 32,110.00 |
| A. Patel | Senior Associate / Healthcare and Restructuring | $375.00 | 13.0 | 4,875.00 |
| E. Haedicke | Senior Associate / Forensics and Disputes | $250.00 | 3.5 | 875.00 |
| W. Fugazy | Analyst / Restructuring | $200.00 | 92.9 | 18,580.00 |
| **TOTAL:** | | | **886.3** | **$484,888.00** |
| | *Blended Rate* | | | **$547.09** |

ME1 14026918v.1

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

| | Project Category | Category Description | Hours | Total Fees |
|---|---|---|---|---|
| 1 | Information Requests | Preparation, review of or revisions to information requests; organization and distribution of information received in response to requests. | 4.1 | 910.00 |
| 2 | Review – General | General review of documents provided by Debtor or other professionals and constituents | 3.2 | 2,030.00 |
| 3 | Review – Actuarial | Review of actuarial reports, including the input and assumptions used therefor | 0 | 0.00 |
| 4 | Review – Financial | Review monthly operating reports and other financial reports of the company | 0 | 0.00 |
| 5 | Modeling | Development, review and revision of financial and actuarial models | 83.5 | 33,057.50 |
| 6 | Other – Financial | Other financial analysis | 25.2 | 12,920.00 |
| 7 | Comm – Client | Communications with client(s) | 0.3 | 175.00 |
| 8 | Comm – Pro | Communications with other professionals | 66.5 | 36,977.50 |
| 9 | Comm – Other | Communications with other constituents | 1.5 | 300.00 |
| 10 | E-Mail | Inter-office email | 30.9 | 18,310.50 |
| 11 | Meetings | Preparation for and participation in meetings with client(s), counsel, Debtor, other advisors, and other constituents | 66.7 | 39,305.00 |
| 12 | Reports and Presentations | Preparation of reports and presentations to our clients, other advisors, counsel, or others constituents | 81.1 | 39,975.00 |
| 13 | Legal | Preparation for, and attendance at, hearings before the Court, and support for counsel in identifying, pursuing, or defending causes of action. | 3.2 | 1,780.00 |
| 14 | Research | Research related to the engagement. | 13.9 | 5,890.00 |
| 15 | Engagement Management | Planning and coordinating the professionals' engagement team activities, participating in engagement team meetings, maintaining engagement files, preparation of fee applications, invoices, and time summaries and responding to inquiries by the U. S. Trustee and other Parties in Interest. | 26.6 | 10,000.00 |

ME1 14026918v.1

| 16 | Travel Time (Billed at 50% Rates)[1] | Non-working travel time to be billed at one-half total travel time. | 0 | 0.00 |
| --- | --- | --- | --- | --- |
| 17 | Benefits | Research and analysis related to existing and alternative structures and programs for the provision of benefits to Retirees and LTD Participants. | 92.5 | 51,350.00 |
| 18 | Negotiations | Preparation for and participation in settlement discussions and negotiations | 387.1 | 231,907.50 |
|  | **TOTAL:** |  | **886.3** | **$484,888.00** |

## CUMULATIVE EXPENSE SUMMARY

| **Expense Category** | **Total Expenses** |
| --- | --- |
| Meals | $51.54 |
| Transportation | 205.64 |
| Telephone | 1,283.64 |
| Research Expense | 66.64 |
|  |  |
|  |  |
| **Total Expenses**[2] | **$1,607.46** |

---

[1] As further detailed in the time descriptions provided in Exhibit A to A&M's Monthly Fee Statements, the total hours shown for travel time are 50% of the actual time incurred, and total fees are full rates multiplied by 50% of actual time.

[2] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

3