**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **24 August 2012**     Our Ref: **GDB/CCN01.00001**          Invoice No.: **334103**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---:|---:|---:|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 19,387.00 |
| For the period to 31 July 2012, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 18.51 |
| **Disbursements:** (NT) | | | |
| Search Fees | 0.00 | 0.00 | 4.00 |
| Incidental Expenses | 0.00 | 0.00 | 12.85 |
| | 0.00 | | 19,422.36 |
| | | VAT | 0.00 |
| | | Total | 19,422.36 |
| | | **Balance Due** | **19,422.36** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 334103 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN
PAPUA NEW GUINEA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/07/2012

|  |  | **Time (Hours)** | **Amount (£)** |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 1.00 | 700.00 | (C0007) |
|  |  | 3.80 | 2,660.00 | (C0019) |
|  |  | 0.30 | 210.00 | (C0031) |
|  |  | **5.10** | **3,570.00** |  |
| Partner: | Steven Hull | 1.00 | 675.00 | (C0019) |
|  |  | **1.00** | **675.00** |  |
| Partner: | Angela Pearson | 2.70 | 1,822.50 | (C0019) |
|  |  | 1.50 | 1,012.50 | (C0031) |
|  |  | **4.20** | **2,835.00** |  |
| Senior Associate | Antonia Croke | 0.20 | 92.00 | (C0019) |
|  |  | 2.70 | 1,242.00 | (C0031) |
|  |  | **2.90** | **1,334.00** |  |
| Senior Associate | Luke Rollason | 11.90 | 6,426.00 | (C0019) |
|  |  | **11.90** | **6,426.00** |  |
| Associate | Andy Wright | 2.50 | 987.50 | (C0019) |
|  |  | **2.50** | **987.50** |  |
| Junior Associate | Lindsey Roberts | 6.90 | 2,173.50 | (C0003) |
|  |  | 1.20 | 378.00 | (C0007) |
|  |  | 2.00 | 630.00 | (C0019) |
|  |  | 1.20 | 378.00 | (C0031) |
|  |  | **11.30** | **3,559.50** |  |
|  | **TOTAL** | **38.90** | **19,387.00** |  |



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/07/2012

## Matter: CCN01.00001 - BANKRUPTCY

**C0003      Ashurst Fee Application/Monthly Billing Reports**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 6.90 | 315.00 | 2,173.50 |
|  |  |  | Total | 2,173.50 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/07/2012 | Lindsey Roberts | LETT | Emails re: fee and expenses estimates for June | 0.30 | 315.00 | 94.50 |
| 10/07/2012 | Lindsey Roberts | LETT | Email re: draft invoice for monthly fee application | 0.10 | 315.00 | 31.50 |
| 10/07/2012 | Lindsey Roberts | DRFT | Amending draft invoice for monthly fee application | 1.40 | 315.00 | 441.00 |
| 11/07/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.90 | 315.00 | 283.50 |
| 13/07/2012 | Lindsey Roberts | DRFT | Amending draft invoice for monthly fee application | 0.30 | 315.00 | 94.50 |
| 17/07/2012 | Lindsey Roberts | DRFT | Amending draft invoice for monthly fee application | 0.60 | 315.00 | 189.00 |
| 24/07/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application (internal discussion with LA re. rates.) | 0.40 | 315.00 | 126.00 |
| 26/07/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.50 | 315.00 | 157.50 |
| 27/07/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.40 | 315.00 | 126.00 |
| 30/07/2012 | Lindsey Roberts | DRFT | Finalising monthly fee application | 1.80 | 315.00 | 567.00 |
| 30/07/2012 | Lindsey Roberts | INTD | Email to GDB re: monthly fee application | 0.10 | 315.00 | 31.50 |
| 30/07/2012 | Lindsey Roberts | LETT | Email to B Kahn attaching monthly fee application | 0.10 | 315.00 | 31.50 |

                                                                                                             **2,173.50**

**Matter: CCN01.00001 - BANKRUPTCY**

| **C0007** | **Creditors Committee Meetings** | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Partner** | | | | |
| GDB | Giles Boothman | 1.00 | 700.00 | 700.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.20 | 315.00 | 378.00 |
| | | 2.20 | Total | 1,078.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2012 | Lindsey Roberts | ATTD | Weekly UCC call | 0.80 | 315.00 | 252.00 |
| 19/07/2012 | Giles Boothman | ATTD | Pre-call and UCC call | 1.00 | 700.00 | 700.00 |
| 19/07/2012 | Lindsey Roberts | PHON | Weekly UCC call | 0.40 | 315.00 | 126.00 |
| | | | | | | 1,078.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| <u>**C0019**</u> | <u>**Labor Issues/Employee Benefits**</u> | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 2.70 | 675.00 | 1,822.50 |
| GDB | Giles Boothman | 3.80 | 700.00 | 2,660.00 |
| SEH | Steven Hull | 1.00 | 675.00 | 675.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.20 | 460.00 | 92.00 |
| LAR | Luke Rollason | 11.90 | 540.00 | 6,426.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 2.50 | 395.00 | 987.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.00 | 315.00 | 630.00 |
| | | **24.10** | Total | **13,293.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0019    Labor Issues/Employee Benefits

