## Exhibit C

### DISBURSEMENT SUMMARY
### JULY 01, 2012 THROUGH JULY 31, 2012

| | |
|---|---:|
| Document Production | £18.51 |
| Meals | £12.85 |
| Search Fee | £4.00 |
| **TOTAL** | **£35.36** |