**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production)**                                                                                                                18.51

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---|
| 02/07/2012 | VENDOR: Conference Room Catering INVOICE#: 02 08 072012 DATE: 09/07/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Jul 2 2012 | 12.85 |

**Search Fees (Search Fees)**

| | | |
|---|---|---|
| 25/06/2012 | VENDOR: Company Searches; INVOICE#: 25JUNE201229JUNE2012; DATE: 25/06/2012 - COMPANY SEARCH RECHARGE - NORTEL NETWORKS UK LIMITED | 4.00 |

                                                                                                                                        **35.36**