Exhibit E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
JULY 01, 2012 THROUGH JULY 31, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 11 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £700 | 5.10 | 3,570.00 |
| Steven Hull | Partner for 15 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, UK | £675 | 1.00 | 675.00 |
| Angela Pearson | Partner for 6 years; Admitted in 1991 in England and Wales; Litigation Group, London | £675 | 4.20 | 2,835.00 |
| Luke Rollason | Associate for 7 years; Admitted in 2005 in England and Wales; Restructuring and Special Situations Group, London | £540 | 11.90 | 6,426.00 |
| Antonia Croke | Associate for 5 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £460 | 2.90 | 1,334.00 |
| Andy Wright | Associate for 3 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £395 | 2.50 | 987.50 |
| Lindsey Roberts | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £315 | 11.30 | 3,559.50 |
| TOTAL | | | 38.90 | 19,387.00 |

## COMPENSATION BY PROJECT CATEGORY
## JULY 01, 2012 THROUGH JULY 31, 2012

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 6.90 | 2,173.50 |
| Creditors Committee Meetings | 2.20 | 1,078.00 |
| Labor Issues / Employee Benefits | 24.10 | 13,293.00 |
| European Proceedings / Matters | 5.70 | 2,842.50 |
| TOTAL | 38.90 | 19,387.00 |