## CERTIFICATE OF SERVICE

I, Donna L. Culver, do hereby certify that I am not less than 18 years of age, and that a copy of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross, Chief Judge** was served this 24th day of August, 2012, upon the following individual in the manner indicated:

**Via Hand Delivery**

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza
6th Floor
Wilmington, DE 19801

Date: August 24, 2012
Wilmington, Delaware

*/s/ Donna L. Culver*
Donna L. Culver (No. 2983)

6300165