# EXHIBIT "B"

# Togut, Segal & Segal LLP
## Summary Report

Nortel Networks Section 1114
6/1/2012...6/30/2012

*8/23/2012*
*4:12:26 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Court Fees | | 0.0 | 30.00 |
| Meals | | 0.0 | 2,120.84 |
| Photocopies | | 0.0 | 818.40 |
| Telephone | | 0.0 | 419.46 |
| Travel-ground | | 0.0 | 1,356.76 |
| | Grand Total: | 0.0 | 4,745.46 |

| | | | | |
|---|---|---|---|---|
| Nortel Networks Section 1114 | | Togut, Segal & Segal LLP | | 8/24/2012 |
| 6/1/2012...6/30/2012 | | Client Billing Report | | 3:35:43 PM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|

**Matter: General**

| Date<br>Slip Number | Description | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 6/1/12 | nberger / Travel-ground<br>General | E | 0.0<br>60.70 | 60.70<br>Billable |
| #565982 | Car service from office to home on 6/1/12 -- worked late re mediation (1/2 car rate billed to non-Nortel case). | | | |
| 6/1/12 | foswald / Telephone<br>General | E | 0.0<br>4.78 | 4.78<br>Billable |
| #569899 | TS&S monthly telephone for June 2012. | | | |
| 6/1/12 | nberger / Telephone<br>General | E | 0.0<br>85.54 | 85.54<br>Billable |
| #570586 | Conference call held on 6/1/12. | | | |
| 6/1/12 | atogut / Photocopies<br>General | E | 0.0<br>818.40 | 818.40<br>Billable |
| #572002 | TS&S monthly photocopies for June 2012. | | | |
| 6/6/12 | sskelly / Travel-ground<br>General | E | 0.0<br>106.59 | 106.59<br>Billable |
| #568208 | Car service from office to home on 6//6/12 after 8pm -- worked late re retiree benefits. | | | |
| 6/6/12 | bmoore / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #568219 | Car service from office to home on 6/6/12 at 9:30pm -- worked late re retiree benefits. | | | |
| 6/6/12 | nberger / Telephone<br>General | E | 0.0<br>83.44 | 83.44<br>Billable |
| #570587 | Two conference calls held on 6/6/12. | | | |
| 6/6/12 | bmoore / Meals<br>General | E | 0.0<br>94.45 | 94.45<br>Billable |
| #574825 | Dinner on 6/6/12 for BM, NB, SS and RKM -- worked late re mediation. | | | |

Nortel Networks Section 1114
6/1/2012...6/30/2012

**Togut, Segal & Segal LLP**
**Client Billing Report**

*8/24/2012*
*3:35:43 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 6/7/12 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #568213 | Car service from office to home on 6//7/12 after 8pm -- worked late re retiree benefits. | | | |
| 6/7/12 | sskelly / Meals<br>General | E | 0.0<br>22.22 | 22.22<br>Billable |
| #569355 | Dinner on 6/7/12 -- worked late re retiree benefits. | | | |
| 6/7/12 | rmilin / Meals<br>General | E | 0.0<br>22.50 | 22.50<br>Billable |
| #574837 | Dinner on 6/7/12 -- worked late preparing for meeting re document production issues. | | | |
| 6/7/12 | rmilin / Travel-ground<br>General | E | 0.0<br>8.30 | 8.30<br>Billable |
| #574838 | Taxi from office to home on 6/7/12 after 8pm -- worked late preparing for meeting re document production issues. | | | |
| 6/8/12 | sskelly / Travel-ground<br>General | E | 0.0<br>7.20 | 7.20<br>Billable |
| #569356 | Taxi to AM meeting. | | | |
| 6/8/12 | sskelly / Travel-ground<br>General | E | 0.0<br>7.60 | 7.60<br>Billable |
| #569358 | Taxi for RKM and SAS to meeting. | | | |
| 6/8/12 | nberger / Telephone<br>General | E | 0.0<br>16.38 | 16.38<br>Billable |
| #570591 | Conference call held on 6/8/12. | | | |
| 6/8/12 | rmilin / Travel-ground<br>General | E | 0.0<br>9.80 | 9.80<br>Billable |
| #574839 | Taxi to meeting with R. Levin re document production issues. | | | |

