## UNITED STATES BANKRUPTCY COURT
### District of Delaware

**In Re:**
Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082
   **EIN:** 04–2486332

**Chapter:** 11

Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020

*Case No*.: 09–10138–KG

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

   A transcript of the proceeding held on 08/20/2012 was filed on 08/22/2012 . The following deadlines apply:

   The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 09/12/2012 .

   If a request for redaction is filed, the redacted transcript is due 09/24/2012 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/20/2012 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*David D. Bird*
Clerk of Court

Date: 8/22/12

(ntc)

```
                         United States Bankruptcy Court
                               District of Delaware

In re:                                                        Case No. 09-10138-KG
Nortel Networks Inc., et al.                                  Chapter 11
Nanette Faison
         Debtors                 CERTIFICATE OF NOTICE

District/off: 0311-1      User: GingerM            Page 1 of 3           Date Rcvd: Aug 22, 2012
                          Form ID: ntcBK           Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2012.
db          +Nortel Networks Inc., et al.,    2221 Lakeside Boulevard,    Richardson, TX 75082-4305
aty         +Inna Rozenberg,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Jacqueline Moessner,    Cleary Gottlieb Steen & Hamilton LLP,    1 Liberty Plaza,
              New York, NY 10006-1470
aty         +James Croft,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Jennifer M. Westerfield,    Cleary Gottlieb Steen & Hamilton, LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Jesse D.H. Sherrett,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Juliet A. Drake,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Kamal Sidhu,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Ken Coleman,    Allen & Overy LLP,    1221 Avenue of the Americas,    New York, NY 10020-1005
aty         +Kerrin T. Klein,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Lauren L. Peacock,    Cleary Gottlieb Steen & Hamilton LLP,    1 Liberty Plaza,
              New York, NY 10006-1470
aty         +Lisa Kraidin,    Allen & Overy LLP,    1221 Avenue of The Americas,    New York, NY 10020-1005
aty         +Louis A. Lipner,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Matthew Gurgel,    Cleary Gottlieb Steen & Hamilton LLP,    1 Liberty Plaza,
              New York, NY 10006-1470
aty         +Neil P Forrest,    Cleary Gottlieb Steen & Hamiton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Nora K Abularach,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Rene E. Thorne,    Jackson Lewis LLP,    650 Poydras Street,    Suite 1900,
              New Orleans, LA 70130-7209
aty         +Robin J. Baik,    Cleary Gottlieb Steen & Hamilton LLP,    One Liverty Plaza,
              New York, NY 10006-1470
aty         +Scott D. McCoy,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Thomas F. Driscoll, III,    Morris, Nichols, Arsht & Tunnell LLP,    1201 North Market Street,
              Wilmington, DE 19801-1146
aty         +Tomislav A. Joksimovic,    Cleary Gottlieb Steen & Hamilton LLP,    1 Liberty Plaza,
              New York, NY 10006-1470
frep        +Allen & Overy LLP,,    1221 Avenue of the Americas,    New York, NY 10020-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Aren Goldsmith,    Cleary Gottlieb Steen & Hamilton LLP,    12, rue de Tilsitt,    Paris, FR  75008
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0311-1          User: GingerM            Page 2 of 3            Date Rcvd: Aug 22, 2012
                              Form ID: ntcBK           Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2012**                    **Signature:**       _Joseph Speetjens_

```
District/off: 0311-1          User: GingerM              Page 3 of 3              Date Rcvd: Aug 22, 2012
                              Form ID: ntcBK             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2012 at the address(es) listed below:
NONE.                                                                                                         TOTAL: 0