## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                              Debtors. | )  Chapter 11<br>)<br>)  Case No. 09-10138 (KG)<br>)<br>)  (Jointly Administered)<br>)<br>)  **Hearing Date: Sept. 19, 2012 at 10:00 a.m. (ET)**<br>) |

## NOTICE OF FOURTEENTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide<br>Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 22, 2009 |
| Period for which compensation<br>and reimbursement is sought: | May 1, 2012 through July 31, 2012[2] |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | $941,204.75 |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | $41,214.88 |

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's May, June and July, 2012 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 7/10/12 Docket No. 7976 | 5/1/12 – 5/31/12 | $299,488.25 | $19,390.37 | $239,590.60 | $19,390.37 | $59,897.65 |
| Date Filed: 8/8/12 Docket No. 8132 | 6/1/12 – 6/30/12 | $331,780.50 | $9,789.88 | Pending Obj deadline $265,424.40 | Pending Obj deadline $9,789.88 | $66,356.10 |
| Date Filed: 8/22/12 Docket No. 8286 | 7/1/12 – 7/31/12 | $309,936.00 | $12,034.63 | Pending Obj deadline $247,948.80 | Pending Obj deadline $12,034.63 | $61,987.20 |
| TOTALS: | | $941,204.75 | $41,214.88 | $752,963.80[3] | $41,214.88[4] | $188,240.95 |

Summary of any Objections to Fee Applications:  None.

Dated: August 27, 2012
      New York, New York

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-1000

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.