# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:

Nortel Networks Inc., *et al.*,[1]

        Debtors.

---------------------------------------------------------------x

: Chapter 11
:
: Case No. 09-10138 (KG)
:
: Jointly Administered
:
: **Related Docket No. ___**

**ORDER GRANTING THIRD QUARTERLY FEE APPLICATION OF TOGUT, SEGAL AND SEGAL, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES FOR THE PERIOD FEBRUARY 1, 2012 THROUGH MAY 31, 2012**

Upon consideration of the Third Quarterly Fee Application Request (the "Request") of Togut, Segal & Segal LLP (the "Togut Firm"), Bankruptcy Counsel for the Official Committee of Retired Employees for the period from February 1, 2012 through and including May, 2012; and upon consideration of the monthly fee applications (the "Fee Applications"); the Court having reviewed the Fee Applications; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and good and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

IT IS HEREBY ORDERED that:

1. The Request is GRANTED.

2. The Togut Firm is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Fee Applications, subject to the filing of a final fee application by the Togut Firm.

3. The Debtor is authorized and directed to disburse to the Togut Firm payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Applications and (b) the actual interim payments received by the Togut Firm for fees and expenses under the Fee Applications, as set forth in the Fee Applications.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: _____, 2012
       Wilmington, DE

                                                                  The Honorable Kevin Gross
                                                                  Chief Untied States Bankruptcy Judge