## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 7/1/2012 through 7/31/2012

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $795 | 23.30 | $18,523.50 |
| J. Borow | Executive Director | $795 | 41.30 | $32,833.50 |
| J. Hyland | Executive Director | $610 | 132.10 | $80,581.00 |
| A. Cowie | Managing Director | $550 | 2.80 | $1,540.00 |
| T. Morilla | Director | $360 | 119.00 | $42,840.00 |
| M. Haverkamp | Paraprofessional | $120 | 1.40 | $168.00 |
| **For the Period 7/1/2012 through 7/31/2012** | | | **319.90** | **$176,486.00** |