## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 7/1/2012 through 7/31/2012

| Task Code | Hours | Fees |
| --- | ---: | ---: |
| 01. Asset Acquisition/Disposition | 45.40 | $28,234.50 |
| 05. Professional Retention/Fee Application Preparation | 3.80 | $1,632.00 |
| 07. Interaction/Mtgs w Debtors/ Counsel | 7.50 | $5,796.00 |
| 08. Interaction/Mtgs w Creditors | 21.00 | $16,351.00 |
| 09. Employee Issues/KEIP | 68.30 | $38,810.00 |
| 10. Recovery/SubCon/Lien Analysis | 55.90 | $25,323.50 |
| 11. Claim Analysis/Accounting | 43.60 | $25,543.50 |
| 13. Intercompany Transactions/Bal | 18.30 | $8,888.00 |
| 14. Executory Contracts/Leases | 3.10 | $1,594.50 |
| 18. Operating and Other Reports | 20.80 | $8,655.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 25.60 | $11,391.00 |
| 26. Tax Issues | 6.10 | $3,869.00 |
| 33. Intellectual Property | 0.50 | $397.50 |
| **For the Period 7/1/2012 through 7/31/2012** | **319.90** | **$176,486.00** |