**Nortel Networks Corporation**
Capstone Advisory Group, LLC
**Exhibit C: Detailed Time Descriptions**
**For the Period 7/1/2012 through 7/31/2012**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 7/2/2012 | T. Morilla | 1.80 | Reviewed and analyzed issues regarding the potential sale of certain residual assets. |
| 7/5/2012 | J. Hyland | 2.40 | Reviewed potential proceeds for remaining asset sales. |
| 7/6/2012 | C. Kearns | 1.00 | Prepared for upcoming meeting with DPW (US counsel to mediator). |
| 7/6/2012 | J. Hyland | 2.50 | Reviewed allocation summary. |
| 7/9/2012 | C. Kearns | 0.50 | Followed up from DPW meeting re: additional information requests. |
| 7/9/2012 | J. Borow | 0.70 | Prepared for meetings with mediator's US counsel. |
| 7/9/2012 | J. Borow | 1.10 | Prepared for (0.4) and participated in (0.7) meeting with counsel to adhoc bondholder committee. |
| 7/9/2012 | J. Hyland | 1.50 | Reviewed information for a Committee member. |
| 7/9/2012 | J. Hyland | 1.50 | Participated in call with counsel and Cleary re: mediation issues. |
| 7/9/2012 | J. Borow | 1.50 | Met with professionals and counsel for meeting with mediator's US counsel. |
| 7/9/2012 | J. Borow | 2.20 | Prepared for (0.7) and participated in (1.5) meeting with mediator's US counsel. |
| 7/11/2012 | C. Kearns | 0.80 | Prepared for upcoming meeting with mediator's counsel. |
| 7/11/2012 | J. Hyland | 2.70 | Reviewed information for mediation session. |
| 7/12/2012 | C. Kearns | 0.50 | Reviewed key documents in advance of Bennett meeting. |
| 7/12/2012 | T. Morilla | 1.00 | Reviewed status of certain mediation matters. |
| 7/12/2012 | J. Borow | 1.50 | Prepared for and participated in meeting with counsel to prepare for meeting with mediator's professionals. |
| 7/12/2012 | T. Morilla | 1.60 | Summarized certain mediation updates. |
| 7/12/2012 | J. Borow | 2.30 | Prepared for (1.8) and participated in (0.5) meeting with professionals to adhoc committee and Debtor re: status of mediation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/12/2012 | J. Hyland | 2.30 | Analyzed information for mediation session. |
| 7/12/2012 | J. Borow | 2.40 | Prepared for and participated in meeting with professionals for mediator re: settlement issues. |
| 7/13/2012 | J. Hyland | 1.30 | Reviewed summary of proceeds allocation scenarios. |
| 7/13/2012 | J. Hyland | 2.10 | Reviewed proceeds allocation recovery scenario. |
| 7/17/2012 | J. Hyland | 2.20 | Analyzed proceeds allocation scenario. |
| 7/18/2012 | C. Kearns | 0.50 | Continued analysis re: mediation issues. |
| 7/19/2012 | J. Hyland | 0.70 | Conducted calls with M. Sandberg re: proceeds allocation calculations. |
| 7/19/2012 | T. Morilla | 1.90 | Reviewed and analyzed certain mediation briefs. |
| 7/23/2012 | T. Morilla | 1.00 | Reviewed and analyzed the sale of certain residual assets. |
| 7/23/2012 | T. Morilla | 1.60 | Continued to review certain mediation briefs. |
| 7/24/2012 | T. Morilla | 1.00 | Reviewed the status of the sale of certain remaining assets. |
| 7/24/2012 | J. Borow | 1.30 | Reviewed issues relating to internet protocol addresses and potential sale thereof. |
| Subtotal | | 45.40 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/5/2012 | J. Hyland | 0.20 | Calculated Capstone's June fees and expenses for counsel. |
| 7/6/2012 | M. Haverkamp | 1.40 | Prepared May 2012 fee application. |
| 7/6/2012 | J. Hyland | 1.60 | Reviewed fee application. |
| 7/10/2012 | J. Hyland | 0.60 | Finalized fee application. |
| Subtotal | | 3.80 | |

**07. Interaction/Mtgs w Debtors/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/12/2012 | C. Kearns | 1.80 | Participated in part of meeting with CGSH and ad hocs to debrief. |
| 7/12/2012 | C. Kearns | 2.00 | Met with mediator's counsel and related follow up to debrief Debtor. |
