**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 7/1/2012 through 7/31/2012**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/ Train** | | | |
| 7/18/2012 | J. Hyland | Airfare for NY trip. | $828.60 |
| 7/18/2012 | J. Hyland | Airfare change fee. | $150.00 |
| 7/19/2012 | J. Hyland | Airfare flight change. | $19.00 |
| 7/30/2012 | J. Hyland | Airfare for DE trip. | $1,013.60 |
| **Subtotal - Airfare/ Train** | | | **$2,011.20** |
| **Auto Rental/Taxi** | | | |
| 7/18/2012 | J. Hyland | Taxi to airport. | $54.00 |
| 7/18/2012 | J. Hyland | Taxi during NY trip. | $32.52 |
| 7/19/2012 | J. Hyland | Taxi during NY trip. | $48.00 |
| 7/19/2012 | J. Hyland | Taxi during NY trip. | $9.35 |
| **Subtotal - Auto Rental/Taxi** | | | **$143.87** |
| **Hotel** | | | |
| 7/19/2012 | J. Hyland | Hotel during NY trip. | $530.21 |
| 7/20/2012 | J. Hyland | Hotel during NY trip. | $312.17 |
| **Subtotal - Hotel** | | | **$842.38** |
| **Meals** | | | |
| 7/20/2012 | J. Hyland | Meal during NY trip. | $13.03 |
| **Subtotal - Meals** | | | **$13.03** |

Capstone Advisory Group, LLC
Invoice for the 7/1/2012-7/31/2012 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| Mileage | | | |
| 7/30/2012 | J. Hyland | Mileage to/from airport for DE trip. | $23.31 |
| **Subtotal - Mileage** | | | **$23.31** |
| Parking/ Tolls | | | |
| 7/30/2012 | J. Hyland | Tolls to/from airport for DE trip. | $1.60 |
| **Subtotal - Parking/ Tolls** | | | **$1.60** |
| Telecom | | | |
| 7/3/2012 | CAG Direct | Conference calls to Canada. | $17.70 |
| 7/8/2012 | CAG Direct | Capstone long distance telecom to Canada. | $367.89 |
| 7/20/2012 | J. Hyland | Long distance telecom to Canada. | $7.94 |
| 7/20/2012 | J. Hyland | Long distance telecom to Canada. | $3.43 |
| **Subtotal - Telecom** | | | **$396.96** |
| **For the Period 7/1/2012 through 7/31/2012** | | | **$3,432.35** |