## CERTIFICATE OF SERVICE

I, Drew G. Sloan, do hereby certify that on August 27, 2012, a copy of the foregoing **Forty-Second Monthly Application of Capstone Advisory Group, LLC, Financial Advisor for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from July 1, 2012 through July 31, 2012** was served on the parties on the attached list and in the manner indicated thereon.

_____
Drew G. Sloan (No. 5069)

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**
**SERVICE LIST**

**VIA HAND DELIVERY**

*(United States Trustee)*
Thomas P. Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS MAIL**

*(Debtors)*
Nortel Networks, Inc
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

RLF1 5479816v.1