**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date:  September 19, 2012 at 10:00 a.m. (ET)** |
| | ) | |

## NOTICE OF FOURTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:               <u>Capstone Advisory Group, LLC</u>

Authorized to Provide
Professional Services to:         <u>Official Committee of Unsecured Creditors</u>

Date of Retention:                <u>March 5, 2009, *Nunc Pro Tunc* to January 26, 2009</u>

Period for which compensation
and reimbursement is sought:      <u>May 1, 2012 through July 31, 2012[2]</u>

Amount of Compensation sought as
actual, reasonable and necessary:   <u>$633,218.50</u>

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   <u>$8,682.10</u>

This is (a)n:  _X__ interim      ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's May, June and July 2012 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 7/12/2012 Docket No. 7994 | 5/1/12 to 5/31/12 | $206,773.00 | $2,024.43 | $165,418.40 | $2,024.43 | $41,354.60 |
| Date Filed: 8/15/2012 Docket No. 8182 | 6/1/12 to 6/30/12 | $249,959.50 | $ 3,225.32 | Pending Obj. Deadline $199,967.60 | Pending Obj. Deadline $ 3,225.32 | $49,991.90 |
| Date Filed: 8/27/2012 Docket No. 8331 | 7/1/12 to 7/31/12 | $176,486.00 | $3,432.35 | Pending Obj. Deadline $141,188.80 | Pending Obj. Deadline $3,432.35 | $35,297.20 |
| TOTALS: | | $633,218.50 | $8,682.10 | $506,574.80 | $8,682.10 | $126,643.70 |

Summary of any Objections to Fee Applications:  None.

Dated:  August 27, 2012
         New York, NY

/s/ Jay Borow
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY  10018
Telephone:  (212) 782-1411
Facsimile:  (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*