# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: September 19, 2012 at 10.00 a.m.** |

## NOTICE OF FOURTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:            Ashurst LLP

Authorized to Provide
Professional Services to:        Official Committee of Unsecured Creditors

Date of Retention:              March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought:     May 01, 2012 through July 31, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:    £75,514.50 (US$ 119,312.91)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:    £296.32 (US$ 468.19)[4]

This is (a)n: __X__ interim _____ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International h (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's May 2012, June 2012 and July 2012 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$ 1.58 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$ 1.58 as published by Bloomberg.com on the date of the application.

25799759

|  |  | Requested |  | Approved |  | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 06/25/12 Docket No. 7901 | 05/01/12 – 05/31/12 | £10,471.50 | £88.14 | £8,377.20 | £88.14 | £2,094.30 |
| Date Filed: 07/30/12 Docket No. 8062 | 06/01/12 – 06/30/12 | £45,656.00 | £172.82 | £36,524.80 | £172.82 | £9,131.20 |
| Date Filed: 08/24/12 Docket No. 8315 | 07/01/12 – 07/31/12 | £19,387.00 | £35.36 | Pending Obj deadline 09/14/12 £15,509.60 | Pending Obj deadline 09/14/12 £35.36 | £3,877.40 |
| **TOTALS:** |  | £75,514.50 | £296.32 | £60,411.60[5] | £296.32[6] | £15,102.90 |

Summary of any Objections to Fee Applications: None.

Dated: August 28, 2012
London, United Kingdom

*/s/ Giles Boothman*

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column including amounts pending approval.

[6] The total amount reflected in this column including amounts pending approval.