IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) ) (Jointly Administered) |
| Debtors. | ) ) **Hearing Date: September 19, 2012 at 10:00 a.m.** |

## NOTICE OF FOURTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:  Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:  May 1, 2012 through July 31, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:  $42,441.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $3,507.72

This is (a)n: _X_ interim   ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s May, June and July 2012 monthly fee applications are incorporated herein by reference.

RLF1 6789123v.1

Summary of Fee Applications for Compensation Period:

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved/ Pending Approval Fees (80%) | Approved/ Pending Approval Expenses (100%) | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| Docket No. 7900 Date Filed: 6/25/12 | 5/1/12 - 5/31/12 | $17,041.50 | $714.05 | $13,633.20 | $714.05 | $3,408.30 |
| Docket No. 8051 Date Filed: 7/26/12 | 6/1/12 - 6/30/12 | $11,818.00 | $775.83 | $9,454.40 | $775.83 | $2,363.60 |
| Docket No. 8296 Date Filed: 8/23/12 | 7/1/12 - 7/31/12 | $13,581.50 | $2,017.84 | Pending obj deadline 9/12/12 $10,865.20 | Pending obj deadline 9/12/12 $2,017.84 | $2,716.30 |
| **TOTALS:** | | $42,441.00 | $3,507.72 | $33,952.80[3] | $3,507.72[4] | $8,488.20 |

Summary of any Objections to Fee Applications:  None.

Dated: August 28, 2012
    Wilmington, Delaware

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

*Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.