**EXHIBIT B**



**Fraser Milner Casgrain LLP**
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN  416 863 4511
FAX   416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2927691**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| August 22, 2012 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 88,701.50 |
| Disbursements | | 358.13 |
| **Total Amount Due** | **$** | **89,059.63** CDN. |

**FRASER MILNER CASGRAIN LLP**

Per: _____
       Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Fraser Milner Casgrain LLP
and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount.

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount.
Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2927691  
Page 2 of 13  
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 02-Jul-12 | MMP | 0012 | Review Canadian claims material in connection with allocation analysis. | 1.4 |
| 02-Jul-12 | RSK | 0024 | Review of Capstone correspondence and documents regarding IP assets. | 0.3 |
| 03-Jul-12 | NAL | 0012 | Claims review in connection with allocation analysis. | 0.8 |
| 03-Jul-12 | MMP | 0012 | Review and analyze Canadian pension and benefit claims and payments. | 2.6 |
| 03-Jul-12 | RSK | 0031 | Review of Notice of Appeal from MOE. | 0.2 |
| 03-Jul-12 | RSK | 0029 | Review of Canadian claims summary in connection with allocation analysis. | 0.3 |
| 03-Jul-12 | MJW | 0024 | Review email correspondence from Capstone with respect to intellectual property assets. | 0.2 |
| 03-Jul-12 | MJW | 0031 | Review Ministry of Environment Notice of Appeal and forward report to Committee advisors regarding appeal arguments and appeal process. | 0.7 |
| 03-Jul-12 | AGP | 0031 | Review CCAA Monitor's reports regarding Canadian claims analysis. | 1.0 |
| 04-Jul-12 | RSK | 0029 | Review and provide comments on summary of Canadian claims and allocation recovery scenarios. | 0.6 |
| 04-Jul-12 | RSK | 0029 | Review of joint hearing court materials regarding Fourth Estate Settlement. | 0.5 |
| 04-Jul-12 | MJW | 0029 | Review court orders and Monitor's reports with respect to Canadian claims and related allocation analysis in preparation for mediation. | 2.2 |
| 04-Jul-12 | MJD | 0012 | Review of Canadian claims material regarding allocation analysis. | 1.7 |
| 05-Jul-12 | NAL | 0012 | Canadian claims and allocation analysis. | 0.8 |
| 05-Jul-12 | NAL | 0029 | Meet with M. Wunder regarding claims and allocation analysis. | 0.2 |
| 05-Jul-12 | MMP | 0012 | Analyze Canadian claims and payments in connection with allocation analysis, including review of Canadian court orders and agreements. | 2.3 |
| 05-Jul-12 | MMP | 0012 | Meet with M. Wunder regarding claims analysis. | 0.2 |
| 05-Jul-12 | RSK | 0029 | Email correspondence with Akin Gump regarding allocation mediation. | 0.2 |
| 05-Jul-12 | RSK | 0029 | Review of revised Canadian claims and allocation analysis. | 0.4 |
| 05-Jul-12 | MJW | 0029 | Allocation recovery analysis in connection with Canadian | 1.7 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2927691  
Page 3 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | claims. | |
| 05-Jul-12 | MJW | 0012 | Meetings with M. Picard and A. Legault to discuss Canadian claims and related allocation analysis. | 0.4 |
| 05-Jul-12 | RCJ | 0029 | Detailed analysis of allocation issues in preparation for mediation. | 2.9 |
