**EXHIBIT C**

11662766_3|TorDocs

## DISBURSEMENT SUMMARY
## JULY 1 TO JULY 31, 2012
### (All Amounts in Canadian Dollars)

Non-Taxable Disbursements
| | |
|---|---|
| Binding Books / Documents | $ 24.30 |
| Long Distance Telephone Calls | $ 91.13 |
| Photocopy & Printing Charges | $ 242.70 |
| Total Non-Taxable Disbursements | $ 358.13 CDN. |

11662669_1|TorDocs