**EXHIBIT D**

11662766_3|TorDocs

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2927691
Page 12 of 13
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 16-May-12 | Bell Conferencing/Shayne Kukulowicz/Inv. 1084595 | 1.00 | 12.62 |
| 16-Jun-12 | Bell Conferencing/Shayne Kukulowicz/Inv. 1085657 | 1.00 | 3.24 |
| 03-Jul-12 | Laser Copy;KUKULOWI | 9.00 | 0.90 |
| 03-Jul-12 | Laser Copy;LEGAULT | 2.00 | 0.20 |
| 03-Jul-12 | Laser Copy;NELSON M | 88.00 | 8.80 |
| 04-Jul-12 | Laser Copy;KUKULOWI | 18.00 | 1.80 |
| 04-Jul-12 | Color Laser Printing | 14.00 | 4.90 |
| 05-Jul-12 | Laser Copy;NELSON M | 66.00 | 6.60 |
| 05-Jul-12 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 05-Jul-12 | Laser Copy;LEGAULT | 10.00 | 1.00 |
| 05-Jul-12 | Telephone;13125887101;Chicago IL;4715 | 1.00 | 3.24 |
| 06-Jul-12 | Laser Copy;Waugh,Stephanie | 14.00 | 1.40 |
| 06-Jul-12 | Laser Copy;BOWLES-D | 14.00 | 1.40 |
| 06-Jul-12 | Laser Copy;NELSON M | 60.00 | 6.00 |
| 08-Jul-12 | Laser Copy;Vincent-DunlopT | 20.00 | 2.00 |
| 09-Jul-12 | Laser Copy;NELSON M | 103.00 | 10.30 |
| 09-Jul-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 4.59 |
| 10-Jul-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.53 |
| 10-Jul-12 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 1.02 |
| 10-Jul-12 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 3.57 |
| 10-Jul-12 | Laser Copy;Vincent-DunlopT | 1.00 | 0.10 |
| 11-Jul-12 | Laser Copy;beardc | 31.00 | 3.10 |
| 12-Jul-12 | Laser Copy;NELSON M | 51.00 | 5.10 |
| 13-Jul-12 | Laser Copy;NELSON M | 86.00 | 8.60 |
| 13-Jul-12 | Laser Copy;DamaniA | 110.00 | 11.00 |
| 13-Jul-12 | Tabs / Clear Cover / Cerlox | 1.00 | 5.20 |
| 16-Jul-12 | Tabs / Cerlox | 1.00 | 4.50 |
| 16-Jul-12 | Laser Copy;KUKULOWI | 6.00 | 0.60 |
| 16-Jul-12 | Laser Copy;NELSON M | 58.00 | 5.80 |
| 16-Jul-12 | Laser Copy;DamaniA | 109.00 | 10.90 |
| 16-Jul-12 | Bell Conferencing/Michael Wunder/Inv. 108672200 | 1.00 | 9.17 |
| 16-Jul-12 | Telephone;12124162000;New YorkNY;4741 | 1.00 | 8.16 |
| 16-Jul-12 | Photocopy;DamaniA | 2.00 | 0.20 |
| 18-Jul-12 | Laser Copy;NELSON M | 121.00 | 12.10 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2927691  
Page 13 of 13  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 19-Jul-12 | Laser Copy;NELSON M | 117.00 | 11.70 |
| 19-Jul-12 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 19-Jul-12 | Laser Copy;MCDONALA | 386.00 | 38.60 |
| 19-Jul-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 2.55 |
| 20-Jul-12 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 1.02 |
| 20-Jul-12 | Laser Copy;NELSON M | 52.00 | 5.20 |
| 23-Jul-12 | Laser Copy;NELSON M | 23.00 | 2.30 |
| 23-Jul-12 | Laser Copy;DamaniA | 315.00 | 31.50 |
| 23-Jul-12 | Laser Copy;KUKULOWI | 19.00 | 1.90 |
| 23-Jul-12 | Tabs / Cerlox | 1.00 | 6.00 |
| 23-Jul-12 | Tabs / Cerlox | 1.00 | 8.60 |
| 24-Jul-12 | Laser Copy;NELSON M | 7.00 | 0.70 |
| 25-Jul-12 | Laser Copy;NELSON M | 122.00 | 12.20 |
| 25-Jul-12 | Laser Copy;WUNDER M | 10.00 | 1.00 |
| 26-Jul-12 | Laser Copy;Davilad | 2.00 | 0.20 |
| 26-Jul-12 | Laser Copy;NELSON M | 157.00 | 15.70 |
| 27-Jul-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 30-Jul-12 | Laser Copy;KARTASHM | 61.00 | 6.10 |
| 30-Jul-12 | Laser Copy;Waugh,Stephanie | 122.00 | 12.20 |
| 31-Jul-12 | Shayne Kukulowicz - Rogers Wireless Service - June 8th to July 16th, 2012 - Telephone calls.; 2012-7-31 | 1.00 | 40.42 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | | **$ 358.13** |