# EXHIBIT E

11662766_3|TorDocs

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD JULY 1, 2012 THROUGH JULY 31, 2012
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alexandra North | Associate | Financial Restructuring | Ontario - 2009 | 0.2 | $400.00 | $ 80.00 |
| Andy Pushalik | Associate | Employment/Labour | Ontario - 2009 | 1.0 | $430.00 | $ 430.00 |
| Anneli LeGault | Partner | Employment/Labour | Ontario - 1982 | 3.0 | $800.00 | $ 2,400.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 2.3 | $580.00 | $ 1,334.00 |
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 2.9 | $490.00 | $ 1,421.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 15.2 | $800.00 | $ 12,160.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 37.4 | $785.00 | $ 29,359.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 14.3 | $725.00 | $ 10,367.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 40.5 | $875.00 | $ 35,437.50 |
| | | | | | | |
| TOTAL | | | | 116.8 | CDN. | $ 92,989.00 |
| | Less: Non-Working Travel Time Discount (50% of $8,575.00) | | | | | -$4,287.50 |
| TOTAL | | | | 116.8 | CDN. | $ 88,701.50 |

11662669_1|TorDocs