**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE** | § | **CASE NO. 09-10138 (KG)** |
| | § | |
| **NORTEL NETWORKS, INC.** *et al.*, | § | **CHAPTER 11** |
| | § | **(Jointly Administered)** |
| STMicros. | § | |
| _____ | § | |

**NOTICE OF WITHDRAWAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that the following person should be removed from <u>all</u> service lists in this case:

> James S. Green, Sr. (DE #0481)
> SEITZ, VAN OGTROP & GREEN, PA
> 222 Delaware Avenue, Suite 1500
> Wilmington, Delaware 19801
> Telephone: (302) 888-7607
> Fax: (302) 888-0606
> E-Mail: jgreen@svglaw.com

Dated: August 27, 2012

Respectfully submitted,

**SEITZ, VAN OGTROP & GREEN, P.A.**

<u>/s/ James S. Green, Sr.</u>
**JAMES S. GREEN, SR. (DE0481)**
222 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-7607
Fax: (302) 888-0606
E-Mail: jgreen@svglaw.com