**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc. et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: September 19, 2012 at 10:00 a.m.** |

**NOTICE OF FOURTEENTH INTERIM FEE APPLICATION REQUEST**

| | |
|---|---|
| Name of Applicant: | Fraser Milner Casgrain LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 26, 2009 |
| Period for which compensation and reimbursement is sought: | May 1, 2012 through July 31, 2012[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | CDN. $230,502.50 Equivalent to USD $232,009.99[3] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | CDN. $1,197.14 Equivalent to USD $1,204.97[3] |

This is (a)n: _X_ interim ____ final application

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Fraser Milner Casgrain LLP's May, 2012, June, 2012 and July, 2012 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate as of close of business on August 24, 2012 was CDN. $1.00 : U.S. $1.00654

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees (20%)** |
| Date Filed: 7/20/12 Docket No. 8026 | 5/1/12 - 5/31/12 | $74,130.50 | $573.14 | $59,304.40 | $573.14 | $14,826.10 |
| Date Filed: 8/10/12 Docket No. 8140 | 6/1/12 - 6/30/12 | $67,670.50 | $265.87 | $54,136.40 Pending Obj. Deadline August 30, 2012 | $265.87 Pending Obj. Deadline August 30, 2012 | $13,534.10 |
| Date Filed: 8/28/12 Docket No. 8340 | 7/1/12 - 7/31/12 | $88,701.50 | $358.13 | $70,961.20 Pending Obj. Deadline September 17, 2012 | $358.13 Pending Obj. Deadline September 17, 2012 | $17,740.30 |
| **TOTALS:** | All amounts in CDN.$ | $230,502.50 | $1,197.14 | $184,402.00[4] | $1,197.14[5] | $46,100.50 |

Summary of any Objections to Fee Applications: None.

Dated: August 28, 2012
Toronto, Ontario

Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.