## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 8035** |

### CERTIFICATE OF NO OBJECTION REGARDING THE TENTH MONTHLY APPLICATION OF ELLIOT GREENLEAF, CONUSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2012 THROUGH MAY 31, 2012

The undersigned counsel hereby certifies that, as of the date hereof:

1.    She has received no answer, objection, or other responsive pleading to the Tenth Monthly Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the Period May 1, 2012 through May 31, 2012 (the "Application") (Docket No. 8035) filed on July 24, 2012.

2.    Pursuant to the Notice of Application, objections to the Application were to be filed and served by August 13, 2012 (the "Objection Deadline"). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

States Bankruptcy Court for the District of Delaware and General Chambers Procedures §

2(a)(v), undersigned counsel files this Certificate of No Objection to the Application

following two business days after the Objection Deadline.

      3.      The Application requested allowance of fees in the amount of $56,073.75

and expenses in the amount of $8,616.28 pursuant to the Administrative Order Pursuant

to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2

Establishing Procedures for Interim Compensation and Reimbursement of Fees and

Expenses for Professionals and Official Committee Members (the "Interim

Compensation Order") (Docket No. 222).  The Application also requested payment of

fees in the amount of 44,859.00 (80% of $56,073.75) and expenses in that amount of

$8,616.28 pursuant to the Interim Compensation Order.  As noted above no objections

were received to the full amount of Elliott Greenleaf's fee and expense request.

Dated:  August 28, 2012
       Wilmington, DE

ELLIOTT GREENLEAF

_____

Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of Long-Term Disability Participants*