Exhibit B

## Jefferies & Company, Inc.
Breakdown of Expenses
May 1, 2012 – May 31, 2012
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Total | $0.00 |

13