Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
May 1, 2012 - May 31, 2012

| Name | Position | Hours Worked |
|---|---|---|
| Leon Szlezinger | Managing Director, Restructuring and Recapitalization Group | 17.5 |
| Alex Rohan | Senior Vice President, Restructuring and Recapitalization Group | 29.5 |
| Rory Keenan | Senior Vice President, Restructuring and Recapitalization Group | 35.5 |
| Robby Tennenbaum | Associate, Restructuring and Recapitalization Group | 40.0 |
| Jaspinder Kanwal | Analyst, Restructuring and Recapitalization Group | 35.0 |
| | **Total** | **157.5** |

Other Jefferies professionals who participated but do not keep hours:

| Justin Despirito | Legal Counsel |

15

Jefferies & Company, Inc.
May 2012

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Leon Szlezinger* | | | |
| Leon Szlezinger | 5/1/2012 | 1.50 | Attend professionals' call; update re: case status |
| Leon Szlezinger | 5/2/2012 | 2.00 | Attend committee call; review related documents |
| Leon Szlezinger | 5/8/2012 | 2.50 | Attend professionals call; call with debtor; various correspondence |
| Leon Szlezinger | 5/9/2012 | 1.50 | Committee call; various correspondence |
| Leon Szlezinger | 5/15/2012 | 1.00 | Document review re: 4th estate settlement |
| Leon Szlezinger | 5/16/2012 | 1.00 | Attend committee call; review legal correspondence |
| Leon Szlezinger | 5/23/2012 | 1.50 | Attend professionals' call; internal discussions |
| Leon Szlezinger | 5/24/2012 | 2.00 | Attend committee call; review related documents |
| Leon Szlezinger | 5/29/2012 | 2.00 | Update re: case status; various correspondence |
| Leon Szlezinger | 5/30/2012 | 1.50 | Attend professionals' call; document review |
| Leon Szlezinger | 5/31/2012 | 1.00 | Attend committee call |
| May 2012 Summary Hours for Leon Szlezinger | | 17.50 | |
| *Alex Rohan* | | | |
| Alex Rohan | 5/1/2012 | 2.00 | Attend professionals call; review tax related materials |
| Alex Rohan | 5/2/2012 | 2.00 | Attend committee call; various correspondence |
| Alex Rohan | 5/5/2012 | 2.50 | Review recovery analysis; internal discussions re: same |
| Alex Rohan | 5/8/2012 | 2.50 | Attend professionals call; call with debtor; various correspondence |
| Alex Rohan | 5/9/2012 | 3.50 | Document review re: mediation statements; various correspondence |
| Alex Rohan | 5/15/2012 | 1.50 | Review presentation re: IP addresses |
| Alex Rohan | 5/16/2012 | 1.50 | Attend committee call; review legal correspondence |
| Alex Rohan | 5/21/2012 | 2.50 | Document review re: pension; review internal analyses |
| Alex Rohan | 5/22/2012 | 1.00 | Review internal presentations; internal correspondence |
| Alex Rohan | 5/23/2012 | 3.00 | Attend professionals' call; internal discussions; review RM report |
| Alex Rohan | 5/24/2012 | 3.00 | Attend committee call; review related documents and mediation submissions |
| Alex Rohan | 5/25/2012 | 2.00 | Review internal presentations re: IP addresses |
| Alex Rohan | 5/30/2012 | 1.50 | Attend professionals call; review tax related materials |
| Alex Rohan | 5/31/2012 | 1.00 | Attend committee call; internal discussions |
| May 2012 Summary Hours for Alex Rohan | | 29.50 | |
| *Rory Keenan* | | | |
| Rory Keenan | 5/1/2012 | 1.50 | Attend professionals call; review internal analyses |
| Rory Keenan | 5/2/2012 | 2.50 | Attend committee call; review E&Y materials |
| Rory Keenan | 5/4/2012 | 0.50 | Document review re: debtors' claims draft |
| Rory Keenan | 5/5/2012 | 2.00 | Review Capstone analysis; internal discussions re: same |
| Rory Keenan | 5/8/2012 | 2.50 | Attend professionals call; call with debtor; various correspondence |
| Rory Keenan | 5/9/2012 | 4.00 | Committee call; review related materials and mediation statements |
| Rory Keenan | 5/10/2012 | 2.50 | Review mediation statements; review legal correspondence |
| Rory Keenan | 5/14/2012 | 1.50 | Presentation preparation re: IP addresses |
| Rory Keenan | 5/15/2012 | 2.50 | Document review re: 4th estate |
