# Exhibit A

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: IB8538
Invoice Date: 8/10/2012
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:  Committee Chairman

Re:   Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:**<br>June 2012 | $150,000.00 |
| **TOTAL DUE** | **$150,000.00** |

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| Bank of New York<br>ABA #021000018<br>A/C: Jefferies & Company, Inc.<br>A/C: #890-065-2772 | Jefferies & Company, Inc.<br>11100 Santa Monica Blvd.<br>12th Floor<br>Los Angeles, CA 90025 |

Reference:    NOR25000IB_IB8538  Nortel