# Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
June 1, 2012 – June 30, 2012
Exhibit B

**EXPENSES:**

Total                                                                 $0.00