Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
June 1, 2012 - June 30, 2012

| Name | Position | Hours Worked |
|---|---|---|
| Leon Szlezinger | Managing Director, Restructuring and Recapitalization Group | 16.5 |
| Alex Rohan | Senior Vice President, Restructuring and Recapitalization Group | 25.5 |
| Rory Keenan | Senior Vice President, Restructuring and Recapitalization Group | 29.0 |
| Robby Tennenbaum | Associate, Restructuring and Recapitalization Group | 34.5 |
| Jaspinder Kanwal | Analyst, Restructuring and Recapitalization Group | 30.0 |
| Patrick McBride | Analyst, Restructuring and Recapitalization Group | 27.5 |
| | **Total** | **163.0** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |

**Jefferies & Company, Inc.**
**June 2012**

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Leon Szlezinger* | | | |
| Leon Szlezinger | 6/6/2012 | 1.50 | Attend professionals' call |
| Leon Szlezinger | 6/7/2012 | 1.50 | Attend committee Call; prepare re: same |
| Leon Szlezinger | 6/13/2012 | 1.50 | Attend professionals' call; review related documents |
| Leon Szlezinger | 6/14/2012 | 3.00 | Attend committee Call; internal discussion |
| Leon Szlezinger | 6/17/2012 | 1.50 | Review legal correspondence; document review |
| Leon Szlezinger | 6/18/2012 | 1.50 | Call re: retiree meditation |
| Leon Szlezinger | 6/19/2012 | 2.00 | Internal discussions re: 4th estate; review documents re: same |
| Leon Szlezinger | 6/27/2012 | 1.00 | Attend professionals' call |
| Leon Szlezinger | 6/28/2012 | 2.00 | Attend committee call; various correspondences |
| Leon Szlezinger | 6/30/2012 | 1.00 | Review legal correspondence; review recovery analysis |
| June 2012 Summary Hours for Leon Szlezinger | | 16.50 | |
| *Alex Rohan* | | | |
| Alex Rohan | 6/1/2012 | 2.00 | Internal discussions; review MOR / other documents |
| Alex Rohan | 6/6/2012 | 2.50 | Weekly professionals' call; review internal analysis |
| Alex Rohan | 6/7/2012 | 2.00 | Committee Call; prepare re: same |
| Alex Rohan | 6/12/2012 | 1.50 | Document review re: UK Pension motion, GENBAND |
| Alex Rohan | 6/13/2012 | 2.00 | Weekly professionals' call; prepare re: same |
| Alex Rohan | 6/14/2012 | 3.00 | Committee Call; internal discussion |
| Alex Rohan | 6/17/2012 | 1.50 | Document review re: injunction; internal discussions |
| Alex Rohan | 6/18/2012 | 2.00 | Call re: retiree meditation; document review |
| Alex Rohan | 6/19/2012 | 2.50 | Internal discussions; document review re; 4th estate |
| Alex Rohan | 6/25/2012 | 2.50 | Review IP Address related materials; various correspondence |
| Alex Rohan | 6/27/2012 | 1.50 | Weekly professionals' call; prepare re: same |
| Alex Rohan | 6/28/2012 | 2.50 | Committee Call; recovery analysis |
| June 2012 Summary Hours for Alex Rohan | | 25.50 | |
| *Rory Keenan* | | | |
| Rory Keenan | 6/1/2012 | 2.00 | Internal discussions; review MOR / other documents |
| Rory Keenan | 6/4/2012 | 1.50 | Call with debtor; prepare re: same |
| Rory Keenan | 6/6/2012 | 2.00 | Weekly professionals' call; review internal correspondence |
| Rory Keenan | 6/7/2012 | 2.00 | Committee Call; prepare re: same |
| Rory Keenan | 6/12/2012 | 3.00 | Document review re: UK Pension motion, GENBAND |
| Rory Keenan | 6/13/2012 | 2.00 | Weekly professionals' call; prepare re: same |
| Rory Keenan | 6/14/2012 | 3.00 | Committee Call; prepare re: same |
| Rory Keenan | 6/17/2012 | 1.00 | Document review re: debtors motion for injunction |
| Rory Keenan | 6/18/2012 | 1.50 | Call re: retiree meditation |
| Rory Keenan | 6/19/2012 | 2.50 | Document review re: 4th estate |
| Rory Keenan | 6/22/2012 | 3.50 | Professionals' meeting re: cash repatriation |
| Rory Keenan | 6/25/2012 | 2.50 | Presentation preparation re: bond pricing; document review |
| Rory Keenan | 6/27/2012 | 1.00 | Weekly professionals' call; prepare re: same |
| Rory Keenan | 6/28/2012 | 1.50 | Committee Call; document review re: same |
| June 2012 Summary Hours for Rory Keenan | | 29.00 | |
| *Robby Tennenbaum* | | | |
| Robby Tennenbaum | 6/1/2012 | 2.00 | Internal discussions; document review |
| Robby Tennenbaum | 6/4/2012 | 3.00 | Call with debtor; internal analysis; presentation preparation |
