Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
July 1, 2012 - July 31, 2012

| Name | Position | Hours Worked |
|---|---|---|
| Leon Szlezinger | Managing Director, Restructuring and Recapitalization Group | 13.5 |
| Alex Rohan | Senior Vice President, Restructuring and Recapitalization Group | 22.0 |
| Rory Keenan | Senior Vice President, Restructuring and Recapitalization Group | 32.5 |
| Robby Tennenbaum | Associate, Restructuring and Recapitalization Group | 40.0 |
| Jaspinder Kanwal | Analyst, Restructuring and Recapitalization Group | 34.5 |
| Patrick McBride | Analyst, Restructuring and Recapitalization Group | 25.0 |
| | **Total** | **167.5** |

Other Jefferies professionals who participated but do not keep hours:

Justin Despirito        Legal Counsel

**Jefferies & Company, Inc.**
**July 2012**

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Leon Szlezinger* | | | |
| Leon Szlezinger | 7/3/2012 | 2.00 | Document review; various correspondence |
| Leon Szlezinger | 7/12/2012 | 1.50 | Attend committee call; review agenda and related internal correspondence |
| Leon Szlezinger | 7/19/2012 | 2.50 | Attend professionals call, committee call; internal discussions |
| Leon Szlezinger | 7/20/2012 | 1.00 | Various correspondence re: LTD retiree mediation |
| Leon Szlezinger | 7/24/2012 | 1.00 | Document review re: UK pensions |
| Leon Szlezinger | 7/26/2012 | 2.00 | Internal discussion re: case status |
| Leon Szlezinger | 7/27/2012 | 1.00 | Document review re: LTD retiree mediation |
| Leon Szlezinger | 7/30/2012 | 2.50 | Internal discussion re: case status; various correspondence |
| **July 2012 Summary Hours for Leon Szlezinger** | | **13.50** | |
| *Alex Rohan* | | | |
| Alex Rohan | 7/3/2012 | 3.00 | Review RM report, bond price anaysis |
| Alex Rohan | 7/5/2012 | 2.00 | Review various internal analyses; edit and prepare re: same |
| Alex Rohan | 7/6/2012 | 2.50 | Review committee recovery analysis |
| Alex Rohan | 7/7/2012 | 1.50 | Document review re: case status |
| Alex Rohan | 7/12/2012 | 1.50 | Attend committee call; internal correspondence |
| Alex Rohan | 7/19/2012 | 2.50 | Attend professionals call, committee call; internal discussions |
| Alex Rohan | 7/20/2012 | 1.00 | Document review re: supplemental brief |
| Alex Rohan | 7/21/2012 | 1.00 | Review case status re: LTD retiree mediation; internal discussion |
| Alex Rohan | 7/24/2012 | 1.50 | Document review re: UK pension claimants |
| Alex Rohan | 7/26/2012 | 2.00 | Internal discussion re: case status |
| Alex Rohan | 7/30/2012 | 2.50 | Internal discussion re: case status; document review |
| Alex Rohan | 7/31/2012 | 1.00 | Review LTD retiree update |
| **July 2012 Summary Hours for Alex Rohan** | | **22.00** | |
| *Rory Keenan* | | | |
| Rory Keenan | 7/1/2012 | 2.00 | Presentation preparation; various correspondence |
| Rory Keenan | 7/3/2012 | 2.50 | Review restructuring manager's report; review presentation |
| Rory Keenan | 7/4/2012 | 2.00 | Review internal presentation |
| Rory Keenan | 7/6/2012 | 2.50 | Review committee recovery analysis |
| Rory Keenan | 7/7/2012 | 1.50 | Document review re: committee response to deferred comp objection |
| Rory Keenan | 7/9/2012 | 3.00 | Call with debtor, internal discussion; document review |
| Rory Keenan | 7/12/2012 | 3.00 | Committee call; prepare re: same; internal discussion |
| Rory Keenan | 7/18/2012 | 3.50 | Review and edit internal presentation re: IP addresses |
| Rory Keenan | 7/19/2012 | 2.50 | Attend professionals call, committee call; internal discussions |
| Rory Keenan | 7/20/2012 | 1.50 | Document review re: Millbank materials |
| Rory Keenan | 7/24/2012 | 3.50 | Review recovery analysis; document review re: UK pensions |
| Rory Keenan | 7/26/2012 | 1.50 | Case status update re: FSD claims |
| Rory Keenan | 7/30/2012 | 2.00 | Review case documents re: deferred compensation; review correspondence |
| Rory Keenan | 7/31/2012 | 1.50 | Review case status re: LTD retiree update |
| **July 2012 Summary Hours for Rory Keenan** | | **32.50** | |
