# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF FOURTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                          Jefferies & Company, Inc.

Authorized to Provide
Professional Services to:                   Official Committee of Unsecured Creditors

Date of Retention:                         March 5, 2009, *Nunc Pro Tunc* to February 1, 2009

Period for which compensation
and reimbursement is sought:              May 1, 2012 through July 31, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:         $450,000.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     $0.00

This is (a)n: __X__ interim       ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Jefferies & Company, Inc. May 2012, June 2012 and July 2012 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees (20%)** |
| Date Filed: 8/28/12 | 5/1/12 – 5/31/12 | $150,000.00 | $0.00 | Pending Obj Deadline 9/28/12 $120,000.00 | Pending Obj Deadline 9/28/12 $0.00 | $30,000.00 |
| Date Filed: 8/28/12 | 6/1/12 - 6/30/12 | $150,000.00 | $0.00 | Pending Obj Deadline 9/28/12 $120,000.00 | Pending Obj Deadline 9/28/12 $0.00 | $30,000.00 |
| Date Filed: 8/28/12 | 7/1/12 - 7/31/12 | $150,000.00 | $0.00 | Pending Obj Deadline 9/28/12 $120,000.00 | Pending Obj Deadline 9/28/12 $0.00 | $30,000.00 |
| **TOTALS:** | | $450,000.00 | $0.00 | $360,000.00[3] | $0.00 | $90,000.00 |

---

[3] The total amount reflected in this column including amounts pending approval.

Summary of any Objections to Fee Applications: None.

Dated: August 28, 2012
New York, New York

                                             /s/ Alexander V. Rohan
                                               Alexander V. Rohan
                                               Senior Vice President
                                               520 Madison Avenue, 7th Floor
                                               New York, NY 10022
                                               (212) 707-6476

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*