**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc., <u>et al.</u>,[1] ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | **Hearing Date: September 19, 2012 at 10:00 a.m. E.S.T.** |

**FOURTEENTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF MAY 1, 2012 THROUGH JULY 31, 2012**

E&Y LLP hereby submits its fourteenth quarterly fee application request (the "Request") for the period May 1, 2012 through and including July 31, 2012 (the "Compensation Period").

E&Y LLP seeks approval of the following fee application:

| Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 7/12/12 | 5/1/12-6/30/12 | $1,389,524 | $0 | 8/6/12, 8113 | $1,111,619 | $0 | $277,905 |
| 8/21/12 | 7/1/12-7/31/12 | $530,000 | $0 | pending | $424,000 | $0 | $106,000 |
| **TOTAL** | | **$1,919,524.00** | **$0** | | **$1,535,619.00** | | **$383,905.00** |

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4842-2779-8544.1

requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: August 28, 2012 Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

4842-2779-8544.1