**EXHIBIT A**

Nortel Networks Inc., *et al.*
Punter Southall LLC

May 1, 2012 Through July 31, 2012

**Summary of Services Rendered by Project**

| Project | Project Description | May 2012 – July 2012 |
|---|---|---|
| 1 | Pension Advisory | 2.00 |
| 2 | Fee Applications | 2.00 |
| **TOTAL** | | **4.00** |

**Summary of Services Rendered by Professional**

| Name | May 2012 – July 2012 |
|---|---|
| Richard Jones (Principal – London) | 1.00 |
| James Saunders (Principal – London) | 1.00 |
| Ryan McGlothlin (Managing Director – Boston) | 2.00 |
| **TOTAL** | **4.00** |

Punter Southall LLC
Time Detail
May 1, 2012 through July 31, 2012

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 5/8/2012 | Conference Calls/Document Review | 0.50 | 1 | RJ |
| 5/8/2012 | Conference Calls/Document Review | 0.50 | 1 | JS |
| 7/23/2012 | Conference Calls/Document Review | 0.50 | 1 | RJ |
| 7/23/2012 | Conference Calls/Document Review | 0.50 | 1 | JS |
| | Total Activity 1 | 2.0 | | |

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 5/29/2012 | Preparation of filings | 2.0 | 2 | RDM |
| | Total Activity 2 | 2.0 | | |
| | Total Activity 1 & 2 | 4.00 | | |