IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                                           :
                                                           :    Chapter 11
                                                           :
In re                                                      :
                                                           :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al., ¹                            :
                                                           :    Jointly Administered
                    Debtors.                               :
                                                           :
                                                           :    RE: D.I. 8066, 8084, 8255
                                                           :
-----------------------------------------------------------X
```

**CERTIFICATION OF COUNSEL REGARDING AMENDED
SCHEDULING ORDER FOR HEARING ON DEBTORS' PROCESS
TO TERMINATE RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *Amended Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114*, attached as **Exhibit A** hereto:

1. On July 30, 2012, the Debtors filed the *Debtors' Motion For Entry of an Order Terminating Retiree Benefits and Approving a Settlement Proposal Pursuant to 11 U.S.C. § 1114* [D.I. 8066] (the "Termination Motion").

2. On August 1, 2012, the Debtors filed the *Certification of Counsel Regarding Pre-Trial Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114.* The Court entered the *Scheduling Order for Hearing on Debtors' Process to*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1

*Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114* [D.I. 8084] on August 1, 2012 (the "Scheduling Order"), which Scheduling Order was amended on August 21, 2012 in accordance with the Court's rulings on August 20, 2012 pursuant to the *Amendment to the Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114* [D.I. 8255].

   3. As a result of discussions among the parties, the parties have modified the dates set forth in the Scheduling Order as set forth in the revised proposed scheduling order (the "Revised Proposed Scheduling Order") attached hereto.

   4. The Debtors have circulated the Revised Proposed Scheduling Order to counsel to the Official Committee of Retired Employees (the "Retiree Committee").  Counsel to the Retiree Committee, as well as counsel to the Official Committee of Unsecured Creditors and the Ad Hoc Group of Bondholders, have reviewed the Revised Proposed Scheduling Order and have no objection to its entry.

   5. The Parties are available for a status conference with the Court if the Court would like a further update on the status of discovery and the scheduling of the motions.

   WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Scheduling Order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Dated:  August 29, 2012
Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP
          James L. Bromley (admitted *pro hac vice*)
          Lisa M. Schweitzer (admitted *pro hac vice*)
          One Liberty Plaza
          New York, New York 10006
          Telephone:  (212) 225-2000
          Facsimile:  (212) 225-3999

          - and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*