**CERTIFICATE OF SERVICE**

   I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving the Proofs of Claims Filed by Polycom, Inc.** was caused to be made on August 29, 2012, in the manner indicated upon the entities identified below and on the attached service list.

Date: August 29, 2012                 */s/ Tamara K. Minott*
Wilmington, DE                   Tamara K. Minott (No. 5643)

**Via First Class Mail**

Counsel to Polycom, Inc.
Vectis Law Group
Attn: Patrick M. Costello
PMB# 551, 270 Redwood Shores Pkwy
Redwood City, CA 94065