# EXHIBIT A

2725046.2

**Client: Nortel Networks Incorporated**
**Matter: L-175748 - Pensions**
**Schedule of time covering period from 1 May 2012 to 31 July 2012**

| Date | Name | Hours | Agreed Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| **Claims** | | | | | |
| 07/05/2012 | Mark Blyth | 0.10 | 740.00 | 74.00 | Email Cleary re employment issues |
| 09/05/2012 | Mark Blyth | 0.20 | 740.00 | 148.00 | Email cleary re employment issues |
| 11/05/2012 | Mark Blyth | 0.10 | 740.00 | 74.00 | Email Cleary re employment issues |
| 11/05/2012 | Mark Blyth | 0.10 | 740.00 | 74.00 | Email Cleary re employment issues |
| 11/05/2012 | Mark Blyth | 0.10 | 740.00 | 74.00 | Email to Cleary re employment issues |
| 15/05/2012 | Mark Blyth | 1.80 | 740.00 | 1,332.00 | Review draft document as per last entry |
| 15/05/2012 | Mark Blyth | 0.80 | 740.00 | 592.00 | Review documents and email Cleary re same |
| 31/05/2012 | Jared Oyston | 0.80 | 420.00 | 336.00 | Call with Cleary |
| 06/06/2012 | Jared Oyston | 2.00 | 420.00 | 840.00 | Research/email to re claims |
| 07/06/2012 | Jared Oyston | 0.40 | 420.00 | 168.00 | Call with Cleary |
| 07/06/2012 | Jared Oyston | 0.20 | 420.00 | 84.00 | Considering issues re claim |
| 07/06/2012 | Mark Blyth | 2.40 | 740.00 | 1,776.00 | Review documents - email comments to Cleary |
| 13/06/2012 | Mark Blyth | 0.10 | 740.00 | 74.00 | Email Cleary re documents |
| 27/06/2012 | Mark Blyth | 0.10 | 740.00 | 74.00 | Email counsel and Cleary re employment issues |
| 27/06/2012 | Mark Blyth | 0.70 | 740.00 | 518.00 | Email Cleary re employment issues |
| 28/06/2012 | Mark Blyth | 1.50 | 740.00 | 1,110.00 | Research re employment issues and internal discussion re same - emails with J Walmsley |
| 28/06/2012 | Mark Blyth | 0.30 | 740.00 | 222.00 | Email J Walmsley re employment issues |
| 29/06/2012 | Jared Oyston | 2.50 | 420.00 | 1,050.00 | Reading for Nortel call; call with J Walmsley |
| 29/06/2012 | Mark Blyth | 0.70 | 740.00 | 518.00 | Emails with counsel and Cleary re employment issues |
| 29/06/2012 | Mark Blyth | 1.90 | 740.00 | 1,406.00 | Prep for and telecon counsel re Nortel - email Cleary - all re employment issues |
| 03/07/2012 | Jared Oyston | 1.70 | 420.00 | 714.00 | Considering employment issues for note to Cleary |
| 03/07/2012 | Mark Blyth | 1.10 | 740.00 | 814.00 | Draft document to Cleary re employment issues |
| 04/07/2012 | Jared Oyston | 6.70 | 420.00 | 2,814.00 | Note to Cleary on employment issues |
| 04/07/2012 | Jared Oyston | 0.80 | 420.00 | 336.00 | Follow-up query for note for Cleary on employment issues |
| 04/07/2012 | Mark Blyth | 3.10 | 740.00 | 2,294.00 | Further work on document – internal discussion J Oyston - email J Walmsley |
| 04/07/2012 | Mark Blyth | 2.60 | 740.00 | 1,924.00 | Research and prepare document re employment issues |
| 05/07/2012 | Jared Oyston | 0.30 | 420.00 | 126.00 | Follow-up query on document for Cleary on employment issues |
| 05/07/2012 | Mark Blyth | 1.00 | 740.00 | 740.00 | Draft note for Cleary re employment issues - email J Walmsley re same |
| 06/07/2012 | Mark Blyth | 1.00 | 740.00 | 740.00 | Email and consider draft documents - email Cleary re same |
| 09/07/2012 | Mark Blyth | 0.20 | 740.00 | 148.00 | Review documents |
| 11/07/2012 | Mark Blyth | 0.30 | 740.00 | 222.00 | Cleary email re employment issues - email J Walmsley |
| 13/07/2012 | Jared Oyston | 0.30 | 420.00 | 126.00 | Reviewing query from Cleary |
| 13/07/2012 | Mark Blyth | 0.20 | 740.00 | 148.00 | Email Cleary re employment issues |
| **Fee applications** | | | | | |
| 31/05/2012 | Jared Oyston | 1.90 | 420.00 | 798.00 | Preparing fee application |
| **Total** | | **38.00** | | **22,488.00** | |

Page 1 of 1

A15419080