# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-10138 |
| NORTEL NETWORKS, INC. | § | |
| | § | |
| | § | |
| DEBTORS | § | |
| | § | CHAPTER 11 |

## TRAVIS COUNTY'S NOTICE WITHDRAWING
## TRAVIS COUNTY'S PROOF OF CLAIM (CLAIM NO. 7545)

**COMES NOW**, Nelda Wells Spears, Travis County Tax Assessor-Collector for and on behalf of the following taxing authorities: Travis County, City of Austin, Austin Independent School District, Austin Community College, and Travis County Hospital District (hereinafter referred to as "Travis County") by and through her attorney of record, David Escamilla, Travis County Attorney, and withdraws Travis County's Proof of Claim (claim no. 7545) in the amount of **$447.60**.

Respectfully submitted,

DAVID ESCAMILLA
Travis County Attorney
P.O. Box 1748
Austin, Texas 78767
(512) 854-9513 Telephone
(512) 854-4808 Telecopier

By: _____
KAY D. BROCK
Assistant County Attorney
Texas Bar No. 11625100
kay.brock@co.travis.tx.us

276945-1

## CERTIFICATE OF SERVICE

I, Kay D. Brock, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Travis County's Notice Withdrawing Travis Proof of Claim (Claim No. 7545)** has been sent to all interested parties mailed by United States First Class Mail on this 29th day of **August, 2012**.

Kay D. Brock

**CLAIMS AGENT**
Nortel Networks Inc Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, New York 10150-5075

**DEBTORS' ATTORNEYS**
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Derek C. Abbott
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899

**UNITED STATES TRUSTEE**
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, Delaware 19801

276945-1