# EXHIBIT A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM JUNE 1, 2012 THROUGH JUNE 30, 2012

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Cupingood, Dara J. | Paralegal | $ 200.00 | 1.00 | $ 200.00 |
| Dallas, Heidi R. | Paralegal | $ 200.00 | 5.20 | $ 1,040.00 |
| Shaw, C. Liana | Paralegal | $ 225.00 | 2.90 | $ 652.50 |
| Snow, Theresa M. | Paralegal | $ 225.00 | 13.20 | $ 2,970.00 |
| Curran, Margaret S. (travel time at ½) | Of Counsel | $ 137.50 | 8.00 | $ 1,100.00 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 37.30 | $ 10,257.50 |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 30.60 | $ 12,852.00 |
| Kohart, Mary E. | Of Counsel | $ 460.00 | 11.90 | $ 5,474.00 |
| Siedzikowski, Henry F. | Shareholder | $ 565.00 | 2.20 | $ 1,243.00 |
| Simon, Debbie H. | Shareholder | $ 260.00 | 22.10 | $ 5,746.00 |
| Zahralddin-Aravena, Rafael X. (travel time at ½) | Shareholder | $ 305.00 | 4.00 | $ 1,220.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 64.00 | $ 39,040.00 |
| **Total:** | | | **202.40** | **$ 81,795.00** |
| **Blended Rate:** | | **$ 404.13** | | |