# EXHIBIT B

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| | Current - June 2012 | | **Totals** |
|---|---:|---|---:|
| Case Administration | | $ | 932.50 |
| Asset Disposition | | $ | 104.50 |
| Relief from Stay/Adequate Protection | | $ | - |
| Meetings of and Comm. With Creditors | $ 3,939.50 | $ | 107,773.00 |
| EG Retention | | $ | 34,298.50 |
| Employment & Retention Application -Other | $ 60.00 | $ | 9,173.00 |
| EG Fee Applications | $ 1,018.00 | $ | 28,754.50 |
| EG Fee Objections | $ 583.50 | $ | 3,909.50 |
| Fee Applications and Invoices - Other | $ 241.50 | $ | 16,703.50 |
| Fee Objections - Others | $ 402.00 | $ | 3,375.00 |
| Non-Working Travel | | $ | 2,684.00 |
| Avoidance Action Analysis | | $ | - |
| Claims and Plan | | $ | - |
| Claims Administration and Objections | | $ | 2,477.50 |
| Operations | | $ | - |
| Business Operations | $ 22.50 | $ | 1,082.00 |
| Employee Benefits/Pensions | $ 68,616.50 | $ | 278,960.50 |
| Plan and Disclosure Statement | | $ | 1,057.00 |
| Financing/Cash Collections | | $ | 67.50 |
| Court Hearings | $ 228.50 | $ | 14,393.50 |
| Labor Issues | | $ | 350.00 |
| Litigation | $ 6,683.00 | $ | 158,389.50 |
| Research | | $ | 1,020.00 |
| Schedules and Statements | | $ | - |
| **Total Fees** | **$ 81,795.00** | **$** | **665,505.50** |

# Elliott Greenleaf

www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Attn: Accounts Payable
Nortel Networks
PO Box 13010
Suite 300

RTP NC 27709

August 29, 2012
Bill Number 110417
File Number 60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re: In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through June 30, 2012

### Meetings of and Communications with Creditors

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/04/12 | SAK | [B150-] Conference call with Committee members and A&M re mediation meeting and related matters | 1.50 Hrs |
| 06/04/12 | MSC | [B150-] Telephone conference call with S. Kinsella in preparation for LTD Committee conference call (.2); attend telephone conference call with LTD Committee to provide update on meeting with mediator (1.3) | 1.50 Hrs |
| 06/05/12 | SAK | [B150-] Analyze email from D. David re KCC website; revise table | 0.20 Hrs |
| 06/06/12 | MSC | [B150-] Review and respond to emails from LTD Committee | 0.40 Hrs |
| 06/07/12 | TMS | [B150-] Emails to/from M. Curran and S. Kinsella regarding multiple conferences with R. Levin and Committee members to discuss counter proposal, etc. (.1) scheduling of conferences regarding same (.1) | 0.20 Hrs |
| 06/07/12 | RXZ | [B150-] Conference call with committee to discuss Debtors' counter proposal | 1.10 Hrs |
| 06/09/12 | RXZ | [B150-] E-mails to and from M. Curran re: scheduling of mediation (.2) and communications to committee (.1) | 0.30 Hrs |
| 06/11/12 | SAK | [B150-] Multiple email exchanges with committee members re upcoming mediation and email exchanges with co-counsel re same | 0.30 Hrs |
| 06/11/12 | TMS | [B150-] Numerous emails to/from committee and committee professionals regarding update to letter to LTD Participants (.1); finalize letter and forward to B. Gallagher for posting to KCC website (.1) | 0.20 Hrs |

Page 1

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/12/12 | SAK | [B150-] Revise update for KCC website and instructions to T. Snow re same | 0.20 Hrs | |
| 06/12/12 | RXZ | [B150-] E-mails and related analysis re: communications and updates to LTD constituency | 0.30 Hrs | |
| 06/12/12 | RXZ | [B150-] Updates to bylaws and final comments to S. Kinsella re: same | 0.30 Hrs | |
| 06/19/12 | SAK | [B150-] Analyze multiple comments re revisions to response strategy re same (Committee, A&M, co-counsel) | 0.80 Hrs | |
| 06/19/12 | SAK | [B150-] Multiple emails from committee members re LTD communication issues | 0.20 Hrs | |
| 06/21/12 | SAK | [B150-] Emails from committee members re LTD communications | 0.10 Hrs | |
| 06/25/12 | SAK | [B150-] Review multiple LTD inquiries | 0.40 Hrs | |
| 06/25/12 | RXZ | [B150-] Telephone conference with Committee | 0.70 Hrs | |
| 06/28/12 | SAK | [B150-] Review multiple emails from committee members re upcoming mediation issues | 0.30 Hrs | |
| | | Totals | 9.00 Hrs | $3,939.50 |
| | | Meetings of and Communications with Creditors Totals | 9.00 Hrs | $3,939.50 |

