## EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## JUNE 1, 2012 THROUGH JUNE 30, 2012

| Expense Category | Total Expenses |
|---|---|
| Dockets/Research | $ 45.86 |
| Copying[1] | $ 37.70 |
| Delivery/Courier | $ 60.00 |
| Facsimile | $ 3.00 |
| Parking | $ 46.00 |
| Postage | $ 9.50 |
| Railroad | $ 343.00 |
| **TOTAL THIS BILL:** | **$ 545.06** |

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. Detailed copy charges are listed in Exhibit B.