## EXHIBIT A

### SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM JULY 1, 2012 THROUGH JULY 31, 2012

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Cupingood, Dara J. | Paralegal | $ 200.00 | 0.70 | $ 140.00 |
| Dallas, Heidi R. | Paralegal | $ 200.00 | 6.20 | $ 1,240.00 |
| Snow, Theresa M. | Paralegal | $ 225.00 | 24.50 | $ 5,512.50 |
| Stemerman, Jonathan M. | Associate | $ 375.00 | 1.10 | $ 412.50 |
| Curran, Margaret S. | Of Counsel | $ 137.50 | 3.00 | $ 412.50 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 47.00 | $ 12,925.00 |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 31.10 | $ 13,062.00 |
| Kohart, Mary E. | Of Counsel | $ 460.00 | 21.80 | $ 10,028.00 |
| Siedzikowski, Henry F. | Shareholder | $ 565.00 | 0.90 | $ 508.50 |
| Simon, Debbie H. | Shareholder | $ 260.00 | 2.40 | $ 624.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 305.00 | 4.50 | $ 1,372.50 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 91.40 | $ 55,754.00 |
| **Total:** | | | 234.60 | $ 101,991.50 |
| **Blended Rate:** | | $ 434.75 | | |