# EXHIBIT B

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

|  | Current - July 2012 | | **Totals** |
|---|---:|---|---:|
| Case Administration |  | $ | 932.50 |
| Asset Disposition |  | $ | 104.50 |
| Meetings of and Comm. With Creditors | $ 22,343.50 | $ | 130,116.50 |
| EG Retention | $ 5,115.00 | $ | 39,413.50 |
| Employment & Retention Application -Other |  | $ | 9,173.00 |
| EG Fee Applications | $ 2,337.50 | $ | 31,092.00 |
| EG Fee Objections |  | $ | 3,909.50 |
| Fee Applications and Invoices - Other | $ 360.00 | $ | 17,063.50 |
| Fee Objections - Others |  | $ | 3,375.00 |
| Non-Working Travel | $ 1,785.00 | $ | 4,469.00 |
| Claims Administration and Objections | $ 408.00 | $ | 2,885.50 |
| Business Operations | $ 22.50 | $ | 1,104.50 |
| Employee Benefits/Pensions | $ 55,991.50 | $ | 334,952.00 |
| Plan and Disclosure Statement |  | $ | 1,057.00 |
| Financing/Cash Collections |  | $ | 67.50 |
| Court Hearings | $ 2,613.00 | $ | 17,006.50 |
| Labor Issues |  | $ | 350.00 |
| Litigation | $ 11,015.50 | $ | 169,405.00 |
| Research |  | $ | 1,020.00 |
| **Total Fees** | **$ 101,991.50** | **$** | **767,497.00** |

# Elliott Greenleaf
www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Attn: Accounts Payable
Nortel Networks
PO Box 13010
Suite 300

RTP NC 27709

August 29, 2012
Bill Number 110418
File Number 60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re: In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through July 31, 2012

### Meetings of and Communications with Creditors

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/02/12 | HRD | [B150-] Conference with R. Zahralddin and instructions regarding preparation of email distribution list of LTD constituency (.2); review files and prepare email distribution list of LTD constituency (1.7) | 1.90 Hrs |
| 07/02/12 | HRD | [B150-] Instructions from R. Zahralddin re: J. Rossi matter (.2); research (.3); email to R. Zahralddin re: same (.1) | 0.60 Hrs |
| 07/02/12 | SAK | [B150-] Instructions to T. Snow re LTD list preparation (.2); email exchanges with T. Snow and LTD Committee re same (.3) | 0.50 Hrs |
| 07/02/12 | SAK | [B150-] Review letter filed by E. Loggins re LTD benefits | 0.10 Hrs |
| 07/02/12 | TMS | [B150-] Conferences and emails with R. Zahralddin and S. Kinsella regarding LTDers email list (.4); review files and update website registration chart (.5) | 0.90 Hrs |
| 07/02/12 | RXZ | [B150-] Conference call with Committee regarding mediator requests | 1.80 Hrs |
| 07/02/12 | RXZ | [B150-] Prepare for conference call with Committee | 0.70 Hrs |
| 07/03/12 | SAK | [B150-] Instructions to A. Fordham re preparation for upcoming teleconference (.2); email exchange with T. Snow re same (.1) | 0.30 Hrs |
| 07/03/12 | RXZ | [B150-] Conference call with Committee | 1.50 Hrs |
| 07/05/12 | RXZ | [B150-] Calls from LTDers and responses pursuant to 11 USC 1102 | 1.40 Hrs |
| 07/05/12 | SAK | [B150-] Analyze D. David's filed letter re LTD benefits | 0.10 Hrs |

