# EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## JULY 1, 2012 THROUGH JULY 31, 2012

| Expense Category | Total Expenses |
|---|---|
| Dockets/Research | $ 216.58 |
| Copying | $ 207.30 |
| Facsimile | $ 10.00 |
| Lodging | $ 996.72 |
| Outside Professional Services | $ 2,203.19 |
| Telephone | $ 438.15 |
| Airline | $ 3,530.20 |
| Railroad | $ (582.60) |
| **TOTAL:** | **$ 7,019.54** |

WLM: 24158 v1

2