IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
                                                               :   Chapter 11
                                                               :
*In re*                                                        :
                                                               :   Case No. 09-10138 (KG)
                                                               :
Nortel Networks Inc., *et al.*,[2]                             :
                                                               :   Jointly Administered
                    Debtors.                                   :
                                                               :   **RE: D.I. 8084, 8255**
                                                               :
                                                               :
---------------------------------------------------------------X

## AMENDED SCHEDULING ORDER FOR HEARING ON DEBTORS' PROCESS TO TERMINATE RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114

WHEREAS, on July 30, 2012, the Debtors filed the *Debtors' Motion For Entry of an Order Terminating Retiree Benefits and Approving a Settlement Proposal Pursuant to 11 U.S.C. § 1114* [D.I. 8066] (the "Termination Motion").

WHEREAS, on August 1, 2012, the Court entered the *Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114* [D.I. 8084] (the "Scheduling Order"), which Scheduling Order was subsequently amended in accordance with the Court's rulings on August 21, 2012 pursuant to the *Amendment to the*

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

*Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114* [D.I. 8255].

WHEREAS, counsel for the Official Committee of Retired Employees (the "Retiree Committee"), as well as counsel to the Official Committee of Unsecured Creditors and the Ad Hoc Group of Bondholders, have the Revised Proposed Scheduling Order and the parties have agreed to amend the Scheduling Order as set forth below.

NOW THEREFORE, IT IS HEREBY ORDERED, that the following shall apply:

1. The Debtors shall respond to the Retiree Committee's requests for admissions on or before August 31, 2012.

2. All document discovery regarding the Termination Motion shall be completed on or before October 15, 2012.

3. All responses to the Termination Motion shall be filed no later than October 22, 2012. All parties who file such responses shall be entitled to file supplemental submissions in respect of the Termination Motion at a later date following the close of discovery, which shall be established through a subsequent order of the Court.

4. The proceeding on the Termination Motion shall commence on January 22, 2013 and shall continue through and including January 25, 2013, as necessary.

5. The other deadlines set forth in the Scheduling Order that have not already occurred are suspended. The parties shall return to the Court at a later date to seek entry by the Court of an order establishing new dates for the remaining deadlines set forth in the Scheduling Order.

6. Deadlines in this Order may be extended by joint agreement of the parties or by the Court upon good cause shown.

Dated: **August 29**, 2012
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE