## Exhibit A

| Nortel Networks Inc. v. State of Michigan Department of Treasury | 12-50773 (KG) |