
## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on September 5, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on August 30, 2012, in the manner indicated upon the parties identified below and on the attached service list.

Date: August 30, 2012  
Wilmington, DE

               /Tamara K. Minott  
Tamara K. Minott (No. 5643)

**Via Fax**

Allison M. Dietz, Esq.  
Heather L. Donald, Esq.  
Michigan Dept of Attorney General  
3030 W. Grand Blvd  
Detroit, MI 48202  
Fax: 313-456-0141