# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>　　　　　　　Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc., *et. al.* v. Telecom Networks Solutions, Inc. | Adv. Proc. No. 10-55165 |
| Nortel Networks Inc. v. Maritz Canada Inc. | Adv. Proc. No. 10-53187 |
| Nortel Networks Inc. v. SBA Network Services, Inc. | Adv. Proc. No. 10-55187 |
| Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc. | Adv. Proc. No. 10-55937 |
| Nortel Networks Inc. v. Sterling Mets, L.P., *et al.* | Adv. Proc. No. 10-55903 |
| Nortel Networks Inc. v. Algo Communication Products Ltd. | Adv. Proc. No. 10-55913 |
| Nortel Networks Inc. v. Revonet, Inc. | Adv. Proc. No. 10-55182 |
| Nortel Networks Inc. v. Macadamian Technologies Inc. | Adv. Proc. No. 10-55915 |
| Nortel Networks Inc. et al v. Prime Carrier Ltd. | Adv. Proc. No. 10-55921 |
| Nortel Networks (CALA) Inc. et al v. Hewlett-Packard Company et al | Adv. Proc. No. 11-50207 |
| Nortel Networks Inc. v. CSWL, Inc. | Adv. Proc. No. 10-53169 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS

　　　　　　　In accordance with the Court's Chambers' Procedures and the Scheduling Orders dated January 21, 2011, February 9, 2011, March 9, 2011, April 12, 2011, May 6, 2011, June 7,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2011, July 25, 2011 and October 21, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report with respect to the above-captioned adversary proceedings.

Dated: August 30, 2012
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

    - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Tamara K. Minott*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

## STATUS E

### RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55913 | Algo Communication Products, Ltd. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 10-55187 | SBA Network Services, Inc. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, the Debtors have provided the Notice Parties with notice of this proposed settlement. |
| 10-55937 | McCann-Erickson Worldwide, Inc., et al. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |
| 10-53187 | Maritz Canada Inc. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, on July 25, 2012 the Debtors filed a motion pursuant to Bankruptcy Rule 9019 in connection with this settlement.  On August 20, 2012, the Court entered an order granting the motion. |
| 10-55915 | Macadamian Technologies Inc. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, on July 31, 2012 the Debtors filed a motion pursuant to Bankruptcy Rule 9019 in connection with this settlement.  On August 20, 2012, the Court entered an order granting the motion. |
| 10-53169 | CSWL, Inc. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, on July 2, 2012 the Debtors filed a motion pursuant to Bankruptcy Rule 9019(b) in |

|  |  | connection with this settlement. On August 20, 2012, the Court entered an order granting the motion. |
|---|---|---|

## STATUS F

## DISCOVERY UNDERWAY

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55165 | Telecom Networks Solutions, Inc. | Certain Parties have reached an agreement in principle to settle this matter. Discovery will be proceeding with the other Parties in accordance with the Amended Scheduling Order dated October 21, 2011. |
| 10-55903 | Sterling Mets, L.P., *et al.* | Discovery will be proceeding in accordance with the Amended Scheduling Order dated June 11, 2012. Defendants' responses to Plaintiff's discovery requests are due September 12, 2012. Plaintiff's responses to Defendants' discovery requests are due September 12, 2012. |
| 10-55921 | Prime Carrier Ltd. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated June 20, 2012. |
| 11-50207 | Hewlett-Packard Company, et al. | Discovery will be proceeding in accordance with the Second Amended Scheduling Order dated August 29, 2012. |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55182 | Revonet, Inc. | Suggestion of Bankruptcy was filed by Nortel Networks Inc. |

|  |  | on January 11, 2011. |
|--|--|--|