**Service List for Combined Waves**

**Via Hand Delivery**

THORP REED & ARMSTRONG, LLP
Karen M. Grivner
824 N. Market Street
Suite 710
Wilmington, DE 19801
(Counsel for Prime Carrier)

Amanda Marie Winfree
Ashby & Geddes, P.A.
500 Delaware Ave.
Wilmington, DE 19801
(Counsel for Telecom)

Lucian Murley
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
(Counsel for SBA Network Services, Inc.)

Mark E. Felger Esq.
Cozen O'Connor
Chase Manhattan Centre
Ste 1400
1201 Market Street
Wilmington, DE 19801-1147
(Mediator for SBA)

Morris James LLP
Jeffrey Waxman
500 Delaware Ave, Ste 1500
Wilmington, DE 19801
(Counsel for Algo Communication Products)

Natasha Songonuga
GIBBONS P.C.
1000 N. West St.
Wilmington, DE 19801
(Counsel for Hewlett-Packard)

Rachel B. Mersky
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange St.
Suite 400
Wilmington, DE 19801
(Counsel for CSWL, Inc.)

Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, P.O. Box 25046
Wilmington, DE 19801
(Counsel for McCann-Erickson Worldwide)

Michael David Debaecke
Blank Rome LLP
1201 Market St.
Suite 800
Wilmington, DE 19899
(Counsel for Cable News)

**Via First Class Mail**

THORP REED & ARMSTRONG, LLP
Patrick W. Carothers
Gregory W. Hauswirth
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
(Counsel for Prime Carrier)

Daniel J. Merrett
Jones Day
1420 Peachtree St., N.E.; Suite 800
Atlanta, GA 30309-3053
(Counsel for Telecom)

Lucinda McRoberts
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
(Counsel for Maritz Canada Inc.)

Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
(Counsel for Maritz Canada Inc.)

Robert J. Pfister
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
(Counsel for Maritz Canada Inc.)

Attn: Officer, Managing or General Agent
Lampsa Hellenic S.A. Hotels
225-227 Kifisias Avenue
C Building, 4th floor
145 61, Kifisia, Athens, Greece

Roland Gary Jones
Roland Gary Jones, Esq.
1230 6th Avenue 7th Floor
New York, NY 10020
(Counsel for Macadamian)

James Tobia
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
(Counsel for Macadamian)

Revonet, Inc.
125 Elm Street
New Canaan, CT 06840

David Crapo
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
(Counsel for Hewlett-Packard)

William T. Webb
Stimmel, Stimmel & Smith PC
155 Montgomery St., Suite 1200
San Francisco, CA 94104
(Counsel for CSWL, Inc.)

John M. August
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102
(Counsel for Sterling Mets)

Larry A. Katz, Esq.
Leach Travell Britt PC
8270 Greensboro Drive
Suite 1050
McLean, Virginia 22102
(Counsel for TTI Team Telecom)

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
(Counsel for Cable News, Time, and Turner)

Global Broadcast News
Attn:  Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16A
Firm City
Noida, Utlar Pradesh  201 301
India

4125804.3