Lottie E. Chambers
2716 Dalford Ct.
Raleigh, NC 27604
919-324-7000

Honorable Judge Kevin Gross
Nortel Networks INC., Chapter 11
**Case No: 09-10138 (KG)**
US Bankruptcy Court
842 Market Street, 3rd Floor
Wilmington, Delaware 19801

August 19, 2012

Your Honor,

My name is Lottie Edith Chambers. I am one of the Nortel Networks employees on Long Term Disability.

I worked full time for Nortel for 15 years before I had to leave on LTD. Before I left I was the Administrative Assistant for a Customer Service Department and I supported over 300 employees worldwide. I always felt blessed that I worked for a company that was very successful, allowed me to advance my position and paid me well. This allowed me to make a major contribution to my family's well being.

In 1999 I was afflicted with a debilitating condition called Cervical Dystonia. Briefly, Dystonia causes the brain to send false signals to muscles causing them to spasm uncontrollably. In my case, the Dystonia affects all of the major muscle groups in my neck. Since the muscles are constantly in spasms, the muscles and tendons swell causing chronic excruciating pain in my neck and the pain is there 24/7. There is no cure for Dystonia and the only treatment available is shots of Botulism Toxin, every 4 months, deep into my neck muscles (the shots themselves are unbearably painful). The shots paralyze the muscles for short periods of time providing some temporary relief. When the toxin wears off, I must repeat the shot treatments. Unfortunately, I face this existence for the rest of my life.

Cervical Dystonia has left me totally disabled and unable to perform any kind of work. Nortel's disability authority, Purdential, reviewed my medical records and statements from my doctors and physical therapists and agreed that I was 100% disabled and began my Long Term Disability benefits in 2000. Since then I have had to submit additional doctor's reports as requested by Prudential to maintain the LTD benefits.

I purchased and paid for Long Term Benefits from Nortel during my entire employment. I bought this to protect me and my family's financial existence should I become unable to work. I

left Nortel with the trust that I had "purchased" LTD insurance and would be covered until age 65. (ref. Long Term Disability (LTD) Application Process, dated April 12, 2000)

Now, Nortel wants to deny me and my fellow LTD recipients our rights and benefits afforded to us through our LTD policy. Nortel desires to renege on their obligation to those of us who purchased "LTD insurance."

Nortel represented themselves as an insurance company when they offered the LTD benefits for sale to all employees. It is my understanding that insurance companies, in North Carolina, are required to set aside funds to fulfill the terms of insurance that is sold. Of course Nortel is not an insurance company but they sold this insurance and I bought it with the full faith that the benefits would be paid as written in the binding terms of our contract. Now it seems we were intentionally misled in the purchase of Nortel's "LTD insurance."

My husband is also disabled, without LTD benefits, and we live on fixed, limited income. If Nortel is allowed to stop the LTD benefits, it will affect our ability to afford the long list of medicine we need to survive, our food, our mortgage payment or car payment and we will be further burdened with additional expenses that LTD benefits now fund. I am baffled as to why Nortel is not concerned with the quality of life the LTD benefit recipients will have should the LTD benefits stop. It seems that greed is driving their desire to terminate the LTD recipients more that their desire to fulfill the terms of our agreement and their obligation to pay the LTD benefits, whereas the LTD recipients stand to suffer great harm should the benefits be revoked.

Right now we are unable to make informed decisions about our financial future with the cloud of uncertainty surrounding the future of LTD employees. We are group of living, breathing, hurting LTD recipients with no other options. We can't go to back to work to fill the hole that will be left in our finances. We are not asking for more than we were promised when we were offered and paid for the "LTD insurance."

Please, Your Honor, don't allow Nortel to drop our LTD benefits. Thank you for taking your valuable time to read my letter.

Sincerely,

*Lottie E. Chambers*

Lottie E. Chambers

Attachments: "Benefit Entitlements" (See Highlighted Section) Part of "Long Term Disability (LTD) Application Process, dated April 12, 2000 (Copy of entire package available upon request from Judge Gross)


**NORTEL NETWORKS**

**EMPLOYEE  LOTTIE CHAMBERS     BUS. UNIT NORTEL NETWORKS       DEPT. #4464**

**PROCEDURE**

1. In order to request Long Term Disability (LTD) benefits, it is your responsibility to complete and return the following forms by **MAY 5, 2000**.

   - *Reimbursement Agreement*. Please complete this form and sign it and have it witnessed. This form authorizes Prudential to reduce your LTD benefits if awarded Social Security Disability benefits.

