Nancy Wilson
7101 Chase Oaks Blvd #1637
Plano, Texas 75025
972-754-6449  CASE # 09-10138 (KG)


*The Honorable Judge Kevin Gross*
*United States Bankruptcy Court*
*842 Market Street, 3rd Floor*
*Wilmington, Delaware  19801*

8/19/12


Your Honor,

My name is Nancy Wilson. I went on disability from Nortel Networks in 1997. I enjoyed and worked very hard in my ten years with the company, when I was overcome with severe vertigo. I was diagnosed with meniere's disease after a long period of testing. I continually showed up for work and was unable to complete the day or even get myself home. Once I got a diagnosis I had seven surgeries in both ears. These surgeries caused more dizziness and deafness so profound in my right ear that a hearing aid is not helpful. I then had brain surgery. This kept me out of a wheelchair, but I still have dizziness which has caused many injuries. I have had two back surgeries from falling, two elbow surgeries, foot surgery and other various injuries. The surgeries have not been

successful. The doctors also believe I my have a form of autoimmune disease that constantly is eating away at healthy cells in my body.

The attached letter from Prudential Insurance Company makes clear reference to Nortel Group Plan number 39900. Under the terms of the plan the maximum duration of my LTD claim is October 24, 2030. I have used this Prudential letter for proof of income for obtaining a credit card, apartment rental and auto purchases. It was my understanding, that my premium payments were going into a disability insurance fund for future use.

No one has any idea how hard it is to be completely disabled so suddenly unless they have experienced the frustration, fear and loneliness that has gone along with it.

If my benefits are terminated, I have no one to help me. I know this sounds drastic, but I will be forced to try to live on the street.

Throughout all of the illnesses, I always thought I had the security of having benefits until age sixty five. I am not even close to retirement and have nothing else to fall back on.

I am requesting the court to not grant the motion to terminate benefits.

I hope our situations will be used to decide whether we are just welfare cases or people who deserve a chance at keeping our benefits as promised.

*Nancy Wilson*

Claims Services Provided by

**The Prudential Insurance Company of America**

Donna A Pranio
Claim Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 87699
Fax: (877) 889-4885
Website: www.prudential.com/disability

July 27, 2009

Nancy A Wilson
7101 Chase Oaks Blvd
Apt. 1627
Plano, TX 75025

Claimant: Nancy A Wilson
Claim No.: 10280697
Date of Birth: 10/25/1965
Control No./Br.: 39900 / 000TB

Dear Ms. Wilson:

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No. 39900 issued to Nortel Networks, Inc..

Under the terms of the plan, benefits are payable up to a maximum duration, and our records indicate that the maximum duration of your LTD claim is October 24, 2030. Therefore, your claim is terminated effective October 25, 2030 with no further benefits payable.

In order to receive benefits, under Group Plan No. 39900, covered employees must meet all contractual requirements including the following definition of "Disability":

" 'Total Disability' exists when Prudential determines that all of these conditions are met:

1. Due to sickness or accidental injury, both of these are true:

    (a) You are not able to perform, for wage or profit, the material and substantial duties of your occupation.
    (b) After the Initial Duration of a period of Total Disability, you are not able to perform for wage or profit material and substantial duties of any job for which you are reasonably fitted by your education, training or experience. The initial duration is equal to the first 24 months of Inbenefit.

2. You are not working at any job for wage or profit.

3. You are under the regular care of a Doctor."

Prudential will send you a payment each month up to the maximum period of payment.

### Appeal Rights

You have a right to appeal this decision. If you choose to do so, your appeal must be made in writing by you or your authorized representative, and submitted within 180 days of the date of receipt of this letter. Your appeal should contain: