# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                     :    Chapter 11
                                          :
Nortel Networks Inc., *et al.*,[1]        :    Case No. 09-10138 (KG)
                                          :
        Debtors.                :    Jointly Administered
---------------------------------------------------------X

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 5, 2012 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## CONTESTED MATTER GOING FORWARD

*Robert Horne v. Nortel Networks Inc. Adv. Proc. Case No. 11-54007*

1.  The Individual Plaintiffs' Motion for Protective Order (Adv. Proc. D.I. 66, Filed 8/17/12).

    <u>Objection Deadline</u>: August 29, 2012 at 4:00 p.m. (ET).

    <u>Responses Received</u>:

    (a) Debtors' Opposition to the Individual Plaintiffs' Motion for Protective Order (Adv. Proc. D.I. 70, Filed 8/29/12).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

Related Pleadings:

(a) Declaration of Brendan H. Gibbon in Support of the Debtors' Opposition to the Individual Plaintiffs' Motion for Protective Order (Adv. Proc. D.I. 71, Filed 8/29/12)**; and**

**(b) The Individual Plaintiffs' Motion for Leave to File Their Reply in Support of Their Motion for Protective Order (Adv. Proc. D.I. 73, Filed 8/31/12).**

Status: The hearing on this matter will go forward.

**PRETRIAL CONFERENCE**

2. Pretrial Conference in the Adversary Proceeding (See Exhibit A, hereto).

Status: The pretrial conference has been adjourned to the pretrial conference scheduled for October 3, 2012 at 10:00 a.m. (ET).

| | |
|---|---|
| Dated: August 31, 2012<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

6349732.1