**CERTIFICATE OF SERVICE**

    I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on September 5, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on August 31, 2012, in the manner indicated upon the entities identified below.

| | |
|---|---|
| Date: August 31, 2012 | */s/ Tamara K. Minott* |
| Wilmington, DE | Tamara K. Minott (No. 5643) |

| | |
|---|---|
| **By Facsimile** | Bonnie Glantz Fatell |
| | Victoria Guilfoyle |
| Laura Davis Jones | Blank Rome LLP |
| Timothy P. Cairns | 1201 Market Street, Suite 800 |
| Pachulski Stang | Wilmington, DE 19801 |
| 919 N. Market Street | Fax: 302-425-6464 |
| 17th Floor | |
| Wilmington, DE 19899-8705 | Ken Coleman Esq |
| Fax: 302-652-4400 | Lisa J.P. Kraidin. Esq. |
| | Allen & Overy LLP |
| Mary F. Caloway Esq. | 1221 Avenue of the Americas |
| P.J. Duhig Esq. | 20th Floor |
| Buchanan Ingersoll & Rooney | New York, NY 10020 |
| 1105 N. Market Street | Fax: 212-610-6399 |
| Suite 1900 | |
| Wilmington, DE 19801-1228 | Fred S. Hodara Esq. |
| Fax: 302-552-4295 | Ryan C. Jacobs Esq. |
| | David H. Botter Esq. |
| Mark D. Collins Esq. | Akin Gump |
| Christopher M. Samis Esq. | One Bryant Park |
| Richards Layton & Finger | New York, NY 10036 |
| One Rodney Square | Fax: 212-872-1002 |
| 920 N King Street | |
| Wilmington, DE 19801 | Dennis F. Dunne Esq. |
| Fax: 302-651-7701 | Thomas R. Kreller Esq. |
| | Albert A. Pisa Esq. |
| Thomas P. Tinker. Esq. | Andrew M. Leblanc Esq. |
| Office of the U.S. Trustee | MILBANK, TWEED, HADLEY & |
| 844 King Street | MCLOY LLP |
| Suite 2207 Lockbox 35 | One Chase Manhattan Plaza |
| Wilmington, DE 19801-3519 | New York, NY 10005 |
| Fax: 302-573-6497 | Fax: 212-822-5219 |

Robert J. Keach, Esq.
Paul McDonald, Esq.
Daniel J. Murphy, Esq.
Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Fax: 207-774-1127