## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE THAT** CARMEL TOTMAN, hereby appears in the matter hereby enters [his/her] appearance pursuant to §1109(b) of Title 11 of the United States Code and Rules 2002(g) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and CARMEL TOTMAN hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these Cases be given and served upon them at the following:

> CARMEL TOTMAN
> 164 BERTON STREET
> BOONE, NC 28607
> 919-649-3411
> 828-355-9629
> KANDEE926@YAHOO.COM

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

A

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the Cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Entry of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) any right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) any right to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupments to which CARMEL TOTMAN may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly reserves.

Dated: August 31, 2012

CARMEL TOTMAN
164 BERTON STREET
BOONE, NC 28607
919-649-3411
828-355-9629
KANDEE926@YAHOO.COM

*Appearing Pro Se*

P                                    2