# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ----------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Re: D.I. 8390** |
| ---------------------------------------------------------- X |  |
| Robert Horne, *et al.* |  |
| Plaintiffs, | Adv. Proc. No. 11-54007 |
| v. | **Re: A.D.I. 79** |
| Nortel Networks Inc., *et al.* |  |
| Defendants. |  |
| ---------------------------------------------------------- X |  |
| Nortel Networks Inc. |  |
| Plaintiff, | Adv. Proc. No. 12-50773 |
| v. | **Re: A.D.I. 34** |
| State of Michigan Department of Treasury |  |
| Defendant. |  |
| ---------------------------------------------------------- X |  |

---

[1] In addition to Nortel Networks Inc. the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 5, 2012, a copy of the *Notice of Second Amended Agenda of Matters Scheduled for Hearing on September 5, 2012 at 10:00 a.m. (Eastern Time)-Canceled* was served, in the manner indicated, upon the parties on the attached service list.

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, NY 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        and

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Tamara K. Minott*
        Derek C. Abbott (No. 3376)
        Ann C. Cordo (No. 4817)
        Tamara K. Minott (No. 5643)
        1201 North Market Street, 18th Floor
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

        *Counsel for the Debtors and Debtors in Possession*

Dated: September 5, 2012
       Wilmington, Delaware

6368019