**SERVICE LIST**

**By Facsimile**

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
Fax: 302-652-4400

Mary F. Caloway Esq.
P.J. Duhig Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
Fax: 302-651-7701

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497

Bonnie Glantz Fatell
Victoria Guilfoyle
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Fax: 302-425-6464

Allison M. Dietz, Esq.
Heather L. Donald, Esq.
Michigan Dept. of Attorney General
3030 W. Grand Blvd.
Detroit, MI 48202
Fax: 313-456-0141

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
Fax: 212-610-6399

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
MILBANK, TWEED, HADLEY &
MCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005
Fax: 212-822-5219

Robert J. Keach, Esq.
Paul McDonald, Esq.
Daniel J. Murphy, Esq.
Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Fax: 207-774-1127