IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket No. 7590 |
| | ) Objection Deadline: May 16, 2012 at 4:00 PM |

## CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH APPLICATION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR REIMBURSEMENT OF EXPENSES INCURRED BY COMMITTEE MEMBERS

The undersigned counsel hereby certifies that, as of the date hereof:

1. She has received no answer, objection, or other responsive pleading to the Fourth Application of the Official Committee of Long Term Disability Participants for Reimbursement of Expenses Incurred by Committee Members (the "Application") (Docket No. 7590) filed on April 25, 2012.

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served by May 16, 2012 (the "Objection Deadline"). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

section 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

3. The Application requested reimbursement of expenses in the amount of $1,686.99. As noted above, no objections were received to the expense request.

Dated: September 5, 2012  
Wilmington, DE

ELLIOTT GREENLEAF

*(signature)*

Rafael X. Zahralddin-Aravena (DE No. 4166)  
Shelley A. Kinsella (DE No. 4023)  
1105 N. Market Street, Ste 1700  
Wilmington, DE 19801  
Telephone: (302) 384-9400  
Facsimile: (302) 384-9399  
Email: rxza@elliottgreenleaf.com  
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*