**CERTIFICATE OF SERVICE**

      I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim by and between Canal View Properties III, LLC and Nortel Networks Inc.** was caused to be made on September 5, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: September 5, 2012　　　　　　　　　　　　　　　*/s/ Tamara K. Minott*
Wilmington, DE　　　　　　　　　　　　　　　　　　　Tamara K. Minott (No. 5643)