IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
              Debtors. : Jointly Administered
:
------------------------------------------------X

### NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

Cleayton J. Mills hereby withdraws his proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 5464).

Dated: Ivanhoe, TX
       July 30, 2012

                                            Cleayton J. Mills
                                            _____
                                            942 CR 2100
                                            Ivanhoe, TX 75447
                                            Tel. 903-664-3062
                                            jcmills@hughes.net

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2012 AUG 7 AM 11:05:13

# STATUTORY DURABLE POWER OF ATTORNEY

## OF

## CLEAYTON MILLS, SR.

Prepared by:

Law Office of Elizabeth A. Robertson, PLLC
709 N. Center St
Bonham, Texas 75418

903-583-3937
903-583-2562 (facsimile)

## STATUTORY DURABLE POWER OF ATTORNEY

**NOTICE:** THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE DURABLE POWER OF ATTORNEY ACT, CHAPTER XII, TEXAS PROBATE CODE. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I, CLEAYTON MILLS, SR., my address being 942 CR 2100, Ivanhoe, Texas 75447, appoint my wife, JANICE MILLS, whose address is 942 CR 2100, Ivanhoe, Texas 75447, as my agent (hereinafter referred to as "agent") to act for me in any lawful way with respect to all of the following powers except for a power that I have crossed out below. If JANICE MILLS dies, becomes legally disabled, resigns, or refuses to act, I appoint my son, STEVEN MILLS, whose address is 880 CR 2100, Ivanhoe, Texas 75447 as my agent.

TO WITHHOLD A POWER, YOU MUST CROSS OUT EACH POWER WITHHELD.

Real property transactions;
Tangible personal property transactions;
Stock and bond transactions;
Commodity and option transactions;
Banking and other financial institution transactions;
Business operating transactions;
Insurance and annuity transactions (provided that my agent shall specifically **not** have the power to designate or change the beneficiary of any annuity or contract of insurance on my life);
Estate, trust and other beneficiary transactions;
Claims and litigation;
Personal and family maintenance;
Benefits from social security, Medicare, Medicaid, or other governmental programs or civil or military service;
Retirement plan transactions (provided that my agent shall specifically **not** have the power to designate or change the designation of a beneficiary or benefits payable by any of my retirement plans or IRAs);
Tax matters.

IF NO POWER LISTED ABOVE IS CROSSED OUT, THIS DOCUMENT SHALL BE CONSTRUED AND INTERPRETED AS A GENERAL POWER OF ATTORNEY, AND MY AGENT SHALL HAVE THE POWER AND AUTHORITY TO PERFORM OR UNDERTAKE ANY ACTION I COULD PERFORM OR UNDERTAKE IF I WERE PERSONALLY PRESENT.

## SPECIAL INSTRUCTIONS

**GIFTS:** Special instructions applicable to gifts (initial in front of the following sentence to have it apply):

_[initialed]_    I grant my agent the power to apply my property to make gifts, and specifically, my agent may make gifts of my property as enumerated in Sections (1) and (2) below under the heading ADDITIONAL POWERS.

**LIMITATIONS:** Notwithstanding any provision herein to the contrary, any authority granted to my agent shall be limited so as to prevent this power of attorney from causing my agent to be taxed on my income (unless my agent is my spouse) and from causing my assets to be subject to a general power of appointment by my agent, as that term is defined in Section 2041 of the Internal Revenue Code of 1986, as amended (the "Code").

**ADDITIONAL POWERS:** ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

In addition to the powers granted above, I grant to my agent all of the following powers:

(1) If I have initialed the line above granting my agent the power to apply my property to make gifts, then in addition to such power, I further grant to my agent the power to make gifts of any of my property to or to pay amounts on behalf of (including transfers which are made outright, in trust or otherwise) any one or more of my descendants (including my agent, if my agent is a descendant of mine) or to any charitable organization to which deductible gifts may be made under the income and gift tax provisions of the Code. Such gifts or amounts paid to my descendants shall include those which are excludible under Section 2503(b) or Section 2503(e) of the Code or those to which the split gift provisions of Section 2513 of the Code are expected to apply. Nothing herein shall be construed to require any court action whatsoever prior to making such gifts, nor to restrict such gifts to a situation in which it must be determined that I will remain incapacitated for the remainder of my lifetime. Notwithstanding the foregoing, the gifts made by a person who is serving as my agent under this instrument to himself or herself shall not exceed in the aggregate for any calendar year the greater of five thousand dollars ($5,000) or five percent (5%) of the fair market value of my estate (for U.S. gift tax purposes) as of December 31st of such calendar year; provided, however, if my agent is making gifts authorized by the following paragraph of this power of attorney in order to obtain or maintain eligibility for public health care benefits, then these limitations shall not apply.

