IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                      :
In re                                                 :      Chapter 11
                                                      :
Nortel Networks Inc., et al.,[1]                      :      Case No. 09-10138 (KG)
                                                      :
                          Debtors.                    :      Jointly Administered
                                                      :
------------------------------------------------------X
```

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

Tam B Bui hereby withdraws his proofs of claim with prejudice in the above-caption cases (Proof of Claim Nos. 3305 & 6664).

Dated: Fountain Valley, CA
August 2, 2012

Tam B Bui

18575 Callens Cir
Fountain Valley, CA 92708
Tel. 408-688-4514
baotam75@hotmail.com

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.