**IN THE UNITED STATES BANKRUPTCY COURT**
2012 AUG 7 AM 11:04:23 **FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------X
                                             :
In re                                        :        Chapter 11
                                             :
Nortel Networks Inc., et al.,[1]             :        Case No. 09-12515 (KG)
                                             :
                        Debtors.             :        Jointly Administered
                                             :
-------------------------------------------------------X
```

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

Wen Hua Kao hereby withdraws his proofs of claim with prejudice in the above-caption cases (Proof of Claim Nos. 6413 & 6414).

Dated: San Diego, CA
      July 30, 2012

Wen Hua Kao

5161 Great Meadow Drive
San Diego, CA 92130
Tel. 858-793-7631  858-866-8245
peterkao@gmail.com

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.