IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                             :    Chapter 11
:
Nortel Networks Inc., et al.,[1]                  :    Case No. 09-10138 (KG)
:
            Debtors.                              :    Jointly Administered
:
---------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

James A. Biard hereby withdraws his proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 4189).

Dated: Raleigh, NC
       July 30, 2012

                                            James A. Biard
                                            _____
                                            3525 Mt Prospect Circle
                                            Raleigh, NC 27614
                                            Tel. 919-848-3792
                                            biardj@gmail.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.