2012 AUG 7 AM 11:03:30

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------X

*In re*                                       :        Chapter 11

Nortel Networks Inc., *et al.*,[1]             :        Case No. 09-10138 (KG)

                           Debtors.            :        Jointly Administered

                                               :

-----------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

Laurie McMahon hereby withdraws her proof of claim with prejudice in the

above-captioned cases (Proof of Claim No. 2453).

Dated: Greece, NY
       July 30, 2012

                                   Laurie McMahon

                                   281 Stonewood Ave
                                   Greece, NY 14616
                                   Tel. 585-214-9856
                                   lmmcmahon@rochester.rr.com

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## McMahon Family Scott Laurie Mac and Julia

**From:** "Davison, Jane [NNI]" <Jane.Davison@nortel-us.com>
**Date:** Monday, July 30, 2012 8:56 AM
**To:** "McMahon Family Scott Laurie Mac and Julia" <lmcmahon@rochester.rr.com>
**Attach:** Laurie McMahon Notice of Withdrawal of Proof of Claim.pdf
**Subject:** RE: Your Nortel Bankruptcy Claims #2453 & 2454

Hi Laurie —

Here is the withdrawal form for claim #2453.  Please print and sign the form and mail it back to me at this address:

Nortel
PO Box 13010
Research Triangle Park, NC 27709
Attn:  Jane Davison

Also, please feel free to contact me if you have any questions regarding claims.


Regards —

Jane Davison
Nortel — U.S. Estate
Jane.Davison@nortel-us.com  (NEW E-MAIL ADDRESS)
919-905-4160




**From:** McMahon Family Scott Laurie Mac and Julia [mailto:lmcmahon@rochester.rr.com]
**Sent:** Friday, July 27, 2012 12:27 PM
**To:** Davison, Jane [NNI]
**Subject:** Re: Your Nortel Bankruptcy Claims #2453 & 2454


Hi Jane,


That would be fine with me.


Thank you for your help!!


Laurie

**From:** Davison, Jane [NNI]
**Sent:** Friday, July 27, 2012 10:08 AM
**To:** McMahon Family Scott Laurie Mac and Julia
**Subject:** RE: Your Nortel Bankruptcy Claims #2453 & 2454

Hi Laurie —
I see where you were laid off on 9/14/2009.  I will note your claim #2453 & 2454 as being for severance and severance related benefits.  Unfortunately we do not have enough personnel in HR left to retrieve such paperwork, but, that is okay.  It is not absolutely needed.

8/1/2012