# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 8/2/2012 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 0.5 | $420 | $210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 8/9/2012 | Weekly employee claims call with Cleary and RLKS. | 1.0 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 8/16/2012 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.0 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 8/23/2012 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.0 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 8/28/2012 | Trade payable claims call with K. O'Neill of Cleary and M. Cilia of RLKS. | 0.5 | 420 | 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 8/30/2012 | Weekly employee claims call with M. Cilia of RLKS and J. Croft of Cleary. | 1.0 | 420 | 420.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 8/2/2012 | Updated claim objection analysis with detail from B. Hunt of Epiq. | 2.5 | 420 | 1,050.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 8/2/2012 | Reconciled and updated claim objection analysis and provided detailed objection comments to Epiq. | 2.4 | 420 | 1,008.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 8/6/2012 | Worked with A. Tsai of Epiq to update claim objection exhibits per comments from Cleary and RLKS. | 1.7 | 420 | 714.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 8/6/2012 | Updated claim objection analysis per comments from L. Bagarella of Cleary. | 1.7 | 420 | 714.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 8/7/2012 | Worked with A. Tsai of Epiq to prepare claim objection exhibits. | 2.3 | 420 | 966.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 8/8/2012 | Updated claim objection exhibits per comments from M. Cilia of RLKS. | 1.2 | 420 | 504.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 8/8/2012 | Reviewed the omnibus objection exhibits prepared by A. Tsai of Epiq and documented notes. | 2.5 | 420 | 1,050.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 8/14/2012 | Worked with A. Tsai of Epiq to update the claim objection exhibits per comments from J. Croft of Cleary. | 1.5 | 420 | 630.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 8/15/2012 | Worked with A. Tsai on preparing updated omnibus objection exhibits for J. Croft of Cleary. | 1.3 | 420 | 546.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 8/15/2012 | Reviewed updated claim objection exhibits provided by A. Tsai of Epiq. | 1.0 | 420 | 420.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 8/16/2012 | Investigated omnibus claim objection issues per request of J. Croft of Cleary. | 0.5 | 420 | 210.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 8/17/2012 | Worked with Cleary and Epiq to file the 28th omnibus objection. | 1.3 | 420 | 546.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 8/8/2012 | Nortel - June MOR correspondence. | 0.2 | 725 | 145.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 8/29/2012 | Nortel - June Form 26 - preliminary review. | 0.2 | 725 | 145.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 8/30/2012 | Nortel - complete review of June form 26 draft, comments to Huron director. | 0.7 | 725 | 507.50 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 8/30/2012 | Nortel - call with Huron director, discuss Form 26 review. | 0.1 | 725 | 72.50 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Matthew J. Fisher | 8/8/2012 | Review MOR and provide comments to C. Moore (Nortel) | 0.5 | 565 | 282.50 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Matthew J. Fisher | 8/29/2012 | Reviewed MOR draft and responded to C. Moore (Nortel) | 0.5 | 565 | 282.50 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Matthew J. Fisher | 8/30/2012 | Reviewed Form 26 draft (financial reporting of non-Debtor entities) and prepared comments to C. Moore (Nortel) | 0.5 | 565 | 282.50 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Michael Scannella | 8/22/2012 | Investigated certain case reporting items per request from J. Palmer (Cleary). | 0.8 | 350 | 280.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/2/2012 | Corresponded with M. DeCarli of MNAT regarding the monthly fee application CNO. | 0.3 | 420 | 126.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/14/2012 | Updated monthly fee application exhibits and report. | 1.5 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/14/2012 | Updated monthly fee application documents and provided to Huron managing director for signature. | 1.5 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/21/2012 | Updated quarterly fee application documents and exhibits and provided to Huron managing director for review. | 2.0 | 420 | 840.00 |
| 6 | Retention and Fee Applications | James Lukenda | 8/15/2012 | Nortel - review and sign-off monthly fee statement. | 0.3 | 725 | 217.50 |
| 6 | Retention and Fee Applications | James Lukenda | 8/21/2012 | Nortel - review 14th quarterly application, comments to Huron manager. | 0.1 | 725 | 72.50 |
| 6 | Retention and Fee Applications | James Lukenda | 8/21/2012 | Nortel - sign-off quarterly fee application. | 0.1 | 725 | 72.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 8/2/2012 | Updated the preference summary with settlement information from K. Sidhu of Cleary. | 0.5 | 420 | 210.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 8/17/2012 | Provided K. Sidhu of Cleary with latest preference analysis. | 0.3 | 420 | 126.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 8/22/2012 | Investigated certain preference issues per request of B. Gibbon of Cleary. | 0.4 | 420 | 168.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/1/2012 | Investigated employee claim issues with D. Ray of Nortel. | 1.3 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/1/2012 | Worked with B. Hunt of Epiq to compile employee claim information. | 1.7 | 420 | 714.00 |

