# EXHIBIT A

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1, 2012 through August 31, 2012

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** | John Ray

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 8/1/2012 | 8/31/2012 |
| **Enter Billing Rate/Hr:** | 515.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | | | |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 176.6 | $515.00 | $90,949.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 3.3 | $515.00 | $1,699.50 |
| 5 | Fee Applications | 8.6 | $515.00 | $4,429.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 15.5 | $257.50 | $3,991.25 |
| | **Hours/Billing Amount for Period:** | **204.0** | | **$101,068.75** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 8/1/2012 | Hearing in Delaware; meetings prior | 3 | 5.2 |
| 8/1/2012 | RTP matters; lease | 3 | 2.0 |
| 8/1/2012 | June MOR | 3 | 1.3 |
| 8/1/2012 | Discovery matters re pending motions | 3 | 1.0 |
| 8/1/2012 | WPB remediation | 3 | 1.2 |
| 8/1/2012 | Gillen matter | 3 | 0.3 |
| 8/1/2012 | IT proposal | 3 | 0.3 |
| 8/1/2012 | Travel from hearing to NY | 7 | 2.0 |
| 8/2/2012 | 401 k termination | 3 | 3.2 |
| 8/2/2012 | Retiree matters | 3 | 4.0 |
| 8/2/2012 | Travel from NY | 7 | 4.5 |
| 8/3/2012 | RTP proposal | 3 | 3.0 |
| 8/3/2012 | LTD matters | 3 | 1.0 |
| 8/3/2012 | Escrow release matter | 3 | 0.3 |
| 8/3/2012 | RTP matters; lease | 3 | 1.0 |
| 8/3/2012 | Deferred comp matters | 3 | 2.3 |
| 8/3/2012 | Ciena matter | 3 | 1.0 |
| 8/3/2012 | Claims review; reconciliation | 3 | 2.5 |
| 8/4/2012 | EMEA claims matters; motions | 3 | 3.0 |
| 8/4/2012 | Cross border claims matters | 3 | 1.2 |
| 8/4/2012 | RTP lease matter | 3 | 1.3 |
| 8/6/2012 | Case management call | 3 | 2.0 |
| 8/6/2012 | UCC call | 4 | 1.3 |
| 8/6/2012 | RTP calls; term sheet review | 3 | 2.0 |
| 8/6/2012 | Discovery matters re pending motions | 3 | 2.0 |
| 8/6/2012 | WPB matter | 3 | 1.3 |
| 8/6/2012 | benefit matters; 401k plan | 3 | 1.0 |
| 8/7/2012 | RTP lease matter | 3 | 2.3 |
| 8/7/2012 | NC tax matters | 3 | 2.3 |
| 8/7/2012 | Mediation matters; chambers call | 3 | 2.0 |
| 8/7/2012 | Deferred comp matters | 3 | 1.8 |
| 8/7/2012 | MOR review | 3 | 1.3 |
| 8/7/2012 | LTD matters; proposal from LTD | 3 | 1.0 |
| 8/7/2012 | Financial review 1st half | 3 | 2.0 |
| 8/8/2012 | Mediation matters | 3 | 2.3 |
| 8/8/2012 | LTIP termination | 3 | 1.0 |
| 8/8/2012 | RPT lease | 3 | 2.3 |
| 8/8/2012 | Tax matters; Michigan; California | 3 | 1.0 |
| 8/8/2012 | Retiree responses re discovery | 3 | 2.3 |
| 8/9/2012 | EMEA claims matters | 3 | 3.0 |
| 8/9/2012 | RTP lease matter | 3 | 2.2 |
| 8/9/2012 | Call with UCC and Bonds re RTP | 3 | 1.0 |
| 8/9/2012 | Prepare July fee app | 5 | 4.8 |
| 8/10/2012 | Retiree proposal re structure | 3 | 1.0 |
| 8/10/2012 | Update from K Schultea re several pending matters re benefits | 3 | 1.0 |

