**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1, 2012 through August 31, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    673.77 |
| Travel – Lodging | | 1,630.95 |
| Travel – Meals | | - |
| Travel – Car Service | | 200.00 |
| Travel – Parking | | 58.00 |
| Office supplies, shipping, and other office related expenses | | 169.81 |
| PACER | | - |
| TOTAL | | $  2,732.53 |

# Nortel Expense Report

**PERIOD:** August 1, 2012 through August 31, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 9/2/2012 | New York Trip - Hotel | | $ 509.00 | | | | | |
| 9/2/2012 | New York Trip - Hotel tax | | $ 103.07 | | | | | |
| 8/20/2012 | Toronto Trip - Air fare | $ 346.30 | | | | | | |
| 8/20/2012 | Toronto Trip - Car service | | | | $ 100.00 | | | |
| 8/20/2012 | Toronto Trip - Hotel | | $ 509.44 | | | | | |
| 8/21/2012 | Toronto Trip - Hotel | | $ 509.44 | | | | | |
| 8/21/2012 | Toronto Trip - Car service | | | | $ 100.00 | | | |
| 8/21/2012 | Toronto Trip - Air fare | $ 327.47 | | | | | | |
| 8/21/2012 | Toronto Trip - Parking | | | | | $ 58.00 | | |
| 8/31/2012 | Wireless roaming charges - Toronto | | | | | | $ 84.86 | |
| 8/31/2012 | WiFi | | | | | | $ 50.00 | |
| 8/31/2012 | Aircell | | | | | | $ 34.95 | |