IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) **Objection Deadline: Sept 26, 2012 at 10a.m.** |
| | ) **Hearing Date:          Oct. 3, 2012 at 10 a.m.** |
| | **RE:                         Docket #s 8066, 8067** |

## NORTEL US LTD EMPLOYEES MOTION COMPELLING DEBTORS TO DISCLOSE CRITICAL RISK/BENEFIT INFORMATION TOWARDS DISCERNMENT OF VIABILITY OF A TRANSITION FROM LTD PLANS TO RETIREE PLAN

Nortel US Long-Term Disabled (LTD) Employees signed herein of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submit this motion compelling Debtors to disclose critical information inclusive of explicit identification of both "risks" and "benefits" of a transition from Debtors LTD Plans to Debtors Retiree Plan. Further, we are compelling the Debtors to actively work with the Pension Benefit Guarantee Corporation (aka PBGC, a U.S. Government Agency) to open up the information flow to Nortel US LTD Employees. This is especially vital information for LTD employees that are now/or near 55 years of age or older as that is the eligibility criteria presented by the Debtors for rollover into Debtors Retiree Plan. We require this input so we can make educated choices (the "Motion"). In support of this Motion, Nortel US LTD Employees signed herein respectfully represent as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**BACKGROUND**

1.     On July 30, 2012 the Debtors filed "Motion To Authorize Debtors Motion for Entry of an Order Terminating Retiree Benefits and Approving a Settlement Proposal Pursuant to 11 U.S.C. § 1114 (the "Motion") [D.I. 8066].

Please refer to Paragraph heading of "Retirement Eligible Employees" on Page 16 of Section D-The Proposal, which states " The Order shall not result in the loss or waiver of any right of current employees of the Debtors as of the Effective Date, including those currently receiving employer-paid long-term disability benefits (the "LTD Employees"), or former employees of the Debtors to participate in the Proposal, which right to participate and receive benefits or payments thereunder shall be based on the individual's eligibility to receive Benefits under the Retiree Welfare Plans as of the Effective Date, provided that in order to preserve any such right, such employees must make an election to participate in the Retiree Welfare Plans for which they are eligible within thirty (30) days after the Effective Date and any such election made from the Effective Date through the Termination Date shall be effective as of the Termination Date. <u>In order for a current employee, including an LTD Employee, to elect to receive benefits under the Retiree Welfare Plans as of the Effective Date, such employee must voluntarily terminate their employment with the Debtors (unless such employee was terminated pursuant to the LTD Plan Termination Motion) and relinquish the right to receive benefits under the plans and programs available to current employees, including, without limitation, income continuation benefits pursuant to the Nortel Networks Inc. Long-Term Disability Plan, consistent with the plan terms and prior practice.</u>

2

2.      On July 30, 2012 the Debtors filed "Debtors Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees (the "Motion") [D.I. 8067].

Please refer to Paragraph #11 on Page 6 of Section A-The LTD Plans, which states "There are currently 215 LTD Employees receiving Benefits under the LTD Plans. As an administrative matter, and consistent with the terms of the LTD Plans, the Debtors list employees on long-term disability under the LTD Plan as "current" employees even though the employees are not presently actively working full-time or part-time at the Debtors. <u>Although there are currently 142 LTD Employees who are eligible to elect to retire and thus receive benefits under the Retiree Plans, those employees have not yet made such an election, which would entitle them to benefits under the Retiree Welfare Plans but cause them to lose their Benefits</u>."

## **RELIEF REQUESTED**

3.      We request the Debtors explicitly identify both the associated "risks" and "benefits" were Nortel US LTD Employees to elect to transition from Debtors LTD Plans to the Debtors Retiree Plan as specified in the above mentioned motions (D.I.s 8066 and 8067).

4.      We request the Debtors actively work with PBGC so that the information flow is opened up and vital pension benefit projections are made readily accessible to Nortel US LTD Employees in a timely manner.

## BASIS FOR RELIEF

5. To date Nortel US LTD Employees have not received sorely needed information to make an educated choice around whether or not to voluntarily transition to the Debtors Retiree Plan. It has not been identified as to the scope of relinquishment of our rights to receive "benefits under the plans and programs available to current employees". What other plans and programs available to current employees will be affected and how? (ex. Nortel Severance Plan, Life Insurance, Deferred Compensation, Workmen's Compensation, etc).

