# EXHIBIT A

**PROPOSED FORM OF ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
          Debtors. : Jointly Administered
:
: <u>Hearing Date</u>: TBD
: <u>Objection Deadline</u>: **Prior to or at the Hearing**
---------------------------------------------------------------X

**ORDER GRANTING THE DEBTORS' MOTION FOR ENTRY OF AN ORDER
UNDER 11 U.S.C. §§ 102(1) AND 105 ELIMINATING, OR IN THE
ALTERNATIVE, SHORTENING NOTICE RELATING
TO DEBTORS' CONSENT MOTION FOR ENTRY OF AN ORDER (A) APPROVING
SUBPOENA IN A CONTESTED MATTER TO THE NORTEL NETWORKS
INC. RETIREE MEDICAL PLAN AND (B) AMENDING THE SCHEDULING
ORDER FOR HEARING ON DEBTORS' PROCESS TO TERMINATE
<u>RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114</u>**

Upon the motion (the "<u>Motion to Shorten</u>"),[2] of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), pursuant to sections 102(1) and 105 of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), requesting an order eliminating, or in the alternative, shortening notice to allow the *Debtors' Consent Motion for Entry of an Order (A) Approving Subpoena in a Contested Matter to the Nortel Networks Inc. Retiree Medical Plan and (B) Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Retiree*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

*Benefits Pursuant to 11 U.S.C. § 1114* (the "Retiree Motion") to be considered at the Court's earliest convenience; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Shorten having been provided to the parties listed therein and no adverse interest being affected; and after due deliberation and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is **GRANTED** as set forth herein.

2. No hearing is required to consider the Retiree Motion.

3. The Retiree Motion will be considered at the hearing scheduled on _____.

4. Objections, if any, to the Retiree Motion may be raised at any time prior to or at the hearing on the Motion to Shorten.

5. This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: _____, 2012
       Wilmington, Delaware

                                         _____
                                         THE HONORABLE KEVIN GROSS
                                         CHIEF UNITED STATES BANKRUPTCY JUDGE