United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Nortel Networks, Inc. et al | } Chapter 11 |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| <u>Debtor</u> | } |

**NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER**

PLEASE TAKE NOTICE that the Notice of Transfer for **Diedra S. Yoe** (related Docket No. 8369) by Liquidity Solutions Inc is hereby withdrawn.

<u>By/s/Jeff Caress</u>
Liquidity Solutions Inc
(201) 968-0001

2000078