Ronald P Elias am Formally Submitting My Objection For the Nortel Networks Inc. Case Number 09-10138 (KG) to terminate the long-term disability plan.

My Contact Information is As Follows.

8300 NW 10th #156
Oklahoma City, OK  73127

Phone #(615) 500 - 4991

Ronald P Elias