IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **RE: D.I.s 8066, 8084, 8121**
:
---------------------------------------------------------X

## CERTIFICATION OF COUNSEL REGARDING
## ORDER APPROVING STIPULATION AND AGREEMENT GOVERNING
## PRODUCTION, EXCHANGE AND FILING OF CONFIDENTIAL MATERIALS

I, Ann C. Cordo, counsel for Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *Order Approving Stipulation and Agreement Governing Production, Exchange and Filing of Confidential Materials* (the "Proposed Protective Order"), attached as **Exhibit A** hereto:

1. On July 30, 2012, the Debtors filed the *Debtors' Motion For Entry of an Order Terminating Retiree Benefits and Approving a Settlement Proposal Pursuant to 11 U.S.C. § 1114* [D.I. 8066] (the "Termination Motion").

2. On August 1, 2012, the Debtors filed the *Certification of Counsel Regarding Pre-Trial Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114*. The Court entered the *Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114* [D.I. 8084] on August 1, 2012 (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

"Scheduling Order"), which Scheduling Order was amended on August 21, 2012 in accordance with the Court's rulings on August 20, 2012 pursuant to the *Amendment to the Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114* [D.I. 8255] and was subsequently amended on August 29, 2012 pursuant to the *Amended Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114* [D.I. 8365].

3. The parties have agreed to enter into a *Stipulation and Agreement Governing Production, Exchange and Filing of Confidential Materials* (the "Agreement") pursuant to Fed. R. Civ. P. 26(c), Fed. R. Bankr. P. 7026 and Fed. R. Bankr. P. 9018 in connection with the Termination Motion as set forth in the Proposed Protective Order attached hereto.

4. The Debtors have circulated the Proposed Protective Order to counsel to the Official Committee of Retired Employees (the "Retiree Committee"). Counsel to the Retiree Committee, as well as counsel to the Official Committee of Unsecured Creditors and the Ad Hoc Group of Bondholders, have reviewed the Proposed Protective Order and have no objection to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Protective Order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Dated: September 14, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Ann C. Cordo*
                Derek C. Abbott (No. 3376)
                Eric D. Schwartz (No. 3134)
                Ann C. Cordo (No. 4817)
                1201 North Market Street, 18th Floor
                P.O. Box 1347
                Wilmington, DE 19899-1347
                Telephone: (302) 658-9200
                Facsimile: (302) 425-4663

                *Counsel for the Debtors and*
                *Debtors in Possession*