# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 through August 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Meals | | $ 22.04 |
| Telephone | | 70.87 |
| Transportation | | 1,649.53 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Expenses**[18] | | **$1,817.44** |

---

[18] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

2725046.2