# EXHIBIT A

# PROPOSED FORM OF ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**ORDER GRANTING THE JOINT MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 102(1) AND 105 ELIMINATING, OR IN THE ALTERNATIVE, SHORTENING NOTICE RELATING TO THE JOINT MOTION FOR ENTRY OF AN ORDER APPROVING SUBPOENAS IN A CONTESTED MATTER TO THE NORTEL NETWORKS INC. MEDICAL PLAN AND THE NORTEL NETWORKS INC. DENTAL, VISION, AND HEARING CARE PLAN**

Upon the joint motion dated September 14, 2012 (the "Motion to Shorten"),[2] of the Official Committee of Long Term Disability Participants (the "LTD Committee") and Nortel Networks Inc. and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), pursuant to sections 102(1) and 105 of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), requesting an order eliminating, or in the alternative, shortening notice to allow the *Joint Motion for Entry of an Order Approving Subpoenas in a Contested Matter to the Nortel Networks Inc. Medical Plan and the Nortel*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

*Networks Inc. Dental, Vision, and Hearing Care Plan* (the "<u>LTD Motion</u>") to be considered at the Court's earliest convenience; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Shorten having been provided to the parties listed therein and no adverse interest being affected; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is **GRANTED** as set forth herein.

2. No hearing is required to consider the LTD Motion.

3. The LTD Motion will be considered at the hearing scheduled on _____.

4. Objections, if any, to the LTD Motion may be raised at any time prior to or at the hearing on the Motion.

5. This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: _____, 2012
        Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE