Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **12 September 2012**     Our Ref: **GDB/CCN01.00001**                    Invoice No.: **335163**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---:|---:|---:|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 31,168.50 |
| For the period to 31 August 2012, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 39.36 |
| **Disbursements:** (NT) | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 115.64 |
| | 0.00 | | 31,323.50 |
| | VAT | | 0.00 |
| | Total | | 31,323.50 |
| | **Balance Due** | | **31,323.50** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 335163 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN
PAPUA NEW GUINEA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/08/2012

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.80 | 560.00 | (C0007) |
|  |  | 0.90 | 630.00 | (C0019) |
|  |  | 1.10 | 770.00 | (C0031) |
|  |  | **2.80** | **1,960.00** |  |
| Partner: | Angela Pearson | 0.80 | 540.00 | (C0012) |
|  |  | 3.10 | 2,092.50 | (C0031) |
|  |  | **3.90** | **2,632.50** |  |
| Partner: | Marcus Fink | 0.60 | 390.00 | (C0019) |
|  |  | **0.60** | **390.00** |  |
| Senior Associate | Antonia Croke | 1.60 | 736.00 | (C0007) |
|  |  | 7.60 | 3,496.00 | (C0012) |
|  |  | 4.20 | 1,932.00 | (C0031) |
|  |  | **13.40** | **6,164.00** |  |
| Senior Associate | Drew Sainsbury | 0.80 | 368.00 | (C0012) |
|  |  | **0.80** | **368.00** |  |
| Associate | Andy Wright | 1.80 | 711.00 | (C0019) |
|  |  | **1.80** | **711.00** |  |
| Junior Associate | Greg Pooler | 5.00 | 1,575.00 | (C0012) |
|  |  | **5.00** | **1,575.00** |  |
| Junior Associate | Robert Meade | 8.40 | 2,646.00 | (C0012) |
|  |  | **8.40** | **2,646.00** |  |
| Junior Associate | Lindsey Roberts | 5.60 | 1,764.00 | (C0003) |
|  |  | 3.10 | 976.50 | (C0007) |
|  |  | 17.10 | 5,386.50 | (C0012) |
|  |  | 0.60 | 189.00 | (C0019) |
|  |  | 10.70 | 3,370.50 | (C0031) |
|  |  | **37.10** | **11,686.50** |  |
| Junior Associate | Andy Levett | 5.30 | 1,537.00 | (C0012) |
|  |  | **5.30** | **1,537.00** |  |
| Trainee | Jack Gillions | 0.50 | 92.50 | (C0003) |
|  |  | 7.60 | 1,406.00 | (C0012) |
|  |  | **8.10** | **1,498.50** |  |
|  | **TOTAL** | **87.20** | **31,168.50** |  |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/08/2012

## Matter: CCN01.00001 - BANKRUPTCY

### C0003     Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 5.60 | 315.00 | 1,764.00 |
| **Trainee** |  |  |  |  |
| JGILLI | Jack Gillions | 0.50 | 185.00 | 92.50 |
|  |  |  | Total | 1,856.50 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2012 | Lindsey Roberts | INTD | Email to S Gibson re: fee estimates | 0.10 | 315.00 | 31.50 |
| 03/08/2012 | Lindsey Roberts | LETT | Email to B Kahn re: fee estimates | 0.10 | 315.00 | 31.50 |
| 14/08/2012 | Lindsey Roberts | LETT | Emails re: draft invoice | 0.20 | 315.00 | 63.00 |
| 20/08/2012 | Lindsey Roberts | DRFT | Amending invoice for monthly fee application | 0.60 | 315.00 | 189.00 |
| 20/08/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.40 | 315.00 | 126.00 |
| 23/08/2012 | Lindsey Roberts | DRFT | Amending draft invoice for monthly fee application | 0.50 | 315.00 | 157.50 |
| 23/08/2012 | Lindsey Roberts | LETT | Email re: draft invoice | 0.10 | 315.00 | 31.50 |
| 23/08/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.90 | 315.00 | 283.50 |
| 24/08/2012 | Jack Gillions | MISC | Assisting with finalising monthly fee application and emailing L Roberts. | 0.50 | 185.00 | 92.50 |
| 24/08/2012 | Lindsey Roberts | DRFT | Finalising monthly fee application | 1.20 | 315.00 | 378.00 |
| 24/08/2012 | Lindsey Roberts | LETT | Email to B Kahn attaching monthly fee application | 0.10 | 315.00 | 31.50 |
| 24/08/2012 | Lindsey Roberts | LETT | Email to S Gibson Re: Nortel Invoice | 0.10 | 315.00 | 31.50 |
| 24/08/2012 | Lindsey Roberts | DRFT | Drafting interim fee application | 0.70 | 315.00 | 220.50 |
| 28/08/2012 | Lindsey Roberts | DRFT | Finalising interim fee application | 0.40 | 315.00 | 126.00 |
| 28/08/2012 | Lindsey Roberts | LETT | Email to B Kahn re: hearing date | 0.10 | 315.00 | 31.50 |
| 28/08/2012 | Lindsey Roberts | LETT | Email to B Kahn attaching interim fee application | 0.10 | 315.00 | 31.50 |

