## Exhibit C

### DISBURSEMENT SUMMARY
### AUGUST 01, 2012 THROUGH AUGUST 31, 2012

| | |
|---|---:|
| Document Production | 39.36 |
| Meals | 34.20 |
| Travel – Ground Transportation | 81.44 |
| **TOTAL** | **155.00** |