Exhibit D

## Disbursements Detailed Breakdown

**Document Production**  39.36

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---|
| 13/08/2012 | VENDOR: Conference Room Catering INVOICE#: 13 19 08 2012 DATE: 20/08/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Aug 13 2012 | 6.15 |
| 14/08/2012 | VENDOR: Conference Room Catering INVOICE#: 13 19 08 2012 DATE: 20/08/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Aug 14 2012 | 11.60 |
| 16/08/2012 | VENDOR: Conference Room Catering INVOICE#: 13 19 08 2012 DATE: 20/08/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Aug 16 2012 | 7.05 |
| 22/08/2012 | VENDOR: Conference Room Catering INVOICE#: 20 26 08 2012 DATE: 28/08/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Aug 22 2012 | 9.40 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 14/08/2012 | VENDOR: Pooler, Greg INVOICE#: 025050690904000115864 DATE: 04/09/2012 Taxi, 14/08/12, Taxi home. | 13.68 |
| 15/08/2012 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 167522; DATE: 15/08/2012 - TAXI - LROBER (Appold Street to SW4) 14/08/12 | 42.59 |
| 15/08/2012 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 167522; DATE: 15/08/2012 - TAXI - LROBER (Appold Street to Waterloo Station) 14/08/12 | 25.17 |

**155.00**