Exhibit E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
AUGUST 01, 2012 THROUGH AUGUST 31, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 11 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £700 | 2.80 | 1,960.00 |
| Angela Pearson | Partner for 6 years; Admitted in 1991 in England and Wales; Litigation Group, London | £675 | 3.90 | 2,632.50 |
| Marcus Fink | Partner for 4 months; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £650 | 0.60 | 390.00 |
| Antonia Croke | Associate for 5 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £460 | 13.40 | 6,164.00 |
| Drew Sainsbury | Associate for 5 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £460 | 0.80 | 368.00 |
| Andy Wright | Associate for 3 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £395 | 1.80 | 711.00 |
| Greg Pooler | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £315 | 5.00 | 1,575.00 |
| Robert Meade | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £315 | 8.40 | 2,646.00 |
| Lindsey Roberts | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £315 | 37.10 | 11,686.50 |
| Andy Levett | Newly qualified Associate; Admitted in 2012 in England and Wales; Litigation Group, London | £290 | 5.30 | 1,537.00 |
| Jack Gillions | Trainee Solicitor; Litigation Group; London | £185 | 8.10 | 1,498.50 |
| TOTAL | | | 87.20 | 31,168.50 |

25738389

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 01, 2012 THROUGH AUGUST 31, 2012

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 6.10 | 1,856.50 |
| Creditors Committee Meetings | 5.50 | 2,272.50 |
| General Claims Analysis | 52.60 | 16,954.50 |
| Labor Issues / Employee Benefits | 3.90 | 1,920.00 |
| European Proceedings / Matters | 19.10 | 8,165.00 |
| **TOTAL** | **87.20** | **31,168.50** |