IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                         :
In re                                    :    Chapter 11
                                         :
Nortel Networks Inc., et al.,¹           :    Case No. 09-10138 (KG)
                                         :
         Debtors.                        :    Jointly Administered
                                         :
-----------------------------------------------------------X
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 19, 2012 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTINUED MATTER**

1. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

    Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to August 8, 2012 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD to October 4, 2012 at 4:00 p.m. (ET).

    Remaining Responses Received:

    (a) Informal Response of ASM Capital Regarding Claim No. 7819; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(b)     Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a)     Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Filed 3/8/12);

(b)     First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Filed 3/22/12);

(c)     Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Filed 4/18/12); and

(d)     Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Filed 5/9/12).

Status: The hearing on the Objections with respect to response (a) has been adjourned to the omnibus hearing scheduled in these cases for November 21, 2012 at 10:00 a.m. (ET).  The hearing on the Objections with respect to response (b) has been adjourned to the omnibus hearing scheduled in these cases for October 18, 2012 at 11:00 a.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

2.     Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving the Proofs of Claims Filed by Polycom, Inc. (D.I. 8356, Filed 8/29/12).

Objection Deadline:  September 12, 2012 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading:

(a) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving the Proofs of Claims Filed by Polycom, Inc. (D.I. 8445, Filed 9/14/12); and

(b) Proposed Form of Order.

Status: There have been no objections and a CNO was filed.

**CONTESTED MATTERS GOING FORWARD**

3. Debtors' Motion for Entry of an Order (A) Establishing Discovery Procedures in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees and (B) Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Benefits (D.I. 8364, Filed 8/29/12).

Objection Deadline: September 12, 2012 at 4:00 p.m. (ET).

Responses Received:

(a) Informal comments from the LTD Committee.

Related Pleading:

(a) Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. § 105(a), 363 and 1108 (D.I. 8085, Filed 8/1/12); and

(b) Nortel US LTD Employees Objection to Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. § 105(a), 363 and 1108 (D.I. 8267, Filed 8/21/12).

Status: The Debtors received informal comments and are working to resolve them before the hearing and if the Debtors are unable, a hearing on the matter is going forward and a revised form of order will be handed up at the hearing.

*Robert Horne v. Nortel Networks Inc. Adv. Proc. Case No. 11-54007*

4. The Individual Plaintiffs' Motion for Protective Order (Adv. Proc. D.I. 66, Filed 8/17/12).

Objection Deadline: August 29, 2012 at 4:00 p.m. (ET).

Responses Received:

(a) Debtors' Opposition to the Individual Plaintiffs' Motion for Protective Order (Adv. Proc. D.I. 70, Filed 8/29/12).

Related Pleadings:

(a) Declaration of Brendan H. Gibbon in Support of the Debtors' Opposition to the Individual Plaintiffs' Motion for Protective Order (Adv. Proc. D.I. 71, Filed 8/29/12);

(b) The Individual Plaintiffs' Motion for Leave to File Their Reply in Support of Their Motion for Protective Order (Adv. Proc. D.I. 73, Filed 8/31/12);

(c) Order Granting the Individual Plaintiffs Leave to File Their Reply in Support of Their Motion for Protective Order (Adv. Proc. D.I. 76, Entered 9/4/12); and

(d) The Individual Plaintiffs' Reply in Support of Their Motion for Protective Order (Adv. Proc. D.I. 77, Filed 9/4/12).

Status: The hearing on this matter will go forward.

## FEE APPLICATIONS

5. Fourteenth Quarterly Fee Hearing Applications.

    Related Pleading:

    (a) See Exhibit A.

    Objection Deadline: N/A.

    Responses Received: None.

    Status: The hearing on this matter will go forward.

## PRETRIAL CONFERENCE

6. Pretrial Conference in the Adversary Proceeding (See Exhibit B, hereto).

    Status: The pretrial conference will go forward.

Dated: September 17, 2012  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Tamara K. Minott*
        Eric D. Schwartz (No. 3134)
        Derek C. Abbott (No. 3376)
        Ann C. Cordo (No. 4817)
        Tamara K. Minott (No. 5643)
        1201 North Market Street, 18th Floor
        Wilmington, DE  19899-1347
        Telephone:  (302) 658-9200
        Facsimile:  (302) 425-4663

        *Counsel for the Debtors and Debtors in Possession*

6394435