## Exhibit B

| Nortel Networks, Inc. v. Maritz Canada Inc. et al | 10-53187 (KG) |
|---|---|