**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------X
                                                                 :
                                                                 :   Chapter 11
                                                                 :
In re                                                            :
                                                                 :
Nortel Networks Inc., et al.,[1]                                 :   Bankr. Case No. 09-10138 (KG)
                                                                 :
                    Debtors.                                     :
                                                                 :   (Jointly Administered)
                                                                 :
                                                                 :
----------------------------------------------------------- X    :   Re: D.I. 8466
                                                                 :
Robert Horne, et al.,                                            :
                                                                 :
                    Plaintiffs,                                  :   Adv. Proc. No. 11-54007 (KG)
                                                                 :
v.                                                               :   Re: Adv. Proc. D.I. 86
                                                                 :
Nortel Networks Inc., et al.,                                    :
                                                                 :
                                                                 :
                    Defendants.                                  :
-----------------------------------------------------------------X
Nortel Networks Inc.,                                            :
                                                                 :
                    Plaintiff,                                   :
v.                                                               :
                                                                 :   Adv. Proc. No. 10-53187 (KG)
Maritz Canada Inc., et al.,                                      :
                                                                 :   Re: Adv. Proc. D.I. 106
                    Defendants.                                  :
-----------------------------------------------------------------X
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 17, 2012, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on September 19, 2012 at 10:00 a.m. (Eastern**

---

[1] In addition to Nortel Networks Inc. and Nortel Networks (CALA) Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

**Time**) was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: September 17, 2012
Wilmington, Delaware

                                                CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4498739.22

**Via Fax**

(Counsel to Polycom, Inc.)
Vectis Law Group
Attn: Patrick M. Costello
PMB# 551, 270 Redwood Shores Pkwy
Redwood City, CA 94065
Fax: 650-320-1687

(Counsel for Individual Plaintiffs)
Blank Rome
Bonnie Glantz Fatell
Victoria Guilfoyle
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Fax: 302-425-6464

(Counsel for Individual Plaintiffs)
BERNSTEIN, SHUR, SAWYER & NELSON
Robert J. Keach
Paul McDonald
Daniel J. Murphy
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Fax: 207-774-1127

Lucinda McRoberts, Esq.
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Fax: 314-259-2020
(Counsel for Maritz)

Robert Pfister, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Fax: 310-407-9090
(Counsel for Maritz)

**Via Overnight Mail**

ASM Capital
ATTN: ADAM MOSKOWITZ
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Coface North America Insurance Co.
Attn: Managing Partner
50 Millstone Rd.., BLDG. 100, STE 360
East Windsor, NJ 08520

Monarch Master Funding LTD
Attn: Managing Partner
535 Madison Ave.
New York, NY 10022