IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| Nortel Networks, Inc., *et al.*, | : | Case No. 09-10138(KG) |
| Debtors. | : | Jointly Administered |

NOTICE OF WITHDRAWAL OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rule 9010-2 of the Local Rules of this Court, Brown Stone Nimeroff LLC and Gibson, Dunn & Crutcher LLP hereby withdraw their respective appearances in all respects as attorneys of record for Microsoft Corporation ("Microsoft") in the above-captioned case:

Jami B. Nimeroff, Esquire
BROWN STONE NIMEROFF LLC

and

David M. Feldman, Esquire
Mitchell A. Karlan, Esquire
Matthew K. Kelsey, Esquire
GIBSON, DUNN & CRUTCHER LLP

Pursuant to Local Rule 9010-2(b), the undersigned certifies that (a) Microsoft no longer has any controversy pending before the Court and (b) Microsoft has consented to the withdrawal.

2

Dated:  September 17, 2012
      Wilmington, DE

                          Respectfully Submitted,

                          BROWN STONE NIMEROFF LLC

By:   /s/ Jami B. Nimeroff
        Jami B. Nimeroff, Esquire
        901 N. Market Street, Suite 1300
        Wilmington, DE 19801
        (302) 428-8142 Tel
        (302) 351-2744 Fax
        jnimeroff@bsnlawyers.com

        and

        David M. Feldman, Esquire
        Mitchell A. Karlan, Esquire
        Matthew K. Kelsey, Esquire
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Avenue, New York, NY 10166-0193
        (212) 351-2615 Tel
        (212) 351-6351 Fax
        DFeldman@gibsondunn.com
        MKarlan@gibsondunn.com
        MKelsey@gibsondunn.com