**CERTIFICATE OF SERVICE**

I, Jami B. Nimeroff, do hereby certify that on this 17th day of September, 2012, I caused to be served a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Demand for Service of Papers upon the parties listed below via first class mail, postage pre-paid.

Ann C. Cordo, Esquire
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
William M. Alleman
**Morris Nichols Arsht & Tunnell, LLP**
1201 N. Market Street
Wilmington, DE 19801

James L. Bromley, Esquire
James Croft, Esquire
Jennifer M. Westerfield, Esquire
Juliet A. Drake, Esquire
Neil P Forrest, Esquire
Nora K Abularach, Esquire
Robin J. Baik, Esquire
**Cleary Gottlieb Steen & Hamilton**
One Liberty Plaza
New York, NY 10006

/s/ Jami B. Nimeroff
Jami B. Nimeroff