**Exhibit A**

**EXHIBIT A**

**Nortel Networks Inc, Bankruptcy Case No. 09-10138**

**Summary of Fees and Expenses for the Period
From May 1, 2012 through July 31, 2012, unless otherwise specified**

**Hearing: September 19, 2012 at 10:00 a.m. (Eastern Time)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.    Fourteenth Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period May 1, 2012 Through July 31, 2012 (D.I. 8328, Filed 8/27/12).

  1.    Fortieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2012 Through May 31, 2012 (D.I. 7976, Filed 7/10/12);

  2.    Certification Of No Objection Regarding Fortieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2012 Through May 31, 2012 (D.I. 8083, Filed 8/1/12);

  3.    Forty-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2012 Through June 30, 2012 (D.I. 8132, Filed 8/8/12);

  4.    Certification Of No Objection Regarding Forty-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2012 Through June 30, 2012 (D.I. 8370, Filed 8/30/12);

  5.    Forty-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2012 Through July 31, 2012 (D.I. 8286, Filed 8/22/12); and

  6.    Certification Of No Objection Regarding Forty-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of

Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2012 Through July 31, 2012 (D.I. 8434, Filed 9/13/12).

Alvarez & Marsal Healthcare Industry Group, LLC

B.    Fourth Quarterly Fee Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period July 1, 2012 Through July 31, 2012 (D.I. 8314, Filed 8/24/12).

1.    Eighth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period May 1, 2012 Through May 31, 2012 (D.I. 8133, Filed 8/8/12);

2.    Certificate Of No Objection Regarding Eighth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period May 1, 2012 Through May 31, 2012 (D.I. 8419, Filed 9/11/12);

3.    Ninth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period June 1, 2012 Through June 30, 2012 (D.I. 8309, Filed 8/24/12); and

4.    Tenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period July 1, 2012 Through July 31, 2012 (D.I. 8312, Filed 8/24/12).

Ashurst LLP

C.    Fourteenth Interim Fee Application Request Of Ashurst As European Counsel To The Official Committee Of Unsecured Creditors For The Period May 1, 2012 Through July 31, 2012 (D.I. 8337, Filed 8/28/12).

1.      Fortieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2012 Through May 31, 2012 (D.I. 7901, Filed 6/25/12);

2.      Certification Of No Objection Regarding Fortieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2012 Through May 31, 2012 (D.I. 8018, Filed 7/18/12);

3.      Forty-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2012 Through June 30, 2012 (D.I. 8062, Filed 7/30/12);

4.      Certification Of No Objection Regarding Forty-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2012 Through June 30, 2012 (D.I. 8280, Filed 8/22/12); and

5.      Forty-Second Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2012 Through July 31, 2012 (D.I. 8315, Filed 8/24/12).

Benesch, Friedlander, Coplan & Aronoff, LLP

D.      Eighth Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From May 1, 2012 Through July 31, 2012 (D.I. 8190, Filed 8/17/12).

1.      Twentieth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From May 1, 2012 Through May 31, 2012 (D.I. 7929, Filed 7/2/12);

2.      Certification Of No Objection Regarding Docket No. 7929 (D.I. 8097, Filed 8/3/12);

3.      Twenty-First Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From June 1, 2012 Through June 30, 2012 (D.I. 7981, Filed 7/11/12);

4.      Certification Of No Objection Regarding Docket No. 7981 (D.I. 8098, Filed 8/3/12);

5.      Twenty-Second Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From July 1, 2012 Through July 31, 2012 (D.I. 8185, Filed 8/16/12); and

6.      Certification Of No Objection Regarding Docket No. 8185 (D.I. 8422, Filed 9/12/12).

Capstone Advisory Group, LLC

E.      Fourteenth Interim Fee Application Request Of Capstone As Financial Advisor For The Official Committee Of Unsecured Creditors for the Period May 1, 2012 Through July 31, 2012 (D.I. 8332, Filed 8/27/12).

