**CERTIFICATE OF SERVICE**

      I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on September 19, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on September 18, 2012, in the manner indicated upon the entities identified below.

Date: September 18, 2012                                       */s/ Tamara K. Minott*
Wilmington, DE                                                Tamara K. Minott (No. 5643)

**Via Fax**

| | |
|---|---|
| Ken Coleman Esq<br>Lisa J.P. Kraidin. Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>20th Floor<br>New York, NY 10020<br>Fax: 212-610-6399 | Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King Street<br>Wilmington, DE 19801<br>Fax: 302-651-7701 |
| Thomas P. Tinker. Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207 Lockbox 35<br>Wilmington, DE 19801-3519<br>Fax: 302-573-6497 | Fred S. Hodara Esq.<br>Ryan C. Jacobs Esq.<br>David H. Botter Esq.<br>Akin Gump<br>One Bryant Park<br>New York, NY 10036<br>Fax: 212-872-1002 |
| Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>Fax: 302-652-4400 | Thomas R. Kreller<br>MILBANK, TWEED, HADLEY & MCLOY LLP<br>601 South Figueroa St., Suite 3000<br>Los Angeles, CA 90017<br>Fax: 213-892-4763 |
| Mary F. Caloway Esq.<br>Mona A. Parikh<br>Buchanan Ingersoll & Rooney<br>1105 N. Market Street<br>Suite 1900<br>Wilmington, DE 19801-1228<br>Fax: 302-552-4295 | Lucinda McRoberts, Esq.<br>Bryan Cave LLP<br>211 N. Broadway, Suite 3600<br>St. Louis, Missouri 63102<br>Fax: 314-259-2020<br>(Counsel for Maritz) |

Case 09-10138-MFW    Doc 8474-3    Filed 09/18/12    Page 2 of 2

Robert Pfister, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Fax: 310-407-9090
(Counsel for Maritz)

Rafael Zahralddin-Aravena
Shelley Kinsella
Elliott Greenleaf
1105 N. Market St.
Wilmington, DE 19806
Fax: 302-384-9399
(Counsel to the Official Committee of Long
Term Disability Participants)

4145343.19