# "FACT DISCOVERY" REQUEST

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired Oct. 15, 1984 **AND** the year I was forced onto Long-Term Disability Sept. 12, 1996. Have conflicting information on date of LTD.

Note I would like all of my employment records sent to me.

### Section#1

Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.

- Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.
- Employee Benefits Binders.

**Further**, I would like to request copies of the following information be forwarded to me reflecting ALL Nortel communications regarding Employee Benefits from the year I was hired Oct. 15, 1984 through Sept. 2012 for the following:

- All Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
- Copies of all my Flex Benefits Confirmation Statements.
- A dump of detailed call logs for all calls I placed into Nortel HR.
- A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 through Sept. 2012.
- A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.
- Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.
- A copy of the document that declares that this was a welfare program the year I was forced into LTD.
- Copies of LTD benefits from 10/15/84 till I was forced into LTD.
- I would like Nortel to provide documentation of Cigna or United Health that has documentation about me.
- A copy of the year hazmat chemical and material procedures were put into place at any Canadian or U.S. facilities?
- Copies of what Nortel paid for my benefits and what part I paid for my benefits

**Lastly**, I would like to request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors

# "FACT DISCOVERY" REQUEST

o   A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

*Miriam Stewart*

Miriam Stewart
2615 Bailey's Crossroads Road
Benson NC 27504

FILED
'12 SEP 17 AM 10: 29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors