## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
:
*In re*                                                 :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                      :    Case No. 09-10138 (KG)
:
Debtors.                        :    Jointly Administered
:
:    Re: D.I.s [•] 8006, 8084, 8121 & 8443
:
-------------------------------------------------------X

## ORDER APPROVING STIPULATION AND AGREEMENT GOVERNING
## PRODUCTION, EXCHANGE AND FILING OF CONFIDENTIAL MATERIALS

Upon consideration of the *Stipulation and Agreement Governing Production,*

*Exchange and Filing of Confidential Materials* (the "Agreement"); and after due deliberation;

and it appearing that sufficient cause exists for granting the relief requested by the parties;

IT IS HEREBY ORDERED THAT:

1.      The Agreement,[2] a copy of which is attached hereto as Exhibit **1**, is

entered as an order of this Court.

2.      Pursuant to Local Rule 9018-1(c), the Parties are authorized to file

Confidential Discovery Materials or Highly Confidential Discovery Materials under seal without

the requirement of filing a separate motion requesting permission to do so.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Agreement.

3.     This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

4.     By entering this Order and limiting the disclosure of information in this case, the Court does not intend to preclude another court from finding that information may be relevant and subject to disclosure in another case. Any person or Party subject to this Order who becomes subject to a motion to disclose another Party's information designated "Confidential" or "Highly Confidential" pursuant to this Order shall promptly notify that Party of the motion so that the Party may have an opportunity to appear and be heard on whether that information should be disclosed.

Dated: Wilmington, Delaware
          September ___, 2012

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE