IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :   Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :   Case No. 09-10138 (KG)
                                                            :
                            Debtors.                        :   Jointly Administered
                                                            :
                                                            :   Re: D.I. 8448
                                                            :
------------------------------------------------------------X

**CONSENT ORDER APPROVING SUBPOENAS IN A CONTESTED
MATTER TO THE NORTEL NETWORKS INC. MEDICAL PLAN AND
THE NORTEL NETWORKS INC. DENTAL, VISION, AND HEARING CARE PLAN**

Upon the joint motion dated September 14, 2012 (the "Motion"),[2] of the Official Committee of Long Term Disability Participants (the "LTD Committee") and Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order, as more fully described in the Motion, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 7026 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving the service of subpoenas by the LTD Committee on the Nortel Networks Inc. Medical Plan and Nortel Networks Inc. Dental, Vision, and Hearing Care Plan within two business days following the entry of this Order; and adequate notice of the Motion having been given as set forth in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The LTD Committee is authorized to serve the Subpoenas, in the form attached hereto as Exhibits 1 and 2, on the Nortel Networks Inc. Medical Plan and Nortel Networks Inc. Dental, Vision, and Hearing Care Plan within two business days following the entry of this Order.

3. Counsel for the Debtors shall accept service of the Subpoenas on behalf of the Nortel Networks Inc. Medical Plan and Nortel Networks Inc. Dental, Vision, and Hearing Care Plan. The Nortel Networks Inc. Medical Plan and Nortel Networks Inc. Dental, Vision, and Hearing Care Plan are ordered to provide the LTD Committee with documents and information containing personally identifiable information that are responsive to the Subpoenas, including, for the avoidance of doubt, any protected health information as that term is defined in the regulations issued by the United States Department of Health and Human Services pursuant to the Health Insurance Portability and Accountability Act of 1996, 42 U.S.C. § 1301 et seq. (the "Discovery Material"), subject to any objections that the Nortel Networks Inc. Medical Plan and Nortel Networks Inc. Dental, Vision, and Hearing Care Plan may have with respect to the

documents requested by the Subpoenas. For the avoidance of doubt, such requests also may be satisfied by the production of such documents by the Debtors, the Nortel Networks Inc. Medical Plan, and/or the Nortel Networks Inc. Dental, Vision, and Hearing Care Plan. All available objections to the Subpoenas and the Requests for Production are preserved.

4. Except as required by law, regulation or court order, or as otherwise provided by this Order, the Parties are prohibited from using or disclosing the Discovery Material for any purpose other than prosecuting, defending or resolving the LTD Termination Motion and shall not use the Discovery Material for any other purpose, including, without limitation, any business or commercial purpose or any other litigation. The Discovery Material shall either be returned to the Nortel Networks Inc. Medical Plan or Nortel Networks Inc. Dental, Vision, and Hearing Care Plan as applicable, or destroyed at the conclusion of the proceeding on the LTD Termination Motion.

5. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       September 18, 2012

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE