# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Related Docket No.  8312** |

------------------------------------------------------------x

### CERTIFICATE OF NO OBJECTION REGARDING
### THE TENTH MONTHLY APPLICATION OF ALVAREZ & MARSAL HEALTHCARE
### INDUSTRY GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF
### RETIREES FOR THE PERIOD JULY 1, 2012 THROUGH JULY 31, 2012

I, William F. Taylor, Jr., of McCarter & English LLP, Delaware Counsel to The Official

Committee of Retirees (the "Retiree Committee"), in the above-captioned case, hereby certify the

following:

1.        On August 24, 2012, the Retiree Committee filed the *Tenth Monthly Application of*

*Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor to The Official Committee of*

*Retirees and The Official Committee of Long-Term Disability Participants of Nortel Networks Inc., et al*

*and its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of*

*All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012*

[Docket No. 8312] (the "Application").

2.        Pursuant to the Notice of Application, objections to the Application were to be filed and

served by September 13, 2012 ("Objection Deadline"). The undersigned further certifies that he has

reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the

---

[1]        The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel
Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems
International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722),
Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel
Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358),
Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc.
(4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures § 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

      3.      The Application requested allowance of fees in the amount of $145,607.50  and expenses in the amount of $1,607.46 pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Interim Compensation Order") (Docket No. 222). The Application also requested payment of fees in the amount of $116,486.00 (80% of $145,607.50) and expenses in that amount of $1,607.46 pursuant to the Interim Compensation Order. As noted above no objections were received to the full amount of Alvarez & Marsal Healthcare Industry Group, LLC's fee and expense request.

Dated: September 18, 2012
      Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*

ME1 14130677v.1