# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 19, 2012 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

1) OMNIBUS;
   **R / M #:**   8,474 / 0

2) **ADV: 1-10-53187**
   **Nortel Networks Inc. vs Maritz Canada Inc.**
   Pretrial Conference
   **R / M #:**   110 / 0

3) **ADV: 1-11-54007**
   **Robert Horne vs Nortel Networks Inc.**
   Motion for Protective Order (moved from 9/5/12)
   **R / M #:**   88 / 0

## *Appearances:*

   SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

   HEARING HELD. AGENDA ITEMS:
   #1 - continued to 10/18/12 @ 11:00 am
   #2 - CNO Filed and Order Signed
   #3 - Mediation is on going - Date - 10/18/12 @ 11AM - 5 PM - order to be submitted under Certification of Counsel
   #4 - A- 11-54007 Robert Horne - Motion for Protection Order - Denied;   Depositions are to be taken;
   #5 -  FEE APPLICATIONS -  ORDER SIGNED
   #6 - 10-53187 -  Pretrial Conference - Adjourned to 10/3/12 @ 10:00 am