# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.  **COURTROOM LOCATION:** 3
**CASE NO.:** 09-10138/10-53187/11-54007 - KG  **DATE:** 9/19/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bonnie Fatell | Blank Rome | Ad Hoc Committee of Defense Comp Plan Beneficiaries |
| Paul McDonald | Bernstein Shur | Beneficiaries |
| Lisa Bockerman | Akin Gump | Official Committee of Unsecured Creditors |
| Tom Matz | Milbank | Ad Hoc Group of Bondholders |
| Kate Buck | McCarter & English | Retiree Cmte |
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen Hamilton | " |
| David Herrington | " | " |
| Megan Fleming | " | " |
| Brandon Gibbon | " | " |
| Rafael Zahralddin | Elliott Greenleaf | LTD Committee |
| Chris Samis | Richards Layton & Finger | Official Committee of Unsecured Creditors |
| Jaime Chapman | YCST | UK Administrators |
| Kathleen Murphy | Buchanan Ingersoll | Ernst & Young |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 09/19/2012
Calendar Time: 10:00 AM ET

*1st Revision 09/18/2012 01:45 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Brent Beasley | | Brent Beasley - In Pro Per/Pro Se | In Propria Persona, Brent Beasley / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Neil Berger | | Togut, Segal & Segal LLP | Creditor, Official Committee to the Retiree's / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy, LLI | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Craig W. Dent | | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Devon J. Eggert | | Freeborn & Peters LLP | Consultant, Mercer US, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | John S. Elliott | | John S. Elliott - In Pro Per/Pro Se | Interested Party, John Elliot / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, UK Pentition Trust Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Mark R. Janis | | Mark R. Janis - In Pro Per/Pro Se | Interested Party, Mark Janis / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Deborah M. Jones | | Deborah M. Jones - In Pro Per/Pro Se | In Propria Persona, Deb Jones (Employee) / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Lisa Kraidin | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Carol Raymond | Nortel Networks Inc. | In Propria Persona, Carol Raymond / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Brenda Rohrbaugh | Brenda Rohrbaugh - In Pro Per/Pro Se | In Propria Persona, Brenda Rohrbaugh / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Nancy A. Wilson | Nancy A. Wilson - In Pro Per/Pro Se | In Propria Persona, Nancy A. Wilson / LISTEN ONLY |