September 12, 2012

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

RE: "Fact Discovery" Request

To Whom It May Concern:

I, Caroline Underwood, would like to request copies of the following information be forwarded to me for BOTH the year I was hired, 1976 AND the year I was forced into Long-term Disability (1999).

- Long Term Disability Summary Plan documents and Flex benefits enrollment guides
- Flex Benefits documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan documents
- Employee benefits binders
- A copy of Nortel Networks Welfare Benefits plan
- A copy of the Nortel Networks Health and Welfare Benefits Trust plan
- A copy of CIGNA's Long Term Disability Policy

Further, I would like to request copies of the following information be forwarded to me reflecting ALL Nortel communications regarding Employee Benefits from the year I was hired (1976) through September 2012 for the following:

- ALL Nortel HR communications that were transmitted to employees regarding explicit notification of changes to all of the above documents/benefits identified in the above list
- Copies of all my flex benefits confirmation statements
- A dump of detailed call logs for all calls I placed into Nortel HR
- A copy of all annual 5500 Financial forms that Nortel filed with regard to the LTD plan
- Copies of all communications/data transmitted to CIGNA regarding my STD and LTD benefits
- Copies of all communications/data transmitted to Prudential regarding my LTD benefits
- A copy of all summary annual reports for Nortel Networks welfare benefits plan

Lastly, I would like to request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Company
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

*Caroline Underwood*

Caroline Underwood
2101 Emerson Cook Rd.
Pittsboro, NC 27312

CC: US Bankruptcy Court, Cleary, Gottlieb, Steen & Hamilton, Elliott Greenleaf, LTD 1102 Committee

September 12, 2012

Prudential Disability Management Services
PO Box 13480
Philadelphia, PA 19176

RE: "Fact Discovery" Request From Claim #10280498

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me:

- Copies of every STD and LTD claim form that I either filed or a physician filed on my behalf
- Copies of every medical report that you have in your possession/on file for me
- Copies of all written communication that Prudential mailed to me
- Copies of every internal record that Prudential referenced or authored in determination of my benefits
- A copy of the Nortel Networks LTD Plan for the year I was forced into LTD and/or the year Prudential became responsible for my claim
- A copy of any communication and/or data that Prudential received from Nortel with regard to my LTD benefits; including, but not limited to, identification of my annual salary, percentage of LTD pay.
- A dump of detailed call logs for all calls I placed into Prudential or calls that were returned to me
- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc., by Prudential Insurance Co
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

*Caroline Underwood*

Caroline Underwood
2101 Emerson Cook Rd.
Pittsboro, NC 27312

Copied:  US Bankruptcy Court
         Nortel Networks
         Cleary, Gottlieb, Steen & Hamilton
         Elliott Greenleaf
         LTD 1102 Committee