IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., ET AL., | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On September 18, 2012, I caused to be served the following documents via First-Class Mail on those parties identified on **Exhibit A**:

- Certificate of No Objection Regarding the Third Quarterly Fee Application of Togut, Segal & Segal LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Retirees for the Period February 1, 2012 Through May 31, 2012 **[Docket No. 8475]**

- Certificate of No Objection Regarding the Ninth Monthly Application of Alvarez & Marsal Healthcare Industry Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Retirees for the Period June 1, 2012 Through June 30, 2012 **[Docket No. 8499]**

*[This space intentionally left blank]*

- Certificate of No Objection Regarding the Tenth Monthly Application of Alvarez & Marsal Healthcare Industry Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Retirees for the Period July 1, 2012 Through July 31, 2012 **[Docket No. 8500]**

Dated: September 18, 2012

*Karen M. Wagner* (signature)
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California      )
                         ) ss
County of Los Angeles    )

Subscribed and sworn to (or affirmed) before me on this 18th day of September 2012, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# Exhibit A

Exhibit A
Fee Application Service List - First-Class Mail

| Company | Name | Addr1 | Addr2 | Addr3 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Akin Gump | Fred S. Hodara Esq | One Bryant Park | | | New York | NY | 10036-0000 | Counsel for Official Committee of Unsecured Creditors |
| Cleary Gottlieb Steen & Hamilton | James L. Bromley | One Liberty Plaza | | | New York | NY | 10006-0000 | Counsel for the Debtors |
| Elliott Greenleaf | Rafael X. Zahralddin-Aravena | 1105 N. Market St Ste 1700 | PO Box 2327 | | Wilmington | DE | 19801-0000 | Counsel for LTD Committee |
| Morris Nichols Arsht & Tunnell LLP | Derek C. Abbott | Ann C Cordo | 1201 N Market St 18th Fl | PO Box 1347 | Wilmington | DE | 19899-1347 | Counsel for the Debtors |
| Nortel Networks Inc | Attn Accounts Payable | PO Box 13010 | | | Research Triangle Park | NC | 27709-0000 | Debtors |
| Office of the U.S. Trustee | Thomas P. Tinker. Esq | 844 King St | Ste 2207 Lockbox 35 | | Wilmington | DE | 19801-3519 | Office of the U.S. Trustee |
| Richards Layton & Finger | Mark D. Collins Esq | Christopher M Samis Esq | One Rodney Square | 920 N King St | Wilmington | DE | 19801-0000 | Counsel for Official Committee of Unsecured Creditors |