# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on September 12th, 2012 a copy of *my individual "Fact Discovery" requests* were served upon the following parties, in manner indicated.

### BY OVERNIGHT MAIL WITH DELIVERY CONFIRMATION

ATTN: David D. Bird, Clerk of Court
**United States Bankruptcy Court**
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

ATTN: Robert J. Ryan
**Cleary, Gottlieb, Steen & Hamilton, LLP**
One Liberty Plaza
New York, NY 10006

ATTN: HR Shared Services, c/o **Nortel Networks**
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

**Prudential Disability Mgmt Services**
2101 Welsh Road
Dresher, PA 19176

### BY ELECTRONIC TRANSMISSION VIA EMAIL
ATTN: Rafael X. Zahralddin-Aravena, Esq., **Elliott Greenleaf**, rxza@elliottgreenleaf.com
ATTN: Barbara Gallagher, Chairperson, **LTD 1102 Committee**, ballyglas@pobox.com

Respectfully Signed,

Brent Beasley, Nortel US LTD Employee
541 Ammons Rd
Dunn, NC 28334

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.