# "FACT DISCOVERY" REQUEST

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired **(Type Year Hired Here)** AND the year I was forced onto Long-Term Disability **(Type LTD Year Here)**:

**Section#1**        *1984*                                                                                                    *1985*

- o   Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.

- o   Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.

- o   Employee Benefits Binders.

**Further,** I would like to request copies of the following information be forwarded to me reflecting ALL Nortel communications regarding Employee Benefits from the year I was hired **(Type Year Hired Here)** through Sept. 2012 for the following:                                             *1984*

- o   All Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.

- o   Copies of all my Flex Benefits Confirmation Statements.

- o   A dump of detailed call logs for all calls I placed into Nortel HR.

- o   A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 through Sept. 2012.

- o   A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.

- o   Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.

**Lastly,** I would like to request a copy of the following documents:

- o   A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

- o   A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors

# "FACT DISCOVERY" REQUEST

'12 SEP 14 PM 12: 14

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Sincerely,

**SIGN YOUR NAME HERE**

*Terry D. Massengill / Patricia Rimmer / Guardian of Person*

**Type Your Full Name Here**

**Type Your Complete Mailing Address Here**

Terry D. Massengill
126 Keri Dr
Garner, N.C. 27529

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors

# "FACT DISCOVERY" REQUEST

Prudential Disability Management Services
2101 Welsh Road
Dresher, PA 19176

RE:  Claim # Type your Prudential Claim # Here    /O2 8/5 76

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me:

o    Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.

o    Copies of all written communication that Prudential mailed to me.

o    Copies of any documentation you received from Social Security regarding my SS Award/benefits.

o    Copies of every internal record that Prudential referenced or authored in determination of my benefits.

o    A copy of the Nortel LTD Plan for the year I was forced into LTD.

o    A copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.

o    A dump of detailed call logs for all calls I placed into Prudential.

o    Copies of every single medical report that you have in your possession/on file for me.

o    A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

o    A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors

## "FACT DISCOVERY" REQUEST

Sincerely,

**SIGN YOUR NAME HERE**

*Terry D. Massengill / Patricia Rimmer / Guardian of Person*

**Type Your Full Name Here**     Terry D. Massengill

**Type Your Complete Mailing Address Line Here**     126 Keri Dr.
Garner, N.C. 27529

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors