# "FACT DISCOVERY" REQUEST

Prudential Disability Management Services
2101 Welsh Road
Dresher, PA 19176

**RE:  Claim # 10280374**

September 13, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me:

o   Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.
o   Copies of all written communication that Prudential mailed to me.
o   Copies of any documentation you received from Social Security regarding my SS Award/benefits.
o   Copies of every internal record that Prudential referenced or authored in determination of my benefits.
o   A copy of the Nortel LTD Plan for the year I was forced into LTD.
o   A copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.
o   A dump of detailed call logs for all calls I placed into Prudential.
o   Copies of every single medical report that you have in your possession/on file for me.
o   A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
o   A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.
o   Copies of all documents supplied by Cigna to Prudential about me or my Claim (Policy #2059005), including but not limited to the original paperwork submitted for Long Term Disability approval and the ultimate award letter.
o   A copy of Cigna Policy #2059005 referenced in correspondence from Cigna
o   Copies of all documentation provided to Mortgage lenders regarding confirmation of my benefit continuation for their use in approving mortgage applications, as required in FNMA Documentation Retention Rules.  There should be documentation available for Dallas, TX (1994), Richmond, CA (2000), and Bedford, NH (2002).
o   Copies of all documentation to Nortel and Nortel employees regarding the specific role that Prudential plays in handling LTD claims.

Sincerely,

*Janette M Head*
Janette M Head
16 Gleneagle Drive
Bedford, NH  03110

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors

# "FACT DISCOVERY" REQUEST

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

September 13, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired (1983) **AND** the year I was forced onto Long-Term Disability (1993):

## Section#1

- Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.
- Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.
- Employee Benefits Binders.

**Further**, I would like to request copies of the following information be forwarded to me reflecting ALL Nortel communications regarding Employee Benefits from the year I was hired, 1983, through Sept. 2012 for the following:

- All Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
- Copies of all my Flex Benefits Confirmation Statements.
- A dump of detailed call logs for all calls I placed into Nortel HR.
- A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 through Sept. 2012.
- A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.
    - Trust Documents
    - all financial information
    - Names of Trustees
    - Bank accounts pertinent to Form 5500 transactions
- Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.
- Copies of my complete personnel file including but not limited to: hiring paperwork, MFA reviews, salary history, etc.
- Copies of all documentation provided to Mortgage lenders regarding confirmation of my benefit continuation for their use in approving mortgage applications, as required in FNMA Documentation Retention Rules. There should be documentation available for Dallas, TX (1994), Richmond, CA (2000), and Bedford, NH (2002).
- Pay stubs for years 1991, 1992, 1993, and 1994
- Copies of all documents and procedures within Nortel referencing "Disability Benefits", "Disability Insurance", and "Disability coverage under a self-insured program".

1

## "FACT DISCOVERY" REQUEST

**Further,** I would like to request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

**Lastly,** "Interrogatories"

- Please admit that there were no procedures in place to inform me or employees whether "Disability Benefit" as per the Flex Benefits Confirmation Statements was or wasn't a true insurance policy, leaving me with the risk of becoming disabled under your plan, and impossible to obtain Disability Insurance.

Sincerely,

*Janette M Head*

Janette M Head
16 Gleneagle Drive
Bedford, NH 03110