Marilyn Day                                Discovery Request

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

RE: "Fact Discovery" Request

September 12, 2012

To Whom It May Concern,



## Preface

I would like to express my gratitude and appreciation to staff at Nortel HR Shared Services in their assistance to me over the years as an employee on LTD, isolated from the Nortel infrastructure due to my health conditions. To Janice, Kim, Maria with the French accent and the others, thank you for your guidance during such difficult times in my life when it was no longer the same, unable to work at the job I loved, yet you patiently explained the annual changes in benefits enrollment year after year, walked me through filling out forms, changes in the 401K provider and retirement, your kind words of sympathy when my child died. Although I never met you in person, you were the helping hands many times.

In response to Docket 8364, I, Marilyn Day, a Nortel Networks fulltime employee on long term disability, unable to work as deemed by the Social Security Administration for Medical Disability do request information to assist in the invalidation of the claims and statements made in the Nortel Networks motion Docket 8364 of termination of Nortel employees on LTD and all their benefits, pay, severance, retirement and its benefits, and other benefits entitled to Nortel employees.

## Background

I worked for Northern Telecom in late 1980s for three years. In 1994, 1995, 1996, one of my capacities as an employee on both the Northern Telecom Business side and the Northern Telecom Research and Development side was to participate and make departments I was involved in ISO9000 certificated, ISO9000 compliant. At Northern Telecom request, I was a certified ISO9000 auditor. I recognize that Nortel Networks Ltd. adheres to TL 9000 for the telecommunication industry.

It is from this premise, that I make the following requests of Nortel Networks, Inc.; Cleary, Gottlieb, Steen & Hamilton LLP (attorneys for debtors Nortel Networks Inc.) of One Liberty Plaza, New York, NY 10006; and all third party venders who render services or who have contracts with debtors:
1. Cigna (provider of medical insurance, dental and hearing insurance for myself as employee, retiree, and my dependents (spouse and children until age 26 per Federal laws of Healthcare)
2. Medco (provider of prescription drug plan benefit)
3. Prudential (provider of life insurance for myself as employee, retiree, and my dependents (spouse and children per benefits until we die.)
4. Accidental and Dismemberment insurance provider for myself as employee, retiree, and my

**RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors**

Marilyn Day                                        Discovery Request

dependents (spouse and children per benefits until we die.)
5. Prudential (manager of long term disability and short term disability claims and disability review requests for claimant and claimant's physician and disability monthly pay (per benefits until age 65) and lump sum payment from Social Security Administration Commission Medical Disability Claim Approval during periods of 2000 - present).
6. Cigna: Policy 205900501350 001011 address 12225 Greenville Avenue Suite 655, LB179 Dallas, TX 75243-9382 phone 972-907-6500, 1-800-352-0611 year 1998 (manager of long term disability (per benefits until age 65) and short term disability claims and disability review requests for claimant and claimant's physician and disability monthly pay and lump sum payment from Social Security Administration Commission Medical Disability Claim Approval during periods of 1994 – 2000).
7. Nortel managers of 401K. Previously Bankers Life, and Hewitt, and now has to be transferred.
8. Any financial advisors pertain to this case.
9. All Trusts and Financial holdings Companies for funds and Reserves for Disability funds during time periods of 1994 – 2012 and present.

## Request for Discovery

I (Marilyn Day) would like to request copies of the following information be forwarded to me. I have previously requested this information from various departments at Nortel in the 1990s, early 2000s, and in 2012, but have not received them.

### Section#1

- Flex Benefits Enrollment Guides for 1994, 1996, 1997, 2008, 2009
- Summary Plan Descriptions for Short Disability, Long Term Disability, Medical, Dental, Hearing, Vision, Prescriptions,1994,1996, 1997, 2009
- Summary Plan Descriptions or Guide for Retirement, 1994, 1996, 1997, 2008, 2009, 2012
- Summary Plan Descriptions for Life Insurance, 1994, 1996, 1997, 2009, 2012
- Employee Benefits Binders. (If this is the same as the SPDs, I don't need them. Everything was lost by the Nortel faculties dept. to storing my things.)
- Northern Telecom/Nortel Networks Severance Allowance Plan
- A copy of Nortel Networks Welfare Benefits Plan
- A copy of the Nortel Networks Health and Welfare Benefits Trust Plan
- A copy of CIGNA's Long Term Disability Policy 205900501350 001011 effective 1996

- All Trusts and Financial holdings for funds and Reserves for Disability funds including names of Trustees, Banks and Accounts during time periods of 1994 – 2012 and present. AND copies of all corresponding external audits as required by the compliance of ISO9000 certification with any Federal agency for example: *Department of Health and Human Services, Antitrust Division, Bureau of Labor Statistics, Commerce Department, Commission on Civil Rights, Compliance, Office of, Department of Justice, Department of Labor, Economic, Business and Agricultural Affairs, Economics and Statistics Administration, Employee Benefits Security Administration (EBSA), Employment and Training Administration, Equal*

