Michael S. McWalters, Nortel US LTD Employee
PO Box 338
Alviso, Ca 95002-0338

## "FACT DISCOVERY" REQUEST

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired 1985 **AND** the year I was forced onto Long-Term Disability 1995:

### Section#1

- Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.
- Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.
- Employee Benefits Binders.

**Further**, I would like to request copies of the following information be forwarded to me reflecting <u>ALL Nortel communications</u> regarding Employee Benefits from the year I was hired 1985 <u>through</u> Sept. 2012 for the following:

- <u>All</u> Nortel HR communications that are transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
- Copies of all my Flex Benefits Confirmation Statements.
- A dump of detailed call logs for all calls I placed into Nortel HR.
- A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me for the last 17 years Aug. 1995 <u>through</u> Sept. 2012.
- A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.
- Copies of all communications/data transmitted to (Prudential 2000-2012) and (Cigna 1995-2000) regarding my STD & LTD benefits.

**Lastly**, I would like to request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.
- A copy of Group STD/LTD Plan for Cigna Policy 01, Account No. 2059005, for years 1995-2000.

Sincerely,

Michael McWalters
PO Box 338, Alviso, Ca 95002-0338

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors

# "FACT DISCOVERY" REQUEST

Prudential Disability Management Services
2101 Welsh Road
Dresher, PA 19176

RE:  Claim #102841102

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me:

- Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.
- Copies of all written communication that Prudential mailed to me.
- Copies of any documentation you received from Social Security regarding my SS Award/benefits.
- Copies of every internal record that Prudential referenced or authored in determination of my benefits.
- A copy of the Nortel LTD Plan for the year I was forced into LTD.
- A copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.
- A dump of detailed call logs for all calls I placed into Prudential.
- Copies of every single medical report that you have in your possession/on file for me.
- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.
- A copy of all the information that was provided by Cigna from years 1995-2000. Cigna Policy 1, Account No. 2059005.

Sincerely,

Michael S. McWalters
PO Box 338, Alviso, Ca 95002-0338

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors

# "FACT DISCOVERY" REQUEST

Cigna c/o Nortel Networks LTD plan
POB 709015
Dallas, TX 75370
**RE: Claim #2059005**

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me:

- Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.
- Copies of all written communication that Prudential mailed to me.
- Copies of any documentation you received from Social Security regarding my SS Award/benefits.
- Copies of every internal record that Cigna referenced or authored in determination of my benefits.
- A copy of the Nortel LTD Plan for the year I was forced into LTD.
- A copy of any communication and/or data that Cigna received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.
- A dump of detailed call logs for all calls I placed into Cigna.
- Copies of every single medical report that you have in your possession/on file for me.
- A copy of Group LTD Plan No. Policy :01 issued to Nortel Networks, Inc. by Cigna.
- A copy of all the information that was provided by Cigna from years 1995-2000. Cigna Policy 1, Account No. 2059005.

Sincerely,

Michael S. McWalters
PO Box 338, Alviso, Ca 95002-0338

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors