# "FACT DISCOVERY" REQUEST

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired 1989 **AND** the year I was forced onto Long-Term Disability 1998:

## Section#1

o   Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.
o   Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.
o   Employee Benefits Binders.

**Further,** I would like to request copies of the following information be forwarded to me reflecting <u>ALL Nortel communications</u> regarding Employee Benefits from the year I was hired 1989 <u>through</u> Sept. 2012 for the following:

o   <u>All</u> Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
o   Copies of all my Flex Benefits Confirmation Statements.
o   A dump of detailed call logs for all calls I placed into Nortel HR.
o   A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 <u>through</u> Sept. 2012.
o   A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.
o   Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.

**Lastly,** I would like to request a copy of the following documents:

o   A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
o   A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

Laurie Adams
217 Ridge Creek Drive
Morrisville, NC 27560

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors