HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010



**RE: "Fact Discovery" Request for Wayne J. Schmidt Global ID# 0138786**

September 11, 2012

To Whom It May Concern,

I request copies of the following information be forwarded to me for the year Wayne J. Schmidt was hired, 1985, the year he was transferred to the United States and became an employee of the United States Corporation, 1994 **AND** the year he was forced onto Long-Term Disability, 2007:

<u>Section#1</u>

- Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.
- Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.
- Employee Benefits Binders.

**Further**, I request copies of the following information be forwarded to me reflecting <u>ALL Nortel communications</u> regarding Employee Benefits from the year 1994 <u>through</u> Sept. 2012 for the following:

- <u>All</u> Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
- Copies of all my Flex Benefits Confirmation Statements.
- A dump of detailed call logs for all calls I placed into Nortel HR regarding my Short Term Disability (STD) and Long Term Disability (LTD) and medical and retirement benefits.
- A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.
- Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.

**I also** request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Wayne J. Schmidt's disabling event took place on November 29, 2007. He Commenced STD in 2007 and was placed on LTD benefits in May 2008. **Please advise which benefit plan year and Summary Plan Description is used to determine his benefits.**

Please note that the appropriate Power of Attorney documents have previously been filed with your office. I trust this will be sufficient to support the release of the requested information. If further information is required to support the release of information please advise.

1

Sincerely,

Tim Steele
Power of Attorney for:
Wayne J. Schmidt
PO Box 374
Christopher Lake, SK S0J 0N0
Canada

CC:
US Bankruptcy Court
Cleary, Gottlieb, Steen & Hamilton;
Elliott Greenleaf
LTD 1102 Committee

Prudential Disability Management Services
P.O. Box 13480
Philadelphia, PA 19176

RE: "Fact Discovery" Request For Wayne J. Schmidt, Claim # 11019554

September 11, 2012

To Whom It May Concern,

I request copies of the following information be forwarded to me:

- Copies of all Short Term Disability (STD) & Long Term Disability (LTD) claim forms that were either filed by the claimant, Wayne J. Schmidt or a physician or other medical representative on the claimants behalf for the period of November 2007 through October, 2010.
- Copies of all medical reports that you have in your possession/on file for Wayne J. Schmidt.
- Copies of all written communication that Prudential mailed to Wayne Schmidt.
- Copies of every internal record that Prudential referenced or authored in determination of Wayne J. Schmidt's benefits.
- A copy of the Nortel LTD Plan for the year Wayne J. Schmidt was forced into LTD.
- A copy of any communication and/or data that Prudential received from Nortel with regard to Wayne J. Schmidt's STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.
- A dump of detailed call logs for all calls I placed into Prudential regarding the LTD benefit for Wayne J. Schmidt.
- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.
-

Please note that the appropriate Power of Attorney documents have previously been filed with your office. I trust this will be sufficient to support the release of the requested information. If further information is required to support the release of information please advise.

Sincerely,

Tim Steele
Power of Attorney for:
Wayne Schmidt
PO Box 374
Christopher Lake, SK  S0J 0N0
Canada

CC:
US Bankruptcy Court
Nortel Networks
Cleary, Gottlieb, Steen & Hamilton
Elliott Greenleaf
LTD 1102 Committee