Exhibit B

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | 5/1/12 - 7/31/12 | $941,204.75 | $752,963.80 | $188,240.95 | $41,214.88 | $982,419.63 | $0.00 | $982,419.63 | $28,446,244.60 | $28,446,244.60 |
| Ashurst LLP[2] | 5/1/12 - 7/31/12 | £75,514.50 (US $115,138.34) | £60,411.60 (US $97,262.68) | £15,102.90 (US $24,315.67) | £296.32 (US $477.08) | £75,810.82 (US $122,055.42) | £0.00 | £75,810.82 (US $122,055.42) | £3,639,798.31 (US $5,860,075.28) | £3,639,798.31 (US $5,860,075.28) |
| Capstone Advisory Group, LLC | 5/1/12 - 7/31/12 | $633,218.50 | $506,574.80 | $126,643.70 | $8,682.10 | $641,900.60 | $0.00 | $641,900.60 | $22,548,802.43 | $22,548,802.43 |
| Fraser Milner Casgrain LLP[3] | 5/1/12 - 7/31/12 | CDN $230,502.50 (US $232,009.99) | CDN $184,402.00 (US $185,607.99) | CDN $46,100.50 (US $46,402.00) | CDN $1,197.14 (US $1,204.97) | CDN $231,699.64 (US $233,214.96) | CDN $0.00 | CDN $231,699.64 (US $233,214.96) | CDN $12,811,013.69 US $12,894,797.72 | CDN $12,811,013.69 (US $12,894,797.72 |
| Jefferies & Company Inc. | 5/1/12 - 7/31/12 | $450,000.00 | $360,000.00 | $90,000.00 | $0.00 | $450,000.00 | $0.00 | $450,000.00 | $8,599,195.89 | $8,599,195.89 |

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of £1 to US $1.61 as published by Bloomberg.com on September 13, 2012. All figures listed for Ashurst LLP are paid in Sterling in the Sterling amounts specified above.

[3] The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of CDN $1.00 to U.S. $1.00654 as published by Reuters on August 24, 2012. All figures listed for Fraser Milner Casgrain LLP are paid in Canadian currency at the Canadian dollar amounts specified above.

| | 5/1/12 - 7/31/12 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Richards, Layton & Finger, P.A. | | $42,441.00 | $33,952.80 | $8,488.20 | $3,507.72 | $45,948.72 | $0.00 | $45,948.72 | $589,525.61 |
| **TOTALS** | | $2,066,830.25 £75,514.50 CDN $230,502.50 | $1,653,491.40 £60,411.60 CDN $184,402.00 | $413,372.85 £15,102.90 CDN $46,100.50 | $53,404.70 £296.32 CDN $1,197.14 | $2,120,268.95 £75,810.82 CDN $231,699.64 | $0.00 £0.00 CDN $0.00 | $2,120,268.95 £75,810.82 CDN $231,699.64 | $60,183,768.53 £3,639,798.31 CDN $12,811,013.69 |