Prudential Disability Management Services
P.O. Box 13480
Philadelphia, PA 19176

RE: Fact Discovery Request
US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors

September 13, 2012

To Whom It May Concern:

I request that copies of the following information be forwarded to me:

- A Copy of every single STD & LTD claim form filed by myself or filed by a physician filed on my behalf.
- A Copy of every single medical report that you have in your possession/on file for me.
- A Copy of all written communication that Prudential mailed to me.
- A Copy of every internal record that Prudential referenced or authored in determination of my benefits.
- A Copy of the Nortel LTD Plan for the year I was forced into LTD.
- A Copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.
- A detailed listing of any / all call logs for calls I placed to Prudential.
- A detailed listing of any / all call logs for calls Prudential placed to me.
- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

/s/ Paul E. Morrison


Paul E. Morrison
2241 College Ave.
Quincy, IL 62301-3231

CC:
US Bankruptcy Court
Nortel Networks
Cleary, Gottlieb, Steen & Hamilton
Elliott Greenleaf
LTD 1102 Committee

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

RE: "Fact Discovery" Request
US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors

September 13, 2012

To Whom It May Concern:

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired (1996) **AND** the year I was forced onto Long-Term Disability (2003):

**First Requests:**

- Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.
- Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.
- Employee Benefits Binders.

Further, I request that copies of the following information be forwarded to me reflecting ALL Nortel communications regarding Employee Benefits from the year I was hired, 1996 through September, 2012 for the following:

- All Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
- Copies of all my Flex Benefits Confirmation Statements.
- A detailed listing of any / all call logs for calls I placed to Nortel HR.
- A detailed listing of any / all call logs for calls Nortel HR placed to me.
- A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 through Sept. 2012.
- A copy of all annual 5500 Financial Forms along with all schedules, attachments and Auditor letters, statements and opinions that Nortel filed with regard to the LTD Plan since 1992.
- Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.

Lastly, I request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

/s/ Paul E. Morrison

Paul E. Morrison (GID 0509571)
2241 College Ave.
Quincy, IL 62301-3231

**CC:** US Bankruptcy Court; Cleary, Gottlieb, Steen & Hamilton; Elliott Greenleaf; LTD 1102 Committee

/s/ Paul E. Morrison