HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

September 12, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired September 1994 and I was forced on Long Term Disability in April 2006:

### Section#1

- Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.

- Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.

- Employee Benefits Binders.

**Further**, I would like to request copies of the following information be forwarded to me reflecting <u>ALL Nortel communications</u> regarding Employee Benefits from the year I was hired Sept 1994 through Sept. 2012 for the following:

- <u>All</u> Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.

- Copies of all my Flex Benefits Confirmation Statements.

- A dump of detailed call logs for all calls I placed into Nortel HR.

- A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 <u>through</u> Sept. 2012.

- A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.

- Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.

**Lastly**, I would like to request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

Bonnie J. Boyer

305 W. Juniper Ave.

Sterling, Virginia 20164-3724

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

September 12, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired September 1994 and I was forced on Long Term Disability in April 2006:

### Section#1

- Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.

- Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.

- Employee Benefits Binders.

**Further**, I would like to request copies of the following information be forwarded to me reflecting <u>ALL Nortel communications</u> regarding Employee Benefits from the year I was hired Sept 1994 through Sept. 2012 for the following:

- <u>All</u> Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.

- Copies of all my Flex Benefits Confirmation Statements.

- A dump of detailed call logs for all calls I placed into Nortel HR.

- A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 <u>through</u> Sept. 2012.

- A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.

- Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.

**Lastly**, I would like to request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

Bonnie J. Boyer

305 W. Juniper Ave.

Sterling, Virginia 20164-3724

**Prudential Disability Management Services**
2101 Welsh Road
Dresher, PA 19176
**RE: Claim # 9/12/2012**

September 12, 2012

To Whom It May Concern:

I would like to request copies of the following information be forwarded to me at the address provided below:

- Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.

- Copies of all written communication that Prudential mailed to me.

- Copies of any documentation you received from Social Security regarding my SS Award/benefits.

- Copies of every internal record that Prudential referenced or authored in determination of my benefits.

- A copy of the Nortel LTD Plan for the year I was forced into LTD.

- A copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.

- A dump of detailed call logs for all calls I placed into Prudential.

- Copies of every single medical report that you have in your possession/on file for me.

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

Bonnie J. Boyer

Sterling, Virginia 20164-3724