HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

RE: "Fact Discovery" Request

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired 1982 **AND** the year I was forced onto Long-Term Disability 1999

**Section#1**

- Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.
- Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.
- Employee Benefits Binders.

**Further,** I would like to request copies of the following information be forwarded to me reflecting ALL Nortel communications regarding Employee Benefits from the year I was hired 1982 through Sept. 2012 for the following:

- All Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
- Copies of all my Flex Benefits Confirmation Statements.
- A dump of detailed call logs for all calls I placed into Nortel HR.
- A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 through Sept. 2012.
- A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.
- Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.

**Lastly,** I would like to request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.
- All records showing that Leah Kathryn McCaffrey paid money in excess of the regular premium amount for LTD in order to receive benefits at 70% instead of 50%.

Sincerely,

*Leah Kathryn McCaffrey*

**Leah Kathryn McCaffrey**
7139 Debbe Dr., Dallas, Texas, 75252

**CC:** US Bankruptcy Court; Cleary, Gottlieb, Steen & Hamilton; Elliott Greenleaf; LTD 1102 Committee

Prudential Disability Management Services
P.O. Box 13480
Philadelphia, PA 19176

**RE: "Fact Discovery" Request From Claim # 10278980**

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me:

- Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.
- Copies of every single medical report that you have in your possession/on file for me.
- Copies of all written communication that Prudential mailed to me.
- Copies of every internal record that Prudential referenced or authored in determination of my benefits.
- A copy of the Nortel LTD Plan for the year I was forced into LTD.
- A copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.
- A dump of detailed call logs for all calls I placed into Prudential.
- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

*Leah Kathryn McCaffrey*

Leah Kathryn McCaffrey
7139 Debbe Dr., Dallas, Texas, 75252

CC:
US Bankruptcy Court
Nortel Networks
Cleary, Gottlieb, Steen & Hamilton
Elliott Greenleaf
LTD 1102 Committee