# "FACT DISCOVERY" REQUEST

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired in 1995 **AND** the year I was forced onto Long-Term Disability in 2009:

### Section#1

- Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides. 2009
- Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents. 2009 thru 2012
- Employee Benefits Binders.

**Further**, I would like to request copies of the following information be forwarded to me reflecting ALL Nortel communications regarding Employee Benefits from the year I was hired 1995 through Sept. 2012 for the following:

- All Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
- Copies of all my Flex Benefits Confirmation Statements.
- A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 through Sept. 2012.
- A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.
- Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.

**Lastly**, I would like to request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

*[signature]*

Najam ud Dean
6 Augusta Dr
Millbury, MA 01527

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors

# "FACT DISCOVERY" REQUEST

Prudential Disability Management Services
2101 Welsh Road
Dresher, PA 19176

RE: Claim # 11155225

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me:

- Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.
- Copies of any documentation you received from Social Security regarding my SS Award/benefits.
- Copies of every internal record that Prudential referenced or authored in determination of my benefits.
- A copy of the Nortel LTD Plan for the year I was forced into LTD. 2009
- A copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.
- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

*Najam ud Dean*

Najam ud Dean
6 Augusta Dr
Millbury, MA 01527

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors