# "FACT DISCOVERY" REQUEST

Prudential Disability Management Services
2101 Welsh Road
Dresher, PA 19176

**RE: Claim # 10398703**

September 12, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me:

- o  Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.
- o  Copies of all written communication that Prudential mailed to me.
- o  Copies of any documentation you received from Social Security regarding my SS Award/benefits.
- o  Copies of every internal record that Prudential referenced or authored in determination of my benefits.
- o  A copy of the Nortel LTD Plan for the year I was forced into LTD.
- o  A copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.
- o  Copies of every single medical report that you have in your possession/on file for me.
- o  A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- o  A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

James Jerome Lee
1310 Richmond Street
El Cerrito, CA 94530

# "FACT DISCOVERY" REQUEST

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

September 12, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired (1986) **AND** the year I was forced onto Long-Term Disability (2001):

○  Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.
○  Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.
○  Employee Benefits Binders.

**Further,** I would like to request copies of the following information be forwarded to me reflecting <u>ALL Nortel communications</u> regarding Employee Benefits from the year I was hired (1986) <u>through</u> Sept. 2012 for the following:

○  <u>All</u> Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
○  A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.
○  Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.

**Lastly,** I would like to request a copy of the following documents:

○  A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
○  A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

James Jerome Lee
1310 Richmond Street
El Cerrito, CA 94530

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors