IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | Objection Deadline: September 12, 2012 at 4pm |
| | ) | Hearing Date: September 19, 2012 at 10am |
| | | RE: Docket #8364 |

**NORTEL US LTD EMPLOYEES OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) ESTABLISHING DISCOVERY PROCEDURES IN CONNECTION WITH DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES AND (B) AMENDING THE SCHEDULING ORDER FOR HEARING ON DEBTORS' PROCESS TO TERMINATE BENEFITS**

Nortel US Long-Term Disabled (LTD) Employees signed herein of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submit this objection to *Debtors' Motion For Entry Of An Order (A) Establishing Discovery Procedures In Connection With Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105, 363 And 1108 Authorizing The Debtors To Terminate The Debtors' Long-Term Disability Plans And The Employment Of The LTD Employees And (B) Amending The Scheduling Order For Hearing On Debtors' Process To Terminate Benefits* [D.I. 8364]. In support of this Objection, Nortel US LTD Employees signed herein respectfully represent as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1.  On August 29, 2012 the Debtors filed a Motion, that among other elements provided an amended Scheduling Order and proposed Discovery Procedures around individual "Fact Discovery", [D.I. 8364].

## RELIEF REQUESTED

2.  We request that the Debtors not be allowed to restrict individual information requests nor the types of information requests that will be responded to during "Fact Discovery" as long as our requests are in keeping with Federal Rules.

3.  We request that dependent on the Debtors and their supporting third parties responses to our individual "Fact Discovery" requests (or lack thereof) that Discovery be extended to accommodate follow-up requests.

## BASIS FOR RELIEF

4.  We, the Nortel US LTD Employees did not know until this afternoon, i.e. the afternoon of September 11, 2012, that the Debtors' Counsel had just conveyed intent to the LTD 1102 Committee Counsel that it was Debtor's express intent to impose limitations on what the Debtor planned on releasing to individual Nortel US LTD Employees during "Fact Discovery".

5.  We, the Nortel US LTD Employees, hold that the Debtors would be violating Federal Rules to deny us information we are guaranteed access to under those governing rules.

## NOTICE

6. Notice of this Objection has been provided to the US Bankruptcy Court, Delaware and the Debtors via USPS Priority Mail. Other parties will receive notice through the Court's electronic filing system. The Nortel US LTD Employees signed herein respectfully submit that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Nortel US LTD Employees signed herein respectfully request the entry of this Objection, requests that the Debtors modify the Scheduling Order and proposed Discovery Procedures in a manner which expressly preserves and recognizes our rights under Federal Law surrounding release of information during "Fact Discovery". We further request the incorporation of a clause that allows LTD employees filing "Fact Discovery" the right to review the information they receive from the Debtor and circle back with additional "Fact Discovery" requests dependent upon the responses received from the Debtors. This Court should deny the Debtors motion as presented.


Dated: Friday, September 14, 2012          _____
                                           Nortel US LTD Employees electronically signed



*Appearing Pro Se*

/s/Michael Alms, 4944 Elm Island Circle, Waterford, WI 53185

/s/Charles Vincent Barry, 4090 Old Franklinton Road, Franklinton, N.C. 27525

/s/Janet Elizabeth Bass, 1228 Moultrie Court, Raleigh, NC 27615

/s/Brent Beasley, 541 Ammons Rd, Dunn, NC 28334

/s/Shirley P. Bloom, 151 East 31st St. Apt. 22E, New York, N.Y. 10016

/s/Bonnie J Boyer, 305 W Juniper Ave., Sterling, VA 20164-3724

/s/Dennis Wayne Bullock, 3557 Jacobs Road, Stem, NC 27581

/s/Roger G Carlsen, 390 E Paseo Celestial, Sahuarita, AZ 85629

/s/Lottie E. Chambers, 2716 Dalford Ct., Raleigh, NC 27604

/s/Najam Ud Dean, 6 Augusta Dr, Millbury, MA 01527

/s/Norma Dekel, 12 Heine Sq. Haifa, 34485 Israel

/s/Robert Dale Dover, 2509 Quail Ridge Rd, Melissa, TX 75454

/s/John Spangler Elliott, 6 Grouse Lane, Merrimack, NH 03054-2876

/s/Richard Engleman, 1505 Nevada, Plano Tx. 75093

/s/Nanette Faison, 981 Kittrell Rd, Kittrell, NC 27544

/s/Bruce Francis, 5506 Lake Elton Road, Durham, NC. 27713

/s/Barbara Gallagher, 410 West Acres Road, Whitesboro, TX 76273

/s/Gary Wayne Garrett, 4093 Hogan Dr. Unit 4114, Tyler, TX 75709

/s/Scott S Gennett, 16 Wildwood Street, Lake Grove, NY 11755

/s/Crickett Grissom, 2580 W. PorterCreek Ave., Porterville, CA 93257

/s/Edward G Guevara Jr., 11007 Scripps Ranch Blvd, San Diego, CA 92131

/s/Alan Heinbaugh, 19816 Colby Ct., Saratoga, CA 95070

/s/Brad Lee Henry, 11596 W Sierra Dawn Blvd, Lot 386, Surprise Arizona 85378

/s/Richard Bond Hodges, 913 Windemere Lane, Wake Forest, N. C. 27587

4

/s/James Hunt, 8903 Handel Loop, Land O Lakes, FL 34637

/s/Janette Head, 16 Gleneagle Drive, Bedford, NH 03110

/s/Scott David Howard, 2050 Cabiao Road, Placerville, CA 95667

/s/Dianna L. Irish, 235 Atrium Court, Warner Robins, GA 31088

/s/Mark R. Janis, 193 Via Soderini, Aptos, CA 95003

/s/William E. Johnson, 2865 Horsemans Ridge Drive, Clayton NC 27520

/s/ Deborah M. M. Jones, PO Box 458, Willow Spring, NC 27592

/s/Rahul Kumar, C-701 Neelachal Apt, Plot 3, Sector 4, Dwarka, New Delhi – 110078, India

/s/Peter Lawrence, 16295 Via Venetia W, Delray Beach, FL 33484

/s/James Jerome Lee, 1310 Richmond Street, El Cerrito, CA 94530

/s/Fred S. Lindow, PO Box 33206, Los Gatos, CA 95031-3206

/s/Kerry Logan, 1207 High Hammock Dr #102, Tampa, FL 33619

/s/Wendy Boswell Mann, 2114 Claret Lane, Morrisville, NC 27560

/s/William Ermin Mariotti Sr., 146 Carterville Heights Road, Wytheville, VA 24382

/s/Robert Martel, 200 Lighthouse Ln., Apt B3, Cedar Point, NC 28584

/s/Terry D. Massengill - 126 Keri Dr.-Garner,N.C.27529

/s/Leah Kathryn McCaffrey, 7139 Debbe Dr., Dallas, Texas 75252

/s/Michael McWalters, PO Box 338, Alviso, Ca 95002

/s/Reid Mullett, 4224 Thamesgate Close, Norcross GA 30092

/s/Jane Faye Neumann, 11730 CO Road 24, Watertown MN 55388

/s/Susan D. Paperno 1632 Julius Bridge , Ball Ground, Ga 30107

/s/Pamela J. Powell, 676 Brookview Drive, Chapel Hill, N. C. 27514

/s/Carol Raymond, 7962 S.W. 185 St., Miami, FL 33157

/s/William A. Reed, 7810 Heaton Drive, Theodore, AL 36582

/s/Michael Rexroad, 5244 Linwick Dr, Fuquay Varina, NC 27526

/s/Thelma Watson, P.O.Box 971, Bath, SC 29816

/s/Leona L. Purdum, 2532 N. 4th Street #254, Flagstaff, AZ 86004

/s/Ronald J. Rose Jr., 26 Pheasant Run, Ballston Spa, NY 12020

/s/Jerry Lynn Wadlow, PO Box 79 Wewoka, OK 74884

/s/Thelma Watson, P.O.Box 971, Bath, SC 29816

/s/Charles E. Sandner, 1970 N. Leslie St. #3779, Pahrump, Nevada 89060

/s/Cynthia Ann Schmidt, P.O. Box 119, Oregon House, CA 95962

/s/Judy A. Schultheis, 2201 Sweetbriar Drive, Alexaandria, VA 22307-1523

/s/Tim Steele , Power of Attorney for Wayne J. Schmidt, PO Box 374, Christopher Lake, SK S0J 0N0 Canada

/s/Mae Lois Torain, 565 Jack Chavis Road, Timberlake, N.C. 27583

/s/Carmel T. Totman, 164 Berton Street, Boone, NC 28607

/s/ Bruce M. Turner, 8 Sunset Drive Homer, NY 13077

/s/Caroline Underwood, 2101 Emerson Cook Rd., Pittsboro, NC 27312

/s/Thelma Watson, P.O. Box 971, Bath, SC 29816

2

/s/Claudia Vidmer, 213 Orchard Lane, Glen Ellyn, IL 60137

/s/Nancy Ann Wilson, 7101 Chase Oaks Blvd #1627, Plano, Texas 75025

/s/Paul D. Wolfe , 113 Red Drum Ln. , Gloucester, NC 28528

/s/Kim M Yates, 207 Tomato Hill Road, Leesburg, FL 34748

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) **Re: Docket No. 8085** |

## ORDER GRANTING OBJECTION TO TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) ESTABLISHING DISCOVERY PROCEDURES IN CONNECTION WITH DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES AND (B) AMENDING THE SCHEDULING ORDER FOR HEARING ON DEBTORS' PROCESS TO TERMINATE BENEFITS

Upon consideration of this Objection *Nortel US LTD Employees Objection To Debtors' Motion For Entry Of An Order (A) Establishing Discovery Procedures In Connection With Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105, 363 And 1108 Authorizing The Debtors To Terminate The Debtors' Long-Term Disability Plans And The Employment Of The LTD Employees And (B) Amending The Scheduling Order For Hearing On Debtors' Process To Terminate Benefits"* (the "Order") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby ORDERED that the Objection is granted.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: _____, 2012
      Wilmington, Delaware

                                                  _____
                                                  HONORABLE KEVIN GROSS
                                                  CHIEF UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on September 16th, 2012 a copy of *"Nortel US LTD Employees Objection To Debtors' Motion For Entry Of An Order (A) Establishing Discovery Procedures In Connection With Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105, 363 And 1108 Authorizing The Debtors To Terminate The Debtors' Long-Term Disability Plans And The Employment Of The LTD Employees And (B) Amending The Scheduling Order For Hearing On Debtors' Process To Terminate Benefits"* was served upon the following parties, in manner indicated.

## BY U.S.P.S. PRIORITY MAIL WITH DELIVERY CONFIRMATION

ATTN: David D. Bird, Clerk of Court
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

ATTN: Robert J. Ryan
Cleary, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

ATTN: Rafael X. Zahralddin-Aravena, Esq.
Elliott Greenleaf
1105 N. Market Street, Suite 1700
Wilmington, DE 19801

Respectfully Signed,

*Carol Raymond* (signature)
Carol Raymond
7962 S.W. 185 St. Miami, FL 33157

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.