# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No.: 08-11586 (KG) |
| Mervyn's Holdings, LLC | ) Jointly Administered |
| | ) |
| Debtors. | ) TRANSFER OF CLAIM |
| | ) BANKRUPTCY RULE 3001(E)(2) |

PLEASE TAKE NOTICE that an undivided 10% interest of the claim of NORTH VALLEY MALL LLC (underlying creditor or "Transferor"), against the above captioned Debtor as set forth in Proof of Claim Number 4307 filed 1/9/2009 for $3,424,041.00 as unsecured, subsequently reduced to $3,191,541.00 unsecured by STIPULATION BETWEEN NORTH VALLEY MALL AND DEBTOR [docket 4556, filed 02/03/2010] and 10% of all claims of Transferor associated with such claim have been transferred, sold and assigned (absolutely and not for security) to United States Debt Recovery XI LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the 10% undivided interest of the claims and all rights associated with the claim. United States Debt Recovery XI LP shall be entitled to a 10% share of any and all distributions associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** NORTH VALLEY MALL LLC

Print Name: David Klein     Title: [illegible]
Signature: /s/     Date: 9/14/12
Corrected Address (if req.): PO Box 7029 Lgn Bch CA 92624
Phone: 949-394-4001     E-Mail: saedvay@gmail.com

**TRANSFEREE:**
United States Debt Recovery XI, LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: /s/ Nathan E. Jones
Nathan E. Jones, Managing Director

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Mervyn's Holdings, LLC<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No.: 08-11586 (KG)<br>)<br>) Jointly Administered<br>)<br>) **TRANSFER OF CLAIM**<br>) **BANKRUPTCY RULE 3001(E)(2)**<br>)<br>) |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
NORTH VALLEY MALL LLC
DAVID KLEIN
PARKS DIVERSIFIED LP
PO BOX 7029
CAPISTRANO BEACH, CA 92624

**Name of Transferee:**
United States Debt Recovery XI, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

824 North Market Street
3rd Floor
Wilmington, Delaware 19801

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on

_____
INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____    Debtor's Attorney_____

_____
Deputy Clerk