IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) ss.:
COUNTY OF NEW CASTLE )

DARA J. CUPINGOOD, being duly sworn, hereby deposes and says:

1. I am a competent adult and am otherwise capable of making this sworn statement.

2. I am a paralegal with the law firm of Elliott Greenleaf in Wilmington, Delaware, which serves as counsel to the Official Committee of Long Term Disability Participants (the "LTD Committee") in this action.

3. On September 19, 2012, I caused a copy of (1) *Subpoena to the Nortel Networks, Inc. Medical Plan* and (2) *Subpoena to the Nortel Networks, Inc. Dental, Vision, and Hearing Care Plan* to be served upon counsel for the Debtors pursuant to the September 18, 2012 *Consent Order Approving Subpoenas in a Contested Matter to the Nortel Networks Inc. Medical Plan and the Nortel Networks Inc. Dental, Vision, and Hearing Care Plan* (Docket No. 8490). Lead counsel for the Debtors were served via e-mail (lschweitzer@cgsh.com,

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

mfleming@cgsh.com, jkim@cgsh.com, rryan@cgsh.com, and jbromley@cgsh.com) and via Federal Express, priority overnight service to Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006. Local counsel for the Debtors in Wilmington, Delaware were served via e-mail (acordo@mnat.com and dabbott@mnat.com) and via hand delivery to Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 18th Floor, Wilmington, Delaware 19801.

4. I declare under the penalty of perjury that the foregoing is true and correct.

Dara J. Cupingood, Paralegal
ELLIOTT GREENLEAF
1105 Market Street
Suite 1700
Wilmington, Delaware 19801
Phone: (302) 384-9400
Fax: (302) 384-9399
dcupingood@elliottgreenleaf.com

Sworn to and subscribed
before me this 19th day
of September, 2012.

Notary Public

THEODORE A. KITTILA
Attorney at Law - State of Delaware
Notarial Officer Pursuant to
29 Del.C. § 4323(a)(3)
My Commission Has No Expiration