## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No.: 09-10138 (KG)<br>)<br>) Jointly Administered<br>)<br>) **TRANSFER OF CLAIM**<br>) **BANKRUPTCY RULE 3001(E)(2)**<br>)<br>) |

**PLEASE TAKE NOTICE** that United States Debt Recovery XI, LP hereby withdraws the purported transfer of claim of the petition unsecured claim of NORTH VALLEY INC [docket number 8548, filed 09/19/12] against the above captioned debtor in the amount of $ 184,726.83 as this transfer was filed in case 09-10138 in error. The purported transfer of claim of the petition unsecured claim of NORTH VALLEY INC will be filed in case 08-11586 subsequent to this claim withdrawal.

United States Debt Recovery XI, LP
940 Southwood BL, Suite 101
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director