IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
:                          Chapter 11
*In re*                    :
:                          Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]  :
:                          Jointly Administered
         Debtors.          :
:                          RE: D.I. 8364
:
---------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) ESTABLISHING DISCOVERY PROCEDURES IN CONNECTION WITH DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES AND (B) AMENDING THE SCHEDULING ORDER FOR HEARING ON DEBTORS' PROCESS TO TERMINATE BENEFITS**

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *Order Granting Debtors' Motion For Entry Of An Order (A) Establishing Discovery Procedures In Connection With Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105, 363 And 1108 Authorizing The Debtors To Terminate The Debtors' Long-Term Disability Plans And The Employment Of The Ltd Employees And (B) Amending The Scheduling Order For Hearing On Debtors' Process To Terminate Benefits* ("the Revised Proposed Order") attached as **Exhibit A** hereto:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1. On July 30, 2012, the Debtors filed the *Debtors' Motion For Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees* [D.I. 8067] (the "LTD Termination Motion").

2. On August 1, 2012, the Debtors filed the *Certification of Counsel Regarding Pre-Trial Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. § 363 and 1108 [D.I. 8079]*. The Court entered the *Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. §§ 105(a), 363 and 1108* [D.I. 8085] on August 1, 2012 (the "Scheduling Order").

3. Subsequently, on August 21, 2012, a group of LTD Employees (the "Nortel US LTD Employees") filed the *Nortel US LTD Employees Objection to Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. § 105(a), 363 and 1108* [D.I. 8267] (the "Objection"), relating to their right to participate in the fact discovery process.

4. As a result of discussions between the Debtors and counsel to the Official Committee of Long-Term Disability Participants (the "LTD Committee"), the parties agreed to extend certain of the deadlines established by the Scheduling Order, subject to the approval of the Court. In an effort to accommodate the requests of the Nortel US LTD Employees as stated in the Objection, on August 29, 2012, the Debtors filed the *Debtors' Motion for Entry of an Order (A) Establishing Discovery Procedures in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees and (B) Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Benefits [D.I. 8364]* (the "LTD Discovery Procedures Motion") seeking to establish certain discovery procedures in connection with the LTD Termination Motion and to amend the Scheduling Order to reflect such agreed modifications.

5.  On September 19, 2012, this Court held a hearing on the LTD Discovery Procedures Motion. The Debtors drafted the Revised Proposed Order to reflect the Court's ruling at the September 19, 2012 hearing. A copy of the Revised Proposed Order is attached hereto as **Exhibit A**. A blackline reflecting the changes to the original proposed order attached to the LTD Discovery Procedures Motion is attached hereto as **Exhibit B**.

6.  The Debtors have circulated the Revised Proposed Order to counsel to the LTD Committee. Counsel to the LTD Committee has reviewed the Revised Proposed Order and has no objection to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Dated: September 19, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*