HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

**RE: "Fact Discovery" Request**

September 13, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired (2004) **AND** the year I was forced onto Long-Term Disability (2008):

### Section#1

- Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.
- Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.
- Employee Benefits Binders.
- A copy of Nortel Networks Welfare Benefits Plan
- A copy of the Nortel Networks Health and Welfare Benefits Trust Plan
- A copy of Prudential's Long Term Disability Policy

**Further**, I would like to request copies of the following information be forwarded to me reflecting ALL Nortel communications regarding Employee Benefits from the year I was hired 2004 through Sept. 2012 for the following:

- All Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
- Copies of all my Flex Benefits Confirmation Statements.
- A dump of detailed call logs for all calls I placed into Nortel HR.
- A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last four (4) years; i.e. Oct. 2008 through Sept. 2012.
- A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.
- Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.
- All documentation related to plan changes and how it related to year to year plan changes, especially Nortel internal procedure.
- When did Nortel move from "real" insurance to self insurance and then back to "real" insurance
- When did Nortel file for Bankruptcy – reorganization
- When did Nortel change the Bankruptcy filing from reorganization to liquidation?
- Per the 2008 Summary Plan Description, page 29, Section Two, it states the following:

Funding method: Self-funded with contributions held in trust
Contribution Source: The companies that sponsor the plan pay the full cost of the core STD and the core LTD plan coverage and participating Employees contribute to the cost of the optional STD and optional LTD benefits.
A detailed accounting of these funds from the date it was created until September 2012

**Lastly,** I would like to request a copy of the following documents:

o   A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
o   A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.


Sincerely,

*[signature]*

Nanette Faison
981 Kittrell Road
Kittrell, NC 27544

**CC:** US Bankruptcy Court; Cleary, Gottlieb, Steen & Hamilton; Elliott Greenleaf; LTD 1102 Committee


**RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors**

Prudential Disability Management Services
P.O. Box 13480
Philadelphia, PA 19176

RE: "Fact Discovery" Request From Claim # 11116925

September 13, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me:

- Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.
- Copies of every single medical report that you have in your possession/on file for me.
- Copies of all written communication that Prudential mailed to me.
- Copies of every internal record that Prudential referenced or authored in determination of my benefits.
- A copy of the Nortel LTD Plan for the year I was forced into LTD.
- A copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.
- A dump of detailed call logs for all calls I placed into Prudential.
- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.
- A breakdown of how much I paid annually in premiums for medical coverage/benefits from the time I went out on LTD to present.

Sincerely,

*Nanette Faison*

Nanette Faison
981 Kittrell Road
Kittrell, NC 27544


CC:
US Bankruptcy Court
Nortel Networks
Cleary, Gottlieb, Steen & Hamilton
Elliott Greenleaf
LTD 1102 Committee