HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

**RE: "Fact Discovery" Request**

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired (October 1979) AND the year I was forced onto Long-Term Disability (April 2001):

**Section#1**

- Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.
- Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.
- Employee Benefits Binders.

**Further**, I would like to request copies of the following information be forwarded to me reflecting ALL Nortel communications regarding Employee Benefits from the year I was hired (October 1979) through Sept. 2012 for the following:

- All Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
- Copies of all my Flex Benefits Confirmation Statements.
- A dump of detailed call logs for all calls I placed into Nortel HR.
- A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 through Sept. 2012.
- A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.
- Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.

**Lastly**, I would like to request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

*[signature]*

Leona Purdum
2523 N. 4th Street #254
Flagstaff, AZ 86004

CC: US Bankruptcy Court; Cleary, Gottlieb, Steen & Hamilton; Elliott Greenleaf; LTD 1102 Committee

Prudential Disability Management Services
P.O. Box 13480
Philadelphia, PA 19176

**RE: "Fact Discovery" Request From Claim # 10377876**

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me:

- o   Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.

- o   Copies of every single medical report that you have in your possession/on file for me.

- o   Copies of all written communication that Prudential mailed to me.

- o   Copies of every internal record that Prudential referenced or authored in determination of my benefits.

- o   A copy of the Nortel LTD Plan for the year I was forced into LTD.

- o   A copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.

- o   A dump of detailed call logs for all calls I placed into Prudential.

- o   A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

- o   A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

Leona Purdum
2523 N. 4th Street #254
Flagstaff, AZ 86004

CC:

US Bankruptcy Court

Nortel Networks

Cleary, Gottlieb, Steen & Hamilton

Elliott Greenleaf

LTD 1102 Committee