**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proofs of Claim Nos. 2837 and 6875 File by Pacific Gas & Electric Company** was caused to be made on September 24, 2012, in the manner indicated upon the entities identified below and on the attached service list.

Date: September 24, 2012  /s/ Ann C. Cordo
Wilmington, DE  Ann C. Cordo (No. 4817)

**Via First Class Mail**

Mark Penskar, Esq.
Barbara Damlos, Esq.
Pacific Gas & Electric Company
PO Box 7442
San Francisco, CA 94120