# NORTEL 2002 SERVICE LIST

**VIA HAND DELIVERY**

Christopher A. Ward Esq
Justin K. Edelson Esq
Polsinelli Shughart PC
222 Delaware Ave
Ste 1101
Wilmington, DE  19801

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave
Ste 1501
Wilmington, DE  19801

Tobey M. Daluz Esq
Leslie Heilman Esq
David T. May
Ballard Spahr
919 Market St
11th Floor
Wilmington, DE  19801

Jami B. Nimeroff
Brown Stone Nimeroff LLC
901 N. Market Street
Ste 1300
Wilmington, DE  19801

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street
Ste 1700
Wilmington, DE  19801

David B. Stratton Esq
Leigh-Anne M. Raport Esq
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801

Henry Jaffe Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801

Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Steet
Ste. 8000
Wilmington, DE  19801

Domenic Pacitti Esq
Klehr Harrison
919 Market Street
Ste 1000
Wilmington, DE  19801

Michael D. DeBaecke  Esq
Blank Rome LLP
1201 Market Street
Ste 800
Wilmington, DE  19801

William D. Sullivan Esq
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Ste 400
Wilmington, DE  19801

Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market Street
Ste 950
Wilmington, DE  19801

Adam G.  Landis Esq
Kerri K. Mumford Esq
J. Landon Ellis Esq
Landis Rath & Cobb LLP
919 Market Street
Ste 1800
Wilmington, DE  19801

Mary F. Caloway Esq
P.J. Duhig Esq
Buchanan Ingersoll & Rooney
1105 N. Market Street
Ste 1900
Wilmington, DE  19801-1228

James L. Patton
Edwin J. Harron
Young Conaway
1000 W. King Street
Wilmington, DE  19801

Brett D. Fallon Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

Carl N.  Kunz Esq
Michael J. Custer Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

Stephen M. Miller
Courtney R. Hamilton
Morris James LLP
500 Delaware Ave
Ste. 1500
Wilmington, DE  19801

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

Mark Kenney Esq
Office of the U.S. Trustee
844 King St
Ste 2207 Lockbox 35
Wilmington, DE  19801-3519

Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Mark D. Collins Esq
Christopher M. Samis Esq
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801

Duane D. Werb Esq
Werb & Sullivan
300 Delaware Ave
13th Floor
Wilmington, DE  19801

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Ste 1410
Wilmington, DE  19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

Kathleen M. Miller Esq
Smith Katzenstein & Jenkins LLP
800 Delaware Ave
10th Floor
Wilmington, DE  19801

William P. Bowden Esq
Ashby & Geddes P.A.
500 Delaware Ave
8th Floor
Wilmington, DE  19801

Ricardo Palacio Esq
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

Gregory A. Taylor Esq
Benjamin W. Keenan Esq
Ashby & Geddes P.A.
500 Delaware Ave
8th Floor
Wilmington, DE  19801

Maria Aprile Sawczuk Esq
Stevens & Lee P.C.
1105 N Market St
7th Floor
Wilmington, DE  19801

Nicholas  Skiles Esq
Swartz Campbell LLC
300 Delaware Ave
Ste 1410
Wilmingtno, DE  19801

Rachel B. Mersky Esq
Monzack Mersky McLaughlin Browder
1201 N Orange St
Ste 400
Wilmington, DE  19801

Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave
Ste 1600
Wilmington, DE  19801-1659

Jeffrey S. Wisler Esq
Marc J. Phillips Esq
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

Charlene D. Davis Esq
Daniel A. O'Brien Esq
Justin R. Alberto
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801

Bruce E. Jameson  
Prickett Jones & Elliott PA  
1310 King Street  
Box 1328  
Wilmington, DE  19899  

Christopher P. Simon  
Cross & Simon LLC  
913 N. Market Street  
11th Floor  
Wilmington, DE  19801  

John V. Fiorella Esq  
Archer & Greiner PC  
300 Delaware Ave  
Ste 1370  
Wilmington, DE  19801  

Charles J. Brown III Esq  
Archer & Greiner PC  
300 Delaware Ave  
Ste 1370  
Wilmington, DE  19801  

Stuart M. Brown  
Edwards Angell Palmer & Dodge  
919 N. Market Street  
Ste 1500  
Wilmington, DE  19801  

Kurt F. Gwynne Esq  
J. Cory Falgowski Esq  
Reed Smith LLP  
1201 N Market Street  
Ste 1500  
Wilmington, DE  19801  


**VIA FIRST-CLASS MAIL – INT'L.**

Minoru Inayoshi Gen Mgr of M&A  
Hitachi Lt. Telecommunicatons  
& Network Systems  Division  
216 Totsuka-cho  
Totsuka-ku  
Yokohama-shi,   244-8567  
JAPAN  

Stephen Gale  
Herbert Smith  
Exchange House  
Primrose Streeet  
London, UK  EC2A 2HS  
ENGLAND  

Tony Reyes  
Norton Rose  
Royal Bank Plaza South Tower  
200 Bay St. Ste. 3800  
Toronto, Ontario   M5J 2Z4  
CANADA  

Jennifer Stam  
Derrick Tay  
Gowling Lafleur Henderson  
1 First Canadian Place  
100 King St. West_Ste. 1600  
Toronto, Ontario   M5X 1G5  
CANADA  

Michael J. Wunder  
R. Snayne Kukulowicz  
Alex L. MacFarlane  
Fraser Milner Casgrain LLP  
77 King St West  
Ste 400  
Toronto, Ontario   M5K 0A1  
CANADA  

Chris Armstrong  
Goodmans LLP  
Bay Adelaide Centre  
333 Bay St. Ste 3400  
Toronto, Ontario   M5H 2S7  
CANADA  

Marie-Josee Dube  
Bankruptcy Coordinator  
IBM Corporation/IBM Credit LLC  
1360 Rene-Levesque W.  
Ste 400  
Montreal, QC   H3G 2W6  
CANADA  

Derek  Austin  
Export Development Canada  
151 O'Connor Street  
Ottawa, Ontario   K1A 1K3  
CANADA

**VIA FIRST-CLASS MAIL**

Seth B. Shapiro Esq
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044

Jan M. Geht Esq
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Sheryl L. Moreau Esq
Missouri Dept of Revenue
Bankruptcy Division
P.O. Box 475
Jefferson City, MO  65105-0475

Laura L. McCloud Esq
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

John P. Dillman Esq
Linebarger Goggan Blair  & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 71476
Richmond, VA  23255

Amos U. Priester IV Esq
Anna B. Osterhout Esq
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC  27602-2611

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

Michael McWalters
P.O. Box 338
Alviso, CA  95002-0338

Miss Deborah M.M. Jones
P.O. Box 458
Willow Spring, NC  27592

Tim Steele
Power of Attorney for Wayne Schmidt
P.O. Box 374
Christopher Lake, SK  S0J 0N0
Canada

Jerry Wadlow
P.O. Box 79
Wewoka, OK  74884

Vicente Matias Murrell Esq
Stephen D. Schreiber Esq
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC  20005-4026

Robert  Winter
Paul Hastings Janofsky & Walker LLP
875 15th St  N.W.
Washington, DC  20005

James H. Lister
Birch Horton Bittner & Cherot
1155 Connecticut Ave NW
Ste 1200
Washington, DC  20036

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW
Ste 200
Washington, DC  20036

Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Ave
Wallingford, CT  06492

Joseph E. Shickich Jr. Esq
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192

Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street
Box 9729
Portland, ME   04104-5029

Ramona Neal Esq
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID   83714

Kaushik Patel
5665 Arapaho Road
#1023
Dallas, TX   75248

David G. Aelvoet Esq
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Ste 300
711 Navarro
San Antonio, TX   78205

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave
19th Floor
New York, NY   10173-1922

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY   10019

David A. Rosenzweig Esq
Fulbright & Jaworski LLP
666 5th Ave
New York, NY   10103-3198

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Ste 400
New York, NY   10281-1022

Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY   10036-6710

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY   10019

Michael L. Schein Esq
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY   10019

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY   10004

Raniero  D'Aversa Jr. Esq
Laura D. Metzger Esq
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY   10019-6142

Dennis Dunne Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY   10005-1413

Michelle McMahon Esq
Bryan Cave LLP
1290 Ave of the Americas
New York, NY   10104

N. Thodore Zink Jr. Esq
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY   10112

Alan  Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Chrysler Building
405 Lexington Ave
New York, NY   10174

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY   10036-8704

Ken Coleman Esq
Lisa J.P. Kraidin. Esq
Allen & Overy LLP
1221 Ave of the Americas
20th Floor
New York, NY  10020

Lawrence E. Miller Esq
Dewey & LeBoeuf LLP
1301 Ave of the Americas
New York, NY  10019-6092

Carren B. Shulman Esq
Kimberly K. Smith Esq
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY  10112

Edmond P. O'Brien Esq
Stempel Bennett Claman & Hochberg PC
675 Third Ave
31st Floor
New York, NY  10017

Steven J. Reisman Esq
James V. Drew Esq
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave
New York, NY  10178-0061

Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas
19th Floor
New York, NY  10036

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY  10036

Jeremy E. Crystal Esq
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019-6099

Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Ave
Ste 1000
New York, NY  10022-4068

David S. Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Ave
Ste 1000
New York, NY  10022-4068

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY  10019-6064

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178

Dennis F. Dunne Esq
Thomas R. Kreller Esq
Albert A. Pisa Esq
Andrew M. Leblanc Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

Fred S. Hodara Esq
Ryan C. Jacobs Esq
David H. Botter Esq
Akin Gump
One Bryant Park
New York, NY  10036

Kenneth E. Noble Esq
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585

Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Ave of the Americas
New York, NY  10020

Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza
New York, NY  10119

Thomas R. Kreller
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa St
Ste 3000
Los Angeles, CA  90017

Mark H. Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Ave
Ste 200
Dallas, TX  75219

Judith W. Ross
Baker Botts LLP
2001 Ross Ave
Dallas, TX  75201

Stephen C. Stapleton
Cowles & Thompson PC
901 Main St. Ste. 3900
Dallas, TX  75202

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Ste 3700
Dallas, TX  75202-2799

Carol E. Momjian Esq
PA Senior Deputy Atty Gen
21 S 12th Street
3rd Floor
Philadelphia, PA  19107-3603

Fred S. Kurtzman Esq
Klehr Harrison
1835 Market Street
Ste 1400
Philadelphia, PA  19103

David L. Pollack Esq
Jeffrey Meyers Esq
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA  19103

Dana S. Plon Esq
Sirlin Gallogly & Lesser
123 S. Broad Street
Ste 2100
Philadelphia, PA  19109

Alan S. Kopit Esq
Christopher W. Peer Esq
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH  44114

Susan R. Fuertes Esq
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

Secretary of Treasury
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE  19901

Secretary of State
Div of Corporations_Franchise Tax
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE  19901

William F. Taylor Jr.
McCarter & English LLP
405 N. King St  8th Floor
Renaissance Centre
Wilmington, DE  19801

Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO  80124

Dustin P. Branch Esq
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA  90067-3012

Christopher J. Horvay Esq
Gould & Ratner LLP
222 N Lasalle St
Ste 800
Chicago, IL  60601

Aaron L. Hammer Esq
Devon J. Eggert Esq
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL  60606

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Ste 3000
Chicago, IL   60606

Eric S. Prezant Esq
Bryan Cave LLP
161 N Clark Street
Ste 4300
Chicago, IL   60601

Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle Street Suite 2600
Chicago, IL   60601

Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL   60604-1404

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza Ste 3700
180 N. Stetson Ave
Chicago, IL   60601-6710

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Ste 3000
Chicago, IL   60606

Cullen K. Kuhn Esq
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO   63102

John J. Rossi
1568 Woodcrest Drive
Wooster, OH   44691

David L. Uranga
Bell Microproducts Inc
201 Monroe Street
Ste 300
Montgomery, AL   36104

Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main Street
Providence, RI   02903

Jeffrey B. Ellman Esq
Robbin S. Rahman Esq
Jones Day
1420 Peachtree St NE
Ste 800
Atlanta, GA   30309

Darryl S. Laddin Esq
Frank N. White Esq
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA   30363-1031

Doug  Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave
6th Floor
Orlando, FL   32801

Steve  Jackman Esq VP
Flextronics
847 Gibralter Drive
Milpitas, CA   95035

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD   21202

Richard M. Kremen Esq
Dale K. Cathell Esq
DLA Piper LLP (US)
6225 Smith Ave
Baltimore, MD   21209

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Ste 1000
Baltimore, MD   21202-1671

Randall D. Crocker Esq
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI   53202

Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Ave. Ste. 1400
Milwaukee, WI   53202-6613

Shawn M. Christianson Esq  
Buchalter Nemer  
55 Second Street  
17th Floor  
San Francisco, CA   94105-3493  

Merle C. Meyers Esq  
Michele Thompson Esq  
Meyers Law Group P.C.  
44 Montgomery Street  
Ste 1010  
San Francisco, CA   94104  

Louis J. Cisz III  
Nixon Peabody LLP  
One Embarcadero Center  
18th Floor  
San Francisco, CA   94111-3600  

Elizabeth Weller Esq  
Linebarger Goggan Blair & Sampson LLP  
2323 Bryan Street  
Ste 1600  
Dallas, TX   75201  

James C. Waggoner Esq  
Davis Wright Tremaine LLP  
1300 SW 5th Ave  
Ste 2300  
Portland, OR   97201-5630  

Soren E. Gisleson  
Herman Herman Katz & Cotlar  
820 O'Keefe Ave  
New Orelans, LA   70113  

Kell C. Mercer  
Afton Sands-Puryear  
Brown McCarroll LLP  
111 Congress Ave  
Ste 1400  
Austin, TX   78701  

Cynthia Ann Schmidt  
PO Box 119  
Oregon House, CA   95962  

Rachel S. Budke Esq  
FPL Law Department  
700 Universe Blvd  
Juno Beach, FL   33408  

Devin Lawton Palmer  
Boylan Brown  
145 Culver Road  
Rochester, NY   14620-1678  

Scott K. Brown Esq  
Lewis and Roca LLP  
40 North Central Ave  
Ste 1900  
Phoenix, AZ   85004  

Michael R. Thompson  
564 Old Candia Road  
Candia, NH   03034  

Janette M. Head  
16 Gleneagle Drive  
Bedford, NH   03110  

Denise A. Mertz  
UC Tax Agent/Bankr Rep  
PA Department of Labor & Industry  
Reading Bankr & Complaince Unit  
625 Cherry St Room 203  
Reading, PA   19602-1184  

Tiffany Strelow Cobb  
Vorys Sater Seymour and Pease  
55 East Gay St  
Columbus, OH   43215  

Jennifer V. Doran Esq  
Hinckley Allen & Snyder LLP  
28 State St  
Boston, MA   02109  

Frank F. McGinn Esq  
Bartlett Hackett Feinberg P.C.  
155 Federal Street  
9th Floor  
Boston, MA   02110  

James M. Wilton  
Patricia I. Chen  
Ropes & Gray LLP  
Prudential Tower  
800 Boylston St  
Boston, MA   02199-3600  

Brad Lee Henry  
11596 W. Sierra Dawn Boulevard  
Lot 386  
Surprise, AZ   85378  

Samuel H. Rudman  
David A. Rosenfeld  
Robbins Geller Rudman & Dowd LLP  
58 S. Service Road  
Ste 200  
Melville, NY   11747

Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street
Suite 302
Huntington, NY  11743

Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church Street
8th Floor
New York, NY  10007

David W. Hansen Esq
525 University Ave
Ste 1100
Palo Alto, CA  94301

Lawrence M. Schwab Esq
Thomas M. Gaa Esq
Patrick M. Costello Esq
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306

David I. Swan Esq
Kenneth M. Misken Esq
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Ste 2300
Charlotte, NC  28202

David M.  Schilli Esq
Ty E. Shaffer Esq
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Ste 1900
Charlotte, NC  28246

J. Scott Douglass Esq
909 Fannin
Ste 1800
Houston, TX  77010

Brian W. Bisignani Esq
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA  17101-1601

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave
Dept. 1207
Denver, CO  80202-5332

Stephen K. Dexter Esq
Lathrop & Gage LLP
US Bank Tower Ste 2400
950 Seventeenth St
Denver, CO  80202

Stephen C. Tingey Esq
Ray Quinney & Nebeker P.C.
36 South State Street
Ste 1400
Salt Lake City, UT  84145-0385

Kerry Wayne Logan
1207 High Hammock Drive
#102
Tampa, FL  33619-7609

Elizabeth  Banda Esq
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX  76013

Donald K. Ludman Esq
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ  08096

Attn: Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY  10022

Mark G. Ledwin Esq
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY  10604

Robert S. McWhorter Esq
Nossaman LLP
915 L Street
Ste 1000
Sacramento, CA  95814

Chris Finch Credit Manager  
Sumitomo Electric  
78 Alexander Drive  
PO Box 13445  
Triangle Park, NC   27709  

Ann Groninger Esq  
Patterson Harkavy  
225 E. Worthington Ave  
Ste 200  
Charlotte, NC   28203  

R. S. Stahel  
IBM Corp. Legal Dept  
1503 LBJ Freeway  
3rd Floor  
Dallas, TX   75234  

Robert E. Nies Esq  
Wolff & Samson PC  
The Offices at Crystal Lake  
One Boland Drive  
West Orange, NJ   07052  

Vincent A. D'Agostino Esq  
Lowenstein Sandler PC  
65 Livingston Ave  
Roseland, NJ   07068  

Michael S. Etkin  
Ira M. Levee  
Lowenstein Sandler PC  
65 Livingston Ave  
Roseland, NJ   07068  

David N. Crapo Esq  
Gibbons P.C.  
One Gateway Center  
Newark, NJ   07102-5310  

Ernie Holling President  
The InTech Group Inc.  
305 Exton Commons  
Exton, PA   19341  

Ronald Rowland Esq  
EMC Corporation  
c/o Receivable Management Servs  
307 International Circle Ste 270  
Hunt Valley, MD   21094  

Off of Unemplmt Ins Contrib  Div.  
MD Department of Labor Licensing & Reg.  
Litigation Prosecution Unit  
1100 N. Eutaw St Room 401  
Baltimore, MD   21201  

Deborah B. Waldmeir Esq  
State of MI Dept of Treasury  
Cadillac Place Ste 10-200  
3030 W Grand Blvd.  
Detroit, MI   48202  

Attn:  Nathan  Fuchs  
SEC NY Regional Office  
233 Broadway  
New York, NY   10279  

Securities & Exchange Commission  
100 F St NE  
Washington, DC   20549  

Najam ud Dean  
6 Augusta Drive  
Milbury, MA   01527  

Mark A. Phillips  
6117 Trevor Simpson Drive  
Lake Park, NC   28079  

Gerald R. Utpadel  
4627 Greenmeadows Avenue  
Torrance, CA   90505  

Michael P. Alms  
4944 Elm Island Circle  
Waterford, WI   53185  

William A. Reed  
7810 Heaton Drive  
Theodore, AL   36582-2362  

Bertram Frederick Thomas Fletcher  
35 Broomhill Court  
Clayton, NC   27527  

Nancy Ann Wilson  
7101 Chase Oaks Blvd.  
Apt. #1637  
Plano, TX   75025  

Carol F. Raymond  
7962 S.W. 185 Street  
Miami, FL   33157-7487  

Richard Lynn Engleman  
1505 Nevada Drive  
Plano, TX   75093  

Janetta Hames  
649 Fossil Wood Drive  
Saginaw, TX   76179  

- 11 -

Mark R. Janis  
193 Via Soderini  
Aptos, CA  95003  

Jeffrey Borron  
13851 Tanglewood  
Farmers Branch, TX  75234  

Brenda L. Rohrbaugh  
2493 Alston Drive  
Marietta, GA  30062  

Ronald J. Rose Jr.  
26 Pheasant Run  
Ballston Spa, NY  12020  

Scott David Howard  
2050 Cabiao Road  
Placerville, CA  95667  

James Hunt  
8903 Handel Loop  
Land O Lakes, FL  34637  

David Litz  
316 N. Manus Drive  
Dallas, TX  75224  

Robert Dale Dover  
2509 Quail Ridge Road  
Melissa, TX  75454  

Chad Soraino  
894 Hickory Ave.  
Hesperia, CA  92345  

Bruce Francis  
5506 Lake Elton Road  
Durham, NC  27713  

Michael D. Rexroad  
5244 Linwick Drive  
Fuquay Varina, NC  27526  

Caroline Underwood  
2101 Emerson Cook Road  
Pittsboro, NC  27312  

Robert Joseph Martel  
200 Lighthouse Lane  
Apartment B3  
Cedar Point, NC  28584  

Marilyn Green  
1106 Boston Hollow Road  
Ashland City, TN  37015  

Marilyn Day  
2020 Fox Glen Drive  
Allen, TX  75013  

James Lee  
1310 Richmond Street  
El Cerrito, CA  94530  

John Mercer  
121 Monastery Road  
Pine City, NY  14871  

Freddie Wormsbaker  
327 Locust Street  
Twin Falls, ID  83301  

Estelle Loggins  
6707 Latta Street  
Dallas, TX  75227  

Scott Gennett  
16 Wildwood Street  
Lake Grove, NY  11755  

Lynette Kay Seymour  
16711 Rivendell Lane  
Austin, TX  78737  

Claudia Vidmer  
213 Orchard Lane  
Glen Ellyn, IL  60137  

Manuel Segura  
215 Sheridan  
Apt. #B-43  
Perth Amboy, NJ  08861  

Nanette Faison  
981 Kittrell Road  
Kitrell, NC  27544  

William E. Johnson  
2865 Horsemans Ridge Drive  
Clayton, NC  27520  

Carmel Turlington Totman  
164 Berton Street  
Boone, NC  28607  

Roger G. Carlsen  
390 E. Paseo Celestial  
Sahuarita, AZ  85629  

Kim M. Yates  
207 Tomato Hill Road  
Leesburg, FL  34748

Wendy Boswell Mann
2114 Claret Lane
Morrisville, NJ   27560

Bruce Turner
8 Sunset Drive
Homer, NY   13077

Remajos Brown
2353 Sword Drive
Garland, TX   75044-6036

Lottie Edith Chambers
2716 Dalford Ct.
Raleigh, NC   27604

Jane Neumann
11730 Co Road 24
Watertown, MN   55388

Barbara Gallagher
410 West Acres Road
Whitesboro, TX   76273

John S. Elliott
6 Grouse Lane
Merrimack, NH   03054-2876

Pamela J. Powell
676 Brookview Drive
Chapel Hill, NC   27514

Wayne J. Schmidt
5346 S. Mohave Sage Drive
Gold Canyon, AZ   85118

Charles Sandner
1970 N. Leslie #3779
Pahrump, NV   89060

Betty Lewis
1301-H Leon Street
Durham, NC   27705

Steven E. Bennett
37052 Chestnut Street
Newark, CA   94560

Alan Heinbaugh
19816 Colby Court
Saratoga, CA   95070

Leona Purdum
2532 N. 4th Street #254
Flagstaff, AZ   86004

George I. Hovater Jr.
9009 Casals Street
Unit 1
Sacramento, CA   95826

Daniel D. David
2105 Possum Trot Road
Wake Forest, NC   27587

Bonnie J. Boyer
305 W. Juniper Avenue
Sterling, VA   20164-3724

Miriam L. Stewart
2615 Bailey's Crossroads Rd.
Benson, NC   27504

Leah McCaffrey
7139 Debbe Drive
Dallas, TX   75252

Terry D. Massengill
126 Keri Drive
Garner, NC   27529

Laurie Adams
217 Ridge Creek Drive
Morrisville, NC   27560

Olive Jane Stepp
470 Fairview Road
Asheville, NC   28803

Edward G. Guevarra Jr.
11007 Scripps Ranch Blvd
San Diego, CA   92131

Gary W. Garrett
4093 Hogan Drive Unit 4114
Tyler, TX   75709

Chae S. Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN   55317

6481436.1