**Chambers of the Honorable Kevin Gross, Chief Judge**
6th Floor, Courtroom #3

Judge Kevin Gross
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Judge Gross,

It is confusing and discouraging to say the least, the length of the Bankruptcy for Nortel Networks which is now in its 4th year (44th month), with no end in sight. As an employee of Nortel Networks for 28 years, I have patiently waited to retrieve monies due me through contracts signed by myself and Nortel Networks in good faith for severance and pension.

As a result of the Nortel bankruptcy, the delayed receipt of my pension benefits, 401K and loss of severance, I have been forced to file personal Chapter 7 bankruptcy after two years of unemployment and depletion of our life savings. We are barely making it month to month, with many set backs such as my wife's diagnosis of breast cancer in December 2011. My current job, for which I am thankful to have, pays a fraction of my earnings at Nortel, and now we have encountered numerous medical expenses.

The amount of monies Nortel has accumulated through the sale of several business units, patents, intellectual and real properties, etc., is only paying expenses to attorneys, Committee for Unsecured Creditors, etc., and is money I and many other dedicated former employees could be using to survive through all these difficult times.

The amount due me may be a drop in the bucket to some, but to my family it is like Gold.

My question is, Why has this bankruptcy taken over three years to settle, when the monies being paid to all the attorneys and committee's should be distributed to the employees who were loyal and dedicated to this company for many years?

Will you help us understand why the bankruptcy continues to be drawn out for such a long period of time? Are we dreaming the dream we will receive any of the monies we were promised?

An explanation would be greatly appreciated as we aren't asking for a lot, just what is due us.

Thanking you in advance for your thoughts and consideration in the above mentioned matter.

Regards,

Russell L. McCallum
103 Cedarpost Drive
Cary, North Carolina 27513
919-460-1103