# 09-10139 (KG)

Honorable Kavin Gross
Chief Judge
824 N Market Street
Wilmington Delaware 19801

Case: Demel vs. Nortel related defendants, # 09-1038. **Clam of Ernest Demel**

### Plaintiff request for a Legal solution

Dear Hon. Judge Gross.

    I Ernest Demel the plaintiff in this case, most respectfully submit this letter to you, for your kind deliberation. I live in New York City, age 74, and suffering from an incurable illness. PBGC and **Nortel related defendants in this case failed to full fill their obligations and I am financially exhausted, and I pray for a legal action.**

    Please note the claim #4643," is an allowed unsecured claim". In the docket it is marked "Order Approving the stipulation resolving Claim N 4643 filed by Ernest Demel." The order was signed on **10-11-2010.**

    The Honorable Judge Kevin Gross has authorized the said stipulation and requested the parties to full fill their obligations under the terms of the stipulation. If the terms of the stipulation are not met this court has the jurisdiction to take any action deem just and proper.

    This portion of the claim is about the Nortel's unpaid long term disability benefits (LTD). Mr. Demel also received a favorable judgment from the USDC-SDNY Case 07-cv-0189, on **03-30-2012.**

Most humbly I submit.

Ernest Demel
09/17/12

cc: To. PBGC, Clearly Gottlieb Steen & Hamilton
Morris Nichols, Arsht & Tunnell, Epiq.
Mr. G Stone, Mr. J King.
Email: [illegible]    RCS Box 426, NYC, NY 10101-0426
**Tel No; 1 646-559-9992**

Page 1 of 1 (1 items)
<<<1>>>

| Claim # | Schedule # | Creditor Name | Filed Date | Total Claim Value |
|---|---|---|---|---|
| 4643 | | DEMEL, ERNEST | 09/29/2009 | $125,000.00 |

**Creditor Address:**
SOUTH BROOKLYN LEGAL SERVICES
ATTN: GARY STONE
105 COURT STREET, 3RD FLOOR
BROOKLYN, NY 11201

**Debtor:**
09-10138 Nortel Networks Inc.

**Amounts:**
Allowed Unsecured: $125,000.00
Claimed Unsecured: $1,924,557.70

**Remarks:**
THIS CLAIM IS ALLOWED

Related Dockets

| Docket Number | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 4160 | 10/14/2010 | Order Approving The Stipulation Resolving Claim N. 4643 Filed By Ernest Demel. (related document(s)[4010]) Order Signed on 10/14/2010. (BMT) | |
| | | Case: Nortel Networks Inc. | |
| | | Related: | |
| 3068 | 05/25/2010 | Objection to Claim by Claimant(s) Ernest Demel (Claim No. 4643).. Filed by Nortel Networks Inc., et al.. Hearing scheduled for 6/24/2010 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 6/10/2010. (Attachments: # (1) Notice # (2) Exhibit A) (Cordo, Ann) | |
| | | Case: Nortel Networks Inc. | |
| | | Related: none | |

# SOUTH BROOKLYN LEGAL SERVICES

Brooklyn Legal Services Corp. B $ John C. Gray, Project Director
105 Court Street, Brooklyn, NY 11201 $ (718) 237-5500 $ Fax (718) 855-0733

Gary Stone, Esq.
Direct line (718) 237-5542

July 24, 2012

Hon. Kevin Gross
Chief Judge
824 North Market Street
Wilmington Delaware, 19801

In re Nortel Networks, et al.(KG)
Case number09-10138
**Claim of Ernest Demel**

Dear Judge Gross:

     As requested by Ernest Demel, a creditor in the above-captioned proceeding, I am writing to ask that I be relieved as his counsel, and that all notices relating to this case be sent directly to:

Ernest Demel
RCS Box 426.
New York City, NY. 10101

     I have no reason to believe that any of the parties in this proceeding will be prejudiced by granting my request inasmuch as Mr. Demel's claim has been resolved, the parties agreeing, with the approval of this Court that the claim be reduced and allowed as a general unsecured claim of $125,000.

     I am sending a copy of this letter to the debtor's counsel the addresses set forth below.

     I grateful for the Court's consideration of this request.

Very truly yours,

/

Gary Stone

*Towards justice and dignity for all $ Por justicia y dignidad para todos*

Via Facsimile (212) 805-6737 and USPS 07- CV-0189 (GBD)

Honorable George B. Daniels
United States District Judge
USDC SDNY
500 Pearl Street, NY, NY 10007-1312

Case: Demel v. PBGC and Nortel related defendants.   07-cv-0189 (GBD)

### Plaintiff request for a Legal solution

Dear Hon. Judge Daniels:

I Ernest Demel the plaintiff of this case, most respectfully submit this letter to you, for your kind deliberation. I live in New York City, age 74, and suffering from an incurable illness. **All the defendants in this case failed to full fill their obligations and I am financially exhausted, and I pray for a legal solution** for my 28 year old Nortel case. Handing over a part of this case to a bureaucratic agency will be futile.

In consideration of the said reasons; the court may retain Jurisdiction over this matter and formulate a prompt action.

Mr. G. Stone will send a formal response regarding; PBGC's, letter related to the court's action. (Decision delivered on 03-30-12. Letter dated 08-28-12).

Most humbly I submit.

Ernest Demel
09/11/14  9/17/12

RECEIVED
17 2012
PRO SE OFFICE

cc: To. PBGC, Clearly Gottlieb Steen & Hamilton
Morris Nichols, Arsht & Tunnell, Epiq.
Mr. G Stone, Mr. J King.
Email: ernestdemel@ymal.com   RCS Box 426, NYC, NY 10101-0426

## CERTIFICATE OF SERVICE

I Ernest Demel hereby certify that a copy of the foregoing documents: Plaintiff letter to Honorable George B. Daniels. USDC SDNY was furnished via certified mail to the following defendants. PBGC & NORTEL RELATED DEFENDANTS, Case No. 07-cv-0189.

1. **PBGC**, Mr. V.M. Murrell,  OCC- Office, 1200 K Street. NW  Suite 340 Washington, DC 20005,   Certified  mail  #     7011 3500 0001 2385 0385

2. Clearly Gottlieb Steen & Hamilton James Bromely, Lisa Schweitzer One Liberty Plaza New York NY10006.
   Certified mail #     7011 3500 0001 2385 0392

3. Morris Nichols, Arsht & Tunnell LLP Derek c. Abbot, Eric D. Shwatz 1201 North Market St. P.O. Box. 1347  Wilmington Delaware  DE 19801
   Certified  mail  #     7011 3500 0001 2385 0408

4. **Epiq.**   Epiq Bankruptcy Solutions, LLC,  FDR Station, P.O. Box 5075 New York, NY 10150-5075
   Certified mail #     7011 3500 0001 2385 0316

5. Chief Clark US Bankruptcy Courts  District of Delaware 824 North Market St, Wilmington Delaware DE 19801
   Certified mail #     7011 3500 0001 2385 0309

6. Mr. G. Stone and Mr. J. King Via email. certified  mail  #

By----------------------------

Ernest Demel 09-17-12
Tel 1646 559 9992

Email:                             RCS Box 426, NYC, NY 10101-0426

**ALL NOTICES RELATING TO THIS CASE BE SENT TO:**

ERNEST DEMEL
RCS BOX 426
NEW YORK CITY, NY 10101-0426

Email: **ernestdemel@ymal.com**

Tel No; 1 646-559-9992

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ERNEST DEMEL : <br>            Plaintiff : <br> : <br> v. : <br> : <br> GROUP BENEFITS PLAN FOR EMPLOYEES OF : <br> NORTHERN TELECOM, INC., dated as of January 1, : <br> 1982, TRUSTEES AND ADMINISTRATOR OF THE : <br> GROUP BENEFITS PLAN FOR EMPLOYEES OF : <br> NORTHERN TELECOM, INC., EMPLOYEE : <br> BENEFITS COMMITTEE OF : <br> NORTHERN TELECOM, INC., NORTHERN : <br> TELECOM INC. RETIREMENT PLAN FOR : <br> EMPLOYEES, TRUSTEES AND : <br> ADMINISTRATOR OF NORTHERN TELECOM, : <br> INC. RETIREMENT PLAN FOR EMPLOYEES, and : <br> THE PRUDENTIAL INSURANCE COMPANY : <br> OF AMERICA : <br>            Defendants. : | Index No. 07-CV-0189 <br> (GBD)(DCF) |

TRANSMISSION VERIFICATION REPORT

```
TIME   : 09/15/2012 19:13
NAME   : FEDEX OFFICE    0203
FAX    : 212-929-1560
TEL    : 212-929-0623
SER. # : 000K0N594090
```

```
DATE,TIME        09/15 19:12
FAX NO./NAME     12128056737
DURATION         00:00:41
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```