Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/01/12 | EH | Review minutes of 8/02/12 omnibus hearing | 0.10 |
| 08/03/12 | EH | Review ECF notices and download CNO to BFCA June 2012 monthly fee application | 0.10 |
| 08/06/12 | EH | Review ECF notices and download CNO to BFCA May 2012 monthly fee application | 0.10 |
| 08/16/12 | EH | Review ECF notices and download BFCA July 2012 monthly fee application | 0.10 |

Page     2

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.40 | $96.00 |
| | | | 0.40 | $96.00 |
| | | TOTAL: | 0.40 | $96.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/03/12 | LMS | Email to M. Cook regarding estimated accruals for July 2012 | 0.10 |
| 08/03/12 | LMS | Review docket regarding objections to BFCA May monthly fee application | 0.10 |
| 08/03/12 | LMS | Prepare CNO regarding BFCA May monthly fee application | 0.10 |
| 08/03/12 | LMS | File CNO regarding BFCA May monthly fee application | 0.10 |
| 08/03/12 | LMS | Review docket regarding objections to BFCA June monthly fee application | 0.10 |
| 08/03/12 | LMS | Prepare CNO regarding BFCA June monthly fee application | 0.10 |
| 08/03/12 | LMS | File CNO regarding BFCA June monthly fee application | 0.10 |
| 08/13/12 | JRH | Review Nortel monthly statement and coordinate with L. Behra regarding same | 0.50 |
| 08/14/12 | LMS | Preparation of BFCA Monthly Fee Application for July 2012 | 0.20 |
| 08/15/12 | JRH | Follow up regarding fee application | 0.10 |
| 08/16/12 | LMS | Preparation of BFCA Monthly Fee Application for July 2012 | 0.70 |
| 08/16/12 | LMS | Docket Objection deadline regarding BFCA Monthly Application for July 2012 | 0.10 |
| 08/16/12 | LMS | Preparation of BFCA Eighth Quarterly Fee Application | 1.00 |
| 08/17/12 | LMS | Preparation of BFCA Eighth Quarterly Fee Application for May 1, 2012 through July 31, 2012 | 0.20 |
| 08/17/12 | LMS | File BFCA Eighth Quarterly Fee Application for May 1, 2012 through July 31, 2012 | 0.20 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.60 | $237.00 |
| | | | 0.60 | $237.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $200.00 | 3.10 | $620.00 |
| | | | 3.10 | $620.00 |
| | | TOTAL: | 3.70 | $857.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/01/12 | EH | Review 7/16/12 adversary status report | 0.10 |
| 08/02/12 | EH | Review 7/23/12 adversary status reports | 0.10 |
| 08/03/12 | EH | Review 8/02/12 adversary status report | 0.10 |
| 08/16/12 | EH | Review 8/08/12 adversary status report | 0.10 |
| 08/27/12 | EH | Review 8/24/12 adversary status report | 0.10 |
| 08/28/12 | JRH | Emails with J. Davidson with regard to Nortel claims assigned to Benesch | 0.20 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.20 | $79.00 |
| | | | 0.20 | $79.00 |
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.50 | $120.00 |
| | | | 0.50 | $120.00 |
| | | TOTAL: | 0.70 | $199.00 |

Document Reproduction

| Date | User | Description | Amount |
|---|---|---|---:|
| 08/16/12 | LMS | Document Reproduction 22 copies | 2.20 |
| 08/16/12 | LMS | Document Reproduction 22 copies | 2.20 |
| 08/16/12 | LMS | Document Reproduction 89 copies | 8.90 |
| 08/17/12 | LMS | Document Reproduction 37 copies | 3.70 |
| | | TOTAL: | $17.00 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 08/16/12 | LMS | Federal Express 08/16/12 Lisa M. Behra to Thomas P. Tinke | 12.19 |
| 08/16/12 | LMS | Federal Express 08/16/12 Lisa M. Behra to Derek C. Abbott | 12.19 |
| 08/16/12 | LMS | Federal Express 08/16/12 Lisa M. Behra to M. Collins Esq. | 12.19 |
| 08/16/12 | LMS | Federal Express 08/16/12 Lisa M. Behra to Fred S. Hodara | 12.19 |
| 08/17/12 | LMS | Federal Express 08/17/12 Lisa M. Behra to Thomas P. Tinke | 12.19 |
| 08/17/12 | LMS | Federal Express 08/17/12 Lisa M. Behra to Derek C. Abbott | 12.19 |
| 08/17/12 | LMS | Federal Express 08/17/12 Lisa M. Behra to M. Collins Esq. | 12.19 |
| 08/17/12 | LMS | Federal Express 08/17/12 Lisa M. Behra to Fred S. Hodara | 12.19 |
| | | TOTAL: | $97.52 |

**Computer Research**

| Date | User | Description | | Amount |
|---|---|---|---|---:|
| 08/03/12 | XXX | Computer Research - Pacer PACER 2012 25 PAGES | AUGUST | 2.00 |
| | | | TOTAL: | $2.00 |