# "FACT DISCOVERY" REQUEST

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

September 12, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired (1997) **AND** the year I was forced onto Long-Term Disability 2008:

### Section#1

- Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.
- Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.
- Employee Benefits Binders.

**Further**, I would like to request copies of the following information be forwarded to me reflecting ALL Nortel communications regarding Employee Benefits from the year I was hired (1997) through Sept. 2012 for the following:

- All Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
- Copies of all my Flex Benefits Confirmation Statements.
- A dump of detailed call logs for all calls I placed into Nortel HR; my Global Id #0466806.
- A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me for the last three (3) years; i.e. Sept. 2009 through Sept. 2012.
- A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.

**And,** I would like to request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

I also have the following Interrogatories for you:

- Please admit that from the point of offering a position to a prospective employee such as myself and continuing throughout the brunt of my active career ... Nortel Directors, Officers & Employees communicated their commitment to their employees as one of their strongest assets; and that importance was placed on hiring top talent, maintaining them and offering industry competitive benefits & compensation to maintain their assets, the employees.
- Please admit that there was a mandatory annual "Code of Conduct" certification that All employees had to complete and further that there were literally pages of rules around "Maintaining accurate and complete financial records is required by law and is fundamental and chief to our ethical commitments to our shareholders. Inaccurate records can harm Nortel in many ways...".

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors

# "FACT DISCOVERY" REQUEST

- Please admit that Nortel was forced re-state earnings statements to the Securities Exchange Commission starting in 2003 and going back to 2000; the impetus being Nortel was under investigation from the SEC.
- Please admit that ex-Chief Executive Officer Frank Dunn as well as Nortel's Chief Financial Officer Douglas Beatty and Chief Controller Officer Michael Gollogly were all fired with cause in 2004.
- Please admit that a criminal trial is underway as of right now, September 2012, for these same three (3) ex-Nortel Executives who are facing multiple charges around engineering an accounting fraud to mask Nortel's financial health.
- Please admit that Nortel employees, as were all shareholders, the recipients of multiple "inaccurate" Nortel earnings statements across a timeframe that spanned literally years.
- Please admit that it is reasonable to expect that Nortel employees would base their evaluation of the solvency of their employer and thereby future prospects of their employment on the financial earnings statements that they and the rest of the shareholders received.
- Please admit that there were numerous corporate policies, supporting ISO regulations and corporate-wide recognition for the need to maintain & preserve all documents Not only as daily operating procedure but in explicit recognition of the requirement to maintain critical documents with any awareness of a potential legal request for same.
- Please admit that even during the initial stages of bankruptcy, individual(s) and procedures were put in place to specifically see that critical Nortel documents were maintained.
- Please admit that your Nortel HR Representative conveyed to me that my LTD benefits were fully covered until age 65.
- Please admit that the banner across Claims Forms and letters received from Prudential were labeled "Prudential Insurance Company of America".
- Please admit that, until recently, you never clearly communicated the LTD plan was not insurance.
- Please admit that you never explicitly defined "self-insured" policy while and at the same time you recognized need to define other "technical terms" used in SPD's such as "accident" and "doctor".
- Please admit that you never explicitly identified the risks of a self-insured LTD policy.
- Please admit that it wasn't until the 2012 Flex Benefits cover letter, that you expressly made a high-level/visible statement that is very illuminating to the reader as to benefits being dependent on company solvency with Nortel looking to close doors; that statement being "… ensure you select the best options for your needs. This may include researching plans other than those provided by Nortel".
- Please admit that once you were aware that someone was identified as Totally Disabled that there was a readily projectable liability of at least income, given it is fixed data point, out to age 65.
- Please admit by your attempt to terminate my employment, you are expressly attempting to deny my LTD benefit that was contractually promised me and further, that I would now have no recourse to go out on the open market to purchase LTD insurance as I am already disabled.

Sincerely,

Deborah M. M. Jones, Nortel US LTD Employee
P.O. Box 458, Willow Spring, NC 27592

RE: US Bankruptcy Court Case #09-10138 (KG) – Nortel Networks Inc. et all, Debtors