HR Shared Services, c/o Nortel Networks

Mailstop: 570 02 0C3

PO Box 13010

Research Triangle Park, NC 27709-3010
**RE: "Fact Discovery" Request**

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired (1996) **AND** the year I was forced onto Long-Term Disability (2004):

### Section#1

o   Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.

o   Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.

o   Employee Benefits Binders.

**Further,** I would like to request copies of the following information be forwarded to me reflecting ALL Nortel communications regarding Employee Benefits from the year I was hired (1996) through Sept. 2012 for the following:

o   All Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.

o   Copies of all my Flex Benefits Confirmation Statements.

o   A dump of detailed call logs for all calls I placed into Nortel HR.

o   A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 through Sept. 2012.

o   A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.

o   Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.

**Lastly,** I would like to request a copy of the following documents:

o   A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.



- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

Ronald J. Rose Jr.

26 Pheasant Run

Ballston Spa, NY 12020

**CC:** US Bankruptcy Court; Cleary, Gottlieb, Steen & Hamilton; Elliott Greenleaf; LTD 1102 Committee



Prudential Disability Management Services

2101 Welsh Road

Dresher, PA 19176
RE:  **Claim #** Type your Prudential Claim # 10670025

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me:

o   Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.

o   Copies of all written communication that Prudential mailed to me.

o   Copies of any documentation you received from Social Security regarding my SS Award/benefits.

o   Copies of every internal record that Prudential referenced or authored in determination of my benefits.

o   A copy of the Nortel LTD Plan for the year I was forced into LTD.

o   A copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.

o   A dump of detailed call logs for all calls I placed into Prudential from Oct 2011 to Dec. 31 2011.

o   Copies of every single medical report that you have in your possession/on file for me.

o   A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

o   A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

Ronald J. Rose Jr.

26 Pheasant Run

Ballston Spa, NY 12020