# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on September 12th, 2012 a copy of *my individual "Fact Discovery" requests* were served upon the following parties, in manner indicated.

### BY OVERNIGHT MAIL WITH DELIVERY CONFIRMATION

ATTN: David D. Bird, Clerk of Court
**United States Bankruptcy Court**
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

ATTN: Robert J. Ryan
**Cleary, Gottlieb, Steen & Hamilton, LLP**
One Liberty Plaza
New York, NY 10006

ATTN: HR Shared Services, c/o **Nortel Networks**
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

**Prudential Disability Mgmt Services**
2101 Welsh Road
Dresher, PA 19176

### BY ELECTRONIC TRANSMISSION VIA EMAIL

ATTN: Rafael X. Zahralddin-Aravena, Esq., **Elliott Greenleaf**, rxza@elliottgreenleaf.com
ATTN: Barbara Gallagher, Chairperson, **LTD 1102 Committee**, ballyglas@pobox.com

Respectfully Signed,

*/s/ Paul Douglas Wolf*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Paul Douglas Wolfe, Nortel US LTD Employee
113 Red Drum Ln.
Gloucester, NC 28528

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

RE: "Fact Discovery" Request

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired (1982) AND the year I was forced onto Long-Term Disability (2005):

### Section#1

- Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.

- Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.

- Employee Benefits Binders.

**Further,** I would like to request copies of the following information be forwarded to me reflecting ALL Nortel communications regarding Employee Benefits from the year I was hired (1982) through Sept. 2012 for the following:

- All Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.

- Copies of all my Flex Benefits Confirmation Statements.

- A dump of detailed call logs for all calls I placed into Nortel HR.

- A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 through Sept. 2012.

- A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.

- Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.

**Lastly,** I would like to request a copy of the following documents:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

*[signature: Paul Douglas Wolfe]*

Paul Douglas Wolfe

113 Red Drum Ln.

Gloucester, NC 28528

**CC:** US Bankruptcy Court; Cleary, Gottlieb, Steen & Hamilton; Elliott Greenleaf; LTD 1102 Committee

Prudential Disability Management Services
P.O. Box 13480
Philadelphia, PA 19176

RE: "Fact Discovery" Request From Claim # 0039900 / 10760360

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me:

o   Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.

o   Copies of every single medical report that you have in your possession/on file for me.

o   Copies of all written communication that Prudential mailed to me.

o   Copies of every internal record that Prudential referenced or authored in determination of my benefits.

o   A copy of the Nortel LTD Plan for the year I was forced into LTD.

o   A copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.

o   A dump of detailed call logs for all calls I placed into Prudential.

o   A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

o   A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

*Paul Douglas Wolfe*

Paul Douglas Wolfe

113 Red Drum Ln.

Gloucester, NC 28528

**CC:**

US Bankruptcy Court

Nortel Networks

Cleary, Gottlieb, Steen & Hamilton

Elliott Greenleaf

LTD 1102 Committee