# CERTIFICATE OF SERVICE

I, William F. Taylor, Jr., hereby certify that September 26, 2012, I caused a true and correct copy of the foregoing *Statement and Reservation of Rights of the Official Committee of Retired Employees in Response to the Nortel US LTD Employees Motion Compelling Debtors to Disclose Critical Risk/Benefit Information Towards Discernment of Viability of a Transition from LTD Plans to Retiree Plan* to be served upon the below listed counsel and the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (I.D. #2936)

| | |
|---|---|
| Thomas P. Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801-3519<br>(Trustee) | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>(Counsel for Official Committee Of Unsecured Creditors) |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br>(Counsel for Official Committee Of Unsecured Creditors) | James L. Bromley<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(Debtor's Counsel) |
| Derek C. Abbott, Esq.<br>Ann C. Cordo, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(Debtor's Counsel) | Rafael Xavier Zahralddin-Aravena<br>Elliott Greenleaf<br>1105 North Market Street, Suite 1700<br>P.O. Box 2327<br>Wilmington, DE 19801 |
| Laura Davis Jones, Esq.<br>Kathleen P. Makowski, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Counsel for Ad Hoc Committee of Bondholders) | Dennis F. Dunne, Esq.<br>Thomas R. Kreller, Esq.<br>Albert A. Pisa, Esq.<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(Counsel for Ad Hoc Committee of Bondholders) |

| | |
|---|---|
| Clarence E. Adams<br>432 Lower Thrift Road<br>New Hill, NC 27562 | Daniel D. David<br>2105 Possum Trot Road<br>Wake Forest, NC 27587 |
| Michael Alms<br>4944 Elm Island Circle<br>NC Waterford, WI 53185 | Najam U. Dean<br>6 Augusta Drive<br>Millbury, MA 01527 |
| Janet Bass<br>1228 Moultrie Court<br>Raleigh, NC 27615 | Robert Dover<br>2509 Quail Ridge Road<br>Melissa, TX 75454 |
| Brent Beasley<br>541 Ammons Rd<br>Dunn, NC 28334 | John S. Elliott<br>6 Grouse Lane<br>Merrimack, NH 03054 |
| Jeffrey B. Borron<br>13851 Tanglewood Drive<br>Farmers Branch, TX 75234 | Richard Engelman<br>1505 Nevada Drive<br>Planto, TX 75093 |
| Roger G. Carlsen<br>390 E. Paseo Celestial<br>Sahuarita, AZ 85629 | Nanette Faison<br>981 Kittrell Road<br>Kittrell, NC 27544 |
| Bert Fletcher<br>35 Broomhill Court<br>Clayton, North Carolina 27527 | Brad Henry<br>11596 W. Sierra Dawn Blvd. Lot 386<br>Surprise, Arizona 85378 |

| | |
|---|---|
| Bruce Francis<br>5506 Lake Elton Road<br>Durham, NC 27713 | Richard B. Hodges<br>913 Windmere Lane<br>Wake Forest, NC 27587 |
| Barbara Gallagher<br>410 West Acres Road<br>Whitesboro, TX 76273 | Mary Holbrook<br>1181 Grey Fox Ct.<br>Folsom, CA 95630 |
| Gary W. Garett<br>4093 Hogan Drive, Apt. 4114<br>Tyler, TX 75709 | James Hunt<br>8903 Handel Loop<br>Land O Lakes, FL 34637 |
| Marilyn Green<br>1106 Boston Hollow Road<br>Ashland City, Tennessee 37015 | Dianna Irish<br>235 Atrium Court<br>Warner Robins, GA 31088 |
| Crickett Grissom<br>2580 W. Porter Creek Ave<br>Porterville CA 93257 | Mark R. Janis<br>193 Via Soderini<br>Aptos, CA 95003 |
| Edward G. Guevarra<br>11007 Scripps Ranch Blvd.<br>San Diego CA 92131 | Deborah Jones<br>PO Box 458<br>Willow Spring, NC 27592 |
| Peter Lawerence<br>16295Via Venetia W<br>Delray Beach, FL 33484 | Mark A. Phillips<br>6117 Trevor Simpson Drive<br>Lake Park, NC 28079 |

| | |
|---|---|
| James Jerome Lee<br>1310 Richmond Street<br>El Cerrito, CA 94530 | Carol Raymond<br>7962 S. W. 185 St.<br>Miami, FL 33157 |
| Kerry Logan<br>16449 Nelson Park Dr. Apt. 105<br>Clermont, FL 34714 | William Reed<br>7810 Heaton Drive<br>Theodore, Al 36582-2362 |
| Vernon Long<br>4929 Kelso Lane<br>Garland, TX 75043 | Michael D. Rexroad<br>5244 Linwick Drive<br>Fuquay Varina, NC 27526 |
| Michael S. McWalkers<br>PO Box 338<br>Alviso, CA 95002 | Ronald J. Rose Jr.<br>26 Pheasant Run<br>Ballston Spa, NY 12020 |
| Reid Mullett<br>4224 Thamesgate Close<br>Norcross, GA 30092 | John J. Rossi<br>1568 Woodcrest Dr.<br>Wooster, Ohio 44691 |
| Kaushik Patel<br>5665 Arapaho Rd. Apt. 1023<br>Dallas, TX 75248 | Brenda L. Rohrbaugh<br>2493 Alston Drive<br>Marietta, GA 30062 |
| Cynthia Ann Schmidt<br>PO Box 119<br>Oregon House, CA 95962 | Caroline Underwood<br>2101 Emerson Cook Rd.<br>Pittsboro, NC 27312 |

| | |
|---|---|
| Judy A. Schulthesis<br>2201 Sweetbriar Drive<br>Alexandria, VA 22307-1523 | Claudia Vidmer<br>213 Orchard Lane<br>Glen Ellyn, IL 60137 |
| Lynette Kay Seymour<br>16711 Rivendell Lane<br>Austin, TX 78737 | Adella Venneman<br>5269 Rio Grande Drive<br>San Jose, CA 95136 |
| Chad Soriano<br>8974 Hickory Ave<br>Hesperia, CA 92345 | Jerry Wadlow<br>PO Box 79<br>Wewoka, OK 74884 |
| Wayne Schmidt<br>5346 S. Mohave Sage Drive<br>Gold Canyon, AZ 85118 | Thelma Watson<br>PO Box 971<br>Bath, SC 29816 |
| Michael R. Thompson<br>564 Candia Road<br>Candia, NH 03034 | Nancy Wilson<br>7101 Chase Oaks Blvd # 1637<br>Planto, TX 75025 |
| Carmel Totman<br>164 Berton Street<br>Boone, NC 28607 | Sue Widener<br>260 N. Tomahawk Island Dr.<br>Portland, OR 97217 |
| Paul D. Wolfe<br>113 Red Drum Ln.<br>Gloucester, NC 28528 | |

Kim M. Yates
207 Tomato Hill Road
Leesburg, FL 34748

**ME1 14166494v.1**