# EXHIBIT A

RLF1 7058146v.1

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 14, 2012  
Invoice 414202  
Page 2  
Client #  732310

Matter # 165839

For services through August 31, 2012  
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/12 | Review and calendar upcoming critical dates | | | | |
| Associate | Christopher M. Samis | | 0.20 hrs. | 375.00 | $75.00 |
| 08/02/12 | Participate in weekly Committee call | | | | |
| Associate | Christopher M. Samis | | 0.70 hrs. | 375.00 | $262.50 |
| 08/09/12 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 205.00 | $82.00 |
| 08/09/12 | Participate in weekly Committee call | | | | |
| Associate | Christopher M. Samis | | 1.10 hrs. | 375.00 | $412.50 |
| 08/09/12 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.2) | | | | |
| Associate | Drew G. Sloan | | 0.30 hrs. | 375.00 | $112.50 |
| 08/17/12 | Review bondholder 2019 statement | | | | |
| Associate | Drew G. Sloan | | 0.10 hrs. | 375.00 | $37.50 |
| 08/20/12 | Review and update 2002 service list | | | | |
| Paralegal | Barbara J. Witters | | 1.00 hrs. | 205.00 | $205.00 |
| 08/21/12 | Update 2002 service list | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 205.00 | $82.00 |
| 08/22/12 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1); Update core/2002 service list (.4) | | | | |
| Paralegal | Barbara J. Witters | | 0.80 hrs. | 205.00 | $164.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 14, 2012  
Invoice 414202  
Page 3  

Client #  732310  

Matter #  165839  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/22/12 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.2) | | | | |
| Associate | Drew G. Sloan | | 0.30 hrs. | 375.00 | $112.50 |
| 08/23/12 | Participate in weekly Committee call | | | | |
| Associate | Christopher M. Samis | | 1.00 hrs. | 375.00 | $375.00 |
| 08/29/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.30 hrs. | 205.00 | $61.50 |
| 08/29/12 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.2) | | | | |
| Associate | Drew G. Sloan | | 0.30 hrs. | 375.00 | $112.50 |
| 08/30/12 | Update 2002 service list | | | | |
| Paralegal | Barbara J. Witters | | 0.30 hrs. | 205.00 | $61.50 |

Total Fees for Professional Services         $2,156.00

**TOTAL DUE FOR THIS INVOICE**         **$2,156.00**  
BALANCE BROUGHT FORWARD         $1,111.50  

**TOTAL DUE FOR THIS MATTER**         **$3,267.50**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 14, 2012  
Invoice 414202  
Page 4  

Client # 732310

Matter # 165839

For services through August 31, 2012  
relating to Claims Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/06/12 | Review, revise and finalize joint motion to bifurcate hearings/discovery on remaining EMEA claims (1.8); Call from A. Cordo re: authority to execute joint motion to bifurcate hearings/discovery on remaining EMEA claims (.2); Email to A. Cordo, A. Qureshi and others re: authority to execute joint motion to bifurcate hearings/discovery on remaining EMEA claims (.1) | Associate Christopher M. Samis | 2.10 hrs. | 375.00 | $787.50 |
| 08/06/12 | Review motion and deposition notices re: EMEA claims | Associate Drew G. Sloan | 0.80 hrs. | 375.00 | $300.00 |
| 08/09/12 | Call to M. Marshall re: creditor inquiry on status of case and timing of distributions | Associate Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 08/13/12 | Review Joint Administrators opposition to joint motion to bifurcate EMEA claims proceedings | Associate Christopher M. Samis | 1.20 hrs. | 375.00 | $450.00 |
| 08/13/12 | Review joint administer's opposition to scheduling order re: EMEA claims (.3); Review exhibits re: same (.3) | Associate Drew G. Sloan | 0.60 hrs. | 375.00 | $225.00 |
| 08/17/12 | Review reply brief re: EMEA claims discovery bifurcation scheduling motion (1.1); Email to A. Cordo re: clearance to file EMEA claims discovery bifurcation scheduling motion (.1) | Associate Christopher M. Samis | 1.20 hrs. | 375.00 | $450.00 |
| 08/20/12 | Email to Judge Gross, E. Harron and D. Abbott re: Court not considering EMEA claims bifurcation/scheduling motion (.1); Email to F. Hodara, D. Botter, A. Qureshi and B. Kahn re: Court not considering EMEA bifurcation/scheduling motion (.1) | Associate Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 14, 2012  
Invoice 414202  
Page 5  

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 08/27/12 | Call to J. Kettler re: receipt of notice of settlement of certain severance claims and significance of same | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |

| | |
|---|---|
| Total Fees for Professional Services | $2,475.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$2,475.00** |
| BALANCE BROUGHT FORWARD | $928.00 |
| **TOTAL DUE FOR THIS MATTER** | **$3,403.00** |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | September 14, 2012<br>Invoice 414202<br>Page 6<br>Client # 732310<br><br>Matter # 165839 |

For services through August 31, 2012
relating to Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/12 | Prepare for 8/1/12 hearing (1.3); Attend 8/1/12 hearing (3.0); Email to B. Witters re: obtaining transcript from 8/1/12 hearing (.1) | | | | |
| Associate | | Christopher M. Samis | 4.40 hrs. | 375.00 | $1,650.00 |
| 08/06/12 | Email to B. Witters re: obtaining transcript from 8/1/12 hearing (.1); Email to S. Brauner re: obtaining transcript from 8/1/12 hearing (.1) | | | | |
| Associate | | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 08/06/12 | Review email from B. Witters re: transcript of 8/1/12 hearing (.1); Review same (.4) | | | | |
| Associate | | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 08/07/12 | Circulate to distribution re: 8/1/12 hearing transcript | | | | |
| Paralegal | | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 08/07/12 | Participate in telephonic hearing with Court re: status of allocation mediation | | | | |
| Associate | | Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |
| 08/08/12 | Organize four volumes of binders utilized by Court and counsel at 6/21/12 hearing (.4); Organize three volumes of binders utilized by Court and counsel at 8/1/12 hearing (.3) | | | | |
| Paralegal | | Barbara J. Witters | 0.70 hrs. | 205.00 | $143.50 |
| 08/16/12 | Review email from B. Kahn re: dial in for telephonic hearing re: discovery disputes (.1); Review email from C. Samis re: same (.1) | | | | |
| Associate | | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 08/16/12 | Set up C. Samis and L. Beckerman for 8/20/12 telephonic appearance | | | | |
| Paralegal | | Robyn K. Sinclair | 0.20 hrs. | 205.00 | $41.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 14, 2012  
Invoice 414202  
Page 7  
Client # 732310

Matter # 165839

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/20/12 | Retrieve and review re: 8/22/12 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 8/22/12 agenda pleadings (.4); Prepare 8/22/12 hearing binder (.5) | | | | |
| | Paralegal | Barbara J. Witters | 1.10 hrs. | 205.00 | $225.50 |
| 08/20/12 | Review agenda re: 8/22/12 hearing (.2); Review email from B. Witters re: same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 08/21/12 | Retrieve 8/22/12 agenda pleadings (.4); Prepare additonal 8/22/12 hearing binders x2 (.8); Attention to e-mail from B. Kahn re: 8/22/12 telephonic appearances (.1); Telephone call to Courtcall re: 8/22/12 telephonic appearances for F. Hodara and D. Botter (.2); E-mail to distribution re: same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 1.60 hrs. | 205.00 | $328.00 |
| 08/22/12 | Organize three volumes of binders utilized by counsel at 8/22/12 hearing | | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 08/22/12 | Prepare for 8/22/12 hearing (1.0); Attend 8/22/12 hearing (1.1) | | | | |
| | Associate | Christopher M. Samis | 2.10 hrs. | 375.00 | $787.50 |
| 08/23/12 | Attention to e-mail from C. Samis re: agenda items for Sept 5th hearing (.1); E-mail to C. Samis re: same x3 (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 08/23/12 | Emails to L. Beckerman re: agenda for 9/5/12 hearing (.2); Emails to B. Witters re: agenda for 9/5/12 hearing (.4) | | | | |
| | Associate | Christopher M. Samis | 0.60 hrs. | 375.00 | $225.00 |
| 08/30/12 | Retrieve and review re: 9/5/12 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 9/5/12 agenda pleadings (.3) | | | | |
| | Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 08/30/12 | Review agenda re: 9/5/12 hearing (.2); Review email from B. Witters re: same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 14, 2012  
Invoice 414202  
Page 8  
Client #  732310  

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 08/31/12 | Prepare 9/5/12 hearing binder | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 08/31/12 | Review amended agenda re: 9/5/12 hearing | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $4,495.50 |
| TOTAL DUE FOR THIS INVOICE | **$4,495.50** |
| BALANCE BROUGHT FORWARD | $9,095.50 |
| **TOTAL DUE FOR THIS MATTER** | **$13,591.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 14, 2012  
Invoice 414202  
Page 9

Client # 732310

Matter # 165839

For services through August 31, 2012  
relating to Employee Issues

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/14/12 | Review various correspondence from LTD employees regarding termination of benefits (.8); Review LTD employee objection to motion to seal certificate of service (.3) | | | | |
| Associate | Christopher M. Samis | | 1.10 hrs. | 375.00 | $412.50 |
| 08/20/12 | Call with Court regarding discovery dispute with Retired Employee Committee regarding motion to terminate benefits | | | | |
| Associate | Christopher M. Samis | | 1.10 hrs. | 375.00 | $412.50 |
| 08/21/12 | Review LTD participants objection to scheduling order | | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 375.00 | $112.50 |

Total Fees for Professional Services     $937.50

TOTAL DUE FOR THIS INVOICE     $937.50  
BALANCE BROUGHT FORWARD     $927.50

**TOTAL DUE FOR THIS MATTER**     **$1,865.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202
Page 10
Client #  732310

Matter #  165839

---

For services through August 31, 2012
relating to Litigation/Adversary Proceedings

| Date | Description | Role/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/12 | Call to J. Sturm re: notice procedures for motion to intervene in deferred compensation litigation | Associate — Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 08/03/12 | File motion for intervention in adversary case (.2); Serve same (.1); Prepare affidavit of service re: same (.1); File same (.2) | Paralegal — Cathy M. Greer | 0.60 hrs. | 205.00 | $123.00 |
| 08/03/12 | Emails to J. Sturm re: finalizing motion to intervene in deferred compensation litigation (.8); Emails to C. Greer re: filing and service of motion to intervene in deferred compensation litigation (.2) | Associate — Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |
| 08/09/12 | Email to L. Beckerman re: deadline to objection to motion to intervene in deferred compensation litigation | Associate — Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 08/13/12 | Review response to Paroski promissory estoppel motion | Associate — Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |
| 08/16/12 | Email to B. Kahn re: setting up C. Samis and L. Beckerman for Retiree Committee discovery dispute call with Court (.1); Email to R. Sinclair re: setting up C. Samis and L. Beckerman for Retiree Committee discovery dispute call with Court (.1) | Associate — Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 08/21/12 | Prepare cno re: Horne motion to intervene (.3); E-mail to L. Beckerman re: cno of same (.1); Finalize and file cno re: same (.2); Coordinate to Judge Gross re: motion, cno and order of same (.2) | Paralegal — Barbara J. Witters | 0.80 hrs. | 205.00 | $164.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 14, 2012  
Invoice 414202  
Page 11  

Client # 732310  

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/21/12 | Emails to L. Beckerman re: CNO for motion to intervene in deferred compensation litigation (.2); Email to B. Witters re: CNO for motion to intervene in deferred compensation litigation (.1); Review and execute CNO for motion to intervene in deferred compensation litigation (.2) | Associate — Christopher M. Samis | 0.50 hrs. | 375.00 | $187.50 |
| 08/22/12 | Retrieve re: Horne order granting motion to intervene (.1); E-mail to L. Beckerman re: same (.1); Coordinate service re: same (.2); Prepare aos re: same (.2); Revise aos re: same (.2); Prepare Horne joinder motion to dismiss complaint (.2); Paralegal support for filing Horne Joinder motion to dismiss complaint (1.6); E-mail to C. Samis re: same x2 (.1); Finalize, file and coordinate service re: same (.3) | Paralegal — Barbara J. Witters | 3.00 hrs. | 205.00 | $615.00 |
| 08/22/12 | Multiple emails to L. Beckerman re: filing joinder to Debtors' motion to dismiss in deferred compensation litigation (.3); Multiple emails to B. Witters re: filing joinder to Debtors' motion to dismiss in deferred compensation litigation (.5); Review and revise joinder to Debtors' motion to dismiss in deferred compensation litigation (.2) | Associate — Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |
| 08/23/12 | E-mail to L. Beckerman re: Horne joinder to motion to dismiss complaint (.1); Prepare aos re: same (.2) | Paralegal — Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 08/24/12 | Review motion to quash Debtors' subpoena in deferred compensation litigation | Associate — Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |
| 08/29/12 | Review Debtors' opposition to Individual Plaintiff's motion for protective order in Deferred Compensation Litigation | Associate — Christopher M. Samis | 1.10 hrs. | 375.00 | $412.50 |
| 08/31/12 | Review motion for leave to reply to Debtors' response to motion for protective order in deferred compensation litigation | Associate — Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

September 14, 2012  
Invoice 414202  
Page 12  
Client #  732310  

Matter #  165839  

|  |  |
|---|---|
| Total Fees for Professional Services | $3,551.00 |

|  |  |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$3,551.00** |
| BALANCE BROUGHT FORWARD | $2,588.30 |
| **TOTAL DUE FOR THIS MATTER** | **$6,139.30** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 14, 2012  
Invoice 414202  
Page 13  
Client # 732310

Matter # 165839

For services through August 31, 2012  
relating to RLF Fee Applications

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/06/12 | Attention to e-mail from B. Kahn re: RLF estimated fees and expenses for month of July (.1); E-mail to L. Stevenson re: same (.1); E-mail to B. Kahn re: same (.1) | Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 08/10/12 | Prepare cno re: RLF June fee application | Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 08/17/12 | Review CNO re: RLF forty first monthly fee application (.1); Circulate same to C. Samis (.1); File same (.1) | Paralegal | Robyn K. Sinclair | 0.30 hrs. | 205.00 | $61.50 |
| 08/21/12 | Emails to B. Witters re: status of bill memo for July 2012 RL&F fee application | Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 08/21/12 | Review July 2012 bill memos re: RLF monthly fee application (.4); Discussion with B. Witters re: comments to same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 08/23/12 | Review and revise RLF July fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 08/23/12 | Review and execute RLF monthly fee application (.3); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

| | | | | |
|---|---|---|---|---|
| Nortel Creditors Committee | | | September 14, 2012 | |
| c/o Fred S. Hodara, Esq. | | | Invoice 414202 | |
| Akin Gump Strauss Hauer Feld LLP | | | Page 14 | |
| One Bryant Park | | | | |
| New York NY 10036 | | | Client # 732310 | |
| | | | | |
| | | | Matter # 165839 | |

| | | | | |
|---|---|---|---|---|
| 08/28/12 | Prepare RLF 14th interim fee application (.4); E-mail to accounting re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| | | | | |
| 08/28/12 | Review and execute RLF interim fee application (.2); Discussion with B. Witters re: filing of same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,136.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,136.50** |
| BALANCE BROUGHT FORWARD | $978.40 |
| **TOTAL DUE FOR THIS MATTER** | **$2,114.90** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 14, 2012  
Invoice 414202  
Page 15  
Client # 732310

Matter # 165839

For services through August 31, 2012  
relating to Fee Applications of Others

| Date | Description | Role/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/12 | Prepare cno re: Akin Gump May fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone May fee application (.2) | Paralegal — Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| 08/01/12 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump monthly fee application (.1); Review email from F. Hodara re: same (.1); Review and execute same (.1) | Associate — Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 08/03/12 | File certificate of no objection re: Capstone Advisory Group May fee application | Paralegal — Cathy M. Greer | 0.20 hrs. | 205.00 | $41.00 |
| 08/03/12 | Review email from C. Greer re: filing certificate of no objection re: Capstone monthly fee application (.1); Review email from F. Hodara re: same (.1); Review and execute same (.1) | Associate — Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 08/06/12 | Update fee status chart | Paralegal — Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 08/08/12 | Attention to e-mail from B. Kahn re: Akin Gump June fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal — Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 08/08/12 | Review, revise and finalize Akin June 2012 fee application | Associate — Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

September 14, 2012  
Invoice 414202  
Page 16  
Client # 732310  

Matter # 165839  

---

| Date | Description | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/08/12 | Review email from B. Kahn re: Akin Gump monthly fee application for filing (.1); Email to B. Witters re: same (.1); Review emails (x2) from B. Witters re: same (.1) | Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 08/10/12 | Attention to e-mail from M. Wunder re: Fraser Milner June fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of same (.1); Prepare cno re: Fraser Milner May fee application (.2) | Paralegal | Barbara J. Witters | 1.30 hrs. | 205.00 | $266.50 |
| 08/10/12 | Review email from M. Wunder re: Fraser Milner monthly fee application for filing (.1); Review emails (x2) from B. Witters re: same (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | Associate | Drew G. Sloan | 0.60 hrs. | 375.00 | $225.00 |
| 08/13/12 | Review emails (x2) from R. Sinclair re: filing certificate of no objection re: Fraser Milner monthly fee application (.1); Review and execute same (.1); Discussion with R. Sinclair re: filing of same (.1) | Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 08/13/12 | Email to FMC re: CNO re: fortieth monthly fee application (.1); Circulate same to D. Sloan (.1); File same (.1) | Paralegal | Robyn K. Sinclair | 0.30 hrs. | 205.00 | $61.50 |
| 08/15/12 | Email to B. Kahn re: preparation of Capstone June 2012 fee application for filing (.1); Review, revise and finalize Capstone June 2012 fee application (.3); Email to R. Sinclair re: preparation of Capstone June 2012 fee application for filing (.1) | Associate | Christopher M. Samis | 0.50 hrs. | 375.00 | $187.50 |
| 08/15/12 | Review email from B. Kahn re: Capstone monthly fee application (.1); Emails (x2) to R. Sinclair re: same (.1); Review email from C. Samis re: same (.1) | Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 14, 2012  
Invoice 414202  
Page 17  
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/15/12 | Draft notice and certificate of service for Capstone fee application (.2); Finalize and file same (.2); Coordinate service of same (.1) | Paralegal | Rebecca V. Speaker | 0.50 hrs. | 205.00 | $102.50 |
| 08/22/12 | E-mail to B. Kahn re: deadline for 14th interim fee applications (.1); Prepare cno re: Ashurst June fee application (.2); Finalize and file cno re: same (.2); Attention to e-mail from B. Kahn re: Akin Gump July fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |
| 08/22/12 | Review email from B. Witters re: filing certificate of no objection re: Ashurst monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1); Review email from B. Kahn re: Akin Gump monthly fee application (.1); Email to B. Witters re: same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 08/24/12 | Attention to e-mail from B. Kahn re: Ashurst July fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 08/24/12 | Review email from B. Kahn re: Ashurst monthly fee application for filing (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 14, 2012  
Invoice 414202  
Page 18  

Client # 732310  

Matter # 165839

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/27/12 | Attention to e-mail from B. Kahn re: Akin Gump 14th interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail from B. Kahn re: Capstone July fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare aos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to B. Kahn re: confirmation of filing of same (.1); Attention to e-mail from B. Kahn re: Capstone 14th interim fee application (.1); Retrieve and review re: same (.1); Finalize, file and coordinate service re: same (.3) | Paralegal — Barbara J. Witters | 2.30 hrs. | 205.00 | $471.50 |
| 08/27/12 | Review Email from B. Kahn re: Akin Gump interim fee application (.1); Review email from B. Witters re: same (.1); Review same (.1); Discussion with B. Witters re: filing and service of same (.1); Review email from B. Kahn re: Capstone interim fee application (.1); Emails (x2) to B. Witters re: same (.1); Review executed application re: same (.1) | Associate — Drew G. Sloan | 0.70 hrs. | 375.00 | $262.50 |
| 08/28/12 | Attention to e-mail re: Ashurst 14th interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail from M. Wunder re: Fraser Milner July fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of filing of same (.1); Attention to e-mail from M. Wunder re: Fraser Milner 14th interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of filing of same (.1) | Paralegal — Barbara J. Witters | 2.60 hrs. | 205.00 | $533.00 |
| 08/28/12 | Review email from B. Kahn re: Ashurst interim fee application for filing (.1); Review same (.1); Discussion with B. Witters re: filing of same (.1); Review email from M. Wunder re: Fraser Milner monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1); Review email from M. Wunder re: Fraser Milner interim fee application (.1); Review same (.1); Discussion with B. Witters re: filing of same (.1) | Associate — Drew G. Sloan | 1.10 hrs. | 375.00 | $412.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 14, 2012  
Invoice 414202  
Page 19  
Client # 732310  

Matter # 165839

| Date | Description | | | |
|---|---|---|---|---|
| 08/30/12 | Prepare cno re: Akin Gump June fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 08/30/12 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump monthly fee application (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |

| | |
|---|---|
| Total Fees for Professional Services | $4,693.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$4,693.00** |
| BALANCE BROUGHT FORWARD | $3,506.70 |
| **TOTAL DUE FOR THIS MATTER** | **$8,199.70** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 14, 2012  
Invoice 414202  
Page 20  
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 25.80 | 205.00 | 5,289.00 |
| Cathy M. Greer | 0.80 | 205.00 | 164.00 |
| Christopher M. Samis | 26.30 | 375.00 | 9,862.50 |
| Drew G. Sloan | 10.30 | 375.00 | 3,862.50 |
| Rebecca V. Speaker | 0.50 | 205.00 | 102.50 |
| Robyn K. Sinclair | 0.80 | 205.00 | 164.00 |
| TOTAL | 64.50 | $301.47 | 19,444.50 |

**TOTAL DUE FOR THIS INVOICE**                                                                 **$21,079.34**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310