# EXHIBIT B



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

September 14, 2012
Invoice 414202

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through August 31, 2012
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Court Reporter Services | $147.60 |
| Document Retrieval | $262.10 |
| Filing Fees/Court Costs | $313.00 |
| Long distance telephone charges | $36.14 |
| Messenger and delivery service | $209.40 |
| Photocopying/Printing<br>2,352 @ $.10 pg./ 3,548 @ $.10/pg. | $590.00 |
| Postage | $76.60 |

| | |
|---|---|
| Other Charges | $1,634.84 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,634.84** |
| BALANCE BROUGHT FORWARD | $2,017.84 |
| **TOTAL DUE FOR THIS MATTER** | **$3,652.68** |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202
Page 21

Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Employee Issues
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|--|----------------|
| 08/01/12 | PACER | | DOCRETRI |
| | | Amount =  $37.20 | |
| 08/01/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/01/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 08/01/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/01/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/01/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 08/02/12 | 12128721056 Long Distance | | LD |
| | | Amount =  $4.17 | |
| 08/03/12 | Photocopies | | DUP.10CC |
| | | Amount =  $10.20 | |
| 08/03/12 | PACER | | DOCRETRI |
| | | Amount =  $6.30 | |
| 08/03/12 | Postage | | POST |
| | | Amount =  $3.40 | |
| 08/03/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 14, 2012
Invoice 414202
Page 22
Client # 732310

| | | | |
|---|---|---|---|
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $3.30 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $1.50 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $1.50 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $1.50 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $1.50 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $5.10 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/03/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202

Page 23

Client #  732310

| 08/03/12 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =  $0.30 | |
| 08/03/12 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 08/03/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/03/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/03/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/07/12 | PACER | | DOCRETRI |
| | | Amount =  $11.70 | |
| 08/07/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/07/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/07/12 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 08/07/12 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 08/08/12 | Photocopies | | DUP.10CC |
| | | Amount =  $36.50 | |
| 08/08/12 | Messenger and delivery charges | | MESS |
| | | Amount =  $6.40 | |
| 08/08/12 | PACER | | DOCRETRI |
| | | Amount =  $10.60 | |
| 08/08/12 | Postage | | POST |
| | | Amount =  $9.90 | |
| 08/08/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 08/08/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 08/08/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202

Page 24

Client #  732310

| | | | |
|---|---|---|---|
| 08/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 08/08/12 | Printing | | DUP.10CC |
| | Amount = | $3.70 | |
| 08/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/08/12 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 08/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 08/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.80 | |
| 08/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/08/12 | Printing | | DUP.10CC |
| | Amount = | $20.20 | |
| 08/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/09/12 | DIAZ DATA SERVICES | | CTRPT |
| | Amount = | $104.40 | |
| 08/09/12 | PACER | | DOCRETRI |
| | Amount = | $9.00 | |
| 08/09/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 08/09/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 08/10/12 | Photocopies | | DUP.10CC |
| | Amount = | $24.50 | |
| 08/10/12 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202
Page 25

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 08/10/12 | PACER | | DOCRETRI |
| | | Amount = $7.00 | |
| 08/10/12 | Postage | | POST |
| | | Amount = $7.50 | |
| 08/10/12 | Printing | | DUP.10CC |
| | | Amount = $4.30 | |
| 08/10/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 08/10/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 08/10/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/10/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 08/10/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 08/10/12 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 08/10/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/10/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/10/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/13/12 | COURTCALL LLC | | FLFEE |
| | | Amount = $65.00 | |
| 08/13/12 | COURTCALL LLC | | FLFEE |
| | | Amount = $86.00 | |
| 08/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/15/12 | Photocopies | | DUP.10CC |
| | | Amount = $24.00 | |
| 08/15/12 | 13126272132 Long Distance | | LD |
| | | Amount = $6.95 | |
| 08/15/12 | Messenger and delivery | | MESS |
| | | Amount = $63.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202
Page 26

Client #  732310

| Date | Description | | Code |
|------|-------------|--|------|
| 08/15/12 | Postage | | POST |
| | Amount = $7.50 | | |
| 08/15/12 | Printing | | DUP.10CC |
| | Amount = $4.20 | | |
| 08/15/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 08/15/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/15/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/16/12 | 17247766644 Long Distance | | LD |
| | Amount = $13.90 | | |
| 08/16/12 | PACER | | DOCRETRI |
| | Amount = $9.00 | | |
| 08/17/12 | PACER | | DOCRETRI |
| | Amount = $5.80 | | |
| 08/17/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/17/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/20/12 | PACER | | DOCRETRI |
| | Amount = $42.40 | | |
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202
Page 27

Client #  732310

| 08/20/12 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202

Page 28

Client #  732310

| 08/20/12 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =  $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $0.90 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $8.30 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $1.30 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $1.60 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 08/20/12 | Printing | | DUP.10CC |
| | | Amount =  $1.50 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202
Page 29

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.80 | |
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.90 | |
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = | $3.70 | |
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = | $2.40 | |
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = | $2.20 | |
| 08/20/12 | Printing | | DUP.10CC |
| | Amount = | $35.70 | |
| 08/21/12 | Messenger and delivery charges | | MESS |
| | Amount = | $3.20 | |
| 08/21/12 | PACER | | DOCRETRI |
| | Amount = | $31.50 | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.80 | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.80 | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = | $7.40 | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = | $16.60 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202
Page 30

Client #  732310

| | | | |
|---|---|---|---|
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $2.60 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $3.20 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $3.00 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $71.40 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $2.80 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $2.80 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $4.80 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $4.40 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202

Page 31

Client #  732310

| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 08/21/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202
Page 32

Client #  732310

| Date | Description | | |
|------|-------------|---|---|
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = $1.50 | | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = $1.50 | | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = $1.40 | | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = $1.30 | | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = $0.70 | | |
| 08/21/12 | Printing | | DUP.10CC |
| | Amount = $5.10 | | |
| 08/22/12 | Photocopies | | DUP.10CC |
| | Amount = $36.00 | | |
| 08/22/12 | Messenger and delivery | | MESS |
| | Amount = $18.00 | | |
| 08/22/12 | Messenger and delivery | | MESS |
| | Amount = $75.30 | | |
| 08/22/12 | PACER | | DOCRETRI |
| | Amount = $20.80 | | |
| 08/22/12 | Postage | | POST |
| | Amount = $1.10 | | |
| 08/22/12 | Postage | | POST |
| | Amount = $9.90 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202

Page 33

Client #  732310

| 08/22/12 | Postage | | POST |
| | | Amount =   $5.50 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.40 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |

Nortel Creditors Committee                          September 14, 2012
c/o Fred S. Hodara, Esq.                            Invoice 414202
Akin Gump Strauss Hauer Feld LLP
One Bryant Park                                     Page 34
New York NY 10036                                   Client #  732310

| 08/22/12 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount = $0.30 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.90 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202
Page 35
Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $2.40 | |
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $3.00 | |
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $6.60 | |
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/22/12 | Printing | | DUP.10CC |
| | Amount = | $6.60 | |
| 08/23/12 | Photocopies | | DUP.10CC |
| | Amount = | $26.50 | |
| 08/23/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 08/23/12 | PACER | | DOCRETRI |
| | Amount = | $4.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202

Page 36

Client #  732310

| Date | Description | | Code |
|------|-------------|--|------|
| 08/23/12 | Postage | | POST |
| | Amount = $8.10 | | |
| 08/23/12 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 08/23/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/23/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/23/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 08/23/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/23/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/23/12 | Printing | | DUP.10CC |
| | Amount = $2.00 | | |
| 08/24/12 | DIAZ DATA SERVICES | | CTRPT |
| | Amount = $43.20 | | |
| 08/24/12 | Photocopies | | DUP.10CC |
| | Amount = $18.00 | | |
| 08/24/12 | Messenger and delivery charges | | MESS |
| | Amount = $6.40 | | |
| 08/24/12 | Postage | | POST |
| | Amount = $6.30 | | |
| 08/24/12 | Printing | | DUP.10CC |
| | Amount = $3.00 | | |
| 08/24/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/24/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 08/24/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/24/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/24/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202
Page 37

Client #  732310

| 08/27/12 | Photocopies | | DUP.10CC |
|---|---|---|---|
| | | Amount =  $26.00 | |
| 08/27/12 | 19723323814 Long Distance | | LD |
| | | Amount =  $11.12 | |
| 08/27/12 | Messenger and delivery | | MESS |
| | | Amount =  $12.00 | |
| 08/27/12 | Postage | | POST |
| | | Amount =  $8.10 | |
| 08/27/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/27/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/27/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/27/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 08/27/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 08/27/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 08/27/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/27/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 08/27/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 08/27/12 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 08/27/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 08/27/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/27/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202

Page 38

Client #  732310

| Date | Description | Code |
|------|-------------|------|
| 08/27/12 | Printing | DUP.10CC |
| | Amount = $0.20 | |
| 08/27/12 | Printing | DUP.10CC |
| | Amount = $3.80 | |
| 08/28/12 | Photocopies | DUP.10CC |
| | Amount = $33.50 | |
| 08/28/12 | Messenger and delivery charges | MESS |
| | Amount = $6.40 | |
| 08/28/12 | PACER | DOCRETRI |
| | Amount = $9.00 | |
| 08/28/12 | Postage | POST |
| | Amount = $9.30 | |
| 08/28/12 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 08/28/12 | Printing | DUP.10CC |
| | Amount = $0.30 | |
| 08/28/12 | Printing | DUP.10CC |
| | Amount = $4.60 | |
| 08/28/12 | Printing | DUP.10CC |
| | Amount = $0.20 | |
| 08/28/12 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 08/28/12 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 08/28/12 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 08/28/12 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 08/28/12 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 08/28/12 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 08/28/12 | Printing | DUP.10CC |
| | Amount = $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202

Page 39

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/29/12 | COURTCALL LLC | | FLFEE |
| | Amount = | $162.00 | |
| 08/29/12 | PACER | | DOCRETRI |
| | Amount = | $14.10 | |
| 08/29/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 08/29/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 08/29/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/29/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/29/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/29/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202
Page 40

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 08/29/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/29/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/29/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/29/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/29/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/29/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/29/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/29/12 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 08/30/12 | PACER | | DOCRETRI |
| | | Amount =  $39.80 | |
| 08/30/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 08/30/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/30/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 08/30/12 | Printing | | DUP.10CC |
| | | Amount =  $5.90 | |
| 08/30/12 | Printing | | DUP.10CC |
| | | Amount =  $1.90 | |
| 08/30/12 | Printing | | DUP.10CC |
| | | Amount =  $20.00 | |
| 08/30/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 08/31/12 | PACER | | DOCRETRI |
| | | Amount =  $3.50 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 14, 2012
Invoice 414202
Page 41

Client #  732310

| | | | |
|---|---|---|---|
| 08/31/12 | Printing | | DUP.10CC |
| | | Amount = $0.90 | |
| 08/31/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 08/31/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc

Expenses     $1,634.84