IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
In re                                                    : Chapter 11
                                                         :
Nortel Networks Inc., et al.,[1]                         : Case No. 09-10138 (KG)
                                                         :
                     Debtors.                            : Jointly Administered
                                                         :
----------------------------------------------------------X

## CERTIFICATION OF COUNSEL
## REGARDING OMNIBUS HEARING DATES

The undersigned hereby certifies as follows:

1. In response to the undersigned counsel's inquiry, Nortel Networks Inc., et al., debtors and debtors-in-possession in the above captioned cases (the "Debtors") were assigned an omnibus hearing dates by The Honorable Kevin Gross, Chief United States Bankruptcy Judge.

2. Enclosed herewith is a proposed form of Order (the "Omnibus Hearing Order") that states with specificity the time and date of the tentatively scheduled omnibus hearings.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREFORE, the Debtors hereby request that the Court enter the Omnibus Hearing Order.

Dated: September 26, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2669071.10