**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
                                      :

*In re*                                      :        Chapter 11
                                      :

Nortel Networks Inc., *et al.*,[1]            :        Case No. 09-10138 (KG)
                                      :
                      Debtors.       :        Jointly Administered
                                      :
---------------------------------------------------------------X

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 26, 2012, a copy of the **Responses and Objections of Nortel Networks Inc. Retiree Medical Plan** was served upon the following parties, in the manner indicated.

| **BY ELECTRONIC AND HAND DELIVERY** | **BY ELECTRONIC AND OVERNIGHT MAIL** |
|---|---|
| William F. Taylor, Jr.<br>McCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Email: wtaylor@mccarter.com | Richard K. Milin, Esquire<br>Tout, Segal & Segal LLPThomas Patrick One Penn Plaza<br>Suite 3335<br>New York, N.Y. 10119<br>Email: rmilin@teamtogut.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

| | |
|---|---|
| Dated:  September 26, 2012 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted pro hac vice)<br>Lisa M. Schweitzer (admitted pro hac vice)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>-and-<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*_____<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>William M. Alleman, Jr. (No. 5449)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |

4082003.1