RECEIVED
SEP 27 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :   Chapter 11
                                                         :
In re                                                    :   Case No. 09-10138 (KG)
                                                         :
Nortel Networks Inc., et al.,[1]                         :   Jointly Administered
                                                         :
                           Debtors.                      :
                                                         :   RE: D.I. 8601
                                                         :
                                                         :
---------------------------------------------------------X

**CONFIDENTIAL FILED UNDER SEAL** –Affidavit of Service Re: Order Granting Debtors' Motion for Entry of an Order (A) Establishing Discovery Procedures in Connection with Debtors Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors Long-Term Disability Plans and the Employment of the Ltd Employees and (B) Amending the Scheduling Order for Hearing on Debtors Process to Terminate Benefits

Dated:   Wilmington, Delaware
         September 26, 2012

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| James L. Bromley (No. 5125) | Derek C. Abbott (No. 3376) |
| Lisa M. Schweitzer (No. 1033) | Eric D. Schwartz (No. 3134) |
| One Liberty Plaza | Ann C. Cordo (No. 4817) |
| New York, New York 10006 | Tamara K. Minott (No. 4817) |
| Telephone: (212) 225-2000 | 1201 North Market Street |
| Facsimile: (212) 225-3999 | Wilmington, Delaware 19899-1347 |
| | Phone: (302) 658-9200 |
| *Counsel for the Debtors and Debtors in Possession* | Facsimile: (302) 658-3989 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4370337.1