# **EXHIBIT B**

ME1 14168763v.1

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 08/03/2012 | PHOTOCOPIES | 35.10 |
| 08/06/2012 | PHOTOCOPIES | 1.20 |
| 08/07/2012 | PHOTOCOPIES | 142.50 |
| 08/10/2012 | PHOTOCOPIES | 32.40 |
| 08/10/2012 | PHOTOCOPIES | 13.50 |
| 08/20/2012 | PHOTOCOPIES | 7.80 |
| 08/20/2012 | PHOTOCOPIES | 13.65 |
| 08/20/2012 | PHOTOCOPIES | 115.05 |
| 08/20/2012 | PHOTOCOPIES | 39.00 |
| 08/20/2012 | PHOTOCOPIES | 0.90 |
| 08/21/2012 | PHOTOCOPIES | 18.00 |
| 08/22/2012 | PHOTOCOPIES | 3.90 |
| 08/22/2012 | PHOTOCOPIES | 1.95 |
| 08/23/2012 | PHOTOCOPIES | 25.50 |
| 08/23/2012 | PHOTOCOPIES | 0.60 |
| 08/24/2012 | PHOTOCOPIES | 0.75 |
| 08/27/2012 | PHOTOCOPIES | 1.80 |
| 08/27/2012 | PHOTOCOPIES | 0.45 |
| 08/27/2012 | PHOTOCOPIES | 0.60 |
| 08/27/2012 | PHOTOCOPIES | 0.90 |
| 08/27/2012 | PHOTOCOPIES | 3.00 |
| 08/27/2012 | PHOTOCOPIES | 0.45 |
| 08/27/2012 | PHOTOCOPIES | 0.45 |
| 08/27/2012 | PHOTOCOPIES | 0.15 |
| 08/27/2012 | PHOTOCOPIES | 1.95 |
| 08/27/2012 | PHOTOCOPIES | 0.60 |
| 08/27/2012 | PHOTOCOPIES | 0.90 |
| 08/28/2012 | PHOTOCOPIES | 1.95 |
| 08/28/2012 | PHOTOCOPIES | 36.00 |
| 08/29/2012 | PHOTOCOPIES | 0.60 |
| 08/30/2012 | PHOTOCOPIES | 18.00 |
| 08/30/2012 | PHOTOCOPIES | 1.35 |
| 08/30/2012 | PHOTOCOPIES | 18.00 |
| 08/30/2012 | PHOTOCOPIES | 16.95 |
| 08/30/2012 | PHOTOCOPIES | 1.95 |
| | **Total For: PHOTOCOPIES** | **557.85** |
| 08/03/2012 | POSTAGE POSTAGE | 16.10 |
| 08/21/2012 | POSTAGE POSTAGE | 0.45 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/22/2012 | POSTAGE POSTAGE | 0.45 | |
| 08/23/2012 | POSTAGE POSTAGE | 0.45 | |
| 08/23/2012 | POSTAGE POSTAGE | 1.10 | |
| 08/24/2012 | POSTAGE POSTAGE | 0.65 | |
| 08/24/2012 | POSTAGE POSTAGE | 2.25 | |
| 08/24/2012 | POSTAGE POSTAGE | 0.65 | |
| 08/24/2012 | POSTAGE POSTAGE | 1.30 | |
| 08/27/2012 | POSTAGE POSTAGE | 0.44 | |
| 08/27/2012 | POSTAGE POSTAGE | 0.45 | |
| 08/27/2012 | POSTAGE POSTAGE | 0.45 | |
| 08/27/2012 | POSTAGE POSTAGE | 1.10 | |
| 08/28/2012 | POSTAGE POSTAGE | 1.30 | |
| 08/28/2012 | POSTAGE POSTAGE | 1.30 | |
| 08/29/2012 | POSTAGE POSTAGE | 1.30 | |
| 08/30/2012 | POSTAGE POSTAGE | 1.10 | |
| 08/30/2012 | POSTAGE POSTAGE | 1.30 | |
| 08/30/2012 | POSTAGE POSTAGE | 1.30 | |
| 08/31/2012 | POSTAGE | 0.65 | |
| | **Total For: POSTAGE** | | **34.09** |
| 08/09/2012 | COPY AND SERVICE OF HEARING TRANSCRIPT | 104.40 | |
| 08/24/2012 | COPY FOR RECEIPT AND DELIVERY OF AUGUST 22, 2012 HEARING TRANSCRIPT. | 43.20 | |
| | **Total For: TRANSCRIPTS** | | **147.60** |
| 07/27/2012 | LIBRARY RESEARCH - PACER | 36.70 | |
| 07/30/2012 | LIBRARY RESEARCH - PACER | 10.90 | |
| 08/06/2012 | LIBRARY RESEARCH | 12.90 | |
| 08/07/2012 | LIBRARY RESEARCH | 151.35 | |
| 08/07/2012 | LIBRARY RESEARCH | 8.60 | |
| 08/07/2012 | LIBRARY RESEARCH - PACER | 4.90 | |
| 08/08/2012 | LIBRARY RESEARCH | 196.84 | |
| 08/08/2012 | LIBRARY RESEARCH | 30.31 | |
| 08/08/2012 | LIBRARY RESEARCH | 38.97 | |
| 08/08/2012 | LIBRARY RESEARCH | 78.67 | |
| 08/09/2012 | LIBRARY RESEARCH | 245.40 | |
| 08/09/2012 | LIBRARY RESEARCH | 436.59 | |
| 08/14/2012 | LIBRARY RESEARCH | 61.93 | |
| 08/16/2012 | LIBRARY RESEARCH | 47.01 | |
| 08/17/2012 | LIBRARY RESEARCH | 27.03 | |
| 08/17/2012 | LIBRARY RESEARCH | 264.55 | |
| 08/18/2012 | LIBRARY RESEARCH | 68.95 | |
| 08/20/2012 | LIBRARY RESEARCH | 7.22 | |
| 08/26/2012 | LIBRARY RESEARCH | 234.04 | |
| 08/26/2012 | LIBRARY RESEARCH | 75.00 | |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/27/2012 | LIBRARY RESEARCH | 80.55 | |
| 08/27/2012 | LIBRARY RESEARCH - PACER | 53.00 | |
| 08/27/2012 | LIBRARY RESEARCH - ACCURINT | 25.40 | |
| | **Total For: LIBRARY RESEARCH** | | **2,196.81** |
| 08/01/2012 | MORNING PICKUP FROM WILMINGTON TRAIN STATION AND DELIVER TO BANKRUPTCY COURT ($50); AFTERNOON PICKUP FROM BANKRUPTCY COURT AND DELIVER TO WILMINGTON TRAIN STATION ($100 = 1 HR/ 45 MIN WAIT - PARCELS SHUTTLE BILLED AT $50/HOUR) | 150.00 | |
| 08/10/2012 | DELIVERY TO FEDEX DROP BIN | 18.00 | |
| 08/21/2012 | DELIVERY TO JUDGE KEVIN GROSS | 7.50 | |
| 08/24/2012 | DELIVERY TO MORRIS NICHOLS ARSHT & TUNNELL | 5.00 | |
| | **Total For: MESSENGER/OUTSIDE** | | **180.50** |
| 06/27/2012 | COURT CONFERENCE SERVICES TO ATTEND HEARING VIA TELECONFERENCE | 37.00 | |
| 06/27/2012 | COURT CONFERENCE SERVICES TO ATTEND HEARING VIA TELECONFERENCE | 30.00 | |
| | **Total For: SERVICES** | | **67.00** |
| 07/17/2012 | TRAVEL TO NEW YORK CITY TO TOGUT OFFICES. | 10.00 | |
| 07/18/2012 | TRAVEL TO NEW YORK CITY FOR DINNER MEETING WITH 1114 COMMITTEE. | 5.00 | |
| 07/18/2012 | TRAVEL TO NEW YORK CITY TO CRAVATH OFFICES FOR MEDIATION. | 13.25 | |
| | **Total For: TRAVEL** | | **28.25** |
| 08/22/2012 | IMAGING B&W Scan | 23.76 | |
| 08/27/2012 | IMAGING Employee Benefits | 26.40 | |
| | **Total For: IMAGING** | | **50.16** |
| 08/10/2012 | FEDERAL EXPRESS Delivery to: Derek Abbott  Annie C Cordo Morris, Nichols, Arsht & Tunne Tracking #: 793891202159 | 26.92 | |
| 08/10/2012 | FEDERAL EXPRESS Delivery to: James L Bromley   Lisa Schwe CLeary Gottlieb Steen & Hamilt Tracking #: 793891424089 | 26.92 | |
| 08/13/2012 | FEDERAL EXPRESS Delivery to: Jane Kimball INFORMATION NOT SUPPLIED Tracking #: 798729080048 | 14.50 | |
| 08/21/2012 | FEDERAL EXPRESS Delivery to: Richard Barnard INFORMATION NOT SUPPLIED Tracking #: 798792880762 | 17.35 | |
| 08/21/2012 | FEDERAL EXPRESS Delivery to: Brian P  Rice McCarter & English LLP Tracking #: 798786991480 | 17.23 | |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| Date | Description | Amount |
|---|---|---|
| 08/22/2012 | FEDERAL EXPRESS Delivery to: Joan Koskie INFORMATION NOT SUPPLIED Tracking #: 798802925777 | 20.38 |
| 08/22/2012 | FEDERAL EXPRESS Delivery to: Keith Meyer INFORMATION NOT SUPPLIED Tracking #: 798793517302 | 15.57 |
| 08/23/2012 | FEDERAL EXPRESS Delivery to: Sally Isensee INFORMATION NOT SUPPLIED Tracking #: 798807298250 | 13.26 |
| 08/23/2012 | FEDERAL EXPRESS Delivery to: Nancy Pooler INFORMATION NOT SUPPLIED Tracking #: 798811161701 | 15.00 |
| 08/23/2012 | FEDERAL EXPRESS Delivery to: Terry Crow INFORMATION NOT SUPPLIED Tracking #: 798812342627 | 22.07 |
| 08/23/2012 | FEDERAL EXPRESS Delivery to: Norton Louie INFORMATION NOT SUPPLIED Tracking #: 798811072393 | 18.77 |
| 08/23/2012 | FEDERAL EXPRESS Delivery to: David Green INFORMATION NOT SUPPLIED Tracking #: 798811482476 | 19.50 |
| 08/24/2012 | FEDERAL EXPRESS Delivery to: Jason M Alexander McCarter & English LLP Tracking #: 798811528195 | 22.79 |
| 08/24/2012 | FEDERAL EXPRESS Delivery to: BRETT KAHN ESQ MCCARTER & ENGLISH Tracking #: 843559642231 | 13.58 |
| 08/24/2012 | FEDERAL EXPRESS Delivery to: Joseph Hodges, Jr INFORMATION NOT SUPPLIED Tracking #: 798823709464 | 17.86 |
| 08/24/2012 | FEDERAL EXPRESS Delivery to: Brian P Rice McCarter & English LLP Tracking #: 798793557247 | 12.77 |
| 08/24/2012 | FEDERAL EXPRESS Delivery to: James L Bromley Clearly Gottlieb Steen & Hamil Tracking #: 798818194936 | 10.47 |
| 08/24/2012 | FEDERAL EXPRESS Delivery to: Thomas Davis INFORMATION NOT SUPPLIED Tracking #: 798820502053 | 18.58 |
| 08/27/2012 | FEDERAL EXPRESS Delivery to: Keith Meyer INFORMATION NOT SUPPLIED Tracking #: 798834203816 | 12.45 |
| 08/27/2012 | FEDERAL EXPRESS Delivery to: George Schuh INFORMATION NOT SUPPLIED Tracking #: 798831660457 | 17.00 |
| 08/27/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 798812369987 | 19.27 |
| 08/27/2012 | FEDERAL EXPRESS Delivery to: Nicholas Papson INFORMATION NOT SUPPLIED Tracking #: 798830816909 | 16.88 |
| 08/27/2012 | FEDERAL EXPRESS Delivery to: Richard Barnard INFORMATION NOT SUPPLIED Tracking #: 798831066312 | 21.15 |
| 08/27/2012 | FEDERAL EXPRESS Delivery to: Joan Koskie INFORMATION NOT SUPPLIED Tracking #: 798830173354 | 16.88 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| Date | Description | Amount |
|---|---|---|
| 08/27/2012 | FEDERAL EXPRESS Delivery to: Shirley Hardison INFORMATION NOT SUPPLIED Tracking #: 798832778182 | 20.53 |
| 08/28/2012 | FEDERAL EXPRESS Delivery to: Mavis Franks INFORMATION NOT SUPPLIED Tracking #: 798844334267 | 16.88 |
| 08/28/2012 | FEDERAL EXPRESS Delivery to: Mr Allen Driskell INFORMATION NOT SUPPLIED Tracking #: 798845821212 | 27.23 |
| 08/28/2012 | FEDERAL EXPRESS Delivery to: Jason M Alexander McCarter & English LLP Tracking #: 798823729797 | 15.17 |
| 08/28/2012 | FEDERAL EXPRESS Delivery to: Raymond Brecker INFORMATION NOT SUPPLIED Tracking #: 798839130094 | 13.77 |
| 08/30/2012 | FEDERAL EXPRESS Delivery to: Joan Koskie INFORMATION NOT SUPPLIED Tracking #: 798861016641 | 16.88 |
| 08/30/2012 | FEDERAL EXPRESS Delivery to: Jason M Alexander McCarter & English LLP Tracking #: 798839166658 | 17.00 |
| 08/30/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 798844304231 | 14.08 |
| 08/30/2012 | FEDERAL EXPRESS Delivery to: Noriss Cosgrove, Esq McCarter & English Tracking #: 798844687442 | 10.58 |
| | **Total For: FEDERAL EXPRESS** | **579.27** |

**TOTAL DISBURSEMENTS** ............................................................. **$3,841.53**