## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Stipulation with Edmund B. Fitzgerald** was caused to be made on September 27, 2012, in the manner indicated upon the entities identified below and on the attached service list.

Date: September 27, 2012                                            */s/ Ann C. Cordo*
Wilmington, DE                                                              Ann C. Cordo (No. 4817)

**Via First Class Mail**

Gene L. Humphreys
Bass Berry & Sims
150 Third Avenue South, Suite 2800
Nashville, TN 37201

Darrell Brown
SACK GOLDBLATT MITCHELL LLP
20 Dundas Street West, Suite 1100
Toronto, Ontario
M5G 2G8