## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administrated |
|  | ) |  |
|  | ) | **Objection Deadline: Oct. 22, 2012 at 10 a.m.** |
|  | ) | **Hearing Date:      Feb. 13, 2012 at 10 a.m.** |
|  | ) | **RE:             D.I. # 8067** |

## OBJECTION TO  DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Kaushik Patel (the LTD Employee) of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this **Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees**  .In support of this Objection, Kaushik Patel respectfully represents as follows:

### BACKGROUND

1. I am over 60 years old and became disabled in 2002 due to Visual impairments, resulting from Diabetes complications.  I was on STD since October, 2001 and LTD since April 2002.  My brittle diabetes also developed other health issues.

2. My health has further deteriorated since 2002

3. I have worked for Nortel since 1974.  I was Director of planning when I became disabled.  I have tirelessly worked in R&D, product management, and Marketing to bring value to Nortel.  I was a company man, and worked at five different locations

---

[1]  The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Kaushik Patel

worldwide and gave more than 100% of my life to Nortel.  Yes, I did get paid for that, but I was also promised certain welfare and insurance benefits.

4.     Becoming disabled was not my choice but cruelty of fate.

5.     I have gone through the Social Security Disability Process and am classified Disabled by SSA.

6.     I and my wife have suffered so much since my disability and are looking at severe financial hardship if we lose the LTD benefits and medical coverage.

## RELIEF REQUESTED

7.     Reject the Debtor's Motion to Terminate LTD plans till Kaushik Patel reaches age 65 or compensate for the "promise" of the benefits (insurance income payments plus welfare benefits, outlined in various Summary Plan Documents) to be awarded as per the "Proof Of Claim".

8.     My Total Claim is **$ 440,718.61,** which is a projection to age 65 for LTD benefits, welfare benefits beyond age 65 per the retiree plan that I qualify, and severance benefit. (Exhibit A)

**BASIS FOR RELIEF**

9. Nortel has always represented (through employee handbook and Summary Plan document) that the LTD benefits are insured through Group Policy and will continue till I reach 65. Nortel paid for the 60% coverage and I paid premium to increase it to 70% (prior to my disability) (see 2012 benefit selection forms as to what I had elected prior to 2002). See Exhibit B

10. Prudential Insurance company has sent me my benefit letter and it's termination in July 2014 (when I reach 65), based on this Policy. Prudential has always represented that this was a group disability insurance policy issued to Nortel Networks (Group Policy # 39900). See Exhibit C (payment amount shown is after all deductions)

11. On myBenefit portal of Prudential, it states "Prudential Group Insurance", see Exhibit D

12. Nortel is planning to break this contract after I have been already disabled. I paid premium for the Group Insurance policy and other welfare benefits such as Life Insurance. (policy # 39900)

13. Nortel Estate has sufficient funds to take care of their contract for me and perhaps 150+ other LTD employees.

<u>EXECUTIVE SUMMARY</u>

**(A)** Language across the LTD Summary Plan Description (SPD) for the year I was forced onto Long-Term Disability (2002) fed the reliable & repeatable understanding that I was to receive LTD benefits until age 65. Ambiguities and errors of omission injected by Nortel do exist in the SPD; it is not equitable for me to be harshly penalized for miscues the document author owns.

**(B)** All the communication from Prudential, carried banners of "Prudential Insurance Company": claims forms, correspondence from LTD Claims Managers, LTD paystubs, LTD W2 statements, Prudential required reimbursement to them from my SS award.

**(C)** Both Nortel & Prudential spokespersons confirmed I would receive LTD benefits to age 65.

**(D)** Fiduciary obligations are not served when an essentially insolvent benefit is offered; nor when the same agent seeks to terminate my employment to expressly deny me LTD benefits.

**(E)** Nortel is well within their means to meet the contractual obligations with myself and all the LTD employees that generated the assets the Debtors possess. Fulfilling the LTD benefits obligation is in no way detrimental to the ability of Nortel to "recover" as they are indeed liquidating. This is life and death for the LTD base that invested their skills and knowledge that built Nortel Vs. the portfolio health of others. Nortel must meet their LTD commitment.

**(F)** Nortel is seeking to breach a contract that they had with me and should be required to make good on it as I provided all my work services to them in good faith, paid my premiums, etc.

Exhibit A – Proof Of Claim

Exhibit B – 2012 Nortel benefit confirmation

Exhibit C – Letter from Prudential

Exhibit D – Web page 0f MyPortal at Prudential

Exhibit E – LTD Summary Plan Document for 2002

## NOTICE

14.     Notice of this Motion has been provided to (a) counsel to the Debtors; (b) counsel to the Creditors' Committee; (c) counsel to the Retirees Committee; (d) the United States Trustee for the District of Delaware; and (e) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. I, kaushik Patel, respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE,** Kaushik patel respectfully requests the entry of an Order, in the form attached. LTD benefits to continue till age 65 and other welfare benefits to continue thereafter per the retiree plan for which I qualify

Dated: ___9/23/2012___         *Kaushik S. Patel*

Kaushik Patel
5665 Arapaho Rd., Apt. 1023
Dallas, TX, 75248
Telephone:  214-534-6397
Facsimile:  208-493-9355
Email:  kaushik749@gmail.com

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Re: Docket No. _____** |

## <u>ORDER GRANTING MOTION FOR Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees</u>

Upon consideration of the *Motion for Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees by Kaushik Patel* (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted.

ORDERED that Nortel will provide an allowed claim in the amount of $ **440,718.61**

ORDERED that Nortel will continue to pay benefits to Kaushik Patel until they close their bankruptcy case.

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

ORDERED that Nortel pays retiree welfare benefits to Kaushik Patel after his LTD benefits stops at age 65

Dated: _____, 2012
        Wilmington, Delaware

                                    _____
                                    HONORABLE KEVIN GROSS
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE