*Exhibit A*
*Proof of Claim*

| **NORTEL NETWORKS CLAIM** FOR | | Date of birth | | LTD DATE | | POC or today's date |
|---|---|---|---|---|---|---|
| **Kaushik Patel** | | | | 4/2/2002 | | 9/5/2012 |
| GLOBAL ID | | | 104058 | | | |
| EMPLOYEMENT START DATE | | | 3/4/1974 | | | |
| YOUR ANNUAL SALARY | $ | 135,000.00 | GENR 1=M 2=F | | | 1 |
| marital status Married or Single | | Married | #under 18 dep | | | 0 |
| Dependents over 18 at home/dorm and under 26 | | 0 | | 0 | | |
| Did you have a 401k before 12/31/2007 | | N | | | N | |
| what % did you sign for 2,4 or ? | | 4 | | | | |
| AGE IN MONTHS | | 757 | TO AGE 65 | | | 23 |
| If on work comp # of payments left | | 0 | | | | |
| MONTHLY SICK PAY FROM PRUDENTIAL | $ | 7,787.50 | | | $ | 179,112.50 |
| ENTER SSDI  MONTHLY OFFSET | $ | 1,636.00 | * minus | - | $ | 37,628.00 |
| Medicare B reimbersement | $ | - | * plus | + | $ | - |
| workcomp/settlement. payment * | $ | - | * minus | - | $ | - |
| workcomp. Medical payment * | $ | - | * minus | - | $ | - |
| Dependents SSDI offset  from Form 2 | $ | - | * minus | - | $ | - |
| **NET PAY** | $ | 6,151.50 | | | $ | 141,484.50 |

ENTER EMPLOYER'S YEARLY AMOUNT FROM FLEX BENEFIT CONFIRMATION STATEMENT

| | | | | | |
|---|---|---|---|---|---|
| MEDICAL INS. | $ | 4,373.20 | | $ | 8,381.97 |
| DENTAL/VISION PREMIUM | $ | 598.52 | | $ | 1,147.16 |
| CORE LIFE INS. PREMIUM | $ | 209.00 | | $ | 400.58 |
| OPTIONAL LIFE INS. | $ | 1,968.20 | | $ | 3,772.38 |
| A D&D INS. PREMIUM | $ | 160.42 | | $ | 307.47 |
| | | | | | |
| Dependent medical | $ | - | | $ | - |
| dependent dental/vision | $ | - | | $ | - |
| | | | | | |
| COLA- LTD f > 6/30/1994 and  < 1/1/2000 | | ~~1/1/2000~~ | | | ~~6/30/1994~~ |
| increase if applicable 60% of 6 % (CPI) | $ | - | | $ | - |
| % OF SALARY TO 401K CARP program | $ | - | | $ | - |
| | | | | | |
| SEVERANCE WEEKS | | 43 | | | |
| SEVERANCE  PAY IN WEEKS (calculated) | $ | 2,596.15 | | $ | 110,336.54 |
| | | | | | |
| LIFE EXPECTENCY FOR US FROM  U.N. CENSUS | | MALE | | | 75.5 |
| RETIREE BENEFITS IN MONTHS ESTIMATES FROM United Health | | | | | |
| MEDICAL    MULTPLIER(EXPT.YRS-65) | $ | 1,050.00 | | $ | 132,300.00 |
| LIFE INS.   MULTPLIER(EXPT.YRS-65) | $ | 114.00 | | $ | 14,364.00 |
| LONG TERM CARE MULTP(EXPT.YRS-65) | $ | 224.00 | | $ | 28,224.00 |
| | | | | | |
| **CLAIM GRAND TOTAL** | | | | **$** | **440,718.61** |

# NORTEL

United States Benefits
Confirmation Statement

Exhibit B

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Kaushik Patel |
| Global ID: | 0104058 |
| Date of Birth: | ▓▓▓▓▓ |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | ▓▓▓▓▓ |
| Events | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Cigna | EE Only | $ 41.88 | $1,088.88 | $4,373.20 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE Only | $ 10.93 | $ 284.18 | $ 598.52 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 871.78 |
| **Long-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 11.85 | $ 308.10 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 64.66 | $1,681.16 | $5,843.50 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 209.04 |
| **Optional Employee Life Insurance** | | | |
| 3x BENE Earnings Non-Smoker | $ 75.70 | $1,968.20 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $25,000 | $ 4.72 | $ 122.72 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 5x Benefits Earnings Family | $ 6.17 | $ 160.42 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 86.59 | $2,251.34 | $ 209.04 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

Claims Services Provided by **Sophie Costanza**
Disability Claim Manager

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

August 15, 2012

Kaushik S Patel
5665 Arapaho Rd
Apt. 1023
Dallas, TX 75248

Claimant: Kaushik S Patel
Claim No.: ████████
Date of Birth: ████████
Control No./Br.: 39900 / 000TB

Dear Mr. Patel:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Group Policy with Prudential.

You are receiving $4475.60 per month. This benefit will remain the same provided your income from other sources does not change. Your benefits will continue through July 23, 2014 provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager


Exhibit C

*Exhibit E1*

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will be required to make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, you will be required to make a lump sum reimbursement payment to the plan or future payments to you will be reduced or eliminated.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 60% of your pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-17) ▓▓▓▓ with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries
- your participation in the commission of an assault or felony
- war or any act of war

NNI-LTD-00000142

You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential function of your job.

During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.

After the first 18-month period of covered Total Disability...you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

## Optional LTD Benefits

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-17), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Definition of Disability

You are considered Totally Disabled for LTD purposes when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

Disabilities due to a sickness or injury, which, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations - the removal of structural, communication or other barriers.
- Job Related Accommodations:
    - Part-time or Modified Work Schedules
    - Home Based Work
    - Reassignment to Vacant Positions
    - Acquisition or modification of tools, equipment, and/or furniture
    - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

# When Benefits Begin and End

You are eligible for LTD benefits after you have been Totally Disabled for the 26-consecutive week waiting period (STD period), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator within the required time. The Disability Case Manager provides the LTD benefit application to the employee during week 14 of the Short-Term Disability period. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from your receipt of the LTD application. Your monthly LTD benefits and any retroactive payments could be delayed if you do not provide written proof of your Total Disability within 30 days from your receipt of the LTD application. If you do not provide your completed application and supporting clinical evidence proving your disability to the Claims Administrator **within 30 days after the end of your STD, you will not be entitled to LTD benefits.**

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or you die.

2. You are no longer under the care of a Physician.

3. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

4. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

5. Your employment with the Employers that sponsor the Plan ends.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period…

Plan Year 2002  
12/11/02

DISABILITY  
PAGE 9

NNI-LTD-00000144

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

## If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and
- you were Actively at Work less than three consecutive months since your first disability.

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

Plan Year 2002
12/11/02

DISABILITY
PAGE 9

NNI-LTD-00000145