**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- X
*In re*                                                     :
                                                            :    Chapter 11
                                                            :
Nortel Networks Inc., *et al.*, [1]                         :    Case No. 09-10138 (KG)
                                                            :
                            Debtors.                        :    Jointly Administered
                                                            :
                                                            :    **Re: D.I. 8444**
-------------------------------------------------------- X

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION FOR ENTRY**
**OF AN ORDER APPROVING STIPULATION AND**
**AGREEMENT GOVERNING PRODUCTION, EXCHANGE AND FILING OF**
**CONFIDENTIAL MATERIALS IN CONNECTION WITH DEBTORS' MOTION FOR**
**ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108**
**AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM**
**DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

          The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Debtors' Motion for Entry of an Order Approving Stipulation and Agreement Governing Production, Exchange and Filing of Confidential Materials in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees** (the "Motion") (D.I. 8444), filed on September 14, 2012.

          The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Motion appears thereon.  Pursuant to the Notice, objections to the Motion were to be filed and

served no later than September 26, 2012 at 4:00 p.m. (ET).

WHEREFORE, the Debtors respectfully request that the Order attached to the

Motion be entered at the earliest convenience of the Court.

Dated:  September 28, 2012
Wilmington, Delaware                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                            James L. Bromley (admitted *pro hac vice*)
                                            Lisa M. Schweitzer (admitted *pro hac vice*)
                                            One Liberty Plaza
                                            New York, New York 10006
                                            Telephone: (212) 225-2000
                                            Facsimile: (212) 225-3999


                                                      - and -

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                 */s/ Tamara K. Minott*
                                            Derek C. Abbott (No. 3376)
                                            Eric D. Schwartz (No. 3134)
                                            Ann C. Cordo (No. 4817)
                                            Tamara K. Minott (No. 5643)
                                            1201 North Market Street, 18th Floor
                                            P.O. Box 1347
                                            Wilmington, DE  19899-1347
                                            Telephone:  (302) 658-9200
                                            Facsimile:  (302) 425-4663

                                            *Counsel for the Debtors and*
                                            *Debtors in Possession*


6490051