IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                    :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :    Case No. 09-10138 (KG)
:
      Debtors.                  :    Jointly Administered
:
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 3, 2012 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

1. Debtors' Motion for Entry of an Order Approving Stipulation and Agreement Governing Production, Exchange and Filing of Confidential Materials in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees (D.I. 8444, Filed 9/14/12).

    Objection Deadline: September 26, 2012 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleading:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(a) Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Approving Stipulation and Agreement Governing Production, Exchange and Filing of Confidential Materials in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees (D.I. 8625, Filed 9/28/12); and

(b) Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

**CONTESTED MATTERS GOING FORWARD**

2. Debtors' Twenty-Eighth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 8192, Filed 8/17/12).

   Objection Deadline: September 21, 2012 at 4:00 p.m. (ET).

   Responses Received:

   (a) Informal Objection of Philip Furlong.

   Related Pleading:

   (a) Amended Notice of Debtors' Twenty-Eighth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 8408, Filed 9/6/12).

   Status: The hearing on this matter will go forward.

3. Nortel US LTD Employees Motion Compelling Debtors to Disclose Critical Risk/Benefit Information Towards Discernment of Viability of a Transition from LTD Plans to Retiree Plan (D.I. 8418, Filed 9/11/12).

   Objection Deadline: September 26, 2012 at 10:00 a.m. (ET).

   Responses Received:

   (a) Debtors' Response and Objection to the Motion of Certain Nortel US LTD Employees Compelling Debtors to Disclose Critical Risk/Benefit Information

        Towards Discernment of Viability of a Transition from LTD Plans to Retiree Plans (D.I. 8595, Filed 9/25/12); and

(b)    Statement and Reservation of Rights of the Official Committee of Retired Employees in Response to the Nortel US LTD Employees Motion Compelling Debtors to Disclose Critical Risk/Benefit Information Towards Discernment of Viability of a Transition from LTD Plans to Retiree Plan (D.I. 8596, Filed 9/26/12).

Related Pleading:

(a)    Debtors' Motion for Entry of an Order Terminating Retiree Benefits and Approving a Settlement Proposal Pursuant to 11 U.S.C. § 1114 (D.I. 8066, Filed 7/30/12); and

(b)    Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees (D.I. 8067, Filed 7/30/12).

Status:  The hearing on this matter will go forward.

**PRETRIAL CONFERENCE**

4.    Pretrial Conference in the Adversary Proceeding (See Exhibit A, hereto).

Status: The pretrial conference with respect to SNMP Research International, Inc. (Adversary Case No. 11-53454) has been adjourned to the pretrial conference set for December 5, 2012 at 10:00 a.m. (ET). The pretrial conference with respect to State of Michigan Department of Treasury (Adversary Case No. 12-50773) has been adjourned to the pretrial conference set for December 18, 2012 at 10:00 a.m. (ET). The pretrial conference with respect to Maritz Canada Inc. (Adversary Case No. 10-53187) for which a stipulation of dismissal and notice of dismissal were filed on September 17, 2012 and the matter closed by the Deputy Clerk on September 18, 2012 has been cancelled.

Dated: October 1, 2012　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE　　　　　　　　James L. Bromley (admitted *pro hac vice*)
　　　　　　　　　　　　　　　Lisa M. Schweitzer (admitted *pro hac vice*)
　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　Telephone:  (212) 225-2000
　　　　　　　　　　　　　　　Facsimile:  (212) 225-3999

　　　　　　　　　　　　　　　- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6463971