**CERTIFICATE OF SERVICE**

      I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on October 3, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on October 1, 2012, in the manner indicated upon the parties identified below and on the attached service list.

Date: October 1, 2012                                                     */s/ Tamara K. Minott*
Wilmington, DE                                                        Tamara K. Minott (No. 5643)

**Via Fax**

Karen M. Grivner
Thorp Reed & Armstrong, LLP
824 Market Street, Suite 710
Wilmington, DE 19801
Fax: 302-421-9439
(Counsel for SNMP)

Lucinda McRoberts, Esq.
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Fax: 314-259-2020
(Counsel for Maritz)

Robert Pfister, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Fax: 310-407-9090
(Counsel for Maritz)

Allison M. Dietz
Heather L. Donald
Michigan Dept of Attorney General
3030 W. Grand Blvd
Detroit, MI 48202
Fax: 313-456-0141
(Counsel for State of Michigan)

Shuyler Carroll
Jeffrey Vanacore
Perkins Coie LLP
30 Rockefeller Center
Nerw York, NY 10112
Fax: 212-977-1649
(Counsel for SNMP)

Harvey Chaiton
Doug Bourassa
Chaitons LLP
5000 Young St.
Toronto, ON M2N 7E9
Canada
Fax: 416-218-1849
(Counsel for SNMP)

John Wood
Egerton McAfee Armistead & Davis, P.C.
900 S. Gay St.
Knoxville, TN 37902
Fax: 865-525-5293
(Counsel for SNMP)

**Via Overnight Mail**

Philip Furlong
380 Hearne St
#202
Pointe Claire, QC H9R 1K3
Canada