PRYOR CASHMAN LLP
Ronald S. Beacher
7 Times Square
New York, NY 10036
Telephone: (212) 326-0148
Fax: (212) 515-6959
E-mail: rbeacher@pryorcashman.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC, ET AL, | Case No. 09-10138 |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICE AND PAPERS**

**PLEASE TAKE NOTICE** that SPCP Group, LLC ("SPCP"), appears in the above-captioned case by its counsel, Pryor Cashman LLP; such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone and facsimile numbers indicated:

Ronald S. Beacher, Esq.
Pryor Cashman LLP
7 Times Square
New York, New York 10036
Telephone: (212) 326-0148
Facsimile: (212) 515-6959
E-mail: rbeacher@pryorcashman.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules

specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that SPCP does not intend that this Notice of Appearance and Demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments SPCP expressly reserves.

Dated: New York, New York
       October 1, 2012

PRYOR CASHMAN LLP

*/s/ Ronald S. Beacher*
Ronald S. Beacher
7 Times Square
New York, New York 10036
Telephone: (212) 326-0148
Fax: (212) 515-6959
E-mail: rbeacher@pryorcashman.com

Attorneys for SPCP Group, LLC