IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- X
                                                        :
In re                                                   :    Chapter 11
                                                        :
Nortel Networks Inc., et al.,¹                          :    Case No. 09-10138 (KG)
                                                        :
                    Debtors.                            :    Jointly Administered
                                                        :
------------------------------------------------------- X
```

**NOTICE OF SERVICE**

       PLEASE TAKE NOTICE that on September 28, 2012, a copy of the **Supplemental Fourteenth Omnibus Order Allowing Certain Professionals Interim Compensation for Services Rendered and Reimbursement of Expenses (D.I. 8624)** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: October 2, 2012
Wilmington, Delaware

                               CLEARY GOTTLIEB STEEN & HAMILTON LLP
                               James L. Bromley (admitted pro hac vice)
                               Lisa M. Schweitzer (admitted pro hac vice)
                               One Liberty Plaza
                               New York, NY 10006
                               Telephone: (212) 225-2000
                               Facsimile: (212) 225-3999

                               and

                               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                               */s/ Ann C. Cordo*
                               Derek C. Abbott (No. 3376)
                               Ann C. Cordo (No. 4817)
                               Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

       1201 North Market Street, 18th Floor
       Wilmington, DE  19899-1347
       Telephone:  (302) 658-9200
       Facsimile:  (302) 425-4663

       *Counsel for the Debtors and Debtors in Possession*

4498739.26