# Exhibit A

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 8812
Invoice Date: 8/31/2012
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Committee Chairperson

Re:     Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:** | |
| August 2012 | $150,000.00 |
| | |
| Expenses | |
| Legal | $991.70 |
| Transportation - Ground | $32.10 |
| Total Out-of-Pocket Expenses | $1,023.80 |

**TOTAL DUE    $151,023.80**

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| Bank of New York | Jefferies & Company, Inc. |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

Reference:    NOR25000IB_8812  Nortel