# Exhibit B

## Jefferies & Company, Inc.
Breakdown of Expenses
August 1, 2012 – August 31, 2012
Exhibit B

---

**EXPENSES:**

| | |
|---|---|
| Legal | $991.70 |
| Transportation – Ground | $32.10 |
| **Total** | **$1,023.80** |