Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
August 1, 2012 - August 31, 2012

| Name | Position | Hours Worked |
|---|---|---|
| Leon Szlezinger | Managing Director, Restructuring and Recapitalization Group | 16.5 |
| Alex Rohan | Senior Vice President, Restructuring and Recapitalization Group | 26.5 |
| Rory Keenan | Senior Vice President, Restructuring and Recapitalization Group | 35.5 |
| Robby Tennenbaum | Associate, Restructuring and Recapitalization Group | 38.0 |
| Jaspinder Kanwal | Analyst, Restructuring and Recapitalization Group | 37.5 |
| | **Total** | **154.0** |

Other Jefferies professionals who participated but do not keep hours:

Justin Despirito    Legal Counsel

Jefferies & Company, Inc.
August 2012

| Banker | Date | Hours | Description |
|---|---|---|---|
| **Leon Szlezinger** | | | |
| Leon Szlezinger | 8/1/2012 | 2.00 | Attend professionals call; internal discussions |
| Leon Szlezinger | 8/2/2012 | 1.50 | Attend committee call; review agenda and related internal correspondence |
| Leon Szlezinger | 8/8/2012 | 2.00 | Attend professionals call; review legal correspondence |
| Leon Szlezinger | 8/9/2012 | 1.50 | Attend committee call; review agenda |
| Leon Szlezinger | 8/16/2012 | 2.50 | Attend call with Debtor; Internal discussions; document review |
| Leon Szlezinger | 8/22/2012 | 2.00 | Attend professionals call; document review |
| Leon Szlezinger | 8/23/2012 | 1.50 | Attend committee call; review agenda |
| Leon Szlezinger | 8/24/2012 | 2.00 | Internal discussion; document review |
| Leon Szlezinger | 8/29/2012 | 1.50 | Update re: case status |
| August 2012 Summary Hours for Leon Szlezinger | | 16.50 | |
| **Alex Rohan** | | | |
| Alex Rohan | 8/1/2012 | 2.50 | Attend professionals call; prepare for same; internal discussions |
| Alex Rohan | 8/2/2012 | 1.50 | Attend committee call; internal correspondence |
| Alex Rohan | 8/3/2012 | 2.00 | Document review, various |
| Alex Rohan | 8/7/2012 | 2.50 | Document review; professionals'call |
| Alex Rohan | 8/9/2012 | 1.50 | Review Ernst & Young report |
| Alex Rohan | 8/13/2012 | 2.00 | Attend UCC call; review internal correspondence |
| Alex Rohan | 8/16/2012 | 2.50 | Call with Debtor re: allocation mediation; review Capstone analysis |
| Alex Rohan | 8/17/2012 | 2.00 | Review email correspondence; relevant materials |
| Alex Rohan | 8/22/2012 | 2.50 | Attend committee call; internal discussions |
| Alex Rohan | 8/23/2012 | 1.50 | Attend committee call; prepare re: same |
| Alex Rohan | 8/24/2012 | 1.50 | Internal discussion |
| Alex Rohan | 8/27/2012 | 3.00 | Review E&Y RM report; review internal analyses |
| Alex Rohan | 8/29/2012 | 1.50 | Review correspondence re: LTD retiree |
| August 2012 Summary Hours for Alex Rohan | | 26.50 | |
| **Rory Keenan** | | | |
| Rory Keenan | 8/1/2012 | 2.00 | Attend professionals call; internal discussions |
| Rory Keenan | 8/2/2012 | 2.00 | Attend committee call; prepare re: same |
| Rory Keenan | 8/3/2012 | 1.50 | Document review, LTD/Retiree material |
| Rory Keenan | 8/6/2012 | 3.50 | Document review, RM report; review pricing analysis |
| Rory Keenan | 8/7/2012 | 3.00 | Professionals'call/; document review re: claims; edit presentation |
| Rory Keenan | 8/8/2012 | 3.00 | Document review; Professionals' call; internal analysis |
| Rory Keenan | 8/9/2012 | 2.00 | Attend committee call; prepare re: same |
| Rory Keenan | 8/13/2012 | 2.50 | Attend call with Debtor; document review re: recovery analysis |
| Rory Keenan | 8/14/2012 | 3.00 | Document review re: EMEA objection; review internal analysis |
| Rory Keenan | 8/15/2012 | 2.00 | Review Committee correspondence; internal discussions |
| Rory Keenan | 8/16/2012 | 3.00 | Document review re: DPW materials; internal discussission |
| Rory Keenan | 8/22/2012 | 2.50 | Attend committee call; internal discussions |
| Rory Keenan | 8/23/2012 | 2.00 | Attend committee call; prepare re: same |
| Rory Keenan | 8/24/2012 | 2.50 | Analysis review; Internal discussions |
| Rory Keenan | 8/27/2012 | 1.00 | Review RM report |
| August 2012 Summary Hours for Rory Keenan | | 35.50 | |
| **Robby Tennenbaum** | | | |
| Robby Tennenbaum | 8/1/2012 | 2.00 | Attend professionals call; internal discussions |
| Robby Tennenbaum | 8/2/2012 | 4.50 | Attend committee call; review TPR statement; internal analysis |
| Robby Tennenbaum | 8/3/2012 | 4.00 | Document review; deferred compensation motion; presentation preparation re: bond pricing |
| Robby Tennenbaum | 8/6/2012 | 3.00 | Review E&Y materials; presentation preparation |
| Robby Tennenbaum | 8/7/2012 | 3.00 | Professionals'call; review claims data |
| Robby Tennenbaum | 8/8/2012 | 3.00 | Professionals' Call; review relevant material, internal analyses |
| Robby Tennenbaum | 8/9/2012 | 3.00 | Attend committee call; review legal correspondence; internal analysis |
| Robby Tennenbaum | 8/13/2012 | 2.50 | Document review; Professionals' call with Debtor |
| Robby Tennenbaum | 8/14/2012 | 2.00 | Document review re: EMEA objection |
| Robby Tennenbaum | 8/16/2012 | 2.50 | Attend committee call; review relevant material, recovery analysis |
| Robby Tennenbaum | 8/22/2012 | 2.00 | Professionals' call; review internal correspondence |
| Robby Tennenbaum | 8/23/2012 | 2.50 | UCC call; internal discussions |
| Robby Tennenbaum | 8/24/2012 | 3.00 | Review internal analysis; document review re: recovery analysis |
| Robby Tennenbaum | 8/27/2012 | 1.00 | Review E&Y materials |
| August 2012 Summary Hours for Robby Tennenbaum | | 38.00 | |
| **Jaspinder Kanwal** | | | |
| Jaspinder Kanwal | 8/1/2012 | 2.00 | Attend professionals call; internal discussions |
| Jaspinder Kanwal | 8/2/2012 | 2.50 | UCC call; review agenda and LTD documents |
| Jaspinder Kanwal | 8/3/2012 | 4.00 | Document review; Committee motion; presentation preparation re: bond pricing |
| Jaspinder Kanwal | 8/6/2012 | 4.00 | Presentation preparation re: pricing analysis |
| Jaspinder Kanwal | 8/7/2012 | 2.50 | Review restructuring manager's report; professionals' call |
| Jaspinder Kanwal | 8/8/2012 | 4.00 | Document review; Professionals' Call; prepare internal analysis |
| Jaspinder Kanwal | 8/9/2012 | 3.50 | Attend committee call; internal analysis |
| Jaspinder Kanwal | 8/13/2012 | 2.50 | Professionals' call with Debtor; document review re: EMEA |
| Jaspinder Kanwal | 8/15/2012 | 2.00 | Document review |
| Jaspinder Kanwal | 8/16/2012 | 3.50 | UCC call; review agenda; internal discussions; review recovery analysis |
| Jaspinder Kanwal | 8/22/2012 | 2.00 | Professionals' call; document review |
| Jaspinder Kanwal | 8/23/2012 | 2.00 | UCC call; internal discussions |
| Jaspinder Kanwal | 8/24/2012 | 2.00 | Prepare internal analysis; internal discussion |
| Jaspinder Kanwal | 8/27/2012 | 1.00 | Review restructuring manager's report |
| August 2012 Summary Hours for Jaspinder Kanwal | | 37.50 | |