IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) ) |
| Debtors. | ) (Jointly Administered) ) Objection Deadline: October 23, 2012 at 4:00 p.m. ) Hearing Date: November 7, 2012 at 10:00 a.m. ) |

### NOTICE OF FINAL FEE APPLICATION
### OF JEFFERIES & COMPANY, INC.

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") has today filed the attached **Final Fee Application of Jefferies & Company, Inc., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors, for the Period February 1, 2009 through August 31, 2012** (the "Final Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Final Application must be made in accordance with the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Administrative

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

RLF1 7313093v.1

Order") entered February 4, 2009 [Docket No. 222], and must be filed with the Clerk of the Court, and be served upon and received by: (i) the above captioned debtors and debtors in possession (the "Debtors"), Nortel Networks Inc., P.O. Box 13010, RTP, North Carolina 27709 (Attn: Accounts Payable); (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (iii) counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attn: Derek C. Abbott, Esq.); (iv) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, (Attn: Fred S. Hodara, Esq.), (v) counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801 (Attn: Christopher M. Samis, Esq.) (vi) the Office of the United States Trustee, District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Mark Kenney, Esq.) (collectively, the "Notice Parties") so as to be received no later than **October 23, 2012 at 4:00 p.m.** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that a hearing on the Final Application (the "Final Fee Hearing") will be held on **November 7, 2012 at 10:00 a.m.** before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Only those objections or responses made in writing and timely filed, served and received will be considered by the Court at the Final Fee Hearing.

RLF1 7313093v.1

IF NO OBJECTIONS TO THE FINAL APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FINAL APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 3, 2012
       Wilmington, Delaware

/s/ Christopher M. Samis
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*