# EXHIBIT B

# Invoices

**February 2009 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: 7472
Invoice Date: 03/20/2009
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Terry Zale, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| February 2009 | $250,000.00 |
| (Less 20% Holdback) | ($50,000.00) |
| **Total Fee** | $200,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $519.38 |
| Copy Services | $968.00 |
| Meals | $558.98 |
| Phone/Fax | $94.97 |
| Transportation - Air | $4,054.95 |
| Transportation - Ground | $1,409.29 |
| **Total Out-of-Pocket Expenses** | $7,605.57 |

| **TOTAL DUE** | **$207,605.57** |
|---|---:|

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

**Reference:**   **NOR250-7472- Nortel**

**March 2009 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: 7504
Invoice Date: 04/08/2009
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:  Terry Zale, Flextronics Corporation
            Committee Chairman

Re:       Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| March 2009 | $250,000.00 |
| (Less 20% Holdback) | ($50,000.00) |
| **Total Fee** | $200,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $274.74 |
| Meals | $496.78 |
| Presentation Services | $324.00 |
| Transportation - Air | $1,218.80 |
| Transportation - Ground | $301.24 |
| **Total Out-of-Pocket Expenses** | $2,615.56 |

| | |
|---|---:|
| **TOTAL DUE** | **$202,615.56** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**Reference:**          **NOR250-7504- Nortel**

**April 2009 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 7531
Invoice Date: 05/10/2009
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Terry Zale, Flextronics Corporation
              Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

|  |  |
|---|---|
| ***Monthly Fee:*** | |
| April 2009 | $250,000.00 |
| (Less 20% Holdback) | ($50,000.00) |
| **Total Fee** | $200,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $2,087.79 |
| Meals | $2,381.48 |
| Miscellaneous | $12.03 |
| Phone/Fax | $512.26 |
| Presentation | $98.00 |
| Transportation - Air | $5,643.85 |
| Transportation - Ground | $1,844.48 |
| **Total Out-of-Pocket Expenses** | $12,579.89 |

| | |
|---|---|
| **TOTAL DUE** | **$212,579.89** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

**Reference:**          **NOR250-7531- Nortel**

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

## May 2009 Invoice

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: 7568
Invoice Date: 06/09/2009
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Terry Zale, Flextronics Corporation
              Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

|  |  |
|---|---:|
| ***Monthly Fee:*** | |
| May 2009 | $250,000.00 |
| (Less 20% Holdback) | ($50,000.00) |
| **Total Fee** | $200,000.00 |
| | |
| ***Expenses:*** | |
| Accommodation | $2,983.69 |
| Financial Research | $17.76 |
| Meals | $3,632.59 |
| Phone/Fax | $994.54 |
| Presentation Services | $26.00 |
| Transportation - Air | $15,437.28 |
| Transportation - Ground | $3,627.78 |
| **Total Out-of-Pocket Expenses** | $26,719.64 |

| | TOTAL DUE | **$226,719.64** |
|---|---|---|

**Payment Details**

Wire Instructions                             Check Payment Instructions

**Bank of New York**                          **Jefferies & Company, Inc.**
ABA #021000018                               11100 Santa Monica Blvd.
A/C: Jefferies & Company, Inc.               12th Floor
A/C: #890-065-2772                           Los Angeles, CA 90025

**Reference:**        **NOR250-7568- Nortel**

**June 2009 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 7634
Invoice Date: 07/24/2009
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Terry Zale, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

|  |  |
|---|---:|
| ***Monthly Fee:*** | |
| June 2009 | $250,000.00 |
| (Less 20% Holdback) | ($50,000.00) |
| **Total Fee** | $200,000.00 |
| | |
| ***Expenses:*** | |
| Accommodation | $1,671.46 |
| Courier | $41.51 |
| Financial Research | $32.74 |
| Legal Fees | $16,344.36 |
| Meals | $1,940.36 |
| Transportation - Air | $8,079.16 |
| Transportation - Ground | $1,944.06 |
| **Total Out-of-Pocket Expenses** | $30,053.65 |

| | **TOTAL DUE** | **$230,053.65** |
|---|---|---:|

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

**Reference:**        **NOR250-7634- Nortel**

**July 2009 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number: 7662
Invoice Date: 08/04/2009
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Terry Zale, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

|  |  |
|---|---:|
| ***Monthly Fee:*** |  |
| July 2009 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
|  |  |
| ***Expenses:*** |  |
| Accommodations | $803.42 |
| Meals | $502.16 |
| Miscellaneous | $195.00 |
| Transportation - Air | $3,630.13 |
| Transportation - Ground | $1,298.17 |
| **Total Out-of-Pocket Expenses** | $6,428.88 |

| **TOTAL DUE** | **$166,428.88** |
|---|---:|

**Payment Details**

Wire Instructions                              Check Payment Instructions

**Bank of New York**                           **Jefferies & Company, Inc.**
ABA #021000018                                 11100 Santa Monica Blvd.
A/C: Jefferies & Company, Inc.                 12th Floor
A/C: #890-065-2772                             Los Angeles, CA 90025

**Reference:**        **NOR250-7662- Nortel**

**August 2009 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 7700
Invoice Date: 09/20/2009
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Terry Zale, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

|  |  |
|---|---:|
| ***Monthly Fee:*** | |
| August 2009 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $1,320.52 |
| Financial Research | $13.36 |
| Legal Fees | $1,201.67 |
| Meals | $2,741.05 |
| Miscellaneous | $40.00 |
| Phone/Fax | $58.75 |
| Presentation Services | $118.00 |
| Transportation - Air | $5,155.90 |
| Transportation - Ground | $2,620.35 |
| **Total Out-of-Pocket Expenses** | $13,269.60 |

| **TOTAL DUE** | **$173,269.60** |
|---|---:|

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

**Reference:**        **NOR250-7700- Nortel**

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**September 2009 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: 7734
Invoice Date: 10/28/2009
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| September 2009 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $1,808.11 |
| Legal Fees | $137.18 |
| Meals | $1,263.32 |
| Miscellaneous | $154.00 |
| Presentation Services | $412.00 |
| Transporation - Air | $2,586.28 |
| Transporation - Ground | $1,727.74 |
| **Total Out-of-Pocket Expenses** | $8,088.63 |

| **TOTAL DUE** | **$168,088.63** |
|---|---|

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

**Reference:**      **NOR250-7734- Nortel**

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**October 2009 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 7765
Invoice Date: 11/23/2009
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Terry Zale, Flextronics Corporation
                 Committee Chairman

Re:            Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| October 2009 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $875.43 |
| Meals | $576.63 |
| Miscellaneous | $19.99 |
| Presentation Services | $176.00 |
| Transporation - Air | $1,752.55 |
| Transporation - Ground | $990.98 |
| **Total Out-of-Pocket Expenses** | $4,391.58 |

| **TOTAL DUE** | **$164,391.58** |
|---|---|

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

**Reference:**        **NOR250-7765- Nortel**

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**November 2009 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

### *INVOICE*

Invoice Number: 7810
Invoice Date: 1/14/2009
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

|  |  |
|---|---:|
| ***Monthly Fee:*** | |
| November 2009 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $1,471.30 |
| Legal Fees | $10,035.00 |
| Meals | $1,117.34 |
| Phone/Fax | $10.93 |
| Presentation Services | $284.00 |
| Transporation - Air | $4,533.91 |
| Transporation - Ground | $1,967.01 |
| **Total Out-of-Pocket Expenses** | $19,419.49 |

| | TOTAL DUE | $179,419.49 |
|---|---|---|

**Payment Details**

Wire Instructions                          Check Payment Instructions

**Bank of New York**                       **Jefferies & Company, Inc.**
ABA #021000018                             11100 Santa Monica Blvd.
A/C: Jefferies & Company, Inc.             12th Floor
A/C: #890-065-2772                         Los Angeles, CA 90025

**Reference:**        **NOR250-7810- Nortel**

**December 2009 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 7875
Invoice Date: 02/10/2010
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| December 2009 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $1,516.81 |
| Legal Fees | $2,032.60 |
| Meals | $1,066.84 |
| Phone/Fax | $32.02 |
| Presentation Services | $126.00 |
| Transporation - Air | $1,849.30 |
| Transporation - Ground | $2,140.57 |
| **Total Out-of-Pocket Expenses** | $8,764.14 |

| | |
|---|---:|
| **TOTAL DUE** | **$168,764.14** |

**Payment Details**

<u>Wire Instructions</u>

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

<u>Check Payment Instructions</u>

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**Reference:**      **NOR250-7875- Nortel**

**January 2010 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number: 7912
Invoice Date: 02/08/2010
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

|  |  |
|---|---|
| ***Monthly Fee:*** | |
| January 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $1,547.87 |
| Meals | $374.64 |
| Presentation Services | $182.00 |
| Transportation - Air | $3,291.85 |
| Transportation - Ground | $959.16 |
| **Total Out-of-Pocket Expenses:** | $6,355.52 |

| TOTAL DUE | $166,355.52 |
|---|---|

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**Reference:**       **NOR250-7912- Nortel**

**February 2010 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 7941
Invoice Date: 4/15/2010
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| February 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Legal Fees | $740.00 |
| Meals | $107.54 |
| Presentation Services | $106.00 |
| Transportation - Ground | $182.88 |
| **Total Out-of-Pocket Expenses** | $1,136.42 |

| | |
|---|---:|
| **TOTAL DUE** | **$161,136.42** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**Reference:**          **NOR250-7941- Nortel**

**March 2010 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number: 7970
Invoice Date: 5/25/2010
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
                    Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Fees:*** | |
| Retroactive Fees Due | $400,000.00 |
| Monthly Fee: March 2010 | $200,000.00 |
| (Less 20% Holdback) | ($120,000.00) |
| **Total Fees after Holdback** | $480,000.00 |
| | |
| ***Expenses:*** | |
| Legal Fees | $12,928.00 |
| Meals | $467.72 |
| Presentation Services | $376.00 |
| Transportation - Ground | $139.93 |
| **Total Out-of-Pocket Expenses** | $13,911.65 |

| | |
|---|---:|
| **TOTAL DUE** | **$493,911.65** |

**Payment Details**

Wire Instructions                                                    Check Payment Instructions

**Bank of New York**                                             **Jefferies & Company, Inc.**
ABA #021000018                                                   11100 Santa Monica Blvd.
A/C: Jefferies & Company, Inc.                              12th Floor
A/C: #890-065-2772                                             Los Angeles, CA 90025

**Reference:**          **NOR250-7970- Nortel**

**April 2010 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number: 8016
Invoice Date: 5/28/2010
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| April 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $1,666.68 |
| Meals | $712.51 |
| Phone/Fax | $27.48 |
| Transportation - Air | $3,386.79 |
| Transportation - Ground | $816.87 |
| **Total Out-of-Pocket Expenses** | $6,610.33 |

| | |
|---|---:|
| **TOTAL DUE** | **$166,610.33** |

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

**Reference:**        **NOR250-8016- Nortel**

**May 2010 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: 8046
Invoice Date: 7/1/2010
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
              Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---|
| *Monthly Fee:* | |
| May 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| *Expenses:* | |
| Accommodations | $2,930.87 |
| Legal | $989.91 |
| Meals | $715.29 |
| Phone/Fax | $8.00 |
| Transportation - Air | $1,950.85 |
| Transportation - Ground | $1,145.56 |
| **Total Out-of-Pocket Expenses** | $7,740.48 |

| TOTAL DUE | **$167,740.48** |
|---|---|

**Payment Details**

Wire Instructions                          Check Payment Instructions

**Bank of New York**                       **Jefferies & Company, Inc.**
ABA #021000018                             11100 Santa Monica Blvd.
A/C: Jefferies & Company, Inc.             12th Floor
A/C: #890-065-2772                         Los Angeles, CA 90025

**Reference:**          **NOR250-8046- Nortel**

**June 2010 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: 8082
Invoice Date: 9/8/2010
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| June 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Meals | $583.51 |
| Presentation Services | $382.00 |
| Transportation - Air | $824.90 |
| Transportation - Ground | $704.33 |
| **Total Out-of-Pocket Expenses:** | $2,494.74 |

| | |
|---|---:|
| **TOTAL DUE** | **$162,494.74** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

**Reference:**        **NOR250-8082- Nortel**

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**July 2010 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: IB6745
Invoice Date: 9/8/2010
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:  Tim Burling, Flextronics Corporation
            Committee Chairman

Re:         Investment Banking Services

| For services rendered in accordance with our engagement letter dated February 01, 2009 | |
|---|---:|
| ***Monthly Fee:*** | |
| July 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Meals | $47.14 |
| Presentation Resources | $64.00 |
| Transportation - Ground | $93.64 |
| **Total Out-of-Pocket Expenses:** | $204.78 |

| | |
|---|---:|
| **TOTAL DUE** | **$160,204.78** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Reference:   **NOR250-IB6745- Nortel**

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**August 2010 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: IB6822
Invoice Date: 11/16/2010
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

|  |  |
|---|---|
| ***Monthly Fee:*** | |
| August 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $396.06 |
| Meals | $223.69 |
| Presentation Services | $74.00 |
| Transportation - Air | $1,593.88 |
| Transportation - Ground | $432.44 |
| **Total Out-of-Pocket Expenses** | $2,720.07 |

| | |
|---|---|
| **TOTAL DUE** | **$162,720.07** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

**Reference:**    **NOR250-IB6822- Nortel**

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**September 2010 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number: IB6896
Invoice Date: 11/19/2010
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| September 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $1,437.36 |
| Meals | $1,011.55 |
| Presentation Services | $56.00 |
| Printing Services | $44.66 |
| Subscriptions | $146.97 |
| Transportation - Air | $2,415.59 |
| Transportation - Ground | $1,407.60 |
| **Total Out-of-Pocket Expenses:** | $6,519.73 |

| | |
|---|---:|
| **TOTAL DUE** | **$166,519.73** |

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

**Reference:**     **NOR250-IB6896- Nortel**

**October 2010 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number: 8199
Invoice Date: 11/19/2010
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| October 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $1,661.82 |
| Meals | $875.59 |
| Transportation - Air | $2,543.79 |
| Transportation - Ground | $1,483.67 |
| **Total Out-of-Pocket Expenses** | $6,564.87 |

| | |
|---|---:|
| **TOTAL DUE** | **$166,564.87** |

**Payment Details**

Wire Instructions                                      Check Payment Instructions

**Bank of New York**                                   **Jefferies & Company, Inc.**
ABA #021000018                                         11100 Santa Monica Blvd.
A/C: Jefferies & Company, Inc.                         12th Floor
A/C: #890-065-2772                                     Los Angeles, CA 90025

**Reference:**          **NOR250-8199- Nortel**

**November 2010 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: 8246
Invoice Date: 3/1/2011
Reference #: NOR25000IB
Terms: Immediate

**Official Commitee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| November 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $803.14 |
| Courier | $34.17 |
| Meals | $126.44 |
| Presentation Services | $30.00 |
| Transportation - Air | $1,180.50 |
| Transportation - Ground | $643.60 |
| **Total Out-of-Pocket Expenses** | $2,817.85 |

| | |
|---|---:|
| **TOTAL DUE** | **$162,817.85** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**Reference:**        **NOR250-8246- Nortel**

**December 2010 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: IB7207
Invoice Date: 03/01/2011
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| December 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $2,938.88 |
| Meals | $925.25 |
| Transportation - Air | $3,212.58 |
| Transportation - Ground | $1,600.07 |
| **Total Out-of-Pocket Expenses** | $8,676.78 |

| | |
|---|---:|
| **TOTAL DUE** | **$168,676.78** |

**Payment Details**

Wire Instructions                                Check Payment Instructions

**Bank of New York**                             **Jefferies & Company, Inc.**
ABA #021000018                                   11100 Santa Monica Blvd.
A/C: Jefferies & Company, Inc.                   12th Floor
A/C: #890-065-2772                               Los Angeles, CA 90025

**Reference:**        **NOR250-IB7207- Nortel**

**January 2011 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number: IB7296v
Invoice Date: 03/01/2011
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| January 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Meals | $79.34 |
| Presentation Services | $60.00 |
| Transportation - Ground | $280.39 |
| **Total Out-of-Pocket Expenses:** | $419.73 |

| **TOTAL DUE** | **$160,419.73** |
|---|---|

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

**Reference:**          **NOR250-IB7296v- Nortel**

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**February 2011 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number: IB7376v
Invoice Date: 05/19/2011
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| February 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $392.15 |
| Meals | $97.71 |
| Transportation - Air | $1,435.70 |
| Transportation - Ground | $256.88 |
| **Total Out-of-Pocket Expenses:** | $2,182.44 |

| | |
|---|---:|
| **TOTAL DUE** | **$162,182.44** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

**Reference:**     **NOR250-IB7376v- Nortel**

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**March 2011 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number: IB7457v
Invoice Date: 05/25/2011
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
            Committee Chairman

Re:         Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| March 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $1,344.46 |
| Meals | $786.21 |
| Phone/Fax | $124.82 |
| Printing Services | $81.00 |
| Transportation - Air | $9,196.90 |
| Transportation - Ground | $761.24 |
| **Total Out-of-Pocket Expenses:** | $12,294.63 |

| | |
|---|---:|
| **TOTAL DUE** | **$172,294.63** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**Reference:**        **NOR250-IB7457v- Nortel**

**April 2011 Invoice**



# Jefferies
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: 8368
Invoice Date: 05/19/2011
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| *Monthly Fee:* | |
| April 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| *Expenses:* | |
| Accommodations | $1,725.11 |
| Data Retrieval | $4.62 |
| Meals | $177.39 |
| Printing Services | $76.50 |
| Phone / Fax | $15.01 |
| Transportation - Air | $4,073.77 |
| Transportation - Ground | $513.95 |
| **Total Out-of-Pocket Expenses:** | $6,586.35 |

| | |
|---|---:|
| **TOTAL DUE** | **$166,586.35** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

**Reference:**          **NOR250-8368- Nortel**

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**May 2011 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

### *INVOICE*

Invoice Number: 8397
Invoice Date: 08/27/2011
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

|  |  |
|---|---:|
| ***Monthly Fee:*** |  |
| May 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
|  |  |
| ***Expenses:*** |  |
| Meals | $99.15 |
| Transportation - Ground | $81.85 |
| **Total Out-of-Pocket Expenses:** | $181.00 |

| **TOTAL DUE** | **$160,181.00** |
|---|---|

**Payment Details**

Wire Instructions                           Check Payment Instructions

**Bank of New York**                        **Jefferies & Company, Inc.**
ABA #021000018                              11100 Santa Monica Blvd.
A/C: Jefferies & Company, Inc.              12th Floor
A/C: #890-065-2772                          Los Angeles, CA 90025

**Reference:**          **NOR250-8397- Nortel**

**June 2011 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number: 8416
Invoice Date: 08/30/2011
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| June 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Meals | $112.10 |
| Presentation Services | $202.00 |
| Phone/Fax | $16.05 |
| Transportation - Ground | $56.75 |
| **Total Out-of-Pocket Expenses:** | $386.90 |

| | |
|---|---:|
| **TOTAL DUE** | **$160,386.90** |

**Payment Details**

<u>Wire Instructions</u>

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

<u>Check Payment Instructions</u>

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**Reference:**    **NOR250-8416- Nortel**

**July 2011 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: IB7710
Invoice Date: 08/30/2011
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| July 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodation | $415.45 |
| Legal Fees | $4,812.06 |
| Meals | $340.10 |
| Printing Services | $212.00 |
| Subscription | $649.00 |
| Transportation - Ground | $878.29 |
| **Total Out-of-Pocket Expenses:** | $7,306.90 |

| | |
|---|---:|
| **TOTAL DUE** | **$167,306.90** |

**Payment Details**

<u>Wire Instructions</u>

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

**Reference:**    **NOR25000IB_IB7710 Nortel**

<u>Check Payment Instructions</u>

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**August 2011 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: IB7825
Invoice Date: 11/18/2011
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| *Monthly Fee:* | |
| August 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| *Expenses:* | |
| Accommodation | $1,009.90 |
| Legal Fees | $2,249.71 |
| Meals | $82.97 |
| Transportation - Air | $3,264.38 |
| Transportation - Ground | $602.80 |
| **Total Out-of-Pocket Expenses:** | $7,209.76 |

| | |
|---|---:|
| **TOTAL DUE** | **$167,209.76** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference:        **NOR25000IB_IB7825 Nortel**

**September 2011 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number: 8487
Invoice Date: 11/18/2011
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| September 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Meals | $25.22 |
| **Total Out-of-Pocket Expenses:** | $25.22 |

| | |
|---|---:|
| **TOTAL DUE** | **$160,025.22** |

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

**Reference:**        **NOR25000IB_8487 Nortel**

**October 2011 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: IB7977
Invoice Date: 11/18/2011
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
            Committee Chairman

Re:         Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

|  |  |
|---|---:|
| *Monthly Fee:* | |
| October 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| *Expenses:* | |
| Meals | $276.93 |
| Transportation - Ground | $189.73 |
| **Total Out-of-Pocket Expenses:** | $466.66 |

| **TOTAL DUE** | **$160,466.66** |
|---|---|

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

**Reference:**     **NOR25000IB_IB7977 Nortel**

**November 2011 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number:  8545
Invoice Date: 11/29/2011
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

|  |  |
|---|---:|
| ***Monthly Fee:*** | |
| November 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Legal | $2,330.06 |
| Transportation - Ground | $40.00 |
| **Total Out-of-Pocket Expenses:** | $2,370.06 |

| | |
|---|---:|
| **TOTAL DUE** | **$162,370.06** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

**Reference:**        **NOR25000IB_8545 Nortel**

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**December 2011 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number:  IB8095
Invoice Date: 1/3/2012
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| December 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Meals | $72.33 |
| Transportation - Ground | $40.00 |
| **Total Out-of-Pocket Expenses:** | $112.33 |

| | |
|---|---:|
| **TOTAL DUE** | **$160,112.33** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**Reference:**        **NOR25000IB_IB8095 Nortel**

**January 2012 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number:  IB8132
Invoice Date: 2/10/2012
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| January 2012 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Legal | $929.46 |
| Transportation - Ground | $10.00 |
| **Total Out-of-Pocket Expenses:** | $939.46 |

| TOTAL DUE | $160,939.46 |
|---|---|

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

**Reference:**        **NOR25000IB_IB8132 Nortel**

**February 2012 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number:  IB8199
Invoice Date: 5/21/2012
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| February 2012 | $50,000.00 |
| (Less 20% Holdback) | ($10,000.00) |
| (Less $40,000.00 of January 2012 Overage) | ($40,000.00) |
| **Total Fee:** | $0.00 |
| | |
| ***Expenses:*** | |
| Legal | $1,434.84 |
| **Total Out-of-Pocket Expenses:** | $1,434.84 |

| | TOTAL DUE | $1,434.84 |
|---|---|---:|

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**Reference:**        **NOR25000IB_IB8199 Nortel**

**March 2012 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number:  IB8266
Invoice Date: 5/21/2012
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---|
| *Monthly Fee:* | |
| March 2012 | $50,000.00 |
| (Less 20% Holdback) | ($10,000.00) |
| (Less $40,000.00 of January overage) | ($40,000.00) |
| **Total Fee:** | $0.00 |
| | |
| *Expenses:* | |
| Legal | $610.14 |
| Meals | $50.00 |
| **Total Out-of-Pocket Expenses:** | $660.14 |

| | |
|---|---|
| **TOTAL DUE** | **$660.14** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

**Reference:**      **NOR25000IB_IB8266 Nortel**

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**April 2012 Invoice**



# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number:  IB8345
Invoice Date: 5/21/2012
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| April 2012 | $150,000.00 |
| (Less 20% Holdback) | ($30,000.00) |
| (Less $70,000.00 of January 2012 overage) | ($70,000.00) |
| **Total Fee:** | $50,000.00 |
| | |
| ***Expenses:*** | |
| Meals | $75.00 |
| Other | $848.52 |
| Transportation - Ground | $26.10 |
| **Total Out-of-Pocket Expenses:** | $949.62 |

| **TOTAL DUE** | **$50,949.62** |
|---|---:|

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**Reference:**      **NOR25000IB_IB8345 Nortel**

**May 2012 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number:  IB8441
Invoice Date: 8/10/2012
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---|
| *Monthly Fee:* | |
| May 2012 | $150,000.00 |

| | |
|---|---|
| **TOTAL DUE** | **$150,000.00** |

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

**Reference:**          **NOR25000IB_IB8441   Nortel**

**June 2012 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number:  IB8538
Invoice Date: 8/10/2012
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---|
| ***Monthly Fee:*** | |
| June 2012 | $150,000.00 |

| | |
|---|---|
| **TOTAL DUE** | **$150,000.00** |

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

**Reference:**        **NOR25000IB_IB8538   Nortel**

**July 2012 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

***INVOICE***

Invoice Number:  IB8608
Invoice Date: 8/10/2012
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| July 2012 | $150,000.00 |

| | |
|---|---:|
| **TOTAL DUE** | **$150,000.00** |

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

**Reference:**          **NOR25000IB_IB8608   Nortel**

**August 2012 Invoice**

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 8812
Invoice Date: 8/31/2012
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| August 2012 | $150,000.00 |
| | |
| **Expenses** | |
| Legal | $991.70 |
| Transportation - Ground | $32.10 |
| **Total Out-of-Pocket Expenses** | $1,023.80 |

| | |
|---|---:|
| **TOTAL DUE** | **$151,023.80** |

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

**Reference:**    **NOR25000IB_8812  Nortel**