# EXHIBIT C

# Expense Detail Summary

Jefferies & Company, Inc.
Breakdown of Expenses
February 1, 2009 – August 31, 2012
Exhibit B

**EXPENSES:**

| | |
|---|---:|
| Accommodations | $34,185.91 |
| Courier | $80.30 |
| Data Retrieval | $177.39 |
| Financial Research | $63.86 |
| Legal Fees | $58,686.58 |
| Copy/Printing Services | $1,382.16 |
| Meals | $23,961.95 |
| Miscellaneous | $453.04 |
| Phone/Fax | $1,862.81 |
| Presentation Services | $3,096.00 |
| Subscriptions | $795.97 |
| Transportation – Air | $92,313.59 |
| Transportation – Ground | $33,231.50 |
| Total | $250,291.06 |