# EXHIBIT E
# Final Fee Calculation

**Nortel Networks Inc.**
*Invoice Summary*
*($Actuals)*

| Date Filed | Period Covered | Amount Owed Fees | Amount Owed Expenses | Amount Owed Total | Amount Paid Fees | Amount Paid Expenses | Amount Paid Total | Amount Outstanding Fees | Amount Outstanding Expenses | Amount Outstanding Total | Transaction Fee Crediting | Transaction Fee Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/14/2009 | 2/1/09-2/28/09 | $ 250,000.00 | $ 7,605.57 | $ 257,605.57 | $ 250,000.00 | $ 7,605.57 | $ 257,605.57 | $ - | $ - | $ - | | |
| 5/20/2009 | 3/1/09-3/31/09 | 250,000.00 | 2,615.56 | 252,615.56 | 250,000.00 | 2,615.56 | 252,615.56 | - | - | - | | |
| 6/9/2009 | 4/1/09-4/30/09 | 250,000.00 | 12,579.89 | 262,579.89 | 250,000.00 | 12,579.89 | 262,579.89 | - | - | - | | |
| 8/24/2009 | 5/1/09-5/31/09 | 250,000.00 | 26,719.64 | 276,719.64 | 250,000.00 | 26,719.64 | 276,719.64 | - | - | - | | |
| 8/24/2009 | 6/1/09-6/30/09 | 200,000.00 | 30,053.65 | 230,053.65 | 200,000.00 | 30,053.65 | 230,053.65 | - | - | - | | |
| 9/9/2009 | 7/1/09-7/31/09 | 200,000.00 | 6,428.88 | 206,428.88 | 200,000.00 | 6,428.88 | 206,428.88 | - | - | - | | |
| 10/27/2009 | 8/1/09-8/31/09 | 200,000.00 | 13,269.60 | 213,269.60 | 200,000.00 | 13,269.60 | 213,269.60 | - | - | - | | |
| 11/4/2009 | 9/1/09-9/30/09 | 200,000.00 | 8,088.63 | 208,088.63 | 200,000.00 | 8,088.63 | 208,088.63 | - | - | - | | |
| 11/24/2009 | 10/1/09-10/31/09 | 200,000.00 | 4,391.58 | 204,391.58 | 200,000.00 | 4,391.58 | 204,391.58 | - | - | - | | |
| 1/19/2010 | 11/1/09-11/30/09 | 200,000.00 | 19,419.49 | 219,419.49 | 200,000.00 | 19,419.49 | 219,419.49 | - | - | - | | |
| 2/23/2010 | 12/1/09-12/31/09 | 200,000.00 | 8,764.14 | 208,764.14 | 200,000.00 | 8,764.14 | 208,764.14 | - | - | - | | |
| 2/23/2010 | 1/1/10-1/31/10 | 200,000.00 | 6,355.52 | 206,355.52 | 200,000.00 | 6,355.52 | 206,355.52 | - | - | - | | |
| 4/15/2010 | 2/1/10-2/28/10 | 200,000.00 | 1,136.42 | 201,136.42 | 200,000.00 | 1,136.42 | 201,136.42 | - | - | - | | |
| 5/25/2010 | 3/1/10-3/31/10 | 600,000.00 | 13,911.65 | 613,911.65 | 600,000.00 | 13,911.65 | 613,911.65 | - | - | - | | |
| 5/28/2010 | 4/1/10-4/30/10 | 200,000.00 | 6,610.33 | 206,610.33 | 200,000.00 | 6,610.33 | 206,610.33 | - | - | - | | |
| 7/6/2010 | 5/1/10-5/31/10 | 200,000.00 | 7,740.48 | 207,740.48 | 200,000.00 | 7,740.48 | 207,740.48 | - | - | - | | |
| 9/8/2010 | 6/1/10-6/30/10 | 200,000.00 | 2,494.74 | 202,494.74 | 200,000.00 | 2,494.74 | 202,494.74 | - | - | - | | |
| 9/8/2010 | 7/1/10-7/31/10 | 200,000.00 | 204.78 | 200,204.78 | 200,000.00 | 204.78 | 200,204.78 | - | - | - | - | 2,900,000.00 |
| 11/19/2010 | 8/1/10-8/31/10 | 200,000.00 | 2,720.07 | 202,720.07 | 200,000.00 | 2,720.07 | 202,720.07 | - | - | - | 100,000.00 | 2,800,000.00 |
| 11/19/2010 | 9/1/10-9/30/10 | 200,000.00 | 6,519.73 | 206,519.73 | 200,000.00 | 6,519.73 | 206,519.73 | - | - | - | 100,000.00 | 2,700,000.00 |
| 11/19/2010 | 10/1/10-10/31/10 | 200,000.00 | 6,564.87 | 206,564.87 | 200,000.00 | 6,564.87 | 206,564.87 | - | - | - | 100,000.00 | 2,600,000.00 |
| 3/1/2011 | 11/1/10-11/30/10 | 200,000.00 | 2,817.85 | 202,817.85 | 200,000.00 | 2,817.85 | 202,817.85 | - | - | - | 100,000.00 | 2,500,000.00 |
| 3/1/2011 | 12/1/10-12/31/10 | 200,000.00 | 8,676.78 | 208,676.78 | 200,000.00 | 8,676.78 | 208,676.78 | - | - | - | 100,000.00 | 2,400,000.00 |
| 3/1/2011 | 1/1/11-1/31/11 | 200,000.00 | 419.73 | 200,419.73 | 200,000.00 | 419.73 | 200,419.73 | - | - | - | 100,000.00 | 2,300,000.00 |
| 6/1/2011 | 2/1/11-2/28/11 | 200,000.00 | 2,182.44 | 202,182.44 | 200,000.00 | 2,182.44 | 202,182.44 | - | - | - | 100,000.00 | 2,200,000.00 |
| 6/1/2011 | 3/1/11-3/31/11 | 200,000.00 | 12,294.63 | 212,294.63 | 200,000.00 | 12,294.63 | 212,294.63 | - | - | - | 100,000.00 | 2,100,000.00 |
| 6/1/2011 | 4/1/11-4/30/11 | 200,000.00 | 6,586.35 | 206,586.35 | 200,000.00 | 6,586.35 | 206,586.35 | - | - | - | 100,000.00 | 2,000,000.00 |
| 8/30/2011 | 5/1/11-5/31/11 | 200,000.00 | 181.00 | 200,181.00 | 200,000.00 | 181.00 | 200,181.00 | - | - | - | 100,000.00 | 1,900,000.00 |
| 8/30/2011 | 6/1/11-6/30/11 | 200,000.00 | 386.90 | 200,386.90 | 200,000.00 | 386.90 | 200,386.90 | - | - | - | 100,000.00 | 1,800,000.00 |
| 8/30/2011 | 7/1/2011-7/31/11 | 200,000.00 | 7,306.90 | 207,306.90 | 200,000.00 | 7,306.90 | 207,306.90 | - | - | - | 100,000.00 | 1,700,000.00 |
| 11/21/2011 | 8/1/2011-8/31/11 | 200,000.00 | 7,209.76 | 207,209.76 | 200,000.00 | 7,209.76 | 207,209.76 | - | - | - | 100,000.00 | 1,600,000.00 |
| 11/21/2011 | 9/1/2011-9/30/11 | 200,000.00 | 25.22 | 200,025.22 | 200,000.00 | 25.22 | 200,025.22 | - | - | - | 100,000.00 | 1,500,000.00 |
| 11/21/2011 | 10/1/2011-10/31/11 | 200,000.00 | 466.66 | 200,466.66 | 200,000.00 | 466.66 | 200,466.66 | - | - | - | 100,000.00 | 1,400,000.00 |
| 2/29/2012 | 11/1/2011-11/30/11 | 200,000.00 | 2,370.06 | 202,370.06 | 200,000.00 | 2,370.06 | 202,370.06 | - | - | - | 100,000.00 | 1,300,000.00 |
| 2/29/2012 | 12/1/2011-12/31/11 | 200,000.00 | 92.33 | 200,092.33 | 200,000.00 | 92.33 | 200,092.33 | - | - | - | 100,000.00 | 1,200,000.00 |
| 2/29/2012 | 1/1/12-1/31/12 [3] | 50,000.00 | 939.46 | 50,939.46 | 50,000.00 | 939.46 | 50,939.46 | - | - | - | - | 1,200,000.00 |
| 5/30/2012 | 2/1/12-2/29/12 | 50,000.00 | 1,434.84 | 51,434.84 | 50,000.00 | 1,434.84 | 51,434.84 | - | - | - | - | 1,200,000.00 |
| 5/30/2012 | 3/1/12-3/31/12 | 50,000.00 | 660.14 | 50,660.14 | 50,000.00 | 660.14 | 50,660.14 | - | - | - | - | 1,200,000.00 |
| 5/30/2012 | 4/1/12-4/30/12 | 150,000.00 | 949.62 | 150,949.62 | 150,000.00 | 949.62 | 150,949.62 | - | - | - | 75,000.00 | 1,125,000.00 |
| 8/28/2012 | 5/1/12-5/31/12 | 150,000.00 | - | 150,000.00 | 150,000.00 | - | 150,000.00 | - | - | - | 75,000.00 | 1,050,000.00 |
| 8/28/2012 | 6/1/12-6/30/12 | 150,000.00 | - | 150,000.00 | 150,000.00 | - | 150,000.00 | - | - | - | 75,000.00 | 975,000.00 |
| 8/28/2012 | 7/1/2012-7/31/12 | 150,000.00 | - | 150,000.00 | 150,000.00 | - | 150,000.00 | - | - | - | 75,000.00 | 900,000.00 |
| 10/3/2012 | 8/1/2012-8/31/12 | 150,000.00 | 1,023.80 | 151,023.80 | - | - | - | 150,000.00 | 1,023.80 | 151,023.80 | 75,000.00 | 825,000.00 |
| | | $ 8,500,000.00 | $ 250,219.69 | $ 8,750,219.69 | $ 8,350,000.00 | $ 249,195.89 | $ 8,599,195.89 | $ 150,000.00 | $ 1,023.80 | $ 151,023.80 | $ 2,075,000.00 | $ 825,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Gross Transaction Fee [1] | $ 2,900,000.00 | | | | |
| Total Crediting | (2,075,000.00) | | | | |
| **Net Transaction Fee Remaining** | **$ 825,000.00** | | | | |
| | | | | Total Monthly Fees | $ 8,500,000.00 |
| Total Monthly Fees Paid | $ 8,350,000.00 | Total Monthly Fees Owed | $ 150,000.00 | Total Monthly Expenses | 250,219.69 |
| Total Monthly Expenses Paid | 249,195.89 | Total Monthly Expenses Owed | 1,023.80 | Net Transaction Fee Remaining | 825,000.00 |
| **Total Monthly Fees & Expenses Paid** | **$ 8,599,195.89** | **Total Monthly Fees & Expenses Owed** | **$ 151,023.80** | **Total Fees & Expenses** | **$ 9,575,219.69** |

(1) 50% of the monthly fees accruing after August 1, 2010 are credited against the Transaction Fee.
(2) Our practice in this case has been to file three monthly fee applications approximately one week prior to filing the interim fee application applicable to those three months instead of filing a fee application each month. Accordingly, the 20% holdback is not applicable, as 100% of the fees and expenses for each three month period are approved in connection with approval of the interim fee application.
(3) Because Jefferies was paid $200,000 for the month of January 2012, Jefferies received $150,000 more than it was owed under the terms of the Retention Amendment (the "January Overage"). Accordingly, Jefferies credited amounts owed to it for the period from February 1, 2012 through April 30, 2012 in amounts sufficient to account for the January Overage.