# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 03, 2012 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

1) OMNIBUS HEARING
   R / M #:   0 / 0

2) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   Pretrial Conference
   R / M #:   0 / 0
   VACATED:  Adjourned to 12/5/12 @ 10 AM

3) **ADV: 1-12-50773**
   **Nortel Networks Inc. vs State of Michigan Department of Treasury**
   Pretrial Conference
   R / M #:   0 / 0
   VACATED:  Adjourned to 12/18/12 @ 10 AM

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  CNO Filed and Order Signed
#2 - ORDER SIGNED
#3 - Decision Deferred to later date
#4 - All  Pretrial Conference are adjourned or cancelled