# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138/ 11-534-54/ 12-50773 - KG

**COURTROOM LOCATION: 3**
**DATE:** 10/3/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Neil Berger | Togut Segal & Segal | Retiree Committee |
| Annie Cordo | Morris Nichols Arsht + Tunnell | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen + Hamilton | " |
| Robert Ryan | " | " |
| Selina Croft | " | " |
| Rafael Zahralddin | Elliott Greenleaf | " |
| William Taylor | McCarter & English | Retirees Comm |
| Chris Samis | Richards Layton & Finger | Official Comm. of Unsecured Creditors |
| Mark Kenney | U.S. Trustee | U.S. Trustee |
| Kathleen Murphy | Buchanan Ingersoll | Ernst & Young |
| Jaime Chapman | YCST | UK Administrators |
| James Croft | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

**Calendar Date:** 10/03/2012
**Calendar Time:** 10:00 AM ET

*Amended Calendar 10/03/2012 06:24 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Sandra Aiken | | Sandra Aiken - In Pro Per/Pro Se | In Propria Persona, Sandra Aiken / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Charles V Barry | | Charles V Barry - In Pro Per/Pro Se | In Propria Persona, Charles Barry / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jeff Borron | | Jeff Borron - In Pro Per/Pro Se | Interested Party, Jeff Borron / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld L.L.F | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy, LLl | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Craig W. Dent | | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robert Dover | | Robert Dover - In Pro Per/Pro Se | In Propria Persona, Robert Dover / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Janette Head | | Janette Head - In Pro Per/Pro Se | In Propria Persona, Janette Head / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Fred S. Hodara | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Mary L Holbrook | | Mary L Holbrook - In Pro Per/Pro Se | Creditor, Mary Holbrook / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Mark R. Janis | | Mark R. Janis - In Pro Per/Pro Se | Interested Party, Mark Janis / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Brad Kahn | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 5193463 | Lisa Kraidin | (212) 610-7300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |

Raymond Reyes ext. 881    CourtConfCal2012    Page 1 of 3

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Peter Lawrence | Peter Lawrence - In Pro Per/Pro Se | Creditor, Peter Lawrence / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | John Mercer | John Mercer - In Pro Per/Pro Se | Interested Party, Mercer / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Carol Raymond | Nortel Networks Inc. | In Propria Persona, Carol Raymond / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | William Reed | William Reed - In Pro Per/Pro Se | In Propria Persona, William Reed / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Michael Rexroad | Michael Rexroad - In Pro Per/Pro Se | Pro Se, Michael Rexroad / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Brenda Rohrbaugh | Brenda Rohrbaugh - In Pro Per/Pro Se | In Propria Persona, Brenda Rohrbaugh / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | John J. Rossi | John J. Rossi - In Pro Per/Pro Se | In Propria Persona, John J. Rossi / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Carmel Totman | Carmel Totman - In Pro Per/Pro Se | Interested Party, Carmel Totman / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Gerald R. Utpadel | Gerald R. Utpadel - In Pro Per/Pro Se | In Propria Persona, Gerald R. Utpadel / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Matthew A Zloto | Aurelius Capital Management, LP | Creditor, Aurelius Capital Management / LISTEN ONLY |