UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 11
                                                    :    Case No. 09-10138 (KG)
NORTEL NETWORKS, INC., *et al.*,                    :
                                                    :
                    Debtors.                        :
                                                    :
                                                    :
----------------------------------------------------------------X

## NOTICE OF REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** Carter Ledyard & Milburn LLP as counsel for Wilmington Trust, National Association, not in its individual capacity but solely as successor Trustee (the "Trustee") under that certain indenture dated as of November 30, 1988 as amended from time to time, hereby requests, pursuant to, *inter alia*, Fed. Bankr. R. P. 2002, 7005, 9007 and 9010 and Del. Bank. L.R. 2002-1, that all notices be given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon it as follows:

> CARTER LEDYARD & MILBURN LLP
> Attn: Susan P. Johnston
> 2 Wall Street
> New York, New York 10005
> Telephone: 212-732-3200
> Facsimile: 212-732-3232

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure but also includes, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and

7062622.2

other request, formal and informal, whether written or oral and whether transmitted by mail, fax, telephone, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Request for Service of Papers, nor any pleading, claim or suit shall waive the Trustee's: (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies are expressly reserved.

Dated: New York, New York
October 4, 2012

> CARTER LEDYARD & MILBURN LLP
>
> By: /s/ Susan P. Johnston
>
> 2 Wall Street
> New York, New York 10005-2072
> Telephone: 212-732-3200
> Facsimile: 212-732-3232
>
> *Attorneys for Wilmington Trust, National Association, not in its individual capacity but solely as Trustee*