**IN THE UNITED STATES BANKRUTPCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| NORTEL NETWORKS, INC., et al., | |
| | Chapter 11 |
| Debtors. | |

**NOTICE TO BE REMOVED FROM SERVICE AND ELECTRONIC NOTICE LISTS**

PLEASE TAKE NOTICE that the undersigned hereby requests to be removed from all

notice, service and electronic filing lists in this case.

Please remove the following email address:  jfiorella@archerlaw.com.


Dated:  October 3, 2012                    By:  /s/  John V. Fiorella
       Wilmington, Delaware                    John V. Fiorella (DE No. 4330)
                                           ARCHER & GREINER
                                           A Professional Corporation
                                         300 Delaware Avenue, Suite 1370
                                         Wilmington, DE   19801
                                         Telephone:  302-777-4350
                                         Facsimile:  302-777-4352
                                         Email:  jfiorella@archerlaw.com

8944030v1