# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2012 through September 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Meals | | $17.31 |
| Telephone | | 105.15 |
| Transportation | | 799.98 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Expenses[18] | | $922.44 |

---

[18] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

2725046.2