## Exhibit A

| Document | Service Address |
|---|---|
| Debtors' Responses and Objection to Request for Production of Documents of Laurie Adams Directed to the Debtors | Laurie Adams<br>217 Ridge Creek Drive<br>Morrisville, NC 27560 |
| Debtors' Responses and Objection to Request for Production of Documents of Michael P. Alms Directed to the Debtors | Michael P. Alms<br>4944 Elm Island Circle<br>Waterford, WI 53185 |
| Debtors' Responses and Objection to Request for Production of Documents of Brent Beasley Directed to the Debtors | Brent Beasley<br>541 Ammons Rd.<br>Dunn, NC 28334 |
| Debtors' Responses and Objection to Request for Production of Documents of Steven E. Bennett Directed to the Debtors | Steven E. Bennett<br>37052 Chestnut St.<br>Newark, CA 94560 |
| Debtors' Responses and Objection to Request for Production of Documents of Shirley P. Bloom Directed to the Debtors | Shirley P. Bloom<br>151 East 31st St.<br>Apt. 22E<br>New York, NY 10016 |
| Debtors' Responses and Objection to Request for Production of Documents of Bonnie J. Boyer Directed to the Debtors | Bonnie J. Boyer<br>305 W. Juniper Ave.<br>Sterling, VA 20164 |
| Debtors' Responses and Objection to Request for Production of Documents of Roger G. Carlsen Directed to the Debtors | Roger G. Carlsen<br>390 E. Paseo Celestial<br>Sahuarita, AZ 85629 |
| Debtors' Responses and Objection to Request for Production of Documents of Barbara Ann Carr Directed to the Debtors | Barbara Ann Carr<br>145 Grecian Pkwy.<br>Rochester, NY 14626 |
| Debtors' Responses and Objection to Request for Production of Documents of Daniel David Directed to the Debtors | Daniel David<br>2105 Possum Trot Rd.<br>Wake Forest, NC 27587 |
| Debtors' Responses and Objection to Request for Production of Documents of Najam ud Dean Directed to the Debtors | Najam ud Dean<br>6 Augusta Dr.<br>Millbury, MA 01527 |
| Debtors' Responses and Objection to Request for Production of Documents of Robert Dale Dover Directed to the Debtors | Robert Dale Dover<br>2509 Quail Ridge Rd.<br>Melissa, TX 75454 |
| Debtors' Responses and Objection to Request for Production of Documents of John S. Elliott Directed to the Debtors | John S. Elliott<br>6 Grouse Lane<br>Merrimack, NH 03054 |
| Debtors' Responses and Objection to Request for Production of Documents of Richard Engleman Directed to the Debtors | Richard Engleman<br>1505 Nevada Dr.<br>Plano, TX 75093 |
| Debtors' Responses and Objection to Request | Nanette Faison |

| | |
|---|---|
| for Production of Documents of Nanette Faison Directed to the Debtors | 981 Kittrell Rd. Kittrell, NC 27544 |
| Debtors' Responses and Objection to Request for Production of Documents of Bruce Wayne Francis Directed to the Debtors | Bruce Wayne Francis 5506 Lake Elton Rd. Durham, NC 27713 |
| Debtors' Responses and Objection to Request for Production of Documents of Barbara Gallagher Directed to the Debtors | Barbara Gallagher 410 West Acres Road Whitesboro, TX 76273 |
| Debtors' Responses and Objection to Request for Production of Documents of Gary W. Garrett Directed to the Debtors | Gary W. Garrett 4093 Hogan Dr. Unit 4114 Tyler, TX 75709 |
| Debtors' Responses and Objection to Request for Production of Documents of Scott S. Gennett Directed to the Debtors | Scott S. Gennett 16 Wildwood St. Lake Grove, NY 11755 |
| Debtors' Responses and Objection to Request for Production of Documents of Edward G. Guevarra, Jr. Directed to the Debtors | Edward G. Guevarra, Jr. 11007 Scripps Ranch Blvd. San Diego, CA 92131 |
| Debtors' Responses and Objection to Request for Production of Documents of Scott David Howard Directed to the Debtors | Scott David Howard 2050 Cabiao Rd. Placerville, CA 95667 |
| Debtors' Responses and Objection to Request for Production of Documents of Mark R. Janis Directed to the Debtors | Mark R. Janis 193 Via Soderini Aptos, CA 95003 |
| Debtors' Responses and Objection to Request for Production of Documents of Deborah M.M. Jones Directed to the Debtors | Deborah M.M. Jones PO Box 458 Willow Spring, NC 27592 |
| Debtors' Responses and Objection to Request for Production of Documents of Peter Lawrence Directed to the Debtors | Peter Lawrence 16295 Via Venetia W. Delray Beach, FL 33484 |
| Debtors' Responses and Objection to Request for Production of Documents of James Jerome Lee Directed to the Debtors | James Jerome Lee 1310 Richmond St. El Cerrito, CA 94530 |
| Debtors' Responses and Objection to Request for Production of Documents of Kerry Wayne Logan Directed to the Debtors | Kerry Wayne Logan 1207 High Hammock Dr. #102 Tampa, FL 33619 |
| Debtors' Responses and Objection to Request for Production of Documents of Wendy Boswell Mann Directed to the Debtors | Wendy Boswell Mann 2114 Claret Lane Morrisville, NC 27560 |
| Debtors' Responses and Objection to Request for Production of Documents of Robert Joseph Martel Directed to the Debtors | Robert Joseph Martel 200 Lighthouse Lane Apt. B3 Cedar Point, NC 28584 |
| Debtors' Responses and Objection to Request for Production of Documents of Leah Kathryn McCaffrey Directed to the Debtors | Leah Kathryn McCaffrey 7139 Debbe Dr. Dallas, TX 75252 |

| | |
|---|---|
| Debtors' Responses and Objection to Request for Production of Documents of Michael Sean McWalters Directed to the Debtors | Michael Sean McWalters<br>PO Box 338<br>Alviso, CA 95002 |
| Debtors' Responses and Objection to Request for Production of Documents of Paul Edward Morrison Directed to the Debtors | Paul Edward Morrison<br>2241 College Ave.<br>Quincy, IL 62301 |
| Debtors' Responses and Objection to Request for Production of Documents of Mark A. Phillips Directed to the Debtors | Mark A. Phillips<br>6117 Trevor Simpson Dr.<br>Lake Park, NC 28079 |
| Debtors' Responses and Objection to Request for Production of Documents of Pamela J. Powell Directed to the Debtors | Pamela J. Powell<br>676 Brookview Dr.<br>Chapel Hill, NC 27514 |
| Debtors' Responses and Objection to Request for Production of Documents of Leona Purdum Directed to the Debtors | Leona Purdum<br>2532 N. 4th St.<br>#254<br>Flagstaff, AZ 86004 |
| Debtors' Responses and Objection to Request for Production of Documents of William A. Reed Directed to the Debtors | William A. Reed<br>7810 Heaton St.<br>Theodore, AL 36582 |
| Debtors' Responses and Objection to Request for Production of Documents of Ronald J. Rose, Jr. Directed to the Debtors | Ronald J. Rose, Jr.<br>26 Pheasant Run<br>Ballston Spa, NY  12020 |
| Debtors' Responses and Objection to Request for Production of Documents of Cynthia Schmidt Directed to the Debtors | Cynthia Schmidt<br>P.O Box 119<br>Oregon House, CA 94962 |
| Debtors' Responses and Objection to Request for Production of Documents of Chad P. Soriano Directed to the Debtors | Chad P. Soriano<br>8974 Hickory Ave.<br>Hesperia, CA 92345 |
| Debtors' Responses and Objection to Request for Production of Documents of Herbert Preston Stansbury Directed to the Debtors | Herbert Preston Stansbury<br>3193 US Highway 15<br>Stem, NC 27581 |
| Debtors' Responses and Objection to Request for Production of Documents of Olive Jane Stepp Directed to the Debtors | Olive Jane Stepp<br>470 Fairview Rd.<br>Asheville, NC 28803 |
| Debtors' Responses and Objection to Request for Production of Documents of Miriam L. Stewart Directed to the Debtors | Miriam L. Stewart<br>2615 Bailey's Crossroads Rd.<br>Benson, NC 27504 |
| Debtors' Responses and Objection to Request for Production of Documents of Carmel T. Totman Directed to the Debtors | Carmel T. Totman<br>164 Berton St.<br>Boone, NC 28607 |
| Debtors' Responses and Objection to Request for Production of Documents of Jerry Lynn Wadlow Directed to the Debtors | Jerry Lynn Wadlow<br>PO Box 79<br>Wewoka, OK 74884 |
| Debtors' Responses and Objection to Request for Production of Documents of Thelma Watson Directed to the Debtors | Thelma Watson<br>PO Box 971<br>24 Hill St. |

|  | Bath, SC 29816 |
| --- | --- |
| Debtors' Responses and Objection to Request for Production of Documents of Nancy Ann Wilson Directed to the Debtors | Nancy Ann Wilson<br>7101 Chase Oaks Blvd.<br>#1637<br>Plano, TX 75025 |
| Debtors' Responses and Objection to Request for Production of Documents of Paul Douglas Wolfe Directed to the Debtors | Paul Douglas Wolfe<br>113 Red Drum Ln.<br>Gloucester, NC 28528 |