```
                    IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 09-10138(KG)
                                )    (Jointly Administered)
NORTEL NETWORKS, INC.,          )
       et al.,                  )    Chapter 11

                                )    Courtroom 3
                                )    824 Market Street
              Debtors.          )    Wilmington, Delaware
                                )
                                )    October 3, 2012
                                )    10:00 a.m.


                    TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE JUDGE KEVIN GROSS
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:                  Morris Nichols Arsht & Tunnell, LLP
                              BY: DEREK ABBOTT, ESQ.
                              BY: ANN CORDO, ESQ.
                              1201 North Market St., 18th Floor
                              Wilmington, DE  19899-1347
                              (302) 351-9357

                              Cleary Gottlieb Steen & Hamilton
                              BY: LISA SCHWEITZER, ESQ.
                              BY: ROBERT RYAN, ESQ.
                              BY: JAMES CROFT, ESQ.
                              One Liberty Plaza
                              New York, NY  10006
                              (212) 437-4350

ECRO:                         GINGER MACE

Transcription Service:        DIAZ DATA SERVICES, LLC
                              331 Schuylkill Street
                              Harrisburg, Pennsylvania 17110
                              (717) 233-6664
                              www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

| | |
|---|---|
| For Official Creditors' Committee: | Richards Layton & Finger<br>BY: CHRIS SAMIS, ESQ.<br>One Rodney Square<br>920 King Street<br>Wilmington, DE  19801<br>(302) 651-7845 |
| For Ernst & Young: | Buchanan Ingersoll & Rooney<br>BY: KATHLEEN MURPHY, ESQ.<br>1105 N. Market St., Ste. 1900<br>Wilmington, DE  19801-1054<br>(302) 552-4200 |
| For LTD Committee: | Elliott Greenleaf<br>BY: RAFAEL ZAHRALDDIN, ESQ.<br>The Brandywine Building<br>1000 West St., Ste. 1440<br>Wilmington, DE  19801<br>(302) 384-9400 |
| For UK Administrators: | Young Conaway Stargatt &<br>Taylor, LLP<br>BY: JAIME CHAPMAN, ESQ.<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-5030 |
| For U. S. Trustee: | U. S. Department of Justice<br>BY: MARK KENNEY, ESQ.<br>844 King Street, Ste. 2207<br>Lockbox 35<br>Wilmington, DE  19801<br>(302) 573-6491 |
| For Retiree's Committee: | McCarter & English<br>BY: WILLIAM TAYLOR, ESQ.<br>Renaissance Centre<br>405 N. King St., 8th Floor<br>Wilmington, DE  19801<br>(302) 984-6313<br><br>Togut Segal & Segal<br>BY: NEIL BERGER, ESQ.<br>One Penn Plaza, Ste. 3335<br>New York, NY  10119<br>(212) 594-5000 |

TELEPHONIC APPEARANCES:

For Law Debenture:                Patterson Belknap Webb & Tyler
                                  BY: CRAIG W. DENT, ESQ.
                                  (212) 336-2864

For Ernst & Young:                Allen & Overy, LLP
                                  BY: LISA KRAIDIN, ESQ.
                                  (212) 610-7300

For Bank of America:              Bank of America
                                  BY: ESTHER CHUNG
                                  (646) 855-6705

For Official Committee of
Unsecured Creditors:              Akin Gump Strauss Hauer &
                                  Feld, LLP
                                  BY: BRAD KAHN, ESQ.
                                  (212) 872-8121

For Aurelius Capital
Management, LP:                   Aurelius Capital Management LP
                                  BY: MATTHEW ZLOTO
                                  (646) 445-6518

In Propria Persona:               Sandra Aiken, In Pro Per/
                                  Pro Se
                                  (865) 896-0034

                                  Charles Barry, In Pro Per/
                                  Pro Se
                                  (919) 528-3868

                                  Robert Dover, In Pro Per/
                                  Pro Se
                                  (972) 898-0996

                                  Janette Head, In Pro Per/
                                  Pro Se
                                  (603) 626-6938

                                  William Reed, In Pro Per/
                                  Pro Se
                                  (251) 653-6459

                                  Brenda Rohrbaugh, In Pro Per/
                                  Pro Se
                                  (678) 764-5569

```
TELEPHONIC APPEARANCES:
(Continued)

In Propria Persona:              John J. Rossi, In Pro Per/
                                 Pro Se
                                 (330) 264-7737

                                 Carmel Totman, In Pro Per/
                                 Pro Se
                                 (919) 649-3411

                                 Gerald R. Utpadel, In Pro Per/
                                 Pro Se
                                 (310) 373-3948

                                 Michael Rexroad, In Pro Per/
                                 Per Se
                                 (919) 762-9111

                                 Nortel Networks, Inc.
                                 Carol Raymond
                                 In Propria Persona
                                 (305) 238-4951

For Interested Party:            Jeff Borron, In Pro Per/
                                 Pro Se
                                 (972) 841-2364

                                 John Mercer, In Pro Per/
                                 Pro Se
                                 (607) 737-9797

For Creditor:                    Peter Lawrence, In Pro Per/
                                 Pro Se
                                 (561) 865-5382
```

1

WILMINGTON, DELAWARE, WEDNESDAY, OCTOBER 3, 2012, 10:00 A.M.

THE CLERK:  Please rise.

THE COURT:  Good morning, everyone.  Thank you, and please be seated.  It's good to see you.  Mr. Abbott, you're -- I can see you're rearing to go.

MR. ABBOTT:  Good morning, Your Honor.  Well, yes we are.  Your Honor, Derek Abbott, from Morris Nichols, here for the Omnibus agenda today.  Your Honor, we understand an Order has been entered on number one on the agenda.

THE COURT:  Yes, sir.  Yes.

MR. ABBOTT:  Your Honor, number two is an Omnibus claims issue Mr. Croft will respond to.  I thought I might spend a minute now, Your Honor, trying to develop a plan on how to proceed with number three.

THE COURT:  Okay.

MR. ABBOTT:  Your Honor, will recall that number three is a Motion of certain of the Nortel LTD employees. There are dozens of them, Your Honor, obviously, on that Motion.  I don't believe they have an attorney in the Courtroom, and we thought that it might be easier for Your Honor if, perhaps, Ms. Schweitzer stood up and sort of framed some of the issues for you and explained the debtors' position so that the folks could respond to it, as appropriate.  We're obviously at the Court's pleasure, and obviously, it's their Motion, their burden, but we just

1  thought that might be a little easier for the Court to digest

2  and, perhaps, frame the colloquy afterwards and we're happy

3  to do it that way or how ever Your Honor would otherwise

4  suggest.

5          THE COURT:  I think that makes sense given the

6  number of people who are on the phone and involved in that

7  matter as long as they all understand that they will

8  certainly have every opportunity to be heard on their views.

9          MR. ABBOTT:  Of course, Your Honor.  We're not

10 looking to preempt --

11         THE COURT:  Right.

12         MR. ABBOTT:  -- their ability to participate;

13 just, perhaps, frame it for Your Honor and --

14         THE COURT:  That would be helpful.  I think --

15         MR. ABBOTT:  -- make it a little more manageable.

16         THE COURT:  -- that's a good idea.

17         MR. ABBOTT:  Thank you, Your Honor.

18         THE COURT:  Yes.

19         MR. ABBOTT:  So I'll now cede the podium to Mr.

20 Croft for item number two then.

21         THE COURT:  All right.  Thank you.  Mr. Croft,

22 good morning, sir.

23         MR. CROFT:  Good morning, Your Honor, James Croft,

24 Cleary Gottlieb Steen & Hamilton, on behalf of the debtors,

25 Nortel.  I want to briefly talk to you about the debtors'

1  Twenty-Eighth Omnibus Objection to Claims --

2          THE COURT:  All right.

3          MR. CROFT:  -- that's Docket Index 8192, and item

4  number two on the agenda, and I believe item number two in

5  the binder that you were given.

6          THE COURT:  Yes sir.

7          MR. CROFT:  Your Honor, this Objection is very

8  similar to the other Omnibus Claims Objections related to

9  employees that we filed in the past.  Like the Twenty-Third,

10  Twenty-Fourth, Twenty-Fifth, and Twenty-Sixth Omnibus

11  Objections, this Omnibus Objection, the Twenty-Eighth, also

12  deals with employee claims related to severance and employee

13  claims related to benefits under the Nortel Networks

14  Retirement Income Plan.  There are no new issues in this

15  Objection that were not previously presented in any of those

16  previous four Objections.  The Objection was both initially

17  filed and served on August 17th, 2012, and an initial

18  Objection deadline of September 6th was established.  It came

19  to our attention that portions of the service copies of these

20  Objections that were served on employees were cut off.  So we

21  decided to re-serve the Objection and extend the Objection

22  deadline, and to do that, we filed an Amended Notice of the

23  Debtors' Twenty-Eighth Omnibus Objection --

24          THE COURT:  Yes.

25          MR. CROFT:  -- which is at D.I. 8408.  The

1   Affidavit of Service for the original service is at D.I. 8284

2   and the Affidavit of Service related to the second service is

3   at 8423.

4           Your Honor, we only received one informal response

5   to this Objection and it deals with the claims of a

6   participant under the Nortel Networks Retirement Income Plan.

7   We did not receive any responses, formal or informal, with

8   respect to the severance claims addressing the Objection.

9           To refresh your recollection, the Nortel Networks

10  Retirement Income Plan is a tax-qualified, single employer

11  Defined Benefit Pension Plan under ERISA and the Plan was

12  terminated under Section 4042(c) of ERISA, effective as of

13  July 17th, 2009, pursuant to a Trusteeship Agreement between

14  the Pension Benefit Guaranty Corporation and the Retirement

15  Plan Committee as the Plan Administrator.  The Trusteeship

16  Agreement appointed the PBGC as the Trustee of the Plan and

17  this Court approved the debtors taking all necessary and

18  appropriate actions in furtherance of the implementation of

19  the Trusteeship Agreement in an Order dated August 31st, 2009

20  at D.I. 1406.

21          Your Honor, the only Objection we received was

22  from Mr. Furlong.  Mr. Furlong filed Claims No. 7014 and 7260

23  against the debtors, each in the amount of $138.75 a month,

24  and Mr. Furlong's response is at Tab 2(a) in your binder.

25          THE COURT:  Yes.

1              MR. CROFT:  Your Honor, I actually called the

2    Furlongs and I had a chance to speak to Mr. Furlong's wife

3    and I understand their concerns to be (1) that they did not

4    want to have this Objection take away the benefits that they

5    are currently actually receiving from the Pension Benefit

6    Guaranty Corporation, and I explained to them that this

7    Objection would not do that.  I don't think they're going to

8    be appearing here today or on the phone.

9              THE COURT:  All right.

10             MR. CROFT:  So, Your Honor, to the extent that any

11   responses remain to the Twenty-Eighth Omnibus Objection, our

12   position is that the law is clear that, following the

13   termination of a tax-qualified Defined Benefit Pension Plan,

14   the PBGC is the sole source of recovery for participants of

15   such Plan and that PBGC is the sole entity entitled to

16   recover unfunded pension benefits directly from the Plan

17   sponsor.

18             THE COURT:  Yes.

19             MR. CROFT:  And I draw your attention to the

20   following statutes:  29 U.S.C. §§1322, 1344, and 1362, and

21   the following cases:  *United Steelworkers v. United*

22   *Engineering*, 52 F.3d 1386 out of the Sixth Circuit in 1995;

23   and *In Re:  Adams Hard Facing Co.* at 129 B.R. 662 out of the

24   Bankruptcy Court for the Western District of Oklahoma in

25   1991.  Your Honor, this case law specifically holds that

1 | participants in a terminated Defined Benefit Pension Plan do

2 | not have a direct claim against the Plan sponsor for benefits

3 | under that Plan.  And Your Honor may recall that you and I

4 | actually discussed this issue in connection with the debtors'

5 | Twenty-Fifth Omnibus Objection.  That Objection similarly

6 | dealt with claims of participants in the Defined Benefit

7 | Pension Plan, some of whom appeared and some of whom filed

8 | responses, and over those responses, you entered the Order

9 | approving the Twenty-Fifth Omnibus Objection which is at D.I.

10 | 7432.  And just to refresh your recollection, our discussion

11 | is in the March 22nd, 2012 transcript --

12 | THE COURT:  Yes.

13 | MR. CROFT:  -- which is at D.I. 7524.

14 | THE COURT:  All right.

15 | MR. CROFT:  And, unless Your Honor has any

16 | questions, we'd ask that you please enter the Order approving

17 | the Debtors' Twenty-Eighth Omnibus Objection, and I have a

18 | proposed form of Order for Your Honor.

19 | THE COURT:  All right, Mr. Croft.  Thank you.  Let

20 | me first ask if anyone else wishes to be heard on this

21 | Objection.

22 | (No audible response)

23 | THE COURT:  All right.  Hearing no one, this is

24 | not a new issue for the Court.  It's clear that the case law,

25 | the statutory law, provides that the Objecting Party, Mr.

1  Furlong, would look to the Pension Benefit Guaranty

2  Corporation for his benefits, and under the circumstances, I

3  will overrule his Objection and sustain the Objection to his

4  claims.

5          MR. CROFT:  Thank you.  May I approach, Your

6  Honor?

7          THE COURT:  Yes, Mr. Croft.  Thank you.  Good to

8  see you.  Thank you.  All right.

9          MR. CROFT:  That's all I have, Your Honor.  I'll

10 cede the podium to Ms. Schweitzer.

11         THE COURT:  All right.  Good to see you, Mr.

12 Croft.  Thank you, sir.

13         MR. CROFT:  Thank you, Your Honor.

14         THE COURT:  Ms. Schweitzer, good morning.

15         MS. SCHWEITZER:  Good morning, Your Honor, for the

16 record, Lisa Schweitzer, from Cleary Gottlieb Steen &

17 Hamilton, representing the U.S. Debtors.

18         As Mr. Abbott had indicated earlier this morning,

19 we're on the docket entry 8418, the Nortel U.S. LTD

20 Employee's Motion that's compelling the debtors to disclose

21 certain information regarding the transition from LTD Plans

22 to Retiree Plans.  Your Honor is familiar with the general

23 context of the Motions in terms of that there are two

24 Motions; one to terminate; one pending to terminate LTD

25 Plans; one pending to terminate Retiree Plans.

1              THE COURT:  Yes.

2              MS. SCHWEITZER:  But just to step back for the

3     benefit of everyone on the phone, as well as Your Honor,

4     those Motions were filed at the end of July.  There are

5     separate Motions that disabled employees receive their

6     benefits under various Nortel disability plans, current

7     employee healthcare plans, and the like, and then the retired

8     employees receive their benefits under separate plans for

9     retiree benefits.

10             THE COURT:  Yes.

11             MS. SCHWEITZER:  Accordingly, two different

12    Motions were made.  In the Retiree Motion, the debtors, as

13    they're required to do, attached a proposal pursuant to §1114

14    of the Bankruptcy Code that said, hey look, this is our last

15    proposal, or at least, you know, we're sending our last

16    proposal, and therefore, this is the relief we're seeking

17    from Your Honor, is the enforcement effectively of the

18    attached proposal.

19             THE COURT:  Right.

20             MS. SCHWEITZER:  And that provided for a dollar

21    amount that would be paid to the Retiree Committee where the

22    Retiree Committee would then have the responsibility for

23    allocating that dollar amount among the Retirees in

24    proportion to their potential claims so the debtors wouldn't

25    be doing that allocation.  But then it also provided, and the

1  debtors have specifically proposed this, is that, for a

2  disabled person, a disabled person who's worked for the

3  company for a very long time, might be accruing seniority, in

4  turn, that would make them eligible for retirement benefits

5  ultimately --

6          THE COURT:  Right.

7          MS. SCHWEITZER:  -- but they haven't retired

8  today.  So you could take the position that, if they haven't

9  retired today, the Plan's terminated and they no longer have

10 retirement benefits.  The debtors, in their proposal, had

11 suggested that if you've already accrued enough seniority or

12 time with the company, that even if you hadn't gotten there

13 by age, that you would be able to at least have a choice.

14 You could be a disabled person and continue to receive

15 disabled benefits, subject to the Court ultimately deciding

16 that issue, or just to give you an opportunity, you can

17 choose to retire and go into the retiree pool.  You can't

18 have both.  Right?  You're either a current employee or a

19 retiree but at least you can have that choice.

20         THE COURT:  Yes.

21         MS. SCHWEITZER:  Now, the --

22         THE COURT:  Which is a choice that didn't have to

23 be extended, as I understand it.

24         MS. SCHWEITZER:  Correct.  So at least the

25 debtors' position would be that, if you're not -- you know,

1 that if the Plan has terminated and you haven't become a

2 retiree, then there's no more Plan for you to retire into.

3           THE COURT:  Right.

4           MS. SCHWEITZER:  So the debtors had included that

5 in their proposal, recognizing that different people have

6 different seniority, different age, and that maybe a 20-year

7 old wouldn't elect that, but someone very close wasn't just

8 caught in timing.  Right?

9           THE COURT:  Yes.

10           MS. SCHWEITZER:  And each individual, obviously,

11 can make their own choice.  The rub of it, of course, is that

12 the Motion is pending.  The reason the Motion is pending is

13 because the Retirees have not accepted that proposal yet.

14 And, as Your Honor is aware, the debtors are now negotiating

15 with the Retirees.  In furtherance of the continued

16 mediation, it may ultimately reach a settlement that is

17 different.  It could be the same.  It could be different.  It

18 could have more money or less money and it could have those

19 same terms or different terms in terms of people's right to

20 elect into retirement benefits and what that would mean for

21 their loss of their disability benefits and what it would

22 mean in terms of their right to share in proceeds.  Without

23 getting into specifics, that part of those discussions

24 obviously go into people's legal rights and whether people

25 should have those entitlements or do have those entitlements

1  in the meanings of the Plan.  But without getting into detail

2  about things that are confidential, suffice it to say, that

3  there is no final decision that's been made as to how that

4  mechanism would work or whether that mechanism will be

5  ultimately allowable to people.

6          THE COURT:  Right.

7          MS. SCHWEITZER:  So we do understand that, from

8  the disabled individuals' side, they've now seen a Motion

9  that was filed in July and they understand that there will be

10  or there may be this choice to be made ultimately, either in

11  the context of a settlement or in the context of rulings by

12  Your Honor; that ultimately, they might have to make these

13  decisions as to which pool they would want to remain in, the

14  disabled benefits that are continuing, the disabled benefits

15  that are terminating possibility, you know, possibly through

16  settlement or through litigation.  And on the other side, a

17  Retiree settlement possibly or a Retiree litigation on the

18  other side.  Right?

19          THE COURT:  Yes.

20          MS. SCHWEITZER:  So the choice, obviously, is

21  something that people need to take seriously and we'd want

22  people to have information that's helpful to them to make

23  that choice.  The choice is also not being asked to be made

24  today, and as importantly, the facts that would influence

25  that choice are still fluid.  They're moving.  Your Honor

1  hasn't made a ruling as to if or when those benefits would be

2  terminated and, to the extent that there were a settlement,

3  that the rights or opportunities might be different than they

4  are today.

5          THE COURT:  And our evidentiary hearing, as I

6  recall, is in January?

7          MS. SCHWEITZER:  In January, correct.

8          THE COURT:  Yes.

9          MS. SCHWEITZER:  For the Retiree and then early

10 February for the disability, but next --

11         THE COURT:  Right.

12         MS. SCHWEITZER:  -- next year.

13         THE COURT:  Right.

14         MS. SCHWEITZER:  And so our understanding, and

15 it's fair that people are asking and trying to find out any

16 information on their own, that they can that will help them

17 make these choices.

18         The second half of the Motion deals with one

19 specific line I think creative people have pursued and it's a

20 completely fair question to ask and it's information people

21 would want to know, which is that if someone retires, and

22 this is me speaking generally and not representing the

23 position of the PBGC, but if someone retires, and they were

24 otherwise eligible for pension benefits, that then they can

25 go and apply to the PBGC, and you know, ask to have those

1   benefits started.  And then the pension -- the PBGC will come

2   to the debtors to ask them to confirm that a retirement has

3   happened, and then, if the retirement has happened, then the

4   PBGC, not the debtors, go to calculate the amount that that

5   person would be entitled to get.  Because of the termination

6   of the Plans and the PBGC claim not being finally allowed,

7   we've been informed by the PBGC that -- you know, that

8   there's not necessarily a final number to give people but,

9   more importantly, they will not calculate these numbers until

10  after someone's retired.  They effectively don't give

11  advisory advice on -- they won't give, prior to retirement,

12  advice on what someone is able to get from the PBGC.  Having

13  seen this Motion, we reached out to Counsel for the PBGC

14  again to ask them is it possible -- you know, we understand

15  there are two things being said in the Motion, which is that

16  people are not getting information from the PBGC, and that

17  there's some information missing from the debtors that is the

18  reason why.  And we were told by Mr. Murrell of the PGBC that

19  no; in fact, there's no information they're waiting for from

20  the debtors today.  The only information that they would come

21  back to us on is to confirm, at the time of retirement, that

22  the retirement has actually happened; just a verification and

23  that it is not their policy to give out this information in

24  advance.  So to the extent that the Motion is seeking to

25  compel us to cooperate with them, obviously, the debtors have

1   every intention of cooperating with the PBGC in furtherance

2   of their administration of the benefits but we're not aware

3   of anything we can do right now to move that along.

4           THE COURT:  Okay.

5           MS. SCHWEITZER:  On the other half, in terms of

6   their questions raised, again, about, you know, what would a

7   settlement -- or they're asking it in the context of the

8   Motion, what would a termination of the Retiree benefits mean

9   and what would this election mean to me.  I think that there

10  are two responses or concerns with that from the debtors

11  which is that, obviously, we're not ultimately their -- the

12  lawyers to individuals and we can't ultimately give any

13  individual an individualized analysis of their risks and

14  benefit of any particular proposal to them.  We can't tell

15  them you should read the Plan this way.  You should consider

16  this argument you could have made or this claim you could

17  have filed.  Right?  And to the extent that there is a

18  settlement or an ultimate litigation, then we understand that

19  it would be important for individuals to get some information

20  about what that -- what the proposed settlement means to

21  them.  But likely, the debtors couldn't or wouldn't be the

22  ones providing that.  It would, as likely, come from the

23  Committees who would be responsible for administering and

24  distributing out the money and deciding those -- the value of

25  those claims.  But, as I said, that's not a today issue

1    because there's no final decisions that have been made.  So

2    we understand that if there was a point of settlement, that

3    that would be something that people would want to know and

4    they would want to have some guidance about are they getting

5    benefits; would they be getting cash; would they be getting a

6    claim; you know, what are the rough parameters; would they --

7    if they opt retirement, is that a full retirement; and would

8    that mean that they would, therefore, not be entitled to

9    receive further benefits as a current employee.  We

10   understand those are all concerns and those are the things

11   that people want information on which is not -- it's

12   premature today to give that and it could, more importantly,

13   be confusing to people if we were forced to give advice or

14   information that ultimately might change.  People might not

15   understand that it's not in final form.  What we have done

16   is, with respect to some of the Plans, for example, the

17   Severance Plan that people specifically ask questions about,

18   it's my understanding that the debtors do not pay severance

19   for disabled individuals who leave the company, who are

20   severed from the company.  If you retire, you might get your

21   retirement benefits or you might get other benefits, but we

22   don't -- the debtors historically have not paid severance;

23   that we informed the Committee, the LTD Committee, of that a

24   while ago and it provided them a copy of the Plan.  But we're

25   making sure if people want to see the Plan that we'll post

1  that through the discovery procedures.  If there are other

2  specific Plans, we think we've provided the relevant Plans,

3  but if people want to see a Plan, we can give them a copy of

4  a Plan, but people have to understand that, in the

5  settlement, rights might not be reflected in the Plan.  We

6  can give people, and I think we have posted, a copy of the

7  current Retiree Plan, for example.  So people can read that

8  and they can form their own views as to what rights they

9  might be entitled to and what benefits they might be entitled

10  to.  We're not opposed to giving them the Plan documents.

11  It's just that we can't give them legal advice as to what

12  that means.  And even in a settlement or a termination, we

13  can't apply that document to facts because those facts are

14  still fluid.

15          So that's the -- and when the debtors reviewed the

16  Motion, obviously, we've been working both in terms of formal

17  discovery and in cooperating with the Committee to try to

18  give people information that help them form views.  We

19  understand that this is important information; people would

20  want it, but we've given the information we think is

21  available today and with the remainder of the information, we

22  understand that, if and when these decisions need to be made,

23  people will want more concrete information but it's just

24  premature today for the debtors to be able to deliver that

25  information.  I know Mr. Berger, for the Retiree Committee,

1   is in the room today as well and, you know, his concern was

2   only if the Retiree Committee certainly had been asked to

3   provide any information --

4            THE COURT:  Yes.

5            MS. SCHWEITZER:  -- regarding the termination had

6   filed a response reserving his rights in that regard.  Mr.

7   Zahralddin, also is here for the LTD Committee.  I don't

8   think -- he hadn't filed a response.  I'm not sure that he's

9   being asked to do anything today but just to introduce him to

10  Your Honor.  And with that, I would cede the podium to the

11  individuals on the phone who certainly should have their

12  time.  Oh, Mr. Zahralddin first.

13           THE COURT:  Yes, Mr. Zahralddin.

14           MR. ZAHRALDDIN:  If you don't mind, Your Honor.

15           MR. REXROAD:  This is Michael Rexroad on the

16  phone.

17           THE COURT:  Yes.  Mr. Rexroad, I'm just going to

18  interrupt you for one moment because the lawyers in the

19  Courtroom are having a brief discussion, including Mr.

20  Zahralddin, who is representing the Long-Term Disability

21  Committee.  So I'll hear from you in a minute.

22           MR. REXROAD:  Thank you.  I appreciate it.

23           THE COURT:  Sure.

24           MS. SCHWEITZER:  So I apologize, Your Honor.  Mr.

25  Zahralddin was asking that, if someone hadn't made a specific

1   request for discovery but wanted access to the Plans, would

2   we be willing to give them a copy of those Plans, and we can

3   certainly work on a mechanism for doing so, but if there's a

4   current Plan of the debtors, they should have access to those

5   and if they don't, we can get those to them to the extent

6   that they want them.

7            MR. ZAHRALDDIN:  And Rafael Zahralddin, from

8   Elliott Greenleaf, for the LTD Committee, for the record.  My

9   thought was that, under ERISA, as Plan sponsors --

10           THE COURT:  Yes.

11           MR. ZAHRALDDIN:  -- there's an obligation to have

12  copies anyway.  So I didn't want anyone who's out there to

13  feel that they were being cut off just because they didn't

14  have discovery requests and maybe, if the company is okay

15  with it, we can post those on maybe the 1102 website or

16  someplace like that, but that's something she has to discuss

17  with her client first.

18           THE COURT:  Yes, I would -- yes.

19           MS. SCHWEITZER:  Your Honor, I mean I -- when we

20  say the Plans, there are many different Plans people are

21  asking about.  So I don't want to --

22           THE COURT:  Right.

23           MS. SCHWEITZER:  -- say we have duties or not have

24  duties.  But obviously, we're willing to work cooperatively

25  to get those Plans to people.  I think we've received over

1  100 discovery requests, Your Honor, so I'm not sure we're not

2  talking about an upset, but we will obviously work to find

3  some practical solution to those issues.

4          MR. ZAHRALDDIN:  Right.  Yes.  And just another

5  safety valve to keep the folks out there from not worrying as

6  much.

7          THE COURT:  Sure.

8          MR. ZAHRALDDIN:  And the only reason that I'm

9  really here is to see how I can help in terms of what the

10  Court or the parties believe that we can actually share and

11  the parameters on that.  Other than that, we didn't take a

12  position on that because, really, I think the issue is

13  probably more squarely with the PBGC than anybody else but --

14  and the debtors have been cooperative so --

15          THE COURT:  All right.

16          MR. ZAHRALDDIN:  -- I'll cede the podium to

17  whoever else is --

18          THE COURT:  Thank you.  Thank you.  All right.

19  Mr. Rexroad?  Thank you for your patience and I'll hear from

20  you now.

21          MR. REXROAD:  Thank you, Your Honor.  Good

22  morning, Your Honor, and good morning, ladies and gentlemen.

23          THE COURT:  Good morning.

24          MR. REXROAD:  I'm here representing myself as one

25  of the Nortel LTD employees which is eligible for the

1  retirement under the Nortel Retirement Plan, and I'm also

2  covered under the Nortel Defined Benefit Pension Plan, which

3  is now in the hands of PBGC.

4          THE COURT:  Yes.

5          MR. REXROAD:  Just for reference, I am 62 and I've

6  been employed with Nortel since January of '85, and I went on

7  disability, total disability, in July of '08.  Okay?

8          THE COURT:  Yes.

9          MR. REXROAD:  Now, the Motions that we have here

10  have been electronically signed by 57 other LTD employees who

11  are in similar situations.  And according to the documents

12  that I've reviewed, supplied by Nortel, indicates that

13  there's about 142 of the 215 disabled employees who are in

14  this similar situation of early retirement possibility.  So

15  clearly, this is an important matter for about two-thirds of

16  the people who are currently receiving the disability

17  benefits.  Okay.  And, as stated, there was two different

18  Motions at least by the debtors' Counsel, one to terminate

19  the LTD benefits, to terminate the LTD employees; and second,

20  to terminate the Retirement Welfare Plans.  And then from

21  there, there's been two Committees formed; one Committee for

22  the LTD employees; and a second Committee for the Retirement

23  community.  And I understand that these Committees have been

24  working on parallel paths with each working towards a unique

25  and separate settlement.  I understand debtor and the Retiree

1   Committee cannot supply detailed risk benefits on an

2   individual basis or disclose details of ongoing negotiations.

3   The issues that I have was that up to this current Motion

4   before the Court, is that if I did not take early retirement,

5   I must voluntarily terminate my employment.  I understand I

6   cannot be part of both groups at the same time.  Without an

7   H.R. Department to go to, I do not have access to the

8   documentation and the knowledgeable assistance that H.R. has

9   provided, Human Resources, to determine what all I would have

10  to be giving up or what benefits I could have available.

11          Judge, I'm totally disabled and have no

12  opportunity to replace any lost income.  I must be able to

13  weigh the difference between these two choices and determine

14  which approach is most advantageous to me.  Also, about 142

15  other people must make this same type of decision.  The

16  issues leading up to this motion is that very little

17  information has been available to me in order to make this

18  decision.  And what I do remember, retirement benefits can be

19  affected by when you started and what age you were at

20  different times the Plans changed.

21          For a period of time, I was unable to obtain

22  information from the PBGC concerning my future benefits and

23  was told they did not know if disability had any effect on my

24  monthly pension or estimates could not be given without a

25  termination notice from Nortel.  In my case, with the help of

1  my Congressman, PBGC has provided me with the information

2  that I requested.  I'm not sure if the others have started to

3  receive information or not.  A further issue is that I, and

4  the other 142 eligible early retirement employees, disabled

5  employees, are not being represented by the Retirement

6  Committee because we cannot be in both groups at the same

7  time.

8             THE COURT:  Right.

9             MR. REXROAD:  There's been no communication with

10 the Retirement Committee whatsoever, and only by reading the

11 Court document that was referenced here, I was able to

12 decipher what is happening through termination of the

13 Retirement Plan.  And as further stated by both Nortel and

14 the Retirement Committee that there is a Retiree Termination

15 Motion with a proposed settlement.  Yet there has been no

16 indication that the qualified LTD employees would be eligible

17 to participate in any way in that settlement.  We are not

18 represented by the Retirement Committee and since Nortel has

19 us listed as active employees, it seems to me that the

20 Retirement Committee would exclude us from any settlements

21 they negotiate or receive.  Both Nortel and the Retirement

22 Committee have emphasized a decision for determining how to

23 -- how the retirement settlement would be used or distributed

24 lies solely in the hands of the Retirement Committee and not

25 the debtor.

1          I am afraid that the Retirement Committee could

2   decide for their own interests to exclude us from any

3   settlement.  I have no way of knowing how they would make the

4   decision.

5          Finally, there's the issue of timing.  There's two

6   separate scheduled Orders have been signed; one for the trial

7   of the Retirement Termination Motion which is scheduled for

8   January 22nd of 2013; and one for the trial for the

9   termination of the LTD Motion which is scheduled for February

10  12th, 2013.  Under this scenario, the potential exists for the

11  Retirement Committee to reach a settlement with the debtors

12  prior to the trial to hear the LTD Termination Motion.  At

13  that point, we, the qualified LTD employees, will know what

14  early retirement could mean in terms of a gross settlement

15  but I'm not sure if we could become a part of that settlement

16  and we would not know what the LTD Termination Motion status

17  would be.  Worst case, we would -- may be left out of the

18  retirement settlement and then lose our LTD benefits.

19         Your Honor, it seems that before the doors close

20  on the retirement settlement, that there is a disclosure of

21  information and a window of opportunity for early retiree

22  eligible LTD employees to make an informed decision as to

23  whether they want to roll over to the retirement group.

24         Also, Your Honor, at a minimum, I would request

25  that this Motion be continued to a further hearing date so we

1  can see what information is provided to us by these debtors

2  once we have access to discovery data.  Thank you, sir.

3          THE COURT:  Thank you, Mr. Rexroad.  That was very

4  clearly stated and -- good morning, Mr. --

5          MR. BERGER:  Good morning, Judge, Neil Berger,

6  Togut Segal & Segal.  We represent the Official Committee of

7  Retired Employees.

8          THE COURT:  No settlement is before the Court at

9  the moment, of course.

10          MR. BERGER:  None is before the Court.  I stand,

11  and I won't take much of Your Honor's time, we did file a

12  Reservation of Rights, and I'm responding to -- I stand to

13  respond to the comments that were made by Counsel earlier,

14  and what we just heard on the record.  The benefits and

15  access to benefits under the Retiree Welfare Plans are

16  governed by the Plans' documents, other documents, and

17  information.

18          THE COURT:  I've read a few of those Plans and --

19          MR. BERGER:  I have too, Your Honor.

20          THE COURT:  -- I would hate to try to figure them

21  out.

22          MR. BERGER:  It's a long read.

23          THE COURT:  Yes.

24          MR. BERGER:  As Ms. Schweitzer said, we are

25  continuing our negotiations under the supervision of Mr.

1   Levin.

2           THE COURT:  Yes.

3           MR. BERGER:  We are bound by confidentiality.

4   Those negotiations are ongoing and fluid.  But to respond to

5   the statements that were made by the gentleman who was just

6   heard by the Court, the Retiree Committee does not have a

7   deaf ear to the claims or beliefs that people may have

8   concerning access to or rights to benefits under the Retiree

9   Welfare Plans.  I'm constrained by confidentiality to talk

10  about what is being considered during the mediation sessions,

11  but, suffice it to say that those rights and access to those

12  benefits are either going to be governed by an adjudication

13  by Your Honor on the --

14          THE COURT:  Yes.

15          MR. BERGER:  -- Motion to Terminate the benefits

16  or, perhaps, on a Motion to Approve a Settlement if a

17  settlement can be hammered out.  And certainly, one of the

18  things that one would expect people to be thinking about and

19  are, is how to best provide notice if there is either a

20  termination on the debtors' Motion after a trial or on a

21  Motion to Approve some type of compromise and the range of

22  issues that one would consider are how best to get the Motion

23  and the notice out to people, values, what peoples' rights

24  are.  That is, as Ms. Schweitzer said, and I join in, not

25  something that can be done today.  It will be done.  People

1  are aware of peoples' claims, rights, and situations.  The

2  Retiree Committee does maintain, pursuant to Your Honor's

3  §1102 Order, an official website.

4          THE COURT:  Yes.

5          MR. BERGER:  We do post current events on that

6  website.  People do email questions to the Retiree Committee

7  and we do our best to respond as quickly and an informative

8  way as we're able.  To round out simply my statements, we

9  don't represent the LTD participants.  Now, we know they're

10  there.  We know that certain LTD participants believe they

11  have access to or rights to retiree benefits and all of that

12  is within our consciousness.

13          THE COURT:  All right.  I mean let me ask you this

14  question, Mr. Berger, because Mr. Rexroad said something that

15  I had thought about and that is, under normal circumstances

16  where the company was still operating, they would have a

17  Human Resources person to go to to explain to them their

18  rights, I mean, and that's the way it normally operates under

19  these circumstances and that is not present under these

20  circumstances.  Has the -- has either Committee considered

21  retaining someone who would be able to do the analysis for

22  all of -- for these individuals?

23          MR. BERGER:  Your Honor, we -- I have not had

24  those conversations.  I understand there still is a Nortel

25  hotline to answer certain questions.  I'd be hesitant to have

1   the Retiree Committee giving advice to individual LTD

2   beneficiaries.

3                THE COURT:  Understood.

4                MR. BERGER:  I do know that the LTD Committee has

5   a regular call-in and providing information.  And certainly,

6   I can speak with Ms. Schweitzer and Mr. Zahralddin about

7   that, but I'm going to cede the podium for just a moment to

8   Ms. Schweitzer.

9                THE COURT:  Very well.  Ms. Schweitzer?

10               MS. SCHWEITZER:  So, Your Honor, the company is in

11  a lowered head count now.

12               THE COURT:  That's right.

13               MS. SCHWEITZER:  The company does have H.R. Shared

14  Services.  It still does have a hotline that's able to answer

15  questions.  The issue is whether these questions are

16  answerable.

17               THE COURT:  And they're not right now.

18               MS. SCHWEITZER:  Right.  And --

19               THE COURT:  As I understand it.

20               MS. SCHWEITZER:  -- this is the -- so if a person

21  calls in and says, you know, I want to know -- I want a copy

22  of a Plan, right?

23               THE COURT:  Yes.

24               MS. SCHWEITZER:  You can get a copy of a Plan and,

25  in fact, we try to facilitate that by just posting the Plans

1    to save 200 phone calls, right?  If there's a way that we

2    know that a significant number of people want a copy of the

3    Severance Plan, we can just post that, right?  And so we have

4    a way of avoiding 200 phone calls.  The question which people

5    would want answered, I believe, is tell me if I go into

6    retiree status right now, what are my five benefits and how

7    long it goes for.  And the issue is is that it would be

8    uncomfortable for the company to have to answer that because

9    they can give the person a copy of the Plan, which, again,

10   we've made available.  Here's your Retiree Plan.  There's a

11   chart in it and in the chart it says, if you're of this age

12   and this level of accrued years, this is your benefit, right?

13   And you can read the Plan.  I understand that --

14              THE COURT:  It's that plain?

15              MS. SCHWEITZER:  There is a chart at least to say

16   what your eligibility is into retirement benefits.  Of

17   course, Plans are thick and people have different decisions,

18   but, most importantly, the company can't, with any assurance,

19   say and you're going to get this for the rest of your life or

20   you're going to get this for the next year because, as you

21   know --

22              THE COURT:  It's --

23              MS. SCHWEITZER:  -- we're seeking to terminate

24   these benefits.

25              THE COURT:  Right.

1          MS. SCHWEITZER:  So in weighing today, you're

2     weighing, as the gentleman on the phone said, if I asked you

3     today you're saying the risk of a Retiree termination against

4     the risk of an LTD termination where you don't know what

5     either of those things mean, so it's -- and it's not one

6     answer fits all.  As the gentleman said, there are a handful

7     or many handfuls of people who are in this situation where

8     they might have accrued enough seniority that they have the

9     right to move over to retirement and every day some of them

10    might, in fact, have retired.  They might have hit the 64 or

11    65 and they retire.  So every day, the facts are changing.

12          THE COURT:  Okay.

13          MS. SCHWEITZER:  But to the extent that people are

14    the same, they're also different.  This gentleman, one

15    gentleman, started a long time ago, another person started

16    more recently, different people are -- have elected different

17    types of benefits and each one of those permutations has a

18    different meaning.  But more importantly, it has a

19    fluctuating meaning, depending on how these different

20    litigations come out.  So I do think that, as Mr. Berger

21    said, we're all very aware of these issues.  We're all very

22    aware that if people are being asked to make a choice to

23    elect into retirement benefits as part of the settlement,

24    that they need to understand what -- that they would actually

25    be getting a share of the pot if they're not -- that they're

1   not being asked to elect into ephemeral rights.  We

2   understand that people view that they have these rights.

3   Other people, other lawyers, may have different views.  But

4   as Mr. Berger said, that that ultimately would be baked into

5   a settlement or it would be baked into a litigation before

6   Your Honor.  So I do think that, in that way, it's not that

7   the company is unwilling to answer questions or has no

8   resources to answer questions, it's that the questions that

9   people ask, which are very legitimate, are just not

10  answerable today or that the information would be incomplete

11  without saying, and by the way, all of this could change in

12  the next couple of months.  So I think the one constructive

13  comment that was made on the phone was that we're not seeking

14  that this Motion be denied with prejudice.

15             THE COURT:  Right.

16             MS. SCHWEITZER:  That you could never come back

17  and ask for this information.  But I think it's very helpful

18  to get the feedback for the types of information people would

19  want if and when they're being asked to make a choice and

20  that we can work to providing that type of notice if and when

21  it came to the point of a settlement or a final adjudication.

22             THE COURT:  And I heard Mr. Rexroad suggest a

23  deferral of a decision, in fact, on this Motion and that made

24  an awful lot of sense to me when Mr. Rexroad suggested it,

25  but --

1              MS. SCHWEITZER:  Yes.  I think the one fact that

2    might not be changeable is that there could be two different

3    decision points; that there's -- there is a possibility that

4    there's a settlement or litigation with one group that

5    happens as a timing matter at a different time than the other

6    group.  But I think we do have the safety valve of the

7    Committees who can, at that point, say we are -- we, in fact,

8    have reached our own settlement; we haven't reached a

9    settlement; we're heading toward litigation, and you have

10   litigation risk, right --

11             THE COURT:  Yes.  Yes.

12             MS. SCHWEITZER:  -- going forward.

13             THE COURT:  Of course.

14             MS. SCHWEITZER:  So it's not necessarily that we

15   can engineer it that you have two perfectly final decision

16   points next to each other, but certainly, to the extent that

17   you're being asked to opt into a settlement, that you would

18   know, hey, if I opt into the settlement, this amount is

19   certain and I'm opting into that certainty as opposed to this

20   litigation risk or this other settlement or whatever is

21   happening on the other side.  So -- but again, all of these

22   permutations are very premature at this point and it's hard

23   to make decisions.  So as I said, we're all -- I think the

24   three -- us and the Counsel for the LTD and Retiree Committee

25   are sympathetic to this and will be happy to defer the Motion

1    to the point where there was something for Your Honor to

2    approve or consider in terms of notice or an actual final

3    resolution.

4              THE COURT:  Yes.  Yes, Mr. Zahralddin?

5              MR. ZAHRALDDIN:  Your Honor, I guess the one point

6    that hasn't come up that I think is probably worth talking

7    about here for just a second is the fact that, while we're

8    all cognizant that, it's a timing issue.

9              THE COURT:  It is.

10             MR. ZAHRALDDIN:  There's a second element and

11   related timing issue that goes in for the -- probably all of

12   my folks, which would be that they do need a little bit of

13   lead time to make sure that they don't have an interruption

14   in health services being provided to them and access to

15   pharmaceuticals, et cetera, and part of that is because they

16   have to go to probably other alternative sources through the

17   State or under new healthcare laws, etc., and try to figure

18   out where they can go find insurance providers, find

19   insurance providers that provide them with their

20   pharmaceuticals or anything else that they may need.  And

21   there's a sensitivity that they don't have interrupted

22   service and they can make -- I think that's one of the

23   reasons that they are so worried about this, in addition to

24   the obvious ones, that they have a disability and have to

25   make sure that they are taken care of.  So that, again, on

1    the timing side, we have to be cognizant that there has to be

2    probably a little bit longer time period for a transition and

3    for them to digest and be able to go out to the different

4    people that they have to interface with and, while that's not

5    in front of the Court today and is probably appropriate for

6    some time later, there is a little bit of tension there

7    between if somebody settles here and then doesn't settle

8    here, et cetera, that can't become an artificial time period

9    if people need a couple of weeks.  Look, we've already heard

10   that PBGC needs 90 days lead time to do, et cetera, right?

11             THE COURT:  Yes.

12             MR. ZAHRALDDIN:  Mr. Rexroad seems to have had

13   some success going to his Congressman and getting a quicker

14   adjudication of those issues or explanation of what his

15   benefits would be.  But those are issues that are in tension

16   and I don't believe that they properly should be ignored and

17   so we may come back to you but I wanted to make sure you had

18   that information in your head because I think that's really

19   our Committee's only concern would be that there would be an

20   abbreviated time period where all of these folks would have

21   to go running around trying to figure out where do I get my

22   medicine or my care next and we need to give them enough time

23   and they need to have an informed decision when they make a

24   decision as to which way to go.

25             THE COURT:  Exactly.

1           MR. ZAHRALDDIN:  But again that's --

2           THE COURT:  Yes.

3           MR. ZAHRALDDIN:  -- not -- I think that's an issue

4    for later.  Also, just one point, because we do have a

5    confidentiality issue and we have a Confidentiality

6    Agreement, several of them, we've signed with all the

7    parties.  I believe Mr. Rexroad is referring -- when they

8    have -- when they discussed a settlement, they are discussing

9    the 1114 proposal that was part of the Termination Motion,

10   not any other settlement because we have been tight-lipped

11   and I want to make sure that everyone, our Committee and our

12   Counsel, have been very tight-lipped about everything going

13   on in the mediation, particularly since last time as we

14   enhanced our confidentiality.

15          THE COURT:  Okay.  All right.

16          MR. ZAHRALDDIN:  Thank you.

17          THE COURT:  Here's what I'll say.  First of all, I

18   do think that the Motion, and thereby any ruling on the

19   Motion, would be premature.  There just simply is not

20   sufficient certainty of the circumstances yet where anyone

21   can provide the kind of information that the -- that Mr.

22   Rexroad and others similarly situated are -- have concerns

23   about.  So this ruling and the Motion certainly will be

24   deferred to a date when things are firmer, to put it

25   colloquially.

1          And I will say that the Court is concerned if

2    there is a settlement, and obviously we all hope that there

3    is because, presumably, that would inure to everyone's

4    benefit.  If there is a settlement, I will want there to be

5    sufficient time for parties to protect their interests and

6    some mechanism for people to make an informed decision.  I

7    will certainly defer first to the parties to arrive at a

8    solution, but in order for parties to be -- in order for

9    persons, claimants, to be asked to make a decision here, to

10   make an election of this importance, it's critical that they

11   make a decision with adequate information and do it with

12   knowledge, and hopefully, that will be something that, if a

13   settlement is reached, will be presented to me as part of

14   that settlement and -- but yes, I agree.  Mr. Rexroad, do you

15   understand what I'm saying, sir, that it's basically

16   premature at the moment because of the uncertainty, and

17   thereby, no one is really in a position to be more helpful to

18   you and others similarly situated and, at such time as there

19   is greater certainty, we will again take up your Motion and

20   we will also, in the event of a settlement or -- we will find

21   a way that your decision can be made safely and with full

22   information and knowledge?

23          MR. REXROAD:  Yes, Your Honor, I understand.  I've

24   learned a lot here.  I appreciate you giving me the time and

25   I appreciate the view that you're taking on this.

1          THE COURT:  All right.  All right.  It is a very

2    important and sensitive matter to the Court, I can assure

3    you, and we will -- hopefully, everyone will be working

4    together to arrive at a fair and reasonable solution here.  I

5    know I will be here to sort of make certain that that

6    happens.

7          MR. REXROAD:  Thank you.

8          THE COURT:  Thank you, sir.

9          MR. BARRY:  This is Charles Barry speaking.  May I

10   speak?

11         THE COURT:  Yes, Mr. Barry.

12         MR. BARRY:  I just wanted to make a quick point.

13   I don't know who's on the line, but on our conference calls,

14   I have heard there's at least one person or more who's

15   becoming of age 65 and with PBGC's 90-day notice, and us not

16   knowing what's going on until these determinations are made,

17   there may be several people who reach age 65 yet cannot

18   retire and they're going to be kind of stuck in the middle.

19   It sounds like we're doing what we need to to get both

20   Committees to help the LTD'ers make a decision, but I just

21   wanted to make a point that there are people who time is of

22   the essence.  It's very important that they do get the time

23   to make the decision.  But there's people who are ready to

24   retire actually in October that I've heard of.

25         And the second is just that, as far as going out

1  and getting medical benefits, there are different people who

2  are disabled that just need medicine and that type of care to

3  go forward with their disability, such as pain patients, et

4  cetera, but some patients, such as I, I'll need surgeries in

5  the future and more substantial medical coverage than some

6  people and I just wanted to make that perfectly clear that,

7  even though we're all disabled, there are people that,

8  because of medical benefits, because of their disability and

9  the fact that they're going to have to have surgeries every

10  ten years or whatever, it may be very difficult and I just

11  wanted to bring that point up.

12         THE COURT:  All right, Mr. Barry.  I appreciate

13  that.  I don't know -- yes, Ms. Schweitzer?

14         MS. SCHWEITZER:  Your Honor, I'm just rising on

15  the question about people who are actually aging into

16  retirement.

17         THE COURT:  Yes.

18         MS. SCHWEITZER:  As of today, neither the Long-

19  Term Disability Plan is terminated nor the Retirement Plan --

20         THE COURT:  Right.

21         MS. SCHWEITZER:  -- is terminated.  I don't have

22  them in front of me but I believe you -- I know that you age

23  out of the Long-Term Disability Plan at a certain age.  I

24  believe it's 64.

25         UNKNOWN:  65.

1          MS. SCHWEITZER:    65.    And so that you're going to

2    hit an age at which your benefits are discontinued, not

3    because of any change into the Plan, but just because of your

4    age.    Again, there are some exceptions and variability in

5    some of these Plans in terms of if you started work on this

6    day or you ended work on that day and there are all sorts of

7    individual permutations.    But if you -- and the same with the

8    Retirement Plan of eligibility into that Plan of different

9    ages and different thresholds for different people.    But that

10   said, that if someone is reaching of age where their

11   disability benefits ordinarily would discontinue, there will

12   be no settlement or Motion before this Court that will

13   enhance anyone's rights beyond what their rights are today

14   and so that if people are just naturally reaching that age of

15   retirement, their expectation from the company's side would

16   be that they're naturally following the terms of the Plan

17   until the Plans are modified.

18          So I just don't want there to be confusion when

19   people are talking about -- when the Professionals are

20   talking about changes to the Plan or a settlement or

21   litigation of the Plan, there will be nothing that makes the

22   choices easier or better and provides people more benefits.

23   And to the extent that those decisions -- there has been no

24   settlement or there hasn't been a litigation, the Plan terms

25   govern and those --

1          THE COURT:  Right.

2          MS. SCHWEITZER:  -- Plan terms are available to

3   people and people should be proceeding to make those

4   decisions.  No one should be waiting on an expectation that

5   facts are going to change if they actually age out.

6          THE COURT:  Well, let's take, for example, a

7   disabled person who's turning 65, and thereby loses the

8   disability benefits at 65, and should be -- someone might say

9   should be taking retirement at this point.  Is it something

10  that occurs -- does that occur automatically or could they

11  find themselves sort of in the middle with -- and not be part

12  of either Plan?

13          MR. BARRY:  That is my question, Your Honor.

14          MS. SCHWEITZER:  I don't have -- I'm not the H.R.

15  person but I believe there would be a communication to that

16  person.  And to the extent that you're in that position where

17  you're coming close to your age 65 termination and you

18  haven't gotten communication, that would be an appropriate

19  time to call Shared Services and ask about how -- you know,

20  to ask what you should do to make that transition.  But

21  again, each individual circumstance is different with respect

22  to aging and what Plans they could be eligible for at that

23  aging out.  So while the company can't give advice to a 40-

24  year-old as to what their effect of a settlement might be, if

25  someone's naturally coming close to retirement, there is a

1  hotline and there should be communications to the company.

2  But if you haven't gotten them, you definitely can reach out

3  to find that out.

4          MR. ZAHRALDDIN:  And Your Honor?

5          THE COURT:  Yes, Mr. Zahralddin?

6          MR. ZAHRALDDIN:  From what individual LTD'ers have

7  told me, they've been -- they receive correspondence under

8  kind of an old procedure that switches them over if they're

9  eligible.  There are some LTD'ers who are out there who, for

10  example, elected out of the Pension Plan and only went with

11  the 401(k) as a retirement option and so, obviously, they --

12  and I've told them, and I think most of the LTD'ers

13  understand it.  We're not giving anybody, nor are we

14  advocating, for any rights more than what they're entitled to

15  under --

16          THE COURT:  Right.

17          MR. ZAHRALDDIN:  -- the Plans and under the law.

18  So I haven't heard of anyone who hasn't received

19  communication.  I've also told them that the Plans cannot be

20  modified, terminated, et cetera, until you decide, Your

21  Honor.  So that, despite the fact that there's settlements

22  and everything else out there, a settlement will be followed.

23  And just because we settle, does not affect their benefits at

24  all.  It's only after you've approved the settlement.

25          THE COURT:  That's right.

1          MR. ZAHRALDDIN:  So maybe that brings some solace

2     to the folks on the phone so they understand that, unless you

3     have changed things, it doesn't change.

4          THE COURT:  That's right.  And let me make that

5     clear that, while the parties are discussing settlement,

6     those discussions are certainly confidential.  But nothing

7     will be approved without a hearing on notice to parties of

8     the terms of those -- of a settlement if one is reached.  So

9     everyone will know exactly how a settlement will impact their

10    rights at the appropriate time.  But it's -- the negotiations

11    are ongoing and not yet final.  All right?  Mr. Abbott?

12         MR. BARRY:  This is Charles Barry.  I guess -- so

13    that I understand, if you're age 65 say in October and PBGC

14    has not offered to give you a number of what you're going to

15    receive per month until this settlement's been settled either

16    way, they're not going to receive LTD nor retirement

17    benefits?  Is that true?  There'll be a gap for those persons

18    that turn 65 in the next couple months?

19         THE COURT:  There should not be a gap but they

20    won't receive greater rights than they would have, which

21    means that, at 65, if they are entitled to participate in the

22    Retiree Plan, they will be able to do so.

23         MR. ZAHRALDDIN:  And certainly, to the extent

24    someone has a problem, they can either contact -- they can

25    contact any of the Counsel, but obviously, they can -- we

1  will facilitate a call to Ms. Schweitzer and get the

2  information over because there shouldn't be any gap if you're

3  eligible for the retirement.

4          MS. SCHWEITZER:  The question was more directly

5  pointed to getting PBGC benefits and then, again, the debtors

6  can't control --

7          THE COURT:  Right.

8          MS. SCHWEITZER:  -- the administration of the PBGC

9  benefits.  So all those questions should be directed to the

10  PBGC.  I understand that there's frustration if the PBGC is

11  saying that there's a time process or an administrative

12  process and this might not happen right away in terms of

13  getting information or cutting checks, but that's not

14  something the debtors can control or facilitate.

15          MR. ZAHRALDDIN:  And, Your Honor, maybe to help

16  out, we'll make sure that on our 1102 website, we've got the

17  Trust Agreement and the Order, et cetera, so that folks can

18  read that.  Certainly, if they wish to call up, pursuant to

19  1102, and have me kind of explain that the PBGC is now in

20  charge of those things, as opposed to the debtor, I'm happy

21  to go through a general explanation on that pursuant to 1102.

22          THE COURT:  Thank you.  That would be helpful.

23  And let me just say that the parties who are approaching age

24  65, disabled persons approaching age 65, probably should be

25  reaching out to the PBGC as soon as possible.

1          MR. ZAHRALDDIN:  Yes.  Knowing there's a lag

2   time --

3          THE COURT:  Right.

4          MR. ZAHRALDDIN:  -- I would imagine that would be

5   the best thing to do.

6          THE COURT:  Sure.  All right.

7          MR. ABBOTT:  I rose only to say that that's all

8   the agenda items we had to cover today, Your Honor,

9          THE COURT:  All right.

10          MR. ABBOTT:  I think we're done.

11          THE COURT:  All right.  Thank you, Counsel and

12   those on the phone and we'll stand in recess, and good day to

13   everyone.  Thank you.

14          ALL:  Thank you, Your Honor.

15       (Whereupon at 12:48 p.m., the hearing was adjourned)

16

17                        CERTIFICATION

18          I  certify  that  the  foregoing  is  a  correct

19   transcript  from  the  electronic  sound  recording  of  the

20   proceedings in the above-entitled matter.

21
22   _____          4 October 2012
23   Tammy Kelly, Transcriber                      Date
24   Diaz Data Services, LLC
25

26

27

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **20-year**(1) 14:6 | | **all**(44) 6:7 6:21 7:2 8:17 9:9 10:14 10:19 10:23 11:8 11:9 11:11 19:10 23:15 23:18 25:9 30:11 30:13 30:22 33:6 33:21 33:21 34:11 35:21 35:23 36:8 36:11 37:20 38:6 38:15 38:17 39:2 40:1 40:1 41:7 41:12 42:6 44:24 45:11 46:9 47:6 47:7 47:9 47:11 47:14 | | **apologize**(1) 21:24 | | **being**(12) 15:23 17:6 17:15 21:9 22:13 26:5 29:10 33:22 34:1 34:19 35:17 36:14 |
| **90-day**(1) 40:15 | | | | **appearances**(2) 3:1 4:1 | | |
| **a.m**(2) 1:15 5:1 | | | | **appeared**(1) 10:7 | | **beliefs**(1) 29:7 |
| **abbott**(15) 1:23 5:4 5:6 5:7 5:11 5:16 6:9 6:12 6:15 6:17 6:19 11:18 45:11 47:7 47:10 | | | | **appearing**(1) 9:8 | | **believe**(12) 8:11 8:14 9:5 9:13 10:1 10:6 11:1 12:8 13:18 14:2 22:12 32:12 39:4 |
| | | | | **apply**(2) 16:25 20:13 | | |
| | | **allen**(1) 3:7 | | **appointed**(1) 8:16 | | |
| **abbreviated**(1) 37:20 | | **allocating**(1) 12:23 | | **appreciate**(4) 21:22 24:24 39:25 41:12 | | **benefit**(12) 8:11 8:14 9:5 9:13 10:1 10:6 11:1 12:8 13:18 14:2 24:2 32:12 39:4 |
| **ability**(1) 6:12 | | **allocation**(1) 12:25 | | **approach**(2) 11:5 25:14 | | |
| **able**(10) 13:13 17:12 20:24 25:12 26:11 30:8 30:21 31:14 37:3 45:22 | | **allowable**(1) 15:5 | | **approaching**(2) 46:23 46:24 | | **benefits**(54) 7:13 9:4 9:16 10:2 11:2 12:6 12:8 12:9 13:4 13:10 13:5 14:20 14:21 15:14 15:14 16:1 16:24 17:1 18:2 18:8 19:5 19:9 19:21 19:21 20:9 24:17 24:19 25:1 25:10 25:18 25:22 27:18 28:14 28:15 29:8 29:12 29:15 30:5 30:14 33:17 33:23 37:15 41:1 41:8 42:2 42:11 42:22 43:8 44:23 45:17 46:5 46:9 |
| | | **allowed**(1) 17:6 | | **appropriate**(5) 5:24 8:18 37:5 43:18 45:10 | | |
| **above-entitled**(1) 47:20 | | **along**(1) 18:3 | | **approve**(3) 29:16 29:21 36:2 | | |
| **accepted**(1) 14:13 | | **already**(2) 13:11 37:9 | | **approved**(3) 8:17 44:24 45:7 | | |
| **access**(9) 22:1 22:4 25:7 28:2 28:15 29:8 29:11 30:11 36:14 | | **also**(11) 7:11 12:25 15:23 21:7 24:1 25:14 27:24 33:14 38:4 39:20 44:19 | | **approving**(2) 10:9 10:16 | | |
| | | | | **are**(87) 5:7 5:18 6:6 7:14 9:5 11:23 12:4 14:14 15:2 15:14 15:15 15:25 16:4 16:15 17:15 17:16 18:10 19:4 19:6 19:10 19:10 19:19 20:1 20:13 21:19 22:20 22:20 24:11 24:13 24:16 26:5 26:17 28:15 28:24 29:3 29:4 29:12 29:19 29:22 29:24 30:1 31:15 32:6 32:17 33:6 33:7 33:11 33:13 33:16 33:22 34:9 34:9 35:7 35:22 35:25 36:25 37:15 37:15 38:8 38:22 38:24 40:16 40:21 40:23 41:1 41:2 41:7 41:15 42:2 42:4 42:6 42:13 42:14 42:17 42:19 42:19 43:2 43:5 44:9 44:9 44:13 45:5 45:6 45:11 45:21 46:23 | | |
| **according**(1) 24:11 | | | | | | **berger**(16) 2:48 20:25 28:5 28:5 28:10 28:19 28:22 28:24 29:3 29:15 30:5 30:14 30:23 31:4 33:20 34:4 |
| **accordingly**(1) 12:11 | | **alternative**(1) 36:16 | | | | |
| **accrued**(1) 13:11 32:12 33:8 | | **amended**(1) 7:22 | | | | |
| **accruing**(1) 13:3 | | **america**(2) 3:11 3:11 | | | | **best**(4) 29:19 29:22 30:7 47:5 |
| **actions**(1) 8:18 | | **among**(1) 12:23 | | **argument**(1) 18:16 | | **better**(1) 42:22 |
| **active**(1) 26:19 | | **amount**(5) 8:23 12:21 12:23 17:4 35:18 | | **around**(1) 37:21 | | **between**(3) 8:13 25:13 37:7 |
| **actual**(1) 36:2 | | **analysis**(2) 18:13 30:21 | | **arrive**(2) 39:7 40:4 | | **beyond**(1) 42:13 |
| **actually**(9) 9:1 9:5 10:4 17:22 23:10 33:24 40:24 41:15 43:5 | | **and**(283) 5:4 5:20 5:21 5:22 5:24 6:2 6:2 6:6 6:13 7:3 7:4 7:10 7:12 7:17 7:17 7:21 7:22 8:2 8:5 8:11 8:14 8:16 8:17 8:22 8:24 9:2 9:3 9:6 9:15 9:19 9:20 9:23 10:3 10:3 10:7 10:8 10:10 10:15 10:17 11:2 11:3 12:4 13:17 14:1 14:6 14:10 14:14 14:18 14:20 14:21 14:24 15:16 15:16 15:21 15:24 16:2 16:5 16:9 16:14 16:14 16:15 16:19 16:20 16:21 16:22 16:23 16:25 17:1 17:3 17:6 17:10 17:18 17:22 18:9 18:12 18:13 18:17 18:23 18:24 19:3 19:7 19:10 19:12 19:24 20:6 20:6 20:9 20:12 20:15 20:17 20:21 20:22 21:1 21:10 22:2 22:5 22:7 22:14 23:8 23:10 23:14 23:19 23:22 23:22 24:1 24:5 24:6 24:11 24:17 24:19 24:20 24:22 24:23 24:25 24:25 25:11 25:13 25:18 25:19 25:22 26:3 26:10 26:13 26:13 26:18 26:21 26:24 27:8 27:16 27:18 27:21 28:4 28:11 28:12 28:14 28:14 28:16 28:18 29:4 29:11 29:17 29:18 29:21 29:23 29:24 30:1 30:7 30:7 30:11 30:15 30:18 30:19 31:5 31:5 31:6 31:17 31:18 31:21 31:24 32:2 32:6 32:7 32:11 32:12 32:13 32:17 32:19 33:5 33:9 33:11 33:17 34:11 34:17 34:19 34:19 34:20 34:22 34:23 35:9 35:19 35:22 35:24 35:24 35:25 36:10 36:14 36:15 36:17 36:20 36:24 37:2 37:3 37:4 37:5 37:7 37:13 37:16 37:16 37:22 37:23 38:5 38:11 38:11 38:18 38:18 38:22 39:1 39:2 39:5 39:11 39:12 39:14 39:16 39:18 39:18 39:19 39:21 39:22 39:24 40:2 40:3 40:4 40:15 40:15 40:18 40:25 41:1 41:2 41:5 41:6 41:8 41:10 42:1 42:4 42:6 42:7 42:9 42:14 42:22 42:23 42:25 43:3 43:7 43:8 43:11 43:16 43:17 43:19 43:22 44:1 44:4 44:10 44:11 44:12 44:12 44:17 44:22 46:3 46:5 45:11 45:13 45:23 46:1 46:5 46:12 46:15 46:16 46:19 46:23 47:11 47:12 47:12 | | **arsht**(1) 1:22 | | **binder**(2) 7:5 8:24 |
| | | | | **artificial**(1) 37:8 | | **bit**(3) 36:12 37:2 37:6 |
| **adams**(1) 9:23 | | | | **ask**(12) 10:16 10:20 16:20 16:25 17:2 17:14 19:17 30:13 34:9 34:17 43:20 | | **borron**(1) 4:25 |
| **addition**(1) 36:23 | | | | | | **both**(7) 7:16 13:18 20:16 25:6 26:6 26:13 26:21 46:19 |
| **addressing**(1) 8:8 | | | | **asked**(9) 15:23 21:2 21:9 33:2 33:22 34:1 34:19 35:17 39:9 | | |
| **adequate**(1) 39:11 | | | | | | **bound**(1) 29:3 |
| **adjourned**(1) 47:15 | | | | **asking**(4) 16:15 18:7 21:25 22:21 | | **brad**(1) 3:18 |
| **adjudication**(3) 29:12 34:21 37:14 | | | | **assistance**(1) 25:8 | | **brandywine**(1) 2:20 |
| **administered**(1) 1:6 | | | | **assurance**(1) 32:18 | | **brenda**(1) 3:47 |
| **administering**(1) 18:23 | | | | **assure**(1) 40:2 | | **brief**(1) 21:19 |
| **administration**(2) 18:2 46:8 | | | | **attached**(2) 12:13 12:18 | | **briefly**(1) 6:25 |
| **administrative**(1) 46:11 | | | | **attention**(2) 7:19 9:19 | | **bring**(1) 41:11 |
| **administrator**(1) 8:15 | | | | **attorney**(1) 5:19 | | **brings**(1) 45:1 |
| **administrators**(1) 2:25 | | | | **audible**(1) 10:22 | | **buchanan**(1) 2:12 |
| **advance**(1) 17:24 | | | | **august**(2) 7:17 8:19 | | **building**(1) 2:20 |
| **advantageous**(1) 25:14 | | | | **aurelius**(2) 3:21 3:22 | | **but**(60) 5:25 12:2 12:25 13:7 13:19 14:7 15:1 16:10 16:23 17:8 18:2 18:21 18:25 19:21 19:24 20:3 20:4 20:20 20:23 21:9 22:1 22:3 22:16 22:22 23:2 23:13 27:15 29:4 29:11 31:7 32:8 33:3 33:18 34:3 34:17 34:25 35:6 35:16 35:21 37:15 37:17 38:1 39:8 39:14 40:13 40:20 40:23 41:4 41:22 42:3 42:7 42:19 43:15 43:20 44:2 45:6 45:10 45:19 45:25 46:6 |
| **advice**(6) 17:11 17:12 19:13 20:11 31:1 43:23 | | | | **automatically**(1) 43:10 | | |
| | | | | **available**(5) 20:21 25:10 25:17 32:10 43:2 | | |
| | | | | **avoiding**(1) 32:4 | | |
| **advisory**(1) 17:11 | | | | **aware**(5) 14:14 18:2 30:1 33:21 33:22 | | |
| **advocating**(1) 44:14 | | | | **away**(2) 9:4 46:12 | | |
| **affect**(1) 44:23 | | | | **awful**(1) 34:24 | | |
| **affected**(1) 25:19 | | | | | | **calculate**(1) 17:4 17:9 |
| **affidavit**(2) 8:1 8:2 | | | | **b.r**(1) 9:23 | | **call**(3) 43:19 46:1 46:18 |
| **afraid**(1) 27:1 | | | | **back**(4) 12:2 17:21 34:16 37:17 | | **call-in**(1) 31:5 |
| **after**(3) 17:10 29:20 44:24 | | | | **baked**(2) 34:4 34:5 | | **called**(1) 9:1 |
| **afterwards**(1) 6:2 | | | | **bankruptcy**(1) 1:1 1:19 9:24 12:14 | | **calls**(4) 31:21 32:1 32:4 40:13 |
| **again**(10) 17:14 18:6 32:9 35:21 36:25 38:1 39:19 42:4 43:21 46:5 | | **ann**(1) 1:24 | | **bank**(2) 3:11 3:11 | | **came**(2) 7:18 34:21 |
| | | **another**(2) 23:4 33:15 | | **barry**(9) 3:31 40:9 40:9 40:11 40:12 41:12 43:13 45:12 45:12 | | **can**(39) 5:5 13:16 13:19 14:11 16:16 16:24 18:3 20:3 20:6 20:7 20:8 22:2 22:5 22:15 23:9 23:10 25:18 28:1 29:17 29:25 31:6 31:24 32:3 32:9 32:13 34:20 35:7 35:15 36:18 36:22 38:21 39:21 40:23 44:2 45:24 45:24 46:5 46:14 46:17 |
| **agenda**(4) 5:8 5:9 7:4 47:8 | | **answer**(6) 30:25 31:14 32:8 33:6 34:7 34:8 | | | | |
| **ages**(1) 42:9 | | **answerable**(2) 31:16 34:10 | | **basically**(1) 39:15 | | |
| **aging**(3) 41:15 43:22 43:23 | | **answered**(1) 32:5 | | **basis**(1) 25:2 | | |
| **ago**(2) 19:24 33:15 | | | | **become**(3) 14:1 27:15 37:8 | | |
| **agree**(1) 39:14 | | **any**(20) 7:15 8:7 9:10 10:15 16:15 18:12 18:14 21:3 25:12 25:23 26:17 26:22 27:2 32:18 38:10 38:18 42:3 44:14 45:25 46:2 | | **becoming**(1) 40:15 | | **cannot**(5) 25:1 25:6 26:6 40:17 44:19 |
| **agreement**(5) 8:13 8:16 8:19 38:6 46:17 | | | | **been**(21) 5:9 15:3 17:7 19:1 20:16 21:2 23:14 24:6 24:10 24:21 24:23 25:17 26:9 26:15 27:6 38:10 38:12 42:23 42:24 47:5 45:15 | | **can't**(9) 13:17 18:12 18:14 18:14 20:11 20:13 32:18 37:8 43:23 46:6 |
| **aiken**(1) 3:27 | | | | | | |
| **akin**(1) 3:16 | | **anybody**(2) 23:13 44:13 | | **before**(7) 1:18 25:4 27:19 28:8 28:10 34:5 42:12 | | **capital**(2) 3:21 3:22 |
| | | **anyone**(4) 10:20 22:12 38:20 44:18 | | | | **care**(3) 36:25 37:22 41:2 |
| | | **anyone's**(1) 42:13 | | | | **carmel**(1) 4:8 |
| | | **anything**(3) 18:3 21:9 36:20 | | | | **carol**(1) 4:21 |
| | | **anyway**(1) 22:12 | | **behalf**(1) 6:24 | | **case**(5) 1:9 9:25 10:24 25:25 27:17 |
| | | | | | | **cases**(1) 9:21 |
| | | | | | | **cash**(1) 19:5 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| caught(1) 14:8 | | compromise(1) 29:21 | | croft(20) 1:32 5:12 6:20 6:21 6:23 6:23 7:3 7:7 7:25 9:1 9:10 9:19 10:13 10:15 10:19 11:5 11:7 11:9 11:12 11:13 | | disability(15) 12:6 14:21 16:10 21:20 24:7 24:7 24:16 25:23 36:24 41:3 41:8 41:19 41:23 42:11 43:8 |
| cede(4) 6:19 11:10 21:10 23:16 31:7 | | conaway(1) 2:25 | | | | |
| centre(1) 2:42 | | concern(2) 21:1 37:19 | | | | |
| certain(7) 5:17 11:21 30:10 30:25 35:19 40:5 41:23 | | concerned(1) 39:1 | | current(7) 12:6 13:18 19:9 20:7 22:4 25:3 30:5 | | disabled(16) 12:5 13:2 13:2 13:14 13:15 15:8 15:14 15:19 19:14 24:13 25:11 26:4 41:2 41:7 43:7 46:24 |
| | | concerning(2) 25:22 29:8 | | | | |
| | | concerns(4) 9:3 18:10 19:10 38:22 | | | | |
| certainly(12) 6:8 21:2 21:11 22:3 29:17 31:5 35:16 38:23 39:7 45:6 45:23 46:18 | | concrete(1) 10:23 | | currently(2) 9:5 24:16 | | disclose(2) 11:20 25:2 |
| | | conference(1) 40:13 | | | | disclosure(1) 27:20 |
| | | confidential(1) 15:2 45:6 | | cut(2) 7:20 22:13 | | discontinue(1) 42:11 |
| certainty(3) 35:19 38:20 39:19 | | confidentiality(5) 29:3 29:9 38:5 38:5 | | cutting(1) 46:13 | | discontinued(1) 42:2 |
| certification(1) 47:17 | | confirm(2) 17:2 17:21 | | | | discovery(6) 20:1 20:17 22:1 22:14 23:1 28:2 |
| certify(1) 47:18 | | confusing(1) 19:13 | | d,i(5) 7:25 8:1 8:20 10:9 10:13 | | |
| cetera(6) 36:15 37:8 37:10 41:4 44:20 46:17 | | confusion(1) 42:18 | | data(3) 1:39 28:2 47:24 | | discuss(1) 22:16 |
| | | congressman(2) 26:1 37:13 | | date(3) 27:25 38:24 47:23 | | discussed(2) 10:4 38:8 |
| | | connection(1) 10:4 | | dated(1) 8:19 | | discussing(2) 38:8 45:5 |
| chance(1) 9:2 | | consciousness(1) 30:12 | | day(5) 33:9 33:11 42:6 42:6 47:12 | | discussion(2) 10:10 21:19 |
| change(5) 19:14 34:11 42:3 43:5 45:3 | | consider(3) 18:15 29:22 36:2 | | days(1) 37:10 | | discussions(2) 14:23 45:6 |
| changeable(1) 35:2 | | considered(2) 29:10 30:20 | | deadline(2) 7:18 7:22 | | distributed(1) 26:23 |
| changed(2) 25:20 45:3 | | constrained(1) 29:9 | | deaf(1) 29:7 | | distributing(1) 18:24 |
| changes(1) 42:20 | | constructive(1) 34:12 | | deals(3) 7:12 8:5 16:18 | | district(2) 1:2 9:24 |
| changing(1) 33:11 | | contact(2) 45:24 45:25 | | dealt(1) 10:6 | | docket(2) 7:3 11:19 |
| chapman(1) 2:27 | | context(4) 11:23 15:11 15:11 18:7 | | debenture(1) 3:3 | | document(2) 20:13 26:11 |
| chapter(1) 1:18 | | continue(1) 13:14 | | debtor(3) 24:25 26:25 46:20 | | documentation(1) 25:8 |
| charge(1) 46:20 | | continued(2) 4:2 14:15 27:25 | | debtors(30) 1:12 1:22 6:24 8:17 8:23 11:17 11:20 12:12 12:24 13:1 13:10 14:4 14:14 17:2 17:4 17:7 17:20 17:25 18:10 18:21 19:18 19:22 20:15 20:24 22:4 23:14 27:11 28:1 46:5 46:14 | | documents(4) 20:10 24:11 28:16 28:16 |
| charles(3) 3:31 40:9 45:12 | | continuing(2) 15:14 28:25 | | | | does(6) 29:6 30:2 31:13 31:14 43:10 44:23 |
| chart(3) 32:11 32:11 32:15 | | control(2) 46:6 46:14 | | | | doesn't(2) 37:7 45:3 |
| checks(1) 46:13 | | conversations(1) 30:24 | | | | doing(3) 12:25 22:3 40:19 |
| choice(11) 13:13 13:19 13:22 14:11 15:10 15:20 15:23 15:23 15:25 33:22 34:19 | | cooperate(1) 17:25 | | | | dollar(2) 12:20 12:23 |
| | | cooperating(2) 18:1 20:17 | | debtors'(8) 5:22 6:25 7:23 10:4 10:17 13:25 24:18 29:20 | | don't(18) 5:19 9:7 17:10 19:2 21:7 21:14 22:5 22:21 30:9 33:4 36:13 36:21 37:16 40:13 41:13 41:21 42:18 43:14 |
| | | cooperative(1) 23:14 | | | | |
| choices(3) 16:17 25:13 42:22 | | cooperatively(1) 22:24 | | | | |
| choose(1) 13:17 | | copies(2) 7:19 22:12 | | decide(2) 27:2 44:20 | | doors(1) 27:19 |
| chris(1) 2:6 | | copy(8) 19:24 20:3 20:6 22:2 31:21 31:24 32:2 32:9 | | decided(1) 7:21 | | dover(1) 3:35 |
| chung(1) 3:12 | | | | deciding(2) 13:15 18:24 | | dozens(1) 5:18 |
| circuit(1) 9:22 | | cordo(1) 1:24 | | decipher(1) 26:12 | | draw(1) 9:19 |
| circumstance(1) 43:21 | | corporation(4) 8:14 9:6 11:2 | | decision(7) 15:3 25:15 25:18 26:22 27:4 27:22 34:23 35:3 35:15 37:23 37:24 39:6 39:9 39:11 39:21 40:20 40:23 | | during(1) 29:10 |
| circumstances(5) 11:2 30:15 30:19 30:20 38:20 | | correct(3) 13:24 16:7 47:18 | | | | duties(2) 22:23 22:24 |
| | | correspondence(1) 44:7 | | | | |
| | | could(20) 5:23 13:8 13:14 14:17 14:17 14:18 14:18 18:16 18:16 19:12 25:10 25:24 27:1 27:14 27:15 34:11 34:16 35:2 43:10 43:22 | | | | each(8) 8:23 14:10 24:24 33:17 35:16 35:16 |
| claim(4) 10:2 17:6 18:16 19:6 | | | | decisions(7) 15:13 19:1 20:22 32:17 35:23 42:23 43:4 | | ear(1) 29:7 |
| claimants(1) 39:9 | | | | | | earlier(2) 11:18 28:13 |
| claims(14) 5:12 7:1 7:8 7:12 7:13 8:5 8:8 8:22 10:6 11:4 12:24 18:25 29:7 30:1 | | couldn't(1) 18:21 | | defer(2) 35:25 39:7 | | early(6) 9:6 24:14 25:4 26:4 27:14 27:21 |
| | | counsel(7) 17:13 24:18 28:13 35:24 38:12 45:25 47:11 | | deferral(1) 34:23 | | easier(3) 5:20 6:1 42:22 |
| | | | | deferred(1) 38:24 | | ecro(1) 1:37 |
| clear(4) 9:12 10:24 41:6 45:5 | | count(1) 31:11 | | defined(5) 8:11 9:13 10:1 10:6 24:2 | | effect(2) 25:23 43:24 |
| clearly(2) 24:15 28:4 | | couple(3) 34:12 37:9 45:18 | | definitely(1) 44:2 | | effective(1) 8:12 |
| cleary(3) 1:29 6:24 11:16 | | course(5) 6:9 14:11 28:7 32:17 35:13 | | delaware(3) 1:2 1:12 5:1 | | effectively(2) 12:17 17:10 |
| clerk(1) 5:2 | | court(116) 1:1 1:3 5:10 5:15 6:1 6:5 6:11 6:14 6:16 6:18 6:21 7:2 7:6 7:24 8:17 8:25 9:9 9:18 9:24 10:12 10:14 10:19 10:23 10:24 11:7 11:11 11:14 12:1 12:10 12:19 13:6 13:15 13:20 13:22 14:9 14:9 15:6 15:19 16:5 16:8 16:11 16:13 18:4 21:4 21:13 21:17 21:23 22:10 22:18 22:22 23:7 23:10 23:25 23:18 23:23 24:4 24:8 25:4 26:8 26:11 28:3 28:8 28:8 28:10 28:18 28:20 28:23 29:2 29:6 29:14 30:4 30:13 31:3 31:9 31:12 31:17 31:19 31:23 32:14 32:22 32:25 33:12 34:15 34:22 35:11 35:13 36:4 36:9 37:5 37:11 37:25 38:2 38:15 38:17 39:1 40:1 40:2 40:8 40:11 41:12 41:17 41:20 42:12 43:1 43:6 44:5 44:16 44:25 46:9 46:19 46:7 46:22 47:3 47:6 47:9 47:11 | | delaware(3) 1:2 1:12 5:1 | | either(9) 13:18 15:10 29:12 29:19 30:20 33:5 43:12 45:15 45:24 |
| client(1) 22:17 | | | | deliver(1) 20:24 | | |
| close(4) 14:7 27:19 43:17 43:25 | | | | denied(1) 34:14 | | |
| code(1) 12:14 | | | | dent(1) 3:4 | | elect(4) 14:7 14:20 33:23 34:1 |
| cognizant(2) 36:8 37:1 | | | | department(2) 2:33 25:7 | | elected(2) 33:16 44:10 |
| colloquially(1) 38:25 | | | | depending(1) 33:19 | | election(2) 18:9 39:10 |
| colloquy(1) 6:2 | | | | derek(2) 1:23 5:7 | | electronic(2) 1:45 47:19 |
| come(7) 17:1 17:20 18:22 33:20 34:16 36:6 37:17 | | | | despite(1) 44:21 | | electronically(1) 24:10 |
| | | | | detail(1) 15:1 | | element(1) 36:10 |
| | | courtroom(3) 1:10 5:20 21:19 | | detailed(1) 25:1 | | eligibility(2) 32:16 42:8 |
| coming(2) 43:17 43:25 | | court's(1) 5:24 | | details(1) 25:2 | | eligible(9) 13:4 16:24 23:25 26:4 26:16 27:22 43:22 44:9 46:3 |
| comment(1) 34:13 | | cover(1) 47:8 | | determinations(1) 40:16 | | |
| comments(1) 28:13 | | coverage(1) 41:5 | | determine(2) 25:9 25:13 | | |
| committee(36) 2:5 2:18 2:40 3:15 8:15 12:21 12:22 19:23 19:23 20:17 20:25 21:2 21:7 21:21 24:8 24:21 24:22 25:1 26:6 26:10 26:14 26:18 26:20 26:22 26:24 27:1 27:11 28:6 29:6 30:2 30:6 30:20 31:1 31:4 35:24 38:11 | | covered(1) 24:2 | | determining(1) 26:22 | | elliott(2) 2:18 22:8 |
| | | craig(1) 3:4 | | develop(1) 5:13 | | else(5) 10:20 23:13 23:17 36:20 44:22 |
| | | creative(1) 16:19 | | diaz(2) 1:39 47:24 | | email(1) 30:6 |
| | | creditor(1) 4:33 | | did(5) 9:7 9:3 25:4 25:23 28:11 | | emphasized(1) 26:22 |
| | | creditors(1) 3:16 | | didn't(4) 13:22 22:12 22:13 23:11 | | employed(1) 24:6 |
| committees(5) 18:23 24:21 24:23 35:7 | | creditors'(1) 2:4 | | difference(1) 25:13 | | employee(5) 7:12 7:12 12:7 13:18 19:9 |
| committee's(1) 37:19 | | critical(1) 39:10 | | different(26) 12:11 14:5 14:6 14:6 14:17 14:17 14:19 16:3 22:20 24:17 25:20 32:17 33:14 33:16 33:16 33:18 33:19 34:3 35:2 35:5 37:3 41:1 42:8 42:9 42:9 43:21 | | employees(17) 11:7 7:9 7:20 12:5 12:8 23:25 24:10 24:13 24:19 24:22 26:4 26:5 26:16 26:19 27:13 27:22 28:7 |
| communication(4) 26:9 43:15 43:18 44:19 | | | | | | |
| communications(1) 44:1 | | | | difficult(1) 41:10 | | |
| community(1) 24:23 | | | | digest(2) 6:1 37:3 | | employee's(1) 11:20 |
| company(13) 13:3 13:12 19:19 19:20 22:14 30:16 31:10 31:13 32:8 32:18 34:7 43:23 44:1 | | | | direct(1) 10:2 | | employer(1) 8:10 |
| | | | | directed(1) 46:9 | | employment(1) 25:5 |
| | | | | directly(2) 9:16 46:4 | | end(1) 12:4 |
| company's(1) 42:15 | | | | | | ended(1) 42:6 |
| compel(1) 17:25 | | | | | | |
| completely(1) 11:20 | | | | | | |
| completely(1) 16:20 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

enforcement(1) 12:17
engineer(1) 35:15
engineering(1) 9:22
english(1) 2:40
enhance(1) 42:13
enhanced(1) 38:14
enough(3) 13:11 33:8 37:22
enter(1) 10:16
entered(2) 5:9 10:8
entitled(7) 9:15 17:5 19:8 20:9 20:9 44:14 45:21
entitlements(2) 14:25 14:25
entity(1) 9:15
entry(1) 11:19
ephemeral(1) 34:1
erisa(3) 8:11 8:12 22:9
ernst(2) 2:12 3:7
esq(15) 1:23 1:24 1:30 1:31 1:32 2:6 2:13 2:19 2:27 2:34 2:41 2:48 3:4 3:18

essence(1) 40:22
established(1) 7:18
esther(1) 3:12
estimates(1) 25:24
etc(1) 36:17
even(3) 13:12 20:12 41:7
event(1) 39:20
events(1) 30:5
ever(1) 6:3
every(5) 6:8 18:1 33:9 33:11 41:9
everyone(6) 5:3 12:3 38:11 40:3 45:9
everyone's(1) 39:3
everything(3) 38:12 44:22
evidentiary(1) 16:5
exactly(3) 37:25 45:9
example(4) 19:16 20:7 43:6 44:10

exceptions(1) 42:4
exclude(2) 26:20 27:2
exists(1) 27:10
expect(1) 29:18
expectation(2) 42:15 43:4
explain(2) 30:17 46:19
explained(2) 5:22 9:6
explanation(2) 37:14 46:21
extend(1) 7:21
extended(1) 13:23
extent(10) 9:10 16:2 17:24 18:17 22:5 33:13 35:16 42:23 43:16 45:23

f.3d(1) 9:22
facilitate(3) 31:25 46:1 46:14
facing(1) 9:23
fact(19) 7:19 11:25 33:10 34:23 35:1 35:7 36:7 41:9 44:21

facts(5) 15:24 20:13 20:13 33:11 43:5
fair(3) 16:15 16:20 40:4
familiar(1) 11:22
far(1) 40:25
february(2) 16:10 27:9
feedback(1) 34:18
feel(1) 22:13
feld(1) 3:17
few(1) 28:18
figure(3) 28:20 36:17 37:21
file(1) 28:11
filed(10) 7:9 7:17 7:22 8:22 10:7 12:4 15:9 18:17 21:6 21:8

final(8) 15:3 17:8 19:1 19:15 34:21 35:15 36:2 45:11

finally(2) 17:6 27:5
find(7) 16:15 23:2 36:18 36:18 39:20 43:11 44:3

finger(1) 2:5
firmer(1) 38:24

first(5) 10:20 21:12 22:17 38:17 39:7
fits(1) 33:6
five(1) 32:6
floor(1) 1:25 2:43
fluctuating(1) 33:19
fluid(3) 15:25 20:14 29:4
folks(6) 5:23 23:5 36:12 37:20 45:2 46:17
followed(1) 44:22
following(4) 9:12 9:20 9:21 42:16
for(101) 1:2 1:22 2:4 2:12 2:18 2:25 2:33 2:40 3:3 3:7 3:11 3:15 3:21 4:25 4:33 5:8 5:20 5:22 6:1 6:13 6:20 8:1 9:14 9:24 10:2 10:18 10:24 11:2 11:15 12:2 12:8 12:20 12:22 13:1 13:2 13:3 13:4 14:2 14:20 16:9 16:10 16:24 17:13 17:19 18:19 18:23 19:16 19:19 20:7 20:24 20:25 21:7 21:18 22:1 22:3 22:8 22:8 23:19 23:25 24:5 24:15 24:21 24:22 25:21 26:22 27:2 27:6 27:7 27:8 27:8 27:9 27:10 27:21 30:21 30:22 31:7 32:7 32:8 32:9 32:20 34:17 34:18 35:24 36:1 36:7 36:11 37:2 37:3 37:5 38:4 39:5 39:6 39:8 39:8 42:9 43:6 43:22 44:9 44:14 45:17 46:3

forced(1) 19:13
foregoing(1) 47:18
form(4) 10:18 19:15 20:8 20:18
formal(2) 8:7 20:16
formed(1) 24:21
forward(2) 35:12 41:3
four(1) 7:16
frame(2) 6:2 6:13
framed(1) 5:21
from(27) 5:7 8:22 9:5 9:16 11:16 11:21 12:17 15:17 17:12 17:16 17:17 17:19 18:10 18:22 19:20 21:21 22:7 23:5 23:19 24:20 25:22 25:25 26:20 27:2 42:15 44:6 47:19

front(2) 37:5 41:22
frustration(1) 46:10
full(2) 19:7 39:21
furlong(3) 8:22 8:22 11:1
furlongs(1) 9:2
furlong's(2) 8:24 9:2
further(4) 19:9 26:3 26:13 27:25
furtherance(3) 8:18 14:15 18:1
future(2) 25:22 41:5
gap(3) 45:17 45:19 46:2
general(2) 11:22 46:21
generally(1) 16:22
gentleman(5) 29:5 33:2 33:6 33:14 33:15
gentlemen(1) 23:22
gerald(1) 4:12
get(16) 17:5 17:12 18:19 18:19 19:21 22:5 22:25 23:2 31:24 32:19 32:20 34:18 37:21 40:19 40:22 46:1

getting(11) 14:23 15:1 17:16 19:4 19:5 19:5 33:25 37:13 41:1 46:5 46:13

ginger(1) 1:37
give(17) 13:16 17:8 17:10 17:11 17:23 18:12 19:12 19:13 20:3 20:6 20:11 20:18 22:2 32:9 37:22 43:23 45:14

given(4) 6:5 7:5 20:20 25:24
giving(5) 20:10 25:10 31:1 39:24 44:13
goes(2) 32:7 36:11
going(17) 9:7 21:17 29:12 31:7 32:19 32:20 35:12 37:13 38:12 40:16 40:18 40:25 41:9 42:1 43:5 45:14 45:16

good(16) 5:3 5:4 5:6 6:16 6:22 6:23 11:7 11:11 11:14 11:15 23:21 23:22 23:23 28:4 28:5 47:12

got(1) 46:16
gotten(3) 13:12 43:18 44:2
gottlieb(3) 1:29 6:24 11:16

govern(1) 42:25
governed(2) 28:16 29:12
greater(2) 39:19 45:20
greenleaf(2) 2:18 22:8
gross(2) 1:18 27:11
group(3) 27:3 35:4 35:6
groups(2) 25:6 26:6
guaranty(3) 8:14 9:6 11:1
guess(2) 36:5 45:12
guidance(1) 19:4
gump(1) 3:19

h.r(4) 25:7 25:8 31:13 43:14
had(12) 9:2 11:18 13:10 14:4 21:2 21:5 25:23 30:15 30:23 37:12 37:17 47:8

hadn't(3) 13:12 21:8 21:25
half(2) 16:18 18:5
hamilton(3) 1:29 6:24 11:17
hammered(1) 29:17
hands(2) 24:3 26:24
handful(1) 33:6
handfuls(1) 33:7
happen(1) 46:12
happened(3) 17:3 17:3 17:22
happening(2) 26:12 35:21
happens(1) 35:5 40:6
happy(3) 6:2 35:25 46:20
hard(1) 9:23 35:22
harrisburg(1) 1:41
has(22) 5:9 10:15 14:1 17:2 17:3 17:22 22:16 25:8 25:17 26:1 26:15 26:18 30:20 30:20 31:4 33:17 33:18 34:7 37:1 42:23 45:14 45:24

hasn't(4) 16:1 36:6 42:24 44:18
hate(1) 28:20
hauer(1) 3:16
have(100) 5:19 6:9 8:4 10:2 10:17 11:9 12:22 13:1 13:9 13:13 13:18 13:19 13:22 14:5 14:13 14:18 14:18 14:25 14:25 15:12 15:22 16:19 17:25 18:16 18:17 19:4 19:10 19:22 20:4 20:6 21:11 22:4 22:11 22:14 22:23 22:23 23:14 24:9 24:10 24:23 25:3 25:7 25:9 25:10 25:11 26:2 26:22 27:3 27:6 28:2 28:19 29:6 29:7 30:11 30:16 30:23 30:25 31:13 31:14 32:3 32:8 32:17 33:8 33:8 33:10 33:10 33:16 34:2 34:3 35:6 35:8 35:9 35:15 36:13 36:16 36:21 36:24 36:24 37:1 37:4 37:12 37:20 37:23 38:4 38:5 38:8 38:10 38:12 38:22 40:14 41:9 41:9 41:21 43:14 44:6 45:3 45:20 46:19

haven't(7) 13:7 13:8 14:1 35:8 43:18 44:2 44:18

having(2) 17:12 21:19
head(3) 3:39 31:11 37:18
heading(1) 35:9
health(1) 36:14
healthcare(2) 12:7 36:11
hear(3) 21:21 23:19 27:12
heard(9) 6:8 10:20 28:14 29:6 34:22 37:9 40:14 40:24 44:15

hearing(5) 10:23 16:5 27:25 45:7 47:15
help(6) 16:16 20:18 23:9 25:25 40:20
helpful(5) 6:14 15:22 34:17 39:17 46:22
her(1) 22:17
here(14) 5:7 9:8 21:7 23:9 23:24 24:9 26:11 36:7 37:7 37:8 39:9 39:24 40:4 40:5

here's(2) 32:10 38:17
hesitant(1) 30:25
hey(2) 12:14 35:18
he's(1) 21:8
he's(1) 21:9
his(7) 11:2 11:3 11:3 21:1 21:6 37:13 38:3 38:5

hit(2) 33:10 42:2
holds(1) 9:25
honor(56) 5:6 5:7 5:8 5:11 5:13 5:16 5:18 5:21 6:3 6:6 6:9 6:13 6:17 6:23 7:7 8:4 8:21 9:1 9:10 9:25 10:3 10:15 10:18 11:6 11:9 11:13 11:15 11:22 12:3 12:17 14:14 15:12 15:25 21:10 21:14 21:24 22:19 23:1 23:21 23:22 27:19 27:24 28:19 29:13 30:23 31:10 34:6 36:1 36:5 39:23 41:14 43:13 44:4 44:21 46:15 47:8 47:14

honorable(1) 1:18
honor's(2) 28:11 30:2
hope(1) 39:2
hopefully(3) 39:12 40:3
hotline(3) 30:25 31:14 41:1
how(3) 5:14 6:3 15:3 23:9 26:22 26:23 27:3 29:19 29:22 32:6 33:19 43:19 45:9

human(2) 25:9 30:17
idea(1) 6:16
ignored(1) 37:16
imagine(1) 47:4
impact(1) 45:9
implementation(1) 8:18
importance(1) 39:10
important(5) 38:19 20:19 24:15 40:2 40:22
importantly(5) 15:24 17:9 19:12 32:18 33:18

inc(1) 1:7 4:20
included(1) 14:4
including(1) 21:19
income(4) 7:14 8:6 8:10 25:12
incomplete(1) 34:10
index(1) 7:3
indicated(1) 11:18
indicates(1) 24:12
indication(2) 26:16
individual(7) 14:10 18:13 25:2 31:1 42:7 43:21 44:6

individualized(1) 18:13
individuals(5) 18:12 18:19 19:19 21:11 30:22

individuals'(1) 15:8
influence(1) 15:24
informal(2) 8:4 8:7
information(36) 11:21 15:22 16:16 16:20 17:16 17:17 17:19 17:20 17:23 18:19 19:11 19:14 20:18 20:19 20:20 20:21 20:23 20:25 21:3 25:17 25:22 26:1 26:3 27:21 28:1 28:17 31:5 34:10 34:17 34:18 37:18 38:21 39:11 39:22 46:2 46:13

informative(1) 30:7
informed(5) 17:7 19:23 27:22 37:23 39:6
ingersoll(1) 2:12
initial(1) 7:17
initially(1) 7:16
initially(1) 7:16
insurance(2) 36:18 36:19
intention(1) 18:1
interested(1) 4:25
interests(2) 27:2 39:5
interface(1) 37:4
interrupt(1) 21:18
interrupted(1) 36:21
interruption(1) 36:13
into(18) 13:17 14:2 14:20 14:23 14:24 15:1 32:5 32:16 33:23 34:1 34:4 34:5 35:17 35:18 35:19 41:15 42:3 42:8

introduce(1) 21:9
inure(1) 39:3
involved(1) 6:6
issue(14) 5:12 10:4 10:24 13:16 18:25 23:12 26:3 27:5 31:15 32:7 36:8 36:11 38:3 38:5

| Word | Page:Line |
|------|-----------|
| issues(9) 5:22 7:14 23:3 25:3 25:16 29:22 33:21 37:14 37:15 | |
| item(2) 6:20 7:3 7:4 | |
| items(1) 47:8 | |
| it's(28) 5:4 5:25 10:24 16:15 16:19 16:20 19:11 19:15 19:18 20:11 20:23 28:22 32:14 32:22 33:5 33:5 34:6 34:8 34:17 35:14 35:22 36:8 39:10 39:15 40:22 41:24 44:24 45:10 | |
| i'd(1) 30:25 | |
| i'll(7) 6:19 11:9 21:21 23:16 23:19 38:17 41:4 | |
| i'm(17) 21:8 21:17 23:1 23:8 23:24 24:1 25:11 26:2 27:15 28:12 29:9 31:7 35:19 39:15 41:14 43:14 46:20 | |
| i've(7) 24:5 24:12 28:18 39:23 40:24 44:12 44:19 | |
| jaime(1) 2:27 | |
| james(2) 1:32 6:23 | |
| janette(1) 3:39 | |
| january(4) 16:6 16:7 24:6 27:8 | |
| jeff(1) 4:25 | |
| john(2) 4:4 4:29 | |
| join(1) 29:24 | |
| jointly(1) 1:6 | |
| judge(4) 1:18 1:19 25:11 28:5 | |
| july(4) 8:13 12:4 15:9 24:7 | |
| just(35) 5:25 6:13 10:10 12:2 13:16 14:7 17:22 20:1 20:23 21:9 21:17 22:13 23:4 24:5 28:14 29:5 31:7 31:25 32:3 34:9 36:7 38:4 38:19 41:12 40:20 40:25 41:2 41:6 41:10 41:14 42:3 42:14 42:18 44:23 46:23 | |
| justice(1) 2:33 | |
| kahn(1) 3:18 | |
| kathleen(1) 2:13 | |
| keep(1) 23:5 | |
| kelly(1) 47:23 | |
| kenney(1) 2:34 | |
| kevin(1) 1:18 | |
| kind(4) 38:21 40:18 44:8 46:19 | |
| king(4) 2:8 2:29 2:43 2:43 | |
| know(30) 12:15 13:25 15:15 16:21 16:25 17:7 17:14 18:16 19:3 19:6 20:25 21:1 25:23 27:13 27:16 31:8 31:10 31:4 31:21 31:21 32:2 32:21 33:4 35:18 40:5 40:13 41:13 41:22 43:19 45:9 | |
| knowing(3) 27:3 40:16 47:1 | |
| knowledge(2) 39:12 39:22 | |
| knowledgeable(1) 25:8 | |
| kraidin(1) 3:8 | |
| ladies(1) 23:22 | |
| lag(1) 47:1 | |
| last(3) 12:14 12:15 38:13 | |
| later(2) 37:6 38:4 | |
| law(6) 3:3 9:12 9:25 10:24 10:25 44:17 | |
| lawrence(1) 4:33 | |
| laws(1) 36:17 | |
| lawyers(3) 18:12 21:18 34:3 | |
| layton(1) 2:5 | |
| lead(2) 36:13 37:10 | |
| leading(1) 25:16 | |
| learned(1) 39:24 | |
| least(7) 12:15 13:13 13:19 13:24 24:18 32:15 40:14 | |
| leave(1) 19:19 | |
| left(1) 27:17 | |
| legal(2) 14:24 20:11 | |
| legitimate(1) 34:9 | |
| less(1) 14:18 | |
| let(4) 10:19 30:13 45:4 46:23 | |
| let's(1) 43:6 | |

| Word | Page:Line |
|------|-----------|
| level(1) 32:12 | |
| levin(1) 29:1 | |
| liberty(1) 1:33 | |
| lies(1) 26:24 | |
| life(1) 32:19 | |
| like(4) 7:9 12:7 22:16 40:19 | |
| likely(2) 18:21 18:22 | |
| line(2) 16:19 40:13 | |
| lisa(1) 1:30 3:8 11:16 | |
| listed(1) 26:19 | |
| litigation(10) 15:16 15:17 18:18 34:5 35:4 35:9 35:10 35:20 42:21 42:24 | |
| litigations(1) 33:20 | |
| little(6) 6:1 6:15 25:16 36:12 37:2 37:6 | |
| llc(2) 1:39 47:24 | |
| llp(4) 1:22 2:26 3:7 3:17 | |
| lockbox(1) 2:36 | |
| long(6) 6:7 13:3 28:22 32:7 33:15 41:18 | |
| long-term(1) 21:20 41:23 | |
| longer(1) 13:9 37:2 | |
| look(3) 11:1 12:14 37:9 | |
| looking(1) 6:10 | |
| lose(1) 27:18 | |
| loses(1) 43:7 | |
| loss(1) 14:21 | |
| lost(1) 25:12 | |
| lot(3) 34:24 39:24 | |
| lowered(1) 31:11 | |
| ltd(27) 2:18 5:17 11:19 11:21 11:24 19:23 21:7 22:8 23:25 24:10 24:19 24:19 24:24 26:16 27:9 27:12 27:13 27:16 27:18 27:22 30:9 30:10 31:1 31:4 33:4 35:24 45:16 | |
| ltd'ers(4) 40:20 44:6 44:9 44:12 | |
| mace(1) 1:37 | |
| made(16) 12:12 15:3 15:10 15:23 16:1 18:16 19:1 20:22 21:25 28:13 29:5 32:5 34:13 34:23 39:21 40:16 | |
| maintain(1) 30:2 | |
| make(33) 6:15 13:4 14:11 15:12 15:22 16:17 15:15 25:17 27:3 27:22 33:22 34:19 35:23 36:13 36:22 36:25 37:17 37:23 38:11 39:6 39:9 39:10 39:11 40:5 40:12 40:20 40:21 40:23 41:6 41:3 43:20 45:4 46:16 | |
| makes(2) 6:5 42:21 | |
| making(1) 19:25 | |
| manageable(1) 6:15 | |
| management(2) 3:22 3:22 | |
| many(2) 22:20 33:7 | |
| march(1) 10:11 | |
| mark(1) 2:34 | |
| market(1) 1:11 1:25 2:14 | |
| matter(5) 6:7 24:15 35:5 40:2 47:20 | |
| matthew(1) 3:23 | |
| may(12) 10:3 11:5 14:16 15:10 27:17 29:7 34:3 36:20 37:17 40:9 40:17 41:10 | |
| maybe(5) 14:6 22:14 22:15 45:1 46:15 | |
| mccarter(1) 2:40 | |
| mean(10) 14:20 14:22 18:8 18:9 19:8 22:19 27:14 30:13 30:18 33:5 | |
| meaning(2) 33:18 33:19 | |
| meanings(1) 15:1 | |
| means(3) 18:20 20:12 45:21 | |
| mechanism(4) 15:4 15:4 22:3 39:6 | |
| mediation(3) 14:16 29:10 38:13 | |
| medical(3) 41:1 41:5 41:8 | |
| medicine(2) 37:22 41:2 | |
| mercer(1) 4:29 | |
| michael(2) 4:16 21:15 | |
| middle(2) 40:18 43:11 | |
| might(20) 5:12 5:20 6:1 13:3 15:12 16:3 19:14 19:14 19:20 19:21 20:5 20:9 20:9 33:8 33:10 33:10 35:2 43:8 43:24 46:12 | |

| Word | Page:Line |
|------|-----------|
| mind(1) 21:14 | |
| minimum(1) 27:24 | |
| minute(2) 5:13 21:21 | |
| missing(1) 17:17 | |
| modified(2) 42:17 44:20 | |
| moment(5) 21:18 28:9 31:7 39:16 | |
| money(3) 14:18 14:18 18:24 | |
| month(2) 8:23 45:15 | |
| monthly(1) 25:24 | |
| months(2) 34:12 45:18 | |
| more(15) 6:15 14:2 14:18 17:9 19:12 20:23 23:13 33:16 33:18 39:17 40:14 41:5 42:22 44:14 46:4 | |
| morning(12) 5:3 5:6 6:22 6:23 11:14 11:15 11:18 23:22 23:22 23:23 28:4 28:5 | |
| morris(2) 1:22 5:7 | |
| most(3) 25:14 32:18 44:12 | |
| motion(36) 5:17 5:19 5:25 11:20 12:12 14:12 14:12 15:8 16:18 17:13 17:15 17:24 18:8 20:16 25:3 25:16 26:15 27:7 27:9 27:12 27:16 27:25 29:15 29:16 29:20 29:21 29:22 34:14 34:23 35:25 38:9 38:18 38:19 38:23 39:19 42:12 | |
| motions(7) 11:23 11:24 12:4 12:5 12:12 24:9 24:18 | |
| move(2) 18:3 33:9 | |
| moving(1) 15:25 | |
| much(2) 23:6 28:11 | |
| murphy(1) 2:13 | |
| murrell(1) 17:18 | |
| must(3) 25:5 25:12 25:15 | |
| myself(1) 23:24 | |
| naturally(3) 42:14 42:16 43:25 | |
| necessarily(2) 17:8 35:14 | |
| necessary(1) 8:17 | |
| need(11) 15:21 20:22 33:24 36:12 36:20 37:9 37:22 37:23 40:19 41:2 41:4 | |
| needs(1) 37:10 | |
| negotiate(1) 26:21 | |
| negotiating(1) 14:14 | |
| negotiations(4) 25:2 28:25 29:4 45:10 | |
| neil(2) 2:48 28:5 | |
| neither(1) 41:18 | |
| networks(5) 1:7 4:20 7:13 8:6 8:9 | |
| never(1) 34:16 | |
| new(7) 1:34 2:50 7:14 10:24 34:12 35:16 37:22 45:16 | |
| nichols(2) 1:22 5:7 | |
| none(1) 28:10 | |
| nor(3) 41:19 44:13 45:16 | |
| normal(1) 30:15 | |
| normally(1) 30:18 | |
| nortel(19) 1:7 4:20 5:17 6:25 7:13 8:6 8:9 11:19 12:6 23:25 24:1 24:2 24:6 24:12 25:25 26:13 26:18 26:21 30:24 | |
| north(2) 1:25 2:29 | |
| not(73) 6:9 7:15 8:7 9:3 9:7 10:2 10:24 13:25 14:13 15:23 16:22 17:4 17:6 17:8 17:9 17:16 17:23 18:2 18:11 18:25 19:8 19:11 19:14 19:15 19:18 19:22 20:5 20:10 21:8 22:23 23:1 23:1 23:5 25:4 25:7 25:23 25:24 26:2 26:3 26:5 26:17 26:24 27:15 27:16 29:6 29:24 30:19 33:17 33:5 33:25 34:1 34:6 34:9 34:13 35:2 35:14 37:4 38:3 38:10 38:19 40:15 42:2 43:11 43:14 44:13 44:23 45:11 45:14 45:16 45:19 46:12 46:13 | |
| nothing(2) 42:21 45:6 | |
| notice(8) 7:22 25:25 29:19 29:23 34:20 36:2 40:15 45:7 | |

| Word | Page:Line |
|------|-----------|
| now(14) 5:13 6:19 13:21 14:14 15:8 18:3 23:20 24:3 24:9 30:9 31:11 31:17 32:6 46:19 | |
| number(12) 5:9 5:11 5:14 5:16 6:6 6:20 7:4 7:4 17:8 32:2 45:14 | |
| numbers(1) 17:9 | |
| objecting(1) 10:25 | |
| objection(22) 7:1 7:7 7:11 7:15 7:16 7:18 7:21 7:21 7:23 8:5 8:8 8:21 9:4 9:7 9:11 10:5 10:5 10:9 10:17 10:21 11:3 11:3 | |
| objections(4) 7:8 7:11 7:16 7:20 | |
| obligation(1) 22:11 | |
| obtain(1) 25:21 | |
| obvious(1) 36:24 | |
| obviously(14) 5:18 5:24 5:25 14:10 14:24 15:22 17:25 18:11 20:16 22:24 23:2 39:2 44:11 45:25 | |
| occur(1) 43:10 | |
| occurs(1) 43:10 | |
| october(5) 1:14 5:1 40:24 45:13 47:22 | |
| off(2) 7:20 22:13 | |
| offered(1) 45:4 | |
| official(2) 4:3 3:15 28:6 30:3 | |
| okay(5) 5:15 18:4 22:14 24:7 24:17 33:12 38:15 | |
| oklahoma(1) 9:24 | |
| old(2) 14:7 44:8 | |
| omnibus(11) 5:8 5:11 7:1 7:8 7:10 7:11 7:23 9:11 10:5 10:9 10:17 | |
| once(1) 28:2 | |
| one(32) 1:33 2:7 2:49 5:9 8:4 10:23 11:24 11:24 11:25 16:18 21:18 23:24 24:18 24:21 27:6 27:8 29:17 29:18 29:22 33:5 33:14 33:17 34:12 35:1 35:4 36:5 36:22 38:4 39:17 40:14 43:4 45:8 | |
| ones(2) 18:22 36:24 | |
| ongoing(3) 25:2 29:4 45:11 | |
| only(10) 8:4 8:21 17:20 21:2 23:8 26:10 37:19 44:10 44:24 47:7 | |
| operates(1) 30:18 | |
| operating(1) 30:16 | |
| opportunities(1) 16:3 | |
| opportunity(4) 6:8 13:16 25:12 27:21 | |
| opposed(3) 20:10 35:19 46:20 | |
| opt(3) 19:7 35:17 35:18 | |
| opting(1) 35:19 | |
| option(1) 44:11 | |
| order(10) 5:9 8:19 10:8 10:16 10:18 25:17 30:3 39:8 39:8 46:17 | |
| orders(1) 27:6 | |
| ordinarily(1) 42:11 | |
| original(1) 8:1 | |
| other(19) 7:8 15:16 15:18 18:5 19:21 20:1 23:11 24:10 25:15 26:4 28:16 34:3 34:3 35:5 35:16 35:20 35:21 36:16 38:10 | |
| others(3) 26:2 38:22 39:18 | |
| otherwise(2) 6:3 16:24 | |
| our(18) 7:19 9:11 10:10 12:14 12:15 16:5 16:14 27:18 28:25 30:7 30:12 35:8 37:19 38:11 38:11 38:14 40:13 46:16 | |
| out(28) 9:22 9:23 16:15 17:13 17:23 18:24 22:12 23:5 27:17 28:21 29:17 29:23 30:8 33:20 36:18 37:3 37:21 40:25 41:23 43:5 43:23 44:2 44:3 44:9 44:10 44:22 46:16 46:25 | |
| over(6) 10:8 22:25 27:23 33:9 44:8 46:2 | |
| overrule(1) 11:3 | |
| overy(1) 3:7 | |
| own(5) 14:11 16:16 20:8 27:2 35:8 | |
| p.m(1) 47:15 | |

| Word | Page:Line |
|------|-----------|
| **paid**(2) 12:21  19:22 | |
| **pain**(1) 41:3 | |
| **parallel**(1) 24:24 | |
| **parameters**(2) 19:6  23:11 | |
| **part**(8) 14:23  25:6  27:15  33:23  36:15  38:9  39:13  43:11 | |
| **participant**(1) 8:6 | |
| **participants**(5) 9:14  10:1  10:6  30:9  30:10 | |
| **participate**(2) 6:12  26:17  45:21 | |
| **particular**(1) 18:14 | |
| **particularly**(1) 38:13 | |
| **parties**(8) 23:10  38:7  39:5  39:7  45:5  45:7  46:23 | |
| **party**(2) 4:25  10:25 | |
| **past**(1) 7:9 | |
| **paths**(1) 24:24 | |
| **patience**(1) 23:19 | |
| **patients**(2) 41:3  41:4 | |
| **patterson**(1) 3:3 | |
| **pay**(1) 19:18 | |
| **pbgc**(25) 8:16  9:14  9:15  16:23  16:25  17:1  17:4  17:6  17:12  17:13  17:16  18:1  23:13  24:3  25:22  26:1  37:10  45:13  46:5  46:8  46:10  46:10  46:19  46:25 | |
| **pbgc's**(1) 40:15 | |
| **pending**(4) 11:24  11:25  14:12  14:12 | |
| **penn**(1) 2:49 | |
| **pennsylvania**(1) 1:41 | |
| **pension**(13) 8:11  8:14  9:5  9:13  9:16  10:1  10:7  11:1  16:24  17:1  24:2  25:24  44:10 | |
| **people**(60) 6:6  14:5  14:24  15:5  15:21  15:22  16:15  16:19  16:24  17:5  17:16  19:3  19:11  19:13  19:14  19:17  19:25  20:3  20:4  20:6  20:7  20:18  20:19  20:23  22:22  24:16  25:15  29:7  29:18  29:23  29:25  30:6  32:2  32:4  32:17  33:7  33:13  33:16  33:22  34:2  34:3  34:9  34:18  37:4  37:9  39:6  40:17  40:21  40:23  41:1  41:6  41:7  41:15  42:9  42:14  42:19  42:22  43:3  43:3 | |
| **peoples'**(2) 29:23  30:1 | |
| **people's**(2) 14:19  14:24 | |
| **per**(15) 3:27  3:31  3:35  3:39  3:43  3:47  4:4  4:8  4:12  4:16  4:17  4:25  4:29  4:33  45:15 | |
| **perfectly**(2) 35:15  41:6 | |
| **perhaps**(5) 5:21  6:2  6:13  29:16 | |
| **period**(4) 25:21  37:2  37:8  37:20 | |
| **permutations**(3) 33:17  35:22  42:7 | |
| **person**(12) 13:2  13:2  13:14  17:5  30:17  31:20  32:9  33:15  40:14  43:7  43:15  43:16 | |
| **persona**(3) 3:27  4:4  4:22 | |
| **persons**(3) 39:9  45:17  46:24 | |
| **peter**(1) 4:33 | |
| **pgbc**(1) 17:18 | |
| **pharmaceuticals**(2) 36:15  36:20 | |
| **phone**(11) 6:6  9:8  12:3  21:11  21:16  32:1  32:4  33:2  34:13  45:2  47:12 | |
| **plain**(1) 32:14 | |
| **plan**(53) 5:13  7:14  8:6  8:10  8:11  8:11  8:15  8:15  8:16  9:13  9:15  9:16  10:1  10:2  10:3  10:7  14:1  14:2  15:1  18:15  19:17  19:24  19:25  20:3  20:4  20:5  20:7  20:10  22:4  22:9  24:1  24:2  26:1  31:22  31:24  32:3  32:9  32:10  32:13  41:19  41:19  41:23  42:3  42:5  42:8  42:16  42:20  42:21  42:24  43:2  43:12  44:10  45:22 | |
| **plans**(28) 11:21  11:22  11:25  11:25  12:6  12:7  12:8  17:6  19:16  20:2  20:2  22:1  22:20  22:20  22:25  24:20  25:20  28:15  28:18  29:1  31:25  32:17  42:5  42:17  43:22  44:17  44:19 | |
| **plans'**(1) 28:16 | |
| **plan's**(1) 13:9 | |
| **plaza**(2) 1:33  2:49 | |
| **please**(3) 5:2  5:4  10:16 | |
| **pleasure**(1) 5:24 | |
| **podium**(5) 6:19  11:10  21:10  23:16  31:7 | |
| **point**(12) 19:2  27:13  34:21  35:7  35:22  36:1  36:5  38:4  40:12  40:21  41:11  43:9 | |
| **pointed**(1) 46:5 | |
| **points**(2) 35:3  35:16 | |
| **policy**(1) 17:23 | |
| **pool**(2) 13:17  15:13 | |
| **portions**(1) 7:19 | |
| **position**(5) 5:23  9:12  13:8  13:25  16:23  23:12  39:17  43:16 | |
| **possibility**(3) 15:15  24:14  35:3 | |
| **possible**(2) 17:14  46:25 | |
| **possibly**(2) 15:15  15:17 | |
| **post**(4) 19:25  22:15  30:5  32:3 | |
| **posted**(1) 20:6 | |
| **posting**(1) 31:25 | |
| **pot**(1) 33:25 | |
| **potential**(2) 12:24  27:10 | |
| **ppearances**(2) 1:21  2:1 | |
| **practical**(1) 23:3 | |
| **preempt**(1) 6:10 | |
| **prejudice**(1) 34:14 | |
| **premature**(5) 19:12  20:24  35:22  38:19  39:16 | |
| **present**(1) 30:19 | |
| **presented**(2) 7:15  39:13 | |
| **presumably**(1) 39:3 | |
| **previous**(1) 7:16 | |
| **previously**(1) 7:15 | |
| **prior**(2) 17:11  27:12 | |
| **pro**(25) 3:27  3:28  3:31  3:32  3:35  3:36  3:39  3:40  3:43  3:44  3:47  3:48  4:4  4:5  4:8  4:9  4:12  4:13  4:16  4:25  4:26  4:29  4:30  4:33  4:34 | |
| **probably**(7) 23:13  36:6  36:11  36:16  37:2  37:5  46:24 | |
| **problem**(1) 45:24 | |
| **procedure**(1) 44:8 | |
| **procedures**(1) 20:1 | |
| **proceed**(1) 5:14 | |
| **proceeding**(1) 43:3 | |
| **proceedings**(3) 1:17  1:45  47:20 | |
| **proceeds**(1) 14:22 | |
| **process**(2) 46:11  46:12 | |
| **produced**(1) 1:46 | |
| **professionals**(1) 42:19 | |
| **properly**(1) 37:16 | |
| **proportion**(1) 12:24 | |
| **proposal**(9) 12:13  12:15  12:16  12:18  13:10  14:5  14:13  18:14  38:9 | |
| **proposed**(4) 10:18  13:1  18:20  26:15 | |
| **propria**(3) 3:27  4:4  4:22 | |
| **protect**(1) 39:5 | |
| **provide**(4) 21:3  29:19  36:19  38:21 | |
| **provided**(8) 12:10  12:25  19:24  20:2  25:9  26:1  28:1  36:14 | |
| **providers**(2) 36:18  36:19 | |
| **provides**(2) 10:25  42:22 | |
| **providing**(3) 18:22  31:5  34:20 | |
| **pursuant**(5) 8:13  12:13  30:2  46:18  46:21 | |
| **pursued**(1) 16:19 | |
| **put**(1) 38:24 | |
| **qualified**(2) 26:16  27:13 | |
| **question**(6) 16:20  30:14  32:4  41:15  43:13  46:4 | |
| **questions**(11) 10:16  18:6  19:17  30:6  30:25  31:15  31:15  34:7  34:8  34:8  46:9 | |
| **quick**(1) 40:12 | |
| **quicker**(1) 37:13 | |
| **quickly**(1) 30:7 | |
| **rafael**(2) 2:19  22:7 | |
| **raised**(1) 18:6 | |
| **range**(1) 29:21 | |
| **raymond**(1) 4:21 | |
| **re-serve**(1) 7:21 | |
| **reach**(4) 14:16  27:11  40:17  44:2 | |
| **reached**(5) 17:13  35:8  35:8  39:13  45:8 | |
| **reaching**(3) 42:10  42:14  46:25 | |
| **read**(6) 18:15  20:7  28:18  28:22  32:13 | |
| **reading**(1) 26:10 | |
| **ready**(1) 40:23 | |
| **really**(4) 23:9  23:12  37:18  39:17 | |
| **reason**(3) 14:12  17:18  23:8 | |
| **reasonable**(1) 40:4 | |
| **reasons**(1) 36:23 | |
| **recall**(3) 5:16  10:3  16:6 | |
| **receive**(11) 8:7  12:5  12:8  13:14  19:9  26:3  26:21  44:7  45:15  45:16  45:20 | |
| **received**(4) 8:4  8:21  22:25  44:18 | |
| **receiving**(2) 9:5  24:16 | |
| **recently**(1) 33:16 | |
| **recess**(1) 47:12 | |
| **recognizing**(1) 14:5 | |
| **recollection**(2) 8:9  10:10 | |
| **record**(3) 11:16  22:8  28:14 | |
| **recorded**(1) 1:45 | |
| **recording**(2) 1:45  47:19 | |
| **recover**(1) 9:16 | |
| **recovery**(1) 9:14 | |
| **reed**(1) 3:43 | |
| **reference**(1) 24:5 | |
| **referenced**(1) 26:11 | |
| **referring**(1) 38:7 | |
| **reflected**(1) 20:5 | |
| **regard**(1) 21:6 | |
| **regarding**(2) 11:21  21:5 | |
| **regular**(1) 31:5 | |
| **related**(5) 7:8  7:12  7:13  8:2  36:11 | |
| **relevant**(1) 20:2 | |
| **relief**(1) 12:16 | |
| **remain**(2) 9:11  15:13 | |
| **remainder**(1) 20:21 | |
| **remember**(1) 25:18 | |
| **renaissance**(1) 2:42 | |
| **replace**(1) 25:12 | |
| **represent**(2) 28:6  30:9 | |
| **represented**(2) 26:5  26:18 | |
| **representing**(4) 11:17  16:22  21:20  23:24 | |
| **request**(2) 22:1  27:24 | |
| **requested**(1) 26:2 | |
| **requests**(2) 22:14  23:1 | |
| **required**(1) 12:13 | |
| **reservation**(1) 28:12 | |
| **reserving**(1) 21:6 | |
| **resolution**(1) 36:3 | |
| **resources**(3) 29:9  30:17  34:8 | |
| **respect**(3) 8:8  19:16  43:21 | |
| **respond**(5) 5:12  5:23  28:13  29:4  30:7 | |
| **responding**(1) 28:12 | |
| **response**(5) 8:4  8:24  10:22  21:6  21:8 | |
| **responses**(5) 8:7  9:11  10:8  10:18  18:10 | |
| **responsibility**(1) 12:22 | |
| **responsible**(1) 18:23 | |
| **rest**(1) 32:19 | |
| **retaining**(1) 30:21 | |
| **retire**(6) 13:17  14:2  19:20  33:11  40:18  40:24 | |
| **retired**(6) 12:7  13:7  13:9  17:10  28:7  33:10 | |
| **retiree**(31) 11:22  11:25  12:9  12:12  12:21  12:22  13:17  13:19  14:2  15:17  15:17  16:9  18:8  20:7  20:25  21:2  24:25  26:14  27:21  28:15  29:6  29:8  30:6  30:11  31:1  32:6  32:10  33:3  35:24  45:22 | |
| **retirees**(3) 12:23  14:13  14:15 | |
| **retiree's**(1) 2:40 | |
| **retirement**(51) 7:14  8:6  8:10  8:14  13:4  13:10  14:20  17:2  17:3  17:11  17:21  17:22  19:7  19:7  19:21  24:1  24:1  24:14  24:20  24:22  25:4  25:18  26:4  26:5  26:10  26:13  26:14  26:18  26:20  26:21  26:23  26:24  27:1  27:7  27:11  27:14  27:18  27:20  27:23  32:16  33:9  33:23  41:16  41:19  42:8  42:15  43:9  43:25  44:11  45:16  46:3 | |
| **retires**(2) 16:21  16:23 | |
| **reviewed**(2) 20:15  24:12 | |
| **rexroad**(21) 4:16  21:15  21:15  21:17  21:22  23:19  23:21  23:24  24:5  24:9  26:9  28:3  30:14  34:22  34:24  37:12  38:7  38:22  39:14  39:23  40:7 | |
| **richards**(1) 2:5 | |
| **right**(57) 6:11  6:21  7:2  9:9  10:14  10:19  10:23  11:8  11:11  12:19  13:6  13:18  14:3  14:8  14:19  14:22  15:6  15:18  16:11  16:13  18:3  18:17  22:22  23:4  23:15  23:18  26:8  30:13  31:12  31:17  31:18  31:22  32:1  32:3  32:6  32:12  32:25  33:9  34:15  35:10  37:10  38:15  40:1  40:1  41:12  41:20  43:1  44:16  44:25  45:4  45:11  46:7  46:12  47:3  47:6  47:9  47:11 | |
| **rights**(19) 14:24  16:3  20:5  20:8  21:6  28:12  29:8  29:11  29:23  30:1  30:10  30:18  34:1  34:2  42:13  42:13  44:14  45:10  45:20 | |
| **rise**(1) 5:2 | |
| **rising**(1) 41:14 | |
| **risk**(5) 25:1  33:3  33:4  35:10  35:20 | |
| **risks**(1) 18:13 | |
| **robert**(2) 1:31  3:35 | |
| **rodney**(2) 2:7  2:28 | |
| **rohrbaugh**(1) 3:47 | |
| **roll**(1) 27:23 | |
| **room**(1) 21:1 | |
| **rooney**(1) 2:12 | |
| **rose**(1) 47:7 | |
| **rossi**(1) 4:4 | |
| **rough**(1) 19:6 | |
| **round**(1) 30:8 | |
| **rub**(1) 14:11 | |
| **ruling**(3) 16:1  38:18  38:23 | |
| **rulings**(1) 15:11 | |
| **running**(1) 37:21 | |
| **ryan**(1) 1:31 | |
| **safely**(1) 39:21 | |
| **safety**(2) 23:5  35:6 | |
| **said**(12) 12:14  17:15  18:25  28:24  29:24  30:14  33:2  33:6  33:21  34:4  35:23  42:10 | |
| **same**(7) 14:17  14:19  25:6  25:15  26:6  33:14  42:7 | |
| **samis**(1) 2:6 | |
| **sandra**(1) 3:27 | |
| **save**(1) 32:1 | |
| **say**(13) 15:2  22:20  22:23  29:11  32:15  32:19  35:7  38:17  39:1  43:8  45:13  46:23  47:7 | |
| **saying**(4) 33:3  34:11  39:15  46:11 | |
| **says**(2) 31:21  32:11 | |
| **scenario**(1) 27:10 | |
| **scheduled**(3) 27:6  27:7  27:9 | |
| **schuylkill**(1) 1:40 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **schweitzer**(53) 1:30 5:21 11:10 11:14 11:15 11:16 12:2 12:11 12:20 13:7 13:21 13:24 14:4 14:10 15:7 15:20 16:7 16:9 16:12 16:14 18:5 21:5 21:24 22:19 22:23 28:24 29:24 31:6 31:8 31:9 31:10 31:13 31:18 31:20 31:24 32:15 32:23 33:1 33:13 34:16 35:1 35:12 35:14 41:13 41:14 41:18 41:21 42:1 43:2 43:14 46:1 46:4 46:8 | | **some**(19) 5:22 10:7 10:7 17:17 18:19 19:4 19:16 23:3 29:21 33:9 37:6 37:13 39:6 41:4 41:5 42:4 42:5 44:9 45:1 | | **tell**(2) 18:14 32:5 | | **the**(301) 1:1 1:2 1:18 2:20 5:2 5:3 5:8 5:9 5:10 5:15 5:17 5:19 5:22 5:22 5:23 5:24 6:1 6:2 6:5 6:5 6:6 6:11 6:14 6:16 6:18 6:19 6:21 6:24 6:25 7:2 7:4 7:5 7:6 7:8 7:9 7:9 7:11 7:13 7:16 7:19 7:21 7:21 7:22 7:24 7:25 8:1 8:2 8:2 8:5 8:6 8:8 8:8 8:9 8:11 8:14 8:14 8:15 8:15 8:16 8:16 8:16 8:17 8:18 8:19 8:21 8:23 8:25 9:1 9:4 9:5 9:9 9:9 9:10 9:11 9:12 9:12 9:14 9:14 9:15 9:16 9:18 9:19 9:21 9:22 9:23 9:24 10:2 10:4 10:6 10:8 10:9 10:11 10:12 10:14 10:16 10:17 10:19 10:23 10:24 10:24 10:25 10:25 11:1 11:2 11:3 11:7 11:10 11:11 11:14 11:15 11:17 11:19 11:19 11:20 11:21 11:22 11:23 12:1 12:2 12:3 12:4 12:7 12:7 12:10 12:12 12:12 12:14 12:16 12:17 12:17 12:19 12:21 12:21 12:22 12:23 12:24 12:25 13:2 13:6 13:8 13:9 13:10 13:12 13:15 13:17 13:20 13:21 13:22 13:24 14:1 14:3 14:4 14:9 14:11 14:12 14:12 14:12 14:13 14:14 14:15 14:15 14:17 15:1 15:1 15:6 15:8 15:11 15:11 15:13 15:14 15:14 15:17 15:19 15:20 15:23 15:24 16:2 16:3 16:5 16:8 16:9 16:10 16:11 16:13 16:18 16:18 16:22 16:23 16:25 17:1 17:1 17:2 17:3 17:3 17:4 17:4 17:5 17:6 17:6 17:7 17:12 17:13 17:15 17:16 17:17 17:17 17:18 17:20 17:20 17:21 17:22 17:24 17:24 17:25 18:1 18:2 18:4 18:5 18:7 18:7 18:8 18:10 18:11 18:15 18:17 18:20 18:21 18:21 18:22 18:24 18:24 19:6 19:10 19:16 19:16 19:18 19:19 19:20 19:22 19:23 19:23 19:24 19:25 20:1 20:2 20:4 20:5 20:6 20:10 20:15 20:15 20:17 20:20 20:21 20:21 20:24 20:25 21:1 21:2 21:4 21:5 21:7 21:10 21:10 21:11 21:13 21:15 21:17 21:18 21:19 21:21 22:1 22:4 22:5 22:8 22:8 22:10 22:14 22:15 22:18 22:20 22:22 23:5 23:7 23:8 23:9 23:10 23:11 23:12 23:13 23:14 23:15 23:16 23:18 23:23 23:25 23:25 24:1 |
| **seated**(1) 5:4 | | **somebody**(1) 37:7 | | **tell**(1) 41:10 | | |
| **second**(7) 8:2 16:18 24:19 24:22 36:7 36:10 40:25 | | **someone**(9) 14:7 16:21 16:23 17:12 21:25 30:21 42:10 43:8 45:24 | | **tension**(2) 37:6 37:15 | | |
| **section**(1) 8:12 | | **someone's**(2) 17:10 43:25 | | **term**(1) 41:19 | | |
| **see**(8) 5:4 5:5 11:8 11:11 19:25 20:3 23:9 28:1 | | **someplace**(1) 22:16 | | **terminate**(9) 11:24 11:24 11:25 24:18 24:19 24:20 25:5 29:15 32:23 | | |
| **seeking**(4) 12:16 17:24 32:23 34:13 | | **something**(9) 15:21 19:3 22:16 29:25 30:14 36:1 39:12 43:9 46:14 | | **terminated**(8) 8:12 10:1 13:9 14:1 16:2 41:19 41:21 44:20 | | |
| **seems**(3) 26:19 27:19 37:12 | | **soon**(1) 46:25 | | | | |
| **seen**(2) 15:8 17:13 | | **sort**(3) 5:21 40:5 43:11 | | **terminating**(1) 15:15 | | |
| **segal**(4) 2:47 2:47 28:6 28:6 | | **sorts**(1) 42:6 | | **termination**(17) 9:13 17:5 18:8 20:12 21:5 25:25 26:12 26:14 27:7 27:9 27:12 27:16 29:20 33:3 33:4 38:9 43:17 | | |
| **sending**(1) 12:15 | | **sound**(2) 1:45 47:19 | | | | |
| **seniority**(4) 13:3 13:11 14:6 33:8 | | **sounds**(1) 40:19 | | **terms**(16) 11:23 14:19 14:19 14:19 14:22 18:5 20:16 23:9 27:14 36:2 42:5 42:16 42:24 43:2 45:8 46:12 | | |
| **sense**(2) 6:5 34:24 | | **source**(1) 9:14 | | | | |
| **sensitive**(1) 40:2 | | **sources**(1) 36:16 | | | | |
| **sensitivity**(1) 36:21 | | **speak**(3) 9:2 31:6 40:10 | | **than**(7) 16:3 23:11 23:13 35:5 41:5 44:14 45:20 | | |
| **separate**(4) 12:5 12:8 24:25 27:6 | | **speaking**(2) 16:22 40:9 | | | | |
| **september**(1) 7:18 | | **specific**(3) 16:19 20:2 21:25 | | **thank**(23) 5:3 6:17 6:21 10:19 11:5 11:7 11:8 11:12 11:13 21:22 23:18 23:18 23:19 23:21 28:2 28:3 38:16 40:7 40:8 46:22 47:11 47:13 47:14 | | |
| **seriously**(1) 15:21 | | **specifically**(3) 9:25 13:1 19:17 | | | | |
| **served**(2) 7:17 7:20 | | **specifics**(1) 14:23 | | | | |
| **service**(8) 1:39 1:46 7:19 8:1 8:1 8:2 8:2 36:22 | | **spend**(1) 5:13 | | | | |
| **services**(5) 1:39 31:14 36:14 43:19 47:24 | | **sponsor**(2) 9:17 10:2 | | **that**(301) 5:16 5:18 5:20 5:23 6:1 6:3 6:5 6:6 6:7 6:14 7:5 7:9 7:15 7:19 7:20 7:22 9:3 9:4 9:6 9:7 9:10 9:12 9:12 9:15 10:3 10:3 10:5 10:16 10:24 10:25 11:23 12:5 12:4 12:20 12:21 12:23 12:25 13:1 13:4 13:8 13:11 13:12 13:13 13:16 13:19 13:22 13:25 14:1 14:4 14:5 14:6 14:7 14:11 14:13 14:16 14:20 14:23 15:2 15:2 15:3 15:4 15:7 15:9 15:9 15:12 15:14 15:15 15:21 15:23 15:24 15:25 16:2 16:3 16:15 16:16 16:16 16:21 16:24 17:2 17:4 17:4 17:7 17:7 17:15 17:16 17:17 17:18 17:20 17:21 17:23 17:24 18:3 18:9 18:10 18:11 18:17 18:18 18:20 18:22 19:1 19:2 19:2 19:3 19:7 19:8 19:8 19:11 19:12 19:14 19:15 19:17 19:18 19:23 19:23 19:25 20:1 20:4 20:7 20:11 20:12 20:13 20:18 20:19 20:22 20:24 21:6 21:8 21:10 21:25 22:6 22:9 22:13 22:16 23:6 23:10 23:11 23:11 23:12 23:12 23:16 24:12 24:12 24:23 25:3 25:3 25:4 25:8 25:16 26:2 26:11 26:14 26:16 26:17 26:19 27:1 27:13 27:15 27:19 27:20 27:25 28:3 28:13 29:5 29:7 29:11 29:18 29:22 29:24 29:25 30:5 30:10 30:11 30:14 30:15 30:19 31:4 31:7 31:25 32:1 32:2 32:3 32:7 32:8 32:13 32:14 33:8 33:13 33:20 33:22 33:24 33:24 33:25 34:2 34:2 34:4 34:4 34:4 34:6 34:6 34:8 34:8 34:10 34:13 34:13 34:14 34:16 34:20 34:20 34:23 35:1 35:2 35:3 35:3 35:4 35:7 35:14 35:15 35:16 35:17 35:19 36:6 36:6 36:7 36:8 36:11 36:12 36:13 36:15 36:19 36:20 36:21 36:23 36:24 36:25 36:25 37:1 37:4 37:8 37:10 37:15 37:16 37:18 37:19 38:9 38:11 38:18 38:21 38:21 39:1 39:2 39:3 39:10 39:12 39:12 39:14 39:15 39:21 39:25 40:5 40:5 40:21 40:22 40:24 40:25 41:2 41:2 41:6 41:6 41:7 41:9 41:11 41:13 41:22 42:1 42:6 42:8 42:9 42:10 42:12 42:14 42:14 42:16 42:21 42:23 43:4 43:10 43:10 43:13 43:15 43:16 43:18 43:20 43:22 44:3 44:8 44:19 44:21 44:21 | | |
| **settle**(2) 37:7 44:23 | | **sponsors**(1) 22:9 | | | | |
| **settled**(1) 45:15 | | **square**(2) 2:7 2:28 | | | | |
| **settlement**(49) 14:16 15:11 15:16 15:17 16:2 18:7 18:18 18:18 18:20 19:2 20:5 20:12 24:25 26:15 26:17 26:23 27:3 27:11 27:14 27:15 27:18 27:20 28:8 29:16 32:17 33:23 34:5 34:21 35:4 35:8 35:9 35:17 35:18 35:20 38:8 38:10 39:2 39:4 39:13 39:14 39:20 42:12 42:20 42:24 43:24 44:22 44:24 45:5 45:8 45:9 | | **squarely**(1) 23:13 | | | | |
| | | **stand**(3) 28:10 28:12 47:12 | | | | |
| | | **stargatt**(1) 2:25 | | | | |
| | | **started**(6) 17:1 25:19 26:2 33:15 33:15 | | | | |
| **settlements**(2) 26:20 44:21 | | **state**(1) 36:17 | | | | |
| **settlement's**(1) 45:15 | | **stated**(3) 24:17 26:13 28:4 | | | | |
| **settles**(1) 37:7 | | **statements**(2) 29:5 30:8 | | | | |
| **several**(2) 38:6 40:17 | | **states**(2) 1:1 1:19 | | | | |
| **severance**(6) 7:12 8:8 19:17 19:18 19:22 32:3 | | **status**(2) 27:16 32:6 | | | | |
| | | **statutes**(1) 9:20 | | | | |
| | | **statutory**(1) 10:25 | | | | |
| **severed**(1) 19:20 | | **ste**(4) 2:14 2:21 2:35 2:49 | | | | |
| **share**(3) 14:22 23:10 33:25 | | **steelworkers**(1) 9:18 | | | | |
| **shared**(2) 31:13 43:19 | | **steen**(3) 1:29 6:24 11:16 | | | | |
| **she**(1) 22:16 | | **step**(1) 12:2 | | **that**(20) 45:1 45:2 45:4 45:5 45:13 45:17 45:18 45:21 46:10 46:11 46:16 46:17 46:18 46:19 46:21 46:22 46:23 47:4 47:7 47:18 | | |
| **should**(15) 14:25 18:15 18:15 21:11 22:24 37:16 43:3 43:4 43:8 43:9 43:20 44:1 45:19 46:9 46:24 | | **still**(5) 15:25 20:14 30:16 30:24 31:14 | | | | |
| | | **stood**(1) 5:21 | | | | |
| **shouldn't**(1) 46:2 | | **strauss**(1) 3:16 | | | | |
| **side**(6) 15:8 15:16 15:18 35:21 37:1 42:15 | | **street**(5) 1:11 1:40 2:8 2:29 2:35 | | **that's**(21) 6:16 7:3 11:9 11:20 15:3 15:22 18:25 20:15 22:16 30:18 31:12 31:14 36:22 37:4 37:18 38:1 38:3 44:25 45:4 46:13 47:7 | | |
| **signed**(3) 24:10 27:6 38:6 | | **stuck**(1) 40:18 | | | | |
| **significant**(1) 32:2 | | **subject**(1) 13:15 | | | | |
| **similar**(3) 7:8 24:11 24:14 | | **substantial**(1) 41:5 | | | | |
| **similarly**(3) 10:5 38:22 39:18 | | **success**(1) 37:13 | | | | |
| **simply**(2) 30:8 38:19 | | **such**(4) 9:15 39:18 41:3 41:4 | | | | |
| **since**(3) 24:6 26:18 38:13 | | **suffice**(1) 15:2 29:11 | | | | |
| **single**(1) 8:10 | | **sufficient**(2) 38:20 39:5 | | | | |
| **sir**(7) 5:10 6:22 7:6 11:12 28:2 39:15 40:8 | | **suggest**(2) 6:4 34:22 | | | | |
| **situated**(2) 38:22 39:18 | | **suggested**(2) 13:11 34:24 | | | | |
| **situation**(2) 24:14 33:7 | | **supervision**(1) 28:25 | | | | |
| **situations**(2) 24:11 30:1 | | **supplied**(1) 24:12 | | | | |
| **sixth**(1) 9:22 | | **supply**(1) 25:1 | | | | |
| **solace**(1) 45:1 | | **sure**(13) 19:25 21:8 21:23 23:1 23:7 26:2 27:15 36:13 36:25 37:17 38:11 46:16 47:6 | | **taken**(1) 36:25 | | |
| **sole**(2) 9:14 9:15 | | | | **taking**(3) 8:17 39:25 43:9 | | |
| **solely**(1) 26:24 | | **surgeries**(2) 41:4 41:9 | | **talk**(2) 6:25 29:9 | | |
| **solution**(3) 23:3 39:8 40:4 | | **sustain**(1) 11:3 | | **talking**(4) 23:2 36:6 42:19 42:20 | | |
| | | **switches**(1) 44:8 | | **tammy**(1) 47:23 | | |
| | | **sympathetic**(1) 35:25 | | **tax-qualified**(2) 8:10 9:13 | | |
| | | **tab**(1) 8:24 | | **taylor**(2) 2:26 2:41 | | |
| | | **take**(8) 9:4 13:8 15:21 23:11 25:4 28:11 39:19 43:6 | | **telephonic**(2) 3:1 4:1 | | |

| Word | Page:Line |
|---|---|
| the(296) | 24:2 24:3 24:4 24:8 24:9 24:11 24:13 24:16 24:16 24:18 24:19 24:24 24:20 24:22 24:22 24:25 25:3 25:4 25:6 25:7 25:8 25:13 25:15 25:20 25:22 25:25 26:1 26:2 26:4 26:5 26:6 26:8 26:10 26:10 26:12 26:14 26:16 26:18 26:19 26:21 26:23 26:24 26:24 26:25 27:1 27:3 27:5 27:6 27:7 27:8 27:8 27:9 27:10 27:10 27:11 27:12 27:12 27:13 27:16 27:17 27:19 27:20 27:23 28:3 28:6 28:8 28:8 28:9 28:10 28:13 28:14 28:14 28:15 28:16 28:18 28:20 28:23 28:25 29:2 29:5 29:5 29:6 29:6 29:7 29:8 29:10 29:13 29:14 29:15 29:17 29:20 29:21 29:22 29:23 30:1 30:4 30:6 30:9 30:13 30:16 30:18 30:20 30:21 31:1 31:3 31:4 31:7 31:9 31:10 31:12 31:13 31:15 31:17 31:19 31:20 31:23 31:25 32:2 32:7 32:8 32:9 32:9 32:11 32:13 32:14 32:18 32:19 32:20 32:22 32:25 33:2 33:2 33:3 33:4 33:6 33:8 33:10 33:11 33:12 33:13 33:14 33:23 33:25 34:7 34:8 34:10 34:11 34:12 34:13 34:15 34:18 34:21 34:22 35:1 35:5 35:6 35:6 35:11 35:15 35:16 35:18 35:21 35:23 35:24 35:24 35:25 36:1 36:4 36:5 36:7 36:9 36:11 36:16 36:22 36:24 37:1 37:3 37:11 37:25 38:2 38:6 38:9 38:9 38:13 38:15 38:17 38:18 38:18 38:20 38:21 38:23 39:1 39:7 39:16 39:16 39:20 39:24 39:25 40:1 40:2 40:8 40:11 40:13 40:18 40:20 40:22 40:23 40:25 41:5 41:9 41:12 41:15 41:17 41:18 41:19 41:20 41:23 42:2 42:7 42:7 42:15 42:16 42:16 42:17 42:19 42:20 42:21 42:21 42:23 42:24 43:1 43:6 43:7 43:11 43:14 43:16 43:23 44:1 44:10 44:11 44:12 44:15 44:17 44:19 44:21 44:24 44:25 45:2 45:2 45:4 45:5 45:8 45:10 45:10 45:18 45:19 45:21 45:23 45:25 46:1 46:3 46:4 46:5 46:7 46:8 46:9 46:10 46:14 46:16 46:17 46:18 46:19 46:22 46:23 46:25 47:3 47:5 47:6 47:8 47:9 47:11 47:12 47:15 47:18 47:19 47:20 |
| their(34) | 5:25 5:25 6:8 6:12 9:3 12:5 12:8 12:24 13:10 14:5 14:11 14:21 14:21 16:16 17:23 18:2 18:6 18:11 18:13 20:8 21:11 27:2 30:17 36:19 39:5 41:3 41:8 42:10 42:13 42:15 43:24 44:23 45:9 |
| them(32) | 5:18 9:6 13:4 15:22 16:6 17:2 17:14 17:25 18:14 18:15 18:21 19:24 20:3 20:10 20:11 20:18 22:22 22:25 22:6 28:20 30:17 33:9 36:14 36:19 37:3 37:22 38:6 41:22 44:2 44:8 44:12 44:19 |
| themselves(1) | 43:11 |
| then(15) | 6:20 12:7 12:22 12:25 14:2 16:9 16:24 17:1 17:3 17:3 18:18 24:20 27:18 37:7 46:5 |
| there(60) | 5:18 7:14 11:23 12:4 13:12 15:3 15:9 15:10 16:2 17:15 18:9 18:17 19:2 20:1 22:12 22:20 23:5 24:17 24:21 26:14 26:15 27:20 29:19 30:10 30:24 32:15 35:2 35:3 36:1 37:1 37:6 37:6 37:19 38:19 39:2 39:2 39:4 39:4 39:18 40:17 40:21 41:1 41:7 42:4 42:6 42:11 42:18 42:21 42:23 42:24 43:15 43:25 44:1 44:9 44:9 44:22 45:19 46:2 46:11 |
| thereby(3) | 38:18 39:17 43:7 |
| therefore(2) | 12:16 19:8 |
| there'll(1) | 45:17 |
| there's(23) | 14:2 17:8 17:17 17:19 19:1 22:3 22:11 24:13 24:21 26:9 27:5 27:25 32:1 32:10 35:3 35:4 36:10 36:21 40:10 40:23 44:21 46:10 47:1 |
| these(20) | 7:19 15:12 16:17 17:9 20:22 24:23 25:13 28:1 30:19 30:19 30:22 31:15 32:24 33:19 33:21 34:2 35:21 37:20 40:16 42:5 |
| they(81) | 5:19 6:7 6:7 9:3 9:4 13:7 13:8 13:9 15:9 15:12 15:13 16:3 16:16 16:23 16:24 17:9 17:10 17:11 17:20 19:4 19:4 19:5 19:5 19:6 19:7 19:8 20:8 20:8 20:9 22:4 22:5 22:6 22:13 22:13 22:13 25:2 25:21 27:3 27:23 30:10 30:16 32:9 33:8 33:8 33:10 33:11 33:24 33:24 34:2 36:12 36:13 36:15 36:18 36:20 36:21 36:22 36:23 36:24 36:25 37:4 37:16 37:23 37:23 38:7 38:8 38:8 39:10 40:22 43:5 43:10 43:22 44:7 44:11 45:2 45:19 45:20 45:22 45:24 45:24 45:25 46:18 |
| they're(17) | 9:7 12:13 15:25 17:19 18:7 30:9 31:17 33:14 33:25 33:25 34:19 40:18 41:9 42:16 44:8 44:14 45:16 |
| they've(2) | 15:8 44:7 |
| thick(1) | 32:17 |
| thing(1) | 47:5 |
| things(8) | 15:2 17:15 19:10 29:18 33:5 38:24 45:3 46:20 |
| think(25) | 6:5 6:14 9:7 16:19 18:9 20:2 20:6 20:20 21:8 22:25 23:12 33:20 34:6 34:12 34:17 35:1 35:6 35:23 36:6 36:22 37:18 38:3 38:18 44:12 47:10 |
| thinking(1) | 29:18 |
| this(62) | 7:7 7:11 7:14 8:5 8:17 9:4 9:6 9:25 10:4 10:20 10:23 11:18 12:14 12:16 13:1 15:10 16:22 17:13 17:23 18:9 18:15 18:16 18:16 20:19 21:15 24:14 24:15 25:3 25:15 25:16 25:17 27:10 27:25 30:13 31:20 32:11 32:12 32:12 32:19 32:20 33:7 33:14 34:11 34:14 34:17 34:23 35:18 35:19 35:20 35:24 35:25 36:23 38:23 39:10 39:25 40:9 42:5 42:12 43:9 45:12 45:15 46:12 |
| those(38) | 7:15 10:8 12:4 14:18 14:23 14:25 14:25 16:1 16:25 18:24 18:25 19:10 19:10 20:13 22:2 22:4 22:5 22:15 22:25 23:3 28:18 29:4 29:11 29:11 30:24 33:17 37:14 37:15 42:23 42:25 43:3 45:6 45:8 45:17 46:9 46:20 47:12 |
| though(1) | 41:7 |
| thought(5) | 5:12 5:20 6:1 22:9 30:15 |
| three(3) | 5:14 5:17 35:24 |
| thresholds(1) | 42:9 |
| through(6) | 15:15 15:16 20:1 26:12 36:16 46:21 |
| tight-lipped(2) | 38:10 38:12 |
| time(27) | 13:3 13:12 17:21 21:12 25:6 25:21 26:7 28:11 33:15 35:5 36:13 37:2 37:6 37:8 37:10 37:20 37:22 38:3 39:18 39:24 40:21 40:22 43:19 45:10 46:11 47:2 |
| times(1) | 25:20 |
| timing(6) | 14:8 27:5 35:5 36:8 36:11 37:1 |
| today(21) | 5:8 9:8 13:8 13:9 15:24 16:4 17:20 18:25 19:12 20:21 20:24 21:1 21:9 29:25 33:1 33:3 34:10 37:5 41:18 42:13 47:8 |
| together(1) | 40:4 |
| togut(2) | 2:47 28:6 |
| told(5) | 17:18 25:23 44:7 44:12 44:19 |
| too(1) | 28:19 |
| total(1) | 24:7 |
| totally(1) | 25:11 |
| totman(1) | 4:8 |
| toward(1) | 35:9 |
| towards(1) | 24:24 |
| transcriber(1) | 47:23 |
| transcript(4) | 1:17 1:46 10:11 47:19 |
| transcription(2) | 1:39 1:46 |
| transition(3) | 11:21 37:12 43:20 |
| trial(4) | 27:6 27:8 27:12 29:20 |
| true(1) | 45:17 |
| trust(1) | 46:17 |
| trustee(2) | 2:33 8:16 |
| trusteeship(3) | 8:13 8:15 8:19 |
| try(4) | 20:17 28:20 31:25 36:17 |
| trying(3) | 5:13 16:15 37:21 |
| tunnell(1) | 1:22 |
| turn(2) | 13:4 45:18 |
| turning(1) | 43:7 |
| twenty-eighth(5) | 7:1 7:11 7:23 9:11 10:17 |
| twenty-fifth(2) | 7:10 10:5 10:9 |
| twenty-fourth(1) | 7:10 |
| twenty-sixth(1) | 7:10 |
| twenty-third(1) | 7:9 |
| two(14) | 5:11 6:20 7:4 7:4 11:23 12:11 17:15 18:10 24:17 24:21 25:13 27:5 35:2 35:15 |
| two-thirds(1) | 24:15 |
| tyler(1) | 3:3 |
| type(4) | 25:15 29:21 34:20 41:2 |
| types(2) | 33:17 34:18 |
| u.s(2) | 11:17 11:19 |
| u.s.c(1) | 9:20 |
| ultimate(1) | 18:18 |
| ultimately(10) | 13:5 13:15 14:16 15:5 15:10 15:12 18:11 18:12 19:14 34:4 |
| unable(1) | 25:21 |
| uncertainty(1) | 39:16 |
| uncomfortable(1) | 32:8 |
| under(22) | 7:13 8:6 8:11 8:12 10:3 11:2 12:6 12:8 22:9 24:1 24:2 27:10 28:15 28:25 29:8 30:15 30:18 30:19 36:17 44:7 44:15 44:17 |
| understand(28) | 5:8 6:7 9:3 13:23 15:7 15:9 17:14 18:18 19:2 19:10 19:15 20:4 20:19 20:22 24:23 24:25 25:5 30:24 31:19 32:13 33:24 34:2 39:15 39:23 44:13 45:2 45:13 46:10 |
| understanding(2) | 16:14 19:18 |
| understood(1) | 31:3 |
| unfunded(1) | 9:16 |
| unique(1) | 24:24 |
| united(4) | 1:1 1:19 9:21 9:21 |
| unknown(1) | 41:25 |
| unless(2) | 10:15 45:2 |
| unsecured(1) | 3:16 |
| until(5) | 17:9 40:16 42:17 44:20 45:15 |
| unwilling(1) | 34:7 |
| upset(1) | 23:2 |
| used(1) | 26:23 |
| utpadel(1) | 4:12 |
| value(1) | 18:24 |
| values(1) | 29:23 |
| valve(2) | 23:5 35:6 |
| variability(1) | 42:4 |
| various(1) | 12:6 |
| verification(1) | 17:22 |
| very(15) | 7:7 13:3 14:7 25:16 28:3 31:9 33:21 33:21 34:9 34:17 35:22 38:12 40:1 40:22 41:10 |
| view(2) | 34:2 39:25 |
| views(4) | 6:8 20:8 20:18 34:3 |
| voluntarily(1) | 25:5 |
| waiting(2) | 17:19 43:4 |
| want(24) | 6:25 9:4 15:13 15:21 16:21 19:3 19:4 19:11 19:25 20:3 20:20 20:23 22:6 22:12 22:21 27:23 31:21 31:21 32:2 32:5 34:19 38:11 39:4 42:18 |
| wanted(6) | 22:1 37:17 40:12 40:21 41:6 41:11 |
| was(24) | 7:16 7:18 8:11 8:21 15:9 19:2 21:1 21:25 22:9 24:17 25:3 25:21 25:23 26:11 26:11 28:3 29:5 30:16 34:13 34:13 36:1 38:9 46:4 47:15 |
| wasn't(1) | 14:7 |
| way(13) | 5:8 15:16 26:17 27:3 30:8 30:18 32:1 32:4 34:6 34:11 37:24 39:21 45:16 |
| webb(1) | 3:3 |
| website(4) | 22:15 30:3 30:6 46:16 |
| wednesday(1) | 5:1 |
| weeks(1) | 37:9 |
| weigh(1) | 25:13 |
| weighing(2) | 33:1 33:2 |
| welfare(3) | 24:20 28:15 29:9 |
| well(5) | 5:6 12:3 21:1 31:9 43:6 |
| went(2) | 24:6 44:10 |
| were(14) | 7:5 7:15 7:20 7:20 12:4 12:12 16:2 16:23 17:18 19:13 22:13 25:19 28:13 29:5 |
| west(1) | 2:21 |
| western(1) | 9:24 |
| we'd(2) | 10:16 15:21 |
| we'll(3) | 19:25 46:16 47:12 |
| we're(24) | 5:24 6:2 6:9 11:19 12:15 12:16 18:2 18:11 19:24 20:10 22:24 23:1 30:8 32:23 33:21 33:21 34:13 35:9 35:23 36:7 40:19 41:7 44:13 47:10 |
| we've(9) | 17:7 20:2 20:16 20:20 22:25 32:10 37:9 38:6 46:16 |
| what(40) | 14:20 14:21 17:12 18:6 18:8 18:10 18:20 19:6 19:15 20:8 20:9 20:11 23:9 25:9 25:10 25:18 25:19 26:12 27:13 27:16 28:1 28:14 29:10 29:23 32:6 32:16 33:4 33:24 37:14 38:17 39:15 40:19 42:13 43:20 43:22 43:24 44:6 44:14 45:14 |
| whatever(2) | 35:20 41:10 |
| whatsoever(1) | 26:10 |
| what's(1) | 40:16 |
| when(14) | 16:1 20:15 20:22 22:19 25:19 34:19 34:20 34:24 37:23 38:7 38:8 38:24 42:18 42:19 |
| where(11) | 12:21 30:16 33:4 33:7 36:1 36:18 37:20 37:21 38:20 42:10 43:16 |
| whereupon(1) | 47:15 |
| whether(4) | 14:24 15:4 27:23 31:15 |
| which(21) | 7:25 10:9 10:13 13:22 15:13 16:21 17:15 18:11 19:11 23:25 24:2 25:14 27:7 27:9 32:4 32:9 34:9 36:12 37:24 42:2 45:20 |
| while(5) | 19:24 36:7 37:4 43:23 45:5 |
| who(32) | 6:6 18:23 19:19 19:19 21:11 21:20 24:10 24:13 24:16 29:5 30:21 33:7 35:7 40:17 40:20 40:23 41:1 41:15 44:9 44:9 44:18 46:23 |
| whoever(1) | 23:17 |
| whom(2) | 10:7 10:7 |
| who's(5) | 13:2 22:12 40:13 40:14 43:7 |
| why(1) | 17:18 |
| wife(1) | 9:2 |
| will(35) | 5:12 5:16 6:7 11:3 15:4 15:9 16:16 17:1 17:9 20:23 23:2 27:13 29:25 35:25 38:23 39:1 39:4 39:7 39:12 39:13 39:19 39:20 39:20 40:3 40:3 40:5 42:11 42:12 42:21 44:22 45:7 45:9 45:9 45:22 46:1 |
| william(2) | 2:41 3:43 |
| willing(2) | 22:2 22:24 |
| wilmington(9) | 1:12 1:26 2:9 2:15 2:22 2:30 2:37 2:44 5:1 |

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **window**(1) 27:21 | | **you're**(17) 5:5  5:5  13:18  13:25  32:11 | |

**wish**(1) 46:18

**wishes**(1) 10:20

**with**(43) 5:14  7:12  8:5  8:7  10:4  10:6
11:22  13:12  14:15  16:18  17:25  18:1  18:10
19:16  20:17  20:21  21:10  22:15  22:17
23:13  24:6  24:24  25:25  26:1  26:9  26:15
27:11  31:6  32:18  34:14  35:4  36:19  37:4
38:6  39:11  39:11  39:21  40:15  41:3  42:7
43:11  43:21  44:10

**within**(1) 30:12

**without**(6) 14:22  15:1  25:6  25:24  34:11
45:7

**won't**(3) 17:11  28:11  45:20

**work**(7) 15:4  22:3  22:24  23:2  34:20  42:5
42:6

**worked**(1) 13:2

**working**(4) 20:16  24:24  24:24  40:3

**worried**(1) 36:23

**worrying**(1) 23:5

**worst**(1) 27:17

**worth**(1) 36:6

**would**(73) 6:3  6:14  9:7  11:1  12:21  12:22
13:4  13:13  13:25  14:20  14:21  15:4  15:13
15:24  16:1  16:21  17:5  17:20  18:6  18:8
18:9  18:19  18:22  18:23  19:3  19:3  19:4
19:5  19:5  19:6  19:7  19:8  20:19  21:10
22:1  22:18  25:9  26:16  26:20  26:23  27:3
27:16  27:17  27:17  27:24  28:20  29:18
29:22  30:16  30:21  32:5  32:7  33:24  34:4
34:5  34:10  34:18  35:17  36:12  37:15  37:19
37:19  37:20  38:19  39:3  42:11  42:15  43:15
43:18  45:20  46:22  47:4  47:4

**wouldn't**(3) 12:24  14:7  18:21

**www.diazdata.com**(1) 1:43

**year**(2) 16:12  32:20

**year-old**(1) 43:24

**years**(2) 32:12  41:10

**yes**(44) 5:6  5:10  5:10  6:18  7:6  7:24  8:25
9:18  10:12  11:7  12:1  12:10  13:20  14:9
15:19  16:8  21:4  21:13  21:17  22:10  22:18
22:18  23:4  24:4  24:8  28:23  29:2  29:14
30:4  31:23  35:1  35:11  35:11  36:4  36:4
37:11  38:2  39:14  39:23  40:11  41:13  41:17
44:5  47:1

**yet**(5) 14:13  26:15  38:20  40:17  45:11

**york**(2) 1:34  2:50

**you**(94) 5:3  5:4  5:22  6:17  6:21  6:25  7:5
10:3  10:8  10:16  10:19  11:5  11:7  11:8  11:8
11:11  11:12  11:13  12:15  13:8  13:12  13:13
13:14  13:16  13:16  13:17  13:19  13:25  14:1
14:2  15:15  16:25  17:7  17:14  18:6  18:15
18:15  18:16  18:16  19:6  19:20  19:20  19:21
21:1  21:14  21:18  21:21  21:22  23:18  23:18
23:19  23:20  23:21  25:19  25:19  28:2  28:3
30:13  31:21  31:24  32:13  32:20  33:2  33:4
34:16  35:9  35:15  35:17  37:17  37:17  38:16
39:14  39:18  39:24  40:3  40:7  40:8  41:22
41:22  44:2  44:20  45:2  45:14  46:22  47:11
47:13  47:14

**young**(3) 2:12  2:25  3:7

**your**(74) 5:6  5:7  5:8  5:11  5:13  5:16  5:18
5:20  6:3  6:9  6:13  6:17  6:23  7:7  8:4  8:9
8:21  8:24  9:1  9:10  9:19  9:25  10:3  10:10
10:15  10:18  11:5  11:9  11:13  11:15  11:22
12:3  12:17  14:14  15:12  15:25  19:20  21:10
21:14  21:24  22:19  23:1  23:19  23:21  23:22
27:19  27:24  28:11  28:19  29:13  30:2  30:23
31:10  32:10  32:12  32:16  32:19  34:6  36:1
36:5  37:18  39:19  39:21  39:23  41:14  42:2
42:3  43:13  43:17  44:4  44:20  46:15  47:8
47:14

**you're** (right column continued)
32:19  32:20  33:1  33:3  35:17  39:25  42:1
43:16  43:17  45:13  45:14  46:2

**you've**(2) 13:11  44:24

**zahralddin**(30) 2:19  21:7  21:12  21:13
21:14  21:20  21:25  22:7  22:7  22:11  23:4
23:8  23:16  31:6  36:4  36:5  36:10  37:12
38:1  38:3  38:16  44:4  44:5  44:6  44:17
45:1  45:23  46:15  47:1  47:4

**zloto**(1) 3:23