IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket No. 8626** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 1, 2012, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on October 3, 2012 at 10:00 A.M. (Eastern Time)," dated October 1, 2012 [Docket No. 8626], by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii. delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
2nd day of October, 2012

/s/ Notary Public
Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\October 3, 2012 Agenda Notice_DI_8626 _AFF_10-1-12.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADELLA VENNEMAN | 5269 RIO GRANDE DRIVE SAN JOSE CA 95136 |
| BARBARA GALLAGHER | 410 WEST ACRES ROAD WHITESBORO TX 76273 |
| BERT FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BRAD HENRY | 11596 W. SIERRA DAWN BLVD LOT 386 SURPRISE AZ 85378 |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| BRENT BEASLEY | 541 AMMONS RD DUNN NC 28334 |
| BRUCE FRANCIS | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| CARMEL TOTMAN | 164 BERTON STREET BOONE NC 28607 |
| CAROL RAYMOND | 7962 S.W. 185 ST. MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| CHAD SORIANO | 8974 HICKORY AVE. HESPERIA CA 92345 |
| CLARENCE E. ADAMS | 432 LOWER THRIFT ROAD NEW HILL NC 27562 |
| CLAUDIA VIDMER | 213 ORCHARD LANE GLEN ELLYN IL 60137 |
| CRICKETT GRISSOM | 2580 W. PORTER CREEK AVE PORTERVILLE CA 93257 |
| CYNTHIA ANN SCHMIDT | PO BOX 119 OREGON HOUSE CA 95962 |
| DANIEL D. DAVID | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DEBORAH JONES | PO BOX 458 WILLOW SPRING NC 27592 |
| DIANNA IRISH | 235 ATRIUM COURT WARNER ROBINS GA 31088 |
| EDWARD G. GUEVARRA | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| GARY W. GARRETT | 4093 HOGAN DR. APT. 4114 TYLER TX 75709 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES JEROME LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JANET BASS | 1228 MOULTRIE COURT RALEIGH NC 27615 |
| JEFFREY B. BORRON | 13851 TANGLEWOOD DR. FARMERS BRANCH TX 75234 |
| JERRY WADLOW | PO BOX 79 WEWOKA OK 74884 |
| JOHN J. ROSSI | 1568 WOODCREST DR. WOOSTER OH 44691 |
| JOHN S. ELLIOTT | 6 GROUSE LANE MERRIMACK NH 03054 |
| JUDY A. SCHULTHEIS | 2201 SWEETBRIAR DRIVE ALEXANDRIA VA 22307-1523 |
| KAUSHIK PATEL | 5665 ARAPAHO RD. APT. # 1023 DALLAS TX 75248 |
| KERRY LOGAN | 16449 NELSON PARK DR APT# 105 CLERMONT FL 34714 |
| KIM M. YATES | 207 TOMATO HILL ROAD LEESBURG FL 34748 |
| LYNETTE KAY SEYMOUR | 11671 RIVENDELL LANE AUSTIN TX 78737 |
| MARILYN GREEN | 1106 BOSTON HOLLOW RD. ASHLAND CITY TN 37015 |
| MARK A. PHILIPS | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MARY HOLBROOK | 1181 GREY FOX CT. FOLSOM CA 95630 |
| MICHAEL ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MICHAEL D. REXROAD | 5244 LINWICK DRIVE FUQUAY VARINA NC 27526 |
| MICHAEL R. THOMPSON | 564 CANDIA ROAD CANDIA NH 03034 |
| MICHAEL S. MCWALTERS | PO BOX 338 ALVISO CA 95002 |
| NAJAM U. DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NANCY WILSON | 7101 CHASE OAKS BLVD #1637 PLANO TX 75025 |
| NANETTE FAISON | 981 KITTRELL ROAD KITTRELL NC 27544 |
| PAUL D. WOLFE | 113 RED DRUM LN GLOUCESTER NC 28528 |
| PETER LAWRENCE | 16295 VIA VENETIA W DELRAY BEACH FL 33484 |
| REID MULLETT | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |
| RICHARD B. HODGES | 913 WINDMERE LANE WAKE FOREST NC 27587 |
| RICHARD ENGELMAN | 1505 NEVADA DRIVE PLANO TX 75093 |
| ROBERT DOVER | 2509 QUAIL RIDGE RD MELISSA TX 75454 |

| Claim Name | Address Information |
|---|---|
| ROGER G. CARLSEN | 390 E. PASEO CELESTIAL SAHUARITA AZ 85629 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| SUE WIDENER | 260 N. TOMAHAWK ISLAND DR PORTLAND OR 97217 |
| THELMA WATSON | PO BOX 971 BATH SC 29816 |
| VERNON LONG | 4929 KELSO LANE GARLAND TX 75043 |
| WAYNE SCHMIDT | 5346 S. MOHAVE SAGE DRIVE GOLD CANYON AZ 85118 |
| WILLIAM A. REED | 7810 HEATON DRIVE THEODORE AL 36582-2362 |

**Total Creditor count  56**

**EXHIBIT B**

# NORTEL NETWORKS INC.

| NAME | FAX |
|---|---|
| Akin Gump | 212-872-1002 |
| Buchanan Ingersoll | 302-552-4295 |
| Elliott Greenleaf | 302-384-9399 |
| Milbank Tweed | 212-822-5219 |
| US Trustee | 302-573-6497 |
| Pachulski Stang | 302-652-4400 |
| Richards Layton | 302-651-7701 |
| Togut Segal | 212-967-4258 |
| McCarter English | 302-984-6399 |