# EXHIBIT "B"

| | | | |
|---|---|---|---|
| Nortel Networks Section 1114 | **Togut, Segal & Segal LLP** | | *10/1/2012* |
| 7/1/2012...7/31/2012 | **Summary Report** | | *3:36:19 PM* |

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Meals | | 0.0 | 1,140.65 |
| Overnight Couri | | 0.0 | 18.45 |
| Photocopies | | 0.0 | 308.60 |
| Telephone | | 0.0 | 260.70 |
| Travel-ground | | 0.0 | 1,777.61 |
| | Grand Total: | 0.0 | 3,506.01 |

# Togut, Segal & Segal LLP
## Timekeeper Detail

7/1/2012...7/31/2012

*10/1/2012*
*3:36:36 PM*

| Date / Slip Number<br>Matter<br>Description | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|
| **Timekeeper – Albert Togut** | | | | |
| 7/1/2012 #578941<br>General | atogut<br>Nortel Networks<br>Telephone | 0.0 | 2.26<br>Billable | 2.26 |
| TS&S monthly telephone for July 2012. | | | | |
| 7/1/2012 #582010<br>General | atogut<br>Nortel Networks<br>Photocopies | 0.0 | 308.60<br>Billable | 308.60 |
| TS&S monthly photocopies for July 2012. | | | | |
| Subtotal For:<br>7/1/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 310.86 |
| Subtotal For:<br>Albert Togut | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 310.86 |
| **Timekeeper – Brian Moore** | | | | |
| 7/10/2012 #578238<br>General | bmoore<br>Nortel Networks<br>Travel-ground | 0.0 | 104.04<br>Billable | 104.04 |
| Car service from office to home on 7/10/12 at 9:12pm -- worked late re retiree benefits. | | | | |
| Subtotal For:<br>7/10/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 104.04 |

Page: 1

# Togut, Segal & Segal LLP
## Timekeeper Detail

7/1/2012...7/31/2012

10/1/2012
3:36:36 PM

| Date / Slip Number<br>Matter<br>Description | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|
| 7/18/2012  #583248<br>General | bmoore<br>Nortel Networks<br>Travel-ground | 0.0 | 104.04<br>Billable | 104.04 |

Car service from office to home on 7/18/12 after 11pm -- worked late re retiree benefits.

| Subtotal For:<br>7/18/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 104.04 |

| 7/20/2012  #583256<br>General | bmoore<br>Nortel Networks<br>Travel-ground | 0.0 | 104.04<br>Billable | 104.04 |

Car service from office to home on 7/20/12 at 12:45am -- worked late on 7/19/12 re retiree benefits.

| Subtotal For:<br>7/20/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 104.04 |

| 7/23/2012  #585309<br>General | bmoore<br>Nortel Networks<br>Meals | 0.0 | 74.41<br>Billable | 74.41 |

Dinner on 7/23/12 for BM, DP and SAS -- worked late re termination motion.

| Subtotal For:<br>7/23/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 74.41 |

| Subtotal For:<br>Brian Moore | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 386.53 |

Timekeeper – Dawn Person

Page: 2

# Togut, Segal & Segal LLP
## Timekeeper Detail

7/1/2012...7/31/2012

10/1/2012
3:36:36 PM

| Date / Slip Number<br>Matter<br>Description | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|
| 7/23/2012  #583260<br>General | dperson<br>Nortel Networks<br>Travel-ground | 0.0 | 74.84<br>Billable | 74.84 |

Car service from office to home on 7/28/12 at 9pm re Fee Applications.

| Subtotal For:<br>7/23/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 74.84 |

| Subtotal For:<br>Dawn Person | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 74.84 |

Timekeeper – Michael Hamersky

| 7/31/2012  #581577<br>General | mhamersky<br>Nortel Networks<br>Meals | 0.0 | 96.12<br>Billable | 96.12 |

Dinner on 7/31/12 for MDH, RKM, BM and NB -- worked late re hearing preparation.

| Subtotal For:<br>7/31/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 96.12 |

| Subtotal For:<br>Michael Hamersky | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 96.12 |

Timekeeper – Neil Berger

# Togut, Segal & Segal LLP
## Timekeeper Detail

7/1/2012...7/31/2012

10/1/2012
3:36:36 PM

| Date / Slip Number<br>Matter<br>Description | | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 7/1/2012<br>General | #579773 | nberger<br>Nortel Networks<br>Telephone | 0.0 | 24.92<br>Billable | 24.92 |

Conference call held on 6/18/12 re Nortel matters.

| | | | | | |
|---|---|---|---|---|---|
| 7/1/2012<br>General | #579776 | nberger<br>Nortel Networks<br>Telephone | 0.0 | 87.22<br>Billable | 87.22 |

Conference call held on 6/25/12 re Nortel matters.

| | | | | | |
|---|---|---|---|---|---|
| 7/1/2012<br>General | #579777 | nberger<br>Nortel Networks<br>Telephone | 0.0 | 22.82<br>Billable | 22.82 |

Conference call held on 6/28/12 re Nortel matters.

| | | | | | |
|---|---|---|---|---|---|
| 7/1/2012<br>General | #579778 | nberger<br>Nortel Networks<br>Telephone | 0.0 | 70.98<br>Billable | 70.98 |

Conference call held on 6/30/12 re Nortel matters.

| Subtotal For:<br>7/1/2012 | | Billable<br>Unbillable | | 0.0 | |
|---|---|---|---|---|---|
| | | Billable & Unbillable | | 0.0 | 205.94 |

| 7/9/2012<br>General | #574863 | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 8.70<br>Billable | 8.70 |
|---|---|---|---|---|---|

Taxi from office to home on 7/9/12 after 9pm -- worked late on retiree benefits.

| Subtotal For:<br>7/9/2012 | | Billable<br>Unbillable | | 0.0 | |
|---|---|---|---|---|---|
| | | Billable & Unbillable | | 0.0 | 8.70 |

# Togut, Segal & Segal LLP
## Timekeeper Detail

7/1/2012...7/31/2012

10/1/2012
3:36:36 PM

| Date / Slip Number<br>Matter<br>Description | | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 7/10/2012<br>General | #579779 | nberger<br>Nortel Networks<br>Telephone | 0.0 | 32.90<br>Billable | 32.90 |

Conference call held on 7/10/12 re Nortel matters.

| Subtotal For:<br>7/10/2012 | | Billable | | 0.0 | |
| | | Unbillable | | | |
| | | Billable & Unbillable | | 0.0 | 32.90 |

| 7/12/2012<br>General | #579687 | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 67.91<br>Billable | 67.91 |

Car service from office to home on 7/12/12 after 8pm -- worked late re Nortel matters (1/2 car rate billed to non-Nortel case).

| 7/12/2012<br>General | #579780 | nberger<br>Nortel Networks<br>Telephone | 0.0 | 19.60<br>Billable | 19.60 |

Conference call held on 7/12/12 re Nortel matters.

| Subtotal For:<br>7/12/2012 | | Billable | | 0.0 | |
| | | Unbillable | | | |
| | | Billable & Unbillable | | 0.0 | 87.51 |

| 7/16/2012<br>General | #578707 | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 18.00<br>Billable | 18.00 |

Taxi to Cleary meeting.

| 7/16/2012<br>General | #578708 | nberger<br>Nortel Networks<br>Meals | 0.0 | 17.00<br>Billable | 17.00 |

Dinner on 7/16/12 -- worked late on Nortel matters.

Page: 5

# Togut, Segal & Segal LLP
## Timekeeper Detail

7/1/2012...7/31/2012

10/1/2012
3:36:36 PM

| Date / Slip Number<br>Matter<br>Description | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|
| 7/16/2012  #578709<br>General | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 2.50<br>Billable | 2.50 |

Subway from Cleary meeting.

| 7/16/2012  #578710<br>General | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 52.00<br>Billable | 52.00 |

Parking.

| Subtotal For:<br>7/16/2012 | Billable | 0.0 | | |
| | Unbillable | | | |
| | Billable & Unbillable | 0.0 | | 89.50 |

| 7/17/2012  #578711<br>General | nberger<br>Nortel Networks<br>Meals | 0.0 | 33.11<br>Billable | 33.11 |

Dinner on 7/17/12 for NB and RKM -- worked late on Nortel matters.

| 7/17/2012  #579707<br>General | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 119.19<br>Billable | 119.19 |

Car service from office to home on 7/17/12 after 11pm -- worked late re Nortel matters.

| Subtotal For:<br>7/17/2012 | Billable | 0.0 | | |
| | Unbillable | | | |
| | Billable & Unbillable | 0.0 | | 152.30 |

# Togut, Segal & Segal LLP
## Timekeeper Detail

7/1/2012...7/31/2012

10/1/2012
3:36:36 PM

| Date / Slip Number<br>Matter<br>Description | | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 7/18/2012<br>General | #578712 | nberger<br>Nortel Networks<br>Meals | 0.0 | 881.63<br>Billable | 881.63 |

Dinner on 7/18/12 for retiree committee members and advisors.

| 7/18/2012<br>General | #578716 | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 6.70<br>Billable | 6.70 |
|---|---|---|---|---|---|

Taxi post retiree committee meeting.

| Subtotal For:<br>7/18/2012 | | Billable<br>Unbillable | | 0.0 | |
|---|---|---|---|---|---|
| | | Billable & Unbillable | | 0.0 | 888.33 |
| 7/20/2012<br>General | #583243 | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 129.72<br>Billable | 129.72 |

Car service from NYC to home on 7/20/12 after midnight --
worked late re Nortel matters.

| Subtotal For:<br>7/20/2012 | | Billable<br>Unbillable | | 0.0 | |
|---|---|---|---|---|---|
| | | Billable & Unbillable | | 0.0 | 129.72 |
| 7/31/2012<br>General | #582074 | nberger<br>Nortel Networks<br>Travel-ground | 0.0 | 522.00<br>Billable | 522.00 |

Train fares for RKM and NB to Omni Hearing.

| Subtotal For:<br>7/31/2012 | Billable<br>Unbillable | 0.0 | |
|---|---|---|---|
| | Billable & Unbillable | 0.0 | 522.00 |
| Subtotal For:<br>Neil Berger | Billable<br>Unbillable | 0.0 | |
| | Billable & Unbillable | 0.0 | 2,116.90 |

**Togut, Segal & Segal LLP**
**Timekeeper Detail**

7/1/2012...7/31/2012

*10/1/2012*
*3:36:36 PM*

| Date / Slip Number<br>Matter<br>Description | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|
| **Timekeeper – Richard Milin** | | | | |
| 7/16/2012  #585298<br>General | rmilin<br>Nortel Networks<br>Travel-ground | 0.0 | 9.60<br>Billable | 9.60 |
| Taxi to meeting with Debtors' counsel re resolution of settlement issues and term sheet. | | | | |
| Subtotal For:<br>7/16/2012 | Billable | | 0.0 | |
| | Unbillable | | | |
| | Billable & Unbillable | | 0.0 | 9.60 |
| 7/18/2012  #585303<br>General | rmilin<br>Nortel Networks<br>Travel-ground | 0.0 | 9.10<br>Billable | 9.10 |
| Taxi from office to home on 7/18/12 at 11pm -- worked late preparing for mediation of retiree benefits dispute on 7/19/12. | | | | |
| Subtotal For:<br>7/18/2012 | Billable | | 0.0 | |
| | Unbillable | | | |
| | Billable & Unbillable | | 0.0 | 9.10 |
| 7/19/2012  #585304<br>General | rmilin<br>Nortel Networks<br>Travel-ground | 0.0 | 12.20<br>Billable | 12.20 |
| Taxi to mediation of retiree benefits dispute. | | | | |
| Subtotal For:<br>7/19/2012 | Billable | | 0.0 | |
| | Unbillable | | | |
| | Billable & Unbillable | | 0.0 | 12.20 |

# Togut, Segal & Segal LLP
## Timekeeper Detail

7/1/2012...7/31/2012

10/1/2012
3:36:36 PM

| Date / Slip Number<br>Matter<br>Description | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|
| 7/20/2012  #585305<br>General | rmilin<br>Nortel Networks<br>Travel-ground | 0.0 | 11.10<br>Billable | 11.10 |

Taxi home at 1am on 7/20/12 following mediation of retiree benefits dispute.

| Subtotal For:<br>7/20/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 11.10 |

| Subtotal For:<br>Richard Milin | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 42.00 |

### Timekeeper – Stephanie Skelly

| 7/2/2012  #576028<br>General | sskelly<br>Nortel Networks<br>Overnight Couri | 0.0 | 18.45<br>Billable | 18.45 |

FedEx to Douglas Kasten -- document production.

| Subtotal For:<br>7/2/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 18.45 |

| 7/10/2012  #578961<br>General | sskelly<br>Nortel Networks<br>Travel-ground | 0.0 | 7.30<br>Billable | 7.30 |

Taxi from office to home on 7/10/12 at 10pm -- worked late re retiree benefits.

| Subtotal For:<br>7/10/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 7.30 |

# Togut, Segal & Segal LLP
## Timekeeper Detail

7/1/2012...7/31/2012

10/1/2012
3:36:36 PM

| Date / Slip Number<br>Matter<br>Description | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|
| 7/11/2012    #583255<br>General | sskelly<br>Nortel Networks<br>Travel-ground | 0.0 | 104.04<br>Billable | 104.04 |

Car service from office to home on 7/11/12 at 9pm -- worked late re retiree benefits.

| Subtotal For:<br>7/11/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 104.04 |

| 7/16/2012    #578963<br>General | sskelly<br>Nortel Networks<br>Meals | 0.0 | 38.38<br>Billable | 38.38 |

Dinner on 7/16/12 for SAS and BM -- worked late re retiree benefits.

| 7/16/2012    #583253<br>General | sskelly<br>Nortel Networks<br>Travel-ground | 0.0 | 104.04<br>Billable | 104.04 |

Car service from office to home on 7/16/12 after 8pm -- worked late re retiree benefits.

| Subtotal For:<br>7/16/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 142.42 |

| 7/23/2012    #583240<br>General | sskelly<br>Nortel Networks<br>Travel-ground | 0.0 | 99.96<br>Billable | 99.96 |

Car service from office to home on 7/23/12 after 10pm -- worked late re retiree benefits.

| Subtotal For:<br>7/23/2012 | Billable<br>Unbillable | | 0.0 | |
| | Billable & Unbillable | | 0.0 | 99.96 |

# Togut, Segal & Segal LLP
## Timekeeper Detail

7/1/2012...7/31/2012

*10/1/2012*
*3:36:36 PM*

| Date / Slip Number<br>Matter<br>Description | Timekeeper<br>Client<br>Activity | Time | Rate | Total |
|---|---|---|---|---|
| 7/24/2012  #585453<br>General | sskelly<br>Nortel Networks<br>Travel-ground | 0.0 | 106.59<br>Billable | 106.59 |

Car service from office to home on 7/24/12 after 8pm -- worked late re retiree benefits.

| Subtotal For:<br>7/24/2012 | Billable | 0.0 | |
| | Unbillable | | |
| | Billable & Unbillable | 0.0 | 106.59 |

| Subtotal For:<br>Stephanie Skelly | Billable | 0.0 | |
| | Unbillable | | |
| | Billable & Unbillable | 0.0 | 478.76 |

| Grand Total | Billable | 0.0 | |
| | Unbillable | | |
| | Billable & Unbillable | 0.0 | 3,506.01 |