# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, [1] <br><br>      Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Commonwealth of Virginia Department of Taxation | Adv. Proc. No. 12-50608 |

## STATUS REPORT ON ADVERSARY PROCEEDING
## ASSIGNED TO THE HONORABLE KEVIN GROSS

In accordance with the Request for Status Report dated September 21, 2012, entered with respect to the above-captioned adversary proceeding, plaintiff Nortel Networks Inc., by and through its undersigned counsel, submits the following status report with respect to the above-captioned adversary proceeding.

Dated: October 5, 2012

CLEARY GOTTLIEB STEEN & HAMILTON LLP
 James L. Bromley (admitted *pro hac vice*)
 Lisa M. Schweitzer (admitted *pro hac vice*)
 One Liberty Plaza
 New York, New York 10006
 Telephone:  (212) 225-2000
 Facsimile:  (212) 225-3999

- and -

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

6463782.1

Counsel for the Debtors and
Debtors in Possession

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 12-50608 | Commonwealth of Virginia Department of Taxation | Parties are negotiating a scheduling order with respect to discovery and are undertaking further review in order to engage in settlement discussions. |