## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Adversary Pleading Assigned to the Honorable Kevin Gross** was caused to be made on October 5, 2012, in the manner indicated upon the entity identified below.

**Via First Class Mail**

Jeffrey A. Scharf
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294

Date: October 5, 2012                             */s/ Ann C. Cordo*
Wilmington, Delaware                              Ann C. Cordo (No. 4817)

6501842