**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ X
:
*In re*                                                  :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]      :    Case No. 09-10138 (KG)
:
                              Debtors.  :    Jointly Administered
:
------------------------------------------------------------ X

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 8, 2012, a copy of the **Debtors' First Set of Requests for Production of Documents** was served via first class mail on the individuals identified on Exhibit A.

Dated: October 8, 2012
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, NY 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        and

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Ann C. Cordo*
        Derek C. Abbott (No. 3376)
        Ann C. Cordo (No. 4817)
        Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

          1201 North Market Street, 18th Floor
          Wilmington, DE  19899-1347
          Telephone:  (302) 658-9200
          Facsimile:  (302) 425-4663

          *Counsel for the Debtors and Debtors in Possession*

6513695.1