**Exhibit A**

# SERVICE LIST

**BY FIRST CLASS MAIL:**

Laurie Adams
217 Ridge Creek Drive
Morrisville, NC  27560

Stephen H. Addison
P.O. Box 164275
Fort Worth, TX  76161-4275

Sandra G. Aiken
3166 Tump Wilkins Rd.
Stem, NC  27581

Michael P. Alms
4944 Elm Island Circle
Waterford, WI  53185

Victoria M. Anstead
3894 Ridge Lea Road
Apt. A
Amherst, NY  14228

Charles Vincent Barry
4090 Old Fanklinton Road
Franklinton, NC  27525

Janet Bass
1228 Moultrie Court
Raleigh, NC  27615

Brent Beasley
541 Ammons Rd.
Dunn, NC  28334

Steven Edward Bennett
37052 Chestnut Street
Newark, CA  94560

Gloria Benson
1824 Wilson Pike
Brentwood, TN  37027

Louis Carl Bernstein
8529 Mountainholly Drive
Pikesville, MD  21208

Bonnie Jean Boyer
305 W. Juniper Ave.
Sterling, VA  20164-3724

Remajos Estrella Brown
2353 Sword Drive
Garland, TX  75044-6036

Dennis Wayne Bullock
3557 Jacobs Rd.
Stem, NC  27581

Roger G. Carlsen
390 E. Paseo Celestial
Sahuarita, AZ  85629

Lottie Edith Chamber
2716 Dalford Ct.
Raleigh, NC  27604

James Craig
42 East Cavalier Rd.
Scottsville, NY  14546

Daniel D. David
2105 Possum Trot Rd.
Wake Forest, NC  27587

Virginia Davis
61 Altvista Way
Daly City, CA  94014-1420

Marilyn Day
2020 Fox Glen Drive
Allen, TX  75013

Najam U. Dean
6 Augusta Dr.
Millbury, MA  01527

Thomas Dikens
2612 Bengal Lane
Plano, TX  75023

Khanh C. Do
3804 Abercromby Dr.
Durham, NC  27713

Robert Dale Dover
2509 Quail Ridge Rd.
Melissa, TX  75454

Fred A. Durant
708 East H. Street
Leotia, KS  67861

John Spangler Elliott
6 Grouse Lane
Merrimack, NH  03054

Richard Engleman
1505 Nevada Drive
Plano, TX  75093

Nanette Faison
981 Kittrell Rd.
Kittrell, NC  27544

Bert Fletcher
35 Broomhill Court
Clayton, NC  27527

Bruce Francis
5506 Lake Elton Road
Durham, NC  27713

Barbara Gallagher
410 West Acres Road
Whitesboro, TX  76273

Gary Wayne Garrett
4093 Hogan Dr.
Apt. 4114
Tyler, TX  75709

Scott S. Gennett
16 Wildwood Street
Lake Grove, NY  11755

Marilyn Green
1106 Boston Hollow Rd.
Ashland City, TN  37015

Crickett Grissom
2580 W. PorterCreek Ave.
Porterville, CA  93257

Edward G. Guevarra, Jr.
11007 Scripps Ranch Blvd.
San Diego, CA  92131

Janetta Hames
649 Fossill Wood
Saginaw, TX  76179

Kenneth S. Hazelrig
8170 Solway Ct.
Winston, GA  30187

Janette Head
16 Gleneagle Drive
Bedford, NH  03110

Alan Bruce Heinbaugh
19816 Colby Ct.
Saratoga, CA  95070

Brad Lee Henry
11596 W. Sierra Dawn Blvd.
Lot 386
Surprise, AZ  85378

Richard B. Hodges
913 Windemere Lane
Wake Forest, NC  27587

Scott David Howard
2050 Cabiao Road
Placerville, CA  95667

Dianna L. Irish
235 Atrium Court
Warner Robins, GA  31088-5600

Mark R. Janis
193 Via Soderini
Aptos, CA  95003

Deborah M. Jones
2824 Thurrock Drive
Apex, NC  27539

Marie Jurasevich
29210 Gimpl Hill Rd.
Eugene, OR  97402

Sharon L. Kelly
5612 Oxford Court
#815
Louisville, KY  40291

Peter Lawrence
16295 Via Venetia W.
Delray Beach, FL  33484

James Jerome Lee
1310 Richmond Street
El Cerrito, CA  94530

Fred S. Lindow
PO Box 33206
Los Gatos, CA  95031

Kerry W. Logan
1207 High Hammock St.
#102
Tampa, FL  33619

Estelle Loggins
250 Old Mill Lane
Dallas, TX  75227

Vernon M. Long
4929 Kelso Lane
Garland, TX  75043

Wendy Boswell Mann
2114 Claret Lane
Morrisville, NC  27560

Robert Martel
200 Lighthouse Ln.
B3
Cedar Point, NC  28584

Terry D. Massengill
126 Keri Drive
Garner, NC  27529

Leah Kathryn McCaffrey
7139 Debbe Dr.
Dallas, TX  75252

Marva M. McLaurin
2607 Dearborn Dr.
Durham, NC  27704

Michael Sean McWalters
P.O. Box 338
Alviso, CA  95002

John Allan Mercer
121 Monastery Rd.
Pine City, NY  14871

Patrick Charles Merwin
206 Amberglow Place
Cary, NC  27513

Mary Deal Moon
4177  Hight Road
Oxford, NC  27565

Paul E. Morrison
2241 College Avenue
Quincy, IL  62301

Kem Renee Muckleroy
507 East Bradley Street
Star City, AR  71667

Jane Faye Neumann
11730 County Road 24
Watertown, MN  55388

Daniel Lee Owenby
2136 Sapelo Ct.
Fernandina Beach, FL  32034

Kaushik Patel
5665 Arapaho Rd.
#1023
Dallas, TX  75248

Ashley Phanetong
6304 Johnsdale Road
Raleigh, NC  27615

Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC  28079

Pamela Jane Powell
676 Brookview Dr.
Chapel Hill, NC  27514

Janie Horton Proctor
101 East G. Street
Butner, NC  27509

Frankie Mathis Proctor
101 East G. Street
Butner, NC  27509

La Wanda Pryor
117 Parrish Street
La Vergne, TN  37086

Carol F. Raymond
7962 S.W. 185 St.
Miami, FL  33157

William A. Reed
7810 Heaton Drive
Theodore, AL  36582-2362

Michael A. Reed
744 East 74th Street
Los Angeles, CA  90001-2310

Verlene Reid
2507 Downing Street
Wilson, NC  27893

Michael D. Rexroad
5244 Linwick Drive
Fuquay Varina, NC  27526

Cynthia Battle Richardson
5717 Cypress Drive
Rowlett, TX  75089

Joyce Ann Robertson
604 South Peedin Street
Selma, NC  27576

Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, GA  30062

Chae S. Roob
8584 Chanhassen Hills Dr. South Street
Chanhassen, MN  55317

Chae S. Roob
9530 Foxford Road
Chanhassen, MN  55317

Ronald J. Rose
26 Pheasant Run
Ballston Spa, NY  12020

Charles Sandner
1970 N. Leslie
#3779
Pahrump, NV  89060

Cynthia Ann Schmidt
P.O. Box 119
Oregon House, CA  95962

Wayne J. Schmidt
P.O. Box 374
Christopher Lake, Saskatchewan   SOJ ONO

Judy A. Schultheis
2201 Sweetrbriar Drive
Alexandria, VA  22307

Lisa Riggs Scoggins
2214 Olive Branch Road
Durham, NC  27703

Manuel Segura
215 Sheridan Street
Apt. B43
Perth Amboy, NJ  08861

Harold D. Simmons
18 Wait Street
Greenville, SC  29607

Roy M. Smith
1116 Buttercup Lane
Wake Forest, NC  27587

Julianna Smith
134 Marvin Street
Milan, MI  48160

Chad Soriano
8974 Hickory Avenue
Hesperia, CA  92345

Herbert Preston Stansbury
3193 US Highway 15
Stem, NC  27581

Olive Jane Stepp
470 Fairview Rd.
Asheville, NC  28803

Miriam Stewart
2615 Bailey's Crossroads Rd.
Benson, NC  27504

Leolia C. Strickland
101  Lansing Drive
Benson, NC  27504

Michael Stutts
1616 Hastings Bluff
McKinney, TX  75070

Michael R. Thompson
564 Old Candia Rd.
Candia, NH  03034

Mae Lois Torain
565 Jack Chavis Road
Timberlake, NC  27583

Carmel T. Totman
164 Berton Street
Boone, NC  28607

Seretha M. Tucker
1864 Helena Moriah Rd.
Timberlake, NC  27583

Caroline Underwood
2101 Emerson Cook Rd.
Pittsboro, NC  27312

Lois Diane Uphold
201 Camden Park Dr.
Goldsboro, NC  27530

Gerald R. Utpadel
4627 Greenmeadows Ave.
Torrance, CA  90505

Linda Nokes Victory
804 Hawaiian View
Antioch, TN  37013

Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL  60137

Jerry Lynn Wadlow
PO Box 79
Wewoka, OK  74884

Thelma Watson
24 Hill Street
P.O. Box 971
Bath, SC  29816

Nancy Ann Wilson
7101 Chase Oaks Blvd.
#1627
Plano, TX  75025

Paul Douglas Wolfe
113 Red Drum Ln.
Gloucester, NC  28528

Brenda Wread
3408 A Water Vista Parkway
Lawrenceville, GA  30044

Kim M. Yates
207 Tomato Hill Rd.
Leesburg, FL  34748