## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 8/1/2012 through 8/31/2012

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $795 | 46.50 | $36,967.50 |
| J. Borow | Executive Director | $795 | 51.40 | $40,863.00 |
| J. Hyland | Executive Director | $610 | 171.90 | $104,859.00 |
| A. Cowie | Managing Director | $550 | 8.90 | $4,895.00 |
| B. Morris | Managing Director | $525 | 5.70 | $2,992.50 |
| T. Morilla | Director | $360 | 165.30 | $59,508.00 |
| M. Haverkamp | Paraprofessional | $120 | 7.50 | $900.00 |
| **For the Period 8/1/2012 through 8/31/2012** | | | **457.20** | **$250,985.00** |