# Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 8/1/2012 through 8/31/2012

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 120.70 | $76,037.00 |
| 05. Professional Retention/Fee Application Preparation | 19.00 | $5,890.00 |
| 06. Attend Hearings/Related Activities | 5.40 | $3,294.00 |
| 07. Interaction/Mtgs w Debtors/Counsel | 5.50 | $3,965.50 |
| 08. Interaction/Mtgs w Creditors | 37.60 | $26,335.00 |
| 09. Employee Issues/KEIP | 23.10 | $11,027.00 |
| 10. Recovery/SubCon/Lien Analysis | 88.00 | $44,933.00 |
| 11. Claim Analysis/Accounting | 38.90 | $19,343.50 |
| 13. Intercompany Transactions/Bal | 47.80 | $24,196.00 |
| 14. Executory Contracts/Leases | 9.30 | $4,941.00 |
| 17. Analysis of Historical Results | 3.20 | $1,152.00 |
| 18. Operating and Other Reports | 12.70 | $5,422.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 28.90 | $13,454.00 |
| 26. Tax Issues | 17.10 | $10,995.00 |
| **For the Period 8/1/2012 through 8/31/2012** | **457.20** | **$250,985.00** |

Capstone Advisory Group, LLC
Invoice for the 8/1/2012-8/31/2012 Fee Statement