# Nortel Networks Corporation
## Capstone Advisory Group, LLC
## Exhibit C: Detailed Time Descriptions
## For the Period 8/1/2012 through 8/31/2012

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 8/1/2012 | T. Morilla | 1.20 | Reviewed and analyzed issues regarding the potential sale of residual assets. |
| 8/1/2012 | B. Morris | 1.50 | Analyzed proceeds allocation from each estate. |
| 8/1/2012 | B. Morris | 2.00 | Analyzed proceeds allocation from each estate. |
| 8/1/2012 | B. Morris | 2.20 | Analyzed proceeds allocation from each estate. |
| 8/3/2012 | C. Kearns | 0.50 | Analyzed mediation related issues. |
| 8/7/2012 | C. Kearns | 0.50 | Called and emailed with counsel re: mediation related issues. |
| 8/7/2012 | J. Borow | 1.10 | Reviewed allocation issues. |
| 8/7/2012 | T. Morilla | 1.50 | Continued reviewing mediation issues. |
| 8/7/2012 | T. Morilla | 1.60 | Reviewed mediation issues. |
| 8/8/2012 | J. Hyland | 2.40 | Continued reviewing assets and claims schedules. |
| 8/8/2012 | T. Morilla | 2.80 | Reviewed and analyzed each estate's standalone assets. |
| 8/8/2012 | J. Hyland | 2.90 | Reviewed assets and claims schedules. |
| 8/9/2012 | J. Hyland | 1.10 | Conducted call with M. Spragg re: assets and claims reports. |
| 8/9/2012 | T. Morilla | 1.40 | Continued to review and analyze each estate's standalone assets. |
| 8/9/2012 | J. Hyland | 1.70 | Reviewed proceeds allocation scenarios. |
| 8/9/2012 | J. Hyland | 2.90 | Analyzed asset and claims reports from each estate. |
| 8/10/2012 | C. Kearns | 0.80 | Continued mediation related analysis. |
| 8/10/2012 | T. Morilla | 1.10 | Continued to review and analyze the standalone assets. |
| 8/13/2012 | T. Morilla | 0.30 | Reviewed the escrow account documents. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/13/2012 | T. Morilla | 1.00 | Reviewed and analyzed disputed items list. |
| 8/13/2012 | J. Hyland | 1.30 | Participated in call with J. Bromley, J. Ray, Chilmark, counsel, and Fraser re: proceeds allocation. |
| 8/13/2012 | J. Hyland | 1.50 | Reviewed proceeds allocation document. |
| 8/13/2012 | J. Hyland | 2.40 | Participated in call with counsel and Fraser re: proceeds allocation. |
| 8/13/2012 | C. Kearns | 2.50 | Met with counsel to prepare for mediation meeting of 8/21. |
| 8/13/2012 | J. Borow | 4.30 | Prepared for (1.9) and participated in (2.4) meeting with counsel re: mediation process and potential meeting with mediator. |
| 8/14/2012 | J. Hyland | 0.70 | Continued analyzing proceeds allocation scenarios. |
| 8/14/2012 | J. Hyland | 2.90 | Analyzed proceeds allocation scenarios. |
| 8/15/2012 | C. Kearns | 0.50 | Reviewed counsel draft talking points re: upcoming meeting with mediation. |
| 8/15/2012 | C. Kearns | 0.50 | Participated in conference calls with counsel and team to debrief after meeting with mediator representative. |
| 8/15/2012 | J. Hyland | 2.30 | Reviewed summary of mediation meeting. |
| 8/15/2012 | J. Hyland | 2.50 | Reviewed proceeds allocation calculations. |
| 8/15/2012 | J. Hyland | 2.80 | Prepared for mediation pre-call and reviewed related material. |
| 8/16/2012 | J. Hyland | 0.60 | Conducted call with M. Sandberg re: assets and claims by estate. |
| 8/16/2012 | J. Hyland | 1.30 | Analyzed documents for mediation discussion. |
| 8/16/2012 | J. Hyland | 1.90 | Participated in call with counsel and Fraser re: mediation. |
| 8/16/2012 | C. Kearns | 2.80 | Met with counsel to prepare for upcoming meeting with mediation. |
| 8/17/2012 | C. Kearns | 1.80 | Read various briefs and analyses to prepare for meeting with mediation. |
| 8/20/2012 | C. Kearns | 6.50 | Prepared for mediation session: read various submissions, prior proposals and reviewed various recovery models and discussed with counsel. |
| 8/21/2012 | C. Kearns | 1.20 | Met with counsel regarding mediation in Toronto. |
| 8/22/2012 | J. Hyland | 0.50 | Participated in call with J. Bromley, J. Ray, Fraser, Milbank, and counsel re: mediation. |
| 8/22/2012 | J. Borow | 1.10 | Reviewed issues pertaining to mediation meeting and settlement concepts. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/22/2012 | J. Borow | 1.30 | Reviewed issues re: status of mediation. |
| 8/22/2012 | C. Kearns | 1.50 | Outlined key issues and analysis needed for request by the Mediator. |
| 8/23/2012 | C. Kearns | 0.20 | Participated in conference call with counsel re: key issues for next mediation submission. |
| 8/23/2012 | C. Kearns | 0.70 | Prepared for (0.2) and participated in (0.5) issues discussion with counsel re: next steps in mediation process and interaction with ad hocs. |
| 8/23/2012 | C. Kearns | 0.80 | Participated in call with UCC to debrief after mediator session. |
| 8/23/2012 | J. Hyland | 1.20 | Reviewed documentation from meeting with Milbank and FTI re: proceeds allocation. |
| 8/23/2012 | J. Hyland | 1.30 | Continued preparing analysis of cash flow and claims. |
| 8/23/2012 | J. Hyland | 1.50 | Participated in call with counsel, Milbank, and FTI re: proceeds allocation. |
| 8/23/2012 | C. Kearns | 1.80 | Prepared for (0.3) and met with (1.5) counsel, Milbank and FTI to discuss mediation next steps and issues re: Mediator's requests. |
| 8/23/2012 | J. Hyland | 2.90 | Prepared analysis of cash flow and claims. |
| 8/24/2012 | J. Hyland | 0.70 | Conducted call with M. Sandberg re: assets and claims. |
| 8/24/2012 | C. Kearns | 1.20 | Analyzed mediation related issues. |
| 8/27/2012 | C. Kearns | 0.20 | Participated in conference call with counsel to debrief after ad hoc meeting and discuss substance of submission requested by the mediator. |
| 8/27/2012 | C. Kearns | 0.60 | Analyzed next steps in mediation. |
| 8/27/2012 | J. Hyland | 2.80 | Continued reviewing proceeds allocation scenarios. |
| 8/27/2012 | J. Hyland | 2.80 | Analyzed assets and claims. |
| 8/27/2012 | J. Hyland | 2.90 | Reviewed proceeds allocation scenarios. |
| 8/28/2012 | C. Kearns | 0.60 | Continued mediation related analysis. |
| 8/28/2012 | J. Hyland | 1.00 | Summarized meeting with FTI on assets and claims. |
| 8/28/2012 | T. Morilla | 2.10 | Reviewed asset assumptions for the recovery model. |
| 8/28/2012 | J. Hyland | 2.50 | Prepared for meeting with FTI. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/28/2012 | J. Hyland | 6.00 | Participated in meeting with M. Sandberg and M. Spragg (for a portion) re: assets and claims. |
| 8/29/2012 | C. Kearns | 0.80 | Continued mediation related analysis of models and key assumptions. |
| 8/29/2012 | T. Morilla | 1.10 | Reviewed the estate-owned assets. |
| 8/29/2012 | J. Hyland | 1.10 | Continued revising assets and claims analysis. |
| 8/29/2012 | J. Hyland | 2.90 | Revised assets and claims analysis. |
| 8/30/2012 | J. Hyland | 0.50 | Conducted call with M. Sandberg re: assets and claims. |
| 8/30/2012 | C. Kearns | 0.90 | Reviewed model analysis including FTI input. |
| 8/30/2012 | J. Hyland | 2.20 | Completed analysis of assets and claims. |
| 8/30/2012 | J. Hyland | 2.20 | Analyzed assets and claims. |
| Subtotal | | 120.70 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/2/2012 | T. Morilla | 1.40 | Continued reviewing the June fee application. |
| 8/2/2012 | T. Morilla | 2.80 | Reviewed the June fee application. |
| 8/3/2012 | J. Hyland | 0.40 | Prepared July fee estimate for NNI. |
| 8/9/2012 | J. Hyland | 0.20 | Revised fee estimate for counsel and coordinated with counsel. |
| 8/9/2012 | J. Hyland | 1.00 | Reviewed fee application. |
| 8/10/2012 | M. Haverkamp | 2.10 | Prepared June fee application. |
| 8/15/2012 | J. Hyland | 0.40 | Reviewed final fee application. |
| 8/17/2012 | J. Hyland | 0.40 | Reviewed fee application for July. |
| 8/17/2012 | M. Haverkamp | 2.30 | Prepared July fee application. |
| 8/20/2012 | T. Morilla | 1.20 | Continued reviewing the July fee application. |
| 8/20/2012 | T. Morilla | 2.70 | Reviewed the July fee application. |
| 8/24/2012 | J. Hyland | 0.40 | Reviewed interim fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/24/2012 | J. Hyland | 0.60 | Reviewed fee application. |
| 8/24/2012 | M. Haverkamp | 0.70 | Prepared interim fee application. |
| 8/24/2012 | M. Haverkamp | 2.40 | Prepared July 2012 fee application. |
| Subtotal | | 19.00 | |
| **06. Attend Hearings/Related Activities** | | | |
| 8/1/2012 | J. Hyland | 2.50 | Met with counsel re: hearing. |
| 8/1/2012 | J. Hyland | 2.90 | Participated in hearing at DE bankruptcy court re: mediation, retirees, and LTD matters. |
| Subtotal | | 5.40 | |
| **07. Interaction/Mtgs w Debtors/Counsel** | | | |
| 8/6/2012 | J. Hyland | 1.00 | Prepared for (0.4) and participated in (0.6) weekly status call with counsel, Cleary, J. Ray, and Chilmark. |
| 8/9/2012 | J. Hyland | 1.00 | Participated in call with J. Ray, T. Ross, M. Spragg, Milbank, and counsel re: facility forecast and taxes. |
| 8/13/2012 | C. Kearns | 1.30 | Participated in call with J. Ray, Chilmark and CGSH to discuss status and issues for next week's meeting with mediator. |
| 8/21/2012 | C. Kearns | 1.50 | Met with J. Ray, Torys and counsel to discuss mediation session and next steps. |
| 8/22/2012 | C. Kearns | 0.50 | Participated in call with Debtor, Milbank, FTI and counsel regarding mediation discussion. |
| 8/29/2012 | J. Hyland | 0.20 | Conducted call with A. Bifield re: AIP and other case matters. |
| Subtotal | | 5.50 | |
| **08. Interaction/Mtgs w Creditors** | | | |
| 8/1/2012 | A. Cowie | 0.40 | Prepared supporting analysis for creditor call on allocation issues. |
| 8/1/2012 | J. Hyland | 0.70 | Participated in weekly professionals call with UCC professionals. |
| 8/2/2012 | J. Hyland | 0.80 | Participated in UCC call with UCC professionals. |
| 8/2/2012 | C. Kearns | 1.00 | Prepared for (0.2) and participated in (0.8) UCC call. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/2/2012 | J. Hyland | 1.70 | Prepared for UCC call. |
| 8/2/2012 | J. Borow | 2.30 | Prepared for (1.5) and participated in (0.8) meeting with UCC and advisors to UCC. |
| 8/6/2012 | C. Kearns | 0.60 | Participated in call with counsel/ and CGSH in regard to mediation status and key issues update. |
| 8/7/2012 | J. Hyland | 0.40 | Participated in call with counsel re: proceeds allocation debrief. |
| 8/7/2012 | A. Cowie | 1.10 | Prepared for (0.7) and participated in (0.4) conference call update on chambers meeting and allocation issues. |
| 8/8/2012 | C. Kearns | 0.80 | Participated in weekly status call with counsel and Fraser. |
| 8/8/2012 | J. Hyland | 0.90 | Prepared for (0.1) and participated in (0.8) weekly professionals' status call. |
| 8/8/2012 | A. Cowie | 1.00 | Prepared for (0.2) and participated in (0.8) professionals pre-call in regard to mediation strategy and legal issues. |
| 8/9/2012 | C. Kearns | 0.10 | Emailed with counsel re: mediation. |
| 8/9/2012 | J. Hyland | 0.90 | Participated in weekly UCC call with UCC professionals. |
| 8/9/2012 | A. Cowie | 1.10 | Prepared summary and supporting analysis in regard to mediation strategies for UCC call. |
| 8/9/2012 | C. Kearns | 1.10 | Prepared for (0.2) and participated in (0.9) weekly call with UCC. |
| 8/9/2012 | J. Borow | 1.50 | Participated in discussions with various creditors and parties in interest re: status of matter. |
| 8/9/2012 | J. Borow | 2.20 | Prepared for (1.3) and participated in (0.9) meeting of UCC and professionals to UCC. |
| 8/13/2012 | A. Cowie | 0.40 | Participated in a portion of the pre-mediator meeting with professionals in regard to creditor recovery strategy. |
| 8/14/2012 | A. Cowie | 0.30 | Participated in phone discussion with Canadian counsel in regard to Canadian claims. |
| 8/16/2012 | C. Kearns | 0.30 | Debriefed after call with mediator's representative. |
| 8/16/2012 | J. Hyland | 0.50 | Participated in UCC call with UCC professionals. |
| 8/16/2012 | C. Kearns | 0.50 | Participated in UCC call to discuss case strategies. |
| 8/16/2012 | C. Kearns | 0.70 | Participated in call with counsel and Mediator's representative. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/16/2012 | J. Borow | 1.80 | Prepared for (1.3) and participated in (0.5) meeting with counsel and UCC. |
| 8/16/2012 | A. Cowie | 2.50 | Participated in discussions with professionals principally in regard to UCC meeting, creditor recovery strategy and upcoming mediator meeting. |
| 8/17/2012 | C. Kearns | 0.50 | Participated in call with counsel and Debtor to debrief after meeting with Mediator's representative. |
| 8/21/2012 | C. Kearns | 0.80 | Participated in pre-meeting with counsel and FMC. |
| 8/21/2012 | C. Kearns | 1.30 | Debriefed with counsel prior to meeting with Debtor. |
| 8/22/2012 | C. Kearns | 0.50 | Participated in weekly status call with UCC professionals. |
| 8/22/2012 | A. Cowie | 0.50 | Participated in conference call with professionals in regard to Canadian mediator meeting. |
| 8/22/2012 | J. Hyland | 0.80 | Prepared for (0.3) and participated in (0.5) UCC professionals' weekly status call. |
| 8/22/2012 | A. Cowie | 0.80 | Prepared for (0.3) and participated in (0.5) professionals planning call for UCC meeting, principally in regard to mediation issues. |
| 8/23/2012 | J. Hyland | 0.50 | Participated in call with counsel and Fraser re: UCC follow-up issues. |
| 8/23/2012 | J. Hyland | 1.00 | Prepared for (0.2) and participated in (0.8) UCC call with UCC professionals. |
| 8/23/2012 | J. Borow | 2.10 | Prepared for (1.3) and participated (0.8) in meeting with UCC and advisors to UCC. |
| 8/23/2012 | J. Borow | 2.10 | Prepared for (0.6) and participated in (1.5) meeting with bondholders' representatives discussing mediation and related mediation concepts. |
| 8/29/2012 | J. Hyland | 0.30 | Conducted call with B. Kahn re: case issues. |
| 8/29/2012 | C. Kearns | 0.60 | Discussed next steps with counsel re: upcoming meetings with ad hocs and UCC re: the Mediator's request. |
| 8/31/2012 | C. Kearns | 0.20 | Emailed with counsel re: mediation planning. |
| Subtotal | | 37.60 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/1/2012 | C. Kearns | 0.50 | Analyzed status of LTD and retiree claims resolution. |
| 8/1/2012 | T. Morilla | 2.70 | Reviewed and analyzed issues regarding LTD and Retiree Committees. |
| 8/8/2012 | T. Morilla | 0.70 | Reviewed and analyzed Retiree and LTD issues. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/15/2012 | T. Morilla | 0.90 | Reviewed and analyzed the Asia AIP results and target. |
| 8/15/2012 | T. Morilla | 1.20 | Began reviewing and analyzing the Canadian AIP results and targets. |
| 8/17/2012 | J. Hyland | 1.10 | Reviewed APAC/ CALA results related compensation. |
| 8/20/2012 | J. Hyland | 1.20 | Reviewed AIP presentation for Asia and analyzed results. |
| 8/20/2012 | J. Hyland | 1.50 | Reviewed AIP reporting for Corporate Group and compared to budget. |
| 8/21/2012 | J. Hyland | 2.60 | Reviewed incentive plan results. |
| 8/22/2012 | J. Hyland | 1.50 | Finalized review of Canada/ CALA and Asia actual and proposed AIP report. |
| 8/22/2012 | J. Hyland | 1.90 | Reviewed Canadian/ CALA and Asia actual and proposed AIP. |
| 8/22/2012 | T. Morilla | 2.00 | Continued to edit the AIP report based on comments. |
| 8/22/2012 | T. Morilla | 2.40 | Continued to prepare the Canadian, Asian and CALA AIP report. |
| 8/22/2012 | T. Morilla | 2.80 | Prepared the Canadian, Asian and CALA AIP report. |
| 8/29/2012 | C. Kearns | 0.10 | Analyzed status update on negotiation with NNI retiree committee. |
| Subtotal | | 23.10 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/6/2012 | C. Kearns | 0.40 | Analyzed recovery scenarios. |
| 8/8/2012 | T. Morilla | 1.90 | Continued to review and edit the recovery flow chart. |
| 8/8/2012 | T. Morilla | 2.20 | Continued to edit and revise the recovery flow charts. |
| 8/9/2012 | T. Morilla | 0.50 | Revised the recovery flow chart. |
| 8/9/2012 | C. Kearns | 1.00 | Reviewed draft flow charts of recovery waterfall. |
| 8/9/2012 | T. Morilla | 1.10 | Continued to revise the recovery flow chart. |
| 8/9/2012 | J. Borow | 1.20 | Reviewed issues relating to mediation and recovery analyses. |
| 8/9/2012 | T. Morilla | 1.90 | Continued to run additional recovery analyses. |
| 8/9/2012 | T. Morilla | 2.20 | Continued to revise the recovery flow chart. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/10/2012 | J. Borow | 2.20 | Reviewed issues relating to mediation and recovery analyses. |
| 8/10/2012 | T. Morilla | 2.40 | Continued to revise the recovery flow charts. |
| 8/12/2012 | T. Morilla | 0.50 | Reviewed and analyzed the recovery flow charts. |
| 8/13/2012 | T. Morilla | 1.00 | Edited the recovery flow charts based on comments. |
| 8/13/2012 | J. Hyland | 1.90 | Reviewed recovery flow chart. |
| 8/13/2012 | T. Morilla | 2.30 | Reviewed and analyzed the recovery model. |
| 8/15/2012 | T. Morilla | 0.80 | Reviewed previous recovery analyses. |
| 8/15/2012 | T. Morilla | 1.30 | Continued to review and analyze the mechanics of the recovery waterfall. |
| 8/15/2012 | T. Morilla | 1.50 | Participated in recovery discussion with the U.S. counsel to the mediator. |
| 8/15/2012 | J. Borow | 1.60 | Reviewed recovery issues and comparison of alternative recovery scenarios. |
| 8/15/2012 | T. Morilla | 1.70 | Reviewed and analyzed the mechanics of the recovery waterfall. |
| 8/15/2012 | J. Borow | 1.90 | Prepared for (0.4) and participated in (1.5) meeting with US counsel to mediator. |
| 8/15/2012 | T. Morilla | 2.20 | Ran additional recovery analyses. |
| 8/16/2012 | C. Kearns | 0.30 | Reviewed latest pass re: recovery model scenarios. |
| 8/16/2012 | J. Borow | 1.20 | Reviewed various recovery scenarios and related issues. |
| 8/16/2012 | T. Morilla | 1.50 | Continued to review and analyze the mechanics of the recovery waterfall. |
| 8/16/2012 | T. Morilla | 1.70 | Ran additional recovery analyses. |
| 8/16/2012 | T. Morilla | 1.90 | Continued to review and analyze the recovery waterfall. |
| 8/16/2012 | T. Morilla | 2.10 | Continued to review and analyze the recovery model. |
| 8/17/2012 | J. Borow | 1.30 | Reviewed various recovery scenarios and related issues. |
| 8/20/2012 | J. Borow | 3.20 | Reviewed and discussed issues pertaining to mediation meeting and settlement concepts. |
| 8/21/2012 | J. Borow | 2.10 | Reviewed and discussed issues pertaining to mediation meeting and settlement concepts. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/21/2012 | C. Kearns | 2.40 | Considered analysis and approach to respond to Mediator's request. |
| 8/22/2012 | J. Borow | 2.10 | Reviewed various recovery scenarios and related settlement concepts. |
| 8/23/2012 | A. Cowie | 0.40 | Analyzed recovery scenario documents. |
| 8/23/2012 | C. Kearns | 1.00 | Reviewed revised recovery scenarios to consider recent estate submissions to the mediator for assets and claims data. |
| 8/23/2012 | T. Morilla | 1.30 | Revised the assets and claims schedules for the recovery presentation. |
| 8/23/2012 | T. Morilla | 2.20 | Continued to review and analyze recovery scenarios. |
| 8/23/2012 | T. Morilla | 2.30 | Continued to run additional recovery sensitivity analyses. |
| 8/24/2012 | J. Borow | 0.70 | Reviewed recovery scenarios and potential settlement issues. |
| 8/27/2012 | T. Morilla | 1.10 | Ran additional recovery sensitivity analyses. |
| 8/27/2012 | T. Morilla | 1.50 | Continued to run additional recovery analyses. |
| 8/27/2012 | T. Morilla | 2.50 | Continued to run additional recovery analyses. |
| 8/28/2012 | J. Borow | 1.30 | Reviewed various scenario issues relating to recoveries, claims and assets available to estates. |
| 8/28/2012 | T. Morilla | 2.00 | Continued to run additional recovery analyses. |
| 8/28/2012 | T. Morilla | 2.50 | Continued to run additional recovery analyses based on assumptions. |
| 8/29/2012 | T. Morilla | 1.50 | Continued to run additional recovery analyses. |
| 8/29/2012 | T. Morilla | 2.10 | Continued to prepare recovery analyses presentation based on discussions on assets and claims. |
| 8/29/2012 | T. Morilla | 2.20 | Prepared recovery analyses presentation based on discussions on assets and claims. |
| 8/29/2012 | J. Borow | 2.60 | Reviewed various scenario issues relating to recoveries, claims and assets available to estates. |
| 8/30/2012 | T. Morilla | 2.20 | Continued to review and analyze the recovery analyses. |
| 8/30/2012 | T. Morilla | 2.40 | Ran additional recovery sensitivity analyses. |
| 8/30/2012 | J. Borow | 2.70 | Reviewed recovery scenarios and related analyses. |
| Subtotal | | 88.00 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 8/3/2012 | J. Hyland | 1.60 | Analyzed RTP lease. |
| 8/6/2012 | J. Hyland | 1.90 | Reviewed claims summary. |
| 8/7/2012 | C. Kearns | 0.20 | Reviewed latest claim proposal from LTD committee. |
| 8/7/2012 | J. Hyland | 0.80 | Reviewed LTD claim proposal. |
| 8/7/2012 | J. Hyland | 1.20 | Reviewed LTD claim discovery requests. |
| 8/8/2012 | C. Kearns | 0.40 | Read correspondence with counsel re: status of LTD claim negotiations. |
| 8/8/2012 | T. Morilla | 2.50 | Reviewed and analyzed each estate's claims. |
| 8/9/2012 | T. Morilla | 1.70 | Continued to review and analyze the EMEA estate claims. |
| 8/10/2012 | T. Morilla | 0.90 | Continued to review each estate's claims. |
| 8/13/2012 | J. Hyland | 0.80 | Reviewed Joint Administrators' opposition to joint motion for a scheduling order on UK claims. |
| 8/14/2012 | T. Morilla | 1.00 | Reviewed and analyzed the Canadian employee claims. |
| 8/14/2012 | J. Borow | 1.10 | Prepared for, attended and participated in meeting with potential testifying expert re: claim. |
| 8/14/2012 | T. Morilla | 1.70 | Continued to review and analyze each estate's claims. |
| 8/14/2012 | J. Hyland | 1.80 | Reviewed Debtors' motion to object to LTD motion and analyzed related information. |
| 8/14/2012 | T. Morilla | 2.20 | Reviewed and analyzed the post-petition interest claims. |
| 8/16/2012 | J. Hyland | 2.00 | Analyzed proceeds allocation scenarios and claims recoveries. |
| 8/17/2012 | J. Hyland | 0.10 | Discussed real estate claim with B. Kahn. |
| 8/17/2012 | J. Hyland | 1.00 | Summarized real estate claim matter for the UCC. |
| 8/17/2012 | J. Hyland | 2.00 | Prepared summary of real estate claim matter for the UCC. |
| 8/17/2012 | J. Hyland | 2.90 | Analyzed real estate claim. |
| 8/20/2012 | J. Hyland | 0.90 | Reviewed EMEA claims motions. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/20/2012 | T. Morilla | 1.20 | Reviewed and analyzed the bondholder claims. |
| 8/21/2012 | J. Hyland | 1.40 | Reviewed information related to EMEA claims. |
| 8/22/2012 | T. Morilla | 0.90 | Continued reviewing the bondholder claims. |
| 8/23/2012 | T. Morilla | 1.30 | Reviewed certain Canadian employee claims. |
| 8/28/2012 | T. Morilla | 1.80 | Reviewed and analyzed claims assumptions for the recovery model. |
| 8/29/2012 | T. Morilla | 0.70 | Continued to review the U.S. estate claims. |
| 8/29/2012 | T. Morilla | 1.20 | Reviewed and analyzed the U.S. estate claims. |
| 8/30/2012 | T. Morilla | 1.70 | Reviewed and analyzed the estate claims. |
| Subtotal | | 38.90 | |

**13. Intercompany Transactions/Balances**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/1/2012 | T. Morilla | 2.10 | Reviewed and analyzed the forecasted APAC and CALA intercompany cash flows. |
| 8/6/2012 | T. Morilla | 1.20 | Continued to review and analyze the forecasted APAC and CALA intercompany cash flows. |
| 8/6/2012 | T. Morilla | 1.80 | Reviewed and analyzed the July RM report. |
| 8/8/2012 | J. Hyland | 0.30 | Conducted call with counsel re: APAC/ CALA cash flows. |
| 8/8/2012 | T. Morilla | 1.00 | Continued to review and analyze issues regarding the APAC and CALA intercompany flows. |
| 8/8/2012 | J. Hyland | 1.90 | Prepared for APAC/ CALA cash flow call with counsel. |
| 8/15/2012 | J. Hyland | 2.00 | Reviewed APAC/ CALA waterfall calculations for Debtors' discussions. |
| 8/17/2012 | T. Morilla | 1.90 | Continued to review and analyze the APAC and CALA intercompany balances. |
| 8/20/2012 | A. Cowie | 0.20 | Analyzed historical operating results from CALA/ RM reporting prepared by the NNL. |
| 8/24/2012 | J. Hyland | 0.10 | Conducted call with S. Schultz re: intercompany cash flows. |
| 8/24/2012 | J. Hyland | 0.10 | Conducted call with B. Kahn re: intercompany cash flows. |
| 8/24/2012 | J. Hyland | 0.30 | Conducted follow-on call with S. Schultz re: intercompany cash flows. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/24/2012 | T. Morilla | 1.40 | Continued to review the forecasted CALA and APAC intercompany cash flows. |
| 8/24/2012 | J. Hyland | 1.60 | Participated in call with NNL on intercompany cash flows. |
| 8/24/2012 | J. Hyland | 2.50 | Prepared for NNL call on APAC/ CALA intercompany cash flows. |
| 8/24/2012 | J. Hyland | 2.60 | Updated APAC/ CALA report for UCC. |
| 8/24/2012 | T. Morilla | 2.80 | Reviewed and analyzed forecasted APAC and CALA intercompany flows. |
| 8/27/2012 | T. Morilla | 1.20 | Reviewed and analyzed the August RM report. |
| 8/29/2012 | J. Hyland | 2.50 | Reviewed APAC/ CALA claims recoveries. |
| 8/30/2012 | J. Hyland | 1.70 | Reviewed APAC/ CALA summary for UCC. |
| 8/30/2012 | T. Morilla | 1.80 | Continued to review APAC and CALA forecasted intercompany cash flows. |
| 8/30/2012 | J. Hyland | 2.30 | Reviewed APAC Restructuring Manager's Report. |
| 8/31/2012 | T. Morilla | 1.20 | Reviewed and analyzed the appendices to the Fourth Estate settlement agreement. |
| 8/31/2012 | T. Morilla | 1.20 | Continued to review the APAC and CALA forecasted cash repatriations. |
| 8/31/2012 | J. Hyland | 1.50 | Continued revising APAC/ CALA report for UCC. |
| 8/31/2012 | T. Morilla | 2.20 | Reviewed and analyzed the APAC and CALA forecasted intercompany cash flows. |
| 8/31/2012 | J. Hyland | 2.60 | Continued analyzing APAC/CALA cash flows. |
| 8/31/2012 | J. Hyland | 2.90 | Revised APAC/ CALA report for UCC. |
| 8/31/2012 | J. Hyland | 2.90 | Analyzed APAC/CALA cash flows. |
| Subtotal | | 47.80 | |

**14. Executory Contracts/Leases**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/2/2012 | J. Borow | 0.70 | Reviewed issues pertaining to lease negotiations. |
| 8/6/2012 | J. Borow | 2.10 | Reviewed issues pertaining to potential settlement of a U.S. office lease exit. |
| 8/7/2012 | T. Morilla | 1.20 | Reviewed and analyzed issues regarding certain leased property. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/9/2012 | T. Morilla | 1.20 | Reviewed and analyzed issues related to a certain leased property. |
| 8/9/2012 | J. Hyland | 1.50 | Prepared for facility forecast discussion. |
| 8/13/2012 | T. Morilla | 1.30 | Continued to review and analyze a certain leased property. |
| 8/17/2012 | T. Morilla | 1.30 | Reviewed and analyzed issues related to a real estate lease. |
| Subtotal | | 9.30 | |
| **17. Analysis of Historical Results** | | | |
| 8/10/2012 | T. Morilla | 1.10 | Reviewed and analyzed the financial results for the 2Q 2012. |
| 8/20/2012 | T. Morilla | 2.10 | Reviewed and analyzed the 2009 and 2010 10-K. |
| Subtotal | | 3.20 | |
| **18. Operating and Other Reports** | | | |
| 8/1/2012 | T. Morilla | 1.00 | Reviewed and analyzed the Pension Regulator's Statement. |
| 8/1/2012 | J. Hyland | 2.80 | Reviewed documentation for UCC call. |
| 8/2/2012 | T. Morilla | 1.00 | Continued to review issues regarding the Pension Regulator and the Pension Protection Fund. |
| 8/7/2012 | A. Cowie | 0.20 | Prepared update memorandum on status of mediation and chambers issues. |
| 8/8/2012 | C. Kearns | 0.20 | Read emails from counsel re: case issues. |
| 8/13/2012 | T. Morilla | 2.50 | Reviewed and analyzed previous Project Swift documents. |
| 8/14/2012 | T. Morilla | 1.50 | Continued to review and analyze Project Swift documents. |
| 8/16/2012 | T. Morilla | 0.90 | Continued to review and analyze a previous Project Swift report. |
| 8/17/2012 | T. Morilla | 0.30 | Reviewed and analyzed the 1H 2012 Canadian professional fees. |
| 8/17/2012 | T. Morilla | 1.20 | Reviewed Monitor response on EMEA discovery. |
| 8/20/2012 | T. Morilla | 1.00 | Reviewed and analyzed the June monthly operating report. |
| 8/21/2012 | J. Hyland | 0.10 | Conducted call with J. Ray re: MOR. |
| Subtotal | | 12.70 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **19. Cash Flow/Cash Mgmt Liquidity** | | | |
| 8/1/2012 | T. Morilla | 0.30 | Reviewed the July 27 cash flash. |
| 8/1/2012 | T. Morilla | 0.90 | Reviewed and analyzed the U.S. cash balances. |
| 8/2/2012 | T. Morilla | 1.00 | Reviewed and analyzed the cash forecast. |
| 8/2/2012 | J. Hyland | 2.00 | Reviewed status of cash reporting. |
| 8/7/2012 | T. Morilla | 1.10 | Reviewed and analyzed the U.S. cash balances. |
| 8/7/2012 | T. Morilla | 2.90 | Began reviewing and analyzing the U.S. 1H 2012 cash flows. |
| 8/14/2012 | T. Morilla | 0.40 | Reviewed and analyzed the August 10 cash flash. |
| 8/21/2012 | T. Morilla | 1.70 | Prepared the cash report schedules. |
| 8/21/2012 | T. Morilla | 1.90 | Continued preparing the cash report. |
| 8/21/2012 | J. Hyland | 2.00 | Analyzed cash balances. |
| 8/21/2012 | T. Morilla | 2.30 | Continued preparing the cash report. |
| 8/21/2012 | T. Morilla | 2.50 | Continued preparing the cash report. |
| 8/21/2012 | J. Hyland | 2.70 | Reviewed cash reporting. |
| 8/22/2012 | J. Hyland | 2.70 | Analyzed cash forecast for U.S. and Canadian Debtors. |
| 8/22/2012 | J. Hyland | 2.80 | Reviewed cash report for UCC. |
| 8/23/2012 | T. Morilla | 1.20 | Reviewed and analyzed the U.S. Debtors' budget. |
| 8/27/2012 | T. Morilla | 0.50 | Reviewed the U.S. cash balances. |
| Subtotal | | 28.90 | |
| **26. Tax Issues** | | | |
| 8/1/2012 | J. Hyland | 0.30 | Conducted call with K. Rowe re: state taxes. |
| 8/2/2012 | J. Borow | 0.80 | Reviewed issues pertaining to certain state taxes and allocation. |
| 8/3/2012 | J. Borow | 0.40 | Reviewed issues pertaining to certain state taxes and allocation. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/6/2012 | J. Hyland | 0.50 | Conducted call with K. Rowe re: taxes. |
| 8/6/2012 | J. Hyland | 1.60 | Reviewed tax status. |
| 8/6/2012 | J. Hyland | 1.80 | Analyzed state tax calculations. |
| 8/7/2012 | J. Hyland | 0.30 | Conducted call with K. Rowe re: state taxes. |
| 8/7/2012 | J. Hyland | 2.00 | Analyzed tax scenarios. |
| 8/8/2012 | J. Hyland | 0.40 | Conducted call with K. Rowe re: U.S. taxes. |
| 8/8/2012 | J. Hyland | 1.00 | Reviewed state taxes. |
| 8/9/2012 | J. Borow | 2.40 | Prepared for (1.4) and participated in (1.0) call to discuss status of certain state tax issues. |
| 8/10/2012 | C. Kearns | 0.20 | Analyzed status of tax related issues. |
| 8/13/2012 | C. Kearns | 0.30 | Read memos re: status on status tax issue. |
| 8/13/2012 | J. Hyland | 0.90 | Participated in call with J. Scott, J. Bromley, J. Ray, M. Spragg, & Milbank re: state taxes. |
| 8/16/2012 | J. Hyland | 2.20 | Analyzed tax status. |
| 8/17/2012 | C. Kearns | 0.30 | Reviewed update on income tax related issues. |
| 8/17/2012 | T. Morilla | 1.00 | Reviewed and analyzed tax issues. |
| 8/20/2012 | J. Hyland | 0.40 | Conducted call with K. Rowe re: state taxes. |
| 8/30/2012 | J. Hyland | 0.30 | Conducted call with K. Rowe re: US taxes. |
| Subtotal | | 17.10 | |
| **Total Hours** | | **457.20** | |