**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 8/1/2012 through 8/31/2012**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/ Train** | | | |
| 8/27/2012 | J. Hyland | Airfare for NY trip. | $656.60 |
| **Subtotal - Airfare/ Train** | | | **$656.60** |
| **Auto Rental/Taxi** | | | |
| 8/1/2012 | J. Hyland | Rental car for DE trip. | $244.16 |
| 8/1/2012 | CAG Direct | Taxi during NY trip. | $107.55 |
| 8/27/2012 | J. Hyland | Taxi during NY trip. | $38.55 |
| **Subtotal - Auto Rental/Taxi** | | | **$390.26** |
| **Hotel** | | | |
| 8/1/2012 | J. Hyland | Hotel for DE trip. | $568.10 |
| 8/1/2012 | C. Kearns | Hotel for Toronto trip. | $276.85 |
| 8/28/2012 | J. Hyland | Hotel during NY trip. | $429.88 |
| **Subtotal - Hotel** | | | **$1,274.83** |
| **Meals** | | | |
| 8/1/2012 | J. Hyland | Meal during DE trip. | $12.61 |
| 8/1/2012 | J. Hyland | Meal during DE trip. | $8.98 |
| 8/1/2012 | J. Hyland | Meal during DE trip. | $8.18 |
| 8/1/2012 | J. Hyland | Meal during DE trip. | $3.99 |
| 8/15/2012 | J. Borow | Lunch with T. Morilla and B. Kahn (Akin). | $139.20 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/27/2012 | J. Hyland | Meal during NY trip. | $5.71 |
| 8/28/2012 | J. Hyland | Meal during NY trip. | $20.58 |
| 8/28/2012 | J. Hyland | Meal during NY trip. | $11.96 |
| 8/28/2012 | J. Hyland | Meal during NY trip. | $2.72 |
| **Subtotal - Meals** | | | **$213.93** |
| Mileage | | | |
| 8/27/2012 | J. Hyland | Mileage to/from airport for NY trip. | $23.31 |
| **Subtotal - Mileage** | | | **$23.31** |
| Parking/ Tolls | | | |
| 8/1/2012 | J. Hyland | Parking at airport for DE trip. | $80.00 |
| 8/27/2012 | J. Hyland | Tolls to/from airport for NY trip. | $1.60 |
| 8/28/2012 | J. Hyland | Parking at airport for NY trip. | $45.00 |
| **Subtotal - Parking/ Tolls** | | | **$126.60** |
| Postage/ FedEx | | | |
| 8/2/2012 | CAG Direct | Postage for Nortel | $76.67 |
| 8/2/2012 | CAG Direct | Postage for Nortel | $36.02 |
| **Subtotal - Postage/ FedEx** | | | **$112.69** |
| Telecom | | | |
| 8/3/2012 | CAG Direct | Conference call for Nortel | $14.25 |
| 8/15/2012 | CAG Direct | Long distance telecom for Nortel. | $519.23 |
| 8/24/2012 | J. Hyland | Long distance calls to Toronto. | $81.15 |
| 8/24/2012 | J. Hyland | Long distance call to Toronto. | $50.74 |
| **Subtotal - Telecom** | | | **$665.37** |

**For the Period 8/1/2012 through 8/31/2012**            $3,463.59