# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

September 1, 2012 through September 30, 2012

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## HOURS/BILLABLE AMOUNTS BY PROJECT
## NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 9/7/2012    End Date 9/28/2012

**Enter Billing Rate/Hr:** 515.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 3.2 | $515.00 | $1,648.00 |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 116.4 | $515.00 | $59,946.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 9.9 | $515.00 | $5,098.50 |
| 5 | Fee Applications | 5.7 | $515.00 | $2,935.50 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 15.8 | $257.50 | $4,068.50 |
| | **Hours/Billing Amount for Period:** | **151.0** | | **$73,696.50** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 9/7/2012 | Cigna renewal | 3 | 1.0 |
| 9/7/2012 | CA tax matter | 3 | 1.0 |
| 9/7/2012 | Prepare monthly fee app | 5 | 4.7 |
| 9/8/2012 | Retiree and LTD matters | 3 | 2.3 |
| 9/9/2012 | 401K plan termination | 3 | 2.3 |
| 9/10/2012 | Case management call | 3 | 2.0 |
| 9/10/2012 | Travel to NY for meetings | 7 | 5.3 |
| 9/10/2012 | Ciena matter | 3 | 1.0 |
| 9/10/2012 | Sub liquidations material review and preparation | 3 | 4.5 |
| 9/10/2012 | Retiree and LTD matter | 3 | 3.0 |
| 9/10/2012 | File fee app | 5 | 0.3 |
| 9/11/2012 | Responding to bondholder inquiries | 4 | 2.3 |
| 9/11/2012 | Approval of settlement re claims | 3 | 1.0 |
| 9/11/2012 | Crime policy renewal | 3 | 0.3 |
| 9/11/2012 | LTIP matters | 3 | 1.0 |
| 9/11/2012 | Radware update | 3 | 0.2 |
| 9/11/2012 | Sub liquidation call | 3 | 2.0 |
| 9/11/2012 | LTD matters | 3 | 2.3 |
| 9/11/2012 | NNI benefit plan subpoena | 3 | 1.3 |
| 9/11/2012 | Retiree term sheet review | 3 | 2.0 |
| 9/12/2012 | IBNR review re medical | 3 | 2.5 |
| 9/12/2012 | Mediation matters | 3 | 2.3 |
| 9/12/2012 | Meeting re mediation | 4 | 4.0 |
| 9/12/2012 | Sunrise real estate claim | 3 | 1.0 |
| 9/12/2012 | Retiree matters | 3 | 2.3 |
| 9/12/2012 | Set up court call review quarterly order | 5 | 0.5 |
| 9/13/2012 | LTD discovery matters | 3 | 2.3 |
| 9/13/2012 | Settlement approval re litigation | 3 | 1.3 |
| 9/13/2012 | Benefit enrollment | 3 | 1.0 |
| 9/13/2012 | Various retiree and LTD matters | 3 | 3.2 |
| 9/14/2012 | 2013 benefit costs review | 3 | 1.0 |
| 9/14/2012 | Radware matter | 3 | 0.3 |
| 9/14/2012 | Retiree matters | 3 | 2.2 |
| 9/14/2012 | Call with Cleary re mediation matters | 3 | 1.0 |
| 9/14/2012 | Patent matters update | 3 | 1.0 |
| 9/17/2012 | UCC call | 4 | 1.3 |
| 9/17/2012 | LTD matters | 3 | 2.0 |
| 9/17/2012 | Cleary call re case management | 3 | 1.3 |
| 9/17/2012 | Call with Chilmark re mediation | 3 | 1.0 |
| 9/17/2012 | Discovery matters re retiree and LTD | 3 | 3.0 |
| 9/17/2012 | Settlement matters re retiree | 3 | 1.3 |
| 9/18/2012 | LTD matter re discovery | 3 | 1.0 |
| 9/18/2012 | LTIP financials review | 3 | 1.2 |
| 9/18/2012 | Review LTD motion re disclosure | 3 | 1.0 |
| 9/18/2012 | Prepare for LTD mediation | 3 | 4.2 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 9/19/2012 | Cross border claims | 3 | 1.0 |
| 9/19/2012 | Deferred comp matter | 3 | 1.0 |
| 9/19/2012 | Various administrative matters | 3 | 1.0 |
| 9/20/2012 | Flight to NY re mediation with LTD | 7 | 5.5 |
| 9/20/2012 | Prepare for LTD mediation; review prior proposals; review Alvarez material | 3 | 3.0 |
| 9/20/2012 | Review LTD term sheet | 3 | 1.2 |
| 9/20/2012 | Meeting at Cleary re mediation | 3 | 2.5 |
| 9/21/2012 | Full day mediation with LTD's and retirees | 3 | 13.0 |
| 9/21/2012 | Cancel court call | 5 | 0.2 |
| 9/22/2012 | Flight from NY from mediation | 7 | 5.0 |
| 9/24/2012 | Call with Chilmark re mediation and review of information related thereto | 3 | 4.0 |
| 9/24/2012 | August MOR | 1 | 3.2 |
| 9/25/2012 | Review draft LTD objections | 3 | 1.0 |
| 9/25/2012 | Review mediation materials and data | 3 | 3.3 |
| 9/25/2012 | SNMP update | 3 | 1.0 |
| 9/25/2012 | Retiree and LTD matters | 3 | 3.2 |
| 9/26/2012 | Prepare for and attend call with ad hoc bonds re retiree settlement | 3 | 3.0 |
| 9/26/2012 | Fitzgerald motion | 3 | 0.3 |
| 9/26/2012 | Deferred comp matters | 3 | 1.0 |
| 9/26/2012 | China side letter | 3 | 1.5 |
| 9/26/2012 | Cross border claims | 3 | 1.0 |
| 9/26/2012 | Patent update | 3 | 1.0 |
| 9/27/2012 | MOR review | 4 | 1.0 |
| 9/27/2012 | WPB environmental matter | 3 | 1.2 |
| 9/27/2012 | Call with UCC re mediation | 4 | 1.3 |
| 9/27/2012 | Review motion to compel; review retiree term sheet | 3 | 2.0 |
| 9/27/2012 | Cross border claim | 3 | 1.3 |
| 9/28/2012 | Final MOR review | 3 | 1.0 |
| 9/28/2012 | EMEA matters re claims | 3 | 1.3 |
| 9/28/2012 | Objection by LTD | 3 | 1.0 |
| 9/28/2012 | Deferred comp | 3 | 1.0 |