**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

September 1, 2012 through September 30, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 1,453.87 |
| Travel – Lodging | | 4,767.07 |
| Travel – Meals | | 233.96 |
| Travel – Car Service | | 443.00 |
| Travel – Parking | | 168.00 |
| Office supplies, shipping, and other office related expenses | | 84.95 |
| PACER | | - |
| TOTAL | | $ 7,150.85 |

# Nortel Expense Report

**PERIOD:** September 1, 2012 through September 30, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 9/10/2012 | New York Trip - Airfare | $ 378.80 | | | | | | |
| 9/10/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 9/10/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 9/10/2012 | New York Trip - Hotel tax | | $ 106.01 | | | | | |
| 9/10/2012 | New York Trip - Meal | | | $ 28.35 | | | | |
| 9/11/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 9/11/2012 | New York Trip - Hotel tax | | $ 106.01 | | | | | |
| 9/11/2012 | New York Trip - Meal | | | $ 25.78 | | | | |
| 9/12/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 9/12/2012 | New York Trip - Hotel tax | | $ 106.01 | | | | | |
| 9/13/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 9/13/2012 | New York Trip - Hotel tax | | $ 106.01 | | | | | |
| 9/14/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 9/14/2012 | New York Trip - Airfare | $ 312.00 | | | | | | |
| 9/14/2012 | New York Trip - Parking Chicago | | | | | $ 132.00 | | |
| 9/19/2012 | New York Trip - Airfare | $ 389.27 | | | | | | |
| 9/19/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 9/19/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 9/19/2012 | New York Trip - Hotel tax | | $ 106.01 | | | | | |
| 9/19/2012 | New York Trip - Meal | | | $ 59.85 | | | | |
| 9/20/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 9/20/2012 | New York Trip - Hotel tax | | $ 106.01 | | | | | |
| 9/20/2012 | New York Trip - Meal | | | $ 20.14 | | | | |
| 9/20/2012 | New York Trip - Meal | | | $ 37.78 | | | | |
| 9/20/2012 | New York Trip - Taxi | | | | $ 43.00 | | | |

# Nortel Expense Report

**PERIOD:** September 1, 2012 through September 30, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 9/21/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 9/21/2012 | New York Trip - Hotel tax | | $ 106.01 | | | | | |
| 9/21/2012 | New York Trip - Meal | | | $ 17.42 | | | | |
| 9/22/2012 | New York Trip - Meal | | | $ 44.64 | | | | |
| 9/22/2012 | New York Trip - Airfare | $ 373.80 | | | | | | |
| 9/22/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 9/22/2012 | New York Trip - Parking Milwaukee | | | | | $ 36.00 | | |
| 9/30/2012 | WiFi | | | | | | $ 50.00 | |
| 9/30/2012 | Aircell | | | | | | $ 34.95 | |