IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) **Objection Deadline: Oct, 22, 2012 at 10a.m** |
| | ) **Hearing Date: Feb, 12, 2012 at 10 a.m.** |
| | **RE:     D.I. # 8067** |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105,363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

[Najam ud Dean ] (the "LTD Nortel Networks Employee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this motion for Objection to Debtors Motion to "Terminate the Long Term Disability Plans and the Employment of the LTD employees" (the "Motion"). In support of this Motion, [Najam ud Dean] respectfully represents as follows:

## BACKGROUND

I joined Nortel Networks under the premise that I would be provided with certain benefits which included Long Term Disability Insurance. Nortel have always maintained that Long Term Disability Benefits would be paid until age 65, provided LTD guidelines are met. Now Nortel networks is retracting and reneging on that promise. Following are the facts.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1.  The language in the LTD Summary Plan description clearly states if employee is disabled due to illness or injury and unable to work and meets the LTD guidelines, LTD benefits can continue until age 65. Page 16 and page 17 of attached LTD Summary Plan clearly shows the table under the heading of "Maximum Benefit Period".  **Exhibit A**

2.  Page 5 paragraph 2 of "LTD Summary Plan Description" states Your disability benefits are designed to continue all of your income for a period of time and a portion of your income for an additional period if you are unable to work due to Illness or Injury and meet specific definitions of "Disabled" under the plans. The Company has chosen The Prudential Insurance Company of America (Prudential) to administer the Short-Term and Long-Term Disability Plans."  **Exhibit A**

3.  All the communication in the process itself communicated LTD benefits can continue until age 65 as long as LTD disability guidelines are met. (Verbal communication}

4.  I was made to believe that I have LTD Disability Insurance policy thru Prudential insurance. All the communications indicated Prudential Insurance labeling/ letterheads. It includes a **threatening letter from Prudential Insurance** to return the SSD child benefits under age 18 to them which they considered overpayment.  **Exhibit B.**  Exhibit B includes 6 documents. **A) Prudential asking me** to Apply for SSD benefits using ALLSUP Inc, ( Agent of Prudential Insurance) which Prudential Hired to help me with SSD paperwork, If approved for SSD my LTD benefits will be reduced by SSD award and any retroactive payments from SSD must be returned to Prudential Insurance Co.    **B) ALLSUP Inc, (Agent of Prudential Insurance)** asking me if approved for SSD benefits, I have to return any retroactive SSD benefit payments to **Prudential Insurance.**    C) ALLSUP Inc, (Agent of Prudential Insurance) telling me that they withdrew $22,386.58 from my account which are being returned

to **Prudential Insurance.** This was a retroactive payment from SSD.    **D) A threatening letter from Prudential Insurance** to return the SSD child benefits under age 18 to them as well. **$11,451.86** of SSD child benefits were returned to Prudential. All this communication indicated that I have LTD Insurance policy with Prudential Insurance.

     5.     Further the policy # 039900? Is Both the policy # for our LTD plan as well as the policy number for our fully-insured group life insurance policy with Prudential Life Insurance. Implication of insurance policy standing for both.

     6.     LTD Pay stubs and LTD W2 statements bear Prudential Insurance's name

     7.     LTD Approval Letter from Prudential Insurance and STD approval letter from Prudential Insurance.

     8.     2010 SPDs (LTD summary plan Description) are being used to make my points. According to HR there were no changes to LTD SPD from 2009 to 2010 SPD.

**NOTE: As of this mailing, "2009 LTD Summary Plan Description" was not available to me.**

## **RELIEF REQUESTED**

I request that the debtors motion as presented be denied and LTD employees be given a fair share as what is promised to them by the Debtor "Nortel Networks Inc". **Your Honor** I have put my Heart and Soul in to this company, gave them 15 best years of my life, all I am asking for is a fair shake.

**Your Honor** if court decides to terminate the LTD Benefit Plan, I should be given a claim for the benefits I would have received until I turn 65. **My total claim amount is $623,048.10. Exhibit C**

## BASIS FOR RELIEF

High Level Summary with all supporting facts to follow:

- Summary of disabilities and deliverables to Nortel while was able to work:

  o I joined Nortel Networks in 1995 as a software engineer. I worked 10/12 hours a day, I have put my Heart and Soul in to this company and we were the people who made this company what it was during its glory days. **We the employees made this company** Not the Executives, in fact Executives ruined this company. I gave this company 15 best years of my life. all I am asking for is a fair shake.

  o **I was diagnosed with <u>Acute Myelogenous Leukemia</u>** in 2009. My whole world was shattered. My wife and children cried knowing I may not live through this debilitating disease. **I went thru two and half years of Chemo Therapy treatment.** It was Harsh and at times it was excruciating painful experience. I lived through but I am unable to work due to all the side effects. **Chemotherapy has very long lasting side effects involving Fatigue, Weakness, Anxiety and Depression. I am also suffering from Blackouts and dizzy spells and constantly at risk for infection due to compromised immune system.** My driving is extremely limited to Dr's Office or Hospital. I have two children in college and **I am totally dependent on my LTD benefits to make ends meet.** <u>Your Honor **I am constantly at risk for relapse if I relapse back in to Leukemia, my chances of survival are very slim due to lack of Bone Marrow availability for my Gene Type**. According to statistics 5 year survival rate for Acute Myelogenous Leukemia patients is only 35% to 40%.</u>
  Page 3 paragraph 1 Leukemia Research Document, **Exhibit E**

- o **Please <u>your Honor</u> provide me with some relief in terms of some financial settlement from the Debtor. Loss of LTD Benefits would have a devastating affect on me and my family, Financially and Medically.**

**(A)** Language across the LTD Summary Plan Description (SPD) fed the reliable & repeatable understanding that I was to receive LTD benefits until age 65. Ambiguities and errors of omission injected by Nortel do exist in the SPD; it is not equitable for me to be harshly penalized for miscues the document author owns.    See **<u>Exhibit A</u>**

**(B)** All the communication from Prudential, carried banners of "Prudential <u>Insurance</u> Company": claims forms, correspondence from LTD Claims Managers, LTD paystubs, LTD W2 statements, Prudential required reimbursement to them from my SS award.  **<u>Exhibit B</u>**

**(C)** Both Nortel & Prudential customer service confirmed I would receive LTD benefits to age 65.

**(D)** Fiduciary obligations are not served when an essentially insolvent benefit is offered; nor when the same agent seeks to terminate my employment to expressly deny me LTD benefits.

**(E)** Nortel is well within their means to meet the contractual obligations with myself and all the LTD employees that generated the assets the Debtors possess. Fulfilling the LTD benefits obligation is in no way detrimental to the ability of Nortel to "recover" as they are indeed liquidating. This is life and death for the LTD base that invested their skills and knowledge that built Nortel Vs. the portfolio health of others. Nortel must meet their LTD commitment.

- I am submitting my LTD benefit claim along with this objection, **My Total Claim is $623,048.10** which is a projection of LTD Benefits. I hold Nortel Networks contractually obligated to fulfill its end of the bargain. My claim includes all the supporting documents **Exhibit C**

**Presentation to Employee at time of hiring**

Verbal communication at the time of hiring, HR presentation was very enlightening and full of praises for Nortel Networks benefit package which was touted second to none in the industry. HR talked about 401k plan, STD benefits, LTD benefits which was also touted as one of the best stating that Nortel Networks insurance policy pays LTD benefits until age 65.

## Other Salient Self-Contradictory Points Within The LTD Summary Plan Descriptions
## Exhibit A

- Fails to define "self-funded"

- Fails to identify risks

- Is not acting in fiduciary role responsible for the best outcome for recipient if offering a plan that is not "long-term" thereby denying disabled person access to "open market" for purchase of a LTD plan.

- <u>Error of Omission wherein Nortel recognizes that it is critical to employee comprehension of the terms of the LTD Plan with their inclusion of a Glossary and Nortel explicitly stating its' importance. However, critical & core concepts such as defining self-insured which is key to ensuring repeatable & reliable understanding is omitted.</u>

    - Section Three-Glossary, p.32. Shaded Box At Top Right Flags "Sometimes to describe a benefit plan accurately, some technical terms must be used. Here, to help you understand them, are brief definitions in alphabetical order".

    - Nortel feels it necessary to define "Doctor", "Hire Date", etc. But they fail to define critical terms unique to what has come to be understood as a "self-funded" LTD Plan, terms such as **"self-funded" or an insightful definition of "Plan Administrator" is glaringly absent**.

- <u>**Nortel's Self-Contradiction Of "Active" Employee Terminology**</u>. Nortel currently likes to refer to the **LTD as "active" employees**. This is a convenient spin given their own glossary contradicts this identification as Nortel LTD in no way fit Nortel's own formal definition of "Active".

---

Dean - "Objection To Nortel Motion To Terminate LTD Plan & Employees"    Page 8

- Section Three-Glossary, p.32. "Active Work, Actively At Work: You will be considered Actively at Work on any of the Company's scheduled work days if you are performing regular duties of your job on that day in accordance with your regularly scheduled hours, either at a Company defined place of business or at some location to which you are required to travel for Company business".
- P. 29, 5th Paragraph "The people who supervise the operation of your plans, called "fiduciaries", have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries."
    - How is Nortel serving in its capacity as a fiduciary that is obligated to do so in the interest of plan beneficiaries, continued offerance of a plan that is now understood to be self-funded even through all the years of financial accounting re-issuance and more lately in its' final throes of bankruptcy being prudent when they in essence are not providing a "long-term" disability plan at all if they did not take appropriate measures to ensure that it was funded to age 65 for its' participants?
    - How is Nortel serving the best interest of myself and other plan beneficiaries when they seek to terminate the existing plan and hold it up as "their right"?

**Evidence of Nortel Mentality / Bad Faith Offering**

    a. Financial reports re-issued multiple times across most years 1992? – present

    b. "Convenient" current interpretation by Debtors with regard to their view of termination of LTD plan and termination of LTD Employees who are most vulnerable and desperately in need of LTD benefits to make ends meet.

    c. Nortel has $Billions in its coffer, they are not reorganizing, secured creditors have already been paid, money left in the coffer will be divided amongst executives and their lawyers. It will be a shame not to settle with LTD folks who made this company. More I ponder more I realize that greed is the name of the game for these executives they are not willing to give a penny from their pie. **Your Honor you can change that and make them understand the agony and desperation of LTD folks.**

    d. **Your Honor** debtor's refusal to settle with LTD folks is a shame, I am lost for words to explain my agony and desperation knowing I will not have LTD benefits to make my ends meet. **How will I survive, How will I pay my Bills, How will I pay for my medications.** These are the questions I am pondering and agonizing over.

## EXHIBITS

A – 2010 Long Term Disability Summary Plan Description

B – 6 Documents, 1) Long Term Disability Approval Letter from Prudential

2) **Prudential asking me** to Apply for SSD benefits using ALLSUP Inc,

3) ALLSUP Inc, (Agent of Prudential) asking to return SSD retroactive benefits.

4) ALLSUP Inc, Informing me that they **withdrew $22,386.58** from my account and will be returned to Prudential.

5) **A threatening letter from Prudential Insurance** to return the SSD child benefits.

6) LTD Pay stubs and LTD W2 statements bear Prudential Insurance's name

C – **Proof Of Claim** with all the pertinent documents

D – ~~2008 Long Term Disability Summary Plan Description~~

E – **Leukemia research** document providing 5 year survival rate

## NOTICE

**8.** Notice of this Motion has been provided to (a) counsel to the Debtors; (b) counsel to the Creditors' Committee; (c) counsel to the Retirees Committee; (d) the United States Trustee for the District of Delaware; and (e) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. I, Najam ud Dean respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Najam ud Dean respectfully requests the entry of an Order, in the form attached herewith, LTD Benefits to be enforced till age 65.

Dated: 10-4-2012

*[signature: Najam ud Dean]*

Najam ud Dean
6 Augusta Dr
Millbury, MA 01527
Telephone: 508-865-4627
Facsimile: N/A
Email: Najam_dean@yahoo.com

*Appearing Pro Se*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) **Re: Docket No. \_\_\_\_** |

## ORDER GRANTING OBJECTION TO TERMINATION OF LTD BENEFITS

Upon consideration of the *Objection for Termination Of LTD Benefits* (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted.

ORDERED that Nortel will provide an allowed claim in the amount of $623,048.10.

Dated: _____, 2012
Wilmington, Delaware

HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.cpiqsystems.com/nortel.