# Exhibit B

Claims Services Provided by

**The Prudential Insurance Company of America**

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 85599
Fax: (877) 889-4885
Website: www.prudential.com/disability

August 7, 2009

Najam U Dean
6 Augusta Dr
Millbury, MA 01527

Claimant: Najam U Dean
Claim No.:
Date of Birth:
Control No./Br.: 39900 / 0B057

Dear Mr. Dean:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Nortel Group LTD Plan. We have determined that you are eligible for benefits effective August 14, 2009.

In order to receive benefits under the Nortel Group LTD Plan, covered employees must meet all contractual requirements including the following definition of Disability:

> "You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.
>
> During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

In addition, the plan further states that:

> Disabilities due to sickness or injury, which as determined by the Claims Administrator, are primarily abased on self-reported symptoms, have limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical

and clinical evidences not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
    - Part-time or Modified Work Schedules
    - Home Based Work
    - Reassignment to Vacant Positions
    - Acquisition or modification of tools, equipment, and/or furniture
    - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period.

The Plan also has the following 24-month Behavioral Illness Limitation:

For total disabilities due to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24- month period, benefits will continue during your Hospital confinement.

Prudential will be responsible for determining if your disability meets the above definitions of Disability, and has the right to require that you be examined by a Physician of our choosing.

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $8,812.33 |
| Scheduled LTD Benefit (66.667%) | $5,874.92 |
| Less Child Life Premium | -$1.19 |
| Less Spousal Life Premium | -$15.00 |
| Less Dental/Vision/Hearing Premium | -$58.34 |
| Less Accidental Death & Dismemberment Premium | -$10.58 |
| Adjusted Benefit | $5,789.81 |

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month. LTD benefit is subject to Federal Income Tax (FIT) withholding and we will withhold FIT in accordance with your W4 selection.

Under the Nortel Group LTD Plan, LTD benefits will be reduced by other sources of income payable to you or your family members as a result of your disability, so that the sum of your LTD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not yet have received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),
- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and
- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:
    - Unemployment compensation benefits,
    - No-fault wage replacement benefits,
    - Statutory disability benefits,
    - Social Security benefits (if a family offset is applicable, the family offset will be applied against your LTD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and,
    - the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan.

Under the Nortel Group LTD Plan, you may be required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. We will be further contacting you in regards to assisting you in the SSDB appeal process should your claim be denied.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum in accordance with the terms of your "Reimbursement Agreement."

Once you have a date for return to work, please call 1-(800)-842-1718, or access the Disability Management Services website at www.prudential.com/inst/gldi/ at any time to provide the dates to our office. You will be prompted to provide your Social Security Number and Date of Birth to begin reporting your information. The dates entered will be reported to your Claim Manager, and your claim will be handled accordingly. You will receive written confirmation that the information has been received and your claim has been handled.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim or payments, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
Janie Reid
Disability Claim Manager

cc:   Nortel Networks, Inc. , Benefits Administrator

Claims Services Provided by

**The Prudential Insurance Company of America**

Janie Reid
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 85599
Fax: (877) 889-4885
Website: www.prudential.com/disability

August 3, 2009

Nortel Networks, Inc.
Benefits Administrator
Ges Disb Prime - Ms 570/02/0C2
Po Box 13010
Research Triangle Park, NC 27709-3010

Claimant: Najam U Dean
Claim No.: 11155225
Date of Birth: ███████
Control No./Br.: 39900 / 0B057

Dear Sir or Madam:

Prudential is Nortel's disability claim administrator. We have received a Short-Term disability claim for your employee Najam Dean. This is to advise you that the employee's claim has been approved through August 13, 2009, the maximum duration for STD benefits.

If you have questions about our decision you may call the number listed above.

Sincerely,
Janie Reid
Disability Claim Manager

cc:   Najam U Dean ,



The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101

August 12, 2009

NAJAM DEAN
6 AUGUSTA DR
MILLBURY MA 01527

                                            Claim/Control Number: 11155225
                                            Social Security Assistance Program

Dear Mr. Najam Dean:

According to the information in our files, we believe that it may be in your best interest to seek professional assistance from a representative specializing in Social Security claim work. Therefore, we are making available to you the services of <u>Allsup Inc.</u>, Social Security Consultants who will assist you in a renewed effort to obtain Social Security benefits.

Their services are available at absolutely <u>no cost</u> to you, as Prudential will pay their entire fee. Also, their services will require only minimal contact between you and the Social Security Administration, and you will not be required to travel to your local Social Security Office. As an organization of former Social Security Claims Personnel, their knowledge of the Social Security program and claims process will allow them to act on your behalf entirely from one of their field offices throughout the process. Realizing and understanding the frustration you have probably already incurred in dealing with the Social Security Administration, their services are designed to relieve you of this burden.

Though your Long Term Disability benefit from Prudential would be reduced for any Social Security Disability benefits you might receive, there are still several <u>very important reasons</u> why Social Security entitlement would benefit you and your family. These reasons all represent financial savings in one form or another and could have a major impact on your life both now and in the future. They include:

- <u>Increased Disability benefits</u> - Though your and your dependents' initial Social Security Benefit would be offset from your Long Term Disability payment, your future Social Security cost of living increases would not. Thus, your combined benefit amounts would increase each year with your Social Security increases not being subject to offset.

- <u>Tax-free income</u> - Though effective January 1, 1984 a <u>portion</u> of an individual's Social Security benefit <u>can</u> be taxable if certain criteria are met, many Social Security beneficiaries will continue to receive their benefits totally <u>tax-free</u>.

- <u>Medicare coverage</u> - After you have received Social Security Disability Benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits and Part B Medical benefits.

- <u>Reduced health insurance premiums</u> - Once you establish eligibility for Medicare, your premiums for any other health insurance coverage you might have <u>could</u> decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards. Additionally, Medicare Part A coverage is totally <u>free</u>, and Medicare Part B coverage as of January, 2009 is only $96.40 per month.

So that Allsup Inc. can begin to pursue your Social Security claim, <u>please sign **all** of the enclosed authorization forms where highlighted in yellow. Social Security requires your **original** signature on each document.</u> *Please sign your name as it appears on your Social Security card* and return the authorizations in the postage-paid envelope enclosed for your convenience.

A representative of Allsup Inc. will be in touch with you by telephone after they receive your signed authorizations, and will offer additional details and answer any of your questions at that time. If you have any questions until then, you can contact the Benefits Information Center at Allsup Inc. directly by phoning 1-877-762-7750, or writing 300 Allsup Place, Belleville, Illinois 62223.


Sincerely,

SOCIAL SECURITY ASSISTANCE PROGRAM
PRUDENTIAL FINANCIAL

**Please retain one copy for your records.**

## PREAUTHORIZED WITHDRAWAL FORM AND AGREEMENT

NAJAM U. DEAN

To:  Allsup, Inc.
     300 Allsup Place
     Belleville, IL  62223    Phone 1-888-554-6771

I acknowledge that if I obtain a Social Security disability benefit award, an amount equal to all or a portion of any retroactive Social Security benefit must be repaid to Prudential Financial or its successors, transferees or assigns ("Prudential Financial") in accordance with the terms of my disability benefit plan. I authorize Allsup, Inc. ("Allsup"), to withdraw an amount not exceeding the amount of this obligation (the "Obligation") from the account identified below (the "Account") on or after the date my Social Security disability benefit award is deposited in the Account. The amount withdrawn will be forwarded to Prudential Financial to be applied against the Obligation.

I understand the amount withdrawn will not exceed the amount of the retroactive benefit and that this benefit is usually calculated by multiplying the amount of my monthly Social Security disability benefit by the number of months that Social Security determines I am due retroactive benefits. I realize the exact amount will not be known until the award, if any, is made by Social Security.

I direct that no more than one withdrawal shall occur under this Preauthorized Withdrawal Form and Agreement unless authorized by me, orally or in writing.

In order to facilitate these transaction(s), I authorize a representative of Allsup to, from time-to-time, request from the financial institution identified below (the "Financial Institution"), orally or in writing, information to confirm that there are sufficient funds in my Account, and I direct my Financial Institution to provide to this representative all such information.

**I understand that I have a right to cancel the withdrawal authority stated above upon written or oral notice to Allsup or the Financial Institution identified below, at least three business days before any withdrawal from the Account.**

If I cancel this authorization, or if the amount withdrawn is not sufficient to satisfy the Obligation, I understand I am obligated to pay the remaining amount of the Obligation. Similarly, if the Obligation is less than the amount withdrawn, the balance will be refunded to me.

I agree that a copy of this Preauthorized Withdrawal Form and Agreement shall have the same effect and validity as this original and that the terms and conditions of this Preauthorized Withdrawal Form and Agreement shall be binding upon my legal representatives and assigns.

I acknowledge the retention of a copy of this Preauthorized Withdrawal Form and Agreement.

Claimant _____    Financial Institution _____
               Signature

                                                         Routing Number _____

Date _____          Account Number _____

KV56884011/MCB/LBN/6-27-07, Date Prepared 9/28/09



July 19, 2010


NAJAM U. DEAN
6 AUGUSTA DR
MILLBURY MA    01527


Dear Najam Dean:

Per your agreement, on approximately 07/13/2010, Allsup withdrew $22,386.58 from the designated bank account. This amount will be forwarded to Prudential Financial to be applied toward the overpayment obligation with them.

Please be advised that Prudential Financial is still owed an additional amount under the terms of the disability benefit plan.  An Allsup specialist will be in contact with you to discuss repayment of the overpayment remaining balance.

If you have questions concerning these matters, please contact an Allsup specialist at 1-866-310-0819.  Thank you for your attention to this matter.

Sincerely,


Overpayment Reimbursement Services


KV56884011

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

August 17, 2010

Najam U Dean
6 Augusta Dr
Millbury, MA 01527

Claimant: Najam U Dean
Claim No.: 11155225
Date of Birth:
Control No./Br.: 39900 / 0B057

Dear Mr. Dean:

This is regarding your claim for Disability benefits as provided under the Disability Group Plan 39900.

As previously explained by Allsup, Inc. an overpayment in the amount of $11,451.86 has occurred on your Disability claim.

To date, we have not received your payment toward the overpayment on your claim. Therefore, this letter is a formal demand for reimbursement of the overpayment in the amount of $11,451.86, which is the current balance of the overpayment on your claim. Please make immediate repayment of this amount by sending your personal check or money order for the full amount to us at the address listed above. If you are unable to reimburse the full amount at this time, please contact us to discuss setting up a repayment plan.

Please be advised that Prudential stands firm on its position that the overpayment is owed by you and stands willing to take appropriate action in order to protect its interest if you do not resolve this matter by voluntary reimbursement. If we do not receive reimbursement by September 8, 2010, further action will be taken.

If you have any questions, please contact me at (800) 842-1718, extension 84513.

Sincerely,
**Wende Whitten**
Wende Whitten
Sr. Recovery Associate



| Copy B To Be Filed With Employee's FEDERAL Tax Return | | OMB No. 1545-0008 |
|---|---|---|
| c Employer's name, address, and ZIP code<br>PRUDENTIAL INSURANCE CO OF AMERICA<br>GROUP INSURANCE - PREMIUM ACCOUNTING<br>PO BOX 70190<br>PHILADELPHIA PA 19176 | 1 Wages, tips, other comp.<br>39,113.04 | 2 Federal income tax withheld<br>3,549.99 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| d Control number<br>39900 | b Employer's ID number<br>22-1211670 | a Employee's social security number | 7 Social security tips |
| e Employee's name, address, and ZIP code<br>NAJAM U DEAN<br>6 AUGUSTA DR<br>MILLBURY MA 01527 | 12 See instructions for box 12 | |
| 8 Allocated tips | 10 Dependent care benefits | 14 Other |
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☒ | 11 Nonqualified plans | |
| | 15 State Employer's state I.D. #<br>MA22121167002 | 16 State wages, tips, etc.<br>39,113.04 | 17 State income tax |
| | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement 2011   This information is being furnished to the Internal Revenue Service.   Dept. of the Treasury -- Internal Revenue Service

Connecticut Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit  L (2 of 2)
025373-02-43-02-0-0-0-0

| | |
|---|---|
| If you have any questions about this claim, please contact | DISABILITY MANAGEMENT SERVICES<br>PO BOX 13480<br>PHILADELPHIA     PA   19176<br>800-842-1718 |

Date: August 27, 2012

CNTRL#   0039900
CLAIM#   11155225
ID#      XXX-XX-▇

BENEFITS ADMINISTRATOR
NORTEL NETWORKS, INC.
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CLAIMANT   NAJAM U DEAN

| DESCRIPTION | AMOUNT | | FROM | TO |
|---|---:|---|---|---|
| LTD Claim Benefits | 5,874.92 | | 08/01/2012 | 08/31/2012 |
| - SSDB | 2,325.00 | BENEFIT AMOUNT | | 5,874.92 |
| - Dental | 72.04 | LESS OFFSET | | 2,325.00 |
| - Mandatory FIT W4 | 96.24 | ADD'L BENEFITS | | 0.00 |
| - Free Form 1 | 14.99 | | | 3,549.92 |
| - Free Form 2 | 1.19 | LESS ADJUSTMENTS | | 0.00 |
| - Free Form 3 | 10.58 | | | 3,549.92 |
| | | LESS DEDUCTIONS | | 195.04 |
| | | AMOUNT PAYABLE | | 3,354.88 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Deposit Amount: ____$3,354.88____

Date: August 27, 2012

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXX▇ | $3,354.88 |

To the Accounts of:
NAJAM DEAN
6 AUGUSTA DR
MILLBURY       MA   01527

This is not a Check                                         Not Negotiable