# Exhibit C

| United States Bankruptcy Court for the District of Delaware | | PROOF OF CLAIM |
|---|---|---|
| Nortel Networks Inc. Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5075 New York, NY 10150-5075 | | |

| In Re: Nortel Networks Inc., et al., Debtors. | Chapter 11 Case No. 09-10138 (KG) Jointly Administered | |
|---|---|---|
| Name of Debtor Against Which Claim is Held: Nortel Networks Inc | Case No. of Debtor: 09-10138 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

NAJAM U DEAN
6 Augusta Dr
MILLBURY, MA 01527
508-865-4627

Email Address: najam_dean@yahoo.com

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 8212
(If known)

Filed on: 03/12/2012

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim for the same claim herein against the Canadian Debtors in their creditor protection proceedings pending in Canada.

1. **Amount of Claim as of Date Case Filed:** $ **623,048.10**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   ⑤ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** **LTD Payments and Benefits**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **0138**
   3a. Debtor may have scheduled account as: **GID 4723099**
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ⑤ Real Estate    ⑤ Motor Vehicle    ⑤ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate ____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ⑤ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ⑤ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ⑤ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ⑤ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ⑤ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ⑤ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

   Amount entitled to priority:
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

Date: 10-4-2012

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Najam M Dean

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# LTD DISABILITY "PROOF OF CLAIM" AGAINST NORTEL NETWORKS INC

Case Number: 09-10138 (KG)    Claim Number: 8212  (Amended)

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR:** NAJAM UD DEAN
**WHAT IS THE NORTEL GLOBAL ID #:** 4723099
**CLAIM GRAND TOTAL**                                                                                    **$ 623,048.10**

**WHAT WAS THE DATE OF LONG-TERM DISABILITY:**  8/14/2009

**CALCULATION OF MONTHS UNTIL PERSON REACHES AGE "65":**
WHAT IS THE MONTH AND YEAR OF YOUR BIRTH                       ▬▬▬
WHAT IS THE STARTING DATE THAT THIS POC IS TO BE BASED UPON    1/01/2013
# OF MONTHS PAST BETWEEN POC START DATE AND YOUR BIRTH         684
MONTHS UNTIL YOU REACH AGE "65"                                96 months or 8 yrs

**ANNUAL SALARY PER 2011 FLEX BENEFITS STATEMENT:**  $                             105,748.00

**IF YOU HAD 401K AND SIGNED UP FOR CONTINUED Capital Accumulation retirement plan (CARP):**
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL      0.04
YEARLY CONTRIBUTION BY NORTEL INTO CASH BALANCE PLAN    Appendix C       $ 33,839.36

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION":**
SEVERANCE PERIOD (IN WEEKS) including disability period        21 wks
SEVERANCE PAY                                                  Appendix D         $42,706.02

**FROM AUGUST 2012 PRUDENTIAL PAY STUB:**
LTD CLAIM BENEFITS                                                              $5,874.92       $563,992.32
LESS OFFSET SSDI                                                                $2,325.00       $223,200.00
NET PAY                                                        Appendix B       $3,549.92       $340,792.32

**FROM 2011 FLEX BENEFITS STATEMENT, ENTER THE "NORTEL COST PER YEAR" FOR THE FOLLOWING: OR Purchased Privately**
MEDICAL CARE  Nortel Cost 2008 Flex Benefits                   Appendix A       $10,092.24      $80,737.92
SUBSIDIZED PRESCRIPTION PLAN   (Privately)                                      $12,000.00      $96,000.00
DENTAL/VISION/HEARING CARE 2011 Flex Benefits                  Appendix A1      $1,821.56       $14,572.48

CORE EMPLOYEE LIFE INSURANCE Quote from Prudential (privately) $1500 $12,000.00
ACCIDENTAL DEATH & DISMEMBERMENT (Privately) $300 yr $2400.00

**CLAIM GRAND TOTAL:** **$623,048.10**

# Appendix A1



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting

| | |
|---|---|
| Name: | Najam Dean |
| Global ID | 4723099 |
| Date of Birth: | |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 105748.00 |
| Event:s | Annual Enrollment |
| Event Date | 10/28/2011 |
| Prepared On | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| Waived Medical | WAIV | $ 0.00 | $ 0.00 | $ 540.80 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE & Family | $ 33.25 | $ 864.50 | $1,821.56 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 690.56 |
| **Long-Term Disability** | | | | |
| Raise-66 2/3%of Cov.Amt.Shown | | $ 4.47 | $ 116.22 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 37.72 | $ 980.72 | $3,052.92 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 165.36 |
| **Optional Employee Life Insurance** | | | |
| 3x BENE Earnings Non-Smoker | $ 39.92 | $1,037.92 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $100,000 | $ 6.92 | $ 179.92 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| $15,000 Per Child | $ 0.55 | $ 14.30 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 5x Benefits Earnings Family | $ 4.88 | $ 126.88 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 52.27 | $1,359.02 | $ 165.36 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check

# Appendix A



**United States
FLEX Benefits
Confirmation Statement**

This confirms your FLEX selections and costs, which take effect 01/01/2008. These selections remain in effect through 12/31/2008 unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefits programs, including FLEX, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Najam Dean |
| Global ID: | 4723099 |
| Date of Birth: | |
| Pay Frequency: | US Bi-weekly |
| FLEX Earnings: | $ 103980.00 |
| Event: | Annual Enrollment |
| Event Date: | 10/31/2007 |
| Prepared On: | 10/31/2007 |

## Total Cost Summary

This summary is for benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

### CONFIRMED BEFORE-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Cigna | EE & Family | $ 99.51 | $2,587.26 | 10,092.94 |
| Spousal/DP Access Fee* | | $ 50.00 | $ 1300.00 | $ 0.00 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE & Family | $ 21.59 | $ 561.34 | $1,480.18 |
| **Health Care Reimbursement Account** | | $ 0.00 | $ 0.00 | |
| **Dependent Care Reimbursement** | | $ 0.00 | $ 0.00 | |
| **Short-Term Disability** | | | | |
| Raise-90%of Coverage Amt.Shown | | $ 5.20 | $ 135.20 | $ 0.00 |
| **Long-Term Disability** | | | | |
| Raise-66 2/3%of Cov.Amt.Shown | | $ 3.20 | $ 83.20 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 179.50 | $4,667.00 | 11,573.12 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Flex Earnings | $ 0.00 | $ 0.00 | $ 68.64 |
| **Optional Employee Life Insurance** | | | |
| 3x Flex Earnings Non-Smoker | $ 21.60 | $ 561.60 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $100,000 | $ 4.43 | $ 115.18 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| $15,000 Per Child | $ 0.55 | $ 14.30 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 5x Flex Earnings Family | $ 4.80 | $ 124.80 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 31.38 | $ 815.88 | $ 68.64 |

* Spousal/Qualifed DP access fee will be before tax.

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

# Appendix B

Disability Claim Services Provider

If you have any questions about this claim, please contact

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA          PA   19176
800-842-1718

Date: August 27, 2012

CNTRL#  0039900
CLAIM#  11155225
ID#     XXX-XX-████

BENEFITS ADMINISTRATOR
NORTEL NETWORKS, INC.
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CLAIMANT   NAJAM U DEAN

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 5,874.92 | 08/01/2012 | 08/31/2012 |
| - SSDB | 2,325.00 | BENEFIT AMOUNT | 5,874.92 |
| - Dental | 72.04 | LESS OFFSET | 2,325.00 |
| - Mandatory FIT W4 | 96.24 | ADD'L BENEFITS | 0.00 |
| - Free Form 1 | 14.99 | | 3,549.92 |
| - Free Form 2 | 1.19 | LESS ADJUSTMENTS | 0.00 |
| - Free Form 3 | 10.58 | | 3,549.92 |
| | | LESS DEDUCTIONS | 195.04 |
| | | AMOUNT PAYABLE | 3,354.88 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Date: August 27, 2012

Deposit Amount:   $3,354.88

| Direct Deposit Distribution |||
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXX████ | $3,354.88 |

To the Accounts of

NAJAM DEAN
6 AUGUSTA DR
MILLBURY            MA   01527

This is not a Check                                             Not Negotiable

Claims Services Provided by

**The Prudential Insurance Company of America**

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 85599
Fax: (877) 889-4885
Website: www.prudential.com/disability

August 7, 2009

Najam U Dean
6 Augusta Dr
Millbury, MA 01527

Claimant: Najam U Dean
Claim No.: 11155225
Date of Birth: ███████
Control No./Br.: 39900 / 0B057

|||..,..||.|.|...|.||...|.|.|.|

Dear Mr. Dean:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Nortel Group LTD Plan. We have determined that you are eligible for benefits effective August 14, 2009.

In order to receive benefits under the Nortel Group LTD Plan, covered employees must meet all contractual requirements including the following definition of Disability:

> "You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.
>
> During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

In addition, the plan further states that:

> Disabilities due to sickness or injury, which as determined by the Claims Administrator, are primarily abased on self-reported symptoms, have limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical

and clinical evidences not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations -- removal of structural, communication or other barriers.
- Job Related Accommodations
    - Part-time or Modified Work Schedules
    - Home Based Work
    - Reassignment to Vacant Positions
    - Acquisition or modification of tools, equipment, and/or furniture
    - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period.

The Plan also has the following 24-month Behavioral Illness Limitation:

> For total disabilities due to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24- month period, benefits will continue during your Hospital confinement.

Prudential will be responsible for determining if your disability meets the above definitions of Disability, and has the right to require that you be examined by a Physician of our choosing.

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $8,812.33 |
| Scheduled LTD Benefit (66.667%) | $5,874.92 |
| Less Child Life Premium | -$1.19 |
| Less Spousal Life Premium | -$15.00 |
| Less Dental/Vision/Hearing Premium | -$58.34 |
| Less Accidental Death & Dismemberment Premium | -$10.58 |
| Adjusted Benefit | $5,789.81 |

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month. LTD benefit is subject to Federal Income Tax (FIT) withholding and we will withhold FIT in accordance with your W4 selection.

Under the Nortel Group LTD Plan, LTD benefits will be reduced by other sources of income payable to you or your family members as a result of your disability, so that the sum of your LTD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not yet have received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),
- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and
- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:
    - Unemployment compensation benefits,
    - No-fault wage replacement benefits,
    - Statutory disability benefits,
    - Social Security benefits (if a family offset is applicable, the family offset will be applied against your LTD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and,
    - the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan.

Under the Nortel Group LTD Plan, you may be required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. We will be further contacting you in regards to assisting you in the SSDB appeal process should your claim be denied.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum in accordance with the terms of your "Reimbursement Agreement."

Once you have a date for return to work, please call 1-(800)-842-1718, or access the Disability Management Services website at www.prudential.com/inst/gldi/ at any time to provide the dates to our office. You will be prompted to provide your Social Security Number and Date of Birth to begin reporting your information. The dates entered will be reported to your Claim Manager, and your claim will be handled accordingly. You will receive written confirmation that the information has been received and your claim has been handled.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim or payments, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
Janie Reid
Disability Claim Manager

cc:   Nortel Networks, Inc. , Benefits Administrator

# Appendix C



*Account Statement*
*Year End, 2001*                    Page 5 of 9

SSN: 

## *Explanation of Statement Terms*

### Cash Balance Plan

| | |
|---|---|
| Opening Balance | This is the account value at the beginning of the quarter. |
| Interest Credits | Interest is credited each month based on the month's starting balance. The annual interest rate is equal to the average yield on one-year T-bills for September of the previous calendar year, plus 1%. This average one-year T-bill rate is published in the Federal Reserve Bulletin. The annual rate is divided by 12 to determine the monthly rate. (The September 1999 Treasury bill rate was 5%.) |

For example, if the average yield on one-year T-bills for September of the previous calendar year was 5%, here's how the monthly interest credit would be determined:

        5% T-bill yield + 1% = 6% annual interest rate
        6% divided by 12 months = 0.5% interest per month

| | |
|---|---|
| Pay Credits | Each month, your cash balance account will be credited with an amount equal to 4% of your eligible earnings for that month. Eligible earnings include base pay, sales commissions, overtime, shift differentials, lead pay and bonuses from the SUCCESS incentive plan. |
| | Please note that pay credits applied to your account each month generally are based on the payroll dates in that month. If a payroll date falls in the last week of the month, the pay credit is applied the following month. |
| Forfeiture | This is the portion of a terminated employee's account that is not vested. Employees are vested in the Cash Balance Plan after two years of service. An employee is credited with a year of service after working 1,000 hours during the calendar year. |
| Closing Balance | This is the account value at the end of the quarter. |

10633
279914
C
1
01204041-01

# NORTEL NETWORKS INC. CASH BALANCE PLAN
## BENEFIT CALCULATION STATEMENT



| | |
|---|---|
| Employee Name: | Najam Dean |
| Social Security Number: | XXX-XX-XXXX |
| Employee Date of Birth: | |
| Spouse Date of Birth: | |
| Vested Status: | Yes |
| Vesting Service: | 13 |
| Grandfathered Benefit Calculated: | No |

| | |
|---|---|
| Calculation Type: | Projection |
| Date of Hire: | June 26, 1995 |
| Plan Eligible Date: | August 7, 2006 |
| Plan Freeze Date: | December 31, 2007 |
| Calculation End Date: | December 31, 2007 |

### IMMEDIATE QUALIFIED RETIREMENT BENEFIT - Age 53 - Benefit Start Date: May 1, 2008

| Payment Options | Employee | | Beneficiary |
|---|---|---|---|
| Life Only Amount: | $193.16 | | |
| *Social Security Leveling: | $0.00 | - Prior to age 62 | |
| *Social Security Leveling: | $0.00 | - Post age 62 | |
| 10 Year Certain: | $187.37 | | |
| 50% J & S: | $0.00 | | $0.00 |
| 75% J & S: | $0.00 | | $0.00 |
| 100% J & S: | $0.00 | | $0.00 |
| **Lump Sum: | $35,059.86 | - Payable on Benefit Start Date plus processing time | |

*The Social Security Leveling payment option is available to retirees age 55 to 61, provided there is a large enough benefit to meet the formula qualifications.

**Qualified Lump Sums of $1,000 or less will be automatically paid in 1 payment. Employees may roll their Lump Sum over to a tax deferred plan or IRA. Beneficiaries may also be eligible to roll their lump sum over to an IRA. Please check with your tax advisor.

This calculation assumes you terminated employment on December 31, 2007. Payment options shown are for either a single lump sum payment or monthly annuities.

### QUALIFIED NORMAL RETIREMENT BENEFIT
### Age 65 - Start Date: January 1, 2021

| Payment Options | Employee (per month) | Beneficiary (per month) |
|---|---|---|
| Life Only Amount: | $469.72 | |
| 10 Year Certain: | $432.14 | |
| 50% J & S: | $0.00 | $0.00 |
| 75% J & S: | $0.00 | $0.00 |
| 100% J & S: | $0.00 | $0.00 |

Lump Sum to be determined at actual retirement date.

*Note:* This Benefit Calculation Statement presents your pension b... ...ed on your personal data & applicable tables in effect on the date the calculation was prepared. This plan was frozen effec... ...ember 31, 2007. No future accruals are provided, but you will earn interest annually based on the 1 year U.S. Treasury Bill ...based on rate in effect in September preceding a plan year) until payment. This rate has assumed to be 5% for these... A final calculation will be completed immediately prior to your actual Retirement/Benefit Start Date based on the data ...factors in effect on the date the final calculation is prepared. This final calculation will be used to determine your payable benefit ...you attained age 50 with at least 4 years of vesting service as of December 31, 1998, you are eligible for Grandfathered benefits u... ...er the prior plan. If the Grandfathered clause applies, your benefits were calculated using the current plan provisions AND the p...or plan provisions. The benefit amounts on this statement, including lump sum payments, are based upon the greater of the tw... formulas. **The written provisions of the Nortel Networks Retirement Income Plan (as it applies to Cash Balance Plan Members) determines the amount of the benefit that will be paid to you. You may not rely on any error in this benefit cal... ...ilation statement (whether caused by data entry, the calculation process, erroneous data in the system or any oth... cause) to grant you rights to a benefit greater than that described for you under the terms of the Plan.**

# Appendix D

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: Najam, Dean

GLOBAL ID: 4723099

TERMINATION EFFECTIVE DATE: 2010/08/31

ENTITY: LTD    DEPT: 440

BENEFITS END DATE: 2010/08/31

EMPLOYEE STATUS: Full Time: F
                                   Part Time:

CONTINUOUS SERVICE DATE : 1995/06/26

LOCATION : E65

EMPLOYEE ADDRESS:

LOCATION DESCRIPTION: BL60

6 AUGUSTA DR
MILLBURY
MA 01527

SAP ACTION CODE : 84

SAP SEPARATION REASON CODE: 33
SAP SEPARTION REASON DESCRIPTION:
Work force reduction

### WITHHOLDINGS & AMOUNTS OWED
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

INFORMATION MEMO FOR EMPLOYEES UPON EMPLOYMENT TERMINATION
INCLUDING THE OPPORTUNITY TO WAIVE SEVERANCE PAYMENTS AND
BENEFITS UNDER THE NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN

IMPORTANT PLEASE READ CAREFULLY

INTRODUCTION: Section I below (Employee Data) sets forth payments under the Nortel Networks Severance Allowance Plan (the "Plan") that you may have been eligible for had Nortel Networks Inc. ("NNI") and Nortel Networks CALA Inc. ("NNCI") not filed for creditor protection under Chapter 11 of applicable US Bankruptcy law (the "Filing"). Employee may be eligible to file a claim in the Chapter 11 proceeding with respect to such payments and benefits under the Plan.

IMPORANT NOTE:    Effective September 1, 2010, Nortel Networks Inc. will no longer provide employer-subsidized retiree medical benefits.  At the same time, the retiree life insurance plan and the optional long term care plans will also be discontinued.

The timing of payment of benefits under the Retirement Income Plan ("RIP") and commencement of coverage under the Retiree Medical, Life Insurance and Long-Term Care Plan ("Retiree Medical Plan") depends on when Employee's "Severance Period" ends. (For more information, see Section III (B) (10) and (11) below). It is important to understand that Employee cannot commence such benefits until after the end of the total Severance Period described in the Plan.  If Employee qualifies for benefits under the Severance Plan, that waiting period before Employee can commence benefits under the RIP and Retiree Medical still applies even though Employee may have to submit a claim for severance benefits through the Chapter 11 process rather than commencing benefits immediately following Employee's employment termination. For that reason, Employee should determine whether the ability to claim Employee's Severance Plan benefits or to start Employee's Retirement Income Plan benefits and Retiree Medical Plan coverage earlier is more important to you. If starting the Retirement Income Plan and Retiree Medical Plan benefits earlier has greater value, Employee may start them earlier by waiving Employee's claim to Severance Plan benefits entirely. To do so, Employee must complete the "Waiver of Severance Plan Benefits" that appears at the end of this memo.

However, please note that if Employee waives Employee's Severance Plan benefits, Employee will not receive credit for vesting service under the Retirement Income Plan during Employee's "standard severance period". The standard severance period is the period after Employee's Employment Termination Date that applies if Employee qualifies for benefits under the Severance Plan. The period equals 4 weeks plus 1 week for each year of Employee's service with Nortel. That credit also counts toward qualifying Employee for coverage and subsidies under the Retiree Medical Plan.  If Employee will not have enough vesting service to qualify for a Retirement Income Plan benefit at Employee's Employment Termination Date or to qualify for coverage and the maximum subsidy available to Employee under the Retiree Medical Plan but would have such service at the end of Employee's standard severance period, Employee may not want to waive Employee's Severance Plan benefits. Note that Employee cannot waive the Severance Plan benefit for just a portion of the severance period, such as the period after the end of the standard severance period.

Please note that on July 17, 2009 the Pension Benefit Guarantee Corporation ("PBGC") announced that it will be assuming responsibility to administer and pay benefits with respect to Nortel's US Retirement Income Plan. As a result, the above waiver while currently applicable may be subject to change by the PBGC.

Further, the benefits set forth in Section III (B), below will be available to Employee as long as Employee meets the eligibility requirements for the identified benefits.

V50

US Workforce Reduction

EMPLOYEE DATA

Notice Date: 2010/08/31

Employee: Najam Dean

Employee Number: 4723099

Continuous Service Date: 1995/06/26

Severance Eligibility Date: 1995/06/26

Employment Termination Date: 2010/08/31

Severance Stop Date: 2011/01/11

Employee Home Address:

6 AUGUSTA DR
MILLBURY
MA    01527

Severance Period (for employees with at least 6 months of service): 19
(Number of Weeks to Commence Following Termination Date)

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC 27709-3010
1-800-676-4636