IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on October 5th, 2012 a copy of *my individual "Objection To Debtors Motion To Terminate the Debtors Long Term Disability Plans And The Employment Of The LTD Employees. D.I.#8067"* were served upon the following parties, in manner indicated.

### BY PRIORITY MAIL WITH DELIVERY CONFIRMATION

ATTN: David D. Bird, Clerk of Court
**United States Bankruptcy Court**
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

ATTN: Robert J. Ryan
**Cleary, Gottlieb, Steen & Hamilton, LLP**
One Liberty Plaza
New York, NY 10006

ATTN: Rafael X. Zahralddin-Aravena, Esq.
**Elliott Greenleaf**
1105 N. Market Street   Suite 1700
Wilmington, DE 19801

ATTN: Thomas P. Tinker. Esq.
**Office of the U.S. Trustee**
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

### BY ELECTRONIC TRANSMISSION VIA EMAIL

Respectfully Signed,

Najam ud Dean, Nortel US LTD Employee
6 Augusta Dr
Millbury, MA 01527

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.