# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 9/6/2012 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.0 | $ 420 | $ 420.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 9/27/2012 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.0 | 420 | 420.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 9/10/2012 | Investigated claim objection issues per request of J. Croft of Cleary. | 1.1 | 420 | 462.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 9/17/2012 | Investigated schedule items per request of K. O'Neill of Cleary. | 1.2 | 420 | 504.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 9/18/2012 | Investigated schedule items per request of J. Kim of Cleary. | 1.7 | 420 | 714.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 9/27/2012 | Nortel-MOR comments, review correspondence and additional comments | 0.3 | 725 | 217.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 9/6/2012 | Reviewed and updated monthly fee application exhibits. | 1.5 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 9/6/2012 | Reviewed and updated monthly fee application documents and provided to Huron managing director for review and signoff. | 1.5 | 420 | 630.00 |
| 6 | Retention and Fee Applications | James Lukenda | 9/6/2012 | Nortel - review and sign-off monthly fee statement | 0.3 | 725 | 217.50 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 9/4/2012 | Updated Nortel preference summary with information provided by K. Sidhu of Cleary. | 0.3 | 420 | 126.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 9/6/2012 | Worked with Cleary and Nortel to update the preference summary with recent settlement information. | 0.5 | 420 | 210.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 9/6/2012 | Investigated preference communication documents per request of M. Cilia of RLKS. | 1.3 | 420 | 546.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 9/17/2012 | Updated preference summary with settlement information from M. Vanek of Cleary. | 0.4 | 420 | 168.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/4/2012 | Reviewed employee claim information provided by D. Parker of Nortel. | 1.4 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/4/2012 | Reconciled updated employee claim information against database and made necessary updates. | 2.1 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/5/2012 | Reviewed employee claim analysis provided by M. Cilia of RLKS. | 1.7 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/5/2012 | Updated employee claims analysis and provided comments to J. Croft of Cleary. | 2.2 | 420 | 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/5/2012 | Provided employee claim calculations to J. Kim of Cleary. | 1.3 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/5/2012 | Worked with Epiq to update the claims database given employee claim developments. | 0.9 | 420 | 378.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/6/2012 | Updated employee claim analysis and provided to A. Tsai of Epiq to update claims database. | 1.7 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/6/2012 | Worked with M. Cilia to provide employee claim documents to Nortel HR. | 0.5 | 420 | 210.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/7/2012 | Updated employee claim analysis and provided communication documents to A. Tsai of Epiq. | 2.5 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/7/2012 | Reconciled employee claim issues posed by A. Tsai of Epiq and provided comments to M. Cilia of RLKS. | 2.0 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/10/2012 | Updated employee claims analysis and provided to A. Tsai of Epiq. | 2.1 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/12/2012 | Performed initial review of employee claim communication documents provided by A. Tsai of Epiq. | 2.0 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/17/2012 | Updated employee claims analysis based on correspondence with M. Cilia of RLKS. | 1.9 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/18/2012 | Updated employee claims analysis per request of J. Croft of Cleary. | 1.6 | 420 | 672.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/18/2012 | Corresponded with A. Tsai of Epiq regarding employee claim communication documents. | 1.5 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/20/2012 | Reviewed employee claim communication documents provided by A. Tsai of Epiq. | 2.3 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/20/2012 | Reconciled employee claims analysis and provided comments to both J. Croft of Cleary and A. Tsai of Epiq. | 2.1 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 9/18/2012 | Nortel - review correspondence and update file | 0.3 | 725 | 217.50 |
| 25 | Case Administration | James Lukenda | 9/6/2012 | Nortel - call with Huron manager review open work stream matters, use of personnel, changes in case matters | 0.4 | 725 | 290.00 |