# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| Date | Professional | Cost Type | Description | | Amount |
|---|---|---|---|---|---|
| 9/17/2012 | Coley P. Brown | Parking & Tolls | Parking near Chicago office in order to transport Nortel materials.: Parking: Chicago 09/17/2012 to 09/17/2012. | $ | 14.00 |
| 9/19/2012 | Coley P. Brown | Postage and Freight | Shipping charges for Nortel materials.: US Post Office: Chicago. | | 11.57 |
| 9/24/2012 | Coley P. Brown | Parking & Tolls | Parking near Chicago office in order to transport Nortel materials.: Parking: Chicago 09/24/2012 to 09/24/2012. | | 6.00 |
| 9/28/2012 | Coley P. Brown | Parking & Tolls | Parking garage charges near Huron chicago office in order to transport Nortel materials.: Parking Garage: Chicago 09/28/2012 to 09/28/2012. | | 20.00 |