**EXHIBIT A**

**Debtors' Fourteenth Ordinary Course Professional Quarterly Statement for April 1, 2012 – June 30, 2012**

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $3,326.40 | $0.00 | $2,192.40 | $0.00 | $4,271.40 | $0.00 | $0.00 | $0.00 | **$9,790.20** |
| Ernst & Young LLP | Expatriate tax services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,250.00[1] | $0.00 | **$2,250.00** |
| Hunton & Williams LLP | Intellectual property services, labor & employment matters; advice regarding general corporate issues. | $0.00 | $0.00 | $1,178.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,178.75** |
| Intax | Property Tax Services | $0.00 | $0.00 | $0.00 | $0.00 | $3,205.00 | $0.00 | $0.00 | $0.00 | **$3,205.00** |

---

[1]     Ernst & Young LLP incurred $2,250.00 in fees for professional services provided to the Debtors during December, 2011.

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| KPMG LLP | 401k, VEBA and Retirement Income Plan | $45,868.50 | $0.00 | $48,258.50 | $87.00 | $19,489.80 | $0.00 | $0.00 | $0.00 | **$113,616.80** |
| Lex Caribbean Limited | Trinidadian legal services | $0.00 | $0.00 | $3000.00 | $118.13 | $0.00 | $0.00 | $0.00 | $0.00 | **$3,000.00** |
| McConnell Valdes LLC | Legal services related to Debtors' benefit plans | $962.25 | $0.00 | $339.00 | $0.00 | $423.00 | $0.00 | $0.00 | $0.00 | **$1,724.25** |
| Waller Lansden Dortch & Davis, LLP | General labor and employment legal services, including representation in employment and employee benefits matters before administrative agencies and federal and state courts | $0.00 | $0.00 | $392.00 | $0.00 | $245.00 | $0.00 | $0.00 | $0.00 | **$637.00** |

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Willcox & Savage | Assistance and advice in filing pleadings related to sales and use tax in the Richmond, Virginia Circuit Court | $455.00 | $0.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$455.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $0.00 | $0.00 | $1,638.00 | $0.00 | $1,134.00 | $0.00 | $2,772.00[2] | $6.00 | **$5,544.00** |

---

[2] William D. Preston, P.A. incurred $2,772.00 in fees and $6.00 in disbursements and expenses for professional services provided to the Debtors during March, 2012.