# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 through August 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $1,264.45 |
| Photos/Art/ Spec Duplicating | Out of Office | 4,145.87 |
| Travel | | 101.60 |
| Meals | | 460.69 |
| Courier/Delivery Service | | 1,970.97 |
| Computer Research | Westlaw | 185.21 |
| In House Duplicating | | 841.90 |
| Facsimile | | 1,157.25 |
| Pacer | | 49.70 |
| **Grand Total Expenses** | | **$10,177.64** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 966248 | 08/09/12 | B | 701.80 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 08/09/2012 | 506 | 904 | 189436 |
| 968921 | 08/24/12 | B | 272.25 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 08/24/2012 | 506 | 904 | 189756 |
| 968922 | 08/24/12 | B | 290.40 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 08/24/2012 | 506 | 904 | 189757 |
| 968053 | 08/16/12 | B | 738.16 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 08/16/2012 | 510 | 684 | 189651 |
| 968052 | 08/21/12 | B | 812.07 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 08/21/2012 | 510 | 684 | 189650 |
| 969658 | 08/29/12 | B | 1,521.79 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 08/29/2012 | 510 | 904 | 189863 |
| 969653 | 08/30/12 | B | 1,073.85 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 08/30/2012 | 510 | 904 | 189858 |
| 970912 | 08/01/12 | B | 101.60 | Travel - ROADRUNNER EXPRESS INC.` L. BAREFOOT - PU; BANKRUPTCY COURT - DO; PHL - 08/01/2012 | 511 AP | 000 | 190002 |
| 967459 | 07/12/12 | B | 371.40 | Meals - AMERICAN EXPRESS` COSI - LUNCH FOR 20 - 07/12/2012 | 512 | 000 | 189571 |
| 967460 | 07/12/12 | B | 82.00 | Meals - AMERICAN EXPRESS` COSI - LUNCH FOR 20 - 07/12/2012 | 512 | 000 | 189571 |
| 968894 | 07/30/12 | B | 7.29 | Meals - PETTY CASH` W. ALLEMAN - WORKING DINNER - 07/30/2012 | 512 | 964 | 189726 |
| 973061 | 07/28/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972677 | 08/01/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972679 | 08/01/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972691 | 08/02/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 972692 | 08/02/12 | B | 9.00 | Messenger Service | 513S | 000 | |
| 972707 | 08/03/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972709 | 08/03/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972727 | 08/03/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972746 | 08/06/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972747 | 08/06/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972748 | 08/06/12 | B | 9.00 | Messenger Service | 513S | 000 | |
| 972772 | 08/08/12 | B | 9.00 | Messenger Service | 513S | 000 | |
| 972780 | 08/08/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972781 | 08/08/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972788 | 08/09/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972793 | 08/09/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972798 | 08/09/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972808 | 08/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 972814 | 08/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972816 | 08/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972840 | 08/13/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 972884 | 08/14/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972885 | 08/14/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972905 | 08/16/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 972920 | 08/17/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972924 | 08/17/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972927 | 08/17/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972928 | 08/17/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 972935 | 08/20/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 972937 | 08/20/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 972941 | 08/21/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972960 | 08/21/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 972972 | 08/21/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972983 | 08/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972985 | 08/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972997 | 08/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 973006 | 08/23/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 973018 | 08/24/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 973021 | 08/24/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 973027 | 08/24/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 973029 | 08/24/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 973030 | 08/27/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 973032 | 08/27/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 973065 | 08/29/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 973071 | 08/29/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 973076 | 08/29/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 973079 | 08/30/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 973082 | 08/30/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 973089 | 08/30/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 973093 | 08/30/12 | B | 30.00 | Messenger Service | 513S | 000 | |
| 973106 | 08/31/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 973128 | 08/31/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 968001 | 07/11/12 | B | 17.75 | Courier/Delivery Service - USPS.COM - COURIER CHARGES - 07/11/2012 | 514 | 904 | 189633 |
| 972631 | 07/31/12 | B | 17.75 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 07/31/2012 | 514 | 000 | 190212 |

| INDEX  | DATE     | STAT | AMOUNT | DESCRIPTION                                                                              | CODE | TKPER | VOUCHER |
|--------|----------|------|--------|------------------------------------------------------------------------------------------|------|-------|---------|
| 966226 | 08/02/12 | B    | 26.14  | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC                                    | 514  | 000   | 189432  |
| 967176 | 08/06/12 | B    | 85.99  | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC                                    | 514  | 000   | 189540  |
| 972635 | 08/08/12 | B    | 17.75  | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 08/08/2012     | 514  | 904   | 190212  |
| 972636 | 08/11/12 | B    | 88.75  | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 08/11/2012     | 514  | 904   | 190212  |
| 972637 | 08/11/12 | B    | 22.50  | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 08/11/2012     | 514  | 904   | 190212  |
| 972638 | 08/11/12 | B    | 17.75  | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 08/11/2012     | 514  | 904   | 190212  |
| 972639 | 08/11/12 | B    | 17.75  | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 08/11/2012     | 514  | 904   | 190212  |
| 968067 | 08/13/12 | B    | 34.50  | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC                                    | 514  | 000   | 189659  |
| 967983 | 08/17/12 | B    | 11.96  | Courier/Delivery Service                                                                 | 514  | 322   | 189629  |
| 967984 | 08/17/12 | B    | 20.20  | Courier/Delivery Service                                                                 | 514  | 322   | 189629  |
| 967985 | 08/17/12 | B    | 11.96  | Courier/Delivery Service                                                                 | 514  | 322   | 189629  |
| 967986 | 08/17/12 | B    | 11.96  | Courier/Delivery Service                                                                 | 514  | 322   | 189629  |
| 968187 | 08/17/12 | B    | 44.20  | Courier/Delivery Service                                                                 | 514  | 322   | 189666  |
| 968188 | 08/17/12 | B    | 44.20  | Courier/Delivery Service                                                                 | 514  | 322   | 189666  |
| 968189 | 08/17/12 | B    | 44.20  | Courier/Delivery Service                                                                 | 514  | 322   | 189666  |
| 968190 | 08/17/12 | B    | 44.20  | Courier/Delivery Service                                                                 | 514  | 322   | 189666  |
| 968206 | 08/20/12 | B    | 11.96  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968207 | 08/20/12 | B    | 16.65  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968208 | 08/20/12 | B    | 15.90  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968209 | 08/20/12 | B    | 11.96  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968216 | 08/20/12 | B    | 11.96  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968217 | 08/20/12 | B    | 21.99  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968218 | 08/20/12 | B    | 11.96  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968219 | 08/20/12 | B    | 11.96  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968220 | 08/20/12 | B    | 19.99  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968221 | 08/20/12 | B    | 16.65  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968210 | 08/20/12 | B    | 19.12  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968211 | 08/20/12 | B    | 19.99  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968212 | 08/20/12 | B    | 15.90  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968213 | 08/20/12 | B    | 20.08  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968214 | 08/20/12 | B    | 20.08  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 968215 | 08/20/12 | B    | 11.96  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |
| 970532 | 08/20/12 | B    | 54.65  | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC                                    | 514  | 000   | 189920  |
| 968222 | 08/20/12 | B    | 11.96  | Courier/Delivery Service                                                                 | 514  | 322   | 189667  |

Nortel Networks, Inc.
63989-DIP
DATE: 10/11/12 09:40:26

PROFORMA   30/0/2   AS OF 08/31/12   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 968223 | 08/20/12 | B | 11.96 | Courier/Delivery Service | 514 | 322 | 189667 |
| 968224 | 08/20/12 | B | 19.99 | Courier/Delivery Service | 514 | 322 | 189667 |
| 968337 | 08/20/12 | B | 31.57 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 189687 |
| 968598 | 08/20/12 | B | 44.20 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 189695 |
| 968599 | 08/20/12 | B | 44.20 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 189695 |
| 968600 | 08/20/12 | B | 44.20 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 189695 |
| 972648 | 08/21/12 | B | 17.75 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 08/21/2012 | 514 | 904 | 190212 |
| 972653 | 08/23/12 | B | 129.40 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 08/23/2012 | 514 | 904 | 190212 |
| 968627 | 08/24/12 | B | 28.46 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 189697 |
| 970297 | 08/27/12 | B | 18.05 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 189914 |
| 969446 | 08/29/12 | B | 10.53 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969465 | 08/29/12 | B | 11.96 | Courier/Delivery Service | 514 | 322 | 189780 |
| 969466 | 08/29/12 | B | 11.96 | Courier/Delivery Service | 514 | 322 | 189780 |
| 969467 | 08/29/12 | B | 11.96 | Courier/Delivery Service | 514 | 322 | 189780 |
| 969468 | 08/29/12 | B | 16.65 | Courier/Delivery Service | 514 | 322 | 189780 |
| 969447 | 08/30/12 | B | 21.13 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969448 | 08/30/12 | B | 23.25 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969449 | 08/30/12 | B | 21.35 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969438 | 08/30/12 | B | 24.65 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969439 | 08/30/12 | B | 20.86 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969440 | 08/30/12 | B | 24.81 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969441 | 08/30/12 | B | 17.56 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969442 | 08/30/12 | B | 11.96 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969443 | 08/30/12 | B | 21.35 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969432 | 08/30/12 | B | 21.23 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969433 | 08/30/12 | B | 27.07 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969434 | 08/30/12 | B | 23.53 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969435 | 08/30/12 | B | 21.35 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969436 | 08/30/12 | B | 21.23 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969437 | 08/30/12 | B | 15.26 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969426 | 08/30/12 | B | 15.26 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969427 | 08/30/12 | B | 21.23 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969428 | 08/30/12 | B | 17.56 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969429 | 08/30/12 | B | 21.23 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969430 | 08/30/12 | B | 21.35 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969431 | 08/30/12 | B | 11.96 | Courier/Delivery Service | 514 | 000 | 189780 |

```
Nortel Networks, Inc.                    PROFORMA  30/072             AS OF 08/31/12              INVOICE# ******
63989-DIP
DATE: 10/11/12 09:40:26
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 970298 | 08/30/12 | B | 48.30 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 189914 |
| 969754 | 08/30/12 | B | 34.50 | Courier/Delivery Service | 514 | 000 | 189864 |
| 969462 | 08/30/12 | B | 21.35 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969463 | 08/30/12 | B | 23.50 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969464 | 08/30/12 | B | 11.96 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969632 | 08/30/12 | B | 31.57 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 189836 |
| 969752 | 08/30/12 | B | 32.35 | Courier/Delivery Service | 514 | 000 | 189864 |
| 969753 | 08/30/12 | B | 11.96 | Courier/Delivery Service | 514 | 000 | 189864 |
| 969456 | 08/30/12 | B | 16.65 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969457 | 08/30/12 | B | 19.91 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969458 | 08/30/12 | B | 21.23 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969459 | 08/30/12 | B | 23.50 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969460 | 08/30/12 | B | 20.86 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969461 | 08/30/12 | B | 19.95 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969450 | 08/30/12 | B | 11.96 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969451 | 08/30/12 | B | 17.56 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969452 | 08/30/12 | B | 21.35 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969453 | 08/30/12 | B | 17.56 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969454 | 08/30/12 | B | 21.35 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969455 | 08/30/12 | B | 21.23 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969444 | 08/30/12 | B | 17.56 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969445 | 08/30/12 | B | 23.50 | Courier/Delivery Service | 514 | 000 | 189780 |
| 969755 | 08/31/12 | B | 28.46 | Courier/Delivery Service | 514 | 322 | 189864 |
| 966032 | 08/04/12 | B | 91.04 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 968655 | 08/14/12 | B | 94.17 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 963880 | 08/01/12 | B | 1.80 | In-House Duplicating | 519 | 637 | |
| 963881 | 08/01/12 | B | 7.20 | In-House Duplicating | 519 | 637 | |
| 963882 | 08/01/12 | B | 6.30 | In-House Duplicating | 519 | 637 | |
| 963883 | 08/01/12 | B | 12.60 | In-House Duplicating | 519 | 637 | |
| 963965 | 08/02/12 | B | 2.60 | In-House Duplicating | 519 | 684 | |
| 964256 | 08/06/12 | B | 10.40 | In-House Duplicating | 519 | 684 | |
| 965027 | 08/08/12 | B | 18.00 | In-House Duplicating | 519 | 684 | |
| 965242 | 08/09/12 | B | 1.10 | In-House Duplicating | 519 | 594 | |
| 966136 | 08/13/12 | B | 9.00 | In-House Duplicating | 519 | 684 | |
| 967315 | 08/17/12 | B | 44.80 | In-House Duplicating | 519 | 684 | |
| 967316 | 08/17/12 | B | 6.30 | In-House Duplicating | 519 | 684 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 967720 | 08/20/12 | B | 79.60 | In-House Duplicating | 519 | 684 | |
| 967721 | 08/20/12 | B | 57.60 | In-House Duplicating | 519 | 684 | |
| 967898 | 08/21/12 | B | 28.40 | In-House Duplicating | 519 | 684 | |
| 967899 | 08/21/12 | B | 3.60 | In-House Duplicating | 519 | 684 | |
| 967900 | 08/21/12 | B | 2.10 | In-House Duplicating | 519 | 684 | |
| 968264 | 08/23/12 | B | 35.50 | In-House Duplicating | 519 | 684 | |
| 968458 | 08/24/12 | B | 5.00 | In-House Duplicating | 519 | 684 | |
| 968460 | 08/24/12 | B | 15.00 | In-House Duplicating | 519 | 684 | |
| 968461 | 08/24/12 | B | 48.50 | In-House Duplicating | 519 | 684 | |
| 968462 | 08/24/12 | B | 2.10 | In-House Duplicating | 519 | 684 | |
| 968459 | 08/24/12 | B | 20.80 | In-House Duplicating | 519 | 623 | |
| 968956 | 08/29/12 | B | 219.00 | In-House Duplicating | 519 | 691 | |
| 968955 | 08/29/12 | B | 0.70 | In-House Duplicating | 519 | 594 | |
| 969188 | 08/30/12 | B | 7.80 | In-House Duplicating | 519 | 691 | |
| 969189 | 08/30/12 | B | 18.40 | In-House Duplicating | 519 | 691 | |
| 969190 | 08/30/12 | B | 0.10 | In-House Duplicating | 519 | 691 | |
| 969185 | 08/30/12 | B | 12.00 | In-House Duplicating | 519 | 546 | |
| 969186 | 08/30/12 | B | 40.00 | In-House Duplicating | 519 | 546 | |
| 969187 | 08/30/12 | B | 3.60 | In-House Duplicating | 519 | 546 | |
| 969191 | 08/30/12 | B | 19.20 | In-House Duplicating | 519 | 546 | |
| 969325 | 08/31/12 | B | 2.00 | In-House Duplicating | 519 | 579 | |
| 972464 | 06/26/12 | B | 4.40 | Postage | 520 | 000 | |
| 972470 | 06/27/12 | B | 1.30 | Postage | 520 | 000 | |
| 972473 | 06/28/12 | B | 2.20 | Postage | 520 | 000 | |
| 972474 | 06/28/12 | B | 2.20 | Postage | 520 | 000 | |
| 972483 | 07/02/12 | B | 10.95 | Postage | 520 | 000 | |
| 972485 | 07/05/12 | B | 1.10 | Postage | 520 | 000 | |
| 972492 | 07/10/12 | B | 24.45 | Postage | 520 | 000 | |
| 972495 | 07/11/12 | B | 1.30 | Postage | 520 | 000 | |
| 972498 | 07/12/12 | B | 6.10 | Postage | 520 | 000 | |
| 972500 | 07/13/12 | B | 30.80 | Postage | 520 | 000 | |
| 972503 | 07/16/12 | B | 1.10 | Postage | 520 | 000 | |
| 972506 | 07/23/12 | B | 5.50 | Postage | 520 | 000 | |
| 972510 | 07/25/12 | B | 2.60 | Postage | 520 | 000 | |
| 972511 | 07/26/12 | B | 2.10 | Postage | 520 | 000 | |
| 972519 | 08/02/12 | B | 5.80 | Postage | 520 | 000 | |
| 972528 | 08/07/12 | B | 6.00 | Postage | 520 | 000 | |
| 972536 | 08/21/12 | B | 14.92 | Postage | 520 | 000 | |

Nortel Networks, Inc.  PROFORMA   30/0/2    As of 08/31/12    INVOICE# ******
63989-DIP
DATE: 10/11/12 09:40:26

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 972538 | 08/22/12 | B | 6.20 | Postage | 520 | 000 | |
| 972540 | 08/24/12 | B | 13.55 | Postage | 520 | 000 | |
| 972546 | 08/30/12 | B | 21.90 | Postage | 520 | 000 | |
| 968900 | 08/20/12 | B | 1,146.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 08/20/2012 | 522H | 684 | 189738 |
| 969768 | 08/31/12 | B | 11.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 08/31/2012 | 522H | 594 | 189870 |
| 967647 | 07/31/12 | B | 49.70 | Pacer charges for the month of July | 529 | 000 | |
| 973145 | 08/31/12 | B | 61.80 | Pacer charges for the month of August | 529 | 000 | |
| 963884 | 08/01/12 | B | 7.45 | In-House Printing - black & white | 541 | 684 | |
| 964032 | 08/02/12 | B | 2.35 | In-House Printing - black & white | 541 | 605 | |
| 964525 | 08/06/12 | B | 10.30 | In-House Printing - black & white | 541 | 605 | |
| 965028 | 08/08/12 | B | 14.45 | In-House Printing - black & white | 541 | 684 | |
| 965243 | 08/09/12 | B | 4.20 | In-House Printing - black & white | 541 | 624 | |
| 965887 | 08/10/12 | B | 1.85 | In-House Printing - black & white | 541 | 594 | |
| 967216 | 08/15/12 | B | 0.95 | In-House Printing - black & white | 541 | 605 | |
| 967317 | 08/17/12 | B | 2.30 | In-House Printing - black & white | 541 | 904 | |
| 967722 | 08/20/12 | B | 2.10 | In-House Printing - black & white | 541 | 637 | |
| 967901 | 08/20/12 | B | 2.30 | In-House Printing - black & white | 541 | 605 | |
| 967902 | 08/21/12 | B | 1.50 | In-House Printing - black & white | 541 | 971 | |
| 968103 | 08/22/12 | B | 9.00 | In-House Printing - black & white | 541 | 605 | |
| 968463 | 08/24/12 | B | 7.85 | In-House Printing - black & white | 541 | 623 | |
| 968538 | 08/27/12 | B | 1.20 | In-House Printing - black & white | 541 | 546 | |
| 968765 | 08/28/12 | B | 1.80 | In-House Printing - black & white | 541 | 624 | |
| 968957 | 08/29/12 | B | 6.85 | In-House Printing - black & white | 541 | 594 | |
| 969192 | 08/30/12 | B | 15.65 | In-House Printing - black & white | 541 | 546 | |
| 969326 | 08/31/12 | B | 8.70 | In-House Printing - black & white | 541 | 594 | |
| 974546 | 08/07/12 | B | 35.03 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 190361 |
| 972657 | 08/25/12 | B | 37.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 08/25/201 | 552H 2 | 904 | 190212 |
| 972658 | 08/25/12 | B | 44.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 08/25/201 | 552H 2 | 904 | 190212 |
| 972659 | 08/25/12 | B | 37.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 08/25/201 | 552H 2 | 904 | 190212 |

11,138.34