## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Periodic Report Regarding Value, Operations and Profitability Of Entities In Which The Estates Of Nortel Networks Inc., Nortel Altsystems Inc., And Nortel Networks (CALA) Inc. Hold A Substantial Or Controlling Interest** was caused to be made on October 12, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: October 12, 2012                                      /s/ Ann C. Cordo
Wilmington, DE                                              Ann C. Cordo (No. 4817)

4644651.9