IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
*In re* : Chapter 11
 :
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
 :
              Debtors. : Jointly Administered
---------------------------------------------------------- x

### NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on October 12, 2012, the documents identified on <u>Exhibit A</u> served via first class mail on the individuals identified on <u>Exhibit A</u>.

Dated: October 12, 2012
Wilmington, Delaware

           CLEARY GOTTLIEB STEEN & HAMILTON LLP
           James L. Bromley (admitted pro hac vice)
           Lisa M. Schweitzer (admitted pro hac vice)
           One Liberty Plaza
           New York, NY 10006
           Telephone: (212) 225-2000
           Facsimile: (212) 225-3999

           and

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

              */s/ Ann C. Cordo*
           Derek C. Abbott (No. 3376)
           Ann C. Cordo (No. 4817)
           Tamara K. Minott (No. 5643)
           1201 North Market Street, 18th Floor
           Wilmington, DE 19899-1347
           Telephone: (302) 658-9200
           Facsimile: (302) 425-4663

           *Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

6533973.2