**Exhibit A**

| Document | Service Address |
|---|---|
| Debtors' Responses And Objections To Request For Production Of Documents Of Alan Heinbaugh Directed To The Debtors | Alan Bruce Heinbaugh<br>19816 Colby Court<br>Saratoga, CA  95070 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Ashley Phanethong Directed To The Debtors | Ashley Phanethong<br>6304 Johnsdale Road<br>Raleigh, NC  27615 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Barbara Gallagher Directed To The Debtors | Barbara Gallagher<br>410 West Acres Road<br>Whitesboro, TX  76273 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Bert Fletcher Directed To The Debtors | Bert Fletcher<br>35 Broomhill Court<br>Clayton, NC  27527 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Betty Lewis Directed To The Debtors | Betty Lewis<br>1301-H Leon Street<br>Durham, NC  27705 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Brad Lee Henry Directed To The Debtors | Brad Lee Henry<br>11596 W. Sierra Dawn Blvd.<br>Lot 386<br>Surprise, AZ  85378 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Brenda Rohrbaugh Directed To The Debtors | Brenda L. Rohrbaugh<br>2493 Alston Drive<br>Marietta, GA  30062 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Brenda Wread Directed To The Debtors | Brenda Wread<br>3408 A Water Vista Parkway<br>Lawrenceville, GA  30044 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Brent Beasley Directed To The Debtors | Brent Beasley<br>541 Ammons Road<br>Dunn, NC  28334 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Carmel Totman Directed To The Debtors | Carmel T. Totman<br>164 Berton Street<br>Boone, NC  28607 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Carol Raymond Directed To The Debtors | Carol F. Raymond<br>7962 S.W. 185 St.<br>Miami, FL  33157 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Caroline Underwood Directed To The Debtors | Caroline Underwood<br>2101 Emerson Cook Rd.<br>Pittsboro, NC  27312 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Chad Soriano Directed To The Debtors | Chad Soriano<br>8974 Hickory Avenue<br>Hesperia, CA  92345 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Chae Roob Directed To The Debtors | Chae S. Roob<br>8584 Chanhassen Hills Drive South<br>Chanhassen, MN  55317 |

| | |
|---|---|
| Debtors' Responses And Objections To Request For Production Of Documents Of Chae Roob Directed To The Debtors | Chae S. Roob<br>9530 Foxford Road<br>Chanhassen, MN  55317 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Charles Barry Directed To The Debtors | Charles Vincent Barry<br>4090 Old Fanklinton Road<br>Franklinton, NC  27525 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Charles Sandner Directed To The Debtors | Charles Sandner<br>1970 N. Leslie, #3779<br>Pahrump, NV  89060 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Claudia Vidmer Directed To The Debtors | Claudia Vidmer<br>213 Orchard Lane<br>Glen Ellyn, IL  60137 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Crickett Grissom Directed To The Debtors | Crickett Grissom<br>2580 W. Porter Creek Avenue<br>Porterville, CA  93257 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Cynthia Richardson Directed To The Debtors | Cynthia Battle Richardson<br>5717 Cypress Drive<br>Rowlett, TX  75089 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Daniel Lee Owenby Directed To The Debtors | Daniel Lee Owenby<br>2136 Sapelo Court<br>Fernandina Beach, FL  32034 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Deborah M. Jones Directed To The Debtors | Deborah M. Jones<br>2824 Thurrock Drive<br>Apex, NC  27539 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Dennis Bullock Directed To The Debtors | Dennis Wayne Bullock<br>3557 Jacobs Road<br>Stem, NC  27581 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Dianna Irish Directed To The Debtors | Dianna L. Irish<br>235 Atrium Court<br>Warner Robins, GA  31088-5600 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Estelle Loggins Directed To The Debtors | Estelle Loggins<br>250 Old Mill Lane<br>Dallas, TX  75227 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Frankie Proctor Directed To The Debtors | Frankie Mathis Proctor<br>101 East G. Street<br>Butner, NC  27509 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Fred Durant Directed To The Debtors | Fred A. Durant<br>708 East H. Street<br>Leotia, KS  67861 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Fred S. Lindow Directed To The Debtors | Fred S. Lindow<br>P.O. Box 33206<br>Los Gatos, CA  95031 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Gary Wayne Garrett Directed To The Debtors | Gary Wayne Garrett<br>4093 Hogan Dr., Apt. 4114<br>Tyler, TX  75709 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Gerald R. Utpadel Directed To The Debtors | Gerald R. Utpadel<br>4627 Greenmeadows Avenue<br>Torrance, CA  90505 |

| | |
|---|---|
| Debtors' Responses And Objections To Request For Production Of Documents Of Gloria Benson Directed To The Debtors | Gloria Benson<br>1824 Wilson Pike<br>Brentwood, TN  37027 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Harold D. Simmons Directed To The Debtors | Harold D. Simmons<br>18 Wait Street<br>Greenville, SC  29607 |
| Debtors' Responses And Objections To Request For Production Of Documents Of James Craig Directed To The Debtors | James Craig<br>42 East Cavalier Road<br>Scottsville, NY  14546 |
| Debtors' Responses And Objections To Request For Production Of Documents Of James Jerome Lee Directed To The Debtors | James Jerome Lee<br>1310 Richmond Street<br>El Cerrito, CA  94530 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Janet Bass Directed To The Debtors | Janet Bass<br>1228 Moultrie Court<br>Raleigh, NC  27615 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Janetta Hames Directed To The Debtors | Janetta Hames<br>649 Fossill Wood<br>Saginaw, TX  76179 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Janette M. Head Directed To The Debtors | Janette Head<br>16 Gleneagle Drive<br>Bedford, NH  3110 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Janie Horton Proctor Directed To The Debtors | Janie Horton Proctor<br>101 East G. Street<br>Butner, NC  27509 |
| Debtors' Responses And Objections To Request For Production Of Documents Of John Allan Mercer Directed To The Debtors | John Allan Mercer<br>121 Monastery Road<br>Pine City, NY  14871 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Joyce Ann Robertson Directed To The Debtors | Joyce Ann Robertson<br>604 South Peedin Street<br>Selma, NC  27576 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Judy A. Schultheis Directed To The Debtors | Judy A. Schultheis<br>2201 Sweetrbriar Drive<br>Alexandria, VA  22307 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Julianna Smith Directed To The Debtors | Julianna Smith<br>134 Marvin Street<br>Milan, MI  48160 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Kaushik Patel Directed To The Debtors | Kaushik Patel<br>5665 Arapaho Road, #1023<br>Dallas, TX  75248 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Kem Renee Muckleroy Directed To The Debtors | Kem Renee Muckleroy<br>507 East Bradley Street<br>Star City, AR  71667 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Kenneth S. Hazelrig Directed To The Debtors | Kenneth S. Hazelrig<br>8170 Solway Court<br>Winston, GA  30187 |

| | |
|---|---|
| Debtors' Responses And Objections To Request For Production Of Documents Of Kerry W. Logan Directed To The Debtors | Kerry W. Logan<br>1207 High Hammock St., #102<br>Tampa, FL  33619 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Khanh C. Do Directed To The Debtors | Khanh C. Do<br>3804 Abercromby Drive<br>Durham, NC  27713 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Kim M. Yates Directed To The Debtors | Kim M. Yates<br>207 Tomato Hill Rd.<br>Leesburg, FL  34748 |
| Debtors' Responses And Objections To Request For Production Of Documents Of La Wanda Pryor Directed To The Debtors | La Wanda Pryor<br>117 Parrish Street<br>La Vergne, TN  37086 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Leolia C. Strickland Directed To The Debtors | Leolia C. Strickland<br>101  Lansing Drive<br>Benson, NC  27504 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Linda Nokes Victory Directed To The Debtors | Linda Nokes Victory<br>804 Hawaiian View<br>Antioch, TN  37013 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Lisa Riggs Scoggins Directed To The Debtors | Lisa Riggs Scoggins<br>2214 Olive Branch Road<br>Durham, NC  27703 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Lottie Edith Chambers Directed To The Debtors | Lottie Edith Chambers<br>2716 Dalford Court<br>Raleigh, NC  27604 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Louis Carl Bernstein Directed To The Debtors | Louis Carl Bernstein<br>8529 Mountainholly Drive<br>Pikesville, MD  21208 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Manuel Segura Directed To The Debtors | Manuel Segura<br>215 Sheridan Street, Apt. B-43<br>Perth Amboy, NJ  8861 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Marilyn Day Directed To The Debtors | Marilyn Day<br>2020 Fox Glen Drive<br>Allen, TX  75013 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Marilyn Green Directed To The Debtors | Marilyn Green<br>1106 Boston Hollow Road<br>Ashland City, TN  37015 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Marva M. McLaurin Directed To The Debtors | Marva M. McLaurin<br>2607 Dearborn Drive<br>Durham, NC  27704 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Michael A. Reed Directed To The Debtors | Michael A. Reed<br>744 East 74th Street<br>Los Angeles, CA  90001-2310 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Michael D. Rexroad Directed To The Debtors | Michael D. Rexroad<br>5244 Linwick Drive<br>Fuquay Varina, NC  27526 |

6533973.2

| | |
|---|---|
| Debtors' Responses And Objections To Request For Production Of Documents Of Michael R. Thompson Directed To The Debtors | Michael R. Thompson<br>564 Old Candia Road<br>Candia, NH  3034 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Michael Stutts Directed To The Debtors | Michael Stutts<br>1616 Hastings Bluff<br>McKinney, TX  75070 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Patrick Charles Merwin Directed To The Debtors | Patrick Charles Merwin<br>206 Amberglow Place<br>Cary, NC  27513 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Peter Lawrence Directed To The Debtors | Peter Lawrence<br>16295 Via Venetia W.<br>Delray Beach, FL  33484 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Remajos Estrella Brown Directed To The Debtors | Remajos Estrella Brown<br>2353 Sword Drive<br>Garland, TX  75044-6036 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Richard B. Hodges Directed To The Debtors | Richard B. Hodges<br>913 Windemere Lane<br>Wake Forest, NC  27587 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Roy M. Smith Directed To The Debtors | Roy M. Smith<br>1116 Buttercup Lane<br>Wake Forest, NC  27587 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Sandra G. Aiken Directed To The Debtors | Sandra G. Aiken<br>3166 Tump Wilkins Road<br>Stem, NC  27581 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Seretha M. Tucker Directed To The Debtors | Seretha M. Tucker<br>1864 Helena Moriah Road<br>Timberlake, NC  27583 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Sharon L. Kelly Directed To The Debtors | Sharon L. Kelly<br>5612 Oxford Court, #815<br>Louisville, KY  40291 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Stephen H. Addison Directed To The Debtors | Stephen H. Addison<br>P.O. Box 164275<br>Fort Worth, TX  76161-4275 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Steven E. Bennett Directed To The Debtors | Steven Edward Bennett<br>37052 Chestnut Street<br>Newark, CA  94560 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Terry Massengill Directed To The Debtors | Terry D. Massengill<br>126 Keri Drive<br>Garner, NC  27529 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Thomas Dikens Directed To The Debtors | Thomas Dikens<br>2612 Bengal Lane<br>Plano, TX  75023 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Verlene Reid Directed To The Debtors | Verlene Reid<br>2507 Downing Street<br>Wilson, NC  27893 |

| | |
|---|---|
| Debtors' Responses And Objections To Request For Production Of Documents Of Vernon M. Long Directed To The Debtors | Vernon M. Long<br>4929 Kelso Lane<br>Garland, TX  75043 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Victoria M. Anstead Directed To The Debtors | Victoria M. Anstead<br>3894 Ridge Lea Road, Apt. A<br>Amherst, NY  14228 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Virginia Davis Directed To The Debtors | Virginia Davis<br>61 Altvista Way<br>Daly City, CA  94014-1420 |
| Debtors' Responses And Objections To Request For Production Of Documents Of Wayne Schmidt Directed To The Debtors | Wayne J. Schmidt<br>P.O. Box 374<br>Christopher Lake<br>Saskatchewan  S0J 0N0<br>Canada |
| Debtors' Responses And Objections To Request For Production Of Documents Of Wendy Boswell Mann Directed To The Debtors | Wendy Boswell Mann<br>2114 Claret Lane<br>Morrisville, NC  27560 |

6533973.2