IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 8547, 8549, 8571-8573, 8576, 8594, 8608-8611, 8621-8623, 8632, 8633 and 8655-8657** |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                       )  ss.:
COUNTY OF HARTFORD     )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Senior Case Manager by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT  06095 and I am not a party to the above-captioned action.

2. On October 8, 2012, I caused to be served personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), samples of which are annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Tim Conklin

Sworn to before me this
12th day of October, 2012

Amy Lewis
Notary Public, State of Connecticut

**AMY E. LEWIS**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2017