**EXHIBIT B**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

RODOLFO LLANES
7961 NW 113 PLACE
DORAL, FL 33178

JAMES BARTOSZEWICZ
5606 ESTATE LANE
PLANO, TX 75094

UNITED STATES DEBT RECOVERY XI, LP
940 SOUTHWOOD BLVD., SUITE 101
INCLINE VILLAGE, NV 89451

JOHN STEWART
180 DEVIN DRIVE
GARNER, NC 27529

HAIN CAPITAL HOLDINGS, LTD
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070
ATTN: AMANDA RAPOPORT

THOMAS D. TARDIFF
5133 NORTH LARIAT DRIVE
CASTLE ROCK, CO 80108

DEEPA MOHAN
905 SUNROSE TER UNIT 209
SUNNYVALE, CA 94086

ANTHONY DOMINO
4124 STAGWOOD DRIVE
RALEIGH, NC 27613

CRT SPECIAL INVESTMENTS LLC
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

RICHARD ROSZKO
10209 BUSHVELD LANE
RALEIGH, NC 27613

KIMBERLY CARTER
5812 LEWIS STREET
DALLAS, TX 75206

RAYMOND OWENS
2083 HWY 222 WEST
KENLY, NC 27542

EARL CARPENTER
2028 BAPTIST ROAD
DURHAM, NC 27703

CATHERINE B. GOULD
10383 STALLINGS ROAD
SPRING HOPE, NC 27882

GREGORY J. HOY
430 HIGHLAND OAKS CIRCLE
SOUTHLAKE, TX 76092

FRANCES ROBERTSON
78 VENESS AVENUE
ROCHESTER, NY 14616

JEFF STRAUSS
456 GLADEWOOD PLACE
PLANO, TX 75025

FAIR HARBOR CAPITAL, LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

KHAMIS ABULGUBEIN
SILVERSTONE, TAYLOR & KLEIN
C/O JON RICH, ESQ.
5015 ADDISON CIRCLE #440
ADDISON, TX 75001

ASM CAPITAL, L.P.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

EDWARD SCHMEHL
515 RUSSELL PARK
SAN ANTONIO, TX 78260

JAMES E. MILLER
1208 W. CRESCENT AVENUE
REDLANDS, CA 92373

THOMAS WARREN
8867 QUAIL LANE
GRANITE BAY, CA 95746