# **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross** was caused to be made on October 15, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: October 15, 2012                                   */s/ Tamara K. Minott*
Wilmington, Delaware                                Tamara K. Minott (No. 5643)

5874093