**Service List for Combined Waves**

| **Via Hand Delivery** | **Via First Class Mail** |
|---|---|
| THORP REED & ARMSTRONG, LLP<br>Karen M. Grivner<br>824 N. Market Street<br>Suite 710<br>Wilmington, DE 19801<br>(Counsel for Prime Carrier) | THORP REED & ARMSTRONG, LLP<br>Patrick W. Carothers<br>Gregory W. Hauswirth<br>301 Grant Street, 14th Floor<br>Pittsburgh, PA 15219<br>(Counsel for Prime Carrier) |
| Amanda Marie Winfree<br>Ashby & Geddes, P.A.<br>500 Delaware Ave.<br>Wilmington, DE 19801<br>(Counsel for Telecom) | Daniel J. Merrett<br>Jones Day<br>1420 Peachtree St., N.E.; Suite 800<br>Atlanta, GA  30309-3053<br>(Counsel for Telecom) |
| Morris James LLP<br>Jeffrey Waxman<br>500 Delaware Ave, Ste 1500<br>Wilmington, DE 19801<br>(Counsel for Algo Communication Products) | Revonet, Inc.<br>125 Elm Street<br>New Canaan, CT 06840 |
| Natasha Songonuga<br>GIBBONS P.C.<br>1000 N. West St.<br>Wilmington, DE 19801<br>(Counsel for Hewlett-Packard) | David Crapo<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>(Counsel for Hewlett-Packard) |
| Matthew P. Austria<br>Werb & Sullivan<br>300 Delaware Avenue, P.O. Box 25046<br>Wilmington, DE 19801<br>(Counsel for McCann-Erickson Worldwide) | John M. August<br>Herrick Feinstein LLP<br>One Gateway Center<br>Newark, NJ 07102<br>(Counsel for Sterling Mets) |
| Michael David Debaecke<br>Blank Rome LLP<br>1201 Market St.<br>Suite 800<br>Wilmington, DE 19899<br>(Counsel for Cable News) | Tiffany Strelow Cobb<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215<br>(Counsel for Cable News, Time, and Turner) |
|  | Global Broadcast News<br>Attn:  Anuj Garg<br>Express Trade Tower, Plot No 15-16<br>Sector 16A<br>Firm City<br>Noida, Utlar Pradesh  201 301<br>India |

4125804.4