# CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on October 18, 2012 at 11:00 a.m. (Eastern Time)** was caused to be made on October 16, 2012, in the manner indicated upon the parties identified below and on the attached service list.

Date: October 16, 2012
Wilmington, DE

*/s/ Tamara K. Minott*
Tamara K. Minott (No. 5643)

**Via Fax**

Gene L. Humphreys
Bass Berry & Sims
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Fax: 615-742-6293

Darrell Brown
SACK GOLDBLATT MITCHELL LLP
20 Dundas Street West, Suite 1100
Toronto, Ontario
M5G 2G8
Fax: 416-591-7333

**Via Overnight Mail**

ASM Capital
ATTN: ADAM MOSKOWITZ
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Coface North America Insurance Co.
Attn: Managing Partner
50 Millstone Rd.., BLDG. 100
STE 360
East Windsor, NJ 08520

Monarch Master Funding LTD
Attn: Managing Partner
535 Madison Ave.
New York, NY 10022

**Via Express Mail**

Barbara Damlos
Pacific Gas & Electric Company
Law Dept.
PO BOX 7442
San Francisco, CA 94120