## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proofs of Claim Nos. 5517 and 6137 filed by Linex Technologies, Inc.** was caused to be made on October 16, 2012, in the manner indicated upon the entities identified below and on the attached service list.

| | |
|---|---|
| Date: October 16, 2012<br>Wilmington, DE | */s/ Tamara K. Minott*<br>Tamara K. Minott (No. 5643) |

**Via First Class Mail**

Kenneth R. Hartmann, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134