IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
|  | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
|  | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
|  | ) RE: D.I. # 8067 |

**OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD**

In return for my services I was promised a salary and benefits from NORTEL Telecon. Under my impression from NORTEL I had LTD coverage until age 65 if I ever became totally disabled. This was one of my benefits. This benefit is one of the only ways that I've been able to provide for myself and family. I depend on that being there until at least I turned 65. Without this benefit being provided Wells Fargo surely would have disapproved my home loan request. Reference attached NORTEL Long-Term Disability Application Process Letter dated Aug 12 97. BENEFIT ENTITLEMENT: 1.Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent Life Premiums that are currently being deducted from your short term disability benefits, and must be continued through your disability period to prevent disability discontinuance. Health Care + Life Insurance+Spousal Life+Dependent Life = Total (This information is available from your paycheck stub). These premiums will continue to be automatically deducted for the duration of your disability. Benefit Entitlement: 8b Compensation for Long Term Disability (LTD) leaves: Long Term Disability benefits for full and part time employees working more than 20 hours/week: Long Term Disability Benefits are payable for up to two years while you are totally disabled from your job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you may become qualified. For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday.

On numerous occasions Prudential personnel have put me at ease by telling me my LTD benefits were good until I turned 65. Reference attached Prudential Insurance Company of

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

America letter dated June 12 2008 with my personal note. 12 Aug 2008 my LTD benefits have been approved till Apr 15 2018 (day before my 65th birthday) per Dawn and Nicole at Prudential.
After I became totally disabled and CIGNA/Prudential approved my LTD claim NORTEL became financially responsible for my LTD benefits until I turned 65.

I plead that the Court does not allow NORTEL to terminate my LTD benefits. The loss of my medical benefits and income would be disastrous to myself and my family.

4 attachments
Atch 1 dated Aug 12 97 NORTEL LTR and LTD Checklist
Atch 2 dated July 7, 1998 CIGNA Group Insurance Ltr approval for LTD benefits
Atch 3 dated April 12, 2000 Prudential Ltr approval for reconsideration of LTD benefits
Atch 4 Prudential Insurance Company ltr dated June 12, 2008 with personal note LTD benefits approved till Apr 15, 2018

*[signature]*

Name: George I Hovater Jr

Address: 9009 Casals St Unit 1 Sacramento Ca 95828

Phone #: 916-366-3402

Signature:

*[signature]*

Atch 1 of 4



Date: AUG 12 97

711 Rock Creek Pl,

Pleasent Hill, CA

94523

RE: Long-Term Disability (LTD) Application Process

Dear: George Hovater Jr

The purpose of this letter is to advise you of the need to begin the LTD application process. Approved STD benefits are payable for 26 weeks following a five day waiting period unless the waiting period has been waived. Upon CIGNA's approval, LTD benefits are payable beginning 6 months from the date you were disabled.

The LTD application and review process requires approximately 8-10 weeks. Since your STD benefits will expire on OCT/12/97, the LTD application process must now begin. For this reason, I have enclosed for your completion your "LTD package". Also included in the package are informational materials to assist you in the application process. Because the LTD application is more complex than the STD process, I encourage you to make an appointment with Health Services. During this meeting, we will also review your package contents and address any questions or concerns you may have. Please call me at (972) 684-1935 to make an appointment.

As indicated above, CIGNA determines claim approval or denial. Therefore, it is imperative that you respond promptly to CIGNA's requests for additional information. Failure to submit your LTD claim in a timely manner may result in a lapse of benefits between the exhaustion of your STD benefits and the onset of your LTD benefits.

You must also now apply for social security. Contact your local social security office for information as soon as possible.

Please bring or mail your completed application to:

> Northern Telecom
> Health Services - M/S E0100
> 2221 Lakeside Blvd.
> Richardson, Texas 75082-4399

Call Lindy Delaney at (972) 684-1935 if you need assistance with the application process. Contact HR Info Center at 1-800-676-4636.

Sincerely,

Health Services

RF_US_LTD_APP_PRO


CIGNA Group Insuranc[e]
Life • Accident • Disability

## SOCIAL SECURITY BENEFITS

The following general information concerns Social Security Disability Income benefits and the possible effect on your Group Disability claim. They are offered to advise you of some of the benefits to which you MAY be entitled under the Social Security law. ANY SPECIFIC QUESTIONS REGARDING YOUR SOCIAL SECURITY CLAIM SHOULD BE REFERRED TO YOUR LOCAL SOCIAL SECURITY OFFICE.

If you are covered under Social Security, and are totally disabled as defined by the Social Security law you may be entitled to disability beginning with the sixth consecutive full month of disability. Terms of the Group Disability plan under which you are making claim provides that the group plan benefits are automatically adjusted to take into account any Social Security benefits to which you are entitled. <u>Therefore, effective with the sixth month of disability we will assume you are receiving Social Security Disability benefits. We will reduce our benefits by the amount we estimate you are entitled to receive, unless you submit evidence that you have applied for these benefits and that they are not payable.</u>

The Social Security law allows you to make application for disability income benefits at approximately the fourth month of disability. You should make application for Social Security Disability Income benefits (DIB) at your local Social Security Administration office. You will find the Social Security office listed in the telephone directory under United States Government, Department of Health, Education and Welfare.

When your Social Security DIB claim is processed, you will receive a "Certificate of Award" or "Disability Denial Notice". Whichever form is received, mail the original, or a copy, immediately to our office. If the original is sent, it will be returned to you.

If you have applied for Social Security Disability Income benefits and have been denied benefits on the basis that you are not totally disabled within the meaning of the law, we urge you to reapply and appeal for these benefits. You should carefully follow the instructions you receive from the Social Security Administration in reapplying. (There are time limits for appeal.) Please send us copies of any notices you subsequently receive.

If you are approved for Social Security benefits, you should also advise us of all benefits payable to your eligible dependents so that we may verify we are providing proper benefits to you under the Group insurance plan. Receipt of benefits by your eligible dependents may or may not affect your claim; however, we do encourage you to furnish this information. You should also notify us of subsequent changes in your Social Security benefits.

IF YOU OR YOUR SPOUSE ARE AGE 62 or older, please note the following. If you, the insured worker, are age 62 or older, please note the following. If you, the insured worker, are age 62 or older, you may be entitled to Social Security Retirement benefits immediately after you cease working. You should make application for these benefits even though you may be applying for Disability Income benefits at the same time. Receipt of Social Security Retirement or Old Age benefits does no waive any of your rights under your claim for Disability Income Benefits. The Social Security Administration is familiar with this situation and should be able to advise you on the proper filing of both claims.

In addition, if your spouse is age 62 or older, he or she may be entitled to benefits on your account because of your disability. We advise you to check with your local Social Security office regarding your particular situation.

# N✪RTEL                     Long Term Disability Checklist

EMPLOYEE_____ BUS. UNIT _____ DEPT. # _____

## PROCEDURE

1. In order to request LTD benefits, it is your responsibility to timely complete and return the following LTD forms:

   ✓ *Reimbursement Agreement.* Complete this form and sign and have witnessed. This form tells CIGNA if you want your LTD benefit reduced or not while you pursue social security benefits. Return with your LTD package.

   ✓ *Attending Physician's Statement of Disability Group Benefits.* Take this form to your treating physician to complete. CIGNA must be provided with proof of disability, from the day you first missed work due to disability through to present. If several physicians are treating you or have treated you for your disability conditions, request additional statements for these physicians to complete. Return with your LTD application.

   ✓ *Group Long Term Disability Claim Form.* Legibly complete, date, and sign the Claimant's Statement Sections. Return this form with your LTD package.

   ✓ *W-4S Request for Federal Income Tax Withholding From Sick Pay.* Complete the upper portion of this form by indicating the amount of Federal Income Tax you wish to have withheld from your LTD benefit. There is a $88.00 monthly minimum. Sign and date this section of the form. Return the completed form with your LTD application. You may request not to have federal income tax withheld by entering 0 in the appropriate space.

   ✓ *Disability Questionnaire.* Complete this form and return with your LTD application.

2. Return the above forms (Your LTD package) and a copy of your **birth certificate or driver's license** to Health Services by_____. Failure to return the forms by this date can result in a lapse between the expiration of your STD benefits and the onset of your LTD benefits. Failure to return your LTD packet can jeopardize your employment status.

3. You and Health Services will be notified by mail from CIGNA upon your approval/denial of LTD benefits. If your LTD claim is approved, CIGNA will send your first and subsequent LTD checks to you at the address indicated on your LTD application.

4. CIGNA determines LTD approval and continuation. Therefore, it is imperative that you respond promptly to CIGNA's requests for additional information. Failure to do so could result in the suspension or termination of LTD benefits.

## BENEFIT ENTITLEMENT

1. Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent Life premiums that are currently being deducted from your short term disability benefits, and must be continued through your disability period to prevent disability discontinuance. Health Care_____+ Life Insurance_____ + Spousal Life_____+ Dependent Life_____ =_____Total. (This information is available from your paycheck stub.)

Revised 6/28/94

## BENEFIT ENTITLEMENT, Cont.

These premiums will continue to be automatically deducted for the duration of your disability. Additionally, these premiums are subject to change in accordance to premium increases or decreases each year. Any questions regarding premium deductions should be directed to the Human Resource Information Center c/o of Northern Telecom, Dept. 1096, P. O. Box 13010, RTP, N.C. 27709, Ph# 1-800-676-4636.

2. Long Term Investment (Thrift Saving) /Flexible Spending Plans: You become a suspended participant in the these plans. No employee contributions are deducted from disability payments. Contributions are reinstated upon return to work.

3. Retirement Plan: The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of the leave.

4. Vacation/Sick Leave: Upon returning to work, time spent on medical leave of absence is included in determining the employee's continuous service for vacation and sick leave (when applicable). If your preauthorized vacation occurs during your leave of absence, you must negotiate with your manager to reschedule.

5. Holiday Pay: Employees will not be eligible for holiday pay during a medical leave of absence. Any holiday which falls during your medical leave is treated as any other day, and is compensated accordingly.

6. Salary Review Date: Is extended by the length of leave so that the performance appraisal period can be maintained.

7. Credit Association: No deductions are withheld for Credit Association accounts. To continue your savings deposits and/or loan payments, you must contact the Credit Association.

8. Compensation for Long Term Disability (LTD) leaves: Long Term Disability benefits for full and part time employees working more than 20 hours/week:

   a. Long Term Disability Benefits provide income continuation during your leave based upon your disability selection with the company.
   b. Long Term Disability benefits are payable for up to two years while you are totally disabled from your job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you are or may become qualified. For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday. For employees disabled at age 61 or older, the maximum benefit period varies. The LTD benefit is reduced by any "other income benefits" you receive for that month had you made timely pursuit of those benefits. These "other income benefits" include, but are not limited to Social Security benefits, Workers' Compensation benefits, State Disability benefits, and No-Fault Insurance benefits.

9. If you are a part-time/casual employee working less than 20 hours/week:

   a. Your medical leave of absence will be unpaid unless otherwise stated by applicable state law.
   b. Long Term Investment Plan contributions will cease while on an unpaid leave of absence.
   c. You are eligible for medical leave of absence only if you have worked for Northern Telecom at least 1250 hours. If you are not eligible and are medically unable to work, you may request a Personal Leave of Absence.

NOTE: **Long Term Disability. Benefits are payable for a maximum of 24 months for disabilities resulting from a mental or nervous disorder.**

10. Taxes: Employees are responsible for determining the amount of Federal Income Tax to be withheld from the monthly LTD benefit, by completing the Tax Notice which is part of the LTD package. No state taxes are withheld from your Long-Term Disability benefits.

11. For bargaining units consult your Human Resource Associate for any adjustments to these guidelines.

12. For employees in California, Rhode Island, Hawaii, New Jersey and New York, consult your Human Resource



**CIGNA** Group Insurar
Life · Accident · Disability

12225 Greenville Avenue
Suite 655, LB179
Dallas, TX  75243-9382
Telephone 972.907.6500
1.800.352.0611

# TO EMPLOYEES RECEIVING LONG TERM DISABILITY BENEFITS

A new tax law effective May 1, 1981, makes it possible for you to request to have amounts withheld from certain disability benefits and paid to the IRS for Federal Income Tax purposes.

The withholding is completely *voluntary* and nothing will be withheld from your benefits unless you request it in writing. To assist you in making a determination on withholding, you should consider the following:

- Only the portion of your Long Term Disability benefits paid for by your employer may be considered as taxable income to you.

- A request for withholding *must* be *at least $88.00 monthly* and expressed in whole dollar amounts.

- Your withholding amount must not reduce your Long Term Disability benefits below $10.00 monthly.

We suggest you consult with your accountant or your local IRS office with any specific questions concerning the taxability of your Long Term Disability benefits.

If you would like Connecticut General Life Insurance Company to withhold from your Long Term Disability benefits, you must complete an IRS form W-4S. These forms can be obtained from the Connecticut General Life Insurance Company office processing your claim or through your local IRS office. Withholding will begin with the first payment after the form is received in the Connecticut General Life Insurance Company office. You may cancel or change your request at any time by completing another form W-4S.

July 7, 1998

**CIGNA Group Insurance**
Life · Accident · Disability

George Hovater
711 Rock Creek Place
Pleasant Hill, CA 94523

12225 Greenville Avenue
Suite 655, LB179
Dallas, TX 75243-9382
Telephone 972.907.6500
1.800.352.0611

| RE: | | |
|---|---|---|
| Claimant | : | George I. Hovater, Jr. |
| File/SS # | : | 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 |
| Policyholder | : | Northern Telecom |
| Policy # | : | 2059005 |
| Company Name | : | Connecticut General Life Insurance Co |

Dear Hovater:

This letter is in reference to the above claim for disability benefits.

We are pleased to advise you that your claim for Long Term Disability (LTD) benefits has been approved. Your first check will be sent separately in the amount of $7,041.28 less applicable taxes and insurance premiums representing benefits due for the period of 10/4/97 through 6/30/98.

Please refer to the enclosed LTD Benefit Worksheet which shows how your benefits were calculated in accordance with the provisions of the LTD contract.

You should be aware of the following items concerning your LTD Benefit Policy:

The LTD contract provides benefits at 70% of your contractually-defined earnings less other applicable benefits you receive or are entitled to receive due to your disability. Benefits commence following the Benefit Waiting Period which ends on 10/3/97. Your current net benefit of $806.66 per month will be issued at monthly intervals at the end of each benefit period. Of course, payment of future benefits will depend on certification of your continuing disability, and on other, applicable contract provisions.

Your LTD benefits are generally reduced by any other benefits you receive, and it so stated in your contract, by any Social Security benefits your dependents receive on account of your Social Security award. Please notify us immediately if you are receiving or should become entitled to receive any income from other sources such as Social Security disability or Retirement, Statutory disability**, Employer Sick Leave, VA, Workers' Compensation, No-Fault, Employer Pension, etc. **If you work in California, Hawaii, New Jersey, New York, Rhode Island, or Puerto Rico, you should be eligible for disability benefits under Statutory Disability Benefit plans.

If your gross LTD benefit is to be reduced by any Social Security benefits to which you are entitled, you should have already received or will be receiving additional information from us concerning Social Security.

Page 2
July 7, 1998
George Hovater

In the event that the sum of any other benefits you receive exceeds your gross LTD Benefit for a given period, the contract provides a minimum benefit of $100.00 per month.

Your LTD benefits are currently considered taxable income for social Security (FICA) Tax, Federal Income Tax (FIT), and , in some cases, State Income Tax purposes. FICA taxes are mandatory and are automatically deducted from the LTD benefits issues during the 6 calendar months immediately following the month in which you last worked.

Federal Income Taxes may be deducted from your LTD benefits on an entirely <u>voluntary</u> basis. Should you wish to have all or a portion of your FIT taxes due on your Ltd benefits withheld from your LTD check, you will need to complete a Federal Tax Withholding form (W-4S), which you may obtain through our office or your local IRS office, and submit it to our office in order for withholding to commence on future checks. The law requires that you designate on the form W-4S the amount you want withheld on that the amount be no less than $88 per month and expressed in whole dollars. You may cancel or change your deduction amount at any time by completing another Form W-4S.

To qualify for benefits under your Long Term Disability contract, during the first 24 months, you must be unable to perform the essential duties of your occupation. Thereafter, you must be unable to engage in the essential duties of any occupation to qualify for benefits, subject to any other benefit limitations stated in your contract. We will be requesting periodic updates on the status of your disability and we reserve the right to have you examined by a physician of our choice.

Please note that Monthly Benefits are payable only while you are under the care of a licensed physician.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

*[signature]*

Jeff Garner
Case Manager
Managed Disability
800-352-0611 ext. 8709

cc: Northern Telecom

Claim Services Provided by

The Prudential Insurance Company of America

Atch 3 of 4

Address all correspondence to Claim Services Provider:

**Regina Carter**
Disability Claim Manager
Group Life & Disability Insurance

Prudential Disability Management Services
P. O. Box 2300
Parsippany, NJ 07054

April 12, 2000

Mr. George Hovater Jr
2917 Pinto Lane
Anderson, CA 96007

Group Life & Disability Insurance
Claimant: Mr. George Hovater Jr
Control #/Br: 39900/000RB
Claim #: 99-375-0347
Social Security #: 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
Date of Birth: 4-16-1953

Dear Mr. Hovater Jr:

We are writing in response to your appeal for reconsideration for Long Term Disability (LTD) benefits beyond October 4, 1999, under the Nortel Networks Group LTD Plan. We would like to inform you that we have determined you are eligible for benefits beyond that date.

According to the terms of the plan, an employee is totally disabled for the purposes of this coverage only while satisfying all of the following requirements:

> "You are considered totally disabled if you are unable to work because of a disease or injury.
>
> During the first twenty-four (24) months of a period of a covered total disability (after your completion of the six (6) month Benefit Waiting Period), you will be considered unable to work if you cannot perform the work you normally perform.
>
> After the first twenty-four (24) month period of covered total disability (after your completion of the six (6) month Benefit Waiting Period), you will be considered unable to work if you are unable to work at any reasonable occupation. A reasonable occupation is any gainful activity for which you are fitted by your education, training or experience, or for which you could reasonably become fitted."

A review of our records indicates that the first twenty-four (24) months of benefits as defined above ended on October 4, 1999. We have conducted a thorough evaluation and have determined you are eligible for benefits beyond that date. Even though benefits may continue beyond the first twenty-four months, we do not waive our right to evaluate your claim under the definition of total disability quoted above.

We will be contacting you and your doctors periodically to assess any changes in your condition and determine your continued eligibility for disability benefits.

Should anything regarding your disability change, or if you have any questions about this letter or your claim, please contact us at (800) 842-1718, extension 8728.

Sincerely,

Regina Carter
Disability Consultant

cc.  Faye Studemire
     Nortel Networks
     4307 Emperor Blvd.
     Research Triangle Park, NC 27709

     Linda Kansteiner
     Two Worlds, 101 Gregory Lane, Suite 44
     Pleasant Hill, CA 94523

Atch 4 of 4

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
Website: www.prudential.com/inst/gidi

June 12, 2008

George Hovater Jr
9009 Casals St.
Unit #1
Sacramento, CA 95826

Claimant: George Hovater Jr
Claim No.: 10279502
Date of Birth: 04/16/1953
Control No./Br.: 39900 / 000RB

||||||||||||||||

Dear Mr. Hovater Jr:

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No. 39900 issued to Nortel Networks, Inc.. We are requesting you arrange for the prompt completion of the enclosed forms and return them to our office at the above address by July 12, 2008.

- Attending Physician's Statement (to be completed by your attending physician)
- Supplementary Claimant Statement (to be completed by you)

Sincerely,
*Prudential Financial*
Prudential Financial

approved till Apr 15, 2012 per
Dawn a Nicole @ Prudential
12/Aug/2008

Mailed back