## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline:** Oct. 22, 2012 at 10 a.m. |
| | ) | **Hearing Date:**   Feb. 12, 2013 at 10 a.m. |
| | | RE:     D.I. # 8067 |

**OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

[1]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Lois Diane Uphold (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Lois Diane Uphold respectfully represents as follows:

**Uphold, Lois Diane**

## BACKGROUND

1. Nortel extended to me a total compensation package that was comprised of salary and benefits. I relied heavily upon Nortel delivering on both per their communications.

2. I served in many roles from assembler to line lead person to quality control to field repair. I received recognition in the form of bonuses, stock,(of which when I went to check on it the stock was gone, they sold it without my approval, I got nothing) salary increases. I also was given an award for a slogan to be used by the company. "We keep the World Talking" I reliably delivered my part of the contract. I worked many overtime hours because someone did not come to work. Knowing the job had to be done I stayed, many times working 24 hrs in a row. I was completely dedicated to the company. Because, it was a good company.

3. I was hired in 1979 but left for less than six (6) months and was rehired under the "we will bridge you time option" in 1980. In August 1990, I succumbed to deteriorating health because of a car wreck that broke my neck. Since August of 1990 there have been other significant health issues as well.

4. My Long-Term Disability claim was validated by Prudential Insurance Company; Prudential recognized the effective date of LTD claim as being, I believe was in December 1990 .

Uphold, Lois Diane

5. January 1990, I was further diagnosed as permanently disabled by two (2) attending physicians; all physicians written assessments were shared with Prudential

Nortel extended to me a total compensation package that was comprised of salary and benefits. I relied heavily upon Nortel delivering on both per their communications.

### RELIEF REQUESTED

6. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

7. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is $ 184,217.53

8. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

9. To terminate our LTD before the true and just time of age 65 would and will be of great financial and mental determinant to me and others as well. As for myself I'm 62 with ongoing need for treatment. Without the much needed help of medical and medicines to help through my day today life it could very easily become unbearable.

10. According report after report of sales they have made billions in sales of patents and other

Assets,   so I feel they have more than enough funds to follow through with their end of the contract they made with their employees. They expected us to do what was expected of us and we are asking nothing more of them.

11. Nortel is planning to break this contract after I have been already disabled. I paid premium cost for the Group Insurance Policy and the other welfare benefits such as Life Insurance.(Policy # 39900) Dental and Vision

12. The Estate for Nortel has sufficient funds to take care of all the LTD people under contract.

(A) Language across the LTD Summary Plan Description (SPD) for the year I was forced onto Long-Term Disability (2002) fed the reliable & repeatable understanding that I was to receive LTD benefits until age 65. Ambiguities and errors of omission injected by Nortel do exist in the SPD; it is not equitable for me to be harshly penalized for miscues the document author owns.

(B) All the communication from Prudential, carried banners of "Prudential Insurance Company": claims forms, correspondence from LTD Claims Managers, LTD paystubs, LTD W2 statements, Prudential required reimbursement to them from my SS award.

(C) Both Nortel & Prudential spokespersons confirmed I would receive LTD benefits to age 65.

(D) Fiduciary obligations are not served when an essentially insolvent benefit is offered; nor when the same agent seeks to terminate my employment to expressly deny me LTD benefits.

(E) Nortel is well within their means to meet the contractual obligations with myself and all the LTD employees that generated the assets the Debtors possess. Fulfilling the LTD benefits obligation is in no way detrimental to the ability of Nortel to "recover" as they are indeed liquidating. This is life and death for the LTD base that invested their skills and knowledge that built Nortel Vs. the portfolio health of others. Nortel must meet their LTD commitment.

(F) Nortel is seeking to breach a contract that they had with me and should be required to make good on it as I provided all my work services to them in good faith, paid my premiums, etc.

Uphold, Lois Diane

## EXHIBTS

A – Proof of Claim.

B – 2012 Nortel Benefit Confirmation

C – Proof of hire date

D- Proof of Benefit period for LTD employees.

E- Proof of promise to pay medical costs.

F. Proof of promise to pay drug costs that are not covered by Medicare.

G- Proof of promise to offset cost of Medicare part " B "

H- Proof  of  C.O.L.A promise. ( I never did get that I know of)

I-Proof  of  Severance  Package  qualification due to reduction in work force.(2 pages)

J-Original   Termination  package. (4 pages)

K-Proof from claims manager  verifying term for disability benefits(until  may 28, 2015 or until I'm '65)

 a-Used this same letter to show a secure income for my  for a home loan modification loan.

10/10/2012 LTD Summary Plan Description.

Uphold, Lois Diane

Uphold, Lois Diane

Uphold, Lois Diane

Uphold, Lois Diane

## NOTICE

1.      Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system.  Lois Diane Uphold respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

WHEREFORE, Lois Diane Uphold respectfully requests the entry of an Order, in the form attached:

1.      Reject the Debtors motion to Terminate  the LTD Plans and LTD Employees [DI#8067].

2.      Compel the Debtors to compensate Lois Diane Uphold in full for LTD benefits projected to age 65; Total Claim being $ 184,217.53 Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Lois Diane Uphold

Dated:  October 09, 2012

Signed:

*Lois Diane Uphold*

Lois Diane Uphold

201 Camden Park Dr.

Goldsboro, N.C. 27530

Telephone:  919-221-6910

Facsimile:  N/A

loisuphold@hotmail.com

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. 8067** |

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2

**ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013

      Wilmington, Delaware

                           _____

                           HONORABLE KEVIN GROSS

                           CHIEF UNITED STATES BANKRUPTCY JUDGE

CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## Proof Of Claim

Lois Uphold

0205856

### WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?

### WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?

### WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?

December 1, 1990

### WHAT IS YOUR AGE (As Of January 1, 2013) ...

| | |
|---|---|
| Years | 62 |
| Months | 7 |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | 751 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | 29 |

### YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT

$ 25,126.00

### IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...

WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?  0.04

AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ....   $  1,005.04   $   2,428.85

### FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"

SEVERANCE PERIOD   26

AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY   $  483.19   $   12,563.00

### FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...

| | | | |
|---|---|---|---|
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $ | 1,465.00 | $ 42,485.00 |
| SSDI MONTHLY OFFSET | $ | 501.00 | $ 14,529.00 |
| Medicare Part B Reimbursement Per LTD Plan | $ | 110.50 | $ 3,204.50 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ | 1,074.50 | $ 31,160.50 |

### Estimates On What Replacement Coverage Would Cost You

| | | | |
|---|---|---|---|
| MEDICAL CARE | $ | 13,000.00 | $ 31,416.67 |
| SUBSIDIZED PRESCRIPTION PLAN | $ | 12,000.00 | $ 29,000.00 |
| DENTAL/VISION/HEARING CARE | $ | 2,175.87 | $ 5,258.35 |
| CORE EMPLOYEE LIFE INSURANCE | $ | 150.00 | $ 362.50 |
| ACCIDENTAL DEATH & DISMEMBERMENT | $ | 60.00 | $ 145.00 |
| PRESCRIPTIONS/MEDICINE COSTS | $ | 4,826.55 | $ 11,664.16 |

### CLAIM GRAND TOTAL

$   184,217.53



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Lois Uphold |
| Global ID: | 0205856 |
| Date of Birth: | 05/29/1950 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 25126.00 |
| Events | |
| Event Date: | Annual Enrollment |
| Prepared On: | 10/28/2011 |
| | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Anthem | EE Only | $ 41.88 | $1,088.88 | $4,373.20 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE Only | $ 10.93 | $ 284.18 | $ 598.52 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $164.06 |
| **Long-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 52.81 | $1,373.06 | $5,135.78 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 2x Benefits Earnings | $ 0.00 | $ 0.00 | $ 0.00 |
| **Optional Employee Life Insurance** | | | |
| 2x BENE Earnings Non-Smoker | $ 9.63 | $ 250.38 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 5x Benefits Earnings Single | $ 0.64 | $ 16.64 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 10.27 | $ 267.02 | $ 0.00 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

**northern telecom**

**MEMORANDUM**

February 22, 1984

To:          Lois Uphold

From:        Human Resources

Subject :    Bridging of Service

This is to inform you that as of    2-22-84       your
prior employment with Northern Telecom, Inc. or affili-
ated company from  3-12-79 to 5-30-80 & 6-2-80 to 1-29-82   has
been bridged to reflect this service with respect to
pension/retirement, vacation entitlement and Thrift
Savings eligibility.   Your new Continuous Service Date
is    4-6-80          and all records will be changed to
reflect this.

If you have any questions, please contact me in the
Human Resources Department at RTP.

*Wanda M Munn*

Wanda M. Munn
Compensation
Human Resources
Dept. 1120

*5·30·80 & 6·2·80 (Transfer from Contilia (Sycor & L.T.T. Raleigh )*

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For Total Disability due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

# If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and

- you were Actively at Work less than three consecutive months since your first disability.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If LTD benefits have been overpaid, this plan will either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

# Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay Claims first and the Company's plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment process.) Coverage under Medicare Part A is free while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

*It is your responsibility to complete any required applications, such as for Social Security benefits...*

# Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation pro-

## Cost of Living Adjustment (COLA)

Prior provisions of the LTD plan (which began July 1, 1994) provide a cost of living adjustment for LTD benefits for disabilities beginning before January 1, 2000. This adjustment applies to your Core and Optional LTD benefits each year after the first year of Long-Term Disability. This adjustment increases your total LTD benefit by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if

circumstances described below applies). A "reduction in force" is a reduction in your employer's work force or the elimination or consolidation of jobs by your employer.

However, you will not qualify for a severance allowance if:

- the Plan Administrator determines your termination arises out of conduct and/or inaction by you which was not in the best interests of your employer, for example, misconduct, poor availability for work, or conflict of interest activity;

- you have released or waived your rights under this Plan in exchange for benefits or compensation to which you were not otherwise entitled; or

- you fall under one of the exceptions described in Questions 4 or 5 below.

If you otherwise qualify for a severance allowance, it will **not** be paid unless: you sign a release form within the specified time; you refrain from revoking that release; and you remain an employee through your termination date.

*If you otherwise qualify for a severance allowance, it will not be paid unless: you sign a release form within the specified time; you refrain from revoking that release; and you remain an employee through your termination date.*

## 4. If my employment is terminated due to a "reduction in force," in what cases will I *not* qualify for a severance allowance?

You will not qualify for a severance allowance if:

- you are offered and *accept* **any** other position as a Full-Time or Part-Time Employee with the Company or an Affiliate (refer to the Glossary Section of this binder for a definition of "Affiliate") or with Northern Telecom Ltd. or any company wholly or partially owned by Northern Telecom Ltd.; or

- you are offered and *refuse* another Full-Time or Part-Time position, as applicable, with the Company or an Affiliate or with Northern Telecom Ltd. or any company wholly or partially owned by Northern Telecom Ltd., for which you are qualified, as long as the position offered is in the same location or in a location reasonably close to your former position, and with a "base weekly salary" not less than 80% of your former "base weekly salary." (See Question 6 for definition of "base weekly salary.")

## 5. If my employment is terminated due to the sale of any portion of my employer's business, in what cases will I *not* qualify for a severance allowance?

You will not qualify for a severance allowance if:

- you are offered and *accept* **any** position as a Full-Time or Part-Time Employee with the acquiring company; or

- you are offered and *refuse* a Full-Time or Part-Time position, as applicable, with the acquiring company for which you are qualified, in the same location or in a location reasonably close to your former position, and with a "base weekly salary" not less than 90% of your former "base weekly salary." (See Question 6 below for definition of "base weekly salary.")



**Nortel**  Tel: 1-800-676-4636
HR Shared Services
4001 E. Chapel Hill-Nelson Hwy.
P. O. Box 13010
Research Triangle Park, NC 27709

Lois Uphold
201 Camden Park Dr

Goldsboro, North Carolina  27530

June 16, 2010

Name of employee:  Lois Uphold

Global ID:  205856

Termination date of life insurance:  August 31, 2010

Total amount of core life insurance eligible to convert:  $50,252

Total amount of supplemental life insurance eligible to convert:  $51,000

Name of spouse:  n/a

Total amount of spousal life insurance eligible to convert:  n/a

Name of dependent (s):  n/a

Total amount of dependent life insurance eligible to convert:  n/a

Life Insurance Group/Policy # with Prudential:  39900

To convert coverage, you must submit application and pay the first premium within 31 days after your group coverage ends or within 15 days after you receive written notice of the conversion privilege, whichever is later.  However, under no circumstances may you convert your coverage to an individual policy if you do not apply for individual coverage and pay the first premium within 92 days after your group coverage ends.

**Please contact a local Prudential Agent, or call 1-877-889-2070 for conversion information.**

HR Shared Services
1-800-676-4636

# N✸RTEL

**June 28, 2010**

Dear US LTD Program Participant:

This package is a follow up to the letter dated June 17, 2010 that you received in the mail. As indicated, on August 31, 2010, Nortel Networks Inc., as the plan sponsor, is planning to terminate the existing long-term disability (LTD) plan, and has filed for approval with the bankruptcy court to do so. Since the company has sold most of its divisions and is now maintaining only a small transition support staff, your employment will terminate on August 31, 2010, as there are no jobs to return to.

Enclosed is the following:

1. Your employment termination information package. Employment termination packages are standard, and as such there may be information that is not relevant to you given your long-term disability status.

   If you have questions regarding the employment termination package, contact Nortel HR Shared Services at 1-800-676-4636.

2. A life insurance conversion letter. Should you wish to convert your policy to a personal policy, this letter provides important instructions on the process and timing.

**IMPORTANT REMINDER:** As indicated in your June 17 letter, long-term disability payments will be discontinued August 31, 2010. Your long-term disability payment from Prudential in August 2010 will be the last plan payment you will receive.

For all other *questions and contact details*, please refer to the June 17 letter and Frequently Asked Questions document for additional information.

**HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION**
**PROBUSINESS / SAP INFORMATION**

EMPLOYEE NAME: **Lois  Uphold**

GLOBAL ID: **0205856**

TERMINATION EFFECTIVE DATE: **2010/08/31**

ENTITY: **LTD**     DEPT: **2700**

BENEFITS END DATE: **2010/08/31**

EMPLOYEE STATUS:  Full Time: **F**
                                   Part Time:

CONTINUOUS SERVICE DATE : **1980/04/04**

LOCATION : **570**

EMPLOYEE ADDRESS:

LOCATION  DESCRIPTION: **GWRTP**

**201 CAMDEN PARK DR**
**GOLDSBORO**
**NC  27530**

---

SAP ACTION CODE : **84**

SAP SEPARATION REASON CODE:
**33**
SAP SEPARTION REASON DESCRIPTION:
**Work force reduction**

---

**WITHHOLDINGS & AMOUNTS OWED**
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

## I. EMPLOYEE DATA

Notice Date: 2010/08/31

Employee: Lois  Uphold

Employee Number: 0205856

Continuous Service Date: 1980/04/04

Severance Eligibility Date: 1980/04/04

Employment Termination Date: 2010/08/31

Severance Stop Date: 2011/04/26

Employee Home Address:

201 CAMDEN PARK DR
GOLDSBORO
NC        27530

Severance Period (for employees with at least 6
months of service): 34
(Number of Weeks to Commence Following
Termination Date)

HR Contact: Nortel HR Shared Services
              Mail Stop 570/02/0C2
              PO Box 13010
              4001 E. Chapel Hill-Nelson Hwy
              Research Triangle Park, NC  27709-3010
              1-800-676-4636

V5.0

Claims Services Provided by

**The Prudential Insurance Company of America**

**Donna A Pranio**
Claim Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 7699
Fax: (877) 889-4885
Website: www.prudential.com/inst/gldi

May 4, 2007

Lois D Uphold
201 Camden Park Dr
Goldsboro, NC  27530

Claimant: Lois D Uphold
Claim No.: 10280295
Date of Birth: 05/29/1950
Control No./Br.: 39900  /  000RA

Dear Ms. Uphold:

Please be advised that the above noted claimant is receiving Long Term Disability (LTD) in the amount of $657.75 net per month.  Ms. Uphold will continue to receive LTD benefits to the maximum duration date of May 28, 2015 provided she remains totally disabled under the terms of the policy.

If you have any questions, please contact me at (800) 842-1718, extension 7699.

Sincerely,

*Donna A Pranio*

Donna A Pranio
Claim Examiner