IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

9:50

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: Oct. 22, 2012 at 10a.m/ p.m.** |
| | **Hearing Date: Feb. 13,2012 at 10 a.m./ p.m.** |
| | **D.I.# 8067?** |

## OBJECTION TO DEBTORS MOTION TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Marilyn Green (the "[LTD Employee]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits **Objection to Debtors Motion for entry of an order authorizing the Debtors to terminate the Debtors Long- Term Disability Plans and the employment of the LTD employees.** In support of this Objection, Marilyn Green respectfully represents as follows:

### BACKGROUND

1.      I am 56 years old and became disabled in 2008 due to severe Systemic Scleroderma. Scleroderma causes terminal damage to every organ and very severe pain throughout my body. **Scleroderma is a terminal disease for which there is currently no cure. There is no cure it is terminal. No other Life insurance company will issue me a life insurance policy as I am terminally ill.**

---

[1]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.      I have worked for Nortel since 1997 in Accts Payable in Nash. TN.  I was a key employee until I became severely sick and started having severe pain.

3.  I have gone through the Social Security Disability Process and have been classified Disabled by the Social Security Administration.

4.  My husband retired early to take care of me as I need help with all daily task.  This has created a great financial burden for us since my medical bills are surmountable along with losing his pay from his job.

5.  Becoming disabled was not what I had planned at age 53.

## **RELIEF REQUESTED**

6.  **Please Reject the Debtor's Motion to Terminate LTD and Retiree Plans until Marilyn Green reaches age 65 or compensate for the  benefits (insurance income payments plus welfare benefits, outlined in various Summary Plan Documents) to be awarded as per the "Proof of Claim".**

7.  **My Total Claim is $171,326.91 which is a projection to age 65 for LTD benefits, welfare benefits beyond age 65 per the retiree plan that I qualify, and severance benefits.**  I thought I would die within a couple of years.  My doctors tell me I will continue to get worse and will need constant care.  I am amending my original claim on Epic as noted in my claim total above.  There is no way I can afford my meds and scans I am required to have every 3 to 6 months so the doctors can  watch my constant decay/fibrosis.  **I plead with you Your Honor to make Nortel  honor the commitment they made to me to care for me since I am disabled since they made it appear to me I had a REAL INSURANCE POLICY#39900 THRU PRUDENTIAL.  Everything**

**from Prudential shows they in fact were a legit company and would pay me until age**

**65.**

## BASIS FOR RELIEF

- *The language across the 2008 LTD summary plan description noted that I was to receive LTD benefits until 65.* **Nortel failed to clearly state that LTD and life insurance was self funded so I could purchase insurance elsewhere as I did in a cancer policy from AFLAC. If I had known I could have purchased this type of insurance from another company or in fact not took the job with Nortel as I was recruited by Cathy Ford a Team Lead from Nortel. I had a job with Lifeway with wonderful benefits and was a Team Lead there.**

- **I was told that those who stayed in Accounts Payable until they closed got hefty bonuses by my manager in Accounts Payable. I think I am important too Your Honor and I pray you will too and help the LTD employees and Retirees.**

- All the communication in the process itself communicated benefits to 65 on "insurance" letterheads.

- Nortel is trying to break a contract that they had with me and should be required to make good on it. I paid my premiums, and did everything requested by Nortel. Nortel needs to make good on their LTD contract with me.

**2008 LTD SPD - Language throughout document supports benefits to age 65.**

- <u>P.6, 3rd Paragraph</u>. "Your disability benefits are designed to continue all of your income for a period of time and a portion of your income for an additional period if you are unable to work due to Illness or Injury and meet specific definitions of "Disabled" under the plans.  The Company has chosen The Prudential Insurance Company of America (Prudential) to administer the Short-Term and Long-Term Disability Plans."

- <u>P.9, 2nd Paragraph "LTD", 3rd Bullet Point.</u>  "You will continue to be eligible for LTD benefits under the selections in which you were enrolled when your LTD began."

- <u>P.20, 2nd Paragraph "Long-Term Disability (LTD) Plan Benefits.</u> LTD Plan benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan and if you remain Totally Disabled (as defined under the LTD Plan)."

- <u>P.22, 1st Paragraph "When Benefits Begin And End</u> ... Benefits end when your period of Total Disability ends. This happens when the first of the following occurs: *You are no longer Totally Disabled; *You die; *You are no longer under the care of a Physician; *You fail to furnish the latest required proof of the continuance of your Total Disability to the Claims Administrator or refuse to be examined by a Physician designated by the plan; *You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart under Maximum Benefit Period, or; *Your employment with the Company ends_*"(I was told by Nortel Human Resources that as long as I was on LTD my employment would never end as long as I was Disabled)* .

- P.23, 3rd Paragraph "Waiver of Premium While you are receiving LTD benefits (either full or partial), you will not be required to pay premiums for any optional STD, optional LTD, or optional employee life insurance coverage you have selected."

- **The policy # of 039900? is both the policy # for our LTD plan as well as the policy number for our fully-insured group life insurance policy with Prudential Life Insurance. Policy# 039900 shows both LTD policy and Life insurance policy standing for both.**

## The LTD Summary Plan Descriptions

- Fails to define "self-funded" so LTD employee could go out on open market and purchase a plan on their own.
  - Section Three-Glossary, p.38. "Active Work, Actively At Work: You will be considered Actively at Work on any of the Company's scheduled work days if you are performing regular duties of your job on that day in accordance with your regularly scheduled hours, either at a Company defined place of business or at some location to which you are required to travel for Company business".
  - Since it was noted that we would receive benefits until age 65 monies should have been set aside as they did for other benefits. They made sure those working for them that stayed until closing got big hefty bonuses. This according to one of my managers in Accounts Payable. She made sure to tell me I would get nothing.
  - Evidence of Nortel Mentality / Bad Faith Offering

a. **Financial reports were constantly being resubmitted multiple times across most years 1992? – present. Auditors were constantly pulling those of us in Accounts Payable to pull documents. The documents I saw revealed the lavish lifestyles of the CEO all the way down to the executives. I saw receipts for baseball boxes, golf outings, Limo's, hotel suites, dirty movies, drinks, and other things to numerous to mention. EVS was constantly questioning the movies and drinks as Nortel had a**

**policy not to pay for those items but that did not matter as they were still sent in for reimbursement. Nortel had a way of putting things on financials that did not add up to the auditors view of things.**

**b.** Constant townhall meetings in Nashville via satellite along with flying in top executives focusing on short-term numbers versus long-term solvency of company.

## EXHIBITS

A –Letter from Prudential Showing Marilyn Green would receive disability benefits until age 65 November 1st, 2020

B –Flex Statement showing nothing on the flex form that our LTD benefits were self- funded by Nortel

C –Letters from Allsup, Social Security, Prudential showing Amount of Social Security Award along with request from Allsup and Prudential wanting repayment.

D –Group Disability Insurance Authorization showing Prudential Insurance Company of America as my disability insurance company 39900 policy number.

E –2008 Nortel Networks Short Term Disability Plan and Long Term Disability Plan

## **NOTICE**

Notice of this Motion has been provided to (a) counsel to the Debtors; (b) counsel to the Creditors' Committee; (c) counsel to the Retirees Committee; (d) the United States Trustee for the District of Delaware; and (e) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system.  Marilyn Green respectfully submits that, given the nature of the relief requested, no other notice      **WHEREFORE,** Marilyn Green respectfully requests the entry of an Order, in the form attached

Dated: _10-13- 12_

_Marilyn Green_

**Marilyn Green
1106 Boston Hollow RD.
Ashland City, TN. 37015
Telephone: 615-792-1203
Email:  mgreen1@charter.net**

_Appearing Pro Se_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. _____** |

## ORDER GRANTING MOTION FOR Objection to Debtors Motion for entry of an order authorizing the Debtors to terminate the Debtors"Long-Term Disability Plans and the employment of the LTD employees _____]

Upon consideration of the *Motion for Objection to the debtors Motion to terminate the Debtors "Long Term Disability Plans and the employment of the LTD employees by Marilyn Green* (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

*ORDERED that the Motion is granted.*

*Ordered that Nortel will provide an allowed claim in the amount of $171,326.91*

*Ordered that Nortel will continue to pay benefits to Marilyn Green until they clos their bankruptcy case.*

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: _____, 2012
        Wilmington, Delaware

                                      _____
                                        HONORABLE KEVIN GROSS
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE

# Proof Of Claim

| | | Marilyn L. Green |
|---|---|---|
| | | **0521628** |
| | | **August 21, 2008** |

| | | | |
|---|---|---:|---:|
| WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR? | | | |
| WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL? | | | |
| WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY? | | | |
| WHAT IS YOUR AGE (As of January 1, 2013)... | | **57** | |
| | | 3 | |
| | | 687 | |
| | | 93 | |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | | | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | | | |
| YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT | $ | **34,154.00** | |
| IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ... | | | |
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? | $ | **0.02** | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ... | $ | 683.08 | $ 5,293.87 |
| PER NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION" | | | |
| SEVERANCE PERIOD | | | |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | $ | 19 656.81 | 12,479.35 |
| FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ... | | | |
| YOUR MONTHLY SICK PAY FROM PRUDENTIAL | $ | 1,897.23 | 176,442.39 |
| LTD MONTHLY OFFSET | $ | 1,302.00 | 121,086.00 |
| Medicare Part B Reimbursement Per LTD Plan | $ | 110.50 | 10,276.50 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ | 705.73 | 65,632.89 |
| Annuities On What Replacement Coverage Would Cost You | | | |
| MEDICAL CARE | $ | 5,571.24 | 43,177.11 |
| AUTHORIZED PRESCRIPTION PLAN | $ | 1,200.00 | 9,300.00 |
| DENTAL/VISION/HEARING CARE | $ | 900.36 | 6,977.79 |
| BASIC EMPLOYEE LIFE INSURANCE | $ | 3,673.02 | 28,465.91 |
| ACCIDENTAL DEATH & DISMEMBERMENT | $ | | - |
| CLAIM GRAND TOTAL | | $ | 171,326.91 |

MARilyn Green
Proof of Claim

Pg. 10 oF 5

For a current 2012 accurate estimate of your Medical cost from Group to Individual Coverage, to include in a POC calculator spreadsheet, use the COBRA rates below or in the link above.  Remember to use only the current coverage that you have on your 2012 Benefits Confirmation Statement.  If you have the time and can get additional individual quotes include those too if you wish.

Click on the link above if you can't read the chart below.

# 2011 / 2012 COBRA Rates

| COBRA Plan | Description | Employee Only per Month | Employee & Child (ren)/DP Children per Month | Employee & Spouse/DP per Month | Employee & Family/DP Family per Month |
|---|---|---|---|---|---|
| Medical | PPO 80/60 | 421.63 | 758.95 | 885.45 | 1,307.10 |
| Medical | PPO 90/70 | 464.27 | 835.66 | 974.95 | 1,439.20 |
| Medical | Comprehensive | 728.9 | 1,311.99 | 1,530.68 | 2,259.55 |
| EAP | Employee Assistance Program | 2.89 | 2.89 | 2.89 | 2.89 |
| Dental | Comprehensive | 37.26 | 75.36 | 76.29 | 114.58 |
| Dental | Plus | 75.03 | 151.12 | 152.19 | 228.31 |

monthly Medical 464.27
Dental                      75.03

MArilyn Green
Proof of monthly Ins Premiums          Pg. 2 of 5

# Policy Description

The following is a brief description of the policy available as a conversion for which rates are included in this brochure. Additional information regarding the policy described below may be obtained from a Prudential representative.

## Prudential Guaranteed Life Insurance

Prudential Guaranteed Life Insurance is a whole life product with a guaranteed cash value and a guaranteed death benefit for the lifetime of the insured, provided premiums are paid when due and there are no outstanding loans or withdrawals. The face amount is payable at death.

The basic premiums are level and payable to the policy anniversary when the insured is age 85, or until death, if earlier. If the insured survives the premium payment period, the policy is continued with no further premium required. Prudential Guaranteed Life Insurance is a non-participating policy, which means dividends will **not** be paid on the policy.

Guarantees are based on the claims-paying ability of The Prudential Insurance Company of America.

If you have any questions, call the number indicated on the cover letter. When requesting information, please state your date of birth, your group policy number, and the name of the organization through which your group insurance was obtained.

Acceptance and negotiation of your conversion premium payment by The Prudential Insurance Company of America is not a guarantee that an individual conversion policy will be issued as requested on the Conversion Request Form. All conditions precedent to issue of an individual conversion policy, including, without limitation, confirmation of your eligibility for conversion coverage, confirmation of the maximum amount of coverage eligible for conversion, completion of all reasonably required paperwork, and payment of any additional conversion premiums, must be received by Prudential in a timely manner. A delay in submitting required information, documentation, or additional premium will not extend the conversion time period specified above.

3

MARILYN GREEN
PROOF OF Claim    Life Ins.

Pg. 3 of 5

### Prudential Guaranteed Life (For Policies $100,000 +)

Standard rates per $1,000 - A policy constant must be added to the total premium.
Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

#### UNISEX

| Issue Age | Annual Without ADB | Annual With ADB | Semi-Annual Without ADB | Semi-Annual With ADB | Quarterly Without ADB | Quarterly With ADB | Dramatic Without ADB | Dramatic With ADB |
|---|---|---|---|---|---|---|---|---|
| 15 | 5.91 | 6.17 | 2.76 | 3.18 | 1.41 | 1.62 | 0.47 | 0.54 |
| 16 | 5.55 | 6.35 | 2.89 | 3.31 | .47 | 1.68 | 0.49 | 0.56 |
| 17 | 5.85 | 6.60 | 3.02 | 3.44 | 1.54 | 1.75 | 0.52 | 0.59 |
| 18 | 6.03 | 6.82 | 3.14 | 3.56 | 1.60 | 1.81 | 0.54 | 0.61 |
| 19 | 6.18 | 6.95 | 3.21 | 3.61 | 1.64 | 1.84 | 0.55 | 0.62 |
| 20 | 6.39 | 7.15 | 3.32 | 3.72 | 1.69 | 1.89 | 0.57 | 0.64 |
| 21 | 6.63 | 7.40 | 3.46 | 3.85 | 1.76 | 1.96 | 0.59 | 0.66 |
| 22 | 6.96 | 7.79 | 3.62 | 4.00 | 1.84 | 2.04 | 0.62 | 0.69 |
| 23 | 7.27 | 8.00 | 3.78 | 4.16 | 1.93 | 2.12 | 0.65 | 0.71 |
| 24 | 7.61 | 8.33 | 3.96 | 4.33 | 2.02 | 2.21 | 0.68 | 0.74 |
| 25 | 7.96 | 9.68 | 4.14 | 4.5 | 2.11 | 2.30 | 0.71 | 0.77 |
| 26 | 8.30 | 9.03 | 4.32 | 4.70 | 2.20 | 2.39 | 0.74 | 0.80 |
| 27 | 8.65 | 9.39 | 4.50 | 4.88 | 2.29 | 2.49 | 0.77 | 0.84 |
| 28 | 9.02 | 9.77 | 4.69 | 5.08 | 2.39 | 2.59 | 0.80 | 0.87 |
| 29 | 9.41 | 10.17 | 4.89 | 5.29 | 2.49 | 2.69 | 0.84 | 0.91 |
| 30 | 9.83 | 10.60 | 5.11 | 5.5 | 2.60 | 2.80 | 0.87 | 0.94 |
| 31 | 10.28 | 11.06 | 5.35 | 5.76 | 2.72 | 2.93 | 0.91 | 0.98 |
| 32 | 10.74 | 11.53 | 5.58 | 5.99 | 2.85 | 3.06 | 0.96 | 1.03 |
| 33 | 11.22 | 12.03 | 5.83 | 6.25 | 2.97 | 3.18 | 1.00 | 1.07 |
| 34 | 11.74 | 12.57 | 6.10 | 6.53 | 3.11 | 3.33 | 1.04 | 1.11 |
| 35 | 12.28 | 13.12 | 6.39 | 6.83 | 4.25 | 3.47 | 1.09 | 1.16 |
| 36 | 12.85 | 13.71 | 6.68 | 7.13 | 3.41 | 3.64 | 1.14 | 1.22 |
| 37 | 13.45 | 14.32 | 6.99 | 7.45 | 3.56 | 3.79 | 1.20 | 1.28 |
| 38 | 14.08 | 14.96 | 7.32 | 7.79 | 3.73 | 3.97 | 1.25 | 1.33 |
| 39 | 14.73 | 15.65 | 7.66 | 8.14 | 3.90 | 4.14 | 1.31 | 1.39 |
| 40 | 15.42 | 16.37 | 8.02 | 8.5 | 4.09 | 4.34 | 1.37 | 1.45 |
| 41 | 16.13 | 17.12 | 8.39 | 8.89 | 4.27 | 4.53 | 1.44 | 1.53 |
| 42 | 16.89 | 17.89 | 8.78 | 9.30 | 4.48 | 4.75 | 1.50 | 1.59 |
| 43 | 17.67 | 18.70 | 9.19 | 9.73 | 4.68 | 4.96 | 1.57 | 1.66 |
| 44 | 18.49 | 19.55 | 9.61 | 10.16 | 4.90 | 5.18 | 1.65 | 1.74 |
| 45 | 19.35 | 20.44 | 10.06 | 10.63 | 5.13 | 5.42 | 1.72 | 1.82 |
| 46 | 20.25 | 21.37 | 10.53 | 11.11 | 5.37 | 5.67 | 1.80 | 1.90 |
| 47 | 21.19 | 22.35 | 11.02 | 11.62 | 5.62 | 5.93 | 1.89 | 1.99 |
| 48 | 22.15 | 23.34 | 11.52 | 12.14 | 5.87 | 6.19 | 1.97 | 2.08 |
| 49 | 23.19 | 24.42 | 12.06 | 12.72 | 6.15 | 6.48 | 2.06 | 2.17 |
| 50 | 24.25 | 25.53 | 12.61 | 13.28 | 6.43 | 6.77 | 2.16 | 2.27 |
| 51 | 25.43 | 26.75 | 13.22 | 13.91 | 6.74 | 7.09 | 2.26 | 2.38 |
| 52 | 26.70 | 28.07 | 13.88 | 14.59 | 7.08 | 7.44 | 2.38 | 2.53 |
| 53 | 28.07 | 29.50 | 14.60 | 15.34 | 7.44 | 7.82 | 2.50 | 2.62 |
| 54 | 29.57 | 31.06 | 15.38 | 16.15 | 7.84 | 8.23 | 2.63 | 2.76 |
| 55 | 31.19 | 32.74 | 16.22 | 17.03 | 8.27 | 8.68 | 2.78 | 2.92 |
| 56 | 32.69 | 34.21 | 17.00 | 17.81 | 8.66 | 9.09 | 2.91 | 3.05 |
| 57 | 34.31 | 36.31 | 17.84 | 18.72 | 9.09 | 9.54 | 3.05 | 3.20 |
| 58 | 36.56 | 37.84 | 18.75 | 19.68 | 9.56 | 10.03 | 3.21 | 3.37 |
| 59 | 38.09 | 39.63 | 19.78 | 20.75 | 10.08 | 10.58 | 3.38 | 3.55 |
| 60 | 40.19 | 42.15 | 20.90 | 21.92 | 10.65 | 11.17 | 3.58 | 3.75 |
| 61 | 42.35 | 44.42 | 22.03 | 23.10 | 11.23 | 11.73 | 3.77 | 3.95 |
| 62 | 44.72 | 46.90 | 23.25 | 24.38 | 11.85 | 12.43 | 3.98 | 4.17 |
| 63 | 47.32 | 49.63 | 24.61 | 25.81 | 12.54 | 13.15 | 4.21 | 4.42 |
| 64 | 50.15 | 52.60 | 26.08 | 27.35 | 13.29 | 13.94 | 4.46 | 4.68 |
| 65 | 52.69 | 55.39 | 27.40 | 28.75 | 13.96 | 14.66 | 4.69 | 4.93 |
| 66 | 56.81 | 59.33 | 29.54 | 30.98 | 15.05 | 15.78 | 5.05 | 5.31 |
| 67 | 61.46 | 64.41 | 31.96 | 33.49 | 16.29 | 17.07 | 5.47 | 5.73 |
| 68 | 66.71 | 69.88 | 34.69 | 36.34 | 17.68 | 18.52 | 5.94 | 6.22 |
| 69 | 72.64 | 76.25 | 37.86 | 39.65 | 19.33 | 20.20 | 6.48 | 6.78 |
| 70 | 78.43 | 82.11 | 40.78 | 42.69 | 20.78 | 21.76 | 6.98 | 7.31 |
| 71 | 84.75 | N/A | 44.07 | N/A | 22.46 | N/A | 7.54 | N/A |
| 72 | 91.82 | N/A | 47.75 | N/A | 24.33 | N/A | 8.17 | N/A |
| 73 | 99.84 | N/A | 51.92 | N/A | 26.46 | N/A | 8.89 | N/A |
| 74 | 109.96 | N/A | 56.71 | N/A | 28.90 | N/A | 9.71 | N/A |
| 75 | 119.90 | N/A | 62.35 | N/A | 31.77 | N/A | 10.67 | N/A |

These rates are effective 1/1/98 and are subject to change at Prudential's discretion. Your rate is based on your age on the effective date of your policy.

7

*(handwritten annotations):*

36.01
Per 1000 units
of coverage

To
Convert
Life Ins

3673.02 yearly
MARilyn Green
PROOF of Claim   Life Ins.

Coverage Now
3 x my Salary
= 102,000

102 x 36.01
3673.02 yearly
pg 4 of 5

Christy Palmore
877-874-8323

FARM Bureau Prescription Plan 2012

92.60 Month FOR 2012 Precription Plan
Will be going up in 2013 so she said
Average of 100.00 A month For
Prescription Coverage 2013. She said this
Coverage would Cover the meds I tAke

Now

Marilyn Green
615-792-1203

100.00 Month 2013
Marilyn Green
Proof of Claim  Prescription      Pg. 5 of 5