## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline:** Oct. 22, 2012 at 10 a.m. |
| | ) | **Hearing Date:**  Feb. 12, 2013 at 10 a.m. |
| | ) | **RE:**  D.I. # 8067 |

## JAMES HUNTS' OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

James Hunt (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, James Hunt respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1.  Nortel extended to me an offer of employment that included a compensation package comprised of salary and benefits. My family and I rely heavily on Nortel's delivering on both.

2.  I served in many roles from engineer to my final roll as account manager and had received recognition in the form of awards, bonuses, stock options and salary increases. I submit this as evidence that I reliably delivered on my end.

3.  In December 2009, I succumbed to deteriorating health. With deterioration of the spine that makes sitting or standing for extensive periods very painful. Heart arteries that are continuously closing despite surgery and medication, chronic fatigue syndrome and depression.

4.  My LTD claim was validated by Prudential Insurance Company, the effective date of the LTD being June of 2010.

## RELIEF REQUESTED

5.  I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

6.  I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is $475.956.74.

7.  I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## BASIS FOR RELIEF

8. Procurement of quality medical and Long-Term Disability (LTD) insurance during my active years of employment was a significant priority for me: a) family medical history; b) While employed at Nortel I had cardiac surgery; and c) my income was critical to my family as my wife also has a heart condition. I understood from Nortel's communications that I was being provided LTD insurance that would provide medical coverage and income continuance to age 65 should I ever become totally disabled. I verified my understanding of benefits over the years through Q&A with Nortel Human Resources, through attendance/participation at Flex Benefits presentations, and through materials presented to employees. I did not explore LTD insurance on the open market explicitly because of Nortel's assertions. Nortel led me to believe I had a very reliable safety net

9. Prudential references the LTD Plan as a "contract" and communications from Prudential carried banners of "Prudential Insurance Company": claims forms, correspondence, paystubs, W2 statements, required reimbursement to Prudential, etc.

10. Language across the LTD Summary Plan Descriptions (SPD) fed the reliable & repeatable understanding that I was to receive LTD benefits until age 65. Ambiguities and errors of omission injected by Nortel do exist in the SPD; it is not equitable for me to be adversely penalized for miscues that the document author, Nortel, owns.

11. Once I was on LTD, both Nortel Human Resources and Prudential representatives communicated that my disability benefits would continue to age 65

12. Fiduciary obligations are not served when an essentially insolvent benefit is offered; Nor when same agent seeks to terminate employment to expressly deny LTD benefits

---

13. Nortel is well within their means to meet the contractual obligations with all the LTD employees that generated the Debtors assets. Fulfilling the LTD benefits obligation is in no way detrimental to the ability of Nortel to "recover" as they are indeed liquidating. This is life and death for the LTD base vs. the portfolio health of investors.

14. This is a matter of survival for me as I relied on what Nortel communicated and the LTD Plan contract; it is not an option for an already disabled person to go purchase "other" LTD insurance. My LTD Claim total is $475,956.54 that became a financial obligation to the Debtor as soon as my Long-Term Disability claim was approved by Prudential

## EXHIBITS

A – Proof of Claim.

B – 2010 LTD chart showing when benefits expire.

C – Letter from Prudential confirming eligibility for STD

D – Letter from Prudential confirming eligibility for LTD

E -- Communications from Prudential; note all have "Prudential Insurance Company" banners:
Claims forms, correspondence, Prudential hires Allsup to apply for my Social Security benefits,
Prudential requires reimbursement to them/Prudential from my Social Security award, etc..

F – Flex Benefits Confirmation Statement

G - W2 for 2011 Showing Employer is Prudential Insurance Company, Group Insurance; note "d) 039900" (LTD pay is referenced by this control # which equals Life Insurance #).

H – Receipt of payment to Prudential for Social Security reimbursement.

I – LTD Benefit statement

## NOTICE

2.    Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system.   James Hunt respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, James Hunt respectfully requests the entry of an Order, in the form attached:

1.    Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2.    *Compel the Debtors to compensate James Hunt in full for LTD benefits projected to age 65; Total Claim being $475,956.54.*

3.    Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to James Hunt.

Dated: October 9, 2012

James Hunt
8903 Handel Loop
Land O Lakes, FL 34637
Telephone: 813-929-0032
Facsimile: N/A
Email: jhunt14@verizon.net

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. 8067** |

### ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
        Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1]  The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Proof Of Claim

James Hunt

4724384

June 10, 2010

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?**

**WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?**

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?**

**WHAT IS YOUR AGE  (As Of January 1, 2013) ...**
Years                                                                                                    55
Months                                                                                                   1
AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013                                  661
AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65"                                      119

**YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT**          $          67,000.00

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...**
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?      0.04
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ...    $     2,680.00     $     26,576.67

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**

SEVERANCE PERIOD                                                                                         20
AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY                                    $     1,288.46     $     25,769.23

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...**
"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL                                            $     3,619.02     $    430,863.38
SSDI MONTHLY OFFSET                                                                 $     1,953.10     $    232,418.90
Medicare Part B Reimbursement Per LTD Plan                                          $       110.50     $     13,149.50
AUTOMATICALLY CALCULATED FOR YOU - NET PAY                                          $     1,776.42     $    211,393.98

**Estimates On What Replacement Coverage Would Cost You**
MEDICAL CARE                                                                        $     7,000.00     $     69,416.67
SUBSIDIZED PRESCRIPTION PLAN                                                        $    12,000.00     $    119,000.00
DENTAL/VISION/HEARING CARE                                                          $       600.00     $      5,950.00
CORE EMPLOYEE LIFE INSURANCE                                                        $     1,500.00     $     14,875.00
ACCIDENTAL DEATH & DISMEMBERMENT                                                    $       300.00     $      2,975.00

**CLAIM GRAND TOTAL**                                                                                  $    475,966.54

| If your disability begins at age: | Benefits will continue no longer than the following number of months after STD benefits began* : |
|---|---|
| ~~under~~ 60 | ~~to age 65~~ |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

*Note that this is a total period of disability benefits, including both the STD benefit (capped at 26 weeks) and LTD benefits.

# Behavioral Illness Limitation

*For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.*

# If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, and

    You were Actively at Work less than three consecutive months since your first disability.

If your disability is considered a continuation of your initial disability, LTD benefits are immediately payable. If your disability is a new disability, LTD benefits are payable only after you complete a new 26-week waiting period during which you are paid benefits from the STD Plan.

If you return to Active Work from STD the same day you would have become eligible for LTD and become Totally Disabled within three consecutive months of your STD return to work date due to the same or related cause, you may be eligible to commence LTD benefits.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit), you will have no LTD coverage and no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day, in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

Claims Services Provided by

**The Prudential Insurance Company of America**

Nicole R Oneal
STD Claims Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 86688
Fax: (877) 889-4885
**Website: www.prudential.com/disability**

May 21, 2008

James F Hunt
8903 Handel Loop
Land O'lakes, FL  34637

Claimant: James F Hunt
Claim No.: 11070965
Date of Birth: 12/30/1957
Control No./Br.: 39900  /  0B041

I..II..I..I..II..II..II..II..II..II

Dear Mr. Hunt:

We have completed our review of your claim for Short Term Disability (STD) benefits under the Nortel Group STD Plan.  We have determined that you are eligible to receive STD benefits for the period of May 1, 2008, to June 22, 2008.  This letter will explain our decision.

To be eligible to receive STD benefits, covered employees must meet all contractual requirements including the following definition of "Disability":

You are considered Totally Disabled for STD purposes when a Physician submits documentation that is approved by the Claims Administrator, Prudential, which establishes you are unable to perform the essential functions of your job.  This means that you can't perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.  In addition, you must be under the regular care of a Physician.  The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability.  The Claims Administrator will approve or deny your Claim for STD benefits at its discretion.  Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination.  Your benefit will be denied if you do not provide such objective proof of your Claim within the required time.

In addition, the Plan further states:

Disabilities due to a sickness or injury, which as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime.  The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.  Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine.  Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work.  Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

Administratively, STD benefits will begin on the sixth consecutive working day of your disability due to Illness or Accident. The first five days are considered a waiting period (a period of illness that must occur before your STD benefit begins) to determine if you will progress to STD. If you do progress to STD, this five-day period counts towards your total period of disability as week one of your six weeks of 100% pre-disability FLEX Earnings. These benefits end when your eligibility ends, you are no longer Totally Disabled, your employment with the Employers that sponsor the Plan ends, or you have received 26 weeks of STD benefits.

*The medical information submitted with your claim supports a period of Disability through June 22, 2008.* Therefore, STD benefits have been authorized through this date. Should you wish to pursue benefits beyond June 22, 2008, please submit additional documentation regarding your condition and treatment. This information should be submitted by June 22, 2008. Prior to closing your claim, we will contact you regarding your return to work and to request a return to work statement signed by your physician.

**A Return to Work Statement signed by the physician must be sent to Prudential prior to or on your first day back to work.**

Prudential Insurance Company
Phone 1-800-842-1718 Ext. 86688
Fax# (877) 889-4885

**Also, please ensure that your manager contacts HR Shared Services** at the following e-mail address usstdltd@nortel.com within 48 hours after your return to work to confirm your return to work date to avoid a pay discrepancy.

If you have any questions, please contact me at (800) 842-1718, extension 86688.

Sincerely,

*Nicole R Oneal*

Nicole R Oneal
STD Claims Examiner

Claims Services Provided by

**The Prudential Insurance Company of America**

**Denise M Scro**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone:  (800) 842-1718  Ext: 87553
Fax: (877) 889-4885
Website:  www.prudential.com/mybenefits

June 24, 2011

James F Hunt
8903 Handel Loop
Land O'lakes, FL  34637

Claimant: James F Hunt
Claim No.: 11263978
Date of Birth: 12/30/1957
Control No./Br.: 39900  /  0B057

հավհետահետեսավեստիսվել

Dear Mr. Hunt:

We are writing in regards to your claim for Long Term Disability (LTD) benefits under Group LTD Plan No. 39900 issued to Nortel Networks, Inc.

Your date of disability is noted to be December 10, 2009.  Your claim was approved for LTD on June 10, 2010 under the *regular occupation* definition of disability, outlined below.  We made our determination for your eligibility for benefits based on your inability to perform your regular *occupation as an Account Manager.*  After 18 months, the definition of disability changes.

After 18 months of LTD benefits, *we review your claim to determine whether, based on your current restrictions and limitations along with your education and employment history, you could be employed in an alternate occupation.*  Our review of your file has determined that based on your medical condition, restrictions and limitations you cannot be gainfully employed and are eligible to continue to receive LTD benefits.

In order to receive benefits, under Group Plan No. 39900, covered employees must meet all contractual requirements including the following definition of "Disability":

You are entitled to benefits from the LTD Plan only if you are considered "Totally Disabled". You are considered Totally Disabled initially when the Claims Administrator determines that you are unable to perform the essential functions of your job and this finding is supported by documentation from your Physician.  This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury.  In addition, you must be under the regular care of a Physician who certifies your Total Disability and who must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification.  You must continue to be under the regular care of a Physician who certifies your Total Disability throughout the period when you claim to be Totally Disabled to receive a benefit from the LTD Plan.  The Claims Administrator has the discretion to make the decision regarding whether you are Totally Disabled—not your Physician.

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability.  The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion.  Independent Medical Evaluations (IMEs) may also be required (either additional physical examinations and medical

testing or file reviews of existing medical records), at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury.

After the first 18 months of covered Total Disability (from the first day of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training, or experience.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Claims Administrator. If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

The aforementioned 18 months of payments on your claim ended on June 9, 2011. As a result, in order to continue to be eligible for benefits beyond this date, you must be unable to perform the duties of any gainful occupations for which you are reasonably fitted by education, training, or experience.

We have determined that, based on the information in your file at this time, you meet the requirements for eligibility for benefits under the definition of disability as stated above. Benefits will continue provided that you continue to meet the group policy requirements, including that you remain disabled under the terms of the group policy.

Periodically, we will conduct reviews of the information in file regarding your work capacity to establish eligibility for continued benefits. We will also contact you and your treating physician(s) for updated medical information.

Please note that in order to be eligible for benefits under the Plan, you must meet the requirements of the contract at all times. Prudential will periodically review your claim, and request or obtain information, to ensure that you meet all eligibility requirements.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim or payments, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
*Denise M Scro*
Denise M Scro
Disability Claim Manager

cc: Nortel Networks Inc.

# Prudential 🌀 Financial

**Group Disability Insurance**
**Medical Authorization**

**1 Claimant Information**

Social Security Number

Employee Phone Number
3 13 - 929 - 0012

First Name
JAMES

MI
F

Last Name
HUNT

Suffix

Email Address
jhunt7@verizon.net

Employer Name
NORTEL NETWORKS

Control Number
39900

**2 Authorization to Release Medical Information**

PERSONS OR INSTITUTIONS: This authorizes you to give The Prudential Insurance Company of America, its affiliates and representatives, any information, data or records you have regarding my medical history and treatment (including records pertaining to psychiatric, drug or alcohol use, and any medical condition I may now have or have had), and any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, credit, financial, earnings and employment history) needed to evaluate my claim for benefits. I understand that any such information obtained may be provided to a person or agency requested by Prudential to assist with this purpose. This authorization is valid during the dependency of my claim. I understand that I have the right to request and receive a copy of this authorization. A photocopy of this authorization is as valid as the original.

Unless limits* are shown below, this form pertains to all of the records listed above.

This information is for the sole use of Prudential or the group contract holder which will process the claim. Unless the law requires it, information will not be given in an identifiable form to any other persons unless I agree to its release in writing.

I can revoke this authorization by giving notice to Prudential. The notice will not apply to information released before the date Prudential has the notice. If not revoked, this authorization will be valid while the claim is pending, but not more than one year from the date it is signed.

I agree that a photocopy of this form will be valid as the original.

*Limits, if any: _____

_____

_____

_____

I certify that the above statements are true.

X _____            25 / 17 / 2010
        Claimant Signature


GEN937

For Internal Use Only

Claim Number




* 1 0 5 A 0 1 *


The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718    Fax: 1-877-889-4885



February 2, 2011


JAMES F. HUNT
8903 HANDEL LOOP
LAND O LAKES FL  34637

Dear Mr. Hunt:

We have received your authorization to pursue your Social Security Disability Insurance (SSDI) benefits. Thank you for choosing Allsup Inc. We will contact you in a few days to begin gathering the necessary information we need to pursue your claim.

One of our objectives is to keep you fully informed throughout the entire SSDI claim process. That's why it is important for you to read the enclosed brochure. It contains valuable information that explains the differences between SSDI and long-term disability insurance (LTD) benefits. This brochure is somewhat lengthy, so you may want to refer to it from time to time as we pursue your SSDI claim. Please read all of it because it contains very important information. For example, it explains that although Allsup Inc. has a business relationship with your LTD insurance carrier or employer, we each have our own distinctive and independent responsibilities.

Please be aware that the SSDI claim process is typically very lengthy and involved. However, we'll make it as easy as possible—you stay at home while we do the work. Your Allsup representatives will do everything in their power to obtain the disability benefits you paid for. Because we know the process, we have obtained benefits for tens of thousands of Americans with disabilities since 1984.

We'll telephone you within the next week or two to obtain the information we need to begin working on your claim. If you currently have an SSDI claim in process, or if your claim has recently been denied, please call our Customer Information Center at (800) 560-1410 as soon as possible.

Good luck as we proceed. I assure you we will do our very best for you.

Sincerely,

Ashley Futrell
Claims Representative



April 28, 2011


JAMES F. HUNT
8903 HANDEL LOOP
LAND O LAKES  FL   34637


Dear James Hunt:

As you know, a favorable disability benefit award has been granted by Social Security; therefore, creating an overpayment on the disability benefit plan with Prudential Financial. You have elected for Allsup to facilitate the repayment of the overpayment obligation with the private disability benefit plan. Allsup will forward the repaid funds to Prudential Financial to be applied to the overpayment.

Prudential Financial has computed the disability benefit overpayment to be $19,804.17 for the period of 06/10/2010 through 04/30/2011.

Repayment toward the obligation can be by either of the following two methods:

    **1. Contact Allsup at 1-888-554-6771 and authorize Allsup to initiate an electronic funds transfer from a designated bank account.** This method offers a convenient, stress-free method of repayment. The repayment is made quickly, with Prudential Financial immediately being notified by Allsup of the repayment. Also, it eliminates any worries of a check being misrouted in the mail. The electronic funds transfer is of no cost to you, and only takes a few minutes to arrange with an Allsup specialist.

    2. Send a check made payable to Allsup for the amount due listed on the enclosed invoice and return it to Allsup within 10 days. Enclosed is a self-addressed, postage-paid envelope for your convenience.

Thank you for your attention to this matter. For questions regarding the repayment, please call an Allsup specialist at 1-888-554-6771.

Sincerely,

Overpayment Reimbursement Services

Enclosure

YU46625280
Prudential Financial



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012.  These selections remain in effect unless your eligibility changes or you make changes due to a Status Change.  If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636  immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | James Hunt |
| Global ID: | 4724384 |
| Date of Birth: | 12/30/1957 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 65142.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved.  If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 80/60 PPO, Anthem | EE & Spouse | $ 76.17 | $1,980.42 | $8,436.74 |
| **Dental/Vision/Hearing Care** | | | | |
| COMP | EE & Spouse | $ 11.11 | $ 288.86 | $ 608.66 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 425.36 |
| **Long-Term Disability** | | | | |
| Raise-66 2/3%of Cov.Amt.Shown | | $ 2.76 | $ 71.76 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 90.04 | $2,341.04 | $9,470.76 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 102.96 |
| **Optional Employee Life Insurance** | | | |
| No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| *Dependent Life Insurance - Child*(ren) | | | |
| No Dependent Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 3x Benefits Earnings Family | $ 1.81 | $ 47.06 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 1.81 | $ 47.06 | $ 102.96 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

Copy B To Be Filed With Employee's FEDERAL Tax Return | | OMB No. 1545-0008

| c Employer's name, address, and ZIP code | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA | 18,792.24 | 4,698.12 |
| GROUP INSURANCE - PREMIUM ACCOUNTING | 3 Social security wages | 4 Social security tax withheld |
| PO BOX 70190 | | |
| PHILADELPHIA PA 19176 | 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39900 | b Employer's ID number 22-1211670 | a Employee's social security number | 7 Social security tips |
|---|---|---|---|

| e Employee's name, address, and ZIP code | 12 See instructions for box 12 |
|---|---|
| JAMES F HUNT 8903 HANDEL LOOP LAND O'LAKES FL 34637 | |

| 8 Allocated tips | | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

| 13 | | 11 Nonqualified plans | |
|---|---|---|---|
| Statutory employee | ☐ | | |
| Retirement plan | ☐ | 15 State Employer's state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
| Third-party sick pay | ☒ | | |

| | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|

Form W-2 Wage and Tax Statement  2011    This information is being furnished to the Internal Revenue Service.          Dept. of the Treasury -- Internal Revenue Service

Prudential Insurance Company of America
Disability Claim Services Provider

If you have any
questions about
this claim, please
contact

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA            PA   19176
800-842-1718

Date
September 24, 2012

BENEFITS ADMINISTRATOR
NORTEL NETWORKS, INC.
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC  27709-3010

CNTRL#   0039900
CLAIM#   11263978
ID#      XXX-XX-4245

CLAIMANT   JAMES F HUNT

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 3,619.02 | 09/01/2012 | 09/30/2012 |
| - SSDB | 1,953.10 | BENEFIT AMOUNT | 3,619.02 |
| - Medical | 165.04 | LESS OFFSET | 1,953.10 |
| - Dental | 24.07 | ADD'L BENEFITS | 0.00 |
| - Mandatory FIT | 416.48 | | 1,665.92 |
| - Free Form 3 | 3.92 | LESS ADJUSTMENTS | 0.00 |
| | | | 1,665.92 |
| | | LESS DEDUCTIONS | 609.51 |
| | | AMOUNT PAYABLE | 1,056.41 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/mybenefits and select the online option.

Deposit Amount:     $1,056.41

Date: September 24, 2012

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| | XXXXXXXX | $1,056.41 |

To the
Accounts
of

JAMES HUNT
8903 HANDEL LOOP
LAND O'LAKES            FL   34637

This is not a Check

Not Negotiable

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit   L (2 of 2)
000045-02-90-02-0-0-0-0

| If you have any questions about this claim, please contact | DISABILITY MANAGEMENT SERVICES<br>PO BOX 13480<br>PHILADELPHIA        PA   19176<br>800-842-1718 | Date<br>June 14, 2011 |
|---|---|---|

BENEFITS ADMINISTRATOR
NORTEL NETWORKS, INC.
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC  27709-3010

CNTRL#   0039900
CLAIM#   11263978
ID#      XXX-XX-4245

CLAIMANT   JAMES F HUNT

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits 02 | -   13,755.10 | 01/01/2010 | 01/01/2010 |
| | | BENEFIT AMOUNT | -   21,967.10 |
| | | LESS OFFSET | 0.00 |
| | | ADD'L BENEFITS | 0.00 |
| | | | -   21,967.10 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | -   21,967.10 |
| | | LESS DEDUCTIONS | -   2,162.93 |
| | | AMOUNT PAYABLE | -   19,804.17 |

WE HAVE RECEIVED CHECK # 309012 DATED 06/09/2011 IN THE AMOUNT OF $19,804.17. TH
ANK YOU FOR YOUR PAYMENT.

JAMES HUNT
8903 HANDEL LOOP
LAND O'LAKES          FL   34637