**CERTIFICATE OF SERVICE**

      I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion for Entry of Order Approving Stipulation Resolving Claim Nos. 4163, 4700, 6093, 6094, 6296, 6297, 6401 and 6402 Filed by U.S. Bank National Association, as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through Certificates, Series 2006-2, C/O Situs Holdings, LLC** was caused to be made on October 16, 2012, in the manner indicated upon the entities identified below and on the attached service list.

Date: October 16, 2012                   */s/ Tamara K. Minott*
Wilmington, DE                          Tamara K. Minott (No. 5643)

**Via First Class Mail**

Donald Kirk
501 E. Kennedy Boulevard, Suite 1700
Tampa, FL 33602