# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 through August 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.1 | $286.00 |
| Employee Matters | 38.7 | $19,681.50 |
| Fee and Employment Applications | 20.2 | $9,452.00 |
| Litigation | 0.2 | $199.00 |
| Analysis of Canadian Law | 56.4 | $33,092.50 |
| Intercompany Analysis | 69.1 | $62,602.50 |
| Canadian CCAA Proceedings/Matters | 45.8 | $34,578.00 |
| U.S. Proceedings/Matters | 2.1 | $2,000.00 |
| **TOTAL** | 233.6 | $161,891.50 |

## EXHIBIT A

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Ralph | Dianne | 22/08/2012 | Review of court docket and retrieve CNO for June fee application from docket (.1) | 0.1 | 26.00 | 11340056 |
| Ralph | Dianne | 16/08/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11340136 |
| Ralph | Dianne | 09/08/2012 | Review of court docket (.1); provide update to attorneys (.1); | 0.2 | 52.00 | 11350822 |
| Ralph | Dianne | 13/08/2012 | Review of court docket and retrieve motions as directed by A. Bauer (0.1); email to S. Bomhof regarding same (0.1); | 0.2 | 52.00 | 11354251 |
| Ralph | Dianne | 10/08/2012 | Review of court docket and court calendar quarterly fee application deadline (0.1); email to attorneys regarding same (0.1); | 0.2 | 52.00 | 11358019 |
| Ralph | Dianne | 27/08/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11364868 |

EMPLOYEE MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Tartick | Bradley | 16/08/2012 | meeting with J. Bullock to discuss legal issues (0.5); | 0.5 | 152.50 | 11311829 |
| Tartick | Bradley | 23/08/2012 | Meeting with J. Bullock regarding revisions to research memo; | 0.5 | 152.50 | 11321050 |
| Tartick | Bradley | 24/08/2012 | Revision of memo on Canadian legal issues; | 5.2 | 1,586.00 | 11322832 |
| Tartick | Bradley | 28/08/2012 | research re: Canadian legal issues; | 6.6 | 2,013.00 | 11329625 |
| Tartick | Bradley | 29/08/2012 | Revision of memo re: Canadian legal issues; | 5.0 | 1,525.00 | 11332935 |
| Tartick | Bradley | 30/08/2012 | Revision of memo re: Canadian legal issues; | 0.7 | 213.50 | 11334635 |
| Bullock | Jessica | 02/08/2012 | Review of email correspondence and employee claim (0.5); review of case law regarding cross-border claim matters (0.5); | 1.0 | 695.00 | 11295957 |
| Bullock | Jessica | 03/08/2012 | Research regarding cross-border claim issues (1.8); research regarding contractual issues (1.3); drafting email correspondence to Cleary Gottlieb (0.9); meeting with Scott Bomhoff (0.3); | 4.3 | 2,988.50 | 11297940 |
| Bullock | Jessica | 07/08/2012 | email correspondence to Cleary Gottlieb (0.6); | 0.6 | 417.00 | 11298705 |
| Bullock | Jessica | 16/08/2012 | review of email correspondence (0.4); meeting with B. Tartick (0.5); review of contracts law and agency (1.0) | 1.9 | 1,320.50 | 11312470 |
| Bullock | Jessica | 17/08/2012 | research regarding cross-border claim (2.2); | 2.2 | 1,529.00 | 11315071 |
| Bullock | Jessica | 20/08/2012 | research regarding cross-border claim (1.2); meeting and email correspondence with B. Tartick (1.1); | 2.3 | 1,598.50 | 11316589 |
| Bullock | Jessica | 21/08/2012 | research regarding cross-border claim (0.6); meeting and email correspondence with B. Tartick (0.7); research regarding Canadian legal issues (1.0); | 2.3 | 1,598.50 | 11319376 |
| Bullock | Jessica | 22/08/2012 | Drafting memorandum re: Canadian legal issues (1.1); review of draft memorandum prepared by B. Tartick (0.5); | 1.6 | 1,112.00 | 11320499 |
| Bullock | Jessica | 23/08/2012 | review of draft memorandum prepared by B. Tartick (0.6); meeting with J. Cameron (0.5); meeting with Brad Tartick (0.3) | 1.4 | 973.00 | 11322342 |
| Bullock | Jessica | 24/08/2012 | email and telephone discussion with B. Tartick re: Canadian legal issues (0.4); | 0.4 | 278.00 | 11327233 |
| Bullock | Jessica | 27/08/2012 | email and telephone discussion with B. Tartick and J. Cameron re: Canadian legal issues (0.8); | 0.8 | 556.00 | 11328503 |
| Bullock | Jessica | 28/08/2012 | email and telephone discussion with B. Tartick re: Canadian legal issues (0.2); | 0.2 | 139.00 | 11332489 |
| Bullock | Jessica | 29/08/2012 | email and telephone discussion with B. Tartick re: Canadian legal issues (0.2); | 0.2 | 139.00 | 11333448 |
| Bullock | Jessica | 31/08/2012 | Review and amendment of memorandum re: Canadian legal issues (1.0); | 1.0 | 695.00 | 11339097 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 07/08/2012 | Work on monthly and quarterly fee applications | 1.1 | 962.50 | 11301054 |
| Gray | William | 09/08/2012 | Review time entries (0.6); Review preparation of quarterly and monthly fee application (0.6); | 1.2 | 1,050.00 | 11308766 |
| Gray | William | 16/08/2012 | Review court proceedings regarding approval of quarterly fee applications (0.6); Prepare monthly and quarterly fee applications (0.6); | 1.2 | 1,050.00 | 11317853 |
| Gray | William | 23/08/2012 | Work on and finalize fee application (0.7); Review application (0.3); | 1.0 | 875.00 | 11325897 |
| Gray | William | 24/08/2012 | Review no objection (0.4); work on monthly filing (0.5); | 0.9 | 787.50 | 11329569 |
| Gray | William | 29/08/2012 | Work on quarterly fee app(.2); review monthly time entires( 3) | 0.5 | 437.50 | 11334591 |
| Gray | William | 31/08/2012 | Work on fee application | 0.4 | 350.00 | 11341493 |
| Bauer | Alison D. | 06/08/2012 | Emails on objections/comments to fee app for filing of CNO | 0.1 | 72.50 | 11297411 |
| Bauer | Alison D. | 14/08/2012 | Conference D. Ralph | 0.1 | 72.50 | 11308556 |
| Bauer | Alison D. | 16/08/2012 | Emails on objections/comments to fee app for filing of CNO | 0.1 | 72.50 | 11312194 |
| Bauer | Alison D. | 28/08/2012 | review of quarterly fee app (0.3); conference and correspondence with D. Ralph (0.1); | 0.4 | 290.00 | 11331348 |
| Ralph | Dianne | 14/08/2012 | Review of July time entries (0.8); conference with A. Bauer (0.1); | 0.9 | 234.00 | 11316663 |
| Ralph | Dianne | 15/08/2012 | Review of July time entries (.8 ); email to J. Wong regarding same (.1) | 0.9 | 234.00 | 11320224 |
| Ralph | Dianne | 22/08/2012 | Revisions to July time entries (.7); email to J. Wong regarding same (.1) | 0.8 | 208.00 | 11320832 |
| Ralph | Dianne | 23/08/2012 | Finalize July fee application (1.5); discussion with W. Gray regarding July fee application (.2); emails to J. Wong and R. Lacklan regarding same (.5) | 2.2 | 572.00 | 11321682 |
| Ralph | Dianne | 16/08/2012 | Review of July time entry revisions | 0.6 | 156.00 | 11340105 |
| Ralph | Dianne | 24/08/2012 | Additional edits to time entries and final revisions to July fee application (1.6); emails to R. Lackan regarding fee application revisions (.1); emails to local counsel regarding finalized fee application (.1) | 1.8 | 468.00 | 11340712 |
| Ralph | Dianne | 09/08/2012 | Email to J. Wong regarding July time entries and expenses (.1); receipt and preliminary review of same (.7); review of court docket and file CNO to Inventorys (.2) | 1.0 | 260.00 | 11351501 |
| Ralph | Dianne | 13/08/2012 | Review of July time entires and expenses | 0.7 | 182.00 | 11357743 |
| Ralph | Dianne | 27/08/2012 | Prepare seventh quarterly fee application (.4); email to J. Wong regarding same (.1) | 0.5 | 130.00 | 11362380 |
| Ralph | Dianne | 28/08/2012 | Finalize seventh quarterly fee application (1.6) ; conference with A. Bauer regarding same (.1); email to A. Cordo regarding fee application (.1); | 1.8 | 468.00 | 11362515 |
| Ralph | Dianne | 22/08/2012 | Additional revisions to July time entries | 0.5 | 130.00 | 11368945 |
| Ralph | Dianne | 21/08/2012 | Review of revised July time entries | 1.5 | 390.00 | 11369130 |

LITIGATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Block | Sheila R. | 02/08/2012 | office conference with S. Bomhof regarding status of mediation and Winkler's opening statement; | 0.2 | 199.00 | 11294964 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/08/2012 | research re: Canadian legal issues; | 2.1 | 1,701.00 | 11295452 |
| Bomhof | Scott A. | 01/08/2012 | research re: Canadian legal issues; | 1.5 | 1,215.00 | 11296182 |
| Bomhof | Scott A. | 03/08/2012 | research re: Canadian legal issues and meet with Jessica Bullock to discuss same; | 1.7 | 1,377.00 | 11297698 |
| Bomhof | Scott A. | 07/08/2012 | research and review email to J. Croft re: Canadian legal research; | 1.0 | 810.00 | 11299077 |
| Bomhof | Scott A. | 08/08/2012 | review update on case law related to US claims issues; | 0.5 | 405.00 | 11300719 |
| Bomhof | Scott A. | 20/08/2012 | research regarding Canadian legal issues; | 4.0 | 3,240.00 | 11317761 |
| Slavens | Adam | 16/08/2012 | email correspondence with S. Bomhof re analysis of Canadian corporate law matters (0.1); telephone call with J. Bullock re same (0.2); reviewing Canadian corporate law questions (0.3); | 0.6 | 339.00 | 11312500 |
| Slavens | Adam | 17/08/2012 | conducting research on Chapter 11 case re EMEA claims scheduling motion (2.0); telephone call with A. Gray re same (0.2); reviewing CCAA case court documents re same (1.7); preparing email correspondence to T. DeMarinis, S. Bomhof and A. Gray re same (0.4); | 4.3 | 2,429.50 | 11314783 |
| Slavens | Adam | 22/08/2012 | conducting research re Canadian corporate law questions; | 1.0 | 565.00 | 11321387 |
| Atkey | Matthew | 15/08/2012 | reviewing and commenting on Canadian law analysis in reply brief to EMEA's motion; | 0.4 | 200.00 | 11315786 |
| Tartick | Bradley | 17/08/2012 | research Canadian legal issues with C. Mauro (3.0); writing a memorandum to discuss findings (1.3); | 4.3 | 1,311.50 | 11313244 |
| Tartick | Bradley | 20/08/2012 | researching Canadian legal issues (5.0); writing a memorandum to discuss findings (3.8); | 8.8 | 2,684.00 | 11315273 |
| Tartick | Bradley | 21/08/2012 | conducting research re: Canadian legal issues (5.0); drafting memo regarding same (2.0); meeting with J. Bullock to discuss memo (0.7); | 7.7 | 2,348.50 | 11317775 |
| Tartick | Bradley | 22/08/2012 | revision of memo regarding Canadian legal issues; | 4.6 | 1,403.00 | 11319625 |
| Rotsztain | Michael B. | 17/08/2012 | Meeting with A. Slavens regarding Canadian legal issues; | 0.5 | 405.00 | 11311772 |
| Cameron | John | 23/08/2012 | reviewing and considering memorandum by B. Tartick addressing Canadian legal issues (0.7); discussing memorandum with J. Bullock (0.3); | 1.0 | 995.00 | 11322734 |
| Cameron | John | 27/08/2012 | revise memorandum addressing questions from US lawyers about Canadian legal issues; | 1.5 | 1,492.50 | 11328966 |
| Cameron | John | 29/08/2012 | review and revise draft memorandum regarding Canadian legal issues; | 1.3 | 1,293.50 | 11333925 |
| Cameron | John | 17/08/2012 | consider methods to address questions raised by US counsel in relation to Canadian legal issues; | 0.7 | 696.50 | 11353849 |
| DeMarinis | Tony | 10/08/2012 | review legal issues regarding cross-border claim, Canadian claims administration, and claims issues; | 3.0 | 2,925.00 | 11303259 |
| DeMarinis | Tony | 17/08/2012 | analysis of issues relating to mediation process; | 2.5 | 2,437.50 | 11314936 |
| DeMarinis | Tony | 24/08/2012 | review of Canadian legal issues relating to claims; | 1.8 | 1,755.00 | 11326661 |
| DeMarinis | Tony | 29/08/2012 | reading research materials on co-counsel enquiries; | 0.8 | 780.00 | 11333839 |
| Mauro | Clare | 17/08/2012 | discuss research strategy with B. Tartick; | 0.8 | 284.00 | 11313107 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|------------|------|-------------|-------|--------|--------|
| Bomhof | Scott A. | 20/08/2012 | various telephone calls regarding preparation for meeting with Justice Winkler; | 1.9 | 1,539.00 | 11317717 |
| Bomhof | Scott A. | 22/08/2012 | attend status conference call with US debtor advisers and UCC advisers; | 1.1 | 891.00 | 11319800 |
| Slavens | Adam | 21/08/2012 | meeting with working group re mediation and related matters; | 4.0 | 2,260.00 | 11318921 |
| Slavens | Adam | 23/08/2012 | reviewing mediation briefs; | 1.5 | 847.50 | 11321322 |
| DeMarinis | Tony | 02/08/2012 | consideration of issues and strategies regarding Canadian legal issues; | 3.5 | 3,412.50 | 11294988 |
| DeMarinis | Tony | 03/08/2012 | correspondence relating to mediation process, and consideration of procedural issues and alternatives; | 2.2 | 2,145.00 | 11297778 |
| DeMarinis | Tony | 07/08/2012 | planning and preparation regarding mediation process and issues; | 3.5 | 3,412.50 | 11298500 |
| DeMarinis | Tony | 09/08/2012 | review of claims materials and related legal analysis; | 4.0 | 3,900.00 | 11301183 |
| DeMarinis | Tony | 13/08/2012 | telephone calls with U.S. debtor and UCC counsel and Andrew Gray, and review of materials and issues in preparation for mediation meeting; | 3.8 | 3,705.00 | 11306012 |
| DeMarinis | Tony | 16/08/2012 | review of cumulative materials regarding claims and preparations in relation to mediation meeting; | 4.5 | 4,387.50 | 11312151 |
| DeMarinis | Tony | 20/08/2012 | preparation, discussions and correspondence regarding tomorrow's mediation meetings; | 5.5 | 5,362.50 | 11316300 |
| DeMarinis | Tony | 21/08/2012 | attending various meetings relating to the mediation process, including with U.S. co-counsel and other Canadian/U.S. counsel, preparation and planning for same, and debriefings; | 6.0 | 5,850.00 | 11318169 |
| DeMarinis | Tony | 23/08/2012 | reading materials relating to Canadian legal issues; | 2.4 | 2,340.00 | 11323032 |
| DeMarinis | Tony | 24/08/2012 | communications on mediation process, and review of materials exchanged by parties; | 1.3 | 1,267.50 | 11327030 |
| DeMarinis | Tony | 29/08/2012 | review of historical information and materials relating to EMEA; | 3.7 | 3,607.50 | 11333554 |
| Gray | William | 07/08/2012 | Review mediation issues, particularly regarding consolidation issues | 2.3 | 2,012.50 | 11300900 |
| Gray | William | 08/08/2012 | Review mediation research | 0.6 | 525.00 | 11300991 |
| Gray | William | 10/08/2012 | Work on mediation review and mediation materials | 2.2 | 1,925.00 | 11308711 |
| Gray | William | 09/08/2012 | Review e-mail communications regarding mediation (0.3); Review CCAA filings (0.8); Prepare for mediation meeting (0.6); | 1.7 | 1,487.50 | 11308731 |
| Gray | William | 13/08/2012 | Work on mediation materials | 0.7 | 612.50 | 11308761 |
| Gray | William | 16/08/2012 | Preparation for mediation summary (1.0); Preparation for attendance at upcoming mediation sessions (1.4); Work on issues regarding intercompany claims (0.8); | 3.2 | 2,800.00 | 11317710 |
| Gray | William | 17/08/2012 | Work on mediation issues regarding intercompany claims | 1.3 | 1,137.50 | 11317821 |
| Gray | William | 20/08/2012 | Work on pre-mediation statements | 2.3 | 2,012.50 | 11319505 |
| Gray | William | 21/08/2012 | Work on mediation statements (0.6); Conference call with S. Bomhof regarding the same (0.4); Review US Court decisions re: proceeding on EMEA (0.3); | 1.3 | 1,137.50 | 11319628 |
| Gray | William | 22/08/2012 | S. Bomhof update (1.1); Mediation update review | 1.6 | 1,400.00 | 11325965 |

INTERCOMPANY ANALYSIS

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| | | | (0.5); | | | |
| Gray | William | 24/08/2012 | Work on mediation memo analyzing inter-company claims | 1.4 | 1,225.00 | 11329548 |
| Gray | William | 27/08/2012 | Work on mediation memos(.6); review research re intercompany claims (1.0) | 1.6 | 1,400.00 | 11333023 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 06/08/2012 | attend US Debtor team status update call; | 1.0 | 810.00 | 11299108 |
| Bomhof | Scott A. | 07/08/2012 | exchange emails with J. Bromley and co-ordinate meetings for Aug. 20 and 21 with Justice Winkler and his counsel; | 0.9 | 729.00 | 11299134 |
| Bomhof | Scott A. | 08/08/2012 | exchange messages with J. Bromley re: meetings in Toronto with Mediator and Canadian debtors; | 0.4 | 324.00 | 11300120 |
| Bomhof | Scott A. | 17/08/2012 | Review Monitor's filing on US motion hearings, and review Canadian filings and law with respect to same; | 2.1 | 1,701.00 | 11314241 |
| Bomhof | Scott A. | 21/08/2012 | meeting with J. Ray, J. Bromley, L. Schweitzer and M. Kennedy regarding mediation preparation (3.0); meeting with advisors to UCC regarding meetings with Justice Winkler (2.0); prepare for and attend meeting with Justice Winkler (2.5); | 7.5 | 6,075.00 | 11319734 |
| Bomhof | Scott A. | 22/08/2012 | discussing Ministry of the Environment appeal with R. Jacobs of FMC; | 0.5 | 405.00 | 11319764 |
| Bomhof | Scott A. | 24/08/2012 | reviewing MOE appeal materials regarding Canadian legal issues; | 1.5 | 1,215.00 | 11324758 |
| Bomhof | Scott A. | 27/08/2012 | status call with U.S. debtor advisory team; | 1.0 | 810.00 | 11329611 |
| Bomhof | Scott A. | 29/08/2012 | reviewing MOE appeal materials and exchange e-mails with A. Merskey regarding Canadian legal issues; | 1.3 | 1,053.00 | 11332899 |
| Bomhof | Scott A. | 30/08/2012 | reviewing MOE appeal materials regarding NNL environmental obligations; | 1.5 | 1,215.00 | 11334589 |
| Bomhof | Scott A. | 31/08/2012 | reviewing Ministry of Environment (Ontario) appeal materials; | 1.5 | 1,215.00 | 11339667 |
| Gray | Andrew | 01/08/2012 | reviewing CCAA court material (1.2); email regarding same (0.1); | 1.3 | 923.00 | 11294190 |
| Gray | Andrew | 03/08/2012 | reviewing materials regarding CCAA proceedings; | 0.6 | 426.00 | 11297276 |
| Gray | Andrew | 07/08/2012 | reviewing CCAA court materials and conference call regarding same; | 1.4 | 994.00 | 11299049 |
| Gray | Andrew | 08/08/2012 | internal discussions regarding status of CCAA proceedings and on legal research; | 0.3 | 213.00 | 11299703 |
| Gray | Andrew | 13/08/2012 | conference calls and meetings to discuss mediation-related matters (2.9); email communication regarding mediation (0.2); | 3.1 | 2,201.00 | 11305824 |
| Gray | Andrew | 14/08/2012 | e-mail communication regarding mediation (0.3); reviewing CCAA court material and email regarding same (0.3); reviewing claims issue (0.7); | 1.3 | 923.00 | 11308118 |
| Gray | Andrew | 15/08/2012 | preparing for and participating in conference call to discuss CCAA proceedings (1.2); email regarding Canadian legal issue (0.2); | 1.4 | 994.00 | 11310547 |
| Gray | Andrew | 17/08/2012 | conference calls regarding ongoing proceedings (1.2); conducting legal research (1.4); | 2.6 | 1,846.00 | 11316087 |
| Gray | Andrew | 21/08/2012 | preparing for meeting and meeting with counsel regarding mediation and related issues (4.2); telephone conferences regarding same (0.4) | 4.6 | 3,266.00 | 11318329 |
| Gray | Andrew | 16/08/2012 | legal research of Canadian law issues; | 0.6 | 426.00 | 11318650 |
| Gray | Andrew | 20/08/2012 | internal discussions regarding mediation and related matters; | 0.8 | 568.00 | 11318942 |
| Gray | Andrew | 22/08/2012 | conference call regarding CCAA proceedings and mediation; office conference regarding same; | 0.8 | 568.00 | 11322806 |
| Slavens | Adam | 01/08/2012 | reviewing CCAA case court documents; | 1.7 | 960.50 | 11295763 |
| Slavens | Adam | 02/08/2012 | reviewing CCAA case court documents; | 2.0 | 1,130.00 | 11296581 |
| Slavens | Adam | 14/08/2012 | reviewing CCAA case court documents; | 1.0 | 565.00 | 11310996 |

U.S. PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Atkey | Matthew | 17/08/2012 | review of correspondence from Cleary re CCAA Monitor's response; | 0.1 | 50.00 | 11315815 |
| DeMarinis | Tony | 17/08/2012 | review and analysis relating to August 22 scheduling motion and discovery issues, and various emails among work group regarding same; | 2.0 | 1,950.00 | 11314441 |