**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 through August 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|:---:|---:|
| Computer Research | Quicklaw / Westlaw | $768.78 |
| Duplicating/Printing | 2,516 pgs @ .10 per pg | $251.60 |
| Miscellaneous | | - |
| Courier | | $23.57 |
| Taxi & Travel | | - |
| Meals | | $272.41 |
| Library Costs | | - |
| Court Searches | | - |
| Word Processing | | - |
| Telephone | | $0.08 |
| **Grand Total Expenses** | | **$1,316.44** |

## EXHIBIT B

**Duplicating/Printing**

| Date | Amount | Description |
|---|---|---|
| 02/08/2012 | 0.60 | Laser Printing |
| 07/08/2012 | 4.80 | Laser Printing |
| 08/08/2012 | 8.60 | Laser Printing |
| 15/08/2012 | 3.30 | Laser Printing |
| 20/08/2012 | 4.00 | Laser Printing |
| 20/08/2012 | 13.10 | Laser Printing |
| 21/08/2012 | 3.80 | Laser Printing |
| 22/08/2012 | 1.10 | Laser Printing |
| 22/08/2012 | 1.20 | Laser Printing |
| 24/08/2012 | 1.80 | Laser Printing |
| 27/08/2012 | 0.90 | Laser Printing |
| 28/08/2012 | 2.50 | Laser Printing |
| 29/08/2012 | 3.10 | Laser Printing |
| 31/08/2012 | 110.90 | Laser Printing |
| 31/08/2012 | 1.10 | Laser Printing |
| 10/08/2012 | 0.80 | Laser Printing |
| 10/08/2012 | 0.20 | Laser Printing |
| 13/08/2012 | 0.10 | Laser Printing |
| 14/08/2012 | 0.20 | Laser Printing |
| 16/08/2012 | 0.80 | Laser Printing |
| 23/08/2012 | 0.10 | Laser Printing |
| 23/08/2012 | 0.80 | Laser Printing |
| 23/08/2012 | 0.20 | Laser Printing |
| 23/08/2012 | 0.30 | Laser Printing |
| 23/08/2012 | 37.20 | Laser Printing |
| 23/08/2012 | 0.10 | Laser Printing |
| 23/08/2012 | 0.10 | Laser Printing |
| 23/08/2012 | 0.10 | Laser Printing |
| 23/08/2012 | 0.10 | Laser Printing |
| 23/08/2012 | 0.20 | Laser Printing |
| 23/08/2012 | 0.30 | Laser Printing |
| 23/08/2012 | 0.10 | Laser Printing |
| 23/08/2012 | 0.10 | Laser Printing |
| 23/08/2012 | 0.10 | Laser Printing |
| 23/08/2012 | 0.20 | Laser Printing |
| 23/08/2012 | 0.30 | Laser Printing |
| 23/08/2012 | 0.10 | Laser Printing |
| 23/08/2012 | 0.10 | Laser Printing |
| 23/08/2012 | 0.10 | Laser Printing |
| 23/08/2012 | 0.80 | Laser Printing |
| 23/08/2012 | 0.30 | Laser Printing |
| 23/08/2012 | 1.50 | Laser Printing |
| 23/08/2012 | 1.50 | Laser Printing |
| 23/08/2012 | 0.30 | Laser Printing |
| 23/08/2012 | 0.80 | Laser Printing |
| 23/08/2012 | 0.10 | Laser Printing |
| 23/08/2012 | 0.10 | Laser Printing |
| 23/08/2012 | 0.20 | Laser Printing |
| 23/08/2012 | 0.80 | Laser Printing |
| 23/08/2012 | 0.90 | Laser Printing |
| 24/08/2012 | 0.30 | Laser Printing |
| 24/08/2012 | 0.70 | Laser Printing |
| 24/08/2012 | 1.50 | Laser Printing |
| 24/08/2012 | 9.40 | Laser Printing |
| 24/08/2012 | 11.80 | Laser Printing |

**Duplicating/Printing**

| Date | Amount | Description |
|---|---|---|
| 24/08/2012 | 0.70 | Laser Printing |
| 27/08/2012 | 2.90 | Laser Printing |
| 27/08/2012 | 2.70 | Laser Printing |
| 27/08/2012 | 3.10 | Laser Printing |
| 27/08/2012 | 0.80 | Laser Printing |
| 28/08/2012 | 0.30 | Laser Printing |
| 28/08/2012 | 0.10 | Laser Printing |
| 28/08/2012 | 0.50 | Laser Printing |
| 28/08/2012 | 0.80 | Laser Printing |
| 28/08/2012 | 3.90 | Laser Printing |
| 28/08/2012 | 0.30 | Laser Printing |
| 28/08/2012 | 0.80 | Laser Printing |
| 29/08/2012 | 0.20 | Copies |

Total      $   251.60

**Meals**

| Date | Amount | Description |
|---|---|---|
| 28/08/2012 | 272.41 | Meals Meals- Lunch (15) Aug 12, S. Bomhof (R. Reisman |

Total      $   272.41

**Telephone**

| Date | Amount | Description |
|---|---|---|
| 24/08/2012 | 0.08 | Telephone 13023519459 - Wilmington, DE - Time: 14:23 - Dur: 2.33 |

Total      $   0.08

**Courier**

| Date | Amount | Description |
|---|---|---|
| 31/08/2012 | 23.57 | Courier 79 WELLINGTON ST W FLOOR: 30 ,TORYS LLP   ; ONE LIBERTY PLAZA   ,CLEARY GOTTLIEB ; 4500599692 |

Total      $   23.57

**OnlineResearch**

| Date | Amount | Description |
|---|---|---|
| 28/08/2012 | 24.93 | On Line Research Charges - Quicklaw |
| 28/08/2012 | 57.33 | On Line Research Charges -WestlaweCarswell Incl. |
| 17/08/2012 | 31.41 | On Line Research Charges -WestlaweCarswell Incl. |
| 21/08/2012 | 7.48 | On Line Research Charges -WestlaweCarswell Incl. |
| 22/08/2012 | 27.92 | On Line Research Charges - Quicklaw |
| 22/08/2012 | 214.88 | On Line Research Charges -WestlaweCarswell Incl. |
| 29/08/2012 | 69.80 | On Line Research Charges - Quicklaw |
| 29/08/2012 | 34.90 | On Line Research Charges -WestlaweCarswell Incl. |
| 29/08/2012 | 285.17 | On Line Research Charges -WestlaweCarswell Incl. |
| 24/08/2012 | 14.96 | On Line Research Charges -WestlaweCarswell Incl. |

Total      $   768.78

**GRAND TOTAL**      1316.44