# CHARLES J. SHIPMAN

1081 Grazer Lane
Prescott, Az.
86301
928-445-2408

October 9, 2012

Hon. Kevin Goss
824 Market Street. 3rd floor
Wilmington, De. 19801

Re: Nortel networks Bankruptcy case #09-10138(KG)

Dear Sir,

I'm writing to oppose the entry of an order approving the Retiree benefits termination motion. (Docket no. 80661)

Nortel Networks should not be allowed to terminate the employee retirement benefits until such time as they have established a fund to support those benefits.

Sincerely,

*Charles J. Shipman*

Charles J. Shipman
Nortel Networks Retiree