10/13/12

TO: U.S. District Bankruptcy Court
District of Delaware

Case No: 09-10138 KG
Hearing Date 10-22-12

From: James P. Craig
LTD Employee of Nortel

Objection to Debtors Motion

Background

1. I started work at Nortel in May 1988. Even though I took a paycut to join Nortel, my reasoning was that they were an excellent Company with outstanding benefits and would not have to worry about Layoffs, and that if I did a good job for Nortel that they would take care of me and my family. Especially their Pension program and Health benefits.

2. I started as a sales rep in 1988 and by 1991 was promoted to Director of Sales and identified as a "Key Resource" for further promotion. This was Nortel's Outside Plant Division and Cable Group.

3. In July 1990 I was diagnosed with a brain aneurysm. There were several complications from surgery, a subdural hematoma, spinal leak. I was able to go back to work for 3 years until complications from surgery prevented me. I had a small stroke that affected my R side, my speech - slurred & stuttering and basilar hemiplegic migraines & seizures.

4. At that time Cigna was the plan administer and I was placed on short term Disability then converted to long term when it became obvious that I would not be to return to work. When Prudential took over, they agreed to my M.D.'s assessment and kept me on LTD. which was made permanent in 12/96. And as time went on I developed many more complications

5. As I said earlier if these benefits are taken from me I will 100% lose my home, be unable to recieve treatments every 3 month to help my pain valued at $1,865.00 a session. I will not be able to pay for supplemental Health plans due to cost, or recieve any LTD plan from any insurance co. I can't even buy life Ins. Prudential Ins. declined due to my illness. You, Nortel promised LTD, Health benefits and a pension. If this Motion is not granted I will become destitute, possibly even homeless. Since 2009 when Nortel filed Chpt. 11, I have been treated for depression and sought professional help. When Nortel switched pension programs I lost the $167,000.00 in it. The new program has left me with approx $25K to live on the rest of my life.

Basis for Relief.

1. I was promised by H.R. that I would receive LTD benefits, pension. LTD benefits to Age 65, pension til death.

2. If I do not recieve these benefits I will lose my home, ability to pay for all medications that I need not just take most important

3. I am enclosing my 1099 forms from Prudential and Social security, to verify my pay as well as my Flex benefits program.

4. Since I was placed on LTD I have always been promised benefits to 65 and pension. I was told by Nortel R. Nurse Beverly Biterman that after x years the Company would offer me a settlement that would take me to Age 65.

## Relief Requested

1. I request debtors Motion to terminate LTD plans and benefits be rejected (D.I. # 8067)

2. I request no interruptions in LTD benefits as the results would be devastating both Financially and Medically.

3. I Request a Claim Amount of $305,348.95 based on my Current Age of 61, My Benefit Confirmation statement, and Prudential pay stub and Cost of Replacement Insurance.

Sincerely,
James P. Craig
42 E. Cavalier Rd
Scottsville, N.Y
14546

xc: Robert Ryan.

SSN # 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
Tel # 585-889-0529



# United States Benefits Confirmation Statement

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | James Craig |
| Global ID: | 0205759 |
| Date of Birth: | 04/07/1951 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 157913.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** 90/70 PPO, Anthem | EE & EE Chld | $ 93.78 | $2,438.28 | $7,393.10 |
| **Dental/Vision/Hearing Care** PLUS | EE & EE Chld | $ 22.01 | $ 572.26 | $1,205.88 |
| **Short-Term Disability** 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $1,031.16 |
| **Long-Term Disability** 70% of Benefits Earnings | | $ 13.98 | $ 363.48 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 129.77 | $3,374.02 | $9,630.14 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 246.48 |
| **Optional Employee Life Insurance** No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| ** 1x Benefits Earnings Smoker | $ 32.82 | $ 853.32 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** $15,000 Per Child | $ 0.55 | $ 14.30 | $ 0.00 |
| **Accidental Death & Dismemberment** No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 0.55 | $ 14.30 | $ 246.48 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

**Prudential Insurance Company of America**
Disability Claim Services Provider

Explanation of Benefit  L (2 of 2)
020633-02-66-02-0-0-0-0

If you have any questions about this claim, please contact

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA      PA   19176
800-842-1718

Date: September 24, 2010

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CNTRL#  0039900
CLAIM#  10278331
ID#     XXX-XX-6315

CLAIMANT  JAMES CRAIG

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 5,526.93 | 09/01/2010 | 09/30/2010 |
| - SSDB | 1,152.50 | BENEFIT AMOUNT | 5,526.93 |
| - Voluntary FIT | 400.00 | LESS OFFSET | 1,152.50 |
| - Medical | 166.75 | ADD'L BENEFITS | 0.00 |
| - Dental | 40.52 | | 4,374.43 |
| - Mandatory FIT W4 | 257.00 | LESS ADJUSTMENTS | 0.00 |
| - Free Form 2 | 1.19 | | 4,374.43 |
| | | LESS DEDUCTIONS | 865.46 |
| | | AMOUNT PAYABLE | 3,508.97 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/inst/gldi and select the online option.

Date: September 24, 2010

Deposit Amount:  $3,508.97

**Direct Deposit Distribution**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXX0465 | $3,508.97 |

To the Accounts of

JAMES CRAIG
42 EAST CAVALIER RD
SCOTTSVILLE      NY   14546

This is not a Check

Not Negotiable

## Copy B To Be Filed With Employee's FEDERAL Tax Return

OMB No. 1545-0008

| c Employer's name, address, and ZIP code | | |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA | | |
| GROUP INSURANCE - PREMIUM ACCOUNTING | | |
| PO BOX 70190 | | |
| PHILADELPHIA PA 19176 | | |

| | |
|---|---|
| 1 Wages, tips, other comp. 52,188.16 | 2 Federal income tax withheld 8,373.21 |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39900 | b Employer's ID number 22-1211670 | a Employee's social security number 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 | 7 Social security tips |
|---|---|---|---|

e Employee's name, address, and ZIP code
JAMES CRAIG
42 EAST CAVALIER RD
SCOTTSVILLE NY 14546

12 See instructions for box 12

| 8 Allocated tips | | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

13
- Statutory employee ☐
- Retirement plan ☐
- Third-party sick pay ☒

11 Nonqualified plans

| 15 State Employer's state I.D. # NY\221211670 | 16 State wages, tips, etc. 52,188.16 | 17 State income tax |
|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement   2011   This information is being furnished to the Internal Revenue Service.   Dept. of the Treasury - Internal Revenue Service

---

## Copy C For EMPLOYEE'S RECORDS (See Notice on back.)

OMB No. 1545-0008

| c Employer's name, address, and ZIP code | | |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA | | |
| GROUP INSURANCE - PREMIUM ACCOUNTING | | |
| PO BOX 70190 | | |
| PHILADELPHIA PA 19176 | | |

| | |
|---|---|
| 1 Wages, tips, other comp. 52,188.16 | 2 Federal income tax withheld 8,373.21 |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39900 | b Employer's ID number 22-1211670 | a Employee's social security number 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 | 7 Social security tips |
|---|---|---|---|

e Employee's name, address, and ZIP code
JAMES CRAIG
42 EAST CAVALIER RD
SCOTTSVILLE NY 14546

12 See instructions for box 12

| 8 Allocated tips | | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

13
- Statutory employee ☐
- Retirement plan ☐
- Third-party sick pay ☒

11 Nonqualified plans

| 15 State Employer's state I.D. # NY\221211670 | 16 State wages, tips, etc. 52,188.16 | 17 State Income Tax |
|---|---|---|

Customer service phone#
1-866-648-2225

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form W-2 Wage and Tax Statement   2011   This information is being furnished to the Internal Revenue Service.   Dept. of the Treasury - Internal Revenue Service
If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

PAGE 2 OF 4

1070928   0247575

LIFT TO OPEN
▼

/us below, to see if any of your   box 3-"benefits paid in   benefits you repaid us in 2011. We
Social Security benefits are   2011"- shows the total amount   show items that apply to you in the

## FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2011**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| JAMES P CRAIG | 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 |

| Box 3. Benefits Paid in 2011 | Box 4. Benefits Repaid to SSA in 2011 | Box 5. Net Benefits for 2011 *(Box 3 minus Box 4)* |
|---|---|---|
| $23,370.00 | NONE | $23,370.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $20,916.00 | NONE |
| Medicare Part B premiums deducted from your benefits | $1,158.00 | |
| Voluntary Federal income tax withheld | $1,296.00 | |
| Total Additions | $23,370.00 | |
| Benefits for 2011 | $23,370.00 | |

Box 6. Voluntary Federal Income Tax Withheld

$1,296.00

Box 7. Address

JAMES P CRAIG
42 E CAVALIER RD
SCOTTSVILLE NY 14546-1203

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

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A

Form SSA-1099-SM (1-2012)    DO NOT RETURN THIS FORM TO SSA OR IRS