IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
            :

*In re*                      :       Chapter 11

            :       Case No. 09-10138 (KG)

Nortel Networks Inc., *et al.,* [1]    :

            :       Jointly Administered

         Debtors.        :

            :       **RE: D.I. 8085, 8562**

            :

-----------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING AMENDED SCHEDULING ORDER FOR
DISCOVERY PROCEDURES IN CONNECTION WITH DEBTORS' MOTION FOR ENTRY
OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 363 AND 1108 AUTHORIZING THE
DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS
AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

       I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates,

as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby

certify as follows regarding the *Amended Scheduling Order for Discovery Procedures in Connection*

*with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 1108*

*Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of*

*the LTD Employees*, attached as **Exhibit A** hereto:

       1.      On July 30, 2012, the Debtors filed the *Debtors' Motion For Entry of an Order*

*Pursuant to 11 U.S.C.  §§ 105(a), 363 and 1108 Authorizing the Debtors to Terminate the Debtors'*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number,
are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc.
(5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc.
(3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International
Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks
(CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at
http://chapter11.epiqsystems.com/nortel.

*Long-Term Disability Plans and the Employment of the LTD Employees* [D.I. 8067] (the "LTD Termination Motion").

2.      On August 1, 2012, the Debtors filed the *Certification of Counsel Regarding Pre-Trial Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. § 363 and 1108* [D.I. 8079].  The Court entered the *Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. §§ 105(a), 363 and 1108* [D.I. 8085] (the "Scheduling Order") on August 1, 2012.  Subsequently, on August 21, 2012, certain LTD Employees filed the *Nortel US LTD Employees Objection to Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. § 105(a), 363 and 1108* [D.I. 8267] concerning their participation in the fact discovery process.

3.      On September 20, 2012, the Court entered the *Order Granting Debtors' Motion for Entry of an Order (A) Establishing Discovery Procedures in Connection with the Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employments of the LTD Employees and (B) Amending the Scheduling Order for Hearing on the Debtors' Process to Terminate Benefits* [D.I. 8562] (the "Discovery Scheduling Order").  The Discovery Scheduling Order sets forth certain discovery procedures in connection with the LTD Termination Motion.

4.      Since September, 20, 2012, the Debtors and counsel to the Official Committee of Long-Term Disability Participants (the "LTD Committee") have continued to produce documents in accordance with the deadlines and procedures set forth in the Discovery Scheduling Order.

5.      In addition, since September 20, 2012, the Debtors and counsel to the LTD Committee have worked to make Non-Confidential Information[2] and Individual LTD Employee

---

[2]      Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Discovery Scheduling Order.

Information available to Individual LTD Employees through the Limited Access Website in accordance with the terms set forth in the Discovery Procedures Order, and this process is ongoing.

6.       As a result of discussions among the Debtors and counsel to LTD Committee, the parties have agreed to extend certain dates set forth in the Scheduling Order and the Discovery Scheduling Order as set forth in the revised proposed scheduling order (the "Revised Proposed Discovery Scheduling Order") attached hereto.  The Revised Proposed Discovery Scheduling Order extends the date by which responses to the LTD Termination Motion must be filed, as well as the date upon which the Court will conduct a hearing on any discovery disputes that arise between the Debtors and any Individual LTD Employee regarding a Supplemental Document Request that cannot be resolved consensually to allow the Debtors, the LTD Committee, and Individual LTD Employees additional time to attempt to consensually resolve outstanding disputes.

7.       The Debtors have circulated the Revised Proposed Discovery Scheduling Order to counsel to the LTD Committee and, while the LTD Committee reserves the right to request further extensions to the schedule, should the need arise, they have no objection to its entry.  The Debtors reserve all rights and objections to any such request for further extensions.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Revised Proposed Discovery Scheduling Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

*[Remainder of Page Intentionally Left Blank]*

Dated:  October 16, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*