**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X<br>*In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>                Debtors.<br><br>------------------------------------------------------------X | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**RE: D.I. 8085, 8364** |

### AMENDED SCHEDULING ORDER FOR DISCOVERY PROCEDURES IN CONNECTION WITH DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

WHEREAS, on July 30, 2012, the Debtors filed the *Debtors' Motion For Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees* [D.I. 8067] (the "LTD Termination Motion").

WHEREAS, on August 1, 2012, the Court entered the *Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. §§ 105(a), 363*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

*and 1108* [D.I. 8085] (the "Scheduling Order").

WHEREAS, on August 21, 2012, certain LTD Employees filed the *Nortel US LTD Employees Objection to Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. § 105(a), 363 and 1108* [D.I. 8267] concerning their participation in the fact discovery process.

WHEREAS, paragraph 14 of the Scheduling Order provides that "[d]eadlines contained in this scheduling order may be extended by joint agreement of the parties or by the Court upon written motion for good cause shown."

WHEREAS, on September 20, 2012, the Court entered the *Order Granting Debtors' Motion for Entry of an Order (A) Establishing Discovery Procedures in Connection with the Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employments of the LTD Employees and (B) Amending the Scheduling Order for Hearing on the Debtors' Process to Terminate Benefits* [D.I. 8562] (the "Discovery Scheduling Order").

WHEREAS, the parties have adhered to the deadlines in the Discovery Scheduling Order, and the Scheduling Order as amended by the Discovery Scheduling Order, to date.

WHEREAS, paragraph 3(e) of the Discovery Scheduling Order provides that "[d]eadlines in this Order may be extended by joint agreement of the parties or by the Court upon good cause shown."

WHEREAS, as a result of discussions among the Debtors and counsel to LTD Committee, the parties have agreed to extend certain dates set forth in the Scheduling Order and the Discovery Scheduling Order.

2

WHEREAS, counsel for the Official Committee of Long-Term Disability Participants has reviewed the revised proposed discovery scheduling order (the "<u>Revised Proposed Discovery Scheduling Order</u>") and the parties have agreed to amend the Scheduling Order and the Discovery Scheduling Order as set forth below.

NOW THEREFORE, IT IS HEREBY ORDERED, that the following shall apply:

1. Except as may otherwise be provided by Order of the Court, Paragraph 2(f) of the Discovery Scheduling Order shall be amended to state as follows:

> To the extent that any discovery disputes arise between the Debtors and an individual LTD Employee regarding a Supplemental Document Request that cannot be resolved consensually, the Court will conduct a hearing to resolve such dispute on November 7, 2012 or on such other date as the Court orders.

2. Except as may otherwise be provided by Order of the Court, Paragraph 16 of the Scheduling Order, as amended by Paragraph 3(b) of the Discovery Scheduling Order, shall be further amended to state as follows:

> All responses to the LTD Termination Motion shall be filed no later than October 25, 2012. All parties who file such responses shall be entitled to file supplemental submissions in respect of the LTD Termination Motion at a later date following the close of discovery, which shall be established through a subsequent order of the Court.

3. The other deadlines set forth in the Discovery Scheduling Order, and the Scheduling Order as amended by the Discovery Scheduling Order, shall be unaffected by this Order and shall remain the same.

4. Deadlines in this Order may be extended by joint agreement of the parties or by the Court upon written motion for good cause shown.

Dated: _____, 2012    _____
      Wilmington, Delaware    THE HONORABLE KEVIN GROSS
                                              UNITED STATES BANKRUPTCY JUDGE