IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                    :   Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :   Case No. 09-10138 (KG)
                                                         :
         Debtors.                                        :   Jointly Administered
---------------------------------------------------------X

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 18, 2012 AT 11:00 A.M. (EASTERN TIME) – **CANCELLED**

> **AT THE REQUEST OF THE PARTIES AND BY THE APPROVAL OF THE COURT, THE HEARING SCHEDULED FOR OCTOBER 18, 2012 AT 11:00 A.M. (EASTERN TIME) HAS BEEN CANCELLED AND THE STATUS CONFERENCE WILL BE CONTINUED TO THE HEARING SCHEDULED IN THESE CASES FOR NOVEMBER 7, 2012 AT 10:00 A.M. (EASTERN TIME).**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## ADJOURNED/RESOLVED MATTERS

1. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 and Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD regarding Claim Nos. 392, 6820, and 7076 to November 7, 2012 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)   Informal Response of ASM Capital Regarding Claim No. 7819; and

(b)   Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a)   Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Entered 3/8/12);

(b)   First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Entered 3/22/12);

(c)   Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Entered 4/18/12);

(d)   Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Entered 5/9/12); and

(e)   Fourth Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 8273, Entered 8/22/12).

Status: The hearing on the Objections with respect to responses (a) and (b) has been adjourned to the hearing scheduled for November 21, 2012 at 10:00 a.m. (ET).

2.  Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim by and Between Canal View Properties III, LLC and Nortel Networks (D.I. 8400, Filed 9/5/12).

    Objection Deadline:  October 2, 2012 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleading:

    (a) Amended Notice of Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim by and Between Canal View Properties III, LLC and Nortel Networks (D.I. 8492, Filed 9/18/12);

    (b) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim by and Between Canal View Properties III, LLC and Nortel Networks Inc. (D.I. 8648, Filed 10/5/12); and

    (c) Order Approving the Stipulation Resolving Claim by and Between Canal View Properties III, LLC and Nortel Networks Inc. (D.I. 8652, Entered 10/5/12).

    Status:  An Order has been entered regarding this matter.  No hearing is necessary.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

3.  Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proofs of Claim Nos. 2837 and 6875 Filed by Pacific Gas and Electric Company (D.I. 8574, Filed 9/24/12).

    Objection Deadline:  October 11, 2012 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleading:

    (a) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proofs of Claim Nos. 2837 and 6875 Filed by Pacific Gas and Electric Company (D.I. 8697, Filed 10/15/12); and

    (b) **Order Approving the Stipulation Resolving Proofs of Claim Nos. 2837 and 6875 Filed by Pacific Gas and Electric Company (D.I. 8713, Entered 10/16/12).**

    Status:  **An order has been entered regarding this matter.**

4.  Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Stipulation with Edmund B. Fitzgerald (D.I. 8613, Filed 9/27/12).

    Objection Deadline: October 11, 2012 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleading:

    (a) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Stipulation with Edmund B. Fitzgerald (D.I. 8698, Filed 10/15/12); and

    (b) **Order Approving Stipulation with Edmund B. Fitzgerald (D.I. 8712, Entered 10/16/12).**

    Status: **An order has been entered regarding this matter.**

## STATUS CONFERENCE

5.  Order Granting Debtors' Motion for Entry of an Order (A) Establishing Discovery Procedures in Connection With Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees and (B) Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Benefits (D.I. 8562, Entered 9/20/12).

    Objection Deadline: N/A.

    Responses Received: None.

    Related Pleading:

    (a) Notice of Service of Debtors' Responses and Objection to Request for Production of Documents of Parties Identified on Exhibit A Directed to the Debtors (D.I. 8646, Filed 10/4/12);

    (b) Notice of Service of Debtors' First Set of Requests for Production of Documents (D.I. 8663, Filed 10/8/12)**; and**

    **(c) Certification of Counsel Regarding Amended Scheduling Order for Discovery Procedures in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees (D.I. 8717, Filed 10/16/12).**

<u>Status</u>: **In accordance with the proposed Amended Scheduling Order attached to the Certification of Counsel, the status conference regarding discovery by the Debtors to Individual LTD Employees in response to Supplemental Document Requests has been continued to the hearing scheduled for November 7, 2012 at 10:00 a.m. (ET).**

| | |
|---|---|
| Dated: October 17, 2012<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

6553300.1