## **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on October 18, 2012 at 11:00 a.m. (Eastern Time) - Cancelled** was caused to be made on October 17, 2012, in the manner indicated upon the entities identified below.

Date: October 17, 2012  
Wilmington, DE

*/s/ Tamara K. Minott*  
Tamara K. Minott (No. 5643)

**Via Fax**

Ken Coleman Esq  
Lisa J.P. Kraidin. Esq.  
Allen & Overy LLP  
1221 Avenue of the Americas  
20th Floor  
New York, NY 10020  
Fax: 212-610-6399

Mark Kenney, Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207 Lockbox 35  
Wilmington, DE 19801-3519  
Fax: 302-573-6497

Laura Davis Jones  
Timothy P. Cairns  
Pachulski Stang  
919 N. Market Street  
17th Floor  
Wilmington, DE 19899-8705  
Fax: 302-652-4400

Mary F. Caloway Esq.  
Mona A. Parikh  
Buchanan Ingersoll & Rooney  
1105 N. Market Street  
Suite 1900  
Wilmington, DE 19801-1228  
Fax: 302-552-4295

Mark D. Collins Esq.  
Christopher M. Samis Esq.  
Richards Layton & Finger  
One Rodney Square  
920 N King Street  
Wilmington, DE 19801  
Fax: 302-651-7701

Fred S. Hodara Esq.  
Ryan C. Jacobs Esq.  
David H. Botter Esq.  
Akin Gump  
One Bryant Park  
New York, NY 10036  
Fax: 212-872-1002

Thomas R. Kreller  
MILBANK, TWEED, HADLEY & MCLOY LLP  
601 South Figueroa St., Suite 3000  
Los Angeles, CA 90017  
Fax: 213-892-4763

Gene L. Humphreys  
Bass Berry & Sims  
150 Third Avenue South, Suite 2800  
Nashville, TN 37201  
Fax: 615-742-6293  
(Counsel for Edmund Fitzgerald)

Darrell Brown
SACK GOLDBLATT MITCHELL LLP
20 Dundas Street West, Suite 1100
Toronto, Ontario
M5G 2G8
Fax: 416-591-7333
(Counsel for Edmund Fitzgerald)

**<u>Via Express Mail</u>**

Barbara Damlos
Pacific Gas & Electric Company
Law Dept.
PO BOX 7442
San Francisco, CA 94120

4145343.21