IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :    Case No. 09-10138 (KG)
:
             Debtors.           :    Jointly Administered
:
---------------------------------------------------------X

## NOTICE OF RESCHEDULED HEARING DATE

TO ALL PARTIES ON THE ATTACHED SERVICE LIST:

      PLEASE TAKE NOTICE that the hearing originally scheduled for January 17, 2013 at 10:00 a.m. (ET) has been rescheduled to **January 9, 2013 at 10:00 a.m. (ET)**.

      PLEASE TAKE FURTHER NOTICE that the hearing will be held before The Honorable Kevin Gross, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court located at 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Dated: October 17, 2012
       Wilmington, Delaware

                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                         */s/ Ann C. Cordo*
                         Derek C. Abbott (No. 3376)
                         Eric D. Schwartz (No. 3134)
                         Ann C. Cordo (No. 4817)
                         Tamara K. Minott (No. 5643)
                         1201 North Market Street, 18th Floor
                         P.O. Box 1347
                         Wilmington, DE  19899-1347

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

       Telephone: 302-658-9200
       Facsimile: 302-425-4663

and

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Counsel for the Debtors and
Debtors in Possession

4344982.1

2