IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date:         Feb. 12, 2013 at 10 a.m. |
| | ) RE:                          D.I. # 8067 |

## POWELL'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Pamela J. Powell of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to the Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Pamela J. Powell respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. When I was hired by Nortel, then Northern Telecom, one thing that impressed me was that the company offered an all-inclusive benefits package. For example, prior to when I started working with Nortel, I always maintained my own Disability Insurance policy, through an insurance company. When I started with Nortel, I dropped that coverage, because I believed Nortel's offering, in terms of Disability coverage, to have the same benefit and from an equally secure insurance source (with regulated loss reserves). By 2001, when I was forced to go on LTD, because of the progression of my Multiple Sclerosis (MS), I was stunned to I find that the policy source had been changed. We no longer had a Prudential Insurance Company backed LTD policy but now had Nortel-self funded LTD coverage. In every staff meeting, skip-level meeting, one-one meetings with HR, I was never told that the insurance source had been changed. So far as I knew, I would have a total benefits package, including salary at 70% of my salary when I went on disability, until age 65. At that point, I could retire, and have the same coverage as other retired employees.

## RELIEF REQUESTED

2. I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

3. I request the Debtors compensate me in full for my LTD benefits to age 65, Nortel became liable for once I became totally disabled. My Total Claim is $476,295.66.

4. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## BASIS FOR RELIEF

### EXECUTIVE SUMMARY

5. **Prior to my hire date** with Nortel, then Northern Telecom, **I maintained my own Disability insurance**. When I started with Nortel, I dropped that policy, because I believed Nortel's policy to have the same benefit and from an equally secure insurance company (with regulated loss reserves).

6. In 1998, I was **diagnosed with Multiple Sclerosis (MS).** In 2001, the disease had progressed to the point that my neurologist stated that I was **"totally and permanently disabled for any occupation."** (See Exhibit A)

7. I applied for and received Disability status from Social Security and Nortel.

8. When I was forced to go on LTD at Nortel in 2001, I was **stunned** to find that Nortel's disability insurance was company-funded.

9. I paid a **premium** on my disability insurance with Nortel so I would receive **70% of my salary**, rather than 60%. (See Exhibit C)

10. The **cost and quantity of medicinal drugs for MS** (See Exhibit B) is **exorbitant.** If I were to lose my Medical Insurance, I would not be able to get relief from this horrible disease.

11. **Nortel has sufficient funds** to "do what is right" by the LTD population, and still have a considerable amount for other debt holders.

12. **Should stock holders and bond holders have more of a claim on funds than the people who worked so hard to build the company?**

13. Nortel's lawyers say the company can't afford to pay $1M/month for LTD population, yet the company has already **paid $177M to Cleary, Gottlieb, Morrison,** (See Docket #8672). In addition, **John Ray** was paid **$110,000 for one month**. (See Docket #"8415)

14. My Proof of Claim document, showing the financial loss I will incur because Nortel isn't keeping up to their promises when I was hired. (See Exhibit D)


## EXHIBITS


A. Letter from Dr. Goetzl, "Totally and permanently disabled for any occupation".

B. List of daily meds.

C. Dec. 10, 2010 benefit confirmed for LTD by Nortel through Prudential in Group Plan 39900.

D. Proof of Claim

## DETAIL SUPPORTING EXECUTIVE SUMMARY

15. I was hired **by Nortel (then Northern Telecom) in May of 1984**. Prior to then, I always carried my own Disability Insurance policy through a private insurance company. When I interviewed at Nortel, part of the attraction was that I would have not only an increase in salary, but Nortel also carried a much improved benefits package than the company I worked for at the time.

16. When I was hired, Nortel's Disability Insurance was a policy held by Prudential. In the event that a disabling event occurred, I was to continue to have an income, plus all benefits, **until age 65.** At that point, I could retire, and get the same benefits as other retirees.

17. In 1998, I was diagnosed with **Multiple Sclerosis (MS). In 2001, my neurologist stated I was "totally and permanently disabled for any occupation". (Exhibit 1)**

18. Nortel may very well have provided the information that its disability insurance had been converted to a **company-funded** insurance plan in one of its annual Benefits Offerings. Nevertheless, it must have been a cleverly worded change that the average person, even the average well-educated person, wouldn't recognize it. By 2001, when I was forced to go on LTD at Nortel due to a disability, I had risen to Manager level. Even at that level, I don't remember seeing anything about any changes in coverage, nor did I hear about it in any staff meetings or skip-level meetings.

19. In addition **to salary replacement at 70%** of the person's salary at the time when the disabling event occurred, the policy included an annual increase to offset inflation. I didn't realize until 2001, when I was forced to go on Nortel's Long Term Disability (LTD), that the policy had been converted to a company-funded disability program, with **no increase (ever) to offset inflation. I was stunned** when I realized this. **(Exhibit 2)**

20. In addition, as the result of the MS, I have a rare symptom called Trigemimal Neuralgia. "Trigem", as they call it, is an irritation of one of the cranial nerves. It occurs in only 5% of the MS population. **It causes extreme pain**. As any woman who has had children and who has had this pain will say, "Trigem is worse than labor."

21. Even after both diagnoses, I did my best to keep working, but MS is a progressive disease. Finally, in 2001, it became impossible for me to continue to work. I applied for, and was granted Disability status, both by Social Security and Nortel.

22. Fortunately, I had paid a premium on Nortel's disability coverage for a number of years. Because of this, I was **paid 70% of my salary** at the time, as opposed to 60%, which is what the company paid as part of its Core Benefits, offered to all employees. (Exhibit 2) The fact that I selected the option to pay a higher rate if I became disabled may be seen **Benefits Confirmation Statement** dated Dec. 10, 2010), which says I am covered under Group Plan #39900, at 70%, as opposed to 60%, which was what the company covered if the employee became disabled. **(Exhibit 2)**

23. **The cost of medicinal drugs for a disease such as MS is unbelievably high. If I ever lost my medical insurance for any reason, I can't imagine what my life would be like.**

24. The **cost** of medications for a disease like MS; i.e., – Tysabri costs $4500/month, one med only, and I take 10 – 12 different meds a day. (See Exhibit B)

25. Without medical insurance there is no way I could afford to pay for the hospital stays, the doctor's appointments, or the medicinal drugs I need. I have had 3 hospital stays in the last 18 months.

26. Nortel has sufficient capital to do the right thing for its LTD employees, and has a significant amount left to pay a substantial amount to its bond holders and stock holders.

27. Nortel's lawyers attempted to make the point that Nortel's obligations to their LTD employees is costing them $1M/month, which they feel is excessive. They neglected to mention that Nortel has already paid $177M to its lawyers and that is only for Cleary. (See Docket 8415)

28. Should bond-holders and stock-holders have more of a claim on the company's assets than the employees who worked so hard to build the company? Speaking for myself, I put in more hours than I care to remember. There were times when I worked until 10:00 at night. Depending on the job, there were more times than not when I worked on Saturday. I even remember coming in over the Christmas holidays. And, of course, management isn't compensated for overtime!

29. Should bond and stock and bond holders have more of a stake in the company's assets than the people who worked so hard to get the company there?

## NOTICE

30. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Pamela J. Powell respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Pamela J. Powell respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate Pamela J. Powell in full for her LTD benefits projected to age 65; Total Claim being $476,295.66.

3. Order that there is no interruption in disbursement of LTD benefit (or compensation of same) to Pamela J. Powell.

Dated: October 15, 2012

*/s/ Pamela J. Powell*
Ms. Pamela J. Powell
676 Brookview Drive
Chapel Hill, NC 27514
Telephone: 919-929-5084
Facsimile: N/A
Email: pamlutz@microtronics-bit.com

*Appearing Pro Se*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 8067** |

## ORDER GRANTING POWELL'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.