# EXHIBIT A  PG 1/3

## Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name: POWELL
Social Security Number: 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

**Attending Physician Information (Cont'd)**

Was Claimant hospital confined? ☐ Yes ☒ No

If Yes, please provide name and address of hospital: N/A

If hospitalized, give dates:
From: __/__/____
To: __/__/____

Other Treating Physicians or Consultants

| Physician Name | Specialty | Phone Number |
|---|---|---|
| | | |
| | | |
| | | |

Do you feel the claimant is competent to endorse checks and direct the use of proceeds? ☒ Yes ☐ No

**Nature of Medical Impairment / Limitation (Please specify nature of corresponding loss of function)**
Pt. has Multiple Sclerosis (progressive) as well as Trigeminal Neuralgia. Symptoms include ↑fatigue, ↑gait disturbance, spastic paraparesis therefore unable to ambulate w/o assistance or motorized scooter.

Date when significant loss of function occurred: 06/__/2001 although pt. has had symptoms prior to this.

**Are there Corresponding Medical Restrictions (i.e., What activities should the claimant not perform because of a significant risk to self or others?)**
Because of her ↑fatigue, spastic paraparesis and ↑gait disturbance, pt is totally and permanently disabled for any occupation.

**Prognosis for Return to Function / Return to Work:** Pt. is currently disabled from work due to the symptoms of Multiple Sclerosis. This is a total and permanent disability from any work.

**Return to Work Plan (Please describe):** Pt. is currently disabled from all work due to the symptoms of Multiple Sclerosis. Since MS is a chronic often progressive disease, this is a total and permanent disability for any type of work.

Target Date: __/__/____

```
103A02
```

EXHIBIT A PG 2/3

## Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

**To Be Completed By Employee**

Employer/Association Name: NORTEL NETWORKS

Control Number: 34400

Employee First Name: PAMELA    MI: J

Social Security Number: 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

Employee Last Name: POWELL    Suffix:

Employee Address - Line 1: 676 BROOKVIEW DRIVE

Birth date (MM/DD/Year): 09/30/1954

Employee Address - Line 2:

Gender: ☐ Male  ☒ Female

City: CHAPEL HILL    State: NC    Zip Code: 27514-

Occupation: MANAGER

I hereby authorize release of information requested on this form by the below named physician for the purpose of claim processing.

X _Pamela J. Powell_
Employee Signature

Date Signed: 09/27/2001

**To Be Completed By Attending Physician**

Clinical Diagnosis
Primary: Multiple Sclerosis    ICD-9 Code: 340.
Secondary: Trigeminal Neuralgia
Secondary:

Pregnancy EDC: N/A

Relevant test procedures performed (Please provide results):
Brain MRI done in 1998 by another neurologist who diagnosed MS at that time.

Surgical procedure(s) performed (Please be specific):    Date of Procedure:

Current Medications: Betaseron, Wellbutrin, Lamictal, Trileptal, Zanaflex, Baclofen

#45687 P.004

# EXHIBIT A PG 3/3

▲ **Prudential ⬭ Financial**                 **Group Disability Insurance**
                                            **Attending Physician's Statement** ▲

**Employee Last Name**                                    **Social Security Number**
P O W E L L                                              230 - 72 - 9785

**Attending Physician Information (Cont'd)**

Describe Medical Obstacles to Return to Work: *↑ severe fatigue, gait disturbance. Pt also had symptoms of mild cognitive dysfunction, bladder dysfunction, leg numbness & intermittent diplopia.*

Are there any Non-Medical Factors which have a significant impact on Functional Abilities (i.e., interpersonal, financial, family)? *No*

Work related Illness or Injury? ☐ Yes ☒ No    Was Condition caused by a MVA? ☐ Yes ☒ No    If MVA, in what state did it occur? *N/A*

First Visit: 02 / 15 / 2001    Last Visit: 09 / 19 / 2001    Frequency of Visits: *varies*

What Job Category best describes the claimant's functional abilities? (Please check appropriate box)

☐ Sedentary — Negligible Weight Mostly Sitting
☐ Light — Up to 10 lbs. frequently, Up to 20 lbs. occasionally and / or Frequent Walk/Stand and / or Constant Push/Pull
☐ Medium — 10 to 25 lbs. freq., Up to 50 lbs. occ.
☐ Heavy — 25 to 50 lbs. freq., 50 to 100 lbs. occ.
☐ Very Heavy — More than 50 lbs. freq., 100 lbs. occasionally
☐ Other — (Please describe below)

*Pt is currently disabled from all work on a total and permanent basis.*

**Physician Information**

Physician Name: DR HUGO GOETZL    Primary Phone Number: 919 - 479 - 3130

Office Address: 3901 N ROXBORO RD    Fax Number: 919 - 479 - 1789

City: DURHAM    State: NC    Zip Code: 37104 -

Specialty: NEUROLOGY

**Fraud Notice**

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

X *Hugo Goetzl, M.D. /sw*    Date Completed: 09 / 28 / 2001
Physician Signature

[barcode] * 1 0 3 A 0 3 *

**EXHIBIT B**

October 15, 2012

Pamela J. Powell

Current List of Medical Drugs

| <u>Drug</u> | <u>Dosage</u> |
|---|---|
| Tysabri | IV once a month |
| 4ap - time released version of Ampyra | 10 mg once a day |
| L-thyroxine (synthroid) tab | 75 mcg once a day |
| Oxycodone | 15 mg up to 4 times/day |
| Baclofen | 20 mg 4 times/day |
| Boniva | 150 mg once a month |
| Lyrica | 150 mg four times a day |
| Macrobid/Macrodantin | 100 mg once a day |
| Methadone | 20 mg 4 times/day |
| Naproxen | 500 mg twice a day |

EXHIBIT C

 **N❍RTEL**

## United States Benefits
## Confirmation Statement

This confirms your Benefits selections and costs, which take effect 01/01/2011.  These selections remain in effect unless your eligibility changes or you make changes due to a Status Change.  If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636  immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Pamela Powell |
| Global ID: | 0202519 |
| Date of Birth: | 09/30/1954 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 89640.00 |
| Event:s | Annual Enrollment |
| Event Date: | 11/29/2010 |
| Prepared On: | 12/17/2010 |

## Total Cost Summary

This summary is for Benefits that are already approved.  If any coverage is pending, your costs may change later when approval is received.  **Please make sure your dependent information (listed on the next page) is accurate.**

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 80/60 PPO, Anthem | EE Only | $ 25.66 | $ 667.16 | $4,293.38 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE & Spouse | $ 22.16 | $ 576.16 | $1,214.20 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 585.26 |
| **Long-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 7.96 | $ 206.96 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 55.78 | $1,450.28 | $6,092.84 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 140.40 |
| **Optional Employee Life Insurance** | | | |
| 3x BENE Earnings Non-Smoker | $ 33.77 | $ 878.02 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $100,000 | $ 36.14 | $ 939.64 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 5x Benefits Earnings Family | $ 4.14 | $ 107.64 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 74.05 | $1,925.30 | $ 140.40 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

## EXHIBIT D - Proof of Claim

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?** — Pamela J. Powell

**WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?** — 0202519

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?** — December 11, 2011

**WHAT IS YOUR AGE  (As Of January 1, 2013) …**
Years — 58
Months — 3
AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 — 699
AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" — 81

**YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT** — $ 89,640.00

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions …**
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? — 0.04
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K … — $ 3,585.60    $ 24,202.80

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**

SEVERANCE PERIOD — 26
AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY — $ 1,723.85    $ 44,820.00

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) …**
"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL — $ 5,229.00    $ 423,549.00
SSDI  MONTHLY OFFSET — $ 1,766.19    $ 143,061.39
Medicare Part B Reimbursement Per LTD Plan — $ 110.50    $ 8,950.50
AUTOMATICALLY CALCULATED FOR YOU - NET PAY — $ 3,573.31    $ 289,438.11

**Estimates On What Replacement Coverage Would Cost You**
MEDICAL CARE — $ 5,580.00    $ 37,665.00
SUBSIDIZED PRESCRIPTION PLAN — $ -    $ -
DENTAL/VISION/HEARING CARE — $ 1,020.00    $ 6,885.00
CORE EMPLOYEE LIFE INSURANCE — $ 3,869.00    $ 26,115.75
Spousal Life Insurance — $ 6,988.00    $ 47,169.00

**CLAIM GRAND TOTAL** — $ 476,295.66

Page 1