IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date:  Feb. 12, 2013 at 10 a.m. |
| | ) RE:  D.I. # 8067 |

### OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Gerald R. Utpadel (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Gerald R. Utpadel respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. I became a Nortel employee in October 2000. My position with Nortel was to provide global network support for their ATM product line. This required being available for (on call) during off hours and included travel(within U.S.A.) to meet customer demands. I also retained a passport as I was expected to travel to foreign countries. I was stricken with cancer before travelling to other countries.

2. I went on STD July of 2001 followed by going on LTD January of 2002.

3. Reason for going on LTD was due to tumor and cancer of the jaw. This required major surgery to remove the left side of my jaw, removal of soft palette, partial removal of tongue along with removal of several teeth. The jawbone was replaced with section of my leg bone. Due to this extensive surgery it left me unable to chew or eat food for the rest of my life. I am on a permanent liquid diet, drinking 8 cans of Ensure a day. It also left me with permanent speech impairment.

4. Since my initial surgery on my jaw I have had two surgeries to remove sections on my nose, one surgery to remove a section of my chin and one surgery to remove a section of my left ear. This was all due to more cancer and tumors. I have also had to several more teeth removed due to side effects of dry mouth.

5. I am also on Social Security Disability program and have been since 2004.

6. Since I am of 64 years of age and on Nortel LTD. I fully expect to roll over to Nortel's retirement plan within the next year as I do fully qualify.

## RELIEF REQUESTED

7. I, Gerald R. Utpadel, request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

8. I request the Debtors compensate me in full for my LTD benefits to age 65 and that Nortel became liable since I became totally disabled. My Total Claim is $72,973.49.

9. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## BASIS FOR RELIEF

8. The Nortel LTD income insurance plan covered 60% with an employee option to raise it to 70% at a premium cost. I elected to choose the 70% LTD benefit before my disability occurred. This cost me an additional premium from my monthly income. I expected this coverage to last till I was 65 years of age per the LTD benefit plan.

9. Currently me and my wife have life insurance coverage under the Nortel Benefit Plan. But due to my history of cancer I find that I cannot attain life insurance independently. This would cause a financial burden on my wife should I become deceased.

## EXHIBITS

A – Proof of Claim.

B – Nortel Benefits Conformation Statement

C – LTD monthly disability disbursement from Prudential Insurance Co. (Disability Management Services)

## NOTICE

2. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Gerald R. Utpadel respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Gerald R. Utpadel respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067]. And continue the retiree plan for which I qualify and expect to benefit at age 65.

2. Compel the Debtors to compensate Gerald R. Utpadel in full for LTD benefits projected to age 65. Total Claim being $72.973.49.

3. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Gerald R. Utpadel.

Dated: October 15, 2012

Gerald R. Utpadel
4627 Greenmeadows Ave.
Torrance, CA   90505
Telephone: 310-373-3948
Facsimile: N/A
Email: res1ek5y@verizon.net

Proof Of Claim

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?** Gerald R. Utpadel

**WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?** 5032660

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?** January 4, 2002

**WHAT IS YOUR AGE  (As Of January 1, 2013) ...**
Years 64
Months 1
AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013   769
AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65"   11

**YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT**   $ 79,570.00

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...**
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?   0.02
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ...   $ 1,591.40   $ 1,458.78

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**
SEVERANCE PERIOD   16
AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY   $ 1,530.19   $ 24,483.08

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...**
"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL   $ 4,641.57   $ 51,057.27
SSDI MONTHLY OFFSET   $ 1,619.10   $ 17,810.10
Medicare Part B Reimbursement Per LTD Plan   $ 110.50   $ 1,215.50
AUTOMATICALLY CALCULATED FOR YOU - NET PAY   $ 3,132.97   $ 34,462.67

**Estimates On What Replacement Coverage Would Cost You**
MEDICAL CARE   $ 11,699.40   $ 10,724.45
SUBSIDIZED PRESCRIPTION PLAN   $ 600.00   $ 550.00
DENTAL/VISION/HEARING CARE   $ 152.19   $ 139.51
CORE EMPLOYEE LIFE INSURANCE   $ 960.00   $ 880.00
ACCIDENTAL DEATH & DISMEMBERMENT   $ 300.00   $ 275.00

**CLAIM GRAND TOTAL**   $ 72,973.49



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Gerald Utpadel |
| Global ID: | 5032660 |
| Date of Birth: | 05/23/1948 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 79570.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** 90/70 PPO, Anthem | EE & Spouse | $ 121.13 | $3,149.38 | $8,320.78 |
| **Dental/Vision/Hearing Care** PLUS | EE & Spouse | $ 22.16 | $ 576.16 | $1,214.20 |
| **Short-Term Disability** 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 519.48 |
| **Long-Term Disability** 70% of Benefits Earnings | | $ 7.08 | $ 184.08 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 150.37 | $3,909.62 | 10,054.46 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 124.80 |
| **Optional Employee Life Insurance** No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** $75,000 | $ 9.42 | $ 244.92 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** 3x Benefits Earnings Family | $ 2.21 | $ 57.46 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 11.63 | $ 302.38 | $ 124.80 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

Prudential Insurance Company of America
Disability Claim Services Provider



If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA           PA   19176
800-842-1718

Date: September 24, 2012

CNTRL# 0039900
CLAIM# 10448446
ID#    XXX-XX-2613

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC  27709-3010

CLAIMANT   GERALD UTPADEL

| DESCRIPTION | AMOUNT | | FROM | TO |
|---|---:|---|---|---|
| LTD Claim Benefits | 4,641.57 | | 09/01/2012 | 09/30/2012 |
| - SSDB | 1,619.10 | BENEFIT AMOUNT | | 4,641.57 |
| - Medical | 262.45 | LESS OFFSET | | 1,619.10 |
| - Dental | 48.01 | ADD'L BENEFITS | | 0.00 |
| - Mandatory FIT W4 | 159.62 | | | 3,022.47 |
| - Free Form 1 | 20.41 | LESS ADJUSTMENTS | | 0.00 |
| - Free Form 3 | 4.79 | | | 3,022.47 |
| | | LESS DEDUCTIONS | | 495.28 |
| | | AMOUNT PAYABLE | | 2,527.19 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Date: September 24, 2012

Deposit Amount:  $2,527.19

**Direct Deposit Distribution**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXX0481 | $2,527.19 |

To the Accounts of

GERALD UTPADEL
4627 GREENMEADOWS AVE.
TORRANCE                  CA   90505

This is not a Check                                    Not Negotiable

*Appearing Pro Se*
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) **Re: Docket No. 8067** |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

ORDERED that the Debtors' provide a claim in the amount of $72,973.49 per Proof of Claim.

Dated: _____, 2013

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Wilmington, Delaware

HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE