# EXHIBIT A



# Gregory M. Bertics, M.D., P.A.
*Neurology*
3400 Executive Drive, Suite 201
Raleigh, NC 27609

Date:   4/14/01

To:     David Hart P.A.
        3400 Executive Drive
        Raleigh, NC 27609

Re:     Brent Beasley, ▬▬▬▬▬▬

Dear Mr. Hart:

I am writing to follow-up with you on the above patient.

I've enclosed some of the results we have obtained thus far.  He has had an extensive work-up for his TIA like event.  The only abnormalities found are a PFO on echocardiography of questionable significance and an elevated homocystine level.  He also had an EEG at WMC which was normal though I don't have that result to fax to you.  He is on ASA daily along with folate supplements for the elevated homocystine.  I would suggest checking his homocystine level in two months to make sure it has come down.

I have released the patient from my care.

Please don't hesitate to call or write if you have further questions or concerns regarding this patient.

Sincerely yours,

Gregory M Bertics, MD

Enclosures

# CARDIOVASCULAR HEALTHCARE, PLLC

3320 Wake Forest Road
P.O. Box 17268
Raleigh, NC 27619

David K. Millward, M.D., F.A.C.C.                                                                            Lisa Caddell, Office Manager

February 20, 2001

Josiah Carr, II, M.D.
Piedmont Medical Associates
3400 Executive Dr.
Raleigh, NC  27609

RE:   Brent Beasley

Dear Joe:

Diagnoses:  TIA with episode of left-sided paralysis occurring on 1/17/01.  The patient lost the muscle function of his left side for about 15 minutes.  There was no head trauma, fever, chills, palpitations, shortness of breath, or other concomitant symptom.  The patient had no significant family history of premature atherosclerosis, and himself has had no problem with previous arrhythmias or heart murmurs.

On exam, the blood pressure was 120/78, heart rate 88, weight 209.  The patient did have a soft systolic murmur and normal splitting of the second heart sound.  There was no diastolic murmur. The extremities were normal.

The patient underwent echocardiogram with multiple injections of saline, and there was minimal appearance of bubbles in the left ventricle, but none were seen in the left atrium suggesting the left-to-right shunt could be at the endocardial cushion level or possibly a membranous VSD. There was a small thinning of the atrial septum, and a foramen ovale with eccentric shunting from right to the left is not ruled out completely.

We repeated the bubble study because the one done at Wake was lost and could not be reviewed. My recommendation is to continue current treatment with aspirin, and I will review this with the pediatric cardiologist.

My personal regards,

*Dave Millward*

David K. Millward, M.D., F.A.C.C.

# EXHIBIT B

*WakeMed Raleigh Campus*
*WakeMed Cary Hospital*
*WakeMed North Healthplex*
*WakeMed Rehabilitation Hospital*

# WakeMed

*WakeMed Clayton*
*WakeMed Fuquay-Varina*
*WakeMed Home Care*
*WakeMed Outpatient Rehab*
*WakeMed Zebulon-Wendell*

PATIENT          BEASLEY, BRENT E

PHYSICIAN        WING K NG, MD

## HISTORY AND PHYSICAL

ADMIT DATE       02/16/2008

**PRIMARY CARE PHYSICIAN:**  Dr. Carr

**CONSULTING PHYSICIANS:**      Dr. Andrew Buzan, WakeMed Faculty Physicians, Hospitalist
Dr. Gregory Rose, Cardiology
Dr. David Konanc, Neurology

**ADMISSION DIAGNOSES:**
1.   Right lentiform nucleus cerebrovascular accident.
2.   Left hemiparesis.
3.   Large patent foramen ovale with right-to-left shunt.
4.   History of transient ischemic attack.
5.   Deep venous thrombosis prophylaxis.

**HISTORY OF PRESENT ILLNESS:**   This is a 34-year-old Caucasian male who came to WakeMed on
2/10/08 with the acute onset of left hemiparesis.  The patient reports that when he awoke earlier that day he felt
fine. He experienced the sudden loss of use of left limbs. He immediately called his parents and then called
911. There is a similar history of left hemiparesis greater than four years ago, however his symptoms had
resolved once EMS had arrived. On this recent occasion, the patient was brought to the emergency room where
he ruled in for a cerebrovascular accident. CT scan of the head showed a right lentiform nucleus infarct.

The patient was evaluated by Dr. David Konanc of Neurology and was felt to be within the window to receive
tissue plasminogen activator.  After receiving this, he experienced improvement in his left lower extremity
weakness. His left upper extremity weakness was without any significant change. During his work-up, he was
found a large patent foramen ovale with right-to-left shunt on echocardiogram which was confirmed by a
transesophageal echocardiogram. He underwent carotid Doppler ultrasounds which were negative for any
carotid artery disease. MRI of the head showed an acute infarct of the posterior right putamen with adjacent
corona radiata. Head MRA was negative. At this point in time, it is recommended that the patient undergo
closure of his patent foramen ovale and he is scheduled to follow up with Dr. Rose of Cardiology. In the
meantime, he continues on aspirin and he is also on heparin subcu twice a day. He remains medically stable.

Prior to admission, the patient was independent. At the time of this admission, he is ambulating with two
person assist and _____ 75 feet. The patient was evaluated and found to be an appropriate candidate for an
inpatient rehabilitation program. He is very motivated to participate in rehabilitation and is admitted to
WakeMed Rehab Hospital on 2/16/08.

**ANCILLARY DATA:**              Most recent labs include hemoglobin A1c 5.2. Triglycerides 100, LDL
20, HDL 34, total cholesterol 178.  White blood cell count 6.7, hemoglobin 16, platelet count 232. Sodium
138, potassium 3.9,  BUN 7, creatinine 1.1. Initial ANA was positive. Repeat ANA showed a titer of less than
1:80. Electrocardiogram showed normal sinus rhythm.

WakeMed Rehab                                                                                              1

Case 09-10138-MFW   Doc 8724-1   Filed 10/17/12   Page 6 of 38
Carolyn Bunch7/7/2010 4:17:05 PMWake Raleigh Gnd Floor Medical Records ROI

Page 5 of 29

# WakeMed Emergency Services Raleigh Campus - Raleigh, NC 27610

| | |
|---|---|
| 02/10/08 14:34 | The following care has been completed: Lab collectedUrine collected from Clean Catchsent to lab <EMC> |
| 02/10/08 14:34 | **Urine Dip Results: Urine collected: clean catch UA was obtained. Clarity of urine is: clear Color of urine is: yellow Glucose: negative Bilirubin negative Ketone: 1+ Specific Gravity: 1.020 Blood: negative pH: 7.5 Protein: 1+ Urobilinogen: 0.2 E.U./dl (Normal) Nitrite: negative Leukocytes: negative** <EMC> |
| 02/10/08 14:36 | Nurses Note: NIHSS 7 <EMC> |

| 02/10/08 14:45 | Temp(F) | Rt. Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FSBS | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|
| | | 78 | 18 | 121 | 72 | S | 100%2LNC | | 0 |

| | |
|---|---|
| 02/10/08 17:41 | Dysphagia Screening: The patient was screened for dysphagia. No problems were noted. Will proceed with medications and feeding as ordered. <EMC> |
| 02/10/08 17:42 | Nurse's Note 2: pt to be moved to room 30 in c-bay. report given to Betsy, RN. <EMC> |

## HISTORY AND PHYSICAL

**Document-HPI-Note**
Patient seen:Sunday, February 10, 2008 09:24
The historian is the the patient
TIME SEEN: On arrival- 924a

CHIEF COMPLAINT: left sided weakness

HPI: Pt is an otherwise healthy 34 yo who presents with left sided weakness that started at 830am. The pt woke up and was feeling well. He states he felt really dizzy and had a sudden onset of left sided weakness. Pt denies any fall. He states that he has had sensation in that side, just an inability to move it. The pt called paramedics and was able to slightly move his arm and leg during transport. The pt states he has had a similar episode in the past that self resolved. He did not seek treatment for this episode. The pt has been otherwise healthy. Denies any chest pain, shortness of breath, any headache, any recent trauma or fall, any seizure, any abdominal pain, any rash, any weakness before onset of sx today.

ROS: See HPI, otherwise negative

MEDICATIONS: I agree with the patient medications as charted by the RN.

ALLERGIES: I agree with the allergies as charted by the RN.

PAST MEDICAL HISTORY/PAST SURGICAL HISTORY: Reviewed and agree as charted by RN.

BEASLEY, BRENT E
 - 34y M - W

# WakeMed Emergency Services Raleigh Campus - Raleigh, NC 27610

| | |
|---|---|
| 10:24<br>02/10/08 | problem for you in any way? No <EMC> |
| 10:24 | Advance directives: <EMC> |
| 02/10/08<br>10:24 | Living will: No <EMC> |
| 02/10/08<br>10:24 | ED Nursing Assessment: Neuro assessment includes: patient opens eyes spontaneously, oriented verbal response, patient follows commands, Right upper extremity, Right lower extremity, normal strength, Left upper extremity, Left lower extremity and weak patient is alert, speech is slurred, mildly gait not tested at this time due to patient's condition, Right pupil and Left pupil reactive to light . Pulmonary assessment includes: No pulmonary distress noted. . Cardio assessment includes: patient denies chest pain . Gastro assessment includes: the abdomen is soft and the abdomen is nontender . Genito assessment includes: denies any genitourinary problems . Integ assessment includes: skin is normal in appearance, skin is cool, skin is dry and Capillary refill time 2-3 seconds . Pain scale: The patient is not experiencing pain at this time.<br><EMC><br>Note:<br><EMC>parents at bedside |
| 02/10/08<br>10:25 | Cardiac Monitoring: The patient is on a cardiac monitor per ED standing orders or ED MD order and shows the following rhythm: normal sinus rhythm . Additionally the patient shows no ectopy. <EMC> |
| 02/10/08<br>10:25 | Nursing treatment order(s) completed. See documentation. .<br><EMC> |
| 02/10/08<br>10:26 | Nurses Note: Dr. Palombaro in with pt at this time <EMC> |
| 02/10/08<br>10:37 | Nurse's Note 2: Dr. Konanc (Neurology) here at this time to see pt <EMC> |
| 02/10/08<br>10:51 | The following care has been completed: Portable x-ray completed <EMC> |

| 02/10/08<br>11:00 | **Temp(F)** | **Rt.** | **Pulse** | **Resp** | **Syst** | **Diast** | **Pos.** | **O2 Sat** | **FSBS** | **Pain Sc** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 72 | 18 | 121 | 72 | S | 98%RA | | 0 |

**02/10/08**
**11:13**    Medication Administration: ACTIVASE (TPA) 7.9 mg IV bolus SIVP <EMC>

**02/10/08**
**11:15**    Medication Administration: ACTIVASE (TPA) infusing at 71 mg/hr via pump over 1 hour <EMC>

| 02/10/08<br>11:15 | **Temp(F)** | **Rt.** | **Pulse** | **Resp** | **Syst** | **Diast** | **Pos.** | **O2 Sat** | **FSBS** | **Pain Sc** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 78 | 18 | 118 | 64 | S | 98%RA | | 0 |

BEASLEY, BRENT E

 - 34y M - W

# WakeMed Emergency Services Raleigh Campus - Raleigh, NC
## 27610

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/10/08 11:20 | Nurse's Note 3: blood bank notified of pt being given tPA <EMC> | | | | | | | | |

| 02/10/08 11:35 | Temp(F) | Rt. Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FSBS | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|
| | | 78 | 18 | 122 | 72 | S | 100%2LNC | | 0 |

02/10/08 11:35 — Neurological Exam: Muscle strength: the left leg(s) is strong against resistence , able to lift off bed the left arm(s) weak the right hand grasp strong the left hand grasp weak <EMC>

02/10/08 11:45 — Neurological exam <EMC>

02/10/08 11:46 — Nurse's Note 4: pt left urine sample in urinal. taken by another staff member and emptied without obtaining sample, Dr. Weich aware <EMC>

02/10/08 11:49 — Neurological Exam: Extremity sensation: Normal sensation was felt in all extremities when touched with a finger. <EMC>

02/10/08 11:49 — Neurological Exam: Face expression: Symmetrical <EMC>

02/10/08 11:49 — Neurological Exam: Pupils: PERRL at 4mm briskly reactive to light <EMC>

| 02/10/08 11:54 | Temp(F) | Rt. Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FSBS | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|
| | | 72 | 18 | 116 | 68 | S | 100%2LNC | | 0 |

02/10/08 11:54 — Neurological Exam: Muscle strength: the left hand grasp is weak the right hand grasp strong both lower extremities strong against resistence <EMC>

02/10/08 11:54 — Neurological Exam: Extremity sensation: Normal sensation when touched with a finger. <EMC>

02/10/08 12:11 — Neurological exam <EMC>

02/10/08 12:12 — Neurological Exam: Face expression: Symmetrical <EMC>

02/10/08 12:12 — Neurological Exam: Pupils: PERRL 4mm reactive to light <EMC>

02/10/08 12:20 — Nurses Note: pt remains awake with no c/o at this time. A&O x3. parents remain at bedside. awaiting admission orders from Intensivist. <EMC>

02/10/08 12:21 — Medication/IV Administration Completion: ACTIVASE (TPA) <EMC>

**02/10/08 12:21 — Respiratory Therapy: The following order has been completed: Nasal cannula 2 l/min <EMC>**

| 02/10/08 12:33 | Temp(F) | Rt. Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FSBS | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|

BEASLEY, BRENT E

 - 34y M - W

## WakeMed Emergency Services Raleigh Campus - Raleigh, NC 27610

|  | 71 | 18 | 118 | 70 | S | 100%2LNC |  | 0 |

| 02/10/08 12:35 | Neurological exam <EMC> |
| 02/10/08 12:35 | Neurological Exam: Muscle strength: the left hand grasp is weak the right hand grasp strong both lower extremities strong against resistence <EMC> |
| 02/10/08 12:35 | Neurological Exam: Extremity sensation: Normal sensation was felt in all extremities when touched with a finger. <EMC> |
| 02/10/08 12:35 | Neurological Exam: Face expression: Symmetrical <EMC> |
| 02/10/08 12:35 | Neurological Exam: Pupils: PERRL 3mm <EMC> |

| 02/10/08 13:09 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FSBS | Pain Sc |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  | 78 | 18 | 112 | 66 | S | 100%2LNC |  | 0 |

| 02/10/08 13:13 | Nurses Note: green arm band applied, side rails remain up x2. bed in low/locked position. <EMC> |
| 02/10/08 13:19 | Nurse's Note 2: Dr. Feinson in with pt at this time <EMC> |

| 02/10/08 13:40 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FSBS | Pain Sc |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  | 72 | 18 | 110 | 60 | S | 100%2LNC |  | 0 |

| 02/10/08 13:40 | Neurological exam <DSB> |
| 02/10/08 13:40 | Neurological Exam: Extremity sensation: Normal sensation and was felt in both right arm(s) lower leg(s) A numb sensation left arm(s) lower leg(s) when touched with a finger. <DSB> |
| 02/10/08 13:40 | Neurological Exam: Face expression: Asymmetrical <DSB> |
| 02/10/08 14:02 | Neurological Exam: Muscle strength: Flexion ofExtension of the right arm(s) leg(s) is strongFlexion ofExtension of the left arm(s) weakFlexion ofExtension of the left arm(s) weak . L leg is stronger than the arm. L arm too weak for patient to hold up. Speech is clear <DSB> |
| 02/10/08 14:04 | Neurological Exam: Pupils: PERRL briskly reactive to light <DSB> |

| 02/10/08 14:16 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FSBS | Pain Sc |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  | 72 | 18 | 114 | 64 | S | 100%2LNC |  | 0 |

| 02/10/08 14:34 | The following care has been completed: POC testing completed. See chart. <EMC> |

BEASLEY, BRENT E

 - 34y M - W

# WakeMed Emergency Services Raleigh Campus - Raleigh, NC 27610

SOCIAL HISTORY: Denies any tobacco, occasional Etoh, denies any drugs

FAMILY HISTORY: grandma had stroke, no hx of early strokes in the family

EXAM:
Reviewed vital signs as charted by RN.
CONSTITUTIONAL: Alert and oriented and responds appropriately to questions. Well-appearing; well-nourished; in no acute distress
HEAD: Normocephalic; atraumatic, no sign of trauma
EYES: PERRL; Conjunctivae clear, sclerae non-icteric, EOMI, no neglect
ENT: normal nose; no rhinorrhea; moist mucous membranes; pharynx without lesions noted
NECK: Supple without meningismus; non-tender; no cervical lymphadenopathy, no masses, Sternocleidomastoid strength 5/5 bilaterally
CARD: RRR; no murmurs, no clicks, no rubs, no gallops; symmetric distal pulses
RESP: Normal chest excursion without splinting or tachypnea; breath sounds clear and equal bilaterally; no wheezes, no rhonchi, no rales,
ABD/GI: Normal bowel sounds; non-distended; soft, non-tender, no rebound, no guarding; no palpable organomegaly or masses.
BACK: The back appears normal and is non-tender to palpation, there is no CVA tenderness
EXT: no edema, good cap refill
SKIN: Normal color for age and race; warm; dry; good turgor; no acute lesions noted
NEURO: Cranial nerve 2-12 individually tested and intact. Sensation intact bilaterally to soft touch, Motor. Right UE and right LE 5/5. Left upper extremity- unable to move against gravity, left lower extremity- unable to move against gravity, reflexes- brachial, patellar 2+ bilaterally, Left Babinski upgoing, right Babinski downgoing, no pronator drift on right, unable to test on left. Cerebellar- finger nose finger intact on right, unable to test on left
PSYCH: The patient's mood and manner are appropriate. Grooming and personal hygiene are appropriate.

MEDICAL DECISION MAKING: Pt is an otherwise healthy 34 yo who presents with left sided weakness that started at 830a. Pt with NIH SS of 8. Will get basic labs, cardiac labs, stat head CT. Neurology aware of pt and will be down to see pt.
Acute Stroke Guidelines
NIH Stroke Scale
CAW:Carolyn A. Wiech, RES 02/10/08 09:57
CAW:Carolyn A. Wiech, RES 02/10/08 10:45
CAW:Carolyn A. Wiech, RES 02/10/08 10:53

## PROGRESS/CONSULT NOTES
CONSULT NOTE: spoke with Dr. Konac, neurologist on patient arrival. He will come in to evaluate patient. JFP 02/10/08 10:14
PROGRESS NOTE: on return from CT scan, still with left-sided weakness, unable to lift his left arm, minimal grip on his left hand, able to move his left leg slightly, but not much change from

BEASLEY, BRENT E
 - 34y M - W

## WakeMed Emergency Services Raleigh Campus - Raleigh, NC 27610

previously. JFP 02/10/08 10:14
PROGRESS NOTE: Neurology in evaluating pt. Head CT final read negative. Family in with pt. Vitals are stable. CAW 02/10/08 10:45
PROGRESS NOTE: Neurology out of room. States to start tPA. Neurology filling out tPA paperwork. CAW 02/10/08 10:52
PROGRESS NOTE: Pt able to lift left leg off the bed. Strength in left leg still decreased when compared to the right but improved from last exam. Strength in left arm still decreased. Able to partially lift left elbow off exam table. Pt with no new complaints at this time. CAW 02/10/08 11:46
PROGRESS NOTE: Neuro check. Pt still unable to lift left arm off the bed. Continues to have poor grip strength. Pt is able to lift left leg off the bed and is able to lift against resistance. CAW 02/10/08 12:12
PROGRESS NOTE: Pt continues to have decreased strength in the left arm. Continues to have improvement in his left leg. CAW 02/10/08 14:19
PROGRESS NOTE: Pt continues to have decreased strength of left arm. Able to fully move left leg. CAW 02/10/08 17:12

JFP:James F. Palombaro, MD 02/10/08 10:14
CAW:Carolyn A. Wiech, RES 02/10/08 10:45
CAW:Carolyn A. Wiech, RES 02/10/08 10:52
CAW:Carolyn A. Wiech, RES 02/10/08 11:46
CAW:Carolyn A. Wiech, RES 02/10/08 12:12
CAW:Carolyn A. Wiech, RES 02/10/08 14:19
CAW:Carolyn A. Wiech, RES 02/10/08 17:12

## ORDERS

Lab
Category: Point of Care Test(s); Test: FSBS STAT < James F. Palombaro, MD 2/10/2008 09:40>

Category: Panels; Test: Test: ER Cardiac Labs; Priority: STAT; Body Site: BLOOD < James F. Palombaro, MD 2/10/2008 09:40>

Category: Hematology; Test: FIBRINOGEN QUANTITATIVE; Priority: STAT; Body site: BLOOD [Reference: 414976-1-9] < James F. Palombaro, MD 2/10/2008 09:40>

Category: Adult Freq Ordered; Test: Test: Hepatic Functional Panel; Priority: STAT; Body site: BLOOD; [Reference: 414976-1-10] < James F. Palombaro, MD 2/10/2008 09:40>

Category: Adult Freq Ordered; Test: Test: Protime (PT); Priority: STAT; Body Site: BLOOD; Date/time of last dose: Unknown; [Reference: 414976-1-11] < James F. Palombaro, MD 2/10/2008 09:40>

Category: Adult Freq Ordered; Test: Test: APTT; Priority: STAT; Body Site: BLOOD; Date/time of last dose: Unknown; [Reference: 414976-1-12] < James F. Palombaro, MD 2/10/2008 09:40>

Category: Adult Freq Ordered; Test: Test: BB-Type and Screen; Priority: STAT; Body Site:

BEASLEY, BRENT E
 - 34y M - W

# EXHIBIT C

Claims Services Provided by

**The Prudential Insurance Company of America**

Susan Zaharuk
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 85754
Fax: (877) 889-4885
Website: **www.prudential.com/disability**

March 11, 2008

Brent Beasley
112 Gorecki Place
Cary, NC  27513

Claimant: Brent Beasley

████████████████

Control No./Br.: 39900 / 0B041

lııldlıılılılıııldlııllıulıll

Dear Mr. Beasley:

We have completed our review of your claim for Short Term Disability (STD) benefits under the Nortel Group STD Plan. We have determined that you are eligible to receive STD benefits for the period of February 11, 2008, to April 13, 2008. This letter will explain our decision.

To be eligible to receive STD benefits, covered employees must meet all contractual requirements including the following definition of "Disability":

You are considered Totally Disabled for STD purposes when a Physician submits documentation that is approved by the Claims Administrator, Prudential, which establishes you are unable to perform the essential functions of your job. This means that you can't perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for STD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required time.

In addition, the Plan further states:

Disabilities due to a sickness or injury, which as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
    - Part-time or Modified Work Schedules
    - Home Based Work
    - Reassignment to Vacant Positions
    - Acquisition or modification of tools, equipment, and/or furniture
    - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

Administratively, STD benefits will begin on the sixth consecutive working day of your disability due to Illness or Accident. The first five days are considered a waiting period (a period of illness that must occur before your STD benefit begins) to determine if you will progress to STD. If you do progress to STD, this five-day period counts towards your total period of disability as week one of your six weeks of 100% pre-disability FLEX Earnings. These benefits end when your eligibility ends, you are no longer Totally Disabled, your employment with the Employers that sponsor the Plan ends, or you have received 26 weeks of STD benefits.

The medical information submitted with your claim supports a period of Disability through April 13, 2008. Therefore, STD benefits have been authorized through this date. Should you wish to pursue benefits beyond April 13, 2008, please submit additional documentation regarding your condition and treatment. This information should be submitted by April 13, 2008. Prior to closing your claim, we will contact you regarding your return to work and to request a return to work statement signed by your physician.

**A Return to Work Statement signed by the physician must be sent to Prudential prior to or on your first day back to work.**
> Prudential Insurance Company
> Phone 1-800-842-1718 Ext. 85754
> Fax# (877) 889-4885

**Also, please ensure that your manager contacts HR Shared Services** at the following e-mail address usstdltd@nortel.com within 48 hours after your return to work to confirm your return to work date to avoid a pay discrepancy.

If you have any questions, please contact me at (800) 842-1718, extension 85754.

Sincerely,

*Susan Zaharuk*

Susan Zaharuk
Disability Claim Manager

Claims Services Provided by

**The Prudential Insurance Company of America**

**Nicole R Oneal**
STD Claims Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 86688
Fax: (877) 889-4885
Website: www.prudential.com/disability

August 1, 2008

Brent Beasley
112 Gorecki Place
Cary, NC 27513

Claimant: Brent Beasley

Control No./Br.: 39900 / 0B041

l..l.ll...l.l.l....ll..ll...l.ll

Dear Mr. Beasley:

We have completed our review of your claim for Short Term Disability (STD) benefits under the Nortel Group STD Plan. We have determined that you are eligible to receive STD benefits for the period of February 11, 2008 to August 10, 2008. This letter will explain our decision.

To be eligible to receive STD benefits, covered employees must meet all contractual requirements including the following definition of "Disability":

You are considered Totally Disabled for STD purposes when a Physician submits documentation that is approved by the Claims Administrator, Prudential, which establishes you are unable to perform the essential functions of your job. This means that you can't perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for STD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be terminated if you do not provide such objective proof of your Claim within the required time.

In addition, the Plan further states:

Disabilities due to a sickness or injury, which as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but not are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

Administratively, STD benefits will begin on the sixth consecutive working day of your disability due to Illness or Accident. The first five days are considered a waiting period (a period of illness that must occur before your STD benefit begins) to determine if you will progress to STD. If you do progress to STD, this five-day period counts towards your total period of disability as week one of your six weeks of 100% pre-disability FLEX Earnings. These benefits end when your eligibility ends, you are no longer Totally Disabled, your employment with the Employers that sponsor the Plan ends, or you have received 26 weeks of STD benefits.

The medical information submitted with your claim supports a period of Disability through June 29, 2008. Therefore, STD benefits have been authorized through this date only. Should you wish to pursue benefits beyond this date, please submit additional documentation regarding your condition and treatment. This information should be submitted by August 15, 2008. If we do not hear from you, we will assume you have recovered and your claim will be closed. Prior to closing your claim, we will contact you regarding your return to work plan and to request a return to work statement signed by your physician if applicable.

We realize there may be factors of which we are unaware, and if you feel this claim termination is incorrect, we will review any evidence you may wish to submit which will support your appeal and, if the information warrants, alter our decision.

If you decide to appeal our decision, your appeal must be in writing and must contain the following information:

- the reason for appeal and/or disagreement
- the insured's name and claim number, and
- medical evidence or documentation to support your position.

Evidence of documentation may include but is not limited to such material as:

- copies of physical therapy treatment notes,
- any other treatment records from physicians
- actual test results (e.g., MRI, EKG) or
- functional capacity results.

Your written request for review must be sent **within 180 days of receipt of this letter** and state the reason why your claim should not have been terminated. Include any documentation that supports your claim. A determination on your claim appeal will be made within 45 days of the receipt of your appeal request. This period may be extended by 45 days if special circumstances

require an extension of time. A written notice of the extension, the reason for the extension, and the date by which the Appeals Review Unit expects to render a decision shall be furnished to you within the initial 45-day period. However, if the Appeals Review Unit requests additional information from you and you fail to respond, this period of time may be extended until you provide the requested information.

Nothing contained in this letter should be construed as a waiver of any rights or defenses under the plan. This determination has been made in good faith without prejudice under the terms and conditions of the contract, whether or not specifically mentioned herein. Should you have information which would prove contrary to our determination, please submit it to us per the process outlined above. We will be pleased to review any objective information you may wish to submit.

Our decision to terminate your claim is based on the information in our file. If you are not satisfied or do not agree with the reason(s) for the termination your claim, you or your authorized representative may appeal the decision to:

Appeals Review Unit
Prudential Insurance Company
Disability Management Services
P.O. Box 13480
Philadelphia, PA 19176

Your claim for Short-Term Disability benefits has been terminated and if you have not yet returned to work, Nortel may be placing you in an unpaid leave status. If you wish to continue your FLEX Benefits coverages during a period of unpaid leave, you will be responsible for making monthly FLEX Benefits payments to a third party billing service. Please contact HR Shared Services at 1-800-676-4636 to discuss your benefits continuation and to request monthly billing for your FLEX Benefits. Otherwise, your FLEX Benefits will end at the end of the month in which this letter is dated.

**A Return to Work Statement signed by the physician must be sent to Prudential prior to or on your first day back to work.**

Prudential Insurance Company
Phone 1-800-842-1718 Ext. 86688
Fax# (877) 889-4885

**Also, please ensure that your manager contacts HR Shared Services** at the following e-mail address usstdltd@nortel.com within 48 hours after your return to work to confirm your return to work date to avoid a pay discrepancy.

Please feel free to contact us at (800) 842-1718, extension 86688 with any questions.

Sincerely,

*Nicole R Oneal*

Nicole R Oneal
STD Claims Examiner

# EXHIBIT D



**United States Benefits**
**Personalized Enrollment Worksheet**

This worksheet shows your eligible Benefits selections. Your current Benefits selections are marked with a *. Before you start, please review the enrollment materials. They include details on eligibility, Benefits Earnings, tax implications, making changes and other important information.

See your enrollment materials for further details.

| Name: | Brent Beasley |
|---|---|
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 68000.00 |
| Event: | Annual Enrollment |
| Prepared On: | 09/29/2008 |

Your current Benefit coverage (if available) is noted on pages 1, 2, 3, and 4.

## BEFORE-TAX SELECTIONS

| **Medical**<br>(Any negative costs represent Benefit Credit Income to you) | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| 80/60 PPO, Anthem | $ 13.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| * 90/70 PPO, Anthem | * $ 25.34 | $ 0.00 | $ 0.00 | $ 0.00 |
| Waived Medical | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ _25.34_ (a)

Does your spouse/DP have access to employer-provided medical coverage elsewhere? ___ yes ___ no
If you choose yes, a spousal/DP bi-weekly access fee of $50 will apply. See Enrollment Guide for additional information.

Bi-weekly Fee: $ _____ (b)

| **Dental/Vision/Hearing Care** | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| * Dental/Vision/Hearing, Comp | * $ 4.39 | $ 0.00 | $ 0.00 | $ 0.00 |
| Dental/Vision/Hearing, Plus | $ 8.84 | $ 0.00 | $ 0.00 | $ 0.00 |
| Dental/Vision/Hearing, Waived | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ _4.39_ (c)

| **Health Care Reimbursement Account** | Minimum | Maximum |
|---|---|---|
| Health Care Reimbursement Acct | $ 120.00 | $5,200.00 |

You must enroll each year. Your contribution does not carry over from year to year.

Annual Contribution: _____ (d)

| **Dependent Care Reimbursement Account** | Minimum | Maximum |
|---|---|---|
| Dependent DayCare Reim. Acct | $ 120.00 | $5,000.00 |

You must enroll each year. Your contribution does not carry over from year to year.

Annual Contribution: $ _____ (e)

**Page 1 Subtotal: Cost Per-Pay-Period**
Add the amounts shown above (a through e) in the right column of this worksheet and enter the total here.

$ _____ (f)

Brent Beasley                    ███████                    09/29/2008                    Page 2

## BEFORE-TAX SELECTIONS (continued)

### Short Term Disability

You cannot make changes to this benefit until you have returned to Active Work for 30 consecutive days.                    $ _____ (g)

### Long Term Disability

You cannot make changes to this benefit until you have returned to Active Work for 30 consecutive days.                    $ _____ (h)

## AFTER-TAX SELECTIONS

### Core Employee Life Insurance
Core coverage is provided at no cost to you; however, there are tax implications when Benefits Earnings are greater than $50,000

|  | |
|---|---|
| 50,000 Core Life Insurance | $ 0.00 |
| * 1x Benefits Earnings | $ 0.00 |

Choosing $50,000 Core Life requires a completed Core Life Waiver Form

| Optional Employee Life Insurance | Non-Smoker | Smoker |
|---|---|---|
| 1x Benefits Earnings | $ 1.41 | $ 1.60 |
| 2x Benefits Earnings | $ 2.82 | $ 3.20 |
| * 3x Benefits Earnings | * $ 4.24 | $ 4.80 |
| 4x Benefits Earnings | $ 5.65 | $ 6.40 |
| 5x Benefits Earnings | $ 7.06 | $ 8.00 |
| No Optional Coverage | $ 0.00 | $ 0.00 |

You may only retain or decrease you current coverage level during this enrollment.                    $ _____ (i)

### Dependent Life Insurance - Spouse/Domestic Partner (DP)
The cost of life insurance for your spouse/DP is based on his or her age. Costs for a spouse/DP whose date of birth is on record are shown below. See Optional Spousal/DP Life Insurance Costs worksheet in your enrollment materials. Calculate the cost based on how much coverage you want to purchase and enter the per-pay-period cost on line (j).

| | |
|---|---|
| No Coverage | $ 0.00 |

$ _____ (j)

### Page 2 Subtotal: Cost Per-Pay-Period
Add the amounts shown above (g through j) in the right column of this worksheet and enter the total here.                    $ _____ (K)

Brent Beasley    09/29/2008    Page 3

## AFTER-TAX SELECTIONS (continued)

### Dependent Life Insurance - Child(ren)
Cost shown is the total for all Child(ren).  Age limits may apply.

| | |
|---|---|
| No Coverage | $  0.00 |
| $5,000 Per Child | $  0.18 |
| $10,000 Per Child | $  0.36 |
| $15,000 Per Child | $  0.55 |

$ _____ (l)

| Accidental Death and Dismemberment | You Only | You & Family |
|---|---|---|
| 1x Benefits Earnings | $  0.35 | $  0.63 |
| 2x Benefits Earnings | $  0.69 | $  1.26 |
| 3x Benefits Earnings | $  1.04 | $  1.88 |
| 4x Benefits Earnings | $  1.38 | $  2.51 |
| *  5x Benefits Earnings | *  $  1.73 | $  3.14 |
| No Optional AD&D Coverage | $  0.00 | $  0.00 |

You may only retain or decrease you current coverage level during this enrollment.

$ _____ (m)

### Page 3 Subtotal: Cost Per-Pay-Period
Add the amounts shown above (l plus m) in the right column of this worksheet and enter the total here.

$ _____ (n)

### Effect on Your Pay

Enter the total cost per-pay-period of your selections here:

$ _____ (f+k+n)

NOTE: Please double-check your selections above. These selections are final.
Please keep a copy of this completed worksheet for your personal records.  If you complete your enrollment using the Employee Self Service Enrollment Tool, please print your confirmation statement.

## DEPENDENT INFORMATION

Review the information below for all your eligible dependents, even if you are not enrolling them in a Medical or Dental/Vision/Hearing Care option, so that they will have access to the Employee Assistance Program. Refer to your Benefits enrollment materials for a definition of eligible dependents. If you need to update/correct your dependent information, mark the changes below and contact HR Shared Services at ESN 355-9351, 919-905-9351, or toll-free at 1-800-676-4636.

**Relationship Code**
S = Spouse
D = Domestic partner (see NOTE below)
C = Child (under age 19; until age 25 if full-time student)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| | Name | Soc. Sec. | Relationship | Gender | Date of Birth |
|---|---|---|---|---|---|
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |

NOTE: Call Shared Services at ESN 355-9351, 919-905-9351, or 1-800-676-4636 if you have any questions or wish to enroll a domestic partner for Medical and/or Dental/Vision/Hearing Care coverage.
**Please do not enroll a domestic partner as a spouse; doing so constitutes fraud and will be dealt with accordingly.**

Also, if you are a smoker, it is your responsibility to identify yourself as a smoker; otherwise, your beneficiary(ies) could be denied Life Insurance benefits in the future due to your falsely claiming a non-smoker status.

If you need assistance in completing your enrollment and/or updating your dependent data, please call HR Shared Services at the number above.

Brent Beasley
112 Gorecki Place

Cary, NC  27513

# EXHIBIT E

Claims Services Provided by

**The Prudential Insurance Company of America**

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 85599
Fax: (877) 889-4885
Website: www.prudential.com/disability

November 6, 2008

Brent Beasley
112 Gorecki Place
Cary, NC  27513

Claimant: Brent Beasley

████████████████

Control No./Br.: 39900  /  0B057

Dear Mr. Beasley:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Nortel Group LTD Plan. We have determined that you are eligible for benefits effective August 11, 2008.

In order to receive benefits under the Nortel Group LTD Plan, covered employees must meet all contractual requirements including the following definition of Disability:

> "You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

> During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

In addition, the plan further states that:

> Disabilities due to sickness or injury, which as determined by the Claims Administrator, are primarily abased on self-reported symptoms, have limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidences not submitted or changes in the treatment plan or more aggressive

treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period.

The Plan also has the following 24-month Behavioral Illness Limitation:

For total disabilities due to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24- month period, benefits will continue during your Hospital confinement.

Prudential will be responsible for determining if your disability meets the above definitions of Disability, and has the right to require that you be examined by a Physician of our choosing.

Preexisting Conditions Exclusion:

If you are a newly hired Employee, you will not be covered for LTD benefits if a Total Disability occurs within 12 months after your LTD plan coverage is initially effective and if the disability is caused by or in any way related to a " Preexisting Condition" that existed within 90 days of your coverage Effective Date.

A Preexisting Condition" is an illness, injury, or condition for which you:

- Received treatment or services from a Physician,
- Took drugs or medications prescribed by a Physician
- Incurred expenses, or
- Received a diagnosis

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $5,666.67 |
| Scheduled LTD Benefit (66.667%) | $3,777.80 |
| | |
| Less Medical Insurance Premium | -$51.21 |
| Less Dental/Vision/Hearing Premium | -$7.63 |
| Adjusted Benefit | $3,718.96 |

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month.   Your LTD benefit is subject to Federal Income Tax (FIT) withholding and we will withhold FIT in accordance with your W4 selection.

Under the Nortel Group LTD Plan, LTD benefits will be reduced by other sources of income payable to you or your family members as a result of your disability, so that the sum of your LTD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not yet have received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),
- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and
- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:
  - o Unemployment compensation benefits,
  - o No-fault wage replacement benefits,
  - o Statutory disability benefits,
  - o Social Security benefits (if a family offset is applicable, the family offset will be applied against your LTD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and,
  - o the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan.

Under the Nortel Group LTD Plan, you may be required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level.  We will be further contacting you in regards to assisting you in the SSDB appeal process should your claim be denied.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid.  The Prudential will expect reimbursement of this overpayment in a lump sum in accordance with the terms of your "Reimbursement Agreement."

Once you have a date for return to work, please call 1-(800)-842-1718, or access the Disability Management Services website at www.prudential.com/disability at any time to provide the dates to our office. You will be prompted to provide your Social Security Number and Date of Birth to begin reporting your information. The dates entered will be reported to your Claim Manager, and your claim will be handled accordingly. You will receive written confirmation that the information has been received and your claim has been handled.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim or payments, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,

*Janie Reid*

Janie Reid
Disability Claim Manager

cc:   Nortel Networks, Inc. , Benefits Administrator

# EXHIBIT F

## Sworn Affidavit

My name is Brent Beasley, I was senior sales compensation analyst at Nortel. I went out on disability in 2008.

I swear the following things are true.

- During or around 2009, I called Nortel concerned that the Nortel bankruptcy would affect my benefits, I was told by a Nortel HR representative that the Nortel bankruptcy would not affect my benefits and I would receive benefits until age 65 as long as I met the criteria for being disabled.
- I was told by a Nortel HR representative that for the year that I went out on disability, my LTD benefits were frozen for that plan year going forward. This information from the Nortel HR representative is confirmed by the '2009 Health and Group benefits enrollment overview guide', pg 10. that the 2008 SPD plan applies to me.
- During or around 2009, I called Prudential concerned that the Nortel bankruptcy would affect my benefits, I was told by a Prudential representative that the Nortel bankruptcy would not affect my benefits and I would receive benefits until age 65 as long as I met the criteria for being disabled.

Brent Beasley                                          Date

_Brent Beasley_                          10 | 10 | 2012

_Ashley Jackson_

Ashley Jackson
Notary Public
Sampson County,
North Carolina
My Commission Expires 1-30-2014

# EXHIBIT G

# ELIGIBILITY and Coverage



Go to Health N-site at **www.NortelHealthN-site.com** for information about your eligibility and your family's eligibility for Nortel benefits, including special rules that apply if more than one family member works at Nortel.

In general, any changes to your current benefits coverage during annual enrollment will take effect on January 1, 2009 and continue through December 31, 2009. You can't make any changes to your coverage during the year unless you experience a qualified change in status. For information on qualified changes in status, visit Health N-site at **www.NortelHealthN-site.com**.

In certain situations, changes to life insurance, LTD, STD and/or AD&D insurance may have different effective dates, as follows:

- Life insurance coverage that requires Evidence of Insurability (EOI) will be effective on the date the coverage is approved by The Prudential Insurance Company of America (Prudential).

- If you're on STD or LTD on January 1, 2009 (regardless of your annual enrollment choices), your 2008 STD, LTD, optional life insurance and optional AD&D insurance choices will stay in effect until you return to work for 30 consecutive days.

For more information, visit Health N-site at **www.NortelHealthN-site.com**.

# EXHIBIT H

I. EMPLOYEE DATA

Notice Date: 2010/08/31

Employee: Brent Beasley

Continuous Service Date: 2007/03/05

Employment Termination Date: 2010/08/31

Employee Home Address:

112 GORECKI PLACE
CARY
NC      27513

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC  27709-3010
1-800-676-4636

Severance Eligibility Date: 2007/03/05

Severance Stop Date: 2010/10/19

Severance Period (for employees with at least 6 months of service): 7
(Number of Weeks to Commence Following Termination Date)

# EXHIBIT I



BEASLEY, BRENT
7/2/2010

AGE: 36
John F Rhodes, MD

July 2, 2010

Allsup
300 Allsup Place
Belleville, Ill 62223

Re: Brent Beasley,

To Whom It May Concern:

This letter is in regards to Brent Beasley, and his request for Social Security Disability/Medicare. Mr. Beasley has been under my care for closure of his Patent Foramen Ovale (PFO) following his right sided stroke in February of 2008. Following his stroke in 2008, he had residual left sided weakness requiring inpatient and outpatient rehabilitation. At that time, he was found to have an aneurysmal PFO and was referred to me for closure of this defect. Mr. Beasley's PFO was closed on April 18, 2008. Following closure of the PFO, he continued to have symptoms of fatigue, and was found to have residual shunting through his previously placed device, which caused symptoms of systemic hypoxemia. He subsequently underwent closure of the residual leak, through the previously placed device, on April 3, 2009, with no residual shunting. Mr. Beasley has also been diagnosed with postural orthostatic tachycardia syndrome, secondary hyperventilation, and secondary vasovagal presyncope. He has undergone many tests and multiple subspecialty evaluations, without successful diagnosis of the etiology of his symptoms. He continues to have shortness of breath, quick fatigue, light headedness, and palpitation symptoms with minimal activity.

Mr. Beasley's symptoms of early fatigue, presyncope with position change, and shortness of breath with minimal daily activities severely him to a point where he is unable to maintain a job. This symptom complex outlined above, as well as some residual left sided weakness from his stroke in February of 2008, has made him totally disabled since the time of the stroke in February of 2008, and unable to return to work.

Should you have further questions or need additional information, please do not hesitate to contact our office at

Sincerely,

John F. Rhodes, Jr., M.D.
Chief of Clinical Cardiology,

1

BEASLEY, BRENT
7/2/2010

AGE:  36
John F Rhodes, MD

Director, Pediatric Cardiac Cath Lab
Duke University Medical Center

*John Rhodes MD /asy*

John F. Rhodes, Jr., MD
Assistant Professor of Pediatrics
Pediatric Cardiology
DUMC 3090
Room 7506, Duke North
Durham, NC  27710

JFR/ag

Dictated on:    07/10/2010
Transcribed on: 07/10/2010

CC:

# EXHIBIT J



**UNC**
**SCHOOL OF MEDICINE**
D E P A R T M E N T   O F
N E U R O L O G Y

November 23, 2010

Re:  Brent Beasley, ███████████

To whom it may concern:

I am writing this letter on behalf of, and at the request of, Mr. Brent Beasley.  I have seen him as a patient in the UNC Neurology Clinic since 05/20/10.  He has a diagnosis of dysautonomia, based on clinical evaluation and standardized diagnostic testing, as well as a history of an ischemic cerebral infarct or stroke.  His dysautonomia, called Postural Orthostatic Tachycardia Syndrome (POTS), causes him to have severe generalized fatigue, tachycardia or racing heart rate, shortness of breath and dizziness.  Generally, the symptoms are exacerbated by standing or any physical activities, however minor, but he also reports that the symptoms may occur while he is seated and resting.  Mr. Beasley also has intermittent heart palpitations which may occur even when he is lying down, which are also disabling to him.  Because of the severity and pervasiveness of his symptoms, he is unable to accomplish activities of daily living without worsening his symptoms.  Currently, because of his medical condition I believe he is unable to function at a physical level to sustain employment at any job position.

Although the patient has tried various medical therapies for his condition, the results to date, in terms of measurable clinical and functional improvement, have been poor unfortunately.  As of the last time that I evaluated the patient in clinic, on 09/23/10, the patient and his family reported to me that his status continues to deteriorate in terms of his ability to perform his day-to-day functions even now.

Please contact me at ████████████ if you have any questions.  Thank you for your consideration in this matter.


Sincerely,

*Caroline M Klein, MD, PhD*

Caroline M. Klein, M.D., Ph.D.
Assistant Professor

cc:  Medical Records; Brent Beasley, 541 Ammons Road, Dunn, NC 28334