# EXHIBIT S

## SUMMARY ANNUAL REPORT FOR
## NORTEL NETWORKS VOLUNTARY EMPLOYEE BENEFICIARY ASSOCIATION PLAN

This is a summary of the annual report of the NORTEL NETWORKS VOLUNTARY EMPLOYEE BENEFICIARY ASSOCIATION PLAN a health, life insurance, dental, vision and long-term disability plan (employer identification number 04-2486332) for the plan year ending 12/31/2008. The annual report has been filed with the Employee Benefits Security Administration, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Insurance Information

The plan has contracts with EXCELLUS BLUECROSS BLUESHIELD, ROCHESTER, KAISER FOUNDATINONHEALTH PLANS, INC., HARVARD PILGRIM HEALTH CARE, HARVARD PILGRIM HEALTH CARE, KAISER PERMANENTE, PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL INSURANCE COMPANY OF AMERICA, EYEMED VISION CARE, EYEMED VISION CARE, EYEMED VISION CARE, EYEMED VISION CARE, EYEMED VISION CARE and HAWAII MEDICAL SERVICES ASSOCIATION to pay certain Kaiser Foundation Health Plans, Inc, Excellus-Blue Cross BlueShield of Rochester Area, Harvard Pilgr claims incurred under the terms of the plan. The total premiums paid for the plan year ending 12/31/2008 were $7,139,472.

### Basic Financial Statement

The value of plan assets, after subtracting liabilities of the plan, was $0 as of the end of plan year, compared to $15,179,224 as of the beginning of the plan year. During the plan year the plan experienced a change in its net assets of $-15,179,224. This change includes unrealized appreciation and depreciation in the value of plan assets; that is, the difference between the value of the plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of assets acquired during the year. During the plan year, the plan had total income of $137,448,860 including employer contributions of $96,739,948, employee contributions of $34,755,004, gains/(losses) of $5,198,103 from the sale of assets, and earnings from investments of $578,845. Plan expenses were $138,256,447. These expenses included $8,449,785 in administrative expenses, $129,806,662 in benefits paid to participants and beneficiaries, and $0 in other expenses.

### Your Rights to Additional Information

You have the right to receive a copy of the full annual report, or any part thereof, on request. The items listed below are included in that report:

1.  An accountant's report.

2.  Financial information and information on payments to service providers.

3.  Assets held for investment.

4.  Transactions in excess of 5 percent of the plan assets.

5.  Insurance information including sales commissions paid by insurance carriers.

You have the right to receive a copy of the full annual report, or any part thereof, on request. To obtain a copy of the full annual report, or any part thereof, write or call Nortel HR Shared Services, Mail Stop 570/02/0C2 P.O. Box 13010, Research Triangle Park, NC 27709-3010, (800) 676-4636

You also have the legally protected right to examine the annual report at the main office of the plan: Nortel HR Shared Services, 4001 East Chapel Hill Nelson Highway, Research Triangle Park, NC 27709-3010 and at the U.S. Department of Labor in Washington, D.C., or to obtain a copy from the U.S. Department of Labor upon payment of copying costs. Requests to the Department should be addressed to: Public Disclosure Room, Room N-1513, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

# SUMMARY ANNUAL REPORT FOR
## NORTEL NETWORKS VOLUNTARY EMPLOYEE BENEFICIARY ASSOCIATION PLAN
### REVISED OCTOBER 27, 2009

This is a summary of the annual report of the NORTEL NETWORKS VOLUNTARY EMPLOYEE BENEFICIARY ASSOCIATION PLAN a health, life insurance, dental, vision and long-term disability plan (employer identification number 04-2486332) for the plan year ending 12/31/2008. The annual report has been filed with the Employee Benefits Security Administration, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

Please Note:  Funding to the VEBA from the employer, NNI, occurs as claims and expenses are incurred.  The negative value of plan assets after subtracting liabilities is normal and is the result of outstanding claims and expenses that have not yet been submitted to the VEBA for payment from the vendors.  The negative amount is funded as claims are submitted for payment.

## Insurance Information

The plan has contracts with PRUDENTIAL INSURANCE COMPANY OF AMERICA, EYEMED VISION CARE and HAWAII MEDICAL SERVICES ASSOCIATION to pay claims incurred under the terms of the plan.  The total premiums paid for the plan year ending 12/31/2008 were $7,139,472.

## Basic Financial Statement

The value of plan assets, after subtracting liabilities of the plan, was $-6,615,172 as of the end of plan year, compared to $-1,458,046 as of the beginning of the plan year. During the plan year the plan experienced a change in its net assets of $-5,157,126. This change includes unrealized appreciation and depreciation in the value of plan assets; that is, the difference between the value of the plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of assets acquired during the year. During the plan year, the plan had total income of $132,250,757 including employer contributions of $96,739,948, employee contributions of $34,755,004, gains/(losses) of $0 from the sale of assets, and earnings from investments of $578,845. Plan expenses were $137,407,883. These expenses included $8,449,785 in administrative expenses, $128,958,098 in benefits paid to participants and beneficiaries, and $0 in other expenses.

## Your Rights to Additional Information

You have the right to receive a copy of the full annual report, or any part thereof, on request. The items listed below are included in that report:

1. An accountant's report.

2. Financial information and information on payments to service providers.

3. Assets held for investment.

4. Transactions in excess of 5 percent of the plan assets.

5. Insurance information including sales commissions paid by insurance carriers.

You have the right to receive a copy of the full annual report, or any part thereof, on request. To obtain a copy of the full annual report, or any part thereof, write or call Nortel HR Shared Services, Mail Stop 570/02/0C2 P.O. Box 13010, Research Triangle Park, NC 27709-3010, (800) 676-4636

You also have the legally protected right to examine the annual report at the main office of the plan: Nortel HR Shared Services, 4001 East Chapel Hill Nelson Highway, Research Triangle Park, NC 27709-3010 and at the U.S. Department of Labor in Washington, D.C., or to obtain a copy from the U.S. Department of Labor upon payment of copying costs. Requests to the Department should be addressed to: Public Disclosure Room, Room N-1513, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

SUMMARY ANNUAL REPORT FOR
NORTEL NETWORKS VOLUNTARY EMPLOYEE BENEFICIARY ASSOC

This is a summary of the annual report of the NORTEL NETWORKS VOLUNTARY EMPLOYEE BENEFICIARY ASSOC, a health, life insurance, dental, vision and long-term disability plan (employer identification number 04-2486332), for the plan year 01/01/2009 through 12/31/2009. The annual report has been filed with the Employee Benefits Security Administration, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Insurance Information

The plan has contracts with HAWAII MEDICAL SERVICES ASSOCIATION, EYEMED VISION CARE, EYEMED VISION CARE, EYEMED VISION CARE, EYEMED VISION CARE, EYEMED VISION CARE, PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL INSURANCE COMPANY OF AMERICA, HARVARD PILGRIM HEALTH CARE, HARVARD PILGRIM HEALTH CARE, KAISER FOUNDATINONHEALTH PLANS, INC. and EXCELLUS BLUECROSS BLUESHIELD, ROCHESTER to pay certain Kaiser Foundation Health Plans, Inc, Excellus-Blue Cross BlueSh claims incurred under the terms of the plan. The total premiums paid for the plan year ending 12/31/2009 were $5,923,733.

### Basic Financial Statement

The value of plan assets, after subtracting liabilities of the plan, was $-209,958 as of the end of plan year, compared to $-6,615,172 as of the beginning of the plan year. During the plan year the plan experienced a change in its net assets of $6,405,214. This change includes unrealized appreciation and depreciation in the value of plan assets; that is, the difference between the value of the plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of assets acquired during the year. During the plan year, the plan had total income of $126,223,726 including employer contributions of $91,502,244, employee contributions of $34,657,579, gains/(losses) of $0 from the sale of assets, and earnings from investments of $63,903. Plan expenses were $119,818,512. These expenses included $8,897,993 in administrative expenses, $110,920,519 in benefits paid to participants and beneficiaries, and $0 in other expenses.

### Your Rights to Additional Information

You have the right to receive a copy of the full annual report, or any part thereof, on request. The items listed below are included in that report:

1. An accountant's report.

2. Financial information and information on payments to service providers.

3. Assets held for investment.

4. Transactions in excess of 5 percent of the plan assets.

5. Insurance information, including sales commissions paid by insurance carriers.

To obtain a copy of the full annual report, or any part thereof, write or call  Nortel Networks HR Shared Services – MS 570020C2 4001 E. Chapel Hill-Nelson Hwy P.O. Box 13010 Research Triangle Park, NC 27709 and phone number, 1-800-676-4636.

You also have the right to receive from the plan administrator, on request and at no charge, a statement of the assets and liabilities of the plan and accompanying notes, or a statement of income and expenses of the plan and accompanying notes, or both. If you request a copy of the full annual report from the plan administrator, these two statements and accompanying notes will be included as part of that report. The charge to cover copying costs given above does not include a charge for the copying of these portions of the report because these portions are furnished without charge.

You also have the legally protected right to examine the annual report at the main office of the plan: MS 570020C2 4001 E. Chapel Hill-Nelson Hwy P.O. Box 13010 Research Triangle Park, NC 27709 , and at the U.S. Department of Labor in Washington, D.C., or to obtain a copy from the U.S. Department of Labor upon payment of copying costs. Requests to the Department should be addressed to: Public Disclosure Room, Room N-1513, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

# EXHIBIT T

Claims Services Provided by

**The Prudential Insurance Company of America**

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 85599
Fax: (877) 889-4885
**Website: www.prudential.com/disability**

November 6, 2008

Brent Beasley
112 Gorecki Place
Cary, NC 27513

Claimant: Brent Beasley

Control No./Br.: 39900 / 0B057

ılıllııdlıllıııllıllıılıll

Dear Mr. Beasley:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Nortel Group LTD Plan. We have determined that you are eligible for benefits effective August 11, 2008.

In order to receive benefits under the Nortel Group LTD Plan, covered employees must meet all contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

In addition, the plan further states that:

Disabilities due to sickness or injury, which as determined by the Claims Administrator, are primarily abased on self-reported symptoms, have limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidences not submitted or changes in the treatment plan or more aggressive

Claims Services Provided by

**The Prudential Insurance Company of America**

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone:  (800) 842-1718  Ext: 85599
Fax: (877) 889-4885
Website:  www.prudential.com/disability

April 17, 2009

Brent Beasley
112 Gorecki Place
Cary, NC  27513

Claimant: Brent Beasley

██████████████████

Control No./Br.: 39900  /  0B057

Ihlhlllhlllhlllhllhllhlllllllhllhlllhlllhllhll

Dear Mr. Beasley:

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No.39900 issued to Nortel Networks, Inc.

The contract states as follows:

**Estimated Social Security Benefits:**  This section applies with respect to disability benefits under the United States Social Security Act. Periodic Benefits include benefits that would be payable if timely claim for them is made.  In the case of Social Security benefits, this includes timely and diligent application for and pursuit of benefits through each level of appeal up to and including the Administrative Law Judge level.

Until you give Prudential written proof that you have completed the application and appeal process through each level of appeal as noted above, and benefits are finally denied, Prudential may:

     (1)      estimate your monthly Social Security benefit; and
     (2)      use that amount to determine your Adjusted Benefit.

But, Prudential will not estimate Social Security benefits while your application and appeals are pending if you sign Prudential's Reimbursement Agreement.  If Prudential finds that the amount of benefits that should have been used to determine your Adjusted Benefit differs from the amount actually used, these rules apply:

If benefits have been underpaid, Prudential will make a lump sum payment to bring the total payments to the amount that should have been paid.

If benefits have been overpaid, Prudential may ask for a lump sum payment or, at its option, reduce or eliminate future payments.  If Prudential reduces or eliminates future payments, the minimum Adjusted Benefit, if any, will not apply.

On November 6, 2008, our office sent you a letter indicating your LTD benefits had been approved.  In addition, this letter requested that you sign and return the Reimbursement Agreement that was enclosed and provide us with proof of application for Social Security Disability Benefits in order to avoid your benefits being reduced by an estimated Social Security Disability Benefits (SSDB) amount.

As of April 17, 2009, we had not yet received the requested information. We sent a second letter requesting that you return the signed Reimbursement Agreement and send us proof of application for Social Security Disability Benefits.

To date, we have not received the signed Reimbursement Agreement and proof of application for Social Security Disability Benefits.

We have included another copy of the Reimbursement Agreement with this letter. This is our final request for the signed Reimbursement Agreement and proof of application for Social Security Disability Benefits. Please return the signed Reimbursement Agreement and proof of application for Social Security Disability Benefits to our office by May 1, 2009.

Failure to return the signed Reimbursement Agreement and proof of application for Social Security Disability Benefits by the above date, will result in the application of an estimated SSDB offset of $1, 906.00 a month. This offset will be directly subtracted from your LTD benefit effective May 1, 2009 in the amount of $1,906.00 a month for Primary SSDB reducing the amount of LTD benefits you are currently receiving.

If you have any questions, please contact me directly at the phone number and extension listed above.

Sincerely,
Janie Reid
Disability Claim Manager

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

September 7, 2010

Brent Beasley
112 Gorecki Place
Cary, NC  27513

Claimant: Brent Beasley

<span style="background:black">████████████</span>
<span style="background:black">████████████</span>

Control No./Br.: 39900 / 0B057

ılıdllııılıldııılldllııılıll

Dear Mr. Beasley:

We'd like to tell you about a simple and secure way to receive your benefits more quickly.

You can receive your benefit payment through direct deposit to your bank account via Electronic Funds Transfer (EFT), which offers you the following advantages:

- **Convenience** – This service is completely free of charge and easy to set up.
- **Speed** – Your disability benefit payment is deposited directly into your account on the day Prudential would normally put your payment in the mail, making your funds readily accessible.
- **Security** – You no longer have to worry about disability checks stolen or lost in the mail.
- **Tracking** – Your payments are recorded on your bank statement.

It is easy to set up EFT by choosing one of our two convenient methods. Simply (1) enroll through our Website, or (2) complete and return the enclosed EFT Authorization form to the address above. The EFT approval process takes approximately 14 business days to complete.

To enroll for EFT service **through our Website:**

1. Go to our Website - www.prudential.com/mybenefits
2. Select the "Claim Status" link in the left quadrant
3. If you are a First Time user of our Website, simply click the "First Time Logging In" link
   a. Enter your Social Security Number and Date of Birth
   b. Follow the instructions to create your secure ID and Password
   c. Then log on to the Website using the ID and Password you just created
4. If you have already created your ID and Password, you can access the Website using your ID and Password.
5. Select the "Claim Status" screen which provides you with information about your claim.
6. In the "Payment/Updates" grid, locate the Electronic Funds Transfer function and click "Update".
7. Enter your banking information into the secured Electronic Funds Transfer on-line form. Be sure to double check the accuracy of the information you enter before clicking the "Submit" button.
8. You will receive a Confirmation Number for this request. Once you have clicked the "Submit" button, do not click "Submit" again, unless you are providing updated

 **Prudential**

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19176
Tel: 800-842-1718   Fax: 877-889-4885
http://www.prudential.com/disability

## Group Disability Insurance
## Electronic Funds Transfer Authorization

**1** **Enrollment**

To enroll in Prudential's Electronic Funds Transfer (EFT) payment service, please provide the following information. If you elect to have Prudential deposit the funds in your savings account, you must first check with your bank to obtain the correct bank transit routing number and account number for electronic deposit. Please note that a deposit slip does not contain acceptable banking information. If you have any questions, please call us toll free at 800-842-1718.

**\*Please note that not all policies are designed to participate in the Electronic Funds Transfer option. Contact your employee benefits representative or disability plan trustee for details.**

**2** **Claimant Information**

Employer's Name

Claimant's First Name          MI    Last Name

Social Security Number          Primary Phone Number

**3** **Banking Information**

Bank Name

Branch Phone Number          Type of Account (Select One)    ☐ Savings   ☐ Checking

Bank Transit Routing Number          Bank Account Number

(NINE-DIGIT BANK TRANSIT ROUTING NUMBER)          (BANK ACCOUNT NUMBER)

**4** **Payment Plan Agreement**

I authorize the Prudential Insurance Company of America to make electronic fund deposits of my disability benefit payment to my account. I understand that any deposit made to an inactive account will be returned to Prudential and reissued as a manual check. In addition, if any overpayment of such disability benefits is credited to my account in error, I authorize Prudential to withdraw any payments necessary in order to assure the accuracy of my claim payments.

I can cancel this authorization at any time by giving Prudential written notice. Any notice hereunder will not be deemed effective until Prudential has received my written notice.

Account Owner
First Name          MI    Last Name

Street          Apartment

City          State    ZIP Code

Date Signed (MM DD YYYY)

X _____
Signature

 **Prudential**

Claimant's Social Security Number

| 5 | **Instructions for Completing Section 3, "Banking Information"** | This will help you identify the necessary bank information to initiate electronic withdrawals. The nine-digit transit routing number is how we recognize the bank you do business with. |

Record all banking information on page 1 of the form in Section 3, "Banking Information". Please call your bank to confirm that the information you are supplying is correct.

---

**Customer XYZ**
**XYZ Street**
**City, State, ZIP**

**Check No. 1246**

**PAY TO THE**
**ORDER OF** _____

$ _____

**Dollars**

**Bank XYZ**
**UXYZ Street**
**City, State, ZIP**

A27202754            006666D66666C            1246

---

This is the bank transit routing number.

It is always nine digits and appears between the ":" symbols.

Record this number in the boxes provided in Section 3, "nine-digit bank transit routing number."

This is your bank account number. It varies in number of digits and may include dashes or spaces.

The "<" symbol indicates the end of the account number.

Record the account number in the boxes provided in Section 3, "Bank Account Number" and include any dashes and spaces that are within the account number.

If there are any digits to the right of the "<" symbol (which do not represent the check sequence number), record them in the boxes provided.

This is the check sequence number. It may be on either end of your check. Please do **not** include this on the authorization form.

*This page consists only of **Instructions**: It is not necessary to return this page with your EFT Authorization.*

---

Prudential and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.



# Prudential  Financial

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19101
Tel: 800-842-1718   Fax: 877-889-4885
http://www.prudential.com/inst/gldi

## Reimbursement Agreement

**1  Claimant Information**

| First Name | MI | Last Name |
|---|---|---|
| B R E N T | E | B E A S L E Y |

As an employee, covered under a Prudential Group Plan, I have filed a claim for Disability (Short Term Disability and/or Long Term Disability) benefits.

**With respect to Social Security benefits:** I understand that benefits payable under this Plan are to be reduced by any benefits under the Social Security Act that I or members of my family receive or would be entitled to receive as a result of my disability, for that same period.

Should my claim for benefits be approved, I request that Prudential postpone making the reduction of benefits described in the second paragraph of this Agreement until I actually am awarded Social Security benefits or complete the Social Security application process described below.

I agree to make timely and diligent pursuit of Social Security benefits through each level of appeal up to and including the Administrative Law Judge level.

These steps may include:
1. Application for such benefits;
2. Appeal at the reconsideration level, if benefits are denied;
3. Appeal at the Administrative Law Judge level, if benefits are denied.

I understand that I must provide Prudential with written proof that I have completed the process above. Failure to complete this process and provide proof of same will result in Prudential (1) estimating my monthly Social Security benefits and (2) using that amount to determine my adjusted benefits.

I promise to notify Prudential immediately if I am awarded Social Security benefits.

If any benefits under the Social Security Act are awarded retroactively, I agree to repay Prudential immediately the amount paid to me under this Agreement in excess of the amount to which I would have been entitled under the terms of the Plan.

Continued on Page 2

**Prudential Financial**

Claimant Social Security Number

**With respect to Workers' Compensation or similar coverage:** Unlike the situation described above for Social Security benefits, I understand that regardless of whether or not I sign this Agreement, Prudential will not reduce my Disability Benefits by an estimate of Workers' Compensation (or similar coverage) benefits. Only Workers' Compensation (or similar coverage) benefits actually received by me will be used to determine the benefit I am entitled to receive under this Plan.

I agree to repay Prudential immediately the amount paid to me under this Group Plan in excess of the amount to which I would have been entitled under the terms of the Plan if I subsequently receive a Workers' Compensation or similar coverage award.

I hereby assign, transfer and set over to Prudential, to the extent of any excess so paid under this Agreement, the amount of future benefits which may become payable under this Plan.

Employee Signature  X _Brent Beasley_

Signature of Witness  X _____

Name of Employee (Print)  X _Brent Beasley_

Date (MM DD YYYY)  0 4  2 7  2 0 0 9

"R/A #1 (Family)"

Prudential Financial and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.

* 1 2 7 0 2 *

08/26/2010  16:00

 **Prudential**

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19176
Tel: 800-842-1718   Fax: 877-889-4885
http://www.prudential.com/disability

## Attending Physician Statement

**1  Employee Information**

Employer's Name: `Nortel`

Control Number (required):

Employee First Name: `BRENT`   MI: `E`   Last Name: `BEASLEY`

Social Security Number: ▮▮▮▮▮   Date of Birth (MM DD YYYY): ▮▮▮▮▮   Gender: ☒ Male  ☐ Female

I hereby authorize the release of information requested on this form by the below named physician for the purpose of claim processing.

Employee Signature: X _Brent O'Beasley_   Date (MM DD YYYY): `08 | 11 | 2010`

The Employee is responsible for the completion of this form without expense to Prudential.

**2  To Be Completed by Attending Physician**

| Clinical Diagnosis | ICD-9 Code is Required | Pregnancy EDC (MM DD YYYY) | Actual Delivery Date (MM DD YYYY) |
|---|---|---|---|
| Primary: | `V17 1` | | |
| Secondary: | `785 1` | | |
| Secondary: | `745 5` | | |

Date of Surgical Procedure (MM DD YYYY): `04 18 2008`

Relevant tests and surgical procedure (s) performed (please be specific): `Transcatheter device Closure of Patent Foramen ovale`

Current Medications, Treatment, and Prognosis: `Metoprolol, Aspirin — Ongoing multidisciplinary management (Cardiology/Neu`

First Visit (MM DD YYYY): `04 18 2008`   Last Visit (MM DD YYYY): `08 11 2010`   Next Visit (MM DD YYYY): `02 __ 2011`

Was Claimant hospital confined? ☒ Yes  ☐ No

If yes, please provide name and address of hospital:

`Wake Medical Center`
`3000 Newbern ave   Raleigh NC 27610`

From (MM DD YYYY): `02 10 2008`
To (MM DD YYYY): `03 18 2008`

Check all that apply to this disability:

| Work Related | Accident | Sickness | Maternity | Motor Vehicle Accident | If MVA, in what State did it occur? |
|---|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☒ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | |

Other Treating Physicians or Consultants:

First Name: `Harry`   Last Name: `Goldstein`

Specialty: `Neurology`   Telephone Number: ▮▮▮▮▮

1  2  3  0  1

08/26/2010  16:00  ▓▓▓▓▓▓

# Prudential

Employee's Social Security Number
☐☐☐ ☐☐ ☐☐☐☐

## 2 Attending Physician Information (Cont'd.)

**Other Treating Physicians or Consultants:**

First Name: `Caroline`
Last Name: `Klein`

Specialty: `Neurology-Autonomics`
Telephone Number: ▓▓▓▓

First Name: `Peter`
Last Name: `Kvidsin`

Specialty: `Pulmonology`
Telephone Number: ▓▓▓▓

Do you feel the claimant is competent to endorse checks and direct the use of proceeds? ☑ Yes ☐ No

Date when significant loss of function occurred: (mm to yyyy)
`02 10 2008`

Return to Work Target Date: (mm to yyyy)
Full-Time ☐ *unknown.*
Part-Time ☐
With Limitations (functions lost) ☐

Please describe Return to Work Plan and provide any corresponding Limitations:

Please describe any Medical Obstacles to Return to Work:
ongoing difficulty c̄ shortness of breath + palpitations as well as fatigue - limiting his ability to perform daily activities.

Nature of Medical Impairment (i.e., loss of breath):
ongoing difficulty c̄ shortness of breath, palpitations out of proportion

Are there any Non-Medical Factors which have a significant impact on Functional Abilities (i.e., interpersonal, financial, family): to a country, limiting his daily activities.

## 3 Physician Information

First Name: `John`
MI: `F`
Last Name: `Rhodes`

Primary Telephone Number: `919 481 2880`
Fax Number: ▓▓▓▓

Office Address: `Box 3090 Hospital No.`
Suite: `7506`

City: `Durham`
State: `NC`
ZIP Code: `27700`

Specialty: `pediatric cardiology`

## 4 Fraud Notice

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form. (Please see state specific fraud warnings attached.)

Physician Signature  X ✍

Date (mm to yyyy)
`08 29 2010`

Prudential and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.

GL.2003.251    Ed. 11/2007

104209   Page 2 of 2

# Prudential Financial

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19101
Tel: 800-842-1718  Fax: 877-889-4885
http://www.prudential.com/iast/gldi

## Group Disability Insurance Authorization

**1 Claimant's Information**

First Name: BRETT
MI: G
Last Name: BEASLEY

Social Security Number: [redacted]
Employee Phone Number: [redacted]
Control Number: 0637900

**2 Authorization for Release of Information to Prudential Insurance Company**

This Authorization is intended to comply with the HIPAA Privacy Rule

I authorize any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided treatment, payment or services to me or on my behalf ("My Providers") to disclose my entire medical record and any other health information concerning me to the Prudential Insurance Company of America (Prudential) and its agents, employees, and representatives. This includes information on the diagnosis or treatment of Human Immunodeficiency Virus (HIV) infection and sexually transmitted diseases. This also includes information on the diagnosis and treatment of mental illness and the use of alcohol, drugs, and tobacco, but excludes psychotherapy notes.

I authorize any insurance company, employer, the Social Security Administration, or other person or institutions to provide any information, data or records relating to my Social Security, Workers' Compensation, credit, financial, earnings, activities or employment history to Prudential.

Unless limits* are shown below, this form pertains to all of the records listed above.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this authorization and I instruct My Providers to release and disclose my entire medical record without restriction.

This information is to be disclosed under this Authorization so that Prudential may: 1) administer claims and determine or fulfill responsibility for coverage and provision of benefits; 2) obtain reinsurance; 3) administer coverage; and 4) conduct other legally permissible activities that relate to any coverage I have or have applied for with Prudential.

This authorization shall remain in force for 24 months following the date of my signature below, while the coverage is in force, except to the extent that state law imposes a shorter duration. A copy of this authorization is as valid as the original. I understand that I have the right to revoke this authorization in writing, at any time, by sending a written request for revocation to Prudential at: P.O. Box 13480, Philadelphia, PA 19101. I understand that a revocation is not effective to the extent that any of My Providers has relied on this Authorization or to the extent that Prudential has a legal right to contest a claim under any insurance policy or to contest the policy itself. I understand that any information that is disclosed pursuant to this authorization may be redisclosed and no longer covered by federal rules governing privacy and confidentiality of health information.

I understand that if I refuse to sign this authorization to release the entire medical record, Prudential may not be able to process my claim for benefits and may not be able to make any benefit payments. I understand that I have the right to receive a copy of this authorization.

*Limits, if any

X _____
Employee Signature (indicate how related if signed by other than claimant)

Date (MM DD YYYY): 02 25 2008

**NOTICE TO MONTANA RESIDENTS:** You or your authorized representative are entitled to receive a copy of this Authorization, and upon request, a record of any subsequent disclosures of personal or privileged information.

Prudential Financial and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.

* 1 0 5 0 1 *

## Prudential 🌐 Financial

**Group Disability Insurance Authorization**

**Claimant Information**

Social Security Number: ▮▮▮-▮▮-▮▮▮▮    Employee Phone Number: ▮▮▮-▮▮▮-▮▮▮▮

First Name: BRENT    MI: ▮

Last Name: BERKLEY    Suffix:

Email Address:

Employer Name: NORTEL    Control Number:

---

**Authorization to Release Information**

### Authorization for Release of Information to Prudential Insurance Company

#### This Authorization is intended to comply with the HIPAA Privacy Rule

I authorize any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided treatment, payment or services to me or on my behalf ("My Providers") to disclose my entire medical record and any other health information concerning me to the Prudential Insurance Company of America (Prudential) and its agents, employees, and representatives. This includes information on the diagnosis or treatment of Human Immunodeficiency Virus (HIV) infection and sexually transmitted diseases. This also includes information on the diagnosis and treatment of mental illness and the use of alcohol, drugs, and tobacco, but excludes psychotherapy notes.

I authorize any insurance company, employer, the Social Security Administration, or other person or institutions to provide any information, data or records relating to my Social Security, Workers' Compensation, credit, financial, earnings, activities or employment history to Prudential.

Unless limits* are shown below, this form pertains to all of the records listed above.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this authorization and I instruct My Providers to release and disclose my entire medical record without restriction.

This information is to be disclosed under this Authorization so that Prudential may: 1) administer claims and determine or fulfill responsibility for coverage and provision of benefits; 2) obtain reinsurance; 3) administer coverage; and 4) conduct other legally permissible activities that relate to any coverage I have or have applied for with Prudential.

This authorization shall remain in force for 24 months following the date of my signature below, while the coverage is in force, except to the extent that state law imposes a shorter duration. A copy of this authorization is as valid as the original. I understand that I have the right to revoke this authorization in writing, at any time, by sending a written request for revocation to Prudential at : PO Box 13480, Philadelphia, PA 19101. I understand that a revocation is not effective to the extent that any of My Providers has relied on this Authorization or to the extent that Prudential has a legal right to contest a claim under an insurance policy or to contest the policy itself. I understand that any information that is disclosed pursuant to this authorization may be redisclosed and no longer covered by federal rules governing privacy and confidentiality of health information.

I understand that if I refuse to sign this authorization to release the entire medical record, Prudential may not be able to process my claim for benefits and may not be able to make any benefit payments. I understand that I have the right to receive a copy of this authorization.

*Limits, if any: _____

X _____    Date Signed: 08 / 10 / 2009
Claimant Signature

**Notice to Montana residents:** You or your authorized representative are entitled to receive a copy of this Authorization, and upon request, a record of any subsequent disclosures of persons or privileged information.

For Internal Use Only

Claim Number: _____

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718   Fax: 1-877-889-4885

* 105801 *

# Prudential

**The Prudential Insurance Company of America**
GLDI Main
Post Office Box 13480
Philadelphia PA 19176

Brent Beasley
112 Gorecki Place
Cary, NC 27513

# EXHIBIT U

| c Employer's name, address, and ZIP code | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA | 17,755.66 | 4,018.00 |
| GROUP INSURANCE - PREMIUM ACCOUNTING | 3 Social security wages | 4 Social security tax withheld |
| PO BOX 70190 | | |
| PHILADELPHIA PA 19176 | 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number | b Employer's ID number | 7 Social security tips |
|---|---|---|
| 39900 | ▓▓▓▓▓▓▓▓ | |

e Employee's name, address, and ZIP code

BRENT BEASLEY
112 GORECKI PLACE
CARY NC 27513

12 See instructions for box 12

| 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

**13**

| | 11 Nonqualified plans | | |
|---|---|---|---|
| Statutory employee ☐ | | | |
| Retirement plan ☐ | 15 State Employer's state I.D. # | 16 State wages, tips, etc. 17,755.66 | 17 State income tax |
| Third-party sick pay ☒ | | | |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form W-2 Wage and Tax Statement   2008        Dept. of the Treasury -- Internal Revenue Service

Copy B To Be Filed With Employee's FEDERAL Tax Return

| c Employer's name, address, and ZIP code | 1 Wages, tips, other comp. 45,333.60 | 2 Federal income tax withheld 5,696.19 |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA | | |
| GROUP INSURANCE - PREMIUM ACCOUNTING | 3 Social security wages | 4 Social security tax withheld |
| PO BOX 70190 | | |
| PHILADELPHIA PA 19176 | 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39900 | b Employer's ID number ▓▓▓▓ | a Employee's social security number ▓▓▓▓ | 7 Social security tips |
|---|---|---|---|

| e Employee's name, address, and ZIP code | 12 See instructions for box 12 |
|---|---|
| BRENT BEASLEY 112 GORECKI PLACE CARY NC 27513 | |



| 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

| 13 | | 11 Nonqualified plans | | | |
|---|---|---|---|---|---|
| Statutory employee ☐ | | | | | |
| Retirement plan ☐ | 15 State Employer's state I.D. # ▓▓▓▓ | 16 State wages, tips, etc. 45,333.60 | 17 State income tax |
| Third-party sick pay ☒ | | | |

| | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|

Form W-2 Wage and Tax Statement  2009    This information is being furnished to the Internal Revenue Service.    Dept. of the Treasury -- Internal Revenue Service

---

Copy C For EMPLOYEE'S RECORDS (See Notice on back.)

| c Employer's name, address, and ZIP code | 1 Wages, tips, other comp. 45,333.60 | 2 Federal income tax withheld 5,696.19 |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA | | |
| GROUP INSURANCE - PREMIUM ACCOUNTING | 3 Social security wages | 4 Social security tax withheld |
| PO BOX 70190 | | |
| PHILADELPHIA PA 19176 | 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39900 | b Employer's ID number ▓▓▓▓ | ▓▓▓▓ | 7 Social security tips |
|---|---|---|---|

| e Employee's name, address, and ZIP code | 12 See instructions for box 12 |
|---|---|
| BRENT BEASLEY 112 GORECKI PLACE CARY NC 27513 | |

| 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

| 13 | | 11 Nonqualified plans | | |
|---|---|---|---|---|
| Statutory employee ☐ | | | | |
| Retirement plan ☐ | 15 State Employer's state I.D. # ▓▓▓▓ | 16 State wages, tips, etc. 45,333.60 | 17 State Income Tax |
| Third-party sick pay ☒ | | | |

| Customer service phone# | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|
| 1-866-648-2225 | | | |

Form W-2 Wage and Tax Statement  2009    This information is being furnished to the Internal Revenue Service.    Dept. of the Treasury -- Internal Revenue Service
If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

| c Employer's name, address, and ZIP code | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA | 45,333.60 | 5,689.68 |
| GROUP INSURANCE - PREMIUM ACCOUNTING | 3 Social security wages | 4 Social security tax withheld |
| PO BOX 70190 | | |
| PHILADELPHIA PA 19176 | 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number | b Employer's ID number | 7 Social security tips |
|---|---|---|
| 39900 | | |

| e Employee's name, address, and ZIP code | 12 See instructions for box 12 |
|---|---|
| BRENT BEASLEY | |
| 541 AMMONS RD | |
| DUNN NC 28334 | |

| 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

| 13 | 11 Nonqualified plans | | |
|---|---|---|---|
| Statutory employee ☐ | | | |
| Retirement plan ☐ | 15 State Employer's state I.D. # | 16 State wages, tips, etc. 45,333.60 | 17 State income tax |
| Third-party sick pay ☒ | | | |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form W-2 Wage and Tax Statement  2010                                    Dept. of the Treasury — Internal Revenue Service

Copy C For EMPLOYEE'S RECORDS (See Notice on back.)

| c Employer's name, address, and ZIP code | 1 Wages, tips, other comp. 26,068.10 | 2 Federal income tax withheld 2,499.20 |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA | | |
| GROUP INSURANCE - PREMIUM ACCOUNTING | 3 Social security wages | 4 Social security tax withheld |
| PO BOX 70190 | | |
| PHILADELPHIA PA 19176 | 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39900 | b Employer's ID number | a Employee's social security number | 7 Social security tips |
|---|---|---|---|

| e Employee's name, address, and ZIP code | 12 See instructions for box 12 |
|---|---|
| BRENT BEASLEY 541 AMMONS RD DUNN NC 28334 | |

| 8 Allocated tips | | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☒ | 11 Nonqualified plans |
|---|---|

| 15 State Employer's state I.D. # | 16 State wages, tips, etc. 26,068.10 | 17 State Income Tax |
|---|---|---|

| Customer service phone# 1-866-648-2225 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|

Form W-2 Wage and Tax Statement  2011    This information is being furnished to the Internal Revenue Service.    Dept. of the Treasury — Internal Revenue Service

If you are required to file a tax return,  a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

# EXHIBIT V

Proof Of Claim Inc

Brent Beasley

## WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?

## WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?

## WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?

August 11, 2008

## WHAT IS YOUR AGE  (As of January 1, 2013) ...

Years
Months
AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013
AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65"

## YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT

$  68,000.00

## IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...

WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?     0.04
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ...     $  2,720.00     $     69,813.33

## FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"

SEVERANCE PERIOD     10
AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY     $  1,307.69     $     13,076.92

## FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...

"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL     $  3,777.80     $   1,163,562.40
SSDI MONTHLY OFFSET     $  1,651.50     $     508,662.00
Medicare Part B Reimbursement Per LTD Plan*     $   115.40     $      64,249.04
AUTOMATICALLY CALCULATED FOR YOU - NET PAY     $  2,241.70     $     719,149.44

## Estimates On What Replacement Coverage Would Cost You

MEDICAL*     $  7,685.16     $     356,559.92
SUBSIDIZED PRESCRIPTION PLAN*     $  3,736.00     $     173,335.09
DENTAL/VISION/HEARING CARE*     $   900.00     $      41,756.31
CORE EMPLOYEE LIFE INSURANCE (Fixed Rate)     $  1,500.00     $      38,500.00
Optional Life Insurance and Accidental Death & Dismemberment (Policy Amount = 3 x $68,000) (Fixed Rate)     $  3,498.72     $      89,800.48

## CLAIM TOTAL

$   1,501,991.50

Estimated Tax Implications (From Federal Income Tax Calculation Worksheet)     $   1,097,230.07
Estimated Tax Implications (From State Income Tax Calculation Worksheet)     $     131,667.61

## CLAIM GRAND TOTAL with Estimated Tax Implications

$   2,730,889.18

*Total from Actuary Worksheet, adjusted for a modest 3.9% inc per year to age 65

## Federal Income Tax Calculation Worksheet
### (Estimated)

1,501,991.50  Claim Total
21,936.00  SS Income
1,523,927.50  Total Income Claim + SS Income

5,950.00  Standard Deduction
3,800.00  Personal Exemption

1,514,177.50  Taxable Income

1,645,845  New Total Taxable Income Amount

1,645,845  Federal Taxable Income
663,708  Federal Income Tax
982,137  Net Income

0.40 %  - Income Tax Rate (Fed Income Tax divided by Federal Taxable Income)
0.60  Factor (100% - 40%)

1,645,845  Federal Taxable Income

2,743,075  New Total Taxable Income Amount (Federal Taxable Income Divided by Factor)

**$1,097,230.07  New Total Taxable Income Amount multiplied by 40% Income Tax Rate. Income tax necessary to add in to reach Fed Taxable Income Amt**

2,743,075  New Total Taxable Income Amount (Federal Taxable Income Divided by Factor)

5,950  Add back Standard Deduction
3,800  Add back Personal Exemption
21,936  Less SS Income

**$2,730,889.18  New Claim Total**

| | | Rate | Tax |
|---|---|---|---|
| 870.00 | 8,700 | 10.00% | 870.00 |
| 1,513,307.50 | | | |
| 5,302.50 | 35,350 | 15.00% | 5,302.50 |
| 1,508,005.00 | | | |
| 21,412.50 | 85,650 | 25.00% | 21,412.50 |
| 1,486,592.50 | | | |
| 50,022.00 | 178,650 | 28.00% | 50,022.00 |
| 1,436,570.50 | | | |
| 128,155.50 | 388,350 | 33.00% | 128,155.50 |
| 1,308,415.00 | | | |
| 457,945.25 | 1,308,415 | 35.00% | 457,945.25 |

Total Tax  663,707.75

Net Income  850,469.75 (Taxable income - Total Tax)

**State Income Tax Calculation Worksheet**
**(Estimated)**

1,501,991.50 Claim Total
21,936.00 SS Income
1,523,927.50 Total Income Claim + SS Income

1,514,178 State Taxable Income
121,929 NC Income Tax (From http://www.dornc.com/taxes/individual/calc.html)
1,392,249 Net Income

0.08 % - Income Tax Rate (NC Income Tax divided by State Taxable Income)
0.92 Factor (100% - 8%)

5,950.00 Standard Deduction
3,800.00 Personal Exemption

1,514,178 State Taxable Income

1,645,845 New Total Taxable Income Amount (State Taxable Income Divided by Factor)

| | | |
|---|---|---|
| **$131,667.61 New Total Taxable Income Amount multiplied by 8% Income Tax Rate Income tax necessary to add in to reach State Taxable Income Amt** | | |

1,514,177.50 Taxable Income

| | | |
|---|---|---|
| 765.00 | 6.00% | 765.00 |
| 1,513,412.50 | | |
| 4,200.00 | 7.00% | 4,200.00 |
| 1,509,212.50 | | |
| 116,963.97 1,509,213 | 7.75% | 116,963.97 |

Total Tax         121,928.97

Net Income        1,392,248.53 (Taxable income - Total Tax)

## Actuary Worksheet - adjusted for a modest 3.9% ncrease per year until age 65

% Inc    0.039 (1)

| Year | Age | MEDICARE REIMBURSEMENT (3.9% Increase/yr) | Medical Coverage (3.9% Increase/yr) | Prescription (3.9% Increase/yr) | Dental (3.9% Increase/yr) |
|---|---|---|---|---|---|
| Year Total | | 1,385 / 1,039 | 7,685 / 1,039 | 3,736 / 1,039 | 900 / 1,039 |
| 2012 | 39 | 1,385 | 7,685 | 3,736 | 900 |
| 2013 | 40 | 1,439 | 7,985 | 3,882 | 935 |
| 2014 | 41 | 1,495 | 8,296 | 4,033 | 972 |
| 2015 | 42 | 1,553 | 8,620 | 4,190 | 1,009 |
| 2016 | 43 | 1,614 | 8,956 | 4,354 | 1,049 |
| 2017 | 44 | 1,677 | 9,305 | 4,524 | 1,090 |
| 2018 | 45 | 1,742 | 9,668 | 4,700 | 1,132 |
| 2019 | 46 | 1,810 | 10,045 | 4,883 | 1,176 |
| 2020 | 47 | 1,881 | 10,437 | 5,074 | 1,222 |
| 2021 | 48 | 1,954 | 10,844 | 5,272 | 1,270 |
| 2022 | 49 | 2,030 | 11,267 | 5,477 | 1,319 |
| 2023 | 50 | 2,109 | 11,706 | 5,691 | 1,371 |
| 2024 | 51 | 2,192 | 12,163 | 5,913 | 1,424 |
| 2025 | 52 | 2,277 | 12,637 | 6,143 | 1,480 |
| 2026 | 53 | 2,366 | 13,130 | 6,383 | 1,538 |
| 2027 | 54 | 2,458 | 13,642 | 6,632 | 1,598 |
| 2028 | 55 | 2,554 | 14,174 | 6,891 | 1,660 |
| 2029 | 56 | 2,654 | 14,727 | 7,159 | 1,725 |
| 2030 | 57 | 2,757 | 15,301 | 7,439 | 1,792 |
| 2031 | 58 | 2,865 | 15,898 | 7,729 | 1,862 |
| 2032 | 59 | 2,976 | 16,518 | 8,030 | 1,934 |
| 2033 | 60 | 3,093 | 17,162 | 8,343 | 2,010 |
| 2034 | 61 | 3,213 | 17,832 | 8,669 | 2,088 |
| 2035 | 62 | 3,338 | 18,527 | 9,007 | 2,170 |
| 2036 | 63 | 3,469 | 19,250 | 9,358 | 2,254 |
| 2037 | 64 | 3,604 | 20,001 | 9,723 | 2,342 |
| 2038 | 65 | 3,744 | 20,781 | 10,102 | 2,434 |
| TOTAL | | 64,249 | 366,560 | 173,335 | 41,756 |

**Notes**

(1) source for adjustment of 3.9% is http://www.forecast-chart.com/inflation-medical-care-cost.html

US Medical Inflation Rate over Last year is 4.2%

Us Medical Inflation Rate over Last 10 years is 3.9%

Us Medical Inflation Rate over Last 20 years is 4.1%

Forecasts, charts and analysis...



**Interest Rate Forecast**    **Stock Market Forecast**    **Real Estate Forecast**    **Exchange Rate Forecast**    **Economic Forecast**

# US Medical Care Cost Inflation

## Medical Care Inflation Rate Forecast

| Target Month | Forecast | HDTFA | |
|---|---|---|---|
| September 2013 | 4.09% | 1.16% | Forecast for US Medical Care Inflation Rate for the year ending in the target month indicated based on the Consumer Price Index for All Urban Consumers: Medical Care, not seasonally adjusted. |

Updated Thursday, October 4, 2012.

### Inflation Rate for All Urban Consumers: Medical Care - 5 Year History



Annual US Inflation Rate for the cost of Medical Care is plotted monthly in gray (Consumer Price Index for All Urban Consumers: Medical Care). The forecast for the target month is shown in green. Other links related to this economic indicator are below.

Inflation Rate Forecast: Medical Care
US Inflation Rate Forecast
Inflation: Food, Energy, Housing, Medical etc.

10 Year Chart - CPI - Medical Care
63 Year Graph - Price Index - Medical Care

### Current Analysis & Forecast: US Medical Care Inflation Rate

Commentary  6092 m
MEDICAL CARE INFLATION RATE
August, 2012 Data:

The forecast for the US Medical Care Inflation Rate is in the table at the top of this page. Forecast-Chart.com is forecasting that Medical Care Inflation Rates will be roughly 4.09% over the next year. The table shows a HDTFA of 1.16% which suggests that the inflation rate for medical care prices in the US for the 12 months ending September, 2013 could easily fall between 5.25% and 2.92%. Links to Forecasts for many other economic indicators may be found on the left side of this page. The medical care price index used in this article is the Consumer Price Index for All Urban Consumers: Medical Care, hereinafter referred as the medical care price index.

Annual US Medical Care Inflation Rate
Last Month ............................ 1.0%
Last Year .................... 4.2%
Last 5 Years ........................... 3.5%
Last 10 Years ................. 3.9%
Last 20 Years ......................... 4.1%

Annual Medical Care Inflation Rate: Highs & Lows
High (Last 12 Months)     4.3%    (July, 2012)
Low (Last 12 Months)      2.8%    (October, 2011)
High (Since January, 1948)    13.9%   (May, 1975)
Low (Since January, 1948)    1.3%   (September, 1950)

The annual Medical Care Inflation Rate for the 12 months ended in August, 2012 was 4.20%. That's 0.11% percent lower than the 12 months ended in July, 2012 which inflated at a rate of 4.31%. It is 1.00% percent higher than the 12 months ended in August, 2011 which inflated at a rate of 3.20%. The sideways movement in inflation rates from July to August indicates that the short term inflation trend in medical care prices has been flat. If that trend continues, we should see an inflation rate for the 12 months ended in September, 2012 that is

close to 4.10%.

The USA Medical Care Inflation Rate one year ago was 3.20%. Over the last year, inflation in the medical care price index was 4.20%. The average rate over the last 10 years was 3.87%. Similar inflation over the last 12 months compared to the average inflation over the last 10 years serves as an indicator that the long term trend in the Medical Care Inflation Rate is flat. Inflation expectations should be adjusted accordingly.

Forecast-Chart.com's historical research covers Medical Care Inflation Rate data back to January, 1948. The average annual inflation rate in medical care prices during that period of history was 5.45%. The highest rate was 13.90%. The lowest rate was 1.34%. The high was attained in the 12 months ended in May of 1975. The low was achieved in the 12 months ended in September of 1950. Recent rates experienced in the 12 months ended in August of 2012 are low relative to the historical 5.45% average.

This page provides a five year chart and a forecast for the US Medical Care Inflation Rate. For links to longer term charts, look at the links under the five year chart (above). One link opens a ten year chart. Another opens our longest term graph on the Medical Care Inflation Rate. Just one glance at Forecast-Chart.com's long term charts can provide tremendous insight into the historical trends of the financial markets.

The US Government's inflation economics policy attempts to control inflation. High inflation and negative inflation (deflation) can have damaging effects on the economy.




SEARCH

**North Carolina**
DEPARTMENT OF INSURANCE
*WAYNE GOODWIN, COMMISSIONER*

HOME   ABOUT NCDOI   INSURANCE DIVISIONS   OFFICE OF STATE FIRE MARSHAL   CONTACT US   EMPLOYMENT OPPORTUNITIES

SHIIP HOME

CONTACT SHIIP OR FIND OUT
MORE ABOUT THE PROGRAM

NEW TO MEDICARE?

HELP WITH MEDICARE PART B
PREMIUM?

ARE YOU CONSIDERING A
MEDICARE SUPPLEMENT
PLAN?

MEDICARE
ADVANTAGE/MEDICARE
HEALTHPLANS (PART C)

MEDICARE PRESCRIPTION
DRUG PLAN (PART D)

MEDICARE DISABILITY

MEDICARE AND DIABETIC OR
DURABLE MEDICAL SUPPLES

EMPLOYER GROUP HEALTH
INSURANCE

LONG TERM CARE
INFORMATION

NORTH CAROLINA SMP
PROGRAM

ADDITIONAL RESOURCES

HOW DO I BECOME A SHIIP
VOLUNTEER

VOLUNTEER / COORDINATORS
LOG IN

**SHIIP**
Seniors' Health Insurance Information Program

Search     Login

# Medicare Supplement Premium Comparison Database

## Company Plan

### Aetna Life Insurance Company

151 Farmington Avenue
MS 3128
Hartford, CT 06156
Phone Number: (800) 345-6022

### Plan F - Effective 1/1/2012

Age: 39              Gender: Male              Smoker: No

| Monthly | Quarterly | Semi-Annually | Annually |
|---------|-----------|---------------|----------|
| $640.43 | $1,921.29 | $3,842.58 | $7,685.16 |

## Additional Information about this Company's Plan

- (6 months) pre-existing condition waiting period.

- A Detailed Questionnaire is required if you are outside your
  open enrollment or guarantee issue period.

- Bank draft option available.

- 85+ premiums offered.

- Claim will automatically crossover from Medicare.

- Monthly premium payments may be made via electronic
  funds transfer, otherwise a $2 fee is added to direct bill
  premiums.

Privacy Policy

# Medicare.gov

The Official U.S. Government Site for Medicare

⌐ My Current Profile    Update Search

Return to previous page

Click the tabs below for more detailed information about the plan health benefits, drug costs and more coverage and plan ratings.

Zip Code: 28334
Current Coverage: Original Medicare
Current Subsidy: No Extra Help [?]
Drug List ID: 1979449888
Password Date: 10/09/2012

**Important Coverage Information**

You are now viewing 2012 plan data. **View 2013 plan data.**

---

**Symbols**

 Some Vision Coverage

---

**Overview    Health Plan Benefits    Drug Costs & Coverage    Plan Ratings**

## Blue Medicare PPO Enhanced (PPO)

(H3404-001-0)[1]

**Organization:** Blue Cross and Blue Shield of North Carolina

**Plan Type:** Local Preferred Provider Organization

View Plan Medication Therapy Management (MTM) program eligibility information



PO Box 17509
Winston Salem, NC 27116

**Members:**
1-877-494-7647
1-888-451-9957 (TTY/TDD)

**Non Members:**
1-800-665-8037
1-800-922-3140 (TTY/TDD)

**Overall Plan Rating:  [?]          Enroll**

4 out of 5 stars

---

**Fixed Costs**

**Estimated Annual Drug Costs**

|  | Full Year Cost (based on January enrollment) [?] | Cost For Rest of Year (based on enrollment today) [?] |
|---|---|---|
| **WALGREENS** | $3,740.64 | $623.44 |
| **Mail Order Pharmacy** | $3,729.44 | $885.16 |

Lower your drug costs

**What You Pay**

**Estimated Monthly Drug Costs**

**Drug Coverage Information**

**Pharmacy & Mail Order Information**

**Drug List**

---

Return to previous page

# Medicare.gov
The Official U.S. Government Site for Medicare
Medicare.gov

A federal government website managed by the Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244

# Medicare
The Official U.S. Government

# Medicare.gov

# Medicare.c
The Official U.S. Government Site

# Medicare.gov
The Official U.S. Government Site for Medicare

# 2011 / 2012 COBRA Rates

| COBRA Plan | Description | Employee Only per Month | Employee & Child(ren)/DP Children per Month | Employee & Spouse/DP per Month | Employee & Family/DP Family per Month |
|---|---|---|---|---|---|
| Medical | PPO 80/60 | | | | |
| Medical | PPO 90/70 | | | | |
| Medical | Comprehensive | | | | |
| EAP | Employee Assistance Program | | | | |
| Dental | Comprehensive | | | | |
| Dental | Plus | 75.03 | | | |

This document was retrieved from http://www.nortel-us.com/current/making-the-transition-from-nortel/cobra-rates/ on Tue, 09 Oct 12 10:25:08 -0400.

Copyright © 2009-2012 Nortel Networks Inc. All Rights Reserved.

# Rate Calculation Sheet

Number of Units per $1,000
(E.g. $10,000 = 10 Units)

$$204 = \left(\frac{3 \times 68000}{1000}\right)$$

Rate per $1,000
(Refer to rate charts based on
amount of coverage being converted)

$1.^{39}$  MONTHLY

Policy constant per premium mode
(Refer to page 4:

8  MONTHLY

- $85.00 = annual mode
- $45.00 = semi-annual mode
- $23.00 = quarterly mode
- $8.00 = monthly mode (Prumatic))

Number of Units x Rate per $1,000 + Policy Constant = Premium

$291.^{56}$ MONTHLY

Please note that your rate will be based on your age on the
effective date of your policy.

$X12 = \boxed{\$3,498.72}$
YEARLY
TOTAL

8

## Prudential Guaranteed Life (For Policies $100,000 +)

Standard rates per $1,000 - A policy constant must be added to the total premium.
Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

### UNISEX

| Issue Age | Annual Without ADB | Annual With ADB | Semi-Annual Without ADB | Semi-Annual With ADB | Quarterly Without ADB | Quarterly With ADB | Prumatic Without ADB | Prumatic With ADB |
|---|---|---|---|---|---|---|---|---|
| 15 | 5.31 | 6.11 | 2.76 | 3.18 | 1.41 | 1.62 | 0.47 | 0.54 |
| 16 | 5.55 | 6.35 | 2.89 | 3.31 | 1.47 | 1.68 | 0.49 | 0.56 |
| 17 | 5.80 | 6.60 | 3.02 | 3.44 | 1.54 | 1.75 | 0.52 | 0.59 |
| 18 | 6.03 | 6.82 | 3.14 | 3.55 | 1.60 | 1.81 | 0.54 | 0.61 |
| 19 | 6.18 | 6.95 | 3.21 | 3.61 | 1.64 | 1.84 | 0.55 | 0.62 |
| 20 | 6.39 | 7.15 | 3.32 | 3.72 | 1.69 | 1.89 | 0.57 | 0.64 |
| 21 | 6.65 | 7.40 | 3.46 | 3.85 | 1.76 | 1.96 | 0.59 | 0.66 |
| 22 | 6.96 | 7.70 | 3.62 | 4.00 | 1.84 | 2.04 | 0.62 | 0.69 |
| 23 | 7.27 | 8.00 | 3.78 | 4.16 | 1.93 | 2.12 | 0.65 | 0.71 |
| 24 | 7.61 | 8.33 | 3.96 | 4.33 | 2.02 | 2.21 | 0.68 | 0.74 |
| 25 | 7.96 | 8.68 | 4.14 | 4.51 | 2.11 | 2.30 | 0.71 | 0.77 |
| 26 | 8.30 | 9.03 | 4.32 | 4.70 | 2.20 | 2.39 | 0.74 | 0.80 |
| 27 | 8.65 | 9.39 | 4.50 | 4.88 | 2.29 | 2.49 | 0.77 | 0.84 |
| 28 | 9.02 | 9.77 | 4.69 | 5.08 | 2.39 | 2.59 | 0.80 | 0.87 |
| 29 | 9.41 | 10.17 | 4.89 | 5.29 | 2.49 | 2.69 | 0.84 | 0.91 |
| 30 | 9.83 | 10.60 | 5.11 | 5.51 | 2.60 | 2.80 | 0.87 | 0.94 |
| 31 | 10.28 | 11.06 | 5.35 | 5.76 | 2.72 | 2.93 | 0.91 | 0.98 |
| 32 | 10.74 | 11.53 | 5.58 | 5.99 | 2.85 | 3.06 | 0.96 | 1.03 |
| 33 | 11.22 | 12.03 | 5.83 | 6.25 | 2.97 | 3.18 | 1.00 | 1.07 |
| 34 | 11.74 | 12.57 | 6.10 | 6.53 | 3.11 | 3.33 | 1.04 | 1.11 |
| 35 | 12.28 | 13.12 | 6.39 | 6.83 | 3.25 | 3.47 | 1.09 | 1.16 |
| 36 | 12.85 | 13.71 | 6.68 | 7.13 | 3.41 | 3.64 | 1.14 | 1.22 |
| 37 | 13.44 | 14.32 | 6.99 | 7.45 | 3.56 | 3.79 | 1.20 | 1.28 |
| 38 | 14.08 | 14.98 | 7.32 | 7.79 | 3.73 | 3.97 | 1.25 | 1.33 |
| 39 | 14.73 | 15.65 | 7.66 | 8.14 | 3.90 | 4.14 | 1.31 | 1.39 |
| 40 | 15.42 | 16.37 | 8.02 | 8.51 | 4.09 | 4.34 | 1.37 | 1.45 |
| 41 | 16.13 | 17.10 | 8.39 | 8.89 | 4.27 | 4.53 | 1.44 | 1.53 |
| 42 | 16.89 | 17.89 | 8.78 | 9.30 | 4.48 | 4.75 | 1.50 | 1.59 |
| 43 | 17.67 | 18.70 | 9.19 | 9.73 | 4.68 | 4.95 | 1.57 | 1.66 |
| 44 | 18.49 | 19.55 | 9.61 | 10.16 | 4.90 | 5.18 | 1.65 | 1.74 |
| 45 | 19.35 | 20.44 | 10.06 | 10.63 | 5.13 | 5.42 | 1.72 | 1.82 |
| 46 | 20.25 | 21.37 | 10.53 | 11.11 | 5.37 | 5.67 | 1.80 | 1.90 |
| 47 | 21.19 | 22.35 | 11.02 | 11.62 | 5.62 | 5.93 | 1.89 | 1.99 |
| 48 | 22.15 | 23.34 | 11.52 | 12.14 | 5.87 | 6.19 | 1.97 | 2.08 |
| 49 | 23.19 | 24.42 | 12.06 | 12.70 | 6.15 | 6.48 | 2.06 | 2.17 |
| 50 | 24.25 | 25.53 | 12.61 | 13.28 | 6.43 | 6.77 | 2.16 | 2.27 |
| 51 | 25.43 | 26.75 | 13.22 | 13.91 | 6.74 | 7.09 | 2.26 | 2.38 |
| 52 | 26.70 | 28.07 | 13.88 | 14.59 | 7.08 | 7.44 | 2.38 | 2.50 |
| 53 | 28.07 | 29.50 | 14.60 | 15.34 | 7.44 | 7.82 | 2.50 | 2.63 |
| 54 | 29.57 | 31.06 | 15.38 | 16.15 | 7.84 | 8.23 | 2.63 | 2.76 |
| 55 | 31.19 | 32.74 | 16.22 | 17.03 | 8.27 | 8.68 | 2.78 | 2.92 |
| 56 | 32.69 | 34.31 | 17.00 | 17.84 | 8.66 | 9.09 | 2.91 | 3.05 |
| 57 | 34.31 | 36.01 | 17.84 | 18.72 | 9.09 | 9.54 | 3.05 | 3.20 |
| 58 | 36.06 | 37.84 | 18.75 | 19.68 | 9.56 | 10.03 | 3.21 | 3.37 |
| 59 | 38.03 | 39.90 | 19.78 | 20.75 | 10.08 | 10.58 | 3.38 | 3.55 |
| 60 | 40.19 | 42.15 | 20.90 | 21.92 | 10.65 | 11.17 | 3.58 | 3.75 |
| 61 | 42.35 | 44.42 | 22.02 | 23.10 | 11.22 | 11.77 | 3.77 | 3.95 |
| 62 | 44.72 | 46.90 | 23.25 | 24.38 | 11.85 | 12.43 | 3.98 | 4.17 |
| 63 | 47.32 | 49.63 | 24.61 | 25.81 | 12.54 | 13.15 | 4.21 | 4.42 |
| 64 | 50.15 | 52.60 | 26.08 | 27.35 | 13.29 | 13.94 | 4.46 | 4.68 |
| 65 | 52.69 | 55.29 | 27.40 | 28.75 | 13.96 | 14.65 | 4.69 | 4.92 |
| 66 | 56.81 | 59.58 | 29.54 | 30.98 | 15.05 | 15.78 | 5.06 | 5.31 |
| 67 | 61.46 | 64.41 | 31.96 | 33.49 | 16.29 | 17.07 | 5.47 | 5.73 |
| 68 | 66.71 | 69.88 | 34.69 | 36.34 | 17.68 | 18.52 | 5.94 | 6.22 |
| 69 | 72.84 | 76.25 | 37.88 | 39.65 | 19.30 | 20.20 | 6.48 | 6.78 |
| 70 | 78.43 | 82.11 | 40.78 | 42.69 | 20.78 | 21.76 | 6.98 | 7.31 |
| 71 | 84.75 | N/A | 44.07 | N/A | 22.46 | N/A | 7.54 | N/A |
| 72 | 91.82 | N/A | 47.75 | N/A | 24.33 | N/A | 8.17 | N/A |
| 73 | 99.84 | N/A | 51.92 | N/A | 26.46 | N/A | 8.89 | N/A |
| 74 | 109.06 | N/A | 56.71 | N/A | 28.90 | N/A | 9.71 | N/A |
| 75 | 119.90 | N/A | 62.35 | N/A | 31.77 | N/A | 10.67 | N/A |

These rates are effective 1/1/09 and are subject to change at Prudential's discretion. Your rate is based on your age on the effective date of your policy.