IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administrated |
| | Objection Deadline: Oct. 22, 2012 at 10 a.m.<br>Hearing Date: Feb. 12, 2013 at 10 a.m.<br>RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

MY BROTHER IS WRITING THIS FOR ME, SINCE I SUFFER FROM STROKE AND MS.

IF MY LONG TERM DISABILITY ENDS, THERE IS NO WAY I'LL BE ABLE TO REPLACE MY LIFE AND HEALTH INSURANCE FROM ANOTHER COMPANY WITH AFFORDABLE RATES. IN ADDITION, MY LTD ENABLES ME TO KEEP UP WITH MY MONTHLY EXPENSES. IF LTD IS DISCONTINUED, I WILL SOON HAVE TO ENTER A HOSPITAL FOR MY CARE.

I DEPEND ON LTD, AND PLEASE ASK THE COURT NOT TO ALLOW NORTEL TO TERMINATE MY LTD BENEFITS.

Name: DAVID J. MORRISON
Address: 3276 PINE TERRACE, APT. 1, EVERGREEN HILLS, MACEDON, N.Y. 14502
Phone #: 315-538-0065
Signature: David J Morrison

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.