# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline:  Oct. 22, 2012 at 10 a.m.** |
| | ) | **Hearing Date:       Feb. 12, 2013 at 10 a.m.** |
| | | **RE:                 D.I. # 8067** |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

n I accepted employment with Nortel, I was promised a salary and benefits
in services rendered to Nortel. now that I am totally disabled one of the
fits was I would receive LTD coverage until age 65. when I became
totally disabled, Prudential approved my claim, so Nortel became responsible
my LTD Benifits. Now they are trying to terminate my LTD Benifits.
Is like having a car insurance then having a wreck and they
Pay for a month or so and cancel coverage after you have paid
premiums. my mom is having to take care of this for me. We will

(over)

**Name:** Terry D. Masseng. II
**Address:** 126 Keri Dr.
Garner, N.C. 27529
**Phone #:** 919-553-2338
**Signature:** Terry D. Massengill / Patricia Rimmer
Guardian of Person

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

lose our home and other things because we depend
on this money and heath benefits. My mom is a
retiree from Nortel, was forced into early retirement and
only draws $214.77 a month. She has not been able
to work or her things for helping me. I am begging
the court not to allow Nortel to terminate my
benefits. The medical and income loss would
be devistating. Nortel is well within there
means to meet the obligations. We are all praying
to our wonderful God ~~and court~~ for the Lawer
Court and Nortel to do the right thing.

Thank you

Terry D. Massingill / Patricia Renn
Guardian of Person