# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

I accepted an offer of employment in 1986 with BNR (Bell Northern Research) an R&D division of Northern Telecom with the understanding that I would receive a certain salary and be provided with benefits that included medical, dental, vision, short-term and long-term disability insurance(LTD). The salary and benefits would be intact as long as I was employed by Nortel until the age of 65. In 1992 Nortel asked me to go out on LTD due to my medical condition and the inability to perform my work at the level I had before I became disabled. The LTD benefit was always presented as an insurance policy both by description in benefit enrollment packages sent out every fall by Nortel and by HR personnel, CIGNA representatives and Prudential representatives. Charts in the benefit enrollment packages clearly stated that if I were to go out on LTD because of disability before age 60, LTD benefits will continue to age 65. I therefore ask the court not to allow Nortel to terminate my vested LTD benefits. Living expenses such as my mortgage acquired in 2003 were based on income figures supplied to my mortgage holder by Nortel and Prudential. I thank you for your consideration on this stressful, emotional and life changing situation.

**Name:   Robert Joseph Martel**

**Address: 200 Lighthouse Lane APT B3, Cedar Point NC 28584**
**Phone #: 910 207 0861**
**Signature:** *[signature]*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.



Connecticut General Life Insurance Company
Life Insurance Company of North America
CIGNA companies

| Insured: | Policyholder: | Account #: |
|---|---|---|
| MARTEL, ROBERT J. | NORTHERN TELECOM, INC. | NHD 7681 |

Date of Disability: **6-12-92**

Comments:

Waiting Period Calculation:

Duration of Waiting Period **6 mo.**

12-12-92 / 12-31-92 → **$1,418.40**

Benefits Begin **12-12-92**

## LTD BENEFIT COMPUTATION - DIRECT OFFSET

Benefit Levels For This Case - Maximum Benefit $**7000.00**   Minimum Benefit $**50.00**

1. LTD % - Not to Exceed Maximum Shown Above
   **70** % of Basic Monthly Salary of $**4091.67**           $**2864.17**

2. Other Income Benefits *Code Section Below          Code: **E (REHAB)**    Benefits: **736.63**
   
   80% X $920.79 =
   ($23.61 HR) @ 39 HRS

3. Item 1 Minus Item 2 = $**2127.54**
   
   MONTHLY PAYMENT AMOUNT                               $**2127.54**

4. Daily Rate (Amount on Line 3 Divided by 30 Days) = **$70.92**

5. AMOUNT OF LTD PAYABLE FOR THE PERIOD FROM **12-12-92** THROUGH **12-31-92**   $**1,418.40**
   
   **20 DAYS**

*CODE

A. Approved Estimated Federal Social Security Disability
B. Approved Estimated Federal Social Security Old Age Benefits
C. Workmen's Compensation or Similar Law
D. State Disability or any Employer Sponsored Income Benefit Plan
E. Other - Refer to Comments

This Policy requires that Federal Social Security Disability payments be deducted from Monthly Long Term Disability Benefits. We are deducting Estimated Social Security Payments until an Official Notice of Award is received or Proof is submitted that benefits have been applied for and denied. Adjustment of our payments will be made when the Proof of Award or Denial is submitted. APPLY FOR FEDERAL SOCIAL SECURITY BENEFITS NOW IF YOU HAVE NOT ALREADY DONE SO.

PR
1-5-93