# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administrated |
| | Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | Hearing Date: Feb. 13, 2012 at 10 a.m. |
| | RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Claudia Vidmer (the LTD Employee]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees .In support of this Objection, Claudia Vidmer respectfully represents as follows:

## BACKGROUND

1. I joined Nortel in 1985 as the company expanded into the U.S. My decision was based on the fact it was a growing company with competitive salary and strong benefits and afforded me the opportunity to build my career.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Claudia Vidmer

2. Based in Chicago, I was part of a very successful and innovative sales team with the Public Carrier Networks group (PCN). I won several key competitive bids and was part of the team to help Ameritech launch their long distance business. As a result of my success, I was awarded Top Salesperson, the Master Award, an extremely prestigious honor. In addition, before moving to disability, I was named Top Talent, the top 1% of Nortel's workforce.

3. My breast cancer reoccurred in January 2001 as the cancer metastasized to my bones. Over the last eleven years, I have endured more than 200 rounds of chemotherapy, 25 radiation treatments and several surgeries.

4. Prudential approved my Long Term Disability Claim in July 2001.

## RELIEF REQUESTED

5. I request that the Debtors motion to Terminate the LTD Plans and LTD Employees DI#8067 be rejected.

6. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is $958,100.38

7. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## BASIS FOR RELIEF

8. Based on the information provided to me by Nortel through the Employee Handbook and Summary Plan Document (SPD) for 2001, I <u>relied</u> on the information that stated I would receive my disability income through the age 65. Exhibit B

9. In addition, in 1996 I increased my LTD to 70% coverage by paying an additional premium through my flex benefits. This was based on my faith in the reliability of the Group Insurance Policy #39900  Exhibit C

10. The Employee Statement Prudential Group Disability forms I was requested to fill out in order to qualify for Group Disability Insurance were from Prudential. Correspondence from Nortel Networks Case Management dated May 14, 2001 indicated that Prudential determines claim approval. This all contributed to the understanding that Prudential was actually providing the insurance.   Exhibit D and Exhibit E

11. Notification that I was eligible for LTD benefits was made to me from Prudential Disability Claim Manager on July 10, 2001 and indicated benefits were under Group Plan #39900 issued to Nortel Networks, Inc.  Further confirmation from Prudential was made in April 9, 2002 from the same case

manager stated benefits will continue under the terms of Nortel Networks Inc. Group LTD Policy. Exhibit F and Exhibit G.

12. The loss of LTD my income and health care will be devastating. In August 2012, I broke my arm and leg as I collapsed resulting from the pathological fracture of my leg. I was already healing from the fracture and resulting surgery of the other arm in the prior month. I now require a wheelchair as my bones are dangerously fragile and prone to breaking as a result of the cancer over the last 11 years. As a result of this catastrophe, I no longer can live independently and require a 24 hour care giver. This is an enormous unforeseen expense just to live in my home, insurance will not cover home care for me. The value of my Proof of Claim (POC) is $958,100.38.

13. Nortel is well within their means to meet the contractual obligations with the LTD employees.

14. Fiduciary obligations are not served when an essentially insolvent benefit is offered; nor when same agent seeks to terminate employment to deny LTD benefits.

15. I was an exemplar employee and expect Nortel to honor the contract to provide disability until age 65 as presented in the 2001 Summary Plan Document (SPD).

## NOTICE

Notice of this Motion has been provided to (a) counsel to the Debtors; (b) counsel to the Creditors' Committee; (c) counsel to the Retirees Committee; (d) the United States Trustee for the District of Delaware; and (e) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. I, Claudia Vidmer respectfully submit that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Claudia Vidmer respectfully requests the entry of an Order, in the form attached.

1. Reject the Debtors motion to terminate the LTD Plans and LTD employees (DI#8067).
2. Compel the Debtors to compensate Claudia Vidmer in full for LTD benefits projected to age 65: Total Claim is $958,100.38.
3. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Claudia Vidmer.

Dated: October 15, 2012

Claudia Vidmer
213 Orchard Lane
Glen Ellyn. IL  60137
Telephone: 630-302-0831
Facsimile: NA
Email: cvidmer@aol.com

*Appearing Pro Se*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) ) | Jointly Administrated |
|  | ) | **Re: Docket No. 8067** |

## ORDER GRANTING Claudia Vidmer's Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long Term Disability Plan and the employment of the LTD employees.

Upon consideration of the *Motion for Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long Term Disability Plans and the employment of the LTD employees by Claudia Vidmer* (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

ORDERED that the Motion is granted.

ORDERED that Nortel will provide the allowed claim in the amount of $958,100.38

Dated: _____, 2013
Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE