## EXHIBITS

A- POC

B-Nortel Summary Plan Description (SPD 2001)

C-Flex Benefits Statements

D-Employee Statement Prudential Group Disability

E-Prudential letter May 2001

F-Prudential letter July 2001

G-Prudential letter April 2002

H-Flex Benefits Confirmation for 2012

I-September 2012 Paycheck from Prudential

Exhibit A

## Proof Of Claim

| | Claudia Vidmer | |
|---|---|---|
| | 0193261 | |
| WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR? | | |
| WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL? | | |
| WHAT WAS THE FIRST DATE THAT YOU WERE OUT ON LONG-TERM DISABILITY? | July 30, 2001 | |
| WHAT IS YOUR AGE (As Of January 1, 2013) ... | | |
| Years | 57 | |
| Months | 4 | |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | 688 | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | 92 | |
| YOUR ANNUAL SALARY PER YOUR 2011 FLEX BENEFITS STATEMENT    (Exhibit H) | $ 106,200.00 | |
| IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contrib. ... | | |
| CARP CONTRIBUTION | 0.02 | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ... | $ 2,124.00 | $ 16,284.00 |
| FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION" | | |
| SEVERANCE PERIOD | 32 | |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | $ 2,042.31 | $ 65,353.85 |
| FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (September 2012 LTD Paystub) | | |
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL    (Exhibit I) | $ 10,605.00 | $ 975,660.00 |
| SSDI MONTHLY OFFSET    (Exhibit I) | $ 1,544.90 | $ 142,130.80 |
| Medicare Part B Reimbursement Per LTD Plan  (Per Soc. Sec.) | $ 199.80 | $ 18,381.60 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ 9,259.90 | $ 833,529.20 |
| Estimates On What Replacement Coverage Would Cost You | | |
| MEDICAL CARE    (Estimate based on IL SHIP Website) | $ 5,000.00 | $ 38,333.33 |
| DENTAL/VISION/HEARING CARE | $ 600.00 | $ 4,600.00 |
| | N/A | N/A |
| | N/A | N/A |
| | N/A | N/A |
| | N/A | N/A |
| CLAIM GRAND TOTAL | | $ 958,100.38 |

Exhibit B

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, this plan will require a lump sum reimbursement payment to the plan or reduce or eliminate future payments.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 60% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on

*STD benefits will not be paid for any disability resulting from:*

- *intentionally self-inflicted injuries*

- *your participation in the commission of an assault or felony*

- *war or any act of war*

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Optional LTD Benefits

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

# Definition of Disability

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

*During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

*After the first 18-month period of covered Total Disability…you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.

# When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period (STD), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from receipt of such paperwork *and* before the end of the 26-consecutive week waiting period (STD). (Your monthly LTD benefits and any retroactive payments could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.

2. You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 12 months of LTD

3. You are no longer under the care of a Physician.

4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period...*

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For Total Disability due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

# If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and

- you were Actively at Work less than three consecutive months since your first disability.

Plan Year 2001

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

## Waiver of Premium

While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.

## Reduction of Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents because of your disability or retirement.

For the purposes of this plan, "other income" includes:

* income received from any employer or from any occupation for compensation or profit, including self-employment

* Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

* disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

* any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

  – unemployment compensation benefits

  – no-fault wage replacement benefits

  – statutory disability benefits

  – Social Security benefits (family offset), the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

*While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.*

17          - Disability

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to monthly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to 60 monthly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security, you are expected to pursue the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan will estimate your monthly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 8 of the Administration Information section.

# NORTEL NETWORKS

## 2000 U.S. Confirmation Statement

*Exhibit C*

Effective January 01, 2000, your benefit choices and associated costs will be as shown below. Please refer to your *2000 FLEX Benefits Enrollment Guide* for information, and if there are any errors or omissions please call the U.S. InfoCenter at ESN 352-4636 or 1-800-676-4636 immediately.

## PERSONAL INFORMATION

Prepared as of 01/21/10

| | | |
|---|---|---|
| Name: | CLAUDIA VIDMER | Mailing Information: |
| Global ID: | 0193261 | CLAUDIA VIDMER |
| Social Security Number: | ███████████ | 213 ORCHARD LN |
| Date of Birth: | August 31, 1955 | GLEN ELLYN, IL  60137 |
| Pay Frequency: | US Bi-Weekly Paycycle | |
| FLEX Earnings: | $ 118,900 (as of September 30, 1999) | Your 7-digit Global ID and 6-digit Personal |
| Confirmation Date: | November 21, 1999 | Code are required to complete your enrollment on the Web or by phone. |

## Current 2000 Confirmed BEFORE-TAX Choices

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| Preferred Provider, CIGNA | You Only | $ 20.79 | $ 540.54 | $ 1678.30 |
| **Dental, Vision and Hearing Care** | | | | |
| Plus | You Only | $ 3.06 | $ 79.56 | $ 494.26 |
| **Health Care Reimbursement Account** | | | | |
| No Contribution | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Day Care Reimbursement Account** | | | | |
| No Contribution | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Core Short-Term Disability** | | | | |
| 6 Weeks at 100% FLEX Earnings, plus 20 weeks at 70% | | $ 0.00 | $ 0.00 | $ 451.62 |
| **Optional Short-Term Disability** | | | | |
| No optional coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Core Long-Term Disability** | | | | |
| 60% of FLEX Earnings | | $ 0.00 | $ 0.00 | $ 838.76 |
| **Optional Long-Term Disability** | | | | |
| Raise 60% benefit to 70% | | $ 7.31 | $ 190.06 | $ 0.00 |
| **Total Cost Per Pay Period of Your 2000 Before-Tax Choices:** | | $31.16 | $810.16 | $ 3462.94 |

*(handwritten: 1500 - max)*

## Current 2000 Confirmed AFTER-TAX Choices

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Core Employee Life Insurance** | | | | |
| $ 50,000 | | $ 0.00 | $ 0.00 | $ 49.14 |
| **Optional Employee Life Insurance** | | | | |
| No optional coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse** | | | | |
| No optional coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child** | | | | |
| No optional coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Optional AD&D Insurance** | | | | |
| No optional coverage | No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost Per Pay Period of Your 2000 After-Tax Choices:** | | $0.00 | $0.00 | $ 49.14 |

| | |
|---|---|
| Cost Per Pay Period of Your 2000 Choices (Before-Tax and After-Tax): | $  31.16 |
| FLEX Credits Per Pay Period: | $  20.79 |
| **Difference (Your Net Benefit Cost Per Pay Period):** | $  10.37 |

# NORTEL NETWORKS

**Your 2001 U.S.
FLEX Benefits Confirmation Statement**

This statement confirms your FLEX Benefits selections and costs effective January 01, 2001. Please refer to your FLEX Benefits 2001 enrollment package for more information. If anything on this Confirmation Statement is not accurate, please Employee Services at ESN 352-4636 or 1-800-676-4636 immediately.

## PERSONAL INFORMATION

*Prepared*

| | | |
|---|---|---|
| Name: | CLAUDIA VIDMER | Mailing Information: |
| Global ID: | 0193261 | CLAUDIA VIDMER |
| Social Security Number: | | 213 ORCHARD LN |
| Date of Birth: | August 31, 1955 | GLEN ELLYN, IL  60137 |
| Pay Frequency: | US Bi-Weekly Paycycle | |
| FLEX Earnings: | $ 145,200 (as of September 30, 2000) | |
| Confirmation Date: | November 17, 2000 | |
| FLEX Credits Per Pay Period: | $ 20.79 | |

For 2001, costs for medical options reflect your share of the costs after company-provided FLEX Credits are applied.

## TOTAL COST OR INCOME SUMMARY

**YOUR TOTAL COST:**          **$12.32 Per Pay Period**

This cost summary is for benefits that are already approved. If any coverage is pending, your costs may change later when ap received.

**Please make sure your dependent information (listed on the next page) is accurate.**

### 2001 Confirmed Before-Tax Selections

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Ne Cost Per |
|---|---|---|---|---|
| **Medical Care** Preferred Provider, CIGNA | You Only | $ 0.00 | $ 0.00 | $ 224 |
| **Dental, Vision and Hearing Care** Plus | You Only | $ 0.00 | $ 0.00 | $ 54 |
| **Health Care Reimbursement Account** No contribution | | $ 3.39 | $ 88.14 | $ 54 |
| **Dependent Day Care Reimbursement Account** No contribution | | $ 0.00 | $ 0.00 | $ 0. |
| **Core Short-Term Disability** 6 Weeks at 100% FLEX Earnings, plus 20 weeks at 70% | | $ 0.00 | $ 0.00 | $ 0. |
| **Optional Short-Term Disability** No optional coverage | | $ 0.00 | $ 0.00 | $ 551.7 |
| **Core Long-Term Disability** 60% of FLEX Earnings | | $ 0.00 | $ 0.00 | $ 0.0 |
| **Optional Long-Term Disability** Increase core coverage from 60% to 70% | | $ 8.93 | $ 0.00 | $ 1024.14 |
| Total Cost Per Pay Period of Your 2001 Before-Tax Selections: | | $ 232.18 | $ 0.00 | |
| | | **$12.32** | **$320.32** | **$ 4366.18** |

### 2001 Confirmed After-Tax Selections

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Network Cost Per Year |
|---|---|---|---|---|
| **Core Employee Life Insurance** $ 50,000 | | $ 0.00 | $ 0.00 | $ 49.14 |
| **Optional Employee Life Insurance** No optional coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse** No coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** No coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** No coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Cost Per Pay Period of Your 2001 After-Tax Selections: | | $ 0.00 | $ 0.00 | $ 49.14 |
| | | **$0.00** | **$0.00** | **$ 49.14** |

Exhibit D



# Prudential
# Group Disability Insurance

## Employee Statement




**Prudential**

**Instructions to File a Claim for Disability Benefits**

1. Complete Sections A and B of the Employee Statement.
2. Read the Tax Notice in Section C and complete it for voluntary Federal Income Tax withholding from disability benefit payments.
3. Ask your Doctor to complete an Attending Physician's Statement.
4. Submit these completed forms according to the directions you received from your Benefits Office.

> Nortel Networks
> Disability Case Management
> PO Box 13010
> Mailstop 11A/02/0C6
> Research Triangle Park, NC 27709

**For your protection, certain state laws require the following to appear on this form:**

**California Residents Notice - Section 1879.2 of the California Statutes regarding Insurance Fraud requires us to inform you of the following law:** "Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison."

**Colorado Residents Notice - Section 10-1-127(7)(a) of the Colorado Statutes regarding Insurance Fraud requires us to inform you of the following law:** "It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regards to a settlement of award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies."

**Delaware Residents Notice - Section 11.913(b) of the Delaware Statutes regarding Insurance Fraud requires us to inform you of the following law:** "Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony."

**Florida Residents Notice - Section 817.234(1)b of the Florida Statutes regarding "False and Fraudulent Insurance Claims" requires us to inform you of the following law:** "Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree."

**Idaho Residents Notice - Section 41-1331 of the Idaho Statutes regarding Insurance Fraud requires us to inform you of the following law:** "Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement containing any false, incomplete, or misleading information is guilty of a felony."

**Indiana Residents Notice - Section 27-2-16-3 of the Indiana Statutes regarding Insurance Fraud requires us to inform you of the following law:** "Any person who knowingly, and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony."

**New York Residents Notice - Section 28:4-403(d) of the New York Statute regarding Insurance Fraud requires us to inform you of the following law:** "Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation."

**Oklahoma Residents Notice - Section 36 3613.1 of the Oklahoma Statute regarding Insurance Fraud requires us to inform you of the following law:** "WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony."

**Pennsylvania Residents Notice - Section 18 Pa. C.S. 4117(k)(l) of the Pennsylvania Statute regarding Insurance Fraud requires us to inform you of the following law:** "Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."

 **Prudential**

**Group Disability Insurance**
**EMPLOYEE STATEMENT**

### SECTION A: Employee Information

Employee Name: Claudia Vidmer

Social Security Number: ████████████

Home Phone Number: (630) 545-0766

Mailing Address: 213 Orchard Lane

City: Glen Ellyn

State: IL    Zip Code: 60137

Employer Name: Nortel Networks

Employer Control Number: 39900

Occupation: Sales manager

Work Phone Number: 847, 706-8409

Date of Birth: 08,31,55    Sex: ☐M ☒F

Date First Treated for this Condition: '95 01, 30, 01
Date Last Worked: 01, 26, 01
Date Disability Began: 02, 05, 01
Date Expected to Return to Work: indefinite

Primary Physician Name: Dr. D. Sweet
Street Address: 908 N. Elm St.
City: Hinsdale    State: IL    Zip Code: 60521    Phone Number: (630) 654-1790

If treated for this condition in the past, complete the following:    Physician Name: Dr. Sweet

Specialty: Oncology    Phone Number: (630) 654-1790    Treated from: 6-95 to present

Describe when and where the accident occurred, or describe the nature of your illness. If pregnant, what is your estimated delivery date?
Advanced Breast Cancer - Stage IV

Is this condition work related? Yes ☐ No ☒ If yes, explain: _____

Have you filed a Workers' Compensation claim? Yes ☐ No ☒ Do you intend to file a Workers' Compensation claim? Yes ☐ No ☒

Have you been hospitalized for this condition? Yes ☒ No ☐ If yes, give dates: From 01-30-96 ☒ In-patient ☐ Out-patient

Supervisor Name: Jeff Kirchner
Phone Number: 847, 706-8742

What other income are you entitled to receive as a result of your disability? (Examples: Social Security Disability or Retirement Benefits, Workers' Compensation, State Disability, Pension Disability or Retirement, No-Fault Auto Insurance, Salary Continuance, Group Life or Disability Plan, Health or Welfare Plan.)

| Source | Amount | Frequency | Date Filed for Benefit | Date Benefit Begins | Date Benefit Ends |
|---|---|---|---|---|---|
| _____ | $_____ | per _____ | ___/___/___ | ___/___/___ | ___/___/___ |
| _____ | $_____ | per _____ | ___/___/___ | ___/___/___ | ___/___/___ |
| _____ | $_____ | per _____ | ___/___/___ | ___/___/___ | ___/___/___ |

### Complete This Section Only if Disability is Expected to Continue Beyond 8 Weeks

Name of Your Health Insurance Company: Cigna HealthCare    Phone Number: 800 257-2702

Marital status: ☒ Single ☐ Married ☐ Divorced ☐ Widowed    Spouse's Date of Birth ___/___/___    Is spouse employed? Yes ☐ No ☐

List names and dates of birth for all children. Check box if child is enrolled in school and/or disabled.

| Name | Date of Birth | School | Disabled | Name | Date of Birth | School | Disabled |
|---|---|---|---|---|---|---|---|
| _____ | ___/___/___ | ☐ | ☐ | _____ | ___/___/___ | ☐ | ☐ |
| _____ | ___/___/___ | ☐ | ☐ | _____ | ___/___/___ | ☐ | ☐ |

Notice to all parties completing this form: Any person who knowingly and with intent to defraud any insurance company or other person, files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime. Criminal and/or civil penalties can result from such acts. (Please see state specific fraud warnings on page 2.) *This warning does not apply to Virginia Residents.

Date: 06, 07, 01    I certify that the above statements are true.    Employee Signature: Claudia Vidmer

 **Prudential**

*Claudia Vidmer*
Employee Name


Social Security Number

39900
Employer Control Number

### SECTION B: Authorization to Release Medical Information

PERSONS OR INSTITUTIONS:  This authorizes you to give The Prudential Insurance Company of America, its affiliates and representatives, any information, data or records you have regarding my medical history and treatment (including records pertaining to psychiatric, drug or alcohol use, and any medical condition I may now have or have had), and any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, credit, financial, earnings and employment history) needed to evaluate my claim for benefits. I understand that any such information obtained may be provided to a person or agency requested by Prudential to assist with this purpose. This authorization is valid during the dependency of my claim. I understand that I have the right to request and receive a copy of this authorization.  A photocopy of this authorization is as valid as the original.

Unless limits* are shown below, this form pertains to all of the records listed above.

This information is for the sole use of Prudential or the group contract holder which will process the claim. Unless the law requires it, information will not be given in an identifiable form to any other persons unless I agree to its release in writing.

I can revoke this authorization by giving notice to Prudential. The notice will not apply to information released before the date Prudential has the notice. If not revoked, this authorization will be valid while the claim is pending, but not more than one year from the date it is signed.

I agree that a photocopy of this form will be as valid as the original.

*Limits, if any:

_____

_____

Date *06 , 07 , 01*   Employee Signature___*Claudia Vidmer*___

Indicate how related if signed by other than patient

### SECTION C: Tax Notice

Benefits provided under your Group Disability Income Plan may be subject to federal, state and local taxation. Contact your employee benefits representative or disability plan trustee for details on your rights and obligations under the various tax codes. If you wish to have Federal Income Tax (FIT) withheld from any payments you may receive, indicate the amount to be withheld below and sign the authorization. Withholding requests may also be submitted on IRS Form W-4S. Withholding requests must be stated in whole dollar amounts. FIT will not be withheld if the disability benefit is not taxable.

I request voluntary Federal Income Tax withholding from each payment, as authorized under section 3402(c) of the Internal Revenue Code, in the amount(s) of:

For STD  $_____ .00 weekly ($20.00 minimum)

For LTD  $ *2500.*_____ .00 monthly ($88.00 minimum)

Date *06 , 07 , 01*   Employee Signature___*Claudia Vidmer*___



*Exhibit E*

**Nortel Health Services**
**Nortel Networks**
4001 East Chapel Hill-Nelson Hwy
P.O. Box 13010
Research Triangle Park, NC 27709-3010
Mail-stop 11A/02/0C6
Tel   919-992-2651 (ESN 352) or 800-949-8190
Fax   919-992-6590 (ESN 352) or 877-992-3702

http:/47.119.161.120./aralia

**E. D. REESE, RN**
**Regional Case Manager**

May 14, 2001

Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL  60137

Re:  Long Term Disability (LTD) Application Process

Dear Claudia:

The purpose of this letter is to advise you of the need to begin the LTD application process.  Approved STD benefits are payable for 26 weeks following a five day waiting period unless the waiting period has been waived.  Upon PRUDENTIAL'S approval, LTD benefits are payable after you have been totally disabled for the 26 week consecutive waiting period of STD.

The LTD application and review process requires approximately 8-10 weeks.  Since your STD benefits will expire on **July 29, 2001**, the LTD application process must now begin.  For this reason, I have enclosed for your completion your "LTD package."  Also included in the package are informational materials to assist you in the application process.  Because the LTD application is more complex than the STD process, you may wish to consult and address any questions or concerns you may have.

As indicated above, PRUDENTIAL determines claim approval or denial.  Therefore, it is imperative that you respond promptly to PRUDENTIAL'S requests for additional information.  Failure to submit your LTD claim in a timely manner may result in a lapse of benefits between the exhaustion of your STD benefits and the onset of your LTD benefits.

Please mail your completed application to:

NORTEL
Disability Case Management
P.O. Box 13010
Mail-stop 11A/02/0C6
Research Triangle Park, NC  27709

This information may also be faxed *CONFIDENTIALLY* to (919) 992-6590 or toll-free fax 1- 877-992-3702.
**Please contact me at 1-800-949-8190 if you need assistance with the application process.**
**Contact HR INFO CENTER 1-(800)-676-4636 to review your flex benefit selections.**

Sincerely,
E. D. Reese, RN
Regional Case Manager

Claims Services Provided by

**The Prudential Insurance Company of America**

Kristin H Laccetti
Disability Claim Manager

The Prudential Insurance Company Of America
Disability Management Services
PO Box 2300
Parsippany, NJ 07054

Phone: (800) 842-1718 Ext: 8787
Fax: (973) 285-8800
Hours: 09:00 AM 05:00 PM

*Exhibit F*

July 10, 2001

||I||I||I|||I||I||I|||I||I||I||I|
Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL 60137

Claimant: Claudia Vidmer
Control #/Br: 39900 / 000RB
Claim #: 10400899
Social Security #: ███-██-████
Date of Birth: 08/31/1955

Dear Ms. Vidmer:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Group Plan #39900 issued to Nortel Networks, Inc. and have determined that you are eligible for benefits effective July 30, 2001.

In order to be eligible for these benefits, you must be considered Totally Disabled from your occupation. Under the terms of Nortel Networks LTD plan:

> "You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.
>
> After the first 18 month period of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $8,850.00 |
| Scheduled LTD Benefit (70.00%) | $6,195.00 |

*Base only*

The following monthly deductions will be effective July 30, 2001:

| | |
|---|---|
| Dental | $ 7.36 |
| Voluntary Federal Income Tax | $2,500.00 |

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month.

Under the Nortel Networks, Inc. Group LTD Policy, you may be required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. To file an application for SSDB you need to contact your local Social Security office. Upon receipt, please supply us with a copy of the decision letter.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum.

As part of Nortel Networks Plan, there is a Mandatory Vocational Rehabilitation Program. "Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an approved rehabilitation program to help you get back to work. (Refusal to participate in an approved rehabilitation program could result in termination of your LTD benefits.)"

Prudential Group Insurance is pleased to offer Electronic Funds Transfer (EFT) as our standard method of payment for disability benefits. EFT allows your benefit checks to be electronically deposited into the checking or savings account of your choice. Please complete the enclosed Electronic Funds Transfer Authorization form, and attach a voided check from the bank account in which you wish to have your benefit check deposited. Return the authorization form and your voided check to us in the enclosed (postage paid) envelope. Your request will be processed upon receipt of the authorization form and voided check.

If you have any questions, please contact the office at (800) 842-1718, extension 8787.

Sincerely,

Kristin H Laccetti
Disability Claim Manager


c:    Nortel Networks


Fax (877) 889 - 4885

Attn

Kristin Laccetti

11/5/01    Malika

Claims Services Provided by

**The Prudential Insurance Company of America**

*Exhibit G*

April 09, 2002

||l||l||lₙₙₙₗₗ||l||l||lₙₗₙₗₗ||l|
Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL  60137

**Kristin H Laccetti**
Disability Claim Manager

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101

Phone: (800) 842-1718  Ext: 8787
Fax: (877) 889-4885
Hours: 08:30 AM 04:30 PM

Claimant: Claudia Vidmer
Control #/Br: 39900 / 000RB
Claim #: 10400899
Social Security #: ■■■-■■-■■■■
Date of Birth: 08/31/1955

Dear Ms. Vidmer:

We are writing in regard to your claim application for Long Term Disability (LTD) benefits under the Group G-39900 issued to Nortel Networks, Inc.

In order to be eligible for these benefits, you must be considered Totally Disabled from your occupation.  Under the terms of Nortel Networks LTD plan:

> "You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.  You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability.  You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days.  During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.
>
> After the first 18 month period of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation.  A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

We have completed our evaluation of your claim based on the definition of disability as stated above.  We have determined that you meet the requirements for eligibility for benefits under this definition of disability.  We have determined that you are totally disabled as required.  Benefits will continue provided that you remain totally disabled under the terms of the Nortel Networks, Inc. Group LTD Policy.  Periodically, we will contact you and your attending physician for updated medical information.

If you have any questions, please contact the office at (800) 842-1718, extension 8787.

Sincerely,

Kristin H Laccetti
Disability Claim Manager

cc:   Nortel Networks, Debby Rogers

 *Exhibit H*

# NORTEL

### United States Benefits
### Confirmation Statement

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Claudia Vidmer |
| Global ID: | 0193261 |
| Date of Birth: | 08/31/1955 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 106200.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

### Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** 90/70 PPO, Anthem | EE Only | $ 41.88 | $1,088.88 | $4,373.20 |
| **Dental/Vision/Hearing Care** PLUS | EE Only | $ 10.93 | $ 284.18 | $ 598.52 |
| **Short-Term Disability** 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 693.42 |
| **Long-Term Disability** 70% of Benefits Earnings | | $ 9.47 | $ 246.22 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 62.28 | $1,619.28 | $5,665.14 |

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** 50,000 Core Life Insurance | $ 0.00 | $ 0.00 | $ 0.00 |
| **Optional Employee Life Insurance** No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 0.00 | $ 0.00 | $ 0.00 |

** if an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

Claudia Vidmer                    0193261                    11/30/2011                    Page 2

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected.  The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy.  Please note:  all eligible dependents have access to the Employee Assistance Program (EAP).  If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|------|------------------|--------------|--------|---------------|
|      |                  |              |        |               |

Claudia Vidmer
213 Orchard Ln

Glen Ellyn, IL  60137

Disability Claim Services Provider

*Exhibit I*

' you have any
questions about
his claim, please
ontact

**DISABILITY MANAGEMENT SERVICES**
**PO BOX 13480**
**PHILADELPHIA**          PA   19176
**800-842-1718**

Date
**September 24, 2012**

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CNTRL#   0039900
CLAIM#   10400899
ID#      XXX-XX-████

CLAIMANT   **CLAUDIA VIDMER**

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 10,605.00 | 09/01/2012 | 09/30/2012 |
| - SSDB | 1,544.90 | BENEFIT AMOUNT | 10,605.00 |
| - Medical | 90.74 | LESS OFFSET | 1,544.90 |
| - Dental | 23.68 | ADD'L BENEFITS | 0.00 |
| - Mandatory FIT | 2,265.03 | | 9,060.10 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | 9,060.10 |
| | | LESS DEDUCTIONS | 2,379.45 |
| | | AMOUNT PAYABLE | 6,680.65 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/mybenefits and select the online option.

Date:   **September 24, 2012**

Deposit Amount:      **$6,680.65**

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XX9921 | $6,680.65 |

To the
Accounts
of

CLAUDIA VIDMER
213 ORCHARD LANE
GLEN ELLYN          IL   60137

This is not a Check                                      Not Negotiable