IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Objection Deadline: Oct. 22, 2012 at 10 a.m.<br>Hearing Date:      Feb. 12, 2013 at 10 a.m.<br>RE:                D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Sandra Aiken (the LTD Employee) of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Sandra Aiken respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. I am 58 years old and became disabled in 1990 due to a rare autoimmune blood disease called **Takeysu's Arteritis (Vasculitis).** I was diagnosed with this disease in 1988 and my health began to deteriorate rapidly after that.

2. I joined Nortel on July 13, 1981. I was informed about the great benefits Nortel had to offer. I was also impressed with the Short Term Disability benefits and the Long Term Disability and that if you became on LTD you would receive benefits until age 65 as long as you remained disable per their guidelines. I was so happy to be employed by Nortel and gave them 110% when I was able to work. I loved my job and would still work if it wasn't for my job. I did whatever that Nortel wanted me to do and help be a part of a support team to Nortel a great company.

3. My original Long Term Disability plan was administered by Cigna Insurance Co., which was administered from 1990 to 2000.

4. The Long Term Disability Plan changed in 2000 to Prudential Insurance Co. which has been administered from 2000 to present.

5. I started receiving Long Term Disability Benefits on June 4, 1990.

6. Whenever inquiries were made to anyone at Nortel about LTD, it was very hush hush and some people were very unsure of the LTD plans and what it covered. Whenever there was a change such as a COLA, which I didn't qualify for because I went out on LTD in 1990 and the COLA became effective to anyone who came on to LTD benefits from 1994 to 2000. I inquired and was told what is broke don't fix it. I was then afraid to say anything, because I was scared that I might have my benefits reduced or lost. I tried not to call much to HR, because I was getting a monthly check

and didn't want to create problems and wanted to continue receiving my benefits, which I needed greatly. I am totally dependent on my LTD benefits to meet my needs. I have a compromised immune system and have to be extremely cautious to risk getting any infections, which could be fatal to me, because I have nothing to fight off any infections. My disease changes from day to day, one day I may be doing a little better and the next day, I will have to fight for my life.

7. I have on **Exhibit A.**, a list of all my diseases, which I have to be constantly monitored and have to receive treatment. My health has deteriorated since 1990 to the point, which I am always in constant pain. I take daily 23 prescriptions medications, plus 6 over the counter medications daily. One Chemotherapy medication is daily, one weekly and one Chemotherapy IV every 6 weeks and another IV annually. Just trying to get the information we need to submit a claim has been very taxing on me. I am physically not able to read every document to check for information from Nortel. Every day is a challenge to be able to perform basic functions. No one asks to become disabled or have to go on Long Term Disability. I had no idea that when I became sick and had to go out on disability that I would almost die twice and my entire existence would change.

8. I have been approved through Social Security process and have done three reviews to prove I am still very much disable and each time, my SSA claim was approved. The last review was done in 2010 and reapproved.

9. Please **Your Honor** provide me with some sort of relief in a form of a financial settlement from the Debtor. It would be very devastating to have a loss of LTD

Benefits, which would affect my family Medically (mostly I would die earlier, because I couldn't afford treatment), and Financially.

## RELIEF REQUESTED

10. I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

11. **Your Honor** I request the Debtors compensate Sandra Aiken in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is **$170,024.40. (Exhibit B)** I am only asking for a fair share of the claim.

12. **Your Honor** I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## **BASIS FOR RELIEF**

8. Nortel LTD Handbook weekly handbooks provide Maximum coverage under the age of 60 until I reach age 65. I checked several years. The year **1989** was administered by Prudential, Plan 509; **1990** was administered by Prudential, Plan 509; **1991** was administered by Prudential, Plan 509; **1992** was administered by Cigna, Plan 509. I checked **1999** and **2000** and it said that is was done by the plan administered. I also checked other years and received the same information.

9. I also had verbal communication with Nortel and Prudential Customer Service and both confirmed that I would receive Long Term Benefits until I reached age 65. I spoke in 2010 with Nortel HR and that is the response I receive.

10. Nortel is well within their means to mean their contractual obligations with myself and the other LTD employees who help build the assets that the Debtors possess. Fulfilling the LTD benefits is no way detrimental to the ability of Nortel to "recover" as they are indeed liquidating. This is life and death for the LTD base that invested their skills and knowledge that built Nortel Vs. the portfolio health of others. Nortel must meet their LTD commitment.

**Exhibits**

A – Medical Conditions of Sandra Aiken

B – Proof of Claim

C – 1989 copy of LTD Plan coverage by Prudential, .Erisa on page 78 and 79

D - undated plan which is between 1989 and 1991 coverage by Cigna, also plan showing Maximum coverage to age 65, page 7 and 8. Erisa Information on page 16

E - Nortel is well within their means to mean their contractual obligations with myself and the other LTD employees who help build the assets that the Debtors possess. Fulfilling the LTD benefits is no way detrimental to the ability of Nortel to "recover" as they are indeed liquidating. This is life and death for the LTD base that invested their skills and knowledge that built Nortel Vs. the portfolio health of others. Nortel must meet their LTD commitment.

## NOTICE

1. Notice of this Objection has been provided to (a) counsel to the Debtors; (Cleary); (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; (Elliott Greenleaf); and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Sandra Aiken respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Sandra Aiken respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate Sandra Aiken in full for LTD benefits projected to age 65; Total Claim being $170,024.40

3. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Sandra Aiken.

Dated: October 14, 2012

*Sandra Aiken*
Sandra Aiken
3166 Tump Wilkins Rd
Stem, NC 27581
Telephone: 919-528-4058
Facsimile: N/A
Email: sgatda@frontier.com

*Appearing Pro Se*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
|  | ) **Re: Docket No. 8067** |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
Wilmington, Delaware

> HONORABLE KEVIN GROSS
> CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Exhibit A

# Medical Conditions for Sandra Aiken

Crohn's Disease

Vasculitis (Takeysu's Arteritis)

Occulusion of Subclavian Artery

Occulusion of Carotid Artery

Cushingnoid (due to high doses of Prednisone)

Avascular Necrosis of both hips and shoulders

Arthritis, Osteoarthritis

Arthritis, Rheumatoid

Headaches (also Migraine Headaches)

High Blood Pressure

Grand Mal Seizures

Osteoporosis

Diabetes

Coronary Artery Disease

Angina

Blockage LAD Artery

Fibromylagia

Congestive Heart Failure

Ankle collapse due to arthritis left ankle

Gastric Ulcers

GERD

This are all the things I am currently receiving treatment. I take 25 different medications to help keep these diseases under control.

Proof Of Claim

Sandra G. Aiken
0205966
September 1, 1989

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?**

**WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?**

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?**

**WHAT IS YOUR AGE (As Of January 1, 2013) ...**

| | | |
|---|---|---|
| Years | 58 | |
| Months | 0 | |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | 696 | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | 84 | |

**YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT**   $ 24,648.00

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...**

WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?   0.04
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ...   $ 985.92      $ 6,901.44

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...**

| | | | |
|---|---|---|---|
| SEVERANCE PERIOD | | 35 | |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | $ | 474.00 | $ 16,590.00 |
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $ | 1,437.80 | $ 120,775.20 |
| OSDI MONTHLY OFFSET | $ | 744.00 | $ 62,496.00 |
| Medicare Part B Reimbursement Per LTD Plan | $ | 99.90 | $ 8,391.60 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ | 793.70 | $ 66,670.80 |

**Estimates On What Replacement Coverage Would Cost You**

| | | | |
|---|---|---|---|
| MEDICAL CARE | $ | 5,571.00 | $ 38,997.00 |
| SUBSIDIZED PRESCRIPTION PLAN | $ | 1,401.60 | $ 9,811.20 |
| DENTAL/VISION/HEARING CARE | $ | 1,826.28 | $ 12,783.96 |
| CORE EMPLOYEE LIFE INSURANCE | $ | 2,535.00 | $ 17,745.00 |
| ACCIDENTAL DEATH & DISMEMBERMENT | $ | 75.00 | $ 525.00 |

**CLAIM GRAND TOTAL**           $ 170,024.40

Page 1

Exhibit C

Case 09-10138-MFW   Doc 8730   Filed 10/18/12   Page 11 of 14

1989

# THE PRUDENTIAL
# INSURANCE COMPANY
# OF AMERICA

CERTIFIES that insurance is provided for certain Employees under Group Policy G-34900

### POLICYHOLDER
### NORTHERN TELECOM INC.

**EMPLOYEES INSURED** — The Employees who are eligible to become insured under the Group Policy and the effective dates of their insurance are determined by the Eligibility Provisions of the Employee Benefit Plan Booklet in which this Certificate is included. Termination of Insurance is governed by the Termination of Employee Insurance and Termination of Dependents Insurance sections of the Certificate.

**BENEFICIARY FOR DEATH BENEFITS** — See Beneficiary Provisions of the Certificate.

**AMOUNTS OF INSURANCE** — See Coverage Schedule of the Certificate.

The provisions of the Group Policy principally affecting the insurance provided for eligible Employees are summarized in the Certificate. A Certificate issued to an Employee replaces any certificates previously issued with respect to the Group Coverage or Coverages summarized. All benefits are subject in every respect to the Group Policy, which alone constitutes the agreement under which payments are made.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

GROUP INSURANCE CERTIFICATE

GRP 31300
CERT                  79           (1-102) ED 6-66

### COVERAGE SCHEDULE

(The pages which follow refer to this Schedule)

<u>Employee Term Life Insurance</u> — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount is described in the Plan Supplement made a part of the Employee Plan Booklet in which this Certificate is included.

<u>Employee Accidental Death and Dismemberment Insurance</u> — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount is described in the Plan Supplement made a part of the Employee Plan Booklet in which this Certificate is included.

<u>Dependents Term Life Insurance</u> — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount applicable to each of an Employee's dependents is described in the Plan Supplement made a part of the Employee Plan Booklet in which this Certificate is included.

<u>Dependent Spouse Term Life Coverage</u> — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount ($10,000 or $20,000) elected by the Employee on the enrollment card for Optional Contributory Spouse Term Life Insurance, but not more than 50% of the Employee's total amount of Employee Term Life Insurance.

GRP 31300                            (2-101) ED 3-66
CERT

### DEFERMENT OF EFFECTIVE DATE

Employee Insurance: If the Employee is both disabled and away from work when he would otherwise become insured for Employee Insurance under a coverage or when any adjustment in the benefits under such insurance would take effect, the effective date of such insurance or adjustment will be deferred until the first day thereafter on which he returns to active work.

Dependents Insurance: If Dependents Insurance applies to an Employee, he will be insured for such insurance with respect to each of his qualified dependents, subject to the following —

(1) An Employee shall not become insured for any Dependents Insurance unless he is insured for Employee Insurance.

(2) An Employee shall not be insured with respect to any qualified dependent for whom evidence of insurability satisfactory to Prudential is required because of late enrollment or enrollment after previous termination of any insurance because of failure to contribute.

79

NNI-LTD-00003951

## LONG TERM DISABILITY BENEFITS

Monthly Income Benefits are payable to you after you have been totally disabled due to an accidental bodily injury or disease for at least the Benefit Waiting Period of six (6) months.

### Total Disability

You are considered totally disabled if you are unable to work because of a disease or injury.

During the first twenty-four (24) months of a period of a covered total disability (after your completion of the six (6) month Benefit Waiting Period), you will be considered unable to work if you cannot perform the work you normally perform.

After the first twenty-four (24) month period of covered total disability (after your completion of the six (6) month Benefit Waiting Period), you will be considered unable to work if you are unable to work at any reasonable occupation. A reasonable occupation is any gainful activity for which you are fitted by your education, training or experience, or for which you could reasonably become fitted.

### Monthly Income Benefit

The Plan will pay you 70% of your "Monthly Basic Earnings" before you become totally disabled, but in no event more than the Maximum Monthly Benefit, $7,000. This benefit is reduced by any "other income benefits" you receive for that month, or which you would be entitled to receive if timely claim for them had been made by you, but in no event shall this benefit be less than the Minimum Monthly Benefit, $50.

### When Benefits Begin

Your Monthly Income benefits will start as soon as you complete the requisite six (6) month Benefit Waiting Period, provided that written proof of your total disability satisfactory to the Claims Administrator is furnished within six (6) months following completion of the waiting period. Otherwise, Monthly Income benefits will commence on the day six (6) months following the date written proof of your total disability is furnished.

### How Long Benefits are Paid

You will continue to receive Monthly Income Benefits while you remain totally disabled, up to the end of the Maximum Benefit Period shown.

Exhibit D

Maximum Benefit Period for any one period of total disability:

| Your Age at Commencement of Disability | Your Maximum Benefit Period |
|---|---|
| Under age 61 | To Age 65, but not less than 60 months |
| Age 61 | 60 months |
| Age 62 | 60 months |
| Age 63 | 60 months |
| Age 64 | 60 months |
| Age 65 | To Age 70 |
| Age 66 | To Age 70 |
| Age 67 | To Age 70 |
| Age 68 | To Age 70 |
| Age 69 - 74 | 12 months |
| Age 75 and over | 6 months |

**Period of Total Disability**

Since benefits are payable only during a period of total disability, it is important that you understand when this period begins and ends.

Each period of total disability will start as soon as you are both totally disabled and under the care of a physician. You will not be considered to be under the care of a physician until he has been seen and treated you personally for the disease or injury causing the total disability for at least thirty-one (31) days. The Claims Administrator shall have the right to require that you be examined by a physician of his or her choosing.

Your benefit period during total disability will end when the first of the following occurs:

1. you cease to be totally disabled or die; or as otherwise provided for in this booklet, or

2. you actually start working at the type of occupation in which you normally engage or at any reasonable occupation. (Work at an Approved Rehabilitation Program as defined below will not count as work at the type of occupation in which you normally engage or at a reasonable occupation), or

3. you cease to be under the care of a physician, or

4. you fail to furnish the latest required proof of the continuance of your total disability or refuse to be examined by a physician designated by the Plan.

Once a period of total disability has ended, any new period of total disability will be treated separately. However, if you return to work for less than three (3) consecutive months, and then become disabled again due to the same or a related illness or injury, monthly benefits will begin as a continuation of the original disability.

8

## ERISA INFORMATION

| | |
|---|---|
| *Plan Name* | The Northern Telecom Inc. Weekly Disability and Long Term Disability Plan |
| *Employer Identification Number* | 04-2486332 |
| *Plan Number* | 509 |
| *Plan Sponsor* | Northern Telecom Inc. 200 Athens Way Nashville, Tennessee 37228 |
| *Type of Plan* | Welfare |
| *Plan Year* | January 1 to December 31 |
| *Plan Administrator* | Northern Telecom Inc. 200 Athens Way Nashville, Tennessee 37228 Tel: (615) 734-4000 |
| *Agent for Service of Legal Process* | Plan Administrator |
| *Claims Administrator for Long Term Disability Plan* | CIGNA Hartford, CT 06152 |

Benefits under this Plan are provided by Northern Telecom Inc. Company costs are paid out of current or accumulated earnings and profits.

NNI-LTD-00000126