**EXHIBIT A**

- War or any act of war (declared or undeclared), *insurrection, or rebellion*, or your participation in a riot or civil commotion.

# LONG-TERM DISABILITY (LTD) PLAN BENEFITS

LTD Plan benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan and if you remain Totally Disabled (as defined under the LTD Plan).

## LTD Benefit Amount

### Core LTD Benefit

Core LTD coverage pays a monthly benefit of 55% of your pre-disability FLEX Earnings after you have been Totally Disabled and have received benefits from the STD Plan for 26 consecutive weeks. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment whichever is greater.

Core LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 24.

### Optional LTD Benefit

Optional LTD coverage increases your coverage so that the LTD plan pays a monthly benefit of 66 2/3% of your pre-disability FLEX Earnings when you qualify for LTD Plan benefits. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment, whichever is greater.

Optional LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 24.

## Definition of "Disability" for LTD Plan Purposes

You are entitled to benefits from the LTD Plan only if you are considered "Totally Disabled". You are considered Totally Disabled initially when the Claims Administrator determines that you are unable to perform the essential functions of your job and this finding is supported by documentation from your Physician. This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and who must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. You must continue to be under the regular care of a Physician who certifies your Total Disability throughout the period when you claim to be Totally Disabled to receive a benefit from the LTD Plan. The Claims Administrator has the discretion to make the decision regarding whether you are Totally Disabled—not your Physician.

---

NNI-LTD-00000298

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.

## If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, and

You were Actively at Work less than three consecutive months since your first disability.

If your disability is considered a continuation of your initial disability, LTD benefits are immediately payable. If your disability is a new disability, LTD benefits are payable only after you complete a new 26-week waiting period during which you are paid benefits from the STD Plan.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit), you will have no LTD coverage and no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day, in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

## Waiver of Premium

While you are receiving LTD benefits (either full or partial), you will not be required to pay premiums for any optional STD, optional LTD, or optional employee life insurance coverage you have selected. You

NNI-LTD-00000301

**EXHIBIT B**

## Tim Steele

| | |
|---|---|
| **From:** | david.moran@prudential.com |
| **Sent:** | March 18, 2008 8:32 AM |
| **To:** | tsteele@lokken.com |
| **Subject:** | Re: LTD - SSA Application Wayne J. Schmidt |
| **Attachments:** | C.htm |



C.htm (4 KB)

Good morning Mr Steele -

I have received the information you provided and I'm following with Nortel to confirm Wayne's LTD % and insurance premiums.  I will send you the LTD approval letter once I receive the information.

You should be receiving a letter from Allsup, Inc. regarding assistance with the Social Security application for Wayne.  I'm showing that on 3/11/08 Allsup mailed out their introductory packet of information.  Once Allsup receives the signed forms, they will proceed with filing the SSDB application.  Allsup's toll free number is 1-(800) 854-1418.  Please let me know if you need assistance with Allsup. David

|   |   |   |
|---|---|---|
| Tim Steele <tsteele@lokken.com> | | |
| | | To |
| | david.moran@prudential.com | |
| Tue 03/18/2008 10:23 AM | | cc |
| | | Subject |
| | LTD - SSA Application Wayne J. Schmidt | |
| Please respond to tsteele@lokken.com | | |

Hello David;

I wanted to confirm that you have now received the full package of documentation that is required for the LTD Application for Wayne Schmidt.

Also, I have not received a call from anyone in regards to assistance with the Social Security Application for LTD benefits.  This is becoming more urgent as we work on plans for Wayne to return to Canada and recognize that an interview process is included in the application with SSA.  Can you provide me with an number to call for the benefit provider that will assist in this area?

1



# Prudential 🦅 Financial



**Group Disability Insurance Authorization**

---

**1**

**Claimant Information**

Social Security Number _____ — __ — _____

Employee Phone Number
`9 1 9` - `6 9 6` - `0 6 0 1`

Last Name
`W A Y N E`            Mi `J`

`S C H M I D T`            Suffix `m c`

Email Address
`t i m g s t e e l e @ s h a w . c a`

Employer Name
`N O R T E L`            Control Number `C - 3 9 9 0 0`

---

**2**

**Authorization to Release Information**

## Authorization for Release of Information to Prudential Insurance Company

### This Authorization is intended to comply with the HIPAA Privacy Rule

I authorize any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided treatment, payment or services to me or on my behalf ("My Providers") to disclose my entire medical record and any other health information concerning me to the Prudential Insurance Company of America (Prudential) and its agents, employees, and representatives. This includes information on the diagnosis or treatment of Human Immunodeficiency Virus (HIV) infection and sexually transmitted diseases. This also includes information on the diagnosis and treatment of mental illness and the use of alcohol, drugs, and tobacco, but excludes psychotherapy notes.

I authorize any insurance company, employer, the Social Security Administration, or other person or institutions to provide any information, data or records relating to my Social Security, Workers' Compensation, credit, financial, earnings, activities or employment history to Prudential.

Unless limits* are shown below, this form pertains to all of the records listed above.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this authorization and I instruct My Providers to release and disclose my entire medical record without restriction.

This information is to be disclosed under this Authorization so that Prudential may: 1) administer claims and determine or fulfill responsibility for coverage and provision of benefits; 2) obtain reinsurance; 3) administer coverage; and 4) conduct other legally permissible activities that relate to any coverage I have or have applied for with Prudential.

This authorization shall remain in force for 24 months following the date of my signature below, while the coverage is in force, except to the extent that state law imposes a shorter duration. A copy of this authorization is as valid as the original. I understand that I have the right to revoke this authorization in writing, at any time, by sending a written request for revocation to Prudential at : PO Box 13480, Philadelphia, PA 19101. I understand that a revocation is not effective to the extent that any of My Providers has relied on this Authorization or to the extent that Prudential has a legal right to contest a claim under an insurance policy or to contest the policy itself. I understand that any information that is disclosed pursuant to this authorization may be redisclosed and no longer covered by federal rules governing privacy and confidentiality of health information.

I understand that if I refuse to sign this authorization to release the entire medical record, Prudential may not be able to process my claim for benefits and may not be able to make any benefit payments. I understand that I have the right to receive a copy of this authorization.

*Limits, if any: _____ *Nil* _____

X 
Claimant Signature *Tim Steele*
*Hospital Care Power of Attorney for Wayne J. Schmidt*

Date Signed
`03` / `06` / `2018`



**Notice to Montana residents:** You or your authorized representative are entitled to receive a copy of this Authorization, and upon request, a record of any subsequent disclosures of personal or privileged information.

---



**For Internal Use Only**

Claim Number

`* 1 0 5 B 0 1 *`

**The Prudential Insurance Company of America**
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718   Fax: 1-877-889-4885



# Prudential Financial



**Group Disability Insurance**
**Electronic Funds Transfer Authorization**

---

**1  Enrollment**    To enroll in Prudential's Electronic Funds Transfer (EFT) payment service, please provide the following information.  If you elect to have Prudential deposit the funds in your savings account, you must first check with your bank to obtain the correct bank transit routing number and account number for electronic deposit.  **Please note that a deposit slip does not contain acceptable banking information.**  If you have any questions, please call us toll free at **(800) 842-1718.**

---

**2  Claimant Information**

Employer Name

`N O R T E L`

Claimant First

`W A Y N E`

Last Name

`S C H M I D T`

Social Security Number

Primary Phone Number

`7 8 0` - `9 0 5` - `7 4 2 0`    *{Tim Steele Health Care POA}*

---

**3  Banking Information**

Bank Name

Branch Telephone Number

Type of Account (Select One)

Bank Transit Routing Number

*(Nine digit bank transit routing)*

Bank Account Number

*(Bank Account Number)*

---

**4  Payment Plan Agreement**

I authorize the Prudential Insurance Company of America to make electronic fund deposits of my disability benefit payment to my account.  I understand that any deposit made to an inactive account will be returned to Prudential and reissued as a manual check.  In addition, if any overpayment of such disability benefits is credited to my account in error, I authorize Prudential to withdraw any payments necessary in order to assure the accuracy of my claim payments.

I can cancel this authorization at any time by giving Prudential written notice.  Any notice hereunder will not be deemed effective until Prudential has received my written notice.

Account Owner Name

`W A Y N E  S C H M I D T`

Street Address

`1 0 7  M c C L E A R Y  C O U R T`

City

`R A L E I G H`

State

`N C`

Zip Code

`2 7 6 0 7` - `4 0 7 8`

X _____  Account Owner Signature

Date Signed  `0 3 / 2 8 / 2 0 0 8`

*Financial, Health Care Power of Attorney for Wayne J. Schmidt*
*Tim Steele*

---

**For Internal Use Only**

Claim Number

`* 1 1 3 A 0 1 *`

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718   Fax: 1-877-889-4885

*Exhibit 34* Case 09-10138-MFW Doc 8731-1 Filed 10/18/12 Page 8 of 35

**Prudential Financial**

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19101
Tel: 800-842-1718   Fax: 877-889-4885
http://www.prudential.com/inst/gldi

## Reimbursement Agreement

**1 Claimant Information**

First Name: WAYNE   MI: J   Last Name: SCHMIDT

Claimant Social Security Number _ _ _ — _ _ — _ _ _ _

As an employee, covered under a Prudential Group Plan, I have filed a claim for Disability (Short Term Disability and/or Long Term Disability) benefits.

**With respect to Social Security benefits:** I understand that benefits payable under this Plan are to be reduced by any benefits under the Social Security Act that I or members of my family receive or would be entitled to receive as a result of my disability, for that same period.

Should my claim for benefits be approved, I request that Prudential postpone making the reduction of benefits described in the second paragraph of this Agreement until I actually am awarded Social Security benefits or complete the Social Security application process described below.

I agree to make timely and diligent pursuit of Social Security benefits through each level of appeal up to and including the Administrative Law Judge level.
These steps may include:
1. Application for such benefits;
2. Appeal at the reconsideration level, if benefits are denied;
3. Appeal at the Administrative Law Judge level, if benefits are denied.

I understand that I must provide Prudential with written proof that I have completed the process above. Failure to complete this process and provide proof of same will result in Prudential (1) estimating my monthly Social Security benefits and (2) using that amount to determine my adjusted benefits.

I promise to notify Prudential immediately if I am awarded Social Security benefits.

If any benefits under the Social Security Act are awarded retroactively, I agree to repay Prudential immediately the amount paid to me under this Agreement in excess of the amount to which I would have been entitled under the terms of the Plan.

Continued on Page 2

EXHIBIT 54   Case 09-10138-MFW   Doc 8731-1   Filed 10/18/12   Page 9 of 35

 **Prudential**  **Financial**

Claimant Social Security Number


**With respect to Workers' Compensation or similar coverage:** Unlike the situation described above for Social Security benefits, I understand that regardless of whether or not I sign this Agreement, Prudential will not reduce my Disability Benefits by an estimate of Workers' Compensation (or similar coverage) benefits. Only Workers' Compensation (or similar coverage) benefits actually received by me will be used to determine the benefit I am entitled to receive under this Plan.

I agree to repay Prudential immediately the amount paid to me under this Group Plan in excess of the amount to which I would have been entitled under the terms of the Plan if I subsequently receive a Workers' Compensation or similar coverage award.

I hereby assign, transfer and set over to Prudential, to the extent of any excess so paid under this Agreement, the amount of future benefits which may become payable under this Plan.

Employee
Signature  X

Signature
of Witness  X

Name of
Employee
(Print)  X   *TIM STEELE*
*Health Care Power of Attorney*
*for*
*WAYNE J. SCHMIDT*

Date (MM DD YYYY)
03 08 2008

"R/A #1 (Family)"

Prudential Financial and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.

GL.2003.255   Ed. 11/2003                           4.2004-PDF   Page 2 of 2

*1 2 7 0 2 *

# Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

*ERROR 11/9/10*

**1** To Be Completed By Employee

**Employer/Association Name** Schmidt NORTEL NETWORKS INC

**Control Number** 39900

**Employee First Name** WAYne     MI

**Social Security Number** ███ - ██ - ████

**Employee Last Name** Schmidt     **Suffix**

**Employee Address - Line 1** 5346 S Mohave Sage DR

**Birth date (MM/DD/Year)** 08 / 08 / 1957

**Employee Address - Line 2**

**Gender** ☑ Male   ☐ Female

**City** GOLD CANYON   **State** AZ   **Zip Code** 85118 -

**Occupation**

I hereby authorize release of information requested on this form by the below named physician for the purpose of claim processing.

X _____
Employee Signature

**Date Signed** 11 / 09 / 2010

**2** To Be Completed By Attending Physician

**Clinical Diagnosis**   **ICD-9 Code**   **Pregnancy EDC** __ / __ / __

Primary

Secondary:

Secondary:

**Relevant test procedures performed (Please provide results)**

**Surgical procedure(s) performed (Please be specific):** NA   **Date of Procedure:** __ / __ / __

C

**For Internal Use Only**

Claim Number

* 1 0 3 A 0 1 *

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718  Fax: 1-877-889-4885

*Exhibit B-6*

# Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name
Schmidt

Social Security Number
▓▓▓ - ▓▓ - ▓▓▓▓

**2** | **Attending Physician Information (Cont'd)**

Was Claimant hospital confined? ☑ Yes ☐ No

If Yes, please provide name and address of hospital:
▓▓▓▓▓▓▓▓

If hospitalized, give dates:
From: 11 / 30 / 2007
To: 12 / 03 / 2007

### Other Treating Physicians or Consultants

| Physician Name | Specialty | Phone Number |
|---|---|---|
| | | |
| | | |
| | | |

Do you feel the claimant is competent to endorse checks and direct the use of proceeds? ☐ Yes ☑ No

Nature of Medical Impairment / Limitation (Please specify nature of corresponding loss of function) _____

Date when significant loss of function occurred: 11 / 09 / 2007

Are there Corresponding Medical Restrictions (i.e., What activities should the claimant not perform because of a significant risk to self or others?)
*all activities*

Prognosis for Return to Function / Return to Work:
*Prognosis Very Can Not Work.*

Return to Work Plan (Please describe):
*NEVER*

Target Date: ☐☐ / ☐☐ / ☐☐☐☐

 

# Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name: Schmidt

Social Security Number: ███ - ██ - ████

## 2 Attending Physician Information (Cont'd)

Describe Medical Obstacles to Return to Work

Are there any Non-Medical Factors which have a significant impact on Functional Abilities (i.e., interpersonal, financial, family)?

Work related illness or injury?  ☐ Yes  ☒ No

Was Condition caused by a MVA?  ☐ Yes  ☒ No

If MVA, in what state did it occur?

First Visit: 11 / 02 / 2009

Last Visit: 11 / 09 / 2010

Frequency of Visits: _____

What Job Category best describes the claimant's functional abilities? (Please check appropriate box)

| ☐ Sedentary | ☐ Light | ☐ Medium | ☐ Heavy | ☐ Very Heavy | ☒ Other |
|---|---|---|---|---|---|
| Negligible Weight Mostly Sitting | Up to 10 lbs. frequently Up to 20 lbs. occasionally and /or Frequent Walk/Stand and /or Constant Push/Pull | 10 to 25 lbs. freq. Up to 50 lbs. occ. | 25 to 50 lbs. freq. 50 to 100 lbs. occ. | More than 50 lbs. freq. 100 lbs. occasionally | (Please describe below) |

## 3 Physician Information

Physician Name: ALLAN C GAY

Primary Phone Number: 480 - 481 - 2700

Office Address: 2115 S Power Rd   #F220

Fax Number: 480 - 481 - 8399

City: Mesa

State: AZ   Zip Code: 85206 -

Specialty: Internal Medicine

## 4 Fraud Notice

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

X _____ 
Physician Signature

Date Completed: 11 / 09 / 2010



* 1 0 3 A 0 3 *

*EXHIBIT B-5*



# Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

**1** To Be Completed By Employee

Employer/Association Name: CLAIM No.: 11019554
NORTEL NETWORKS

Control Number: 0039900

Employee First Name: WAYNE
MI: J
Social Security Number: [redacted]

Employee Last Name: SCHMIDT
Suffix:

Employee Address - Line 1: 5346 S Mohave Sage Drive
Birth date (MM/DD/Year): 08/08/1957

Employee Address - Line 2:

Gender: ☑ Male ☐ Female

City: GOLD CANYON
State: AZ
Zip Code: 85118 -

Occupation: Engineer

I hereby authorize release of information requested on this form by the below named physician for the purpose of claim processing.

X _____ TIM SPEECE POWER OF ATTORNEY
for: WAYNE J. SCHMIDT

Date Signed: 07/23/2012

Employee Signature

**2** To Be Completed By Attending Physician

Clinical Diagnosis:
Primary:
Seconds:
Seconds:

ICD-9 Code:

Pregnancy EDC: ___/___/___

Relevant test procedures performed (Please provide results)

Surgical procedure(s) performed (Please be specific): N/A
Date of Procedure: ___/___/___

Current Medications:

For Internal Use Only

Claim Number

 

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718   Fax: 1-877-889-4885

* 1 0 3 A 0 1 *



*EXHIBIT B5*

# Prudential ⬤ Financial

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name

Sc l a m l o t

Social Security Number

**2** Attending Physician Information (Cont'd)

Was Claimant hospital confined? ☑ Yes ☐ No

If Yes, please provide name and address of hospital: ▓▓▓▓▓

If hospitalized, give dates:
From: 11 / 30 / 2007
To: 12 / 03 / 2007

Other Treating Physicians or Consultants

| Physician Name | Specialty | Phone Number |
|---|---|---|
| | | |
| | | |
| | | |

Do you feel the claimant is competent to endorse checks and direct the use of proceeds? ☐ Yes ☑ No

Nature of Medical Impairment / Limitation (Please specify nature of corresponding loss of function) _____

Date when significant loss of function occurred: 11 / 09 / 2007

Are there Corresponding Medical Restrictions (i.e., What activities should the claimant not perform because of a significant risk to self or others?)

Prognosis for Return to Function / Return to Work: *Prognosis Poor, can not work.*

Return to Work Plan (Please describe): *Never* 

Target Date: ☐☐ / ☐☐ / ☐☐☐☐

* 1 0 3 A 0 2 *

*EXHIBIT B5*

# Prudential 🌀 Financial

**Group Disability Insurance**
**Attending Physician's Statement**

**Employee Last Name**
Schmidt

**Social Security Number** ▓▓▓ ▓▓ ▓▓▓

## 2 Attending Physician Information (Cont'd)

Describe Medical Obstacles to Return to Work:

Are there any Non-Medical Factors which have a significant impact on Functional Abilities (i.e., interpersonal, financial, family)?

Work related illness or injury? ☐ Yes ☑ No

Was Condition caused by a MVA? ☐ Yes ☑ No

If MVA, in what state did it occur? ☐

**First Visit** 11 / 02 / 2009

**Last Visit** 02 / 01 / 2012

**Frequency of Visits:** annually

What Job Category best describes the claimant's functional abilities? (Please check appropriate box)

☐ **Sedentary**
Negligible Weight Mostly Sitting

☐ **Light**
Up to 10 lbs. frequently Up to 20 lbs. occasionally and / or Frequent Walk/Stand and / or Constant Push/Pull

☐ **Medium**
10 to 25 lbs. freq. Up to 50 lbs. occ.

☐ **Heavy**
25 to 50 lbs. freq. 50 to 100 lbs. occ.

☐ **Very Heavy**
More than 50 lbs. freq. 100 lbs. occasionally

☑ **Other**
(Please describe below)

None

## 3 Physician Information

**Physician Name** ALLAN C. GAY

**Primary Phone Number** 480 - 981 - 2700

**Office Address** 2515 S Power Road #200

**Fax Number** 480 - 981 - 8399

**City** MESA **State** AZ **Zip Code** 85206 -

**Specialty** Internal Medicine

## 4 Fraud Notice

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

X _____
**Physician Signature**

7/31/12
**Date Completed**

* 1 0 3 A 0 3 *

 **Prudential**

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19176
Tel: 800-842-1718   Fax: 877-889-4885
http://www.prudential.com/disability

## Group Disability Insurance
## Supplemental Claimant Statement

**1  Employee Information**

First Name: WAYNE

MI: J

Last Name: SCHMIDT

Social Security Number: ▮▮▮▮▮▮▮▮

Employee Phone Number: 480 788 0265

Email Address: flingsteel@gmail.com

Employer's Name: NORTEL NETWORKS INC

Control Number: 39900

**2  Condition and Medication**

What is the primary condition for which you are currently being treated?

Please list any other condition that you are currently being treated for and the date that you first began treatment for each condition:

Please list all medications (provide name of medication, dosage, how often you need to take it and your understanding of what each medication is for):

**3  Treatment**

Describe your current treatment and how often you receive treatment:

Does the treatment help?  ☑ Yes   ☐ No

If Yes, in what way?

If No, have you discussed other options with your doctor?

Describe any change in your condition since you stopped working.

Date Stopped (MM DD YYYY): 11 29 2007

GL.2003.246   Ed. 11/2007


*10801*

EXHIBIT B-6

## Prudential

Claimant's Social Security Number

**4  Return to Work**

How does your condition prevent you from working right now? (Please be specific):

Are you attempting to obtain resources to help you find work for wages or volunteer work?  ☐ Yes  ☑ No

What types of work do you feel you would be able to preform now or in the future?

List any accommodations you feel would enable you to work now or in the future:

**5  Daily Activities**

Describe your activities during a typical day, emphasizing the extent of which there is any activity requiring physical or mental exertion or contact with others (e.g. extent of participation in household chores-cooking, cleaning, yard work, buying food and clothing, participation in outside activities such as church functions, attending movies/theater, golfing, fishing, crafts, sporting events, swimming exercise programs, activities with children and/or grandchildren, etc.):

Do you need assistance with any of these activities?  ☑ Yes  ☐ No

If yes, who helps you and to what extent?

Describe any hobbies or other leisure activities that help you occupy your time:

*10802*

*EXHIBIT B-6*

### Prudential

Claimant's Social Security Number

**6** **Other Benefits**

Are you receiving Disability or Retirement benefits from Social Security?

*Yes*

Are you receiving Disability benefits from a separate Individual Policy?　☐ Yes　☑ No

Are you receiving Workers Compensation benefits?　☐ Yes　☑ No

If yes, please provide the name and telephone number of the Workers' Comp carrier:

Are you receiving Disability or Retirement benefits from any other source?　☐ Yes　☑ No

I certify that the above statements are true.

X _____
Signature　*Tim Sterk*

*Health Care Power of Attorney*

*For: Wayne J. Schmidt*

Date Signed (MM DD YYYY)
| 1 1 | 1 1 | 2 0 1 0 |

Prudential and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.



*EXHIBIT B-6*



**Prudential**

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19176
Tel: 800-842-1718   Fax: 877-889-4885
http://www.prudential.com/disability

## Group Disability Insurance
## Supplemental Claimant Statement

**1 Employee Information**

First Name: WAYNE
MI: J
Last Name: SCHMOT

Social Security Number: [redacted]

Employee Phone Number: 480 983 0065

ALTERNATE PH# 306-982-4828

Email Address: kimgsteel@gmail.com

Employer's Name: NORTEL NETWORKS

Control Number: 0059800

**2 Condition and Medication**

What is the primary condition for which you are currently being treated?

Please list any other condition that you are currently being treated for and the date that you first began treatment for each condition:

Please list all medications (provide name of medication, dosage,
how often you need to take it and your understanding of what each medication is for):

**3 Treatment**

Describe your current treatment and how often you receive treatment:

Does the treatment help?  ☐ Yes  ☐ No
If Yes, in what way?

If No, have you discussed other options with your doctor?

Describe any change in your condition since you stopped working.

Date Stopped (MM DD YYYY):

GL.2003.246    Ed. 11/2007

* 1 0 8 0 1 *

*EXHIBIT B-6*

## Prudential

Claimant's Social Security Number

**4**  **Return to Work**

How does your condition prevent you from working right now? (Please be specific)

Are you attempting to obtain resources to help you find work for wages or volunteer work?  ☐ Yes  ☑ No

What types of work do you feel you would be able to perform now or in the future?

List any accommodations you feel would enable you to work now or in the future:

**5**  **Daily Activities**

Describe your activities during a typical day, emphasizing the extent of which there is any activity requiring physical or mental exertion or contact with others (e.g. extent of participation in household chores-cooking, cleaning, yard work, buying food and clothing, participation in outside activities such as church functions, attending movies/theater, golfing, fishing, crafts, sporting events, swimming exercise programs,

Describe how you attend to your daily needs (e.g., dressing, bathing, hair care, etc.)

Do you need assistance with any of these activities?  ☐ Yes  ☐ No

If yes, who helps you and to what extent?

Describe any hobbies or other leisure activities that help you occupy your time:

*1 0 8 0 2*

**Prudential**

Claimant's Social Security Number

**6** Other Benefits

Are you receiving Disability or Retirement benefits from Social Security?

*Yes — disability benefits*

Are you receiving Disability benefits from a separate Individual Policy?  ☐ Yes ☑ No

Are you receiving Workers Compensation benefits?  ☐ Yes ☑ No

If yes, please provide the name and telephone number of the Workers' Comp carrier:

Are you receiving Disability or Retirement benefits from any other source?  ☐ Yes ☑ No

---

I certify that the above statements are true.

X _____
Signature   *TIM G. STEELE*
          *Power of Attorney for:*
          *WAYNE T. SCHMIDT*

Date Signed (MM DD YYYY)
07 23 2012

---

Prudential and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.



* 1 0 8 0 3 *

**EXHIBIT C**



*EXHIBIT C*

notification until the date you respond to the request for additional information. The EBC will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

The EBC's notice of an adverse benefit determination on your final appeal will contain all of the following information:

1. The specific reason(s) for the adverse appeal determination.
2. Reference to the specific plan provisions on which the appeal determination is based.
3. A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your appeal.
4. Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse appeal determination or notice that a copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse determination will be provided free of charge to you upon request.
5. A statement of your right to bring an action under ERISA.

## Final Note on Short-Term Disability Plan and Long-Term Disability Plan Claim Appeals

Following a final adverse benefit decision, you have the right to bring a civil action under ERISA section 502(a). You and the Plan representatives may have other voluntary alternative options, such as mediation. One way to find out what may be available to you is to contact your local U.S. Department of Labor Office.

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's Employee benefit plan, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

## Receive Information about Your Plan and Benefits

- Examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents governing the plan, including insurance contracts (if any), and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration (EBSA).
- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts (if any), and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may request a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a summary of this annual report.

## Prudent Actions by Plan Fiduciaries

NNI-LTD-00000313

*EXHIBIT C*

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your Employee benefit plan.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your Claim for a welfare benefit is denied in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a Claim for benefits that is denied or ignored, in whole or in part, you may file suit in Federal or state court.

If it should happen that a plan fiduciary misuses the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in Federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if the court finds your Claim is frivolous.

## Assistance with Your Questions

If you have questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator you should contact the nearest office of the Employee Benefits Security Administration (EBSA), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration (EBSA), U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration (EBSA).

# FUTURE OF THE PLAN

Although the benefits currently available (in the 2007 Plan Year) are described in this summary for the Company's Short-Term Disability Plan and the Long-Term Disability Plan, the Company reserves the right to change or end the plans described in this summary at any time. Any plan changes will result from actions taken and approved by the Company. The Company may adopt such changes or terminate the plan at any time and for any reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law. However, this does not constitute an implied or expressed contract or guarantee of employment.

NNI-LTD-00000314

**EXHIBIT D**

*EXHIBIT O*

subsequent benefit payments payable under the STD plan, the LTD plan, or any other Company welfare plan.

# SECTION TWO –
# ADMINISTRATIVE INFORMATION

This Administrative Information section provides further administrative details about this plan, such as identifying information about the Plan that is required under ERISA, how to file Claims and appeal den Claims, where to get more information, your ERISA rights and how the Company may amend th

## Identifying Information

Plan Type under ERISA: Welfare Plan

Plan Number: 509

Funding Method: Self-funded with contributions held in trust

Contribution Source: the Companies that sponsor the Plan pay the full cost of the core STD and core LTD plan coverage and participating Employees contribute to the cost of the optional STD and optional LTD plan coverages.

Companies that Sponsor the Plan: Nortel Networks Inc. (employer identification number 04-2486332) and certain other related companies sponsor this Plan for their eligible Employees. For a current list of sponsoring companies, please contact HR Shared Services at 1-800-676-4636.

The address for Nortel Networks Inc. is:
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

Agent for Service of Legal Process:
Attn: Lynn Egan
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228-1397
615-432-4787

Legal Process may also be served upon the trustee of a trust that funds benefits under the Plan.

Trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the Plan):
Retirement Services Group
Bank of America
213 South LaSalle Street
Chicago, IL 60697
312-828-2345

NNI-LTD-00000307

**EXHIBIT E**

Proof of Claim

EXHIBIT E-1

**ESTIMATE OF CLAIM VALUE**

| Name: | | Wayne J. Schmidt | | TOTAL |
|---|---|---|---|---|
| **NORTEL GLOBAL ID #** | | 0138786 | | |
| **DATE THAT LONG-TERM DISABILITY COMMENCED** | | May 30, 2008 | | |
| **AGE (As Of January 1, 2013) ...** | | | | |
| Years | | 55 | | |
| Months | | 4 | | |
| AUTOMATICALLY CALCULATED - AGE IN MONTHS AS OF JANUARY 1, 2011 | | 664 | | |
| AUTOMATICALLY CALCULATED - MONTHS UNTIL AGE "65" | | 116 | | |
| **SALARY PER 2012 FLEX BENEFITS CONFIRMATION STATEMENT** | $ | 118,391.00 | | |
| CARP % CONTRIBUTION Level | | 0.02 | | |
| CALCULATED - ANNUAL CONTRIBUTION BY NORTEL INTO 401K ACCOUNT | $ | 2,367.82 | $ | 22,888.93 |
| **SEVERENCE PER "TERMINATION NOTIFICATION" - 2010** | | | | |
| SEVERANCE PERIOD - WEEKS | | 19 | | |
| CALCULATED - SEVERANCE PAY | $ | 2,276.75 | $ | 43,258.25 |
| **FROM MOST RECENT PRUDENTIAL PAY STUB ( September, 2012) ...** | | | | |
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $ | 5,426.26 | $ | 629,446.16 |
| SSDI MONTHLY OFFSET | $ | 1,488.00 | $ | 172,608.00 |
| Medicare Part B Reimbursement Per LTD Plan | $ | 99.90 | $ | 11,588.40 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ | 4,038.16 | $ | 468,426.56 |
| **Estimates On What Replacement Coverage Would Cost You** | | | | |
| MEDICAL CARE | $ | 8,746.80 | $ | 84,552.40 |
| DENTAL/VISION/HEARING CARE | $ | 882.70 | $ | 8,532.77 |
| CORE EMPLOYEE LIFE INSURANCE | $ | 3,204.00 | $ | 30,972.00 |
| ACCIDENTAL DEATH & DISMEMBERMENT | $ | - | $ | - |
| CLAIM GRAND TOTAL | | | $ | 658,630.90 |



Prudential Insurance Company of America
Disability Claim Services Provider

025307-02-09-02-0-0-0-0

If you have any
questions about
this claim, please
contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA           PA   19176
800-842-1718

Date
**September 24, 2012**

CNTRL#   0039900
CLAIM#   11019554
ID#   XXX-XX-2750

BENEFITS ADMINISTRATOR
NORTEL NETWORKS, INC.
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC  27709-3010

CLAIMANT   WAYNE J SCHMIDT

| DESCRIPTION | AMOUNT | FROM 09/01/2012 | TO 09/30/2012 |
|---|---|---|---|
| LTD Claim Benefits | 5,426.26 | BENEFIT AMOUNT | 5,426.26 |
| - SSDB | 1,388.10 | LESS OFFSET | 1,388.10 |
| - Medical | 81.66 | ADD'L BENEFITS | 0.00 |
| - Dental | 23.68 |  | 4,038.16 |
| - Mandatory FIT W4 | 400.10 | LESS ADJUSTMENTS | 0.00 |
|  |  |  | 4,038.16 |
|  |  | LESS DEDUCTIONS | 505.44 |
|  |  | AMOUNT PAYABLE | 3,532.72 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/mybenefits and select the online option.

Date:  **September 24, 2012**

Deposit Amount:      $3,532.72

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Saving | XXXXXXXX1621 | $3,532.72 |

To the
Accounts
of

WAYNE SCHMIDT
C/O TIMOTHY STEELE
5346 S MOHAVE SAGE DR
GOLD CANYON           AZ  85118

This is not a Check                                    Not Negotiable



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Wayne Schmidt |
| Global ID: | 0138786 |
| Date of Birth: | 08/08/1957 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 118391.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

### Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| Cigna, Non-Net Comprehensive | EE Only | $ 37.69 ✓ | $ 979.94  *81.66/mo* | $7,595.64 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE Only | $ 10.93 ✓ | $ 284.18  *23.68/mo* | $ 598.52 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | | | |
| **Long-Term Disability** | | $ 0.00 | $ 0.00 | $ 772.98 |
| 55% of Coverage Amount Shown | | $ 0.00 | $ 0.00 | $3,551.86 |
| **Total Cost of Your Before-Tax Selections:** | | $ 48.62 | $1,264.12 | 12,519 |

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 185.64 |
| **Optional Employee Life Insurance** | | | |
| 1x BENE Earnings Non-Smoker | $ 8.24 ✓ | $ 214.24 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | | | |
| **Accidental Death & Dismemberment** | $ 0.00 | $ 0.00 | $ 0.00 |
| No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 8.24 | $ 214.24 | $ 185.64 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

# Rate Calculation Sheet

Number of Units per $1,000          *100*
(E.g. $10,000 = 10 Units)

Rate per $1,000          *31.19*
(Refer to rate charts based on
amount of coverage being converted)

Policy constant per premium mode          *85.00*
(Refer to page 4:
- $85.00 = annual mode
- $45.00 = semi-annual mode
- $23.00 = quarterly mode
- $8.00 = monthly mode (Prumatic))

Number of Units x Rate per $1,000 + Policy Constant = Premium

*$3204.00*

Please note that your rate will be based on your age on the
effective date of your policy.

8

*Cost + Replace life Insurance @ $11,4*   D.O.C

# Instructions for Calculating Premiums

**ALL CONVERSION APPLICATIONS MUST BE ACCOMPANIED BY THE ENTIRE FIRST PREMIUM.**

### How to Calculate Prudential Premiums

Premiums are payable annually, semi-annually, quarterly, or by pre-authorized monthly check draft (Prumatic). The mode of payment selected must produce a minimum premium of $15.00.

Use standard rates per $1,000 shown on pages 5–7 in this brochure. After determining the premium for the amount of insurance being converted, add the following policy constant to obtain the premium for the policy:

- $85.00 for annual mode of payment
- $45.00 for semi-annual mode of payment
- $23.00 for quarterly mode of payment
- $8.00 for monthly (Prumatic) mode of payment

The example below illustrates a premium calculation for a $25,000 Prudential Guaranteed Life Insurance policy with Accidental Death Benefit (ADB) for someone who is 40 years old. The payment mode is quarterly. (The rates for $25,000-$99,999 are contained on page 6.)

1. The rate per $1,000 with ADB for a quarterly payment shown on page 6 is $4.61.

2. Multiply the amount of insurance being converted (i.e., the number of $1,000 units) by the rate per $1,000 and add the quarterly policy constant:

**25 x $4.61 = $115.25 + $23.00 = $138.25**

4

### Prudential Guaranteed Life (For Policies $100,000 +)
Standard rates per $1,000 - A policy constant must be added to the total premium.
Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

**UNISEX**

| Issue Age | Annual | | Semi-Annual | | Quarterly | | Prumatic | |
|---|---|---|---|---|---|---|---|---|
| | Without ADB | With ADB | Without ADB | With ADB | Without ADB | With ADB | Without ADB | With ADB |
| 15 | 5.31 | 6.11 | 2.76 | 3.18 | 1.41 | 1.62 | 0.47 | 0.54 |
| 16 | 5.55 | 6.35 | 2.89 | 3.31 | 1.47 | 1.68 | 0.49 | 0.56 |
| 17 | 5.80 | 6.60 | 3.02 | 3.44 | 1.54 | 1.75 | 0.52 | 0.59 |
| 18 | 6.03 | 6.82 | 3.14 | 3.55 | 1.60 | 1.81 | 0.54 | 0.61 |
| 19 | 6.18 | 6.95 | 3.21 | 3.61 | 1.64 | 1.84 | 0.55 | 0.62 |
| 20 | 6.39 | 7.15 | 3.32 | 3.72 | 1.69 | 1.89 | 0.57 | 0.64 |
| 21 | 6.65 | 7.40 | 3.46 | 3.85 | 1.76 | 1.96 | 0.59 | 0.66 |
| 22 | 6.96 | 7.70 | 3.62 | 4.00 | 1.84 | 2.04 | 0.62 | 0.69 |
| 23 | 7.27 | 8.00 | 3.78 | 4.16 | 1.93 | 2.12 | 0.65 | 0.71 |
| 24 | 7.61 | 8.33 | 3.96 | 4.33 | 2.02 | 2.21 | 0.68 | 0.74 |
| 25 | 7.96 | 8.68 | 4.14 | 4.51 | 2.11 | 2.30 | 0.71 | 0.77 |
| 26 | 8.30 | 9.03 | 4.32 | 4.70 | 2.20 | 2.39 | 0.74 | 0.80 |
| 27 | 8.65 | 9.39 | 4.50 | 4.88 | 2.29 | 2.49 | 0.77 | 0.84 |
| 28 | 9.02 | 9.77 | 4.69 | 5.08 | 2.39 | 2.59 | 0.80 | 0.87 |
| 29 | 9.41 | 10.17 | 4.89 | 5.29 | 2.49 | 2.69 | 0.84 | 0.91 |
| 30 | 9.83 | 10.60 | 5.11 | 5.51 | 2.60 | 2.80 | 0.87 | 0.94 |
| 31 | 10.28 | 11.06 | 5.35 | 5.76 | 2.72 | 2.93 | 0.91 | 0.98 |
| 32 | 10.74 | 11.53 | 5.58 | 5.99 | 2.85 | 3.06 | 0.96 | 1.03 |
| 33 | 11.22 | 12.03 | 5.83 | 6.25 | 2.97 | 3.18 | 1.00 | 1.07 |
| 34 | 11.74 | 12.57 | 6.10 | 6.53 | 3.11 | 3.33 | 1.04 | 1.11 |
| 35 | 12.28 | 13.12 | 6.39 | 6.83 | 3.25 | 3.47 | 1.09 | 1.16 |
| 36 | 12.85 | 13.71 | 6.68 | 7.13 | 3.41 | 3.64 | 1.14 | 1.22 |
| 37 | 13.44 | 14.32 | 6.99 | 7.45 | 3.56 | 3.79 | 1.20 | 1.28 |
| 38 | 14.08 | 14.98 | 7.32 | 7.79 | 3.73 | 3.97 | 1.25 | 1.33 |
| 39 | 14.73 | 15.65 | 7.66 | 8.14 | 3.90 | 4.14 | 1.31 | 1.39 |
| 40 | 15.42 | 16.37 | 8.02 | 8.51 | 4.09 | 4.34 | 1.37 | 1.45 |
| 41 | 16.13 | 17.10 | 8.39 | 8.89 | 4.27 | 4.53 | 1.44 | 1.53 |
| 42 | 16.89 | 17.89 | 8.78 | 9.30 | 4.48 | 4.75 | 1.50 | 1.59 |
| 43 | 17.67 | 18.70 | 9.19 | 9.73 | 4.68 | 4.95 | 1.57 | 1.66 |
| 44 | 18.49 | 19.55 | 9.61 | 10.16 | 4.90 | 5.18 | 1.65 | 1.74 |
| 45 | 19.35 | 20.44 | 10.06 | 10.63 | 5.13 | 5.42 | 1.72 | 1.82 |
| 46 | 20.25 | 21.37 | 10.53 | 11.11 | 5.37 | 5.67 | 1.80 | 1.90 |
| 47 | 21.19 | 22.35 | 11.02 | 11.62 | 5.62 | 5.93 | 1.89 | 1.99 |
| 48 | 22.15 | 23.34 | 11.52 | 12.14 | 5.87 | 6.19 | 1.97 | 2.08 |
| 49 | 23.19 | 24.42 | 12.06 | 12.70 | 6.15 | 6.48 | 2.06 | 2.17 |
| 50 | 24.25 | 25.53 | 12.61 | 13.28 | 6.43 | 6.77 | 2.16 | 2.27 |
| 51 | 25.43 | 26.75 | 13.22 | 13.91 | 6.74 | 7.09 | 2.26 | 2.38 |
| 52 | 26.70 | 28.07 | 13.88 | 14.59 | 7.08 | 7.44 | 2.38 | 2.50 |
| 53 | 28.07 | 29.50 | 14.60 | 15.34 | 7.44 | 7.82 | 2.50 | 2.63 |
| 54 | 29.57 | 31.06 | 15.38 | 16.15 | 7.84 | 8.23 | 2.63 | 2.76 |
| 55 | 31.19 | 32.74 | 16.22 | 17.03 | 8.27 | 8.68 | 2.78 | 2.92 |
| 56 | 32.69 | 34.31 | 17.00 | 17.84 | 8.66 | 9.09 | 2.91 | 3.05 |
| 57 | 34.31 | 36.01 | 17.84 | 18.72 | 9.09 | 9.54 | 3.05 | 3.20 |
| 58 | 36.06 | 37.84 | 18.75 | 19.68 | 9.56 | 10.03 | 3.21 | 3.37 |
| 59 | 38.03 | 39.90 | 19.78 | 20.75 | 10.08 | 10.58 | 3.38 | 3.55 |
| 60 | 40.19 | 42.15 | 20.90 | 21.92 | 10.65 | 11.17 | 3.58 | 3.75 |
| 61 | 42.35 | 44.42 | 22.02 | 23.10 | 11.22 | 11.77 | 3.77 | 3.95 |
| 62 | 44.72 | 46.90 | 23.25 | 24.38 | 11.85 | 12.43 | 3.98 | 4.17 |
| 63 | 47.32 | 49.63 | 24.61 | 25.81 | 12.54 | 13.15 | 4.21 | 4.42 |
| 64 | 50.15 | 52.60 | 26.08 | 27.35 | 13.29 | 13.94 | 4.46 | 4.68 |
| 65 | 52.69 | 55.29 | 27.40 | 28.75 | 13.96 | 14.65 | 4.69 | 4.92 |
| 66 | 56.81 | 59.58 | 29.54 | 30.98 | 15.05 | 15.78 | 5.06 | 5.31 |
| 67 | 61.46 | 64.41 | 31.96 | 33.49 | 16.29 | 17.07 | 5.47 | 5.73 |
| 68 | 66.71 | 69.88 | 34.69 | 36.34 | 17.68 | 18.52 | 5.94 | 6.22 |
| 69 | 72.84 | 76.25 | 37.88 | 39.65 | 19.30 | 20.20 | 6.48 | 6.78 |
| 70 | 78.43 | 82.11 | 40.78 | 42.69 | 20.78 | 21.76 | 6.98 | 7.31 |
| 71 | 84.75 | N/A | 44.07 | N/A | 22.46 | N/A | 7.54 | N/A |
| 72 | 91.82 | N/A | 47.75 | N/A | 24.33 | N/A | 8.17 | N/A |
| 73 | 99.84 | N/A | 51.92 | N/A | 26.46 | N/A | 8.89 | N/A |
| 74 | 109.06 | N/A | 56.71 | N/A | 28.90 | N/A | 9.71 | N/A |
| 75 | 119.90 | N/A | 62.35 | N/A | 31.77 | N/A | 10.67 | N/A |

These rates are effective 1/1/09 and are subject to change at Prudential's discretion. Your rate is based on your age on the effective date of your policy.

**EXHIBIT F**

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

October 12, 2012

Wayne J Schmidt
C/o Timothy Steele
5346 S Mohave Sage Dr
Gold Canyon, AZ 85118

Claimant: Wayne J Schmidt
Claim No.: 11019554
Date of Birth: 8/8/1957
Control No./Br.: 39900 / 0B051

||u|u|u|u||u|||u|||u|u|u||

Dear Mr. Schmidt:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Group Policy with Prudential.

You are receiving $3532.72 per month. This benefit will remain the same provided your income from other sources does not change. Your benefits will continue through August 7, 2022, provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,
**Sophie Costanza**
Sophie Costanza
Disability Claim Manager