## EXHIBITS

A - Proof of Claim Effective Jan 1, 2012 (with supporting exhibits used in calculations)
    A.1 - SSDI Offset Calculation Notice from Prudential
    A.2 - 2012 Replacement Healthcare Coverage Cost through COBRA via Nortel
    A.3 - Employee and Spouse Life Insurance Conversions by Prudential
    A.4 - Nortel Capital Accumulation and Retirement Plan % Contribution - CARP
    A.5 - Termination Notification
    A.6 - Medicare Supplement and Rx Cost beyond age 65
    A.7 - Life Insurance Quote for Employee and Spouse (Prudential Insurance)
    A.8 - Long Term Care Insurance Quote for Employee and Spouse (Genworth Insurance)
    A.9 - Legal Fees Incurred since Nortel's Motion to Terminate in July 2010

B - Letter from Prudential confirming my LTD eligibility and payment beginning April 11, 2003

C - Letter from Prudential scrutinizing contractual requirements under LTD Plan

D - Loan Commitment and Condition Log from Lender

E - Letter from Prudential confirming continuance to collect LTD while disabled

F - Letter from Prudential confirming LTD continues until age 65. Note the word "contractual".

G - Letter from Prudential refers to "Group LTD Plan No. 39900 issued to Nortel Networks"

H - W2 for 2011 Showing Employer is Prudential Insurance Company, Group Insurance

I - Flex Benefits Confirmation Statements for 2009, 2010, and 2012

J - Communication from Prudential Insurance essentially stating that they own my LTD benefit

K - LTD Summary Plan Descriptions (SPD's) - Excerpts from years 1999-2003

L - Nortel Group Benefits Enrollment Literature for 2010

M - Excerpt from Financial Statement for 2010 Form 5500 noting LTD Plan deficiency

N - Congressional Research Service Summary of ERISA (excerpts highlighted)

O - Nortel Networks memorandum issued to U.S. employees dated October 25, 2010

Exhibit  A

# Proof of Claim Effective Jan 1, 2013
## Exhibit A

| NORTEL NETWORKS CLAIM FOR | | Date of Birth | Official LTD Date | Effective Claim Date | Supporting Exhibts |
|---|---|---|---|---|---|
| **PETER LAWRENCE** | | 1/26/1955 | 4/11/2003 | 1/1/2013 | |
| GLOBAL ID # | | 0466816 | | | |
| EMPLOEMENT START DATE | | 5/24/1993 | | | |
| YOUR ANNUAL SALARY | $ | 126,000.00 | | | |
| Percentage CARP Identifed by Nortel | | 4 | | | |
| AGE IN MONTHS as of Jan 1, 2013 | | 695 | TO AGE 65 | 85 | |
| MONTHLY SICK PAY FROM PRUDENTIAL (70%) | $ | 7,350.00 | | $ 624,750.00 | |
| SSDI  MONTHLY OFFSET | $ | 1,944.00 | | $ 165,240.00 | Exhibit A.1 |
| Medicare B Reimbursement per LTD Plan | $ | 110.50 | | $ 9,392.50 | |
| **NET PAY** | $ | 5,516.50 | | $ 468,902.50 | |
| | | | | | |
| **REPLACEMENT COST COVERAGE PER 2012 FLEX BENEFIT ENROLLMENT** | | | | | |
| MEDICAL INSURANCE EMPLOYEE AND SPOUSE | $ | 11,699.40 | | $ 82,870.75 | Exhibit  A.2 |
| DENTAL/VISION PREMIUM | $ | 1,826.28 | | $ 12,936.15 | Exhibit  A.2 |
| EMPLOYEE LIFE INS CONVERSION FOR 2X FLEX | $ | 9,172.12 | | $ 64,969.18 | Exhibit  A.3 |
| SPOUSE LIFE INS CONVERSION FOR $100K | $ | 3,204.00 | | $ 22,695.00 | Exhibit  A.3 |
| ACCIDENTAL DEATH & DISMEMBERMENT | $ | 200.00 | | $ 1,416.67 | |
| | | | | | |
| **CAPITAL ACCUMULATION RETIREMENT PLAN (CARP)** | | | | | |
| % OF SALARY TO 401K CARP program | $ | 5,040.00 | | $ 35,700.00 | Exhibit  A.4 |
| | | | | | |
| **FROM NORTEL HR MEMO TITLED "TERMINATION NOTIFICATION"** | | | | | Exhibit  A.5 |
| SEVERANCE PERIOD (re-calc for elapsed time) | | 24 | | | |
| SEVERANCE PAY CALCULATED IN WEEKS | $ | 2,423.08 | | $ 57,346.15 | |
| | | | | | |
| LIFE EXPECTANCY FOR US FROM  U.N. CENSUS: | | | MALE | 75.5 | |
| **RETIREE BENEFITS AFTER AGE 65 IN MONTHS ESTIMATES** | | | | | |
| MEDICAL :        (Expectancy minus age 65) | $ | 275.80 | | $ 34,750.80 | Exhibit  A.6 |
| RX DRUGS :       (Expectancy minus age 65) | $ | 127.60 | | $ 16,077.60 | Exhibit  A.6 |
| LIFE INSURANCE :    (Expectancy minus age 65) | $ | 197.69 | | $ 24,908.94 | Exhibit  A.7 |
| LONG TERM CARE INS:    (Expect minus age 65) | $ | 300.17 | | $ 37,821.42 | Exhibit  A.8 |
| | | | | | |
| **LEGAL FEES INCURRED SINCE July 2010** | | | | | |
| BRETT A. ELAM, P.A. | | | | $ 2,500.00 | Exhibit  A.9 |
| ELLIOTT GREENLEAF RETAINER | | | | $ 500.00 | Exhibit  A.9 |
| | | | | | |
| **CLAIM GRAND TOTAL** | | | | $ 863,395.16 | |

Exhibit  A.1

Claims Services Provided by

**The Prudential Insurance Company of America**

**Carlos Del Rosario**
Disability Claim Manager

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101


Fax: (877) 889-4885
Hours:  08:30 AM  05:05 PM

May 20, 2004

Peter R Lawrence
8 Craig Court
Lake Grove, NY  11755

Claimant: Peter R Lawrence
Control #/Br: 39900  /  000RB
Claim #: 10553366
Date of Birth: 01/26/1955

IııllııllIlıılıldıldıııllI

Dear Mr. Lawrence:

We have received a copy of your Social Security Disability Benefits (SSDB) award notice. Social Security Benefits are directly offset from your Long Term Disability (LTD) benefits as provided under the Group LTD Plan 39900.

The Social Security notice indicates you were awarded SSDB effective April 1, 2003. Therefore, an overpayment has occurred on your LTD claim, which must be repaid.

We have paid LTD benefits to you without an offset for SSDB, from April 11, 2003 through November 30, 2003. We have adjusted your benefits in accordance with the non-duplication offset provisions of the group plan and determined a gross overpayment in the amount of $11,016.00. After adjusting the applicable taxes, the net overpayment is $10,916.86. If the overpayment is reimbursed in a lump sum payment, then you may reimburse the net amount. A copy of our calculation is enclosed for your reference.

Please forward to our office your personal check for the net amount of the overpayment. Your check should be made payable to "The Prudential Insurance Company of America." Your claim number, 10553366, should be indicated on the check. We would appreciate full reimbursement of this overpayment by June 9, 2004. We will withhold your future LTD benefits due after June 30, 2004 pending our receipt of your reimbursement.

If you have any questions, please contact Dave Moran at (800) 842-1718 ext. 5598.

Sincerely,

*Carlos Del Rosario*

Carlos Del Rosario
Disability Claim Manager

cc:   Nortel Networks , Ms. Debbie Lorimer, Global Benefits

Calculation
of Payments

| Name: Peter Lawrence | | Control No: | 39900 |
|---|---|---|---|
| Date From: 04/11/2003 | | Claim No: | 10553366 |
| to: 03/31/2004 | | | |
| | | LTD Began On: 04/11/2003 | |

Min. Benefit:        $735.00

| Period | | Monthly Benefit | less | less | Net LTD | LTD Payments |
|---|---|---|---|---|---|---|
| From | To | % of Mos. Salary | Other Offsets | Social Security | Benefit Payable | Made to You |
| 04/11/2003 | 04/30/2003 | $4,899.99 | $0.00 | $1,296.00 | $3,603.99 | $4,899.99 |
| 05/01/2003 | 05/31/2003 | $7,349.99 | $0.00 | $1,944.00 | $5,405.99 | $7,349.99 |
| 06/01/2003 | 06/30/2003 | $7,349.99 | $0.00 | $1,944.00 | $5,405.99 | $7,349.99 |
| 07/01/2003 | 07/31/2003 | $7,349.99 | $0.00 | $1,944.00 | $5,405.99 | $7,349.99 |
| 08/01/2003 | 08/31/2003 | $7,349.99 | $0.00 | $1,944.00 | $5,405.99 | $7,349.99 |
| 09/01/2003 | 09/30/2003 | $7,349.99 | $0.00 | $1,944.00 | $5,405.99 | $7,349.99 |
| 10/01/2003 | 10/31/2003 | $7,349.99 | $0.00 | $1,944.00 | $5,405.99 | $7,349.99 |
| 11/01/2003 | 11/30/2003 | $7,349.99 | $0.00 | $1,944.00 | $5,405.99 | $7,349.99 |
| 12/01/2003 | 12/31/2003 | $7,349.99 | $0.00 | $1,944.00 | $5,405.99 | $4,433.99 |
| 01/01/2004 | 01/31/2004 | $7,349.99 | $0.00 | $1,944.00 | $5,405.99 | $4,433.99 |
| 02/01/2004 | 02/29/2004 | $7,349.99 | $0.00 | $1,944.00 | $5,405.99 | $4,433.99 |
| 03/01/2004 | 03/31/2004 | $7,349.99 | $0.00 | $1,944.00 | $5,405.99 | $658.77 |
| 03/01/2004 | 03/31/2004 | | | | | $3,775.22 |
| | | | | Totals | $63,069.88 | $74,085.88 |

Overpayment

$74,085.88  : total payments made to you
$63,069.88  : total payments you should have received
$11,016.00  : Overpayment

Exhibit  A.2

HOME › CURRENT EMPLOYEES › MAKING THE TRANSITION FROM NORTEL › 2011 / 2012 COBRA RATES

# 2011 / 2012 COBRA Rates

| COBRA Plan | Description | Employee Only per Month | Employee & Child(ren)/DP Children per Month | Employee & Spouse/DP per Month | Employee & Family/DP Family per Month |
|---|---|---|---|---|---|
| Medical | PPO 80/60 | 421.63 | 758.95 | 885.45 | 1,307.10 |
| Medical | PPO 90/70 | 464.27 | 835.66 | 974.95 | 1,439.20 |
| Medical | Comprehensive | 728.9 | 1,311.99 | 1,530.68 | 2,259.55 |
| EAP | Employee Assistance Program | 2.89 | 2.89 | 2.89 | 2.89 |
| Dental | Comprehensive | 37.26 | 75.36 | 76.29 | 114.58 |
| Dental | Plus | 75.03 | 151.12 | 152.19 | 228.31 |

This document was retrieved from http://www.nortel-us.com/current/making-the-transition-from-nortel/cobra-rates/ on Fri, 05 Oct 12 10:15:32 -0400.

Copyright © 2009-2012 Nortel Networks Inc. All Rights Reserved.

Exhibit  A.3



# Converting Group Term Life Insurance to Individual Insurance

The Prudential Insurance Company of America
0223095



# Converting Group Term Life Insurance to Individual Insurance

A representative of The Prudential Insurance Company of America (Prudential) can assist you, without cost or obligation, with the conversion process and answer any questions you may have. If you do not have a Prudential representative currently handling your insurance and financial needs, you can locate the Prudential office most convenient to you in the telephone directory or through our website, www.prudential.com/giconversions.

Under the terms of your group life policy, some or all of your insurance coverage may be converted to permanent insurance. If you are age 76 and above, your only conversion option is for a Single Pay Life Policy. Please carefully read the provisions in your Booklet-Certificate, which describe your conversion privilege, if any.

You should submit your application and first premium within the 31-day period specified in your Booklet-Certificate.

Premium rates for the Prudential Guaranteed Life Insurance policy, issued by Prudential, are included in this brochure. These are standard rates per $1,000 of insurance and apply to most individuals who are converting. The right to convert to a Prudential Guaranteed Life Insurance policy is guaranteed, provided the terms as described in your Booklet-Certificate are met.

## Servicemembers/Reservists:

If you wish to convert Servicemembers' Group Life Insurance (SGLI) to a Prudential individual life insurance policy, you must submit your application, first month's premium, the letter you received from the Office of Servicemembers' Group Life Insurance, and the proof of SGLI as defined in the above mentioned letter, to a Prudential office within 120 days of your release from uniformed service or release from assignment to the Ready Reserves.

## Veterans:

If you wish to convert Veterans' Group Life Insurance (VGLI) to a Prudential individual life insurance policy, you must submit your application, first month's premium, and your VGLI Conversion Notice, SGL 183, to a Prudential office.

---

**Like most insurance policies, Prudential's policies contain exclusions, limitations, reductions of benefits, and terms for keeping them in force. A Prudential representative can provide you with costs and complete details.**

1

## Employee (2x Benefit Earnings)

**Prudential Guaranteed Life** (For Policies $100,000 +)
Standard rates per $1,000—A policy constant must be added to the total premium.
Please refer to the section "INSTRUCTIONS FOR CALCULATING PREMIUMS"

### UNISEX

| Issue Age | Annual | Semiannual | Quarterly | Prumatic |
|-----------|--------|------------|-----------|----------|
| 15 | 5.31 | 2.76 | 1.41 | 0.47 |
| 16 | 5.55 | 2.89 | 1.47 | 0.49 |
| 17 | 5.80 | 3.02 | 1.54 | 0.52 |
| 18 | 6.03 | 3.14 | 1.60 | 0.54 |
| 19 | 6.18 | 3.21 | 1.64 | 0.55 |
| 20 | 6.39 | 3.32 | 1.69 | 0.57 |
| 21 | 6.65 | 3.46 | 1.76 | 0.59 |
| 22 | 6.96 | 3.62 | 1.84 | 0.62 |
| 23 | 7.27 | 3.78 | 1.93 | 0.65 |
| 24 | 7.61 | 3.96 | 2.02 | 0.68 |
| 25 | 7.96 | 4.14 | 2.11 | 0.71 |
| 26 | 8.30 | 4.32 | 2.20 | 0.74 |
| 27 | 8.65 | 4.50 | 2.29 | 0.77 |
| 28 | 9.02 | 4.69 | 2.39 | 0.80 |
| 29 | 9.41 | 4.89 | 2.49 | 0.84 |
| 30 | 9.83 | 5.11 | 2.60 | 0.87 |
| 31 | 10.28 | 5.35 | 2.72 | 0.91 |
| 32 | 10.74 | 5.58 | 2.85 | 0.96 |
| 33 | 11.22 | 5.83 | 2.97 | 1.00 |
| 34 | 11.74 | 6.10 | 3.11 | 1.04 |
| 35 | 12.28 | 6.39 | 3.25 | 1.09 |
| 36 | 12.85 | 6.68 | 3.41 | 1.14 |
| 37 | 13.44 | 6.99 | 3.56 | 1.20 |
| 38 | 14.08 | 7.32 | 3.73 | 1.25 |
| 39 | 14.73 | 7.66 | 3.90 | 1.31 |
| 40 | 15.42 | 8.02 | 4.09 | 1.37 |
| 41 | 16.13 | 8.39 | 4.27 | 1.44 |
| 42 | 16.89 | 8.78 | 4.48 | 1.50 |
| 43 | 17.67 | 9.19 | 4.68 | 1.57 |
| 44 | 18.49 | 9.61 | 4.90 | 1.65 |
| 45 | 19.35 | 10.06 | 5.13 | 1.72 |
| 46 | 20.25 | 10.53 | 5.37 | 1.80 |
| 47 | 21.19 | 11.02 | 5.62 | 1.89 |
| 48 | 22.15 | 11.52 | 5.87 | 1.97 |
| 49 | 23.19 | 12.06 | 6.15 | 2.06 |
| 50 | 24.25 | 12.61 | 6.43 | 2.16 |
| 51 | 25.43 | 13.22 | 6.74 | 2.26 |
| 52 | 26.70 | 13.88 | 7.08 | 2.38 |
| 53 | 28.07 | 14.60 | 7.44 | 2.50 |
| 54 | 29.57 | 15.38 | 7.84 | 2.63 |
| 55 | 31.19 | 16.22 | 8.27 | 2.78 |
| 56 | 32.69 | 17.00 | 8.66 | 2.91 |
| 57 | 34.31 | 17.84 | 9.09 | 3.05 |
| 58 | | 18.75 | 9.56 | 3.21 |
| 59 | 38.03 | 19.78 | 10.08 | 3.38 |
| 60 | 40.19 | 20.90 | 10.65 | 3.58 |
| 61 | 42.35 | 22.02 | 11.22 | 3.77 |
| 62 | 44.72 | 23.25 | 11.85 | 3.98 |
| 63 | 47.32 | 24.61 | 12.54 | 4.21 |
| 64 | 50.15 | 26.08 | 13.29 | 4.46 |
| 65 | 52.69 | 27.40 | 13.96 | 4.69 |
| 66 | 56.81 | 29.54 | 15.05 | 5.06 |
| 67 | 61.46 | 31.96 | 16.29 | 5.47 |
| 68 | 66.71 | 34.69 | 17.68 | 5.94 |
| 69 | 72.84 | 37.88 | 19.30 | 6.48 |
| 70 | 78.43 | 40.78 | 20.78 | 6.98 |
| 71 | 84.75 | 44.07 | 22.46 | 7.54 |
| 72 | 91.82 | 47.75 | 24.33 | 8.17 |
| 73 | 99.84 | 51.92 | 26.46 | 8.89 |
| 74 | 109.06 | 56.71 | 28.90 | 9.71 |
| 75 | 119.90 | 62.35 | 31.77 | 10.67 |

These rates are effective 1/1/09 and are subject to change at Prudential's discretion.
Your rate is based on your age on the effective date of your policy.

# Rate Calculation Sheet

Number of Units per $1,000                    **252**
(E.g. $10,000 = 10 Units)

Rate per $1,000                                          **$36.06**
(Refer to rate charts based on
amount of coverage being converted)

Policy constant per premium mode          **$85**
(Refer to page 3:
  - $85.00 = annual mode
  - $45.00 = semiannual mode
  - $23.00 = quarterly mode
  - $8.00 = monthly mode (Prumatic))

Number of Units x Rate per $1,000 + Policy Constant = Premium

**$9172.12**

Please note that your rate will be based on your age on the
effective date of your policy.

5

## Spouse ($100,000 per Flex Benefit Enrollment)

**Prudential Guaranteed Life** (For Policies $100,000 +)
Standard rates per $1,000—A policy constant must be added to the total premium.
Please refer to the section "INSTRUCTIONS FOR CALCULATING PREMIUMS"

### UNISEX

| Issue Age | Annual | Semiannual | Quarterly | Prumatic |
|---|---|---|---|---|
| 15 | 5.31 | 2.76 | 1.41 | 0.47 |
| 16 | 5.55 | 2.89 | 1.47 | 0.49 |
| 17 | 5.80 | 3.02 | 1.54 | 0.52 |
| 18 | 6.03 | 3.14 | 1.60 | 0.54 |
| 19 | 6.18 | 3.21 | 1.64 | 0.55 |
| 20 | 6.39 | 3.32 | 1.69 | 0.57 |
| 21 | 6.65 | 3.46 | 1.76 | 0.59 |
| 22 | 6.96 | 3.62 | 1.84 | 0.62 |
| 23 | 7.27 | 3.78 | 1.93 | 0.65 |
| 24 | 7.61 | 3.96 | 2.02 | 0.68 |
| 25 | 7.96 | 4.14 | 2.11 | 0.71 |
| 26 | 8.30 | 4.32 | 2.20 | 0.74 |
| 27 | 8.65 | 4.50 | 2.29 | 0.77 |
| 28 | 9.02 | 4.69 | 2.39 | 0.80 |
| 29 | 9.41 | 4.89 | 2.49 | 0.84 |
| 30 | 9.83 | 5.11 | 2.60 | 0.87 |
| 31 | 10.28 | 5.35 | 2.72 | 0.91 |
| 32 | 10.74 | 5.58 | 2.85 | 0.96 |
| 33 | 11.22 | 5.83 | 2.97 | 1.00 |
| 34 | 11.74 | 6.10 | 3.11 | 1.04 |
| 35 | 12.28 | 6.39 | 3.25 | 1.09 |
| 36 | 12.85 | 6.68 | 3.41 | 1.14 |
| 37 | 13.44 | 6.99 | 3.56 | 1.20 |
| 38 | 14.08 | 7.32 | 3.73 | 1.25 |
| 39 | 14.73 | 7.66 | 3.90 | 1.31 |
| 40 | 15.42 | 8.02 | 4.09 | 1.37 |
| 41 | 16.13 | 8.39 | 4.27 | 1.44 |
| 42 | 16.89 | 8.78 | 4.48 | 1.50 |
| 43 | 17.67 | 9.19 | 4.68 | 1.57 |
| 44 | 18.49 | 9.61 | 4.90 | 1.65 |
| 45 | 19.35 | 10.06 | 5.13 | 1.72 |
| 46 | 20.25 | 10.53 | 5.37 | 1.80 |
| 47 | 21.19 | 11.02 | 5.62 | 1.89 |
| 48 | 22.15 | 11.52 | 5.87 | 1.97 |
| 49 | 23.19 | 12.06 | 6.15 | 2.06 |
| 50 | 24.25 | 12.61 | 6.43 | 2.16 |
| 51 | 25.43 | 13.22 | 6.74 | 2.26 |
| 52 | 26.70 | 13.88 | 7.08 | 2.38 |
| 53 | 28.07 | 14.60 | 7.44 | 2.50 |
| 54 | 29.57 | 15.38 | 7.84 | 2.63 |
| 55 | 31.19 | 16.22 | 8.27 | 2.78 |
| 56 | 32.69 | 17.00 | 8.66 | 2.91 |
| 57 | 34.31 | 17.84 | 9.09 | 3.05 |
| 58 | 36.06 | 18.75 | 9.56 | 3.21 |
| 59 | 38.03 | 19.78 | 10.08 | 3.38 |
| 60 | 40.19 | 20.90 | 10.65 | 3.58 |
| 61 | 42.35 | 22.02 | 11.22 | 3.77 |
| 62 | 44.72 | 23.25 | 11.85 | 3.98 |
| 63 | 47.32 | 24.61 | 12.54 | 4.21 |
| 64 | 50.15 | 26.08 | 13.29 | 4.46 |
| 65 | 52.69 | 27.40 | 13.96 | 4.69 |
| 66 | 56.81 | 29.54 | 15.05 | 5.06 |
| 67 | 61.46 | 31.96 | 16.29 | 5.47 |
| 68 | 66.71 | 34.69 | 17.68 | 5.94 |
| 69 | 72.84 | 37.88 | 19.30 | 6.48 |
| 70 | 78.43 | 40.78 | 20.78 | 6.98 |
| 71 | 84.75 | 44.07 | 22.46 | 7.54 |
| 72 | 91.82 | 47.75 | 24.33 | 8.17 |
| 73 | 99.84 | 51.92 | 26.46 | 8.89 |
| 74 | 109.06 | 56.71 | 28.90 | 9.71 |
| 75 | 119.90 | 62.35 | 31.77 | 10.67 |

These rates are effective 1/1/09 and are subject to change at Prudential's discretion.
Your rate is based on your age on the effective date of your policy.

# Rate Calculation Sheet

Number of Units per $1,000                    **100**
(E.g. $10,000 = 10 Units)

Rate per $1,000                              **$31.19**
(Refer to rate charts based on
amount of coverage being converted)

Policy constant per premium mode              **$85**
(Refer to page 3:
- $85.00 = annual mode
- $45.00 = semiannual mode
- $23.00 = quarterly mode
- $8.00 = monthly mode (Prumatic))

Number of Units x Rate per $1,000 + Policy Constant = Premium

**$3204**

Please note that your rate will be based on your age on the
effective date of your policy.

Exhibit A.4



Date:        December 3, 2007

To:          U.S. Employees in Receipt of LTD Benefits

From:        Corporate Benefits

Subject:     Changes to the Nortel Capital Accumulation and
             Retirement Program (CARP) Effective January 1, 2008

As communicated in mid-2006, Nortel will introduce a number of changes to its Capital
Accumulation and Retirement Program (CARP) to take effect on January 1, 2008. These
CARP changes will affect employees at all levels in the U.S. including employees
receiving Long-Term Disability (LTD) benefits as of January 1, 2008.

Commencing 1/1/2008, Nortel will make a monthly Company contribution equal to 4% of
your monthly base pay at the time you became disabled to the Nortel Long-Term
Investment Program (LTIP) provided that you continue to receive LTD benefits. In order
to take advantage of this contribution – you must complete the enclosed enrollment form
and return it to Nortel "postmarked" no later than December 31, 2007. Applications post
marked after this date will be processed as soon as administratively possible with
monthly contributions to the LTIP beginning after processing occurs. However, if you do
not complete and return this form, you will not receive this benefit.


Refer to the CARP changes newsletter mailed to your home in 2006 detailing the
changes and how they affect you while you are on LTD and after you return from LTD.

For your convenience, we have enclosed a series of WebAlerts sent recently to active
Nortel employees. These WebAlerts are intended to help keep you informed of the
upcoming CARP changes, available tools, and information resources, although some of
the changes described in the materials may apply to you only upon your return from
LTD.

If you have questions about the CARP changes that take effect on January 1, 2008, you
may contact HR Shared Services at 1-919-905-9351 (toll-free 1-800-676-4636).

Best regards,

Corporate Benefits

Exhibit  A.5

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: Peter  Lawrence

TERMINATION EFFECTIVE DATE: 2010/08/31

BENEFITS END DATE: 2010/08/31

CONTINUOUS SERVICE DATE : 1993/05/24

EMPLOYEE ADDRESS:

16295 VIA VENETIA W.
DELRAY BEACH
FL  33484

GLOBAL ID: 0466816

ENTITY: LTD    DEPT: RP14

EMPLOYEE STATUS:  Full Time: F
                              Part Time:

LOCATION : H44

LOCATION  DESCRIPTION: VMMH

---

SAP ACTION CODE : 84

SAP SEPARATION REASON CODE:
33
SAP SEPARTION REASON DESCRIPTION:
Work force reduction

---

WITHHOLDINGS & AMOUNTS OWED
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

## I. EMPLOYEE DATA

| |
|---|
| Notice Date:  2010/08/31 |

| | |
|---|---|
| Employee: Peter  Lawrence | Employee Number: 0466816 |

| | |
|---|---|
| Continuous Service Date: 1993/05/24 | Severance Eligibility Date: 1993/05/24 |

| | |
|---|---|
| Employment Termination Date: 2010/08/31 | Severance Stop Date: 2011/01/25 |

Employee Home Address:

16295 VIA VENETIA W.
DELRAY BEACH
FL       33484

Severance Period (for employees with at least 6 months of service): 21
(Number of Weeks to Commence Following Termination Date)

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC  27709-3010
1-800-676-4636

Exhibit  A.6

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC**
**OUTLINE OF MEDICARE SUPPLEMENT COVERAGE – Cover Page**
**BlueMedicare Supplement Plans A, B, C, D, F, G**

This chart shows the benefits included in each of the standard Medicare supplement plans. Every company must make Plan "A" available. Some plans may not be available in your state.

**Basic Benefits:**

- **Hospitalization** – Part A coinsurance plus coverage for 365 additional days after Medicare benefits end.
- **Medical Expenses** – Part B coinsurance (generally 20% of Medicare-approved expenses) or copayments for hospital outpatient services. Plans K, L and N require insureds to pay a portion of Part B coinsurance or copayments.
- **Blood** – First three pints of blood each year.
- **Hospice** – Part A coinsurance

| A | B | C | D | F | F* | G | K | L | M | N |
|---|---|---|---|---|----|---|---|---|---|---|
| Basic, including 100% Part B coinsurance | Basic, including 100% Part B coinsurance | Basic, including 100% Part B coinsurance | Basic, including 100% Part B coinsurance | Basic, including 100% Part B coinsurance | Basic, including 100% Part B coinsurance | Basic, including 100% Part B coinsurance | Hospitalization and preventive care paid at 100%; other basic benefits paid at 50% | Hospitalization and preventive care paid at 100%; other basic benefits paid at 75% | Basic, including 100% Part B coinsurance | Basic, including 100% Part B coinsurance, except up to $20 copayment for office visit, and up to $50 copayment for ER |
| | | Skilled Nursing Facility Coinsurance | Skilled Nursing Facility Coinsurance | Skilled Nursing Facility Coinsurance | Skilled Nursing Facility Coinsurance | Skilled Nursing Facility Coinsurance | 50% Skilled Nursing Facility Coinsurance | 75% Skilled Nursing Facility Coinsurance | Skilled Nursing Facility Coinsurance | Skilled Nursing Facility Coinsurance |
| | Part A Deductible | Part A Deductible | Part A Deductible | Part A Deductible | Part A Deductible | Part A Deductible | 50% Part A Deductible | 75% Part A Deductible | 50% Part A Deductible | Part A Deductible |
| | | Part B Deductible | | Part B Deductible | Part B Deductible | | | | | |
| | | | | Part B Excess (100%) | Part B Excess (100%) | Part B Excess (100%) | | | | |
| | | Foreign Travel Emergency | Foreign Travel Emergency | Foreign Travel Emergency | Foreign Travel Emergency | Foreign Travel Emergency | | | Foreign Travel Emergency | Foreign Travel Emergency |
| | | | | | | | Out-of-pocket limit $4660 paid at 100% after limit reached | Out-of-pocket limit $2330 paid at 100% after limit reached | | |

*Plan F also has an option called a high deductible plan F. This high deductible plan pays the same benefits as plan F after one has paid a calendar year $2,070 deductible. Benefits from high deductible plan F will not begin until out-of-pocket expenses exceed $2,070. Out-of-pocket expenses for this deductible are expenses that would ordinarily be paid by the policy. These expenses include the Medicare deductibles for Part A and Part B, but do not include the plan's separate foreign travel emergency deductible.

30153-0112 A1

[I - 30187-0212 A1]

## MONTHLY PREMIUM

| Age at Enrollment | PLAN A | | PLAN B | | PLAN C | | PLAN D | | PLAN F | | PLAN G | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tobacco User | Non-Tobacco User | Tobacco User | Non-Tobacco User | Tobacco User | Non-Tobacco User | Tobacco User | Non-Tobacco User | Tobacco User | Non-Tobacco User | Tobacco User | Non-Tobacco User |
| Under 65 | $532.70 | $484.60 | $633.20 | $575.50 | $729.50 | $663.10 | $676.80 | $615.20 | $740.80 | $673.70 | $684.20 | $622.10 |
| 65 | $201.40 | $183.20 | $239.40 | $217.60 | $275.80 | $250.70 | $255.90 | $232.60 | $280.10 | $254.70 | $258.70 | $235.20 |
| 66 | $205.60 | $187.00 | $244.80 | $222.60 | $281.10 | $255.60 | $262.70 | $238.80 | $285.40 | $259.50 | $265.40 | $241.30 |
| 67 | $209.80 | $190.80 | $250.80 | $227.90 | $288.30 | $262.00 | $269.90 | $245.30 | $292.60 | $265.90 | $272.60 | $247.80 |
| 68 | $214.20 | $194.80 | $256.70 | $233.30 | $295.70 | $268.80 | $277.40 | $252.20 | $300.10 | $272.80 | $280.10 | $254.70 |
| 69 | $218.10 | $198.40 | $262.10 | $238.30 | $302.90 | $275.40 | $284.60 | $258.80 | $307.20 | $279.20 | $287.30 | $261.10 |
| 70-71 | $223.50 | $203.20 | $270.30 | $245.70 | $313.50 | $285.00 | $295.10 | $268.20 | $317.60 | $288.70 | $297.60 | $270.60 |
| 72-74 | $231.30 | $210.20 | $281.70 | $256.10 | $331.10 | $300.90 | $312.80 | $284.30 | $336.20 | $305.60 | $315.30 | $286.60 |
| 75-79 | $238.20 | $216.60 | $295.80 | $268.90 | $356.00 | $323.60 | $338.70 | $307.90 | $361.10 | $328.30 | $341.10 | $310.10 |
| 80+ | $234.20 | $212.90 | $305.70 | $277.90 | $399.60 | $363.30 | $379.90 | $345.30 | $404.70 | $368.00 | $382.30 | $347.60 |

30153-0112 A1

[I - 30187-0212 A1]

## PLAN C

## MEDICARE (PART A) - HOSPITAL SERVICES - PER BENEFIT PERIOD

* A benefit period begins on the first day you receive services as an inpatient in a hospital and ends after you have been out of the hospital and have not received skilled care in any other facility for 60 days in a row.

| SERVICES | MEDICARE PAYS | PLAN PAYS | YOU PAY |
|---|---|---|---|
| **HOSPITALIZATION*** Semiprivate room and board, general nursing and miscellaneous services and supplies | | | |
| First 60 days | All but $1156 | $1156 (Part A deductible) | $0 |
| 61st thru 90th day | All but $289 a day | $289 a day | $0 |
| 91st day and after: | | | |
| --While using 60 lifetime reserve days | All but $578 a day | $578 a day | $0 |
| --Once lifetime reserve days are used: | | | |
| --Additional 365 days | $0 | 100% of Medicare Eligible Expenses | $0** |
| --Beyond the Additional 365 days | $0 | $0 | All costs |
| **SKILLED NURSING FACILITY CARE*** You must meet Medicare's requirements, including having been in a hospital for at least 3 days and entered a Medicare-approved facility within 30 days after leaving the hospital | | | |
| First 20 days | All approved amounts | $0 | $0 |
| 21st thru 100th day | All but $144.50 a day | Up to $144.50 a day | $0 |
| 101st day and after | $0 | $0 | All costs |
| **BLOOD** | | | |
| First 3 pints | $0 | 3 pints | $0 |
| Additional amounts | 100% | $0 | $0 |
| **HOSPICE CARE** You must meet Medicare's requirements, including a doctor's certification of terminal illness | All but very limited copayment/ coinsurance for outpatient drugs and inpatient respite care. | Medicare copayment/ coinsurance | $0 |

**Notice: When your Medicare Part A hospital benefits are exhausted, the insurer stands in the place of Medicare and will pay whatever amount Medicare would have paid for up to an additional 365 days as provided in the policy's "Core Benefits". During this time, the hospital is prohibited from billing you for the balance based on any difference between its billed charges and the amount Medicare would have paid.

11

PLAN C

## MEDICARE (PART B) - MEDICAL SERVICES - PER CALENDAR YEAR

*Once you have been billed $140 of Medicare-approved amounts for covered services (which are noted with an asterisk), your Part B deductible will have been met for the calendar year.

| SERVICES | MEDICARE PAYS | PLAN PAYS | YOU PAY |
|---|---|---|---|
| **MEDICAL EXPENSES** - IN OR OUT OF THE HOSPITAL AND OUTPATIENT HOSPITAL TREATMENT, such as Physician's services, inpatient and outpatient medical and surgical services and supplies, physical and speech therapy, diagnostic tests, durable medical equipment | | | |
| First $140 of Medicare Approved Amounts* | $0 | $140  (Part B deductible) | $0 |
| Remainder of Medicare Approved Amounts | Generally 80% | Generally 20% | $0 |
| **Part B Excess Charges** (Above Medicare Approved Amounts) | $0 | $0 | All costs |
| **BLOOD** | | | |
| First 3 pints | $0 | All costs | $0 |
| Next $140  of Medicare Approved Amounts* | $0 | $140 (Part B deductible) | $0 |
| Remainder of Medicare Approved Amounts | 80% | 20% | $0 |
| **CLINICAL LABORATORY SERVICES** – TESTS FOR DIAGNOSTIC SERVICES | 100% | $0 | $0 |

### PLAN C PARTS A and B

| SERVICES | MEDICARE PAYS | PLAN PAYS | YOU PAY |
|---|---|---|---|
| **HOME HEALTH CARE** MEDICARE APPROVED SERVICES | | | |
| Medically necessary skilled care services and medical supplies | 100% | $0 | $0 |
| Durable medical equipment | | | |
| -First $140 of Medicare Approved Amounts* | $0 | $140 (Part B deductible) | $0 |
| -Remainder of Medicare Approved Amounts | 80% | 20% | $0 |

12

# BlueMedicare℠ Rx (PDP)

If you decide to stay in Original Medicare, you may need to consider choosing a Medicare Part D prescription drug plan. Whether you take one prescription drug or many, we have two BlueMedicare Rx[1] plan options to choose from.

Our plans offer you comprehensive drug coverage with:

- NO deductible.
- Low copays for non-specialty generic drugs in both plans.
- Access to thousands of pharmacies nationwide.
- An extensive medication list.
- Home delivery through PrimeMail with free preferred generics, and the convenience of automatically receiving your prescriptions at your door.
- Tools, resources and discount programs to manage your health care costs. (Details on page 17.)

All major pharmacy chains in the state are in our prescription drug plan network to make access to your prescriptions even easier, and our long-term care and home-infusion pharmacies give you the convenience you expect from us.[2]

These plans also allow you to save money when you purchase your drugs through our network of preferred pharmacies listed below. You still have the option, however, of using other pharmacies at a higher copay.

- CVS/pharmacy®
- Navarro® Discount Pharmacy
- Publix®
- Target®

## Coverage Summary

BlueMedicare Rx is available statewide.

### $0 copay for preferred generic drugs through home delivery

| | |
|---|---|
| **Your Deductible:** | You must pay this amount before our payment for covered drugs begins. |
| **When your total drug cost** is $0 up to $2,970, you'll pay: | Preferred Generic Drugs<br>Non-Preferred Generic Drugs<br>Preferred Brands<br>Non-Preferred Brands<br>Specialty Drugs[†] |
| **When your total drug cost exceeds $2,970 and until YOUR out-of-pocket drug costs reaches $4,750, you'll pay:** | Preferred Generic Drugs<br>Non-Preferred Generic Drugs<br>Generic Specialty Drugs<br>Preferred Brands, Non-Preferred Brands and Non-Generic Specialty Drugs |
| **When YOUR out-of-pocket drug costs exceed $4,750, you'll pay:** | Preferred Generic Drugs<br>Non-Preferred Generic Drugs<br>Preferred Brands, Non-Preferred Brands and Specialty Drugs |

14

# & Rates

What is a Formulary?
A formulary is the list of medications covered by a plan, based on Medicare's guidelines.
Our formulary is online at BlueMedicareFL.com or you can visit medicare.gov. For a printed copy, see page 4 under "How to Apply" for contact information and hours of operation.

## Option 1

Monthly Plan Premium* $43.10

| Preferred Retail Pharmacies | Non-Preferred Retail Pharmacies | Home Delivery |
|---|---|---|
| | $0 | |
| $6 copay | $10 copay | $0 copay |
| $16 copay | $21 copay | $8 copay |
| $32 copay | $37 copay | $32 copay |
| $90 copay | $95 copay | $90 copay |
| | 33% of the cost | |
| Greater of $2.65 copay or 5% of the cost | 79% of the cost | |
| Greater of $2.65 copay or 5% of the cost | 79% of the cost | 47.5%◊ of the cost |
| Greater of $6.60 copay or 5% of the cost | 79% of the cost | |

## Option 2

Monthly Plan Premium* $127.60

| Preferred Retail Pharmacies | Non-Preferred Retail Pharmacies | Home Delivery |
|---|---|---|
| | $0 | |
| $2 copay | $9 copay | $0 copay |
| $6 copay | $13 copay | $5 copay |
| $35 copay | $42 copay | $35 copay |
| $85 copay | $94 copay | $85 copay |
| | 33% of the cost | |
| $2 copay | $9 copay | $0 copay |
| $6 copay | $13 copay | $5 copay |
| | 33% of the cost | |

\* You must also continue to pay your Medicare Part B premium if not otherwise paid for by Medicaid or another third party.

\*\* Total drug cost is based on your out-of-pocket costs plus what has been paid by Florida Blue for your drugs.

◊ Under the Medicare Coverage Gap Discount Program, the drug plan pays 2.5% and the drug manufacturers pick up the other 50% of the negotiated drug price.

† Specialty drugs are unique, very high-cost drugs.

Pharmacy benefits are available only at the plan's network pharmacies except under certain circumstances such as medical emergencies.

For benefit details, refer to the Summary of Benefits for the plan. Visit us online at BlueMedicareFL.com, see page 4 under "How to Apply" for contact information and hours of operation.

Exhibit  A.7

## General Information

| | | |
|---|---|---|
| Client Name ~~████ ████~~ | Gender Male | Agent Name Gail Schwartz |
| State FL | Age 57 Years Old | Agent Phone Number (561) 733-1705 |
| Amount $150,000 | Health Class Standard Non-Tobacco | |

## Carrier & Products

### 20 Year - $150,000

| Carrier | Product / Health Class | Calc Age | Total Premium (Monthly) |
|---|---|---|---|
| **Assurity Life Insurance Company** <br> AM Best A- | Non Med Term 350 (guar 20) <br> Select NT | Actual Age 57 | $149.64 |
| **Aviva Life and Annuity Company** <br> AM Best A | 20 Year Term 01/2010 <br> Non-Tobacco <br> NOTE: Rates effective 1/25/2010 | Nearest Age 58 | $156.86 |
| ~~████████ ████████~~ <br> ~~AM Best A+~~ | Term Elite 20 (guar 20) <br> Non Smoker <br> NOTE: This quote is an estimate and may differ from the actual premium. Actual premiums are determined after the underwriting process is complete and could differ from this quote. Rates Effective 7/18/11. | Actual Age 57 | ~~$166.71~~ |
| **United of Omaha** <br> AM Best A+ | Term Life Complete (20 yrs) <br> Standard Non-Tobacco <br> NOTE: Rates effective 7/1/2010. Actual premium will be determined by carrier and may differ from this quote. Please use Winflex if you are quoting a DI Rider / ROP premium to ensure legal compliance. | Actual Age 57 | $173.28 |
| **MetLife** <br> AM Best A+ | GLT (20 yrs) <br> Standard Nonsmoker | Nearest Age 58 | $174.83 |
| **Lincoln Benefit Life** <br> AM Best A+ | TrueTerm 2012 (20 yrs) <br> Standard No-Tobacco <br> NOTE: Effective 9/10/2012 | Actual Age 57 | $190.97 |
| **Assurity Life Insurance Company** <br> AM Best A- | Non Med Term 350 (guar 20) <br> Standard NT | Actual Age 57 | $201.39 |

## General Information

| | | |
|---|---|---|
| Client Name Susan Lawrence | Gender Female | Agent Name Gail Schwartz |
| State FL | Age 54 Years Old | Agent Phone Number (561) 733-1705 |
| Amount $100,000 | Health Class Preferred Non-Tobacco | |

## Carrier & Products

### 15 Year - $100,000

| Carrier | Product / Health Class | Calc Age | Total Premium (Monthly) |
|---|---|---|---|
| **Transamerica Life Insurance Co.**<br>AM Best  A+ | Trendsetter Super (15 yrs)<br>Preferred Nonsmoker<br>NOTE:  Rates effective 06/18/2012 | Nearest Age 55 | $25.55 |
| **United of Omaha**<br>AM Best  A+ | Term Life 15 Answers (guar 15)<br>Preferred Non-Tobacco<br>NOTE:  Rates effective 12/1/2011. Actual premium will be determined by carrier and may differ from this quote. | Actual Age 54 | $26.57 |
| **Banner Life**<br>AM Best  A+ | OPTerm 15 (guar 15)<br>Preferred Non-Tobacco<br>NOTE:  Rates effective 09/04/2012 include a valuable benefit absolutely free; MediGuide Medical 2nd Opinion (not available in all states). Print the Product Disclosure for benefit details. | Nearest Age 55 | $28.35 |
| **ING ReliaStar Life Ins Co**<br>AM Best   A | ING TermSmart 15 (guar 15)<br>Preferred Nonsmoker<br>NOTE:  Substandard premiums are not exact. Please utilize ING's proprietary software, ING Presents. Rates effective 04/16/2012. | Nearest Age 55 | $28.44 |
| **Prudential Financial**<br>AM Best  A+ | Term Essential 15 (guar 15)<br>Preferred Non-Tobacco<br>NOTE:  This quote is an estimate and may differ from the actual premium. Actual premiums are determined after the underwriting process is complete and could differ from this quote. Rates Effective 7/18/11. | Actual Age 54 | $28.98 |
| **American General Life Companies - All states except NY (AGL)**<br>AM Best   A | AG Select-A-Term (15 yrs)<br>Preferred Nontobacco<br>NOTE:  Face amounts above $5 million are not available with WOP Rider. | Nearest Age 55 | $29.16 |
| **Prudential Financial**<br>AM Best  A+ | Term Elite 15 (guar 15)<br>Preferred Non-Tobacco<br>NOTE:  This quote is an estimate and may differ from the actual premium. Actual premiums are determined after the underwriting process is complete and could differ from this quote. Rates Effective 7/18/11. | Actual Age 54 | $34.20 |
| **United of Omaha**<br>AM Best  A+ | Term Life Complete (15 yrs)<br>Preferred Non-Tobacco<br>NOTE:  Rates effective 7/1/2010. Actual premium will be determined by carrier and may differ from this quote. Please use Winflex if you are quoting a DI Rider / ROP premium to ensure legal compliance. | Actual Age 54 | $40.05 |

Printed On: 10/9/2012 10:10 AM

Exhibit  A.8

A SUGGESTED LONG TERM CARE INSURANCE PLAN OFFERED BY
**GENWORTH LIFE INSURANCE COMPANY**

**LONG TERM CARE PRIVILEGED CHOICE® SHARED PLAN**
To be issued in Florida
Protecting Tomorrow's Independence Today ®
Long Term Care Insurance Policy Form Series 7044FL Rev

### INDIVIDUAL SUMMARY

**Presented By:** Scott Schwartz
**Organization:** IPS
**Address:** 4084 Artesa Drive
Boynton Beach, FL 33436
**Telephone:** (561) 733-1705

**For:** Peter Lawrence & Susan Lawrence
FL

### Proposed Plan Benefits

| | | | |
|---|---|---|---|
| Monthly Maximum: | $5,000 | Age of Peter Lawrence: | 57 |
| Benefit Multiplier: | 120 Months | Age of Susan Lawrence: | 54 |
| Personal Benefit Account: | $600,000 | Annual Premium: | $3,602.03 |
| Elimination Period: | 90 Days | Yearly Payment Total: | $3,602.03 |
| Benefit Increase Option: | 3% Compound | | |

| | | | |
|---|---|---|---|
| | | Couple's Discount: | Included in rates |
| Restoration of Benefits Option: | None | Preferred Health Discount for | |
| Survivorship Benefit Option: | Included | Peter Lawrence: | No |
| NonForfeiture Benefit Option: | None | Susan Lawrence: | No |
| | | Multi Life Discount for | |
| | | Peter Lawrence: | No |
| | | Susan Lawrence: | No |

### Modal Premium Payment Options

| Mode | Factor | Annual Percentage Rate | Peter Lawrence & Susan Lawrence Yearly Total Payment | |
|---|---|---|---|---|
| Annual: | 1.00 | 0 | $3,602.03 | ($3,602.03 x 1) |
| Semi-Annual: | 0.51 | 8.2% | $3,674.08 | ($1,837.04 x 2) |
| Quarterly: | 0.26 | 10.8% | $3,746.12 | ($936.53 x 4) |
| Monthly (EFT only): | 0.09 | 17.2% | $3,890.16 | ($324.18 x 12) |

▫ Please see the Important Notes for additional information on the last page of the illustration.

▫ **MODAL PREMIUM DISCLOSURE:** Although premiums are calculated on an annual basis, premiums may be shown on a monthly, quarterly or semi-annual basis. Annual premiums may be paid in advance at the beginning of each coverage year. However, your premiums may be paid on a more frequent basis throughout your coverage year. If you pay your premiums more frequently than annually (e.g. monthly, quarterly or semi-annually), there will be additional charges that apply. *The more frequent the premium payment mode, the more charges you will incur. For example, the total annual premium paid on a monthly basis will be more than the total premium paid on a quarterly basis. As a result, the total annual premiums paid will be higher for Monthly, Quarterly or Semi-Annual payment modes than if you paid premiums on an Annual mode.* For more information, please refer to the Modal Premium Disclosure in your Policy or Certificate.

**Insurance and annuity products:**
• Are not deposits.          • Are not insured by the FDIC or any other federal government agency.
• May decrease in value.     • Are not guaranteed by the bank or its affiliates.

Exhibit  A.9



THE LAW OFFICES OF

BRETT A. ELAM, P.A.

## ENGAGEMENT LETTER

July 1, 2010

Peter Lawrence
16295 Via Venetia West
Delray Beach, FL 33484

THIS AGREEMENT made this the 2nd day of July 2010, by and between **Peter Lawrence**, hereinafter referred to as "Client", and **The Law Offices of Brett A. Elam, P.A.**, hereinafter referred to as the "Firm".

The Client employs and retains the Firm to perform legal services on behalf of the Client in reference to representation in the Chapter 11 bankruptcy filed by **Nortel Networks, Inc., Case No.: 09-10138-BKC.** This agreement sets forth the complete terms and conditions concerning the Firm's representation and shall commence on the date of the full execution of this Agreement.

As a condition of the firm taking on such representation, the Client agrees to pay the sum of $2,500.00, which shall be a non-refundable retainer towards attorney fees and shall also pay all costs associated with the representation. Our statements for professional services will be based upon Mr. Elam's current hourly rate of $250.00 per hour. Brett Elam will be the primary attorney working on your matter. In addition, Erajh Panditaratne will be billed at $200.00 and paralegals and law clerks will be billed at $115.00 per hour. We reserve the right to adjust our hourly rates annually.

You will also be billed for disbursements and other charges relating to our professional services. Such charges may include, without limitation, filing fees, long-distance telephone calls, courier service, travel expenses, photocopying, stenographers' charges, airline tickets, transcripts, court costs, appraisals, accountant's fees and expert's fees, and computerized legal research charges. The Firm will bill you $0.25/page for photocopies and $1.00/page for facsimile transmissions.

A retainer has been paid as set forth in the above paragraph. You agree to pay our attorney fees in connection with our representation in this case. The Client understands that this means that the Firm is not required to seek payment of its fees from any other party.

THE LAW OFFICES OF



BRETT A. ELAM, P.A.

We will compute monthly billing for fees and costs based upon the amount of time that will be devoted to your case by the Firm. It is difficult to determine in advance, the amount of time that will be needed to complete your case. We shall use our best judgment to determine the amount of time, and the nature of the services to be performed in your best interest. Our monthly billing for fees will be based upon the hourly rate listed above.

The hourly rate shall include, but not be limited to, the time spent for conferences on the telephone, drafting and reviewing documents, depositions, investigations, correspondence, negotiations, legal research and court time.

You agree to pay all fees earned upon the submission of a statement, plus all costs and expenses, including, but not limited to, long distance telephone calls, document reproduction, postage, court costs, filing fees, witness fees, messenger service and all other similar expenses incurred in this matter, not later than thirty (30) days from the date that we shall bill you for the same. Our policy is to submit bills on a monthly basis and at the conclusion of your case.

When a final bill is submitted to you, you agree to pay the Firm within fifteen (15) days from the date thereof.

It is agreed that the Firm shall have the right to withdraw from your case if you do not make the payments as required by this Agreement, if you have misrepresented or failed to disclose material facts to the Firm or if you fail to follow our legal advice. In any of these events, you agree to execute such necessary documents as will permit the Firm to withdraw.

The Firm shall have a charging lien on all of your documents, property or money in our possession, and upon any money the Clients may be entitled to receive, for the payment of all sums due to the Firm from you under the terms of this Agreement. This lien shall continue in the event that the Firm is discharged by you.

In the event it is necessary to institute a lawsuit for the collection of any fees and advances due to the Firm by you, you agree to pay, in addition to any judgment for such fees and advances, all costs and expenses necessitated thereby, including reasonable attorney's fees.

THE LAW OFFICES OF



BRETT A. ELAM, P.A.

You hereby acknowledge that the Firm has made no guarantees in connection with the disposition of any phase of the matter or matters for which the Firm has been retained and all expressions relative to it are only the Firm's opinion.

The provisions of this Agreement shall apply to the matters referred to herein and to such further matters that the firm shall handle for you, from time to time, unless other arrangements are made in writing between you and the Firm for our fees and expenses.

BRETT A. ELAM. P.A.

Brett A. Elam

Please confirm our agreement as set forth herein by signing below and returning this original to us, together with payment of the Retainer.

By:

PETER LAWRENCE

**Chase Online**

PETER CHECKING (...5128)

Check Number: 1032                    Post Date: 12/10/2010                    Amount of Check: $500.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2012 JPMorgan Chase & Co.