Exhibit  B

Claim Services Provided by

The Prudential Insurance Company of America

**David Moran**
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718  Ext: 5598
Fax: (877) 889-4885
Hours: 07:00 AM 03:00 PM

April 04, 2003

Peter R Lawrence                                    Claimant: Peter R Lawrence
7 Sailors Court                                     Control #/Br: 39900  /  000RB
Miller Place, NY  11764                             Claim #: 10553366
                                                    Date of Birth: 01/26/1955

ԼաԼԼաԼԼաԼԼաԼԼաԼաԼԼ

Dear Mr. Lawrence:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the
Nortel Networks, Inc. Group LTD Plan.  We have determined that you are eligible for benefits
effective April 11, 2003.

In order to receive LTD benefits under the Nortel Networks, Inc. Group LTD Plan, covered
employees must meet the following definition of Disability:

> "You are considered Totally Disabled for LTD if a Physician certifies that you cannot work
> because of an Illness or accidental Injury, and the clinical evidence supports this opinion.  You
> must provide written proof of your Total Disability to the Claims Administrator, who will make
> the final determination of disability.  You must be under the regular care of the Physician who
> has treated you personally for the Illness or Injury causing the Total Disability for at least 31
> days.  During the first 18 months of a covered Total Disability (from the first date of STD), you
> will be considered unable to work if you cannot perform the work you were normally
> performing at the time of your disability with or without reasonable accommodations for the
> limitations resulting from your Illness or Injury.

> After the first 18 month period of covered Total Disability (from the first date of STD), you
> will be considered unable to work if you are unable to perform any reasonable occupation.  A
> "reasonable occupation" is any job you are or could become qualified to do with your
> education, training or experience."

Prudential will be responsible for determining if your disability meets the above definition of
disability, and has the right to require that you be examined by a Physician of our choosing.

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---:|
| Monthly Salary | $10,499.98 |
| Scheduled LTD Benefit  (70.00%) | $ 7,349.99 |
| Less Any Social Security Benefits | -$      0.00 |
| Less Medical Insurance premium | -$    83.89 |
| Less Dental Insurance premium | -$    23.04 |
| Less Spousal Life Insurance premium | -$    13.95 |
| Less Dependent Life Insurance premium | -$      1.75 |
| Adjusted Benefit | $7,227.36 |

2

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month. As requested, your check will be Electronic Fund Transferred (EFT) into your bank account. FICA tax will be deducted through April 30, 2003. Your LTD benefit is subject to Federal Income Tax (FIT) withholding. As authorized, we will withhold FIT in accordance with your W-4 withholding selection of "Married, 1 Allowance."

Under the Nortel Networks, Inc. Group LTD Plan, you are required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. We will be further contacting you in regards to assisting you in the SSDB application process.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum in accordance with the terms of your "Reimbursement Agreement" that you signed on January 20, 2003 (copy enclosed).

We will periodically follow with you and your physician for updated medical information to support your continued eligibility for benefits. Please keep us advised of any changes in your medical condition.

If you have any questions regarding your LTD claim, please contact our office at 1-(800) 842-1718, extension 5598.

Sincerely,


David Moran
Disability Consultant

Enclosure

 cc:    Nortel Networks

Exhibit  C

Claim Services Provided by

The Prudential Insurance Company of America

**David Moran**
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101

Phone:  (800) 842-1718  Ext: 5598
Fax: (877) 889-4885
Hours:  07:00 AM  03:00 PM

December 15, 2003

Peter R Lawrence
7 Sailors Court
Miller Place, NY  11764

973-548
5598

Claimant: Peter R Lawrence
Control #/Br: 39900  /  000RB
Claim #: 10553366
Date of Birth: 01/26/1955

IıııIIıııIIIıııIıIIıııIıIııIIII

Dear Mr. Lawrence:

We are writing in regard to your claim for Long Term Disability (LTD) benefits under the Nortel
Networks, Inc. Group LTD Plan.

In order to receive LTD benefits under the Nortel Networks, Inc. Group LTD Plan, covered
employees must meet the following definition of Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work
because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You
must provide written proof of your Total Disability to the Claims Administrator, who will make
the final determination of disability. You must be under the regular care of the Physician who
has treated you personally for the Illness or Injury causing the Total Disability for at least 31
days. During the first 18 months of a covered Total Disability (from the first date of STD), you
will be considered unable to work if you cannot perform the work you were normally
performing at the time of your disability with or without reasonable accommodations for the
limitations resulting from your Illness or Injury.

After the first 18 month period of covered Total Disability (from the first date of STD), you will
be considered unable to work if you are unable to perform any reasonable occupation. A
"reasonable occupation" is any job you are or could become qualified to do with your
education, training or experience."

Prudential will be responsible for determining if your disability meets the above definition of
disability, and has the right to require that you be examined by a Physician of our choosing.

A review of our records indicates that the initial 18-month period of benefits as defined above will
end on April 10, 2004. We will be conducting a thorough evaluation to determine your eligibility
for benefits beyond that date. Even though benefits may continue beyond this initial period, we do
not waive our right to evaluate your claim under the more restrictive definition of Total Disability.

2

In order to properly assist us in determining your eligibility for benefits beyond the initial period please:

- Return a signed copy of the enclosed "Medical Authorization" form.
- Have your physician complete the enclosed "Claimant Statement/Attending Physicians Statement" form.

Thank you for advising us that your claim for Social Security Disability Benefits (SSDB) has been awarded. We are in the process of calculating the overpayment which has occurred on your LTD claim due to your retroactive SSDB primary and family award. You will be receiving a letter of explanation regarding your overpayment shortly.

If you have any questions regarding this matter, please contact our office at 1-(800) 842-1718, extension 5598.

Sincerely,

David Moran
Disability Consultant

Enclosures

cc:    Nortel Networks

Exhibit  D

# Provident Funding
The Mortgage Price Leader

**Loan Commitment and Condition Log**

**Cut-off Time: Borrowers must sign no later than 3:00pm local branch time.**

| Borrower Info | Originator Info | Status |
|---|---|---|
| App #:  6620020020<br>Borrower:  PETER R LAWRENCE<br>16295 VIA VENETIA<br>W<br>Delray Beach, FL<br>33484 | STERLING ASSET AND EQUITY<br>CORPORATION<br>Marge Reuss<br>FAX: 5613300403<br>PHONE: 5613300400105 | 60 - Approved<br>2/19/2010 1:20:31 PM<br><br>Branch: North Tampa<br>Bay |

### Loan Terms

| | | | | | | |
|---|---|---|---|---|---|---|
| Loan Amt: | $370,000 | Program: | 30 Year | Purpose: Purchase | Int Rate: | 5.000% |
| Sub Debt: | $0 | PF Code: | A1010 | Occupancy: Owner Occupied | F/L: | Locked |
| Appr Value: | $630,000 | LTV: | 58.73% | Prop State: FL | Exp. Date: | 04/12/10 |
| Purch Price: | $630,000 | CLTV: | 58.73% | Prop Type: SFR-Detached | Impounds: | No |
| | | Doc Type: | Full Doc | Units: 1 | Points: | |

Validator: Renada Asbury        Doc Drawer:        Closer:

Closing Agent: na        E-Mail: marge@floridaonloan.com        Phone: 5612960904

**Loan Conditions: Fax to 850-443-1130 using Conditions Coversheet or** | **Upload Conditions**

### Broker Conditions

| | | Priority | Created |
|---|---|---|---|
| Assets | #1 months bank statements containing all pages for:<br>2/19/2010 - Scottrade acct evidencing $209207.83 and Chase acct evidencing $223166.56 | PTD | 02/19/10 |
| Assets | Please provide proof of liquidation for Scottrade acct. | PTD | 02/19/10 |
| Closing | Home Owners policy with loss payee as: P.F.G. Loans Inc. Its successors and/or assigns,<br>P.O. Box 5914, Santa Rosa, CA 95402. Declaration page must document loan number,<br>coverage, deductible, annual premium, agent name and contact information. | PTD | 02/19/10 |
| Closing | Please provide a preliminary title with owner's policy to "Peter R Lawrence and Susan<br>Lawrence" and 1992 ALTA Loan Policy to "P.F.G Loans, Inc" for at least $370000. Also to<br>include tax cert, 6 month chain of title, wiring instructions and CPL. Additional conditions<br>may apply. Approval subject to change. | PTD | 02/19/10 |
| Compliance | HVCC: Provide an Appraisal Notification and Acknowledgment form signed and dated by<br>the Borrower(s). The form is available in the Pipeline "Command" drop-down menu and<br>"Appraisal Info" option on www.pfloans.com. | PTD | 02/19/10 |
| Income | Please provide documentation evidencing that Disability Income for Peter R Lawrence will<br>continue for at least the next 3 yrs. | PTD | 02/19/10 |
| Property | Minimum Appraisal form 70/1004 required. Please ensure the appraisal is ordered through<br>pfloans.com.<br>2/19/2010 - uw to verify property type as 1003 shows HOA dues. | PTD | 02/19/10 |
| Purchase | Please provide evidence that person signing as seller has the authority to do so | PTD | 02/19/10 |
| Purchase | Please provide the monetary value of TV and Storage being included in sale. This must be<br>deducted dollar for dollar from purchase price. | PTD | 02/19/10 |

**Lender Conditions** | **Priority Created**

Provident Funding Associates, L.P. reserves the right to modify this approval or to declare it null and void if any representations made in the loan application are incorrect or incomplete or if there is any adverse change in the Borrower's credit, outstanding obligations, or employment, or in the value as rectified by an appraisal review or condition of the property securing the loan, prior to close of escrow.

Exhibit  E

Claims Services Provided by

**The Prudential Insurance Company of America**

**Donna A Pranio**
Claim Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87699
Fax: (877) 889-4885
**Website:  www.prudential.com/mybenefits**

February 12, 2010

Peter R Lawrence
Po Box 811557
Boca Raton, FL  33481-1557

Claimant: Peter R Lawrence
Claim No.: 10553366
Date of Birth: 1/26/1955
Control No./Br.: 39900  /  000RB

Dear Mr. Lawrence:

Please be advised that the above noted claimant is receiving Long Term Disability under the Nortel Networks plan in the amount of $4563.04 net per month. Mr. Lawrence will continue to receive LTD benefits provided he remains totally disabled under the terms of the plan.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
**Donna A Pranio**
Donna A Pranio
Claim Examiner

Exhibit  F

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website:  www.prudential.com/mybenefits

September 20, 2012

Peter R Lawrence
16295 Via Venetia W
Delray Beach, FL 33484

Claimant: Peter R Lawrence
Claim No.: 10553366
Date of Birth: 1/26/1955
Control No./Br.: 39900  /  000RB

IıllıııllılılılılıııllııllılılılılıııllılılılıııllıI

Dear Mr. Lawrence:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the
Nortel Networks Inc. Group Policy with Prudential.

You are receiving $4,640.75 per month.  This benefit will remain the same provided your income
from other sources does not change.  Your  benefits will continue through January 25, 2020,
provided you remain totally disabled as defined by the Policy and continue to meet all other
**contractual** requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager

Exhibit  G

## REIMBURSEMENT AGREEMENT

**As an employee insured under Group Plan #39600, I have filed a claim for Disability (Short Term Disability and/or Long Term Disability) benefits.**

With respect to Social Security benefits: I understand that benefits payable under this Plan are to be reduced by any benefits under the Social Security Act that I or members of my family receive or would be entitled to receive as a result of my disability, for that same period.

Should my claim for benefits be approved, I request that Prudential postpone making the reduction of benefits described in the second paragraph of this Agreement until I actually am awarded Social Security benefits or complete the Social Security application process described below.

I agree to make timely and diligent pursuit of Social Security benefits through each level of appeal up to and including the Administrative Law Judge level.

These steps may include:
1. Application for such benefits;
2. Appeal at the reconsideration level, if benefits are denied;
3. Appeal at the Administrative Law Judge level, if benefits are again denied.

I understand that I must provide Prudential with written proof that I have completed the process above. Failure to complete this process and provide proof of same will result in Prudential (1) estimating my monthly Social Security benefit and (2) using that amount to determine my adjusted benefit.

I promise to notify Prudential immediately if I am awarded Social Security benefits.

If any benefits under the Social Security Act are awarded retroactively, I agree to repay Prudential immediately the amount paid to me under this Agreement in excess of the amount to which I would have been entitled under the terms of the Plan.

**With respect to Workers' Compensation or similar coverage:** Unlike the situation described above for Social Security benefits, I understand that regardless of whether or not I sign this Agreement, Prudential will not reduce my Disability Benefits by an estimate of Workers' Compensation (or similar coverage) benefits. Only Workers' Compensation (or similar coverage) benefits actually received by me will be used to determine the benefit I am entitled to receive under this Plan

I agree to repay Prudential immediately the amount paid to me under this Group Plan in excess of the amount to which I would have been entitled under the terms of the Plan if I subsequently receive a Workers' Compensation or similar coverage award.

I hereby assign, transfer and set over to Prudential, to the extent of any excess so paid under this Agreement, the amount of future benefits which may become payable under this Plan.

_____
Signature of Employee

_____
Signature of Witness

PETER LAWRENCE
Name of Employee (please print)

01/20/2003
Date

R/A # 1 (Family)

Exhibit  H

Copy B To Be Filed With Employee's FEDERAL Tax Return

OMB No. 1545-0008

| c Employer's name, address, and ZIP code | 1 Wages, tips, other comp. 71,110.08 | 2 Federal income tax withheld 7,339.68 |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA GROUP INSURANCE - PREMIUM ACCOUNTING PO BOX 70190 PHILADELPHIA PA 19176 | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39900 | b Employer's ID number 22-1211670 | a Employee's social security number | 7 Social security tips |
|---|---|---|---|

| e Employee's name, address, and ZIP code | 12 See instructions for box 12 |
|---|---|
| PETER R LAWRENCE PO BOX 811557 BOCA RATON FL 33481 | |

| 8 Allocated tips | | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☒ | 11 Nonqualified plans |
|---|---|
| | 15 State Employer's state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
| | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement 2011    This information is being furnished to the Internal Revenue Service.    Dept. of the Treasury – Internal Revenue Service

---

Copy C For EMPLOYEE'S RECORDS (See Notice on back.)

OMB No. 1545-0008

| c Employer's name, address, and ZIP code | 1 Wages, tips, other comp. 71,110.08 | 2 Federal income tax withheld 7,339.68 |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA GROUP INSURANCE - PREMIUM ACCOUNTING PO BOX 70190 PHILADELPHIA PA 19176 | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39900 | b Employer's ID number 22-1211670 | a Employee's social security number | 7 Social security tips |
|---|---|---|---|

| e Employee's name, address, and ZIP code | 12 See instructions for box 12 |
|---|---|
| PETER R LAWRENCE PO BOX 811557 BOCA RATON FL 33481 | |

| 8 Allocated tips | | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☒ | 11 Nonqualified plans |
|---|---|
| | 15 State Employer's state I.D. # | 16 State wages, tips, etc. | 17 State income Tax |

| Customer service phone# 1-866-648-2225 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|

Form W-2 Wage and Tax Statement 2011    This information is being furnished to the Internal Revenue Service.    Dept. of the Treasury – Internal Revenue Service
If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

PAGE 2 OF 3

Exhibit  I



**United States Benefits**
**Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Peter Lawrence |
| Global ID: | 0466816 |
| Date of Birth: | 01/26/1955 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 126000.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care**<br>90/70 PPO, Anthem | EE & Spouse | $ 121.13 | $3,149.38 | $8,320.78 |
| **Dental/Vision/Hearing Care**<br>PLUS | EE & Spouse | $ 22.16 | $ 576.16 | $1,214.20 |
| **Short-Term Disability**<br>66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 822.90 |
| **Long-Term Disability**<br>70% of Benefits Earnings | | $ 11.15 | $ 289.90 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 154.44 | $4,015.44 | 10,357.88 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance**<br>1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 196.56 |
| **Optional Employee Life Insurance**<br>1x BENE Earnings Non-Smoker | $ 15.82 | $ 411.32 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP**<br>$100,000 | $ 6.92 | $ 179.92 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)**<br>No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment**<br>3x Benefits Earnings Family | $ 3.49 | $ 90.74 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 26.23 | $ 681.98 | $ 196.56 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

| Peter Lawrence | 0466816 | 11/30/2011 | Page 2 |

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected. The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy. Please note: all eligible dependents have access to the Employee Assistance Program (EAP). If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|------|------------------|--------------|--------|---------------|
| Susan Lawrence | xxx-xx-2106 | S | F | 12-16-1957 |

Peter Lawrence
16295 Via Venetia W.

Delray Beach, FL 33484



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2010. These selections remain in effect through 12/31/2010 unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Peter Lawrence |
| Global ID: | 0466816 |
| Date of Birth: | 01/26/1955 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 126000.00 |
| Events | Annual Enrollment |
| Event Date: | 10/28/2009 |
| Prepared On: | 12/02/2009 |

### Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Anthem | EE & Spouse | $ 99.41 | $2,584.66 | $6,828.64 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE & Spouse | $ 18.84 | $ 489.84 | $1,031.94 |
| **Health Care Reimbursement Account** | | $ 0.00 | $ 0.00 | |
| **Dependent Care Reimbursement** | | $ 0.00 | $ 0.00 | |
| **Short-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 0.00 | $ 0.00 | $ 516.62 |
| **Long-Term Disability** | | | | |
| 60% of Benefits Earnings | | $ 0.00 | $ 0.00 | $ 289.90 |
| **Total Cost of Your Before-Tax Selections:** | | $ 118.25 | $3,074.50 | $8,667.10 |

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 83.20 |
| **Optional Employee Life Insurance** | | | |
| 1x BENE Earnings Non-Smoker | $ 8.72 | $ 226.72 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $100,000 | $ 6.92 | $ 179.92 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 3x Benefits Earnings Family | $ 3.49 | $ 90.74 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 19.13 | $ 497.38 | $ 83.20 |

\*\* If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 10/29/2008. These selections remain in effect through 12/31/2008 unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Peter Lawrence |
| Global ID: | 0466816 |
| Date of Birth: | 01/26/1955 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 126000.00 |
| Events | Late Event |
| Event Date: | 10/28/2008 |
| Prepared On: | 10/29/2008 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** 90/70 PPO, Anthem | EE & Family | $ 99.51 | $2,587.26 | 10,092.94 |
| **Dental/Vision/Hearing Care** PLUS | EE & Family | $ 21.59 | $ 561.34 | $1,480.18 |
| **Health Care Reimbursement Account** | | $ 0.00 | $ 0.00 | |
| **Dependent Care Reimbursement** | | $ 0.00 | $ 0.00 | |
| **Short-Term Disability** 70% of Benefits Earnings | | $ 0.00 | $ 0.00 | $ 516.62 |
| **Long-Term Disability** 60% of Benefits Earnings | | $ 0.00 | $ 0.00 | $ 289.90 |
| **Total Cost of Your Before-Tax Selections:** | | $ 121.10 | $3,148.60 | 12,379.64 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 83.20 |
| **Optional Employee Life Insurance** 1x BENE Earnings Non-Smoker | $ 8.72 | $ 226.72 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** $100,000 | $ 6.92 | $ 179.92 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** $15,000 Per Child | $ 0.55 | $ 14.30 | $ 0.00 |
| **Accidental Death & Dismemberment** 3x Benefits Earnings Family | $ 3.49 | $ 90.74 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 19.68 | $ 511.68 | $ 83.20 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.