Exhibit  J

# Prudential  Financial

**Douglas Bandstra**
**Social Security Coordinator**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480,
Philadelphia, PA 19101
Tel 800-842-1718 ext. 5581
Fax 877-889-4885

PETER LAWRENCE
7 SAILORS COURT
MILLER PLACE, NY 11764-

Tuesday, April 22, 2003         Claim # 10553366

Dear PETER:

According to the information in our files, we believe that it may be in your best interest to seek professional assistance from a representative specializing in Social Security claim work. Therefore, we are making available to you the services of **Disability Benefits Corporation,** a Social Security Assistance agency who will assist you in a renewed effort to obtain Social Security benefits.

Their services are available at absolutely **no cost** to you, as Prudential will pay their entire fee. Also, their services will require only minimal contact between you and the Social Security Administration, and you will not be required to travel to your local Social Security office. Their knowledge of the Social Security program and claims process will allow them to act on your behalf entirely from one of their field offices throughout the process. Realizing and understanding the frustration you have probably already incurred in dealing with the Social Security Administration, their services are designed to relieve you of this burden.

Though your Long Term Disability benefit from Prudential would be reduced for any Social Security Disability benefits you might receive, there are still several <u>very import-ant reasons</u> why Social Security entitlement would benefit you and your family. These reasons all represent financial savings in one form or another and could have a major impact on your life both now and in the future. They include:

> <u>Increased Disability Benefits</u> - Though you and your dependents' initial Social Security Benefit would be offset from your Long Term Disability payment, your future Social Security cost of living increases would not. Thus, your combined benefit amounts would increase each year with your Social Security increases not being subject to offset.

1

-2-

Increased Retirement Benefits -Social Security Disability entitlement
"freezes" your Social Security earnings record. Social Security
regulations
stipulate that any years "wholly or partially within a period of
disability" will be excluded from the computation of future bene-
fits. Thus, the amount
of you and your spouse's eventual Social Security Retirement
Benefits, or even the subsequent Disability or Survivors benefit,
would be substantially higher, as these lost years of earnings would
not be taken into consideration.

Tax-free income - Though effective January 1, 1984 a portion of an
individual's Social Security benefit can be taxable if certain criteria
are met, the majority of Social Security beneficiaries will continue
to receive their benefits totally tax-free.

Medicare Coverage - After you have received Social Security Dis-
ability Benefits for 24 months, regardless of your age, you also
become eligible for Medicare benefits. This includes Part A
Hospital benefits, and Part B Medical benefits, which added to any
other health insurance coverage you might have, will increase your
overall health insurance protection.

Reduced health insurance premiums - Once you establish eligibility
for Medicare, your premiums for any other health insurance
coverage you might have could decrease. With Medicare coverage
available to help pay medical expenses, such premiums may be
adjusted downwards. Additionally, Medicare Part A coverage is
totally free, and Medicare Part B coverage as of January 2002 is
only $54.00 per month.

We have referred your name to **Disability Benefits Corporation** for a preliminary review
for possible assistance. They will be contacting you in the near future regarding the
above. If you are interested in pursuing a Social Security Disability Benefits claim
through the procedure we have described above, please advise the agency accordingly.

Should you have any questions or concerns regarding this information, please contact me
at (800) 842-1718, extension 5581, or contact **DBC** directly at **(800) 336-4322.**

Sincerely,

*TCH*

Douglas Bandstra
Social Security Coordinator

Prudential Investment Management Services
LLC
751 Broad Street, Newark New Jersey 07102-
3772
Tel 201 802-8624

Exhibit  K

# Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan

# Summary Plan Description 1999



*How the world shares ideas.*

August 1999

U.S. Benefits Eligible Employees:

As an active, benefits eligible employee you are entitled to written information regarding the benefit plans offered by Nortel Networks. In 1997, three ring binders entitled "Employee Benefits and Programs" were distributed to all U.S. FLEX eligible employees. This binder contained various sections of information (referred to as Summary Plan Descriptions (SPD's)) relating to your benefits and was designed to inform you of the specific details of those plans as well as address questions you may have about your employee benefits. Please read the information below regarding updates to this binder.

Enclosed you will find nine sections which should each be inserted to replace the corresponding section currently in your binder. **Please remove each section of existing information from your binder and replace it with the enclosed, updated section so that your handbook will be as current as possible.** Each section included in this mailing describes the benefit programs for the 1999 plan year. Changes that may be made to plan year 2000 will be sent to you as updated sections to this binder in early 2000.

The "Long Term Investment Plan" and "Retirement Benefits" sections have not been updated for this distribution and therefore you should retain the current information in your binder for these two sections. There remains only one section of the binder that has not been distributed to date. That section is the "Retiree Medical/Life/Long Term Care Plan". We expect to deliver that section to you some time in year 2000.

You will periodically be sent other addendum's or revised information that will update this binder in efforts to keep it current with each plan year. It is imperative that you insert or replace any pages you receive as you receive them so your handbook will remain as updated as possible.

We hope you find your "Employee Benefits and Programs" binder to be an informative and useful tool. (You can also access the binder on the Nortel Networks home page, "Intranet Top 20", "Services@Work", U.S. website.) If you have any questions regarding the information contained in the enclosures or would like to request a copy of the binder, please contact the U.S. InfoCenter at (800)676-4636 or ESN 352-4636.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
- – a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction

- your participation in the commission of an assault or felony

- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 50% of your FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-18), with a minimum monthly benefit of $50.

### Supplemental LTD Benefits

Supplemental LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Supplemental LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-18), with a minimum monthly benefit of $100.

*STD benefits will not be paid for any disability resulting from:*

- *intentionally self-inflicted injuries*

- *your participation in the commission of an assault or felony*

- *war or any act of war*

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

---

NNI-LTD-00004128

# Definition of Disability

*During the first 24 months of a covered Total Disability ... you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 24 months of a covered Total Disability (after the 26-consecutive week waiting period (STD)), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

*After the first 24-month period of covered Total Disability ... you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

After the first 24-month period of covered Total Disability (after the 26-consecutive week waiting period (STD)), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.

# When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period (STD), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from receipt of such paperwork AND before the end of the 26-consecutive week waiting period (STD). (Your monthly LTD benefits (and

NNI-LTD-00004129

any retroactive payments) could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period ...*

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.

2. You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 24 months of LTD.

3. You are no longer under the care of a Physician.

4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the following chart.

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
| --- | --- |
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

NNI-LTD-00004130

# Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan

# Summary Plan Description 2000

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, this plan will require a lump sum reimbursement payment to the plan or reduce or eliminate future payments.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

*STD benefits will not be paid for any disability resulting from:*

- *intentionally self-inflicted injuries*
- *your participation in the commission of an assault or felony*
- *war or any act of war*

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 60% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on

NNI-LTD-00000096

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Optional LTD Benefits

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

# Definition of Disability

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

*During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

*After the first 18-month period of covered Total Disability... you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00000097

# When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period (STD), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from receipt of such paperwork *and* before the end of the 26-consecutive week waiting period (STD). (Your monthly LTD benefits and any retroactive payments could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.

2. You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 12 months of LTD.

3. You are no longer under the care of a Physician.

4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period...*

NNI-LTD-00000098

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For Total Disability due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

# If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

* it has the same or related cause as the first disability and

* you were Actively at Work less than three consecutive months since your first disability.

NNI-LTD-00000099

# Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan

# Summary Plan Description 2002

# SHORT-TERM AND LONG-TERM DISABILITY PLANS

# IN THIS SECTION

INTRODUCTION ........................................................................................................................... 3

PLAN HIGHLIGHTS ................................................................................................................... 4

ELIGIBILITY ............................................................................................................................... 5

INITITIAL PARTICIPATION ...................................................................................................... 5

    Core FLEX Benefits ................................................................................................................. 5

    Optional FLEX Benefits .......................................................................................................... 6

    If You are on Disability During an Annual Enrollment Period ................................................ 6

WHEN COVERAGE BEGINS ..................................................................................................... 7

    Core FLEX Benefits ................................................................................................................. 7

    Optional FLEX Benefits .......................................................................................................... 7

    Delay of Effective Date ............................................................................................................ 8

CHANGING YOUR SELECTIONS ............................................................................................. 8

COST OF COVERAGE ................................................................................................................. 8

FLEX EARNINGS ........................................................................................................................ 8

SHORT-TERM DISABILITY (STD) BENEFITS ....................................................................... 9

    Short-Term Disability Benefits for Part-Time Employees ..................................................... 9

    STD Benefit Amount ............................................................................................................. 10

    Extension of Benefits Due to Part-Time Employment ......................................................... 10

    Definition of Disability ......................................................................................................... 10

    When Benefits Begin and End ............................................................................................... 11

    If You are Disabled Again ..................................................................................................... 12

    Reduction of Benefits Due to Other Income ........................................................................ 12

    Exclusions .............................................................................................................................. 14

NNI-LTD-00004918

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will be required to make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, you will be required to make a lump sum reimbursement payment to the plan or future payments to you will be reduced or eliminated.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 60% of your pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 18-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries
- your participation in the commission of an assault or felony
- war or any act of war

NNI-LTD-00004931

You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential function of your job.

During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.

After the first 18-month period of covered Total Disability...you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

## Optional LTD Benefits

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 18-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Definition of Disability

You are considered Totally Disabled for LTD purposes when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

Disabilities due to a sickness or injury, which, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

NNI-LTD-00004932

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – the removal of structural, communication or other barriers.
- Job Related Accommodations:
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

## When Benefits Begin and End

You are eligible for LTD benefits after you have been Totally Disabled for the 26-consecutive week waiting period (STD period), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator within the required time. The Disability Case Manager provides the LTD benefit application to the employee during week 14 of the Short-Term Disability period. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from your receipt of the LTD application. Your monthly LTD benefits and any retroactive payments could be delayed if you do not provide written proof of your Total Disability within 30 days from your receipt of the LTD application. If you do not provide your completed application and supporting clinical evidence proving your disability to the Claims Administrator **within 30 days after the end of your STD, you will not be entitled to LTD benefits.**

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or you die.

2. You are no longer under the care of a Physician.

3. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

4. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

5. Your employment with the Employers that sponsor the Plan ends.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period...

NNI-LTD-00004933

For Total Disabilities that are due in whole or in part to mental disorders, nervous d sor ers or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

# If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and

- you were Actively at Work less than three consecutive months since your first disability.

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

NNI-LTD-00004934

# Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan

# Summary Plan Description 2003

NNI-LTD-00005628

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefit

Core LTD coverage pays a monthly benefit of 60% of your pre-disability FLEX Earnings after you have been Totally Disabled and have received benefits from the STD Plan for 26 consecutive weeks. The minimum monthly benefit is $100 or 10% of your gross disability payment, whichever is greater.

Core LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 22.

### Optional LTD Benefit

Optional LTD coverage increases your coverage so that the plan pays a monthly benefit of 70% of your pre-disability FLEX Earnings after you have been Totally Disabled and have received benefits from the STD Plan for 26 consecutive weeks. The minimum monthly benefit is $100 or 10% of your gross disability payment, whichever is greater.

Optional LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 22.

## Definition of "Disability" for LTD Purposes

You are entitled to benefits from the LTD Plan only if you are considered "Totally Disabled". You are considered Totally Disabled when the Claims Administrator determines that you are unable to perform the essential functions of your job and this finding is supported by documentation from your Physician. This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and who must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. You must continue to be under the regular care of a Physician throughout the period when you claim to be Totally Disabled to receive a benefit from the LTD Plan.

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

NNI-LTD-00005646

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury.

After the first 18 months of covered Total Disability (from the first day of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training, or experience.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Claims Administrator. If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

# Reasonable Accommodations

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work. Reasonable accommodations may include, but are not limited to:

- General accommodations — the removal of structural, communication, or other barriers, and

- Job-related accommodations, such as:

    o   Part-time or modified work schedules,

    o   Home-based work,

    o   Reassignment to vacant positions,

    o   Acquisition or modification of tools, equipment, and/or furniture, and

    o   Modifications to business travel schedules.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability. The Claims Administrator also has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

# When Benefits Begin and End

You are eligible for LTD benefits after you have been Totally Disabled and have received STD Plan benefits for 26 consecutive weeks, provided you give written proof of your Total Disability satisfactory to the Claims Administrator within the required timeframe. The Disability Service Center will provide you with the LTD benefit application during week 14 of the STD period. Then, you should submit all paperwork to apply for LTD benefits to the Claims Administrator within 30 days from your receipt of the LTD application. If you do not, your monthly LTD benefits and any retroactive payments could be delayed.

**You will not be entitled to LTD benefits if you do not provide your completed application and supporting clinical evidence proving your disability to the Claims Administrator within 30 days after the end of your STD Plan benefits.**

Benefits end when your period of Total Disability ends. This happens when the first of the following occurs:

- You are no longer Totally Disabled,

NNI-LTD-00005647

- You die,

- You are no longer under the care of a Physician,

- You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan,

- You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart under Maximum Benefit Period, or

- Your employment with the Company ends.

## Maximum Benefit Period

The maximum length of time LTD benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
| --- | --- |
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.

## If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, and

- You were Actively at Work less than three consecutive months since your first disability.

NNI-LTD-00005648

Exhibit  L



YOUR **2010**
HEALTH & GROUP BENEFITS

NØRTEL

U.S.

- **Dependent Day Care Reimbursement Account (DDCRA),** which you can use to reimburse yourself for eligible dependent day care expenses that allow you (or your spouse) to work or look for work.

Your contributions to both accounts are deducted from each paycheck on a before-tax basis throughout the year. That lowers your taxable income so you save on taxes.

### Important Reminder

Internal Revenue Service rules require that you use up the money in your reimbursement account(s) and submit claims for reimbursement of eligible expenses by the applicable deadline, or you'll forfeit (lose) it. The applicable deadlines are shown below.

| To Avoid Forfeiting Your Money | You Must Use Up the Money in Your Account By... | Claims for Eligible Expenses Must be Received by WageWorks No Later Than... |
|---|---|---|
| HCRA | Your last day of employment or March 15 of the following year, provided you're participating in the account on December 31 of the current year | May 31 of the following year |
| DDCRA | Your last day of employment or December 31 of the current year | March 31 of the following year |

### Short-Term Disability (STD)

STD benefits are intended to replace a portion of your income if you're totally disabled for five consecutive days (or the equivalent of your standard workweek) due to an approved, documented illness or injury. STD benefits are payable for up to 26 weeks of absence and are administered by Prudential.

You can choose to enroll in optional STD coverage to supplement your Nortel-paid core STD coverage. Optional STD coverage will increase your benefit payments from 66-2/3% to 90% of your pre-disability benefits earnings for weeks seven through 26 of your disability. You'll pay for optional STD coverage through before-tax payroll deductions.

### Long-Term Disability (LTD)

LTD benefits begin if you're still disabled after 26 weeks of an STD absence. LTD benefits are self-insured by Nortel; i.e., the benefits are paid from the general assets of Nortel. The LTD plan is administered by Prudential, but not insured by them. You can choose to enroll in optional LTD coverage to supplement your Nortel-paid core LTD coverage. Optional LTD coverage will increase your benefit from 55% to 66-2/3% of your pre-disability benefits earnings while you're on LTD. The base level of LTD coverage is provided at no additional cost for you. If you elect optional LTD coverage through before-tax payroll deductions, you will pay the appropriate employee contribution.

If you're currently enrolled in optional LTD coverage, you don't have to take any additional steps to continue your optional coverage in 2010. However, if you wish to elect the basic level that is company-paid, you will need to change your election within the annual enrollment time frame.

**Consider This: Disability Benefits**

- What expenses would you have to pay if you couldn't work? Would core coverage be sufficient to meet your expenses, or would you need additional coverage?
- What other sources of income would you have if you became disabled? For example, do you have a working spouse whose income would help meet your expenses?
- Do you have disability coverage available from any other source? If so, remember that your Nortel disability benefits will be reduced by any benefits you receive from certain other sources.

## Life Insurance

Life insurance helps protect your family's finances in the event of your death. In addition to receiving Nortel-paid core life insurance coverage, you can supplement your coverage as follows:

### Optional Employee Life Insurance

Choose from additional available coverage options of one to five times your annual Benefits Earnings, rounded up to the next $1,000 increment, up to a maximum of $3 million of core and optional life insurance combined. Evidence of insurability (EOI) application and approval are required for coverage levels of four and five times your Benefits Earnings. The EOI application is also required if you want to increase the amount of your current optional employee life insurance during annual enrollment.

### Optional Spousal/Domestic Partner Life Insurance

Choose optional coverage equal to $10,000, $25,000, $50,000, $75,000, or $100,000. EOI is required for any increases in spousal/domestic partner life insurance if the coverage amount will be over $25,000.

### Optional Children's Life Insurance

Choose optional coverage of $5,000, $10,000, or $15,000 for each eligible dependent child. EOI is not required for this coverage.

You'll pay for optional life insurance coverage with after-tax payroll deductions. Coverage for both core and optional life insurance coverage is provided through Prudential.

## Important Reminder

Optional life insurance rates for you are based on gender, current age and "smoker status." You're eligible for the non-smoker rate if you haven't smoked or used a tobacco product for 12 continuous months. Nortel doesn't require proof of your non-smoking status, but if you are found to be a smoker and are paying non-smoker rates, your beneficiary may be denied payment of life insurance benefits.

## Consider This—Life Insurance Benefits

- Do you have dependents who rely on your income? If so, how much will they need to meet future expenses if you were to die?
- Do you have other long-term debts that need to be paid?
- Do you have any personal life insurance policies outside of Nortel? If you have a mortgage, do you have mortgage insurance?
- Do you have other significant assets or sources of income that your dependents can count on if you were to die?
- How's your health? If you want to increase your life insurance coverage, you'll need to provide EOI, and your increased coverage won't take effect until the date Prudential approves your application.

## Additional Benefits

### Optional AD&D Insurance

Optional accidental death and dismemberment (AD&D) insurance provides coverage in the event of accidental death or loss of a limb, sight, hearing or speech. AD&D insurance is provided through Prudential.

You can choose to enroll in optional AD&D insurance coverage, as follows:

Exhibit  M

**NORTEL NETWORKS WELFARE BENEFITS PLAN**

Notes to Financial Statements

December 31, 2010 and 2009

- Third, to the payment of life, sickness, accident, or similar benefits described in Section 501(c)(9) of the Code and the regulations under that Section to eligible employees or their dependents or designated beneficiaries, as the Company shall direct the Trustee in writing.

In no event shall any portion of the trust revert to the Company.

The Plan's deficiency of net assets over benefit obligations at December 31, 2010 and 2009, relates primarily to the long-term disability and postretirement benefit obligations that are not currently payable. The Company expects that the deficiency will be funded when the obligations become currently payable; however, there can be no assurances that the Company will be capable of providing such funding.

**(b)   Going Concern**

On January 14, 2009 (Petition Date), NNI, Nortel Networks Capital Corporation (NNCC), and certain other of NNI's U.S. subsidiaries (U.S. Debtors) filed voluntary petitions under Chapter 11 of the U.S. Bankruptcy Code with the U.S. Bankruptcy Court (Chapter 11 Proceedings). The U.S. Debtors received approval from the U.S. Bankruptcy Court for a number of motions enabling them to continue to operate their businesses generally in the ordinary course and transition into the Chapter 11 process with as little disruption to their business as possible. Among other things, the U.S. Debtors received approval to continue paying employee wages and certain other benefits, which includes Company contributions to the Plan, in the ordinary course of business. The assets of the Plan are held with the Trustee, are under its responsibility and control, and are, therefore, unavailable to the creditors of the Company. For further information on the Chapter 11 Proceedings, as well as creditor protection proceedings of NNI's affiliates, see the annual report on Form 10-K of Nortel Networks Corporation (NNC) for the year ended December 31, 2010 and December 31, 2009 as well as the quarterly reports on Form 10-Q of NNC for March 31 and June 30, 2011.

On July 14, 2009, Nortel Networks, (CALA), Inc. (NNCI), a U.S. based subsidiary that operates in the Central America and Latin America region, also filed a voluntary petition for relief under Chapter 11 in the U.S. Bankruptcy Court and thereby became one of the U.S. Debtors subject to the Chapter 11 Proceedings, although the petition date for NNCI is July 14, 2009. On July 17, 2009, the U.S. Bankruptcy Court entered an order of joint administration that provided for the joint administration, for procedural purposes only, of NNCI's case with the pre-existing cases of the other U.S. Debtors.

The matters discussed above relative to the Plan Sponsor raise substantial doubt about the Plan's ability to continue as a going concern. The financial statements have been prepared assuming that the Plan will continue as a going concern and do not include any adjustments that might result from the outcome of this uncertainty.

**(c)   Subsequent Events**

On June 21, 2011, the U.S. Bankruptcy Court granted a motion directing The Office of the United States Trustee for the District of Delaware (U.S. Trustee) to appoint certain retired employees (Retirees) to a Retiree Committee to serve as the authorized representative of the Retirees in

7                                                                    (Continued)

NNI-LTD-00002890

Exhibit  N



*Congressional Research Service*

# Summary of the Employee Retirement Income Security Act (ERISA)

**Patrick Purcell**
Specialist in Income Security

**Jennifer Staman**
Legislative Attorney

May 19, 2009

Congressional Research Service

7-5700
www.crs.gov
RL34443

optional forms of benefit payment, disability benefits, early retirement benefits, joint and survivor annuities (if the survivor benefit exceeds 50%), and benefit increases adopted or effective less than five years before the plan entered critical status.

### c. Disclosure requirements

As amended by the PPA, ERISA requires multiemployer plans to send funding notices to participants within 120 days after the end of the plan year. The Department of Labor will post information from plans' annual reports on its website, and plans are required to provide certain information to participants on request. For plans in endangered or critical status, the plan actuary must certify that the funding improvement is on schedule. Annual reports must contain information on funding improvement plans or rehabilitation plans. Notification must be provided to participants, beneficiaries, bargaining parties, the PBGC, and the Secretary of Labor within 30 days after the plan determines that it is in endangered or critical status.

## I. Fiduciary Responsibility

ERISA imposes certain obligations on plan fiduciaries, persons who are generally responsible for the management and operation of employee benefit plans. ERISA Section 3(21)(A) provides that a person is a "fiduciary" to the extent that the person: (1) exercises any discretionary authority or control with respect to the management of the plan or exercises any authority with respect to the management or disposition of plan assets; (2) renders investment advice for a fee or other compensation with respect to any plan asset or has any authority or responsibility to do so;[106] or (3) has any discretionary responsibility in the administration of the plan.[107] Every plan governed by ERISA must have one or more named fiduciaries, and these fiduciaries must be named in the plan document.[108] Section 404(a)(1) of ERISA establishes the duties owed by a fiduciary to participants and beneficiaries of a plan. This section identifies four standards of conduct: (1) a duty of loyalty, (2) a duty of prudence, (3) a duty to diversify investments, and (4) a duty to follow plan documents to the extent that they comply with ERISA.[109]

### 1. Duty of Loyalty

Section 404(a)(1)(A) of ERISA requires plan fiduciaries to discharge their duties "solely in the interest of the participants and beneficiaries" and for the "exclusive purpose" of providing benefits to participants and beneficiaries and defraying reasonable expenses of administering the plan.[110] The duty of loyalty applies in situations where the fiduciary is confronted with a potential

---

[106] *See* 29 C.F.R. § 2510.3-21, which provides guidance as to when a person shall be deemed to be rendering investment advice to an employee benefit plan.

[107] Plan fiduciaries may include plan trustees, plan administrators, and a plan's investment managers or advisors. *See* Department of Labor, Fiduciary Responsibilities, *available at* https://www.dol.gov/dol/topic/retirement/fiduciaryresp.htm#doltopics.

[108] ERISA § 402(a), 29 U.S.C. § 1102(a).

[109] ERISA § 404(a)(1), 29 U.S.C. § 1104(a)(1).

[110] This section is supplemented by Section 403(c)(1) of ERISA, which provides that the "assets of a plan shall never inure to the benefit of any employer and shall be held for the exclusive purposes of providing benefits ... and defraying reasonable expenses of administering the plan." 29 U.S.C. § 1103(c)(1).

conflict of interest, for instance, when a pension plan trustee has responsibilities to both the plan and the entity (such as the employer or union) sponsoring the plan.[111]

However, just because an ERISA fiduciary engages in a transaction that incidentally benefits the fiduciary or a third party does not necessarily mean that a fiduciary breach has occurred.[112] One case to address this idea is *Donovan v. Bierwirth*, a case under which pension plan trustees, who were also corporate officers, were responsible for deciding whether they should tender shares of company stock in order to thwart a hostile takeover attempt.[113] The trustees not only decided against tendering the stock, but also decided to purchase additional company stock for the pension plan. In finding that the trustees had breached their fiduciary duties, the court in *Donovan* noted that it is not a breach of fiduciary duty if a trustee who, after careful and impartial investigation, makes a decision that while benefitting the plan, also incidentally benefits the corporation, or the fiduciaries themselves. However, fiduciary decisions must be made with an "eye single to the interests of the participants and beneficiaries."[114] The court articulated that the trustees have a duty to "avoid placing themselves in a position where their acts as officers and directors of the corporation will prevent their functioning with the complete loyalty to participants demanded of them as trustees of a pension plan."[115]

In addition to providing benefits, a plan fiduciary must "defray|| reasonable expenses of administering the plan."[116] The Department of Labor has stated that "in choosing among potential service providers, as well as in monitoring and deciding whether to retain a service provider, the trustees must objectively assess the qualifications of the service provider, the quality of the work product, and the reasonableness of the fees charged in light of the services provided."[117]

On November 16, 2007, the Department of Labor issued a final regulation that revises the Form 5500, which plans file each year to report their funding status and other financial information that ERISA requires to be disclosed to the Department. The regulation will require disclosure of information regarding the fees paid by the plan to administrators, record keepers, and other service providers.[118] On December 13, 2007, the Department of Labor published a proposed regulation that would require service providers to disclose to plan fiduciaries, in advance of entering into a contract with the plan, all fees and any other direct or indirect compensation that the service provider would receive while under contract to the plan.[119]

## 2. Duty of Prudence

Section 404(a)(1)(B) of ERISA requires fiduciaries to act "with the care, skill, prudence, and diligence under the circumstances then prevailing that a prudent man would use in the conduct of

---

[111] Craig C. Martin & Elizabeth L. Fine, *ERISA Stock Drop Cases: An Evolving Standard*, 38 J. Marshall L. Rev. 889 (2005).

[112] *Id.*

[113] 680 F.2d 263 ( 2nd Cir. 1982).

[114] 680 F.2d at 271.

[115] *Id.*

[116] ERISA § 404(a)(1)(A)(ii), 29 U.S.C. § 1104(a)(1)(A)(ii).

[117] U.S. Department of Labor, Employee Benefits Security Administration, Information Letter, July 28, 1998, http://www.dol.gov/ebsa/regs/ILs/il072898.html.

[118] 72 Fed. Reg. 64731 (Nov. 16, 2007).

[119] 72 Fed. Reg. 70988 (Dec. 13, 2007).

~~an enterprise of a like character with like aims."[120] When examining whether a fiduciary has violated the duty of prudence, courts typically examine the process that a fiduciary undertook in reaching a decision involving plan assets.[121] If a fiduciary has taken the appropriate procedural steps, the success or failure of an investment can be irrelevant to a duty of prudence inquiry.[122]~~

Regulations promulgated by the Department of Labor provide clarification as to the duty of prudence in regard to investment decisions. These regulations indicate that a fiduciary can satisfy his duty of prudence under ERISA by giving "appropriate consideration" to the facts and circumstances that the fiduciary knows or should know are relevant to an investment or investment course of action.[123] "Appropriate consideration" includes (1) "a determination by the fiduciary that the particular investment or investment course of action is reasonably designed, as part of the portfolio ... to further the purposes of the plan, taking into consideration the risk of loss and the opportunity for gain (or other return) associated with the investment," and (2) consideration of the portfolio's composition with regard to diversification, the liquidity and current return of the portfolio relative to the anticipated cash flow requirements of the plan, and the projected return of the portfolio relative to the plan's funding objectives.[124]

## 3. Duty to Diversify Investments

Section 404(a)(1)(C) of ERISA requires fiduciaries to diversify the investments of a plan "so as to minimize the risk of large losses, unless under the circumstances it is clearly prudent not to do so."[125] In general, it is believed that fiduciaries should not invest an unreasonably large proportion of a plan's portfolio in a single security, in a single type of security, or in various securities dependent upon the success of a single enterprise or upon conditions in a single locality.[126]

Courts have agreed that ERISA Section 404(a)(1)(C) does not create a diversification obligation in terms of fixed criteria, but instead requires a determination based on the specific facts of each individual case.[127] In *GIW Industries, Inc. v. Trevor Stewart*,[128] the court concluded that the defendant investment manager breached its duty to diversify investments by investing too heavily in long-term government bonds. By investing 70 percent of the plan's assets in long-term bonds rather than short-term bonds, the firm exposed the fund to a greater degree of risk. Expert testimony had indicated that short-term bonds or bonds with staggered maturity dates would have

---

[120] 29 U.S.C. § 1104(a)(1)(B).

[121] *See, e.g., GIW Industries v. Trevor, Stewart, Burton & Jacobsen*, 895 F.2d 729 (11th Cir. 1990) (investment management firm breached its duty of prudence after investing primarily in long term, low risk government bonds and failing to take into account the liquidity needs of the plan); *Donovan v. Mazzola*, 716 F.2d 1226, 1232 (9th Cir. 1983) (court stated that test of prudence is whether "at the time they engaged in the challenged transactions, [fiduciaries] employed the appropriate methods to investigate the merits of the investment and to structure the investment").

[122] *See, e.g., Unisys*, 74 F.3d at 434 ("[I]f at the time an investment is made, it is an investment a prudent person would make, there is no liability if the investment later depreciates in value").

[123] *See* 29 C.F.R. § 2550.404a-1

[124] *Id.*

[125] 29 U.S.C. § 1104(a)(1)(C).

[126] *See generally*, H.R. Rep. No. 1280 at 304 (1974), *reprinted in* 1974 U.S.C.C.A.N. 5085.

[127] 155 A.L.R. Fed. 349 (2007).

[128] 895 F.2d 729 (11th Cir. 1990).

Second, a plan must allow a participant or beneficiary to choose from a "broad range of investment alternatives."[161] A participant or beneficiary is deemed to have access to this range of alternatives if, among other things, the individual has the opportunity to "materially affect" the potential return and the degree of risk on the portion of the individual account with respect to which he is permitted to exercise control.[162] In addition, a participant or beneficiary must be given a choice of at least three investment alternatives, each of which is diversified, has different risk and return characteristics, and which, in the aggregate, enable the participant to achieve a portfolio with risk and return characteristics that are "normally appropriate" for the participant or beneficiary.[163]

In addition, in order for a fiduciary to be immune from liability under Section 404(c), a participant or beneficiary must not only have the ability to exercise control of plan assets, but must also have taken the opportunity to "exercise independent control" with respect to the investment of assets in the individual's account. The 404(c) regulations provide guidance as to when a participant or beneficiary will be deemed to have exercised control over plan assets,[164] as well as certain circumstances under which a participant or beneficiary's exercise of control will not be considered "independent."[165]

## 8. Fiduciary Liability under ERISA Section 409

Plan fiduciaries may be personally liable if the fiduciary breaches a responsibility, duty, or obligation under ERISA.[166] Section 409 of ERISA provides that a fiduciary may be liable to a plan for any losses resulting from such breach and may be responsible for forfeiting to the plan any profits that have been made through the improper use of plan assets.[167] Besides this monetary relief available, a court may also award "equitable and remedial relief" as it deems appropriate.

In addition, Section 409(b) provides that a fiduciary is not liable with respect to a breach of fiduciary duty "if such breach was committed before he became or after he ceased to be a fiduciary." Courts have found that fiduciaries are not liable for losses caused by an imprudent investment made prior to when the individual assumed fiduciary responsibility.[168] Still, a

---

[161] 29 C.F.R. § 2550.404c-1(b)(ii).

[162] *Id.*

[163] 29 C.F.R. § 2550.404c-1(b)(3). Because employer stock is not a diversified investment, it cannot be one of the three "core" investment options required by ERISA Section 404(c). *See* section I(I) *supra* for discussion of diversification requirements on certain defined contribution plans that hold employer securities.

[164] 29 C.F.R. § 2550.404c-1(c)(1). The 404(c) regulations specify that a participant or beneficiary will be deemed to have exercised control with respect to the exercise of voting, tender, and other rights related to an investment, provided that the participant or beneficiary had a reasonable opportunity to exercise control in making the investment.

[165] 29 C.F.R. § 2550.404c-1(c)(2). Circumstances under which a participant or beneficiary's control will not be considered independent include situations where the individual is subject to improper influence by a plan fiduciary or plan sponsor with respect to a transaction, or where a plan fiduciary has concealed "material non-public facts" regarding the investment, unless such disclosure would violate federal or state law.

[166] ERISA § 409, 29 U.S.C. § 1109. For a discussion of actions that may be brought under ERISA in the event of fiduciary breach, see the "J. Administration and Enforcement" section *infra*.

[167] 29 U.S.C. § 1109. Section 409 works in conjunction with Section 502 of ERISA. ERISA's primary civil enforcement provision. See *supra* section I(I) on "I. Fiduciary Responsibility." Section 502(a)(2) allows for a civil action to be brought "by the Secretary, or by a participant, beneficiary, or fiduciary for appropriate relief under §409."

[168] EMPLOYEE BENEFITS LAW (Matthew Bender 2d ed.)(2000). (*citing Aull v. Cavalcade*, 988 F. Supp. 1360 (D. Colo. 1997); *Davidson v. Cook*, 567 F. Supp. 225 (E.D. Va. 1983), *aff'd*, 734 F.2d 10, (4th Cir. 1984), *cert. denied*, 469 U.S. 899 (1984)).

Exhibit  O

**From:** Office of, ElenaKing (APORT:8442)
**Sent:** Monday, October 25, 2010 9:34 AM
**To:** All U.S. employees
**Subject:** Benefits Annual Enrollment Update

The Benefits Annual Enrollment process for 2011 will take place a bit later than usual this year: from November 29 through December 8. We pushed it back to give us time to ensure we've put together the best offering possible - one that preserves the core set of benefits at a reasonable price, despite the fact that we're a much smaller organization with considerably reduced buying power on the benefits front.

The purpose of this communication is to provide you with a preview of what's coming. I encourage you to take time this year to consider whether the options you've selected in the past are still right for you and to explore other options that may be available to you through spousal plans.

Some important points about the 2011 program:

- **Health benefit options will remain the same:** We have succeeded in maintaining the same core set of medical, dental and vision benefit options that we currently provide. However, cost of premiums will rise. Some of the increase is driven by the fact that small companies can't benefit from the economies of scale available to companies with larger employee populations. But rising health care costs are also a big factor driving increases in health benefit premiums for employers and employees across the industry. Both you and the company will pay approximately 22% more for your benefits this year if you stay with last year's choices.

- **Life insurance options will remain the same:** There are no changes to the core, dependent and optional life insurance programs, and no rate increases this year.

- **New fully insured long-term disability (LTD) plan:** Employees who are actively at work on January 1, 2011, and who work more than 20 hours a week may be eligible to participate in a new fully insured LTD plan. "Fully insured" means that employees who meet the eligibility requirements and go on LTD will see those benefits continue after Nortel ceases operation. The LTD payments would be 50% of pre-disability earnings to a maximum of $5,000/month. This program is provided at no cost to the employee and there is no buy-up option.

- **Short-term disability (STD) buy-up option discontinued:** The optional buy-up benefit for STD will no longer be available. The core coverage at 100% of salary for the first six weeks and 66⅔% for the remaining 20 weeks remains unchanged.

- **Flexible Spending Accounts (FSA)/Health Care and Dependent Care Reimbursement Accounts discontinued:** We will not be offering these plans in 2011. You will continue to have access to any funds left in your 2010 FSA accounts, subject to current eligibility and plan rules and deadlines.

- **Medical Benefits Abroad Plan limited to business travel:** Personal travel, part-time employees and dependents will no longer be covered. Employees traveling on business will continue to receive the same coverage levels.

- **Minor plan changes to reflect evolving legislation:** Nationally, planned health care reform changes are being phased-in gradually between now and 2014. For 2011, lifetime

maximums for out-of-network benefits have been eliminated, and dependent coverage has been expanded to age 26 (unless the dependent has access to insurance at his or her work). New legislation prohibits group health plans from being more restrictive about mental health and substance abuse coverage than they are for other medical benefits.

Please remember that if your spouse or domestic partner does not have access to other employer-provided medical coverage, you need to "certify" that fact every year during the enrollment period to avoid paying the $50-per-pay-period access fee for spousal coverage.

Once again, given these changes, I encourage you to pay special attention this year to evaluating your options and making the right choices for you and your family. Be on the look-out for an email with enrollment information on November 12, 2010. If you have any questions in the interim, please contact HR Shared Services at 1-919-905-9351 (ESN 355) or toll-free 1-800-676-4636.

Elena King
Senior Vice President, Human Resources