# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
                Debtors. : Jointly Administered
: 
: **Re: D.I. 8713**
------------------------------------------------------------- X

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on October 17, 2012, a copy of the **Order Approving the Stipulation Resolving Proofs of Claim Nos. 2837 and 6875 Filed by Pacific Gas and Electric Company** (D.I. 8713, Entered 10/16/12) was served in the manner indicated upon the individuals identified below and on the attached service list.

**Via Express Mail**

Barbara Damlos
Pacific Gas & Electric Company
Law Dept.
PO BOX 7442
San Francisco, CA 94120

Dated: October 19, 2012
Wilmington, Delaware

                CLEARY GOTTLIEB STEEN & HAMILTON LLP
                James L. Bromley (admitted pro hac vice)
                Lisa M. Schweitzer (admitted pro hac vice)
                One Liberty Plaza
                New York, NY 10006
                Telephone: (212) 225-2000
                Facsimile: (212) 225-3999

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6555755.1