IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- X
: 
*In re*  : Chapter 11
 : 
Nortel Networks Inc., *et al.*,[1]  : Case No. 09-10138 (KG)
 : 
                Debtors.  : Jointly Administered
 : 
 : 
 : **Re: D.I. 8719**
----------------------------------------------------------- X

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on October 17, 2012, a copy of the **Notice of Rescheduled Hearing Date** (D.I. 8719, Filed 10/17/12) was served in the manner indicated upon the individuals identified on the attached service list.

Dated: October 19, 2012
Wilmington, Delaware

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                        James L. Bromley (admitted pro hac vice)
                        Lisa M. Schweitzer (admitted pro hac vice)
                        One Liberty Plaza
                        New York, NY 10006
                        Telephone: (212) 225-2000
                        Facsimile: (212) 225-3999

                        and

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Ann C. Cordo*
                        Derek C. Abbott (No. 3376)
                        Ann C. Cordo (No. 4817)
                        Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6556092.1