IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
:
*In re*                                                    :    Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :    Case No. 09-10138 (KG)
                                                           :
              Debtors. :    Jointly Administered
                                                           :
                                                           :
                                                           :    **Re: D.I. 8722**
---------------------------------------------------------- X

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on October 17, 2012, a copy of the **Amended Scheduling Order for Discovery Procedures in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees** (D.I. 8722, Entered 10/17/12) was served in the manner indicated upon the individuals identified on the attached service list.

Dated: October 19, 2012
Wilmington, Delaware

                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                          James L. Bromley (admitted pro hac vice)
                          Lisa M. Schweitzer (admitted pro hac vice)
                          One Liberty Plaza
                          New York, NY 10006
                          Telephone: (212) 225-2000
                          Facsimile: (212) 225-3999

                          and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6556501.1