# Exhibit D

 Regina M Carter
Disability Consultant

Prudential
Disability Management Services
P.O. Box 2300
Parsippany, NJ 07054

Phone: (800) 842-1718 Ext: 8728
Fax: (973) 285-8800
Hours: 07:00 AM 03:30 PM

October 09, 2000

Daniel David
2105 Possum Trot Road
Wakeforest, NC 27587

Claimant: Daniel David
Control #/Br: 39900 / 000RB
Claim #: 10325553
Social Security #: [redacted]-3678
Date of Birth: 11/20/1951

Dear Mr. David:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Nortel Networks, Inc. Group LTD Policy and are writing to inform you that your claim has been approved as a measure of assistance through October 31, 2000.

An employee is Totally Disabled for the purposes of the Nortel Networks, Inc. Group LTD Plan only while satisfying all of the following requirements:

> ***"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.***
>
> ***After the first 18 month period of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."***

Your Plan also has a Behavioral Illness Limitation which states:

***For Total Disability due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during the Hospital confinement.***

The income you receive from other sources is offset (reduced) from your monthly LTD benefit. You advised us in our phone conversation on August 2, 2001 that you were awarded SSDB. We are waiting on a copy of your SSDB award letter so your overpayment can be calculated. Please send us a copy of your award letter as soon as possible. We have enclosed a copy of the Reimbursement Agreement you signed on July 26, 2000 regarding SSDB overpayment.

If you have any questions, please contact me at (800) 842-1718, extension 8728.

Sincerely,

Regina M Carter
Disability Consultant

cc: Nortel Networks

# Exhibit E

Claims Services Provided by

**The Prudential Insurance Company of America**

Regina M Carter
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 8728
Fax: (877) 889-4885
Hours: 07:00 AM 03:30 PM

August 20, 2001

Deloitte & Touche LLP
8001 Belfort Parkway
Suite 100
Jacksonville, FL 32256

Claimant: Daniel David
Control #/Br: 39900 / 000RB
Claim #: 10325553
Social Security #: [redacted]3678
Date of Birth: 11/20/1951

Dear Sir or Madam:

As requested, this letter is to confirm that Prudential Insurance Company is the Long Term Disability (LTD) carrier for Nortel Networks Inc. Mr. Daniel David became entitled to receive a monthly LTD benefit as of September 7, 2000.

Provided that Mr. David's income from other sources did not change and he continues to have a Total Disability as defined in the LTD Plan, he will continue to receive a net monthly LTD benefit in the amount of $5,016.08. Mr. David's LTD checks are issued once a month and are processed approximately five working days from the end of each month to ensure their arrival by the 30th of each month.

The income Mr. David receives from other sources is offset (reduced) from his monthly LTD benefit. This includes, but is not limited to, Social Security Disability Benefits (SSDB). Mr. David has advised us that he has been awarded SSDB. Starting in August 2001, we will be offsetting an estimated SSDB award of $1,669.00 from Mr. David's monthly LTD check. Once we receive the official SSDB award letter we will know if the SSDB award is retroactive as well as the actual monthly award amount. If the SSDB award is retroactive, an overpayment will occur on his LTD claim which will need to be repaid in a lump sum in accordance with the terms ofhis "Repayment Agreement" that he signed on July 26, 2000 (copy enclosed). If Mr. David is unable to repay his overpayment in a lump sum, his net monthly LTD benefit will be withheld to recover any overpayment.

Mr. David will continue to receive these benefits as long as he remains totally disabled as defined by Nortel Networks, Inc. Group LTD Plan, but not beyond the attainment of the end of the month in which Mr. David attains age 65.

If you have any questions, please contact me at (800) 842-1718, extension 8728.

Sincerely,

Regina M Carter
Disability Consultant

cc: Daniel David

# Exhibit F

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 16, 2001
Claim Number: [redacted]3678HA

DANIEL D DAVID
2105 POSSUM TROT RD
WAKE FOREST, NC 27587-6651

You are entitled to monthly disability benefits beginning September 2000.

**The Date You Became Disabled**

We found that you became disabled under our rules on March 6, 2000.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is September 2000.

**What We Will Pay And When**

- You will receive $14,211.75 around September 22, 2001.
- This is the money you are due for September 2000 through August 2001.
- Your next payment of $1,601.00, which is for September 2001, will be received on or about the third Wednesday of October 2001.
- After that you will receive $1,601.00 on or about the third Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C

See Next Page

# Exhibit G

 Sarah E. Mundrick
Disability Claims Manager
Waiver of Premium Division

Prudential Insurance Company
PO Box 1215, Newark, NJ 07101-1215
(800) 524-0542 Ext. 8799 Fax: (973) 292-6900

March 13, 2001

Daniel David
2105 Possum Trot Road
Wakeforest, NC 27587

Waiver Of Premium Division
Insured: Daniel David
Control / Branch No.: 39900/ADM/ADS
Claim No.: 10276072
Social Security No.: [redacted]3678
Birth Date: November 20, 1951

Dear Mr. David:

We have completed our review of your claim for the continuation of your Group Life Insurance During Total Disability under Group Policy G-39900, issued to Nortel Networks.

We have approved your claim in the amount of $344,000.00, effective December 9, 2000, on a premium paying basis. This insurance will be continued, provided premium payments are continued and you remain totally disabled in accordance with the provisions of this group policy.

Periodically we will request additional information that is necessary in determining if further extension of benefits is warranted. You have an obligation to submit proof of continued disability when requested by Prudential.

Please let us know of any change in your mailing address or disability status. If you should have any additional questions, please feel free to contact us at (800) 524-0542, extension 8799. Any correspondence should include the identifying information shown at the top of this letter.

Sincerely,

Sarah E. Mundrick

Sarah E. Mundrick
Disability Claims Manager

cc:

Betsy Blackley
Nortel Networks
P.O. Box 13010 DPT 1094
Research Triangle Park, NC 27709

# Exhibit H

# WHEN COVERAGE ENDS

## For You

Medical Plan coverage for you will end on the last day of the month in which one of the following occurs:
- the date your employment ends or you stop qualifying for coverage,
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required contribution

## For Your Dependents

Medical coverage for your eligible Dependents will end on the last day of the month in which one of the following occurs:
- the date your employment ends or your covered Dependent stops qualifying for coverage,
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required contribution

## Continuing Coverage

If you stop Active Work for any reason, you should contact HR at once to determine what arrangements, if any, can be made to continue any of your coverage.

### Extension of Health Care Protection

The following applies to all coverages other than the Hospice Care Program:

Your coverage under the plan may be extended if you are totally disabled (as defined in the Disability Summary Plan Description) from a Sickness or Injury and are under a Doctor's care.

The extension covers all Sicknesses or Injuries. Coverage will be extended for the time you remain disabled (as defined in the Nortel Networks Disability Plan Summary Plan Description) from a Sickness or Injury and are under a Doctor's care.

In the event of your death, if you are enrolled with Dependent coverage, such coverage will be extended for a maximum of ninety (90) days from your date of death.

The following applies to Hospice Care Program coverage:

If you are totally disabled (as defined in the Nortel Networks Disability Plan Summary Plan Description) and under a Doctor's care, Hospice Care coverage during that total disability will be extended up to three (3) months if coverage terminated because:

- the plan was terminated, or

# Exhibit I

NORTEL

Date: December 3, 2007

To: U.S. Employees in Receipt of LTD Benefits

From: Corporate Benefits

Subject: Changes to the Nortel Capital Accumulation and Retirement Program (CARP) Effective January 1, 2008

As communicated in mid-2006, Nortel will introduce a number of changes to its Capital Accumulation and Retirement Program (CARP) to take effect on January 1, 2008. These CARP changes will affect employees at all levels in the U.S. including employees receiving Long-Term Disability (LTD) benefits as of January 1, 2008.

Commencing 1/1/2008, Nortel will make a monthly Company contribution equal to 4% of your monthly base pay at the time you became disabled to the Nortel Long-Term Investment Program (LTIP) provided that you continue to receive LTD benefits. In order to take advantage of this contribution – you must complete the enclosed enrollment form and return it to Nortel "postmarked" no later than December 31, 2007. Applications post marked after this date will be processed as soon as administratively possible with monthly contributions to the LTIP beginning after processing occurs. However, if you do not complete and return this form, you will not receive this benefit.

Refer to the CARP changes newsletter mailed to your home in 2006 detailing the changes and how they affect you while you are on LTD and after you return from LTD.

For your convenience, we have enclosed a series of WebAlerts sent recently to active Nortel employees. These WebAlerts are intended to help keep you informed of the upcoming CARP changes, available tools, and information resources, although some of the changes described in the materials may apply to you only upon your return from LTD.

If you have questions about the CARP changes that take effect on January 1, 2008, you may contact HR Shared Services at 1-919-905-9351 (toll-free 1-800-676-4636).

Best regards,

Corporate Benefits

NORTEL

**Nortel Networks Long-Term Investment Plan (LTIP)**
**Enrollment and Investment Selection Form**
***(For use by employees on Long-Term Disability (LTD) prior to 01/01/2008)***

As a Nortel employee currently in receipt of Long-Term Disability (LTD) benefits, you are eligible for monthly company contributions to the Long-Term Investment Plan (LTIP) equal to 4% of your monthly base pay at the time you became disabled provided that you continue to receive LTD benefits. There is no cost to you to receive this benefit.

To receive this benefit starting Jan. 1, 2008, **you must complete and return this** enrollment form **'postmarked' no later than Dec. 31, 2007.** Applications postmarked after this date will be processed as soon as administratively possible with monthly contributions to the LTIP beginning after processing occurs.

**If you do not complete and return this form, you will not receive this benefit.**

**Personal Identification**
Please print or type:

Nortel Global ID 0903957
First Name DANIEL Last Name DAVID
Mailing Address 2105 POSSUM TROT RD
WAKE FOREST, NC. 27587

Phone Number (919) 554-9291 Birth date 11/20/1957 dd/mm/yyyy
Email Address ddavid4@NC.RR.com

**Investment Election**
Please check one of the following elections:

☑ I currently have an LTIP account at Hewitt - If you have an LTIP account with current investment elections, your distribution will be invested in the LTIP in accordance with those current LTIP investment elections, which you can review by accessing your account on the plan web site at http://resources.hewitt.com/nortelnetworks/ or calling the Savings Center at 1-800-726-0026.

☐ I do not have an LTIP account at Hewitt - If you do not have an LTIP account, the contribution will default to one of the Masterworks LifePath target maturity funds according to when you would reach the normal retirement age of 65 unless you actively select from the LTIP investment funds. You may select one fund or in combinations of more than one fund in 1% minimum increments.

NORTEL

To obtain information on the investment funds, change from the default fund, or change future investment elections, log into the plan's web site at http://resources.hewitt.com/nortelnetworks. If you have never logged on before, select the link 'Register as a new user'. You will be asked to provide identifying information. You will be assigned a user id and will be asked to create a password. You may also call the Savings Center toll-free at (800) 726-0026; press the star key then zero to speak to a representative.

---

**Acknowledgement and Election**

I acknowledge that I have received sufficient information about the options presented to me to make an informed decision.

By completing and returning this form, I elect to receive this benefit.

Employee Signature *Daniel D David* Date *12/6/2007*

---

**Mail this completed form to:**

**Nortel Networks**
**HR Shared Services – LTIP Enrollment**
**P.O. Box 13010, Mailstop 570/02/0C2**
**Research Triangle Park, NC 27709**

# Exhibit J

# SECTION ONE –

# *RETIREE MEDICAL PLAN BENEFITS*

As of January 1, 2008, the Nortel Capital Accumulation and Retirement Program (CARP) Traditional, Balanced and Investor programs were discontinued. The ongoing reference to these programs in this SPD pertain to those employees that participated in the previously available Nortel Capital Accumulation and Retirement Programs to which the medical benefits eligibility requirements were assigned.

**If you were age 50 or older with at least five years of service on July 1, 2006,**
You continue to qualify for the Company-subsidized retiree medical benefits associated with the previously available CARP Traditional and Balanced programs if you retire from Nortel and meet the eligibility requirements for retiree benefits. However, for the previously available Traditional program grandfathered members (at least age 50 and had at least one year of service on April 30, 2000 and elected to remain in the Traditional Program) the way Nortel's subsidy is calculated changed. The base line subsidy will be calculated based on the 2007 cost sharing arrangement and increased by not more than 3% each year thereafter, compounded annually. For non-grandfathered Traditional and Balanced members, the calculation of the Company's subsidy did not change.

**If you were not age 50 with at least five years of service on July 1, 2006 or hired after January 1, 2008,**
You are not eligible for Company-subsidized retiree medical benefits upon retirement from Nortel. However, effective January 1, 2008 you will have access to the retiree medical benefits described in this SPD at your own cost, at preferred terms, if you meet the age and service requirements and are a member of the active employees' medical plan immediately before retirement .

## PLAN HIGHLIGHTS

Under the Retiree Medical Plan, at Retirement you can choose from the following medical benefit options:

- Two PPO Options (available only to retirees less than age 65)
  - 90/70 PPO
  - 80/60 PPO
- Comprehensive
- Indemnity

Or, you may choose to decline Retiree Medical Plan coverage. If you decline Retiree Medical Plan coverage at Retirement, you will not be permitted to elect that coverage at