## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**Objection Deadline: Oct. 22, 2012 at 10 a.m.**
**Hearing Date:      Feb. 13, 2012 at 10 a.m.**
**RE:                    D.I. # 8067**

### OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Lottie E. Chambers (the LTD Employee) of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Lottie E. Chambers respectfully represents as follows:

### BACKGROUND

1. I worked full time for Nortel for 15 years before I had to leave on LTD. Before I left I was the Administrative Assistant for a Customer Service Department and I supported over 300 employees worldwide. I always felt blessed that I worked for a company that was very successful, allowed me to advance my position and paid me well. This allowed me to make a major contribution to my family's well being.

2. In 1999 I was afflicted with a debilitating condition called Cervical Dystonia. Briefly, Dystonia causes the brain to send false signals to muscles causing them to spasm uncontrollably. In my case, the Dystonia affects all of the major muscle groups in my

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Lottie E. Chambers

neck. Since the muscles are constantly in spasms, the muscles and tendons swell causing chronic excruciating pain in my neck and the pain is there 24/7. There is no cure for Dystonia and the only treatment available is shots of Botulism Toxin, every 4 months, deep into my neck muscles (the shots themselves are unbearably painful). The shots paralyze the muscles for short periods of time providing some temporary relief. When the toxin wears off, I must repeat the shot treatments. Unfortunately, I face this existence for the rest of my life.

3.    Cervical Dystonia has left me totally disabled and unable to perform any kind of work.

4.    My husband is also disabled, without LTD benefits, and we live on a fixed, limited income.

5.    I have gone through the Social Security Disability Process and I have been classified Disabled by the Social Security Administration.

## RELIEF REQUESTED

6.    Reject the Debtor's Motion to Terminate LTD plans until all LTD employees reach age 65 or compensate Lottie E. Chambers for the "promise" of LTD benefits as outlined in various Nortel Summary Plan Documents awarded as per the "Proof of Claim."

7.    My Total Claim is **$89,899.25** which is a projection to age 65 for LTD benefits, replacement insurance and severance benefit. (Exhibit A, Proof of Claim)

## BASIS FOR RELIEF

8.    Nortel has always represented (in the Employee Handbook and the Summary Plan documents) that the LTD benefits are insured through a Group Policy issued by Prudential Insurance Company. In fact, Prudential stated in their letter dated June 30, 2000; "We have completed our review of your claim for Long Term Disability (LTD) benefits under the Nortel Networks, Inc. Group LTD Policy and are pleased to inform you that your claim has been approved with benefits effective July 03, 2000." Since then I have had to submit additional doctor's reports as requested by Prudential to maintain the LTD benefits.

9.    I purchased and paid for Long Term Benefits from Nortel during my entire employment. I bought this to protect me and my family's financial existence should I become unable to work. I left active employment on LTD with the trust that I had "purchased" LTD insurance and would be covered until age 65. (ref. Long Term Disability (LTD) Application Process, dated April 12, 2000)

10.    I believe the Nortel Estate has sufficient funds to fulfill their contract with me and most likely for all LTD employees. The amount of this claim is extremely small when compared to the amount paid to Nortel lawyers thus far.

## EXECUTIVE SUMMARY

**(A)** From the point of extending a total employment package (inclusive of salary _and_ benefits) to a "New Hire" through the years of _truly_ active employment with Nortel … Nortel Directors, Officers & Employees stressed in their communications, recognition that the employees were responsible for their success and Nortel maintained competitive benefits package to retain them.

**(B)** Language across the LTD summary plan description both for the year I was hired (1985) and the year I was forced onto Long-Term Disability (2000) fed the reliable & repeatable understanding that I was to receive LTD benefits until age 65. Ambiguities and errors of omission do exist in the SPD; these were injected by the Nortel who also failed to notify me of modifications to my benefits throughout my years of employment.

**(C)** All the communication from Prudential, carried banners of "Prudential _Insurance_ Company": claims forms, letters from LTD Claims Managers, LTD paystubs, LTD tax statements, etc.

**(D)** Both Nortel & Prudential spokespersons confirmed I would receive LTD benefits to age 65.

**(E)** Fiduciary obligations are not served when an essentially insolvent benefit is offered; nor when the same agent seeks to terminate my employment to expressly deny me LTD benefits.

**(F)** If Nortel is allowed to stop the LTD benefits, it will affect my family's ability to afford the long list of medicine we need to survive, our food, our mortgage payment or car payment and we will be further burdened with additional expenses that LTD benefits now fund.

**(G)** Nortel is seeking to breach a contract that they had with me and should be required to make good on it as I provided all my work services to them in good faith, paid my premiums, etc.

**(H)** My Total Claim is **$89,899.25** which *is a projection to age 65 for LTD benefits.*

## EXHIBITS

A – *Proof of Claim*

B – Long Term Disability (LTD) Application Process (3 pages) (Benefit Entitlements, Paragraph 8, describing benefit payment period.

C – Reimbursement Agreement: Statement indicating LTD benefits insured under Prudential Group Plan.

D – Latest (2010) Prudential Group Disability Insurance Supplemental Claimant Statement (3 pages)

E – Latest (2010) Prudential Group Disability Insurance Attending Physician's Statement (3 pages)

F – Prudential Insurance LTD benefits approval letter dated June 30, 2000 (2 pages)

G – SSA Disability approval letter dated October 2, 2000 (3 pages)

H – 2012 Nortel Benefits Confirmation Statement (2 pages)

I – September Disability Payment Stub

J – Nortel CARP changes letter dated December 3, 2007 (3 pages)

K – PBGC Benefit Estimation showing reduced income should I be terminated and forced to retire. (2 pages)

## NOTICE

11.    Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; and (c) counsel to the LTD 1102 Committee via first class mail.  Other parties will receive notice through the Court's electronic filing system.  Lottie E. Chambers respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

WHEREFORE, Lottie E. Chambers respectfully requests the entry of an Order, in the form attached [summarize the relief requested].

Dated: 10/16/2012

Lottie E. Chambers
2716 Dalford Ct.
Raleigh, NC 27604
Telephone:  919-324-7000
Email:  rchambers@nc.rr.com

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | **Re: Docket No. _____** |

## ORDER GRANTING MOTION FOR OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF LTD EMPLOYEES

Upon consideration of the *Motion for Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees by Lottie E. Chambers* (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: _____, 2012
        Wilmington, Delaware

                                    _____
                                    HONORABLE KEVIN GROSS
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE

WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR? — Lottie E. Chambers

WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL? — 0200500

WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY? — July 3, 2000

WHAT IS YOUR AGE (As Of January 1, 2013) ...

| | |
|---|---|
| Years | 63 |
| Months | 1 |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | 757 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | 23 |

YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT — $ 35,464.00

IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...

| | | |
|---|---|---|
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? | 0.04 | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ... | $ 1,418.56 | $ 2,718.91 |

FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"

| | | |
|---|---|---|
| SEVERANCE PERIOD | 32 | |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | $ 682.00 | $ 21,824.00 |

FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...

| | | |
|---|---|---|
| GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $ 2,069.08 | $ 47,588.84 |
| SSDI MONTHLY OFFSET | $ 793.00 | $ 18,239.00 |
| Medicare Part B Reimbursement Per LTD Plan | $ 96.50 | $ 2,219.50 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ 1,372.58 | $ 31,569.34 |

Estimates On What Replacement Coverage Would Cost You

| | | |
|---|---|---|
| MEDICAL CARE | $ 6,590.00 | $ 12,630.83 |
| DEPENDANT MEDICAL CARE | $ 6,270.00 | $ 12,017.50 |
| SUBSIDIZED PRESCRIPTION PLAN | $ 1,478.00 | $ 2,832.83 |
| DENTAL/VISION/HEARING CARE | $ 1,790.00 | $ 3,430.83 |
| CORE EMPLOYEE LIFE INSURANCE | $ 1,500.00 | $ 2,875.00 |
| ACCIDENTAL DEATH & DISMEMBERMENT | - | - |

CLAIM GRAND TOTAL — $ 89,899.25



**Nortel Health Services**
**Nortel Networks**
**4001 East Chapel Hill-Nelson Hwy**
**P.O. Box 13010**
**Research Triangle Park, NC  27709-3010**
**Mailstop 11A/02/0C6**
**Tel   919-992-2651 (ESN 352) or 800-949-8190**
**Fax   919-905-5790 (ESN 355) or 877-992-3702**

http://47.119.161.120./aralia

**Twyla Cole, RN**
**Disability Case Manager**

Date:  April 12, 2000

**Lottie Chambers**
**9513 Springdale Drive**
**Raleigh, NC 27613**

**Re:  Long Term Disability (LTD) Application Process**

Dear Lottie:

The purpose of this letter is to advise you of the need to begin the LTD application process.  Approved STD benefits are payable for 26 weeks which includes the five day waiting period unless the waiting period has been waived.  Upon PRUDENTIAL's approval, LTD benefits are payable after you have been totally disabled for the 26 week consecutive waiting period of STD.

The LTD application and review process requires approximately 8-10 weeks.  Since your STD benefits will expire on <u>July 2, 2000</u>, the LTD application process must now begin.  For this reason, I have enclosed for your completion your "LTD package."  Also included in the package are informational materials to assist you in the application process.  Because the LTD application is more complex than the STD process, please consult the appropriate Health Professional to address any questions or concerns you may have at the number listed below.

As indicated above, PRUDENTIAL determines claim approval or denial.  Therefore, it is imperative that you respond promptly to PRUDENTIAL's requests for additional information.  Failure to submit your LTD claim in a timely manner may result in a lapse of benefits between the exhaustion of your STD benefits and the onset of your LTD benefits.

Please mail your completed application to:

NORTEL
Disability Case Management
P.O. Box 13010
Mailstop 11A/02/0C6
Research Triangle Park, NC  27709

Please call me at 1-800-949-8190 if you need assistance with the application process.

Contact HR INFO CENTER (919) 992-4636 (ESN 352) or 800-676-4636 for questions regarding flex benefits.

Sincerely,
Twyla Cole, RN
Disability Case Manager

*How the world shares idea*



**EMPLOYEE  LOTTIE CHAMBERS     BUS. UNIT NORTEL NETWORKS     DEPT. #4464**

**PROCEDURE**

1. In order to request Long Term Disability (LTD) benefits, it is your responsibility to complete and return the following forms by **MAY 5, 2000**.

   - *Reimbursement Agreement*. Please complete this form and sign it and have it witnessed. This form authorizes Prudential to reduce your LTD benefits if awarded Social Security Disability benefits.

   - *Attending Physician's Statement*. Take this form to your treating physician to complete.
     Prudential must be provided with proof of disability, from the day you first missed work due to disability through to present. If several physicians are treating you or have treated you for your disability conditions, request additional statements for these physicians to complete.

   - *Group Disability Employee Statement*. Legibly complete and sign all sections as indicated:
     Section A: Employee Information
     Section B: Authorization to Release Medical Information
     Section C: Tax Notice

2. Return all of the above forms to :
   **Nortel Networks Health Services**
   **Disability Case Management**
   **PO Box 13010 (11A/02/0C6)**
   **Research Triangle Park, NC 27709**

   Failure to return the forms by the specified date can result in a lapse between the expiration of your STD benefits and the onset of your LTD benefits and jeopardize your employment status.

3. You will be notified by mail from Prudential upon your approval/denial of LTD benefits.
   If your LTD claim is approved, Prudential will send your first and subsequent LTD checks to you at the address indicated on your LTD application.

4. Prudential determines LTD approval and continuation. Therefore, it is imperative that you respond promptly to Prudential's requests for additional information. Failure to do so could result in the suspension or termination of LTD benefits.

**BENEFIT ENTITLEMENT**
*(this information has been requested from the HR INFO CENTER*

1. Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent
   Life premiums that are currently being deducted from your short term disability benefits, and must be continued
   through your disability period to prevent disability discontinuance. Health Care_____ +
   Life Insurance_____ + Spousal Life_____ + Dependent Life_____ =_____Total.

**BENEFIT ENTITLEMENT, Cont.**

These premiums will continue to be automatically deducted for the duration of your disability. Additionally, these premiums are subject to change in accordance to premium increases or decreases each year. Any questions regarding premium deductions should be directed to the Human Resource Information Center c/o of Nortel Networks , Dept. 1094, P. O. Box 13010, RTP, N.C.  27709, Ph# 1-800-676-4636

2. Long Term Investment (Thrift Saving) /Flexible Spending Plans: You become a suspended participant in the these plans. No employee contributions are deducted from disability payments. Contributions are reinstated upon return to work.

3. Retirement Plan:  The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of the leave.

4. Vacation/Sick Leave:
   Upon returning to work, time spent on medical leave of absence is included in determining the employee's continuous service for vacation and sick leave (when applicable). If your preauthorized vacation occurs during your leave of absence, you must negotiate with your manager to reschedule.

5. Holiday Pay:  Employees will not be eligible for holiday pay during a medical leave of absence. Any holiday which falls during your medical leave is treated as any other day, and is compensated accordingly.

6. Salary Review Date:  Is extended by the length of leave so that the performance review period can be maintained. (has this changed?)

7. *Credit Union* :  No deductions are withheld for Credit Union accounts.  To continue your savings deposits and/or loan payments, you must contact the Credit Union .

8. Compensation for Long Term Disability (LTD)  leaves:  Long Term Disability  benefits for full and part time employees working more than 20 hours/week:

   a. Long  Term Disability Benefits provide income continuation during your leave based upon your disability selection with the company.
   b. Long Term Disability benefits are payable for up to one year while you are totally disabled *from your* job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you are or may become qualified. For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday. For employees disabled at age 61 or older, the maximum benefit period varies. The LTD benefit is reduced by any "other income benefits" you receive for that month had you made timely pursuit of those benefits. These "other income benefits" include, but are not limited to Social Security benefits, Workers' Compensation benefits, *State Disability* benefits, and No-Fault Insurance benefits.

9. If you are a part-time/casual employee working less than 20 hours/week:

   a. Your medical leave of absence will be unpaid unless otherwise stated by applicable state law.
   b. Long Term Investment Plan contributions will cease while on an unpaid leave of absence.
   c. You are eligible for medical leave of absence only if you have worked for Nortel Networks at least 1250 hours.  If you are not eligible and are medically unable to work, you may request a Personal Leave of Absence.

NOTE:  **Long Term Disability. Benefits are payable for a maximum of 24 months for disabilities resulting from a mental or nervous disorder.**

10. Taxes:  Employees are responsible for determining the amount of Federal Income Tax to be withheld from the monthly LTD benefit, by completing the Tax Notice which is part of the LTD package. No state taxes are withheld from your Long-Term Disability benefits.

11. For bargaining units consult your Human Resource Associate for any adjustments to these guidelines.

12. For employees in California, Rhode Island, Hawaii, New Jersey and New York, consult your Human Resource Associate for any adjustments to these guidelines.

US/Hlwl/1087/Form Rev 01

# REIMBURSEMENT AGREEMENT

As an employee insured under Group Plan #39900 , I have filed a claim for Disability (Short Term Disability and/or Long Term Disability) benefits.

**With respect to Social Security benefits**: I understand that benefits payable under this Plan are to be reduced by any benefits under the Social Security Act that I or members of my family receive or would be entitled to receive as a result of my disability, for that same period.

Should my claim for benefits be approved, I request that Prudential postpone making the reduction of benefits described in the second paragraph of this Agreement until I actually am awarded Social Security benefits or complete the Social Security application process described below.

I agree to make timely and diligent pursuit of Social Security benefits through each level of appeal up to and including the Administrative Law Judge level.

These steps may include:
1. Application for such benefits;
2. Appeal at the reconsideration level, if benefits are denied;
3. Appeal at the Administrative Law Judge level, if benefits are again denied.

I understand that I must provide Prudential with written proof that I have completed the process above. Failure to complete this process and provide proof of same will result in Prudential (1) estimating my monthly Social Security benefit and (2) using that amount to determine my adjusted benefit.

I promise to notify Prudential immediately if I am awarded Social Security benefits.

If any benefits under the Social Security Act are awarded retroactively, I agree to repay Prudential immediately the amount paid to me under this Agreement in excess of the amount to which I would have been entitled under the terms of the Plan.

**With respect to Workers' Compensation or similar coverage**:  Unlike the situation described above for Social Security benefits, I understand that regardless of whether or not I sign this Agreement, Prudential will not reduce my Disability Benefits by an estimate of Workers' Compensation (or similar coverage) benefits. Only Workers' Compensation (or similar coverage) benefits actually received by me will be used to determine the benefit I am entitled to receive under this Plan.

I agree to repay Prudential immediately the amount paid to me under this Group Plan in excess of the amount to which I would have been entitled under the terms of the Plan if I subsequently receive a Workers' Compensation or similar coverage award.

I hereby assign, transfer and set over to Prudential, to the extent of any excess so paid under this Agreement, the amount of future benefits which may become payable under this Plan.

| | |
|---|---|
| _Lottie Chambers_ | _Ralf R Chambe_ |
| Signature of Employee | Signature of Witness |
| _Lottie E. Chambers_ | _5/1/00_ |
| Name of Employee (please print) | Date |

R/A # 1 (Family)

 **Prudential**

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19176
Tel: 800-842-1718  Fax: 877-889-4885
http://www.prudential.com/disability

**Group Disability Insurance**
**Supplemental Claimant Statement**

**1 Employee Information**

First Name: LOTTIE    MI: E    Last Name: CHAMBERS

Social Security Number: XXX XX 2065    Employee Phone Number: 919 329 7000

Email Address: RCHAMBERS@NC.RR.COM

Employer's Name: NORTEL NETWORKS    Control Number: 39900

**2 Condition and Medication**

What is the primary condition for which you are currently being treated?

CERVICAL DYSTONIA

Please list any other condition that you are currently being treated for and the date that you first began treatment for each condition:

Please list all medications (provide name of medication, dosage, how often you need to take it and your understanding of what each medication is for):

Clonazepam, 1mg, 3X, Muscle Spasms
HYDROCODONE, 10/650 AS NEEDED FOR PAIN
BOTOX INJECTIONS PER DR. MASSEY

**3 Treatment**

Describe your current treatment and how often you receive treatment:

BOTOX INJECTIONS EVERY 3 to 4 MONTHS to STOP NECK SPASMS.

Does the treatment help? ☒ Yes  ☐ No

If Yes, in what way?

HELPS SOME TO RELIEVE SPASMS AND PAIN UNTIL THE BOTOX WEARS OFF THEN REPEAT INJECTIONS.

If No, have you discussed other options with your doctor?

Describe any change in your condition since you stopped working.    Date Stopped (MM DD YYYY): 12 1999

NO CHANGE IN THIS CHRONIC CONDITION. BOTOX INJECTIONS RELIEF FOR 3-4 MONTHS

**Prudential**

Claimant's Social Security Number
XXX XX 2065

## 4 Return to Work

How does your condition prevent you from working right now? (Please be specific):

CONSTANT PAIN, CAN'T HOLD MY HEAD UP FOR LONG PERIODS OF TIME

Are you attempting to obtain resources to help you find work for wages or volunteer work? ☐ Yes ☒ No

What types of work do you feel you would be able to preform now or in the future?

N/A

List any accommodations you feel would enable you to work now or in the future:

N/A

## 5 Daily Activities

Describe your activities during a typical day, emphasizing the extent of which there is any activity requiring physical or mental exertion or contact with others (e.g. extent of participation in household chores-cooking, cleaning, yard work, buying food and clothing, participation in outside activities such as church functions, attending movies/theater, golfing, fishing, crafts, sporting events, swimming exercise programs, activities with children and/or grandchildren, etc.):

MY TYPICAL DAY CONSISTS OF SITTING IN MY RECLINER AND WATCHING TV.

Describe how you attend to your daily needs (e.g., dressing, bathing, hair care, etc.):

I CAN DRESS, BATHE, FIX MY HAIR, ETC. SLOWLY AND WITH ASSISTANCE

Do you need assistance with any of these activities? ☒ Yes ☐ No

If yes, who helps you and to what extent?

MY HUSBAND

Describe any hobbies or other leisure activities that help you occupy your time:

NONE

* 1 0 8 0 2 *

**Prudential**

Claimant's Social Security Number

| | | | | | 2 | 0 | 6 | 5 |

**6  Other Benefits**

Are you receiving Disability or Retirement benefits from Social Security?

YES

Are you receiving Disability benefits from a separate Individual Policy?  ☐ Yes  ☒ No

Are you receiving Workers Compensation benefits?  ☐ Yes  ☒ No

If yes, please provide the name and telephone number of the Workers' Comp carrier:

Are you receiving Disability or Retirement benefits from any other source?  ☐ Yes  ☒ No

I certify that the above statements are true.

x _Lottie E. Chamber_

Signature

Date Signed [MM DD YYY]

| 0 | 7 | 1 | 5 | 2 | 0 | 1 | 0 |

Prudential and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.

* 1 0 8 0 3 *



# Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

**1** To Be Completed By Employee

Employer/Association Name: NORTEL NETWORKS INC

Control Number: 3 9 9 0 0

Employee First Name: L O T T I E    Mi: ☐

Social Security Number: XXX - XX - 2 0 6 5

Employee Last Name: C H A M B E R S    Suffix:

Employee Address - Line 1: 2 7 1 6 D A L F O R D C T

Birth date (MM/DD/Year): 1 1 / 2 6 / 1 9 4 7

Employee Address - Line 2:

Gender: ☐ Male    ☒ Female

City: R A L E I G H    State: N C    Zip Code: 2 7 6 0 4 -

Occupation:

I hereby authorize release of information requested on this form by the below named physician for the purpose of claim processing.

X *Lottie Chambless*
Employee Signature

Date Signed: 0 6 / 2 3 / 2 0 1 0

**2** To Be Completed By Attending Physician

Clinical Diagnosis
Primary: Spasmodic torticollis    ICD-9 Code: 3 3 3 . 8 3    Pregnancy EDC: ___ / ___ / ___

Secondary:

Secondary:

Relevant test procedures performed (Please provide results): _____
EMG - Firing pattern of neck muscles consistent with a central nervous system disorder - spasm torticollis

Surgical procedure(s) performed (Please be specific):    Date of Procedure: ___ / ___ / ___

Current Medications: ① Botulinum toxin injections into Neck muscles q 5 mon ② Clonazepam ③ Ibuprofen

For Internal Use Only

Claim Number

* 1 0 3 A 0 1 *

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718    Fax: 1-877-889-4885



# Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name: `C H A M B E A S`

Social Security Number: `XXX - XX - 2 0 6 5`

**2  Attending Physician Information (Cont'd)**

Was Claimant hospital confined?  ☐ Yes  ☑ No

If Yes, please provide name and address of hospital:

_____

If hospitalized, give dates:
From: ☐ ☐ / ☐ ☐ / ☐ ☐ ☐ ☐
To: ☐ ☐ / ☐ ☐ / ☐ ☐ ☐ ☐

**Other Treating Physicians or Consultants**

| Physician Name | Specialty | Phone Number |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Do you feel the claimant is competent to endorse checks and direct the use of proceeds?  ☑ Yes  ☐ No

**Nature of Medical Impairment / Limitation (Please specify nature of corresponding loss of function)**

spasmodic torticolles – involuntary uncontrollable movements of head while awake, also associated ≈ neck pain

Date when significant loss of function occurred: `1 1` / `0 1` / `1 9 9 9`

**Are there Corresponding Medical Restrictions (i.e., What activities should the claimant not perform because of a significant risk to self or others?)**

Activities involving precise eye-hand coordination cannot be perform

**Prognosis for Return to Function / Return to Work:** Chronic condition
Partially managed ≈ botulinum toxin injection
– unlikely to resolve.

**Return to Work Plan (Please describe):**  None

Target Date: ☐ ☐ / ☐ ☐ / ☐ ☐ ☐ ☐



`* 1 0 3 A 0 2 *`

**Prudential Financial**

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name: C H A M B E R S

Social Security Number: XXX - XX - 2 0 6 5

**2** Attending Physician Information (Cont'd)

Describe Medical Obstacles to Return to Work: *See previous page*

Are there any Non-Medical Factors which have a significant impact on Functional Abilities (i.e., interpersonal, financial, family)? *unknown*

Work related illness or Injury? ☐ Yes ☑ No

Was Condition caused by a MVA? ☐ Yes ☑ No

If MVA, in what state did it occur? ☐☐

First Visit: 0 4 / 2 6 / 2 0 0 7

Last Visit: 0 6 / 2 3 / 2 0 1 0

Frequency of Visits: *5 mon*

What Job Category best describes the claimant's functional abilities? (Please check appropriate box)

☐ **Sedentary**
Negligible Weight
Mostly Sitting

☑ **Light**
Up to 10 lbs. frequently
Up to 20 lbs. occasionally
and / or
Frequent Walk/Stand
and / or
Constant Push/Pull

☐ **Medium**
10 to 25 lbs. freq.
Up to 50 lbs. occ.

☐ **Heavy**
25 to 50 lbs. freq.
50 to 100 lbs. occ.

☐ **Very Heavy**
More than 50 lbs. freq.
100 lbs. occasionally

☐ **Other**
(Please describe below)

**3** Physician Information

Physician Name: J a n i c e M a s s e y

Primary Phone Number: 9 1 9 - 6 8 4 - 5 1 9 6

Office Address: D U M C 3 4 0 3 D u k s C l i n i c R m 1 2 5 8

Fax Number: 9 1 9 - 6 8 4 - 5 8 5 5

City: D u r h a m

State: N C

Zip Code: 2 7 7 1 0 -

Specialty: N E U R O L O G Y

**4** Fraud Notice

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

X 
Physician Signature

Date Completed: 0 6 / 2 5 / 2 0 1 0

* 1 0 3 A 0 3 *

Claim Services Provided By
Prudential Insurance Company of America

**Elaine C Sopko**
Disability Claims Manager

Prudential
Disability Management Services
P.o. Box 2300
Parsippany, NJ 07054

Phone: (800) 842-1718  Ext: 8029
Fax: (973) 285-8800
Hours:  08:00 AM  04:30 PM

June 30, 2000

Lottie Chambers
9513 Springdale Dr
Raleigh, NC  27613

Claimant: Lottie Chambers
Control #/Br: 39900  /  000RB
Claim #: 10312921
Social Security #: K*X*-*x*-2065
Date of Birth: 11/26/1949

Dear Ms. Chambers:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the
Nortel Networks, Inc. Group LTD Policy and are pleased to inform you that your claim has been
approved with benefits effective July 03, 2000.

In order to be eligible for these benefits, you must be considered Totally Disabled from your
occupation.  Under the terms of Nortel Networks LTD policy:

> "You are considered totally disabled if you are unable to work because of a disease or
> injury.
>
> During the first twenty-four (24) months of a period of a covered total disability (after
> your completion of the six (6) month Benefit Waiting Period), you will be considered
> unable to work if you cannot perform the work you normally perform.
>
> After the first twenty-four (24) month period of covered total disability (after your
> completion of the six (6) month Benefit Waiting Period), you will be considered unable
> to work if you are unable to work at any reasonable occupation.  A reasonable occupation
> is any gainful activity for which you are fitted by your education, training or experience,
> or for which you could reasonably become fitted."

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $2,955.83 |
| Scheduled LTD Benefit  (70.00%) | $2,069.08 |
| Less Any Social Security Benefits | |
| Less Any Workers Compensation Offsets | |
| | |
| Adjusted Benefit | $2,069.08 |

LTD benefits are issued on a monthly basis and are issued approximately seven days prior to the
end of each month.

Studies have shown that the best prescription for a disabled patient includes a strategy for return to work. A medical or psychological condition need not translate into a disability. Most people with limitations can return to work and lead active, productive lives. Studies indicate that the longer an individual remains out of work, the more difficult it becomes to resume employment. Therefore, we would like you to keep in mind that Prudential is able to offer assistance in addressing return-to-work issues and concerns.

The opportunity to speak with you recently was much appreciated and we will continue to be in regular contact with you about your condition. As your condition continues to improve, we will continue to work with you and your doctors to facilitate a smooth return to employment when you are functionally able.

Please provide us with proof of age for our records. This may be in the form of a birth certificate, baptismal or family bible record.

Thank you for your cooperation. If you have any questions regarding your claim, please feel free to contact our office at 1-800-842-1718 ext. 8029.

Sincerely,


Elaine C Sopko
Disability Claims Manager


ccc    Faye Studemire
       Nortel Networks
       4307 Emperor Blvd.
       Research Triangle Park, NC 27709

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: October 2, 2000
Claim Number: ✗✗✗✗✗-2065HA

LOTTIE E CHAMBERS
9513 SPRINGDALE DR
RALEIGH, NC 27613-5323

You are entitled to monthly disability benefits beginning June 2000.

**The Date You Became Disabled**

We found that you became disabled under our rules on January 1, 2000.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is June 2000.

**What We Will Pay And When**

- You will receive $3,572.00 around October 8, 2000.

- This is the money you are due for June 2000 through September 2000.

- Your next payment of $893.00, which is for October 2000, will be received on or about the fourth Wednesday of November 2000.

- After that you will receive $893.00 on or about the fourth Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

**Other Social Security Benefits**

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

Enclosure(s):
Pub 05-10153

C                                      See Next Page

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

A state or other public or private vocational rehabilitation provider may contact you to talk about their services. The rehabilitation provider may offer you counseling, training, and other services that may help you go to work. To keep getting disability benefits, you have to accept the services offered unless we decide you have a good reason for not accepting.

You do not have to wait to be contacted about vocational rehabilitation services. You can contact the nearest state vocational rehabilitation office directly and let them know that you are interested in receiving services.

If you go to work, special rules can allow us to continue your cash payments and health insurance coverage. For more information about how work and earnings may affect disability benefits, you may call or visit any Social Security office. You may wish to ask for any of the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

- How Social Security Can Help With Vocational Rehabilitation (SSA Publication No. 05-10050).

## Do You Disagree With The Decision?

If you think we are wrong, you have the right to appeal. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

✗✗✗-✗✗-2065HA

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## If You Have Any Questions

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-919-790-2877. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
4405 BLAND ROAD
RALEIGH, NC 27609

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Carolyn W. Colvin*

Carolyn W. Colvin
Deputy Commissioner
    for Operations



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Lottie Chambers |
| Global ID: | 0200500 |
| Date of Birth: | 11/26/1949 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 35464.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** 80/60 PPO, Anthem | EE & Spouse | $ 76.17 | $1,980.42 | $8,436.74 |
| **Dental/Vision/Hearing Care** PLUS | EE & Spouse | $ 22.16 | $ 576.16 | $1,214.20 |
| **Short-Term Disability** 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 231.66 |
| **Long-Term Disability** 70% of Benefits Earnings | | $ 3.18 | $ 82.68 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 101.51 | $2,639.26 | $9,882.60 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 56.16 |
| **Optional Employee Life Insurance** 5x BENE Earnings Non-Smoker | $ 33.60 | $ 873.60 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** $25,000 | $ 9.03 | $ 234.78 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 42.63 | $1,108.38 | $ 56.16 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

Lottie Chambers                     0200500                11/30/2011                          Page 2

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected. The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy. Please note: all eligible dependents have access to the Employee Assistance Program (EAP). If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|------|------------------|--------------|--------|---------------|
| Redgie Chambers | xxx-xx-8891 | S | M | 02-15-1946 |

Lottie Chambers
2716 Dalford Court

Raleigh, NC  27604

If you have any
questions about
this claim, please
contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA           PA   19176

Date
**September 24, 2012**

CNTRL#   0039900
CLAIM#   10312921
ID#      XXX-XX-2065

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC   27709-3010

CLAIMANT   **LOTTIE CHAMBERS**

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,069.08 | 09/01/2012 | 09/30/2012 |
| - SSDB | 793.10 | BENEFIT AMOUNT | 2,069.08 |
| - Medical | 165.04 | LESS OFFSET | 793.10 |
| - Dental | 48.01 | ADD'L BENEFITS | 0.00 |
| - Mandatory FIT | 319.00 | | 1,275.98 |
| - Free Form 1 | 19.57 | LESS ADJUSTMENTS | 0.00 |
| | | | 1,275.98 |
| | | LESS DEDUCTIONS | 551.62 |
| | | AMOUNT PAYABLE | 724.36 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/mybenefits and select the online option.

Date: **September 24, 2012**

Deposit Amount:            $724.36

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXXX6598 | $724.36 |

To the
Accounts
of

LOTTIE CHAMBERS
2716 DALFORD CT.
RALEIGH           NC   27604

This is not a Check                                    Not Negotiable

# N🌐RTEL



Date:         December 3, 2007

To:           U.S. Employees in Receipt of LTD Benefits

From:         Corporate Benefits

Subject:      Changes to the Nortel Capital Accumulation and
              Retirement Program (CARP) Effective January 1, 2008

As communicated in mid-2006, Nortel will introduce a number of changes to its Capital Accumulation and Retirement Program (CARP) to take effect on January 1, 2008. These CARP changes will affect employees at all levels in the U.S. including employees receiving Long-Term Disability (LTD) benefits as of January 1, 2008.

Commencing 1/1/2008, Nortel will make a monthly Company contribution equal to 4% of your monthly base pay at the time you became disabled to the Nortel Long-Term Investment Program (LTIP) provided that you continue to receive LTD benefits. In order to take advantage of this contribution – you must complete the enclosed enrollment form and return it to Nortel "postmarked" no later than December 31, 2007. Applications post marked after this date will be processed as soon as administratively possible with monthly contributions to the LTIP beginning after processing occurs. However, if you do not complete and return this form, you will not receive this benefit.

Refer to the CARP changes newsletter mailed to your home in 2006 detailing the changes and how they affect you while you are on LTD and after you return from LTD.

For your convenience, we have enclosed a series of WebAlerts sent recently to active Nortel employees. These WebAlerts are intended to help keep you informed of the upcoming CARP changes, available tools, and information resources, although some of the changes described in the materials may apply to you only upon your return from LTD.

If you have questions about the CARP changes that take effect on January 1, 2008, you may contact HR Shared Services at 1-919-905-9351 (toll-free 1-800-676-4636).

Best regards,

Corporate Benefits



## Nortel Networks Long-Term Investment Plan (LTIP)
## Enrollment and Investment Selection Form
### *(For use by employees on Long-Term Disability (LTD) prior to 01/01/2008)*

As a Nortel employee currently in receipt of Long-Term Disability (LTD) benefits, you are eligible for monthly company contributions to the Long-Term Investment Plan (LTIP) equal to 4% of your monthly base pay at the time you became disabled provided that you continue to receive LTD benefits. There is no cost to you to receive this benefit.

To receive this benefit starting Jan. 1, 2008, **you must complete and return this** enrollment form **'postmarked' no later than Dec. 31, 2007.** Applications postmarked after this date will be processed as soon as administratively possible with monthly contributions to the LTIP beginning after processing occurs.

**If you do not complete and return this form, you will not receive this benefit.**

**Personal Identification**
Please print or type:

Nortel Global ID     *0200500*
First Name     *Lottie*          Last Name     *CHAMBERS*
Mailing Address     *2716 DALFORD CT*
*RALEIGH, NC 27604*

Phone Number     *919-212-3574*     Birth date *11/26/94* dd/mm/yyyy
Email Address     *RCHAMBERS@NC.RR.COM*

**Investment Election**
Please check one of the following elections:

☐ I currently have an LTIP account at Hewitt - If you have an LTIP account with current investment elections, your distribution will be invested in the LTIP in accordance with those current LTIP investment elections, which you can review by accessing your account on the plan web site at http://resources.hewitt.com/nortelnetworks/ or calling the Savings Center at 1-800-726-0026.

☑ I do not have an LTIP account at Hewitt - If you do not have an LTIP account, the contribution will default to one of the Masterworks LifePath target maturity funds according to when you would reach the normal retirement age of 65 unless you actively select from the LTIP investment funds. You may select one fund or in combinations of more than one fund in 1% minimum increments.

 

To obtain information on the investment funds, change from the default fund, or change future investment elections, log into the plan's web site at http://resources.hewitt.com/nortelnetworks. If you have never logged on before, select the link 'Register as a new user'. You will be asked to provide identifying information. You will be assigned a user id and will be asked to create a password. You may also call the Savings Center toll-free at (800) 726-0026; press the star key then zero to speak to a representative.

## Acknowledgement and Election

I acknowledge that I have received sufficient information about the options presented to me to make an informed decision.

By completing and returning this form, I elect to receive this benefit.

Employee Signature _Lottie Chambers_ Date _12/8/07_

## Mail this completed form to:

**Nortel Networks**
**HR Shared Services – LTIP Enrollment**
**P.O. Box 13010, Mailstop 570/02/0C2**
**Research Triangle Park, NC 27709**



**PBGC**
Protecting America's Pensions
Privacy Act Data

# Benefit Estimation

07/02/2010 07:41 AM
Page 1 of 2

Lottie Chambers

---

## NORTEL NETWORKS RETIREMENT INCOME PLAN

**PBGC Case Number:** 21391900
**Date of Plan Termination:** July 17, 2009

*PBGC used the data below to compute your estimated monthly payment.*
*We will send you a formal determination of your benefit when*
*we have collected all data and reviewed all provisions of your plan.*

### YOUR BENEFIT SUMMARY

**Participant's Information**
-----------------------------------

| | |
|---|---|
| Name: | LOTTIE CHAMBERS |
| Social Security Number: | XXX-XX-2065 |
| Gender: | Female |
| Date of Birth: | 11/26/1949 |
| Date of Hire: | 02/25/1985 |
| Date of Termination of Employment: | 01/03/2000 |
| Normal Retirement Date: | 12/01/2014 |

**Beneficiary's Information**
-----------------------------------

| | |
|---|---|
| Name: | REDGIE CHAMBERS |
| Social Security Number: | XXX-XX-0000 |
| Date of Birth: | 02/15/1946 |

**Summary of Participant's Benefit**
-------------------------------------------------

| | |
|---|---|
| Actual Retirement Date (ARD): | 09/01/2010 |
| PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity: | $598.04 |
| PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity: | $549.54 |

Privacy Act Data

**Lottie Chambers**

## YOUR BENEFIT CALCULATION

Pension Information used for Benefit Calculation

----------------------------------------------------------

| | |
|---|---|
| Years of Vesting Service: | 15 |
| Vesting Percentage: | 100% |

Benefit Calculation

------------------------

| | | |
|---|---|---|
| (1) | Pension Service Plan (PSP) Account Balance at ARD: | $86,604.09 |
| (2) | Plan's Present Value Factor for Conversion to a Straight Life Annuity at ARD: | 144.8124 |
| (3) | PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:<br>(1) / (2) = $86,604.09 / 144.8124 = | $598.04 |
| (4) | Plan's Adjustment Factor for Joint-and-50% Survivor Annuity: | 0.91890 |
| (5) | PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity:<br>(3) x (4) = $598.04 x 0.91890 = | $549.54 |