IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administrated |
| | Objection Deadline: Oct. 22, 2012 at 10 a.m.<br>Hearing Date: Feb. 12, 2013 at 10 a.m.<br>RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Debra Vega (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Debra Vega respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## **BACKGROUND**

1. I am Debra Lewis Vega (LTD employee) and I am 53 years old.

2. I joined Nortel in July 1979; I was young and in good health.

3. Nortel offered me salary and benefits when they extended an employment offer to me. I placed importance on both when I was considering employment opportunities as no one ever knows when they may face a struggle in their life.

4. I always believed in having reliable backup plans. I paid the extra premiums for LTD and Life Insurance my entire career and relied on Nortel's benefits that they communicated as a secure safety net.

5. When my health problems started in June 1997, I was working a lot of overtime and over strained my body pushing and pulling super node cabinets weighting 900 to 1200 lbs. They were on rolling dollies and a lot of them were damaged, which made them hard to push; it over stressed my body (muscles, back and right knee). I was in and out of work from 1997 to 1999; I submitted a worker's compensation claim.

6. My worker's compensation claim was denied and I did not pursue it because Nortel Human Resources told me that I had the LTD benefits, so I trusted them.

7. When doctors took me out of work in October of 1999 they diagnosed me with Multiple Sclerosis and other health problems. That is when my Long-Term total & permanent disability began, October 1999. I became a recognized liability to Nortel in October 1999.

## RELIEF REQUESTED

8. I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

9. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled.

10. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## BASIS FOR RELIEF

8. The 1999 plan clearly promises LTD benefits to age 65 should one ever become totally disabled. There were no caveats. Because of my faith in Nortel's benefits I was able to put my focus on why I could not walk, stand up, etc. when I became so ill.

9. At no time, while I was actively employed did Nortel ever put the spin on the LTD benefits like they do now. If Nortel had ever uttered this convenient twist and claimed their right to terminate LTD benefits at any time, I definitely would have purchased external market coverages at a young age before I became disabled.

10. I relied on Nortel's verbal and material representations with regard to their benefits offerings.

11. Multiple Sclerosis, is a progressive disease, my mental impairment and physical conditions only continue to worsen. My medicine is very expensive, I would not be able to afford it if I lose my LTD benefits.

12. Nortel is trying to betray a good faith contract that will only result in irreparable damage to my health, financial ruin as I have no opportunity to replace income as I am already disabled and will put at high risk my basic ability to literally survive without promised LTD benefits.

## EXHIBITS

A – Long term disability worksheet.

B – Letter from Prudential Insurance Company.

## NOTICE

2. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Debra Vega respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Debra Vega respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate Debra Vega in full for LTD benefits projected to age 65.

3. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Debra Vega.

Dated: October 15, 2012

*(signature)*
Debra Vega
818 Glenco Rd.
Durham, NC 27703
Telephone: 919-215-4486
Facsimile: N/A
Email: Debmedina1229@yahoo.com

*Appearing Pro Se*

# NORTEL NETWORKS

*How the world shares ideas.*

## LONG TERM DISABILITY WORKSHEET

| TO: | Patricia Daugherty, Team Manager<br>Prudential<br>P.O. Box 2300<br>Parsippany, NJ 07054<br>Phone: 800-842-1718 ext. 8779<br>Fax:   973-285-8800 | FROM: | Twyla Cole, RN<br>Nortel Networks<br>P.O. Box 13010 MS 11A020C6<br>RTP, NC 27709<br>Phone: 1-800-949-8190<br>Fax:   919-905-5990 or 1-877-992-3702 |

**LTD APPLICATION FOR:**

Employee Name: DEBRA VEGA

Social Security Number: 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

Location: NORTEL/ CDC

---

FIRST DAY OUT OF WORK: OCT/28/1999

LAST DAY OF PAID STD: APR/26/2000

Birth Date: DEC/29/1958

Diagnosis: (1) MULTIPLE SCLEROSIS (2) FIBROMYALGIA/EPICONDYLITIS

Hire Date: JUL/26/1979

Occupation: SR PROD SPEC OPERATIONS

---

**ENCLOSED:**

☒ Medical Reports
☒ Employee's Job Description or Position Profile
☒ Other:

COMMENTS:

| HR INFO CENTER | | WORKER'S COMPENSATION CLAIMS |
|---|---|---|
| Type of LTD Plan Elected: | ☐ 60%<br>☒ 70% | Travelers Claims Manager:<br>Phone Number: |
| **Monthly Premiums:** | | |
| Medical | 43.08 | Liberty Mutual Claims Manager: |
| Dental | 12.67 | Phone Number: |
| Employee Life | ------- | |
| Spousal Life | 2.49 | |
| Child Life | ------- | |
| TOTAL | 58.24 | |

Benefits Administrator: HR INFO CENTER: 800-676-4636 

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

October 9, 2012

Debra Vega
818 Glenco Rd
Durham, NC  27703

Claimant: Debra Vega
Claim No.: 10298580
Date of Birth: 12/29/1958
Control No./Br.: 39900 / 000RB

Dear Ms. Vega:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Group Policy with Prudential.

You are receiving $446.28 per month. This benefit will remain the same provided your income from other sources does not change. Your benefits will continue through December 28, 2023, provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager

*[Handwritten note:]*
$446.28 is the amount payable after Deductions
1. medical
2. Dental
3. mandatory FIT
4. Free form

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 8067** |

### ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
Wilmington, Delaware

                                                HONORABLE KEVIN GROSS
                                                CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.