# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date:  Feb. 13, 2012 at 10 a.m. |
| | ) RE:  D.I. # 8067 |

## REXROADS' OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Michael D. Rexroad (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees In support of this Objection, Michael D. Rexroad respectfully represents as follows:

## BACKGROUND

1. I am now 63 years old and have been employed by Nortel since Jan. 1985 and approved for Long Term Disability which began in July 2008.

2. My twenty three years of service to Nortel prior to my long-term disability (LTD), provided benefits to both Nortel's growth and shareholder value. For my

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Michael D. Rexroad

services rendered, I was to receive pay and benefits, which included benefits such as retirement, retiree medical and long-term disability for which I also made premium contributions.

3. I established and managed multiple types of technical and support organizations, covering the development of software tools and processes for the engineering, delivery, test, and support, of Nortel's products and business applications. For my performance of duty I received such recognition as bonuses, stock options, salary increases, and promotions.

4. My disability (caused by degenerative disk disease, scoliosis, and spina bifida occults) causes major back pain, which affects my length of time for setting, standing, walking, and sleeping. I have had two very extensive back operations and today my pain is only controlled by medication.

5. During the Prudential process under which I qualified for Nortel Long Term Disability and the government process for which I qualified for Social Security Disability, three (3) different doctors diagnosed me as permanently & totally disabled.

6. My whole family has suffered in some way since my disability, and since I'm totally disabled I have no opportunity to replace lost income. My wife and I are looking at financial hardship and premature depletion of our retirement saving if we lose the LTD benefits and future medical coverage.

## RELIEF REQUESTED

7. I request that the Debtors motion to Terminate the LTD Plan and Terminate me as a LTD Employees [DI#8067] be rejected, or provide compensation for the promise of the benefits.

8. I request the Debtor to provide compensation for my total claim of $326,571.02 which is a projection of my LTD benefits to age 65, welfare benefits beyond age 65 per the retiree plan I qualify, severance benefits, and the monthly retirement offset for being forced to retiree early. (Exhibit A)

9. I request that there be no interruption in disbursement of LTD benefit (or compensation of same) as the impact would cause financial and medical hardships.

## BASIS FOR RELIEF

10. With my scoliosis, my orthopedic doctor had told me when I was a young man that I would have to make my living with my head and not my back. For that reason the benefits such as quality Medical and Disability Insurance was a high priority in accepting employment at Nortel. Over the twenty three years at Nortel as a active employee all the documentation such as Summary Plan Descriptions communicated that the LTD and Medical insurance (core plus option employed paid) would provide a set amount of income replacement and medical coverage until I reached age 65 at which time, LTD would stop, and I would start Retirement benefits. The language within the LTD Summary Description Plan (2008 the year I qualified) leaves me with the understanding I was to receive the LTD benefits until age 65. During the Prudential process of qualifying for LTD, and with phone calls to both Nortel HR and Prudential asking what affect will Nortel's bankruptcy have on my LTD status, nothing was ever pointed out that the Plan can be terminated at will. In fact, I was explicitly told I had coverage till Oct 2014 when I become 65.

11. I paid the extra premiums for the optional Disability and Life Insurance (Prudential group policy #039900) above the employer paid core coverage to insure I had a

better safety net for my family. All correspondence from Prudential such as W2's, pay stubs, and claims forms show "The Prudential Insurance Company of America" adding to the understanding of this being Insurance.

12. Nortel and Prudential communicated both verbally and in material content that I had LTD benefits to age 65. It does not make much sense to pay for safety nets such as LTD and Life Ins. that can be terminated anytime after you are already qualified and are receiving benefits. I would have never had done that, as that is Not how Nortel ever presented it except for now, in their bankruptcy.

13. Further, reviewing everything from scratch now, I don't see it documented anywhere in Nortel's material that they can actually terminate my LTD benefits themselves once I became disabled.

14. The Debtors should not adversely penalize me with financial and medical hardships with the use of a mere convenience spin on the benefits, in an effort to generate income for other creditors.

## EXECUTIVE SUMMARY

(A) From the point of extending a total employment package (inclusive of salary and benefits) to a "New Hire" through the years of truly active employment with Nortel ... Nortel Directors, Officers & Employees stressed in their communications, recognition that the employees were responsible for their success and Nortel maintained competitive benefits package to retain them.

(B) All the communication from Prudential, carried banners of "Prudential Insurance Company": claims forms, letters from LTD Claims Managers, LTD paystubs, LTD tax statements, etc.

(C) Prudential spokespersons confirmed I would receive LTD benefits to age 65.

**(D)** Fiduciary obligations are not served when an essentially insolvent benefit is offered; nor when the same agent seeks to terminate my employment to expressly deny me LTD benefits.

**(E)** Nortel is well within their means to meet the contractual obligations with all the LTD employees that generated the Debtor assets. Fulfilling the LTD benefits is in no way detrimental to the ability of Nortel to "recover" as they are indeed liquidating. This is life and death for the LTD base vs. the portfolio health of investors.

**(F)** Nortel is seeking to breach a contract that they had with me and should be required to make good on it as I provided all my work services to them in good faith, paid my premiums, etc.

**(G)** Language within the LTD summary plan description for the year I was forced onto Long-Term Disability (2008) fed the reliable & repeatable understanding that I was to receive LTD benefits to age 65. Ambiguities and errors of omission do exist in the SPD; the Plan Administrator who also failed to notify me of modifications to my benefits injected these.

## EXHIBITS

A – Proof Of Claim
B – Nortel US Benefits Confirmation Statements (2012, 2011)
C – Letter from Prudential Ins. Co. Approval of my LTD
D – Letter from prudential Ins. Co. Conforming my LTD benefits through Oct. 14, 2014
E – W2's for 2008 first Nortel then LTD Prudential Ins. Co.
F – Phone logs from Prudential about my LTD status with Nortel bankruptcy
G – Social Security Administration approval letter
H – PBGC retirement income estimates for now (age 63) and future (age 65)
I – 2008 LTD Summary Plan Description

## NOTICE

15. Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); (b) the United States Trustee for the District of Delaware; and (c) counsel to the LTD 1102 Committee (Elliott Greenleaf) via first class mail. Other parties will receive notice through the Court's electronic filing system. Michael D. Rexroad respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Michael D. Rexroad respectfully requests the entry of an Order, in the form attached:
- Reject the Debtors motion to Terminate the LTD Plan and Terminate me as a LTD Employees [DI#8067]
- Compel the Debtor to provide compensation for Michael D. Rexroads total clam of $326,571.02.
- Order there be no interruption in disbursement of LTD benefit (or compensation of same) to Michael D. Rexroad.

Dated: 10/16/2012

Michael D. Rexroad
5244 Linwick DR.
Fuquay Varina, NC 27526
Telephone: (919) 762-9111
Facsimile: N/A
Email: Mrexroad@nc.rr.com

*Appearing Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[2] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) Re: Docket No. \_\_\_\_\_ |

## ORDER GRANTING OBJECTIVE FOR REXROADS' OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objective is granted.

Dated: _____, 2012
       Wilmington, Delaware

                                                HONORABLE KEVIN GROSS
                                                CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.