# EXHIBIT - A

Proof Of Claim

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?**

Michael D Rexroad

**WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?**

0200238

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?**

July 1, 2008

**WHAT IS YOUR AGE  (As Of January 1, 2012) ...**
AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65"

22

**YOUR ANNUAL SALARY PER YOUR 2012 FLEX BENEFITS CONFIRMATION STATEMENT**

$    108,480.00

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...**
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?

0.02

AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ....

$    2,169.60    $    3,977.60

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**

SEVERANCE PERIOD

32

AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY

$    2,086.15    $    66,756.92

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. August 2012 LTD Paystub) ...**

| | | |
|---|---:|---:|
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $    6,026.70 | $    132,587.40 |
| SSDI  MONTHLY OFFSET | $    2,145.50 | $    47,201.00 |
| Medicare Part B Reimbursement Per LTD Plan | $    110.50 | $    2,431.00 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $    3,991.70 | $    85,386.40 |

**Estimates On What Replacement Coverage Would Cost You**

| | | |
|---|---:|---:|
| MEDICAL CARE Based on Nortel 2012 COBRA Rates | $    5,571.00 | $    10,213.50 |
| DENTAL/VISION/HEARING CARE Based on Nortel 2012 COBRA Rates | $    900.00 | $    1,650.00 |
| CORE EMPLOYEE LIFE INSURANCE Based on Prudential Conversion Option Chart | $    5,240.00 | $    9,606.67 |
| ACCIDENTAL DEATH & DISMEMBERMENT Based on Prudential Conversion Option Chart | $    250.00 | $    458.33 |

**Retiree Benefits in Months Estamates from United Health**

Life Expectancy per from US Cencus

72.2

| | | |
|---|---:|---:|
| Medical | $    1,050.00 | $    90,720.00 |
| Life | $    114.00 | $    9,849.60 |
| Long Term Care | $    224.00 | $    19,353.60 |
| Monthly Retirement Offset do to Early Retirement Based on PBGC Estimates | $    331.00 | $    28,598.40 |
| **CLAIM GRAND TOTAL** | | **$    326,571.02** |

Page 1

EXHIBIT B-1



# United States Benefits
# Confirmation Statement

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Michael Rexroad |
| Global ID: | ●●●●●● |
| Date of Birth: | ●●●●●● |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | ●●●●●● |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

*2012*

*YEAR 2012*

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Anthem | EE Only | $ 41.88 | $1,088.88 *90.74* | $4,373.20 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE & Spouse | $ 22.16 | $ 576.16 *48.0* | $1,214.20 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 708.50 |
| **Long-Term Disability** | | | | |
| Raise-66 2/3%of Cov.Amt.Shown | | $ 4.59 | $ 119.34 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 68.63 | $1,784.38 | $6,295.90 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 170.04 |
| **Optional Employee Life Insurance** | | | |
| 1x BENE Earnings Non-Smoker | $ 20.58 | $ 535.08 *40.1* | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $10,000 | $ 1.89 | $ 49.14 *4.10* | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 2x Benefits Earnings Single | $ 1.10 | $ 28.60 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 23.57 | $ 612.82 | $ 170.04 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2011. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Michael Rexroad |
| Global ID: | ~~████~~ |
| Date of Birth: | ~~████~~ |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | ~~████~~ |
| Events | Annual Enrollment |
| Event Date: | 11/29/2010 |
| Prepared On: | 12/17/2010 |

*year 2011* (handwritten)

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 80/60 PPO, Anthem | EE Only | $ 25.66 | $ 667.16 | $4,293.38 |
| | | | | |
| **Dental/Vision/Hearing Care** | | | | |
| COMP | EE & Spouse | $ 11.11 | $ 288.86 | $ 608.66 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 708.50 |
| **Long-Term Disability** | | | | |
| Raise-66 2/3%of Cov.Amt.Shown | | $ 4.59 | $ 119.34 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 41.36 | $1,075.36 | $5,610.54 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 170.04 |
| **Optional Employee Life Insurance** | | | |
| 1x BENE Earnings Non-Smoker | $ 20.58 | $ 535.08 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $25,000 | $ 4.72 | $ 122.72 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 2x Benefits Earnings Single | $ 1.10 | $ 28.60 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 26.40 | $ 686.40 | $ 170.04 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

Claims Services Provided by

**The Prudential Insurance Company of America**

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 85599
Fax: (877) 889-4885
Website: www.prudential.com/disability

June 10, 2009

Michael D Rexroad
5244 Linwick Dr.
Fuquay Varina, NC 27526

Claimant: Michael D Rexroad
Claim No.: 11023526
Date of Birth: ▮▮▮▮▮▮▮
Control No./Br.: 39900 / 0B057

I.l.Il...l.l.I...I.l.II.l.l.I

Dear Mr. Rexroad:

We are writing in regards to your claim for Long Term Disability (LTD) benefits under Group
LTD Plan No. 39900 issued to Nortel Networks, Inc.

Your claim was approved for LTD effective June 14, 2008 under the definition of disability,
outlined below.  We made our determination for your eligibility for benefits based on your
inability to perform your occupation as a Metrics Manager. After 12 months, the definition of
disability changes.

After 12 months of LTD benefits, we review your claim to determine whether, based on your
current restrictions and limitations along with your education and employment history, you could
be employed in any "reasonable occupation".

Our review of your file has determined that based on your medical condition, restrictions and
limitations, you cannot perform any reasonable occupation and are eligible to continue to receive
LTD benefits.

In order to receive benefits under Group Plan No. 39900, covered employees must meet all
contractual requirements including the following definition of "Disability":

"You are disabled when Prudential determines that:

In order to receive benefits under the Nortel Networks, Inc. Group LTD Plan, covered employees
must meet all contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD when a Physician submits documentation that is
approved by the Claims Administrator as establishing that you are unable to perform the essential
functions of your job.  This means that you cannot perform the work you were normally
performing at the time of your disability with or without reasonable accommodations for the
limitations resulting from your Illness or Injury.  In addition, you must be under the regular care
of the Physician who certifies your Total Disability and that Physician must have treated you
personally for the Illness or Injury causing the Total Disability for at least 31 days before making
the certification.  The proof that your Physician submits must be written proof of objective
clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability.  The
Claims Administrator will approve or deny your Claim for LTD benefits at its discretion.

Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

The aforementioned 12 months of payments on your claim ends on June 13, 2009. As a result, in order to continue to be eligible for benefits beyond this date, you must be unable to perform the duties of any reasonable occupation for which you are fitted by education, training, or experience.

We have determined that, based on the information in your file at this time, you meet the requirements for eligibility for benefits under the definition of disability as stated above. Benefits will continue provided that you continue to meet the group plan requirements, including that you remain disabled under the terms of the group plan.

Periodically, we will conduct reviews of the information in file regarding your work capacity to establish eligibility for continued benefits. We will also contact you and your treating physician(s) for updated medical information.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim or payments, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
Janie Reid
Disability Claim Manager

cc:   Nortel Networks, Inc. , Benefits Administrator

*EXHIBIT - D*

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone:  (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
**Website:  www.prudential.com/mybenefits**

September 7, 2012

Michael D Rexroad
5244 Linwick Dr.
Fuquay Varina, NC  27526

Claimant: Michael D Rexroad
Claim No.: 11023526
Date of Birth: ▮▮▮▮▮▮▮
Control No./Br.: 39900  /  0B057

||ıI||ıı|ı|ıı|ıı|ı|ıI||ı|ı|ı|

Dear Mr. Rexroad:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the
Nortel Networks Inc. Group Policy with Prudential.

*NET VALUE* → You are receiving $ 3393.41 per month.  This benefit will remain the same provided your income
from other sources does not change.  Your  benefits will continue through  October 16, 2014
provided you remain totally disabled as defined by the Policy and continue to meet all other
contractual requirements.

Sincerely,
**Sophie Costanza**
Sophie Costanza
Disability Claim Manager

## 2008 Form W-2 Wage and Tax Statement

Copy 2 - To Be Filed With Employee's State, City or Local Income Tax
Return. Department of the Treasury - Internal Revenue Service

**Filing Copy** State

OMB No. 1545-0008

| a Employee's social security number | b Employer identification number (EIN) | 7 Social security tips | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |

c Employer's name, address, and ZIP code

NORTEL NETWORKS, INC.
4001 E. Chapel Hill-Nelson Hwy
Mailstop 570/02/0B7
Research Triangle Park, NC 27709-3010

| | | 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | 10 Dependent care benefits | 12a See instructions for box 12 C | 12b D |

e Employee's first name and initial   Last name   Suff. | 11 Nonqualified plans | 12c | 12d

MICHAEL D REXROAD
5244 LINWICK DR.
FUQUAY VARINA, NC 27526

13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | 14 Other

f Employee's address and ZIP code

| 15 State  Employer's State ID No | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| NC  039000962 | | | | | |

---

## 2008 Form W-2 Wage and Tax Statement

**Federal Filing Copy**

Copy B - To Be Filed With Employee's FEDERAL Tax Return.
Department of the Treasury - Internal Revenue Service

OMB No. 1545-0008

| a Employee's social security number | b Employer identification number (EIN) | 7 Social security tips | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |

c Employer's name, address, and ZIP code

NORTEL NETWORKS, INC.
4001 E. Chapel Hill-Nelson Hwy
Mailstop 570/02/0B7
Research Triangle Park, NC 27709-3010

| | | 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|---|---|
| | | 10 Dependent care benefits | 12a See instructions for box 12 C | 12b D |

e Employee's first name and initial   Last name   Suff. | 11 Nonqualified plans | 12c | 12d

MICHAEL D REXROAD
5244 LINWICK DR.
FUQUAY VARINA, NC 27526

13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | 14 Other

f Employee's address and ZIP code

| 15 State  Employer's State ID No | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| NC  039000962 | | | | | |

---

### Copy B To Be Filed With Employee's FEDERAL Tax Return

OMB No. 1545-0008

c Employer's name, address, and ZIP code

PRUDENTIAL INSURANCE CO OF AMERICA

GROUP INSURANCE - PREMIUM ACCOUNTING

PO BOX 70190

PHILADELPHIA PA 19176

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39900 | b Employer's ID number | a Employee's social security number | 7 Social security tips |
|---|---|---|---|

e Employee's name, address, and ZIP code

MICHAEL D REXROAD
5244 LINWICK DR.
FUQUAY VARINA NC 27526

12 See instructions for box 12

| 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

13
Statutory employee ☐
Retirement plan ☐
Third-party sick pay ☒

| 11 Nonqualified plans | | |
|---|---|---|
| 15 State Employer's state I.D. # NC\101001459 | 16 State wages, tips, etc. 39,575.33 | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |



Form W-2 Wage and Tax Statement  2008    This information is being furnished to the Internal Revenue Service.    Dept. of the Treasury — Internal Revenue Service

*EXHIBIT-F 1*

09/05/2012

**Claim Number :**  11023526
**Claimant SSN:**  ###-###-
**Claimant Name :**  REXROAD

Subject: Ctrl# 039900 Claim: 11023526 Dr Crain

\*\*\* 12/23/08 9:54 AM by: Fry, Trina \*\*\*

dr said don't fax the request until 1/13/09.. she won't be in the office until then and she won't get the fax.. fax # 919-467-1948

Epiphany Call Doc ID: 35
42524  Request Type: Claim Information
Caller Type: Physician
Caller Phone:    Ext.    Type:
Caller Address:

                Type:
Escalated: NO
Complaint: NO

| **Reason:** | E-Claim status inquiry | **Direction:** | Incoming |
| **Call Date/Time:** | 01/07/2009 | **Contact Name:** | Employee |
| **Made/Rec'd by:** | Linda, Carl | | |

Subject: Ctrl# 039900 Claim: 11023526

\*\*\* 1/7/09 11:03 AM  by: Carl, Linda \*\*\*

adv ee he was aprvd thru 2/28/09

Epiphany Call Doc ID: 3591072  Request Type: Claim Information
Caller Type: Employee
Caller Phone:    Ext.    Type:
Caller Addre
ss:

                Type:
Escalated: NO
Complaint: NO

| **Reason:** | E-Claim status inquiry | **Direction:** | Incoming |
| **Call Date/Time:** | 01/15/2009 | **Contact Name:** | Employee |
| **Made/Rec'd by:** | Hegarty, Jessica | | |

*Page 29*
Telephone Call Log
ClaimId = 11023526

**Prudential Financial**

EXHIBIT 1

09/05/2012

**Claim Number :**  **11023526**
**Claimant SSN:**  ###-##-####
**Claimant Name :**  **REXROAD**

Subject: Ctrl# 039900 Claim: 11023526

*** 1/15/09 1:29 PM by: Curtis, Jessica ***

adv due to nortel filing chapter 11, no changes will happen to claim
ee asked if er goes bankrupt what will happen, adv we do not have that answer at this time but w
e would indeed contact ee if something was going to happen.

Epiphany Call Doc ID: 3630266  Request Type: Claim Information
Caller Type: Employee
Caller Phone:    Ext.    Type:
Caller Address:

             Type:

Escal
ated: NO
Complaint: NO

| **Reason:** | SSDB Award | **Direction:** | Incoming |
|---|---|---|---|
| **Call Date/Time:** | 01/27/2009 | **Contact Name:** | Allsup- awarded |
| **Made/Rec'd by:** | Bennett, Marguerite | | |

Allsup has been successful in obtaining a favorable decision on behalf of the claimant. The SSA typically
processes award information within 90 days. Allsup will continue to follow up for award data and provide this
information to you immediately upon rec
eipt.

Allsup will proceed with ORS to recover any outstanding overpayment that may exist once the claimant's award
information is known.

Thank you.

| **Reason:** | E-Tax inquiries | **Direction:** | Incoming |
|---|---|---|---|
| **Call Date/Time:** | 02/03/2009 | **Contact Name:** | Employee |
| **Made/Rec'd by:** | Burr, Amanda | | |

*Page 30*
Telephone Call Log
ClaimId = 11023526



*EXHIBIT - E 2*

09/05/2012

**Claim Number :  11023526**
**Claimant SSN:  ###-###-[redacted]**
**Claimant Name :  REXROAD**

Subject: Ctrl# 039900 Claim: 11023526

*** 2/12/09 9:45 AM  by: Holmes, Victoria ***

ee called stating did not receive w2
adv ee csp will have one sent
csp fwd to sr csp

Epiphany Call Doc ID: 3745927  Request Type: Claim Information
Caller Type
: Employee
Caller Phone:    Ext.    Type:
Caller Address:

                Type:
Escalated: NO
Complaint: NO

| **Reason:** | E-Claim status inquiry | **Direction:** | Incoming |
|---|---|---|---|
| **Call Date/Time:** | 03/04/2009 | **Contact Name:** | MICHAEL D REXROAD |
| **Made/Rec'd by:** | Brown, Joyce | | |

Subject: Ctrl# 039900 Claim: 11023526

*** 3/4/09 1:50 PM  by: Brown, Joyce ***

adv ee if he is appr for disability and company goes bankruptcy, that would remain on this
until his max duration...

Epiphany Call Doc ID: 3828893  Request Type: Clai
m Information
Caller Type: Employee
Caller Phone: 919-7629111   Ext.    Type: Home
Caller Address: 5244 LINWICK DR.
            FUQUAY VARINA, North Carolina  27526  United States
            Type: Home
Escalated: NO
Complaint: NO

| **Reason:** | E-Verified fax recvd | **Direction:** | Incoming |
|---|---|---|---|
| **Call Date/Time:** | 03/20/2009 | **Contact Name:** | MICHAEL D REXROAD |
| **Made/Rec'd by:** | Santos, Nelson | | |

*Page 32*
Telephone Call Log
ClaimId = 11023526



*EXHIBIT- F3*

09/05/2012

**Claim Number :**  **11023526**
**Claimant SSN:**  ###-###-
**Claimant Name :**  **REXROAD**

Explained to him,

there was change in definition effective 06/13/09
any/occ approved, that is medical information in file documents he does not have the capacity to perform reasonable work
will f/u every 2 yrs for medical update, he will be sent APS
 for completion  06/29/2011, please complete it promptly and return to us

If he developes the capacity to rtw or if he does rtw, claim will terminate
IME report sent to him
claim will be handle by another DCM but still within our area

| | | | |
|---|---|---|---|
| **Reason:** | E-Claim status inquiry | **Direction:** | Incoming |
| **Call Date/Time:** | 08/24/2009 | **Contact Name:** | MICHAEL D REXROAD |
| **Made/Rec'd by:** | Brown, Charita | | |

Subject: Ctrl# 039900 Claim: 11023526

*** 8/24/09 1:57 PM  by: Brown, Charita ***

ee wants to know if nortel goes chapter 7 will this affect his clm.

adv no clm is still approved thru 10/16/2014

Epiphany Call Doc ID: 4494314  Request Type: Cla
im Information
Caller Type: Employee
Caller Phone: 919-7629111   Ext.    Type: Home
Caller Address: 5244 LINWICK DR.
        FUQUAY VARINA, North Carolina  27526  United States
          Type: Home
Escalated: NO
Complaint: NO

| | | | |
|---|---|---|---|
| **Reason:** | Other | **Direction:** | Incoming |
| **Call Date/Time:** | 08/03/2010 | **Contact Name:** | ER kim pulliam LN |
| **Made/Rec'd by:** | Pranio, Donna | | |

**Prudential 🦁 Financial**

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date:  January 24, 2009
Claim Number: ███████████

000065 MCSM72 N3  2.100

MICHAEL D REXROAD
5244 LINWICK DR
FUQUAY VARINA, NC 27526-7548
IₙIₙII.ₙI.I.I.ₙₙI.I.I.ₙIII.ₙₙI.I.I.I.I.ₙI.I.ₙI.ₙI.ₙIₙI.ₙI

You are entitled to monthly disability benefits beginning July 2008.

## The Date You Became Disabled

We found that you became disabled under our rules on January 31, 2008.  This is different from the date given on the application.

Also, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits.  For these reasons, your first month of entitlement to benefits is July 2008.

## What We Will Pay And When

- You will receive $█████████ around January 30, 2009.

- This is the money you are due for July 2008 through December 2008.

- Your next payment of $████████, which is for January 2009, will be received on or about the third Wednesday of February 2009.

- After that you will receive $████████ on or about the third Wednesday of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C                          See Next Page

*EXHIBIT H2*

**Privacy Act Data**

**Michael Rexroad**

*06/24/2010 09:54 AM*
*Page 2 of 2*

### YOUR BENEFIT CALCULATION
*AT AGE 63*

Pension Information used for Benefit Calculation
-----------------------------------------------------------

Years of Vesting Service:                                         23
Vesting Percentage:                                            100%

Benefit Calculation
-----------------------

(1)    Pension Service Plan (PSP) Account Balance at
       ARD:                                                $302,534.28

(2)    Plan's Present Value Factor for Conversion to a Straight Life Annuity at
       ARD:                                                  139.4460

(3)    PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:
       (1) / (2) = $302,534.28 / 139.4460 =                 $2,169.54

(4)    Plan's Adjustment Factor for Joint-and-50% Survivor
       Annuity:                                              0.89565

(5)    PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity:
       (3) x (4) = $2,169.54 x 0.89565 =                     $1,943.15

_EXHIBIT H 2_

**Privacy Act Data**

**Michael Rexroad**

## YOUR BENEFIT CALCULATION
_AT AGE 65_

Pension Information used for Benefit Calculation
--------------------------------------------------------------

Years of Vesting Service:                  23
Vesting Percentage:                    100%

Benefit Calculation
------------------------

| | | |
|---|---|---:|
| (1) | Pension Service Plan (PSP) Account Balance at ARD: | $339,927.51 |
| (2) | Plan's Present Value Factor for Conversion to a Straight Life Annuity at ARD: | 133.8780 |
| (3) | PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity: (1) / (2) = $339,927.51 / 133.8780 = | $2,539.08 |
| (4) | Plan's Adjustment Factor for Joint-and-50% Survivor Annuity: | 0.89565 |
| (5) | PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity: (3) x (4) = $2,539.08 x 0.89565 = | $2,274.13 |

EXHIBIT — I

# Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan

# Summary Plan Description 2008

*FROM NORTEL IP 2009*

Exclusions...................................................................................................................20

LONG-TERM DISABIITY BENEFITS ............................................................................20

Definition of Disability for LTD Purposes ...................................................................20

LTD Benefit Amount.......................................................................................... ..20

Reasonable Accommodations...............................................................................21

When Benefits Begin and End.............................................................................22

Waiver of Premium..........................................................................................23

Reduction of LTD Benefits Due to Other Income......................................................24

Applying for Social Security Benefits...................................................................25

Social Security Disability Benefits and Medicare.......................................................25

Mandatory Vocational Rehabilitation Program.........................................................26

Cost-of-Living Adjustment.................................................................................27

Exclusions....................................................................................................27

Preexisting Conditions Exclusion.........................................................................27

OCCUPATIONAL DISABILITY BENEFITS...................................................................28

OTHER IMPORTANT INFORMATION.........................................................................28

A Note about State Disability Laws.......................................................................28

# SECTION TWO - ADMINISTRATIVE INFORMATION

IDENTIFYING INFORMATION.................................................................................29

CONTACT INFORMATION FOR CLAIMS FILING AND APPEAL REVIEW.........................30

Claims Administrator Contact Information................................................................30

Final Appeal Reviewer Contact Information..............................................................30

Filing Claims and Appeals ..................................................................................30

- Filing a Claim for payment of a benefit under the Short-Term Disability Plan............................................31

- Decision Regarding An Initial Claim for Short-Term Disability Plan Benefits or Long-Term Disability Plan Benefits by Prudential .......31

- Appealing a Denied Short-Term Disability Plan Claim or Long-Term Disability Plan Claim to Prudential......................................32

- Appealing a Denied Short-Term Disability Plan or Long-Term Disability Plan Participation/Coverage Level Claim to HR Shared Services and Employee Benefits Committee ............ ....................................................................................................33

Final Note on Short-Term Disability Plan and Long-Term Disability Plan Claim Appeals .................................35

---

# ABOUT THIS SUMMARY PLAN DESCRIPTION

This is the Summary Plan Description (SPD) that describes the provisions of the Nortel Networks Short-Term Disability Plan and the Long-Term Disability Plan that are in effect for the 2008 Calendar Year. It is designed to provide you with a comprehensive resource providing detailed information about your short-term and long-term disability benefits and connecting you to other sources of information that could not be described fully in this SPD. It is divided into the following sections:

- **SECTION ONE – SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN BENEFITS** describes the provisions of the Short-Term Disability Plan and the Long-Term Disability Plan that determine your benefits.

- **SECTION TWO – ADMINISTRATIVE INFORMATION** includes administrative details about the Short-Term Disability Plan and the Long-Term Disability Plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

- **SECTION THREE – GLOSSARY** contains brief descriptions of terms used in this SPD.

In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in this document are capitalized. You can find these words defined in the applicable sections of this SPD or in the Glossary section at the end of this document. References to "you" throughout this document are references to the enrolled Employee.

In addition to the standards described in this SPD, when Prudential makes a claims decision they also rely on standard texts and Prudential policies concerning medical conditions, disabling conditions, and physical and mental requirements for the performance of different occupations.

In connection with the determination of your Claim, you may request, free of charge, reasonable access to, and copies of all documents, records, and other information relevant to your Claim--including any written standards that were relevant other than this SPD.  For this purpose, a document, record, or other information is treated as "relevant" to your Claim if it:

(1) was relied upon in making the determination on your Claim;

(2) was submitted, considered, or generated in the course of making the determination on your Claim, regardless of whether such document, record, or other information was relied upon in making the determination;

(3) demonstrates compliance with the administrative processes and safeguards required in making the determination on your Claim; or

(4) constitutes a statement of policy or guidance with respect to the Long-Term Disability Plan, regardless of whether such statement was relied upon in making the determination on your Claim.

To request a document, record, or other information described above in determination of your Claim, send a written request to Prudential at the following address:

Prudential Insurance Company of America
2 Ravinia Drive
Suite 1650
Atlanta, GA 30346

# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

| Core STD Benefit | Optional STD Benefit |
|---|---|
| 100% of your pre-disability FLEX Earnings for up to 6 weeks, then 66 2/3%* of your pre-disability FLEX Earnings up through the next 20 weeks | Increase core coverage from 66 2/3 to 90% of your pre-disability FLEX Earnings for the 7th week through the 26th week |

## Long-Term Disability (STD)

| Core LTD Benefit | Optional LTD Benefit |
|---|---|
| 55%* of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks | Increase your core coverage from 55 to 66 2/3 of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks |

*Or statutory minimum (if greater)

# If You are on Disability During an Annual Enrollment Period

## STD

If you are receiving STD Plan benefits during an Annual Enrollment Period, and you are still receiving such benefits when your newly selected coverage is supposed to begin, the following provisions will apply:

- You will receive FLEX Credits and may select new choices for your FLEX Benefits, including optional STD and/or optional LTD. However, your new choices will not affect the benefits you are currently receiving, as explained further below.

- You will continue to be eligible for STD benefits under the selections you were enrolled in at the time your STD began. Should you become eligible for LTD, your benefits would be paid under the provisions of the selections you were enrolled in during your STD as well.

- Once you return to Active Work for 30 days, you will be covered under your new selections (your choices at the Annual Enrollment Period), and any Payroll Deductions for the new coverage will begin.

## LTD

If you are receiving LTD Plan benefits during an Annual Enrollment Period, you will not be eligible to enroll in STD or change your current LTD selection. (However, medical, dental/vision/hearing care, life insurance, and AD&D benefits will continue to be available to you.) In addition, the following provisions will apply:

- You may change your medical and/or dental/vision/hearing care selections.

- You may not increase optional life insurance or optional AD&D insurance coverage for yourself or your eligible Dependents. However, you may decrease or drop this coverage.

- You will continue to be eligible for LTD benefits under the selection in which you were enrolled when your LTD began.

- Once you return to Active Work for 30 days, you may change your enrollment selections, since this is considered a Status Change. For more information on status changes, refer to page 12.

| If you enroll and pay the required contribution | Your coverage will be effective on |
|---|---|
| As a new Employee within 31 days after your Hire Date | The day HR Shared Services receives your selections. |
| Within 31 days of a Status Change event | The date the Status Change event occurs. |
| During the Annual Enrollment Period | The first day of the next Plan Year, normally January 1 |

If you do not enroll under any of the above circumstances, you will be covered under core STD and core LTD plans only, and you must wait until the next Annual Enrollment Period (or experience an applicable Status Change) to select optional STD or optional LTD coverage.

# During the New Hire Enrollment Period

You have 31 days from your Hire Date to enroll in the optional benefits provided under the Short-Term Disability Plan and the Long-Term Disability Plan. If you enroll within 31 days of your Hire Date, your optional Short-Term Disability Plan and the Long-Term Disability Plan coverage will be effective on the date HR Shared Services receives your selections. You will not have coverage under any optional Short-Term Disability Plan or Long-Term Disability Plan benefits until you enroll in the Plan. The Effective Date of the enrollment is explained above.

## If You Do Not Enroll

If you do not enroll under any of the above circumstances, you will be covered under core Short-Term and Long-Term Disability Plan coverage only. (Information about the core benefits is provided on page 7.) YOU WILL HAVE NO OPTIONAL COVERAGE until the next Plan Year (if you elect such optional coverage during the next Annual Enrollment Period) or until you elect optional coverage following an applicable Status Change.

# During the Annual Enrollment Period

Each year during the Annual Enrollment Period (generally in the fall), you will make your FLEX selections, including your choices among the Short-Term Disability Plan and the Long-Term Disability Plan options, for the next Plan Year. Before the Annual Enrollment Period begins, you will receive materials to help you make your decisions, as well as instructions on how to enroll. The FLEX selections you make during the Annual Enrollment Period will go into effect on the first day of the following Plan Year and remain in effect through the end of the Plan Year unless you make a new selection due to a Status Change. The Effective Date of the enrollment is explained under "Changing your Selections During the Plan Year" on page 12.

## If You Do Not Enroll

If you do not enroll during the Annual Enrollment Period the Short-Term Disability Plan and Long-Term Disability Plan option and coverage level in which you were enrolled in 2007 continue in 2008.

# WHEN COVERAGE ENDS

Your core and optional STD and LTD Plan coverage will end on the earliest of:
- • the date your employment ends, or
- • the date you stop qualifying for coverage, or
- • the date the part of the plan providing the coverage ends, or
- • the date you fail to pay any required premium contribution.

For coverage purposes, your employment will end when you are no longer Actively at Work as an eligible full-time or part-time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence from work.

If you stop Active Work for any reason, you should contact HR Shared Services at once to determine what arrangements, if any, can be made to continue any of your coverage.

# WHAT COVERAGE COSTS

Core STD and Core LTD coverage are provided at no cost to you. You pay the full cost of optional STD and optional LTD coverage. The cost of coverage is determined by the Company each year. The Company reserves the right to change your cost of coverage as necessary.

If you select optional STD or LTD coverage, your Employee contributions are deducted from your paycheck each pay period on a Before-Tax basis or you may be able to use FLEX Credits to pay some of the cost if you do not use your FLEX Credits to pay for other benefits. The Company makes available FLEX Credits which may be used to pay for Optional FLEX Benefits under the FLEX Program. (More information about FLEX Credits is provided in the FLEX Overview SPD, located on Services@Work.) All full-time and part-time Employees who are eligible to participate in the Plan receive the same number of FLEX Credits. The amount of FLEX Credits you receive as well as your cost for each of the options available under FLEX is shown on the FLEX online enrollment tool or your Personalized Enrollment Worksheet (if you don't have intranet access). The Amount of FLEX Credits may also be changed by the Company.

# WHEN CONTRIBUTIONS BEGIN

Contributions for the optional Short-Term Disability Plan and the optional Long-Term Disability Plan benefits begin with the first full pay cycle following the Effective Date of your coverage. Effective Dates are described under " When Coverage Begins " on page 10.

Core STD and Core LTD coverage is provided at no cost to you. You will pay for optional STD and LTD coverage with before-tax dollars. Contributions are deducted from your paycheck each pay period.

---

STD applications are reviewed for concurrent Family Medical Leave eligibility. STD benefits will apply toward meeting the total leave entitlement required under the Family and Medical Leave Act of 1993 or similar state laws if applicable.

# STD Benefit Amount

## Core STD Benefit

Before STD benefits can begin, you must be Ill or Injured for five consecutive days. These five days constitute the "waiting period." If you are subsequently approved for STD, the five-day waiting period is treated as week one of your STD benefit period. The STD plan pays a weekly benefit of 100% of your pre-disability FLEX Earnings for up through six weeks of your disability. After the first six weeks of disability, the core STD Plan pays 66 2/3% of your pre-disability FLEX Earnings for up through the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described under the "Reduction of STD Benefits Due to Other Income" section on page 18.

## Optional STD Benefit

If you elected optional STD coverage, it increases your coverage so that after the first six weeks of disability, the plan pays 90% of your pre-disability FLEX Earnings for up through the next 20 weeks. Optional STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described under the "Reduction of STD Benefits Due to Other Income" section on page 18.

## STD Benefits for Part-Time Employees

If you are a part-time Employee and work 20 hours or more per week, the number of hours you are regularly scheduled to work will be used to determine the amount of your disability benefit.

If you work less than 20 hours a week:

- Your medical leave of absence will be unpaid, unless otherwise required by applicable state law.

- You are eligible for a medical leave of absence only if you have been Actively at Work for at least 1,250 hours during the 12 months immediately prior to the beginning of the period of disability.

You may request a personal leave of absence if you are not eligible for a medical leave of absence but you are medically unable to work.

## Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis during the first six weeks that you are receiving STD benefits, you will receive all of your earned wages for the period that you work plus a reduced STD benefit for the period you receive disability benefits.

Because your return to work on a part-time basis will decrease the amount of STD benefits you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your pre-disability FLEX Earnings.

# When Benefits Begin and End

Administratively, STD Plan benefits will begin on the sixth consecutive working day of your disability. At the onset of your disability, if you are a full-time employee working part-time (due to your disability)and on partial disability the remainder of the time, STD benefits will not begin until your absence satisfies the equivalent of five full-time work days, e.g., 10 part-time work days.  If you begin to receive STD benefits, the five-day waiting period will count toward your total period of disability.
 If you begin to receive STD benefits, the five-day waiting period will count toward your total period of disability benefit payments.

STD benefits end when:

- Your eligibility ends,

- You are no longer Totally Disabled,

- Your employment with the Company ends, or

- You have received 26 weeks of STD benefits.

# If You Are Disabled Again

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator  that benefits are no longer payable to you, or by payment of the maximum STD benefit), you will have no STD coverage until you return to Active Work status.

If, after you return to Active Work, you become Totally Disabled again, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, *and*

- You were Actively at Work less than  30 consecutive days since you were Totally Disabled, *or*

- You have not returned for one full day of full-time Active Work between the two disability periods.

You will be considered Actively at Work on any of the Company's scheduled workdays if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

Here are some examples of how this provision works:

- You have received STD benefits for 10 weeks, and you return to Active Work for one week before the same Illness requires you to stay at home again. In this case, STD benefits continue under the previous Claim for the rest of the 26-week period (if you are determined to be Totally Disabled under the STD plan provisions).

- You have received STD benefits for 10 weeks, and you return to Active Work for 30 consecutive days.. Then, the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for STD benefits for a new 26-week period (if you are determined to be Totally Disabled under the STD plan provisions).

- You have received STD benefits for 10 weeks, and you return to Active Work for one day. Then, a different Illness requires you to stay at home again. In this case, you will have to file a new Claim

single lump-sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan, or

- Any periodic or single lump-sum payments received as a retroactive award may be allocated retroactively.

It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If the Claims Administrator finds that the actual amount of Social Security and other income that you receive is different from the amount used to determine your STD benefits, the following rules apply:

- If STD benefits have been underpaid, this plan will be required to make a lump-sum payment to bring the total payments to the amount that should have been paid.

- **If STD benefits have been overpaid, you will be required to make a lump-sum reimbursement payment to the plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your STD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.**

# Applying for Social Security Benefits

If you anticipate that your Illness or Injury will be long term or will result in a permanent disability, you must apply for Social Security Disability benefits in a timely and diligent manner.

**While your application for Social Security or other sources of disability income is pending, the plan may estimate your income from these sources and use that amount to determine your benefit under this plan. Before your Social Security benefits or other sources of disability income begin, you may choose to sign a Reimbursement Agreement to reimburse the plan for the amount of the excess payment that you receive as an STD benefit. If you sign this agreement, your Social Security benefit or other income will not be taken into consideration for your STD benefit while your applications, and any subsequent appeals, are pending. However, you will have to pay that amount back immediately when your Social Security benefit begins. You must make a lump-sum reimbursement payment to the Plan equal to the amount of the offset for the Social Security benefit that was not taken while the Social Security (or other disability income) benefit award was pending. Contact the Claims Administrator immediately upon your receipt of notification that your Social Security (or other) benefit has been awarded. The Claims Administrator will calculate the amount of the overpayment that you must repay to the Plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your STD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan**

If your claim for Social Security disability benefits is denied, you must appeal at the Reconsideration level. If benefits are denied again, you must appeal at the Administrative Law Judge level.

If you do not give the STD plan written proof that your application for other disability benefits has been denied, the plan may estimate your weekly Social Security benefits and other income, and use that amount to determine your benefit under this plan.

---

Physician. This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and who must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. You must continue to be under the regular care of a Physician who certifies your Total Disability throughout the period when you claim to be Totally Disabled to receive a benefit from the LTD Plan. The Claims Administrator has the discretion to make the decision regarding whether you are Totally Disabled—not your Physician.

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required (either additional physical examinations and medical testing or file reviews of existing medical records), at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury.

After the first 18 months of covered Total Disability (from the first day of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training, or experience.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Claims Administrator. If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

# Reasonable Accommodations

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work. If a reasonable accommodation has been identified, but you choose not to accept the accommodation, your STD benefit may be discontinued. If the Company is unable to accommodate limitations resulting from your Illness or Injury, your benefit will not be affected. . Reasonable accommodations may include, but are not limited to:

- General accommodations — the removal of structural, communication, or other barriers, and

- Job-related accommodations, such as:

    o   Part-time or modified work schedules,

    o   Home-based work,

    o   Reassignment to vacant positions,

    o   Acquisition or modification of tools, equipment, and/or furniture, and

    o   Modifications to business travel schedules.

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.

## If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, and

You were Actively at Work less than three consecutive months since your first disability.

If your disability is considered a continuation of your initial disability, LTD benefits are immediately payable. If your disability is a new disability, LTD benefits are payable only after you complete a new 26-week waiting period during which you are paid benefits from the STD Plan.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit), you will have no LTD coverage and no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day, in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

# Waiver of Premium

While you are receiving LTD benefits (either full or partial), you will not be required to pay premiums for any optional STD, optional LTD, or optional employee life insurance coverage you have selected. You

It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different from the amount used to determine your LTD benefits, the following rules apply:

- If LTD benefits have been underpaid, this plan will be required to make a lump-sum payment to bring the total payments to the amount that should have been paid.

- **If LTD benefits have been overpaid, you will be required to make a lump-sum reimbursement payment to the plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your LTD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.**

# Applying for Social Security Benefits

If you anticipate that recovery from your Illness or Injury will be long term or will result in a permanent disability, you must apply for Social Security disability benefits in a timely and diligent manner.

**While your application for Social Security or other sources of disability income is pending, the plan may estimate your income from these sources and use that amount to determine your benefit under this plan. Before your Social Security benefits or other sources of disability income begin, you must sign a Reimbursement Agreement to reimburse the plan for the amount of the excess payment that you receive as an LTD benefit. If you sign this agreement, your Social Security benefit or other income will not be taken into consideration for your LTD benefits while your applications, and any subsequent appeals, are pending. However, you will have to pay the full amount of your Social Security disability benefits award or other income award (up to the amount of LTD Plan benefits that have been paid to you) to the Claims Administrator immediately on receipt of the award. The Claims Administrator will provide you with a Reimbursement Agreement during your transition from STD to LTD.   You must make a lump-sum reimbursement payment to the Plan equal to the amount of the offset for the Social Security benefit that was not taken while the Social Security (or other disability income) benefit award was pending.  Contact the Claims Administrator immediately upon your receipt of notification that your Social Security (or other) benefit has been awarded.  The Claims Administrator will calculate the amount of the overpayment that you must repay to the Plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your STD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.**

If your claim for Social Security disability benefits is denied, you must appeal at the Reconsideration level. If benefits are denied again, you must appeal at the Administrative Law Judge level.

If you do not give the plan written proof that your application for other disability benefits has been denied, the plan may estimate your weekly Social Security benefits and other income, and use that amount to determine your benefit under this plan.

# Social Security Disability Benefits and Medicare

If this applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program.

# Cost-of-Living Adjustment

For disabilities beginning on or after July 1, 1994 but before January 1, 2000, prior plan provisions provide a cost-of-living adjustment (COLA) for LTD benefits. This adjustment applies to your core and optional LTD benefits each year after the first year of LTD. This adjustment increases your total LTD benefits by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase by 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one-year anniversary date that your LTD benefits began and is increased each year thereafter (when a CPI increase applies), beginning the same calendar month as your first COLA increase.

The LTD plan does not provide a COLA increase for LTD benefits for disabilities beginning on or after January 1, 2000.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by any of the following:

- Intentionally self-inflicted Injury, including a disability or Injury that results from the use of hallucinogenic or narcotic drugs, except when legally prescribed by a Physician and taken in accordance with the Physician's direction,

- Your participation in the commission of an assault or felony,

- War or any act of war (declared or undeclared), insurrection, or rebellion, or your participation in a riot or civil commotion,

- A Preexisting Condition (as described below),

- A disability or Injury that occurs while you are on a personal leave of absence, a military leave of absence, or while not Actively at Work, or

- A disability or Injury that occurs after a period of Total Disability has ended, but prior to your returning to Active Work.

# Preexisting Conditions Exclusion

If you are a newly hired Employee, you will not be covered for LTD benefits if a Total Disability occurs within 12 months after your LTD Plan coverage is initially effective, and if the disability is caused by or in any way related to a "Preexisting Condition" that existed within 90 days of your coverage Effective Date.

A "Preexisting Condition" is an Illness, Injury, or condition for which you:

- Received treatment or services from a Physician,

- Took drugs or medicines prescribed by a Physician,

- Incurred expenses, or

- Received a diagnosis.

If the Claims Administrator determines that you have received an overpayment of benefits due to an error, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under the STD plan, the LTD plan, or any other Company welfare plan.

# SECTION TWO – ADMINISTRATIVE INFORMATION

This Administrative Information section provides further administrative details about this plan, such as identifying information about the Plan that is required under ERISA, how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

## Identifying Information

Plan Type under ERISA:  Welfare Plan

Plan Number:  509

Funding Method:  Self-funded with contributions held in trust

Contribution Source:  the Companies that sponsor the Plan pay the full cost of the core STD and core LTD plan coverage and participating Employees contribute to the cost of the optional STD and optional LTD plan coverages.

Companies that Sponsor the Plan:  Nortel Networks Inc. (employer identification number 04-2486332) and certain other related companies sponsor this Plan for their eligible Employees.  For a current list of sponsoring companies, please contact HR Shared Services at 1-800-676-4636.

The address for Nortel Networks Inc. is:
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

Agent for Service of Legal Process:
Attn:  Lynn Egan
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228-1397
615-432-4787

Legal Process may also be served upon the trustee of a trust that funds benefits under the Plan.

Trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the Plan):
Retirement Services Group
Bank of America
213 South LaSalle Street
Chicago, IL 60697
312-828-2345

## 1. Filing a Claim for payment of a benefit under the Short-Term Disability Plan:

The process for requesting a Short-Term Disability Plan benefit is as follows:

a. Contact the TOPS Leave Administrator at 877-664-8677 to initiate the process.  An agent will conduct an interview to obtain all necessary information for your Short-Term Disability claim.

b. Prudential will contact your treating physician(s) to obtain all medical information. Once obtained, Prudential will review all documentation and notify you of the decision to approve or deny your request for Short-Term Disability Plan benefits. If Prudential is unable to reach the physician, s/he will communicate to you and send necessary forms by regular mail to you for your physician to complete. To avoid delay in processing the claim, you may also download the necessary forms Medical Release and Attending Physicians Statement from S@W and send to Prudential. (If Prudential does not receive the completed medical forms within **15 calendar days of last day worked, your pay will be suspended.)**

## 2. Filing a Claim for payment of a benefit under the Long-Term Disability Plan:

Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 15 days your monthly LTD benefits and any retroactive payments could be delayed   If Claims Administrator approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

## 3. Decision Regarding An Initial Claim for Short-Term Disability Plan Benefits or Long-Term Disability Plan Benefits by Prudential

Prudential will notify you of the Claim decision on your Short-Term Disability Plan claim or your Long-Term Disability Plan claim (as applicable) within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your Claim, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which Prudential expects to decide on your Claim, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to decide the Claim, the period for making the benefit determination by Prudential will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from Prudential of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a.  the specific reason(s) for the denial,
b.  references to the specific plan provisions on which the benefit determination was based,
c.  a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,
d.  a description of Prudential's appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following your appeals, and
e.  if an adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination will be provided free of charge upon request.

## 4. Appealing a Denied Short-Term Disability Plan Claim or Long-Term Disability Plan Claim to Prudential

The Prudential Appeals Review Unit will make a determination on the second Claim appeal within 45 days of the receipt of the appeal request. This period may be extended by up to 90 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date by which the Appeals Review Unit expects to render a decision will be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the date on which you responds to the request for additional information.

If the Claim on appeal is denied in whole or in part for a second time, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by you and shall include the same information that was included in the first adverse determination letter. If a decision on appeal is not furnished to you within the time frames mentioned above, the Claim will be deemed denied upon appeal.

## 5. Appealing a Denied Short-Term Disability Plan or Long-Term Disability Plan Participation/Coverage Levels Claim to HR Shared Services and Employee Benefits Committee

### First Level Appeals for Denied Participation/Coverage Levels Claims to HR Shared Services

Appeals regarding eligibility to participate in the LTD Plan or the STD Plan and elections regarding coverage levels under those Plans (such as whether you had a Status Change that would entitle you to change your coverage level or whether you elected Optional Short or Long-Term Disability Plan coverage) must be made in writing to HR Shared Services. See the list above for contact information. Your appeal should include an explanation of the eligibility to participate or coverage level issue, the facts surrounding the request, and any documentation that will support the request for the approval of eligibility or coverage level including a copy of the applicable enrollment confirmation form, proof of status change date, or documentation supporting the request for eligibility outside the enrollment periods for Annual Enrollment, New Hire enrollment, or Status Change deadlines. HR Shared Services will review the information and review enrollment files, call center tickets, and refer to the plan document for the particular eligibility or coverage change being requested.

HR Shared Services will notify you of the appeal decision on your participation or coverage level issue under the Short-Term Disability Plan or your Long-Term Disability Plan (as applicable) within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your appeal, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which HR Shared Services expects to decide on your appeal, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to render a decision, the period for making the benefit determination by HR Shared Services will be stopped from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from HR Shared Services of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a.  the specific reason(s) for the denial,
b.  references to the specific plan provisions on which the benefit determination was based,
c.  a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,

notification until the date you respond to the request for additional information. The EBC will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

The EBC's notice of an adverse benefit determination on your final appeal will contain all of the following information:

1. The specific reason(s) for the adverse appeal determination.
2. Reference to the specific plan provisions on which the appeal determination is based.
3. A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your appeal.
4. Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse appeal determination or notice that a copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse determination will be provided free of charge to you upon request.
5. A statement of your right to bring an action under ERISA.

## Final Note on Short-Term Disability Plan and Long-Term Disability Plan Claim Appeals

Following a final adverse benefit decision, you have the right to bring a civil action under ERISA section 502(a). You and the Plan representatives may have other voluntary alternative options, such as mediation. One way to find out what may be available to you is to contact your local U.S. Department of Labor Office.

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's Employee benefit plan, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

## Receive Information about Your Plan and Benefits

- Examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents governing the plan, including insurance contracts (if any), and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration (EBSA).
- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts (if any), and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may request a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a summary of this annual report.

## Prudent Actions by Plan Fiduciaries

# FUTURE OF THE PLAN

Although the benefits currently available (in the 2008 Plan Year) are described in this summary for the Company's Short-Term Disability Plan and the Long-Term Disability Plan, the Company reserves the right to change or end the plans described in this summary at any time. Any plan changes will result from actions taken and approved by the Company. The Company may adopt such changes or terminate the plan at any time and for any reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law. However, this does not constitute an implied or expressed contract or guarantee of employment.

**Claim**
A request by a covered person for a benefit under a specific plan.

**Claims Administrator**
The company or third party administrators responsible for processing and paying benefit Claims and other various administrative services.

Company – Nortel Networks Inc.

**Core FLEX Benefits**
Benefits fully paid by the Company. You are automatically enrolled in the following core coverage and have no choices to make in order to have coverage in these benefits:
- Short-Term Disability coverage at 100% of your pre-disability base salary (called FLEX Earnings - see this glossary for more on what is and isn't included in this amount) for six weeks, then 66 /3% of your pre-disability FLEX Earnings for up to 20 additional weeks,
- Long-Term Disability coverage at 55% of your pre-disability FLEX Earnings after you have been disabled for 26 consecutive weeks,
- Employee Life Insurance equal to one times your FLEX Earnings,
- Employee Assistance Program provides free confidential counseling for up through the first 8 visits.

You can supplement your Core FLEX Benefits by purchasing Optional FLEX Benefits with FLEX Credits provided by the Company and with Before-Tax and After-Tax Contributions.

**Dependent**
For the purpose of Status Changes, Dependents include:
- your spouse, including your common-law spouse as recognized by applicable state law,
- your qualified Domestic Partner, (see definition of Domestic Partner),
- your unmarried Children and your Domestic Partner's unmarried Children under the age of 19, (see definition of Children),
- your unmarried Children and your Domestic Partner's unmarried Children between the ages 19 and 25 who are full-time students at an accredited school and are primarily supported by you, and
- your unmarried Children and your Domestic Partner's unmarried Children of any age who have a mental or physical disability that began before age 19 (or age 25 if they are a full-time student) and who are Wholly Dependent on you for support and maintenance and became dependent before age 19 (or age 25 if a full-time student).

For the purpose of a reduction in STD or LTD benefits due to other income (i.e., application of the family offset), a Dependent includes:
- any Dependent receiving Social Security Disability Benefits due to your disability regardless of whether or not that Dependent is living with you and is or is not considered a Dependent for tax purposes.

**Doctor**
A licensed practitioner of the healing arts acting within the scope of the license.

**Effective Date**
The date coverage goes into effect under the plan.

**Employee**
A person employed by the Company or any of its Affiliates on a permanent basis; the term also applies to that person for any rights after coverage ends. The term specifically excludes independent contractors and all other workers providing services to the Company or an Affiliate who are not recorded as employees on the payroll records of the Company or an Affiliate, including any such individual who is subsequently reclassified by a court of law or a regulatory body as a common law employee of an Employer.

**Optional FLEX Benefits**
Benefits you pay for with FLEX Credits, Before-Tax Contributions or After-Tax Contributions. Optional FLEX Benefits supplement Company paid Core FLEX Benefits. You can apply FLEX Credits or make *Before-Tax Contributions to the following options:*

- Medical coverage for yourself or yourself and your enrolled Dependents (you have sufficient FLEX Credits to buy medical coverage for yourself only under the Preferred Provider Organization, or Out-of-Area Comprehensive option if you don't live within a Network Area, but you may waive medical coverage if you choose),
- Dental, Vision and Hearing Care coverage for yourself or yourself and your eligible dependents,
- Optional Short-Term Disability coverage that increases your Core benefit to 90% of your pre-disability FLEX Earnings for up to 20 weeks after the first six weeks of disability,
- Optional Long-Term Disability coverage that increases your Core benefit to 66 2/3% of your pre-disability FLEX Earnings when you have been disabled for 26 consecutive weeks, and/or
- Health Care and/or Dependent Day Care Reimbursement Accounts

You can apply FLEX Credits or make After-Tax Contributions to the following options:

- Additional life insurance for yourself,
- Dependent life insurance for your spouse and/or Children, and
- Optional AD&D insurance for your spouse and/or Children.

**Payroll Deduction**
Contributions taken from your pay either before or after federal income, FICA (Social Security) and most state and local income taxes are deducted.

**Physician**
See "Doctor."

**Plan Administrator**
Nortel Networks Inc. (NNI) acting by and through its Board of Directors.

**Plan Year**
January 1 to December 31. The Plan Year may change from time to time as determined by the Plan Administrator prior to the first day of the Plan Year.

**Preexisting Condition**
Any condition for which you:

- receive treatment or services,
- incur expense,
- receive diagnosis, or
- take prescribed medication

before coverage begins.

**Sickness**
See "Illness."

**Status Change**
You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following Status Changes. Other than the Annual Enrollment Period, the occurrence of a Status Change is the only time you can change your FLEX choices. The list of Status Changes includes but is not limited to:

- Marriage,
- Domestic Partner relationship becoming qualified for eligibility and verified by HR Shared Services
- Divorce, annulment or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,

**Total Disability, Totally Disabled**
For the Short-Term Disability plan, the inability to perform the work you normally perform due to Illness or accidental Injury, as certified by a Physician.
For the Long-Term Disability plan, during the first 12 months, the inability to perform the work you normally perform. After the first 12-month period, you will be considered Totally Disabled if you are unable to perform any job you are or could become qualified to do with your education, training or experience.

**Wholly Dependent**
Complete dependency for the full care, support and maintenance of a physically or mentally disabled individual, including services necessary to maintain life, such as Room and Board, health and comfort of the Dependent.

**Workers' Compensation Benefits**
Benefits covered under Workers' Compensation law.