IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) | Hearing Date:     Feb. 12, 2013 at 10 a.m. |
| | ) | RE:              D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Brenda L. Rohrbaugh, (the LTD Employee) of the above captioned debtors and debtors-in-Possession (the "Debtors"), hereby submits this **Objection to Debtors' Motion for entry of an order authorizing the Debtors' to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees.** In support of this Objection, Brenda Rohrbaugh respectfully represents as follows:

### BACKGROUND

1. I am currently 52 years of age, becoming disabled October 2001 due to new onset partial complex seizures with secondary generalization (convulsive). My seizures are intractable and occur with no aura or warning. I incurred severe complications, injuries and additional diagnosed conditions forcing me to go onto LTD in April 2002. The inter-related and intractable diagnoses of seizures, is further complicated by hydrocephalus and severe migraines; cardiac arrhythmias (PSVT), gastrointestinal conditions including an inability to maintain nutrition/weight, several auto-immune disorders, a multitude of severe drug,

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

environmental and food allergies that have caused my overall health to greatly deteriorate since this time.

2. My condition is not expected to improve.

3. I worked for Nortel in an executive level environment when I became disabled. My position directly contributed both to the fiscal and marketing success of my global account team. My efforts were noted and praised in performance reviews by my manager and also my peers. I personally collected global receivables totaling millions of US dollars, that otherwise would have been lost to the Company. My marketing and communication efforts combined interfacing with professional contacts that I established within this highly sought after joint-venture client base, that resulted in retaining a high-end account customer, thereby also bringing added value not only to my own position, but to that of my account team, those of the executives that I represented, and especially to that of the business model and direct profits of Nortel, as a whole. I invested myself, my time and my talent to the Company, to Nortel, working long days, overnights and weekends as a salaried employee, with no overtime pay; to meet the needs that my career demanded. I was totally committed. In addition, I managed and mentored my team's interns, members and my assigned direct reports in a global environment, always giving more than 100%, even during my new onset illness. Yes, I was paid a salary, but I was promised more. I was repeatedly promised verbally, via company communications and literature that I would also be provided welfare and insurance benefits through and beyond retirement age. (Exhibit A)

4. Becoming disabled was never a choice for me. Given a choice, I truly would have chosen differently. This is why I purchased insurance. This is why I upgraded my benefits to the highest allowable level that I could, prior to my ever becoming ill. For the "added value of protection". I trusted that by entering this contractual agreement, paying my premiums and abiding by my contractual obligations that these benefits would be provided for me. I was assured again and again, by Nortel, Nortel's acting agents (Prudential and Employee Advocacy Group (EAG) and Global Benefits' (HR) personnel, both verbally and/or in writing that my eligibility and benefits were good, intact and deliverable through my retirement age.

5. I have gone through the Social Security Disability Process and have met their higher standard of being classified as being "Totally and Permanently Disabled". I have been certified by my team of Physicians of various medical specialties, as "Totally and Permanently Disabled" and this has been accepted as verified by Prudential Insurance Company, acting agent of the Company.

6. My husband and I have already suffered tremendously over the years since my illness initially forced me into disability and are now facing total financial ruin should I lose any or all of the LTD welfare benefits and coverage I contracted for. The stance that SSA benefits would be enough to cover my needs is simply not true. This is why I made the wise and prudent choice to purchase a full package of personal insurance for medical, drug, dental, vision, hearing, life, AD&D insurance and upgraded all to the maximum level of benefits allowed under my eligibility with the Company, Nortel Networks. To presume public assistance will meet full needs is an unwise presumption for anyone, especially if one is not near retirement age, as I am. Little did I know that I chose so wisely before my illness struck. My seizures have caused me bodily harm, sustaining severe injuries and pain. They also have caused cognitive and physical limitations upon me. I have also required three brain surgeries to date for treatment

and emergent reduction of elevated Cerebral Spinal Pressure, (CSP, diagnosed as hydrocephalus), for VP shunt placement and consequential failures, replacements, resulting complications and infections. Future failures or brain infections/vulnerabilities are possible. My medical conditions are so inter-related that to lose any of these benefits would be severely detrimental to me. When dealing with neurological disorders, one must be particularly cognizant that the brain affects all areas of the body. A convulsive seizure may cause a heart attack, particularly in someone with certain types of arrhythmias (PSVT), combined with nutritional disorders-- thereby further potentially damaging an already jeopardized vital life sustaining organ. With drug allergies and frequent infections due to a weakened immune system, I require many non-formulary drugs not currently or no longer available on the market, that must be specifically made per physician's order in a compound pharmacy. Many, if not most of these medications are not covered by governmental insurance or if they are, they are astronomical in costing as to be unaffordable to me. These prescriptions, are however, covered by most private pharmaceutical insurance companies. My auto-immune, gastro-intestinal disorders and food allergies leave me with limited ability to eat regular food, so I now require a specialized diet which is quite expensive and not available by governmental assistance or subsidy. My current weight is 91 lbs. I also require more frequent dental care as a result. My neurological conditions also directly affect my vision causing checkups and changes to my prescriptions frequently.

I cannot afford to purchase outside insurance coverage for the additional care for dental, vision, or hearing etc. that is not subsidized under SSA. Without my complete welfare benefits I will be unable to meet the most basic daily needs of my life. I will not be able to protect my future financially in the event of AD&D or that of my husband at the time of my eventual death. This is precisely why I purchased and upgraded the complete welfare benefit package, the upgraded STD/LTD package and Life Insurance from Nortel.

Life as a disabled person is a very complex and devastating road to navigate under the best of circumstances, but one that will surely place my life, my future well being and possibly even my prognosis in jeopardy should I lose the full welfare and LTD benefits that I signed up for, paid my full premiums for and most certainly have fulfilled my contractual obligations to receive.

## RELIEF REQUESTED

7. I ask the Court to reject the Debtor's Motion to Terminate the LTD plans till Brenda L. Rohrbaugh reaches age 65 or compensate for the "promise" (insurance payments plus all welfare and LTD benefits that were outlined in Plan Summary Documents), to be awarded as per the "Proof of Claim";

8. My Total Claim is $408,380.51, which is a projection to age 65 for said contractual LTD and welfare benefits; (Exhibit B);

9. The Company always represented to me through their representatives, agents of Prudential Insurance Co. and Employee Advocacy Group (EAG), written materials (i.e.; employee handbooks, Summary Plan Documents, correspondence, websites and phone calls), that the LTD benefits would remain intact, be provided and paid to me in full, until I reached age 65. Nortel paid for the base 60% coverage, until I paid the premium to increase it to 70% which was PRIOR to my disability. (See 2012 benefit selection forms as to what I elected prior) Exhibit C;

10. Prudential Insurance Company has issued me a letter stating to me that my "benefit will remain the same provided your income from other sources does not change. Your benefits will continue through ▓▓▓▓▓, 2025 provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements". **This letter was not written in lieu or in promise of income for any loan or any other contractual agreement pending**. It was offered to me as proof of Long Term Care Income to the Internal Revenue Service, a Federal Governmental Agency. It should also be noted, my specialized physicians of record have signed off on my Physician Statement forms since the beginning of my LTD start date. They certified me then and maintain me still as ***"Totally and Permanently Disabled."*** I have not only met Prudential's prerequisite two-year requirement of filing and fulfilling requests for physician re-certifications, but I also have called them frequently to keep them apprised of my updated condition and surgeries voluntarily. I have made the effort to go above and beyond the normal standards to meet <u>all</u> contractual obligations placed upon me by Prudential Insurance Company, agent for Nortel; (Exhibit D)

11. Nortel plans to break this contractual agreement, <u>after</u> I've become disabled. I've paid premiums for the Group Insurance Policy and the Life Insurance Policy (#39900);

12. Nortel has proven that it indeed has enough funds to take care of its obligations to fulfill its contract to me and the other LTD employees.

## SUMMARY

(A) Language used in the LTD Summary Plans (SPDs) for the year I was forced into LTD Long Term Disability (2001), fed the reliable and repeated understanding the I was to receive full Long Term Disability and all other welfare benefits until I reached the age of 65. Language ambiguities and omissions purposefully injected by the Company, then projected and perpetrated by its acting agents and approved by their officers do exist in the SPD, its literature and language being distributed to the employees. It is not equitable for me to be therefore harshly penalized for deceptions represented in the document the author clearly owns, <u>after becoming disabled</u>; (Exhibit E)

(B) All documents and communication from Prudential, carried banners of "Prudential Insurance Company": claims forms, LTD paystubs, correspondence from LTD Claims Managers, LTD pay stubs, LTD W2 statements;

(C) Nortel, Prudential and Employee Advocacy Group (EAG) and their spokespersons confirmed that I would receive LTD benefits until I reached age 65;

(D) Fiduciary obligations are not served when an essentially solvent benefit is offered; nor when the same agent seeks to terminate my employment to expressly deny me LTD benefits, <u>after</u> I have already become disabled and for which I have clearly met my contractual obligations to receive them in full;

(E) Nortel is well within their means to meet their contractual obligations with myself and all the LTD employees that generated the assets the Debtors possess. Fulfilling the LTD benefits obligation is in no way detrimental to the ability of Nortel to "recover" as they are indeed liquidating. This is truly life and death for the entire LTD base that invested their skills and

knowledge that built Nortel vs. the portfolio health of others. Nortel must meet their LTD commitment;

(F) Nortel is seeking to breach a contract that they had with me and should be required to make good on it as I provided all my work services to them in good faith, paid my premiums, etc. ;

Exhibit A: Quarterly Self Performance/Peer Feedback Review 2001

Exhibit B: Proof of Claim

Exhibit C: 2012 Nortel Benefit Confirmation

Exhibit D: Letter From Prudential Insurance Company

Exhibit E: LTD *Summary Plan Document* (SPD Plan Year 2000

## NOTICE

13. Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); (b) the United States Trustee for the District of Delaware; and (c) counsel to the LTD 1102 Committee (Elliott Greenleaf) via first class mail. Other parties will receive notice through the Court's electronic filing system. Brenda Rohrbaugh respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE,** Brenda Rohrbaugh respectfully requests the entry for an Order, in the form attached, LTD benefits to continue until age 65, and other welfare benefits to continue for which I qualify.

Dated: 10/15/2012

Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, Ga 30062
Telephone: 678-764-5568
Email: esmemorgaine@yahoo.com

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[2] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) Re Docket No: _____ |

### ORDER GRANTING MOTION FOR Objection to Debtors' Motion for entry of an order Authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD employees

Upon consideration of the *Motion for Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees by Brenda L. Rohrbaugh* (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted.

ORDERED that Nortel will provide and allowed claim of $408,381.51

ORDERED that Nortel will continue to pay benefits to Brenda Rohrbaugh until they close their bankruptcy case.

Dated: _____, 2012
       Wilmington, Delaware

 

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

# Portfolio Cover Sheet

| | |
|---|---|
| **Name:** | Bren Rohrbaugh |
| **Global ID #:** | 5012729 |
| **Location:** | Alpharetta, WWP1 |
| **Revised On:** | 02/01/01 |

| Desired Challenge | *Describe the next role, project, or team to which you would like to contribute. Highlight any functional, timing, and/or location preferences.* |
|---|---|

I thoroughly enjoy my current role and offer a definitive contribution to the success of the AT&T Network Services and Concert teams and I would welcome additional challenges over the next year. I believe I have proven myself to be very versatile in my ability to balance different sectors of the business to include finance and marketing endeavors. Project Management: Implementing processes/projects from start to finish with a predetermined commercial outcome.

| Skills/Abilities | *List applied education, behavioral, technical and professional skills that will enable you to take on the desired challenge above.* |
|---|---|

-Business judgement
-Influence building
-Project management skills (organization)
-Currently acting in supervisory role to direct reports to myself and to JFDoud, V.P., AT&T

| Functional/Project Achievements | *Describe recent achievements relevant to your desired challenge (include a description of the project/team/function, date and duration of assignment, your role and contribution).* |
|---|---|

Finance:
-Reconciled Concert Account financial reporting/developed new reporting mechanisms for more accurate reporting.
-Collected total of receivables of $ 2,963,165 since joining team and taking active collection role in August 2000.
-Within the last quarter have located $6,170,000 of previously processed orders across subsidiary lines (Architel) and took leadership role in redirecting/reporting these revenues to correct market code for proper account/dept recognition.

Order Management Team Leader:
-Developed order management structuring globally, reporting methods to attain accurate data and ensure customer satisfaction on delivery times.

Marketing:
-Editing of last issue of *Performance Magazine*, as a first venture since joining the team. Have contributed detailed ideas for next publication.

| Knowledge Sharing | *List key areas of skills, knowledge, and expertise that you feel qualified to share with others.* |
|---|---|
| | |

# Feedback Form

| | |
|---|---|
| Team/Project Role | ☐ |
| Functional Role | ☒ |

**Name:** Bren Rohrbaugh
**Function/Team/Project Name:** AT&T Network Svcs/Concert Teams
**Global ID #:** 5012729
**Revised On:** 2/2/01

**Feedback Requested From:**  _X_ Peer     __ Functional Manager     __ Project Manager
__ Customer     __ Employee     __ Other (describe) _____

**Feedback Requested About:** *Feedback is requested on the following outcomes and behaviors/Performance Dimensions. (If appropriate, a Performance Expectations form with the relevant items highlighted is attached.)*

Bren has been instrumental in regard to the restructuring of the AT&T Global Account Team/Atlanta office administrative needs. Over the past few months, the administrative headcount decreased from four to two and Bren has taken the lead by restructuring the roles by responsibility vs by team. She has initiated local All Hands meetings with the Atlanta office in order to provide a forum for communication. In addition, Bren has also played a key role in the financial reconciliation for the Concert Team. Through her efforts, she has recovered monies which would have possibly been unaccounted for. Bren has built strong customer relationships and through her efforts, she has been able to keep us abreast of the ever-so changing organization structure of AT&T. Based on her relationships, she has been able to provide Nortel with our account's competitive information.. She is always willing to take on additional challenges, thinks outside the box & has a strong desire to learn. Bren is a true team player, always offering her support and knowledge that she has gained. It is examples such as this that make Bren a true asset to our organization.

**To The Feedback Provider:** *Please provide observations, dates, and other details on the feedback requested above. Then place a "+" on the matrix below that reflects the overall performance. Use the relevant tables in the Priorities Process Guide to help you.*

Example: Bren has initiatied an All Hands Team meeting for the Atlanta Office. The intention will be to hold this meeting several times throughout the year, creating an open forum for communication and information. The kick off meeting is scheduled for the week of February 5, 2001. We may use this meeting as a model & implement it across the account team.

Example: Bren is currently a mentor for Jenny Lamb. She is coaching her writing/communication style.

Example: Bren has initiated the lead in the retrieval of revenue across channel lines. She has recovered over $6 million in misdirected funds and $2.9 million in total receivables. Thanks to her proactive efforts, these monies were collected.

Example: During the recent restructure of AT&T, Bren made it a point to touch base with her contact in order to find out correct titles, contact numbers, etc for most of the executives. This was a tremendous help to us as a few weeks later, we needed to provide current customer contact information for e-vites to a customer event. She saved a tremendous amount of time & effort for the customer event organization.

Would you recommend this person for similar work at Nortel Networks?

Not Recommended ●————|————✗● Strongly Recommended



**Behaviors/Performance Dimensions**

| Nancy Karas | Nancy Karas | 2/5/01 |
|---|---|---|
| Feedback provided by | Signed | Date |

Proof Of Claim

Brenda L. Rohrbaugh
501 2729

October 1, 2001

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?**
**WHAT IS THE NORTEL GLOBAL ID# OF THIS INDIVIDUAL?**

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?**

**WHAT IS YOUR AGE  (As Of January 1, 2013) ...**

| | |
|---|---:|
| Years | 52 |
| Months | 4 |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | 628 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | 152 |

**YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT** $ 45,802.00

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...**
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?    0.02
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K    $ 916.04    $ 11,603.17

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**
SEVERANCE PERIOD    16
AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY    $ 880.81    $ 14,092.92

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...**
"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL    $ 2,671.67    $ 406,093.84
SSDI MONTHLY OFFSET    $ 1,302.00    $ 197,904.00
Medicare Part B Reimbursement Per LTD Plan    $ 110.50    $ 16,796.00
AUTOMATICALLY CALCULATED FOR YOU - NET PAY    $ 1,480.17    $ 224,985.84

Estimates On What Replacement Coverage Would Cost You
MEDICAL CARE    $ 9,134.52    $ 115,703.92
SUBSIDIZED PRESCRIPTION PLAN         -
DENTAL/VISION/HEARING CARE    $ 1,268.18    $ 16,063.61
CORE EMPLOYEE LIFE INSURANCE    $ 1,498.68    $ 18,983.28
ACCIDENTAL DEATH & DISMEMBERMENT    $ 469.56    $ 5,947.76

**CLAIM GRAND TOTAL**    $ 407,380.51

Page 1

EXHIBIT D



# NORTEL

**United States Benefits Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Brenda Rohrbaugh |
| Global ID: | 5012729 |
| Date of Birth: | |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 45802.00 |
| Events | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Cigna | EE & Spouse | $ 121.13 | $3,149.38 | $8,320.78 |
| Spousal/DP Access Fee* | | $ 50.00 | $ 1300.00 | $ 0.00 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE & Spouse | $ 22.16 | $ 576.16 | $1,214.20 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 299.00 |
| **Long-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 4.07 | $ 105.82 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 197.36 | $5,131.36 | $9,833.98 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 71.76 |
| **Optional Employee Life Insurance** | | | |
| 3x Benefits Earnings Smoker | $ 9.94 | $ 258.44 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $100,000 | $ 6.92 | $ 179.92 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 5x Benefits Earnings Family | $ 2.12 | $ 55.12 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 18.98 | $ 493.48 | $ 71.76 |

* Spousal/Qualified DP access fee will be after tax.

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

Claims Services Provided by

**The Prudential Insurance Company of America**

Sophie Costanza
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

August 29, 2012

Brenda Rohrbaugh
2493 Alston Drive
Marietta, GA  30062

Claimant: Brenda Rohrbaugh
Claim No.: ▓▓▓▓▓
Date of Birth: ▓▓▓▓▓
Control No./Br.: 39900 / 000AB

|ıılİıİlııİlııılİııılıİİıIıı|

Dear Ms. Rohrbaugh:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Group Policy with Prudential.

Your Long Term Disability benefits began April 1, 2002. You are receiving $1,437.34 per month. This benefit will remain the same provided your income from other sources does not change. Your benefits will continue through ▓▓▓▓▓, 2025 provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Enclosed is a disability payment history for your records.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.
2. If STD benefits have been overpaid, this plan will require a lump sum reimbursement payment to the plan or reduce or eliminate future payments.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

*STD benefits will not be paid for any disability resulting from:*

- *intentionally self-inflicted injuries*
- *your participation in the commission of an assault or felony*
- *war or any act of war*

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 60% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Optional LTD Benefits ✖

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Definition of Disability

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

*During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

*After the first 18-month period of covered Total Disability...you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.

## When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period (STD), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from receipt of such paperwork *and* before the end of the 26-consecutive week waiting period (STD). (Your monthly LTD benefits and any retroactive payments could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.
2. You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 12 months of LTD.
3. You are no longer under the care of a Physician.
4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.
5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period...*

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| *If your disability begins at age:* | *LTD benefits will continue no longer than:* |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For Total Disability due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

## If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and
- you were Actively at Work less than three consecutive months since your first disability.