IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) RE: D.I. # 8067 |

### ELLIOTT's OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

John S. Elliott (the "Defined Party") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, John S. Elliott respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. I was hired by Wellfleet Communications (Billerica, MA) in August of 1993. Wellfleet then merged with SynOptics (San Jose, CA) in October of 1994 and became Bay Networks, Inc. Bay Networks, then merged with Northern Telecom to become Nortel Networks in June of 1998. The Companies extended me a total compensation package that was comprised of both salary and benefits which I relied heavily on to support me and my family. All of my Service time with Wellfleet /Bay Networks was grandfathered in with Nortel Networks.

2. During this period, I served many roles from a Business Manager for the "Turn-key" Operations with T.I., to managing the hiring and set-up of a Manufacturing Plant in Limerick, Ireland. For the last 10 years I served as Master Data Specialist in the SAP Core Team. In these roles I have received much recognition in the form of stock awards, salary increases and bonuses. I was also award "Top Talent" evident that Nortel felt that I was a valuable employee and I delivered on my end of the contract.

3. In July of 2004, I was diagnosed with Stage 4 Prostate Cancer. I continued to work full time for the next 5 years through my all of my Chemo treatments with many weeks working 50 + hours. In Sept of 2009 learned that I was no longer responding to treatments and my cancer had spread from my hips to the bones in my spine and ribs. At this point I went on heavy pain meds to help fight the constant bone pain I was experiencing. I went out on STD on 12/18/2009 when I could no longer do my job function. Just sitting in a chair for any length of time was very painful. I then started another round of Chemo immediately as my disease was progressing rapidly.

4. My Long Term Disability Claim was validated by Prudential Insurance Company: with an effective date of June 18th, 2010. At Prudential's urging I applied for Social Security Disability and because of my Cancer which had metastasized to my bones, was accepted within 3 weeks. My first check from SS came in July, 2010.

## RELIEF REQUESTED

5. I request that the Debtors motion to terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

6. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is **$170,360.44**

7. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## BASIS FOR RELIEF

8. Since the start of my employment with Nortel Networks, Medical & Dental as well as Short Term Disability (STD) and Long Term Disability Insurance (LTD) have been very crucial to me being the major bread winner in the family. This especially became true in 2004 when I learned that I had Stage 4 Prostate Cancer. From every Flex Benefit Training, Q&A Session, as well as from the materials presented in the sessions that I attended from the very "get-go" with Nortel Human Resources, it was my understanding from Nortel's communications that I was being provided LTD Insurance that would provide both medical coverage and income continuance to age 65 if I were ever put into that situation. This was validated to me many times by HR. I had never explored buying private insurance for LTD "because I always had it covered at work with my benefits package". And if I were ever to become permanently disabled, I would be covered by the insurance to the age of 65. This was my safety blanket.

9. I also paid the extra premiums every year since the beginning of my employment starting in August 1993 to raise my Core Coverage on my STD, LTD as well as my Life Insurance. These benefits were represented as Group Insurance (both policy #039900) which were issued by Prudential, NOT Nortel. It was never spelled out clearly that this was a self-funded plan. There are many ambiguities and errors of omission injected by Nortel that do not exist in the Summary Plan Descriptions (SPD)

10. Prudential referenced the LTD Plan as a "contract". All communications from Prudential carried banners of "Prudential Insurance Company" i.e., correspondence, paystubs, W2 statements, required reimbursement to Prudential, etc.

11. Prudential Insurance Company had no problem is a letter to me dated October 10, 2012, confirming that I have benefits under the Nortel Network Inc. Group Policy with Prudential until June 18th, 2015.

12. I feel that once I was approved for Total Disability on June 18th,2010, that Nortel has a contractual obligation to provide benefits to me to age 65. My LTD Claim of **$170,360.44** became a financial obligation to the Debtors as soon as Prudential approved that claim and knew that my disability was both total and permanent.

## EXHIBITS

A – Proof of Claim.

B – 2012 Nortel US Benefits Confirmation Statement

C – Prudential Insurance Company, Sept 24, 2012 Paystub

D – Nortel Networks Inc. 2011/2012 Cobra Rates

E- June 16, 2010, Nortel HR Life Insurance Conversion Letter

F- Prudential Insurance Life Insurance Conversion Tables

    F1 – Prudential Instruction for Calculating Premiums

    F2 – Prudential Rate Tables for Policies $100,000+

    F3 – Prudential Rate Calculation Sheet

G- Prudential Insurance Company Letter (dated Nov 5, 2010) stating LTD Claim approval

H- October 10 th.,2012 letter from Prudential Insurance stating benefits until June,18,2015.

I –2010 LTD Summary Plan Description (SPD).

## NOTICE

1. Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); (b) the United States Trustee for the District of Delaware; and (c) counsel to the LTD 1102 Committee (Elliott Greenleaf) via first class mail. Other parties will receive notice through the Court's electronic filing system. John S. Elliott respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, John S. Elliott respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate John S. Elliott in full for LTD benefits projected to age 65; Total Claim being **$170,360.44**

3. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to John S. Elliott

Dated: October 17, 2012

John S. Elliott
6 Grouse Lane
Merrimack, NH 03054
Telephone: 603-424-0933
Facsimile: N/A
Email: jse0721@yahoo.com

*Appearing Pro Se*
**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) <br> ) Case No. 09-10138 (KG) |
| Debtors. | ) <br> ) Jointly Administrated <br> ) <br> ) **Re: Docket No. 8067** |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
Wilmington, Delaware

HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.