# EXHIBIT A

| | | | |
|---|---|---|---|
| **WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?** | | JOHN S. ELLIOTT | |
| **WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?** | | 4721858 | |
| **WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?** | | June 18, 2010 | |
| **WHAT IS YOUR AGE (As Of January 1, 2013) ...** | | | |
| Years | | 63 | |
| Months | | 5 | |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | | 761 | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | | 19 | |
| **YOUR ANNUAL SALARY PER YOUR 2012 FLEX BENEFITS CONFIRMATION STATEMENT** | $ | 114,000.00 | |
| **IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...** | | | |
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? | | 0.02 | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ... | $ | 2,280.00 | $ 3,610.00 |
| **FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"** | | | |
| SEVERANCE PERIOD | | 24 | |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | $ | 2,192.31 | $ 52,615.38 |
| **FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. August 2012 LTD Paystub) ...** | | | |
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $ | 6,333.37 | $ 120,334.03 |
| SSDI MONTHLY OFFSET | $ | 2,287.10 | $ 43,454.90 |
| Medicare Part B Reimbursement Per LTD Plan | $ | 99.90 | $ 1,898.10 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ | 4,146.17 | $ 76,879.13 |
| **Estimates On What Replacement Coverage Would Cost You** | | | |
| MEDICAL CARE based on 2012 Cobra Rates 464.27 Per Month PPO90/70 | $ | 5,571.24 | $ 8,821.13 |
| DENTAL/VISION/HEARING CARE Dental Plus $75.03 per month based on Cobra Rates 2012 | $ | 900.36 | $ 1,425.57 |
| CORE EMPLOYEE LIFE INSURANCE- Plus 2X optional coverage Amount: $342,000K (convert to whole Life $1421. per month) from Prudential Rate Table.Age 63 ,Annual with ADB | $ | 17,058.46 | $ 27,009.23 |
| ACCIDENTAL DEATH & DISMEMBERMENT $2.31 per month or $27.72 per yr is included in line 30($17,058.46) | $ | - | $ - |
| **CLAIM GRAND TOTAL** | | | **$ 170,360.44** |



**United States Benefits Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | John Elliott |
| Global ID: | 4721858 |
| Date of Birth: | ~~redacted~~ |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 114000.00 |
| Events | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Anthem | EE Only | $ 41.88 | $1,088.88 | $4,373.20 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE Only | $ 10.93 | $ 284.18 | $ 598.52 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 744.38 |
| **Long-Term Disability** | | | | |
| Raise-66 2/3% of Cov.Amt.Shown | | $ 4.82 | $ 125.32 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 57.63 | $1,498.38 | $5,716.10 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 177.84 |
| **Optional Employee Life Insurance** | | | |
| 2x BENE Earnings Non-Smoker | $ 43.04 | $1,119.04 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $25,000 | $ 3.14 | $ 81.64 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| $15,000 Per Child | $ 0.55 | $ 14.30 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 4x Benefits Earnings Family | $ 4.21 | $ 109.46 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 50.94 | $1,324.44 | $ 177.84 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost

Prudential Insurance Company of America
Disability Claim Services Provider

**EXHIBIT: C**

If you have any questions about this claim, please contact

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA  PA  19176
800-842-1718

Date: September 24, 2012

CNTRL# 0039900
CLAIM# 11266819
ID#    XXX-XX-████

BENEFITS ADMINISTRATOR
NORTEL NETWORKS, INC.
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK  NC  27709-3010

CLAIMANT  JOHN S ELLIOTT

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 6,333.37 | 09/01/2012 | 09/30/2012 |
| - SSDB | 2,287.10 | BENEFIT AMOUNT | 6,333.37 |
| - Medical | 90.74 | LESS OFFSET | 2,287.10 |
| - Dental | 23.68 | ADD'L BENEFITS | 0.00 |
| - Mandatory FIT W4 | 360.69 | | 4,046.27 |
| - Free Form 1 | 6.80 | LESS ADJUSTMENTS | 0.00 |
| - Free Form 2 | 1.19 | | 4,046.27 |
| - Free Form 3 | 9.12 | LESS DEDUCTIONS | 492.22 |
| | | AMOUNT PAYABLE | 3,554.05 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Date: September 24, 2012

Deposit Amount:    $3,554.05

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Saving | XXXXXXXX1135 | $3,554.05 |

To the Accounts of

JOHN ELLIOTT
6 GROUSE LANE
MERRIMACK        NH  03054-2876

# NØRTEL NETWORKS INC.

Exhibit: D

HOME » CURRENT EMPLOYEES » MAKING THE TRANSITION FROM NORTEL » *2011 / 2012 COBRA RATES*

# 2011 / 2012 COBRA Rates

| COBRA Plan | Description | Employee Only per Month | Employee & Child(ren)/DP Children per Month | Employee & Spouse/DP per Month | Employee & Family/DP Family per Month |
|---|---|---|---|---|---|
| Medical | PPO 80/60 | 421.63 | 758.95 | 885.45 | 1,307.10 |
| Medical | PPO 90/70 | (464.27) | 835.66 | 974.95 | 1,439.20 |
| Medical | Comprehensive | 728.9 | 1,311.99 | 1,530.68 | 2,259.55 |
| EAP | Employee Assistance Program | 2.89 | 2.89 | 2.89 | 2.89 |
| Dental | Comprehensive | 37.26 | 75.36 | 76.29 | 114.58 |
| Dental | Plus | (75.03) | 151.12 | 152.19 | 228.31 |

This document was retrieved from http://www.nortel-us.com/current/making-the-transition-from-nortel/cobra-rates/ on Mon, 15 Oct 12 08:15:53 -0400.
Copyright © 2009-2012 Nortel Networks Inc. All Rights Reserved.

$539.30 per Month to continue current coverage.

EXHIBIT: E



**Nortel**  Tel: 1-800-676-4636
**HR Shared Services**
4001 E. Chapel Hill-Nelson Hwy.
P. O. Box 13010
Research Triangle Park, NC 27709

John Elliott
5 North Road

Berlin, New Hampshire 3570

June 16, 2010

Name of employee:   John Elliott

Global ID:   4721858

Termination date of life insurance:   August 31, 2010

Total amount of core life insurance eligible to convert:   $114,000

Total amount of supplemental life insurance eligible to convert:   $228,000

Name of spouse:   Norine Elliott

Total amount of spousal life insurance eligible to convert:   $25,000

Name of dependent (s):   Ian Elliottt, Courtney Elliott

Total amount of dependent life insurance eligible to convert:   $15,000

Life Insurance Group/Policy # with Prudential:   39900

To convert coverage, you must submit application and pay the first premium within 31 days after your group coverage ends or within 15 days after you receive written notice of the conversion privilege, whichever is later. However, under no circumstances may you convert your coverage to an individual policy if you do not apply for individual coverage and pay the first premium within 92 days after your group coverage ends.

√   **Please contact a local Prudential Agent, or call 1-877-889-2070 for conversion information.**

HR Shared Services
1-800-676-4636

*[Handwritten annotations:]*
$342,000 TOTAL
× 4963 + $65.00
= 17,058.46 PER YR
OR 1421.54 PER MONTH TO CONVERT

CUST- VALUE CHARGE
877-538-8469

EXHIBIT: F



# LIFE INSURANCE CONVERSION OPTIONS

**Group Life Insurance coverage ending? We can help.**

At Prudential, we know that losing your group life insurance protection can be stressful. We want your transition period from group to individual life insurance to be as simple and seamless as possible.

To assist you through this transition, we offer options that can help provide the life insurance protection you and your loved ones need. Depending on the terms of the group life insurance certificate you're replacing, you may be eligible for one or both of these options. Your plan may offer additional options beyond those listed here. Please check with your employer for more information.

- Convert your existing group life insurance coverage

By *converting* your certificate to an individual policy, you'll continue to receive coverage without the need for a physical examination. Even if you are seriously ill or have a pre-existing medical condition, you can still convert your life insurance coverage.

Converting is a simple process. You just need to apply for conversion to an individual policy within 31 days after the date your group coverage terminates.

Here are the steps you need to take in order to convert your coverage:

| Step 1: Obtain your Notice of Group Life Conversion Privilege Form. | Your employer should provide this form to you upon termination. The form states the amount of coverage you-and if applicable, your spouse and dependents-are eligible to convert. If you do not have this form, contact your former employer or benefits administrator. |
|---|---|
| Step 2: Calculate the premium for the conversion policy. | • Calculate the premium using one of these rate tables:<br>  > Rate table for everyone except Florida residents<br>  > Rate table for Florida residents only<br>• Call a customer service professional at 877-889-2070, Monday through Friday, 8:00 a.m. to 8:00 p.m., Eastern time, to obtain the premium amount. |
| Step 3: Obtain an Application for Conversion of Group Life Insurance | • Download the application here, or<br>• Call a customer service professional at 877-889-2070, Monday through Friday, 8:00 a.m. to 8:00 p.m., Eastern time, to request one. |
| Step 4: Sign your Notice of Group Life Conversion Privilege Form, complete and sign the Application for Conversion of Group Life Insurance, and include a check for the first month's premium. Send your completed documents and payment to the address listed on the right. | Mail your completed documents and payment to:<br><br>The Prudential Insurance Company of America<br>Prudential Group Life Conversions<br>P.O. Box 70180<br>Philadelphia, PA 19176 |

If you have any questions regarding converting your existing group life insurance coverage, call a Customer Service Professional at 877-889-2070, Monday through Friday, 8:00 a.m. to 8:00 p.m., Eastern time.

If you reside in Canada, please contact Manion Wilkins & Associates, Ltd. for rate and product information and an application for coverage.

Manion Wilkins & Associates, Ltd.
230 Norseman Street, Etobicoke, Ontario M8Z6A2
Phone: 1-877-242-8632, then press #2
Fax: 1-416-234-2071

- Apply for new individual life insurance coverage

This option differs from conversion in that you apply for a new life insurance policy and may be required to provide satisfactory proof of good health, but you can have more product options available. To learn more click link above.

If you apply for an individual policy during the conversion period and do not apply to convert your group coverage during this time, should you be denied coverage for the individual policy and the conversion period has ended, you will no longer have the right to apply for a conversion policy.

EXHIBIT F1
#1

# Instructions for Calculating Premiums

**ALL CONVERSION APPLICATIONS MUST BE ACCOMPANIED BY THE ENTIRE FIRST PREMIUM.**

## How to Calculate Prudential Premiums

Premiums are payable annually, semi-annually, quarterly, or by pre-authorized monthly check draft (Prumatic). The mode of payment selected must produce a minimum premium of $15.00.

Use standard rates per $1,000 shown on pages 5–7 in this brochure. After determining the premium for the amount of insurance being converted, add the following policy constant to obtain the premium for the policy:

- $85.00 for annual mode of payment
- $45.00 for semi-annual mode of payment
- $23.00 for quarterly mode of payment
- $8.00 for monthly (Prumatic) mode of payment

The example below illustrates a premium calculation for a $25,000 Prudential Guaranteed Life Insurance policy with Accidental Death Benefit (ADB) for someone who is 40 years old. The payment mode is quarterly. (The rates for $25,000–$99,999 are contained on page 6.)

1. The rate per $1,000 with ADB for a quarterly payment shown on page 6 is $4.61.
2. Multiply the amount of insurance being converted (i.e., the number of $1,000 units) by the rate per $1,000 and add the quarterly policy constant:

**25 x $4.61 = $115.25 + $23.00 = $138.25**

**Prudential Guaranteed Life** (For Policies $100,000 +)
Standard rates per $1,000 - A policy constant must be added to the total premium.
Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"
UNISEX

| Issue Age | Annual Amount ADB | Annual ADB | Semi Annual Amount ADB | Semi Annual ADB | Quarterly Amount ADB | Quarterly ADB | Automatic Amount ADB | Automatic ADB |
|---|---|---|---|---|---|---|---|---|
| 15 | 5.31 | 6.11 | 2.76 | 3.18 | 1.41 | 1.62 | 0.47 | 0.54 |
| 16 | 5.55 | 6.35 | 2.89 | 3.31 | 1.47 | 1.68 | 0.49 | 0.56 |
| 17 | 5.80 | 6.60 | 3.02 | 3.44 | 1.54 | 1.75 | 0.52 | 0.59 |
| 18 | 6.03 | 6.82 | 3.14 | 3.55 | 1.60 | 1.81 | 0.54 | 0.61 |
| 19 | 6.18 | 6.95 | 3.21 | 3.61 | 1.64 | 1.84 | 0.55 | 0.62 |
| 20 | 6.39 | 7.15 | 3.32 | 3.72 | 1.69 | 1.89 | 0.57 | 0.64 |
| 21 | 6.65 | 7.40 | 3.46 | 3.85 | 1.76 | 1.96 | 0.59 | 0.66 |
| 22 | 6.96 | 7.70 | 3.62 | 4.00 | 1.84 | 2.04 | 0.62 | 0.69 |
| 23 | 7.27 | 8.00 | 3.78 | 4.16 | 1.93 | 2.12 | 0.65 | 0.71 |
| 24 | 7.61 | 8.33 | 3.96 | 4.33 | 2.02 | 2.21 | 0.68 | 0.74 |
| 25 | 7.96 | 8.68 | 4.14 | 4.51 | 2.11 | 2.30 | 0.71 | 0.77 |
| 26 | 8.30 | 9.03 | 4.32 | 4.70 | 2.20 | 2.39 | 0.74 | 0.80 |
| 27 | 8.65 | 9.39 | 4.50 | 4.88 | 2.29 | 2.49 | 0.77 | 0.84 |
| 28 | 9.02 | 9.77 | 4.69 | 5.08 | 2.39 | 2.59 | 0.80 | 0.87 |
| 29 | 9.41 | 10.17 | 4.89 | 5.29 | 2.49 | 2.69 | 0.84 | 0.91 |
| 30 | 9.83 | 10.60 | 5.11 | 5.51 | 2.60 | 2.80 | 0.87 | 0.94 |
| 31 | 10.28 | 11.06 | 5.35 | 5.76 | 2.72 | 2.93 | 0.91 | 0.98 |
| 32 | 10.74 | 11.53 | 5.58 | 5.99 | 2.85 | 3.06 | 0.96 | 1.03 |
| 33 | 11.22 | 12.03 | 5.83 | 6.25 | 2.97 | 3.18 | 1.00 | 1.07 |
| 34 | 11.74 | 12.57 | 6.10 | 6.53 | 3.11 | 3.33 | 1.04 | 1.11 |
| 35 | 12.28 | 13.12 | 6.39 | 6.83 | 3.25 | 3.47 | 1.09 | 1.16 |
| 36 | 12.85 | 13.71 | 6.68 | 7.13 | 3.41 | 3.64 | 1.14 | 1.22 |
| 37 | 13.44 | 14.32 | 6.99 | 7.45 | 3.56 | 3.79 | 1.20 | 1.28 |
| 38 | 14.08 | 14.98 | 7.32 | 7.79 | 3.73 | 3.97 | 1.25 | 1.33 |
| 39 | 14.73 | 15.65 | 7.66 | 8.14 | 3.90 | 4.14 | 1.31 | 1.39 |
| 40 | 15.42 | 16.37 | 8.02 | 8.51 | 4.09 | 4.34 | 1.37 | 1.45 |
| 41 | 16.13 | 17.10 | 8.39 | 8.89 | 4.27 | 4.53 | 1.44 | 1.53 |
| 42 | 16.89 | 17.89 | 8.78 | 9.30 | 4.48 | 4.75 | 1.50 | 1.59 |
| 43 | 17.67 | 18.70 | 9.19 | 9.73 | 4.68 | 4.95 | 1.57 | 1.66 |
| 44 | 18.49 | 19.55 | 9.61 | 10.16 | 4.90 | 5.18 | 1.65 | 1.74 |
| 45 | 19.35 | 20.44 | 10.06 | 10.63 | 5.13 | 5.42 | 1.72 | 1.82 |
| 46 | 20.25 | 21.37 | 10.53 | 11.11 | 5.37 | 5.67 | 1.80 | 1.90 |
| 47 | 21.19 | 22.35 | 11.02 | 11.62 | 5.62 | 5.93 | 1.89 | 1.99 |
| 48 | 22.15 | 23.34 | 11.52 | 12.14 | 5.87 | 6.19 | 1.97 | 2.08 |
| 49 | 23.19 | 24.42 | 12.06 | 12.70 | 6.15 | 6.48 | 2.06 | 2.17 |
| 50 | 24.25 | 25.53 | 12.61 | 13.28 | 6.43 | 6.77 | 2.16 | 2.27 |
| 51 | 25.43 | 26.75 | 13.22 | 13.91 | 6.74 | 7.09 | 2.26 | 2.38 |
| 52 | 26.70 | 28.07 | 13.88 | 14.59 | 7.08 | 7.44 | 2.38 | 2.50 |
| 53 | 28.07 | 29.50 | 14.60 | 15.34 | 7.44 | 7.82 | 2.50 | 2.63 |
| 54 | 29.57 | 31.06 | 15.38 | 16.15 | 7.84 | 8.23 | 2.63 | 2.76 |
| 55 | 31.19 | 32.74 | 16.22 | 17.03 | 8.27 | 8.68 | 2.78 | 2.92 |
| 56 | 32.69 | 34.31 | 17.00 | 17.84 | 8.66 | 9.09 | 2.91 | 3.05 |
| 57 | 34.31 | 36.01 | 17.84 | 18.72 | 9.09 | 9.54 | 3.05 | 3.20 |
| 58 | 36.06 | 37.84 | 18.75 | 19.68 | 9.56 | 10.03 | 3.21 | 3.37 |
| 59 | 38.03 | 39.90 | 19.78 | 20.75 | 10.08 | 10.58 | 3.38 | 3.55 |
| 60 | 40.19 | 42.15 | 20.90 | 21.92 | 10.65 | 11.17 | 3.58 | 3.75 |
| 61 | 42.35 | 44.42 | 22.02 | 23.10 | 11.22 | 11.77 | 3.77 | 3.95 |
| 62 | 44.72 | 46.90 | 23.25 | 24.38 | 11.85 | 12.43 | 3.98 | 4.17 |
| →(63) | 47.32 | (49.63) | 24.61 | 25.81 | 12.54 | 13.15 | 4.21 | 4.42 |
| 64 | 50.15 | 52.60 | 26.08 | 27.35 | 13.29 | 13.94 | 4.46 | 4.68 |
| 65 | 52.69 | 55.29 | 27.40 | 28.75 | 13.96 | 14.65 | 4.69 | 4.92 |
| 66 | 56.81 | 59.58 | 29.54 | 30.98 | 15.05 | 15.78 | 5.06 | 5.31 |
| 67 | 61.46 | 64.41 | 31.96 | 33.49 | 16.29 | 17.07 | 5.47 | 5.73 |
| 68 | 66.71 | 69.88 | 34.69 | 36.34 | 17.68 | 18.52 | 5.94 | 6.22 |
| 69 | 72.84 | 76.25 | 37.88 | 39.65 | 19.30 | 20.20 | 6.48 | 6.78 |
| 70 | 78.43 | 82.11 | 40.78 | 42.69 | 20.78 | 21.76 | 6.98 | 7.31 |
| 71 | 84.75 | N/A | 44.07 | N/A | 22.46 | N/A | 7.54 | N/A |
| 72 | 91.82 | N/A | 47.75 | N/A | 24.33 | N/A | 8.17 | N/A |
| 73 | 99.84 | N/A | 51.92 | N/A | 26.46 | N/A | 8.89 | N/A |
| 74 | 109.06 | N/A | 56.71 | N/A | 28.90 | N/A | 9.71 | N/A |
| 75 | 119.90 | N/A | 62.35 | N/A | 31.77 | N/A | 10.67 | N/A |

These rates are effective 1/1/09 and are subject to change at Prudential's discretion. Your rate is based on your age on the effective date of your policy.

7

# Rate Calculation Sheet

Number of Units per $1,000        <u>342 units</u>   Core ($114,K)
(E.g. $10,000 = 10 Units)                              +Supplemental
                                                         ($228K)

Rate per $1,000                   <u>49.63</u>
(Refer to rate charts based on
amount of coverage being converted)

Policy constant per premium mode  <u>85.00</u>
(Refer to page 4:
- $85.00 = annual mode *(circled)*
- $45.00 = semi-annual mode
- $23.00 = quarterly mode
- $8.00 = monthly mode (Prumatic))

Number of Units x Rate per $1,000 + Policy Constant = Premium

<u>342 x $49.63 + $85.00  $17,058.46</u>  per yr.

Please note that your rate will be based on your age on the    $1421.54
effective date of your policy.                                  per month
                                                                premium
                                                                to convert

8

Claims Services Provided by

**The Prudential Insurance Company of America**

Tanta J Gougler
Disability Consultant

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 87137
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

November 5, 2010

John S Elliott
5 North Road
Berlin, NH 03570

Claimant: John S Elliott
Claim No.: 11266819
Date of Birth: ▓▓▓▓
Control No./Br.: 39900 / 0B057

Dear Mr. Elliott:

We are writing in regards to your claim for Long Term Disability (LTD) benefits under Group LTD Plan No. 39900 issued to Nortel Networks, Inc.

Your date of disability is noted to be December 19, 2009. Your claim was approved for LTD on June 19, 2010 under the definition of disability, outlined below. We made our determination for your eligibility for benefits based on your inability to perform your job. After 18 months, the definition of disability changes.

After 18 months of benefits, we review your claim to determine whether, based on your current restrictions and limitations along with your education and employment history, you could be gainfully employed in an alternate occupation. Our review of your file has determined that based on your medical condition, along with your restrictions and limitations, you cannot be gainfully employed and are eligible to continue to receive LTD benefits.

**Definition of "Disability" for LTD Plan Purposes**

You are entitled to benefits from the LTD Plan only if you are considered "Totally Disabled". You are considered Totally Disabled initially when the Claims Administrator determines that you are unable to perform the essential functions of your job and this finding is supported by documentation from your Physician. This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and who must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. You must continue to be under the regular care of a Physician who certifies your Total Disability throughout the period when you claim to be Totally Disabled to receive a benefit from the LTD Plan. The Claims Administrator has the discretion to make the decision regarding whether you are Totally Disabled—not your Physician.

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required (either additional physical examinations and medical testing or file reviews of existing medical records), at the Company's expense, in order to arrive at

this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury.

After the first 18 months of covered Total Disability (from the first day of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training, or experience.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Claims Administrator. If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

**Reasonable Accommodations**

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work. If a reasonable accommodation has been identified, but you choose not to accept the accommodation, your STD benefit may be discontinued. If the Company is unable to accommodate limitations resulting from your Illness or Injury, your benefit will not be affected. Reasonable accommodations may include, but are not limited to:

• General accommodations — the removal of structural, communication, or other barriers, and
• Job-related accommodations, such as:
    o Part-time or modified work schedules,
    o Home-based work,
    o Reassignment to vacant positions,
    o Acquisition or modification of tools, equipment, and/or furniture, and
    o Modifications to business travel schedules.



The aforementioned 18 months of payments on your claim ends on June 18, 2011. As a result, in order to continue to be eligible for benefits beyond this date, you must be unable to perform the duties of any occupations for which you are reasonably fitted by education, training, or experience.

We have determined that, based on the information in your file at this time, you meet the requirements for eligibility for benefits under the definition of disability as stated above. Benefits will continue provided that you continue to meet the group policy requirements, including that you remain disabled under the terms of the group policy.

Periodically, we will conduct reviews of the information in file regarding your work capacity to establish eligibility for continued benefits. We will also contact you and your treating physician(s) for updated medical information.

Please note that in order to be eligible for benefits under the Plan, you must meet the requirements of the contract at all times. Prudential will periodically review your claim, and request or obtain information, to ensure that you meet all eligibility requirements.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim or payments, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
*Tania J Gougler*
Tania J Gougler
Disability Consultant

cc: Nortel Networks, Inc., Benefits Administrator

EXHIBIT: H

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

October 10, 2012

John S Elliott
6 Grouse Lane
Merrimack, NH  03054-2876

Claimant: John S Elliott
Claim No.: 11266819
Date of Birth: ▓▓▓▓▓
Control No./Br.: 39900 / 0B057

Dear Mr. Elliott:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Inc Group Policy with Prudential.

You are receiving $3,554.05 per month. This benefit will remain the same provided your income from other sources does not change. Your benefits will continue through June 18, 2015, provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager