**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| Debtors. | ) | Jointly Administrated |
| | ) | **Objection Deadline: Oct. 22, 2012 at 10 a.m.** |
| | ) | **Hearing Date: Feb. 12, 2013 at 10 a.m.** |
| | | **RE: D.I. # 8067** |

**OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD**

I am a NORTEL employee that is on LTD (long-term disability). I have suffered with chronic back pain for over (15) fifteen years; because a co-worker pulled a chair I was sitting in from the back while I was working. I went to my supervisor, and told her about the situation and nothing was done. Over the years when I went to Nortel H/R, I was told that since my doctor placed me on permanent disability I would receive medical benefits and disability pay until I was 65 years of age, or until I decided to retire or become deceased. Nortel promised that they would take care of me until I was 65 years of age and that I had nothing to worry about. Now Nortel is trying to terminate this promise. I have followed **ALL** of Nortel's rules, I have done everything Nortel has requested of me including surgery (which made things worse) and yet they are still attempting to break their promise. I believed that Nortel would keep their promise to provide me with a salary and benefits in return for my services. LTD coverage to age 65, should I ever become totally disabled, was one of those benefits. Once I became totally disabled and Cigna

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

and Prudential approved my LTD claim, Nortel became financially responsible for my LTD benefits until I am 65 years old. As time has passed Nortel is attempting to change their word and not honor their contract. I pray that you do **NOT** allow Nortel to break their promise to provide me and many others on LTD with their rightful benefits and pay. I know that I worked hard for the company. I worked with my injury until I could not work any longer. I was such a dedicated worker that I worked at home for a period of time, while on STD (short-term disability). Without my benefits I will not be able to afford my medications that make it possible for me to live with the pain (documented) that I have on a daily bases. My lifestyle has changed due to the pain that I suffer and now Nortel is attempting to leave myself and others destitute, homeless, on public assistance or worse. The stress related issues that I've had to deal with because of Nortel is just plain outrageous! Please, I beg of you, do **NOT** allow Nortel to continue to treat their LTD Employees in this manner.

**Name:Remajos E. Brown**

**Address: 2353 Sword Drive**
**Garland, Texas 75044-6036**

**Phone #:972-202-7479**

**Signature:** Remajos E. Brown