# ATTACHED EXHIBITS

A – Letter from Debbie Lorimer on 'the LTD Plan', stating that it is the same as the SPD 2000

B – 'When Coverage Ends' – excerpt from SPD 2000, page 22

C – 'When Benefits Begin and End' excerpt from SPD 2000, page 15

D –'Definition of Disability' excerpt from SPD 2000, page 14

E – LTD insurance contract award letter from Prudential Insurance Company

F –'Maximum Benefit Period' excerpt from SPD 2000, page 16

G – Call logs for calls to Human Resources, with times and names, are under request to

Debtor        and will be produced at a later time

H – Letter from Prudential Claim Manager affirming disability benefits until age 65

I – Prudential Reimbursement Agreement

J – Group Disability Insurance Medical Authorization and Tax Notice

K – Periodic requests from Prudential Insurance for medical records confirming 'Total
    Disability'

L – Prudential Financial *Group Disability Insurance* Attending Physician's Statement

M – Monthly 'Explanation of Benefit' from Prudential *Insurance* Company

N – IRS W2 form with Employer's name stated as *Prudential Insurance Company of
America        Group Insurance.*

O – Letter to Judge Gross on D.I. 4638 'Deferred Compensation Plan

P – Proof of Claim

Q – Year 2000 LTD Summary Plan Description (SPD)

Cynthia A. Schmidt "Objection To Nortel Motion To Terminate LTD Plan & LTD Employees"

# EXHIBIT A p. 1 of 2



**NORTEL**
**NETWORKS**

Nortel Networks
200 Athens Way
Nashville, TN 37228-1397
**MS** C-505
**Tel** 615-432-4281 (ESN 222)
**Fax** 615-754-9068

www.nortelnetworks.com

Debbie Lorimer
North American Benefits

January 7, 2002

**SENT VIA CERTIFIED MAIL RETURN**
**RECEIPT REQUESTED**

Cynthia A. Schmidt
P.O. Box 133
6231 Merry Way
Clipper Mills, CA 95930

RE: Your Letter – Dec. 12, 2001

Dear Ms. Schmidt:

I am in receipt of your letter dated December 12, 2001 to the Benefits Department requesting a copy of the full and complete Nortel LTD (Long-Term Disability) Policy/Plan Document. First of all, I apologize for the delay in responding to your request. Your letter was received during the holiday break while I was out of the office and just having returned today, this is the first opportunity I have had to send you the information you requested. Please note that if you require additional time to file your appeal as a result of this delay, you may request an extension for submitting your appeal. Just send a written request to my attention at the address shown above and I'll be happy to grant you any additional time you may need.

I am enclosing a copy of the full plan document for both the short-term and long-term disability plans, as well as the administrative information for the plans. You will find that this information is the same as that contained in your Nortel Networks Employee Benefits and Programs binder. Although you may notice in the binder that it makes reference to certain plan documents contained in the binder being summary documents, that statement does not apply to all plan documents contained in the binder. The documents that are enclosed for short- and long-term disability do in fact constitute the full plan documents for both benefit programs.

Page 2    **EXHIBIT A   p. 2 of 2**

Ms. Schmidt, if you have any further questions about these plans or require additional information, please don't hesitate to contact me. I'll be happy to assist you.


Sincerely,

Debbie Lorimer
North American Benefits

EXHIBIT B p. 1 of 1

# OCCUPATIONAL DISABILITY BENEFITS

*Disability benefits may also be payable to you for a Total Disability which is an Occupational Disability...*

Disability benefits may also be payable to you for a Total Disability that is an Occupational Disability as defined below. This benefit is provided on the same terms as the benefit for a non-occupational (non-employment related) disability. The amount of disability benefits payable, however, is equal to the excess of the non-occupational disability benefit over the benefits payable under any Workers' Compensation law, occupational disease law or similar legislation.

Occupational Disabilities are those caused by:

- an Injury arising out of, or in the course of, any employment for wage or profit or
- a disease covered with respect to such employment by any Workers' Compensation law, occupational disease law or similar legislation.

# WHEN COVERAGE ENDS

LTD and STD coverage will end on the earliest of the following dates:

- the date your employment ends or you stop qualifying for coverage or
- the date the part of the plan providing the coverage ends or
- the date you fail to pay the required premium or contribution or
- the date you begin an unpaid leave of absence.

For coverage purposes, your employment will end when you are no longer an active full-time or part-time Employee. However, the Company may consider you as still an active Employee during certain types of approved leaves of absence. For example, if you are on an unpaid medical leave of absence because of Injury or Illness, your coverage may be continued.

If you stop Active Work for any reason, you should contact the Company at once to determine what arrangements, if any, can be made to continue any of your coverage.

NNI-LTD-00000105

EXHIBIT C p. 1 , 5 1

## When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period (STD), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from receipt of such paperwork *and* before the end of the 26-consecutive week waiting period (STD). (Your monthly LTD benefits and any retroactive payments could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.

2. You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 12 months of LTD.

3. You are no longer under the care of a Physician.

4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period...*

NNI-LTD-00000098

EXHIBIT D p. 1 of 1

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Optional LTD Benefits

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Definition of Disability

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

*During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

*After the first 18-month period of covered Total Disability...you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.

NNI-LTD-00000097

EXHIBIT E  P. 1 of 2

Claims Services Provided by

**The Prudential Insurance Company of America**

Patricia Daugherty
Sr. Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 7875
Fax (877) 889-4885
Hours: 07:00 AM  03:00 PM

August 12, 2002

Ilaludididnilidlnudnl
Cynthia A Schmidt
6231 Merry Way
P.O. Box 133
Clipper Mall, CA 95930

Claimant: Cynthia A Schmidt
Control #/Br: 39900 / 000CB
Claim #: 10433044
Date of Birth: ▆▆▆▆▆▆

Dear Ms. Schmidt:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Group Plan #39900 issued to Nortel Networks, Inc. and have determined that you are eligible for benefits effective December 03, 2001.

In order to receive LTD benefits under Group Plan #39900, covered employees must meet the following definition of Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

After the first 18 month period of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

Prudential will be responsible for determining if your disability meets the above definition of disability, and has the right to require that you be examined by a Physician of our choosing.

Your Group Plan also has the following Behavioral Illness Limitation:

"For Total Disability due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24 month period, benefits will continue during the Hospital confinement."

Benefits will be payable on a monthly basis and have been calculated as follows:

EXHIBIT E  p. 2 of 2

Monthly Salary
Scheduled LTD Benefit (70.00%)
Less Any Social Security Benefits
Less Any Workers Compensation Offsets

Adjusted Benefit



Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month.

If you have any questions, please contact me at (800) 842-1718, extension 7875.

Sincerely,

*Patricia Daugherty*

Patricia Daugherty
Sr. Disability Consultant

cc:   Matthew Newman

*This shows monthly salary in 2001 before going on disability*

EXHIBIT F   p. 1 of 1

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For Total Disability due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

## If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and
- you were Actively at Work less than three consecutive months since your first disability.

Plan Year 2000
Pub. 6/2000

NNI-LTD-00000099

**EXHIBIT A** p. 1.51

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

October 10, 2012

Cynthia A Schmidt
P.o. Box 119
Oregon House, CA  95962

Claimant: Cynthia A Schmidt
Claim No.: 10433044
Date of Birth: ▇▇▇▇
Control No./Br.: 39900  /  000CB

▆▍▆▎▆▍▆▍▆▍▆▍▆▍▆▍

Dear Ms. Schmidt:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Group Policy with Prudential.

You are receiving ▇▇▇▇ per month.  This benefit will remain the same provided your income from other sources does not change.  Your benefits will continue through April 18, 2021, provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,

*Sophie Costanza*
Sophie Costanza
Disability Claim Manager

**EXHIBIT I  p. 1.51**

## REIMBURSEMENT AGREEMENT

As an employee insured under Group Plan #39900 , I have fled a claim for Disability (Short Term Disability and/or Long Term Disability) benefits.

With respect to Social Security benefits: I understand that benefits payable under this Plan are to be reduced by any benefits under the Social Security Act that I or members of my family receive or would be entitled to receive as a result of my disability, for that same period.

Should my claim for benefits be approved, I request that Prudential postpone making the reduction of benefits described in the second paragraph of this Agreement until I actually am awarded Social Security benefits or complete the Social Security application process described below.

I agree to make timely and diligent pursuit of Social Security benefits through each level of appeal up to and including the Administrative Law Judge level.

These steps may include:
1. Application for such benefits;
2. Appeal at the reconsideration level, if benefits are denied;
3. Appeal at the Administrative Law Judge level, if benefits are again denied.

I understand that I must provide Prudential with written proof that I have completed the process above. Failure to complete this process and provide proof of same will result in Prudential (1) estimating my monthly Social Security benefit and (2) using that amount to determine my adjusted benefit.

I promise to notify Prudential immediately if I am awarded Social Security benefits.

If any benefits under the Social Security Act are awarded retroactively, I agree to ~'epay Prudential immediately the amount.paid to me under this Agreement in excess of the amount to which i would have been entitled bnder the terms of the Plan.

**With respect to Workers' Compensation or similar coverage:** Unlike the situation described above for Social Security benefits, I understand that regardless of whether or not I sign this Agreement, Prudential will not reduce my Disability Benefits by an estimate of Workers' Compensation (or similar coverage) benefits. Only Workers' Compensation (or similar coverage) benefits actually received by me will be used to determine the benefit I am entitled to receive under this Plan.

I agree to repay Prudential immediately the amount paid to me under this Group Plan in excess of the amount to which I would have been entitled under the terms of the Plan if I subsequently receive a Workers' Compensation or similar cove;age award.

I hereby assign, transfer and set over to Prudential, to the extent of any excess so paid under this Agreement, the amount of future benefits which may become payable under this Plan.

| | |
|---|---|
| _Cynthia C. Schmidt_ | _Emily L. Schmidt_ |
| Signature of Employee | Signature of Witness |
| CYNTHIA ANN SCHMIDI | 9/25/01 |
| Name of Employee (please print) | Date |

R/A # I (Family)

**EXHIBIT J p. 1 of 1**

## Prudential 🦁 Financial



Group Disability Insurance
Medical Authorization
and Tax Notice

First Name: C Y N T H I A    MI: A    *Social Security Number*

Last Name: S C H M I D T    Suffix: M S

### 1 Authorization To Release Medical Information

PERSONS OR INSTITUTIONS: This authorizes you to give The Prudential Insurance Company of America, its affiliates and representatives, any information, data or records you have regarding my medical history and treatment (including records pertaining to psychiatric, drug or alcohol use, and any medical condition I may now have or have had), and any information, data or records regarding my medical condition I may now have or have had), and any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, credit, financial, earnings and employment history) needed to evaluate my claim for benefits. I understand that any such information obtained may be provided to a person or agency requested by Prudential to assist with this purpose. This authorization is valid during the dependency of my claim. I understand that I have the right to request and receive a copy of this authorization. A photocopy of this authorization is as valid as the original.

Unless limits* are shown below, this form pertains to all of the records listed above.

This information is for the sole use of Prudential or the group contract holder which will process the claim. Unless the law requires it, information will not be given in an identifiable form to any other persons unless I agree to its release in writing.

I can revoke this authorization by giving notice to Prudential. The notice will not apply to information released before the date Prudential has the notice. If not revoked, this authorization will be valid while the claim is pending, but not more than one year from the date it is signed.

I agree that a photocopy of this form will be valid as the original.

*Limits, if any: _____

X *Cynthia C. Schmidt*            Date Signed: 09 / 25 / 2001
Employee Signature (indicate how related if signed by other than claimant)

### 2 Tax Notice

Benefits provided under your Group Disability Income Plan may be subject to federal, state and local taxation. Contact your employee benefits representative or disability plan trustee for details on your rights and obligations under the various tax codes. If you wish to have Federal Income Tax (FIT) withheld from any payments you may receive, indicate the amount to be withheld below and sign the authorization. Withholding requests may also be submitted on IRS Form W-4S. Withholding requests must be stated in whole dollar amounts. FIT will not be withheld if the disability benefit is not taxable.

I request voluntary Federal Income Tax withholding from each payment, as authorized under section 3402(c) of the Internal Revenue Code, in the amount(s) of:

For STD [    ] .00 weekly ($20.00 minimum)

For LTD [    ] .00 monthly ($88.00 minimum)

X *Cynthia C. Schmidt*            Date Signed: 09 / 25 / 2001
Employee Signature (indicate how related if signed by other than claimant)

**For Internal Use Only**

Claim Number [         ]

* 1 0 4 A 0 1 *

EXHIBIT K p. 1 of 2

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

March 5, 2012

Cynthia A Schmidt
P.o. Box 119
Oregon House, CA  95962

Claimant: Cynthia A Schmidt
Claim No.: 10433044
Date of Birth: ▉▉▉▉▉▉
Control No./Br.: 39900 / 000CB

Dear Ms. Schmidt:

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No. 39900 issued to Nortel Networks, Inc..  We are requesting you arrange for the prompt completion of the enclosed forms and return them to our office at the above address by April 4, 2012.

- Attending Physician's Statement (to be completed by your attending physician)
- Supplementary Claimant Statement (to be completed by you)

Sincerely,
***Prudential Financial***
Prudential Financial

*Attached is my completed document*

*Cynthia Schmidt*

# EXHIBIT K p. 2 of 2

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
Website: **www.prudential.com/mybenefits**

August 2, 2010

Cynthia A Schmidt
P.o. Box 119
Oregon House, CA  95962

| |
|---|
| Claimant: Cynthia A Schmidt |
| Claim No.: 10433044 |
| Date of Birth: ████████ |
| Control No./Br.: 39900  /  000CB |

IlIuuIIlIIluIIuuIIlIlul

Dear Ms. Schmidt:

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan
No. 39900 issued to Nortel Networks, Inc..  We are requesting you arrange for the prompt
completion of the enclosed forms and return them to our office at the above address by September
1, 2010.

- Attending Physician's Statement (to be completed by your attending physician)
- Supplementary Claimant Statement (to be completed by you)

Sincerely,
*Prudential Financial*
Prudential Financial

*Fedex overnight 8/26/10*

EXHIBIT L P.1.51

**Prudential**  **Financial**

**Group Disability Insurance**
**Attending Physician's Statement**

**1** **To Be Completed By Employee**

Employer/Association Name

Control Number

Employee First Name                    MI        Social Security Number

Employee Last Name                              Suffix

Employee Address - Line 1                       Birth date (MM/DD/Year)

Employee Address - Line 2                       Gender
☐ Male    ☐ Female

City        State    Zip Code

Occupation

I hereby authorize release of information requested on this form by the below named physician for the purpose of claim processing.

X _____        ☐☐ / ☐☐ / ☐☐☐☐
   Employee Signature                              Date Signed

**2** **To Be Completed By Attending Physician**

Clinical Diagnosis              ICD-9 Code        Pregnancy EDC
Primary: _____                    ☐☐☐ . ☐☐    ☐☐ / ☐☐ / ☐☐☐☐

Secondary: _____                  ☐☐☐ . ☐☐

Secondary: _____                  ☐☐☐ . ☐☐

Relevant test procedures performed (Please provide results) _____

Surgical procedure(s) performed (Please be specific):    Date of Procedure: ☐☐ / ☐☐ / ☐☐☐☐

Current Medications: _____

For Internal Use Only

Claim Number




* 103A01 *

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718    Fax: 1-877-889-4885



Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit   L (2 of 2)
0544-02-05-82-0-0-0-0

# EXHIBIT M P. 1 OF 1

If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA          PA   19176
800-842-1718

Date
September 24, 2012

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CNTRL#   0039900
CLAIM#   10433044
ID#      ███████

CLAIMANT  CYNTHIA A SCHMIDT

| DESCRIPTION | AMOUNT | FROM 09/01/2012 | TO 09/30/2012 |
|---|---|---|---|
| LTD Claim Benefits | ███ | BENEFIT AMOUNT | |
| - SSDB | | LESS OFFSET | |
| - Medical | | ADD'L BENEFITS | 0.00 |
| - Dental | | | |
| - Mandatory FIT W4 | | LESS ADJUSTMENTS | 0.00 |
| | | LESS DEDUCTIONS | |
| | | AMOUNT PAYABLE | |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Date:  September 24, 2012

Deposit Amount: _____ ███

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | ███████ | ███████ |

To the Accounts of

CYNTHIA SCHMIDT
P.O. BOX 119
OREGON HOUSE          CA   95962

This is not a Check                              Not Negotiable

EXHIBIT N p.1 of 1

| Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return | | OMB No. 1545-0008 |
|---|---|---|

**c** Employer's name, address, and ZIP code

PRUDENTIAL INSURANCE CO OF AMERICA

GROUP INSURANCE - PREMIUM ACCOUNTING

PO BOX 70190

PHILADELPHIA PA 19176

**1** Wages, tips, other comp. ▮▮▮▮

**2** Federal income tax withheld ▮▮▮▮

**3** Social security wages

**4** Social security tax withheld

**5** Medicare wages and tips

**6** Medicare tax withheld

**d** Control number
39900

**b** Employer's ID number
~~22-1211670~~

**a** Employee's social security number ▮▮▮▮

**7** Social security tips

**e** Employee's name, address, and ZIP code

CYNTHIA A SCHMIDT
P.O. BOX 119
OREGON HOUSE CA 95962

**12** See instructions for box 12

**8** Allocated tips

**10** Dependent care benefits

**14** Other

**13**

Statutory employee ☐

Retirement plan ☐

Third-party sick pay ☒

**11** Nonqualified plans

**15** State Employer's state I.D. #
CA\01613058

**16** State wages, tips, etc. ▮▮▮▮

**17** State income tax

**18** Local wages, tips, etc.

**19** Local income tax

**20** Locality name

Form W-2 Wage and Tax Statement  2011

Dept. of the Treasury — Internal Revenue Service



EXHIBIT O page 1 of 1

*Cynthia A. Schmidt*
*P.O. Box 119  Oregon House, CA 95962*
*Phone: 530-692-1299  February 5, 2011*

Clerk of the Court and Honorable Kevin Gross
Unites States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

<u>Re:</u> <u>Case No. 09-10138 (KG),</u> **Nortel Networks Inc (NNI) et al,** <u>Docket No. 4638</u>

Dear Clerk and Honorable Kevin Gross,

With this letter I submit my *Objection* to Nortel's motion, referenced above, to appropriate the personal wages of Nortel Employees, wages currently held in Trust through the Nortel Networks U.S Deferred Compensation Plan.

This action appears to me to be legally highly questionable and I require adequate time to find legal counsel. Therefore I ask that Nortel's motion be denied.

I truly apologize for my late filing - I am permanently disabled, as affirmed by U.S. Social Security Disability rulings, and am unable to process my own mail on a regular basis.  If this Objection is too late to be entered as a legal objection to Nortel's motion, then I ask that it be submitted as a personal appeal to *Judge Kevin Gross:*

I was hired by Nortel Networks in November, 1999 in Santa Clara, California as a Network Engineer. This was not an executive, management or sales position. I have never had a management position in my life. I am a network specialist and was hired to assist Nortel clients with various network needs - problem resolution and network design primarily. This is a rather ordinary network engineering position.

In 2000, I received an invitation from Nortel to participate in a Deferred Compensation Plan for retirement savings purposes. It was represented to me simply as an election to take a portion of my paycheck every month and deposit it tax-deferred into a trust fund. As the date for my first distribution from this fund is age 55, three months from now, all of my contributed wages still sit there in 'trust'.

There is no way that I would have contributed my own money to such a fund if any indication at all had been made that it was not safe. I was not informed by letter, mail, telephone, management, or the Benefits department that this fund had any peculiar nature to it.
There was no mention that the monies in the fund - my wages - would actually belong to Nortel and not to me, as is claimed in Nortel's motion. I never agreed to such an absurd arrangement, and, by this letter, file my Objection to the proposed action by Nortel to seize these funds.

With sincere thanks for your consideration,

# EXHIBIT P p. 1 of 1

**Proof Of Claim**

WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?          Cynthia Ann Schmidt

WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?          4727327

WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?          December 4, 2001

WHAT IS YOUR AGE  (As Of January 1, 2013)...

Years:          **56**
Months          **8**
AUTOMATICALLY CALCULATED FOR YOU:  AGE IN MONTHS AS OF JAN JAN-1, 2013          580
AUTOMATICALLY CALCULATE DESERVED YOU: MONTHS UNTIL YOU REACH AGE 100          100

YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT          $          **137,500.00**

IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions...
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?          $          **0.04**          $          45,833.33
AUTOMATICALLY CALCULATED FOR YOU: MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K          $          1,833.33   $

FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"

SEVERANCE PERIOD          $          **16**          $          42,307.69
AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY          $          2,644.23   $

FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub)...

"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL          $          **8,020.83**          $          902,683.06
SSDI  MONTHLY OFFSET          $          **1,108.10**          $          110,810.00
Medicare Part B Reimbursement Per LTD Plan          $          **110.50**          $          11,050.00
AUTOMATICALLY CALCULATED FOR YOU - NET PAY          $          7,023.23   $          702,323.06

Estimates On What Replacement Coverage Would Cost You

MEDICAL CARE          $          **8,746.80**          $          72,890.00
SUBSIDIZED PRESCRIPTION PLAN          $          **3,600.00**          $          30,000.00
DENTAL/VISION/HEARING CARE          $          **900.36**          $          7,503.00
CORE EMPLOYEE LIFE INSURANCE          $          **4,598.22**          $          38,318.50
ACCIDENTAL DEATH & DISMEMBERMENT          $          **1,202.80**          $          10,023.33

CLAIM GRAND TOTAL          $          949,198.86

*ExHiBiT Q  25 pages  (SPD 2000)*

# IN THIS SECTION

INTRODUCTION ............................................................................. 1

PLAN HIGHLIGHTS ....................................................................... 2

ELIGIBILITY .................................................................................. 3

PARTICIPATION ............................................................................ 3
    Core FLEX Benefits ................................................................... 3
    Optional FLEX Benefits ............................................................ 4
    If You are on Disability During an Annual Enrollment Period ..... 4

WHEN COVERAGE BEGINS ......................................................... 6
    Core FLEX Benefits ................................................................... 6
    Optional FLEX Benefits ............................................................ 6
    Delay of Effective Date ............................................................. 7

CHANGING YOUR SELECTIONS ................................................. 7

COST OF COVERAGE .................................................................... 7

FLEX EARNINGS ........................................................................... 7

SHORT-TERM DISABILITY (STD) BENEFITS ............................ 8
    STD Benefit Amount ................................................................ 9
    Extension of Benefits Due to Part-Time Employment ................ 9
    Definition of Disability ............................................................. 9
    When Benefits Begin and End ................................................. 10
    If You are Disabled Again ........................................................ 10
    Reduction of Benefits Due to Other Income ............................ 11
    Exclusions .............................................................................. 13

NNI-LTD-00000082

LONG-TERM DISABILITY (LTD) BENEFITS ............................................................................. 13

    LTD Benefit Amount ................................................................................................................ 13

    Definition of Disability ............................................................................................................ 14

    When Benefits Begin and End ................................................................................................. 15

    If You are Disabled Again ......................................................................................................... 16

    Waiver of Premium ................................................................................................................... 17

    Reduction of Benefits Due to Other Income ......................................................................... 17

    Social Security Disability Benefits and Medicare ................................................................... 19

    Mandatory Vocational Rehabilitation Program .................................................................... 19

    Cost of Living Adjustment ....................................................................................................... 20

    Exclusions ................................................................................................................................. 21

OCCUPATIONAL DISABILITY BENEFITS ............................................................................... 22

WHEN COVERAGE ENDS ........................................................................................................... 22

OTHER IMPORTANT INFORMATION ....................................................................................... 23

    A Note About State Disability Laws ....................................................................................... 23

    Limits on Assignments ............................................................................................................ 23

    Errors in Payments ................................................................................................................... 23

ADMINISTRATIVE INFORMATION ......................................................................................... 23

NNI-LTD-00000083

*Short-Term and Long-Term Disability Plan*

# INTRODUCTION



Your disability benefits are designed to continue all or part of your income if you are unable to work due to Illness or Injury. In addition to the Short-Term Disability (STD) and Long-Term Disability (LTD) coverage provided to you by the Company as part of your Core FLEX Benefits, FLEX gives you the option to select optional coverage in these areas.

This is a brief description of the various options the Company has designed for your review and selection. Please read the description carefully to understand the options the Company is offering to you.

This information is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Short-Term and Long-Term Disability Plans can be found in the plan document. If there is a difference between the information in this summary and the plan document, the plan document will govern. In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in each section are capitalized. You can find these words in the Glossary section of the binder.

NNI-LTD-00000084

# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

*Core STD Benefit*

100% of gross pre-disability FLEX Earnings for up to 6 weeks of disability, then 70%* for up to the next 20 weeks of disability

*Optional STD Benefit*

Raise 70% Core Benefit to 90% of gross pre-disability FLEX Earnings for the 7th to 26th week of disability

## Long-Term Disability (LTD)

*Core LTD Benefit*

60%* of gross pre-disability FLEX Earnings after 26 weeks of disability

*Optional LTD Benefit*

Raise 60% Core Benefit to 70% of gross pre disability FLEX Earnings after 26 weeks of disability

---

* *or statutory minimum (if greater)*

---

**Disability -**   **2**

NNI-LTD-00000085

# ELIGIBILITY

You are eligible for the Short-Term Disability (STD) and Long-Term Disability (LTD) plans if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for Short-Term or Long-Term Disability benefits unless specified in the collective bargaining agreement.

# PARTICIPATION

Core STD and LTD benefits are available to you on your Hire Date. Optional STD and LTD benefits are available to you on your Hire Date provided you complete the enrollment process by your date of hire and pay the applicable Employee contributions. If you enroll for Optional STD or LTD within 31 days of your date of hire, coverage will be effective on the date the InfoCenter receives your choices.

STD and LTD benefits are mutually exclusive and each plan pays benefits independent of the other. Under no circumstances will STD and LTD benefits be paid concurrently.

## Core FLEX Benefits

You do not need to enroll for Core STD or Core LTD coverage.

NNI-LTD-00000086

# Optional FLEX Benefits

You may increase the amount of your Core STD and Core LTD coverage by electing Optional STD and Optional LTD coverage. You may enroll for Optional STD and Optional LTD coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on pages 10–11) or during an Annual Enrollment period.

# If You are on Disability During an Annual Enrollment Period

## STD

If you are on STD during an Annual Enrollment period, and you are still on STD when your newly selected coverage is supposed to begin, the following provisions apply:

*You do not need to enroll for Core STD or Core LTD coverage.*

*You may increase the amount of your Core STD and Core LTD coverage by electing Optional STD and Optional LTD coverage.*

- You will receive FLEX Credits and may select new choices for your FLEX Benefits, including your Optional STD and/or Optional LTD selections.

- You will continue to be eligible for STD benefits under the selections you were enrolled in during your STD. Should you become eligible for LTD, your benefits would be paid under the provisions of the selections you were enrolled in during your STD as well. Once you return to Active Work for two consecutive weeks, you will be covered under your newly elected selections (your choices at the Annual Enrollment period) and any Payroll Deductions for the new coverage will begin.

NNI-LTD-00000087

## LTD

If you are on LTD during an Annual Enrollment period, you will not be eligible to enroll in STD or change your current LTD selection. (However, Medical, Dental, Vision and Hearing Care, Life and AD&D benefits will continue to be available to you.) In addition, the following provisions apply:

- You may change your Medical, Dental, Vision and Hearing Care and Dependent Life Insurance selections.

- You will continue to be eligible for Long-Term Disability benefits under the selections in which you were enrolled during your LTD.

- Once you return to Active Work for 30 days, you may change your enrollment selections since this is considered a Qualified Family Status Change (Life Event). Your newly selected coverage will be effective according to plan provisions.

NNI-LTD-00000088

# WHEN COVERAGE BEGINS

## Core FLEX Benefits

Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.

## Optional FLEX Benefits

You may enroll for Optional STD and Optional LTD coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on pages 10–11) or during an Annual Enrollment period.

*Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.*

Your coverage will begin as follows:

| *If you enroll and pay the required contribution...* | *Your coverage will be effective on...* |
|---|---|
| As a new Employee on or before your Hire Date | Your Hire Date. |
| As a new Employee within 31 days of your Hire Date | The day the InfoCenter receives your choices. |
| Within 31 days of a Qualified Family Status Change | The date the Qualified Family Status Change event occurs. Note: Some events allow for a choice in coverage effective date. Contact the InfoCenter if you have questions. |
| During Annual Enrollment | The first day of the Plan Year, normally January 1. |

If you do not enroll under any of the above circumstances, you will be covered under Core STD and Core LTD only, and you must wait until an Annual Enrollment period (or experience a Qualified Family Status Change) to make an Optional STD or Optional LTD selection.

NNI-LTD-00000089

## Delay of Effective Date

If you are disabled and away from work on the date you would otherwise first become covered as a new Employee, your coverage will not start until you are Actively at Work.

# CHANGING YOUR SELECTIONS

Your Optional STD and Optional LTD selections remain in effect for the entire Plan Year. You will not be able to change your selections during the Plan Year unless you experience a Qualified Family Status Change (Life Event) as described in the FLEX Overview section on pages 10–11.

# COST OF COVERAGE

The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Optional STD and Optional LTD coverage with FLEX Credits or before-tax Payroll Deductions.

*The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Optional STD and Optional LTD coverage with FLEX Credits or before-tax Payroll Deductions.*

# FLEX EARNINGS

FLEX Earnings equal your base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

*FLEX Earnings are your annual base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives as defined each year by the Company (excluding bonuses).*

| If you are enrolling: | Your FLEX Earnings are your base salary as of: |
|---|---|
| For 2000 annual enrollment | September 30, 1999 |
| As a new hire | Your Hire Date |
| Part-time to full-time or vice versa | Effective date of employment status change |

NNI-LTD-00000090

FLEX Earnings do *not* include:

- overtime pay,
- shift differentials,
- relocation payments or
- bonuses.

If your FLEX Earnings and FLEX Credits change during the Plan Year (except due to an employment status change – e.g., full-time to part-time), related FLEX Payroll Deductions and Credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year. If your FLEX Earnings *increase* during the year, pay-related benefits (e.g., disability, life insurance, etc.) will be based on your FLEX Earnings at the time of your disability, dismemberment or death. However, if your FLEX Earnings *decrease* during the year, pay-related benefits (except due to an employment status change – e.g., full-time to part-time) will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year.

# SHORT-TERM DISABILITY (STD) BENEFITS

STD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan. In order to be eligible to receive STD benefits, you must complete all the required paperwork and return it to Health Services within 15 days of your first day absent from work. Failure to submit the required paperwork within the 15 day deadline may result in denial of STD benefits.

STD applications are reviewed for concurrent Family Medical Leave eligibility. STD benefits will apply to total leave entitlement as provided by the Family and Medical Leave Act of 1993 or similar state laws if applicable.

NNI-LTD-00000091

## STD Benefit Amount

### Core STD Benefit

The plan pays a weekly benefit of 100% of your gross pre-disability FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period. (The five-day waiting period is a period of Illness that must occur before your STD benefit begins. It counts toward your total period of disability as week one of your six weeks of 100% of gross pre-disability FLEX Earnings.) After that, the plan pays 70% of your gross pre-disability FLEX Earnings for up to the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11–13.

### Optional STD Benefit

Optional STD increases your coverage so that the plan pays 100% of your gross pre-disability FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period (defined above), then 90% of your gross pre-disability FLEX Earnings for up to the next 20 weeks. Optional STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11–13.

## Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis while you are still eligible for STD benefits equal to 100% of your gross pre-disability FLEX Earnings (your first 6 weeks of STD), you will receive all of your earned wages for the period that you work plus your reduced STD benefit for the period you receive disability benefits. Since your return to work on a part-time basis will decrease the STD benefit amount you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your gross pre-disability FLEX Earnings. This determination is made on a weekly basis.

## Definition of Disability

You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury and the clinical evidence supports this opinion. This means that you cannot perform the work you

*The plan pays a weekly benefit of 100% of your gross pre-disability FLEX Earnings for up to six weeks of your disability…*

*…you will receive 100% of your gross pre-disability FLEX Earnings for the period that you work plus the applicable STD benefit for the period you receive disability benefits.*

NNI-LTD-00000092

---

*You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury. This means that you cannot perform the work you were normally performing at the time of your disability. In addition, you must be under the regular care of a Physician.*

were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

You must provide written proof of your Total Disability to Nortel Networks Inc. Health Services. Health Services will complete the approval or denial of STD benefits for the Company. Independent Medical Evaluations (IMEs) may be required at the company's expense in order to arrive at this final determination. Your benefit may be delayed based on the date you provide written proof of your disability.

## When Benefits Begin and End

*Administratively, STD benefits begin on the sixth consecutive working day of your disability due to Illness or Accident. These benefits end when your eligibility ends, you are no longer Totally Disabled or you have received 26 weeks of STD benefits.*

Administratively, STD benefits will begin on the sixth consecutive working day of your disability due to Illness or Accident. The first five days are considered a waiting period (a period of illness that must occur before your STD benefit begins) to determine if you will progress to STD. If you do progress to STD, this five day period counts toward your total period of disability as week one of your six weeks of 100% of gross pre-disability FLEX Earnings. These benefits end when your eligibility ends, you are no longer Totally Disabled or you have received 26 weeks of STD benefits.

## If You are Disabled Again

If you are Totally Disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and

- you were Actively at Work less than two consecutive weeks since you were Totally Disabled or

- you have not returned for one day of full-time Active Work between the two disability periods.

NNI-LTD-00000093

For example…

1. You have received STD benefits for 10 weeks and you return to Active Work for one week before the same Illness requires you to stay at home again. In this case, benefits continue under the previous Claim for the rest of the 26-week period.

2. You have received STD benefits for 10 weeks and you return to Active Work for three weeks, then the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

3. You have received STD benefits for 10 weeks and you return to Active Work for one day, then a new Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

# Reduction of Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.

*…the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.*

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

    – unemployment compensation benefits

    – no-fault wage replacement benefits

NNI-LTD-00000094

– statutory disability benefits

– Social Security benefits, the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

For example, if your weekly STD benefit is $200, and you are also receiving $100 a week from Workers' Compensation, then your STD benefits will be reduced to $100 a week so that your total income equals $200 a week. For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to weekly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to weekly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security benefits, you are expected to pursue, in a timely and diligent manner, each of the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan may estimate your weekly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 6 of the Administrative Information section.

*It is your responsibility to complete any required applications, such as for Social Security benefits…*

NNI-LTD-00000095

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, this plan will require a lump sum reimbursement payment to the plan or reduce or eliminate future payments.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

*STD benefits will not be paid for any disability resulting from:*

- *intentionally self-inflicted injuries*
- *your participation in the commission of an assault or felony*
- *war or any act of war*

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 60% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on

NNI-LTD-00000096

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Optional LTD Benefits

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

# Definition of Disability

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

*During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

*After the first 18-month period of covered Total Disability...you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.

NNI-LTD-00000097

# When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period (STD), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from receipt of such paperwork *and* before the end of the 26-consecutive week waiting period (STD). (Your monthly LTD benefits and any retroactive payments could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1.  You stop being Totally Disabled or die.

2.  You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 12 months of LTD.

3.  You are no longer under the care of a Physician.

4.  You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5.  You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period...*

NNI-LTD-00000098

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For Total Disability due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

# If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and

- you were Actively at Work less than three consecutive months since your first disability.

NNI-LTD-00000099

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

## Waiver of Premium

While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.

## Reduction of Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents because of your disability or retirement.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)
- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)
- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

   - unemployment compensation benefits

   – no-fault wage replacement benefits

   – statutory disability benefits

   – Social Security benefits (family offset), the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

*While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.*

NNI-LTD-00000100

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to monthly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to 60 monthly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security, you are expected to pursue the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan will estimate your monthly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 8 of the Administration Information section.

NNI-LTD-00000101

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If LTD benefits have been overpaid, this plan will either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

## Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay Claims first and the Company's plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment process.) Coverage under Medicare Part A is free while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

*It is your responsibility to complete any required applications, such as for Social Security benefits...*

## Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation pro-

NNI-LTD-00000102

gram could result in termination of your LTD benefits.) An approved rehabilitation program is:

- a program of vocational rehabilitation or
- a period of part-time work with the Company for purposes of rehabilitation, recommended by your Physician, and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator and the Plan Administrator approve such program in writing and will end when your Physician, the Claims Administrator and the Plan Administrator withdraw their approval.

*...you may continue to receive LTD benefits for a limited time while on an approved rehabilitation program.*

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while on an approved rehabilitation program. During this period, your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your gross pre-disability FLEX Earnings. Here is an example:

*...your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job.*

| Monthly LTD Benefit From The Plan | Rehabilitative Earnings | 50% Reduction | Net LTD Benefit From The Plan |
|---|---|---|---|
| $1,600 | $300 | $150 | $1,750 |

If this plan determines that a program that should make you self-supporting is within your ability, the plan may pay certain expenses of a vocational rehabilitation program at the discretion of the Plan Administrator. If this benefit applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program. The maximum payment is $10,000.

## Cost of Living Adjustment (COLA)

Prior provisions of the LTD plan (which began July 1, 1994) provide a cost of living adjustment for LTD benefits for disabilities beginning before January 1, 2000. This adjustment applies to your Core and Optional LTD benefits each year after the first year of Long-Term Disability. This adjustment increases your total LTD benefit by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if

NNI-LTD-00000103

you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one year anniversary date that your LTD benefit began and is increased each year thereafter (when a CPI increase applies) beginning the same calendar month of your first COLA increase.

Effective for disabilities beginning on or after January 1, 2000, the LTD plan will no longer provide a cost of living adjustment for LTD benefits.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by the following:

- intentionally self-inflicted Injury, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion
- a Preexisting Condition, as described on the following page

## Preexisting Conditions Exclusion

If you are a newly hired Employee, you will not be covered for 12 months after coverage is effective for any disability caused or in any way related to a condition existing within 90 days of your coverage Effective Date.

A "Preexisting Condition" is an Illness, Injury or condition for which you:

- received treatment or services from a Physician,
- took drugs or medicines prescribed by a Physician,
- incur expenses or
- receive a diagnosis.

*LTD benefits will not be paid for any disability which is in any way caused by the following:*

- *intentionally self-inflicted injuries...*
- *your participation in the commission of an assault or felony*
- *war or any act of war*
- *a Preexisting Condition...*

NNI-LTD-00000104

# OCCUPATIONAL DISABILITY BENEFITS

*Disability benefits may also be payable to you for a Total Disability which is an Occupational Disability...*

Disability benefits may also be payable to you for a Total Disability that is an Occupational Disability as defined below. This benefit is provided on the same terms as the benefit for a non-occupational (non-employment related) disability. The amount of disability benefits payable, however, is equal to the excess of the non-occupational disability benefit over the benefits payable under any Workers' Compensation law, occupational disease law or similar legislation.

Occupational Disabilities are those caused by:

- an Injury arising out of, or in the course of, any employment for wage or profit or
- a disease covered with respect to such employment by any Workers' Compensation law, occupational disease law or similar legislation.

# WHEN COVERAGE ENDS

LTD and STD coverage will end on the earliest of the following dates:

- the date your employment ends or you stop qualifying for coverage or
- the date the part of the plan providing the coverage ends or
- the date you fail to pay the required premium or contribution or
- the date you begin an unpaid leave of absence.

For coverage purposes, your employment will end when you are no longer an active full-time or part-time Employee. However, the Company may consider you as still an active Employee during certain types of approved leaves of absence. For example, if you are on an unpaid medical leave of absence because of Injury or Illness, your coverage may be continued.

If you stop Active Work for any reason, you should contact the Company at once to determine what arrangements, if any, can be made to continue any of your coverage.

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00000105

# OTHER IMPORTANT INFORMATION

## A Note About State Disability Laws

In certain locations, state mandated disability plans supersede the Company's plan. As a result, applicable state disability law may alter the provisions described in this summary.

## Limits on Assignments

Benefits under the plan may be assigned only as a gift assignment. The Claims Administrator will not:

- be responsible for determining the validity of a purported gift assignment, or
- be held to know about an assignment unless it has received a copy of it.

For more information on limits of assignments or how to assign disability benefits as a gift, contact the Claims Administrator (as defined on page 6 of the Administrative Information section).

## Errors in Payments

If the Claims Administrator determines that you have received an overpayment of benefits, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under this plan or any other Company welfare plan.

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about this plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

NNI-LTD-00000106