IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: </br></br>Nortel Networks Inc., et al.,[1] </br></br>Debtors. | ) Chapter 11 </br>) </br>) Case No. 09-10138 (KG) </br>) </br>) Jointly Administrated </br>) </br>) Objection Deadline: Oct. 22, 2012 at 10 a.m. </br>) Hearing Date: Feb. 12, 2013 at 10 a.m. </br>) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Michael P. Alms (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Michael P. Alms respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**BACKGROUND**

1. I am a 58 year old employee of Nortel and diagnosed (blindsided) with Multiple Sclerosis in 2004. Before this, I never imagined being on disability. I woke up one morning and my right side was numb and it never came back. Then I realized that wasn't the only symptom. My spouse is 57 and now my stay at home caregiver. I went out on disability in 2005 after 24 dedicated years with Nortel. We now rely on Nortel for Health (my Supplement as I am on Medicare), Drug, Dental and Vision Insurance. As well as Long Term Disability (LTD) income continuance.

2. After I was diagnosed, I started researching what my options could be. Being told that MS has no cure and is a long term disease. I read the Long Term Disability Summary Plan Description. Nortel has it that "LTD benefits will be reduced by others sources of income payable to you or your Dependents because of your disability or retirement". Therefore, Nortel's STD/ LTD was my ONLY option should it come to a point where I couldn't work. I called Human Resources for advice but they couldn't give me any. When I finally was no longer able to perform my job, I called and put my fate in the hands of Nortel's STD/ LTD process. I had NO choice! My wife helped me with the grueling process of filing paperwork for the stages of STD, LTD, Social Security Disability and finally Medicare. All mandatory steps in the Nortel STD/ LTD process.

3. In 2009 when Nortel filed for bankruptcy, I again got concerned about my uncertain future. I called Prudential Insurance to inquire about my status. After being put on hold for some time, I was told that I'm Ok and everything should be in place even if Nortel didn't exist. Then in the 2010 Benefits renewal, Nortel made it extremely clear

in two (2) places that LTD Benefits are funded by Nortel Networks Assets. They had never stated this before. LTD income continuation payments are made by Prudential Insurance. This gave the appearance that it was a true LTD Insurance Policy. On June 21, 2010 Nortel filed to terminate LTD'ers and their benefits. I felt set-up and betrayed. Luckily we've had a reprieve so our story can be heard.

4. I haven't been a willing participant in anything since I started the Nortel STD/ LTD process. I've been a spectator. Additionally, by definition people on Long Term Disability are not employable. I firmly believe that Nortel needs to be held accountable for supporting people on LTD even after Nortel no longer exists. It's not like I have much of a chance to gain employment to recover this lost income. I have been diagnosed with Multiple Sclerosis for which there is no cure. Just a slow to steady decline. For people on Long Term Disability, the benefits Nortel is seeking to terminate are essential and irreplaceable.

## RELIEF REQUESTED

5. I request that the Debtors motion to terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

6. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is $819,574.

7. I request that there is no interruption in disbursement of LTD benefits (or compensation of same) as the impact to me would be both financially and medically devastating.

## BASIS FOR RELIEF

8. I had worked for Nortel for 24 dedicated years (hire date: 3/2/1981) before becoming disabled on 3/5/2005.

9. I followed the Nortel Short Term Disability (STD) and Long Term Disability (LTD) Summary Plan Description (SPD) (Exhibit: A), and associated flow charts (STD Exhibit: B, LTD Exhibit: C) available to me in February 2005 via Nortel's website. The last step in the flow chart is Prudential taking over the LTD Benefit. Refer to my STD check coming from Nortel (Exhibit: D) and LTD check coming from Prudential Insurance (Exhibit: E).

10. I have been Approved for Disability by both Prudential (STD Exhibit: F, initial LTD Exhibit: G, 18 month LTD Exhibit: H) and Social Security (Exhibit: I).

11. The Nortel LTD Plan does not state anywhere that it is a Renewable Claim. After my LTD Claim was Approved, Prudential has requested periodic information from my attending physicians to insure I am still Disabled (Exhibits: J, K, L). The LTD claim itself is never renewed (or re-elected like health insurance).

12. In 2010, Nortel stated in their Summary Annual Report on Welfare Benefits that it has committed itself to pay certain claims incurred under the terms of the plan (Exhibit: M).

13. In 2010, Nortel suddenly added wording to their LTD Summary Plan Description that the plan is self-insured from the general assets of Nortel (Exhibit: N). This has never been stated before. Then in the 2011 LTD Summary Plan Description, Nortel has all new employee's go on LTD in a fully insured plan (Exhibit: O).

14. To me, all this shows that the Nortel I knew, truly wants to take care of their personnel on LTD until they reached the age of 65.

15. I filed two (2) claims with the Bankruptcy Court when Nortel first filed for bankruptcy. Claim# 3784 for Health Insurance coverage and Claim# 3785 for Non-Qualified Pension. I had called Prudential and they confirmed that I would continue receiving benefits from them. When I learned that Nortel stated the income continuance was self-funded with general assets, I called Epiq and received the Ok to file an additional Claim# 6110. I attached a letter to this claim (Exhibit: P) explaining why this claim was filed late. These three (3) claims are updated and included in my Proof Of Claim (POC) Exhibit: Q.

16. I requested a Benefit Summary from PBGC (Pension Benefit Guaranty Corporation) for early retirement (since I'm over 55) for 1/1/2013 and my normal retirement date. They provided me with the Estimate for Normal Retirement (Exhibit: R). I called PBGC on 7/16/2012 and they verbally told me that I would not be eligible for early retirement under Nortel's plan.

17. I am not a "willing" "active" employee of Nortel. I am an inactive person who receives compensation from Prudential Insurance (Exhibit: E).

18. All correspondence I receive comes from Prudential Insurance Company of America. Leading me to believe that I am under an Insurance Plan that covers my claim until I'm 65.

19. Per a letter dated October 10, 2012 (Exhibit Y), Prudential believes that this is one continuous Claim No. And that the benefits of this claim should continue until I am 65 years of age.

20. If I have to change my Health Insurance coverage for my wife and I, the cost will be significantly more. With Multiple Sclerosis, prescription drugs are the only way to even function. Some of these drugs are on the non-preferred category. The main drug I take for MS would cost $36,794 per year without insurance. On top of this Nortel wants to terminate my income continuance. So I'm looking at a potentially significant increase in health costs and a significant decrease in income. As I stated early, for people on LTD, the benefits Nortel is seeking to terminate are essential and irreplaceable.

## **EXHIBITS**

A – 2005 LTD Summary Plan Description

B – 2005 STD Process Flowchart

C – 2005 LTD Process Flowchart

D – Nortel STD 09/02/2005 check

E – Prudential Insurance LTD 09/24/2012 check

F – Prudential Initial Approval for STD

G – Prudential Initial Approval for LTD

H – Prudential 18 month Approval for LTD

I – Social Security Approval for Disability

J – Prudential Request for an Attending Physician's Statement dated March 29, 2006

K – Prudential Request for an Attending Physician's Statement dated August 7, 2009

L – Prudential Request for an Attending Physician's Statement dated December 5, 2011

M – 2010 Summary Annual Report on Welfare Benefits

N – Page out of 2010 LTD Summary Plan Description

O – Page out of 2011 LTD Summary Plan Description

P – Michael Alms dated 11/5/2009 to Epiq Bankruptcy Solutions on Disability Payments

Q – Proof Of Claim for Michael P. Alms

R – PBGC Benefit Estimate dated 5/23/2012

S – 2012 Flex Benefits Statement

T – December 3, 2007 letter on Nortel changes to CARP Program

U – ANNUAL Cost of Replacement. (Nortel 2012 Cobra Rates)

V – Prudential, Converting Group Term Life Insurance to Individual Insurance

W – Claim Submitted for Non-Qualified Pension, #3785 on 9/25/2009 for $107,648.83

X – Payment to Elliott Greenleaf law firm to prepare options after Nortel's 2010 termination

Y – Prudential letter dated October 10, 2012 on confirmation of claim, benefit and status.

## NOTICE

1. Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); (b) the United States Trustee for the District of Delaware; and (c) counsel to the LTD 1102 Committee (Elliott Greenleaf) via first class mail. Other parties will receive notice through the Court's electronic filing system. Michael P. Alms respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Michael P. Alms respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate Michael P. Alms in full for LTD benefits projected to age 65; Total Claim being $819,574.

3. Order that there is no interruption in disbursement of LTD benefits (or compensation for same) to Michael P. Alms.

Dated: October 16, 2012

Michael P. Alms
4944 Elm Island Circle
Waterford, WI 53185
Telephone: 262-534-3955
Facsimile: N/A
Email: mike.alms.wi@gmail.com

*Appearing Pro Se*
**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
| Debtors. | ) Jointly Administrated |
|  | ) |
|  | ) **Re: Docket No. 8067** |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
Wilmington, Delaware

HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.