EXHIBIT I

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: December 27, 2005
Claim Number: ████████████

1223 MCS.PC7,I,8A,T109,8S8,153
MICHAEL P ALMS
4944 ELM ISLAND CIR
WATERFORD, WI 53185-3363

060018921 03 MB    8.718

You are entitled to monthly disability benefits beginning September 2005.

**The Date You Became Disabled**

We found that you became disabled under our rules on March 7, 2005.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is September 2005.

**What We Will Pay And When**

- You will receive $8,053.00 around January 2, 2006.

- This is the money you are due for September 2005 through December 2005.

- Your next payment of $2,074.00, which is for January 2006, will be received on or about the fourth Wednesday of February 2006.

- After that you will receive $2,074.00 on or about the fourth Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C                          **See Next Page**

EXHIBIT I

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| September 2005 | $1,993.00 | Entitlement began |
| December 2005 | $2,074.70 | Cost-of-living adjustment |

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Disability Benefits". It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

A provider of employment or vocational rehabilitation services may contact you about getting help to go to work. The provider may be a State vocational rehabilitation agency or a provider under contract with the Social Security Administration.

If you go to work, special rules allow us to continue your cash payments and health care coverage. For more information about how work and earnings affect disability benefits, call or visit any Social Security office and ask for the following publications:

- Social Security - Working While Disabled. How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

We have included your earnings from the railroad industry in figuring your Social Security benefit. If additional work in that industry together with your past railroad service totals 120 months or 60 months of railroad service after 1995, please notify any Social Security office promptly.


Ex HiBiT I

## Do You Disagree With The Decision?

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim". It contains more information about the appeal.

### Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

### If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

Ex A B n I

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-262-554-4089. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
4020 DURAND AVE
RACINE, WI 53405

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Jo Anne B. Barnhart
Commissioner
of Social Security

Claims Services Provided by          EXHIBIT J     Janie Reid
                                                   Disability Claim Manager

**The Prudential Insurance Company of America**          The Prudential Insurance Company of America
                                                        Disability Management Services
                                                        PO Box 13480
                                                        Philadelphia, PA 19176

                          *Return on*
                          *4/20/2006*               Phone: (800) 842-1718 Ext: 5599
                                                    Fax: (877) 889-4885
                                                    Hours: 08:00 AM 04:30 PM

March 29, 2006

Michael P Alms                                      Claimant: Michael P Alms
4944 Elm Island Circle                              Control #/Br: 39900 / 0B050
Waterford, WI 53185                                 Claim #: 10750887
                                                    Date of Birth: ████████████

ldulludluullhululululdul

Dear Mr. Alms:

We are writing in regard to your claim application for Long Term Disability (LTD) benefits under
the Group #39900 issued to Nortel Networks, Inc..

"Total Disability" exists when Prudential determines that all of these conditions are met:
In order to receive benefits under the Nortel Networks, Inc. Group LTD Plan, covered employees
must meet all contractual requirements including the following definition of Disability:

> "You are considered Totally Disabled for LTD when a Physician submits documentation that is
> approved by the Claims Administrator as establishing that you are unable to perform the
> essential functions of your job. This means that you cannot perform the work you were
> normally performing at the time of your disability with or without reasonable accommodations
> for the limitations resulting from your Illness or Injury. In addition, you must be under the
> regular care of the Physician who certifies your Total Disability and that Physician must have
> treated you personally for the Illness or Injury causing the Total Disability for at least 31 days
> before making the certification. The proof that your Physician submits must be written proof of
> objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total
> Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its
> discretion. Independent Medical Evaluations (IME's) may also be required at the Company's
> expense in order to arrive at this final determination. Your benefit will be denied if you do not
> provide such objective proof of your Claim within the required timeframe.

> During the first 18-months of a covered Total Disability (from the first date of STD), you will
> be considered unable to work if you cannot perform the work you were normally performing at
> the time of your disability with or without reasonable accommodations for the limitations
> resulting from your Illness or Injury. After the first 18-months of covered Total Disability
> (from the first date of STD), you will be considered unable to work if you are unable to perform
> any reasonable occupation. A "reasonable occupation" is any job you are or could become
> qualified to do with your education, training or experience."

A review of our records indicates that the initial period of benefits as defined above will end on
September 2, 2006. We will be conducting a thorough evaluation to determine your eligibility for
benefits beyond that date. Even though benefits may continue beyond this initial period, we do not
waive our right to evaluate your claim under the more restrictive definition of Total Disability.
Please complete and return the enclosed forms to our office by May 3, 2006.

If you have any questions, please contact me at (800) 842-1718, extension 5599.    EXHIBIT J

Sincerely,

*Janie Reid*

Janie Reid
Disability Claim Manager

COPY    AUG. 2009    EXHIBIT K

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
**Website: www.prudential.com/inst/gldi**

August 7, 2009

Michael P Alms
4944 Elm Island Circle
Waterford, WI 53185

Claimant: Michael P Alms
Claim No.: 10750887
Date of Birth:
Control No./Br.: 39900 / 0B050

Ialallulluulllalalalalal

Dear Mr. Alms:

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No. 39900 issued to Nortel Networks, Inc..  We are requesting you arrange for the prompt completion of the enclosed forms and return them to our office at the above address by September 6, 2009.

- Attending Physician's Statement (to be completed by your attending physician)
- Supplementary Claimant Statement (to be completed by you)

Sincerely,
**Prudential Financial**
Prudential Financial

MAILED BACK ON 8/28/2009.

PLEASE CALL Mike Alms to ConFirm You
HAVE RECEIVED THis.  847-480-2903

Thanks
MLA

I called on 8/2/09 to confirm
that they had received this doc.
(Yes, they had received)

EXHIBIT L

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax. (877) 889-4885
**Website:  www.prudential.com/mybenefits**

December 5, 2011

Michael P Alms
4944 Elm Island Circle
Waterford, WI  53185

Claimant: Michael P Alms
Claim No.: 10750887
Date of Birth: ███████
Control No./Br.: 39900 / 0B050

|.|ı|.ıı|.ı.ıl|ııı.ı.ll|ı.|ı.|ı.|ı.|.ı|

Dear Mr. Alms:

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No. 39900 issued to Nortel Networks, Inc..   We are requesting you arrange for the prompt completion of the enclosed forms and return them to our office at the above address by January 4, 2012.

- Attending Physician's Statement (to be completed by your attending physician)
- Supplementary Claimant Statement (to be completed by you)

Sincerely,
**Prudential Financial**
Prudential Financial

COMPLETED AND Returned
12/23/201
Michael P.

## SUMMARY ANNUAL REPORT FOR
## NORTEL NETWORKS WELFARE BENEFITS PLAN

This is a summary of the annual report of the NORTEL NETWORKS WELFARE BENEFITS PLAN, a health, life insurance, dental, vision and long-term disability plan (Employer Identification Number 04-2486332), for the plan year 01/01/2010 through 12/31/2010. The annual report has been filed with the Employee Benefits Security Administration, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

NORTEL NETWORKS, INC. has committed itself to pay certain claims incurred under the terms of the plan.

### Insurance Information

The plan has insurance contracts with ANTHEM BLUECROSS BLUESHIELD, CIGNA HEALTHCARE, MEDCO, OPTUM, EYEMED VISION CARE and PRUDENTIAL INSURANCE COMPANY OF AMERICA, to pay certain Health, Vision, Life insurance, Dental, HOSPITAL, and SURGICAL claims incurred under the terms of the plan. The total premiums paid for the plan year ending 12/31/2010 were $2,259,104.

### Your Rights to Additional Information

You have the right to receive a copy of the full annual report, or any part thereof, on request. The items listed below are included in that report:

1.    Financial information and information on payments to service providers.

2.    Insurance information, including sales commissions paid by insurance carriers.

To obtain a copy of the full annual report, or any part thereof, write or call the office of Julie Graffam, who is a representative of the plan administrator, at 4001 EAST CHAPEL HILL NELSON HIGHWAY, RESEARCH TRIANGLE PARK, NC 27709 and phone number, 972-362-7151.

You also have the legally protected right to examine the annual report at the main office of the plan: 4001 East Chapel Hill Nelson Hwy, Research Triangle Park, NC 27709, and at the U.S. Department of Labor in Washington, D.C., or to obtain a copy from the U.S. Department of Labor upon payment of copying costs. Requests to the Department should be addressed to: Public Disclosure Room, Room N-1513, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

Home ▸ Choose the Right Plans ▸ Long-Term Disability (LTD)

*PAGE FROM NORTEL'S 2010 BENEFIT ENROLLMENT SPD*

# LONG-TERM DISABILITY (LTD)

If you're unable to return to work after 26 weeks of disability, you may be eligible for LTD plan benefits. LTD plan benefits are self-insured by Nortel, which means they are funded by Nortel. That is, the benefits are paid from the general assets of Nortel. The LTD Plan is administered by The Prudential Insurance Company of America. The LTD benefits are available after you have exhausted your 26-week STD coverage. Any LTD benefit you receive will be taxable. For complete LTD plan details and qualification requirements, refer to the STD/LTD Plan Summary Plan Description (SPD), which can be found on Explore Plans and Services or by calling HR Shared Services toll-free at 1-800-676-4636.

You have the following LTD Plan coverage levels available:

## Core LTD Plan Coverage

The Company provides you with core LTD Plan coverage—at no cost to you. If eligible, you'll receive coverage equal to 55% of your pre-disability Benefits Earnings.

## Optional LTD Plan Coverage

If you want a higher level of LTD plan coverage than what the Core LTD plan provides, you can select optional LTD plan coverage during the Benefits 2009 annual enrollment period. Your optional coverage is payable with before-tax contributions and provides coverage equal to 66-2/3% of your pre-disability Benefits Earnings.

## 2010 Optional LTD Plan Rates

| Coverage | 2010 Cost per $100 of Benefits Earnings |
| --- | --- |
| Optional LTD Plan | $0.11 |

*PAGE FROM NORTEL's 2011 BENEFIT ENROLLMENT SUMMARY PLAN DOCUMENT.*

- **Flexible Spending Accounts (FSA) – Health Care and Dependent Care Reimbursement Accounts.** We will not be offering these plans in 2011. You will continue to have access to any funds left in your 2010 FSA accounts, subject to current eligibility and plan rules until the deadlines for filing claims against the 2010 Health Care and Dependent Care Reimbursement Accounts. Please refer to the Health Care Reimbursement Account (HCRA) and Dependent Care Reimbursement Account (HCRA) Summary Plan Descriptions at www.nortel.com/corporate/benefits/english > "Explore Plans/Services" for detailed information on important filing deadlines, eligibility, processes/procedures, contact info, etc.

- **Short Term Disability Plan (STD)** -The optional buy-up benefit for STD will no longer be available. The STD plan will no longer be administered by Prudential. To apply for STD benefits you will need to call HR Shared Services at 1-800-676-4636.

- **Long Term Disability Plan (LTD)** – Employees who are actively at work on January 1, 2011 and who work more than 20 hours a week may be eligible to participate in a new fully insured LTD plan offered through MetLife. "Fully insured" means that any benefits that are being paid out when Nortel ceases operation would continue afterward. Employees who meet the eligibility requirements and go on LTD will be entitled to a benefit equal to 50% of their pre-disability benefits earnings to a maximum of $5,000/month. There will be no buy-up option.

- **Medical Benefits Abroad Plan** – Personal travel, part-time employees and dependents will no longer be covered. Emergency medical expenses will continue to be covered under this plan for full-time employees who are traveling on Nortel business outside the U.S.

- **Health Care Reform Act** - Changes will come into effect over the next several years, with most changes taking place by 2014. For 2011, lifetime maximums for out-of-network benefits have been eliminated, and dependent coverage has been expanded to age 26 regardless of student status (unless the dependent has access to insurance at his or her work). For detailed information on this act go to www healthcare.gov/.

- **Mental Health Parity Act** - This legislation prohibits group health plans from imposing treatment or financial limitations for mental health and/or substance abuse coverage that are more restrictive than those applied to medical and surgical services. Please see the "Mental Health and Substance Abuse" section for complete details.

## ELIGIBILITY

### Who Is Eligible

You're eligible for benefits if you're a Nortel full-time or part-time employee regularly scheduled to work 20 hours or more per week. Your dependents are eligible for benefits under many benefits options:

- Your spouse, including your common-law spouse (under state law) or Domestic Partner (qualified under plan rules).

- Your Child(ren) and/or Domestic Partner's Child(ren) under age 26 who do not have access to employer provided coverage. "Children" include:
  - Your natural or legally adopted (or placed for adoption) Children, and
  - Your step-Children, legally authorized foster Children, and any child for whom you are legal guardian, if these Children depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the Calendar Year.

- Your Child(ren) and/or Domestic Partner's Child(ren) under age 26, and

- Your eligible, unmarried, physically or mentally disabled Child(ren) and/or Domestic Partner's Child(ren) over age 25 who are Wholly Dependent on you, incapable of self-sustaining employment, and unable to engage in the normal activities of a person of the same age, sex and ability by reason of mental or physical handicap and became disabled and Dependent before age 26. You must provide a notice of the disability to HR Shared Services within 31 days of your child turning age 26 for that child to be considered an eligible Dependent.

EXHIBIT P

November 5, 2009

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station    P.O. Box 5075
New York, NY 10150-5075

Dear Epiq Bankruptcy Solutions,

SUBJECT: MICHAEL ALMS DISABLTITY PAYMENTS

I am filing this claim at this time because of misinformation I had received. I am on Long Term Disability with Nortel Networks because of Multiple Sclerosis. I receive my LTD payments from Prudential Insurance. I called Prudential a few months ago and was told that this indeed was an Insurance Policy and would be Valid whether Nortel Networks still existed or not. Therefore I did not submit a claim by September 30, 2009. Then I received my 2010 Benefits renewal for Nortel Networks. In the benefits description information, Nortel made it extremely clear in two (2) places that LTD Benefits was funded by Nortel Networks Assets.

If Nortel Networks were to no longer have assets, then I would say Nortel owes people on LTD this income as promised by their LTD policy.

I have attached copies of my Prudential monthly statement and pages from the 2010 Benefits description.

Considering that Nortel could no longer have assets on January 1, 2010, my claim against Nortel Networks assets would be;

$4,103.40  per month
108  months (9 years) until I'm 65
$443,167.20  Total Claim


My contact information is;
Mike's Cell:  847-420-2903
E-Mail:    malms00@gmail.com

Sincerely,



Michael Alms




4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

## Proof Of Claim

EXHIBIT Q

| "PROOF OF CLAIM" BEING SUBMITTED FOR | | Michael P. Alms | | | Notes On This Information |
|---|---|---|---|---|---|
| NORTEL GLOBAL ID # | | 0193130 | | | |
| Hire date: | | 3/2/1981 | | | |
| Short Term Disability began: | | 3/5/2005 | | | |
| **LONG-TERM DISABILITY** Began | | September 3, 2005 | | | |

**AGE, As Of January 1, 2013**

| | | | | | |
|---|---|---|---|---|---|
| Years | | 58 | | | |
| Months | | 11 | | | |
| AUTOMATICALLY CALCULATED - AGE IN MONTHS | | 707 | | | |
| AUTOMATICALLY CALCULATED - MONTHS UNTIL AGE "65" | | 73 | | | |

| **ANNUAL SALARY PER 2012 FLEX BENEFITS STATEMENT** | $ | 120,000.00 | | | Exhibit S |
|---|---|---|---|---|---|

**401K Capital Accumulation Retirement Plan (CARP) Contributions**

| % CARP CONTRIBUTION IDENTIFIED BY NORTEL | | 0.04 | | | Exhibit T |
|---|---|---|---|---|---|
| AUTOMATICALLY CALCULATED - MONTHLY CONTRIBUTION BY NORTEL INTO 401K | $ | 4,800.00 | $ | 29,200.00 | |

**NORTEL "TERMINATION NOTIFICATION"**

| | | | | | 1 Week For Each Annual Anniversary Date |
|---|---|---|---|---|---|
| SEVERANCE PERIOD | | 35 | | | PLUS 4 Weeks |
| AUTOMATICALLY CALCULATED - SEVERANCE PAY | $ | 2,307.69 | $ | 80,769.23 | |

**PRUDENTIAL PAY STUB**

| "GROSS" MONTHLY BENEFIT AMOUNT FROM PRUDENTIAL | $ | 6,000.00 | $ | 438,000.00 | Exhibit E |
|---|---|---|---|---|---|
| SSDI  MONTHLY OFFSET | $ | 1,893.10 | $ | 138,196.30 | Exhibit E |
| Medicare Part B Reimbursement Per LTD Plan | $ | 99.90 | $ | 7,292.70 | Social Security Letter |
| | | | | | Replaces Claim Submitted, #6110 on 11/9/2009 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ | 4,206.80 | $ | 307,096.40 | for $443,167.20 |

**Estimates On What Replacement Coverage Would Cost**

| | | | | | Exhibit U |
|---|---|---|---|---|---|
| | | | | | Replaces Claim Submitted, #3784 on 9/25/2009 |
| MEDICAL CARE | $ | 10,660.08 | $ | 64,848.82 | for $79,638 |
| | | | | | Exhibit U |
| | | | | | Replaces Claim Submitted, #3784 on 9/25/2009 |
| DENTAL/VISION/HEARING CARE | $ | 915.48 | $ | 5,569.17 | for $79,638 |
| HEALTH CARE REIMBURSEMENT ACCOUNT | | N/A | | N/A | |
| DEPENDENT CARE REIMBURSEMENT | | N/A | | N/A | |
| SHORT-TERM DISABILITY | | N/A | | N/A | |
| LONG-TERM DISABILITY | | N/A | | N/A | |
| CORE EMPLOYEE LIFE INSURANCE | | | | | |
| w/ACCIDENTAL DEATH & DISMEMBERMENT | $ | 138.60 | $ | 843.15 | Exhibit V |
| OPTIONAL EMPLOYEE LIFE INSURANCE | | N/A | | N/A | |
| DEPENDENT LIFE INSURANCE - SPOUSE | $ | 137.52 | $ | 836.58 | Exhibit V |
| LONG TERM CARE | | $0.00 | | $0.00 | |
| ACCIDENTAL DEATH & DISMEMBERMENT | $ | - | $ | - | |
| Non-Qualified Pension (Per Mercer OneView -My Pensions website dated 8/31/2009) | | | $ | 107,648.83 | Exhibit W |
| Payment to Elliott Greenleaf law firm to prepare options after Nortel's 2010 termination attempt | | | $ | 500.00 | Exhibit X |
| Federal Tax hit because of a Lump Sum payment rather then spread over 6 years | | | $ | 162,000.00 | |
| Wisconsin State Tax hit because of a Lump Sum payment rather then spread over 6 years | | | $ | 40,262.00 | |
| | | | | | |
| **CLAIM GRAND TOTAL** | | | $ | 819,574.18 | |



**PBGC**
Protecting America's Pensions

EXHIBIT R

| | |
|---|---|
| Privacy Act Data | **Benefit Estimation** |
| MICHAEL ALMS | 05/23/2012 09:42 AM |
| | Page 1 of 3 |

## NORTEL NETWORKS RETIREMENT INCOME PLAN

| | |
|---|---|
| **PBGC Case Number:** | **21391900** |
| **Date of Plan Termination (DOPT):** | **July 17, 2009** |

Please verify the following information. If you find discrepancies, contact PBGC at 1-800-400-7242.
We will send a formal benefit determination when we have reviewed all data and plan provisions.

### YOUR BENEFIT SUMMARY

Participant's Information
------------------------------------

| | |
|---|---|
| Name: | MICHAEL ALMS |
| Social Security Number: | |
| Gender: | Male |
| Date of Birth: | |
| Date of Hire: | 03/02/1981 |
| Last Date Benefits Earned | 12/31/2007 |
| Bankruptcy Petition Date: | 01/14/2009 |
| Date of Termination of Employment: | Actively Employed at Date of Plan Termination |
| Normal Retirement Date: | 02/01/2019 |

Beneficiary's Information
------------------------------------

| | |
|---|---|
| Name: | JULIE ALMS |
| Social Security Number: | X |
| Date of Birth: | |



Summary of Participant's Benefit
------------------------------------------------

| | |
|---|---|
| Actual Retirement Date (ARD): | 02/01/2019 |
| PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity: | $4,500.00 |
| PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity: | $4,009.50 |

Your benefit exceeds PBGC's maximum monthly amount. Please see the Benefit Calculation section for further details.

### YOUR BENEFIT CALCULATION

Pension Information used for Benefit Calculation



# N**O**RTEL

United States Benefits
Confirmation Statement

EXHIBIT S

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Michael Alms |
| Global ID: | 0193130 |
| Date of Birth: | |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 120000.00 |
| Events: | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year | |
|---|---|---|---|---|---|
| **Medical Care**<br>80/60 PPO, Anthem | EE & Spouse | $ 76.17 | $1,980.42 | $8,436.74 | *166²/month |
| **Dental/Vision/Hearing Care**<br>COMP | EE & Spouse | $ 11.11 | $ 288.86 | $ 608.66 | *any²/month |
| **Short-Term Disability**<br>66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 783.64 | |
| **Long-Term Disability**<br>60% of Benefits Earnings | | $ 0.00 | $ 0.00 | $ 276.12 | |
| **Total Cost of Your Before-Tax Selections:** | | $ 87.28 | $2,269.28 | 10,105.16 | |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year | |
|---|---|---|---|---|
| **Core Employee Life Insurance**<br>1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 187.20 | |
| **Optional Employee Life Insurance**<br>No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 | |
| **Dependent Life Insurance - Spouse/DP**<br>$50,000 | $ 6.28 | $ 163.28 | $ 0.00 | $326²/month |
| **Dependent Life Insurance - Child(ren)**<br>No Coverage | $ 0.00 | $ 0.00 | $ 0.00 | |
| **Accidental Death & Dismemberment**<br>No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 | |
| **Total Cost of Your After-Tax Selections:** | $ 6.28 | $ 163.28 | $ 187.20 | |

If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

 

**N⦿RTEL**

Date:         December 3, 2007

To:           U.S. Employees in Receipt of LTD Benefits

From:         Corporate Benefits

Subject:      Changes to the Nortel Capital Accumulation and
              Retirement Program (CARP) Effective January 1, 2008

As communicated in mid-2006, Nortel will introduce a number of changes to its Capital Accumulation and Retirement Program (CARP) to take effect on January 1, 2008. These CARP changes will affect employees at all levels in the U.S. including employees receiving Long-Term Disability (LTD) benefits as of January 1, 2008.

Commencing 1/1/2008, Nortel will make a monthly Company contribution equal to 4% of your monthly base pay at the time you became disabled to the Nortel Long-Term Investment Program (LTIP) provided that you continue to receive LTD benefits. In order to take advantage of this contribution – you must complete the enclosed enrollment form and return it to Nortel "postmarked" no later than December 31, 2007. Applications post marked after this date will be processed as soon as administratively possible with monthly contributions to the LTIP beginning after processing occurs. However, if you do not complete and return this form, you will not receive this benefit.

Refer to the CARP changes newsletter mailed to your home in 2006 detailing the changes and how they affect you while you are on LTD and after you return from LTD.

For your convenience, we have enclosed a series of WebAlerts sent recently to active Nortel employees. These WebAlerts are intended to help keep you informed of the upcoming CARP changes, available tools, and information resources, although some of the changes described in the materials may apply to you only upon your return from LTD.

If you have questions about the CARP changes that take effect on January 1, 2008, you may contact HR Shared Services at 1-919-905-9351 (toll-free 1-800-676-4636).

Best regards,

Corporate Benefits



**Nortel Networks Long-Term Investment Plan (LTIP)**
**Enrollment and Investment Selection Form**
*(For use by employees on Long-Term Disability (LTD) prior to 01/01/2008)*

As a Nortel employee currently in receipt of Long-Term Disability (LTD) benefits, you are eligible for monthly company contributions to the Long-Term Investment Plan (LTIP) equal to 4% of your monthly base pay at the time you became disabled provided that you continue to receive LTD benefits. There is *no cost* to you to receive this benefit.

To receive this benefit starting Jan. 1, 2008, **you must complete and return this** enrollment form **'postmarked' no later than Dec. 31, 2007**. Applications postmarked after this date will be processed as soon as administratively possible with monthly contributions to the LTIP beginning after processing occurs.

**If you do not complete and return this form, you will not receive this benefit.**

**Personal Identification**
Please print or type:

| | |
|---|---|
| Nortel Global ID | 0193120 |
| First Name | MICHAEL   Last Name  ALMS |
| Mailing Address | 4944 ELM ISLAND CIRCLE |
| | WATERFORD, WI |
| | 53185 |
| Phone Number | 262-534-3955   Birth date ▓▓▓▓▓ dd/mm/yyyy |
| Email Address | MALMS@WI.RR.COM |

**Investment Election**
Please check one of the following elections:

☒ I currently have an LTIP account at Hewitt - If you have an LTIP account with current investment elections, your distribution will be invested in the LTIP in accordance with those current LTIP investment elections, which you can review by accessing your account on the plan web site at http://resources.hewitt.com/nortelnetworks/ or calling the Savings Center at 1-800-726-0026.

☐ I do not have an LTIP account at Hewitt - If you do not have an LTIP account, the contribution will default to one of the Masterworks LifePath target maturity funds according to when you would reach the normal retirement age of 65 unless you actively select from the LTIP investment funds. You may select one fund or in combinations of more than one fund in 1% minimum increments.

EXHIBIT 1

To obtain information on the investment funds, change from the default fund, or change future investment elections, log into the plan's web site at http://resources.hewitt.com/nortelnetworks. If you have never logged on before, select the link 'Register as a new user'. You will be asked to provide identifying information. You will be assigned a user id and will be asked to create a password. You may also call the Savings Center toll-free at (800) 726-0026; press the star key then zero to speak to a representative.

---

## Acknowledgement and Election

I acknowledge that I have received sufficient information about the options presented to me to make an informed decision.

By completing and returning this form, I elect to receive this benefit.

Employee Signature _____ Date _12/-/2007_

---

## Mail this completed form to:

**Nortel Networks**
**HR Shared Services – LTIP Enrollment**
**P.O. Box 13010, Mailstop 570/02/0C2**
**Research Triangle Park, NC 27709**


# N◉RTEL
## NETWORKS INC.

*EXHIBIT U*

# 2011 / 2012 COBRA Rates

| COBRA Plan | Description | Employee Only per Month |
|---|---|---|
| Medical | PPO 80/60 | 421.63 |
| Medical | PPO 90/70 | 464.27 |
| Medical | Comprehensive | 728.9 |
| EAP | Employee Assistance Program | 2.89 |
| Dental | Comprehensive | 37.26 |
| Dental | Plus | 75.03 |

Copyright © 2009-2012  Some Technology Inc  All Rights Reserved

EXHIBIT V



# Converting
# Group Term
# Life Insurance
# to Individual
# Insurance

 Prudential

# Converting Group Term Life Insurance to Individual Insurance

ExHiBiT √

A Prudential representative can assist you, without cost or obligation, with the conversion process and answer any questions you may have. If you do not have a Prudential representative currently handling your insurance and financial needs, you can locate the Prudential office most convenient to you in the telephone directory or through our website, www.prudential.com/giconversions.

Under the terms of your group life policy, some or all of your insurance coverage may be converted to permanent insurance. If you are age 76 and above, your only conversion option is for a Single Pay Life Policy. Please carefully read the provisions in your Booklet-Certificate which describe your conversion privilege, if any.

If you were insured for Accidental Death Benefits (ADB) under the group plan, you may be eligible to add an Accidental Death Benefit rider to the conversion policy. Subject to approval by Prudential, the amount of ADB is equal to the amount of life insurance coverage you are converting and may be included in policies issued at age 70 and under. The ADB is available for amounts between $25,000 and $500,000. Conversion rates are shown in the Rates Tables under the heading "With ADB."

1

You should submit your application and first premium within the 31-day period specified in your Booklet-Certificate.

*EXHIBIT V*

Premium rates for the Prudential Guaranteed Life Insurance policy, issued by The Prudential Insurance Company of America, are included in this brochure. These are standard rates per $1,000 of insurance and apply to most individuals who are converting. The right to convert to a Prudential Guaranteed Life Insurance policy is guaranteed, provided the terms as described in your Booklet-Certificate are met.

### Servicemembers/Reservists:

If you wish to convert Servicemembers' Group Life Insurance (SGLI) to a Prudential individual life insurance policy, you must submit your application, first month's premium, the letter you received from the Office of Servicemembers' Group Life Insurance, and the proof of SGLI as defined in the above mentioned letter to a Prudential office within 120 days of your release from uniformed service or release from assignment to the Ready Reserves.

### Veterans:

If you wish to convert Veterans' Group Life Insurance (VGLI) to a Prudential individual life insurance policy, you must submit your application, first month's premium, and your VGLI Conversion Notice, SGL 183, to a Prudential office.

**Like most insurance policies, Prudential's policies contain exclusions, limitations, reductions of benefits, and terms for keeping them in force. A Prudential representative can provide you with costs and complete details.**

2

# Policy Description

ExHiBiT V

The following is a brief description of the policy available as a conversion for which rates are included in this brochure. Additional information regarding the policy described below may be obtained from a Prudential representative.

### Prudential Guaranteed Life Insurance

Prudential Guaranteed Life Insurance is a whole life product with a guaranteed cash value and a guaranteed death benefit for the lifetime of the insured, provided premiums are paid when due and there are no outstanding loans or withdrawals. The face amount is payable at death.

The basic premiums are level and payable to the policy anniversary when the insured is age 85, or until death, if earlier. If the insured survives the premium payment period, the policy is continued with no further premium required. Prudential Guaranteed Life Insurance is a non-participating policy, which means dividends will **not** be paid on the policy.

Guarantees are based on the claims-paying ability of The Prudential Insurance Company of America.

If you have any questions, call the number indicated on the cover letter. When requesting information, please state your date of birth, your group policy number, and the name of the organization through which your group insurance was obtained.

Acceptance and negotiation of your conversion premium payment by The Prudential Insurance Company of America is not a guarantee that an individual conversion policy will be issued as requested on the Conversion Request Form. All conditions precedent to issue of an individual conversion policy, including, without limitation, confirmation of your eligibility for conversion coverage, confirmation of the maximum amount of coverage eligible for conversion, completion of all reasonably required paperwork, and payment of any additional conversion premiums, must be received by Prudential in a timely manner. A delay in submitting required information, documentation, or additional premium will not extend the conversion time period specified above.

3

# Instructions for Calculating Premiums

EXHIBIT √

**ALL CONVERSION APPLICATIONS MUST BE ACCOMPANIED BY THE ENTIRE FIRST PREMIUM.**

### How to Calculate Prudential Premiums

Premiums are payable annually, semi-annually, quarterly, or by pre-authorized monthly check draft (Prumatic). The mode of payment selected must produce a minimum premium of $15.00.

Use standard rates per $1,000 shown on pages 5–7 in this brochure. After determining the premium for the amount of insurance being converted, add the following policy constant to obtain the premium for the policy:

- $85.00 for annual mode of payment
- $45.00 for semi-annual mode of payment
- $23.00 for quarterly mode of payment
- $8.00 for monthly (Prumatic) mode of payment

The example below illustrates a premium calculation for a $25,000 Prudential Guaranteed Life Insurance policy with Accidental Death Benefit (ADB) for someone who is 40 years old. The payment mode is quarterly. (The rates for $25,000-$99,999 are contained on page 6.)

1. *The rate per $1,000 with ADB for a quarterly payment shown on page 6 is $4.61.*
2. Multiply the amount of insurance being converted (i.e., the number of $1,000 units) by the rate per $1,000 and add the quarterly policy constant:

**25 x $4.61 = $115.25 + $23.00 ≈ $138.25**

**Prudential Guaranteed Life** (For Policies $1-$24,999)

Standard rates per $1,000 - A policy constant must be added to the total premium.
Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

EXHIBIT V

## UNISEX

| Issue Age | Annual | Semi-Annual | Quarterly | Prumatic |
|---|---|---|---|---|
| 15 | 10.92 | 5.68 | 2.89 | 0.97 |
| 16 | 11.07 | 5.76 | 2.93 | 0.99 |
| 17 | 11.46 | 5.96 | 3.04 | 1.02 |
| 18 | 11.76 | 6.12 | 3.12 | 1.05 |
| 19 | 11.95 | 6.21 | 3.17 | 1.06 |
| 20 | 12.15 | 6.32 | 3.22 | 1.08 |
| 21 | 12.49 | 6.49 | 3.31 | 1.11 |
| 22 | 12.82 | 6.67 | 3.40 | 1.14 |
| 23 | 13.14 | 6.83 | 3.48 | 1.17 |
| 24 | 13.46 | 7.00 | 3.57 | 1.20 |
| 25 | 13.79 | 7.17 | 3.65 | 1.23 |
| 26 | 14.19 | 7.38 | 3.76 | 1.26 |
| 27 | 14.61 | 7.60 | 3.87 | 1.30 |
| 28 | 15.06 | 7.83 | 3.99 | 1.34 |
| 29 | 15.51 | 8.07 | 4.11 | 1.38 |
| 30 | 15.98 | 8.31 | 4.23 | 1.42 |
| 31 | 16.45 | 8.55 | 4.36 | 1.46 |
| 32 | 16.96 | 8.82 | 4.49 | 1.51 |
| 33 | 17.46 | 9.08 | 4.63 | 1.55 |
| 34 | 17.97 | 9.34 | 4.76 | 1.60 |
| 35 | 18.49 | 9.61 | 4.90 | 1.65 |
| 36 | 19.16 | 9.96 | 5.08 | 1.71 |
| 37 | 19.84 | 10.32 | 5.26 | 1.77 |
| 38 | 20.54 | 10.68 | 5.44 | 1.83 |
| 39 | 21.26 | 11.06 | 5.63 | 1.89 |
| 40 | 22.00 | 11.44 | 5.83 | 1.96 |
| 41 | 22.73 | 11.82 | 6.02 | 2.02 |
| 42 | 23.49 | 12.21 | 6.22 | 2.09 |
| 43 | 24.25 | 12.61 | 6.43 | 2.16 |
| 44 | 25.04 | 13.02 | 6.64 | 2.23 |
| 45 | 25.84 | 13.44 | 6.85 | 2.30 |
| 46 | 26.84 | 13.96 | 7.11 | 2.39 |
| 47 | 27.89 | 14.50 | 7.39 | 2.48 |
| 48 | 28.96 | 15.06 | 7.67 | 2.58 |
| 49 | 30.09 | 15.65 | 7.97 | 2.68 |
| 50 | 31.26 | 16.26 | 8.28 | 2.78 |
| 51 | 32.51 | 16.91 | 8.62 | 2.89 |
| 52 | 34.08 | 17.72 | 9.03 | 3.03 |
| 53 | 35.78 | 18.61 | 9.48 | 3.18 |
| 54 | 37.61 | 19.56 | 9.97 | 3.35 |
| 55 | 39.57 | 20.58 | 10.49 | 3.52 |
| 56 | 41.68 | 21.67 | 11.05 | 3.71 |
| 57 | 43.97 | 22.86 | 11.65 | 3.91 |
| 58 | 46.47 | 24.16 | 12.31 | 4.14 |
| 59 | 49.24 | 25.60 | 13.05 | 4.38 |
| 60 | 52.29 | 27.19 | 13.86 | 4.65 |
| 61 | 55.41 | 28.81 | 14.68 | 4.93 |
| 62 | 58.83 | 30.59 | 15.59 | 5.24 |
| 63 | 62.56 | 32.53 | 16.58 | 5.57 |
| 64 | 66.64 | 34.65 | 17.66 | 5.93 |
| 65 | 70.35 | 36.58 | 18.64 | 6.26 |
| 66 | 76.49 | 39.77 | 20.27 | 6.81 |
| 67 | 83.46 | 43.40 | 22.12 | 7.43 |
| 68 | 91.35 | 47.50 | 24.21 | 8.13 |
| 69 | 100.61 | 52.32 | 26.66 | 8.95 |
| 70 | 109.25 | 56.81 | 28.95 | 9.72 |
| 71 | 119.04 | 61.90 | 31.55 | 10.59 |
| 72 | 130.05 | 67.63 | 34.46 | 11.57 |
| 73 | 142.56 | 74.13 | 37.78 | 12.69 |
| 74 | 156.98 | 81.63 | 41.60 | 13.97 |
| 75 | 171.02 | 88.93 | 45.32 | 15.22 |

*ADB is not available with face amounts of less than $25,000. These rates are effective 1/1/09 and are subject to change at Prudential's discretion. Your rate is based on your age on the effective date of your policy.

5

**Prudential Guaranteed Life** (For Policies $25,000-$99,999)

Standard rates per $1,000 - A policy constant must be added to the total premium.

Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

EXHIBIT V

## UNISEX

| Issue Age | Annual | | Semi-Annual | | Quarterly | | Prumatic | |
|---|---|---|---|---|---|---|---|---|
| | Without ADB | With ADB | Without ADB | With ADB | Without ADB | With ADB | Without ADB | With ADB |
| 15 | 6.91 | 7.71 | 3.59 | 4.01 | 1.83 | 2.04 | 0.61 | 0.68 |
| 16 | 7.16 | 7.96 | 3.72 | 4.14 | 1.90 | 2.11 | 0.64 | 0.71 |
| 17 | 7.41 | 8.21 | 3.85 | 4.27 | 1.96 | 2.17 | 0.66 | 0.73 |
| 18 | 7.62 | 8.41 | 3.96 | 4.37 | 2.02 | 2.23 | 0.68 | 0.75 |
| 19 | 7.78 | 8.55 | 4.05 | 4.45 | 2.06 | 2.26 | 0.69 | 0.76 |
| 20 | 7.96 | 8.72 | 4.14 | 4.54 | 2.11 | 2.31 | 0.71 | 0.78 |
| 21 | 8.23 | 8.98 | 4.28 | 4.67 | 2.18 | 2.38 | 0.73 | 0.80 |
| 22 | 8.53 | 9.27 | 4.44 | 4.82 | 2.26 | 2.46 | 0.76 | 0.83 |
| 23 | 8.85 | 9.58 | 4.60 | 4.98 | 2.35 | 2.54 | 0.79 | 0.85 |
| 24 | 9.17 | 9.89 | 4.77 | 5.14 | 2.43 | 2.62 | 0.82 | 0.88 |
| 25 | 9.52 | 10.24 | 4.95 | 5.32 | 2.52 | 2.71 | 0.85 | 0.91 |
| 26 | 9.85 | 10.58 | 5.12 | 5.50 | 2.61 | 2.80 | 0.88 | 0.94 |
| 27 | 10.19 | 10.93 | 5.30 | 5.68 | 2.70 | 2.90 | 0.91 | 0.98 |
| 28 | 10.55 | 11.30 | 5.49 | 5.88 | 2.80 | 3.00 | 0.94 | 1.01 |
| 29 | 10.94 | 11.70 | 5.69 | 6.09 | 2.90 | 3.10 | 0.97 | 1.04 |
| 30 | 11.33 | 12.10 | 5.89 | 6.29 | 3.00 | 3.20 | 1.01 | 1.08 |
| 31 | 11.75 | 12.53 | 6.11 | 6.52 | 3.11 | 3.32 | 1.05 | 1.12 |
| 32 | 12.18 | 12.97 | 6.33 | 6.74 | 3.23 | 3.44 | 1.08 | 1.15 |
| 33 | 12.64 | 13.45 | 6.57 | 6.99 | 3.35 | 3.56 | 1.12 | 1.19 |
| 34 | 13.13 | 13.96 | 6.83 | 7.26 | 3.48 | 3.70 | 1.17 | 1.24 |
| 35 | 13.62 | 14.46 | 7.08 | 7.52 | 3.61 | 3.83 | 1.21 | 1.28 |
| 36 | 14.14 | 15.00 | 7.35 | 7.80 | 3.75 | 3.98 | 1.26 | 1.34 |
| 37 | 14.69 | 15.57 | 7.64 | 8.10 | 3.89 | 4.12 | 1.31 | 1.39 |
| 38 | 15.27 | 16.17 | 7.94 | 8.41 | 4.05 | 4.29 | 1.36 | 1.44 |
| 39 | 15.86 | 16.78 | 8.25 | 8.73 | 4.20 | 4.44 | 1.41 | 1.49 |
| 40 | 16.47 | 17.42 | 8.56 | 9.05 | 4.36 | 4.61 | 1.47 | 1.55 |
| 41 | 17.10 | 18.07 | 8.89 | 9.39 | 4.53 | 4.79 | 1.52 | 1.61 |
| 42 | 17.76 | 18.76 | 9.24 | 9.76 | 4.71 | 4.98 | 1.58 | 1.67 |
| 43 | 18.44 | 19.47 | 9.59 | 10.13 | 4.89 | 5.16 | 1.64 | 1.73 |
| 44 | 19.14 | 20.20 | 9.95 | 10.50 | 5.07 | 5.35 | 1.70 | 1.79 |
| 45 | 19.87 | 20.96 | 10.33 | 10.90 | 5.27 | 5.56 | 1.77 | 1.87 |
| 46 | 20.78 | 21.90 | 10.81 | 11.39 | 5.51 | 5.81 | 1.85 | 1.95 |
| 47 | 21.72 | 22.88 | 11.29 | 11.89 | 5.76 | 6.07 | 1.93 | 2.03 |
| 48 | 22.68 | 23.87 | 11.79 | 12.41 | 6.01 | 6.33 | 2.02 | 2.13 |
| 49 | 23.65 | 24.88 | 12.30 | 12.94 | 6.27 | 6.60 | 2.10 | 2.21 |
| 50 | 24.66 | 25.94 | 12.82 | 13.49 | 6.53 | 6.87 | 2.19 | 2.30 |
| 51 | 25.75 | 27.07 | 13.39 | 14.08 | 6.82 | 7.17 | 2.29 | 2.41 |
| 52 | 27.07 | 28.44 | 14.08 | 14.79 | 7.17 | 7.53 | 2.41 | 2.53 |
| 53 | 28.51 | 29.94 | 14.83 | 15.57 | 7.56 | 7.94 | 2.54 | 2.67 |
| 54 | 30.08 | 31.57 | 15.64 | 16.41 | 7.97 | 8.36 | 2.68 | 2.81 |
| 55 | 31.78 | 33.33 | 16.53 | 17.34 | 8.42 | 8.83 | 2.83 | 2.97 |
| 56 | 33.39 | 35.01 | 17.36 | 18.20 | 8.85 | 9.28 | 2.97 | 3.11 |
| 57 | 35.14 | 36.84 | 18.27 | 19.15 | 9.31 | 9.76 | 3.13 | 3.28 |
| 58 | 37.05 | 38.83 | 19.27 | 20.20 | 9.82 | 10.29 | 3.30 | 3.46 |
| 59 | 39.16 | 41.03 | 20.36 | 21.33 | 10.38 | 10.88 | 3.49 | 3.66 |
| 60 | 41.50 | 43.46 | 21.58 | 22.60 | 11.00 | 11.52 | 3.69 | 3.86 |
| 61 | 43.86 | 45.93 | 22.81 | 23.89 | 11.62 | 12.17 | 3.90 | 4.08 |
| 62 | 46.45 | 48.63 | 24.15 | 25.28 | 12.31 | 12.89 | 4.13 | 4.32 |
| 63 | 49.28 | 51.59 | 25.63 | 26.83 | 13.06 | 13.67 | 4.39 | 4.60 |
| 64 | 52.36 | 54.81 | 27.23 | 28.50 | 13.88 | 14.53 | 4.66 | 4.88 |
| 65 | 55.17 | 57.77 | 28.69 | 30.04 | 14.62 | 15.31 | 4.91 | 5.14 |
| 66 | 59.89 | 62.66 | 31.14 | 32.58 | 15.87 | 16.60 | 5.33 | 5.58 |
| 67 | 65.23 | 68.18 | 33.92 | 35.45 | 17.29 | 18.07 | 5.81 | 6.07 |
| 68 | 71.28 | 74.45 | 37.07 | 38.72 | 18.89 | 19.73 | 6.34 | 6.62 |
| 69 | 78.34 | 81.75 | 40.74 | 42.51 | 20.76 | 21.66 | 6.97 | 7.27 |
| 70 | 84.90 | 88.58 | 44.15 | 46.06 | 22.50 | 23.48 | 7.56 | 7.89 |
| 71 | 92.32 | N/A | 48.01 | N/A | 24.46 | N/A | 8.22 | N/A |
| 72 | 100.65 | N/A | 52.34 | N/A | 26.67 | N/A | 8.96 | N/A |
| 73 | 110.11 | N/A | 57.26 | N/A | 29.18 | N/A | 9.80 | N/A |
| 74 | 120.98 | N/A | 62.91 | N/A | 32.06 | N/A | 10.77 | N/A |
| 75 | 133.79 | N/A | 69.57 | N/A | 35.45 | N/A | 11.91 | N/A |

6    These rates are effective 1/1/09 and are subject to change at Prudential's discretion. Your rate is based on your age on the effective date of your policy.

**Prudential Guaranteed Life** (For Policies $100,000 +)

Standard rates per $1,000 - A policy constant must be added to the total premium.

Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

## UNISEX

Exhibit V

| Issue Age | Annual Without ADB | Annual With ADB | Semi-Annual Without ADB | Semi-Annual With ADB | Quarterly Without ADB | Quarterly With ADB | Prumatic Without ADB | Prumatic With ADB |
|---|---|---|---|---|---|---|---|---|
| 15 | 5.31 | 6.11 | 2.76 | 3.18 | 1.41 | 1.62 | 0.47 | 0.54 |
| 16 | 5.55 | 6.35 | 2.89 | 3.31 | 1.47 | 1.68 | 0.49 | 0.56 |
| 17 | 5.80 | 6.60 | 3.02 | 3.44 | 1.54 | 1.75 | 0.52 | 0.59 |
| 18 | 6.03 | 6.82 | 3.14 | 3.55 | 1.60 | 1.81 | 0.54 | 0.61 |
| 19 | 6.18 | 6.95 | 3.21 | 3.61 | 1.64 | 1.84 | 0.55 | 0.62 |
| 20 | 6.39 | 7.15 | 3.32 | 3.72 | 1.69 | 1.89 | 0.57 | 0.64 |
| 21 | 6.65 | 7.40 | 3.46 | 3.85 | 1.76 | 1.96 | 0.59 | 0.66 |
| 22 | 6.96 | 7.70 | 3.62 | 4.00 | 1.84 | 2.04 | 0.62 | 0.69 |
| 23 | 7.27 | 8.00 | 3.78 | 4.16 | 1.93 | 2.12 | 0.65 | 0.71 |
| 24 | 7.61 | 8.33 | 3.96 | 4.33 | 2.02 | 2.21 | 0.68 | 0.74 |
| 25 | 7.96 | 8.68 | 4.14 | 4.51 | 2.11 | 2.30 | 0.71 | 0.77 |
| 26 | 8.30 | 9.03 | 4.32 | 4.70 | 2.20 | 2.39 | 0.74 | 0.80 |
| 27 | 8.65 | 9.39 | 4.50 | 4.88 | 2.29 | 2.49 | 0.77 | 0.84 |
| 28 | 9.02 | 9.77 | 4.69 | 5.08 | 2.39 | 2.59 | 0.80 | 0.87 |
| 29 | 9.41 | 10.17 | 4.89 | 5.29 | 2.49 | 2.69 | 0.84 | 0.91 |
| 30 | 9.83 | 10.60 | 5.11 | 5.51 | 2.60 | 2.80 | 0.87 | 0.94 |
| 31 | 10.28 | 11.06 | 5.35 | 5.76 | 2.72 | 2.93 | 0.91 | 0.98 |
| 32 | 10.74 | 11.53 | 5.58 | 5.99 | 2.85 | 3.06 | 0.96 | 1.03 |
| 33 | 11.22 | 12.03 | 5.83 | 6.25 | 2.97 | 3.18 | 1.00 | 1.07 |
| 34 | 11.74 | 12.57 | 6.10 | 6.53 | 3.11 | 3.33 | 1.04 | 1.11 |
| 35 | 12.28 | 13.12 | 6.39 | 6.83 | 3.25 | 3.47 | 1.09 | 1.16 |
| 36 | 12.85 | 13.71 | 6.68 | 7.13 | 3.41 | 3.64 | 1.14 | 1.22 |
| 37 | 13.44 | 14.32 | 6.99 | 7.45 | 3.56 | 3.79 | 1.20 | 1.28 |
| 38 | 14.08 | 14.98 | 7.32 | 7.79 | 3.73 | 3.97 | 1.25 | 1.33 |
| 39 | 14.73 | 15.65 | 7.66 | 8.14 | 3.90 | 4.14 | 1.31 | 1.39 |
| 40 | 15.42 | 16.37 | 8.02 | 8.51 | 4.09 | 4.34 | 1.37 | 1.45 |
| 41 | 16.13 | 17.10 | 8.39 | 8.89 | 4.27 | 4.53 | 1.44 | 1.53 |
| 42 | 16.89 | 17.89 | 8.78 | 9.30 | 4.48 | 4.75 | 1.50 | 1.59 |
| 43 | 17.67 | 18.70 | 9.19 | 9.73 | 4.68 | 4.95 | 1.57 | 1.66 |
| 44 | 18.49 | 19.55 | 9.61 | 10.16 | 4.90 | 5.18 | 1.65 | 1.74 |
| 45 | 19.35 | 20.44 | 10.06 | 10.63 | 5.13 | 5.42 | 1.72 | 1.82 |
| 46 | 20.25 | 21.37 | 10.53 | 11.11 | 5.37 | 5.67 | 1.80 | 1.90 |
| 47 | 21.19 | 22.35 | 11.02 | 11.62 | 5.62 | 5.93 | 1.89 | 1.99 |
| 48 | 22.15 | 23.34 | 11.52 | 12.14 | 5.87 | 6.19 | 1.97 | 2.08 |
| 49 | 23.19 | 24.42 | 12.06 | 12.70 | 6.15 | 6.48 | 2.06 | 2.17 |
| 50 | 24.25 | 25.53 | 12.61 | 13.28 | 6.43 | 6.77 | 2.16 | 2.27 |
| 51 | 25.43 | 26.75 | 13.22 | 13.91 | 6.74 | 7.09 | 2.26 | 2.38 |
| 52 | 26.70 | 28.07 | 13.88 | 14.59 | 7.08 | 7.44 | 2.38 | 2.50 |
| 53 | 28.07 | 29.50 | 14.60 | 15.34 | 7.44 | 7.82 | 2.50 | 2.63 |
| 54 | 29.57 | 31.06 | 15.38 | 16.15 | 7.84 | 8.23 | 2.63 | 2.76 |
| 55 | 31.19 | 32.74 | 16.22 | 17.03 | 8.27 | 8.68 | 2.78 | 2.92 |
| 56 | 32.69 | 34.31 | 17.00 | 17.84 | 8.66 | 9.09 | 2.91 | 3.05 |
| 57 | 34.31 | 36.01 | 17.84 | 18.72 | 9.09 | 9.54 | 3.05 | 3.20 |
| 58 | 36.06 | 37.84 | 18.75 | 19.68 | 9.56 | 10.03 | 3.21 | 3.37 |
| 59 | 38.03 | 39.90 | 19.78 | 20.75 | 10.08 | 10.58 | 3.38 | 3.55 |
| 60 | 40.19 | 42.15 | 20.90 | 21.92 | 10.65 | 11.17 | 3.58 | 3.75 |
| 61 | 42.35 | 44.42 | 22.02 | 23.10 | 11.22 | 11.77 | 3.77 | 3.95 |
| 62 | 44.72 | 46.90 | 23.25 | 24.38 | 11.85 | 12.43 | 3.98 | 4.17 |
| 63 | 47.32 | 49.63 | 24.61 | 25.81 | 12.54 | 13.15 | 4.21 | 4.42 |
| 64 | 50.15 | 52.60 | 26.08 | 27.35 | 13.29 | 13.94 | 4.46 | 4.68 |
| 65 | 52.69 | 55.29 | 27.40 | 28.75 | 13.96 | 14.65 | 4.69 | 4.92 |
| 66 | 56.81 | 59.58 | 29.54 | 30.98 | 15.05 | 15.78 | 5.06 | 5.31 |
| 67 | 61.46 | 64.41 | 31.96 | 33.49 | 16.29 | 17.07 | 5.47 | 5.73 |
| 68 | 66.71 | 69.88 | 34.69 | 36.34 | 17.68 | 18.52 | 5.94 | 6.22 |
| 69 | 72.84 | 76.25 | 37.88 | 39.65 | 19.30 | 20.20 | 6.48 | 6.78 |
| 70 | 78.43 | 82.11 | 40.78 | 42.69 | 20.78 | 21.76 | 6.98 | 7.31 |
| 71 | 84.75 | N/A | 44.07 | N/A | 22.46 | N/A | 7.54 | N/A |
| 72 | 91.82 | N/A | 47.75 | N/A | 24.33 | N/A | 8.17 | N/A |
| 73 | 99.84 | N/A | 51.92 | N/A | 26.46 | N/A | 8.89 | N/A |
| 74 | 109.06 | N/A | 56.71 | N/A | 28.90 | N/A | 9.71 | N/A |
| 75 | 119.90 | N/A | 62.35 | N/A | 31.77 | N/A | 10.67 | N/A |

These rates are effective 1/1/09 and are subject to change at Prudential's discretion. Your rate is based on your age on the effective date of your policy.

7

# Rate Calculation Sheet

ExHiBiT V

Number of Units per $1,000
(E.g. $10,000 = 10 Units)

_____

Rate per $1,000
(Refer to rate charts based on
amount of coverage being converted)

_____

Policy constant per premium mode
(Refer to page 4:
- ■ $85.00 = annual mode
- ■ $45.00 = semi-annual mode
- ■ $23.00 = quarterly mode
- ■ $8.00 = monthly mode (Prumatic))

_____

Number of Units x Rate per $1,000 + Policy Constant = Premium

_____

Please note that your rate will be based on your age on the
effective date of your policy.

EXHIBIT W

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Nortel Networks Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)    0000003785 |
| Name of Debtor Against Which Claim is Held<br>NORTEL NETWORKS INC | Case No. of Debtor<br>09-10138 | |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. This form must be used for claims asserted under 11 U.S.C. § 503.*

THIS SPACE IS FOR COURT USE ONLY

| | |
|---|---|
| Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)<br><br>MICHAEL ALMS<br>4944 ELM ISLAND CIRCLE<br>WATERFORD, WI 53185<br><br>Telephone number: 847-420-2903  Email Address: MALMS00@GMAIL.COM | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br>Telephone number:       Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings. |

1. **Amount of Claim as of Date Case Filed:** $ 107,648.03

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not ~~~~

   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** NON-QUALIFIED PENSION BENEFIT
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 3130

   3a. Debtor may have scheduled account as: _____
   (See instruction 3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   Value of Property: $_____  Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

FOR COURT USE ONLY

Date: 9/22/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

_Michael Alms_

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Mercer OneView - Tools                    EχHiBiT N                    Page 1 of 21



Michael Alms | Log out |        Mon 31 Aug 2009

Home > Tools > Tools (US)

# Important Information:

**Chapter 11 Filing for Bankruptcy Protection**
On January 14, 2009 Nortel Networks Limited and certain other U.S. Nortel subsidiaries (collectively
"Nortel") filed for and have obtained approval for Chapter 11 Bankruptcy filing.

As a result of this filing, the **non-qualified pension plan programs** paid from Nortel's general
company revenues are suspended and no further payments will be made under the following
programs:
- Nortel Networks Retirement Income Plan Restoration Plan
- Nortel Networks Special Pension Benefit Plan
- Nortel Networks Special Pension Credit Plan
- Nortel Networks Supplementary Executive Retirement Plan

In addition, as a result of the filing, the **qualified pension plans** are not able to make "accelerated

above, and as such, payment of the benefits shown are subject to the above limitations.

## See your estimated results

**Nortel Pension Service Plan**

Qualified monthly pension benefit as of 02/01/2019

Qualified lump sum benefit as of 02/01/2019

Non-Qualified monthly benefit as of 02/01/2019          $805.58
Non-Qualified Lump Sum benefit as of 02/01/2019          $107,648.83

See the detailed report to learn about other possible forms of pension that you can
choose.

Do a pension projection for different conditions.

Review pension projections saved from earlier sessions.

If you want to print this page, use your Internet browser print feature (set to print
Landscape). To print other pages use the Print Page feature at the top of the page.

### About the tools

**How final are the results?**
These tools provide estimates
only. Benefits ultimately payable
to you will be based on final data
and determined in accordance
with the rules of the plan and
applicable law.

**What to do if you need advice**
This Website does not provide
financial, investment, tax, legal,
accounting, or other advice. If
you need advice, seek help from
a professional advisor.

**Downloads**

Adobe Acrobat Reader allows

EXHIBIT W



CERTIFIED MAIL

7007 2460 0002 2653 2082

Michael Alms
4944 Elm Island Circle
Waterford, WI 53185



U.S. POSTAGE
WATERFORD, WI
53185
SEP 24 09
AMOUNT
$4.51
00012787-16

10150

1000

RECEIVED
SEP 25 2009
By

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station   P.O. Box 5075
New York, NY 10150-5075

EXHIBIT X

MICHAEL P. ALMS
JULIE N. ALMS
4944 ELM ISLAND CIR.   PH. 262-534-3955
WATERFORD, WI  53185

862

12-6 408
750
0022868086
Date Nov 10, 2010

Pay to the
order of   ELLIOH GReeNLeaf                      $ 500 00/100

Five Hundred Dollars NO/100                          Dollars

M&I  M&I Marshall & Ilsley Bank

Prestige Checking

FOR LEGAL Representation OF
Memo NORTEL LTD Group

Michael Alms

⑈075000051⑈ 00229⑈68066⑈ 00862

EXHIBIT Y

Claims Services Provided by

**The Prudential Insurance Company of America**

Sophie Costanza
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
**Website: www.prudential.com/mybenefits**

October 10, 2012

Michael P Alms
4944 Elm Island Circle
Waterford, WI 53185

Claimant: Michael P Alms
Claim No.: 10750887
Date of Birth: ██████
Control No./Br.: 39900 / 0B050

ldɪluɪlluɪllldɪlɪlɪldɪld

Dear Mr. Alms:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the
Nortel Networks Inc. Group Policy with Prudential.

You are receiving $3,534.39 per month.  This benefit will remain the same provided your income
from other sources does not change.  Your benefits will continue through January ██ 2019,
provided you remain totally disabled as defined by the Policy and continue to meet all other
contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager