# EXHIBIT B



# Akin Gump
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1445315 |
| ATTN: JOHN DOLITTLE | Invoice Date 10/11/12 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 11.20 | $8,683.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 11.20 | $6,692.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 4.40 | $2,460.00 |
| 0005 | Review/Preparation of Schedules, Statements | 1.70 | $722.50 |
| 0006 | Retention of Professionals | 5.10 | $5,168.00 |
| 0007 | Creditors Committee Meetings | 63.10 | $48,959.00 |
| 0008 | Court Hearings | 23.30 | $19,062.00 |
| 0009 | Financial Reports and Analysis | 11.90 | $10,400.00 |
| 0012 | General Claims Analysis/Claims Objections | 15.00 | $9,852.50 |
| 0014 | Canadian Proceedings/Matters | 0.40 | $420.00 |
| 0017 | General Adversary Proceedings | 0.50 | $300.00 |
| 0018 | Tax Issues | 15.00 | $10,982.50 |
| 0019 | Labor Issues/Employee Benefits | 107.40 | $76,886.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 2.00 | $1,461.00 |
| 0025 | Travel | 13.95 | $11,945.00 |
| 0028 | Non-Debtor Affiliates | 1.40 | $980.00 |
| 0029 | Intercompany Analysis | 274.40 | $213,390.50 |
| | TOTAL | 561.95 | $428,364.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/01/12 | LGB | 0002 | Participate in UCC professionals call. | 0.80 |
| 08/01/12 | SLB | 0002 | Review transaction agreement for bankruptcy references; confer w/ P. Dublin re: same. | 0.40 |
| 08/02/12 | FSH | 0002 | Call w/ Cleary re pending case issues (.5). Confer w/ S. Brauner re Committee issue (.1). | 0.60 |
| 08/02/12 | SLB | 0002 | Corr. w/ team re: status. | 0.30 |
| 08/06/12 | SLS | 0002 | Attend weekly update call with Company. | 1.10 |
| 08/06/12 | FSH | 0002 | Participate in all-hands call re numerous pending issues (1.1). | 1.10 |
| 08/06/12 | AQ | 0002 | Confer with F. Hodara re status update call with Debtors. | 0.20 |
| 08/06/12 | DHB | 0002 | Attend portion of Ray call. | 0.40 |
| 08/06/12 | BMK | 0002 | Attend update call with Debtors (1.1); follow up with F. Hodara and A. Qureshi (0.4) | 1.50 |
| 08/13/12 | FSH | 0002 | Respond to call of creditor. | 0.20 |
| 08/18/12 | BMK | 0002 | Review and analyze bondholder 2019 statement (0.5) and emails re: same (0.2) | 0.70 |
| 08/20/12 | SLS | 0002 | Participate in Company update call (.4) | 0.40 |
| 08/20/12 | FSH | 0002 | Respond to calls of creditors. | 0.30 |
| 08/23/12 | FSH | 0002 | Respond to call of creditor. | 0.40 |
| 08/23/12 | BMK | 0002 | TC with creditor re: case status | 0.40 |
| 08/23/12 | BMK | 0002 | Review of committee organizational matters | 0.80 |
| 08/28/12 | BMK | 0002 | Conf with F. Hodara re: case issues | 0.30 |
| 08/29/12 | DHB | 0002 | Telephone calls with creditors re status. | 0.40 |
| 08/29/12 | BMK | 0002 | Draft email to creditor re: inquiry | 0.20 |
| 08/29/12 | JYS | 0002 | T/C w. A. Patel re case status. | 0.50 |
| 08/31/12 | FSH | 0002 | Communications w/ creditor. | 0.20 |
| 08/02/12 | PJS | 0003 | Review and prepare documents re fee application. | 0.20 |
| 08/03/12 | FSH | 0003 | Commence work on July invoice. | 0.30 |
| 08/06/12 | BMK | 0003 | Draft and edit June fee application | 1.20 |
| 08/07/12 | FSH | 0003 | Work on June fee application. | 0.60 |
| 08/08/12 | BMK | 0003 | Finalize fee application | 0.40 |
| 08/09/12 | BMK | 0003 | Review July invoice | 3.20 |
| 08/14/12 | SLS | 0003 | Review exhibit to monthly fee statement (.8); communication to B. Kahn regarding same (.1) | 0.90 |
| 08/16/12 | PJS | 0003 | Review and prepare documents re fee application. | 1.90 |
| 08/21/12 | BMK | 0003 | Draft fee application | 0.80 |
| 08/22/12 | FSH | 0003 | Work on monthly fee application. | 0.40 |
| 08/22/12 | BMK | 0003 | Finalize fee application | 0.70 |
| 08/27/12 | FSH | 0003 | Finalize quarterly fee app and confer w/ BK re same. | 0.20 |
| 08/27/12 | BMK | 0003 | Finalize interim fee app for filing | 0.40 |
| 08/02/12 | SLB | 0004 | Corr. w/ team re: professionals' fees (.3); review the same (.5). | 0.80 |
| 08/03/12 | FSH | 0004 | Confer w/ S. Brauner re fees and analyze same. | 0.20 |
| 08/03/12 | SLB | 0004 | Prepare chart of professionals' fees (1.5); corr. to D. Botter re: same (.1); corr. w/ B. Kahn re: same (.1); confer w/ F. Hodara re: same (.2). | 1.90 |
| 08/05/12 | SLB | 0004 | Corr. w/ D. Botter re: professionals' fees. | 0.20 |
| 08/06/12 | SLB | 0004 | Corr. w/ D. Botter re: professionals' fees | 0.10 |
| 08/14/12 | FSH | 0004 | Review fee applications. | 0.30 |
| 08/16/12 | FSH | 0004 | Review fee applications. | 0.30 |
| 08/24/12 | BMK | 0004 | Review UCC professional fee applications | 0.60 |
| 08/23/12 | SLB | 0005 | Review asset schedules (1.5); confer w/ B. Kahn re: same (.2). | 1.70 |
| 08/07/12 | LGB | 0006 | E-mail Zahralldin re litigation budget (.1). | 0.10 |
| 08/07/12 | FSH | 0006 | Confer w/ Jefferies re engagement (.3). Follow up w/ working group re same (.1). | 0.40 |
| 08/08/12 | FSH | 0006 | Communications w/ Jefferies, company re engagement. | 0.30 |
| 08/09/12 | LGB | 0006 | Email Zahralldin re litigation budget (.1); review response to same (.1); respond to same (.1); email Schweitzer re same (.1). | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1445315

Page 3  
October 11, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/09/12 | FSH | 0006 | Work on Jefferies engagement issues. | 0.50 |
| 08/13/12 | LGB | 0006 | Review e-mail from Schweitzer re actuary (.1); respond to same (.1); review litigation budget (.1). | 0.30 |
| 08/14/12 | LGB | 0006 | T/C with Milbank and Cleary re Eliott Greenleaf budget (.4); review e-mail from Schweitzer re same (.1); review and comment on proposed order (.2). | 0.70 |
| 08/14/12 | FSH | 0006 | Analyze termination provision and communicate w/ BK and L. Szlesinger re same. | 0.30 |
| 08/15/12 | LGB | 0006 | E-mail Schweitzer re Elliot Greenleaf order (.1); review e-mail from Ryan re same (.1); review e-mail from Zahralldin re same (.1); e-mail Schweitzer/Matz re same (.1); review e-mail from Ryan re same (.1); e-mail Zahralldin re same (.1); review e-mail from Ryan re same (.1); respond to same (.1); review e-mail from Schweitzer re same (.1); review e-mail from Zahralldin re same (.1); review e-mail from Schweitzer re same (.1). | 1.10 |
| 08/16/12 | LGB | 0006 | Review revised order/chart re Elliot Greenleaf retention (.1); e-mail Kahn re same (.1); e-mail Schweitzer/Matz re same (.1). | 0.60 |
| 08/20/12 | LGB | 0006 | Review revised Davinci order. | 0.20 |
| 08/23/12 | FSH | 0006 | Work on Jefferies engagement. | 0.20 |
| 08/01/12 | SLS | 0007 | Participate in professionals' pre-call (.8); follow up to same (.1). | 0.90 |
| 08/01/12 | FSH | 0007 | Call w/ working group re pending issues, issues from court hearing. | 0.80 |
| 08/01/12 | FSH | 0007 | Communication re meeting (.1). | 0.10 |
| 08/01/12 | AQ | 0007 | Attend Professionals' call. | 0.60 |
| 08/01/12 | DHB | 0007 | Professionals' pre-call. | 0.80 |
| 08/01/12 | KMR | 0007 | Participated in professionals meeting. | 0.80 |
| 08/01/12 | JYS | 0007 | Attend Professionals Call (.8); follow up to same (.1). | 0.90 |
| 08/01/12 | GDB | 0007 | Attend Professionals call (0.8) | 0.80 |
| 08/01/12 | SLB | 0007 | Prepare materials for (.2) and attend (.8) professionals' pre-call; corr. w/ team re: same (.4); confer w/ J. Sturm re: same (.1). | 1.50 |
| 08/02/12 | SLS | 0007 | Participate in UCC call. | 0.80 |
| 08/02/12 | LGB | 0007 | Participate on UCC call (portion). | 0.40 |
| 08/02/12 | FSH | 0007 | Prep for Committee call (.3). Attend same (.8). | 1.00 |
| 08/02/12 | AQ | 0007 | Attend Committee call (.8); Professionals' meeting (.2). | 1.00 |
| 08/02/12 | DHB | 0007 | Prepare for (.2) and attend Committee call (.8); email communications re follow-up (.2). | 1.20 |
| 08/02/12 | KMR | 0007 | Attended creditors committee meeting (.8); follow up to same (.2). | 1.00 |
| 08/02/12 | JYS | 0007 | Attend Committee Call. | 0.80 |
| 08/02/12 | GDB | 0007 | Emails re UCC call (0.3); Attend UCC call (0.8) | 1.10 |
| 08/02/12 | SLB | 0007 | Prepare for (.2) and attend (.8) professionals' pre-call; attend post-call professionals' meeting (.3). | 1.30 |
| 08/07/12 | FSH | 0007 | Communications re upcoming meeting. | 0.20 |
| 08/08/12 | SLS | 0007 | Participate in professionals' call (1.0). | 1.00 |
| 08/08/12 | FSH | 0007 | Work on agenda (.3). Meet w/ working group on pending issues (1.0). Other meeting communications (.2). | 1.50 |
| 08/08/12 | AQ | 0007 | Attend Professionals call. | 1.00 |
| 08/08/12 | DHB | 0007 | Attend portions of professionals' pre-call. | 0.40 |
| 08/08/12 | BMK | 0007 | Draft agenda for committee call (0.3); attend professionals' call (1.0); email to committee re: committee call (0.2) | 1.50 |
| 08/08/12 | KMR | 0007 | Attended professionals' meeting. | 1.00 |
| 08/08/12 | JYS | 0007 | Attend Professionals Call. | 1.00 |
| 08/08/12 | GDB | 0007 | Emails re Professionals' call (0.4); attend Professionals' call (1.0. | 1.40 |
| 08/08/12 | SLB | 0007 | Attend professionals' pre-call. | 1.00 |
| 08/09/12 | SLS | 0007 | Participate in UCC call (1.1); follow up to same (.3). | 1.40 |
| 08/09/12 | LGB | 0007 | Participate in committee call. | 1.10 |
| 08/09/12 | FSH | 0007 | Prep for Committee call (.2). Attend same (1.1). Confer w/ working group re issues raised on call (.4). | 1.70 |
| 08/09/12 | AQ | 0007 | Attend Committee call. | 1.10 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 08/09/12 | DHB | 0007 | Prepare for (.4) and attend (1.1) Committee call and follow-up. | 1.50 |
| 08/09/12 | SBK | 0007 | Attend committee call | 1.10 |
| 08/09/12 | BMK | 0007 | Attend committee call (1.1); follow up to same (0.3) | 1.40 |
| 08/09/12 | KMR | 0007 | Attended creditors committee meeting. | 1.10 |
| 08/09/12 | JYS | 0007 | Attend Committee Call. | 1.10 |
| 08/09/12 | SLB | 0007 | Prepare materials for (.1); and attend (1.1) Committee call. | 1.20 |
| 08/14/12 | FSH | 0007 | Confer w/ B. Kahn re agenda and other meeting issues. | 0.20 |
| 08/14/12 | BMK | 0007 | Conf with F. Hodara re: committee meeting this week (0.2); prepare for same (0.2) | 0.40 |
| 08/15/12 | FSH | 0007 | Work on agenda and confer w/ LB, BK re same. | 0.20 |
| 08/16/12 | SLS | 0007 | Participate in professionals' pre-call (.2); participate in UCC call (.5). | 0.70 |
| 08/16/12 | FSH | 0007 | Participate in Committee call. | 0.50 |
| 08/16/12 | AQ | 0007 | Attend Professionals' call. | 0.30 |
| 08/16/12 | AQ | 0007 | Attend Committee call. | 0.50 |
| 08/16/12 | DHB | 0007 | Prepare for call (.4) and Committee call (.5). | 0.90 |
| 08/16/12 | BMK | 0007 | Attend committee call (0.5); follow up to same (0.1) | 0.60 |
| 08/16/12 | GDB | 0007 | UCC Call (0.5). | 0.50 |
| 08/22/12 | SLS | 0007 | Participate in professionals' pre-call (.8) | 0.80 |
| 08/22/12 | LGB | 0007 | Attend professionals meeting (1.0) | 1.00 |
| 08/22/12 | AQ | 0007 | Attend Professionals' pre-call (.8); follow up to same (.2). | 1.00 |
| 08/22/12 | DHB | 0007 | Professionals pre-call (.8) and follow-up (.4). | 1.20 |
| 08/22/12 | BMK | 0007 | Draft/edit agenda for committee call (0.3); attend professionals' call (0.8); follow up to same (0.3); review presentation for committee (0.4); draft email to committee re: committee call (0.3) | 2.10 |
| 08/22/12 | KMR | 0007 | Attended professionals' meeting (.8); follow up to same (.4). | 1.20 |
| 08/22/12 | GDB | 0007 | Emails re professionals' call (0.2) | 0.20 |
| 08/23/12 | SLS | 0007 | Attend UCC call (1.0) and related follow-up discussions (.8). | 1.80 |
| 08/23/12 | LGB | 0007 | Participate on UCC call (1.0); participate in professionals meeting afterward (.3). | 1.30 |
| 08/23/12 | FSH | 0007 | Communications w/ Committee members, review materials to Committee (.2). Prep for meeting (.2). Attend same (1.0). | 1.40 |
| 08/23/12 | AQ | 0007 | Attend Committee call. | 1.00 |
| 08/23/12 | AQ | 0007 | Attend Professionals' post call. | 0.30 |
| 08/23/12 | DHB | 0007 | Prepare for (.2) and attend Committee call (1.0). | 1.20 |
| 08/23/12 | BMK | 0007 | Prepare for committee call (0.4); participate in committee call (1.0); participate in post-call with professionals (0.5) | 1.90 |
| 08/23/12 | KMR | 0007 | Attended creditors comm meeting (1.0) and follow-up internal meeting (.5). | 1.50 |
| 08/23/12 | GDB | 0007 | Attend UCC Call. | 1.00 |
| 08/24/12 | FSH | 0007 | Communications re upcoming meeting schedule. | 0.20 |
| 08/27/12 | FSH | 0007 | Communications w/ Committee members re upcoming meeting. | 0.30 |
| 08/28/12 | FSH | 0007 | Communications w/ Committee members re upcoming meetings. | 0.20 |
| 08/28/12 | BMK | 0007 | Emails re: scheduling of committee calls | 0.20 |
| 08/01/12 | LGB | 0008 | Attend hearing (2.5); T/C with Lilling/Sturm re hearing (.3); review scheduling orders entered by court (.3); e-mail Botter/Hodara re same (.1); review response from Hodara re same (.1). | 3.30 |
| 08/01/12 | FSH | 0008 | Participate telephonically in court hearing. | 2.50 |
| 08/01/12 | AQ | 0008 | Prepare for court hearing. | 0.40 |
| 08/01/12 | AQ | 0008 | Attend court hearing. | 2.50 |
| 08/01/12 | AQ | 0008 | Confer with team re court hearing. | 0.20 |
| 08/01/12 | DHB | 0008 | Prepare for hearing and attend same telephonically. | 1.40 |
| 08/01/12 | JYS | 0008 | Correspondence with AG team re hearing. | 0.30 |
| 08/07/12 | SLS | 0008 | Participate in Court status conference call (.3); related follow-up discussion with UCC professionals (.6). | 0.90 |
| 08/07/12 | FSH | 0008 | Review materials in connection with telephonic chambers conference and confer w/ working group re same (.3). Participate in telephonic conference (.3). Follow up communications w/ working group (.7). | 1.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/07/12 | AQ | 0008 | Telephonic court status conference. | 0.30 |
| 08/07/12 | AQ | 0008 | Professionals' call regarding court hearing. | 0.30 |
| 08/07/12 | DHB | 0008 | Chambers conference call with Judge Gross (.3) and follow-on call re same (.3); emails re same and next steps (.2). | 0.80 |
| 08/07/12 | BMK | 0008 | Telephonic chambers conference (0.3); follow up discussion with Akin and Capstone teams (0.5) | 0.80 |
| 08/07/12 | JYS | 0008 | Telephone call with AG team re chambers conference (0.2); review transcript re 8/1 hearing (0.6). | 0.80 |
| 08/21/12 | GDB | 0008 | Emails re court hearings. | 0.30 |
| 08/21/12 | JAS | 0008 | Prepare materials for 8/22 hearing. | 2.60 |
| 08/22/12 | FSH | 0008 | Communications w/ B. Kahn and A. Qureshi re court hearing (.2). Prepare on issues re same (.4). Participate telephonically in court hearing (.8). | 1.40 |
| 08/22/12 | AQ | 0008 | Prepare for court hearing re LTD issues and review and analyze related pleadings. | 1.10 |
| 08/22/12 | AQ | 0008 | Attend court hearing. | 0.80 |
| 08/22/12 | BMK | 0008 | Telephonic appearance at omnibus hearing | 0.80 |
| 08/23/12 | LGB | 0008 | E-mail Samis re 9/5 hearing (.1); review response to same (.1); respond to same (.1). | 0.30 |
| 08/30/12 | FSH | 0008 | Review court agenda and misc. pleadings. | 0.20 |
| 08/06/12 | FSH | 0009 | Confer w/ SK re securities law issue (.2). Consider same and further communications re same (.2). | 0.40 |
| 08/06/12 | BSM | 0009 | Issues re SEC reporting, internal meeting, review 15c2-11 issues, 144A issues. | 2.00 |
| 08/06/12 | SBK | 0009 | Discuss securities reporting issue w Hodara (.10); Review recent Nortel public reporting (.40); Emails to/from Akin and FMC re securities reporting issues and organizing call re same (.80); Emails to/from Jefferies re related analysis (.30). | 1.60 |
| 08/07/12 | FSH | 0009 | Meet w/ working group re securities law issue (.6). Follow up re same w/ Milbank, others (.4). | 1.00 |
| 08/07/12 | BSM | 0009 | Issues re SEC reporting, telephone calls and analyze issues. | 0.80 |
| 08/07/12 | SBK | 0009 | Call re termination of securities reporting, etc. | 0.80 |
| 08/08/12 | FSH | 0009 | Communications w/ S. Kuhn, Milbank re public reporting issue (.2). Examine info from Jefferies (.1). | 0.30 |
| 08/08/12 | BSM | 0009 | Public reporting issue and effects (.6); telephone call and emails with Cleary and Milbank (.4). | 1.00 |
| 08/08/12 | SBK | 0009 | Emails/TCs w/Akin, Cleary and Milbank re termination of securities reporting issue | 1.00 |
| 08/13/12 | BSM | 0009 | Review questions from S. Kuhn. | 0.30 |
| 08/13/12 | SBK | 0009 | Emails to/from Milbank and Mendelsohn re follow up on termination of securities reporting | 0.30 |
| 08/14/12 | FSH | 0009 | Examine published report (.1). Examine 10-Q (.3). | 0.40 |
| 08/20/12 | FSH | 0009 | Review MOR. | 0.30 |
| 08/20/12 | BMK | 0009 | Analysis of MOR issues | 0.50 |
| 08/22/12 | FSH | 0009 | Analyze MOR issue and respond to creditor. | 0.30 |
| 08/22/12 | DHB | 0009 | Email communications re MOR issues (.3). | 0.30 |
| 08/22/12 | BMK | 0009 | Review debtwire article re: bond holdings (0.2); review MOR and related issues (0.4) | 0.60 |
| 08/03/12 | FSH | 0012 | Review claim settlement. | 0.30 |
| 08/08/12 | JYS | 0012 | Review claim data from various estates. | 0.40 |
| 08/12/12 | BMR | 0012 | Review indentures and guarantee agreements on cross border notes and analysis of same. | 2.50 |
| 08/18/12 | FSH | 0012 | Review bondholder info and communications re same. | 0.30 |
| 08/20/12 | FSH | 0012 | Review claims issues. | 0.20 |
| 08/20/12 | FSH | 0012 | Attention to bondholder issues (.5). Review information from creditor and communications re same (.2). Examine communication from J. Gross re discovery on claims and numerous communications re same | 1.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.6). | |
| 08/21/12 | DPS | 0012 | Examine chart/analysis (.3); conference with B. Rothschild re analysis (1.0); review related research (.5). | 1.80 |
| 08/21/12 | BMR | 0012 | Discussion with D. Simonds re claims (1.0); research re guarantee claims (2.0); review indentures (.4); draft analysis, revise same (2.0, 1.5). | 6.90 |
| 08/23/12 | BMK | 0012 | Analysis of claims information | 0.30 |
| 08/27/12 | FSH | 0012 | Review claims issues. | 0.30 |
| 08/29/12 | FSH | 0012 | Review claims info. | 0.20 |
| 08/31/12 | FSH | 0012 | Review case law and communications re same (.4). Communication w/ J. Bromley (.1). | 0.50 |
| 08/20/12 | FSH | 0014 | Review Canadian pension information. | 0.30 |
| 08/30/12 | FSH | 0014 | Attention to appellate filing. | 0.10 |
| 08/02/12 | JYS | 0017 | O/C with A. Qureshi and F. Hodara re UK litigation. | 0.50 |
| 08/01/12 | FSH | 0018 | Review info re state tax and communicate w/ K. Rowe re same. | 0.20 |
| 08/01/12 | KMR | 0018 | Reviewed outline of proposed settlement from NC (0.5); discussion with J. Hyland re: settlement (0.4). | 0.90 |
| 08/02/12 | KMR | 0018 | Reviewed NC proceeding with B. McRae and J. Hyland (1.0); began work on outline of potential counter-interpretations of the MRDA (0.7) | 1.80 |
| 08/06/12 | FSH | 0018 | Review tax update. | 0.10 |
| 08/06/12 | KMR | 0018 | Reviewed tax issues with Hyland in connection with review of RTP lease settlement (0.4); discussion with B. McRae re: tax proceedings and drafted email re: same (0.5) | 0.90 |
| 08/07/12 | KMR | 0018 | Discussions with J. Hyland and J. Boro re: status of tax proceeding. | 0.40 |
| 08/08/12 | KMR | 0018 | Reviewed tax ruling including discussions with B. McRae and J. Hyland. | 1.00 |
| 08/08/12 | JYS | 0018 | Review state tax letter. | 0.30 |
| 08/09/12 | KMR | 0018 | Continued review of tax letter and J. Ray's concerns (0.7); participated in part of conference call with J. Ray and others re: letter ruling (0.7). | 1.40 |
| 08/13/12 | FSH | 0018 | Review state tax situation. | 0.20 |
| 08/13/12 | BMK | 0018 | Review emails re: state tax issues | 0.30 |
| 08/13/12 | KMR | 0018 | Reviewed to emails re: the state tax ruling. | 0.80 |
| 08/14/12 | KMR | 0018 | Reviewed and responded to email exchanges re: tax ruling. | 0.70 |
| 08/15/12 | FSH | 0018 | Analyze tax issue, options. | 0.20 |
| 08/15/12 | KMR | 0018 | Reviewed and responded to emails re: NC ruling. | 0.50 |
| 08/16/12 | FSH | 0018 | Review tax update. | 0.10 |
| 08/16/12 | KMR | 0018 | Reviewed tax letter (0.3); reviewed and responded to related emails (0.4). | 0.70 |
| 08/17/12 | FSH | 0018 | Communications re state tax issues. | 0.20 |
| 08/17/12 | DHB | 0018 | Extensive emails re state taxes and review of memo re same. | 0.50 |
| 08/17/12 | KMR | 0018 | Reviewed and responded to emails re: tax ruling and clarification letter. | 0.40 |
| 08/20/12 | KMR | 0018 | Reviewed final settlement of state tax matter. | 0.50 |
| 08/20/12 | GDB | 0018 | Emails re North Carolina Tax issues (0.2). | 0.20 |
| 08/30/12 | KMR | 0018 | Discussion with J. Hyland re: tax issues (0.3); follow up review of tax exposure analysis (0.6). | 0.90 |
| 08/31/12 | KMR | 0018 | Continued review of tax issues. | 1.80 |
| 08/01/12 | LGB | 0019 | Review Dan Lowenthal comments to Motion to Intervene (.2); O/C w/ Sturm re same (.1). | 0.30 |
| 08/01/12 | TS | 0019 | Cite check and bluebook motion to intervene for J. Sturm, including verifying and researching pin cites (2.4); email to J. Sturm re cites (.1); revise motion (.3). | 2.80 |
| 08/01/12 | ASL | 0019 | Consider McCarter letter issues re: VEBA (.9); update of hearing with L. Beckerman (.2). | 1.10 |
| 08/01/12 | JYS | 0019 | Reviewing LTD/Retiree scheduling orders (0.4); circulating same to professionals and Committee (0.3). | 0.70 |
| 08/01/12 | JYS | 0019 | Telephone call with L. Beckerman and A. Lilling re LTD/pension discussions (0.5); T/Cs and corr with D. Lowenthal re Deferred Comp | 3.10 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | motion to intervene (1.1); Review comments to same from Committee (0.4); Corr w. L. Beckerman re same (0.4); Revisions to same (0.5); Corr with M. Fleming re Paroski pleading (0.2). | |
| 08/01/12 | GDB | 0019 | Emails re Retiree Committee and LTD Committee (0.2) | 0.20 |
| 08/02/12 | LGB | 0019 | Review e-mail from Matz re protective order (.1); respond to same (.1); review e-mail from Lilling re 1991 plan (.1); review e-mail from Strum re same (.1); review e-mail from Lilling re VEBA issue (.2). | 0.60 |
| 08/02/12 | SAF | 0019 | Retrieve Congressional Quarterly article for A. Lilling | 0.40 |
| 08/02/12 | ASL | 0019 | Plan diligence (.8); 1114 diligence (2.4); VEBA research (1.8); confer with partner re: same (.3); confer with L. Beckerman (.2). | 5.50 |
| 08/02/12 | JYS | 0019 | T/C with C. Samis re procedures for motion to intervene (0.3); O/Cs with L. Beckerman re same (0.4); Review Retiree/LTD discovery materials (0.4); Review corr from A. Lilling re VEBA possibility (0.4); T/C with A. Lilling re same (0.3). | 1.80 |
| 08/03/12 | LGB | 0019 | Review draft discovery requests (.6); T/C w/ deferred comp. counsel re Motion to Intervene (.1); e-mail Sturm re same (.1); e-mail Sturm/Lilling re draft discovery requests (.1); review e-mail from Ray re LTD proposal (.1); review e-mail from Hyland and re same (.1); respond to same (.1); T/C w/ Sturm re discovery requests (.1); revise e-mail to Sturm re same (.1). | 1.40 |
| 08/03/12 | DZV | 0019 | Research and review law regarding retiree health care and VEBA issues (2.8); conference with A. Lilling regarding same (0.2); conference call with Cleary, Milbank and A. Lilling regarding same (0.3) | 3.30 |
| 08/03/12 | ASL | 0019 | Confer with L. Beckerman re: discovery (.2); review discovery requests (.7); call with Milbank re: VEBA (.3); research related issues (2.5); call with A. Kohn and J. Krasnow (.2); call with J. Krasnow (.3). | 4.20 |
| 08/03/12 | JYS | 0019 | Review draft discovery requests to Retirees/LTDs/Committees (1.3); corr with CTE professionals update on LTD negotiations (0.5); T/Cs with L. Beckerman re labor issues (0.6); Coordinate filing of motion to intervene in deferred comp proceeding (0.5); corr with L. Beckerman re same (0.2); Corr. with C. Samis re same (0.3); Circulate motion to intervene to DCP counsel, Debtors' counsel, and Committee (0.3). | 3.70 |
| 08/05/12 | LGB | 0019 | Review draft interrogatories (.3); review e-mail from Sturm re same (.1); T/C/ w/ Sturm re same (.2); review e-mail from Sturm re same (.1). | 0.70 |
| 08/05/12 | ASL | 0019 | Review interrogatories re: LTD and Retiree. | 0.40 |
| 08/05/12 | JYS | 0019 | Review draft interrogatories to LTD/Retirees (0.5); Correspondence and telephone call with L. Beckerman re same (0.3). | 0.80 |
| 08/06/12 | LGB | 0019 | Review e-mail from Hodara re status conferences re 1114 motion/LTD motion (.1); respond to same (.1); review discovery request served on LTD Committee (.3). | 0.50 |
| 08/06/12 | FSH | 0019 | Analyze next steps in LTD and Retiree process and confer w/ LB re same. | 0.20 |
| 08/06/12 | JYS | 0019 | Review revised discovery requests for LTD/Retiree and Committees. | 0.40 |
| 08/07/12 | LGB | 0019 | Review discovery requests served on debtors by LTD Committee (.4); review 8/1 transcript (.6); review LTD Committee proposal (.3); e-mail AG team re same (.1); re e-mail from Botter re same (.1); respond to same (.1); review e-mail from Borow re same (.1); respond to same (.1); e-mail Matz/Schweitzer re same (.1); review e-mail from Hyland re same (.1); respond to same (.1); review draft discovery request for retiree committee (.4); review e-mail from Jacobs re footnote 5 (.1); respond to same (.1). | 2.70 |
| 08/07/12 | FSH | 0019 | Attention to LTD proposal and communications w/ working group. | 0.20 |
| 08/07/12 | DHB | 0019 | Review LTD proposal and emails re same. | 0.50 |
| 08/07/12 | ASL | 0019 | Review transcript and LTD motion (.6); review LTD counterproposal (.7); consider 1114 issues (.8). | 2.10 |
| 08/07/12 | JYS | 0019 | Review Committee counter-proposal (0.5); Corr with CTE professionals re same (0.5); Corr with Ad Hocs and Debtors re same (0.2). | 1.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1445315

Page 8  
October 11, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/08/12 | LGB | 0019 | E-mail Lilling/Kahn re meeting with retiree committee professionals (.1); review responses to same (.1); e-mail Schweitzer re same (.1); review e-mail from Schweitzer re LTD proposal; review response from Zahralldin re same (.1); T/C with Zahralldin re same (.3); T/C with Matz re same (.2). | 0.90 |
| 08/08/12 | FSH | 0019 | Review LTD correspondence re negotiations and communications re same. | 0.10 |
| 08/08/12 | ASL | 0019 | Review LTD correspondence (.2); review transcript in connection with LTD correspondence (.4). | 0.60 |
| 08/08/12 | JYS | 0019 | Follow up O/C w. L. Beckerman re LTD and Retiree Issues (0.2); Review corr among Debtors and LTD counsel re LTD counterproposal (0.4); O/C and corr. w. B. Kahn re status of retiree/LTD issues (0.3); Review LTD letter (0.3); Corr w. AG team re same (0.2). | 1.40 |
| 08/09/12 | LGB | 0019 | Review email from Berger re cancellation of meeting (.1); email Samis re motion to intervene (.1). | 0.20 |
| 08/10/12 | LGB | 0019 | Review e-mail from Fleming re meeting to discuss structure with retiree meeting (.1); e-mail Lilling, Simonetti and Kahn re same (.1); review response to same (.1); e-mail Fleming re same (.1); review discovery saved by debtors on deferred comp plaintiffs (.3); review draft Nortel response and Paroski motion (.4); T/C with Bergen re subpoena; e-mail Qureshi re same (.1); review subpoena (.3); e-mail Kahn re response to Paroski motion (.1); review response to same (.1); e-mail Stein re same (.1). | 1.80 |
| 08/10/12 | BMK | 0019 | Review Retiree/VEBA issues (0.8); review response to pro se employee motion (0.4); review subpoenas from retiree committee (0.3) | 1.50 |
| 08/10/12 | ASL | 0019 | Review deferred compensation discovery requests. | 0.30 |
| 08/13/12 | LGB | 0019 | O/C with Qureshi and Kahn re subpoena (.4); T/C with Matz re same (.2); e-mail Schweitzer and Matz re subpoena (.1); review e-mail from Kahn re same (.1); respond to same (.1). | 0.90 |
| 08/13/12 | AQ | 0019 | Review and analyze subpoena to UCC in retiree litigation. | 0.20 |
| 08/13/12 | AQ | 0019 | Confer with L. Beckerman and B. Kahn re subpoena. | 0.20 |
| 08/13/12 | BMK | 0019 | Conf with A. Qureshi and L. Beckerman re: retiree subpoena (0.2); review LTD subpoena (0.2); review LTD budget (0.2) | 0.60 |
| 08/14/12 | LGB | 0019 | Call with Tom, Mike, Abid re discovery request and T/C with Millin re same (.8); e-mail Fleming re cancellation of meeting with Retiree committee (.1); review response to same (.1); e-mail Lilling and Kahn re same (.1); review responses to same (.1); e-mail Fleming re same (.1); review objection to motion to seal (.2); review files re common interest (.2); e-mail Matz and Schweitzer re same (.1); review letter to O'Connor re documents (.1). | 1.90 |
| 08/14/12 | FSH | 0019 | Review subpoena from Retirees and confer w/ Debtor re: same. | 0.20 |
| 08/14/12 | AQ | 0019 | Call with Milbank re retiree subpoena. | 0.20 |
| 08/14/12 | AQ | 0019 | Call with Togut re subpoena. | 0.20 |
| 08/14/12 | BMK | 0019 | Call with Cleary and Milbank re: LTD budget (0.5); draft letter re: Uk pension claims (0.4) | 0.90 |
| 08/14/12 | ASL | 0019 | Review LTD motion. | 0.20 |
| 08/15/12 | LGB | 0019 | Review LTD Committee objection to seal motion (.3); review e-mail from Matz re common interest agreement (.1). | 0.40 |
| 08/15/12 | AQ | 0019 | E-mails regarding retiree discovery. | 0.20 |
| 08/15/12 | BMK | 0019 | Conf with L. Beckerman re: retiree subpoena | 0.30 |
| 08/15/12 | ASL | 0019 | Review LTD committee objection to seal motion. | 0.20 |
| 08/16/12 | LGB | 0019 | Review e-mail from Fleming re discovery dispute w/ Retiree Committee/ call with judge re same (.1); e-mail Kahn re same (.1); e-mail Lilling, Simonetti, Kahn re meeting to discuss proposed LLC structure (.1); review response to same (.1); review reply re Motion to Seal (.2); e-mail Lilling/Kahn re same (.1); review response to same (.1); e-mail Ryan re same; e-mail Fleming re call with judge (.1); review | 1.10 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | proposed LLC structure (.2). | |
| 08/16/12 | ASL | 0019 | Analyze settlement structure presentation (.4); consider issues (.4); attention to structure issues (.5). | 1.30 |
| 08/17/12 | LGB | 0019 | O/C with Kahn, Simonetti, Lilling re LLC structure (.8); review letter from Cleary re discovery dispute re retiree committee (.2). | 1.00 |
| 08/17/12 | BES | 0019 | Review of retiree committee matters and VEBA (1.3); meeting w/ Lilling and Beckerman re same (.8). | 2.10 |
| 08/17/12 | BMK | 0019 | Review materials re: retiree structure (0.6); meeting with L. Beckerman, A. Lilling, B. Simonetti re: same (portion) (0.6) | 1.20 |
| 08/17/12 | ASL | 0019 | Prepare for structure meeting (.9); confer with B. Simonetti (.5); meeting with L. Beckerman, B. Simonetti and B. Kahn; consider tax issues (.8). | 2.20 |
| 08/19/12 | LGB | 0019 | Review Captive Insurance presentation (.3); review e-mail from Lilling re same (.1); respond to same (.1); review retiree committee response to Cleary letter (.2). | 0.70 |
| 08/19/12 | ASL | 0019 | Attention to captive proposal (1.2); review retiree papers and L. Beckerman reply (1.4). | 2.60 |
| 08/20/12 | LGB | 0019 | Attended meeting at Cleary with Cleary, Lilling, Kahn, Berger, Winters, and other retiree committee representatives (2.3); email Akin team re same and discovery conference (.6); review email from Lilling re plan language re LTP's right to participate in retirement plans (.2). | 3.10 |
| 08/20/12 | FSH | 0019 | Review UK pension information. | 0.50 |
| 08/20/12 | BMK | 0019 | Attend meeting with Retiree committee professionals re: structure (portion) (1.5); emails re: same (0.1); review summary of court conference re: retiree discovery (0.1) | 1.70 |
| 08/20/12 | ASL | 0019 | Meeting with Retiree Committee (2.3); diligence re: plan documents in reply to Retiree Committee query (4.6); confer with L. Beckerman (.2); call with Cleary re: disability benefits (.7); call with L. Beckerman (.2). | 8.00 |
| 08/21/12 | LGB | 0019 | Review pro se objection to Ltd Motion (.2); email Samis re motion to intervene (.1); review deferred comp plaintiffs motion for a protective order (.3); review updated draft of retiree committee term sheet (.5); review CNO reorder re motion to intervene (.1); t/cw/ Lilling re plan language re Ltd participants' right to participate in retiree plans (.2); review email from Lilling re call with Fleming re same (.1); review objection by Ltd group to scheduling order (.2). | 1.70 |
| 08/21/12 | FSH | 0019 | Review LTD pleading. | 0.40 |
| 08/21/12 | FSH | 0019 | Review update re Retiree issues and confer w/ parties re same. | 0.30 |
| 08/21/12 | BMK | 0019 | Review LTD objections to motions and related pleadings | 0.90 |
| 08/21/12 | ASL | 0019 | Review materials re: LTD objection (.3); review motion for protective order re: deferred comp (.6); confer with M. Fleming re: disability (.2); consider issue (.3). | 1.40 |
| 08/22/12 | LGB | 0019 | Email Samis re order to deferred comp litigation (.1); review; order (.1); email Samis re same (.1); review MOR re OPEB issues (.1); email Hodara re same (.1); review email from Kuhn re U/c pension claim (.1); respond to same (.1). | 0.70 |
| 08/22/12 | BES | 0019 | Review of retiree committee and LTD committee motions. | 1.40 |
| 08/22/12 | ASL | 0019 | Review exhibits to motion objection (.7); attention to LTD objection and review plan documents re: retiree committee conversation (1.7). | 2.40 |
| 08/22/12 | GDB | 0019 | Emails re LTD objection (0.4) | 0.40 |
| 08/23/12 | LGB | 0019 | E-mail Fink, Boothman, Pearson re update to Lane Clark report on UK pension shortfall (.1); review response to same (.1); respond to same (.1); T/C with Matz re discovery conference (.1); T/C with Shweitzer re schedule for discovery/mediation (.3). | 0.70 |
| 08/23/12 | ASL | 0019 | ERISA research. | 2.60 |
| 08/24/12 | LGB | 0019 | Review email from Fleming re document production (.1); respond to same (.1); review email from Hodara re documents from UK pension trustees (.1); respond to same (.1); review email from O'Connor re: UK pensions (.1); Review email from Hodara re same (.1); Review email | 0.90 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | from Schweiter re same (.1); Review COC1 Order re LTD Seal motion (.2) | |
| 08/27/12 | JYS | 0019 | Review corr re negotiations with LTD/Retirees and potential settlement structure (1.3); Review order re LTD fee cap (0.3); Review report re Retiree meeting (0.6); O/C with B. Kahn re same (0.2); Review Pro Se LTD Objection to Termination (0.6); Review motion for deferred comp protective order (0.4). | 3.40 |
| 08/28/12 | LGB | 0019 | O/C with Qureshi, Koo, Sturm re retiree/LTD litigation (.5); review proposed protective order with Sturm comments (.6); e-mail Sturm re same (.1); review revised scheduling order re 1114 motion (.2); e-mail Fleming re same (.1); review response (.1); review revised scheduling order for LTD motion (.2); e-mail Fleming re comments to same (.1); review response to same (.1); review e-mail from O'Connor re documents (.1) | 2.10 |
| 08/28/12 | FSH | 0019 | Confer w/ LB re Retiree issues. | 0.10 |
| 08/28/12 | FSH | 0019 | Analyze issues related to pension party claims and documentation and corr. re same. | 0.70 |
| 08/28/12 | AQ | 0019 | Meet with team re retiree and LTD discovery. | 0.50 |
| 08/28/12 | AQ | 0019 | Review revised retiree scheduling order. | 0.20 |
| 08/28/12 | AQ | 0019 | Review and edit proposed protective order. | 0.20 |
| 08/28/12 | BMK | 0019 | Review amended retiree scheduling order | 0.40 |
| 08/28/12 | ASL | 0019 | Review protective order comments. | 0.20 |
| 08/28/12 | JYS | 0019 | O/C with L. Beckerman, A. Qureshi, A. Koo re Retiree/LTD litigation (0.4); Follow up w. A. Koo (0.2); Review draft protective order (0.6); corr w. AG team re same (0.3); Corr w.CG re same (0.3); Review draft amended retiree schedule (0.3). | 2.10 |
| 08/29/12 | LGB | 0019 | Review motion seeking scheduling order re LTD motion(.2); e-mail Sturm re same (.1); e-mail UCC re scheduling change/mediation (.2); review e-mail Matz re protective order (.1). | 0.60 |
| 08/29/12 | BMK | 0019 | Review draft orders re: retiree litigation | 0.40 |
| 08/29/12 | JYS | 0019 | Correspondence with Ad Hocs, CG and Akin re draft protective order (0.3); Review draft LTD protective/scheduling order (0.8); Corr w. L. Beckerman re same (0.3); T/Cs w. M. Fleming re comments to same (0.3); Corr re potential LTD mediation scheduling (0.3). | 2.00 |
| 08/30/12 | LGB | 0019 | Review e-mail from Fink re LCP report (.1); respond to same (.1) | 0.20 |
| 08/30/12 | FSH | 0019 | Review LTD and Retiree status update (.1). Analyze issues re mediation (.1). | 0.20 |
| 08/30/12 | ASL | 0019 | Review and digest email to committee re: counteroffer from Retirees (.6); attention to mediation preparation (.8). | 1.40 |
| 08/30/12 | GDB | 0019 | Emails re retiree/LTD update. | 0.20 |
| 08/31/12 | LGB | 0019 | Review various e-mail re rescheduling mediation (.2); respond to same (.1); e-mail Sturm, Borow, Lilling re same (.1). | 0.40 |
| 08/31/12 | ASL | 0019 | Review LTD letters. | 0.30 |
| 08/31/12 | JYS | 0019 | Correspondence re LTD mediation scheduling. | 0.30 |
| 08/13/12 | FSH | 0024 | Analyze status of asset sale efforts. | 0.20 |
| 08/16/12 | GDB | 0024 | Research and emails regarding M&A work fees. | 1.80 |
| 08/01/12 | LGB | 0025 | Travel to New York (Actual time - 1.5). | 0.75 |
| 08/01/12 | AQ | 0025 | Travel Wilmington to NY. (Actual time - 1.7). | 0.85 |
| 08/20/12 | FSH | 0025 | Non-productive travel time en route to Toronto. (Actual time - 1.8) | 0.90 |
| 08/20/12 | AQ | 0025 | Travel from New York to Toronto. (Actual time - 3.4) | 1.70 |
| 08/20/12 | DHB | 0025 | Travel to Toronto. (Actual time - 3.0) | 1.50 |
| 08/20/12 | BMK | 0025 | Travel to Toronto (Actual time - 2.2) | 1.10 |
| 08/21/12 | FSH | 0025 | Non-productive travel time to New York from Toronto. (Actual time - 2.5) | 1.25 |
| 08/21/12 | AQ | 0025 | Travel from Toronto to New York. (Actual time - 3.7) | 1.85 |
| 08/21/12 | DHB | 0025 | Travel from Toronto. (Actual time - 2.5) | 1.25 |
| 08/21/12 | BMK | 0025 | Travel from Toronto to NYC (Actual time - 2.5) | 1.25 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 08/22/12 | AQ | 0025 | Travel from New York to Wilmington. (Actual time - 1.8) | 0.90 |
| 08/22/12 | AQ | 0025 | Travel from Wilmington to New York. (Actual time - 1.3) | 0.65 |
| 08/08/12 | SLS | 0028 | Participate in call with Capstone and Akin team regarding APAC/CALA distributions (.4). | 0.40 |
| 08/08/12 | BMK | 0028 | TC with J. Hyland and S. Schultz re: non-debtor entity issues (.4); related follow-up research (.4). | 0.80 |
| 08/27/12 | FSH | 0028 | Communicate w/ S. Schultz re cash repatriation issues. | 0.20 |
| 08/01/12 | FSH | 0029 | Confer w/ DB re mediation issues | 0.40 |
| 08/01/12 | DHB | 0029 | Various office conferences with A. Qureshi and F. Hodara re mediation issues and next steps. | 0.50 |
| 08/02/12 | FSH | 0029 | Meet with working group re mediation issues (.4). Confer w/ Capstone re: same (.3). Confer w/ Committee member re upcoming mediation (.2). Attend to issues re info exchange (.9). | 1.80 |
| 08/02/12 | FSH | 0029 | Work on EMEA claims issues and meet w/ AQ and JS re same. | 1.00 |
| 08/02/12 | AQ | 0029 | Call with Cleary re mediation issues (.3); consider EMEA discovery issues (.6); confer with F. Hodara re EMEA discovery issues (.3). | 1.20 |
| 08/02/12 | DHB | 0029 | Call with Debtors' counsel re hearing and mediation issues (.5); email communications re follow-up and trading issues (.4); emails re mediation issues (.2). | 1.10 |
| 08/03/12 | FSH | 0029 | Call w/ M. Zigler re mediation (.4). Communication w/Committee member (.2). Analyze mediation issues (.2). TC J. Carfagnini re mediation (.1). Communications with Cleary, others re foregoing (.2) | 1.10 |
| 08/03/12 | FSH | 0029 | Attention to EMEA discovery draft and confer with AQ re same. | 0.90 |
| 08/03/12 | AQ | 0029 | Review and analyze draft pleading and case law re EMEA discovery (1.7); conference call with Cleary re draft EMEA brief (.3). | 2.00 |
| 08/03/12 | DHB | 0029 | Email communications re mediation and info flow (.4); call re EMEA issues (.3). | 0.70 |
| 08/03/12 | KMR | 0029 | Began work on summary of allocation issues. | 1.00 |
| 08/03/12 | JYS | 0029 | Review scheduling motion and draft scheduling order regarding bifurcation of the EMEA Claims. | 0.30 |
| 08/05/12 | AQ | 0029 | Review and edit revised EMEA discovery brief. | 0.40 |
| 08/06/12 | FSH | 0029 | Communications w/ Ad Hocs, Cleary re mediation (.2). Communications w/ working group re same (.3). | 0.50 |
| 08/06/12 | FSH | 0029 | Confer w/ AW re discovery issues (.3). Review revised motion (.2). communications re same (.1). | 0.60 |
| 08/06/12 | AQ | 0029 | Review and edit EMEA discovery motion. | 0.40 |
| 08/06/12 | AQ | 0029 | Call with Cleary re EMEA discovery motion. | 0.20 |
| 08/06/12 | SBK | 0029 | Attend update call w US debtors re allocation mediation. | 1.00 |
| 08/06/12 | KMR | 0029 | Work on memo outlining allocation argument. | 5.20 |
| 08/07/12 | FSH | 0029 | Confer w/ A. Pisa re mediation issues (.2). Confer w/ AQ and CK re same (.4). Communicate w/ J. Carfagnini re pending issues and numerous communications w/ working group re same (1.6). Analyze issues (.5). | 2.70 |
| 08/07/12 | AQ | 0029 | Call with R. Jacobs regarding Canadian law research issues. | 0.20 |
| 08/07/12 | AQ | 0029 | Review expert declaration regarding English law issues relevant to EMEA claims litigation. | 0.90 |
| 08/07/12 | DHB | 0029 | Begin review of mediation claims charts (.4). | 0.40 |
| 08/07/12 | BMK | 0029 | Review mediation information | 0.40 |
| 08/07/12 | KMR | 0029 | Continued work on memo re: allocation issues. | 3.30 |
| 08/08/12 | FSH | 0029 | Communications w/ Cleary, working group re next steps, materials from Mediator (.3). Meet w/ DB re mediation issues (.3). | 0.60 |
| 08/08/12 | AQ | 0029 | Call with Ashursts regarding English law issues related to EMEA claims. | 0.40 |
| 08/08/12 | AQ | 0029 | Call with Capstone and B. Kahn re recovery issues. | 1.00 |
| 08/08/12 | AQ | 0029 | Review and analyze asset and liability information. | 1.40 |
| 08/08/12 | AQ | 0029 | Review and analyze waterfall issues. | 2.30 |
| 08/08/12 | DHB | 0029 | Office conference with F. Hodara re mediation issues (.2); emails and | 0.40 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | work re same (.2). | |
| 08/08/12 | BMK | 0029 | Call with Ashurst re: EMEA claims (0.4); Conf with A. Qureshi and T. Morilla re: allocation issues (1.0); review allocation materials (0.7) | 2.10 |
| 08/08/12 | KMR | 0029 | Work on memo on potential arguments (4.2); reviewed information from other estates re: claims (0.5). | 4.70 |
| 08/08/12 | GDB | 0029 | Emails re claims data (0.4) | 0.40 |
| 08/09/12 | FSH | 0029 | Review info re expert witnesses and communicate w/ AQ re same. | 0.20 |
| 08/09/12 | FSH | 0029 | Review Capstone analysis (.5). Meetings w/ D. Botter and B. Kahn re same (.9). TC R. Bennett re scheduling (.1). Follow--up w/ team (.4). Confer w/ BK and D. Simonds re allocation methodology (.4). | 2.30 |
| 08/09/12 | AQ | 0029 | Research regarding potential solvency experts. | 0.80 |
| 08/09/12 | AQ | 0029 | Call with FMC regarding Canadian law research. | 0.20 |
| 08/09/12 | DHB | 0029 | Review waterfall analysis (.6); office conference with F. Hodara and B. Kahn re same (.8). | 1.40 |
| 08/09/12 | DPS | 0029 | Conference with F. Hodara and B. Kahn re distribution issue (.4); review documents relating to analysis (.7); obtain research materials re guaranty issues (.6); correspondence on issues (.2). | 1.90 |
| 08/09/12 | BMR | 0029 | Call with D. Simonds re U.S. and Canadian recovery waterfall and research assignment re analysis of same. | 1.00 |
| 08/09/12 | BMK | 0029 | Analysis of allocation issues and preparation for meeting re: same | 2.40 |
| 08/09/12 | KMR | 0029 | Continued review of allocation issues in connection with preparations for meeting with J. Winkler. | 0.80 |
| 08/09/12 | SLB | 0029 | Team meeting w/ F. Hodara, D. Botter & B. Kahn re: status. | 0.40 |
| 08/10/12 | FSH | 0029 | Communications w/ Cleary, working group re mediation session (.4). Confer w/ R. Jacobs re mediation (.3). Review info from EMEA and Canada and communications re same w/ working group (.3). Analyze issues re models (.4). | 1.40 |
| 08/10/12 | FSH | 0029 | Communications w/ AQ, Cleary re experts. | 0.10 |
| 08/10/12 | AQ | 0029 | Review and analyze October 2010 mediation statements in preparation for meeting with mediator. | 2.30 |
| 08/10/12 | AQ | 0029 | Review and analyze April 2012 mediation statements in preparation for meeting with mediator. | 1.20 |
| 08/10/12 | DPS | 0029 | Conference with B. Rothschild re distribution issues (.3); review documents (.7); research related issues and correspondence re same (3.5). | 4.50 |
| 08/10/12 | BMR | 0029 | Discussion and analysis with D. Simonds re distribution issues (.3); Review cross-border notes guarantee governing documents (1.4). | 1.70 |
| 08/10/12 | BMK | 0029 | Analyze allocation issues and prepare presentation re: same | 4.40 |
| 08/12/12 | AQ | 0029 | Review and analyze case law and articles re marshalling. | 1.80 |
| 08/12/12 | AQ | 0029 | Review and analyze talking points regarding recovery waterfall. | 1.30 |
| 08/12/12 | AQ | 0029 | Review and analyze memo regarding FMV allocation methodology. | 0.60 |
| 08/12/12 | AQ | 0029 | E-mails and research regarding potential solvency experts. | 0.50 |
| 08/12/12 | AQ | 0029 | Draft and revise talking points for meeting with mediator. | 1.20 |
| 08/12/12 | DHB | 0029 | Email communications re mediation meetings and next steps. | 0.30 |
| 08/12/12 | DPS | 0029 | Correspondence re distribution issue, review indenture provision and analyze issue. | 0.30 |
| 08/12/12 | BMK | 0029 | Emails re: allocation issues | 0.70 |
| 08/13/12 | SLS | 0029 | Participate in allocation update call with Company. | 1.60 |
| 08/13/12 | SLS | 0029 | Participate in working session regarding presentation for allocation meeting. | 2.70 |
| 08/13/12 | FSH | 0029 | Review revised model (.1). Communications w/J. Bromley (.1). Review materials for adviser meeting (.4). Attend same (2.5). Call w/ NNI re: same (1.3). Follow-up (.5). Arrangements for mediation meeting (.1). | 5.00 |
| 08/13/12 | FSH | 0029 | Communications w/ AQ, Cleary re discovery, experts. | 0.20 |
| 08/13/12 | AQ | 0029 | Review and analyze memo re preparation session for meeting with mediator. | 0.70 |
| 08/13/12 | AQ | 0029 | Team meeting regarding preparation for mediation. | 2.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/13/12 | AQ | 0029 | Conference call with Cleary and Chilmark re preparation for mediation. | 1.40 |
| 08/13/12 | AQ | 0029 | Research re solvency experts. | 0.40 |
| 08/13/12 | AQ | 0029 | Review and analyze EMEA brief regarding discovery motion. | 0.80 |
| 08/13/12 | DHB | 0029 | Prepare for mediation session (1.1); call with Debtors re same (1.5). | 2.60 |
| 08/13/12 | DPS | 0029 | Conferences with B. Rothschild re distribution issues (.3); continued review of law and documents (1.8). | 2.10 |
| 08/13/12 | BMR | 0029 | Research re claims and allocation issues. | 4.20 |
| 08/13/12 | BMK | 0029 | Prepare for allocation meeting (1.2); attend allocation prep meeting (2.5); attend follow-up call with Debtors re: allocation issues (1.4); prepare for DPW meeting (0.6); follow-up with J. Borow and T. Morilla (0.4); review EMEA objection to claims scheduling motion (1.1). | 7.20 |
| 08/13/12 | LWL | 0029 | Research background of various witnesses for A. Qureshi. | 2.30 |
| 08/13/12 | SAF | 0029 | Research - Information on potential experts. | 1.90 |
| 08/13/12 | KMR | 0029 | Reviewed emails re: allocation issues. | 0.70 |
| 08/14/12 | FSH | 0029 | Meet w/ potential expert, Cleary (1.0). Review expert info (.2). Follow-up re docs (.1). Corr. w/ Willkie and follow up (.2). | 1.50 |
| 08/14/12 | FSH | 0029 | Review docs re allocation issues (.2). Planning for meeting (.2). | 0.40 |
| 08/14/12 | AQ | 0029 | Review and analyze case law cited in EMEA pleadings. | 1.30 |
| 08/14/12 | AQ | 0029 | Meet with Cleary and potential expert. | 0.50 |
| 08/14/12 | AQ | 0029 | Meet with Cleary regarding EMEA brief. | 0.30 |
| 08/14/12 | DHB | 0029 | Review EMEA discovery response and emails related thereto. | 0.50 |
| 08/14/12 | DPS | 0029 | Additional research (.8); review chart and consider issues re same (.3); conferences with B. Rothschild re distribution (.4). | 1.50 |
| 08/14/12 | BMR | 0029 | Research re allocation issues (3.6); research re intercreditor issues (1.5); draft chart of potential outcomes and authority (2.0). | 7.10 |
| 08/14/12 | BMK | 0029 | Attend meeting with Cleary and potential expert re: EMEA Claims (1.1); review of issue re: EMEA claims scheduling motion (0.7); prepare for meeting with DPW (1.8) | 3.60 |
| 08/14/12 | KMR | 0029 | Reviewed emails re: allocation issues. | 0.50 |
| 08/15/12 | FSH | 0029 | Review docs re EMEA position (.7). Review info for mediation (1.4). Confer w/BK re model (.4). Review same (.4). Review Capstone summary (.2). | 3.10 |
| 08/15/12 | AQ | 0029 | Review and analyze Ashurst memo re English law issues. | 1.10 |
| 08/15/12 | AQ | 0029 | Review and analyze draft Reply re EMEA discovery. | 1.30 |
| 08/15/12 | AQ | 0029 | Review and edit draft mediation talking points. | 1.10 |
| 08/15/12 | AQ | 0029 | Review and analyze allocation issues. | 0.80 |
| 08/15/12 | AQ | 0029 | Call with Capstone re allocation issues. | 0.20 |
| 08/15/12 | DHB | 0029 | Email communications re mediation issues (.2); begin review of mediation papers (.5); email communications re DPW meeting (.2). | 0.90 |
| 08/15/12 | DPS | 0029 | Review materials re distribution (1.4); correspondence (.1). | 1.50 |
| 08/15/12 | BMK | 0029 | Prepare for meeting with DPW (1.9); pre-meeting with J. Borow and T. Morilla (1.0); attend meeting with DPW re: allocation mediation (1.5); follow up discussion with F. Hodara re: same (0.4); review DPW invoice (0.1) | 4.90 |
| 08/15/12 | KMR | 0029 | Reviewed emails re: allocation. | 0.40 |
| 08/16/12 | SLS | 0029 | Participate in allocation team working session (2.1) | 2.10 |
| 08/16/12 | FSH | 0029 | Prepare for working group meeting re mediation (.6). Attend same (2.3). Work on mediation issues (.2). Conf. call w/ AQ and BK re models, next steps (.3). Follow-up re same (.2). | 3.60 |
| 08/16/12 | FSH | 0029 | Analyze EMEA arguments. | 0.50 |
| 08/16/12 | AQ | 0029 | Team meeting regarding preparation for mediation. | 1.70 |
| 08/16/12 | AQ | 0029 | Review and edit draft Reply re EMEA discovery motion. | 0.80 |
| 08/16/12 | AQ | 0029 | Confer with Cleary regarding EMEA Reply. | 0.20 |
| 08/16/12 | AQ | 0029 | Call with DPW re mediation. | 0.60 |
| 08/16/12 | AQ | 0029 | Confer with Capstone re model. | 0.30 |
| 08/16/12 | AQ | 0029 | Confer with B. Kahn re mediation issues. | 0.30 |
| 08/16/12 | DHB | 0029 | Email communications re talking points (.3); prepare for mediation | 2.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | meeting (2.0). | |
| 08/16/12 | DPS | 0029 | Review analysis and research and discuss same with B. Rothschild. | 1.30 |
| 08/16/12 | BMR | 0029 | Conference with D. Simonds re research and work product (.8); research re allocation issues (4.3); revise draft chart of claim amounts and authority (1.5). | 6.60 |
| 08/16/12 | BMK | 0029 | Attend professionals' call re: allocation issues (2.0); follow up call with DPW re: allocation mediation (0.7); follow up with A. Qureshi re: same (0.1); conf with Cleary re: EMEA claims reply (0.2); prepare allocation mediation materials (1.1) | 4.10 |
| 08/16/12 | GDB | 0029 | Emails re mediation and allocation issues (1.3) | 1.30 |
| 08/16/12 | GDB | 0029 | Attend Professionals call re: allocation (1.8). | 1.80 |
| 08/17/12 | FSH | 0029 | Analyze EMEA claim pleadings and related issues and communications re same. | 0.40 |
| 08/17/12 | FSH | 0029 | Communications w/ working group and debtor re upcoming mediation sessions and related issues. | 0.60 |
| 08/17/12 | RHP | 0029 | Telephone call Qureshi re: mediation (.7); follow up re: same (.4). | 1.10 |
| 08/17/12 | AQ | 0029 | Call with Cleary regarding update re DPW meeting. | 0.50 |
| 08/17/12 | AQ | 0029 | Call with FMC re mediation issues. | 0.70 |
| 08/17/12 | AQ | 0029 | Review and edit revised Reply re EMEA claims. | 0.60 |
| 08/17/12 | AQ | 0029 | Draft and revise mediation proposal. | 0.50 |
| 08/17/12 | AQ | 0029 | Review and analyze case law cited in Reply. | 1.60 |
| 08/17/12 | DHB | 0029 | Begin preparation for mediation meeting (2.0); extensive email correspondence re same (.5); review Monitor response re EMEA (.4); extensive emails re same (.4). | 3.30 |
| 08/17/12 | DPS | 0029 | Review analysis and meet with B. Rothschild. | 1.20 |
| 08/17/12 | BMR | 0029 | Meet with D. Simonds re distribution analysis research (.6); research re distribution analysis (1.5, .6); revise research and send to D. Simonds (.8). | 3.50 |
| 08/17/12 | BMK | 0029 | Call with Debtors re: DPW meetings (0.6); call with FMC, A. Qureshi and R. Pees re: mediation issues (0.7); draft materials for mediation discussion (1.9) | 3.20 |
| 08/17/12 | GDB | 0029 | Emails re EMEA claims (0.8) | 0.80 |
| 08/18/12 | DHB | 0029 | Further emails re EMEA response and mediation preparation and bond group. | 0.40 |
| 08/18/12 | GDB | 0029 | Emails re EMEA claims (0.4) | 0.40 |
| 08/19/12 | LGB | 0029 | Review model re claims/allocation and correspondence re same (.7). | 0.70 |
| 08/19/12 | DHB | 0029 | Mediation preparation and emails re same. | 1.20 |
| 08/20/12 | FSH | 0029 | Numerous communications w/ working group re logistics, materials (.6). Review same (.5). Call w/ working group re mediation (.7). Call w/ NNI re same (.5). Analyze allocation issues (1.0). Review submissions of each party (1.2). Meet w/ working group and communications w/ NNI in preparation for mediation (1.5). | 6.00 |
| 08/20/12 | AQ | 0029 | Team conference call regarding preparation for mediation. | 0.80 |
| 08/20/12 | AQ | 0029 | Weekly update call with Debtors. | 0.50 |
| 08/20/12 | AQ | 0029 | Meet with team and with FMC to prepare for meeting with mediator. | 1.30 |
| 08/20/12 | AQ | 0029 | Meet with Cleary and John Ray re preparation for mediation. | 0.40 |
| 08/20/12 | DHB | 0029 | Conference call re mediation preparation and time line (.7); continue work and emails re same (.5); review of documents in preparation (2.5); continue preparation; continue group preparation in Toronto (1.5) (1.0). | 6.20 |
| 08/20/12 | DPS | 0029 | Revise analysis and consider related issues (.8); correspondence re same (.1). | 0.90 |
| 08/20/12 | BMR | 0029 | Revise distribution analysis with comments from D. Simonds (1.8); further research re same (.7). | 2.50 |
| 08/20/12 | BMK | 0029 | Participate in call with Akin and Capstone teams re: allocation next steps (0.8); follow up discussions with Akin and Capstone teams re: mediation (1.4); prepare materials for mediation meeting (0.6) | 2.80 |
| 08/20/12 | KMR | 0029 | Reviewed documents and emails relating to the allocation dispute. | 2.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/20/12 | GDB | 0029 | Emails re recovery analyses (0.3); emails re mediation calls (0.3); emails re EMEA claims (0.8). | 1.40 |
| 08/21/12 | FSH | 0029 | Final preparation for mediation session, confer w/ working group re same (1.3). Meet w/ Justice Winkler (1.1). Meet w/ working group (1.2). Numerous communications w/ NNI, Milbank, working group re next steps (3.6). | 7.20 |
| 08/21/12 | AQ | 0029 | Prepare for meeting with mediator. | 0.80 |
| 08/21/12 | AQ | 0029 | Attend meeting with mediator. | 1.10 |
| 08/21/12 | AQ | 0029 | Meet with team and Capstone re meeting with mediator. | 0.80 |
| 08/21/12 | AQ | 0029 | Attend meeting with Cleary and John Ray regarding mediation. | 1.50 |
| 08/21/12 | DHB | 0029 | Continue preparation for mediation meeting (1.2); attend same (1.1) and follow-up with UCC professionals (1.4); meet with Debtor professionals re same (1.5); follow-on conferences with UCC professionals re same and emails re same (.4) (.1). | 5.70 |
| 08/21/12 | BMK | 0029 | Analysis of allocation mediation issues (2.0); meeting with Akin, FMC and Capstone teams re: same (0.8); meeting with Debtor professionals re: same (1.5); follow up with F. Hodara, A. Qureshi (0.8) | 5.10 |
| 08/21/12 | KMR | 0029 | Continued review of materials relating to the allocation dispute. | 1.20 |
| 08/22/12 | SLS | 0029 | Participate in update call with Company, bondholder team and UCC team (0.6) | 0.60 |
| 08/22/12 | FSH | 0029 | Call w/ Milbank, Cleary re mediation process (.5). Commence work on mediator request (1.2). Communications w/ Milbank re next steps (.2). | 1.90 |
| 08/22/12 | AQ | 0029 | Update call with Cleary and Millbank regarding mediation. | 0.50 |
| 08/22/12 | DHB | 0029 | Telephone call with US Debtors and Ad Hocs re mediation meetings. | 0.50 |
| 08/22/12 | BMK | 0029 | Analysis re: allocation issues (0.6); tc with Debtors and ad hoc group professionals re: same (0.5); review EMEA claims order (0.2). | 1.30 |
| 08/22/12 | GDB | 0029 | Reviewing Debtwire article re: EMEA claims. | 0.20 |
| 08/23/12 | FSH | 0029 | Attention to info from EMEA. | 0.10 |
| 08/23/12 | FSH | 0029 | Confer w/ C. Kearns re analysis (.1). Communications w/ working group re same (.3). Meet w/ working group re same (.5). Work on concepts (.7). Meet w/ Ad Hoc representatives (1.4). Confer w/ J. Bromley (.2). Follow-up re foregoing items (.8). Confer w/ Frasers re analysis (.3). Confer w/ AQ re same (.2). TC D. Schaible (.2). | 4.70 |
| 08/23/12 | AQ | 0029 | Confer with team and e-mails re meeting with bonds. | 0.20 |
| 08/23/12 | DHB | 0029 | Committee professionals conference re mediation (.6); meet with Ad Hoc professionals re same (1.5); follow-up re same (.3). | 2.40 |
| 08/23/12 | DPS | 0029 | Work on analysis (.8); discussion with B. Rothschild (.5). | 1.30 |
| 08/23/12 | BMR | 0029 | Conference with D. Simonds re research analysis (.5); revise analysis and send to D. Simonds (1.5). | 2.00 |
| 08/23/12 | BMK | 0029 | Prepare for meeting with ad hoc bondholder professionals (0.4); attend same (1.5); follow up analysis of allocation related issues (1.8); conf with F. Hodara re: same (0.2) | 3.90 |
| 08/24/12 | LGB | 0029 | Review email from Hodara re conversation w/ DPW (.1); Review email from Botter re same (.1) | 0.20 |
| 08/24/12 | FSH | 0029 | Communications w/ working group re next steps (.2). Same w/ Milbank (.1). | 0.30 |
| 08/24/12 | FSH | 0029 | Analyze EMEA claims protocol and communications re same. | 0.10 |
| 08/24/12 | DHB | 0029 | Extensive emails re mediation issues and next steps (.5) and claims of UK pension parties (.2). | 0.70 |
| 08/24/12 | BMR | 0029 | Work with D. Simonds on research re allocation (.4, .6); revise research and memorandum (1.4). | 2.40 |
| 08/24/12 | BMK | 0029 | Emails with Akin and Capstone team re: allocation issues | 0.30 |
| 08/27/12 | FSH | 0029 | Communications w/ Cleary, working group re next steps (.5). Confer w/ C. Kearns re same (.3). | 0.80 |
| 08/27/12 | DPS | 0029 | Review analysis and related materials. | 0.30 |
| 08/27/12 | BMR | 0029 | Confer with D. Simonds by email re allocation research and clarification of analysis. | 0.30 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 08/27/12 | JYS | 0029 | Review Monitor response to EMEA claims scheduling motion. | 0.40 |
| 08/27/12 | JYS | 0029 | Review corr re allocation strategies. | 1.40 |
| 08/28/12 | FSH | 0029 | Communication w/ Capstone re pending matters (.1). Confer w/ R. Jacobs re submission (.2). | 0.30 |
| 08/28/12 | DPS | 0029 | Review and comment on memorandum. | 0.80 |
| 08/28/12 | TS | 0029 | Prepare list of cases (.5); retrieval of same (.6); organize electronic version of same for D. Simonds (.4); coordinate printed set for D. Simonds (.1). | 1.60 |
| 08/29/12 | FSH | 0029 | Review info from Capstone (.2). Confer w/ working group re basis, upcoming meetings and analyze issues re same (1.0). | 1.20 |
| 08/29/12 | BMK | 0029 | TC with J. Hyland re: allocation issues | 0.30 |
| 08/30/12 | FSH | 0029 | Analyze issues data, confidentiality (.2). Consider materials for Committee (.2). Confer w/ working group re foregoing issues (.2). Attention to UK and Canadian analysis (.3). | 0.90 |
| 08/30/12 | BMK | 0029 | Emails with Akin and Capstone teams re: allocation issues | 0.30 |
| 08/31/12 | SLS | 0029 | Review communications regarding allocation dispute (.3) | 0.30 |
| 08/31/12 | FSH | 0029 | Communications re expert witness. | 0.10 |
| 08/31/12 | DPS | 0029 | Finalize allocation memorandum and comment re same. | 1.10 |

Total Hours   561.95