# EXHIBIT C

## DISBURSEMENT SUMMARY
## AUGUST 1, 2012 THROUGH AUGUST 31, 2012

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $778.53 |
| Conference Call /Telephone/Video Conferencing | $1,532.15 |
| Courier Service/Postage | $16.49 |
| Duplicating (billed at $.10 per page) | $169.20 |
| Meals/Committee Meeting Expenses | $1,950.81 |
| Travel Expenses – Airfare | $3,581.04 |
| Travel Expenses – Ground Transportation | $2,510.54 |
| Travel Expenses – Lodging | $1,357.96 |
| Travel Expenses – Telephone & Fax | $45.47 |
| Travel Expenses – Train Fare | $2,402.00 |
| **TOTAL** | **$14,344.19** |