# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1445315 |
| ATTN: JOHN DOLITTLE | Invoice Date 10/11/12 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12:

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 05/30/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033829424 DATE: 6/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $6.81 |
| 06/06/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033829424 DATE: 6/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $3.65 |
| 06/11/12 | Document Production - In House REQUESTOR: B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 42; DATE ORDERED: 6/11/12 | $4.20 |
| 06/11/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033829424 DATE: 6/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $4.62 |
| 06/13/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033829424 DATE: 6/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $5.85 |
| 06/19/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING | $3.77 |

| Date | Description | Amount |
|---|---|---|
| 06/20/12 | CONFERENCING INVOICE#: 9033829424 DATE: 6/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033829424 DATE: 6/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $3.80 |
| 06/22/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033829424 DATE: 6/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $10.82 |
| 06/25/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033867577 DATE: 7/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.06 |
| 06/25/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033867577 DATE: 7/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.77 |
| 06/27/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033867577 DATE: 7/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $10.02 |
| 07/05/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033867577 DATE: 7/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.70 |
| 07/09/12 | Meals - Business Overtime lunch; F. Hodara; Naples | $29.04 |
| 07/09/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Botter David H TICKET #: 0576618157 DEPARTURE DATE: 07/09/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 07/09/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Kahn Brad M TICKET #: 0576645135 DEPARTURE DATE: 07/09/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 07/09/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Botter David H TICKET | $204.00 |

| Date | Description | Amount |
|---|---|---|
| 07/09/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Botter David H TICKET #: DEPARTURE DATE: 07/11/2012 ROUTE: NYP/WIL/NYP | $221.00 |
| 07/09/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Botter David H TICKET #: DEPARTURE DATE: 07/11/2012 ROUTE: NYP/WIL/NYP | $221.00 |
| 07/09/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 07/11/2012 ROUTE: NYP/WIL | $221.00 |
| 07/09/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 07/11/2012 ROUTE: WIL/NYP | $221.00 |
| 07/09/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033867577 DATE: 7/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $10.18 |
| 07/10/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Botter David H TICKET #: 0576653383 DEPARTURE DATE: 07/10/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 07/10/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Hodara Fred S TICKET #: 0576678581 DEPARTURE DATE: 07/10/2012 ROUTE: NYP/WIL/PHL/NYP | $37.00 |
| 07/10/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 07/11/2012 ROUTE: NYP/WIL/PHL/NYP | $40.00 |
| 07/10/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 07/11/2012 ROUTE: NYP/WIL/PHL/NYP | $94.00 |
| 07/10/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 07/11/2012 ROUTE: NYP/WIL/PHL/NYP | $221.00 |
| 07/11/12 | Travel - Ground Transportation Car | $8.00 |

| Date | Description | Amount |
|---|---|---|
| 07/11/12 | home after meeting; Medallion cab Travel - Ground Transportation Car from court in Wilmington to meeting in Philadelphia; Limo Exchange | $110.50 |
| 07/11/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Botter David H TICKET #: DEPARTURE DATE: 07/11/2012 ROUTE: NYP/WIL/NYP | $33.00 |
| 07/11/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Botter David H TICKET #: 0576711555 DEPARTURE DATE: 07/11/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 07/11/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Botter David H TICKET #: 0576720996 DEPARTURE DATE: 07/11/2012 ROUTE: WIL/NYP | $37.00 |
| 07/11/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Botter David H TICKET #: 0576729975 DEPARTURE DATE: 07/11/2012 ROUTE: WIL/NYP | $37.00 |
| 07/11/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 07/11/2012 ROUTE: WIL/PHL | $-40.00 |
| 07/11/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 07/11/2012 ROUTE: WIL/NYP | $16.00 |
| 07/11/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Kahn Brad M TICKET #: 0576711553 DEPARTURE DATE: 07/11/2012 ROUTE: WIL/NYP | $37.00 |
| 07/11/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Kahn Brad M TICKET #: 0576720995 DEPARTURE DATE: 07/11/2012 ROUTE: WIL/NYP | $37.00 |
| 07/11/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL12-53062500000206 DATE: 7/25/2012 PASSENGER: Kahn Brad M TICKET #: 0576726994 DEPARTURE DATE: 07/11/2012 ROUTE: WIL/NYP | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 07/11/12 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 2278285 DATE: 7/11/2012 NAME: KAHN BRAD M TICKET #: 4274043271 DEPARTURE DATE: 07/11/2012 ROUTE: WIL NYP | $16.00 |
| 07/12/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033867577 DATE: 7/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $6.28 |
| 07/13/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033867577 DATE: 7/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $3.04 |
| 07/16/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033867577 DATE: 7/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $4.20 |
| 07/17/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033867577 DATE: 7/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.86 |
| 07/18/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1215747 DATE: 7/22/2012 Lilling Austin - Aaron's Steaks 9th Ave) - 07/18/2012 | $22.93 |
| 07/18/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1147440 DATE: 8/8/2012 Vendor: Dial Car Voucher #: DLA3665206 Date: 07/18/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3665206 Date: 07/18/2012 Name: Austin Lilling | $192.23 |
| 07/19/12 | Meals (100%) 7/19/12 S Brauner - Committee call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800198; DATE: 7/19/2012 | $64.51 |
| 07/19/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033867577 DATE: 7/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $5.26 |
| 07/23/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1219463 DATE: 7/29/2012 Lilling Austin - Croton Reservoir Tavern | $32.15 |

| Date | Description | Amount |
|---|---|---|
| 07/23/12 | - 07/23/2012<br>Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689054 DATE: 8/3/2012<br>Vendor: Executive Royal Voucher #: 288057 Date: 07/23/2012 Name: Dan Vira\|\|Car Service, Vendor: Executive Royal Voucher #: 288057 Date: 07/23/2012 Name: Dan Vira | $59.63 |
| 07/23/12 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#: 1147440 DATE: 8/8/2012<br>Vendor: Dial Car Voucher #: DLA3662736 Date: 07/23/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3662736 Date: 07/23/2012 Name: Austin Lilling | $192.23 |
| 07/23/12 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689861 DATE: 8/24/2012<br>Vendor: Executive Royal Voucher #: 315839 Date: 07/23/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 315839 Date: 07/23/2012 Name: Lisa Beckerman | $67.99 |
| 07/25/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1219463 DATE: 7/29/2012<br>Lilling Austin - Kodama Japanese - 07/25/2012 | $30.51 |
| 07/25/12 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689054 DATE: 8/3/2012<br>Vendor: Executive Royal Voucher #: 383058 Date: 07/25/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 383058 Date: 07/25/2012 Name: Lisa Beckerman | $67.99 |
| 07/25/12 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#: 1147733 DATE: 8/15/2012<br>Vendor: Dial Car Voucher #: DLA3575554 Date: 07/25/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3575554 Date: 07/25/2012 Name: Austin Lilling | $193.96 |
| 07/25/12 | Travel - Ground Transportation  Taxi Home After Working Late on Nortel Case; NYC Taxi Cab | $13.70 |
| 07/29/12 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689054 DATE: 8/3/2012<br>Vendor: Executive Royal Voucher #: 381621 Date: 07/29/2012 Name: Lisa | $67.99 |

| Date | Description | Amount |
|---|---|---|
| 07/30/12 | Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 381621 Date: 07/29/2012 Name: Lisa Beckerman Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689054 DATE: 8/3/2012 | $67.99 |
| 07/31/12 | Vendor: Executive Royal Voucher #: 381425 Date: 07/30/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 381425 Date: 07/30/2012 Name: Lisa Beckerman Travel - Ground Transportation Taxi Ride from JFK to One Bryant Park in Connection With Travel for Nortel Case.; NYC Taxi Cab | $59.30 |
| 07/31/12 | Travel - Ground Transportation Taxi Ride from 50 Franklin St. to Penn Station in Connection With Travel for Nortel Case.; Delancey Car Service | $15.00 |
| 07/31/12 | Travel - Ground Transportation Taxi Ride From Train Station to Sheraton in Connection With Travel for Nortel Case.; Seacoast Cab Company | $12.00 |
| 07/31/12 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay in Connection With Travel for Nortel Case.; Hotel Stay; Sheraton Suites Wilmington | $240.90 |
| 07/31/12 | Travel - Airfare Airfare Fees in Connection With Travel to Nortel Court Hearing.; Airfare For Travel to Nantucket; Delta Airlines | $466.50 |
| 07/31/12 | Travel - Train Fare Amtrak Fare in Connection With Travel from NYC to Wilmington for Nortel Hearing.; Amtrak | $204.00 |
| 07/31/12 | Travel - Train Fare Train Fare in Connection with Travel from Wilmington to NYC after attendance at Nortel Hearing.; Amtrak | $188.00 |
| 07/31/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1148002 DATE: 8/22/2012 Vendor: Dial Car Voucher #: DLA3684702 Date: 07/31/2012 Name: Peter Sprofera\|\|Car Service, Vendor: Dial Car Voucher #: DLA3684702 Date: 07/31/2012 Name: Peter Sprofera | $36.90 |
| 08/01/12 | Computerized Legal Research - Westlaw User: SOUTHWELL,TRACY Date: 8/1/2012 AcctNumber: 1000045367 ConnectTime: 0.0 | $33.60 |
| 08/01/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: SOUTHWELL TRACY; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $13.50 |
| 08/01/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; | $6.98 |

| Date | Description | Amount |
|---|---|---|
| 08/01/12 | Employee: SOUTHWELL TRACY; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689389 DATE: 8/9/2012 Vendor: Executive Royal Voucher #: 362197 Date: 08/01/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 362197 Date: 08/01/2012 Name: Lisa Beckerman | $67.99 |
| 08/01/12 | Travel - Ground Transportation Taxi Ride After Working Late On Nortel Case; NYC Taxi Cab | $12.37 |
| 08/02/12 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: FENER SCOTT; Charge Type: SEARCHES; Quantity: 1.0 | $33.30 |
| 08/02/12 | Meals (100%) 8/1/12 P Sanchez - Professionals' call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800200; DATE: 8/2/2012 | $101.91 |
| 08/02/12 | Meals (100%) 8/2/12 S Brauner - Committee call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800200; DATE: 8/2/2012 | $51.61 |
| 08/02/12 | Meals - Business Lunch meeting to discuss mediation issues; F. Hodara, J. Borow; Bryant Park Grill | $65.80 |
| 08/05/12 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 08001-01001-12; DATE: 8/5/2012 | $1,445.32 |
| 08/05/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689389 DATE: 8/9/2012 Vendor: Executive Royal Voucher #: 335897 Date: 08/05/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 335897 Date: 08/05/2012 Name: Lisa Beckerman | $67.99 |
| 08/05/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689389 DATE: 8/9/2012 Vendor: Executive Royal Voucher #: 380015 Date: 08/05/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 380015 Date: 08/05/2012 Name: Lisa Beckerman | $67.99 |
| 08/06/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1147733 DATE: 8/15/2012 Vendor: Dial Car Voucher #: | $128.65 |

| Date | Description | Amount |
|---|---|---|
| 08/06/12 | DLA3489565 Date: 08/06/2012 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3489565 Date: 08/06/2012 Name: David Botter Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689608 DATE: 8/17/2012 | $67.99 |
| 08/07/12 | Vendor: Executive Royal Voucher #: 371986 Date: 08/06/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 371986 Date: 08/06/2012 Name: Lisa Beckerman Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689608 DATE: 8/17/2012 | $67.99 |
| 08/08/12 | Vendor: Executive Royal Voucher #: 371989 Date: 08/07/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 371989 Date: 08/07/2012 Name: Lisa Beckerman Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1147733 DATE: 8/15/2012 | $102.32 |
| 08/08/12 | Vendor: Dial Car Voucher #: DLA3699218 Date: 08/08/2012 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3699218 Date: 08/08/2012 Name: Abid Qureshi Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1231438 DATE: 8/12/2012 | $21.91 |
| 08/09/12 | Catering Akin Gump - Mendy's Kosher Restaurant - 08/08/2012 Meals (100%) 8/8/12  P Sanchez - Professionals' call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800201; DATE: 8/9/2012 | $94.94 |
| 08/09/12 | Meals (100%) 8/9/12  P Sanchez - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800201; DATE: 8/9/2012 | $374.80 |
| 08/10/12 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 8/10/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $204.35 |
| 08/10/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689608 DATE: 8/17/2012 Vendor: Executive Royal Voucher #: 259467 Date: 08/10/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 259467 | $67.99 |

| Date | Description | Amount |
|---|---|---|
| 08/13/12 | Date: 08/10/2012 Name: Lisa Beckerman Duplication - In House Photocopy - Krasa-Berstell, Dagmar, NY, 400 page(s) | $40.00 |
| 08/13/12 | Computerized Legal Research - Westlaw User: ROTHSCHILD,BRIAN Date: 8/13/2012 AcctNumber: 1000045367 ConnectTime: 0.0 | $110.80 |
| 08/13/12 | Computerized Legal Research - Westlaw User: ROTHSCHILD,BRIAN Date: 8/13/2012 AcctNumber: 1000045367 ConnectTime: 0.0 | $40.40 |
| 08/13/12 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: LANPHEAR LESLIE; Charge Type: SEARCHES; Quantity: 1.0 | $61.20 |
| 08/13/12 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: LANPHEAR LESLIE; Charge Type: SEARCHES; Quantity: 1.0 | $190.80 |
| 08/13/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689861 DATE: 8/24/2012 Vendor: Executive Royal Voucher #: 340294 Date: 08/13/2012 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 340294 Date: 08/13/2012 Name: Brad Kahn | $26.93 |
| 08/13/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1148334 DATE: 8/29/2012 Vendor: Dial Car Voucher #: DLA3729329 Date: 08/13/2012 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3729329 Date: 08/13/2012 Name: David Botter | $128.65 |
| 08/14/12 | Computerized Legal Research - Westlaw User: ROTHSCHILD,BRIAN Date: 8/14/2012 AcctNumber: 1000045367 ConnectTime: 0.0 | $56.80 |
| 08/14/12 | Travel - Airfare Airfare for Chris Kearns from NYC to Toronto and return; Porter Airlines | $1,792.16 |
| 08/15/12 | Duplication - In House Photocopy - Kahn, Brad, NY, 470 page(s) | $47.00 |
| 08/16/12 | Computerized Legal Research - Westlaw User: ROTHSCHILD,BRIAN Date: 8/16/2012 AcctNumber: 1000045367 ConnectTime: 0.0 | $26.80 |
| 08/16/12 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E332A DATE: 8/18/2012 TRACKING #: 1Z02E52ENT52591177; PICKUP DATE: 08/16/2012; SENDER: David Botter; RECEIVER: Unknown - David Botter; | $16.49 |
| 08/16/12 | Meals (100%) 8/13/12  A Gomez - | $239.53 |

| Date | Description | Amount |
|---|---|---|
| | Professionals' meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800202; DATE: 8/16/2012 | |
| 08/16/12 | Meals (100%) 8/14/12  J Lee - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800202; DATE: 8/16/2012 | $91.46 |
| 08/16/12 | Meals (100%) 8/16/12   P Sanchez - Committee call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800202; DATE: 8/16/2012 | $127.93 |
| 08/16/12 | Meals (100%) 8/16/12   P Sanchez - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800202; DATE: 8/16/2012 | $250.41 |
| 08/17/12 | Duplication - In House  Photocopy - Kahn, Brad, NY, 100 page(s) | $10.00 |
| 08/20/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689861 DATE: 8/24/2012  Vendor: Executive Royal Voucher #: 375139 Date: 08/20/2012 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 375139 Date: 08/20/2012 Name: Brad Kahn | $31.36 |
| 08/20/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689861 DATE: 8/24/2012  Vendor: Executive Royal Voucher #: 315841 Date: 08/20/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 315841 Date: 08/20/2012 Name: Lisa Beckerman | $67.99 |
| 08/20/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689861 DATE: 8/24/2012  Vendor: Executive Royal Voucher #: 299931 Date: 08/20/2012 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 299931 Date: 08/20/2012 Name: Brad Kahn | $86.86 |
| 08/20/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 689861 DATE: 8/24/2012  Vendor: Executive Royal Voucher #: RVV2C351A8 Date: 08/20/2012 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: | $85.13 |

| Date | Description | Amount |
|---|---|---|
| 08/20/12 | RVV2C351A8 Date: 08/20/2012 Name: Fred Hodara Travel - Ground Transportation Taxi from Toronto Airport to hotel ($70.00 CAD, including tip) re: flight to Toronto to attend meetings.; Nortel - Airline Limousine | $70.81 |
| 08/20/12 | Travel - Lodging (Hotel, Apt, Other) Hotel stay (8/20-21/2012) re: flight to Toronto to attend meetings.; Ritz-Carlton Toronto; Nortel - Ritz-Carlton Toronto - Meals | $280.07 |
| 08/20/12 | Travel - Telephone & Fax Hotel internet use re: trip to Toronto to attend Nortel meetings.; Nortel - Ritz-Carlton - Internet | $11.37 |
| 08/20/12 | Travel - Telephone & Fax Internet access; The Ritz Carlton | $11.37 |
| 08/20/12 | Travel - Lodging (Hotel, Apt, Other) Lodging for attendance at meetings and court; Travel to Toronto for meetings & court; The Ritz Carlton | $280.07 |
| 08/20/12 | Meals - Business Breakfast and tip - no receipt; F. Hodara; The Ritz Carlton | $12.14 |
| 08/20/12 | Travel - Ground Transportation Cab to hotel; CIC Taxi | $12.14 |
| 08/20/12 | Travel - Telephone & Fax Internet Access during Nortel business trip to Toronto; Ritz-Carlton Invoice | $11.37 |
| 08/20/12 | Travel - Lodging (Hotel, Apt, Other) Ritz Carlton Lodging re: Nortel business trip to Toronto; Ritz-Carlton lodging re: Nortel business; Ritz-Carlton Invoice | $280.07 |
| 08/20/12 | Travel - Ground Transportation Taxi from City Airport in Toronto to Ritz Hotel.; Beck Taxi | $15.25 |
| 08/20/12 | Travel - Lodging (Hotel, Apt, Other) Hotel stay in Toronto to appear at hearing.; Hotel stay in Toronto to appear at heari; The Ritz Carlton | $276.85 |
| 08/20/12 | Telephone - Local Services The Ritz Carlton | $1.14 |
| 08/20/12 | Travel - Telephone & Fax The Ritz Carlton | $11.36 |
| 08/20/12 | Meals - Business A. Qureshi, F. Hodara, D. Botter, C. Keaarns & B. Kahn; The Ritz Carlton | $217.98 |
| 08/21/12 | Duplication - In House Photocopy - Samper, Jonathan, NY, 332 page(s) | $33.20 |
| 08/21/12 | Duplication - In House Photocopy - User # 990100, NY, 348 page(s) | $34.80 |
| 08/21/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1148334 DATE: 8/29/2012 Vendor: Dial Car Voucher #: DLA3681801 Date: 08/21/2012 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3681801 Date: 08/21/2012 Name: David Botter | $116.73 |

| Date | Description | Amount |
|---|---|---|
| 08/21/12 | Meals - Business Nortel - Working meal; B. Rothschild; Gabby's Express | $19.31 |
| 08/21/12 | Meals - Business In room meals re: trip to Toronto to attend Nortel meetings.; D. Botter; Nortel - Ritz-Carlton Toronto - Meals | $75.76 |
| 08/21/12 | Travel - Ground Transportation Cab home from airport; Newark Cab Association | $52.00 |
| 08/21/12 | Meals - Business Meal at airport; F. Hodara; Starbucks Coffee Canada | $15.89 |
| 08/21/12 | Meals - Business Mini bar while staying at hotel.; Abid Qureshi; The Ritz Carlton | $10.29 |
| 08/24/12 | Travel - Train Fare Train from NYC to Wilmington, DE and return to appear at hearing.; Amtrak | $393.00 |
| 08/24/12 | Travel - Airfare Airfare from NYC to Toronto and return to appear at hearing.; Airfare from NYC to Toronto and return t; Porter Airlines | $1,322.38 |

Current Expenses    $14,344.19