# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## AUGUST 1, 2012 THROUGH AUGUST 31, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 13 years; Admitted in 1989; Financial Restructuring Department | $995 | 38.75 | $38,556.25 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $975 | 45.75 | $44,606.25 |
| Fred S. Hodara | Partner for 23 years; Admitted in 1982; Financial Restructuring Department | $1,050 | 85.65 | $89,932.50 |
| Stephen B. Kuhn | Partner for 12 years; Admitted in 1991; Corporate Department | $825 | 5.80 | $4,785.00 |
| Bruce S. Mendelsohn | Partner for 26 years; Admitted in 1977; Corporate Departments | $875 | 4.10 | $3,587.50 |
| Robert H. Pees | Partner for 16 years; Admitted in 1988; Litigation Department | $850 | 1.10 | $935.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $825 | 68.65 | $56,636.25 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $775 | 18.40 | $14,260.00 |
| Bruce E. Simonetti | Partner for 8 years; Admitted in 1995; ERISA Department | $810 | 3.50 | $2,835.00 |
| David P. Simonds | Partner for 8 years; Admitted in 1993; Financial Restructuring Department | $825 | 20.50 | $16,912.50 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; Tax Department | $625 | 37.00 | $23,125.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $705 | 39.60 | $27,918.00 |
| Graeme D. Bell | International Law Advisor for 4 years; Admitted in 2003; Financial Restructuring Department | $695 | 14.40 | $10,008.00 |
| Daniel Z. Vira | Senor Attorney for 1 year; Admitted in 1993; ERISA Department | $630 | 3.30 | $2,079.00 |
| Sara L. Brauner | Associate for 2 years; Admitted in 2011; Financial Restructuring Department | $425 | 10.80 | $4,590.00 |
| Brad M. Kahn | Associate for 5 years; Admitted in 2008; Financial Restructuring Department | $575 | 80.65 | $46,373.75 |
| Brian M. Rothschild | Associate for 5 years; Admitted in 2007; Financial Restructuring Department | $500 | 40.70 | $20,350.00 |
| Joshua Y. Sturm | Associate for 6 years; Admitted in 2007; Financial Restructuring Department | $600 | 29.60 | $17,760.00 |
| Jonathan A. Samper | Legal Assistant for 1 year; Financial Restructuring Department | $215 | 2.60 | $559.00 |
| Tracy Southwell | Legal Assistant for 19 years; Financial Restructuring Department | $235 | 4.40 | $1,034.00 |
| Peter J. Sprofera | Legal Assistant for 36 years; Financial Restructuring Department | $270 | 2.10 | $567.00 |
| Scott A. Fener | Librarian for 5 years | $195 | 2.30 | $448.50 |
| Leslie W. Lanphear | Librarian for 17 years | $220 | 2.30 | $506.00 |