# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date:     Feb. 12, 2013 at 10 a.m. |
| | ) RE:              D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

When I joined Nortel 37 years ago I was offered a salary with benefits including LTD and retirement in exchange for my services. Through the years I have undergone five relocations for Nortel, each of these required that I uproot my family and move with the job. While there were many opportunities for employment with our competitors, I stayed with Nortel because I believed in the company, that I was vested in their business and the benefits I contributed to, I expected them to be there when that time came. I developed heart issues at an early age and battled this for 20+ years before finally going on LTD. Now that I am disabled and the benefits that I have relied on have become critical to my well being, Nortel wants to drop them and terminate me. This isn't right, I invested more than just my youth and have always given 100% in the success of this company. I see this like an insurance company canceling a policy after a claim is made.

I respectfully ask the Court to NOT allow Nortel to terminate me or my LTD benefits that I believe vested once I became disabled The impact on medical and loss of income would be devastating to me and to my family.

**Name: David A Fox**
**Address: 1607 Haven Place, Allen TX 75002**
**Phone #: 214 478 3367**

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.