## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al#* | ) | Case No. 09-10138 (KG) |
| Debtors. | ) | |
| | ) | Jointly Administrated |
| | ) | |
| | ) | **Objection Deadline: October 22, 2012** |
| | ) | **Hearing Date: .Feb 13 2013 at 10:00 am** |
| | ) | **Re: Docket No. 8067** |

## OBJECTION TO DEBTORS MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. && 105,363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS LONG TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTDEMPLOYEESTO TERMINATE LTD BENEFITS  DOCKET NO. 8067

Alan Heinbaugh (the LTD Employee) of the above-captioned debtors and debtors-in-possession (the "Debtors"), herby submits this Objection to Debtor's Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Alan Heinbaugh respectfully represents as follows:

### BACKGROUND

1. I am 51 years old and became disabled in 2001 due to spinal cord injury resulting from a terrible vehicle accident in which a drunk driver crashed into my car at 50 mph, totaling my vehicle. I have been on Short Term Disability (STD) since March 2001 and Long Term Disability (LTD) since September 16, 2002.
2. I am in constant agony and my whole life revolves around alleviating my terrible suffering. My condition has continued to deteriorate and have had several surgeries and require several more.
3. I have worked for Nortel since 1998. I was the Reliability Engineering Technical Lead and Promoted to Reliability Engineering Manager. I worked and performed at the highest levels for Nortel and served as the Design for Reliability West Coast Representative for Nortel.
4. Becoming disabled had a horrific effect of my life and my family and paid into programs which promised certain welfare and insurance benefits as long as I met the criterion.
5. I have met all criterion and I have gone through the Social Security Disability Process and am classified Disabled by SSA.
6. If I lose my LTD benefits and pay, myself and my family will be in ruins financially and medically and emotionally.

## RELIEF REQUESTED

   1. Reject the Debtors Motion to Terminate LTD plans until Alan Heinbaugh reaches age 65 or compensate for the "promise" of the benefits (insurance income payments plus additional benefits, outlined in various Summary Plan Documents) to be awarded as per the "Proof Of Claim"
My Total Claim is USD $1,321,898.86.

   2. This claim is a projection of benefits to age 65 for LTD benefits, and severance benefits. (**Exhibit A**)

## BASIS FOR RELIEF

1. Nortel has always represented (through employee handbook and Summary Plan Document) that the LTD benefits are insured through Group Policy and will continue till I reach 65. Nortel paid for the 60%coverage and I paid premiums to increase it to 70% (years prior to my disability) (see 2012 benefit selection forms as to what I had elected for prior years including before 2002). See **Exhibit B**
2. Prudential Insurance Company has sent me by virtue of a benefit letter used to refinance my home, and its termination of benefits when I reach 65. Based on this Policy, Prudential has always represented that this was a group disability insurance policy issued to Nortel Networks (Group Policy #39900). See **Exhibit C** (payment amount shown is after all deductions)
3. On my Benefits Letters from Prudential, it states "Prudential Group Insurance", The one letter sent April 22, 2003 when we were refinancing stated I would receive benefits until AGE 67 see **Exhibit D**
4. Nortel is planning to break this contract after I have already been disabled. I paid premiums for the Group Insurance Policy and other welfare benefits such as Life Insurance. (policy #39900)
5. Nortel Estate has sufficient funds to take care of their contract for me and all other LTD employees.

Executive Summary

1. The language across the LTD Summary Plan Description (SPD) (**Exhibit E** examples 1-6) for the year I was forced onto Long-Term Disability (2002) fed the reliable and repeatable understanding that I was to receive LTD benefits until age 65. Ambiguities and errors of omission injected by Nortel do exist in the SPD; it is not equitable for me to be harshly penalized for miscues the document author owns. There exist large amounts of evidence of misconduct of Nortel and its improper fiduciary duties.

2. All the communication from Prudential, carried headers of "Prudential Insurance Company": claim forms, correspondence from LTD Claims Managers, LTD paystubs, LTD W2 Statements, Prudential required reimbursement to them from my Social Security Disability award.

Alan Heinbaugh_"Objection To Nortel Motion To Terminate LTD Plan and Employees"

3. Both Nortel and Prudential spokespersons confirmed I would receive benefits to age 65.

4. Fiduciary obligations are not served when an essentially insolvent benefit is offered or when the same agent seeks to terminate my employment to expressly deny my LTD benefits.

5. Nortel is well within their means to meet the contractual obligations with myself and all the LTD employees that generated the assets the Debtors possess. Fulfilling the LTD benefits obligation is in no way detrimental to the ability of Nortel to "recover" as they are indeed liquidating. This is life and death for the LTD base that invested their skills and knowledge that built Nortel. Nortel must meet their LTD commitment.

6. Nortel is seeking to breach a contract that they had with me and should be compelled to make good on it as I have provided all my work services to them in good faith, paid my premiums, and followed all procedures for LTD benefits.

Exhibit A-Proof of Claim

Exhibit B-2012 Nortel Benefit Confirmation

Exhibit C-Letter from Prudential

Exhibit D-Additional Letter of confusion from Prudential

Exhibit E-LTD Summary Plan Document for 2002

## NOTICE

Notice of this Motion has been provided to (a) counsel to the Debtors; (b) counsel to the Creditors' Committee; (c) counsel to the Retirees Committee; (d) the United States Trustee for the District of Delaware; and (e) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware via first class mail or through the Court's electronic filing system. I, Alan B. Heinbaugh respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Alan B. Heinbaugh respectfully requests the entry of an Order, in the form attached. LTD Benefits to be enforced till age 65 of LTD persons.

Dated: 11 OCTOBER 2012

Alan Bruce Heinbaugh
19816 Colby Ct. Saratoga, CA 95070
Telephone: (408) 504-5106
Email: abhhome@yahoo.com
*Appearing Pro Se*

Alan Heinbaugh_"Objection To Nortel Motion To Terminate LTD Plan and Employees"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) **Re: Docket No. _____** |

### ORDER GRANTING  OBJECTION to TERMINATION of BENEFITS]

Upon consideration of the *Objection Alan B. Heinbaugh* (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted.
ORDERED that Nortel will provide an allowed claim in the amount of:
**USD $1,321,898.86**.

ORDERED that Nortel will continue to pay all appropriate benefits to Alan Heinbaugh until they close their bankruptcy case.

Dated: _____, 2012    _____
    Wilmington, Delaware        HONORABLE KEVIN GROSS
                                  CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1]  The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

EXHIBIT A

## Proof Of Claim

Alan Heinbaugh
4714842

| | | |
|---|---|---|
| **WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?** | | |
| **WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?** | | |
| | | |
| **WHAT WAS THE FIRST DATE THAT YOU WERE OUT ON LONG-TERM DISABILITY?** | 9/16/2002 | |
| | | |
| **CALCULATION OF MONTHS UNTIL CLIENT REACHES AGE "65"** | | |
| WHAT IS THE MONTH AND YEAR OF YOUR BIRTH? | | |
| WHAT IS THE STARTING DATE THAT THIS POC IS TO BE BASED UPON | 9/12/2012 | |
| AUTOMATICALLY CALCULATED FOR YOU - # OF MONTHS PAST BETWEEN POC START DATE AND YOUR BIRTH | 613 | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | 167 | |
| | | |
| **YOUR ANNUAL SALARY PER YOUR 2011 FLEX BENEFITS STATEMENT** | $ 125,000.00 | |
| | | |
| **IF YOU HAD A 401K AND SIGNED UP FOR CONTINUED Capital Accumulation Retirement Plan (CARP) ...** | | |
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? | 0 | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ... | $ - | $ - |
| | | |
| **FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"** | | |
| SEVERANCE PERIOD | 17 | |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | $ 2,403.85 | $ 40,865.38 |
| | | |
| **FROM YOUR FEBRUARY 2011 PRUDENTIAL PAY STUB ...** | | |
| LTD CLAIM BENEFIT | $ 7,291.67 | $ 1,217,708.89 |
| LESS OFFSET | $ 1,900.00 | $ 317,300.00 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ 5,391.67 | $ 900,408.89 |
| | | |
| **FROM YOUR 2011 FLEX BENEFITS STATEMENT, ENTER THE "NORTEL COST PER YEAR" FOR THE FOLLOWING ...** | | |
| MEDICAL CARE | $ 12,073.62 | $ 169,024.55 |
| DENTAL/VISION/HEARING CARE | $ 1,821.55 | $ 25,350.04 |
| HEALTH CARE REIMBURSEMENT ACCOUNT | N/A | N/A |
| DEPENDENT CARE REIMBURSEMENT | N/A | N/A |
| SHORT-TERM DISABILITY | N/A | N/A |
| LONG-TERM DISABILITY | N/A | N/A |
| CORE EMPLOYEE LIFE INSURANCE | $ - | $ - |
| OPTIONAL EMPLOYEE LIFE INSURANCE | 0 | $ - |
| DEPENDENT LIFE INSURANCE - SPOUSE | N/A | N/A |
| DEPENDENT LIFE INSURANCE - CHILD(REN) | N/A | N/A |
| LONG TERM CARE | N/A | N/A |
| ACCIDENTAL DEATH & DISMEMBERMENT | 3.17 | 44.12 |
| Insurance premiums until I am 65 | | 187260 |
| **BACKOWED EST. MEDICARE PART B REIMBURSEMENT (FORMAL APPEAL SUBMITTED)** | | none |
| | | |
| **CLAIM GRAND TOTAL** | | $ 1,321,596.96 |

Page 1



**United States Benefits**
**Personalized Enrollment Worksheet**

This worksheet shows your eligible Benefits selections. Your current Benefits selections are marked with a *. Before you start, please review the enrollment materials. They include details on eligibility, Benefits Earnings, tax implications, making changes and other important information.

See your enrollment materials for further details.

| | |
|---|---|
| Name: | Alan Heinbaugh |
| Global ID: | 4714842 |
| Date of Birth: | ~~██████~~ |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | ~~██████~~ |
| Event: | Annual Enrollment |
| Prepared On: | 11/01/2011 |

Your current Benefit coverage (if available) is noted on pages 1, 2, 3, and 4.

## AFTER-TAX SELECTIONS

| Medical<br>(Any negative costs represent Benefit Credit income to you) | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| 80/60 PPO, Anthem | $ 25.66 | $ 55.44 | $ 76.17 | $ 114.28 |
| * 90/70 PPO, Anthem | $ 41.88 | $ 93.78 | $ 121.13 | * $ 186.86 |
| Waived Medical | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ **186.86** (a)

Does your spouse/DP have access to employer-provided medical coverage elsewhere?     ___ yes **X** no
If you choose yes, a spousal/DP bi-weekly access fee of $50 will apply. See Enrollment Guide for additional information.

Bi-weekly Fee: $ **∅** (b)

| Dental/Vision/Hearing Care | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| Dental/Vision/Hearing, Comp | $ 5.43 | $ 10.98 | $ 11.11 | $ 16.69 |
| * Dental/Vision/Hearing, Plus | $ 10.93 | $ 22.01 | $ 22.16 | * $ 33.25 |
| Dental/Vision/Hearing, Waived | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ **33.25** (c)

**Health Care Reimbursement Account**              Minimum    Maximum

Plan not available in 2011                          Annual Contribution: **∅** (d)

**Dependent Care Reimbursement Account**          Minimum    Maximum

Plan not available in 2011                          Annual Contribution: $ **∅** (e)

**Page 1 Subtotal: Cost Per-Pay-Period**
Add the amounts shown above (a through e) in the right column of this worksheet and enter the total here.
$ **220.11** (f)

## AFTER-TAX SELECTIONS (continued)

### Short Term Disability

You are not eligible to receive this benefit at this time.                                                    $ ___*0*___ (g)

### Long Term Disability

$ ___*0*___ (h)

### Core Employee Life Insurance
Core coverage is provided at no cost to you; however, there are tax implications when Benefits Earnings are greater than $50,000

| | |
|---|---|
| 50,000 Core Life Insurance | $ 0.00 |
| * 1x Benefits Earnings | $ 0.00 |

Choosing $50,000 Core Life requires a completed Core Life Waiver Form

| Optional Employee Life Insurance | Non-Smoker | Smoker |
|---|---|---|
| 1x Benefits Earnings | $ 8.65 | $ 9.00 |
| 2x Benefits Earnings | $ 17.31 | $ 18.00 |
| * 3x Benefits Earnings | * $ 25.96 | $ 27.00 |
| 4x Benefits Earnings | $ 34.62 | $ 36.00 |
| 5x Benefits Earnings | $ 43.27 | $ 45.00 |
| No Optional Coverage | $ 0.00 | $ 0.00 |

You may only retain or decrease you current coverage level during this enrollment.

$ *25.96* (i)

### Dependent Life Insurance - Spouse/Domestic Partner (DP)
The cost of life insurance for your spouse/DP is based on his or her age. Costs for a spouse/DP whose date of birth is on record are shown below. See Optional Spousal/DP Life Insurance Costs worksheet in your enrollment materials. Calculate the cost based on how much coverage you want to purchase and enter the per-pay-period cost on line (j).

| | |
|---|---|
| No Coverage | $ 0.00 |
| $10,000 | $ 0.69 |
| $25,000 | $ 1.73 |
| $50,000 | $ 3.46 |
| $75,000 | $ 5.19 |
| * $100,000 | $ 6.92 |

$ *6.92* (j)

---

**Page 2 Subtotal: Cost Per-Pay-Period**
Add the amounts shown above (g through j) in the right column of this worksheet and enter the total here.    $ *32.88* (k)

*Exhibit B 74*

Alan Heinbaugh                           4714842                         11/01/2011                         Page 3

## AFTER-TAX SELECTIONS (continued)

**Dependent Life Insurance - Child(ren)**
Cost shown is the total for all Child(ren).  Age limits may apply.

| | |
|---|---|
| No Coverage | $  0.00 |
| $5,000 Per Child | $  0.18 |
| $10,000 Per Child | $  0.36 |
| *  $15,000 Per Child | $  0.55 |

$ _.55_ (l)

| **Accidental Death and Dismemberment** | You Only | You & Family |
|---|---|---|
| 1x Benefits Earnings | $  0.63 | $  1.15 |
| 2x Benefits Earnings | $  1.27 | $  2.31 |
| 3x Benefits Earnings | $  1.90 | $  3.46 |
| 4x Benefits Earnings | $  2.54 | $  4.62 |
| *  5x Benefits Earnings | $  3.17 | *  $  5.77 |
| No Optional AD&D Coverage | $  0.00 | $  0.00 |

You may only retain or decrease you current coverage level during this enrollment.

$ _5.77_ (m)

**Page 3 Subtotal: Cost Per-Pay-Period**
Add the amounts shown above (l plus m) in the right column of this worksheet and enter the total here.

$ _6.32_ (n)

**Effect on Your Pay**

Enter the total cost per-pay-period of your selections here:

$ _259.31_ (f+k+n)

NOTE: Please double-check your selections above. These selections are final.
Please keep a copy of this completed worksheet for your personal records.  If you complete your enrollment using the Employee Self
Service Enrollment Tool, please print your confirmation statement.

Alan Heinbaugh                        4714842                        11/01/2011                        Page 4

## DEPENDENT INFORMATION

Review the information below for all your eligible dependents, even if you are not enrolling them in a Medical or Dental/Vision/Hearing Care option, so that they will have access to the Employee Assistance Program. Refer to your Benefits enrollment materials for a definition of eligible dependents. If you need to update/correct your dependent information, mark the changes below and contact HR Shared Services at ESN 355-9351, 919-905-9351, or toll-free at 1-800-676-4636.

Relationship Code                                      Gender
S = Spouse                                             M = Male
D = Domestic partner (see NOTE below)                  F = Female
C = Child (until age 26)
K = Child of domestic partner

| | Name | Soc. Sec. | Relationship | Gender | Date of Birth |
|---|---|---|---|---|---|
| _Add _Delete _Change | Renee Heinbaugh | ▄▄▄▄ | Spouse | F | ▄▄▄▄ |
| _Add _Delete _Change | Heather Heinbaugh | ▄▄▄▄ | Child | F | ▄▄▄▄ |
| _Add _Delete _Change | | | | | |
| _Add _Delete _Change | | | | | |
| _Add _Delete _Change | | | | | |
| _Add _Delete _Change | | | | | |
| _Add _Delete _Change | | | | | |
| _Add _Delete _Change | | | | | |
| _Add _Delete _Change | | | | | |
| _Add _Delete _Change | | | | | |
| _Add _Delete _Change | | | | | |
| _Add _Delete _Change | | | | | |
| _Add _Delete _Change | | | | | |

NOTE: Call Shared Services at ESN 355-9351, 919-905-9351, or 1-800-676-4636 if you have any questions or wish to enroll a domestic partner for Medical and/or Dental/Vision/Hearing Care coverage.

**Please do not enroll a domestic partner as a spouse; doing so constitutes fraud and will be dealt with accordingly.**

Also, if you are a smoker, it is your responsibility to identify yourself as a smoker; otherwise, your beneficiary(ies) could be denied Life Insurance benefits in the future due to your falsely claiming a non-smoker status.

If you need assistance in completing your enrollment and/or updating your dependent data, please call HR Shared Services at the number above.

Alan Heinbaugh
19816 Colby Court

Saratoga, CA  95070

EXHIBIT #C /2    Case 09-10138-MFW    Doc 8756    Filed 10/19/12    Page 10 of 18

Claims Services Provided by

**The Prudential Insurance Company of America**

**Regina M Carter**
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 5590
Fax: (877) 889-4885
Hours: 07:00 AM 03:00 PM

September 20, 2002

||.|..|..|.||..|..|.|.||..|..|||.|
Alan Heinbaugh
584 Bryan Ave
Sunnyvale, CA  94086

Claimant: Alan Heinbaugh
Control #/Br: 39900 / 000CB
Claim #: ▮▮▮▮▮▮
Date of Birth: ▮▮▮▮▮

Dear Mr. Heinbaugh:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Group Plan #39900 issued to  Nortel Networks, Inc.  and have determined that you are eligible for benefits effective September 16, 2002.

In order to receive LTD benefits under Group Plan #39900, covered employees must meet the following definition of Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.  You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability.  You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days.  During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

After the first 18 month period of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation.  A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

Prudential will be responsible for determining if your disability meets the above definition of disability, and has the right to require that you be examined by a Physician of our choosing.

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $10,416.67 |
| Scheduled LTD Benefit  (70.00%) | $ 7,291.67 |
| Less Medical Monthly Premium | $     59.43 |
| Less Dental Monthly Premium | $     22.79 |
| Less Spousal Life | $     10.00 |
| Less Child Life | $      1.88 |

*Exhibit C 2/2*

| Adjusted Benefit | $ 7,197.57 |
|---|---|

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month.

Under the Nortel Networks, Inc. Group LTD Plan, you are required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level.  Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid.  The Prudential will expect reimbursement of this overpayment in a lump sum.  We already have your signed Reimbursement Agreement dated Jfebruary 5, 2002 on file.

If at any time your condition improves and you are able to return to work on a full time or part time basis, please call our office.  We will remain in contact with you and your care giver(s) for periodic updates regarding your condition to determine your eligibility for continued LTD benefits.

If you have any questions, please contact me at (800) 842-1718, extension 5590.


Sincerely,

*Regina M Carter*

Regina M Carter
Disability Consultant

cc:   Nortel Networks

EXHIBIT 4 Case 09-10138-MFW    Doc 8756    Filed 10/19/12    Page 12 of 18

Claim Services Provided by

The Prudential Insurance Company of America

**David Moran**
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718  Ext: 5598
Fax: (877) 889-4885
Hours: 07:00 AM  03:00 PM

April 22, 2003

Alan Heinbaugh
584 Bryan Ave
Sunnyvale, CA  94086

Claimant: Alan Heinbaugh
Control #/Br: 39900 / 000CB
Claim #: ▮▮▮▮▮▮
Date of Birth: ▮▮▮▮▮▮

ıllıdıllllıılıllıllıl

Dear Mr. Heinbaugh:

As requested, this letter is to confirm that Prudential Insurance Company is the Long Term Disability (LTD) carrier for Nortel Networks, Inc.  You became entitled to receive a monthly LTD benefit as of September 16, 2002.

Provided that your income from other sources does not change and you continue to have a Total Disability as defined in the LTD Plan, you will continue to receiving a monthly LTD benefit in the amount of $7,921.67,  ess insurance premium deductions, Federal Income Tax and any income you receive from other sources (i.e. Social Security Disability Benefits).  Your LTD checks are issued once a month and are processed approximately five working days from the end of each month.

You will continue to receive these benefits as long as you remain totally disabled as defined by the Nortel Networks, Inc. Group LTD Plan, but not beyond the attainment of age 67.

If you have any questions regarding this matter, please contact our office at 1-(800) 842-1718, extension 5598.

Sincerely,

David Moran
Disability Consultant

cc:   Nortel Networks

EXHIBIT E-1                    2002 SPD

You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential function of your job.

During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.

After the first 18-month period of covered Total Disability...you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

## Optional LTD Benefits

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-17), ▓▓▓▓ with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Definition of Disability

#1

You are considered Totally Disabled for LTD purposes when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

Disabilities due to a sickness or injury, which, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Plan Year 2002
12/11/02

DISABILITY
PAGE 9

NNI-LTD-00000143

EXHIBIT E-2

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will be required to make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, you will be required to make a lump sum reimbursement payment to the plan or future payments to you will be reduced or eliminated.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

# #2. ✪ LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 60% of your pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-17) with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries
- your participation in the commission of an assault or felony
- war or any act of war

NNI-LTD-00000142

Exhibit E-3

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations - the removal of structural, communication or other barriers.
- Job Related Accommodations:
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

#3 

# When Benefits Begin and End

You are eligible for LTD benefits after you have been Totally Disabled for the 26-consecutive week waiting period (STD period), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator within the required time. The Disability Case Manager provides the LTD benefit application to the employee during week 14 of the Short-Term Disability period. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from your receipt of the LTD application. Your monthly LTD benefits and any retroactive payments could be delayed if you do not provide written proof of your Total Disability within 30 days from your receipt of the LTD application. If you do not provide your completed application and supporting clinical evidence proving your disability to the Claims Administrator **within 30 days after the end of your STD, you will not be entitled to LTD benefits.**

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or you die.

2. You are no longer under the care of a Physician.

3. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

4. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page. ▮▮▮▮▮

5. Your employment with the Employers that sponsor the Plan ends.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period...

NNI-LTD-00000144

EXHIBIT E-4

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders or chemical dependency. the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.

#4 

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
| --- | --- |
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

## If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and

- you were Actively at Work less than three consecutive months since your first disability.

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

NNI-LTD-00000145

EXHIBIT E-5



You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit, you will have no LTD coverage until you return to Active Work Status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

## Waiver of Premium

While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.

## Reduction of Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents because of your disability or retirement.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)
- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)
- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:
  - unemployment compensation benefits
  - no-fault wage replacement benefits
  - statutory disability benefits
  - Social Security benefits (family offset), the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.

Plan Year 2002
12/11/02

DISABILITY
PAGE 9

NNI-LTD-00000146

EXHIBIT E-6

A "Preexisting Condition" is an Illness, Injury or condition for which you:

- received treatment or services from a Physician,
- took drugs or medicines prescribed by a Physician,
- incur expenses,
- receive a diagnosis,
- a disability or Injury that occurs while on a personal leave of absence, a military leave of absence or while not actively at work or
- a disability or Injury that occurs after a period of total disability has ended, but prior to returning to Active Work.

Disability benefits may also be payable to you for an Occupational Disability...

# OCCUPATIONAL DISABILITY BENEFITS

Disability benefits may also be payable to you for an Occupational Disability as defined below. This benefit is provided on the same terms as the benefit for a non-occupational disability. (see page 10 Reduction of Benefits Due to Other Income) Nortel Networks short-term disability benefits are provided as a supplement to your Worker's Compensation pay. Total disability benefits paid will not exceed the applicable STD benefit amount.

Occupational Disabilities are those caused by:

- an Injury arising out of, or in the course of, any employment for wage or profit or
- a disease covered with respect to such employment by any Workers' Compensation law, occupational disease law or similar legislation.



# WHEN COVERAGE ENDS

LTD and STD coverage will end on the earliest of the following dates:

- the date your employment ends or you stop qualifying for coverage or
- the date the part of the plan providing the coverage ends or
- the date you fail to pay the required premium or contribution or
- the date you begin an unpaid leave of absence.

NNI-LTD-00000150