## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: Oct. 22, 2012 at 10 a.m.** |
| | ) | **Hearing Date:**  **Feb. 13, 2012 at 10 a.m.** |
| | | **RE:**  **D.I. # 8067 ?** |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Janet Bass (the "Nortel LTD Employee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees .In support of this Objection, Janet Bass respectfully represents as follows:

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1.      I became disabled in 2001 due to permanent nerve damage in my right arm/shoulder (RSD). I was on STD in January 2001 and moved to LTD in September 2001. My conditioned is chronic and will not improve.

2.      I am 59 years old and will be 60 in November.

3.      I have worked for Nortel since 1999 as a Central Office Prime at the NOC Center. I worked many hours for 5-6 day a week. There were many days that I worked for 24 hours with no break. My dedication to Nortel was very very high and I have depended on these monies in question to get my mortgage and try to live a normal life. Now I stand to lose many things including my home.

4.      I have been through the Social Security Disability Process and am classified Disabled by SSA.

5.      I have suffered so very much since my disability and am looking at a severe financial hardship if I lose the LTD benefits and medical coverage. I have no family for support and am hoping Nortel will not discontinue my LTD benefits.

## RELIEF REQUESTED

6.      Reject the Debtor's Motion to Terminate LTD plans till Janet Bass reaches age 65 or compensate for the "promise" of the benefits (insurance income payments plus welfare benefits, outlined in various Summary Plan Documents) to be awarded as per the "Proof Of Claim".

7.     My total is **$147,631.78**, which is a projection too age 65 for LTD Benefits, welfare benefits beyond age 65 per the retiree plan that I qualify, and severance benefit (Exhibit A).

## BASIS FOR RELIEF

8.     Nortel has always represented (through employee handbook and Summary Plan document) that the LTD benefits are insured through Group Policy and will continue till I reach 65. Nortel paid for the 60% coverage and i paid a premium to increase it to 70% (prior to my disability) see 2012 benefit selection form as to what I elected .) See Exhibit B.

9.     Prudential Insurance Company sent me a letter confirming my eligibility for LTD under Group Plan 39900. (Exhibit C).

10.    Nortel is planning to break this contract after I have been already disabled.  I paid a premium for the Group Insurance policy and other welfare benefits such as Life Insurance (policy #39900).

11.    Nortel Estate has sufficient funds to take care of their contract for me and all other LTD'ers.

## EXECUTIVE SUMMARY

**(A)** From the point of extending a total employment package (inclusive of salary <u>and</u> benefits) to a "New Hire" through the years of <u>truly</u> active employment with Nortel … Nortel Directors, Officers & Employees stressed in their communications, recognition that the employees were responsible for their success and Nortel maintained competitive benefits package to retain them.

**(B)** Language across the LTD summary plan description both for the year I was hired (1997) and the year I was forced onto Long-Term Disability (2008) fed the reliable & repeatable understanding that I was to receive LTD benefits until age 65. Ambiguities and errors of omission do exist in the SPD; these were injected by the Plan Administrator who also failed to notify me of modifications to my benefits throughout my years of employment.

**(C)** All the communication from Prudential, carried banners of "Prudential <u>Insurance</u> Company": claims forms, letters from LTD Claims Managers, LTD paystubs, LTD tax statements, etc.

**(D)** Both Nortel & Prudential spokespersons confirmed I would receive LTD benefits to age 65.

**(E)** Fiduciary obligations are not served when an essentially insolvent benefit is offered; nor when the same agent seeks to terminate my employment to expressly deny me LTD benefits.

**(F)** *Quantified impact of loss of LTD benefits should Nortel deny my already validated claim.*

**(G)** Nortel is seeking to breach a contract that they had with me and should be required to make good on it as I provided all my work services to them in good faith, paid my premiums, etc.

**(H)** My Total Claim is $147,631.78 which is a projection to age 65 for LTD benefits.

**EXHIBITS**

A – Proof Of Claim

B – 2012 Nortel benefit confirmation

C – Letter from Prudential

D – LTD Summary Plan Document for 2002

E - Cobra Rates to purchase Replacement Medical Coverage
(this does not include medication costs)

F - Prudential Monthly Pay Stub information

## NOTICE

1. Notice of this Motion has been provided to (a) counsel to the Debtors; (b) counsel to the Creditors' Committee; (c) counsel to the Retirees Committee; (d) the United States Trustee for the District of Delaware; and (e) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Janet Elizabeth Bass respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

WHEREFORE, Janet Elizabeth Bass respectfully requests the entry of an Order, in the form attached. I want my LTD Benefits to continue until I am 65 years of age.

Dated: _____10/14/2012_____

Janet Elizabeth Bass
1228 Moultrie Court
Raleigh, NC 27615
Telephone: 919-845-7179
Email: janetbass1@gmail.com
*Appearing Pro Se*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[2] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. _____** |

<u>**ORDER GRANTING MOTION FOR [**</u>                              **]**

Upon   consideration   of   the   *Motion   for*   _____

(the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion

has been given; and in good cause having been shown, it is hereby

---

[2]      The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

ORDERED that the Motion is granted.

HONORABLE KEVIN GROSS

Dated: _____ 2012
Wilmington, Delaware

CHIEF UNITED STATES BANKRUPTCY
JUDGE

**Additional Notes On Where To Find This Information**

REMEMBER: ALL red typeface items are Excel calculations done automatically for you. Just fill in the black typeface cells of Column B.

| | | |
|---|---|---|
| WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR? | Janet E. Bass | |
| WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL? | OS50073 | |
| WHAT WAS THE FIRST DATE THAT YOU WERE OUT ON LONG-TERM DISABILITY? | July 1, 2001 | First STD = January 1, 2001 |
| WHAT IS YOUR AGE (As Of January 1, 2011)... | | |
| Years | 59 | |
| Months | 1 | |
| AUTOMATICALLY CALCULATED FOR YOU: AGE IN MONTHS AS OF JANUARY 1, 2011 | 709 | |
| AUTOMATICALLY CALCULATED FOR YOU: MONTHS UNTIL YOU REACH AGE "65" | 71 | |
| YOUR ANNUAL SALARY PER YOUR 2010 FLEX BENEFITS STATEMENT | $41,278.00 | Flex Benefits Statement, under "Benefits Earning". |
| IF YOU HAD A 401K AND SIGNED UP FOR CONTINUED Capital Accumulation Retirement Plan (CARP)... | | |
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? | 0.04 | Nortel HR Memo Regarding CARP Contributions. |
| AUTOMATICALLY CALCULATED FOR YOU: MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K | $1,651.04 | Nortel HR Memo Regarding CARP Contributions. |
| | $9,768.65 | |
| FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION" | | |
| SEVERANCE PERIOD | 16 | Date Of Hire = 2/1/1996 |
| AUTOMATICALLY CALCULATED FOR YOU : SEVERANCE PAY | $793.77 | |
| | $12,700.31 | |
| FROM YOUR NOVEMBER 2010 PRUDENTIAL PAY STUB... | | |
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $2,427.77 | |
| SSD: MONTHLY OFFSET | $1,087.50 | |
| AUTOMATICALLY CALCULATED FOR YOU : NET PAY | $1,340.27 | |

FROM YOUR 2010 FLEX BENEFITS STATEMENT, ENTER THE "NORTEL COST PER YEAR" FOR THE FOLLOWING...

| | | | |
|---|---|---|---|
| MEDICAL CARE | $4,940.00 | $29,228.33 | Used 2011 Flex Benefits Confirmation Statement. |
| DENTAL/VISION/HEARING CARE | $85.52 | $387.66 | |
| HEALTH CARE REIMBURSEMENT ACCOUNT | N/A | N/A | |
| DEPENDENT CARE REIMBURSEMENT ACCOUNT | N/A | N/A | |
| SHORT-TERM DISABILITY | N/A | $170,951.67 | 70% LTD is being paid as Expected. |
| LONG-TERM DISABILITY | N/A | $75,792.50 | See "SSDX", $ Entry At Second Row Of "Amount" Column. |
| CORE EMPLOYEE LIFE INSURANCE | $85.52 | $95,156.17 | |
| OPTIONAL EMPLOYEE LIFE INSURANCE | N/A | N/A | |
| DEPENDENT LIFE INSURANCE - SPOUSE | $0.00 | $387.66 | |
| DEPENDENT LIFE INSURANCE - CHILD(REN) | $0.00 | $0.00 | |
| LONG TERM CARE | $0.00 | $0.00 | |
| ACCIDENTAL DEATH & DISMEMBERMENT | N/A | N/A | |

*EXHIBIT B*



# NORTEL

**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Janet Bass |
| Global ID: | 0530073 |
| Date of Birth: | |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 41276.00 |
| Events | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** 90/70 PPO, Anthem | EE Only | $ 41.88 | $1,088.88 | $4,373.20 |
| **Dental/Vision/Hearing Care** PLUS | EE Only | $ 10.93 | $ 284.18 | $ 598.52 |
| **Short-Term Disability** 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 269.62 |
| **Long-Term Disability** 70% of Benefits Earnings | | $ 3.72 | $ 96.72 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 56.53 | $1,469.78 | $5,241.34 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 65.52 |
| **Optional Employee Life Insurance** 1x BENE Earnings Non-Smoker | $ 5.27 | $ 137.02 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** 2x Benefits Earnings Single | $ 0.42 | $ 10.92 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 5.69 | $ 147.94 | $ 65.52 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

*EXHIBIT* C

Claims Services Provided by

**The Prudential Insurance Company of America**

**Joan M Van Splinter**
Disability Claim Manager

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101

Phone:  (800) 842-1718  Ext: 8720
Fax: (877) 889-4885
Hours:  07:00 AM  03:00 PM

September 28, 2001

Ilıllıılılıllıdlılıılılıl
Janet Bass
185 Devin Dr.
Garner, NC  27529

Claimant: Janet Bass
Control #/Br: 39900  /  000RB
Claim #: 10424859
Social Security #: ▬▬▬
Date of Birth: ▬▬▬

Dear Ms. Bass:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Group Plan #39900 issued to  Nortel Networks, Inc.  and have determined that you are eligible for benefits effective September 28, 2001.

In order to receive benefits under Group Plan #39900, covered employees must meet all contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administratior, who will make the final determination of disability. You must be  under the regular care of the Physicians who has treated you personally for the Illness of Injury causing the Total Disability for at least 31 days. Durning the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

After the first 18 month period of a covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $3,439.67 |
| Scheduled LTD Benefit  (70.00%) | $2,407.77 |
| Less FIT | $162.00 |
| Less Premium Deductions | $33.65 |
| Adjusted Benefit | $2,212.12 |

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month.

Under the Nortel Networks, Inc. Group LTD Policy, you may be required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. We will be further contacting you in regards to assisting you in the SSDB application process.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum. Enclosed is a reimbursement agreement. Please sign it and send it in the self stamped envelope enclosed for your convenience.

In addition, Group Plan 39900 contains the following provision regarding Partial Disability:

Partial Disability' exists when Prudential determines that all of these conditions are met:

(1) Due to Sickness or accidental bodily Injury, you are not able to perform, for wage or profit, the material and substantial duties of your occupation on a full-time basis.

(2) You are working for wage or profit:

    (a) at your own occupation, but you are not able to perform your duties on a full-time basis; or

    (b) another occupation.

(3) The amount of your monthly earnings is your Partial Disability Earnings.
Amount Payable: An amount equal to (1) or (2):

(1) This applies if your Partial Disability Earnings are less than 20 % of our Pre-Disability Earnings. Benefits will be the same as the benefits that would be payable under this Coverage for Total Disability had you not been working for wage or profit.

(2) This applies if our Partial Disability Earnings are at least 20% but not more than 80% of your Pre-Disability Earnings. Benefits will be determined as follows:

    (a) During the first 12 months of a period for which Partial Disability benefits are payable, benefits will be the same as the benefits that would be payable under this Coverage for Total Disability had you not been working for wage or profit, until the sum of (I) those benefits and (ii) your Partial Disability Earnings exceed 100% of your Pre-Disability Earnings. In that case, your benefit will be reduced by that excess amount.

    (b) after the first 12 months, benefits will be the portion of our Earnings lost times the benefits that would be payable under this Coverage for Total Disability had you not been working for wage or profit. But, benefits will not be less than the minimum Adjusted Benefit for Total Disability, if any, shown in the schedule of Benefits.

The portion of your Earnings lost is the difference between your Pre-Disability Earnings and Partial Disability Earnings, divided by your Pre-Disability Earnings.

You must give Prudential any proof needed to confirm your Partial Disability Earnings."

Please be advised that monthly benefits under the Partial Disability provision will not be released until receipt of monthly earnings.

Prudential would like to offer you vocational rehabilitation services (VRS) to assist you in returning to work. Through this program we can select a qualified rehabilitation professional in

your area to work with you.  This representative of a private rehabilitation provider will begin by meeting with you to discuss and evaluate your skills, education, experience, and vocational interests.  After the initial evaluation, you may be offered job placement, job retraining, other vocational services to assist you in returning to work.  Someone from our office will be in contact with you and your physician regarding your participation.  Meanwhile contact our office for additional information regarding the VRS program.

Prudential Group Insurance is pleased to offer Electronic Funds Transfer (EFT) as our standard method of payment for disability benefits.  EFT allows your benefit checks to be electronically deposited into the checking or savings account of your choice.  Please complete the enclosed Electronic Funds Transfer Authorization form, and attach a voided check from the bank account in which you wish to have your benefit check deposited.  Return the authorization form and your voided check to us in the enclosed (postage paid) envelope.  Your request will be processed upon receipt of the authorization form and voided check.

If you have any questions, please contact me at (800) 842-1718, extension 8720.

Sincerely,

Joan M Van Splinter
Disability Claim Manager

cc:    Nortel Networks

*EXHIBIT D1*

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will be required to make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, you will be required to make a lump sum reimbursement payment to the plan or future payments to you will be reduced or eliminated.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 60% of your pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-17) with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries
- your participation in the commission of an assault or felony
- war or any act of war

Plan Year 2002
12/11/02

DISABILITY
PAGE 9

NNI-LTD-00000142

*EXHIBIT D2*

You are considered *Totally Disabled for LTD* when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential function of your job.

During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.

After the first 18-month period of covered Total Disability...you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

## Optional LTD Benefits

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-17), ▓▓▓▓▓▓ with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Definition of Disability

You are considered Totally Disabled for LTD purposes when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

Disabilities due to a sickness or injury, which, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Plan Year 2002
12/11/02

NNI-LTD-00000143

EXHIBIT D3

Reasonable accommodations may be made for the limitations resulting from your illness or injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations - the removal of structural, communication or other barriers.
- Job Related Accommodations:
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

## When Benefits Begin and End

You are eligible for LTD benefits after you have been Totally Disabled for the 26-consecutive week waiting period (STD period), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator within the required time. The Disability Case Manager provides the LTD benefit application to the employee during week 14 of the Short-Term Disability period. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from your receipt of the LTD application. Your monthly LTD benefits and any retroactive payments could be delayed if you do not provide written proof of your Total Disability within 30 days from your receipt of the LTD application. If you do not provide your completed application and supporting clinical evidence proving your disability to the Claims Administrator within 30 days after the end of your STD, you will not be entitled to LTD benefits.

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or you die.

2. You are no longer under the care of a Physician.

3. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

4. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

5. Your employment with the Employers that sponsor the Plan ends.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period...

NNI-LTD-00000144

EXHIBIT D4

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
| --- | --- |
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

## If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and
- you were Actively at Work less than three consecutive months since your first disability.

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

Plan Year 2002
12/11/02

DISABILITY
PAGE 9

NNI-LTD-00000145

*Exhibit E*

# 2011 / 2012 COBRA Rates

| COBRA Plan | Description | Employee Only per Month | Employee & Child(ren)/DP Children per Month | Employee & Spouse/DP per Month | Employee & Family/DP Family per Month |
|---|---|---|---|---|---|
| Medical | PPO 80/60 | 421.63 | 758.95 | 885.45 | 1,307.10 |
| Medical | PPO 90/70 | (464.27) | 835.66 | 974.95 | 1,439.20 |
| Medical | Comprehensive | 728.9 | 1,311.99 | 1,530.68 | 2,259.55 |
| EAP | Employee Assistance Program | 2.89 | 2.89 | 2.89 | 2.89 |
| Dental | Comprehensive | 37.26 | 75.36 | 76.29 | 114.58 |
| Dental | Plus | (75.03) | 151.12 | 152.19 | 228.31 |

This document was retrieved from http://www.nortel-us.com/current/making-the-transition-from-nortel/cobra-rates/ on Mon, 15 Oct 12 11:35:44 -0400.

Copyright © 2009-2012 Nortel Networks Inc. All Rights Reserved.

*my choices to replace my existing coverage ( per month )*

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit   L (2 of 2)
0258-02-87-02-0-0-0-0

*Exhibit F*

| | |
|---|---|
| If you have any questions about this claim, please contact | **DISABILITY MANAGEMENT SERVICES**<br>**PO BOX 13480**<br>**PHILADELPHIA**          **PA**   **19176**<br>**800-842-1718** |

Date
**September 24, 2012**

**BENEFITS ADMINISTRATOR**
**NORTEL NETWORKS**
**GES DISB PRIME - MS 570/02/0C2**
**PO BOX 13010**
**RESEARCH TRIANGLE PARK   NC   27709-3010**

CNTRL#   **0039900**
CLAIM#   **10424859**
ID#

CLAIMANT   **JANET BASS**

| DESCRIPTION | AMOUNT | | FROM | TO |
|---|---|---|---|---|
| LTD Claim Benefits | 2,407.77 | | 09/01/2012 | 09/30/2012 |
| - SSDB | 1,078.10 | BENEFIT AMOUNT | | 2,407.77 |
| - Medical | 90.74 | LESS OFFSET | | 1,078.10 |
| - Dental | 23.68 | ADD'L BENEFITS | | 0.00 |
| - Mandatory FIT W4 | 51.72 | | | 1,329.67 |
| | | LESS ADJUSTMENTS | | 0.00 |
| | | | | 1,329.67 |
| | | LESS DEDUCTIONS | | 166.14 |
| | | AMOUNT PAYABLE | | 1,163.53 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/mybenefits and select the online option.

Date:  **September 24, 2012**

Deposit Amount:          **$1,163.53**

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXX5863 | $1,163.53 |

| | |
|---|---|
| To the Accounts of | **JANET BASS**<br>**1228 MOULTRIE COURT**<br>**RALEIGH**          **NC   27615-7502** |

This is not a Check

Not Negotiable