# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date **8/1/2012** — End Date **8/31/2012**

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 220.50 | $450.00 | $99,225.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 223.60 | $450.00 | $100,620.00 |
| 4 | Fee Apps | 6.00 | $450.00 | $2,700.00 |
| 5 | Non-working travel | 31.50 | $225.00 | $7,087.50 |
| 6 | Claims Administration | 230.10 | $450.00 | $103,545.00 |
| 7 | Tax/Finance Matters and Budget Projects | 18.30 | $450.00 | $8,235.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **730.00** | | **$321,412.50** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/Minutes Worked |
|---|---|---|---|---|
| 8/1/2012 | Business Meetings to discuss Data Center Issues, HR Issues | Raj Perubhatla | 1 | 4.5 |
| 8/2/2012 | Ring Fence Server Moves and Issues, status emails,discussions | Raj Perubhatla | 1 | 4.5 |
| 8/2/2012 | Conf call re: weekly datacenter updates / Ring Fence Relocation Project / sabrix issue / e-mail | Brandon Bangerter | 1 | 7.0 |
| 8/3/2012 | Ring Fence Server Moves and Issues, status emails,discussions | Raj Perubhatla | 1 | 3.0 |
| 8/3/2012 | Infrastructure config updates / Backup configs / e-mail updates | Brandon Bangerter | 1 | 3.5 |
| 8/6/2012 | Ring Fence Server Moves and Issues, status emails,discussions | Raj Perubhatla | 1 | 4.0 |
| 8/6/2012 | Infrastructure requests / BOXI backups / Storage configuration planning / e-mail updates | Brandon Bangerter | 1 | 3.5 |
| 8/7/2012 | Conference Call re: NNI Discussion | Kathryn Schultea | 1 | 1.3 |
| 8/7/2012 | Ring Fence Server Moves and Issues, status emails,discussions, calls etc | Raj Perubhatla | 1 | 2.0 |
| 8/7/2012 | Overview of all Business and Infrastructure application accounts, passwords / testing, troubleshooting | Brandon Bangerter | 1 | 2.0 |
| 8/8/2012 | Ring Fence Server Moves and Issues, status emails,discussions, calls etc | Raj Perubhatla | 1 | 2.0 |
| 8/8/2012 | Overview of all Business and Infrastructure application accounts, passwords / testing, troubleshooting | Brandon Bangerter | 1 | 2.0 |
| 8/9/2012 | DNS / WINS updates, infrastructure backups / restores, VPN troubleshooting, e-mail | Brandon Bangerter | 1 | 2.5 |
| 8/10/2012 | Ring Fence Maintenance/Support Activities | Raj Perubhatla | 1 | 2.0 |
| 8/10/2012 | Netbackup configuration issues, NAS troubleshooting / policies / restores / updates | Brandon Bangerter | 1 | 3.5 |
| 8/13/2012 | Correspondence received, reviewed, responded re NNI Discussion | Kathryn Schultea | 1 | 1.5 |
| 8/13/2012 | File preparation for Cleary / Management Tool troubleshooting (Vantage, HPSIM) / e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 8/13/2012 | Infrastructure requests / BOXI backups / Storage configuration planning | Brandon Bangerter | 1 | 4.0 |
| 8/14/2012 | Ring Fence Status Calls, Trouble Shotting Solaris Servers and Netbackup Backups | Raj Perubhatla | 1 | 3.0 |
| 8/14/2012 | Netbackup configuration issues, NAS troubleshooting / policies / restores / updates | Brandon Bangerter | 1 | 5.5 |
| 8/14/2012 | Conference call re: weekly updates, datacenter prep, management app updates, e-mail | Brandon Bangerter | 1 | 3.0 |
| 8/15/2012 | DNS Migration from 0p3/op4 to 002/003 | Raj Perubhatla | 1 | 6.0 |
| 8/15/2012 | Vantage troubleshooting / Server infrastructure failures, troubleshooting / e-mail updates | Brandon Bangerter | 1 | 6.0 |
| 8/15/2012 | Netbackup configuration issues, NAS troubleshooting / policies / restores / updates | Brandon Bangerter | 1 | 2.5 |
| 8/16/2012 | DNS Migration from 0p3/op4 to 002/003, status calls, Vantage troubleshooting | Raj Perubhatla | 1 | 4.0 |
| 8/16/2012 | Server Infrastructure troubleshooting / Management Apps updates / e-mail | Brandon Bangerter | 1 | 4.0 |
| 8/16/2012 | PST files for Cleary / NAS config for NetBackup / policy updates | Brandon Bangerter | 1 | 4.0 |
| 8/17/2012 | Ring Fence: SAP BW Server Backup to Offsite-nas | Raj Perubhatla | 1 | 6.0 |
| 8/17/2012 | SAP BW prep for downtime / Netbackup configuration updates for BW backup / troubleshooting jobs | Brandon Bangerter | 1 | 5.5 |
| 8/17/2012 | E-mail updates / configuration planning for backup jobs over weekend / Policy updates / files to Cleary | Brandon Bangerter | 1 | 3.5 |
| 8/18/2012 | Installation of Netbackup 6.5 on zrtps001 and reconfiguring the SAP BW Backups | Raj Perubhatla | 1 | 4.0 |
| 8/18/2012 | BW, Vault cold backup troubleshooting / monitoring, policy updates, server updates | Brandon Bangerter | 1 | 3.0 |
| 8/19/2012 | Monitoring and Restarting BW Backups | Raj Perubhatla | 1 | 2.0 |
| 8/19/2012 | BW, Vault cold backup troubleshooting / monitoring, policy updates, server updates | Brandon Bangerter | 1 | 1.0 |
| 8/20/2012 | Correspondence received, reviewed, responded re Livelink data request | Kathryn Schultea | 1 | 3.5 |
| 8/20/2012 | SAP BW Backups | Raj Perubhatla | 1 | 3.0 |
| 8/20/2012 | Files to Cleary / Netbackup jobs for SAP BW, Vault, HR Servers, monitoring and troubleshooting | Brandon Bangerter | 1 | 5.0 |
| 8/20/2012 | Business application requests / app updates / server configuration / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 8/21/2012 | Conference Call re Nortel Imaging | Kathryn Schultea | 1 | 0.7 |
| 8/21/2012 | SAP BW Backups; Ring Fence Support | Raj Perubhatla | 1 | 3.0 |
| 8/21/2012 | Netbackup configuration issues, NAS troubleshooting / policies / restores / updates | Brandon Bangerter | 1 | 4.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/21/2012 | Infrastructure requests / BOXI backups / Storage configuration planning / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 8/22/2012 | Correspondence received, reviewed, responded re Nortel Data Request | Kathryn Schultea | 1 | 1.7 |
| 8/22/2012 | SAP BW Backups; Ring Fence Support | Raj Perubhatla | 1 | 1.0 |
| 8/22/2012 | Netbackup verification / policy, jobs, configuration updates / BOXI backup / e-mail updates | Brandon Bangerter | 1 | 4.5 |
| 8/22/2012 | Nortel data request for Mercer / troubleshooting datacenter cabling issues | Brandon Bangerter | 1 | 3.0 |
| 8/23/2012 | Correspondende received, reviewed, responded re NNI discussion | Kathryn Schultea | 1 | 0.6 |
| 8/23/2012 | Correspondence received, reviewed, responded re Nortel Data Request | Kathryn Schultea | 1 | 2.3 |
| 8/23/2012 | Ring Fence Calls, Support | Raj Perubhatla | 1 | 1.5 |
| 8/23/2012 | Netbackup configuration to offsite-nas storage device / server infrastructure configuration updates | Brandon Bangerter | 1 | 5.5 |
| 8/23/2012 | Livelink data requests / BOXI backup / password config updates / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 8/24/2012 | Correspondence received, reviewed, responded re Livelink data reviews | Kathryn Schultea | 1 | 2.5 |
| 8/24/2012 | Ring Fence Support (0p4 server issues) | Raj Perubhatla | 1 | 2.0 |
| 8/24/2012 | Retiree listing / data requests / netbackup server policies updates, configurations / e-mail | Brandon Bangerter | 1 | 6.0 |
| 8/27/2012 | Correspondence received, reviewed, responded re: Livelink data request | Kathryn Schultea | 1 | 1.2 |
| 8/27/2012 | Ring Fence Support | Raj Perubhatla | 1 | 2.0 |
| 8/27/2012 | Livelink download requests / infrastructure updates / netbackup jobs to offsite-nas / e-mail | Brandon Bangerter | 1 | 6.5 |
| 8/28/2012 | Ring Fence Support and Calls | Raj Perubhatla | 1 | 1.5 |
| 8/28/2012 | Storage infrastructure hardware failures troublshooting / storage provisioning | Brandon Bangerter | 1 | 5.0 |
| 8/28/2012 | Conference call re: weekly updates, datacenter prep, management app updates, e-mail | Brandon Bangerter | 1 | 3.0 |
| 8/29/2012 | Storage infrastructure hardware failures troublshooting / storage provisioning / e-mail updates | Brandon Bangerter | 1 | 7.0 |
| 8/30/2012 | NetBackup reconfigure policies to onsite NAS server / monitoring, e-mail updates, BOXI backup | Brandon Bangerter | 1 | 6.5 |
| 8/31/2012 | Correspondence received, reviewed, responded re: Nortel IM Boxes | Kathryn Schultea | 1 | 2.2 |
| 8/31/2012 | Infrastructure requests / netbackup verification, monitoring / app and server updates / e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 8/1/2012 | Correspondence received, reviewed, responded re LTD Discovery requests | Kathryn Schultea | 3 | 1.5 |
| 8/2/2012 | Correspondence received, reviewed, responded re Nortel Benefits Plans | Kathryn Schultea | 3 | 1.0 |
| 8/2/2012 | Conference Call re: Nortel DC Projects | Kathryn Schultea | 3 | 0.5 |
| 8/3/2012 | Conference Call re: Nortel/LTD Retiree Status Call | Kathryn Schultea | 3 | 1.2 |
| 8/3/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 0.8 |
| 8/3/2012 | Correspondence received, reviewed, responded re LTD issues | Kathryn Schultea | 3 | 1.5 |
| 8/3/2012 | HR EV5 Benefits Annual Enrollment Confirmation Statements | Raj Perubhatla | 3 | 3.0 |
| 8/6/2012 | Correspondence received, reviewed, responded re VEBA/LTIP discussion | Kathryn Schultea | 3 | 2.7 |
| 8/6/2012 | Correspondence received, reviewed, responded re Residual Meeting | Kathryn Schultea | 3 | 1.0 |
| 8/6/2012 | Correspondence received, reviewed, responded re QDRO | Kathryn Schultea | 3 | 1.3 |
| 8/6/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.5 |
| 8/6/2012 | Correspondence received, reviewed, responded re Nortel DOL Fee Disclosures | Kathryn Schultea | 3 | 0.8 |
| 8/7/2012 | Correspondence received, reviewed, responded re QDRO | Kathryn Schultea | 3 | 0.5 |
| 8/7/2012 | Correspondence received, reviewed, responded re Nortel HR Related Matters | Kathryn Schultea | 3 | 1.3 |
| 8/7/2012 | Correspondence received, reviewed, responded re PIC | Kathryn Schultea | 3 | 3.0 |
| 8/7/2012 | HR Website migration from 00p to 001 | Raj Perubhatla | 3 | 6.0 |
| 8/8/2012 | HR EV5 Benefits Annual Enrollment Confirmation Statements | Raj Perubhatla | 3 | 3.0 |
| 8/9/2012 | Conference Call re: Mercer/Nortel HR Matters | Kathryn Schultea | 3 | 1.5 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/9/2012 | HR EV5 Benefits Annual Enrollment Confirmation Statements | Raj Perubhatla | 3 | 4.0 |
| 8/10/2012 | Conference Call re: Residual Staff Meeting | Kathryn Schultea | 3 | 0.8 |
| 8/10/2012 | Conference Call re: LTIP discussion | Kathryn Schultea | 3 | 1.0 |
| 8/10/2012 | Conference Call re: LTD and Retirees | Kathryn Schultea | 3 | 2.5 |
| 8/10/2012 | HR EV5 Benefits Annual Enrollment Confirmation Statements | Raj Perubhatla | 3 | 3.0 |
| 8/13/2012 | Conference Call re: Nortel HR Matters | Kathryn Schultea | 3 | 0.7 |
| 8/13/2012 | Conference Call re: LTD and Retirees discussion | Kathryn Schultea | 3 | 1.2 |
| 8/13/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 3.6 |
| 8/13/2012 | Correspondence received, reviewed, responded re QDRO Letter | Kathryn Schultea | 3 | 0.7 |
| 8/13/2012 | Correspondence received, reviewed, responded re HR Call Volumes | Kathryn Schultea | 3 | 0.8 |
| 8/13/2012 | HR EV5 Benefits Annual Enrollment Confirmation Statements; Refreshing Dev with Data from Prod | Raj Perubhatla | 3 | 4.0 |
| 8/14/2012 | Conference call re: Discussion - Assumptions | Kathryn Schultea | 3 | 1.0 |
| 8/14/2012 | Conference Call re: Nortel HR Matters | Kathryn Schultea | 3 | 1.3 |
| 8/14/2012 | Correspondence received, reviewed, responded re Working on Plane re HR Matters | Kathryn Schultea | 3 | 2.5 |
| 8/14/2012 | Correspondence received, reviewed, responded re E&Y discussion on Nortel Matters | Kathryn Schultea | 3 | 1.6 |
| 8/14/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 2.0 |
| 8/14/2012 | HR EV5 Benefits Annual Enrollment Confirmation Statements | Raj Perubhatla | 3 | 2.0 |
| 8/15/2012 | Onsite at Raleigh - Nortel - Various Meetings re: HR Support Matters | Kathryn Schultea | 3 | 9.0 |
| 8/15/2012 | HR EV5 Reports troubleshooting | Raj Perubhatla | 3 | 1.0 |
| 8/16/2012 | Onsite at Raleigh - Nortel - All Day HR Meetings | Kathryn Schultea | 3 | 7.0 |
| 8/16/2012 | Correspondence received, reviewed, responded re Working on Plane re HR Matters | Kathryn Schultea | 3 | 2.0 |
| 8/16/2012 | HR EV5 Reports troubleshooting | Raj Perubhatla | 3 | 2.0 |
| 8/17/2012 | Conference Call re Nortel HR Related Matters | Kathryn Schultea | 3 | 0.8 |
| 8/17/2012 | Conference Call re Retiree/LTD Data | Kathryn Schultea | 3 | 1.3 |
| 8/17/2012 | Conference Call re HR Matters - Discovery | Kathryn Schultea | 3 | 0.6 |
| 8/17/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 6.0 |
| 8/17/2012 | HR EV5 Reports troubleshooting | Raj Perubhatla | 3 | 4.0 |
| 8/18/2012 | Correspondence received, reviewed, responded re HR Related Matters - Discovery | Kathryn Schultea | 3 | 5.0 |
| 8/19/2012 | Correspondence received, reviewed, responded re HR Related Matters; IM Reporting & Review | Kathryn Schultea | 3 | 10.0 |
| 8/20/2012 | Correspondence received, reviewed, responded re Retiree/LTD Matters | Kathryn Schultea | 3 | 1.2 |
| 8/20/2012 | Correspondence received, reviewed, responded re VEBA form | Kathryn Schultea | 3 | 0.8 |
| 8/20/2012 | Correspondence received, reviewed, responded re Towers Perrin discussion | Kathryn Schultea | 3 | 2.0 |
| 8/20/2012 | Correspondence received, reviewed, responded re Census Data | Kathryn Schultea | 3 | 1.7 |
| 8/20/2012 | HR Reports Design, Development, and Testing | Raj Perubhatla | 3 | 3.0 |
| 8/21/2012 | Conference Call re HR Related Matters | Kathryn Schultea | 3 | 1.2 |
| 8/21/2012 | Correspondence received, reviewed, responded re employee benefits and plans | Kathryn Schultea | 3 | 2.3 |
| 8/21/2012 | Correspondence received, reviewed, responded re Nortel HR Related Matters | Kathryn Schultea | 3 | 4.1 |
| 8/21/2012 | Correspondence received, reviewed, responded re Towers Perrin discussion | Kathryn Schultea | 3 | 1.0 |
| 8/21/2012 | HR Reports Design, Development, and Testing | Raj Perubhatla | 3 | 5.0 |
| 8/22/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 6.0 |
| 8/22/2012 | Correspondence received, reviewed, responded re Retiree/LTD Matters | Kathryn Schultea | 3 | 0.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/22/2012 | HR Reports Design, Development, and Testing | Raj Perubhatla | 3 | 6.0 |
| 8/23/2012 | Correspondence received, reviewed, responded re: Mercer/Nortel discussion | Kathryn Schultea | 3 | 1.7 |
| 8/23/2012 | Correspondence received, reviewed, responded re: HR Matters | Kathryn Schultea | 3 | 4.3 |
| 8/23/2012 | HR Reports Design, Development, and Testing | Raj Perubhatla | 3 | 5.5 |
| 8/24/2012 | Correspondende received, reviewed, responded re LTIP | Kathryn Schultea | 3 | 1.3 |
| 8/24/2012 | Correspondence received, reviewed, responded re: Mercer/Nortel discussion | Kathryn Schultea | 3 | 0.8 |
| 8/24/2012 | Correspondence received, reviewed, responded re: HR Related Matters | Kathryn Schultea | 3 | 1.3 |
| 8/24/2012 | Correspondence received, reviewed, responded re: Hewitt/Nortel discussion | Kathryn Schultea | 3 | 2.0 |
| 8/24/2012 | Correspondence received, reviewed, responded re: Committee Requests | Kathryn Schultea | 3 | 1.2 |
| 8/24/2012 | HR Reports Design, Development, and Testing | Raj Perubhatla | 3 | 6.0 |
| 8/27/2012 | Conference Call re Nortel/Mercer | Kathryn Schultea | 3 | 0.8 |
| 8/27/2012 | Conference Call re LTIP | Kathryn Schultea | 3 | 0.6 |
| 8/27/2012 | Correspondence received, reviewed, responded re: LTIP discussion | Kathryn Schultea | 3 | 1.7 |
| 8/27/2012 | Correspondence received, reviewed, responded re: HR Related Matters | Kathryn Schultea | 3 | 3.3 |
| 8/27/2012 | HR Reports Design, Development, and Testing | Raj Perubhatla | 3 | 4.0 |
| 8/28/2012 | Conference Call re Weekly Update Call | Kathryn Schultea | 3 | 0.6 |
| 8/28/2012 | Conference Call re HR Matters | Kathryn Schultea | 3 | 1.0 |
| 8/28/2012 | Correspondence received, reviewed, responded re: HR Related Matters | Kathryn Schultea | 3 | 4.8 |
| 8/28/2012 | HR Reports Design, Development, and Testing | Raj Perubhatla | 3 | 6.5 |
| 8/29/2012 | Conference Call re HR Matters | Kathryn Schultea | 3 | 0.8 |
| 8/29/2012 | Conference Call re Retiree/LTD discussion | Kathryn Schultea | 3 | 1.0 |
| 8/29/2012 | Correspondence received, reviewed, responded re: HR Related Matters | Kathryn Schultea | 3 | 3.8 |
| 8/29/2012 | HR Reports Design, Development, and Testing | Raj Perubhatla | 3 | 5.5 |
| 8/30/2012 | Correspondence received, reviewed, responded re: RSI Call Center | Kathryn Schultea | 3 | 0.7 |
| 8/30/2012 | Correspondence received, reviewed, responded re: Nortel DC Project | Kathryn Schultea | 3 | 1.5 |
| 8/30/2012 | Correspondence received, reviewed, responded re: Committee Requests | Kathryn Schultea | 3 | 3.3 |
| 8/30/2012 | HR Reports Design, Development, and Testing | Raj Perubhatla | 3 | 3.0 |
| 8/31/2012 | Conference Call re HR Matters | Kathryn Schultea | 3 | 1.2 |
| 8/31/2012 | Correspondence received, reviewed, responded re: Retiree Committee | Kathryn Schultea | 3 | 1.0 |
| 8/31/2012 | Correspondence received, reviewed, responded re: LTD discussion | Kathryn Schultea | 3 | 0.8 |
| 8/31/2012 | Pro Business Payroll History investigation | Raj Perubhatla | 3 | 2.0 |
| 8/31/2012 | HR Reports Design, Development, and Testing | Raj Perubhatla | 3 | 2.0 |
| 8/31/2012 | Monthly Fee Application Work | Kathryn Schultea | 4 | 6.0 |
| 8/1/2012 | Non-working travel from Raleigh | Brandon Bangerter | 5 | 6.0 |
| 8/2/2012 | Non-working travel from Raleigh to Houston | Raj Perubhatla | 5 | 5.5 |
| 8/14/2012 | Non-working travel from Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 8/15/2012 | Non-working travel from Houston to Raleigh | Richard Lydecker | 5 | 6.0 |
| 8/16/2012 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 3.0 |
| 8/16/2012 | Non-working travel from Raleigh to Houston | Richard Lydecker | 5 | 6.0 |
| 8/1/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 8/1/2012 | Follow-up Call Center Calls to former employees re: Settlement Letters | Mary Cilia | 6 | 0.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/1/2012 | Business Meetings to discuss Claims Issues | Raj Perubhatla | 6 | 3.5 |
| 8/2/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 8/2/2012 | Claims Database Changes and Updates | Raj Perubhatla | 6 | 3.5 |
| 8/3/2012 | Claims Database Changes and Updates | Raj Perubhatla | 6 | 2.0 |
| 8/3/2012 | Claims | Richard Lydecker | 6 | 0.8 |
| 8/6/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.0 |
| 8/6/2012 | Analysis and Revisions to Requested Claim Status Reports | Mary Cilia | 6 | 3.3 |
| 8/6/2012 | Follow-up Analysis re: Potential Employee Claims for Omnibus Objection | Mary Cilia | 6 | 4.5 |
| 8/6/2012 | Claims Reporting and Database - Claim Review and Analysis - EPIQ Updates | Mary Cilia | 6 | 2.3 |
| 8/6/2012 | Load Epiq file into Claims Database | Raj Perubhatla | 6 | 4.0 |
| 8/6/2012 | Claims model | Richard Lydecker | 6 | 1.5 |
| 8/7/2012 | Correspondence received, reviewed, responded re Claims Discussion | Kathryn Schultea | 6 | 1.2 |
| 8/7/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 8/7/2012 | Analysis and Revisions to Requested Claim Status Reports | Mary Cilia | 6 | 6.3 |
| 8/7/2012 | Service Address Project | Mary Cilia | 6 | 1.5 |
| 8/7/2012 | Claims Reporting and Database - Claim Review and Analysis | Mary Cilia | 6 | 1.0 |
| 8/7/2012 | Claims reports/model | Richard Lydecker | 6 | 1.0 |
| 8/8/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 8/8/2012 | Service Address Project | Mary Cilia | 6 | 1.3 |
| 8/8/2012 | Follow-up re: Employee Claims Omnibus Objection | Mary Cilia | 6 | 0.8 |
| 8/8/2012 | Analysis and Revisions to Requested Claim Status Reports | Mary Cilia | 6 | 2.3 |
| 8/8/2012 | Claims Database Design and Updates | Raj Perubhatla | 6 | 3.0 |
| 8/8/2012 | Claims model | Richard Lydecker | 6 | 0.5 |
| 8/9/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.8 |
| 8/9/2012 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 0.8 |
| 8/9/2012 | Claims Database Design and Updates | Raj Perubhatla | 6 | 4.0 |
| 8/9/2012 | Claims model | Richard Lydecker | 6 | 1.5 |
| 8/10/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 8/10/2012 | Claims Database Address Updates, Design and Maintenance | Raj Perubhatla | 6 | 3.0 |
| 8/13/2012 | Correspondence received, reviewed, responded re Claims Discussion | Kathryn Schultea | 6 | 1.4 |
| 8/13/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.3 |
| 8/13/2012 | Claims Review and Research - Retiree Claims | Mary Cilia | 6 | 4.5 |
| 8/13/2012 | Service Address Project | Mary Cilia | 6 | 1.3 |
| 8/13/2012 | Analysis and Revisions to Requested Claim Status Reports | Mary Cilia | 6 | 2.5 |
| 8/13/2012 | Follow-up re: Employee Claims Omnibus Objection | Mary Cilia | 6 | 1.3 |
| 8/13/2012 | Claims Database Address Updates, Design and Maintenance | Raj Perubhatla | 6 | 4.0 |
| 8/13/2012 | Claims | Richard Lydecker | 6 | 1.0 |
| 8/14/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 8/14/2012 | Claim Analysis and Review re: Round 2 Settlement Letters | Mary Cilia | 6 | 5.5 |
| 8/14/2012 | Claim Review and Research - Retiree and LTD Claims | Mary Cilia | 6 | 2.5 |
| 8/14/2012 | Claims Addresses Reporting meetings, modifications and changes | Raj Perubhatla | 6 | 3.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/15/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.8 |
| 8/15/2012 | Analysis and Revisions to Requested Claim Status Reports | Mary Cilia | 6 | 5.5 |
| 8/15/2012 | Claim Review and Research - Retiree and LTD Claims | Mary Cilia | 6 | 1.5 |
| 8/15/2012 | Claims Address Database Changes | Raj Perubhatla | 6 | 1.0 |
| 8/16/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 8/16/2012 | Follow-up re: Employee Claims Omnibus Objection | Mary Cilia | 6 | 0.8 |
| 8/16/2012 | Follow-up re: Round 1 Settlement Letters | Mary Cilia | 6 | 2.3 |
| 8/16/2012 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 0.8 |
| 8/16/2012 | Claim Review and Research - Retiree Claims | Mary Cilia | 6 | 9.3 |
| 8/16/2012 | Claims Address Reporting | Raj Perubhatla | 6 | 2.0 |
| 8/17/2012 | Claims Reporting and Database - Claim Review and Analysis | Mary Cilia | 6 | 1.8 |
| 8/17/2012 | Conference Call and Follow-up re: Retiree Claim Research and Analysis | Mary Cilia | 6 | 3.5 |
| 8/18/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 8/20/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 8/20/2012 | Follow-up re: Round 1 Settlement Letters | Mary Cilia | 6 | 1.5 |
| 8/20/2012 | Claim Analysis and Review re: Round 2 Settlement Letters | Mary Cilia | 6 | 3.3 |
| 8/20/2012 | Claim Review and Research - Retiree Claims | Mary Cilia | 6 | 2.3 |
| 8/20/2012 | Claims Address Reporting | Raj Perubhatla | 6 | 2.0 |
| 8/21/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.3 |
| 8/21/2012 | Follow-up re: Fourth Estate Settlement and Claims Register | Mary Cilia | 6 | 2.3 |
| 8/21/2012 | Claim Analysis and Review re: Round 2 Settlement Letters | Mary Cilia | 6 | 3.5 |
| 8/22/2012 | Correspondence received, reviewed, responded re Claims Discussion | Kathryn Schultea | 6 | 1.3 |
| 8/22/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.8 |
| 8/22/2012 | Claim Analysis and Review re: Round 2 Settlement Letters | Mary Cilia | 6 | 4.3 |
| 8/22/2012 | Claims Administration | Raj Perubhatla | 6 | 1.0 |
| 8/23/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 8/23/2012 | Follow-up re: Round 1 Settlement Letters | Mary Cilia | 6 | 3.3 |
| 8/23/2012 | Claims Reporting and Database - Updates | Mary Cilia | 6 | 1.5 |
| 8/23/2012 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 1.5 |
| 8/23/2012 | Claim Analysis and Review re: Round 2 Settlement Letters | Mary Cilia | 6 | 1.3 |
| 8/23/2012 | Claims Administration | Raj Perubhatla | 6 | 1.0 |
| 8/24/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.3 |
| 8/24/2012 | Claim Review and Research - Retiree Claims | Mary Cilia | 6 | 2.8 |
| 8/27/2012 | Correspondence received, reviewed, responded re: Claims discussion | Kathryn Schultea | 6 | 1.5 |
| 8/27/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 8/27/2012 | Claim Analysis and Review re: Round 2 Settlement Letters | Mary Cilia | 6 | 4.0 |
| 8/27/2012 | Claims Reporting and Database - Updates | Mary Cilia | 6 | 2.3 |
| 8/27/2012 | Claims Database Administration | Raj Perubhatla | 6 | 2.0 |
| 8/28/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.3 |
| 8/28/2012 | Claim Analysis and Review re: Round 2 Settlement Letters | Mary Cilia | 6 | 6.3 |
| 8/29/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/29/2012 | Claim Analysis and Review re: Non-Employee Claims | Mary Cilia | 6 | 5.5 |
| 8/29/2012 | Conference Call and follow-up re: Litigation Claim Status | Mary Cilia | 6 | 2.3 |
| 8/29/2012 | Claims Database Design and Administration | Raj Perubhatla | 6 | 2.5 |
| 8/30/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.8 |
| 8/30/2012 | Conference Call and Prep/Follow-up re: Benesch Claims | Mary Cilia | 6 | 2.5 |
| 8/30/2012 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 3.0 |
| 8/30/2012 | Claims Database Design, Administration and meetings | Raj Perubhatla | 6 | 5.0 |
| 8/30/2012 | Claims model | Richard Lydecker | 6 | 4.5 |
| 8/30/2012 | Claims model | Richard Lydecker | 6 | 1.0 |
| 8/31/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.5 |
| 8/31/2012 | Claims Database Design, Administration | Raj Perubhatla | 6 | 4.0 |
| 8/1/2012 | NC Apportionment | Richard Lydecker | 7 | 1.0 |
| 8/2/2012 | NC Apportionment | Richard Lydecker | 7 | 0.5 |
| 8/3/2012 | EY Tax Status call | Richard Lydecker | 7 | 0.8 |
| 8/7/2012 | NC Apportionment | Richard Lydecker | 7 | 0.5 |
| 8/8/2012 | NC Apportionment | Richard Lydecker | 7 | 1.0 |
| 8/8/2012 | NC Apportionment | Richard Lydecker | 7 | 1.0 |
| 8/9/2012 | Acceleration tax schedule | Richard Lydecker | 7 | 1.0 |
| 8/10/2012 | Conference call EY/Cleary re California | Richard Lydecker | 7 | 0.5 |
| 8/12/2012 | NC Apportionment | Richard Lydecker | 7 | 1.0 |
| 8/13/2012 | NC Apportionment | Richard Lydecker | 7 | 1.0 |
| 8/13/2012 | State tax issues | Richard Lydecker | 7 | 0.5 |
| 8/14/2012 | Conference J. Scott | Richard Lydecker | 7 | 0.5 |
| 8/16/2012 | 2011 Tax compliance meeting | Richard Lydecker | 7 | 4.0 |
| 8/17/2012 | NC Apportionment | Richard Lydecker | 7 | 1.0 |
| 8/17/2012 | Review research memo | Richard Lydecker | 7 | 1.0 |
| 8/17/2012 | EY Tax Status call | Richard Lydecker | 7 | 1.0 |
| 8/28/2012 | State tax issues | Richard Lydecker | 7 | 1.5 |
| 8/28/2012 | EY call re California | Richard Lydecker | 7 | 0.5 |