# EXHIBIT B

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**August 1, 2012 through August 31, 2012**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    2,227.20 |
| Travel – Lodging | | 663.31 |
| Travel – Transportation | | 936.58 |
| Travel – Meals | | 130.68 |
| Office Expenses | | - |
| TOTAL | | $    3,957.77 |
| | | |

# Nortel Expense Report

**PERIOD:** **August 1, 2012 through August 31, 2012**

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|------|-------------|-----|---------|-------|----------------|-----------------|--------------|
| 8/01 | Travel Houston/Raleigh | | | | $ 92.00 | | Raj Perubhatla |
| 8/15 | Travel Houston/Raleigh | $ 1,351.10 | $ 236.17 | $ 64.00 | $ 402.96 | | Richard Lydecker |
| 8/14 - 8/16 | Travel Houston/Raleigh | $ 876.10 | $ 427.14 | $ 66.68 | $ 441.62 | | Kathryn Schultea |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | $ 2,227.20 | $ 663.31 | $ 130.68 | $ 936.58 | $ - | |