# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 9/1/2012 | 9/29/2012 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 221.20 | $450.00 | $99,540.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 197.90 | $450.00 | $89,055.00 |
| 4 | Fee Apps | 6.00 | $450.00 | $2,700.00 |
| 5 | Non-working travel | 24.00 | $225.00 | $5,400.00 |
| 6 | Claims Administration | 202.90 | $450.00 | $91,305.00 |
| 7 | Tax/Finance Matters and Budget Projects | 8.80 | $450.00 | $3,960.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| 9 | Analyst Support - Discovery | 42.00 | $175.00 | $7,350.00 |
| | **Hours/Billing Amount for Period:** | **702.80** | | **$299,310.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/1/2012 | NetBackup verification, monitoring policies, jobs | Brandon Bangerter | 1 | 2.0 |
| 9/4/2012 | Document Offsite Backups, Ring Fence Calls and Troubleshooting | Raj Perubhatla | 1 | 3.0 |
| 9/4/2012 | Conference call re: Weekly updates / Offsite NAS box configured, updated for move / e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 9/4/2012 | Infrastructure requests / BOXI backups / Storage configuration planning | Brandon Bangerter | 1 | 3.0 |
| 9/5/2012 | Correspondence received, reviewed, responded re Nortel IM boxes | Kathryn Schultea | 1 | 2.3 |
| 9/5/2012 | Ring Fence Support | Raj Perubhatla | 1 | 1.0 |
| 9/5/2012 | Livelink ILO issue, troubleshooting, firmware updates, testing, restarts / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 9/5/2012 | Netbackup configuration issues, NAS troubleshooting / policies / restores / updates | Brandon Bangerter | 1 | 3.0 |
| 9/6/2012 | Correspondence received, reviewed, responded re Nortel IM boxes | Kathryn Schultea | 1 | 2.0 |
| 9/6/2012 | Ring Fence Support | Raj Perubhatla | 1 | 3.0 |
| 9/6/2012 | Livelink ILO issue, troubleshooting, firmware updates, testing, restarts / e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 9/6/2012 | Netbackup Configuration, policies, Livelink backups to tape / NAS | Brandon Bangerter | 1 | 2.0 |
| 9/7/2012 | Ring Fence Support | Raj Perubhatla | 1 | 2.0 |
| 9/7/2012 | Netbackup configuration issues, NAS troubleshooting / policies / Livelink backups / e-mail updates | Brandon Bangerter | 1 | 6.0 |
| 9/10/2012 | Ring Fence Support | Raj Perubhatla | 1 | 1.5 |
| 9/10/2012 | File preparation for Cleary / Management Tool troubleshooting (Vantage, HPSIM) / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 9/10/2012 | Infrastructure requests / BOXI backups / Netbackup config udpates / monitoring | Brandon Bangerter | 1 | 3.0 |
| 9/11/2012 | Ring Fence Support | Raj Perubhatla | 1 | 2.0 |
| 9/11/2012 | Conference call re: weekly updates, prep for Livelink downtime, management app updates, e-mail | Brandon Bangerter | 1 | 4.0 |
| 9/11/2012 | Livelink, BOXI backups / ILO troubleshooting / Business application requests, monitoring | Brandon Bangerter | 1 | 3.0 |
| 9/12/2012 | Ring Fence Support | Raj Perubhatla | 1 | 2.0 |
| 9/12/2012 | Netbackup verification / policy, jobs, configuration updates / BOXI backup / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 9/12/2012 | Server Infrastructure troubleshooting / Management Apps updates / e-mail | Brandon Bangerter | 1 | 3.0 |
| 9/13/2012 | Correspondence received, reviewed, responded re IM Boxes | Kathryn Schultea | 1 | 2.3 |
| 9/13/2012 | Ring Fence Support | Raj Perubhatla | 1 | 4.0 |
| 9/13/2012 | Netbackup offsite tape configuration of server, policies, jobs / NAS backup review / e-mail | Brandon Bangerter | 1 | 5.0 |
| 9/13/2012 | Business application requests / app updates / server configuration updates | Brandon Bangerter | 1 | 3.0 |
| 9/14/2012 | Ring Fence Support -0jm to 0v5 migration | Raj Perubhatla | 1 | 5.0 |
| 9/14/2012 | Livelink ILO issue, troubleshooting, updates, testing / Memory errors / Netbackup offsite backups to tape | Brandon Bangerter | 1 | 6.0 |
| 9/17/2012 | Correspondence received, reviewed, responded re Nortel IM boxes | Kathryn Schultea | 1 | 1.5 |
| 9/17/2012 | Ring Fence Support -0jm to 0v5 migration | Raj Perubhatla | 1 | 4.0 |
| 9/17/2012 | Netbackup offsite tape configuration of server, policies, jobs / NAS backup review / e-mail | Brandon Bangerter | 1 | 4.5 |
| 9/17/2012 | Retiree document / data requests / Cleary uploads / file verifications and counts | Brandon Bangerter | 1 | 3.5 |
| 9/18/2012 | Ring Fence Support -0jm to 0v5 migration | Raj Perubhatla | 1 | 2.0 |
| 9/18/2012 | Retiree listing / data requests / netbackup offsite backups, policy updates, configurations / e-mail | Brandon Bangerter | 1 | 6.0 |
| 9/18/2012 | Infrastructure requests / BOXI backups / Weekly update meeting, planning | Brandon Bangerter | 1 | 3.0 |
| 9/19/2012 | Ring Fence Support | Raj Perubhatla | 1 | 3.0 |
| 9/19/2012 | Retiree document / data requests / Cleary uploads / file verifications and counts | Brandon Bangerter | 1 | 4.5 |
| 9/19/2012 | Netbackup configuration issues, NAS policies / restores / updates, offsite tape collection | Brandon Bangerter | 1 | 3.5 |
| 9/20/2012 | Ring Fence Support -0jm to 0v5 migration | Raj Perubhatla | 1 | 2.0 |
| 9/20/2012 | Retiree NSIP documents downloaded from Livelink and moved to vault | Brandon Bangerter | 1 | 6.5 |
| 9/21/2012 | Ring Fence Support -0jm to 0v5 migration | Raj Perubhatla | 1 | 4.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/Minutes Worked |
|---|---|---|---|---|
| 9/21/2012 | Claims Database Administration, Design and Development | Raj Perubhatla | 1 | 4.0 |
| 9/22/2012 | Ring Fence Support - zrtpx008 Vmware Cluster host failutre - troubleshooting | Raj Perubhatla | 1 | 12.0 |
| 9/23/2012 | Ring Fence Support - zrtpx008 Vmware Cluster host failutre - troubleshooting | Raj Perubhatla | 1 | 3.0 |
| 9/23/2012 | vSphere host troubleshooting / planning | Brandon Bangerter | 1 | 1.5 |
| 9/24/2012 | Correspondence received, reviewed, responded re IT Server Issues | Kathryn Schultea | 1 | 1.3 |
| 9/24/2012 | Ring Fence Support - zrtpx008 Vmware Cluster host failutre - troubleshooting | Raj Perubhatla | 1 | 8.0 |
| 9/24/2012 | vSphere host troubleshooting / testing / configuration / repairs, ILO config changes, testing | Brandon Bangerter | 1 | 7.0 |
| 9/24/2012 | Netbackup master server configuration changes / BOXI backup | Brandon Bangerter | 1 | 1.0 |
| 9/25/2012 | Correspondence received, reviewed, responded re: Nortel's Website | Kathryn Schultea | 1 | 0.8 |
| 9/25/2012 | ILO, SAN Switch documentation update, testing, troubleshooting / weekly update conference call | Brandon Bangerter | 1 | 5.5 |
| 9/25/2012 | Netbackup policy changes, updates / NAS, tape backups / Domain Controller #3 discussion | Brandon Bangerter | 1 | 2.0 |
| 9/26/2012 | Ring Fence Support - DBR, Third Domain Controller issues | Raj Perubhatla | 1 | 5.0 |
| 9/26/2012 | vSphere documentation update, testing, troublshooting / DBR backup / restore issues, discussion | Brandon Bangerter | 1 | 5.0 |
| 9/26/2012 | Policy issues on NetBackup Master server / troubleshooting, monitoring / config updates to server | Brandon Bangerter | 1 | 3.0 |
| 9/27/2012 | Ring Fence Support - DBR, Third Domain Configuration, Oracle DB Backups | Raj Perubhatla | 1 | 4.0 |
| 9/27/2012 | NetBackup config issues / troubleshooting with offsite nas disk backup / master server policy upates | Brandon Bangerter | 1 | 5.5 |
| 9/27/2012 | Weekly updates conference call / datacenter servers documentation updates and testing | Brandon Bangerter | 1 | 2.5 |
| 9/28/2012 | Ring Fence Support - Third Domain Configuration, Oracle DB Backups | Raj Perubhatla | 1 | 2.0 |
| 9/28/2012 | iLO Management port security updates, documentation for all datacenter servers | Brandon Bangerter | 1 | 6.0 |
| 9/4/2012 | Conference Call re: Nortel Weekly Update | Kathryn Schultea | 3 | 0.8 |
| 9/4/2012 | Correspondence received, reviewed, responded re QDRO | Kathryn Schultea | 3 | 1.7 |
| 9/4/2012 | Correspondence received, reviewed, responded re Nortel/Mercer Discussion | Kathryn Schultea | 3 | 2.3 |
| 9/4/2012 | Correspondence received, reviewed, responded re Nortel Privacy Policy | Kathryn Schultea | 3 | 1.2 |
| 9/4/2012 | Correspondence received, reviewed, responded re 2013 Renewal Exhibits | Kathryn Schultea | 3 | 2.5 |
| 9/4/2012 | HR Interfaces, Reporting Support | Raj Perubhatla | 3 | 2.0 |
| 9/5/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 2.8 |
| 9/5/2012 | Correspondence received, reviewed, responded re Retiree Matters | Kathryn Schultea | 3 | 1.2 |
| 9/5/2012 | Correspondence received, reviewed, responded re Nortel Phase 3 | Kathryn Schultea | 3 | 1.5 |
| 9/5/2012 | Correspondence received, reviewed, responded re Nortel Privacy Policy | Kathryn Schultea | 3 | 0.8 |
| 9/5/2012 | Correspondence received, reviewed, responded re LTD Committee | Kathryn Schultea | 3 | 0.6 |
| 9/5/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 1.6 |
| 9/5/2012 | HR Interfaces, Reporting Support | Raj Perubhatla | 3 | 1.0 |
| 9/6/2012 | Conference Call re: Nortel Staff Meeting | Kathryn Schultea | 3 | 0.8 |
| 9/6/2012 | Conference Call re: HR Touch Point | Kathryn Schultea | 3 | 0.6 |
| 9/6/2012 | Correspondence received, reviewed, responded re Benefits Enrollment | Kathryn Schultea | 3 | 3.3 |
| 9/6/2012 | Correspondence received, reviewed, responded re QDRO Letter | Kathryn Schultea | 3 | 1.2 |
| 9/6/2012 | HR Interfaces, Reporting Support | Raj Perubhatla | 3 | 1.0 |
| 9/7/2012 | Correspondence received, reviewed, responded re Benefits Data | Kathryn Schultea | 3 | 0.8 |
| 9/7/2012 | Correspondence received, reviewed, responded re Discovery Reports Discussion | Kathryn Schultea | 3 | 2.3 |
| 9/7/2012 | Correspondence received, reviewed, responded re Benefits Discussion | Kathryn Schultea | 3 | 1.5 |
| 9/7/2012 | Correspondence received, reviewed, responded re LTD Participants | Kathryn Schultea | 3 | 0.8 |
| 9/7/2012 | HR Interfaces, Reporting Support | Raj Perubhatla | 3 | 5.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/10/2012 | Onsite at Raleigh - RTP Discovery Requests | Kathryn Schultea | 3 | 13.0 |
| 9/10/2012 | HR Interfaces, Reporting Support | Raj Perubhatla | 3 | 5.5 |
| 9/11/2012 | Onsite at Raleigh - RTP Discovery Requests | Kathryn Schultea | 3 | 11.5 |
| 9/11/2012 | HR Interfaces, Reporting Support | Raj Perubhatla | 3 | 6.0 |
| 9/12/2012 | Onsite at Raleigh - RTP Discovery Requests | Kathryn Schultea | 3 | 8.5 |
| 9/12/2012 | HR Interfaces, Reporting Support | Raj Perubhatla | 3 | 4.0 |
| 9/13/2012 | Conference call re: Rates | Kathryn Schultea | 3 | 0.8 |
| 9/13/2012 | Correspondence received, reviewed, responded re Open Enrollment | Kathryn Schultea | 3 | 3.3 |
| 9/13/2012 | Correspondence received, reviewed, responded re LTIP | Kathryn Schultea | 3 | 1.5 |
| 9/13/2012 | HR Interfaces, Reporting Support | Raj Perubhatla | 3 | 2.0 |
| 9/14/2012 | Correspondence received, reviewed, responded re LTIP Discussion | Kathryn Schultea | 3 | 0.8 |
| 9/14/2012 | Correspondence received, reviewed, responded re Retiree Review Summary | Kathryn Schultea | 3 | 4.5 |
| 9/14/2012 | Correspondence received, reviewed, responded re LTD Requests | Kathryn Schultea | 3 | 3.0 |
| 9/14/2012 | HR Interfaces, Reporting Support | Raj Perubhatla | 3 | 1.0 |
| 9/15/2012 | Correspondence received, reviewed, responded re Work on Retiree Review Summary | Kathryn Schultea | 3 | 3.5 |
| 9/17/2012 | Correspondence received, reviewed, responded re Retiree Review Summary | Kathryn Schultea | 3 | 4.3 |
| 9/17/2012 | Correspondence received, reviewed, responded re Discovery Reports | Kathryn Schultea | 3 | 0.8 |
| 9/17/2012 | Correspondence received, reviewed, responded re NNI Discussion | Kathryn Schultea | 3 | 2.3 |
| 9/18/2012 | Conference Call re Weekly Update Calls | Kathryn Schultea | 3 | 0.6 |
| 9/18/2012 | Correspondence received, reviewed, responded re LTD/Retiree Discussion | Kathryn Schultea | 3 | 4.3 |
| 9/18/2012 | Correspondence received, reviewed, responded re LTD Data | Kathryn Schultea | 3 | 0.8 |
| 9/18/2012 | Correspondence received, reviewed, responded re Payroll Tests | Kathryn Schultea | 3 | 1.3 |
| 9/18/2012 | Correspondence received, reviewed, responded re LTIP | Kathryn Schultea | 3 | 0.8 |
| 9/19/2012 | Conference Call re: IBNR Discussion | Kathryn Schultea | 3 | 1.8 |
| 9/19/2012 | Correspondence received, reviewed, responded re Benefits Enrollment | Kathryn Schultea | 3 | 2.0 |
| 9/19/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 4.5 |
| 9/20/2012 | In Travel Review - Prep for Mediation | Kathryn Schultea | 3 | 3.5 |
| 9/20/2012 | Onsite at Cleary Office re: HR Matters | Kathryn Schultea | 3 | 4.5 |
| 9/20/2012 | Conference Call re: Discussion of Re-enrollment Materials | Kathryn Schultea | 3 | 1.0 |
| 9/20/2012 | Conference Call re: LTD to Retireee Discussion | Kathryn Schultea | 3 | 2.0 |
| 9/20/2012 | Correspondence received, reviewed, responded re Review and Prep for Mediation | Kathryn Schultea | 3 | 2.5 |
| 9/21/2012 | Onsite at Cleary Office re: HR Matters and Mediation | Kathryn Schultea | 3 | 14.0 |
| 9/24/2012 | Correspondence received, reviewed, responded re - HR Matters | Kathryn Schultea | 3 | 3.5 |
| 9/24/2012 | Correspondence received, reviewed, responded re LTIP | Kathryn Schultea | 3 | 1.0 |
| 9/24/2012 | Correspondence received, reviewed, responded re Open Enrollment | Kathryn Schultea | 3 | 0.8 |
| 9/25/2012 | Conference Call re: Revised HR Assumptions | Kathryn Schultea | 3 | 1.6 |
| 9/25/2012 | Conference Call re: Weekly Update Calls | Kathryn Schultea | 3 | 1.2 |
| 9/25/2012 | Correspondence received, reviewed, responded re Help Desk Call Center & History | Kathryn Schultea | 3 | 1.3 |
| 9/25/2012 | Correspondence received, reviewed, responded re: NNI Retireee Committee | Kathryn Schultea | 3 | 1.3 |
| 9/25/2012 | Correspondence received, reviewed, responded re: Benefits Update | Kathryn Schultea | 3 | 2.3 |
| 9/25/2012 | HR Interfaces Issues and BO Reporting issues | Raj Perubhatla | 3 | 3.0 |
| 9/26/2012 | Correspondence received, reviewed, responded re: Enrollment Materials | Kathryn Schultea | 3 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/26/2012 | Correspondence received, reviewed, responded re: Retiree Discussion | Kathryn Schultea | 3 | 2.8 |
| 9/26/2012 | Correspondence received, reviewed, responded re: LTD Participants | Kathryn Schultea | 3 | 2.3 |
| 9/26/2012 | Correspondence received, reviewed, responded re: Cigna | Kathryn Schultea | 3 | 0.7 |
| 9/27/2012 | Conference call re HR Weekly Touchpoint | Kathryn Schultea | 3 | 0.6 |
| 9/27/2012 | Correspondence received, reviewed, responded re: HR Meeting status updates | Kathryn Schultea | 3 | 1.7 |
| 9/27/2012 | Correspondence received, reviewed, responded re: Benefit Enrollment | Kathryn Schultea | 3 | 0.6 |
| 9/27/2012 | Correspondence received, reviewed, responded re: Vendor Agreements | Kathryn Schultea | 3 | 1.4 |
| 9/27/2012 | Correspondence received, reviewed, responded re: Nortel benefits | Kathryn Schultea | 3 | 2.8 |
| 9/27/2012 | HR Interfaces Issues and BO Reporting issues | Raj Perubhatla | 3 | 2.0 |
| 9/28/2012 | Conference Call re HR Matters | Kathryn Schultea | 3 | 0.8 |
| 9/28/2012 | Conference Call re Nortel and Mercer Discussion | Kathryn Schultea | 3 | 1.3 |
| 9/28/2012 | Correspondence received, reviewed, responded re: LTD Plan | Kathryn Schultea | 3 | 1.7 |
| 9/28/2012 | Correspondence received, reviewed, responded re: Veba Discussion | Kathryn Schultea | 3 | 1.5 |
| 9/28/2012 | HR Interfaces Issues and BO Reporting issues | Raj Perubhatla | 3 | 3.0 |
| 9/29/2012 | Monthly Fee Application Work | Kathryn Schultea | 4 | 6.0 |
| 9/4/2012 | Non-Working Travel - Houston to Raleigh | Mary Cilia | 5 | 6.0 |
| 9/6/2012 | Non-Working Travel - Raleigh to Houston | Mary Cilia | 5 | 6.0 |
| 9/9/2012 | Non-working travel from Houston to Raleigh | Kathryn Schultea | 5 | 4.5 |
| 9/12/2012 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 4.5 |
| 9/20/2012 | Non-working travel from Houston to NYC | Kathryn Schultea | 5 | 1.5 |
| 9/24/2012 | Non-working travel from NYC to Houston | Kathryn Schultea | 5 | 1.5 |
| 9/3/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 9/4/2012 | Claims Database Design, Development and Administration | Raj Perubhatla | 6 | 3.0 |
| 9/4/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.0 |
| 9/4/2012 | Claim Analysis and Review re: Non-Employee Claims | Mary Cilia | 6 | 4.0 |
| 9/5/2012 | Claims Database Design, Development and Administration | Raj Perubhatla | 6 | 6.0 |
| 9/5/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 9/5/2012 | Claim Analysis and Review re: Non-Employee Claims | Mary Cilia | 6 | 7.5 |
| 9/5/2012 | Claim Analysis and Review re: Round 3 Settlement Letters | Mary Cilia | 6 | 2.5 |
| 9/6/2012 | Claims Database Administration, Design and Development | Raj Perubhatla | 6 | 4.0 |
| 9/6/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 9/6/2012 | Claim Analysis and Review re: Non-Employee Claims | Mary Cilia | 6 | 6.3 |
| 9/6/2012 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 1.0 |
| 9/7/2012 | Claims Database Administration, Design and Development | Raj Perubhatla | 6 | 1.0 |
| 9/7/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 9/7/2012 | Claims Reporting and Database - Claim Review and Analysis | Mary Cilia | 6 | 4.8 |
| 9/7/2012 | HIPPA Training | Mary Cilia | 6 | 3.0 |
| 9/10/2012 | Claims Database Administration, Design and Development | Raj Perubhatla | 6 | 1.0 |
| 9/10/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.3 |
| 9/11/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 9/11/2012 | Conference Call and Prep/Follow-up re: Non-Employee Claims Status | Mary Cilia | 6 | 1.5 |
| 9/11/2012 | Claim Analysis and Review re: Non-Employee Claims | Mary Cilia | 6 | 6.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/12/2012 | Claims Database Administration, Design and Development | Raj Perubhatla | 6 | 2.0 |
| 9/12/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.5 |
| 9/12/2012 | Claim Analysis and Review re: Round 2 and 3 Settlement Letters | Mary Cilia | 6 | 5.0 |
| 9/13/2012 | Correspondence received, reviewed, responded re Retiree Claims | Kathryn Schultea | 6 | 2.5 |
| 9/13/2012 | Claims Database Administration, Design and Development | Raj Perubhatla | 6 | 2.0 |
| 9/13/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.8 |
| 9/13/2012 | Claim Analysis and Review re: Non-Employee Claims | Mary Cilia | 6 | 6.3 |
| 9/14/2012 | Claims Database Administration, Design and Development | Raj Perubhatla | 6 | 2.0 |
| 9/14/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 9/14/2012 | Claim Analysis and Review re: Non-Employee Claims | Mary Cilia | 6 | 4.5 |
| 9/17/2012 | Claims Database Administration, Design and Development | Raj Perubhatla | 6 | 4.0 |
| 9/17/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 9/17/2012 | Claim Analysis and Review re: Round 2 Settlement Letters | Mary Cilia | 6 | 2.3 |
| 9/17/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 3.5 |
| 9/18/2012 | Correspondence received, reviewed, responded re Claims | Kathryn Schultea | 6 | 1.3 |
| 9/18/2012 | Claims model | Richard Lydecker | 6 | 1.0 |
| 9/18/2012 | Claims Database Administration, Design and Development | Raj Perubhatla | 6 | 6.0 |
| 9/18/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 9/18/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 3.3 |
| 9/18/2012 | Claim Analysis and Review re: Non-Employee Claims | Mary Cilia | 6 | 3.0 |
| 9/19/2012 | Claims Database Administration, Design and Development | Raj Perubhatla | 6 | 5.0 |
| 9/19/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 9/19/2012 | Claims Reporting and Database - Updates | Mary Cilia | 6 | 2.3 |
| 9/20/2012 | Claims Database Administration, Design and Development | Raj Perubhatla | 6 | 6.0 |
| 9/20/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 9/20/2012 | Follow-up re: Round 2 Settlement Letters | Mary Cilia | 6 | 5.3 |
| 9/20/2012 | Claims Reporting and Database - Updates | Mary Cilia | 6 | 2.5 |
| 9/21/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 9/21/2012 | Claims Reporting and Database - Claim Review and Analysis | Mary Cilia | 6 | 1.3 |
| 9/21/2012 | Follow-up re: Round 2 Settlement Letters | Mary Cilia | 6 | 2.3 |
| 9/24/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 9/24/2012 | Follow-up re: Round 2 Settlement Letters | Mary Cilia | 6 | 2.3 |
| 9/25/2012 | Claims Database Administration, Design and Development | Raj Perubhatla | 6 | 5.0 |
| 9/25/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 9/25/2012 | Claims Reporting and Database - Updates | Mary Cilia | 6 | 1.8 |
| 9/25/2012 | Follow-up re: Round 2 Settlement Letters | Mary Cilia | 6 | 2.5 |
| 9/26/2012 | Correspondence received, reviewed, responded re: Employee Claims | Kathryn Schultea | 6 | 1.2 |
| 9/26/2012 | Claims model | Richard Lydecker | 6 | 2.0 |
| 9/26/2012 | Claims Database Administration, Design and Development | Raj Perubhatla | 6 | 3.0 |
| 9/26/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 9/26/2012 | Claims Reporting and Database - Updates | Mary Cilia | 6 | 2.3 |
| 9/26/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 2.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/27/2012 | Correspondence received, reviewed, responded re: Claim Reports | Kathryn Schultea | 6 | 1.5 |
| 9/27/2012 | Claims Database Administration, Design and Development ; epiq loads | Raj Perubhatla | 6 | 2.0 |
| 9/27/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 9/27/2012 | Follow-up re: Round 2 Settlement Letters | Mary Cilia | 6 | 3.3 |
| 9/27/2012 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 1.5 |
| 9/27/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 3.3 |
| 9/28/2012 | Correspondence received, reviewed, responded re: Employee Claims | Kathryn Schultea | 6 | 1.3 |
| 9/28/2012 | Claims Database Administration, Design and Development ; | Raj Perubhatla | 6 | 3.0 |
| 9/28/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 9/28/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 2.5 |
| 9/28/2012 | Follow-up re: Round 2 Settlement Letters | Mary Cilia | 6 | 3.3 |
| 9/4/2012 | EY tax update | Richard Lydecker | 7 | 1.0 |
| 9/5/2012 | Cal. Tax issues | Richard Lydecker | 7 | 1.5 |
| 9/7/2012 | State tax issues | Richard Lydecker | 7 | 1.5 |
| 9/17/2012 | EY tax update | Richard Lydecker | 7 | 0.8 |
| 9/19/2012 | State tax issues | Richard Lydecker | 7 | 1.5 |
| 9/21/2012 | EY tax update | Richard Lydecker | 7 | 1.5 |
| 9/28/2012 | EY tax update | Richard Lydecker | 7 | 1.0 |
| 9/9/2012 | Preparation for Discovery Efforts | Analyst Support Staff | 9 | 4.5 |
| 9/10/2012 | Onsite at Raleigh - RTP Discovery Requests | Analyst Support Staff | 9 | 13.0 |
| 9/11/2012 | Onsite at Raleigh - RTP Discovery Requests | Analyst Support Staff | 9 | 11.5 |
| 9/12/2012 | Onsite at Raleigh - RTP Discovery Requests | Analyst Support Staff | 9 | 8.5 |
| 9/12/2012 | Summarize and Document Discovery Efforts | Analyst Support Staff | 9 | 4.5 |