# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**September 1, 2012 through September 30, 2012**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    7,842.40 |
| Travel – Lodging | | 2,909.81 |
| Travel – Transportation | | 1,165.90 |
| Travel – Meals | | 301.10 |
| Office Expenses | | - |
| TOTAL | | $  12,219.21 |
| | | |

# Nortel Expense Report

**PERIOD:** September 1, 2012 through September 30, 2012

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 9/4 - 9/6 | Travel Houston/Raleigh | $ 1,986.10 | $ 505.11 | $ - | $ 168.00 | | Mary Cilia |
| 9/9 - 9/13 | Travel Houston/Raleigh | $ 1,886.10 | $ 640.71 | $ 301.10 | $ 579.65 | | Kathryn Schultea |
| 9/9 - 9/13 | Travel Houston/Raleigh | $ 1,886.10 | $ 640.71 | | | | Analyst Support Staff |
| 9/20 - 9/22 | Travel Houston/New York | $ 2,084.10 | $ 1,123.28 | | $ 418.25 | | Kathryn Schultea |
| | | $ 7,842.40 | $ 2,909.81 | $ 301.10 | $ 1,165.90 | $ - | |