**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: ) Chapter 11

Nortel Networks Inc., *et al.*,[1] ) Case No. 09-10138 (KG)

Debtors. ) Jointly Administrated

) **Objection Deadline: Oct. 22, 2012 at 10 a.m.**
) **Hearing Date: Feb. 12, 2013 at 10 a.m.**
**RE: D.I. # 8067**

**OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

Chad P Soriano Pro Se (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Chad P Soriano respectfully represents as follows:

## BACKGROUND

1. I was hired to Northen Telecom (Nortel Networks) twice. In 1993 I was hired to Nortel as a Field Technician on January 04, 1993. I was laid off November 2002. Due to economic down turn. I contracted back to Nortel in 2003 and 2004. In December of 2004 I was hired back to

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Nortel with a start date of January 04, 2005. When I was hired in 1993 and 2004 I was convinced that Nortel was the right place for my family and I because of the total benefits package along with the salary offered at time of hire. I attended an orientation class in 1993 giving me a complete overview of benefits offered. They went over the Benefits Nortel had to offer, Retirement, Salary, STD, LTD, Medical benefits, Dental, Vision, Hearing, Travel expenses. Upon completion of class I was awarded a certificate for the class. When I was hired back in 2004 was promised that all of my benefits and time would be bridged as a part of the total package that I considered this to be the best choice for me and my family future. When I started I was immediately vested in my 401K. It is a 5 year wait to be vested in the 401K plan. When I started in 2005 I fully believed that all benefits and time was bridged. I was told my start date should be the same as original date but I was give A new start date of February 21, 1995. I got my 4 weeks of vacation back the day I started. In 2004. I was hired to work the third shift when our customers had their maintenance windows.

2. I became ill due to complications of diabetes on February 2, of 2009. I went out on short term disability on February 3, 2009. In August 4, 2009 the LTD started.
3. In February 2009 Prudential Insurance Company of America contacted me to open a claim for STD. In August of 2009 LTD benefits began. Prudential Insurance Company of America hired Allsup to process the paperwork for Social Security, as SPD requirement. All communication between me and these groups where communicated to Nortel of my status. Prudential Insurance Company of America approved my claim as Totally Disabled for STD, and LTD. When I was Awarded Social Security April 2010. I was given a lump sum of money. All monies were paid back to Prudential Insurance Company of America my entitlement and my dependant entitlement. Monies paid by Social Security Disability

Insurance know as (SSDI) from date approved by SSDI in April 2010 retroactive back to August of 2009. My dependants where given a an entitlement in the form of a lump sum, Prudential Insurance Company Of America, forced me to pay back these monies that were entitled to by the State. If I did not comply I would lose my all benefits. My monthly income from Prudential Insurance Company Of America, my medical, dental, vision and life insurance. According to the 2010 SPD given to me after I had already been out on disability or, I would be terminated. This is wrong, unjust and a hardship. I have to report back to Social Security what I have done with these monies, Investments, bank accounts, receipts. I cannot afford Prudential Insurance Company Of America to continue to offset me for my dependants. See Exhibits **E.3.1-8, E.5.1-14, E.5.A.1-4**

4. August 2009, I got notice from my manager that I was to turn in Nortel's items I had. My Nortel I.D. badge, laptop computer, and other Nortel item. I was not to come to any Nortel facility, or Customers location. I worked most of adult life for Nortel. This was hard for me to cope with. The hardest thing to come to terms with as a man, is the fact that I can no longer do the things or job I loved. I closed all accounts I had with Nortel. I shipped what I had back to Nortel.
5. I was told by my manager that my coverage for Nortel LTD is until the age of 65. I called and spoke with a HR Representative; I was told I was covered until the age of 65. I was told by Prudential Insurance Company Of America that I was covered until the age of 65.

**RELIEF REQUESTED**

6. I request that the Debtors motion to terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

7. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is $2,366,68.82.
8. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.
9. The debtors should be forced to extend my benefits until completion of the bankruptcy case. Us LTD employees should be the last account closed before the lights are turned off at Nortel for good. Like they forced me to accept the automatic enrollment into their LTD plan.

   See Exhibits: **G.1.19.C-D, G.1.20.A, H.1.4.E**

## BASIS FOR RELIEF

10. I trusted that Nortel's benefits would be around to at least the age of 65. I spoke with Nortel HR Reps about the coverage of the LTD benefits. Nortel HR had told me that I would be covered until the age of 65 once Prudential Insurance Company of America Approved my LTD claim. I would be receiving LTD benefits that could never be taken way. This is why I asked the debtor for the verbal conversations between HR and I from January 1, 2009 to current.
11. I did not base my Objection on any other year plan because I was never given another plan year Nortel prior to July 2010.
12. Fiduciary Obligations are served when insolvent benefits are offered: Nor when same agent seeks to terminate employment to expressly deny LTD benefits.
13. Nortel is well within their means to meet the contractual obligations with all the LTD employees that generated the Debtors assets. Fulfilling the LTD benefits obligation is in no way detrimental to the ability of Nortel to "recover" as they are indeed liquidating. This is Life and Death for the LTD base vs. the portfolio of invertors

14. In the SPD rights under E.R.I.S.A. copies of documents upon written request to the plan administrator within thirty days. My written copy was submitted to Prudential and Nortel HR on September 13, 2012. As of today's date September 13, 2012 not all documents have been received from the Nortel. Crucial documents supporting my proof of claim and my objection to the debtors motion to terminate. See Exhibits **G.1.5.B, G.1.23.A, G.1.29.A-D, G.1.30.B, H.1.3.C, H.1.4.B & G, H.1.4.G to H.1.9.A.**

15. Affiliates See Exhibits **G.1.32.A**

16. Nortel's fiduciaries responsibilities as described in 2010 SPD See Exhibits **G1.29.D, G.1.30.A-B, H.1.4.G, H.1.5.A-G.**

17. I paid extra money out of my pay check from the first day I was hired in 1993, to pay for "Optional" coverage raising my STD and LTD disability claim to 100% STD 6 weeks 90% from week 7 to week 26 and 66.67% after week 27 until the age of 65 if ever in an unfortunate situation where I would need these benefits I would have these benefits until the age of 65. The STD and the LTD was presented to me as an Insurance and that the LTD and the Life Insurance share the same plan #039900. Covered until age 65 described in SPD See Exhibits **G.2.16.A, G.1.17.A.**

18. All of these Exhibits are documents received after I went out on disability. I never received an SPD, or a Welfare Benefits Plan before I was is Totally Disabled. The date these documents were sent to me, from Nortel is a few days after postmark date of July 09, 2010 and the copied I received are from the debtor so they should have these document on hand. They sent them to me. See Exhibit **G.A.1**

19. The Nortel CEO Mike Zafirovski, was personally committed to the impacted employees as stated in his email February 25, 2009 after I was out on disability already. As Nortel only

filed for credit protection. During Nortel the restructuring phase of the company's future. Nortel seeks to emerge quickly from credit protection. Providing immediate employee incentives. Nortel intends to get court approval is necessary to implement some incentive and retention plans for employees this is typical practices for company's undergoing credit protection of this nature. Not changing deep commitment to customer and efforts to stabilize company. I was on disability before this email was sent. See Exhibits **C.2.1., C.2.2**

20. I thought Prudential was an Insurance because I opened a claim the word Insurance is the name Prudential Insurance Company of America listed on all documents listed under Exhibits: **B.1.1.A-A1, B.2.B, B.3.1.A, B.3.2.A.B, B.4.1.A1-A2, B.5.1.A1-A2, B.6.A1-A2, B.7.A1-A2, B.8.A1-A2, B.10.A, G.1.24.B**
21. The Plan #03990 life Insurance plan and LTD share same Plan number

    See Exhibits: **B.1.D, B.4.1.C1-C2, B.5.1.B2-B3, B.7.B1-B2, B.8.B**
22. Group Disability Insurance is referenced in Exhibit **B.2.C**
23. Documents referencing LTD Totally Disabled are on Exhibits **B.4.2.G**
24. Approval of STD disability is referenced on Exhibits **B.6.D**
25. Approval of LTD disability is referenced on Exhibits **B.5.1C, B.8.C, G.1.14.A, G.1.25.B**
26. Monthly Salary of 66.67% the upgraded Optional Insurance coverage. Income paid by Prudential Insurance Company Of America. See Exhibits **B.4.2.B, G.4.2.A, B.9.C1-C2, B.10.C1-C2**
27. The premium paid for the 66.67% the upgraded Optional Insurance coverage.

    See Exhibits **B.4.2.B**
28. Medical Insurance coverage deductions. See Exhibits **B.4.2.C, B.9.E, B.10.D, C.6.A1-A3, C.8.C, C.10.1.C**

29. Dental/Vision/Hearing Insurance Premium paid for additional coverage the deductions. See Exhibits **D.4.2.D, B.9.F, B.10.E, C.6.B1-B3, C.8.B, C.10.1.D**
30. AD&D Insurance Coverage deduction. See Exhibits **B.4.2.F, C.8.K, C.10.3.B**
31. Life Insurance coverage deductions. See Exhibits **B.12.2.C, B.12.3.D,**
32. STD paid. See Exhibits, **B.12.2.D-E, B.12.3.D-E, C.5.A, C.6.C1-C2, C.8.E**
33. LTD paid. See Exhibits, **B.12.2.D-E, B.12.3.D-E, C.5.B, C.6.D1-D3, C.8.F**
34. Group Life paid See Exhibits **B.12.2.C, B.12.3.D, C.5.C, C.8.G-H C.10.2.A,C**
35. Spouse Life coverage 25K See Exhibits **C.8.F, C.10.2.B**
36. Dependants Life coverage 15K See Exhibits **C.10.3.A**
37. I worked the third shift for most of the years I worked. I was hired to work this shift because our customer maintenance windows are on the third shift. I was on the third shift when went on disability. I felt that I should it should have been calculated in my base pay when calculated for my 66.67% LTD award and was not. I feel that the 15% premium should be added in future calculations and retroactive back to August of 2009 when went out on LTD. See Exhibits **B.12.2.B, B.12.3.B.**
38. Nortel paystub. **C.5.D**
39. Earnings submitted to Social Security from Allsup See Exhibits **D.1.1.B**
40. The SPD shows Nortel as the Administrator one who manages. I feel that this is an ambiguous statement See Exhibits **B.6.B**
41. Plan Administrator, See Exhibits **E.4.1.B**
42. There in no definition of Plan Administrator in the Welfare Plan See Exhibits H.1-19
43. Prudential to Administer, Administer one who manages. I feel that this is an ambiguous statement See Exhibits **G.1.5.B-C, G.1.6.A-C**

44. Nortel's group LTD plan is unjust in taken my dependant entitlement from the state. Causing catastrophe financial disaster if allowed to continue until the age of 65. See Exhibits **B.4.3.A, B.4.3.D B.7.D, D.2.A, D.3.A-B, G.1.19.A-B**

45. Nortel welcome letter, I considered this position again because of the total benefit package, offered, bridged time, health benefits, 401K, automatic Vesting in 401K as time served, My 4 weeks of vacation back and promised I would have benefits as if I never left. my hire date was to remain January 4, 1993, but got a Continuous service date of Feb. 21. 1995. I thought it was a good fit for my family's future. See Exhibit **C.A.1.A-D**

46. At the time of rehire I was not told that the LTD plan # 039900 was not an insurance policy. That I would be bound to term under the SPD with no option to decline core coverage's. Then I could have shopped around for other insurances sources.

47. Nortel's welcome letter states it is not an agreement. On the other hand the I feel that the welcome letter contradicts is self. As it welcomes you and wants your services to join their team of proud tradition of Innovation, global leadership, shaping evolution of communication, continue to evolve, my talent will help drive their success. Then they state that they can modifications as they deem appropriate. It also reads that this is not an agreement, but binds you their core benefits package without option to decline. How was this company ever a global leader if they can make changes at will? The employees are the back bone and the sole reason they are a global leader, and the sole source of manufacturing their revenues. By changing plans at will. Why would the thousands of employees the held in the good times stay if Nortel did not present us an illusion that they were responsible for good faith actions.

48. Training Certificates first in Orientation January 1993. Where Nortel covered benefits in detail and did not make mention that the LTD plan was not an Insurance policy. See Exhibits **C.11.1-2**

49. Prudential Insurance Of America overpayment, pressured to pay or I would lose my benefits as stated in the SPD plan 2010. Failure to comply will result in immediate termination even if I felt it was wrongful for dependant reimbursement. See Exhibits **B.4.3.D, B.7.D, D.2.A, D.3.A-B, G.1.19.A-B**

50. Continuous date of 02/21/1995. See Exhibit **C.7.2.A**

51. Prudential Insurance Of America Medical Review See Exhibits **B.5.1.E, B.5.2.A**

52. Employer Name is Prudential on one document and Nortel on another See Exhibits **B.12.1.A, B.12.4.A1-A2, H.1.4.A**

53. Employer name is Nortel on one document and Prudential Insurance Company Of America on another. See Exhibits **B.12.2.A1, B.12.3.A1-A2, H.1.4.A**

54. Prudential Insurance Company Of America has final binding determinations. See Exhibit **G.1.5.D**

55. When I was approved for LTD in August of 2009 Nortel, viewed me different. They gave me document that lists the procedures for network shutoff, turn assets, return I.D. badge, and company computer. I was not to return to a Nortel or Customer facility. I was not terminated and the access to Nortel's facilities, company computer and other items were striped from me. I was not to call other employees, or managers, I was told from here on out all communications had to start with Nortel HR department. I felt like I was treated like I was terminated. See Exhibit **C.1.1 to C.1.13**

56. I am still an active employee, and I do not have access to view my past payroll check like I had before. It was through a website that I could access from home. See Exhibits **C.1.5.B**

57. The LTD plan was forced upon ever employee as core benefits. The Flex core benefits automatically enroll you into the LTD plan day one of employment. without option to decline coverage. See Exhibits **G.1.5.A, G.14.C, G.1.33.B, G.1.6.D**

58. Annual salary amount See Exhibits **C.6.A, C.8.A, C.10.1A**

59. Medicare and Social Security was required under terms of SPD the SPD I did not get a copy of until July 2010, well after I had been totally disabled for almost a year and a half. The SPD reads that I must apply for Medicare. Medicare will become primary. and my 90/10 PPO will become secondary. See Exhibits **C.9.B, D.4.B, G.1.20.B, C.9.C, G.1.19.C-D, G.1.20.A, H.1.4E**

60. Social Security incorrect award See Exhibits **E.1.1-9**

61. Social Security Corrected award amount See Exhibit **E.2.1-11**

62. Future life Term Insurance for family See Exhibits **F.1.7.A-B.**

63. Future Medical for dependants, Dental and Vision for family Insurance See Exhibits **F.3.1-4, F.3.2**

64. Family hardship if future medical, dental, and vision are taken from my family and I. It would be extremely devastating financially if I had to carry the burden that Nortel should be required to uphold benefits until the age of 65. As defined in the SPD. See Exhibits **F.2.1-3, F.4.1-11, G.1.17.A**

65. Nortel is a company that has been around for what I believe for around 100 years. In 2000 when they started to lay off employees, Nortel had never laid off anyone in it existing as a company it was Western Electric, Northern Telecom and Then Nortel. I put my faith, and my

family's future in that fact. In my first term with Nortel. December of 2004 when accepted position. I felt Nortel was on a rise again. I was welcomed back as if I could spend the rest of my career working in a company, I loved to work for.

66. Never in my first term with Nortel of second time around had not I been told by anyone that the LTD was not an insurance policy or I would have gotten additional coverage.
67. I paid a premium for extended STD/LTD coverage my entire run with Nortel.
68. Allsup representative Sara Bierman was appointed by Prudential Insurance Company Of America to manage the SPD mandatory application of Social Security. See Exhibits **C.9.D-E, D.4.A, D.1.B, E.1.4.A**
69. The life insurance provided to share the same plan as the LTD #03990

## EXHIBITS

1. Exhibits A, Proof of Claim
2. Exhibits B, Prudential Insurance Company Of America
3. Exhibits C, Nortel paperwork
4. Exhibits D, Allsup
5. Exhibits E, Social Security
6. Exhibits F, Future Health and Life
7. Exhibits G, Summary Plan Description 2010
8. Exhibits H, Nortel Welfare Benefit Plan

## NOTICE

2. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Chad P Soriano respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Chad P Soriano respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to terminate the LTD Plans and LTD Employees [DI#8067].
2. Compel the Debtors to compensate Chad P Soriano in full for LTD benefits projected to age 65; Total Claim being $2,366,688.82.
3. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Chad Soriano.

Dated: October 14, 2012

Chad P Soriano
8974 Hickory Ave.
Hesperia, Ca. 92345
Telephone: 760.956.9101
Facsimile: N/A
Email: pgltnpooh@yahoo.com

*Appearing Pro Se*
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | **Re: Docket No. 8067** |

**ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: ______________________, 2013
Wilmington, Delaware

______________________________
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

1 The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.