|  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2012 | Angela Pearson | READ | Review draft pension and employee memo | 0.50 | 675.00 | 337.50 |
| 02/07/2012 | Giles Boothman | READ | Review Memo re UK pensions and employee issues | 0.50 | 700.00 | 350.00 |
| 02/07/2012 | Luke Rollason | LETT | Finalising initial draft memo re employee claims and role in settlement negotiations. Updating Giles Bloothman re research status. | 4.30 | 540.00 | 2,322.00 |
| 03/07/2012 | Andy Wright | LETT | Internal email correspondence re. pensions memo | 0.10 | 395.00 | 39.50 |
| 03/07/2012 | Angela Pearson | READ | Review emails re previous memo | 0.50 | 675.00 | 337.50 |
| 03/07/2012 | Lindsey Roberts | READ | Review A.Wright's note re: pension claims and comments | 0.60 | 315.00 | 189.00 |
| 03/07/2012 | Lindsey Roberts | LETT | Emails to A.Wright's re: note on pension claims | 0.10 | 315.00 | 31.50 |
| 04/07/2012 | Andy Wright | LETT | Internal email correspondence re. pensions memo; drafting email rider to Akin Gump re. pensions memo | 0.30 | 395.00 | 118.50 |
| 04/07/2012 | Giles Boothman | SUPE | Employment and pensions issues | 0.30 | 700.00 | 210.00 |
| 04/07/2012 | Luke Rollason | LETT | Finalising employee rights memo for Akin and Capstone re settlement discussions. Cover email. | 2.90 | 540.00 | 1,566.00 |
| 04/07/2012 | Lindsey Roberts | READ | Emails re: pension/employee Claims Note | 0.10 | 315.00 | 31.50 |
| 05/07/2012 | Angela Pearson | LETT | Email re employment/pensions issues | 0.20 | 675.00 | 135.00 |
| 05/07/2012 | Giles Boothman | SUPE | Review notes re employment and pensions issues | 1.00 | 700.00 | 700.00 |
| 05/07/2012 | Luke Rollason | LETT | Emailing UK pensions and employee rights memos to Akin and Capstone re settlement discussions. Drafting cover email. | 1.20 | 540.00 | 648.00 |
| 06/07/2012 | Andy Wright | LETT | Emails re. pension settlement | 0.40 | 395.00 | 158.00 |
| 06/07/2012 | Angela Pearson | INTD | Email to AWRIGHT | 0.20 | 675.00 | 135.00 |
| 06/07/2012 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 06/07/2012 | Angela Pearson | INTD | Emails to GDB | 0.30 | 675.00 | 202.50 |
| 06/07/2012 | Giles Boothman | SUPE | Employment and pensions issues re Lisa Beckerman's questions | 0.30 | 700.00 | 210.00 |
| 06/07/2012 | Lindsey Roberts | READ | Read employee claims memo | 0.40 | 315.00 | 126.00 |
| 06/07/2012 | Steven Hull | LETT | Review Giles Boothman e-mail and review Lisa Beckerman queries regarding UK pensions; review Angela Pearson commentary in connection with same; review further comments from Giles Boothman and review Andy Wright draft response; review Marcus Fink e-mail regarding advice in connection with calculation of PPF liabilities and related matters. | 0.50 | 675.00 | 337.50 |
| 08/07/2012 | Andy Wright | LETT | Researching obligations of PPF and Trustees to notify beneficiaries on court settlement and other notification obligations during and after assessment period; drafting email to Lisa Beckerman at Akin Gump re. process of settlement and beneficiary involvement | 1.40 | 395.00 | 553.00 |
| 09/07/2012 | Andy Wright | LETT | Finalising email to Lisa Beckerman; internal email correspondence | 0.30 | 395.00 | 118.50 |
| 09/07/2012 | Angela Pearson | INTD | Email to AWRIGHT | 0.20 | 675.00 | 135.00 |
| 09/07/2012 | Angela Pearson | LETT | Email to L Beckerman | 0.30 | 675.00 | 202.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

| **C0019** | **Labor Issues/Employee Benefits** | | | | | |
|---|---|---|---|---|---|---|
| | | | | **Time (Decimal)** | **Std Rate (GBP /hour)** | **Amount** |
| 09/07/2012 | Giles Boothman | LETT | Pensions queries/ Lisa Beckerman email and internal discussions | 0.40 | 700.00 | 280.00 |
| 09/07/2012 | Luke Rollason | LETT | Emails re employment advice | 1.00 | 540.00 | 540.00 |
| 09/07/2012 | Lindsey Roberts | LETT | Emails re Pension/employee issues | 0.20 | 315.00 | 63.00 |
| 09/07/2012 | Steven Hull | LETT | Review Andy Wright draft e-mail to Lisa Beckerman regarding proposed settlement and chances of settlement in connection with pension liabilties; review comments from Marcus Fink, Giles Boothman and Angela Pearson and review final e-mail from Andy Wright to Lisa Beckerman. | 0.30 | 675.00 | 202.50 |
| 10/07/2012 | Lindsey Roberts | READ | Review of filed version of the Joinder | 0.30 | 315.00 | 94.50 |
| 10/07/2012 | Lindsey Roberts | READ | Review of Debtor draft Reply in Further Support of their objection and redline of Joinder | 0.30 | 315.00 | 94.50 |
| 26/07/2012 | Antonia Croke | READ | Consider email re: TPR | 0.20 | 460.00 | 92.00 |
| 26/07/2012 | Giles Boothman | LETT | Email to Nortel professionals re Pensions Regulator Release and implications for Nortel | 0.40 | 700.00 | 280.00 |
| 26/07/2012 | Giles Boothman | READ | Pensions Regulator Release and consider implications for Nortel | 0.80 | 700.00 | 560.00 |
| 26/07/2012 | Steven Hull | LETT | Brief review David Botter e-mail regarding pensions regulator announcement in connection with attitude and approach in relation to FSDs. | 0.20 | 675.00 | 135.00 |
| 27/07/2012 | Giles Boothman | READ | Email from Mr Fred S Hodara Re: Nortel-Letter re Pension docs | 0.10 | 700.00 | 70.00 |
| 27/07/2012 | Luke Rollason | LETT | Reviewing UK pensions note re FSDs and regulatory approach. Providing comments. | 2.50 | 540.00 | 1,350.00 |

                                                                                                        **13,293.00**

## Matter: CCN01.00001 - BANKRUPTCY

**C0031** **European Proceedings/Matters**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.50 | 675.00 | 1,012.50 |
| GDB | Giles Boothman | 0.30 | 700.00 | 210.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.70 | 460.00 | 1,242.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.20 | 315.00 | 378.00 |
| | | **5.70** | Total | **2,842.50** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 09/07/2012 | Antonia Croke | READ | Consider update emails | 0.30 | 460.00 | 138.00 |
| 09/07/2012 | Antonia Croke | READ | Review emails and Capstone presentation | 0.50 | 460.00 | 230.00 |
| 09/07/2012 | Angela Pearson | READ | Review email re Capstone presentation | 0.50 | 675.00 | 337.50 |
| 09/07/2012 | Lindsey Roberts | LETT | Email re: DP meeting and UCC call | 0.10 | 315.00 | 31.50 |
| 10/07/2012 | Lindsey Roberts | READ | Review of Committee Statement in support of Deferred Compensation Claim Settlement Procedures motion | 0.10 | 315.00 | 31.50 |
| 10/07/2012 | Lindsey Roberts | READ | Review of Capco presentation | 0.40 | 315.00 | 126.00 |
| 13/07/2012 | Lindsey Roberts | INTD | Email to ACROKE re: UCC call | 0.20 | 315.00 | 63.00 |
| 19/07/2012 | Lindsey Roberts | PHON | Nortel Professionals' call | 0.40 | 315.00 | 126.00 |
| 20/07/2012 | Antonia Croke | READ | Consider emails re: Ltd, Metinee and penalties | 0.30 | 460.00 | 138.00 |
| 24/07/2012 | Antonia Croke | LETT | Emails re UCC calls | 0.30 | 460.00 | 138.00 |
| 24/07/2012 | Antonia Croke | READ | Consider pensions ltd update | 0.30 | 460.00 | 138.00 |
| 24/07/2012 | Antonia Croke | LETT | Emails re UCC calls | 0.10 | 460.00 | 46.00 |
| 26/07/2012 | Antonia Croke | READ | Consider emails re: retiree/ltd mediation | 0.20 | 460.00 | 92.00 |
| 30/07/2012 | Angela Pearson | READ | Review emails - post holiday | 1.00 | 675.00 | 675.00 |
| 31/07/2012 | Antonia Croke | LETT | Consider retiree/ltd update | 0.20 | 460.00 | 92.00 |
| 31/07/2012 | Antonia Croke | LETT | Emails re calls and updates | 0.30 | 460.00 | 138.00 |
| 31/07/2012 | Antonia Croke | READ | Consider deferred comp adversary hearing update | 0.20 | 460.00 | 92.00 |
| 31/07/2012 | Giles Boothman | LETT | Emails re attending calls | 0.30 | 700.00 | 210.00 |
| | | | | | | **2,842.50** |