**Togut, Segal & Segal LLP**
**Client Billing Report**

| Date / Slip Number | | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 6/11/12 | nberger / Travel-ground<br>General | E | 0.0<br>59.32 | 59.32<br>Billable |
| #568203 | Car service from office to home on 6/11/12 after 8pm -- worked late re Nortel matters (1/2 car rate billed to non-Nortel case). | | | |
| 6/11/12 | rmilin / Meals<br>General | E | 0.0<br>20.25 | 20.25<br>Billable |
| #574842 | Dinner on 6/11/12 -- worked late re various OCs re mediation issues, and revisions to draft terms sheet and A&M draft presentation. | | | |
| 6/12/12 | sskelly / Meals<br>General | E | 0.0<br>34.00 | 34.00<br>Billable |
| #569360 | Dinner on 6/12/12 for SAS and BM -- worked late re retiree benefits. | | | |
| 6/12/12 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #570354 | Car service from office to home on 6/12/12 at 8:50pm -- worked late re retiree benefits. | | | |
| 6/13/12 | nberger / Travel-ground<br>General | E | 0.0<br>2.50 | 2.50<br>Billable |
| #568003 | Subway to Retiree Committee dinner meeting. | | | |
| 6/13/12 | nberger / Meals<br>General | E | 0.0<br>1,472.00 | 1,472.00<br>Billable |
| #568005 | Retiree Committee dinner meeting. | | | |
| 6/13/12 | nberger / Travel-ground<br>General | E | 0.0<br>118.36 | 118.36<br>Billable |
| #570356 | Car service home on 6/13/12 at 9:45pm -- worked late re retiree benefits. | | | |

**Togut, Segal & Segal LLP**
Client Billing Report

Nortel Networks Section 1114
6/1/2012...6/30/2012

*8/24/2012*
*3:35:43 PM*

| Date / Slip Number | | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 6/13/12 | bmoore / Court Fees<br>General | E | 0.0<br>30.00 | 30.00<br>Billable |
| #574830 | Fee for telephonic court appearance. | | | |
| 6/14/12 | nberger / Travel-ground<br>General | E | 0.0<br>2.50 | 2.50<br>Billable |
| #568007 | Subway to mediation at Cleary Gottlieb. | | | |
| 6/14/12 | nberger / Travel-ground<br>General | E | 0.0<br>151.90 | 151.90<br>Billable |
| #568216 | Car service from office to home on 6/14/12 -- worked late re Nortel matters. | | | |
| 6/14/12 | sskelly / Travel-ground<br>General | E | 0.0<br>2.50 | 2.50<br>Billable |
| #569361 | Subway to mediation at Cleary offices. | | | |
| 6/14/12 | bmoore / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #570353 | Car service from office to home on 6/14/12 at 11pm -- worked late re retiree benefits. | | | |
| 6/14/12 | sskelly / Travel-ground<br>General | E | 0.0<br>99.96 | 99.96<br>Billable |
| #570355 | Car service home on 6/14/12 at 10:20pm -- worked late re retiree benefits. | | | |
| 6/14/12 | nberger / Telephone<br>General | E | 0.0<br>229.32 | 229.32<br>Billable |
| #570592 | Conference call held on 6/14/12. | | | |
| 6/14/12 | bmoore / Meals<br>General | E | 0.0<br>455.42 | 455.42<br>Billable |
| #574828 | Dinner after mediation on 6/14/12 for BM, AT, NB, SS, R. Winter, M. Daniele, M. Resner and G. Donahee. | | | |

Nortel Networks Section 1114
6/1/2012...6/30/2012

Togut, Segal & Segal LLP
Client Billing Report

8/24/2012
3:35:43 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 6/14/12 | rmilin / Travel-ground<br>General | E | 0.0<br>10.60 | 10.60<br>Billable |
| #574845 | Taxi to mediation. | | | |
| 6/14/12 | rmilin / Travel-ground<br>General | E | 0.0<br>11.50 | 11.50<br>Billable |
| #574846 | Taxi to office after mediation. | | | |
| 6/14/12 | sskelly / Travel-ground<br>General | E | 0.0<br>2.50 | 2.50<br>Billable |
| #576927 | Subway to mediation at Cleary offices. | | | |
| 6/14/12 | nberger / Travel-ground<br>General | E | 0.0<br>151.90 | 151.90<br>Billable |
| #576929 | Car service from 123 Washington Street to home on 6/14/12. | | | |
| 6/19/12 | nberger / Travel-ground<br>General | E | 0.0<br>65.28 | 65.28<br>Billable |
| #570359 | Car service home on 6/19/12 at 8:45pm -- worked late re retiree benefits (1/2 car rate billed to non-Nortel client). | | | |
| 6/25/12 | rmilin / Travel-ground<br>General | E | 0.0<br>6.70 | 6.70<br>Billable |
| #574848 | Taxi from office to home on 6/25/12 after 8pm -- worked late re OCs/conferences re insurance, allocation, structure and viability issues. | | | |
| 6/26/12 | nberger / Travel-ground<br>General | E | 0.0<br>54.89 | 54.89<br>Billable |
| #574893 | Car service from NYC to home on 6/26/12 -- worked late re Nortel matters (1/2 car rate billed to non-Nortel case). | | | |
| | Matter Total: | | 0.00 | 4,745.46 |

Nortel Networks Section 1114
6/1/2012...6/30/2012

# Togut, Segal & Segal LLP
## Client Billing Report

8/24/2012
3:35:43 PM

| Date | | | | |
| Slip Number | T/E | Hours Rate | Slip Amount Billing Status | |

| | | | |
|---|---|---|---|
| Total Time Bill: | | | |
| Total Time Non Bill: | | | |
| Total Costs Bill: | | | 4,745.46 |
| Total Costs Non Bill: | | | |
| Total Non Billable: | | | |
| Total Billable: | | | 4,745.46 |
| Grand Total: | | | 4,745.46 |