| 7/13/2012 | J. Hyland | 0.90 | Participated in call with J. Ray re: case matters. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/19/2012 | C. Kearns | 0.40 | Participated in pre-call with professionals. |
| 7/23/2012 | C. Kearns | 0.50 | Participated in a call with Debtor re: case status. |
| 7/23/2012 | J. Borow | 1.20 | Prepared for (0.7) and participated in (0.5) meeting with Debtor and advisors re: mediation issues. |
| 7/30/2012 | C. Kearns | 0.70 | Participated in status call with Debtor and counsel. |
| Subtotal | | 7.50 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/3/2012 | C. Kearns | 0.20 | Emailed with counsel re: mediation scheduling and key issues. |
| 7/9/2012 | C. Kearns | 0.70 | Participated in a call with counsel and Milbank to debrief after DPW meeting. |
| 7/9/2012 | C. Kearns | 4.20 | Prepared for and met with US counsel to mediator, counsel and NNI counsel. |
| 7/10/2012 | J. Borow | 1.10 | Participated in discussion with various creditors and other parties in interest re: status of matter. |
| 7/11/2012 | J. Borow | 1.50 | Participated in discussion with various creditors and other parties in interest re: status of matter. |
| 7/12/2012 | C. Kearns | 0.20 | Emailed with counsel re: mediator next steps. |
| 7/12/2012 | C. Kearns | 1.70 | Prepared with counsel for meeting with counsel to mediator. |
| 7/12/2012 | J. Borow | 2.30 | Prepared for and participated in meeting with UCC and professionals to UCC. |
| 7/13/2012 | C. Kearns | 0.20 | Emailed counsel re: scenarios/ issues. |
| 7/17/2012 | J. Hyland | 0.40 | Conducted call with L. Beckerman re: LTD and Retiree mediations. |
| 7/19/2012 | C. Kearns | 0.40 | Participated in weekly UCC call. |
| 7/19/2012 | J. Hyland | 0.40 | Participated in weekly UCC call with UCC members. |
| 7/19/2012 | A. Cowie | 0.80 | Reviewed and analyzed outstanding case matters and status of case mediation. |
| 7/19/2012 | J. Borow | 2.10 | Prepared for (1.7) and participated in (0.4) meeting with UCC and professionals to UCC. |
| 7/23/2012 | C. Kearns | 0.50 | Emailed and called counsel re: upcoming meet with mediator. |
| 7/24/2012 | J. Borow | 1.20 | Participated in discussion with various creditors and other parties in interest re: status of matter. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/25/2012 | C. Kearns | 0.80 | Continued analysis re: mediation prep including emails and conference call with counsel. |
| 7/30/2012 | J. Borow | 2.10 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 7/31/2012 | C. Kearns | 0.20 | Emailed with counsel re: meditation related matters. |
| Subtotal | | 21.00 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/2/2012 | J. Hyland | 2.00 | Analyzed headcount information. |
| 7/2/2012 | J. Hyland | 2.70 | Continued analyzing employee claims. |
| 7/3/2012 | T. Morilla | 0.30 | Continued to review and analyze certain employee issues. |
| 7/3/2012 | T. Morilla | 1.70 | Reviewed and analyzed employee headcount by country. |
| 7/3/2012 | J. Hyland | 2.70 | Continued analyzing headcount reports from Nortel. |
| 7/3/2012 | J. Hyland | 2.90 | Analyzed headcount reports from Nortel. |
| 7/5/2012 | J. Hyland | 0.30 | Analyzed headcount analysis. |
| 7/5/2012 | C. Kearns | 0.80 | Reviewed memos from UK counsel re: pension and employee related issues and how they impact allocation resolution; discussed same with counsel. |
| 7/5/2012 | T. Morilla | 1.90 | Reviewed and analyzed certain pension issues. |
| 7/12/2012 | T. Morilla | 0.40 | Reviewed and analyzed certain LTD/ retiree matters. |
| 7/17/2012 | J. Hyland | 2.60 | Reviewed LTD and retiree mediation status. |
| 7/19/2012 | J. Hyland | 17.00 | Participated in retiree and LTD claim mediation with counsel, Cleary, J. Ray, R. Levin, and retiree and LTD committee representatives. |
| 7/20/2012 | T. Morilla | 1.60 | Reviewed and analyzed LTD/ retiree issues. |
| 7/20/2012 | J. Hyland | 2.80 | Analyzed results from retiree and LTD claim mediation. |
| 7/26/2012 | T. Morilla | 1.40 | Continued to review LTD/ retiree issues. |
| 7/27/2012 | C. Kearns | 0.40 | Read emails and memo from counsel re: LTD and retiree status. |
| 7/30/2012 | T. Morilla | 1.90 | Continued to review deferred compensation issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/30/2012 | T. Morilla | 2.10 | Continued to review certain LTD/ retiree issues. |
| 7/30/2012 | J. Hyland | 2.50 | Continued analyzing LTD claim. |
| 7/30/2012 | J. Hyland | 2.80 | Continued analyzing LTD claim. |
| 7/30/2012 | J. Hyland | 2.90 | Analyzed LTD claim. |
| 7/31/2012 | T. Morilla | 1.00 | Reviewed and analyzed LTD issues. |
| 7/31/2012 | J. Hyland | 2.60 | Prepared for LTD mediation. |
| 7/31/2012 | J. Hyland | 11.00 | Participated in LTD mediation with Cleary, counsel, Milbank, J. Ray, Morris Nichols, and Greenleaf. |
| Subtotal | | 68.30 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/3/2012 | A. Cowie | 0.80 | Analyzed company-prepared foreign Restructuring Manager report for impact on creditor recovery scenarios. |
| 7/3/2012 | T. Morilla | 2.10 | Continued to review and analyze the recovery presentation. |
| 7/5/2012 | A. Cowie | 1.20 | Analyzed UK pension memorandum prepared by UK counsel for impact on creditor recovery scenarios. |
| 7/5/2012 | T. Morilla | 2.10 | Continued to review the preliminary recovery analyses. |
| 7/5/2012 | J. Hyland | 2.40 | Reviewed recovery calculations. |
| 7/6/2012 | T. Morilla | 1.20 | Continued to run additional recovery analyses. |
| 7/6/2012 | T. Morilla | 2.30 | Continued to run additional recovery analyses. |
| 7/9/2012 | T. Morilla | 1.20 | Ran additional preliminary recovery scenarios. |
| 7/9/2012 | T. Morilla | 1.80 | Continued to review and analyze the preliminary recovery analyses. |
| 7/9/2012 | T. Morilla | 2.40 | Continued to run additional recovery analyses. |
| 7/11/2012 | T. Morilla | 2.30 | Continued to review preliminary recovery scenarios. |
| 7/12/2012 | T. Morilla | 2.10 | Reviewed and analyzed recovery sensitivity analyses. |
| 7/13/2012 | C. Kearns | 0.60 | Reviewed scenarios requested by counsel re: recovery model. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 7/13/2012 | T. Morilla | 1.40 | Continued to summarize recovery results. |
| 7/13/2012 | J. Borow | 2.10 | Reviewed recovery scenarios. |
| 7/13/2012 | T. Morilla | 2.80 | Continued to run additional recovery sensitivity analyses. |
| 7/13/2012 | T. Morilla | 2.80 | Continued to run additional recovery scenarios and summarized results. |
| 7/13/2012 | T. Morilla | 2.90 | Continued to run requested recovery sensitivity analyses. |
| 7/16/2012 | C. Kearns | 0.60 | Updated model for sensitivities requested by counsel. |
| 7/16/2012 | T. Morilla | 1.40 | Continued to review and analyze recovery scenarios. |
| 7/17/2012 | T. Morilla | 1.80 | Continued to review and analyze recovery scenarios. |
| 7/17/2012 | J. Borow | 2.40 | Reviewed various recovery scenarios. |
| 7/18/2012 | T. Morilla | 1.20 | Continued to review certain recovery scenarios. |
| 7/18/2012 | T. Morilla | 2.30 | Reviewed and analyzed certain recovery scenarios. |
| 7/18/2012 | J. Borow | 2.50 | Reviewed various recovery scenarios. |
| 7/19/2012 | T. Morilla | 2.10 | Reviewed and analyzed the recovery model. |
| 7/20/2012 | J. Borow | 1.50 | Reviewed recovery scenarios. |
| 7/25/2012 | T. Morilla | 1.00 | Reviewed and analyzed the recovery flow chart. |
| 7/26/2012 | T. Morilla | 1.00 | Reviewed and edited the recovery model. |
| 7/27/2012 | T. Morilla | 1.90 | Continued to review certain recovery scenarios. |
| 7/30/2012 | T. Morilla | 1.70 | Reviewed and analyzed the recovery flow charts. |
| Subtotal | | 55.90 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 7/2/2012 | J. Borow | 2.10 | Reviewed claims and recovery scenarios. |
| 7/2/2012 | J. Hyland | 2.90 | Analyzed employee claims. |
| 7/3/2012 | J. Hyland | 1.20 | Reviewed and analyzed claim stipulation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/3/2012 | J. Borow | 2.40 | Reviewed claims and recovery scenarios. |
| 7/5/2012 | J. Hyland | 0.10 | Conducted call with M. Wunder re: employee claims. |
| 7/5/2012 | J. Hyland | 2.60 | Reviewed employee claim memo and analyzed related calculations. |
| 7/6/2012 | J. Hyland | 0.10 | Conducted call with M. Wunder re: Employee claim summary. |
| 7/6/2012 | J. Hyland | 1.60 | Reviewed Canadian employee claims summary. |
| 7/6/2012 | J. Hyland | 2.40 | Reviewed UCC joinder on UK pension claim objection and related analysis. |
| 7/10/2012 | J. Hyland | 0.10 | Conducted call with J. Sturm re: deferred compensation claim. |
| 7/10/2012 | J. Hyland | 1.30 | Reviewed deferred compensation claim settlement procedures motion and related financial matters. |
| 7/10/2012 | J. Hyland | 2.00 | Reviewed employee claim summary and claims analysis. |
| 7/11/2012 | T. Morilla | 1.20 | Reviewed and analyzed the US claims. |
| 7/13/2012 | J. Borow | 2.10 | Reviewed issues relating to settlement of claims with lessor in North Carolina. |
| 7/16/2012 | T. Morilla | 2.10 | Created additional sensitivity charts regarding post-petition interest. |
| 7/17/2012 | C. Kearns | 0.40 | Reviewed analysis of PPI sensitivities to allocation outcomes. |
| 7/17/2012 | T. Morilla | 1.50 | Continued to review certain post-petition interest recovery sensitivity analyses. |
| 7/17/2012 | T. Morilla | 2.40 | Reviewed and analyzed the US claims. |
| 7/18/2012 | J. Hyland | 2.30 | Continued analyzing retiree detail. |
| 7/18/2012 | J. Hyland | 2.90 | Analyzed retiree detail. |
| 7/19/2012 | C. Kearns | 0.60 | Read draft memo re: PPI and allocation related issues and email comments to counsel. |
| 7/20/2012 | C. Kearns | 0.50 | Status of analysis in light of draft supplement and related emails with counsel. |
| 7/20/2012 | T. Morilla | 1.50 | Reviewed and analyzed misfiled claims order. |
| 7/23/2012 | J. Hyland | 1.10 | Reviewed status of retiree claim process. |
| 7/24/2012 | T. Morilla | 1.80 | Reviewed and analyzed the Canadian claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/26/2012 | C. Kearns | 0.40 | Read memo from UK counsel on developments re: FSD claim and related emails with counsel. |
| 7/26/2012 | J. Hyland | 1.40 | Reviewed TPR and related pension claim issues. |
| 7/27/2012 | J. Hyland | 1.40 | Reviewed deferred compensation financial calculations. |
| 7/30/2012 | J. Hyland | 1.20 | Reviewed deferred compensation analysis. |
| Subtotal | | 43.60 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/3/2012 | T. Morilla | 2.10 | Reviewed and analyzed the June 2012 RM report. |
| 7/6/2012 | T. Morilla | 1.10 | Reviewed and analyzed intercompany balances. |
| 7/9/2012 | J. Hyland | 1.90 | Analyzed intercompany cash flows. |
| 7/10/2012 | J. Hyland | 0.30 | Conducted call with A. Bifield re: APAC/CALA cash flows. |
| 7/10/2012 | T. Morilla | 1.90 | Continued to review the APAC RM reports. |
| 7/18/2012 | J. Hyland | 2.00 | Continued reviewing APAC cash flows. |
| 7/18/2012 | J. Hyland | 2.80 | Reviewed APAC cash flows. |
| 7/20/2012 | J. Hyland | 1.70 | Reviewed APAC reserves. |
| 7/31/2012 | J. Hyland | 0.50 | Conducted call with S. Schultz and B. Kahn re: APAC/CALA cash repatriation. |
| 7/31/2012 | T. Morilla | 1.80 | Reviewed and analyzed the APAC and CALA forecasted cash repatriations. |
| 7/31/2012 | T. Morilla | 2.20 | Reviewed and analyzed June RM reports. |
| Subtotal | | 18.30 | |

**14. Executory Contracts/Leases**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/3/2012 | T. Morilla | 2.00 | Reviewed and analyzed potential certain lease rejection damages. |
| 7/30/2012 | J. Borow | 1.10 | Analyzed facility lease. |
| Subtotal | | 3.10 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/20/2012 | T. Morilla | 1.20 | Continued to review and analyze the 87th Report of the Monitor. |
| 7/20/2012 | T. Morilla | 2.10 | Began reviewing the 87th Report of the Monitor. |
| 7/23/2012 | T. Morilla | 2.20 | Continued to review the 87th Report of the Monitor. |
| 7/24/2012 | J. Hyland | 1.60 | Analyzed forecasted professional fees. |
| 7/24/2012 | J. Hyland | 2.20 | Reviewed Monitor's report. |
| 7/25/2012 | T. Morilla | 2.70 | Continued compiling the professional fees for the U.S. estate. |
| 7/25/2012 | T. Morilla | 2.90 | Began compiling professional fees for the U.S. estate. |
| 7/26/2012 | T. Morilla | 1.20 | Reviewed and analyzed the Pensions Regulator statement regarding FSDs. |
| 7/26/2012 | T. Morilla | 1.40 | Continued to aggregate professional fees for the U.S. estate. |
| 7/27/2012 | T. Morilla | 1.70 | Continued to review and analyze the 87th Report of the Monitor. |
| 7/30/2012 | C. Kearns | 0.50 | Reviewed monitor's latest report. |
| 7/31/2012 | T. Morilla | 1.10 | Reviewed and analyzed US estate professional fees. |
| Subtotal | | 20.80 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/2/2012 | T. Morilla | 0.40 | Reviewed and analyzed the June 22 US cash flash. |
| 7/2/2012 | T. Morilla | 1.90 | Continued to review and analyze the global cash positions. |
| 7/9/2012 | T. Morilla | 0.30 | Reviewed the current escrow accounts. |
| 7/9/2012 | J. Hyland | 2.00 | Reviewed cash flows for each estate. |
| 7/10/2012 | T. Morilla | 0.20 | Reviewed certain escrow statements. |
| 7/10/2012 | T. Morilla | 1.90 | Reviewed and analyzed the CCAA and APAC cash forecast. |
| 7/12/2012 | T. Morilla | 0.80 | Continued to review the escrow accounts. |
| 7/12/2012 | J. Hyland | 0.80 | Analyzed escrow investment strategies. |
| 7/12/2012 | T. Morilla | 1.20 | Continued to review escrow accounts and previous cash reports. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 7/13/2012 | J. Hyland | 1.40 | Reviewed cash management. |
| 7/16/2012 | J. Hyland | 2.40 | Reviewed motions and cash flow impact from the Monitor re: extension. |
| 7/17/2012 | T. Morilla | 0.40 | Reviewed the July 13 cash flash. |
| 7/17/2012 | J. Hyland | 1.10 | Reviewed cash balances and forecasts. |
| 7/18/2012 | T. Morilla | 1.40 | Reviewed the US cash flash. |
| 7/23/2012 | T. Morilla | 1.90 | Reviewed and analyzed the cash forecast in the 87th Report of the Monitor. |
| 7/24/2012 | T. Morilla | 0.30 | Reviewed and analyzed the escrow account statements. |
| 7/24/2012 | T. Morilla | 2.00 | Continued to review the cash forecast in the 87th Report of the Monitor. |
| 7/25/2012 | J. Hyland | 1.00 | Reviewed cash balances. |
| 7/25/2012 | T. Morilla | 1.60 | Reviewed and analyzed the CCAA and APAC cash forecast. |
| 7/30/2012 | T. Morilla | 0.70 | Reviewed and analyzed US cash balances. |
| 7/31/2012 | T. Morilla | 1.90 | Reviewed and analyzed the CCAA and APAC cash forecast. |
| Subtotal | | 25.60 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 7/16/2012 | C. Kearns | 0.20 | Read correspondence re: latest tax related developments. |
| 7/16/2012 | J. Hyland | 0.60 | Conducted calls with K. Rowe re: U.S. taxes. |
| 7/16/2012 | J. Hyland | 1.40 | Prepared summary of U.S. taxes. |
| 7/16/2012 | J. Hyland | 2.70 | Analyzed U.S. taxes. |
| 7/17/2012 | J. Hyland | 0.30 | Conducted call with K. Rowe re: U.S. taxes. |
| 7/18/2012 | J. Hyland | 0.30 | Conducted call with K. Rowe re: U.S. tax analysis. |
| 7/30/2012 | J. Borow | 0.60 | Reviewed state tax issues. |
| Subtotal | | 6.10 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/24/2012 | C. Kearns | 0.50 | Emailed re: status of IP address sales and related discussion in monitor report. |
| Subtotal | | 0.50 | |
| **Total Hours** | | **319.90** | |