| 05-Jul-12 | ARN | 0031 | Review agreements and court reports regarding Canadian claims analysis. | 0.2 |
| 05-Jul-12 | MJD | 0012 | Canadian claims review in connection with allocation analysis. | 1.2 |
| 06-Jul-12 | NAL | 0012 | Canadian claims review in connection with allocation analysis. | 0.5 |
| 06-Jul-12 | RSK | 0029 | Provide comments on claims and allocation analysis summary. | 0.3 |
| 06-Jul-12 | RSK | 0029 | Email correspondence with Capstone regarding allocation analysis. | 0.1 |
| 06-Jul-12 | RSK | 0032 | Review of Joinder regarding UK Pension Claim Objections and response to Deferred Comp. Objection to Procedures Motion. | 0.3 |
| 06-Jul-12 | MJW | 0029 | Review allocation analysis and consider Canadian issues. | 0.6 |
| 06-Jul-12 | MJW | 0012 | Review UCC joinder to debtors' objections with respect to UK pension claims and U.S. debtors' objection. | 0.2 |
| 06-Jul-12 | MJW | 0012 | Review UK pension parties' response to U.S. Debtors' motion for a more definitive statement of claim. | 0.2 |
| 06-Jul-12 | MJW | 0029 | Allocation analysis regarding Canadian claims. | 0.7 |
| 06-Jul-12 | MJW | 0029 | Call with Capstone regarding Canadian allocation issues. | 0.2 |
| 08-Jul-12 | RSK | 0029 | Email correspondence with M. Wunder regarding allocation analysis. | 0.1 |
| 09-Jul-12 | NAL | 0029 | Canadian claims and related allocation analysis. | 0.3 |
| 09-Jul-12 | MMP | 0012 | Continued review of claims in connection with allocation analysis (0.8) and conferences with M. Wunder regarding allocation recovery scenarios (0.4). | 1.2 |
| 09-Jul-12 | RSK | 0029 | Email correspondence to and from UCC advisors regarding allocation recovery analysis and related Canadian issues. | 0.4 |
| 09-Jul-12 | RSK | 0029 | Review summary of Canadian claims and allocation issues. | 0.2 |
| 09-Jul-12 | RSK | 0032 | Review of UCC Statement in support of Debtors' deferred compensation claim settlement procedures. | 0.2 |
| 09-Jul-12 | MJW | 0029 | Email correspondence with Committee advisors with respect to allocation issues and allocation analysis. | 0.4 |
| 09-Jul-12 | MJW | 0012 | Email correspondence with Committee advisors with respect to Canadian estate claims. | 0.2 |
| 09-Jul-12 | MJW | 0012 | Conference with M. Picard with respect to claims and allocation analysis. | 0.4 |
| 09-Jul-12 | MJW | 0029 | Prepare summary of claims and allocation recovery issues. | 1.2 |
| 10-Jul-12 | MMP | 0019 | Call with M. Wunder and Monitor's counsel regarding employee hardship amendments (0.3) and review hardship material (0.2). | 0.5 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2927691  
Page 4 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 10-Jul-12 | MMP | 0019 | Conference with M. Wunder regarding claims and allocation analysis. | 0.5 |
| 10-Jul-12 | RSK | 0029 | Email correspondence with Akin Gump regarding allocation mediation. | 0.2 |
| 10-Jul-12 | MJW | 0031 | Review fourth estate settlement motion material to prepare for joint hearing. | 0.2 |
| 10-Jul-12 | MJW | 0029 | Call with Akin Gump to prepare for joint hearing in connection with fourth estate settlement agreement. | 0.2 |
| 10-Jul-12 | MJW | 0031 | Call from Monitor's Canadian counsel with M. Picard with respect to proposed amendments to Canadian employee hardship fund. | 0.3 |
| 10-Jul-12 | MJW | 0029 | Analysis regarding claims and allocation recovery issues (1.1) and conferences with M. Picard regarding same (0.5). | 1.6 |
| 10-Jul-12 | JOD | 0031 | Call with Akin Gump and M. Wunder regarding fourth estate settlement court hearing. | 0.2 |
| 11-Jul-12 | RSK | 0031 | Review email update report hearing and other Canadian proceeding issues. | 0.2 |
| 11-Jul-12 | RSK | 0025 | Travelled to New York for allocation mediation meetings. | 5.0 |
| 11-Jul-12 | RSK | 0031 | Review update regarding CCAA issues (stay extension and amendment of hardship program). | 0.2 |
| 11-Jul-12 | RSK | 0029 | Review of allocation recovery analysis in preparation for mediation meeting. | 0.7 |
| 11-Jul-12 | MJW | 0031 | Call with Canadian counsel for NNI regarding joint hearing with respect to fourth estate settlement agreement. | 0.2 |
| 11-Jul-12 | MJW | 0008 | Attend to fourth estate settlement joint hearing in Toronto. | 1.8 |
| 11-Jul-12 | MJW | 0031 | Review issued Canadian order (fourth estate settlement). | 0.1 |
| 11-Jul-12 | MJW | 0029 | Analysis of claims allocation recovery issues. | 0.6 |
| 11-Jul-12 | MJW | 0031 | Report to UCC advisors regarding Fourth Estate Settlement joint hearing and Canadian proceeding update. | 0.3 |
| 11-Jul-12 | MJW | 0003 | Complete May, 2012 fee account. | 0.6 |
| 11-Jul-12 | JOD | 0008 | Preparation for joint hearing. | 0.3 |
| 11-Jul-12 | JOD | 0008 | Attend at joint hearing for fourth estate settlement. | 1.8 |
| 12-Jul-12 | RSK | 0029 | Participated in call with Cleary and UCC advisors in advance of meeting with mediator's representatives. | 0.6 |
| 12-Jul-12 | RSK | 0029 | Participated in meeting with Randy Bennett, Davis Polk regarding allocation mediation. | 2.0 |
| 12-Jul-12 | RSK | 0007 | Participated in Committee call. | 0.8 |
| 12-Jul-12 | RSK | 0031 | Review of report on MOE appeal of Canadian order. | 0.2 |
| 12-Jul-12 | MJW | 0003 | Prepare May, 2012 fee application. | 1.3 |
| 12-Jul-12 | MJW | 0007 | Attend on Committee call. | 0.8 |
| 13-Jul-12 | RSK | 0029 | Exchange of email correspondence with Akin Gump regarding | 0.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2927691  
Page 5 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | allocation mediation issues. | |
| 13-Jul-12 | RSK | 0025 | Travelled from New York to Toronto after allocation mediation meetings. | 4.8 |
| 13-Jul-12 | RSK | 0031 | Review of Nortel motion record regarding CCAA extension of stay. | 0.4 |
| 13-Jul-12 | RSK | 0029 | Email correspondence with Akin Gump regarding allocation resolution issues. | 0.3 |
| 13-Jul-12 | MJW | 0029 | Email correspondence with Akin Gump and Capstone with respect to allocation analysis and Canadian issues. | 0.4 |
| 13-Jul-12 | MJW | 0029 | Analyze claims and estate distribution issues in connection with allocation. | 0.2 |
| 13-Jul-12 | MJW | 0031 | Review Nortel Canada CCAA stay extension motion record and draft order. | 1.2 |
| 13-Jul-12 | MJW | 0031 | Review Canadian estate inter-company claims procedure order and prior Canadian orders regarding claims procedures and claims resolution. | 1.8 |
| 13-Jul-12 | MJW | 0031 | Report to Committee advisors with respect to Nortel Canada motion record and requested court orders. | 0.7 |
| 14-Jul-12 | RSK | 0029 | Review of email correspondence from Akin Gump regarding allocation scenarios. | 0.3 |
| 14-Jul-12 | RSK | 0029 | Exchange of emails and telephone attendance with Michael Wunder regarding allocation issues. | 0.3 |
| 14-Jul-12 | RSK | 0031 | Email correspondence to and from UCC advisors regarding CCAA extension motion. | 0.4 |
| 14-Jul-12 | RSK | 0031 | Review of transcript from July 11th joint hearing and consider allocation resolution process issues. | 0.7 |
| 15-Jul-12 | MJW | 0031 | Email correspondence with Capstone with respect to CCAA stay extension issues. | 0.2 |
| 16-Jul-12 | RSK | 0029 | Office conference with Ryan Jacobs and Michael Wunder regarding allocation issues. | 0.6 |
| 16-Jul-12 | RSK | 0029 | Correspondence to Akin Gump regarding allocation issues. | 0.6 |
| 16-Jul-12 | MJW | 0029 | Meet with S. Kukulowicz and R. Jacobs to discuss Canadian estate claims and allocation analysis. | 0.6 |
| 16-Jul-12 | RCJ | 0012 | Analysis of claims data. | 1.9 |
| 16-Jul-12 | RCJ | 0029 | Detailed prep work for allocation mediation. | 1.8 |
| 16-Jul-12 | RCJ | 0029 | Meet with S. Kukulowicz and M. Wunder regarding allocation issues and recovery scenarios. | 0.6 |
| 17-Jul-12 | RSK | 0029 | Analysis of claims and allocation recovery scenarios. | 1.1 |
| 17-Jul-12 | RCJ | 0029 | Consider allocation recovery scenarios and mediation positions. | 1.8 |
| 17-Jul-12 | RCJ | 0012 | Detailed review and analysis of Canadian issues related to bond and EMEA claims. | 2.7 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2927691
Page 6 of 13
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 18-Jul-12 | RSK | 0029 | Analysis of allocation issues. | 0.8 |
| 18-Jul-12 | RSK | 0031 | Conference with M. Wunder regarding CCAA stay extension motion. | 0.2 |
| 18-Jul-12 | RSK | 0031 | Review of Canadian motion materials and inter-company claims process order. | 0.6 |
| 18-Jul-12 | RSK | 0031 | Telephone call to NNI Canadian counsel regarding CCAA stay extension and inter-company claims process order. | 0.3 |
| 19-Jul-12 | RSK | 0029 | Review and analyze allocation mediation submissions. | 0.7 |
| 19-Jul-12 | RSK | 0007 | Participate in UCC professionals call to prepare for UCC meeting. | 0.4 |
| 19-Jul-12 | RSK | 0007 | Participate in Committee Call. | 0.4 |
| 19-Jul-12 | RSK | 0029 | Review of correspondence from Akin Gump regarding allocation mediation. | 0.2 |
| 19-Jul-12 | RSK | 0029 | Review of analysis from Capstone regarding allocation recoveries. | 0.3 |
| 19-Jul-12 | MJW | 0031 | Prepare for UCC meeting including report on CCAA status and Canadian motions. | 0.2 |
| 19-Jul-12 | MJW | 0007 | Attend on Committee advisor status call. | 0.4 |
| 19-Jul-12 | MJW | 0007 | Attend on Committee call. | 0.4 |
| 19-Jul-12 | MJW | 0031 | Review Monitor's report with respect to CCAA proceeding, stay extension, amendment and extension of employee hardship program and inter-company claims process. | 0.9 |
| 19-Jul-12 | MJW | 0029 | Review allocation mediation submissions. | 0.3 |
| 19-Jul-12 | MJW | 0029 | Review correspondence from Capstone with respect to Canadian claims and allocation issues. | 0.1 |
| 19-Jul-12 | MJW | 0012 | Correspondence to M. Picard with respect to Canadian claims analysis. | 0.2 |
| 20-Jul-12 | MMP | 0029 | Review correspondence from M. Wunder and allocation mediation submissions, and analyze Canadian claims and recoveries. | 1.5 |
| 20-Jul-12 | RSK | 0031 | Review of Monitor's motion records regarding misfiled claims and stale dated cheques. | 0.6 |
| 20-Jul-12 | RSK | 0031 | Review of Monitor's Eighty-Seventh Report in support of stay extension and other relief. | 1.1 |
| 20-Jul-12 | RSK | 0029 | Review of correspondence from M. Wunder regarding Canadian claims and recovery issues. | 0.1 |
| 20-Jul-12 | RSK | 0031 | Review reports regarding Monitor's Eighty-Seventh Report and separate motions on misfiled claims and HWT stale-dated cheques. | 0.3 |
| 20-Jul-12 | MJW | 0003 | Prepare June, 2012 fee account. | 0.8 |
| 20-Jul-12 | MJW | 0031 | Review of court pleadings and correspondence with respect to French proceeding against Canadian debtors. | 0.6 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2927691  
Page 7 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 20-Jul-12 | MJW | 0031 | Report to Committee advisors regarding CCAA extension motion, Monitor's report and Canadian case status. | 0.9 |
| 20-Jul-12 | MJW | 0031 | Review Canadian motion record with respect to HWT stale dated cheques, draft order, Monitor's report in support of motion and report to Committee advisors. | 0.6 |
| 20-Jul-12 | MJW | 0031 | Review Canadian motion record with respect to misfiled claims, draft order, Monitor's report in support of motion and prior Canadian order for misfiled claims, and report to Committee advisors. | 0.7 |
| 20-Jul-12 | RCJ | 0031 | Examine Canadian motion records in prep work for hearings. | 0.8 |
| 20-Jul-12 | RCJ | 0029 | Continue analysis of Canadian allocation issues in prep for allocation mediation. | 1.8 |
| 21-Jul-12 | MMP | 0029 | Analysis of Canadian claims and recoveries in connection with allocation analysis. | 1.6 |
| 23-Jul-12 | RSK | 0002 | Participate in weekly status call with NNI, Cleary and UCC. | 0.7 |
| 23-Jul-12 | RSK | 0029 | Review of emails from Capstone regarding allocation recovery analysis. | 0.3 |
| 23-Jul-12 | MJW | 0002 | Attend on status update call with UCC advisors, J. Ray and NNI advisors. | 0.7 |
| 23-Jul-12 | MJW | 0029 | Email correspondence with Capstone with respect to allocation issues and analysis. | 0.2 |
| 23-Jul-12 | MJW | 0029 | Email correspondence with M. Picard with respect to Canadian claims and allocation recovery analysis. | 0.2 |
| 24-Jul-12 | MMP | 0029 | Review court material and public information regarding Canadian claims (0.5) and meet with M. Wunder and S. Kukulowicz regarding allocation analysis (0.3). | 0.8 |
| 24-Jul-12 | MMP | 0012 | Review and analysis of Canadian claims and recoveries in connection with allocation issues. | 1.3 |
| 24-Jul-12 | RSK | 0029 | Office conference with Mary Picard and Michael Wunder regarding Canadian creditors and allocation recovery analysis. | 0.3 |
| 24-Jul-12 | RSK | 0031 | Review emails from Cleary regarding proposed changes to Canadian intercompany claims process order. | 0.4 |
| 24-Jul-12 | RSK | 0029 | Review of email correspondence from Capstone regarding claims recovery analysis. | 0.2 |
| 24-Jul-12 | MJW | 0012 | Review correspondence to UK pension claimants with respect to UK pension claims. | 0.1 |
| 24-Jul-12 | MJW | 0029 | Meet with M. Picard and S. Kukulowicz with respect to Canadian claims and allocation recovery analysis. | 0.3 |
| 24-Jul-12 | MJW | 0029 | Email correspondence with Committee advisors regarding allocation mediation. | 0.1 |
| 24-Jul-12 | MJW | 0031 | Review email correspondence from Capstone regarding Canadian stay extension and Monitor's report. | 0.2 |
| 24-Jul-12 | MJW | 0031 | Email correspondence with NNI's Canadian and U.S. counsel | 0.3 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2927691  
Page 8 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | with respect to Canadian debtor inter-company claims procedure order and proposed amendments. | |
| 24-Jul-12 | MJW | 0031 | Review and analyze draft Canadian inter-company claims order and proposed amendments, and review terms of prior Canadian claims orders. | 0.6 |
| 25-Jul-12 | RSK | 0029 | Review update report regarding allocation meetings. | 0.1 |
| 25-Jul-12 | RSK | 0029 | Exchanged emails with Randy Bennett regarding allocation meetings. | 0.3 |
| 25-Jul-12 | RSK | 0031 | Review of correspondence regarding amendments to Intercompany Claims Order. | 0.2 |
| 25-Jul-12 | RSK | 0031 | Review of revised Intercompany Claims Order. | 0.4 |
| 25-Jul-12 | MJW | 0031 | Email correspondence with counsel for NNI and Monitor with respect to Canadian debtors inter-company claims order. | 0.3 |
| 25-Jul-12 | MJW | 0031 | Review revised draft Canadian inter-company claims order and prior Canadian claims orders. | 0.9 |
| 25-Jul-12 | MJW | 0031 | Call with Goodmans with respect to Canadian motions and draft court orders. | 0.2 |
| 26-Jul-12 | NAL | 0012 | Review Monitors' Reports and agreements regarding claims and allocation analysis. | 0.4 |
| 26-Jul-12 | MMP | 0012 | Claims and allocation recovery scenario analysis. | 1.3 |
| 26-Jul-12 | RSK | 0029 | Review report from Ashurst regarding statement from UK Pensions Regulator. | 0.5 |
| 26-Jul-12 | RSK | 0031 | Email correspondence with Akin Gump regarding Canadian court hearing. | 0.2 |
| 26-Jul-12 | RSK | 0031 | Review of Monitor's 87th Report in preparation for Canadian court hearing. | 0.9 |
| 26-Jul-12 | MJW | 0012 | Review correspondence and report from UCC's UK counsel regarding statement by UK Pensions Regulator regarding claims and priority issues. | 0.3 |
| 26-Jul-12 | MJW | 0031 | Email correspondence with Akin Gump regarding CCAA stay extension hearing. | 0.2 |
| 26-Jul-12 | MJW | 0031 | Call with NNI's Canadian counsel regarding CCAA stay extension hearing. | 0.1 |
| 27-Jul-12 | RSK | 0008 | Attend at Canadian hearing regarding extension of CCAA stay and other relief. | 2.1 |
| 27-Jul-12 | MJW | 0008 | Attend Canadian court hearing for CCAA stay extension, amendments and extension of employee hardship, and inter-company claims process. | 2.1 |
| 27-Jul-12 | MJW | 0031 | Report to UCC advisors regarding Canadian court hearing and update regarding French litigation. | 0.4 |
| 27-Jul-12 | MJW | 0029 | Review claims analysis and allocation scenarios. | 0.4 |
| 30-Jul-12 | RSK | 0002 | Participated in weekly status call with UCC and NNI advisors. | 0.8 |

MONTREAL   OTTAWA   TORONTO   EDMONTON   CALGARY   VANCOUVER   fmc-law.com

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2927691  
Page 9 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 30-Jul-12 | RSK | 0031 | Review of endorsements of Justice Morawetz from Canadian motions. | 0.3 |
| 30-Jul-12 | RSK | 0029 | Review and analyze allocation scenarios and estate distribution issues. | 1.2 |
| 30-Jul-12 | MJW | 0002 | Attend on status call with NNI and its advisors with UCC advisors. | 0.8 |
| 30-Jul-12 | MJW | 0031 | Review issued Canadian court orders and related endorsements, and report to UCC advisors. | 0.2 |
| 31-Jul-12 | RSK | 0029 | Email correspondence with Akin Gump and Capstone regarding allocation mediation. | 0.3 |
| 31-Jul-12 | RSK | 0029 | Review of mediation submissions and allocation recovery analysis. | 1.6 |
| 31-Jul-12 | MJW | 0029 | Email correspondence with UCC advisors regarding allocation mediation. | 0.3 |
| | | | Total | 116.8 |

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alexandra North | Associate | Financial Restructuring | Ontario - 2009 | 0.2 | $400.00 | $80.00 |
| Andy Pushalik | Associate | Employment/Labour | Ontario - 2009 | 1.0 | $430.00 | $430.00 |
| Anneli LeGault | Partner | Employment/Labour | Ontario - 1982 | 3.0 | $800.00 | $2,400.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 2.3 | $580.00 | $1,334.00 |
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 2.9 | $490.00 | $1,421.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 15.2 | $800.00 | $12,160.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 37.4 | $785.00 | $29,359.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 14.3 | $725.00 | $10,367.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 40.5 | $875.00 | $35,437.50 |
| TOTAL | | | | 116.8 | CDN. | $92,989.00 |
| | Less: Non-Working Travel Time Discount (50% of $8,575.00) | | | | | -$4,287.50 |
| TOTAL | | | | 116.8 | CDN. | $88,701.50 |

| | |
|---|---|
| FRASER MILNER CASGRAIN LLP | INVOICE 2927691 |
| The Official Committee of Unsecured Creditors | Page 10 of 13 |
| Re: Nortel Networks Inc., et al. | Matter # 538462-000001 |

| | | |
|---|---:|---:|
| **TOTAL PROFESSIONAL FEES** | | $ 92,989.00 |
| Less: Non-Working Travel Time Discount (50% of $8,575.00) | | (4,287.50) |
| **NET PROFESSIONAL FEES** | | $ 88,701.50 |
| | | |
| **NON-TAXABLE DISBURSEMENTS** | | |
| Binding Books / Documents | $ 24.30 | |
| Long Distance Telephone Calls | 91.13 | |
| Photocopy & Printing Charges | 242.70 | |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | $ 358.13 | |
| | | |
| **TOTAL DISBURSEMENTS** | | 358.13 |
| | | |
| **TOTAL AMOUNT DUE** | | $ 89,059.63 CDN. |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2927691  
Page 11 of 13  
Matter # 538462-000001

### TIME SUMMARY BY TASK CODE:

| Code | Task Description | Hours | Fees |
|---|---|---|---|
| 0002 | General Case Administration | 3.0 | 2,490.00 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 2.7 | 2,119.50 |
| 0007 | Creditors Committee Meetings | 3.2 | 2,656.00 |
| 0008 | Court Hearings | 8.1 | 6,117.00 |
| 0012 | General Claims Analysis/Claims Objections | 22.3 | 16,566.00 |
| 0019 | Labor Issues/Employee Benefits | 1.0 | 800.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 0.5 | 419.50 |
| 0025 | Travel | 9.8 | 8,575.00 |
| 0029 | Intercompany Analysis | 42.7 | 34,572.50 |
| 0031 | Canadian Proceedings/Matters | 23.0 | 18,236.00 |
| 0032 | U.S. Proceedings/Matters | 0.5 | 437.50 |
|  | **Total** | **116.8** | **$92,989.00** |
|  | **Less: Non-Working Travel Time Discount (50% of $8,575.00)** |  | **-$4,287.50** |
|  | **Total** | **116.8** | **$88,701.50** |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2927691  
Page 12 of 13  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 16-May-12 | Bell Conferencing/Shayne Kukulowicz/Inv. 1084595 | 1.00 | 12.62 |
| 16-Jun-12 | Bell Conferencing/Shayne Kukulowicz/Inv. 1085657 | 1.00 | 3.24 |
| 03-Jul-12 | Laser Copy;KUKULOWI | 9.00 | 0.90 |
| 03-Jul-12 | Laser Copy;LEGAULT | 2.00 | 0.20 |
| 03-Jul-12 | Laser Copy;NELSON M | 88.00 | 8.80 |
| 04-Jul-12 | Laser Copy;KUKULOWI | 18.00 | 1.80 |
| 04-Jul-12 | Color Laser Printing | 14.00 | 4.90 |
| 05-Jul-12 | Laser Copy;NELSON M | 66.00 | 6.60 |
| 05-Jul-12 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 05-Jul-12 | Laser Copy;LEGAULT | 10.00 | 1.00 |
| 05-Jul-12 | Telephone;13125887101;Chicago IL;4715 | 1.00 | 3.24 |
| 06-Jul-12 | Laser Copy;Waugh,Stephanie | 14.00 | 1.40 |
| 06-Jul-12 | Laser Copy;BOWLES-D | 14.00 | 1.40 |
| 06-Jul-12 | Laser Copy;NELSON M | 60.00 | 6.00 |
| 08-Jul-12 | Laser Copy;Vincent-DunlopT | 20.00 | 2.00 |
| 09-Jul-12 | Laser Copy;NELSON M | 103.00 | 10.30 |
| 09-Jul-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 4.59 |
| 10-Jul-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.53 |
| 10-Jul-12 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 1.02 |
| 10-Jul-12 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 3.57 |
| 10-Jul-12 | Laser Copy;Vincent-DunlopT | 1.00 | 0.10 |
| 11-Jul-12 | Laser Copy;beardc | 31.00 | 3.10 |
| 12-Jul-12 | Laser Copy;NELSON M | 51.00 | 5.10 |
| 13-Jul-12 | Laser Copy;NELSON M | 86.00 | 8.60 |
| 13-Jul-12 | Laser Copy;DamaniA | 110.00 | 11.00 |
| 13-Jul-12 | Tabs / Clear Cover / Cerlox | 1.00 | 5.20 |
| 16-Jul-12 | Tabs / Cerlox | 1.00 | 4.50 |
| 16-Jul-12 | Laser Copy;KUKULOWI | 6.00 | 0.60 |
| 16-Jul-12 | Laser Copy;NELSON M | 58.00 | 5.80 |
| 16-Jul-12 | Laser Copy;DamaniA | 109.00 | 10.90 |
| 16-Jul-12 | Bell Conferencing/Michael Wunder/Inv. 108672200 | 1.00 | 9.17 |
| 16-Jul-12 | Telephone;12124162000;New YorkNY;4741 | 1.00 | 8.16 |
| 16-Jul-12 | Photocopy;DamaniA | 2.00 | 0.20 |
| 18-Jul-12 | Laser Copy;NELSON M | 121.00 | 12.10 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2927691  
Page 13 of 13  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 19-Jul-12 | Laser Copy;NELSON M | 117.00 | 11.70 |
| 19-Jul-12 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 19-Jul-12 | Laser Copy;MCDONALA | 386.00 | 38.60 |
| 19-Jul-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 2.55 |
| 20-Jul-12 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 1.02 |
| 20-Jul-12 | Laser Copy;NELSON M | 52.00 | 5.20 |
| 23-Jul-12 | Laser Copy;NELSON M | 23.00 | 2.30 |
| 23-Jul-12 | Laser Copy;DamaniA | 315.00 | 31.50 |
| 23-Jul-12 | Laser Copy;KUKULOWI | 19.00 | 1.90 |
| 23-Jul-12 | Tabs / Cerlox | 1.00 | 6.00 |
| 23-Jul-12 | Tabs / Cerlox | 1.00 | 8.60 |
| 24-Jul-12 | Laser Copy;NELSON M | 7.00 | 0.70 |
| 25-Jul-12 | Laser Copy;NELSON M | 122.00 | 12.20 |
| 25-Jul-12 | Laser Copy;WUNDER M | 10.00 | 1.00 |
| 26-Jul-12 | Laser Copy;Davilad | 2.00 | 0.20 |
| 26-Jul-12 | Laser Copy;NELSON M | 157.00 | 15.70 |
| 27-Jul-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 30-Jul-12 | Laser Copy;KARTASHM | 61.00 | 6.10 |
| 30-Jul-12 | Laser Copy;Waugh,Stephanie | 122.00 | 12.20 |
| 31-Jul-12 | Shayne Kukulowicz - Rogers Wireless Service - June 8th to July 16th, 2012 - Telephone calls.; 2012-7-31 | 1.00 | 40.42 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | | $ 358.13 |