| Rory Keenan | 5/16/2012 | 1.50 | Attend committee call; review legal correspondence |
| Rory Keenan | 5/17/2012 | 2.50 | Research re: IP addresses |
| Rory Keenan | 5/21/2012 | 2.00 | Document review re: pension; review internal correspondence |
| Rory Keenan | 5/23/2012 | 2.50 | Attend professionals' call; internal discussions; review RM report |
| Rory Keenan | 5/24/2012 | 3.50 | Attend committee call; review related documents and US mediation documents |
| Rory Keenan | 5/30/2012 | 1.50 | Attend professionals call; document review |
| Rory Keenan | 5/31/2012 | 2.50 | Attend committee call; review related materials; internal discussions |
| May 2012 Summary Hours for Rory Keenan | | 35.50 | |
| *Robby Tennenbaum* | | | |
| Robby Tennenbaum | 5/1/2012 | 2.00 | Attend professionals' call; document review re: VA tax issue |
| Robby Tennenbaum | 5/2/2012 | 2.50 | Attend committee call; internal discussion |
| Robby Tennenbaum | 5/3/2012 | 2.00 | Presentation preparation re: bond pricing |
| Robby Tennenbaum | 5/4/2012 | 0.50 | Document review re: debtors' claims draft; presentation preparation |
| Robby Tennenbaum | 5/5/2012 | 1.50 | Review recovery flow analysis; internal discussions re: same |
| Robby Tennenbaum | 5/8/2012 | 2.50 | Attend professionals call; call with debtor |
| Robby Tennenbaum | 5/9/2012 | 3.50 | Attend committee call; review cash update and mediation statements |
| Robby Tennenbaum | 5/11/2012 | 2.00 | Review mediation statements; internal discussions re: same |
| Robby Tennenbaum | 5/14/2012 | 3.00 | Presentation preparation re: IP addresses |
| Robby Tennenbaum | 5/15/2012 | 3.50 | Internal discussions; review 4th estate settlement |
| Robby Tennenbaum | 5/16/2012 | 1.50 | Attend committee call; review legal correspondence |
| Robby Tennenbaum | 5/21/2012 | 2.00 | Document review re: proofs of claim |
| Robby Tennenbaum | 5/22/2012 | 2.50 | Presentation preparation re: IP addresses |
| Robby Tennenbaum | 5/23/2012 | 3.00 | Attend professionals' call; internal discussions; document review |
| Robby Tennenbaum | 5/24/2012 | 3.50 | Attend committee call; review related documents, review mediation submissions |
| Robby Tennenbaum | 5/30/2012 | 2.00 | Attend professionals' call; document review |
| Robby Tennenbaum | 5/31/2012 | 2.50 | Attend committee call; update internal analyses |
| May 2012 Summary Hours for Robby Tennenbaum | | 40.00 | |
| *Jaspinder Kanwal* | | | |
| Jaspinder Kanwal | 5/1/2012 | 2.50 | Attend professionals' call; document review re: E&Y materials |
| Jaspinder Kanwal | 5/2/2012 | 2.00 | Attend committee call; review related documents |
| Jaspinder Kanwal | 5/3/2012 | 2.00 | Presentation preparation re: bond pricing update |
| Jaspinder Kanwal | 5/4/2012 | 2.00 | Presentation preparation re: bond pricing update |
| Jaspinder Kanwal | 5/5/2012 | 1.50 | Review Capstone analysis; internal discussions re: same |
| Jaspinder Kanwal | 5/8/2012 | 2.50 | Attend professionals call; call with debtor; various correspondence |
| Jaspinder Kanwal | 5/9/2012 | 2.50 | Committee call; review related materials |
| Jaspinder Kanwal | 5/10/2012 | 2.50 | Review mediation materials |
| Jaspinder Kanwal | 5/11/2012 | 1.50 | Review mediation statements |
| Jaspinder Kanwal | 5/14/2012 | 2.50 | Presentation preparation re: IP addresses |
| Jaspinder Kanwal | 5/15/2012 | 1.50 | Internal discussions; review 4th estate settlement |
| Jaspinder Kanwal | 5/16/2012 | 1.00 | Attend committee call; review legal correspondence |
| Jaspinder Kanwal | 5/21/2012 | 1.00 | Document review re: debtors proofs of claim |
| Jaspinder Kanwal | 5/23/2012 | 3.00 | Attend professionals' call; internal discussions; review E&Y materials |
| Jaspinder Kanwal | 5/24/2012 | 2.00 | Attend committee call; review related documents |
| Jaspinder Kanwal | 5/25/2012 | 2.50 | Review US mediation submissions |
| Jaspinder Kanwal | 5/30/2012 | 1.50 | Attend professionals' call; document review |
| Jaspinder Kanwal | 5/31/2012 | 1.00 | Attend committee call |
| May 2012 Summary Hours for Jaspinder Kanwal | | 35.00 | |