| Robby Tennenbaum | 6/6/2012 | 1.50 | Weekly professionals' call |
| Robby Tennenbaum | 6/7/2012 | 2.00 | Committee Call; prepare re: same |
| Robby Tennenbaum | 6/12/2012 | 1.50 | Document review re: UK Pension motion; review case materials |
| Robby Tennenbaum | 6/13/2012 | 2.50 | Weekly professionals' call; document review re: GENBAND |
| Robby Tennenbaum | 6/14/2012 | 3.00 | Committee Call; prepare re: same; internal discussion |
| Robby Tennenbaum | 6/17/2012 | 2.00 | Document review re: debtors motion for injunction |
| Robby Tennenbaum | 6/18/2012 | 2.50 | Call re: retiree meditation; document review re: GENBAND |
| Robby Tennenbaum | 6/19/2012 | 2.50 | Internal discussions; document review re; 4th estate |
| Robby Tennenbaum | 6/21/2012 | 2.00 | Document review re: repatriation; internal discussion |
| Robby Tennenbaum | 6/25/2012 | 2.50 | Document review re: recovery analysis; deferred compensation |
| Robby Tennenbaum | 6/26/2012 | 2.00 | Presentation preparation re: bond pricing |
| Robby Tennenbaum | 6/27/2012 | 1.50 | Weekly professionals' call; document review re: UK Pension |
| Robby Tennenbaum | 6/28/2012 | 1.50 | Committee Call; review IP related documents |
| Robby Tennenbaum | 6/29/2012 | 2.50 | Review correspondence re: recovery analysis; review analysis |
| June 2012 Summary Hours for Robby Tennenbaum | | 34.50 | |
| *Jaspinder Kanwal* | | | |
| Jaspinder Kanwal | 6/1/2012 | 2.50 | Case related research; internal discussions |
| Jaspinder Kanwal | 6/2/2012 | 2.00 | Internal discussions; review internal presentation and analysis |
| Jaspinder Kanwal | 6/4/2012 | 2.00 | Call with debtor; other case related research |
| Jaspinder Kanwal | 6/6/2012 | 1.50 | Weekly professionals' call |
| Jaspinder Kanwal | 6/7/2012 | 1.50 | Committee Call; case related research |
| Jaspinder Kanwal | 6/9/2012 | 1.50 | Internal discussions |
| Jaspinder Kanwal | 6/13/2012 | 1.00 | Weekly professionals' call |
| Jaspinder Kanwal | 6/14/2012 | 2.50 | Committee Call; internal discussion |
| Jaspinder Kanwal | 6/17/2012 | 1.50 | Document review re: debtors motion for injunction |
| Jaspinder Kanwal | 6/18/2012 | 1.50 | Call re: retiree meditation |
| Jaspinder Kanwal | 6/21/2012 | 2.00 | Document review re: repatriation; internal discussion |
| Jaspinder Kanwal | 6/25/2012 | 2.50 | Document review re: recovery analysis, deferred compensation |
| Jaspinder Kanwal | 6/26/2012 | 3.00 | Presentation preparation re: bond pricing |
| Jaspinder Kanwal | 6/27/2012 | 2.00 | Weekly professionals' call; document review re: UK Pension |
| Jaspinder Kanwal | 6/28/2012 | 1.50 | Committee Call; review internal correspondence |
| Jaspinder Kanwal | 6/30/2012 | 1.50 | Review updated recovery analysis |
| June 2012 Summary Hours for Jaspinder Kanwal | | 30.00 | |
| *Patrick McBride* | | | |
| Patrick McBride | 6/1/2012 | 1.50 | Case related research; internal discussions |
| Patrick McBride | 6/2/2012 | 3.00 | Review mediation briefs; internal discussion re:same |
| Patrick McBride | 6/4/2012 | 1.50 | Attend call with debtor; case related research |
| Patrick McBride | 6/6/2012 | 2.00 | Weekly professionals' call; industry research |
| Patrick McBride | 6/7/2012 | 1.00 | Committee Call; presentation preparation re: IP Address |
| Patrick McBride | 6/8/2012 | 3.00 | IP address research; presentation preparation |
| Patrick McBride | 6/9/2012 | 1.50 | Internal discussions re: IP address materials |
| Patrick McBride | 6/11/2012 | 2.50 | Presentation preparation re: IP Addresses |
| Patrick McBride | 6/13/2012 | 1.00 | Weekly professionals' call |
| Patrick McBride | 6/14/2012 | 1.00 | Committee Call |
| Patrick McBride | 6/18/2012 | 1.50 | Call re: retiree meditation |
| Patrick McBride | 6/21/2012 | 1.00 | Document review re: repatriation; internal discussion |
| Patrick McBride | 6/25/2012 | 2.00 | Document review re: recovery analysis; internal discussion |
| Patrick McBride | 6/26/2012 | 1.50 | Presentation preparation re: bond pricing |
| Patrick McBride | 6/27/2012 | 1.00 | Weekly professionals' call |
| Patrick McBride | 6/28/2012 | 2.50 | Committee Call; review recovery analysis |
| June 2012 Summary Hours for Patrick McBride | | 27.50 | |

16