| *Robby Tennenbaum* | | | |
| Robby Tennenbaum | 7/1/2012 | 3.00 | Presentation preparation re: bond pricing update |
| Robby Tennenbaum | 7/2/2012 | 2.00 | Presentation preparation re: bond pricing update |
| Robby Tennenbaum | 7/3/2012 | 1.00 | Review documents from E&Y |
| Robby Tennenbaum | 7/6/2012 | 2.50 | Review committee recovery analysis, draft joinder to UK pension claims |
| Robby Tennenbaum | 7/7/2012 | 2.00 | Review case documents re: deferred compensation |
| Robby Tennenbaum | 7/9/2012 | 3.00 | Call with debtor; internal discussion; document review re: deferred comp |
| Robby Tennenbaum | 7/12/2012 | 2.50 | Internal discussion; committee call |
| Robby Tennenbaum | 7/16/2012 | 3.00 | Presentation preparation re: IP address update |
| Robby Tennenbaum | 7/19/2012 | 2.50 | Attend professionals call, committee call; internal discussions |
| Robby Tennenbaum | 7/20/2012 | 1.50 | Document review re: supplemental brief; internal discussion |
| Robby Tennenbaum | 7/21/2012 | 4.00 | Internal analysis re: recovery |
| Robby Tennenbaum | 7/22/2012 | 4.00 | Internal analysis re: recovery |
| Robby Tennenbaum | 7/24/2012 | 1.50 | Review draft committee letter to UK pensions |
| Robby Tennenbaum | 7/25/2012 | 2.00 | Review update on FSD statement, case related matters |
| Robby Tennenbaum | 7/26/2012 | 2.00 | Internal financial analysis |
| Robby Tennenbaum | 7/30/2012 | 2.50 | Document review; internal discussion |
| Robby Tennenbaum | 7/31/2012 | 1.00 | Internal discussion re: LTD retiree case status |
| **July 2012 Summary Hours for Robby Tennenbaum** | | **40.00** | |
| *Jaspinder Kanwal* | | | |
| Jaspinder Kanwal | 7/1/2012 | 2.50 | Presentation preparation re: bond pricing update |
| Jaspinder Kanwal | 7/2/2012 | 2.00 | Presentation preparation re: bond pricing update |
| Jaspinder Kanwal | 7/3/2012 | 1.00 | Review E&Y materials |
| Jaspinder Kanwal | 7/6/2012 | 2.00 | Review Capstone analysis; internal discussion |
| Jaspinder Kanwal | 7/8/2012 | 2.00 | Receive case update; review relevant documents |
| Jaspinder Kanwal | 7/9/2012 | 2.50 | Call with debtor; internal discussion |
| Jaspinder Kanwal | 7/12/2012 | 3.50 | UCC call; review agenda and related material; internal discussion |
| Jaspinder Kanwal | 7/16/2012 | 2.50 | Presentation preparation re: IP address update |
| Jaspinder Kanwal | 7/17/2012 | 2.00 | Presentation preparation re: IP address update |
| Jaspinder Kanwal | 7/19/2012 | 2.50 | Attend professionals call, committee call; internal discussions |
| Jaspinder Kanwal | 7/20/2012 | 2.00 | Document review re: Millbank brief |
| Jaspinder Kanwal | 7/22/2012 | 4.00 | Review internal recovery analysis |
| Jaspinder Kanwal | 7/24/2012 | 1.50 | Case related research re: FSD claims |
| Jaspinder Kanwal | 7/26/2012 | 2.00 | Internal financial analysis |
| Jaspinder Kanwal | 7/30/2012 | 1.50 | Deferred compensation update; internal discussion |
| Jaspinder Kanwal | 7/31/2012 | 1.00 | Review case status; internal discussion |
| **July 2012 Summary Hours for Jaspinder Kanwal** | | **34.50** | |
| *Patrick McBride* | | | |
| Patrick McBride | 7/6/2012 | 3.00 | Review committee recovery analysis; internal discussion |
| Patrick McBride | 7/12/2012 | 3.50 | UCC call; review relevant documents; internal discussion |
| Patrick McBride | 7/16/2012 | 2.50 | Presentation preparation re: IP address update |
| Patrick McBride | 7/17/2012 | 1.50 | Presentation preparation re: IP address update |
| Patrick McBride | 7/19/2012 | 3.00 | Review supplemental brief; professionals call, committee call; internal discussion |
| Patrick McBride | 7/20/2012 | 2.50 | Document review re: case status; internal discussion |
| Patrick McBride | 7/22/2012 | 3.50 | Review internal recovery analysis |
| Patrick McBride | 7/24/2012 | 1.50 | Case related research re: FSD claims |
| Patrick McBride | 7/29/2012 | 2.50 | Review internal presentations and mediation statements |
| Patrick McBride | 7/31/2012 | 1.50 | Document review |
| **July 2012 Summary Hours for Patrick McBride** | | **25.00** | |