Employment & Retention Application Other

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/12/12 | HRD | [B165-] Email from R. Zaharlddin regarding first declaration of R. Winters (.1); forward same with comments to Committee (.2) | 0.30 Hrs | |
| | | Totals | 0.30 Hrs | $60.00 |
| | | Employment & Retention Application Other Totals | 0.30 Hrs | $60.00 |

EG Fee Applications

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/12 | SAK | [B170-] Conference with T. Snow re amending Elliott Greenleaf's 3rd Qtr Fee Application; instructions re same | 0.20 Hrs | |
| 06/01/12 | SAK | [B170-] Email exchange with Debtors' counsel re draft of Omnibus Fee Application Order; instructions to and email exchange with L. Shaw re same | 0.20 Hrs | |
| 06/01/12 | SAK | [B170-] Email exchange and conference with T. Snow and L. Shaw re unredacted fee application; (.3) email exchange with Debtors' counsel re same (.2) | 0.50 Hrs | |
| 06/04/12 | SAK | [B170-] Email instructions to L. Shaw re redacted fee applications | 0.10 Hrs | |
| 06/19/12 | SAK | [B170-] Email from Debtors' counsel re upcoming fee application hearing | 0.10 Hrs | |
| 06/21/12 | HRD | [B170-] Create service re upcoming fee application filing | 1.10 Hrs | |
| 06/21/12 | SAK | [B170-] Review Order entered approving Elliott Greenleaf's Quarterly fee application; instructions to T. Snow re same | 0.20 Hrs | |
| 06/22/12 | SAK | [B170-] Revise Exhibit B for Elliott Greenleaf's May 2012 monthly fee application | 0.60 Hrs | |
| | | Totals | 3.00 Hrs | $1,018.00 |
| | | EG Fee Applications Totals | 3.00 Hrs | $1,018.00 |

Fee Objections EGS

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/12 | TMS | [B171-] Emails to Committee Professionals regarding objection deadlines for EG fee applications | 0.10 Hrs | |
| 06/19/12 | HRD | [B171-] Multiple emails to/from L. Shaw and T. Snow regarding objection status (.2); draft certificate of no objections regarding: 3rd quarterly fee application (.3); 8th monthly fee application (.3); and 9th monthly fee application (.3) | 1.10 Hrs | |
| 06/20/12 | CLS | [B171-] File CNO re 8th Monthly Fee Application of Elliott Greenleaf (.2); File CNO re Third Quarterly Application of Elliott Greenleaf (.2) | 0.40 Hrs | |
| 06/20/12 | RXZ | [B171-] Review Certificate of No Objections re 8th Monthly Fee Application of Elliott Greenleaf (.1); Review Certificate of No Objection re Third Quarterly Application of Elliott Greenleaf (.1) | 0.20 Hrs | |
| 06/22/12 | CLS | [B171-] File Certificate of No Objection regarding Ninth Monthly Application of Elliott Greenleaf (.2) | 0.20 Hrs | |
| 06/22/12 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 9th Monthly Fee Application | 0.20 Hrs | |
| | | Totals | 2.20 Hrs | $583.50 |
| | | Fee Objections EGS Totals | 2.20 Hrs | $583.50 |

Fee Applications and Invoices - Other

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/12 | CLS | [B175-] Update Fee Chart for Alvarez & Marsal and EG regarding all fees and expenses for upcoming fee hearing (.5); forward completed chart to A&M for review (.1); forward to Debtors as requested (.1) | 0.70 Hrs | |
| 06/05/12 | SAK | [B175-] Instructions to T. Snow re committee reimbursements; email exchange with D. Irish re same | 0.20 Hrs | |
| | | Totals | 0.90 Hrs | $241.50 |
| | | Fee Applications and Invoices - Other Totals | 0.90 Hrs | $241.50 |

Fee Objections - Others

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/07/12 | CLS | [B176-] Prepare CNO for Alvarez & Marsal's 6th, 7th, 8th and 9th fee application (.8) | 0.80 Hrs | |
| 06/12/12 | CLS | [B176-] Prepare CNO re Third Quarterly Fee Application of Alvarez & Marsal | 0.20 Hrs | |
| 06/15/12 | CLS | [B176-] File Certificate of No Objection re 5th Fee Application of Alvarez & Marsal (.2); File Certifcate of No Objection re 6th Fee Application of Alvarez & Marsal (.2); File Certificate of No Objection re 7th Fee application of Alvaraz & Marsal (.2) | 0.60 Hrs | |
| 06/19/12 | SAK | [B176-] Instructions to R. Zahralddin re Certificate of No Objection for A&M's 5th monthly fee application | 0.10 Hrs | |
| | | Totals | 1.70 Hrs | $402.00 |
| | | Fee Objections - Others Totals | 1.70 Hrs | $402.00 |

Business Operations

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/12 | TMS | [B210-] Email to M. Cook regarding estimates for the month of May to assist in Debtors' budgeting | 0.10 Hrs | |
| | | Totals | 0.10 Hrs | $22.50 |
| | | Business Operations Totals | 0.10 Hrs | $22.50 |

Employee Benefits/Pensions

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/01/12 | SAK | [B220-] Email exchanges with M. Curran and R. Zahralddin re mediator's discovery requests; conference and instructions to T. Snow re same | 0.40 Hrs |
| 06/04/12 | MSC | [B220-] Telephone conference call with R. Zahralddin, S. Kinsella and A&M professionals R. Winters and D. Greer regarding mechanics of settlement in response to mediator's request (2.4); legal research in response to mediator's request for additional case law on certain issues (1.2). | 3.60 Hrs |
| 06/04/12 | SAK | [B220-] Telephone conference with M. Curran re mediation issues | 0.20 Hrs |
| 06/04/12 | SAK | [B220-] Telephone conference with A&M professionals re mediation/settlement issues | 1.30 Hrs |
| 06/04/12 | SAK | [B220-] Conference with T. Snow re Debtors' discovery requests per mediation procedures; email exchange re same | 0.20 Hrs |
| 06/04/12 | SAK | [B220-] Email exchange with T. Snow re preparations for upcoming mediation conference | 0.20 Hrs |
| 06/04/12 | SAK | [B220-] Telephone conference with R. Zahralddin and M. Curran re mediation issues | 0.60 Hrs |
| 06/04/12 | SAK | [B220-] Telephone conference with with R. Zahralddin, M. Curran and R. Winter re mediation issues | 0.50 Hrs |
| 06/04/12 | SAK | [B220-] Analyze Debtors' settlement position paper and email from mediator re same | 0.40 Hrs |
| 06/05/12 | HRD | [B220-] Review and analyze extensive 700 page discovery production regarding duplicative entries | 2.40 Hrs |
| 06/05/12 | MSC | [B220-] Legal research continuation of benefits (1.0); analyze case law re same (1.0); review Debtors' counterproposal (.5) | 2.50 Hrs |
| 06/06/12 | SAK | [B220-] Email from D. Greer re upcoming risk assessment issues | 0.10 Hrs |
| 06/06/12 | MSC | [B220-] Coordinate preparation of discovery log and provide same to S. Tumbiolo as requested (.5); began drafting letter memorandum to mediator regarding open ERISA issues and relevant case law (1.7). | 2.20 Hrs |
| 06/06/12 | RXZ | [B220-] Professionals' call re: settlement issues | 0.70 Hrs |
| 06/06/12 | RXZ | [B220-] E-mails with mediator re: scheduling and discovery issues | 0.20 Hrs |
| 06/07/12 | SAK | [B220-] Telephone conference with M. Curran and R. Zahralddin re upcoming conference with mediator | 0.80 Hrs |
| 06/07/12 | SAK | [B220-] Analyze A&M's draft of mediation materials | 0.30 Hrs |
| 06/07/12 | SAK | [B220-] Preliminary review of counter proposal draft | 0.20 Hrs |
| 06/07/12 | TMS | [B220-] Numerous conferences and emails regarding Plan documents and other discovery issues (.3); review of discovery provided by Debtors that was not bates labeled (.6) update discovery log (.3); review files for all EG requests for discovery (.8); preparation and organization of documents for meeting with Debtors (.5) | 2.50 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/07/12 | MSC | [B220-] Conference call with S. Kinsella and R. Zahralddin regarding strategy for response to Debtors' counterproposal settlement offer (.6); conference call with R. Levin and R. Zahralddin regarding Debtors' proposal, meeting regarding discovery and documents, and request for reconciliation data from A&M (.6); attend conference call with LTD Committee (1.0); telephone call with R. Zahralddin to prepare for discovery and document meeting with mediator and counsel for Debtors (.2); draft letter in response to mediator's request for additional case law, including analysis of case law, and response to Debtors' counterproposal (5.3). | 7.70 Hrs |
| 06/07/12 | RXZ | [B220-] Call with mediator re: process and counter proposal (.5) related follow up with S. Kinsella and M. Curran (.3) | 0.80 Hrs |
| 06/07/12 | RXZ | [B220-] Call with M. Curran and S. Kinsella re: counter proposal | 0.70 Hrs |
| 06/07/12 | DHS | [B220-] Research possible tax structure for continuation of long term disability payments following bankruptcy and preparing analysis re same | 0.70 Hrs |
| 06/07/12 | RXZ | [B220-] Analyze term sheet and mark up same re: Debtors' counter proposal (1.8) calls and follow up with D. Simon, S. Kinsella and M. Curran (.8) coorindate and prepare for document production issues meeting requested by mediator and meetings with T. Snow (.8) prepare for same (.7) | 4.90 Hrs |
| 06/07/12 | RXZ | [B220-] Call with R. Levin re: updated requests from Debtors (.2) related e-mails from S. Tumbiolo re: discovery log reconciliation (.2) e-mails from M.Curran and T. Snow (.3) call to T. Snow (.1) | 0.80 Hrs |
| 06/08/12 | SAK | [B220-] Telephone conference with A&M re actuarial data requested by mediator | 1.50 Hrs |
| 06/08/12 | SAK | [B220-] Analyze letters from Debtors re discovery production and emails re same | 0.20 Hrs |
| 06/08/12 | MSC | [B220-] Travel to and back from meeting in New York at office of mediator regarding documents and discovery (1/2 rate) (4.8); attend meeting with mediator, counsel for Debtors and counsel for Retiree Committee regarding document production and discovery (1.8); telephone conference call with R. Zahralddin, S. Kinsella and R. Winters and D. Greer of Alvarez & Marsal regarding reconciliation of A&M's calculations with Mercer's calculations in response to request by Debtors for reconciliation data (1.4). | 8.00 Hrs |
| 06/08/12 | RXZ | [B220-] Travel to mediation session (1/2 rate)(2) travel from NY to mediation (1/2 rate)(2) | 4.00 Hrs |
| 06/08/12 | RXZ | [B220-] Attend mediation session with R. Levin, Debtors, and Retiree Committee | 2.20 Hrs |
| 06/08/12 | RXZ | [B220-] Prepare for mediation document production session (analyze litigation log and summaries and memos from T. Snow and M. Curran) requested by R. Levin | 1.50 Hrs |
| 06/09/12 | MSC | [B220-] Revised and supplemented letter brief to R. Levin regarding additional case law on vesting issue and response to Debtors' legal position supporting its counterproposal (2.1); began drafting response to the legal position of Debtors' counterproposal (.9). | 3.00 Hrs |
| 06/09/12 | RXZ | [B220-] E-mails to and from D. David and analyze related record re: [redacted] | 0.30 Hrs |
| 06/09/12 | RXZ | [B220-] E-mails from Committee members with questions for update on mediation meeting, document production meeting and counter proposal (.4) related follow up re: same (.3) | 0.70 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/09/12 | RXZ | [B220-] E-mail from M. Curran re: ████████ and analyze related record | 0.30 Hrs |
| 06/09/12 | RXZ | [B220-] E-mail from D. David re: provisions of settlement agreement and related comments (.3) and reply (.2) | 0.50 Hrs |
| 06/10/12 | MSC | [B220-] Completed draft response to Debtors' legal position, and articulating LTD Committee's legal position, in Debtors' counterproposal. | 3.40 Hrs |
| 06/10/12 | RXZ | [B220-] E-mail from P. Morrison with detailed inquiries regarding settlement (.3) prepare response (.3) | 0.60 Hrs |
| 06/11/12 | SAK | [B220-] Review draft of materials re counter proposal response prepared by M. Curran | 0.40 Hrs |
| 06/11/12 | SAK | [B220-] Instructions to T. Snow re preparations for mediation | 0.20 Hrs |
| 06/11/12 | SAK | [B220-] Review materials forwarded by A&M | 0.20 Hrs |
| 06/11/12 | MSC | [B220-] Attend telephone conference call with LTD Committee (1.6); telephone call with LTD Committee member W. Mann (.1); identify documents responsive to Debtors' document requests, prepare for production and coordinate with T. Snow (2.0); revise and supplement legal arguments in response to Debtors' counterproposal (.6); prepare email communication to A&M regarding open issues with NDAs in response to Debtors' request (.1); review A&M's presentation of the reconciliation of its data to Mercer's calculations to be provided to Debtors (.5). | 4.90 Hrs |
| 06/11/12 | RXZ | [B220-] Conference call with Committee and A&M re: settlement and mediation | 1.60 Hrs |
| 06/11/12 | RXZ | [B220-] Updates to settlement legal argument basis for counter proposal (1.6) and follow up with committee and M. Curran (.7) | 2.30 Hrs |
| 06/12/12 | SAK | [B220-] Analyze A&M presentation materials | 0.40 Hrs |
| 06/12/12 | SAK | [B220-] Review final draft of reconciliation exhibit | 0.20 Hrs |
| 06/12/12 | MSC | [B220-] Coordinate response to document production with T. Snow (.4); telephone call with D. Greer regarding A&M's final version of presentation of the reconciliation of its data with Mercer's calculations of liability and potential risk assessment re: value litigation theories (.5); revise and supplement legal arguments in response to Debtors' counterproposal (2.8); reviewed draft of post to KCC website (.1); prepare email correspondence to LTD constituent inquiring about status of benefits (.2) | 4.00 Hrs |
| 06/12/12 | RXZ | [B220-] E-mails to and from committee members re: case law on employee benefits issues (.2) analyze related record forwarded by M. Curran (.3) | 0.50 Hrs |
| 06/12/12 | RXZ | [B220-] Analyze A&M LTD Presentation for Mediator and forward to S. Kinsella with comments | 0.20 Hrs |
| 06/13/12 | TMS | [B220-] Emails to/from M. Curran and D. Simon regarding documents supporting argument and review of files for same | 0.20 Hrs |
| 06/13/12 | MSC | [B220-] Confer with R. Zahralddin regarding strategy and legal arguments to support LTD Committee's counter-offer and response to Debtors' counterproposal, including preparing email responses to mediator's office regarding attendance at June 27, 2012 meeting and status of open issues requested by mediator (1.5); coordinate execution of NDAs with A&M (.1). | 1.60 Hrs |
| 06/13/12 | DHS | [B220-] Assess and evaluate issues regarding plan and trust agreements (1.0); assemble supporting documents (.6) | 1.60 Hrs |
| 06/13/12 | DHS | [B220-] Review and outline issues relating to LTD plan and trust | 1.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | TK | Description | Hours |
|---|---|---|---|
| 06/13/12 | RXZ | [B220-] Analyze counter proposal and related record (2.3) update same (.5) | 2.80 Hrs |
| 06/14/12 | SAK | [B220-] Analyze supporting documents and chart; email from M. Curran re same | 0.30 Hrs |
| 06/14/12 | DHS | [B220-] Confer with M. Curran concerning trust agreement, and plan provisions and other documentation relating to ▮ | 1.10 Hrs |
| 06/14/12 | DHS | [B220-] Review and analyze tax and ERISA issues relating to ▮ | 1.90 Hrs |
| 06/14/12 | RXZ | [B220-] Updates and revisions to counter proposal | 2.30 Hrs |
| 06/14/12 | MSC | [B220-] Revised chart of supporting documents for submission to mediator as requested (.3); prepared supporting documents for submission to mediator (.5); coordinated documents provided by LTD Committee in preparation, and in response to, Debtors' document production (.1). | 0.90 Hrs |
| 06/15/12 | SAK | [B220-] Analyze detailed summary from D. Simon re trust agreement and related issues | 0.40 Hrs |
| 06/15/12 | DHS | [B220-] Continue assembling background material on ▮ in order to analyze and evaluate potential claims concerning ▮ | 2.70 Hrs |
| 06/15/12 | DHS | [B220-] Analyze legal authorities for vesting and funding issues in settlement proposal | 1.40 Hrs |
| 06/15/12 | DHS | [B220-] Draft analysis of funding and fiduciary issues | 1.30 Hrs |
| 06/15/12 | MSC | [B220-] Revise and supplement legal argument on equitable issues for response to Debtors' counteroffer. | 1.60 Hrs |
| 06/18/12 | RXZ | [B220-] Committee conference call to address counter proposal in mediation and committee vote regarding same (2.0) related calls and e-mails regarding additions and edits to same (.8) | 2.80 Hrs |
| 06/18/12 | RXZ | [B220-] Updates to counterproposal (.7) analyze arguments forwarded by D. Simon and incorporate same (.8) | 1.50 Hrs |
| 06/18/12 | DHS | [B220-] Review draft of communication with mediator for purpose of analyzing relationship of arguments to legal issues dealing with ▮ | 0.90 Hrs |
| 06/18/12 | DHS | [B220-] Work on drafting additions to letter to mediator addressing issues involve ▮ | 2.10 Hrs |
| 06/18/12 | DHS | [B220-] Prepare comments on final draft of letter to mediator | 0.50 Hrs |
| 06/19/12 | HRD | [B220-] Instructions from T. Snow regarding counter proposal (.1); review file for letter from R. Levin (.1); forward same to T. Snow (.1) | 0.30 Hrs |
| 06/19/12 | SAK | [B220-] Analyze detailed revisions to response to Debtors' counter proposal (2.2); instructions to T. Snow re revisions (.2); conference with R. Zahralddin re same (.2) | 2.60 Hrs |
| 06/19/12 | SAK | [B220-] Analyze comments from D. Simon re response | 0.40 Hrs |
| 06/19/12 | TMS | [B220-] Supplement counter-proposal | 1.50 Hrs |
| 06/19/12 | RXZ | [B220-] (Billed at half time due to rate for timekeeper- actual time 8 hours) Analyze documents forwarded by long term disabled for documents related to long term disability benefits to prepare document production for debtors and mediator | 4.00 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/20/12 | DC1 | [B220-] Review counter-proposal; cite checking; final edits | 1.00 Hrs |
| 06/20/12 | SAK | [B220-] Telephone conference with R. Zahralddin re further revisions to Response (.1); multiple email exchanges re same (.5) | 0.60 Hrs |
| 06/20/12 | SAK | [B220-] Review final draft of Response | 0.30 Hrs |
| 06/20/12 | TMS | [B220-] Review and supplement counter proposal (.3); emails to Richard Levin and Committee forwarding counter proposal (.1) | 0.40 Hrs |
| 06/20/12 | RXZ | [B220-] Update and revise counter proposal (3.5); and related exhibits (1.4); finalize both (.6) | 5.50 Hrs |
| 06/20/12 | RXZ | [B220-] Call from D. Greer re: meidaiton status and inquiries regarding legal issues | 0.30 Hrs |
| 06/21/12 | SAK | [B220-] Conference with T. Snow re ongoing document production pursuant to mediator's request (.3); email to R. Levin re same (.1) | 0.40 Hrs |
| 06/21/12 | SAK | [B220-] Email exchanges with mediator re settlement issues; conference with R. Zahralddin re same | 0.30 Hrs |
| 06/21/12 | DHS | [B220-] Confer with and discussing analysis of insurance and ▓▓▓▓ | 1.30 Hrs |
| 06/21/12 | DHS | [B220-] Research regarding requirements for self-insured disability plans | 2.20 Hrs |
| 06/21/12 | DHS | [B220-] Research regarding employee welfare benefits in bankruptcy | 1.20 Hrs |
| 06/21/12 | DHS | [B220-] Work on drafting analysis of issues related to ▓▓▓▓ | 1.80 Hrs |
| 06/21/12 | RXZ | [B220-] Call with A&M re: litigation analysis (.5) further call with litigation consultants (.6) | 1.10 Hrs |
| 06/22/12 | HFS | [B220-] Call from R. Zahralddin regarding mediation analysis; follow-up. | 0.30 Hrs |
| 06/22/12 | MEK | [B220-] Review risk assessment analysis and communications with A&M & Co-Counsel and underlying case law, to prepare to assist in mediation process | 3.80 Hrs |
| 06/25/12 | SAK | [B220-] Analyze multiple emails re settlement issues and potential risk issues | 0.40 Hrs |
| 06/25/12 | HFS | [B220-] Review Mediation materials from R. Zahralddin | 1.10 Hrs |
| 06/25/12 | TMS | [B220-] Emails to/from S. Tumbiolo and LTDers regarding June 27th meeting | 0.10 Hrs |
| 06/25/12 | RXZ | [B220-] Prepare for mediation | 0.90 Hrs |
| 06/26/12 | HFS | [B220-] Analyze additional Mediation material from R. Zahralddin; call to R. Zahralddin regarding strategy | 0.30 Hrs |
| 06/26/12 | MEK | [B220-] Conference call before the mediation with co-counsel re mediation issues (2.0); gather additional information regarding plan issues (2.6) | 4.60 Hrs |
| 06/27/12 | SAK | [B220-] Attend mediation telephonically | 5.90 Hrs |
| 06/27/12 | SAK | [B220-] Instructions from R. Zahralddin re additional benefit analysis | 0.10 Hrs |
| 06/27/12 | SAK | [B220-] Email exchange with M. Curran re mediation status | 0.10 Hrs |
| 06/27/12 | HFS | [B220-] Conference with M. Kohart regarding strategy questions on Mediation; conference call with R. Zahralddin regarding same. | 0.50 Hrs |
| 06/27/12 | RXZ | [B220-] Travel to and from mediation (total 4 hours - billed at 1/2 time) | 2.00 Hrs |
| 06/27/12 | RXZ | [B220-] Attend mediation | 12.00 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/28/12 | RXZ | [B220-] Follow up with A&M re: mediation (.6) and related analysis, preparation of notes for settlement issues, and research re: channelling injunctions and class certification (1.7) | 2.30 Hrs | |
| 06/28/12 | SAK | [B220-] Email exchange with M. Curran re mediation status | 0.10 Hrs | |
| 06/29/12 | SAK | [B220-] Instructions from R. Zahralddin re U.S. Supreme Court health care decision (.2); summarize same re potential impact on LTD constituency (1.8) | 2.00 Hrs | |
| 06/29/12 | RXZ | [B220-] Calls and e-mails from J. Bordelon re: LTD denial case (.2) respond to same (.2) | 0.40 Hrs | |
| | | Totals | 167.40 Hrs | $68,616.50 |
| | | Employee Benefits/Pensions Totals | 167.40 Hrs | $68,616.50 |

<u>Court Hearings</u>

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/12 | SAK | [B430-] Analyze Notice of Cancelled hearing | 0.10 Hrs | |
| 06/06/12 | RXZ | [B430-] Analyze agenda for hearing | 0.20 Hrs | |
| 06/19/12 | SAK | [B430-] Analyze Notice of Agenda for 06/21/12 hearing | 0.10 Hrs | |
| 06/19/12 | TMS | [B430-] Review docket for agenda and summarize and forward to Committee | 0.10 Hrs | |
| | | Totals | 0.50 Hrs | $228.50 |
| | | Court Hearings Totals | 0.50 Hrs | $228.50 |

<u>Litigation</u>

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/05/12 | TMS | [B600-] Update discovery log | 1.80 Hrs | |
| 06/06/12 | SAK | [B600-] Review revised discovery log and conference with T. Snow re same (.5); multiple email exchanges with M. Curran (.3) | 0.80 Hrs | |
| 06/06/12 | TMS | [B600-] Update discovery log for mediator | 3.00 Hrs | |
| 06/07/12 | SAK | [B600-] Email from T. Snow re discovery issues; review same | 0.20 Hrs | |
| 06/12/12 | TMS | [B600-] Conference with M. Curran regarding Debtors' June 8, 2012 discovery request (.3); review files regarding same (.3) | 0.60 Hrs | |
| 06/13/12 | SAK | [B600-] Instructions to T. Snow re discovery documents requested by M. Curran | 0.20 Hrs | |
| 06/22/12 | SAK | [B600-] Conference with T. Snow re production of discovery and status of redactions; review the same | 0.60 Hrs | |
| 06/22/12 | RXZ | [B600-] (Billed at half-time due to rate of timekeeper actual time 8.4) Further review of documents and paralegal notes regarding documents forwarded by disabled employees and instructions to T. Snow re: same for distribution to Debtors and Mediator | 4.20 Hrs | |
| 06/22/12 | TMS | [B600-] Meeting with R. Zahralddin regarding documents to be produced (.2); assemble and organize first set of production to Debtors per their June 8, 2012 request (2.0); prepare letter forwarding documents (.1); email to Debtors forwarding first set of documents (.1) | 2.40 Hrs | |
| 06/27/12 | MEK | [B600-] Telephone call with R. Zahralddin during mediation; meet with H.Siedzikowski re bottom line settlement issues; review memo prepared by M. Curran regarding strength of claim in various years | 3.50 Hrs | |

Page 9

(Nortel) Official Committee of Long Term Disability Plan Participants

|  |  |  |
|---|---:|---:|
| Totals | 17.30 Hrs | $6,683.00 |
| Litigation Totals | 17.30 Hrs | $6,683.00 |
| TOTAL LEGAL SERVICES |  | $81,795.00 |

## LEGAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| CURRAN, MARGARET S. | 8.00 Hrs | 138 /hr | $1,100.00 |
| Cupingood, Dara J | 1.00 Hrs | 200 /hr | $200.00 |
| Dallas, Heidi R | 5.20 Hrs | 200 /hr | $1,040.00 |
| Shaw, C. Liana | 2.90 Hrs | 225 /hr | $652.50 |
| Snow, Theresa M | 13.20 Hrs | 225 /hr | $2,970.00 |
| SIMON, DEBBIE H. | 22.10 Hrs | 260 /hr | $5,746.00 |
| CURRAN, MARGARET S. | 37.30 Hrs | 275 /hr | $10,257.50 |
| Zahralddin-Aravena, Rafael X. | 4.00 Hrs | 305 /hr | $1,220.00 |
| Kinsella, Shelley A. | 30.60 Hrs | 420 /hr | $12,852.00 |
| Kohart, Mary E. | 11.90 Hrs | 460 /hr | $5,474.00 |
| SIEDZIKOWSKI, Henry F. | 2.20 Hrs | 565/hr | $1,243.00 |
| Zahralddin-Aravena, Rafael X. | 64.00 Hrs | 610 /hr | $39,040.00 |
|  | 202.40 Hrs |  | $81,795.00 |

## Reimbursement for out of pocket expenses

### COMPUTERIZED LEGAL RESEARCH

| Date | Description | Amount |
|---|---|---:|
| 06/25/12 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #825101367 DTD 06/01/12: WESTLAW LEGAL RESEARCH FOR THE PERIOD: MAY 01, 2012 - MAY 31, 2012 | 44.72 |
| 06/25/12 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #825101367 DTD 06/01/12: WESTLAW LEGAL RESEARCH FOR THE PERIOD: MAY 01, 2012 - MAY 31, 2012 | 1.14 |
|  |  | $45.86 |

### COPYING

| Date | Description | Amount |
|---|---|---:|
| 06/01/12 | [] Device Cost | 16.00 |
| 06/01/12 | [] Device Cost | 0.10 |
| 06/01/12 | [] Device Cost | 0.40 |
| 06/05/12 | [] Device Cost | 0.20 |
| 06/07/12 | [] Device Cost | 21.00 |
|  |  | $37.70 |

### DELIVERY/COURIER SERVICE

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| 06/11/12 | [] RELIABLE WILMINGTON---INV #WL034160 DTD 05/31/12: PROFESSIONAL SERVICE PERIOD: 05/16-05/31/12: 4 HD'S, 4 MAIL @ 2.10 ON 5/24/12 FOR RXZ | 30.00 | |
| 06/26/12 | [] RELIABLE WILMINGTON---INV #WL034457 DTD 06/19/12: PROFESSIONAL SERVICE PERIOD: 06/01-06/15/12: CAREY ON 6/1/12 FOR SAK | 7.50 | |
| 06/26/12 | [] RELIABLE WILMINGTON---INV #WL034457 DTD 06/19/12: PROFESSIONAL SERVICE PERIOD: 06/01-06/15/12: MNAT ON 6/1/12 FOR SAK | 7.50 | |
| 06/26/12 | [] RELIABLE WILMINGTON---INV #WL034457 DTD 06/19/12: PROFESSIONAL SERVICE PERIOD: 06/01-06/15/12: MNAT ON 6/4/12 FOR SAK | 7.50 | |
| 06/26/12 | [] RELIABLE WILMINGTON---INV #WL034457 DTD 06/19/12: PROFESSIONAL SERVICE PERIOD: 06/01-06/15/12: UST ON 6/13/12 FOR RXZ | 7.50 | |
| | | | $60.00 |

**FACSIMILE**

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| 06/14/12 | [] 912129743922 Facsimile | 3.00 | |
| | | | $3.00 |

**PARKING**

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| 06/06/12 | [] MSC---INV #05/31/12 MSC DTD 06/05/12 EXPENSE VOUCHER PARKING AT TRAIN STATION TO ATTEND MEETING IN NEW YORK ON 05/31/12 | 23.00 | |
| 06/18/12 | [] MSC---INV #06/08/12 MSC DTD 06/11/12 EXPENSE VOUCHER PARKING AT TRAIN STATION FOR MEETING IN NEW YORK ON 06/08/12 | 23.00 | |
| | | | $46.00 |

**POSTAGE**

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| 06/11/12 | [] RELIABLE WILMINGTON---INV #WL034160 DTD 05/31/12: PROFESSIONAL SERVICE PERIOD: 05/16-05/31/12: POSTAGE ON 5/24/12 FOR RXZ | 8.40 | |
| | | | $8.40 |

**POSTAGE**

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| 06/13/12 | [] Postage | 1.10 | |
| | | | $1.10 |

**TRAVEL - RAILROAD**

| Date | Description | Amount |
|---|---|---|
| 06/18/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #06/08/12 DTD 06/08/12 MONTHLY EXPENSES: STAR TRAVEL---TRAVEL AGENCY FEE RE: NY PENN ON 05/31 MSC | 20.00 |
| 06/18/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #06/08/12 DTD 06/08/12 MONTHLY EXPENSES: AMTRAK---PHIL PA, NY PENN, PHILA PA ON 05/31 MSC | 121.00 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 06/18/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #06/08/12 DTD 06/08/12 MONTHLY EXPENSES: STAR TRAVEL---TRAVEL AGENCY FEE RE: NY PENN ON 06/08/12 - MSC | 20.00 | |
| 06/18/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #06/08/12 DTD 06/08/12 MONTHLY EXPENSES: AMTRAK---PHILA PA, NY PENN, PHILA PA ON 06/08/12 MSC | 182.00 | |
| | | $343.00 | |
| | Total Reimbursement for out of pocket expenses | | $545.06 |
| | | TOTAL THIS BILL | $82,340.06 |

**PREVIOUS BILLS OUTSTANDING**

| | | | |
|---|---|---|---|
| 109696 | 07/24/12 | 64,690.03 | |
| | | $64,690.03 | |
| | | GRAND TOTAL DUE | $147,030.09 |

**PREVIOUS BILLS OUTSTANDING**

| | | | |
|---|---|---|---|
| 109696 | 07/24/12 | 64,690.03 | |
| | | $64,690.03 | |
| | | TOTAL DUE | $147,030.09 |

(Nortel) Official Committee of Long Term Disability Plan Participants

Task Billing Summary Page

Re: In re Nortel 09-10138(KG)

|  | Current Bill |
|---|---|
| **Meetings of and Communications with Creditors** |  |
|  | $3,939.50 |
| Subtotals | $3,939.50 |
| **Employment & Retention Application Other** |  |
|  | $60.00 |
| Subtotals | $60.00 |
| **EG Fee Applications** |  |
|  | $1,018.00 |
| Subtotals | $1,018.00 |
| **Fee Objections EGS** |  |
|  | $583.50 |
| Subtotals | $583.50 |
| **Fee Applications and Invoices - Other** |  |
|  | $241.50 |
| Subtotals | $241.50 |
| **Fee Objections - Others** |  |
|  | $402.00 |
| Subtotals | $402.00 |
| **Business Operations** |  |
|  | $22.50 |
| Subtotals | $22.50 |
| **Employee Benefits/Pensions** |  |
|  | $68,616.50 |
| Subtotals | $68,616.50 |
| **Court Hearings** |  |
|  | $228.50 |
| Subtotals | $228.50 |
| **Litigation** |  |
|  | $6,683.00 |
| Subtotals | $6,683.00 |
| Totals | $81,795.00 |

(Nortel) Official Committee of Long Term Disability Plan Participants

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.
**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED
PLEASE CONTACT PAT ROONEY AT (215) 977-1014***