Page 1

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/05/12 | RXZ | [B150-] E-mail to Retiree Counsel, Debtors counsel and EG team re: Fred Wormsbaker inquiry on transition from LTD to retiree | 0.40 Hrs |
| 07/05/12 | RXZ | [B150-] Committee call re: ACA presentation and report on discussions with Mediator; and related follow up | 1.10 Hrs |
| 07/05/12 | RXZ | [B150-] Calls and e-mails from LTD constituents (.5); replies and updates (.7) | 1.20 Hrs |
| 07/09/12 | SAK | [B150-] Email exchange with co-counsel re LTD feedback issues | 0.20 Hrs |
| 07/09/12 | TMS | [B150-] Emails to/from B. Gallagher, Committee and Committee professionals regarding KCC website letter updating LTD participants on mediation (.1); supplement letter (.1) | 0.20 Hrs |
| 07/09/12 | RXZ | [B150-] Calls and e-mails from multiple LTDers regarding mediation, retiree status, and tax credit (discounted from actual time at 1/2 time) | 2.10 Hrs |
| 07/10/12 | SAK | [B150-] Analyze letter filed by D. Jones re LTD benefits | 0.10 Hrs |
| 07/10/12 | SAK | [B150-] Analyze P. Lawrence's filed letter re LTD benefits | 0.10 Hrs |
| 07/10/12 | SAK | [B150-] Analyze J. Rossi's filed letter re LTD benefits | 0.10 Hrs |
| 07/10/12 | SAK | [B150-] Analyze N. Wilson's filed letter re LTD benefits | 0.10 Hrs |
| 07/10/12 | SAK | [B150-] Analyze B. Henry's filed letter re LTD benefits | 0.10 Hrs |
| 07/10/12 | SAK | [B150-] Analyze letter from M. Day re LTD settlement issues | 0.10 Hrs |
| 07/11/12 | SAK | [B150-] Review letter filed by J. Wadlow re LTD benefits | 0.10 Hrs |
| 07/11/12 | SAK | [B150-] Analyze letter filed by C. Barry re LTD benefits | 0.10 Hrs |
| 07/11/12 | SAK | [B150-] Analyze email from R. Zahralddin re confidentiality issues | 0.10 Hrs |
| 07/11/12 | TMS | [B150-] Conferences and emails with R. Zahralddin and Committee regarding minutes of July 9, 2012 Committee conference call (.2) preparation of minutes (.1) | 0.30 Hrs |
| 07/11/12 | RXZ | [B150-] Instructions to T. Snow re: committee meeting minutes and related follow up | 0.30 Hrs |
| 07/12/12 | RXZ | [B150-] Call from G. Garrett re: 1102(c) inquiry on mediation issues and employee benefits | 0.30 Hrs |
| 07/12/12 | RXZ | [B150-] Call from J. Borron re: 1102(c) inquiry on mediation issues and employee benefits | 0.20 Hrs |
| 07/12/12 | RXZ | [B150-] Call from R. Mullett re: 1102(c) inquiry on mediation issues and employee benefits | 0.20 Hrs |
| 07/12/12 | RXZ | [B150-] Call from B. Fletcher re: 1102(c) inquiry on mediation issues and employee benefits | 0.20 Hrs |
| 07/12/12 | RXZ | [B150-] E-mails and follow up call from H. Morrison re: 1102(c) inquiry on mediation issues and employee benefits | 0.40 Hrs |
| 07/12/12 | RXZ | [B150-] E-mails and follow up call from D. David and H. Morrison re: 1102(c) inquiry on mediation issues and employee benefits | 0.20 Hrs |
| 07/12/12 | RXZ | [B150-] E-mails from M. Janis re: 1102(c) inquiry on mediation issues and employee benefits | 0.20 Hrs |
| 07/12/12 | RXZ | [B150-] E-mails from M. Alms re: 1102(c) inquiry on mediation issues and employee benefits | 0.20 Hrs |
| 07/12/12 | RXZ | [B150-] E-mails from T. Watson re: 1102(c) inquiry on mediation issues and employee benefits | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/12/12 | RXZ | [B150-] E-mails from D. Zimmerman re: 1102(c) inquiry on mediation issues and employee benefits | 0.10 Hrs |
| 07/12/12 | RXZ | [B150-] E-mails from M. Cullen, P. Lawrence and F. Wormsbaker re: 1102(c) inquiry on mediation issues and employee benefits | 0.30 Hrs |
| 07/12/12 | RXZ | [B150-] E-mails from M.McWalters re: 1102(c) inquiry on mediation issues and employee benefits | 0.20 Hrs |
| 07/12/12 | RXZ | [B150-] E-mails from C. Barry and W. Johnson re: 1102(c) inquiry on mediation issues and employee benefits | 0.30 Hrs |
| 07/13/12 | SAK | [B150-] Conference with T. Snow re multiple LTD communications (.1); instructions to A. Fordham re same (.1) | 0.20 Hrs |
| 07/13/12 | SAK | [B150-] Assist T. Snow with preparations for LTD constituencies conference calls (.3); multiple emails and facsimiles re same (.2) | 0.50 Hrs |
| 07/13/12 | TMS | [B150-] Telephone conference with R. Zahralddin regarding conference call with LTD constituency (.1); review numerous emails and faxes from LTDers forwarding executed LTD Joint Defense Agreement and (1.2); numerous telephone calls with LTDer regarding conference call (.2); compile email list of participants for conference call and organize and coordinate conference call with LTD constituency (.6) | 2.10 Hrs |
| 07/13/12 | RXZ | [B150-] Prepare talking points for conference call question and answer session for individual LTDers re: 1102(c) inquiries | 3.50 Hrs |
| 07/17/12 | DC1 | [B150-] Prepare sample motion, order and notice of appearance for LTD constituency pursuant to instructions from R. Zahralddin | 0.70 Hrs |
| 07/17/12 | SAK | [B150-] Multiple emails from R. Zahralddin re feed back from LTD constituency | 0.20 Hrs |
| 07/17/12 | TMS | [B150-] Numerous emails and phone calls from LTDers regarding LTD constituency conference call and organization of same | 3.00 Hrs |
| 07/17/12 | RXZ | [B150-] Call with LTD constituencies in question and answer session requested under 1102(c) | 1.10 Hrs |
| 07/18/12 | RXZ | [B150-] Calls and e-mails from B. Fletcher re: 1102 inquiry and PBGC issues | 0.30 Hrs |
| 07/18/12 | RXZ | [B150-] Analyze Nortel transcript and forward to LTD constituents registered through KCC site | 0.40 Hrs |
| 07/20/12 | RXZ | [B150-] E-mail from C. Long re: 1102(c) inquiry PBGC | 0.30 Hrs |
| 07/20/12 | RXZ | [B150-] E-mail update to registered KCC site LTDers on mediation progress | 0.20 Hrs |
| 07/20/12 | RXZ | [B150-] Update KCC site mediation report from committee to LTDers and e-mail committee | 0.30 Hrs |
| 07/21/12 | RXZ | [B150-] Call and e-mail from C. Long re: 1102 inquiry regarding PBGC requirements and relation to Social Security (.2) investigate and respond (.2) | 0.40 Hrs |
| 07/23/12 | SAK | [B150-] Email exchange with LTD Committee and co-counsel re confidentiality issues | 0.20 Hrs |
| 07/23/12 | SAK | [B150-] Review letter from Senator Brown and email exchange with Committee re same | 0.20 Hrs |
| 07/23/12 | SAK | [B150-] Conference call with LTD Committee | 1.20 Hrs |
| 07/23/12 | MSC | [B150-] Attend telephone conference call with LTD Committee (.8); telephone call with R. Zahralddin regarding litigation schedule as proposed by Debtors' counsel (.1). | 0.90 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/23/12 | RXZ | [B150-] Call from LTDer F. Durant and instructions to T. Snow regarding same (.2); call from LTDer L. Prior and instructions to T. Snow regarding same (.2) | 0.40 Hrs | |
| 07/23/12 | RXZ | [B150-] Calls and e-mails to P. Morrison re: confidentiality issues | 0.30 Hrs | |
| 07/23/12 | RXZ | [B150-] Instructions to T. Snow re: confidentiality agreement | 0.20 Hrs | |
| 07/23/12 | RXZ | [B150-] E-mails and calls rom T. Steele counsel to W. Schmidt re:PBGC and inquiry regarding mediation | 0.50 Hrs | |
| 07/23/12 | RXZ | [B150-] Call with Committee re: confidentiality issues and increasing inquiries from LTDers | 1.20 Hrs | |
| 07/23/12 | RXZ | [B150-] Committee conference call to discuss mediation and litigation issues | 1.50 Hrs | |
| 07/23/12 | RXZ | [B150-] Calls with long term disabled employees (information session on benefit termination, relationship to retiree benefits, and informtion on PBGC, Medicare, Medicaid and other state support systems) | 2.50 Hrs | |
| 07/24/12 | SAK | [B150-] Multiple emails with co-counsel and LTD Committee re confidentiality issues | 0.40 Hrs | |
| 07/24/12 | TMS | [B150-] Emails from Committee members and R. Zahralddin regarding letter updating the constituency on the July 19th meeting with the mediator, debtors and debtors' counsel (.1); finalize letter (.1) email to B. Gallagher forwarding letter for posting on KCC website (.1) | 0.30 Hrs | |
| 07/24/12 | RXZ | [B150-] Committee call regarding litigation | 1.30 Hrs | |
| 07/25/12 | TMS | [B150-] Numerous emails to/from the Committee and R. Zahralddin regarding confidentiality issues | 0.20 Hrs | |
| 07/25/12 | TMS | [B150-] Email from R. Zahralddin regarding WSJ article and review and forward same to Committee | 0.10 Hrs | |
| 07/25/12 | TMS | [B150-] Numerous emails to/from T. Steele regarding plan documents and debtors position on termination of benefits | 0.20 Hrs | |
| 07/25/12 | TMS | [B150-] Emails to and from J. Lee regarding 1102(c) inquiry (.1) and add to distribution list (.1) | 0.20 Hrs | |
| 07/25/12 | TMS | [B150-] Numerous emails to/from C. Totman regarding documents and organization of same (.3); telephone conference with C. Totman regarding documents (.1) | 0.40 Hrs | |
| 07/27/12 | TMS | [B150-] Telephone calls to/from M. Segura regarding future correspondence (.2); telpehone call with F. Durant regarding agreement and future correspondence (.1) | 0.30 Hrs | |
| 07/30/12 | RXZ | [B150-] Conference call with LTD committee and committee professionals | 0.50 Hrs | |
| 07/31/12 | SAK | [B150-] Multiple email exchanges with LTD Committee re bylaws (.2); instructions from R. Zahralddin (.1) | 0.30 Hrs | |
| | | Totals | 46.10 Hrs | $22,343.50 |
| | | Meetings of and Communications with Creditors Totals | 46.10 Hrs | $22,343.50 |

<u>EG Retention</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/09/12 | RXZ | [B160-] Analyze prior bills (.4), work flow (.5) and prepare comments and instructions for draft of motion to extend cap re: mediation process (.4) | 1.30 Hrs | |
| 07/09/12 | TMS | [B160-] Conference with R. Zahralddin regarding motion to lift/increase cap (.1); prepare motion (.9) | 1.00 Hrs | |

Page 4

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 07/10/12 | TMS | [B160-] Supplement motion to extend cap | 0.80 Hrs | |
| 07/11/12 | SAK | [B160-] Revise fee cap motion (.7); instructions to T. Snow and conference with R. Zahralddin re same (.2) | 0.90 Hrs | |
| 07/12/12 | TMS | [B160-] Supplement motion to extend cap | 0.60 Hrs | |
| 07/13/12 | SAK | [B160-] Further revisions draft of motion to lift cap (1.2); instructions to T. Snow re same (.2) | 1.40 Hrs | |
| 07/13/12 | SAK | [B160-] Instructions from R. Zahralddin re motion to lift fee cap | 0.20 Hrs | |
| 07/16/12 | TMS | [B160-] Supplement third motion to extend cap on fees and charts (.8); prepare notice (.1); prepare COS (.1); prepare for filing and file (.4); effectuate service (1.2); numerous conferences with R. Zahralddin regarding motion (.1); email to L. Schwietzer forwarding motion (.1) | 2.80 Hrs | |
| 07/17/12 | TMS | [B160-] Calendar and email deadline regarding motion to extend fee cap | 0.10 Hrs | |
| 07/20/12 | SAK | [B160-] Email exchange with co-counsel re fee cap issues | 0.20 Hrs | |
| 07/20/12 | RXZ | [B160-] Instructions to T. Snow re: request for fees to date for stipulation (.2) analyze unaudited reports and discuss with T. Snow (.3) finalize same and forward monthly fee report to L. Schweitzer (.2) | 0.70 Hrs | |
| 07/25/12 | RXZ | [B160-] E-mails to and from Debtors counsel re: modified order to increase LTD Committee cap | 0.30 Hrs | |
| 07/25/12 | SAK | [B160-] E-mails from R. Zahralddin re: COC and proposed interim order through time period until 8/22 hearing (.2) analyze same and fee information chart (.5) | 0.70 Hrs | |
| 07/25/12 | SAK | [B160-] Analyze instructions from R. Zahralddin re: bridge order on fees (.3) analyze same and forward comments to R. Zahralddin (.4) analysis re proposed litigation schedule forwarded from Debtors (.4) forward comments to R. Zahralddin (.3) | 1.40 Hrs | |
| 07/26/12 | SAK | [B160-] Prepare COC for bridge order (.3) and follow up with T. Snow re: same (.5) | 0.80 Hrs | |
| 07/30/12 | SAK | [B160-] Analyze Certification of Counsel re revised proposed Order lifting fee cap | 0.20 Hrs | |
| 07/30/12 | TMS | [B160-] Email to Committee and Committee Professionals regarding COC on EG's fee cap motion | 0.10 Hrs | |
| 07/30/12 | RXZ | [B160-] Instructions to T. Snow regarding email to Committee and Committee Professionals regarding COC on EG's fee cap motion | 0.10 Hrs | |
| | | Totals | 13.60 Hrs | $5,115.00 |
| | | EG Retention Totals | 13.60 Hrs | $5,115.00 |

<u>EG Fee Applications</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/02/12 | SAK | [B170-] Review emails from mediator re fee issues (.1); conference with R. Zahralddin (.1) | 0.20 Hrs |
| 07/03/12 | HRD | [B170-] Supplement fee application exhibit B for Elliott Greenleaf's 10th monthly fee application | 1.90 Hrs |
| 07/03/12 | TMS | [B170-] Initial review and preparation of EG 10th monthly fee application exhibit B | 0.80 Hrs |
| 07/09/12 | TMS | [B170-] Prepare 10th monthly EG fee application (.7); prepare Notice (.1); prepare exhibits and task summary page (.7) | 1.50 Hrs |

Page 5

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/10/12 | TMS | [B170-] Further supplementation of exhibit B for EG 10th monthly fee application | 0.60 Hrs | |
| 07/11/12 | TMS | [B170-] Supplement 10th EG fee application (.6); further supplementation of EG May fee application exhibit B and emails regarding same (.2) | 0.80 Hrs | |
| 07/18/12 | TMS | [B170-] Supplement EG 10th fee application exhibit B | 0.20 Hrs | |
| 07/23/12 | SAK | [B170-] Finalize Elliott Greenleaf's 10th Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.6); email exchange with T. Snow re same (.1) | 0.70 Hrs | |
| 07/24/12 | SAK | [B170-] Revise Exhibit B for Elliott Greenleaf's June monthly fee application | 0.60 Hrs | |
| 07/24/12 | TMS | [B170-] Prepare COS (.1); prepare redacted invoice (.2); prepare EG 10th monthly fee application and exhibits for filing and file (.5); effectuate service of same (1.2) | 2.00 Hrs | |
| | | Totals | 9.30 Hrs | $2,337.50 |
| | | EG Fee Applications Totals | 9.30 Hrs | $2,337.50 |

Fee Applications and Invoices - Other

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/31/12 | HRD | [B175-] Review multiple emails and receipts regarding calculations (.9); draft Long Term Disability Committee's 5th expense reimbursement application and exhibit (.9) | 1.80 Hrs | |
| | | Totals | 1.80 Hrs | $360.00 |
| | | Fee Applications and Invoices - Other Totals | 1.80 Hrs | $360.00 |

Non-Working Travel

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/12 | MSC | [B195-] Travel to and back from New York for mediation session (billed at 1/2 rate) | 3.00 Hrs | |
| 07/19/12 | RXZ | [B195-] (Travel Time) Billed at 1/2 rate travel to and from NY for mediation | 4.50 Hrs | |
| | | Totals | 7.50 Hrs | $1,785.00 |
| | | Non-Working Travel Totals | 7.50 Hrs | $1,785.00 |

Business Operations

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/09/12 | TMS | [B210-] Emails to/from M. Cook regarding estimate of June fees and expenses | 0.10 Hrs | |
| | | Totals | 0.10 Hrs | $22.50 |
| | | Business Operations Totals | 0.10 Hrs | $22.50 |

Employee Benefits/Pensions

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/12 | RXZ | [B220-] Conference call with opposing counsel and mediator on mechanics of settlement | 1.40 Hrs | |
| 07/02/12 | RXZ | [B220-] Prepare for conference call with opposing counsel and mediator on mechanics of settlement | 0.60 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 07/02/12 | RXZ | [B220-] Analysis of "donut hole" issues related to Affordable Care Act and LTD | 0.80 Hrs |
| 07/02/12 | HFS | [B220-] Conference with M. Curran regarding risk analysis | 0.40 Hrs |
| 07/03/12 | SAK | [B220-] Review revised LTD Committee comments to Debtors' proposed term sheet (.2); email exchanges re same (.2) | 0.40 Hrs |
| 07/03/12 | MSC | [B220-] Telephone conference call with LTD Committee (1.8); telephone call with Alvarez & Marsal professionals regarding next mediation session (.3); telephone call with mediator (.4). | 2.50 Hrs |
| 07/03/12 | RXZ | [B220-] Call with mediator re: clarification of debtors' position on vesting of benefits | 0.50 Hrs |
| 07/03/12 | RXZ | [B220-] Call with Retiree Committee counsel | 0.40 Hrs |
| 07/04/12 | MEK | [B220-] Discuss issues with Alvarez & Marsal in further preparation for mediation | 1.20 Hrs |
| 07/05/12 | SAK | [B220-] Analyze M. Leahan's summary of medicare issues | 0.20 Hrs |
| 07/05/12 | MSC | [B220-] Telephone conference call with LTD Committee and Alvarez & Marsal regarding availability of health care and drug options (1.1); ▓▓▓ for use in evaluating settlement offer (.8); telephone call with M. Kohart regarding ▓▓▓ (.4); legal research for case law applying ▓▓▓ to assist in analysis of settlement proposal (.8). | 3.10 Hrs |
| 07/06/12 | SAK | [B220-] Analyze email from M. Leahan re Part D issues | 0.10 Hrs |
| 07/06/12 | SAK | [B220-] Analyze email from R. Zahralddin re Affordable Care Act potential impact | 0.20 Hrs |
| 07/06/12 | MSC | [B220-] Telephone call with R. Zahralddin regarding strategy for next mediation session on 7/19 (.5); review and analyze Benefits Claims Procedures regulations in response to inquiry from LTD Committee and respond to inquiry as to whether regulations impact legal position for continuation of LTD benefits (1.0) | 1.50 Hrs |
| 07/06/12 | MEK | [B220-] Review M. Curran's case analysis (.4); discuss issues re risk analysis with Alvarez & Marsal (1.1); discuss with R. Zahralddin and H. Siedzikowski re potential settlement issues (.3) | 1.60 Hrs |
| 07/06/12 | RXZ | [B220-] Call from W. Reed re: mediation and donut hole issues | 0.40 Hrs |
| 07/06/12 | RXZ | [B220-] Call from B. Boyer and analyze issues related to workman's compensation; related follow up with committee and committee professionals | 0.60 Hrs |
| 07/06/12 | RXZ | [B220-] E-mails to and from Debtors' counsel re: inquiries from retired, aged out LTDers and LTDer with worker' compensation claim (.4) calls to D. Phillips re: same (.2) follow up with LTDers and Retiree Committee professionals (.3) | 0.90 Hrs |
| 07/06/12 | RXZ | [B220-] Prepare summary e-mail memo regarding Afforable Care Impact on Disability (DaVinci Memo) for LTDers and forward same | 0.50 Hrs |
| 07/09/12 | RXZ | [B220-] Call with A&M, M. Kohart and M. Curran re: litigation risk and analysis materials to be prepared for committee members for mediation | 1.50 Hrs |
| 07/09/12 | MSC | [B220-] Conference call with A&M professionals (1.2); reviewed ▓▓▓ (.5); review A&M spreadsheets (.5); respond to LTD Committee emails regarding Social Security Disability Income (.1); review and analyze PBGC disability benefit issue raised by LTD constituent (.6). | 2.90 Hrs |

Page 7

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/09/12 | RXZ | [B220-] Call from N. Wilson re: prescription drug options | 0.40 Hrs |
| 07/09/12 | TMS | [B220-] Conference with M. Curran regarding chart that shows the year LTDers went out on disability and review of file regarding same | 0.10 Hrs |
| 07/09/12 | MEK | [B220-] Participate in conference call (1.2); meet with M. Curran re development of analysis (.5) | 1.70 Hrs |
| 07/09/12 | DHS | [B220-] Review communications relating to questions from clients relating to possibility of receiving disability payments from Pension Benefit Guarantee Fund | 0.30 Hrs |
| 07/09/12 | RXZ | [B220-] Calls and e-mails from K. Patel (.4) ; related e-mails to and from A&M re: PBGC disability (.3) | 0.70 Hrs |
| 07/10/12 | HFS | [B220-] Coordinate with MSC re risk analysis | 0.50 Hrs |
| 07/10/12 | MSC | [B220-] Meet with M. Kohart to ▮▮▮ (.8); telephone call with R. Zahralddin regarding ▮▮▮ (.9); review feedback emails from LTD constituents (.2); review 2012 plan documents for use in preparing A&M spreadsheets (.8). | 2.70 Hrs |
| 07/10/12 | RXZ | [B220-] Call with M. Curran, S. Kinsella, and M. Kohart (.8) related follow up (.7) analyze and update decision tree re: probabilities and memo for committee (.7) | 2.20 Hrs |
| 07/10/12 | DHS | [B220-] Work on reviewing and analyzing ▮▮▮ and preparing a summary and analysis of impact of provisions on claims in Nortel bankruptcy | 2.10 Hrs |
| 07/11/12 | MEK | [B220-] Review multiple emails on LTD re alternative medical coverage | 0.30 Hrs |
| 07/11/12 | MSC | [B220-] Telephone call with R. Zahralddin and D. David regarding bankruptcy hearing | 0.30 Hrs |
| 07/11/12 | RXZ | [B220-] Call with R. Levin re: hearing and mediation | 0.30 Hrs |
| 07/11/12 | RXZ | [B220-] Analyze proposed term sheet forwarded by mediator | 0.40 Hrs |
| 07/11/12 | RXZ | [B220-] Analyze responses to binding issues, Medicare and other plan issues and settlement requirements from survey provided to the LTD constituency (.7) instructions to S. Kinsella and T. Snow (.4) and follow up with committee (.2) | 1.30 Hrs |
| 07/12/12 | SAK | [B220-] Conference with T. Snow and R. Zahralddin re preparations for upcoming mediation | 0.40 Hrs |
| 07/12/12 | RXZ | [B220-] Calls and e-mails from G. White and R. Regards re: 1102(c) employee benefits and mediation inquiry | 0.30 Hrs |
| 07/12/12 | RXZ | [B220-] Call from C. Underwood re: mediation progress (1102(c) inquiry) | 0.30 Hrs |
| 07/12/12 | RXZ | [B220-] Call from R. Carlsen re: mediation progress (1102(c) inquiry) | 0.20 Hrs |
| 07/12/12 | RXZ | [B220-] E-mail from M. Rexrod re: mediation progress (1102(c) inquiry) | 0.20 Hrs |
| 07/12/12 | RXZ | [B220-] Committee conference call re: mediation (1.6) continued call with committee (1.2) | 2.80 Hrs |
| 07/16/12 | MSC | [B220-] Conference call with mediator and LTD Committee (1.3); conference call with LTD Committee (.8); telephone conference call with R. Zahralddin regarding mediation issues (.3). | 2.40 Hrs |
| 07/16/12 | RXZ | [B220-] Calls with M. Alms and PBGC re: disability | 0.60 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/16/12 | RXZ | [B220-] Prepare for call with Mediator and LTD Committee (.7) and call with Mediator and LTD Committee (1.3) | 2.00 Hrs |
| 07/16/12 | RXZ | [B220-] Follow up with M. Curran re: PBGC disability questions | 0.40 Hrs |
| 07/17/12 | SAK | [B220-] Email exchange with co-counsel re PBGC issue | 0.20 Hrs |
| 07/17/12 | MSC | [B220-] Telephone call with Alvarez & Marsal regarding risk analysis (1.0); telephone call with LTD constituents regarding mediation and PBGC issues (1.1); telephone calls with R. Levin regarding mediation scheduling issues (.2); read and analyze 7/16 letter from L. Schweitzer responding to LTD Committee's 6/20/12 letter setting out legal arguments (.4). | 2.70 Hrs |
| 07/17/12 | RXZ | [B220-] Call with E. Loggins re: 1102(b) inquiries and documents to forward | 0.60 Hrs |
| 07/17/12 | RXZ | [B220-] Call with LTD Committee | 1.20 Hrs |
| 07/17/12 | RXZ | [B220-] Mutliple calls from mediator R. Levin re: mediation status and other matters prior to mediation (.7) follow up with M. Curran re: same (.5) | 1.20 Hrs |
| 07/17/12 | RXZ | [B220-] Prepare for call with LTD Professionals | 0.70 Hrs |
| 07/17/12 | RXZ | [B220-] Call with LTD Professionals re: risk analysis | 1.00 Hrs |
| 07/18/12 | SAK | [B220-] Assist T. Snow re preparations for upcoming mediation and related storm-related airport delays/cancelations (.3); multiple email exchanges with LTD Committee members re same (.2) | 0.50 Hrs |
| 07/18/12 | SAK | [B220-] Assist R. Zahralddin in preparations for upcoming mediation | 0.40 Hrs |
| 07/18/12 | MSC | [B220-] Prepare response to 7/16 letter of L. Schweitzer regarding Debtors' legal position, including reviewing legal authority to determine whether case law can be distinguished as represented in letter, review of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 3.30 Hrs |
| 07/18/12 | RXZ | [B220-] Analyze notes from calls with committee, analyze black lines re: term sheet and most recent term sheet proposal from Debtors (.8) comments to term sheet (.6) calls and e-mails to and from mediator re: same (.5) | 1.90 Hrs |
| 07/18/12 | TMS | [B220-] Numerous emails and telephone calls regarding mediation and travel issues | 0.40 Hrs |
| 07/18/12 | RXZ | [B220-] Prepare for mediation | 2.70 Hrs |
| 07/19/12 | SAK | [B220-] Conference with R. Zahralddin re mediation proceedings | 0.40 Hrs |
| 07/19/12 | SAK | [B220-] Assist T. Snow with revisions and blacklining of term sheet; instructions from R. Zahralddin and email exchanges with mediator re same | 0.30 Hrs |
| 07/19/12 | SAK | [B220-] Review proposed settlement language and email from R. Zahralddin re same | 0.20 Hrs |
| 07/19/12 | MSC | [B220-] Attend mediation session | 9.80 Hrs |
| 07/19/12 | RXZ | [B220-] Attend mediaiton with committee, LTD committee, ad hoc noteholders and debtors | 10.00 Hrs |
| 07/19/12 | TMS | [B220-] Numerous emails to/from R. Zahralddin and S. Tumbiolo regarding Debtors' term sheet and edit same (.4) emails to Committee and Committee professionals forwarding term sheet (.1) | 0.50 Hrs |
| 07/20/12 | SAK | [B220-] Email exchange with co-counsel re PBGC issue | 0.10 Hrs |
| 07/20/12 | RXZ | [B220-] Call from V. Murrell re: LTD calls | 0.10 Hrs |

Page 9

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/20/12 | RXZ | [B220-] Call from M. Green re: 1102(c) inquiry | 0.20 Hrs |
| 07/20/12 | RXZ | [B220-] Call from L. Prior re: 1102(c) inquiry | 0.20 Hrs |
| 07/23/12 | RXZ | [B220-] Call from J. Messina at PBGC and instructions to T. Snow regarding same | 0.20 Hrs |
| 07/23/12 | RXZ | [B220-] Call and e-mail from J. Rossi re: letter from Senator Brown and PBGC (.4) follow up with committee (.3) | 0.70 Hrs |
| 07/24/12 | MSC | [B220-] Telephone call with T. Snow regarding management of documents produced by LTD constituency (.2); review emails from LTD constituents forwarding documents to determine whether documents have been copied into scanned images and review documents provided by LTD constituents for use in developing litigation strategies and to identify areas for discovery (3.2). | 3.40 Hrs |
| 07/25/12 | TMS | [B220-] Call to J. Messina at PBGC | 0.10 Hrs |
| 07/25/12 | RXZ | [B220-] Calls and e-mails from Debtors counsel re:proposed negotiation session with debtors on 7/31/2012 (.3) follow up with LTD Committee (.6) follow up with M. Kohart and T. Snow (.8) | 1.70 Hrs |
| 07/26/12 | SAK | [B220-] Review email from R. Levin re Mediator's Report | 0.10 Hrs |
| 07/26/12 | SAK | [B220-] Review Cynthia Paroski's pleading re Debtors' motion to terminate LTD benefits | 0.10 Hrs |
| 07/27/12 | SAK | [B220-] Review Retiree professional's comments re Mediator's Report; multiple email exchanges re same | 0.20 Hrs |
| 07/27/12 | SAK | [B220-] Analyze issues with mediator's statement and forward comments/draft response to R. Zahralddin | 0.50 Hrs |
| 07/30/12 | MSC | [B220-] Telephone conference call with LTD Committee (.4); review of documents produced by Debtors on 7/13 and compare with previous production (.6); review all previous responses by Debtors to LTD Committee's Requests for Documents to determine status of Debtors' position on document production, including revision of timeline of all of Debtors' communications regarding status of responses to document requests, and coordinate with M. Kohart regarding proposed scheduling order and discovery needed (3.2). | 4.20 Hrs |
| 07/30/12 | SAK | [B220-] Analyze Debtors' Motion to Terminate LTD Benefits | 1.20 Hrs |
| 07/30/12 | SAK | [B220-] Review latest document production (.3); conference with R. Zahralddin re same (.1) | 0.40 Hrs |
| 07/30/12 | SAK | [B220-] Emails from D. Abbott re proposed mediation meeting; conference with R. Zahralddin re same | 0.20 Hrs |
| 07/30/12 | RXZ | [B220-] Analyze Retiree plan termination motion (.7) calls and e-mails to committee and committee professionals re: same (.8) | 1.50 Hrs |
| 07/30/12 | RXZ | [B220-] Analyze LTD plan termination motion and related record (1.2) calls and e-mails to committee and committee professionals re: same (.8) | 2.00 Hrs |
| 07/31/12 | MSC | [B220-] Telephone conference call with LTD Committee regarding settlement discussions with Debtors, including telephone conference call with J. Ray in connection with settlement negotiations (2.9); continued telephone conference call with LTD Committee regarding settlement negotiations with Debtors, including additional conference call with J. Ray regarding medical benefits issue (4.4). | 7.30 Hrs |
| 07/31/12 | SAK | [B220-] Conference with T. Snow re retiree settlement issues (.1); email exchanges re same (.1) | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 07/31/12 | SAK | [B220-] Conference with R. Zahralddin re mediation proceedings | 0.40 Hrs | |
| 07/31/12 | SAK | [B220-] Analyze Debtors' Motion to Terminate Retiree benefits | 0.70 Hrs | |
| 07/31/12 | SAK | [B220-] Review schematic from D. Greer re medical benefits and multiple emails re same | 0.30 Hrs | |
| 07/31/12 | MEK | [B220-] Telephonically participate in settlement negotiations (3.0); email communications, conversations with M. Curran and R. Zahralddin regarding discovery deadlines (.5); review documents in preparation of litigation (2.1) | 5.60 Hrs | |
| 07/31/12 | RXZ | [B220-] Attend settlement session with Debtors, Committee and Ad Hoc Noteholders (9); follow up with Committee and Committee professionals (1) | 10.00 Hrs | |
| | | Totals | 124.20 Hrs | $55,991.50 |
| | | Employee Benefits/Pensions Totals | 124.20 Hrs | $55,991.50 |

Claims Administration and Objections

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 07/05/12 | RXZ | [B310-] Call from R. Carlsen re: claim issue, claims traders correspondence and inquiry on confidential information held by claims agent | 0.60 Hrs | |
| 07/31/12 | SAK | [B310-] Emails for LTD Committee re claims trading issues | 0.10 Hrs | |
| | | Totals | 0.70 Hrs | $408.00 |
| | | Claims Administration and Objections Totals | 0.70 Hrs | $408.00 |

Court Hearings

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/09/12 | SAK | [B430-] Analyze Notice of Agenda for 07/11/12 hearing | 0.10 Hrs |
| 07/09/12 | SAK | [B430-] Analyze Amended Notice of Agenda | 0.10 Hrs |
| 07/09/12 | RXZ | [B430-] Call from Debtors counsel re: hearing | 0.50 Hrs |
| 07/10/12 | RXZ | [B430-] Analyze letters submitted by LTDers in preparation of upcoming hearing | 1.20 Hrs |
| 07/10/12 | SAK | [B430-] Analyze Second Amended Notice of Agenda for 7/11/12 hearing | 0.10 Hrs |
| 07/11/12 | RXZ | [B430-] Attend hearing re: LTD issues and related follow up with D. David and P. Morrison | 1.60 Hrs |
| 07/11/12 | SAK | [B430-] Conference with R. Zahralddin re hearing proceedings; email exchange with LTD Committee re same | 0.20 Hrs |
| 07/11/12 | SAK | [B430-] Review Notice of rescheduled hearing; instructions to T. Snow re same | 0.10 Hrs |
| 07/13/12 | SAK | [B430-] Instructions from R. Zahralddin re critical dates | 0.20 Hrs |
| 07/16/12 | TMS | [B430-] Email to G. Sarbaugh regarding July 11, 2012 hearing transcript and completion of request form | 0.10 Hrs |
| 07/16/12 | TMS | [B430-] Emails to/from R. Zahralddin and S. Kinsella regarding critical hearing dates and review docket and update critical hearing dates memorandum | 0.30 Hrs |
| 07/18/12 | TMS | [B430-] Emails to E. Loggins and R. Zahralddin forwarding upcoming hearing dates chart | 0.10 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/12 | TMS | [B430-] Update calendar and emails to Committee professionals re: hearing/motion deadlines | 0.30 Hrs | |
| 07/30/12 | SAK | [B430-] Analyze Notice of Agenda for 08/01/12 hearing | 0.20 Hrs | |
| | | Totals | 5.10 Hrs | $2,613.00 |
| | | Court Hearings Totals | 5.10 Hrs | $2,613.00 |

Litigation

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/05/12 | MEK | [B600-] Call with M. Curran re ▓▓▓▓▓▓▓▓▓▓ (.4); review case law on same (1.1) | 1.50 Hrs |
| 07/10/12 | SAK | [B600-] Telephone conference with R. Zahralddin, M. Curran and M. Kohart re litigation issues | 0.50 Hrs |
| 07/10/12 | MEK | [B600-] Conference with M. Curran, R. Zahralddin re issues pertaining to value of LTD claim | 2.10 Hrs |
| 07/11/12 | SAK | [B600-] Analyze Debtors' revised term sheet & black line | 0.20 Hrs |
| 07/11/12 | MEK | [B600-] Meet with M. Curran and review material documents related to potential claim value | 2.00 Hrs |
| 07/11/12 | SAK | [B600-] Review LTD plan participants' discovery submissions (3.9); instructions to T. Snow re same (.2) | 4.10 Hrs |
| 07/12/12 | JXS | [B600-] Prepare joint defense agreement | 1.10 Hrs |
| 07/13/12 | SAK | [B600-] Analyze letter from Debtors re document production | 0.10 Hrs |
| 07/16/12 | TMS | [B600-] Review documents from M. Fleming's July 13, 2012 correspondence and organize and forward to Committee professionals (.5); update discovery log (.1) | 0.60 Hrs |
| 07/17/12 | SAK | [B600-] Telephone conference with LTD Committee and A&M professionals re mediation and litigation risk assessment issues | 1.80 Hrs |
| 07/17/12 | SAK | [B600-] Review documentation production (employee benefits and programs) | 0.60 Hrs |
| 07/17/12 | SAK | [B600-] Analyze letter from L. Schweitzer re Debtors' position re settlement | 0.20 Hrs |
| 07/17/12 | SAK | [B600-] Review risk assessment analysis | 0.40 Hrs |
| 07/18/12 | SAK | [B600-] Analyze letter re response to document request | 0.20 Hrs |
| 07/18/12 | TMS | [B600-] Email and conference with M. Curran regarding response to Debtors document request (.1); review documents and redact and bates label (.4); prepare letter and email to L. Schweitzer forwarding (.1) | 0.60 Hrs |
| 07/18/12 | RXZ | [B600-] Finalize LTD production of documents (mortgage), cover letter prepared by T. Snow and materials forwarded by M. Curran | 0.60 Hrs |
| 07/20/12 | SAK | [B600-] Analyze email and letter from Debtors re document production | 0.10 Hrs |
| 07/23/12 | SAK | [B600-] Review Debtors' proposed litigation timeline | 0.10 Hrs |
| 07/23/12 | SAK | [B600-] Analyze email from D. Jones re discovery matter | 0.10 Hrs |
| 07/24/12 | TMS | [B600-] Conference with M. Curran regarding organization of documents provided by the Committee members and LTD constituency | 0.10 Hrs |
| 07/25/12 | MEK | [B600-] Telephone conference with R. Zahralddin regarding litigation strategy (.2); discuss organization of same (.2) | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/27/12 | MEK | [B600-] Review proposed litigation schedule | 0.20 Hrs |
| 07/28/12 | RXZ | [B600-] Follow up with Debtors' counsel re: proposed scheduling order | 0.40 Hrs |
| 07/30/12 | SAK | [B600-] Review email from R. Levin re Mediator's Report | 0.10 Hrs |
| 07/30/12 | SAK | [B600-] Review recently produced discovery (.3); email from T. Snow re same (.1) | 0.40 Hrs |
| 07/30/12 | SAK | [B600-] Emails from M. Curran and M. Kohart re discovery issues; email exchanges re same | 0.20 Hrs |
| 07/30/12 | SAK | [B600-] Analyze Debtors' motion to file under seal LTD employee address information | 0.20 Hrs |
| 07/30/12 | TMS | [B600-] Conference with and emails to/from M. Curran regarding M. Fleming July 20, 2012 letter to R. Zahralddin forwarding documents (.1); review CD and organize documents provided (.5) and update discovery log (.1) | 0.70 Hrs |
| 07/30/12 | TMS | [B600-] Numerous emails and telephone conferences with R. Zahralddin, M. Curran, and M. Kohart regarding discovery issues | 1.00 Hrs |
| 07/30/12 | MEK | [B600-] Begin review of discovery gathered to date (4.5); discussions with R. Zahralddin and M. Cohart regarding scheduling order and discovery needs (.5); telephone call with J. Bromley regarding same (.2) | 5.20 Hrs |
| 07/31/12 | SAK | [B600-] Review emails from LTD Committee members re litigation issues | 0.20 Hrs |
| 07/31/12 | SAK | [B600-] Analyze emails from D. Jones to potential fraud issues | 0.20 Hrs |

|  |  |  |
|---|---:|---:|
| Totals | 26.20 Hrs | $11,015.50 |
| Litigation Totals | 26.20 Hrs | $11,015.50 |
| TOTAL LEGAL SERVICES |  | $101,991.50 |

## LEGAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| CURRAN, MARGARET S. | 3.00 Hrs | 138/hr | $412.50 |
| Cupingood, Dara J | 0.70 Hrs | 200/hr | $140.00 |
| Dallas, Heidi R | 6.20 Hrs | 200/hr | $1,240.00 |
| Snow, Theresa M | 24.50 Hrs | 225/hr | $5,512.50 |
| SIMON, DEBBIE H. | 2.40 Hrs | 260/hr | $624.00 |
| CURRAN, MARGARET S. | 47.00 Hrs | 275/hr | $12,925.00 |
| Zahralddin-Aravena, Rafael X. | 4.50 Hrs | 305/hr | $1,372.50 |
| Stemerman, Jonathan M. | 1.10 Hrs | 375/hr | $412.50 |
| Kinsella, Shelley A. | 31.10 Hrs | 420/hr | $13,062.00 |
| Kohart, Mary E. | 21.80 Hrs | 460/hr | $10,028.00 |
| SIEDZIKOWSKI, Henry F. | 0.90 Hrs | 565/hr | $508.50 |
| Zahralddin-Aravena, Rafael X. | 91.40 Hrs | 610/hr | $55,754.00 |
|  | 234.60 Hrs |  | $101,991.50 |

**Reimbursement for out of pocket expenses**

(Nortel) Official Committee of Long Term Disability Plan Participants

## COMPUTERIZED LEGAL RESEARCH

| Date | Description | Amount | |
|---|---|---|---|
| 07/19/12 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #825270929 DTD 07/01/12: WESTLAW LEGAL RESEARCH FOR THE PERIOD: JUN 01, 2012 - JUN 30, 2012 - INCLUDED | 63.19 | |
| 07/19/12 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #825270929 DTD 07/01/12: WESTLAW LEGAL RESEARCH FOR THE PERIOD: JUN 01, 2012 - JUN 30, 2012 - EXCLUDED | 53.58 | |
| 07/23/12 | [] LEXISNEXIS (BB/WB/SC/DE)---INV #1206357532 DTD 06/30/12: LEGAL RESEARCH FOR THE PERIOD: JUN 01, 2012 - JUN 30, 2012 | 9.01 | |
| | | | $125.78 |

## COPYING

| Date | Description | Amount | |
|---|---|---|---|
| 07/11/12 | [] Device Cost | 0.10 | |
| 07/16/12 | [] Device Cost | 45.00 | |
| 07/16/12 | [] Device Cost | 4.80 | |
| 07/24/12 | [] Device Cost | 35.00 | |
| 07/24/12 | [] Device Cost | 24.00 | |
| 07/25/12 | [] Device Cost | 0.60 | |
| 07/27/12 | [] Device Cost | 66.00 | |
| 07/27/12 | [] Device Cost | 1.50 | |
| 07/27/12 | [] Device Cost | 30.30 | |
| | | | $207.30 |

## DOCKETS

| Date | Description | Amount | |
|---|---|---|---|
| 07/20/12 | [] PACER SERVICE CENTER (BB)---INV # 04/01/12-06/30/12 DTD 07/06/12: DOCKET RETRIEVAL FOR THE PERIOD: 04/01/12-06/30/12 | 34.60 | |
| 07/27/12 | [] PACER SERVICE CENTER (DE)---INV # 04/01/12-06/30/12 DTD 07/06/12: DOCKET RETRIEVAL FOR THE PERIOD: 04/01/12-06/30/12 | 56.20 | |
| | | | $90.80 |

## FACSIMILE

| Date | Description | Amount | |
|---|---|---|---|
| 07/03/12 | [] 912129743922 Facsimile | 3.00 | |
| 07/09/12 | [] 912124131093 Facsimile | 3.00 | |
| 07/09/12 | [] 912127048930 Facsimile | 3.00 | |
| 07/18/12 | [] 912129307611 Facsimile | 1.00 | |
| | | | $10.00 |

## LODGING

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | |
|---|---|---|
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: BEST WESTERN---LODGING ON 06/26-06/27 BARARA GALLAGHER (RXZ) | 249.18 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: BEST WESTERN---LODGING ON 06/26-06/27 WENDY MANN BOSWELL (RXZ) | 498.36 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: BEST WESTERN---LODGING ON 06/26-06/27 - MICHAEL STUTTS (RXZ) | 249.18 |
| | | **$996.72** |

**OUTSIDE PROFESSIONAL SVCES**

| | | |
|---|---|---|
| 07/30/12 | [] KURTZMAN CARSON CONSULTANTS LLC---INV #US_KCC447341 DTD 07/24/12 PROFESSIONAL SERVICES FOR THE PERIOD: 06/01/12-06/30/12 (RXZ) | 1,067.86 |
| 07/30/12 | [] KURTZMAN CARSON CONSULTANTS LLC---INV #US_KCC441896 DTD 06/18/12 PROFESSIONAL SERVICES FOR THE PERIOD: 05/01/12-05/31/12 (RXZ) | 1,135.33 |
| | | **$2,203.19** |

**TELEPHONE**

| | | |
|---|---|---|
| 07/09/12 | [] THE CONFERENCE GROUP, LLC---INV#138 - MAY 2012 DTD 06/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 05/01/12-05/31/12 CONFERENCE ON 05/04/12 | 41.91 |
| 07/09/12 | [] THE CONFERENCE GROUP, LLC---INV#138 - MAY 2012 DTD 06/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 05/01/12-05/31/12 CONFERENCE ON 05/07/12 | 14.06 |
| 07/09/12 | [] THE CONFERENCE GROUP, LLC---INV#138 - MAY 2012 DTD 06/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 05/01/12-05/31/12 CONFERENCE ON 05/08/12 | 70.82 |
| 07/09/12 | [] THE CONFERENCE GROUP, LLC---INV#138 - MAY 2012 DTD 06/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 05/01/12-05/31/12 CONFERENCE ON 05/14/12 | 38.56 |
| 07/09/12 | [] THE CONFERENCE GROUP, LLC---INV#138 - MAY 2012 DTD 06/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 05/01/12-05/31/12 CONFERENCE ON 05/21/12 | 22.06 |
| 07/27/12 | [] THE CONFERENCE GROUP, LLC ---- INV #139 - JUN 2012 DTD 07/01/12: DE CONFERENCE CALL FEES FOR THE PERIOD: 06/01/12-06/30/12 | 250.74 |
| | | **$438.15** |

**TRAVEL - AIRLINE**

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Description | Amount |
|---|---|---|
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: US AIRWAYS---DALLAS TAX, CHARLOTTE NY, DALLAS TX 06/26-06/27/12 - MICHAEL STUTTS (RXZ) | 550.20 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: STAR TRAVEL---TRAVEL AGENCY FEE RE: NY PENN ON 06/27/12 - MICHAEL STUTTS (RXZ) | 20.00 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: AMERICAN AIRLINES---DALLAS TX, NY, DALLAS TX 06/26-0627 - BARBARA GALLAGHER (RXZ) | 371.60 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: STAR TRAVEL---TRAVEL AGENCY FEE RE: NY PENN ON 06/26 - BARBARA GALLAGHER (RXZ) | 20.00 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: AMERICAN AIRLINES---RALEIGH/DURHAM 06/26-06/28 - WENDY MANN BOWELL (RXZ) | 296.60 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: STAR TRAVEL---TRAVEL AGENCY FEE RE: NY PENN ON 06/26 - WENDY MANN BOSWELL (RXZ) | 20.00 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: US AIRWAYS---DALLAS TX, CHARLOTTE, TX 07/18-07/20 - BARBARA GALLAGHER | 530.20 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: STAR TRAVEL---TRAVEL AGENCY FEE RE: NY PENN ON 07/18 - BARBARA GALLAGHER | 20.00 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: AMERICAN AIRLINES---RALIEGH/DURHAM 07/18-07/20 - WENDY MANN BOSWELL (RXZ) | 246.60 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: US AIRWAYS---DALLAS TX, CHARLOTTE, NY, DALLAS TX 07/18-07/20 MICHAEL STUTTS (RXZ) | 559.20 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: STAR TRAVEL---TRAVEL AGENCY FEE RE: NY PENN ON 07/18 - MICHAEL STUTTS (RXZ) | 20.00 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: AIRTRAN---ATLANTA, NY, ATLANTA 07/18-07/20 - MS DIANNA IRISH (RXZ) | 246.60 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: STAR TRAVEL---TRAVEL AGENCY FEE RE: NY PENN ON 07/18 DIANNA IRISH (RXZ) | 20.00 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Description | Amount |
|---|---|---|
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: US AIRWAYS---DALLAS TX, CHARLOTTE, NY, DALLAS TX 07/18 - MICHAEL STUTTS (RXZ) | 569.20 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: STAR TRAVEL---TRAVEL AGENCY FEE RE: NY PENN ON 07/18 - MICHAEL STUTTS (RXZ) | 20.00 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: STAR TRAVEL---AGENCY FEE RE: NY PENN ON 07/18 - WENDY MANN BOSWELL (RXZ) | 20.00 |
| | | $3,530.20 |

TRAVEL - RAILROAD

| Date | Description | Amount |
|---|---|---|
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: AMTRAK---REFUND NEW YORK PENN, PHILA PA ON 06/07/12 (MSC) | -23.40 |
| 07/30/12 | [] AMERICAN EXPRESS (CORPORATE)---INV #07/09/12 DTD 07/09/12 MONTHLY EXPENSES: AMTRAK---REFUND DALLAS TX, CHARLOTTE, NY, DALLAS TX 07/18/12 - MICHAEL STUTTS (RXZ) | -559.20 |
| | | -$582.60 |

|  |  |
|---|---|
| Total Reimbursement for out of pocket expenses | $7,019.54 |
| TOTAL THIS BILL | $109,011.04 |

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 109696 | 07/24/12 | 64,690.03 |
| 110417 | 08/29/12 | 82,340.06 |
| | | $147,030.09 |

|  |  |
|---|---|
| GRAND TOTAL DUE | $256,041.13 |

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 109696 | 07/24/12 | 64,690.03 |
| 110417 | 08/29/12 | 82,340.06 |
| | | $147,030.09 |

|  |  |
|---|---|
| TOTAL DUE | $256,041.13 |

(Nortel) Official Committee of Long Term Disability Plan Participants

## Task Billing Summary Page

Re: In re Nortel 09-10138(KG)

|  | Current Bill |
|---|---|
| **Meetings of and Communications with Creditors** |  |
|  | $22,343.50 |
| Subtotals | $22,343.50 |
| **EG Retention** |  |
|  | $5,115.00 |
| Subtotals | $5,115.00 |
| **EG Fee Applications** |  |
|  | $2,337.50 |
| Subtotals | $2,337.50 |
| **Fee Applications and Invoices - Other** |  |
|  | $360.00 |
| Subtotals | $360.00 |
| **Non-Working Travel** |  |
|  | $1,785.00 |
| Subtotals | $1,785.00 |
| **Business Operations** |  |
|  | $22.50 |
| Subtotals | $22.50 |
| **Employee Benefits/Pensions** |  |
|  | $55,991.50 |
| Subtotals | $55,991.50 |
| **Claims Administration and Objections** |  |
|  | $408.00 |
| Subtotals | $408.00 |
| **Court Hearings** |  |
|  | $2,613.00 |
| Subtotals | $2,613.00 |
| **Litigation** |  |
|  | $11,015.50 |
| Subtotals | $11,015.50 |
| Totals | $101,991.50 |

(Nortel) Official Committee of Long Term Disability Plan Participants

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.

**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED PLEASE CONTACT PAT ROONEY AT (215) 977-1014***