   - *Attending Physician's Statement*. Take this form to your treating physician to complete. Prudential must be provided with proof of disability, from the day you first missed work due to disability through to present. If several physicians are treating you or have treated you for your disability conditions, request additional statements for these physicians to complete.

   - *Group Disability Employee Statement*. Legibly complete and sign all sections as indicated:
     Section A: Employee Information
     Section B: Authorization to Release Medical Information
     Section C: Tax Notice

2. Return all of the above forms to :     **Nortel Networks Health Services**
                                          **Disability Case Management**
                                          **PO Box 13010 (11A/02/0C6)**
                                          **Research Triangle Park, NC 27709**

   Failure to return the forms by the specified date can result in a lapse between the expiration of your STD benefits and the onset of your LTD benefits and jeopardize your employment status.

3. You will be notified by mail from Prudential upon your approval/denial of LTD benefits.
   If your LTD claim is approved, Prudential will send your first and subsequent LTD checks to you at the address indicated on your LTD application.

4. Prudential determines LTD approval and continuation. Therefore, it is imperative that you respond promptly to Prudential's requests for additional information. Failure to do so could result in the suspension or termination of LTD benefits.

**BENEFIT ENTITLEMENT**
*(this information has been requested from the HR INFO CENTER*

1. Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent Life premiums that are currently being deducted from your short term disability benefits, and must be continued through your disability period to prevent disability discontinuance. Health Care_____+ Life Insurance_____ + Spousal Life_____ + Dependent Life_____ = _____Total.

US/Hlwl/1087/Form Rev 02

**BENEFIT ENTITLEMENT, Cont.**

These premiums will continue to be automatically deducted for the duration of your disability. Additionally, these premiums are subject to change in accordance to premium increases or decreases each year. Any questions regarding premium deductions should be directed to the Human Resource Information Center c/o of Nortel Networks, Dept. 1094, P. O. Box 13010, RTP, N.C. 27709, Ph# 1-800-676-4636

2. Long Term Investment (Thrift Saving) /Flexible Spending Plans: You become a suspended participant in the these plans. No employee contributions are deducted from disability payments. Contributions are reinstated upon return to work.

3. Retirement Plan: The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of the leave.

4. Vacation/Sick Leave:
Upon returning to work, time spent on medical leave of absence is included in determining the employee's continuous service for vacation and sick leave (when applicable). If your preauthorized vacation occurs during your leave of absence, you must negotiate with your manager to reschedule.

5. Holiday Pay: Employees will not be eligible for holiday pay during a medical leave of absence. Any holiday which falls during your medical leave is treated as any other day, and is compensated accordingly.

6. Salary Review Date: Is extended by the length of leave so that the performance review period can be maintained. (has this changed?)

7. Credit Union : No deductions are withheld for Credit Union accounts. To continue your savings deposits and/or loan payments, you must contact the Credit Union .

8. Compensation for Long Term Disability (LTD) leaves: Long Term Disability benefits for full and part time employees working more than 20 hours/week:

   a. Long Term Disability Benefits provide income continuation during your leave based upon your disability selection with the company.
   b. Long Term Disability benefits are payable for up to one year while you are totally disabled from your job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you are or may become qualified. For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday. For employees disabled at age 61 or older, the maximum benefit period varies. The LTD benefit is reduced by any "other income benefits" you receive for that month had you made timely pursuit of those benefits. These "other income benefits" include, but are not limited to Social Security benefits, Workers' Compensation benefits, State Disability benefits, and No-Fault Insurance benefits.

9. If you are a part-time/casual employee working less than 20 hours/week:

   a. Your medical leave of absence will be unpaid unless otherwise stated by applicable state law.
   b. Long Term Investment Plan contributions will cease while on an unpaid leave of absence.
   c. You are eligible for medical leave of absence only if you have worked for Nortel Networks at least 1250 hours. If you are not eligible and are medically unable to work, you may request a Personal Leave of Absence.

NOTE: **Long Term Disability. Benefits are payable for a maximum of 24 months for disabilities resulting from a mental or nervous disorder.**

10. Taxes: Employees are responsible for determining the amount of Federal Income Tax to be withheld from the monthly LTD benefit, by completing the Tax Notice which is part of the LTD package. No state taxes are withheld from your Long-Term Disability benefits.

11. For bargaining units consult your Human Resource Associate for any adjustments to these guidelines.

12. For employees in California, Rhode Island, Hawaii, New Jersey and New York, consult your Human Resource Associate for any adjustments to these guidelines.

US/Hlwl/1087/Form Rev 01