(2) If I have initialed the line above granting my agent the power to apply my property to make gifts, and if my agent in my agent's sole discretion has determined that I need nursing home or other long-term medical care and that I will receive proper medical care whether I privately pay for such care or if I am a recipient of Title XIX (Medicaid) or other public benefits, then my agent shall have the power: (i) to take any and all steps necessary, in my agent's judgment, to obtain and maintain my eligibility for any and all public benefits and entitlement programs, including, if necessary, creating and funding a qualified income trust or special needs trust for me, my wife or a disabled child, if any; (ii) to transfer with or without consideration my assets to my wife and/or my descendants (if any), or to my natural heirs at law or to the persons named as beneficiaries under my last will and testament or a revocable living trust which I or my agent may have established, including my agent; and (iii) to enter into a personal services contract for my benefit, including entering into such contract with my agent, and even if doing so may be considered self-dealing. Such public benefits and entitlement

2

programs shall include, but are not limited to, Social Security, Supplemental Security Income, Medicare, Medicaid and Veterans benefits.

(3) The power to take legal action to compel third parties to recognize the validity of this instrument, and the power to sue for damages, both punitive and actual, in the case of a refusal by a third party to honor this power.

(4) The power to create for me (and with my wife as to any property owned by my wife or in which my wife has any interest which may be transferred) one or more revocable trusts (referred to as a "grantor trust") of which I am an income beneficiary and with such person or persons as my agent shall select as the trustee or co-trustees (including my agent or any corporate trustee having capital and surplus at the time of its appointment in excess of $10,000,000.00), without bond or other security, and with such other terms and provisions as my agent shall deem appropriate, including, but not limited to, provisions to minimize or eliminate any death or transfer taxes which may be imposed on my estate, any grantor trust, any beneficiary of my estate or any beneficiary of any grantor trust, and to grant to the trustee or co-trustees of any grantor trust any one or more of the powers granted to a trustee under the Texas Trust Code, as amended; provided, however, such trust agreement shall provide that I retain the power to revoke any such grantor trust, in whole or in part at any time, or that I have a general power of appointment over the assets of such grantor trust; and further provided that at my death the assets of any such grantor trust which would have constituted my community property if such assets had not been transferred to such grantor trust, together with all of such assets which would have constituted any separate property if such assets had not been transferred to such grantor trust, shall pass in a manner which is consistent with any existing estate plan which I may have previously instituted, including dispositions of my property by will, trust, beneficiary designation, or otherwise, and including the apportionment of taxes and other expenses, or if there is no person named in such grantor trust to whom such assets shall pass, then such assets shall be delivered to the personal representative of my estate. It is not my intention in granting the power enumerated in this paragraph to allow my agent to change in any way the persons who will be receiving the property of my estate or the overall scheme of my estate plan; rather, I am attempting to facilitate my agent's ability to save taxes or otherwise reduce the costs of administering my estate. If I have already established a grantor trust, or if my agent creates a grantor trust for me, this paragraph shall include the power to alter, amend or modify such grantor trust in a manner which is consistent with the provisions contained herein; and in addition, any such grantor trust created by me or by my agent may be revoked by my agent as long as such revocation results in a disposition of my estate which is consistent with my existing estate plan. Further, my agent shall have the power to transfer all or part of the interest I may own in any real property, stocks, bonds, accounts with financial institutions, insurance, and other property to the trustee of such grantor trust.

(5) The power to exercise my rights to manage the community estate of my wife and myself if I am married at such time (which power shall be presumptively exercised to its fullest extent unless otherwise provided), and the power to enter into partition or other marital agreements between my wife and me.

(6) The power to make, execute and deliver oil, gas and mineral leases upon all lands and mineral interests owned or claimed by me, wheresoever located, to such persons and upon such terms and conditions as my agent may deem advisable. Such oil, gas and mineral leases may be for such duration and contain such warranties of title, pooling and unitization provisions, and other special clauses as my agent may agree to upon my behalf. This power shall include the right to negotiate and contract for the sale of any such oil, gas and mineral lease or leases. I also give my agent the

3

power and authority to execute pooling or unitization agreements affecting any oil, gas or other mineral rights or interests owned or claimed by me, whether mineral fee interests, royalty interests or leasehold interests, so as to pool and combine any such interest or interests with the interests of others in the same or other lands, such agreements to be upon such terms and conditions and to contain such authorizations as my agent may deem advisable.

(7)   The power to appoint or substitute one or more agents to serve as my agent under this power of attorney; provided, however, such power shall be exercisable only by the then-serving agent (or if more than one agent is serving, by all such agents acting unanimously), and any such appointment or substitution shall override other provisions contained herein which may attempt to name one or more successor agents. Any such appointment or substitution may be revoked by me or my agent at any time and for any reason, and such appointment or substitution shall not terminate upon the death, disability, incapacity or resignation of my agent. Any such appointment or substitution shall be evidenced by acknowledged written instrument.

(8)   The power to represent me, and to appoint an agent or agents to represent me, before the Internal Revenue Service or any State or other taxing authority by completing, signing, and submitting IRS Form 2848 or any other governmental form.

**This power of attorney is effective immediately and is not affected by my subsequent disability or incapacity.**

I agree that any third party who receives a copy of this document may act under it. Revocation of the durable power of attorney is not effective as to a third party until the third party receives actual notice of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

I agree that any third party dealing with any alternate agent named hereunder may rely on a written and acknowledged affidavit signed by such alternate agent stating that all prior agents have died, become legally disabled, resigned or refused to serve, and no third party shall be required to investigate as to whether such affidavit is correct. Such affidavit need not state specific details regarding the reasons why the prior agents are not able to serve, but instead, such affidavit may simply state that such death, disability, resignation or refusal to act has occurred. I agree to indemnify the third party for any claims that arise against the third party because of reliance on such affidavit.

Signed on  04-04-08  , 2008.

_____
CLEAYTON MILLS, SR., Principal

**THE STATE OF TEXAS** §
§
**COUNTY OF FANNIN** §

   This instrument was acknowledged before me on _April 10_, 2008, by CLEAYTON MILLS, SR..



_Lizabeth A Robert_
Notary Public, State of Texas

   THE ATTORNEY IN FACT OR AGENT, BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

AFTER RECORDING RETURN TO:

CLEAYTON MILLS, SR.
942 CR 2100
Ivanhoe, Texas 75447

## Janice Mills

**From:** Davison, Jane [NNI] [Jane.Davison@nortel-us.com]
**Sent:** Monday, July 30, 2012 8:46 AM
**To:** jcmills@hughes.net
**Subject:** RE: Your Nortel Bankruptcy Claim #5463

2012 AUG 7 AM 11:05:08

Thank you for this information. I have noticed that you have two claims on file 5464 & 5463. I suggest that I update 5463 with the amount of 168,378.60 and withdraw claim #5464. I have created a withdrawal form enclosed for 5464. If you could please print, sign and send the original signed copy to:
Nortel
PO Box 13010
Research Triangle Park, NC 27709
Attn: Jane Davison

Could you also include a copy of the power of attorney documentation as well?

This will allow me to submit the withdrawal for the duplicate claim form.

Please let me know if you have any questions.

Regards –

Jane Davison
Nortel – U.S. Estate
(NEW E-MAIL ADDRESS)
919-905-4180

**From:** Janice Mills [mailto:jcmills@hughes.net]
**Sent:** Friday, July 27, 2012 11:06 AM
**To:** Davison, Jane [NNI]
**Subject:** RE: Your Nortel Bankruptcy Claim #5463

Good Morning Jane –

I am replying for my husband, Cleayton J. Mills, Sr – DOB 5/6/36
He has been dx'd with asphyxia and the beginnings of dementia.
I previously filed the proper power of attorney papers with Nortel so that I can speak and sign on his behalf.

4873 – last numbers of his social
147628 – Nortel ID number

Services Rendered – Pension amount due.

Non-qualified pension – 15 year certain
180 months were owed
120 months were paid
60 months still owed

The number submitted was not calculated on the pre tax amount.   and was incorrect.

7/30/2012

The pre tax amount paid monthly was $2806.31
60 months X $2806.31
Cleayton is owed $168,378.60

Thank you so much for your help – Janice C. Mills


**From: Davison, Jane [NNI]**
**Sent: Thursday, July 26, 2012 3:22 PM**
**To:**
**Subject:** Your Nortel Bankruptcy Claim #5463

I am an employee with the US Estate of Nortel and am working to resolve claims filed in the Nortel bankruptcy cases related to the US Estate. You filed a proof of claim that was assigned claim number 5463 (see enclosed). The claim did not indicate the basis (reason for the claim) (other than "Services Performed") or contain any documentation to support your claim. Please respond to this e-mail and provide your Nortel Global ID number, the amount that you are claiming and more detail about the basis of your claim, such as the specific name of the pension plan, severance or other employee benefits. Please also attach any documentation that you have to support the claim. Please respond no later than August 10, 2012. If you filed the claim in error, please respond to me if you did not intend to file it and want to withdraw it. If so, we can draft a specific withdrawal form for the claim, e-mail it to you, so you can print it and sign it, then send it back by regular mail (we need the original signed to file the withdrawal).

You will be notified by mail of any court action taken regarding your claim, so it is important that you keep your address current on the claims register. Changes of address for your claim can be provided to EPIQ Systems, Inc. by e-mailing Brian Hunt at

Thank you for your prompt attention to this matter –


Jane Davison
Nortel – U.S. Estate
                              **(NEW E-MAIL ADDRESS)**
919-905-4160

7/30/2012