NORTEL EXHIBIT A - TIME DETAILS PERIOD AUGUST 1, 2012 THROUGH AUGUST 31, 2012

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/1/2012 | Updated employee claims analysis with updated database information. | 2.1 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/2/2012 | Reviewed employee claim communication documents and provided comments to Cleary. | 1.8 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/6/2012 | Investigated employee claim issues per request from J. Croft of Cleary. | 1.8 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/6/2012 | Reviewed employee claim communication report prepared by B. Hunt of Epiq. | 1.4 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/7/2012 | Reviewed employee claim communication report and worked with Huron analyst regarding the same. | 1.1 | 420 | 462.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/9/2012 | Reviewed updated employee claims analysis provided by D. Parker of Nortel. | 2.5 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/13/2012 | Reviewed updated employee claims analysis provided by D. Parker of Nortel. | 1.7 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/13/2012 | Updated employee claims analysis based on information provided by D. Parker of Nortel. | 1.9 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/13/2012 | Updated employee claim estimates and provided to M. Cilia of RLKS. | 2.3 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/13/2012 | Prepared various employee claim analyses for M. Cilia of RLKS. | 2.1 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/14/2012 | Reviewed employee claim documentation correspondence from J. Croft and M. Cilia of RLKS. | 1.0 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/14/2012 | Reviewed second round of employee claim documents prepared by M. Cilia of RLKS. | 1.8 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/15/2012 | Prepared employee claim analysis and provided to J. Croft of Cleary and M. Cilia of RLKS. | 1.8 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/15/2012 | Investigated certain claim and objection issues per request of J. Croft of Cleary and M. Cilia of RLKS. | 1.3 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/15/2012 | Investigated various employee claim issues per request of J. Croft of Cleary. | 1.7 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/16/2012 | Investigated employee claim issues per request of J. Croft of Cleary. | 1.3 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/16/2012 | Updated employee claims analysis per request of J. Croft of Cleary. | 0.8 | 420 | 336.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/16/2012 | Reviewed and updated claims analysis per information provided by Nortel. | 2.1 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/17/2012 | Reconciled employee claims analysis against updated information provided by Nortel. | 2.4 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/20/2012 | Reviewed employee letter communication report provided by A. Tsai of Epiq. | 2.4 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/21/2012 | Updated employee claims analysis based on employee communications sent from A. Tsai of Epiq. | 2.3 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/21/2012 | Prepared employee claim exhibit for J. Croft of Cleary. | 0.8 | 420 | 336.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/22/2012 | Reconciled employee claim issues per request of J. Croft of Cleary. | 1.9 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/22/2012 | Updated employee claims analysis and reconciled against employee communication documents. | 2.2 | 420 | 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/23/2012 | Corresponded with M. Cilia of RLKS and J. Croft of Cleary regarding employee claim documents. | 1.5 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/23/2012 | Confirmed employee claim numbers per request of M. Cilia of RLKS. | 0.4 | 420 | 168.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/23/2012 | Updated employee claims analysis and provided results to Cleary. | 2.1 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/30/2012 | Reconciled employee claim issues posed by M. Cilia of RLKS and followed up with D. Parker of Nortel. | 2.1 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/31/2012 | Worked with D. Parker of Nortel to reconcile employee claim issues. | 0.9 | 420 | 378.00 |
| 16 | Unsecured Claim Analysis | Jason D. Kirshner | 8/8/2012 | Reconciled employee claim communication documents and updated analysis. | 2.1 | 250 | 525.00 |
| 16 | Unsecured Claim Analysis | Jason D. Kirshner | 8/9/2012 | Reconciled employee claim communication documents and updated analysis. | 2.0 | 250 | 500.00 |
| 16 | Unsecured Claim Analysis | Jason D. Kirshner | 8/15/2012 | Reconciled employee claim communication documents and updated analysis. | 0.7 | 250 | 175.00 |
| 16 | Unsecured Claim Analysis | Jason D. Kirshner | 8/21/2012 | Reconciled employee claim communication documents and updated analysis. | 0.8 | 250 | 200.00 |
| 25 | Case Administration | James Lukenda | 8/15/2012 | Nortel - update file and work stream status. | 0.3 | 725 | 217.50 |