# NORTEL TIME SHEET

## John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 8/13/2012 | Case management call | 3 | 1.3 |
| 8/13/2012 | UCC call | 4 | 1.0 |
| 8/13/2012 | EY call re tax matters | 3 | 1.2 |
| 8/13/2012 | Benefits update | 3 | 1.0 |
| 8/13/2012 | Tax matters re Michigan and California | 3 | 1.0 |
| 8/13/2012 | LTIP QRDRO matter | 3 | 0.5 |
| 8/13/2012 | Renewal of benefits questions | 3 | 1.0 |
| 8/13/2012 | RTP calls; term sheet review | 3 | 2.5 |
| 8/14/2012 | RTP call with JCI | 3 | 2.0 |
| 8/14/2012 | RTP term sheet review and revise | 3 | 2.0 |
| 8/14/2012 | Retiree matters re discovery | 3 | 2.2 |
| 8/14/2012 | LTD objection review | 3 | 0.3 |
| 8/14/2012 | MOR finalization | 3 | 0.3 |
| 8/14/2012 | Discovery call with counsel | 3 | 1.0 |
| 8/14/2012 | Various benefits matters | 3 | 1.2 |
| 8/14/2012 | Call with Cleary re EMEA motion | 3 | 1.0 |
| 8/14/2012 | Mediation matters | 3 | 1.3 |
| 8/15/2012 | Call with retiree committee re structure | 3 | 2.5 |
| 8/15/2012 | RTP matter | 3 | 1.0 |
| 8/15/2012 | Retiree discovery work | 3 | 1.4 |
| 8/15/2012 | 28th omnibus | 3 | 1.0 |
| 8/15/2012 | EMEA claims; review pleadings | 3 | 2.3 |
| 8/16/2012 | NC tax matter | 3 | 2.0 |
| 8/16/2012 | RTP lease matter | 3 | 3.6 |
| 8/16/2012 | Retiree and LTD matter preparation; discovery | 3 | 5.0 |
| 8/17/2012 | WPB remediation | 3 | 1.0 |
| 8/17/2012 | Mediation matters | 3 | 3.3 |
| 8/17/2012 | EMEA claims | 3 | 1.0 |
| 8/17/2012 | Deferred comp matter motions | 3 | 1.2 |
| 8/17/2012 | Retiree and LTD discovery | 3 | 4.0 |
| 8/17/2012 | Preference maters | 3 | 0.3 |
| 8/20/2012 | Case management call | 3 | 1.0 |
| 8/20/2012 | Retiree and LTD discovery matters | 3 | 5.0 |
| 8/20/2012 | Flight to Toronto for mediation matters | 7 | 4.5 |
| 8/21/2012 | Prepare for and attend meeting with mediator | 3 | 7.0 |
| 8/21/2012 | Flight from Toronto | 7 | 4.5 |
| 8/22/2012 | Retiree discovery responses; review | 3 | 4.0 |
| 8/22/2012 | Tax matters | 3 | 1.0 |
| 8/22/2012 | EMEA data conf agreement | 3 | 0.3 |
| 8/22/2012 | Prepare quarterly fee app | 5 | 3.0 |
| 8/23/2012 | Retiree discovery responses | 3 | 3.0 |
| 8/23/2012 | July MOR | 3 | 1.0 |
| 8/24/2012 | Prepare and file quarterly fee app | 5 | 0.8 |
| 8/27/2012 | Case management call | 3 | 1.2 |
| 8/27/2012 | Retiree scheduling order | 3 | 1.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter<br>Date | Description | Project<br>No. (1-6) | Hours/<br>Minutes<br>Worked |
|---|---|---|---|
| 8/27/2012 | LTD order | 3 | 1.0 |
| 8/27/2012 | Deferred comp pleadings | 3 | 1.0 |
| 8/28/2012 | RTP lease re Genband | 3 | 1.0 |
| 8/28/2012 | Call with K Schultea re Iron Mountain scheduling; benefits matters | 3 | 1.0 |
| 8/29/2012 | Call with Cleary re discovery | 3 | 2.0 |
| 8/29/2012 | Genband lease; communicate with Cleary | 3 | 0.3 |
| 8/29/2012 | Call with Bondholder | 4 | 1.0 |
| 8/29/2012 | Retiree and LTD matters; discovery, scheduling, mediation | 3 | 1.0 |
| 8/29/2012 | Retiree and LTD matters; discovery, scheduling, mediation | 3 | 5.3 |
| 8/29/2012 | Radware | 3 | 4.3 |
| 8/29/2012 | Retiree and LTD matters; discovery, scheduling, mediation | 3 | 3.0 |
| 8/29/2012 | MOR and form 26 | 3 | 0.8 |
| 8/30/2012 | APAC signatures re additional closing documents | 3 | 1.2 |
| 8/30/2012 | MOR changes | 3 | 0.3 |
| 8/30/2012 | Retiree and LTD discovery | 3 | 4.0 |
| 8/31/2012 | Retiree and LTD discovery matters | 3 | 3.3 |