6. From the beginning the Debtor has kept the Retiree and LTD employees compartmentalized and treated as unequal entities. The motion to Terminate Retiree Benefits (D.I. 8066) was the first time any of the LTD employees obtained information on any proposal to the Retiree's and we are not sure what it means nor how it will affect LTD employees should they transition into the Debtors Retiree Plan. The devil is in the details: What would we gain or loose? How would our benefits such as income replacement, medical, etc. be compensated for?

7. Nortel US LTD Employees have consistently been unable to obtain pension benefit estimates from PBGC. PBGC has repeatedly made verbal statements to callers <u>that information from Nortel was needed prior to PBGC being able to assist LTD Employees</u>. Some Nortel US LTD Employees have enlisted the help of their Senators and/or Congressmen. Early pension disbursement estimates from PBGC are required so Nortel US LTD Employees can understand the affect on their income. We are currently being denied view to our pension estimates.

8. Nortel US LTD Employees are being pushed into an unjust corner as Debtors play out the carrot and stick scenario. On one hand, the Debtors proffer <u>an unquantified benefit via transitioning to the Debtors Retiree Plan</u> or endure the Debtors pursuit to terminate benefits of already approved Long-Term Disability claims.

## NOTICE

1. Notice of this Motion has been provided to the US Bankruptcy Court, Delaware and the Debtors via first class mail. Other parties will receive notice through the Court's electronic filing system. The Nortel US LTD Employees signed herein respectfully submit that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Nortel US LTD Employees signed herein respectfully request this Court grant this Motion and relief request herein compelling the Debtors to disclose critical information inclusive of explicit identification of both "risks" and "benefits" were Nortel US LTD Employees to transition to Debtors Retiree Plan as well as compelling Debtors to actively work with the Pension Benefit Guarantee Corporation to open up the information flow to Nortel US LTD employees so that LTD employees that are now/or near 55 years of age or older (as that is the eligibility criteria presented by the Debtors for rollover into Debtors Retiree Plan) can make educated choices for such life-impacting decisions.


Dated: September 6, 2012            _____
                                    Nortel US LTD Employees electronically signed

/s/ Clarence E. Adams, 432 Lower Thrift Road, New Hill, NC 27562

/s/ Michael Alms, 4944 Elm Island Circle, NC Waterford, WI 53185

/s/ Janet Bass, 1228 Moultrie Court, Raleigh, NC 27615

/s/ Brent Beasley, 541 Ammons Rd, Dunn, NC 28334

/s/ Jeffrey B. Borron, 13851 Tanglewood Dr., Farmers Branch, TX 75234

/s/ Roger G. Carlsen, 390 E. Paseo Celestial, Sahuarita, AZ 85629

/s/ Daniel D. David, 2105 Possum Trot Rd, Wake Forest, NC 27587

/s/ Najam U. Dean, 6 Augusta Drive, Millbury, MA 01527

/s/ Robert Dover, 2509 Quail Ridge Rd, Melissa, TX 75454

/s/ John S. Elliott, 6 Grouse Lane, Merrimack, NH 03054

/s/ Richard Engelman, 1505 Nevada Drive, Plano, TX 75093

/s/ Nanette Faison, 981 Kittrell Road, Kittrell, NC 27544

/s/ Bert Fletcher, 35 Broomhill Court, Clayton, North Carolina 27527

/s/ Bruce Francis, 5506 Lake Elton Road, Durham, NC 27713

/s/ Barbara Gallagher, 410 West Acres Road, Whitesboro, TX 76273

/s/ Gary W. Garrett, 4093 Hogan Drive, Apt. 4114, Tyler, TX 75709

/s/ Marilyn Green, 1106 Boston Hollow Rd. Ashland City, Tennessee 37015

/s/ Crickett Grissom, 2580 W. Porter Creek Ave, Porterville, CA 93257

/s/ Edward G. Guevarra, 11007 Scripps Ranch Blvd, San Diego, CA 92131

/s/ Brad Henry, 11596 W.Sierra Dawn Blvd, Lot386, Surprise, Arizona 85378

/s/ Richard B. Hodges, 913 Windmere Lane, Wake Forest, NC 27587

/s/ Mary Holbrook, 1181 Grey Fox Ct., Folsom, CA. 95630

/s/ James Hunt, 8903 Handel Loop, Land O Lakes FL, 34637

/s/ Dianna Irish, 235 Atrium Court, Warner Robins, GA 31088

/s/ Mark R. Janis, 193 Via Soderini, Aptos, CA 95003

/s/ Deborah Jones, PO Box 458, Willow Spring, NC 27592

/s/ Peter Lawrence, 16295 Via Venetia W, Delray Beach, FL 33484

/s/ James Jerome Lee, 1310 Richmond Street, El Cerrito, CA 94530

/s/ Kerry Logan, 16449 Nelson Park Dr Apt#105 Clermont FL 34714

/s/ Vernon Long, 4929 Kelso Lane, Garland, TX 75043

/s/ Michael S. McWalters, PO Box 338, Alviso, CA 95002

/s/ Reid Mullett, 4224 Thamesgate Close, Norcross, GA. 30092

/s/ Kaushik Patel, 5665 Arapaho Rd. Apt. # 1023, Dallas, Texas, 75248

/s/ Mark A. Philips, 6117 Trevor Simpson Drive, Lake Park, NC 28079

/s/ Carol Raymond, 7962 S.W. 185 St. Miami, FL 33157

/s/ William A. Reed, 7810 Heaton Drive, Theodore, Al 36582-2362

/s/ Michael D. Rexroad, 5244 Linwick Drive, Fuquay Varina, NC 27526

/s/ Ronald J. Rose Jr., 26 Pheasant Run, Ballston Spa, NY 12020

/s/ John J. Rossi, 1568 Woodcrest dr., Wooster, Ohio 44691

/s/ Brenda L. Rohrbaugh, 2493 Alston Drive, Marietta, GA 30062

/s/ Cynthia Ann Schmidt, PO Box 119, Oregon House, CA 95962

/s/ Judy A. Schultheis, 2201 Sweetbriar Drive, Alexandria, VA 22307-1523

/s/ Lynette Kay Seymour, 16711 Rivendell Lane, Austin, TX 78737

/s/ Chad Soriano, 8974 Hickory Ave., Hesperia, CA 92345

/s/ Wayne Schmidt, 5346 S. Mohave Sage Drive, Gold Canyon, AZ 85118

9

/s/ Michael R. Thompson, 564 Candia Road, Candia, NH 03034

/s/ Carmel Totman, 164 Berton Street, Boone, NC 28607

/s/ Caroline Underwood, 2101 Emerson Cook Rd., Pittsboro, NC 27312

/s/ Claudia Vidmer, 213 Orchard Lane, Glen Ellyn, IL 60137

/s/ Adella Venneman, 5269 Rio Grande Drive, San Jose, CA 95136

/s/ Jerry Wadlow, PO Box 79, Wewoka, OK 74884

/s/ Thelma Watson, PO Box 971, Bath, SC 29816

/s/ Nancy Wilson, 7101 Chase Oaks Blvd #1637 Plano, Texas 75025

/s/ Sue Widener, 260 N. Tomahawk Island Dr, Portland, OR 97217

/s/ Paul D. Wolfe, 113 Red Drum Ln., Gloucester, NC 28528

/s/ Kim M. Yates, 207 Tomato Hill Road, Leesburg, FL 34748

*Appearing Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[2] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) **Re: Docket No. 8066, 8067** |

**NORTEL US LTD EMPLOYEES MOTION COMPELLING DEBTORS TO DISCLOSE CRITICAL RISK/BENEFIT INFORMATION TOWARDS DISCERNMENT OF VIABILITY OF A TRANSITION FROM LTD PLANS TO RETIREE PLAN**

Upon consideration of the Motion by the Nortel US LTD Employees for entry of an order compelling the Debtors to disclose explicit "risks" and "benefits" of transitioning from Debtors LTD Plans to Debtors Retiree Plan and compelling the Debtors to work with PBGC to open up the information flow so that LTD employees that are now/or near 55 years of age or older (as that is the eligibility criteria presented by the Debtors for rollover into Debtors Retiree Plan) can make educated choices for such life-impacting decisions (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted.

Dated: _____,2012
       Wilmington, Delaware

HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2