1,856.50

Matter: CCN01.00001 - BANKRUPTCY

## C0007      Creditors Committee Meetings

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.80 | 700.00 | 560.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 1.60 | 460.00 | 736.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 3.10 | 315.00 | 976.50 |
| | | | Total | **2,272.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/08/2012 | Giles Boothman | ATTD | Committee call | 0.80 | 700.00 | 560.00 |
| 02/08/2012 | Lindsey Roberts | ATTD | Weekly UCC call | 0.80 | 315.00 | 252.00 |
| 09/08/2012 | Antonia Croke | ATTD | Attend Nortel UCC call | 1.10 | 460.00 | 506.00 |
| 09/08/2012 | Lindsey Roberts | ATTD | Weekly UCC call (in part) | 0.80 | 315.00 | 252.00 |
| 16/08/2012 | Antonia Croke | PHON | UCC telephone call | 0.50 | 460.00 | 230.00 |
| 16/08/2012 | Lindsey Roberts | PHON | Weekly UCC Call (first part only) | 0.50 | 315.00 | 157.50 |
| 23/08/2012 | Lindsey Roberts | PHON | Weekly UCC call | 1.00 | 315.00 | 315.00 |
| | | | | | | **2,272.50** |

Matter: CCN01.00001 - BANKRUPTCY

**C0012**    **General Claims Analysis/Claims Objections**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.80 | 675.00 | 540.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 7.60 | 460.00 | 3,496.00 |
| DSAINS | Drew Sainsbury | 0.80 | 460.00 | 368.00 |
| **Junior Associate** | | | | |
| ALEVET | Andy Levett | 5.30 | 290.00 | 1,537.00 |
| GPOOLE | Greg Pooler | 5.00 | 315.00 | 1,575.00 |
| LROBER | Lindsey Roberts | 17.10 | 315.00 | 5,386.50 |
| RMEADE | Robert Meade | 8.40 | 315.00 | 2,646.00 |
| **Trainee** | | | | |
| JGILLI | Jack Gillions | 7.60 | 185.00 | 1,406.00 |
| | | | Total | **16,954.50** |

Matter: CCN01.00001 - BANKRUPTCY

## C0012 General Claims Analysis/Claims Objections

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/08/2012 | Antonia Croke | LETT | Emails AQ | 0.20 | 460.00 | 92.00 |
| 07/08/2012 | Lindsey Roberts | LETT | Emails to and from Akin re: telephone conversation to discuss EMEA claims | 0.10 | 315.00 | 31.50 |
| 08/08/2012 | Antonia Croke | PHON | Telephone conversation with A Queshi and B Kahn | 0.40 | 460.00 | 184.00 |
| 08/08/2012 | Antonia Croke | INTD | Discussion with LROBER re: unlawful means conspiracy | 0.40 | 460.00 | 184.00 |
| 08/08/2012 | Lindsey Roberts | DRFT | Research into unlawful conspiracy point | 1.90 | 315.00 | 598.50 |
| 08/08/2012 | Lindsey Roberts | READ | Review of Motion for discovery in EMEA NNUK Claims (Birfurcation) | 0.40 | 315.00 | 126.00 |
| 08/08/2012 | Lindsey Roberts | INTD | Discussion with ACROKE re: unlawful means conspiracy point | 0.40 | 315.00 | 126.00 |
| 09/08/2012 | Lindsey Roberts | INTD | Emails to JGILLI re: unlawful means conspiracy research | 0.50 | 315.00 | 157.50 |
| 10/08/2012 | Jack Gillions | RSCH | Research for LROBER on unlawful means conspiracy in respect of breach of contract. Checking relevant cases and commentary and drafting summary memo of advice. | 6.70 | 185.00 | 1,239.50 |
| 12/08/2012 | Lindsey Roberts | DRFT | Review and mark-up of JGILLI's research note | 1.60 | 315.00 | 504.00 |
| 13/08/2012 | Antonia Croke | READ | Review memo on unlawful means conspiracy | 0.60 | 460.00 | 276.00 |
| 13/08/2012 | Antonia Croke | INTD | Discussion with LROBER re: draft memo | 0.30 | 460.00 | 138.00 |
| 13/08/2012 | Antonia Croke | DRFT | Draft further amends to Memo | 0.40 | 460.00 | 184.00 |
| 13/08/2012 | Antonia Croke | READ | Review case law and commentary on unlawful means conspiracy | 0.50 | 460.00 | 230.00 |
| 13/08/2012 | Antonia Croke | LETT | Discussion with LROBER | 0.10 | 460.00 | 46.00 |
| 13/08/2012 | Antonia Croke | INTD | Emails LROBER re: memo | 0.40 | 460.00 | 184.00 |
| 13/08/2012 | Jack Gillions | INTD | Internal discussion with LROBER regarding research my note on unlawful means conspiracy. | 0.30 | 185.00 | 55.50 |
| 13/08/2012 | Lindsey Roberts | DRFT | Further research for note on unlawful means conspiracy (including internal discussion with ACROKE) | 3.10 | 315.00 | 976.50 |
| 14/08/2012 | Antonia Croke | LETT | Emails re: advice work | 0.40 | 460.00 | 184.00 |
| 14/08/2012 | Antonia Croke | LETT | Email A Qureshi | 0.10 | 460.00 | 46.00 |
| 14/08/2012 | Antonia Croke | INTD | Discussion with LROBER's | 0.10 | 460.00 | 46.00 |
| 14/08/2012 | Andy Levett | RSCH | Research into questions posed by Cleary | 3.40 | 290.00 | 986.00 |
| 14/08/2012 | Greg Pooler | RSCH | Researching redistributions and unlawful return of capital | 3.00 | 315.00 | 945.00 |
| 14/08/2012 | Jack Gillions | RSCH | Searching for Kuwait Oil case and requirements for unlawful means conspiracy tort for RMEADE. | 0.60 | 185.00 | 111.00 |
| 14/08/2012 | Lindsey Roberts | INTD | Emails and discussion with RMEADE and ACROKE re: advice note on discreet points in EMEA objection | 1.80 | 315.00 | 567.00 |
| 14/08/2012 | Robert Meade | LETT | Reveiw questions from EMEA opposition brief | 0.30 | 315.00 | 94.50 |
| 14/08/2012 | Robert Meade | LETT | INTD ALEVART | 0.10 | 315.00 | 31.50 |
| 14/08/2012 | Robert Meade | READ | Review previous advice on unlawful means conspiracy | 0.20 | 315.00 | 63.00 |
| 14/08/2012 | Robert Meade | RSCH | RSCH Unlawful means conspiracy | 2.60 | 315.00 | 819.00 |
| 14/08/2012 | Robert Meade | RSCH | RSCH Doubtful Insolvency | 2.40 | 315.00 | 756.00 |
| 15/08/2012 | Antonia Croke | LETT | Email A Qureshi | 0.10 | 460.00 | 46.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012     General Claims Analysis/Claims Objections

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP/hour) | Amount |
|---|---|---|---|---|---|---|
| 15/08/2012 | Antonia Croke | DRFT | Draft amends to memo | 0.40 | 460.00 | 184.00 |
| 15/08/2012 | Antonia Croke | LETT | Emails re: draft response | 0.20 | 460.00 | 92.00 |
| 15/08/2012 | Antonia Croke | DRFT | Review draft memo; draft amends; discussion with LROBER re: same | 0.70 | 460.00 | 322.00 |
| 15/08/2012 | Andy Levett | DRFT | Drafting answers to questions from Cleary | 1.90 | 290.00 | 551.00 |
| 15/08/2012 | Angela Pearson | READ | Review emails/advice | 0.80 | 675.00 | 540.00 |
| 15/08/2012 | Drew Sainsbury | LETT | Call with Robert Meade to discuss wrongful trading test etc. Instruct trainee re brief research. Brief reading. Advise. | 0.80 | 460.00 | 368.00 |
| 15/08/2012 | Greg Pooler | RSCH | Research re: distributions | 2.00 | 315.00 | 630.00 |
| 15/08/2012 | Lindsey Roberts | INTD | Discussion with RMEADE + follow up email | 0.60 | 315.00 | 189.00 |
| 15/08/2012 | Lindsey Roberts | READ | Review and amendments of memo on EMEA objection queries (including further research on doubtful sovency and unlawful return of capital) | 4.30 | 315.00 | 1,354.50 |
| 15/08/2012 | Lindsey Roberts | INTD | Discussion with ACROKE re: memo on EMEA objection | 0.70 | 315.00 | 220.50 |
| 15/08/2012 | Robert Meade | RSCH | RSCH doubtful insolvency | 2.00 | 315.00 | 630.00 |
| 15/08/2012 | Robert Meade | INTD | INTD DSAINS re doubtful insolvency | 0.20 | 315.00 | 63.00 |
| 15/08/2012 | Robert Meade | LETT | Draft response to Akin Gump | 0.30 | 315.00 | 94.50 |
| 15/08/2012 | Robert Meade | INTD | INTD LROBER | 0.30 | 315.00 | 94.50 |
| 16/08/2012 | Antonia Croke | READ | Consider talking points and emails re: same | 1.20 | 460.00 | 552.00 |
| 16/08/2012 | Antonia Croke | LETT | Emails re: calls and advice | 0.20 | 460.00 | 92.00 |
| 16/08/2012 | Antonia Croke | READ | Review draft Reply points | 0.50 | 460.00 | 230.00 |
| 16/08/2012 | Antonia Croke | LETT | Emails Akin and LROBER | 0.20 | 460.00 | 92.00 |
| 16/08/2012 | Lindsey Roberts | INTD | Discussion with ACROKE and review of emails | 0.20 | 315.00 | 63.00 |
| 16/08/2012 | Lindsey Roberts | DRFT | Review of Reply to EMEA Objection and providing comments (and discussion with ACROKE) | 1.40 | 315.00 | 441.00 |
| 20/08/2012 | Lindsey Roberts | READ | Review of the Monitors Response on EMEA Discovery | 0.10 | 315.00 | 31.50 |
| 21/08/2012 | Antonia Croke | LETT | Consider Judge Gross update re EMEA claims | 0.20 | 460.00 | 92.00 |

                                               **16,954.50**

Matter: CCN01.00001 - BANKRUPTCY

**C0019**      **Labor Issues/Employee Benefits**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.90 | 700.00 | 630.00 |
| MDF | Marcus Fink | 0.60 | 650.00 | 390.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 1.80 | 395.00 | 711.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.60 | 315.00 | 189.00 |
| | | | Total | 1,920.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/08/2012 | Giles Boothman | PREP | For Professionals call re pension regulator statement | 0.80 | 700.00 | 560.00 |
| 01/08/2012 | Lindsey Roberts | READ | Pension update re: FSDs | 0.50 | 315.00 | 157.50 |
| 02/08/2012 | Giles Boothman | LETT | Send Fred HS briefing | 0.10 | 700.00 | 70.00 |
| 02/08/2012 | Lindsey Roberts | LETT | Email to GDB re: HS Pensions Bulletin | 0.10 | 315.00 | 31.50 |
| 24/08/2012 | Andy Wright | LETT | Emails re. LPCP report and conversation with Richard Miles at LCP | 0.30 | 395.00 | 118.50 |
| 28/08/2012 | Andy Wright | LETT | Call with LCP re. updating PPF shortfall and drafting update email | 1.20 | 395.00 | 474.00 |
| 29/08/2012 | Andy Wright | LETT | Internal discussion with MDF re. LCP report; email correspondence with LCP re. updated report on PPF funding shortfall | 0.20 | 395.00 | 79.00 |
| 30/08/2012 | Marcus Fink | LETT | Email to Akin re position on updating LCP actuarial report from 2011 (estimating the UK pension scheme deficit on a PPF basis) to determine likely PPF/tPR stance in settlement discussions | 0.60 | 650.00 | 390.00 |
| 31/08/2012 | Andy Wright | LETT | Email correspondence with LCP re. report into PPF shortfall | 0.10 | 395.00 | 39.50 |
| | | | | | | 1,920.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0031 | European Proceedings/Matters | | | |
|---|---|---:|---:|---:|
| | | **Time (Decimal)** | **Std Rate (GBP /hour)** | **Amount** |
| **Partner** | | | | |
| AMP | Angela Pearson | 3.10 | 675.00 | 2,092.50 |
| GDB | Giles Boothman | 1.10 | 700.00 | 770.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 4.20 | 460.00 | 1,932.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 10.70 | 315.00 | 3,370.50 |
| | | | Total | **8,165.00** |

Matter: CCN01.00001 - BANKRUPTCY

## C0031 European Proceedings/Matters

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/08/2012 | Antonia Croke | LETT | Consider retiree mediation update | 0.10 | 460.00 | 46.00 |
| 01/08/2012 | Giles Boothman | ATTD | Professionals call | 0.80 | 700.00 | 560.00 |
| 01/08/2012 | Lindsey Roberts | PHON | Nortel professional's call | 0.80 | 315.00 | 252.00 |
| 01/08/2012 | Lindsey Roberts | LETT | Emails re: LTD/retiree mediation and arranging for GDB to present on pensions update. | 0.40 | 315.00 | 126.00 |
| 02/08/2012 | Antonia Croke | LETT | Consider agenda for UCC call and retiree/ltd docs | 0.20 | 460.00 | 92.00 |
| 02/08/2012 | Giles Boothman | PREP | For Committee call | 0.30 | 700.00 | 210.00 |
| 03/08/2012 | Antonia Croke | READ | Consider emails | 0.10 | 460.00 | 46.00 |
| 07/08/2012 | Antonia Croke | LETT | Emails re: calls | 0.10 | 460.00 | 46.00 |
| 07/08/2012 | Angela Pearson | READ | Review emails | 0.20 | 675.00 | 135.00 |
| 07/08/2012 | Lindsey Roberts | LETT | Update call re: chambers conference | 0.30 | 315.00 | 94.50 |
| 08/08/2012 | Antonia Croke | READ | Emails re: calls and asset claim data | 0.50 | 460.00 | 230.00 |
| 08/08/2012 | Antonia Croke | LETT | Consider Agenda for UCC call | 0.10 | 460.00 | 46.00 |
| 08/08/2012 | Antonia Croke | READ | Consider emails re calls and agenda | 0.20 | 460.00 | 92.00 |
| 08/08/2012 | Antonia Croke | LETT | Consider emails re calls and motion | 0.20 | 460.00 | 92.00 |
| 08/08/2012 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 08/08/2012 | Lindsey Roberts | READ | Review of Canadian Estate Documents | 0.40 | 315.00 | 126.00 |
| 08/08/2012 | Lindsey Roberts | PHON | Nortel's professionals call | 1.00 | 315.00 | 315.00 |
| 09/08/2012 | Antonia Croke | INTD | Emails to LROBER | 0.10 | 460.00 | 46.00 |
| 13/08/2012 | Antonia Croke | PHON | Attend Nortel mediation call (part) | 0.40 | 460.00 | 184.00 |
| 13/08/2012 | Angela Pearson | READ | Review email/documents | 1.00 | 675.00 | 675.00 |
| 13/08/2012 | Lindsey Roberts | PHON | Telephone conversation re: mediation preparation | 2.30 | 315.00 | 724.50 |
| 13/08/2012 | Lindsey Roberts | PHON | Telephone conversation with the Debtors re: mediation meeting | 1.30 | 315.00 | 409.50 |
| 15/08/2012 | Antonia Croke | LETT | Emails re: calls | 0.10 | 460.00 | 46.00 |
| 15/08/2012 | Antonia Croke | READ | Review DPW allocation model | 0.40 | 460.00 | 184.00 |
| 15/08/2012 | Antonia Croke | READ | Consider agenda | 0.10 | 460.00 | 46.00 |
| 15/08/2012 | Lindsey Roberts | LETT | Emails re: allocation prep session | 0.20 | 315.00 | 63.00 |
| 16/08/2012 | Antonia Croke | READ | Consider updated recovering analysis | 0.30 | 460.00 | 138.00 |
| 16/08/2012 | Antonia Croke | READ | Consider UCC call agenda | 0.10 | 460.00 | 46.00 |
| 16/08/2012 | Antonia Croke | READ | Consider DPW summary | 0.40 | 460.00 | 184.00 |
| 16/08/2012 | Lindsey Roberts | READ | Review of emails re: Debtors meeting with DPW | 0.20 | 315.00 | 63.00 |
| 16/08/2012 | Lindsey Roberts | READ | Review of emails re: "talking points" documents | 0.30 | 315.00 | 94.50 |
| 16/08/2012 | Lindsey Roberts | PHON | Nortel's call re: allocation meeting | 0.80 | 315.00 | 252.00 |
| 16/08/2012 | Lindsey Roberts | PHON | Nortel Professionals' call | 0.80 | 315.00 | 252.00 |
| 17/08/2012 | Angela Pearson | READ | Review emails | 0.40 | 675.00 | 270.00 |
| 17/08/2012 | Lindsey Roberts | READ | Emails re: meeting with DPW | 0.10 | 315.00 | 31.50 |
| 20/08/2012 | Antonia Croke | READ | Consider emails re: mediation and Tax | 0.40 | 460.00 | 184.00 |
| 20/08/2012 | Angela Pearson | READ | Review emails re: mediation | 0.30 | 675.00 | 202.50 |
| 20/08/2012 | Lindsey Roberts | READ | Review of Captstone updated model | 0.10 | 315.00 | 31.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031**         **European Proceedings/Matters**

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 20/08/2012 | Lindsey Roberts | READ | Review update email re: North Carolina State Tax issues | 0.10 | 315.00 | 31.50 |
| 22/08/2012 | Antonia Croke | READ | Consider emails re: calls | 0.10 | 460.00 | 46.00 |
| 22/08/2012 | Antonia Croke | READ | Consider UCC agenda | 0.10 | 460.00 | 46.00 |
| 22/08/2012 | Angela Pearson | READ | Review emails re UCC calls/Capstone model | 0.20 | 675.00 | 135.00 |
| 22/08/2012 | Lindsey Roberts | PHON | Nortel's professionals call | 0.80 | 315.00 | 252.00 |
| 23/08/2012 | Lindsey Roberts | INTD | Emails re: UCC call | 0.20 | 315.00 | 63.00 |
| 27/08/2012 | Antonia Croke | LETT | Consider emails re UCC calls/meetings | 0.10 | 460.00 | 46.00 |
| 30/08/2012 | Antonia Croke | READ | Consider retiree update | 0.10 | 460.00 | 46.00 |
| 30/08/2012 | Angela Pearson | READ | Review email re retiree update | 0.20 | 675.00 | 135.00 |
| 30/08/2012 | Lindsey Roberts | DRFT | Review of emails | 0.50 | 315.00 | 157.50 |
| 30/08/2012 | Lindsey Roberts | READ | Email from L Beckerman re: LTD/retiree update | 0.10 | 315.00 | 31.50 |
| 31/08/2012 | Angela Pearson | READ | Review email | 0.30 | 675.00 | 202.50 |

                                                                                                **8,165.00**