1.      Fortieth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2012 Through May 31, 2012 (D.I. 7994, Filed 7/12/12);

2.      Certification Of No Objection Regarding Fortieth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2012 Through May 31, 2012 (D.I. 8099, Filed 8/3/12);

3.      Forty-First Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2012 Through June 30, 2012 (D.I. 8281, Filed 8/15/12);

4.      Certification of No Objection Regarding Forty-First Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2012 Through June 30, 2012 (D.I. 9411, Filed 9/6/12); and

5.      Forty-Second Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2012 Through July 31, 2012 (D.I. 8331, filed 8/27/12).

Chilmark Partners LLC

F.    Tenth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period May 1, 2012 Through July 31, 2012 (D.I. 8319, Filed 8/24/12 ).

    1.    Twenty-Seventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From May 1, 2012 Through May 31, 2012 (D.I. 8086, Filed 8/1/12);

    2.    Certificate of No Objection Regarding Twenty-Seventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From May 1, 2012 Through May 31, 2012  (D.I. 8377, Filed 8/31/12);

    3.    Twenty-Eighth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From June 1, 2012 Through June 30, 2012 (D.I. 8087, Filed 8/1/12);

    4.    Certificate of No Objection Regarding Twenty-Eighth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From June 1, 2012 Through June 30, 2012 (D.I. 8378, Filed 8/31/12);

    5.    Twenty-Ninth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period July 1, 2012 Through July 31, 2012 (D.I. 8297, Filed 8/23/12); and

    6.    Certificate of No Objection Regarding Twenty-Ninth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period July 1, 2012 Through July 31, 2012 (D.I. 8451, Filed 9/14/12).

<u>Cleary Gottlieb Steen & Hamilton LLP ("Cleary")</u>

G.    Fourteenth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period May 1, 2012 Through July 31, 2012 (D.I. 8277, Filed 8/22/12).

    1.    Forty-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 7930, Filed 7/2/12);

    2.    Certificate Of No Objection Regarding Forty-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 8044, Filed 7/25/12);

    3.    Forty-Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8094, Filed 8/2/12);

    4.    Certificate Of No Objection Regarding Forty-Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8318, Filed 8/24/12);

    5.    Forty-Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8209, Filed 8/20/12); and

    6.    Certificate Of No Objection Regarding Forty-Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8428, Filed 9/12/12).

Crowell & Moring LLP

H.      Fourteenth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2012 Through May 31, 2012 (D.I. 8283, Filed 8/22/12).

   1.      Forty-First Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 8278, Filed 8/22/12);

   2.      Forty-Second Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8281, Filed 8/22/12);

   3.      Forty-Third Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8282, Filed 8/22/12 );

   4.      Certificate Of No Objection Regarding Forty-First Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 8435, Filed 9/13/12);

   5.      Certificate Of No Objection Regarding Forty-Second Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8436, 9/13/12); and

   6.      Certificate Of No Objection Regarding Forty-Third Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8437, Filed 9/13/12).

Elliott Greenleaf

I.      Fourth Quarterly Fee Application Of Elliott Greenleaf, Co-Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period May 1, 2012 Through July 31, 2012 (D.I. 8363, Filed 8/29/12).

1.  Tenth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period May 1, 2012 Through May 31, 2012 (D.I. 8035, Filed 7/24/12);

2.  Certificate Of No Objection Regarding Tenth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period May 1, 2012 Through May 31, 2012 (D.I. 8344, Filed 8/28/12);

3.  Eleventh Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term, Disability Participants, For Compensation And Reimbursement Of Expenses For The Period June 1, 2012 Through June 30, 2012 (D.I. 8361, Filed 8/29/12); and

4.  Twelfth Monthly Application of Elliott Greenleaf, Counsel To The Official Committee Of Long Term, Disability Participants, For Compensation And Reimbursement Of Expenses For The Period July 1, 2012 Through July 31, 2012 (D.I. 8362, Filed 8/29/12).

Ernst & Young LLP

J.  Fourteenth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of May 1, 2012 Through July 31, 2012 (D.I. 8350, Filed 8/28/12).

1.  Seventeenth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 1, 2012 Through June 30, 2012 (D.I. 7998, Filed 7/12/12);

2.  Certificate Of No Objection Regarding Seventeenth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 1, 2012 Through June 30, 2012 (D.I. 8113, Filed 8/6/12);

3.  Eighteenth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of July 1, 2012 Through July 31, 2012 (D.I. 8268, Filed 8/21/12); and

4.  Certificate Of No Objection Regarding Eighteenth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of July 1, 2012 Through July 31, 2012 (D.I. 8439, filed 9/13/12).

Eugene F. Collins

K.      Third Quarterly Fee Application Request Of Eugene F. Collins Solicitors, As Special Irish
        Counsel To Debtors For The Period November 1, 2011 Through July 31, 2012 (D.I. 8256,
        Filed 8/21/12).

        1.      Third Monthly Application Of Eugene F. Collins As Special Irish Counsel To
                Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement
                Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011
                Through July 31, 2012 (D.I. 8257, Filed 8/21/12); and

        2.      Certificate Of No Objection Regarding Third Monthly Application Of Eugene F.
                Collins As Special Irish Counsel To Debtors, For Allowance Of Interim
                Compensation And For Interim Reimbursement Of All Actual And Necessary
                Expenses Incurred For The Period November 1, 2011 Through July 31, 2012 (D.I.
                8438, Filed 9/13/12).

Fraser Milner Casgrain LLP

L.      Fourteenth Interim Fee Application Request Of Fraser Milner Casgrain LLP Canadian
        Counsel For The Official Committee Of Unsecured Creditors For The Period May 1, 2012
        Through July 31, 2012 (D.I. 8343, Filed 8/28/12).

        1.      Fortieth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel
                For The Official Committee Of Unsecured Creditors, For Interim Allowance Of
                Compensation And For Reimbursement Of Expenses For Services Rendered During
                The Period From May 1, 2012 Through May 31, 2012 (D.I. 8026, Filed 7/20/12);

        2.      Certification Of No Objection Regarding Fortieth Monthly Fee Application Of Fraser
                Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured
                Creditors, For Interim Allowance Of Compensation And For Reimbursement Of
                Expenses For Services Rendered During The Period From May 1, 2012 Through May
                31, 2012 (D.I. 8158, Filed 8/13/12);

        3.      Forty-First Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian
                Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance
                Of Compensation And For Reimbursement Of Expenses For Services Rendered
                During The Period From June 1, 2012 Through June 30, 2012 (D.I. 8140, Filed
                8/10/12);

        4.      Certification Of No Objection Regarding Forty-First Monthly Fee Application Of
                Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of
                Unsecured Creditors, For Interim Allowance Of Compensation And For
                Reimbursement Of Expenses For Services Rendered During The Period From June 1,
                2012 Through June 30, 2012 (D.I. 8387, Filed 9/4/12); and

5.      Forty-Secnod Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2012 Through July 31, 2012 (D.I. 8340, Filed 8/28/12).

Huron Consulting Group

M.      Fourteenth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period May 1, 2012 Through July 31, 2012 (D.I. 8248, Filed 8/21/12).

1.      Fortieth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 7865, Filed 6/18/12);

2.      Certificate Of No Objection Regarding Fortieth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 7865, Filed 6/18/12);

3.      Forty-First Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 7989, Filed 7/11/12);

4.      Certificate Of No Objection Regarding Forty-First Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8095, Filed 8/2/12);

5.      Forty-Second Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8183, Filed 8/15/12); and

6.      Certificate Of No Objection Regarding Forty-Second Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim

Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8412, Filed 9/6/12).

## Jackson Lewis LLP

N.    Fourteenth Quarterly Fee Application Request Of Jackson Lewis LLP As Counsel To Debtors And Debtors-In-Possession, The Period May 1, 2012 Through July 31, 2012 (D.I. 8342, Filed 8/28/12).

   1.    Thirty-Seventh Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through July 31, 2012 (D.I. 8254, Filed 8/21/12); and

   2.    Certificate Of No Objection Regarding Thirty-Seventh Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through July 31, 2012 (D.I. 8450, Filed 9/14/12).

## Jeffries & Company, Inc

O.    Fourteenth Interim Application Of Jeffries As Investment Banker To The Official Committee Of Unsecured Creditors, For Compensation And Reimbursement Of Expenses For The Period May 1, 2012 Through July 31, 2012 (D.I. 8348, Filed 8/28/12).

   1.    Fortieth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period May 1, 2012 Through May 31, 2012 (D.I. 8345, Filed 8/28/12);

   2.    Forty-First Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period June 1, 2012 Through June 30, 2012 (D.I. 8346, Filed 8/28/12); and

   3.    Forty-Second Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period July 1, 2012 Through July 31, 2012 (D.I. 8347, Filed 8/28/12).

John Ray

P.    Eleventh Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period May 1, 2012 Through July 31, 2012 (D.I. 8321, Filed 8/24/12).

    1.    Twenty-Ninth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 30, 2012 (D.I. 7854, Filed 6/15/12);

    2.    Certificate Of No Objection Regarding Twenty-Ninth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 30, 2012 (D.I. 7952, Filed 7/9/12);

    3.    Thirtieth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 7999, Filed 7/12/12);

    4.    Certificate Of No Objection Regarding Thirtieth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8115, Filed 8/6/12);

    5.    Thirty-First Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8136, Filed 8/9/12); and

    6.    Certificate Of No Objection Regarding Thirty-First Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8339, Filed 9/4/12).

Linklaters LLP

Q.    Tenth Quarterly Fee Application of Linklaters LLP, as U.K. Counsel for Debtors and Debtors-In-Possession, for the Period May 1, 2012 Through July 31, 2012 (D.I. 8358, Filed 8/29/12).

1.      Eleventh Monthly Application of Linklaters LLP, as U.K. Counsel to Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2012 Through July 31, 2012 (D.I. 8357, filed 8/29/12).

McCarter & English LLP

R.      Fourth Quarterly Fee Application of McCarter & English, LLP for Compensation for Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of

Retirees For The Period May 1, 2012 Through July 31, 2012 (D.I. 8275, Filed 8/22/12).

1.      Ninth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period May 1, 2012 Through May 30, 2012 (D.I. 7813, Filed 6/8/12);

2.      Certificate Of No Objection Regarding Ninth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period May 1, 2012 Through May 30, 2012 (D.I. 7987, Filed 7/11/12);

3.      Tenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period June 1, 2012 Through June 30, 2012 (D.I. 7992, Filed 7/12/12);

4.      Certificate Of No Objection Regarding Tenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period June 1, 2012 Through June 30, 2012 (D.I. 8117, Filed 8/7/12);

5.      Eleventh Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period July 1, 2012 Through July 31, 2012 (D.I. 8096, Filed 8/3/12); and

6.      Certificate Of No Objection Regarding Eleventh Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period July 1, 2012 Through July 31, 2012 (D.I. 8325, Filed 8/27/12).

Mercer (US) Inc.

S.      Fourteenth Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist To The Debtors, For The Period Of May 1, 2012 Through July 31, 2012 (D.I.

8303, Filed 8/24/12).

1.      Fourteenth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of May 1, 2012 Through July 31, 2012 (D.I. 8302, Filed 8/24/12).

Morris, Nichols, Arsht & Tunnell LLP

T.      Fourteenth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2012 Through July 31, 2012 (D.I. 8307, Filed 8/24/12).

1.      Forty-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 7964, Filed 7/10/12);

2.      Certificate of No Objection Regarding Forty-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 8082, Filed 8/1/12);

3.      Forty-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8131, Filed 8/8/12);

4.      Certificate Of No Objection Regarding Forty-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8388, Filed 9/4/12);

5.      Forty-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8298, Filed 8/24/12); and

**6.      Certificate Of No Objection Regarding Forty-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim**

        **Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8472, Filed 9/17/12).**

<u>Richards, Layton & Finger, PA</u>

U.    Fourteenth Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2012 Through July 31, 2012 (D.I. 8338, Filed 8/28/12).

    1.    Fortieth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2012 Through May 30, 2012 (D.I. 7900, Filed 6/25/12);

    2.    Certification Of No Objection Regarding Fortieth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2012 Through May 30, 2012 (D.I. 8019, Filed 7/18/12);

    3.    Forty-First Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From June 1, 2012 Through June 30, 2012 (D.I. 8051, Filed 7/26/12);

    4.    Certification Of No Objection Regarding Forty-First Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From June 1, 2012 Through June 30, 2012 (D.I. 8203, Filed 8/17/12);

    5.    Forty-Second Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From July 1, 2012 Through July 31, 2012 (D.I. 8296, Filed 8/23/12); and

    **6.**    **Certification Of No Objection Regarding Forty-Second Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From July 1, 2012 Through July 31, 2012 (D.I. 8449, Filed 9/14/12).**

<u>RLKS Executive Solutions, LLC</u>

V.    Ninth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As

Consultants To The Debtors And Debtors-In-Possession, For The Period May 1, 2012 Through July 31, 2012 (D.I. 8333, Filed 8/27/12).

1.      Twenty-Third Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 8101, Filed 8/6/12);

2.      Certificate Of No Objection Regarding Twenty-Third Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 8379, Filed 8/31/12);

3.      Twenty-Fourth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8116, Filed 8/6/12);

4.      Certificate Of No Objection Regarding Twenty-Fourth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8380, Filed 8/31/12);

5.      Twenty-Fifth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1 1, 2012 Through July 31, 2012 (D.I. 8227, Filed 8/20/12); and

6.      Certificate Of No Objection Regarding Twenty-Fifth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1 1, 2012 Through July 31, 2012 (D.I. 8427, Filed 9/12/12).

Shearman & Sterling LLP

W.      Eleventh Quarterly Fee Application Request Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel To Debtors And Debtors-In-Possession, For The Period February 1, 2012 Through July 31, 2012 (D.I. 8306, Filed 8/24/12).

1.  Eleventh Interim Application Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through July 31, 2012 (D.I. 8304, Filed 8/24/12); and

2.  **Certificate Of No Objection Regarding Eleventh Interim Application Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through July 31, 2012 (D.I. 8471, Filed 9/17/12).**

Togut, Segal & Segal LLP

X.  Third Quarterly Fee Application Of Togut, Segal & Segal LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retired Employees For The Period February 1, 2012 Through May 31, 2012 (D.I. 8330, Filed 8/27/12).

1.  Sixth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012 (D.I. 7613, Filed 5/4/12);

2.  Certificate Of No Objection Regarding Sixth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2012 Through February 29, 2012  (D.I. 7758, Filed 6/1/12);

3.  Seventh Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7689, Filed 5/24/12);

4.  Certificate Of No Objection Regarding Seventh Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2012 Through March 31, 2012 (D.I. 7860, Filed 6/8/12);

5.  Eighth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 7893, Filed 6/22/12);

6.      Certificate Of No Objection Regarding Eighth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 8007, Filed 7/17/12);

7.      Ninth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 8038, Filed 7/25/12); and

8.      Certificate Of No Objection Regarding Ninth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 8184, Filed 8/16/12).

Torys LLP

Y.      Seventh Quarterly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through July 31, 2012 (D.I. 8349, Filed 8/28/12).

1.      Fourteenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 7995, Filed 7/12/12);

2.      Certificate Of No Objection Regarding Fourteenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 8114, Filed 8/6/12);

3.      Fifteenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8042, Filed 7/25/12);

4.      Certificate Of No Objection Regarding Fifteenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8189, Filed 8/16/12);

5.     Sixteenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8313, Filed 8/24/12); and

**6.     Certificate Of No Objection Regarding Sixteenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8473, Filed 9/17/12).**