Marilyn Day                                Discovery Request

*Employment Opportunity Commission (EEOC), Federal Accounting Standards Advisory Board, Federal Financial Institutions Examination Council, Federal Financing Bank, Federal Labor Relations Authority, National Council on Disability (NCD), National Labor Relations Board, National Technical Information Service, National Telecommunications and Information Administration, Office of Disability Employment Policy, Social Security Administration, Employment of People with Disabilities,* AND corresponding state audits for State of Texas, North Carolina, and California to comply with ISO9000.

NOTE: I would assume that Nortel being financially prudent would have reserved money in Trusts and Funds for the Disabled as included to all Nortel employees as long as they were employed.... per the report from the Social Security Administration, Trends in the Social Security and Supplemental Security Income Disability Programs Report, "The percentage of awards of SSI payments for disability has been fairly constant for men and women: women aged 18–64 represent roughly half of all awards, varying between 49 percent and just under 53 percent from 1976 to 2003. http://www.ssa.gov/policy/docs/chartbooks/disability_trends/sect02.html

**Further,** I would like to request copies of the following information be forwarded to me reflecting <u>ALL Nortel communications</u> regarding Employee Benefits from the year I was hired (1994) <u>through</u> Sept. 2012 for the following:

- <u>All</u> Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
- Copies of all my Flex Benefits Confirmation Statements.
- A dump of detailed call logs for all calls I placed into Nortel HR Shared Services.
- Copies of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan AND copies of all corresponding external audits as required by the compliance of ISO9000 certification with any Federal agency for example: *Department of Health and Human Services, Antitrust Division, Bureau of Labor Statistics, Commerce Department, Commission on Civil Rights, Compliance, Office of, Department of Justice, Department of Labor, Economic, Business and Agricultural Affairs, Economics and Statistics Administration, Employee Benefits Security Administration (EBSA), Employment and Training Administration, Equal Employment Opportunity Commission (EEOC), Federal Accounting Standards Advisory Board, Federal Financial Institutions Examination Council, Federal Financing Bank, Federal Labor Relations Authority, National Council on Disability (NCD), National Labor Relations Board, National Technical Information Service, National Telecommunications and Information Administration, Office of Disability Employment Policy, Social Security Administration, Employment of People with Disabilities,* AND corresponding state audits for State of Texas, North Carolina, and California to comply with ISO9000.
- Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.
- Copies of all communications/data transmitted to and from Cigna regarding my STD & LTD benefits.
- A copy of all Summary Annual Reports for Nortel Networks Welfare Benefits Plan

**Lastly,** I would like to request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

**RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors**

Marilyn Day                           Discovery Request

- Copies of all communications/data transmitted to and from Cigna regarding my STD & LTD benefits.
- A copy of all Summary Annual Reports for Nortel Networks Welfare Benefits Plan
- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

Thank you for your assistance in this pressing matter.

Regards,

Marilyn Day

2020 Fox Glen Dr.
Allen, TX. 75013.

CC:
US Bankruptcy Court
Nortel Networks
Cleary, Gottlieb, Steen & Hamilton
Elliott Greenleaf
LTD 1102 Committee

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors

Prudential Disability Management Services
2101 Welsh Road   Dresher, PA 19176

RE: "Fact Discovery" Request From Claim # 10277026

September 12, 2012

To Whom It May Concern,

To Sophia, thank you for your helpfulness in our past conversations this year. I appreciate your patience explaining to me the process. I have been slow about getting back the information you requested because I had was in the Emergency Room.... Since being on disability I've learned the chronically ill, they don't get the week-ends off like the employed... But life goes on and I have to press on with this Nortel Bankruptcy stuff....I would like to request copies of the following information be forwarded to me:

- Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.
- Copies of every single medical report that you have in your possession/on file for me.
- Copies of all written communication that Prudential mailed to me.
- Copies of all "response" communications that Prudential received from me that Prudential had requested information from me via mailed written communication.
- A copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay
- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.
- A break down of how much I paid annually in premiums for medical coverage/benefits from the time I went out on LTD in 1996 to present.
- All correspondence from when Cigna was managing my LTD claim.

Sincerely,

Marilyn Day
2020 Fox Glen Dr.
Allen, TX. 7501


CC:
US Bankruptcy Court
Nortel Networks
Cleary, Gottlieb, Steen & Hamilton
Elliott Greenleaf
LTD 1102 Committee

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors